UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Lauren.Bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Hollister Construction Services, LLC | : | Case No.  19-27439 (MBK) |
|  | : |  |
| Debtor. | : | The Honorable Michael B. Kaplan |
|  | : |  |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the Acting United States Trustee hereby appoints the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case.

**Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC**
110 Edison Place, Suite 300
Newark, NJ 07102
Tel.: (973) 849-2613
Fax: (973) 643-2256
Attn: Pasquale Suriano

**Haddad Plumbing & Heating, Inc.**
1223 Broad Street
Newark, NJ 07114
Tel.: (973) 424-1177
Fax: (973) 424-1002
Attn: Joann Haddad, Esq.

**Kone, Inc.**
4736 36th Street
Long Island City, NY 11101
Tel: (917) 731-3460
Fax: (718) 361-9078
Attn: Kenneth C. Barrows

**Industrial Maintenance Industries**
843 King Georges Road
Fords, NJ 08863
Tel.: (732) 661-6828
Fax: (973) 607-3313
Attn: Eric Sobel

**AES Lighting Group**
32 S. Jefferson Road
Whippany, NJ 07981
Tel.: (973) 515-2090
Fax:
Attn: Jonathan Squilla

**Sanray Construction, Inc.**
201 Columbia Turnpike
Florham Park, NJ 07932
Tel.: (973) 417-7156
Fax: (973) 377-3060
Attn: Robert Ardolino

Page 2
**Hollister Construction Services, LLC**
**Appointment of Official Committee**
  **of Unsecured Creditors**

**Troon Electric of NY, LLC**
307 7th Avenue, Suite 1204
New York, NY 10001
Tel.: (212) 457-0922
Attn: Paul Benevenuto

<u>**Counsel for Committee**</u>
Anthony Sodono, III, Esq.
Sam Della Ferra, Esq.
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue
Roseland, NJ 07068
Tel.: 973-622-1800
Fax: 973-681-7233

                            ANDREW R. VARA
                            ACTING UNITED STATES TRUSTEE
                            Region 3

                            By: */s/ Martha R. Hildebrandt*
                                  Martha R. Hildebrandt
                                  Assistant United States Trustee

                                  Lauren Bielskie
                                  Trial Attorney

Effective Date: September 23, 2019