**MCGRAIL & BENSINGER LLP**
888-C 8th Avenue #107
New York, New York 10019
(908) 801-6056
Pearl Shah, Esq.
pshah@mcgrailbensinger.com
*Attorneys for Kone Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>**NOTICE OF APPEARANCE OF PEARL SHAH, ESQ.** |

**TO:** Clerk, United States Bankruptcy Court

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance as counsel for Kone Inc., and requests that copies of all pleadings and other papers filed (however designated) and notices given be served upon the undersigned at the following address:

>Pearl Shah, Esq.
>McGRAIL & BENSINGER LLP
>888-C 8th Avenue #107
>New York, New York 10019
>Telephone: (908) 801-6056
>Email: pshah@mcgrailbensinger.com

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

**PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in the proceeding, the undersigned requests inclusion thereon.

DATED:    October 1, 2019    MCGRAIL & BENSINGER LLP
*Attorneys for Kone Inc.*

By: _____
    Pearl Shah