**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No.: 19-27439 |
| HOLLISTER CONSTRUCTION SERVICES, LLC, | Chapter 11 |
| Debtor. | Hon. Michael B. Kaplan, U.S.B.J. |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for creditor, DeSesa Engineering Company, Inc., and pursuant to Bankruptcy Rules 2002 and 9007, and 11 U.S.C. § 1109(b), requests that all notices that are required to be given in this case, and all papers that are required to be served in this case, be given to and served upon the undersigned at the following address:

> Joshua A. Zielinski, Esq.
> R. Brant Forrest, Esq.
> O'TOOLE SCRIVO, LLC
> 14 Village Park Road
> Cedar Grove, New Jersey 07009
> Telephone: (973) 239-5700
> Facsimile: (973) 239-3400
> Email: jzielinski@oslaw.com
> Email: rforrest@oslaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint and demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, paper, claim or lawsuit shall waive (1) the right of DeSesa Engineering Company, Inc. to have any and all final orders in non-core matters entered only after *de novo* review by a United States District Judge; (2) the right of DeSesa Engineering Company, Inc. to trial by jury in any proceedings as to any and all matters so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of DeSesa Engineering Company, Inc. to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) the right to contest service of process; or (5) any other rights, claims, actions, defenses, set-offs, or recoupments to which DeSesa Engineering Company, Inc. is or may be entitled to under any agreements, in law or in equity, or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

        **O'TOOLE SCRIVO, LLC**
        *Attorneys for DeSesa Engineering Company, Inc.*

Dated: October 1, 2019        By:   */s/ Joshua A. Zielinski*
                                          Joshua A. Zielinski
                                          R. Brant Forrest
                                          14 Village Park Road
                                          Cedar Grove, New Jersey 07009
                                          Telephone: (973) 239-5700
                                          Facsimile: (973) 239-3400