| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**CAMPBELL ROCCO LAW, LLC**<br>6 Kings Highway East<br>Haddonfield, NJ 08033<br>(856) 470-1076<br>*Edmund J. Campbell, Jr., Esquire*<br>*(ecampbell@campbellroccolaw.com)*<br><br>*Attorneys for Glass Systems Tech, LLC* | |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Case No.: 19-27439<br><br>Chapter 11<br><br>Honorable Michael B. Kaplan |

### NOTICE OF APPEARANCE AND REQUEST
### FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Glass Systems Tech, LLC ("Glass Systems"), through its attorneys, Campbell Rocco Law, LLC, appears in the above-captioned case and requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

      CAMPBELL ROCCO LAW, LLC
      6 Kings Highway East
      Haddonfield, NJ 08033
      Attn: Edmund J. Campbell, Jr., Esq.
      Phone: (856) 470-1076
      Fax:    (610) 337-5585
      Email: ecampbell@campbellroccolaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, and pursuant to

{00280622;1}

Section 1109(b) of the Bankruptcy Code, also includes, without limitation, any notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, plans, disclosure statements, reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in ay way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit Glass Systems to the jurisdiction of the Court and it is without prejudice to its rights, remedies and claims against other entities. This Notice of Appearance and Demand for Notices an Papers shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs or recoupments to which Glass Systems is or may be entitle are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Fed. R. Civ. P. 4 or Fed. R. Bankr. P. 7004, nor shall it result in undersigned counsel being deemed to be the agent of Glass Systems Tech, LLC for such purpose.

CAMPBELL ROCCO LAW, LLC
Attorneys for Glass Systems Tech, LLC

Dated: 9/24/19

Edmund J. Campbell, Jr., Esquire
6 Kings Highway East
Haddonfield, NJ 08033
(856) 470-1076
ecampbell@campbellroccolaw.com

{00280622;1}