**LAW OFFICES OF JAMES C. DEZAO, P.A**.
322 Route 46 West, Suite 120
Parsippany, New Jersey 07054
(973) 808-8900
James C. Dezao Esq. Attorney ID: 019511985
Kathy Cehelsky, Esq.  Attorney ID:  043151989
Margaret Meade, Esq.  Attorney ID: 020711992
*Attorney for Orange County Superior Concrete*

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC, [1] | Case No.: 19-27439 |
| | Judge:  Michael B. Kaplan |
| Debtor. | **NOTICE OF APPEARANCE** |

TO:  Clerk, United States Bankruptcy Court

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as counsel for Orange County Superior Concrete in the above-captioned Chapter 11 case.  Pursuant to 11 U.S.C. § 1109(b), and Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices given or required to be given in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

James C. DeZao, Esq.
Kathy Cehelsky, Esq.
Margaret Meade, Esq.
Law Office of James C. DeZao, P.A.
322 Route 46 West, Suite 120
Parsippany, New Jersey 07054
Telephone: (973) 808-8900
Direct: (973) 852-1675
Facsimile: (973) 808-8648
Email: jreiser@dezaolaw.com

---

[1] The Debtor in this Chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404)

**PLEASE TAKE FURTHER NOTICE**, if any limited service lists are used in the proceeding, the undersigned requests inclusion thereon.

                                                    Law Office of James C. DeZao, P.A.
                                                    Attorneys for Plaintiff Orange County Superior Concrete

                                        By: */s/ James C. DeZao*
                                                    James C. DeZao, Esq.

Dated: October 2, 2019