**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>**Hearing Date: October 17, 2019 at 10:00 a.m.**<br>**Objection Deadline: October 11, 2019 at 4:00 p.m.**<br><br>Re: Docket No. 127 |

**SUPPLEMENT TO DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO EMPLOY AND COMPENSATE PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

The above-captioned debtor and debtor-in-possession (the "Debtor"), by and through its undersigned proposed counsel, submits this supplement to its motion (the "Motion") for entry of an order, substantially in the form submitted herewith, authorizing the Debtor to employ and compensate professionals utilized in the ordinary course of business [Docket No. 127], and respectfully states as follows:

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

## SUPPLEMENT TO MOTION

1. By the Motion, the Debtor seeks authority to (i) continue to employ and compensate certain Ordinary Course Professionals to render services to the Debtor similar to the services that the Ordinary Course Professionals rendered before the Petition Date and, if necessary, (ii) retain any additional Ordinary Course Professionals as may be necessary during the pendency of the Chapter 11 Case, in accordance with the procedures described in the Motion.

2. By this Motion, the Debtor identified on <u>Exhibit A</u> three (3) Ordinary Course Professionals it seeks to retain. The Debtor hereby supplements the Motion to disclose that on September 10, 2019, it provided the three (3) proposed Ordinary Course Professionals firms with retainers for post-petition services by wire transfers in the following amounts:

| Ordinary Course Professional | Services Provided | Retainer Paid |
|---|---|---|
| Dreifuss, Bonacci & Parker, LLP | Surety Counsel | $50,000 |
| Hedinger & Lawless | Construction Counsel | $50,000 |
| Littler Mendelson | Labor Counsel | $10,000 |

## CONCLUSION

**WHEREFORE**, the Debtor respectfully requests that this Court: (i) enter an order, substantially in the form submitted with the Motion, granting the Debtor the authority to employ and compensate Ordinary Course Professionals; and (ii) grant the Debtor such other and further

relief as the Court deems just and proper.

Dated:  October 2, 2019                                  Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq.
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*