**STARK & STARK**
A Professional Corporation
Joseph H. Lemkin, Esq. (jlemkin@stark-stark.com)
P.O. Box 5315
Princeton NJ 08543-5315
Tel: 609-791-7022
Facsimile: 609-895-7395

*Local Counsel for High Concrete Group, LLC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>Hollister Construction Services, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No.  19-27439 (MBK) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 et seq., and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure,  High Concrete Group, LLC appears through its local counsel, Stark & Stark PC, in the above captioned case and requests service of all pleadings, notices, filings, correspondence and other papers relating to this bankruptcy case on behalf of the aforementioned parties upon:

> Joseph H. Lemkin, Esq.
> **STARK & STARK**
> P.O. Box 5315
> Princeton NJ 08543-5315
> Tel: 609-791-7022
> jlemkin@stark-stark.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions,

4851-2885-0088, v. 1

complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned Debtors, their property or their estates.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance, and Request for Service of Notices and Documents* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

|  |  |
|---|---|
|  | **STARK & STARK** <br> A Professional Corporation |
| Date:   October 2, 2019 | */s/ Joseph H. Lemkin* <br> Joseph H. Lemkin <br> P.O. Box 5315 <br> Princeton NJ 08543-5315 <br> (609) 791-7022 <br> jlemkin@stark-stark.com <br> <br> *Local Counsel for High Concrete Group, LLC* |