| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>TARTER KRINSKY & DROGIN LLP<br>Attorneys for Titan Industrial Services Corp.<br>1350 Broadway, 11th Floor<br>New York, NY 10018<br>Phone: (212) 216-8000<br>Fax: (212) 216-8001<br>Attn: Rocco A. Cavaliere, Esq.<br>       rcavaliere@tarterkrinsky.com<br>       Scott S. Markowitz, Esq.<br>       smarkowitz@tarterkrinsky.com | |
| **In Re:**<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>                    Debtor. | Case No.: 19-27439-MBK<br><br>Chapter: 11<br><br>Judge: Michael B. Kaplan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Titan Industrial Services Corp.  . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Tarter Krinsky & Drogin LLP
          1350 Broadway, 11th Floor, New York, NY 10018
          Attn: Rocco A. Cavaliere, Esq. (rcavaliere@tarterkrinsky.com)
              Scott S. Markowitz, Esq. (smarkowitz@tarterkrinsky.com)
          Phone: (212) 216-8000
          Fax:    (212) 216-8001

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: October 2, 2019                                 s/ Rocco A. Cavaliere
                                                    **Signature**

*new.8/1/15*