UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
Gary L. Kaplan, Esq.
Carl Stapen, Esq.

BLANK ROME LLP, A Pennsylvania LLP
Adrienne C. Rogove, Esq. NJ Resident Partner
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Rogove@BlankRome.com

Counsel to 640 Columbia Owner LLC

In Re:

HOLLISTER CONSTRUCTION SERVICES, LLC,
                Debtor.

Order Filed on September 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     19-27439 (MBK)

Chapter:     11

Judge:     Michael B. Kaplan

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 30, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____**640 Columbia Owner LLC**_____ for the reduction of time for a hearing on __Stay Relief Motion_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____**October 8, 2019**_____ at __11:30am__ in the United States Bankruptcy Court, _____**402 East State Street Trenton, N.J. 08608**_____, Courtroom No. ___8___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _Debtor's counsel; U.S. Trustee; the Creditor's Committee; and all parties requesting notice pursuant to_

FRBP 2002_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _Debtor's counsel; U.S. Trustee; the Creditor's Committee; and all parties requesting notice pursuant to_

 FRBP 2002_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. Any objections to the motion/application identified above:

        ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail __10/4/19__ by 12:00 p.m. (noon) ~~day(s)~~ prior to the scheduled hearing; or

        ☐ may be presented orally at the hearing.

    8.   ☐ Court appearances are required to prosecute the motion/application and any objections.

        ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-27439-MBK
Hollister Construction Services, LLC                                  Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1             Date Rcvd: Sep 30, 2019
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.
db            +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0