UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Tesser & Cohen**
Danielle Cohen, Esq. (dcohen@tessercohen.com)
Lee M. Tesser, Esq. (ltesser@tessercohen.com)
946 Main Street
Hackensack, NJ 07601
(201) 343-1100 – telephone
(201) 343-0885 – facsimile

-and-

**Walters Levine Lozano DeGrave**
Heather A. DeGrave, Esq. (hdegrave@walterslevine.com)
601 Bayshore Boulevard, Suite 720
Tampa, Florida 33606
(813) 254-7474

Order Filed on September 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 19-27439 (MBK) |
|---|---|---|
|  | Chapter: | 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC, | Judge: | Michael B. Kaplan |
| Debtor. | | |

**ORDER FOR ADMISSION PRO HAC VICE**

The relief set forth on the following page is **ORDERED**.

**DATED: September 27, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

1. **ORDERED** that **Heather A. DeGrave** be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

2. **ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

3. **ORDERED** that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

4. and it is further **ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

5. **ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-27439-MBK
Hollister Construction Services, LLC                                      Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Sep 30, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db              +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation stioa@pepperlaw.com
              Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
              Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
               arainone@bracheichler.com, cbudris@bracheichler.com;palonso@bracheichler.com
              Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com
              Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
              Brett Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
              Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
              Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com
              Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
              Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
              Daniel Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Danielle Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc.
               dcohen@tessercohen.com, ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com,
               ddelucia@tessercohen.com

```
District/off: 0312-3           User: admin              Page 2 of 3              Date Rcvd: Sep 30, 2019
                               Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Danielle Cohen   on behalf of Creditor   Orion Interiors, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
    Danielle Cohen   on behalf of Creditor   Global Development Contractors, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
    David E. Sklar   on behalf of Creditor   Atlantic Engineering Laboratories of NY, Inc. dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
    David H. Stein   on behalf of Creditor   CTC Academy dstein@wilentz.com, ciarkowski@wilentz.com
    David L. Bruck   on behalf of Creditor   Nomad Framing, LLC bankruptcy@greenbaumlaw.com
    Donna L. Thompson   on behalf of Creditor   Prendimano Electrical Maintenance Co. t/a PEMCO donna.thompson@dlthompsonlaw.com, dlthompsonlaw@aol.com
    Felice R. Yudkin   on behalf of Interested Party   Newkirk Realty LLC fyudkin@coleschotz.com, fpisano@coleschotz.com
    Grant Cornehls   on behalf of Creditor   Nickerson Corporation gcornehls@wbny.com, lschindler@wbny.com
    Greg Trif   on behalf of Creditor   Sparwick Contracting, Inc. gtrif@triflaw.com, gtrif@triflaw.com
    Greg Trif   on behalf of Creditor   Jordano Electric Inc. gtrif@triflaw.com, gtrif@triflaw.com
    Jason C Manfrey   on behalf of Creditor   Joffe Lumber & Supply Co., Inc. jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
    Jay L. Lubetkin   on behalf of Interested Party Kieran Flanagan jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
    Jay L. Lubetkin   on behalf of Interested Party Christopher Johnson jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
    Jeffrey W. Herrmann   on behalf of Creditor   Pereira Electrical Contracting, Inc. jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
    Joseph L. Schwartz   on behalf of Creditor   Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
    Joseph L. Schwartz   on behalf of Creditor   Edison Construction Management jschwartz@riker.com
    Joseph L. Schwartz   on behalf of Creditor   Newark Warehouse Redevelopment Company jschwartz@riker.com
    Joshua H. Raymond   on behalf of Creditor Committee   Official Committee of Unsecured Creditors jraymond@msbnj.com
    Kenneth A. Rosen   on behalf of Plaintiff   Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
    Kenneth A. Rosen   on behalf of Debtor   Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
    Larry L. Miller   on behalf of Creditor   L&W Supply Corporation llmlaw@outlook.com
    Lauren Bielskie   on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov
    Laurence D. Pittinsky   on behalf of Attorney   Boyd Mechanical, LLC larry@rpllplaw.com
    Marguerite Schaffer   on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC mschaffer@shainlaw.com
    Mark E. Felger   on behalf of Interested Party   Ricoh USA, Inc. mfelger@cozen.com, sshidner@cozen.com
    Martin P. Skolnick   on behalf of Creditor   Archmills LLC d/b/a ArchMills Doors and Hardware mskolnick@gmail.com
    Martin P. Skolnick   on behalf of Creditor   Stateline Fabricators, LLC mskolnick@gmail.com
    Meredith I. Friedman   on behalf of Creditor   CTC Academy mfriedman@wilentz.com, ciarkowski@wilentz.com
    Michael Kahme   on behalf of Creditor   Accordia Harrison Urban Renewal, LLC mkahme@hillwallack.com, fmansmann@hillwallack.com
    Michael Stafford   on behalf of Creditor   Anvil Craft Corp. mjstafford@nordlaw.legal, norddemaio@aol.com;adamnorddemaio@aol.com
    Michael D. Sirota   on behalf of Interested Party   Newkirk Realty LLC msirota@coleschotz.com, fpisano@coleschotz.com
    Michael J. Shavel   on behalf of Creditor   Accordia Harrison Urban Renewal, LLC mshavel@hillwallack.com
    Michael R. Herz   on behalf of Creditor   Troon Electric of New Jersey LLC mherz@foxrothschild.com, cbrown@foxrothschild.com
    Nicole M. Nigrelli   on behalf of Interested Party   Delcon Builders, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
    Nicole M. Nigrelli   on behalf of Interested Party   Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
    Peter Broege   on behalf of Creditor   Encon Mechanical Corp pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com
    Philip William Allogramento   on behalf of Creditor   FM Construction Group, LLC pallogramento@connellfoley.com
    Robert E. Nies   on behalf of Creditor   Arch Insurance Company and Arch Reinsurance Company rnies@csglaw.com
    Robert M Hirsh   on behalf of Creditor   SBLP Princeton, LLC, a Delaware limited liability company hirsh.robert@arentfox.com, indelicato.lisa@arentfox.com;Mary.Dowd@arentfox.com;Mark.Bloom@arentfox.com;Jackson.Toof@arentfox.com
    Sam Della Fera   on behalf of Creditor Committee   Official Committee of Unsecured Creditors sdellafera@msbnj.com
    Seth Ptasiewicz   on behalf of Creditor   New Jersey Building Laborers Statewide Benefit Funds (the "Funds") sptasiewicz@krollfirm.com

