Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–27439–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Hollister Construction Services, LLC
    339 Jefferson Road
    Parsippany, NJ 07054

Social Security No.:

Employer's Tax I.D. No.:
    74–3135404

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/31/19 at 10:00 AM

to consider and act upon the following:

36 – Application For Retention of Professional /Application Of Debtor To (I) Employ And Retain 10X CEO Coaching, LLC And (II) Designate Paul Belair as Chief Restructuring Officer For The Debtor Effective As Of The Petition Date Filed by Kenneth A. Rosen on behalf of Hollister Construction Services, LLC. (Attachments: # 1 Exhibit A – Engagement Letter # 2 Exhibit B – Belair Declaration # 3 Exhibit C – Proposed Order) (Rosen, Kenneth) REVISED PROPOSED ORDER added on 9/27/2019 (wir). Modified on 9/27/2019 (wir).

Dated: 10/3/19

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court