UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtor and
Debtor-in-Possession*

Order Filed on October 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,[1]

Debtor.

Chapter 11

Case No. 19-27439 (MBK)

**ORDER SHORTENING TIME PERIOD FOR NOTICE AND LIMITING
NOTICE ON THE DEBTOR'S MOTION FOR AN ORDER APPROVING OF
A SETTLEMENT AND COMPROMISE BY AND AMONG THE DEBTOR AND
WAYPOINT HACKENSACK URBAN RENEWAL OWNER LLC PURSUANT
TO FED. R. BANKR. P. 9019 AND FOR THE ASSUMPTION AND ASSIGNMENT
AND REJECTION OF CERTAIN EXECUTORY CONTRACTS**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: October 3, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
10/03/2019 205063512.1

Page: 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Shortening Time For Notice And Limiting Notice On *The Debtor's Motion for an Order Approving of a Settlement and Compromise By and Among the Debtor and Waypoint Hackensack Urban Renewal Owner LLC Pursuant to Fed.R. Bankr. P. 9019 and for the Assumption and Assignment and Rejection of Certain Executory Contracts*

---

Upon consideration of the Application[2] of the above-captioned debtor in possession (the "Debtor") for shortened notice under Bankruptcy Rule 9006(c)(1), and for cause shown, it is hereby

**ORDERED** as follows:

1. The time period required by Local Rule 9013-1 and/or Bankruptcy Rule 2002 or other rule for notice of a hearing on the *Debtor's Motion for an Order Approving of a Settlement and Compromise By and Among the Debtor and Waypoint Hackensack Urban Renewal Owner LLC Pursuant to Fed.R. Bankr. P. 9019 and for the Assumption and Assignment and Rejection of Certain Executory Contracts* (the "Motion") [Docket No. __] is hereby shortened as set forth herein.

2. A hearing on the Motion shall be held before the Honorable Michael B. Kaplan, in Courtroom #8, United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, NJ 08608 on October 8, 2019 at 11:30 a.m.

3. The Debtor shall cause to be served a copy of this Order, the Application for it, and the Motion on Notice of this Motion has been given to (i) the Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102; (ii) counsel for PNC Bank, the Debtor's secured lender, Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103-4196, Attention: James J. Holman; (iii) the Internal Revenue Service, 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016; (iv) the Office of the United States Attorney, 970 Broad Street, Suite 700, Newark, NJ 07102; (v) the New Jersey Division of Taxation Compliance and Enforcement - Bankruptcy Unit, 50 Barrack Street, 9th Floor, Trenton, NJ 08695; (vi) the Office of the Attorney General of the State of New Jersey,

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

Page:     3
Debtors:  Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Shortening Time For Notice, Limiting Notice And Scheduling A Chapter 11 Status Conference

---

Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, Trenton, NJ 08625; (vii) the Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 2809467, Harrisburg, PA 17128-0946; (viii) Commonwealth of Pennsylvania Office of Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120; (ix) New York State Department of Taxation and Finance, Attention: Office of Counsel, Building 9, W A Harriman Campus, Albany NY 12227; (x) New York State Office of Attorney General, The Capitol, Albany, NY 12224-0341; (xi) the Debtor's twenty largest unsecured creditors; (xii) all parties that have requested to receive notice pursuant to Bankruptcy Rule 2002; (xiii) counsel to Waypoint; and (xiv) the non-debtor parties to the Contracts to be assumed and assigned or rejected, by:

- ☐ fax
- ☒ email
- ☐ regular mail
- ☒ overnight mail
- ☐ hand delivery

and within

- ☐ _____ day(s) of the date hereof, or
- ☒ on the same date as the order.

4. The notice authorized by this Order is deemed appropriate and adequate under the circumstances.

5. A *Certificate of Service* must be filed not later than 24 hours after the entry of this Order.

6. Any objection to the Motion may be presented at the hearing.

7. ☒ Court appearances will be required.
   ☐ Appearances may be made by telephone at the status conference.
   ☐ The hearing will be held by telephone conference call, to be arranged by counsel to the Debtor.