| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Brian R. Tipton, Esquire<br>FLORIO PERRUCCI STEINHARDT<br>  & CAPPELLI, LLC<br>235 Broubalow Way<br>Phillipsburg, NJ  08865<br>908-454-8300<br>Attorneys for State Line Construction Company, Inc. | |
| In Re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>                    Debtors. | CHAPTER 11<br><br>Case No. 19-27439 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK IN CHARGE OF BANKRUPTCY OPERATIONS:

Kindly enter the appearance of Brian R. Tipton, Esquire, as counsel of record for State Line Construction Company, Inc., in the above-captioned bankruptcy case, and enter same on the official mailing matrix.

Pursuant to Fed. R. Bankr. P. 2002, please provide all notice given, or required to be given in this case, by the Court and/or any party to Florio Perrucci Steinhardt & Cappelli LLC at the address set forth below.

{00774017.DOCX v.1}

This request for notice includes all notices, orders, applications, motions, complaints or other pleadings, whether formal or informal, written or oral, made by mail, courier service, delivery service, telephone, telegraph or telecopier.

FLORIO PERRUCCI STEINHARDT
& CAPPELLI LLC

Date: October 3, 2019         By:      /s/ Brian R. Tipton
                                       Brian R. Tipton, Esquire
                                       235 Broubalow Way
                                       Phillipsburg, NJ  08865
                                       Phone: 908-454-8300
                                       Fax: 908-454-5827
                                       btipton@floriolaw.com
                                       *Attorney for State Line Construction Company, Inc.*

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |   |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Brian R. Tipton, Esquire<br>FLORIO PERRUCCI STEINHARDT<br>  & CAPPELLI, LLC<br>235 Broubalow Way<br>Phillipsburg, NJ  08865<br>908-454-8300<br>Attorneys for State Line Construction Company, Inc. |   |
| In Re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>                              Debtors. | CHAPTER 11<br><br>Case No. 19-27439 |

## CERTIFICATION OF SERVICE

I, Brian R. Tipton, hereby certify that on October 3, 2019, a true and correct copy of the foregoing Entry of Appearance and Request for Notice was served upon all parties registered via the Court's CM/ECF notification system.

                                                                _/s/ Brian R. Tipton_
                                                                Brian R. Tipton

{00774017.DOCX v.1}