Lawrence B. Diener (023901975)
Court Plaza North
25 Main Street Suite 200
Hackensack, New Jersey 07601
Telephone: (201)342-6137
Facsimile: (201)342-6126
Internet: LBDiener@optimum.net
Attorney for Advanced Scaffold Services LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re: | |
|---|---|
| Hollister Construction Services, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Notice of Appearance<br>and<br>Request for Service of Papers |

Lawrence B. Diener does hereby enter an appearance for the following party in the above named bankruptcy case:

**Advanced Scaffold Services LLC**

Pursuant to Rule 2002 of the bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

_____                    Dated: September 27, 2019
Lawrence B. Diener
Attorney for Advanced Scaffold Services LLC

# LAWRENCE B. DIENER
ATTORNEY AT LAW
25 MAIN STREET
COURT PLAZA NORTH - SUITE 200
HACKENSACK, NEW JERSEY 07601

(201) 342-6137

FAX (201) 342-6126

LBDiener@optimum.net

NEW YORK OFFICE
233 BROADWAY
SUITE 810
NEW YORK, NEW YORK 10279
REPLY TO NEW JERSEY OFFICE

Member NJ, NY and DC Bars

September 27, 2019

Clerk of United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

    Re:   In Re: Hollister Construction Services LLC
           Case No. 19-27439 (MBK)

Dear Sir/Madam:

    Enclosed please find original and copy of Notice of Appearance for Advanced Scaffold Services LLC. Please file the original, mark the copy "filed" and return it to the undersigned in the envelope provided.

Very truly yours,

*Lawrence B. Diener*

Lawrence B. Diener

LBD/meb

Encl.