**McMANIMON, SCOTLAND & BAUMANN, LLC**
427 Riverview Plaza
Trenton, New Jersey 08511
609 695-6070 (Phone)
609-695-6071 (Fax)
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
Anthony Sodono III, Esq. (asodono@msbnj.com)
Andrea Dobin, Esq. (adobin@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>(Honorable Michael B. Kaplan) |

## NOTICE OF WITHDRAWAL OF DOCUMENT

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the Notice of Appearance filed on September 24, 2019 at Docket Entry No. 154.

                                      **McMANIMON, SCOTLAND & BAUMANN, LLC**
                                      *Attorneys for Official Committee of Unsecured*
                                      *Creditors of Hollister Construction Services, LLC*

Dated: October 3, 2019        By:     */s/ Andrea Dobin*
                                                  Andrea Dobin