| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08511<br>609 695-6070 (Phone)<br>609-695-6071 (Fax)<br>Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)<br>Joshua H. Raymond, Esq. (jraymond@msbnj.com)<br>Anthony Sodono III, Esq. (asodono@msbnj.com)<br>Andrea Dobin, Esq. (adobin@msbnj.com)<br>*Attorneys for Official Committee of Unsecured*<br>*Creditors of Hollister Construction Services, LLC* |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>                           Debtor. |

Chapter 11

Case No. 19-27439 (MBK)

(Honorable Michael B. Kaplan)

## **NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of the Official Committee of Unsecured Creditors. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:        Andrea Dobin, Esq.
                             McManimon, Scotland & Baumann, LLC
                             427 Riverview Plaza
                             Trenton, New Jersey 08511
                             609 695-6070 (Phone)
                             609-695-6071 (Fax)
                             adobin@msbnj.com

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☑ All documents and pleadings of any nature.

                                                 **McMANIMON, SCOTLAND & BAUMANN, LLC**
                                                 *Attorneys for Official Committee of Unsecured*
                                                 *Creditors of Hollister Construction Services, LLC*

Dated:  October 3, 2019                By:      */s/ Andrea Dobin*
                                                           Andrea Dobin

4847-2323-4727, v. 1