UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on October 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Hollister Construction Services, LLC

Case No.: 19-27439

Chapter: 11

Judge: Michael B. Kaplan

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 1, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____Kenneth A. Rosen_____ for the reduction of time for a hearing on  Motion to Approve Compromise under Rule 9019 _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____October 8, 2019_____ at  11:30 am  in the United States Bankruptcy Court, _____402 East State Street, Trenton, New Jersey 08608_____, Courtroom No.  8 .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:  U.S. Trustee and any and all interested parties.
_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-27439-MBK
Hollister Construction Services, LLC                                      Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3           Date Rcvd: Oct 01, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2019.
db           +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2019 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Andrea  Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               ecftrusteead@msbnj.com,   NJ55@ecfcbis.com
              Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation stioa@pepperlaw.com
              Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
              Anthony  Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
               arainone@bracheichler.com,   cbudris@bracheichler.com;palonso@bracheichler.com
              Arielle  Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com
              Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
              Brett  Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
              Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
              Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com
              Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
              Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
              Daniel  Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Danielle  Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc.
               dcohen@tessercohen.com,   ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com,
               ddelucia@tessercohen.com

```
District/off: 0312-3                  User: admin                Page 2 of 3                    Date Rcvd: Oct 01, 2019
                                      Form ID: pdf903            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Danielle Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Global Development Contractors, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
        David E. Sklar    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc. dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
        David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com, ciarkowski@wilentz.com
        David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
        Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO donna.thompson@dlthompsonlaw.com, dlthompsonlaw@aol.com
        Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com, fpisano@coleschotz.com
        Grant Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com, lschindler@wbny.com
        Greg Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com, gtrif@triflaw.com
        Greg Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com, gtrif@triflaw.com
        Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
        Jay L. Lubetkin    on behalf of Interested Party Kieran Flanagan jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
        Jay L. Lubetkin    on behalf of Interested Party Christopher Johnson jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
        Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc. jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
        Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company jschwartz@riker.com
        Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors jraymond@msbnj.com
        Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
        Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
        Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
        Marguerite Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC mschaffer@shainlaw.com
        Mark E. Felger    on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com, sshidner@cozen.com
        Martin P. Skolnick    on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware mskolnick@gmail.com
        Martin P. Skolnick    on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
        Meredith I. Friedman    on behalf of Creditor    CTC Academy mfriedman@wilentz.com, ciarkowski@wilentz.com
        Michael Kahme    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC mkahme@hillwallack.com, fmansmann@hillwallack.com
        Michael Stafford    on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal, norddemaio@aol.com;adamnorddemaio@aol.com
        Michael D. Sirota    on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com, fpisano@coleschotz.com
        Michael J. Shavel    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC mshavel@hillwallack.com
        Michael R. Herz    on behalf of Creditor    Troon Electric of New Jersey LLC mherz@foxrothschild.com, cbrown@foxrothschild.com
        Nicole M. Nigrelli    on behalf of Interested Party    Delcon Builders, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Nicole M. Nigrelli    on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Peter Broege    on behalf of Creditor    Encon Mechanical Corp pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com
        Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC pallogramento@connellfoley.com
        Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company rnies@csglaw.com
        Robert M Hirsh    on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability company hirsh.robert@arentfox.com, indelicato.lisa@arentfox.com;Mary.Dowd@arentfox.com;Mark.Bloom@arentfox.com;Jackson.Toof@arentfox.com
        Sam Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors sdellafera@msbnj.com
        Seth Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds (the "Funds") sptasiewicz@krollfirm.com

```
District/off: 0312-3               User: admin              Page 3 of 3               Date Rcvd: Oct 01, 2019
                                   Form ID: pdf903          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com,
               AutoDocketWILM@duanemorris.com
              Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation jonaitis@pepperlaw.com,
               balaa@pepperlaw.com;molitorm@pepperlaw.com
              Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com,
               balaa@pepperlaw.com;molitorm@pepperlaw.com
              Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University
               sfalanga@thewalshfirm.com,    chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
              Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation
               sfalanga@thewalshfirm.com,    chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
              Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com
              Stuart M. Brown    on behalf of Interested Party    Waypoint Hackensack Urban Renewal Owner LLC
               stuart.brown@dlapiper.com,    stuart-brown-7332@ecf.pacerpro.com
              Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University
               sdarling@walsh.law,    mvargas@walsh.law
              Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law,
               mvargas@walsh.law
              Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company
               tschellhorn@riker.com
              Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
               tschellhorn@riker.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com,
               jlafferty@capehart.com
                                                                                             TOTAL: 78
```