```
District/off: 0312-3          User: admin              Page 3 of 3           Date Rcvd: Sep 30, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           Sommer Leigh Ross    on behalf of Creditor     PNC Bank, National Association slross@duanemorris.com,
            AutoDocketWILM@duanemorris.com
           Stephanie L. Jonaitis    on behalf of Interested Party     10 Minerva Place, L.P. and 10 Minerva
            Place Housing Development Fund Corporation jonaitis@pepperlaw.com,
            balaa@pepperlaw.com;molitorm@pepperlaw.com
           Stephanie L. Jonaitis    on behalf of Interested Party     5 Bay Street Phase 1 LLC, 5 Bay Street
            Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com,
            balaa@pepperlaw.com;molitorm@pepperlaw.com
           Stephen V. Falanga    on behalf of Interested Party     Fairleigh Dickinson University
            sfalanga@thewalshfirm.com,    chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
           Stephen V. Falanga    on behalf of Creditor     Schindler Elevator Corporation
            sfalanga@thewalshfirm.com,    chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
           Steven B Smith    on behalf of Interested Party     CS Utica & Remsen LLC ssmith@herrick.com
           Stuart M. Brown    on behalf of Interested Party     Waypoint Hackensack Urban Renewal Owner LLC
            stuart.brown@dlapiper.com,    stuart-brown-7332@ecf.pacerpro.com
           Sydney J. Darling    on behalf of Interested Party     Fairleigh Dickinson University
            sdarling@walsh.law,    mvargas@walsh.law
           Sydney J. Darling    on behalf of Creditor     Schindler Elevator Corporation sdarling@walsh.law,
            mvargas@walsh.law
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
           William G. Wright    on behalf of Creditor     Graybar Electric Company, Inc. wwright@capehart.com,
            jlafferty@capehart.com
                                                                                      TOTAL: 76