**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
| Debtor. | ) |

## AFFIDAVIT OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On October 3, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Debtor's Motion for an Order Approving of a Settlement and Compromise by and Among the Debtor and Waypoint Hackensack Urban Renewal Owner LLC and for the Assumption and Assignment and Rejection of Certain Executory Contracts [Docket No. 234]

- Application for Order Shortening Time Period for Notice and Limiting Notice on the Debtor's Motion for an Order Approving of a Settlement and Compromise by and Among the Debtor and Waypoint Hackensack Urban Renewal Owner LLC and for the Assumption and Assignment and Rejection of Certain Executory Contracts [Docket No. 235]

- Order Shortening Time Period for Notice and Limiting Notice on the Debtor's Motion for an Order Approving of a Settlement and Compromise by and Among the Debtor and Waypoint Hackensack Urban Renewal Owner LLC and for the Assumption and Assignment and Rejection of Certain Executory Contracts [Docket No. 236]

On October 3, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via overnight mail on the Waypoint Notice Parties Service List attached hereto as **Exhibit B**:

- Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Notice of Last Date to File Proofs of Claim [Docket No. 215]

- Debtor's Motion for an Order Approving of a Settlement and Compromise by and Among the Debtor and Waypoint Hackensack Urban Renewal Owner LLC and for the Assumption and Assignment and Rejection of Certain Executory Contracts [Docket No. 234]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

- Application for Order Shortening Time Period for Notice and Limiting Notice on the Debtor's Motion for an Order Approving of a Settlement and Compromise by and Among the Debtor and Waypoint Hackensack Urban Renewal Owner LLC and for the Assumption and Assignment and Rejection of Certain Executory Contracts [Docket No. 235]

- Order Shortening Time Period for Notice and Limiting Notice on the Debtor's Motion for an Order Approving of a Settlement and Compromise by and Among the Debtor and Waypoint Hackensack Urban Renewal Owner LLC and for the Assumption and Assignment and Rejection of Certain Executory Contracts [Docket No. 236]

On October 4, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on Counsel to Waypoint Hackensack Urban Renewal Owner LLC, DLA Piper LLP (US), Attn: Daniel M. Simon, daniel.simon@dlapiper.com:

- Debtor's Motion for an Order Approving of a Settlement and Compromise by and Among the Debtor and Waypoint Hackensack Urban Renewal Owner LLC and for the Assumption and Assignment and Rejection of Certain Executory Contracts [Docket No. 234]

- Application for Order Shortening Time Period for Notice and Limiting Notice on the Debtor's Motion for an Order Approving of a Settlement and Compromise by and Among the Debtor and Waypoint Hackensack Urban Renewal Owner LLC and for the Assumption and Assignment and Rejection of Certain Executory Contracts [Docket No. 235]

- Order Shortening Time Period for Notice and Limiting Notice on the Debtor's Motion for an Order Approving of a Settlement and Compromise by and Among the Debtor and Waypoint Hackensack Urban Renewal Owner LLC and for the Assumption and Assignment and Rejection of Certain Executory Contracts [Docket No. 236]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: October 4, 2019

Nicholas Vass

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 4, 2019, by Nicholas Vass, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

2

SRF 36418

# Exhibit A

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Creditor | AES Lighting Group | Attn: Jonathan Squilla<br>32 S Jefferson Rd. Suite 2<br>Whippany NJ 07981 | jonathan@aes-energy.com | Email |
| Top 20 Creditor | Air Group, LLC | Attn: Christina Perez<br>1 Prince Rd<br>Whippany NJ 07981 | christina.perez@airgroupllc.com | Email |
| Top 20 Creditor | Anvil Craft Corp. | Attn: Paul Sklodowsky<br>1005 Aspen St.<br>Easton PA 18042 | ptsklodowsky@anvilcraftcorp.com | Overnight Mail and Email |
| Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | Arent Fox LLP | Attn: Mary Joanne Dowd<br>1717 K Street NW<br>Washington DC 20006 | mary.dowd@arentfox.com | Email |
| Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | Arent Fox LLP | Attn: Robert M. Hirsh, Mark A. B<br>1301 Avenue of the Americas<br>Floor 42<br>New York NY 10019 | robert.hirsh@arentfox.com<br>mark.bloom@arentfox.com | Email |
| Counsel to 640 Columbia Owner LLC | Blank Rome LLP | Attn: Adrienne C. Rogove<br>300 Carnegie Center, Suite 220<br>Princeton NJ 08540 | Rogove@BlankRome.com | Email |
| Counsel to Industrial Maintenance Industries | Brach Eichler L.L.C. | Attn: Anthony M. Rainone<br>101 Eisenhower Parkway<br>Roseland NJ 07068-1067 | arainone@bracheichler.com | Email |
| Counsel to Air Group, LLC | Brach Eichler LLC | Attn: Carl J. Soranno<br>101 Eisenhower Parkway<br>Roseland NJ 07068-1067 | csoranno@bracheichler.com | Email |
| Bridge Builders Newark LLC | Bridge Builders Newark LLC | Attn: Karen Marques<br>211 Warrant St.<br>Newark NJ 07103 | karen.marques@bridgebuildersnewark.com | Email |
| Counsel to Encon Mechanical Corp. | Broege Neumann Fischer & Shaver, L.L.C. | Attn: Peter J. Broege<br>25 Abe Voorhees Drive<br>Manasquan NJ 08736 | | Overnight Mail |
| Counsel to Glass Systems Tech, LLC | Campbell Rocco Law, LLC | Attn: Edmund J. Campbell, Jr.<br>6 Kings Highway East<br>Haddonfield NJ 08033 | ecampbell@campbellroccolaw.com | Email |
| Counsel to Graybar Electric Company, Inc. | Capehart & Scatchard, P.A., A Professional Corporation | Attn: William G. Wright<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel NJ 08054 | wwright@capehart.com | Email |
| Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies<br>11 Times Square, 31st Floor<br>New York NY 10036 | ashahinian@csglaw.com<br>rnies@csglaw.com | Email |
| Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies<br>One Boland Drive<br>West Orange NJ 07052- | ashahinian@csglaw.com<br>rnies@csglaw.com | Email |
| Counsel to Pentel Drywall, Inc., Delcon Builders, Inc. | Ciardi Ciardi & Astin | Attn: Albert A. Ciardi, III, and Nicole M. Nigrelli<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia PA 19103 | aciardi@ciardilaw.com<br>nnigrelli@ciardilaw.com | Email |
| Counsel to Pereira Electrical Contracting, Inc. | Cohn Lifland Pearlman Herrmann & Knopf LLP | Attn: Jeffrey W. Herrmann, Andrew R. Macklin, Alex A. Pisarevsky, Charles R. Cohen<br>Park 80 West - Plaza One<br>250 Pehle Ave., Suite 401<br>Saddle Brook NJ 07663 | | Overnight Mail |
| Counsel to Newkirk Realty LLC | Cole Schotz P.C. | Attn: Felice R. Yudkin<br>Court Plaza North<br>25 Main St<br>Hackensack NJ 07601 | fyudkin@coleschotz.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Newkirk Realty LLC | Cole Schotz P.C. | Attn: Michael D. Sirota<br>Court Plaza North<br>25 Main St<br>Hackensack NJ 07601 | msirota@coleschotz.com | Email |
| Top 20 Creditor | Colvent Inc. | Attn: Eric Petrosillo<br>325 West 38th Street<br>New York NY 10018 | edraftcad@gmail.com | Overnight Mail and Email |
| Top 20 Creditor | Commercial Technology | Attn: Michael Martone<br>Contractors Inc<br>152 Huron Avenue<br>Clifton NJ 07013 | mmartone@ctcitechnology.com | Email |
| Commonwealth of Pennsylvania Office of Attorney General | Commonwealth of Pennsylvania Office of Attorney General | Attn: Bankruptcy Department<br>16th Floor, Strawberry Square<br>Harrisburg PA 17120 | | Overnight Mail |
| Counsel to Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania, Department of Labor and Industry | Attn: Deb Secrest<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg PA 17121 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Top 20 Creditor | Conewago Precast | Attn: 660 Edgegrove Road<br>P.O. Box 407<br>Hanover PA 17331 | info@conewago.com | Overnight Mail and Email |
| Counsel to FM Construction Group, LLC | Connell Foley LLP | Attn: Philip W. Allogramento III, Mitchell W. Taraschi<br>56 Livingston Avenue<br>Roseland NJ 07068 | pallogramento@connellfoley.com<br>mtaraschi@connellfoley.com | Email |
| Counsel to Prendimano Electrical Maintenance Col, Inc. t/a PEMCO | DL Thompson, Law, PC | Attn: Donna L. Thompson<br>P.O. Box 679<br>Allenwood NJ 08720 | Donna.Thompson@DLThompsonlaw.com | Email |
| Counsel to Waypoint Hackensack Urban Renewal Owner LLC | DLA Piper LLP (US) | Attn: Daniel M. Simon<br>1201 West Peachtree Street<br>Suite 2800<br>Atlanta GA 30309-3450 | daniel.simon@us.dlapiper.com | Overnight Mail and Email |
| Counsel to PNC Bank, National Association | Duane Morris LLP | Attn: James J. Holman<br>30 South 17th Street<br>Philadelphia PA 19103-4196 | jjholman@duanemorris.com | Overnight Mail and Email |
| Counsel to PNC Bank, National Association | Duane Morris LLP | Attn: Sommer L. Ross<br>222 Delaware Avenue, Suite 1600<br>Wilmington DE 19801-1659 | slross@duanemorris.com | Email |
| Top 20 Creditor | Fabcon | Attn: Bryan Hummer<br>12520 Quentin Avenue South<br>Suite 200<br>Savage MN 55378 | bryan.hummer@fabconprecast.com | Email |
| Top 20 Creditor | FM Construction Group, LLC | Attn: Keith Chebuske<br>100 Dr. Martin Luther King Jr. Blvd.<br>East Orange NJ 07017 | keith@fmconstructiongroup.com | Email |
| Top 20 Creditor | FortHill Industries Inc | Attn: Tony Uliano<br>1980 Route 112<br>Suite 3<br>Coram NY 11727 | tony@forthillindustries.com | Email |
| Counsel to Marc and Amy Lebovitz | Fox Rothschild LLP | Attn: Michael R. Herz<br>49 Market Street<br>Morristown NJ 07960 | mherz@foxrothschild.com | Email |
| Counsel to 640 Columbia Owner LLC | Fried Frank Harris Shriver & Jacobson LLP | Attn: Gary Kaplan<br>One New York Plaza<br>New York NY 10004 | Gary.Kaplan@FriedFrank.com | Email |
| Top 20 Creditor | Gravity Construction Corp. | Attn: Matt Reily<br>146-22 Tuskegee<br>Airmen Way<br>Queens NY 11435 | mreilly@gravityconstructioncorp.com | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Nomad Framing, LLC | Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck<br>99 Wood Avenue South<br>Iselin NJ 08830 | dbruck@greenbaumlaw.com | Email |
| Counsel to EWA Moonachie 77, LLC | Greenberg Traurig, LLP | Attn: alan J. Brody<br>500 Campus Drive<br>Florham Park NJ 07932 | brodya@gtlaw.com | Email |
| Top 20 Creditor | Haddad Heating & Plumbing Inc. | Attn: Shallan Haddad<br>1223 Broad Street<br>Newark NJ 07114 | shaddad@haddadplumbing.com | Email |
| Counsel to CS Utica & Remsen LLC | Herrick Feinstein LLP | Attn: Steven B. Smith<br>Two Park Avenue<br>New York NY 10016 | ssmith@herrick.com | Email |
| Top 20 Creditor | High Concrete Group LLC | Attn: John McCarroll<br>125 Denver Road<br>Denver PA 17517 | jmccarroll@high.net | Overnight Mail and Email |
| Counsel to Accordia Harrison Urban Renewal, LLC | Hill Wallack LLP | Attn: Michael Kahme & Michael J. Shavel<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton NJ 08543 | mkahme@hillwallack.com<br>mshavel@hillwallack.com | Email |
| Counsel to Ocean Steel Corporation | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran<br>28 State Street<br>Boston MA 02109 | jdoran@hinckleyallen.com | Email |
| Top 20 Creditor | Imperial Floors | Attn: James Weathersby<br>1578 Sussex Turnpike<br>Randolph NJ 07869 | jweathersbyflooring@gmail.com | Email |
| The Internal Revenue Service | Internal Revenue Service | Attn: Bankruptcy Department<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 | | Overnight Mail |
| Top 20 Creditor | Island Exterior Fabricators | Attn: Ron VanSteekelenburg<br>1101 Scott Avenue<br>Calverton NY 11933 | ron@islandcompanies.com | Email |
| Top 20 Creditor | Janus International Group, LLC | Attn: Rob Hadden<br>P.O. Box 936611<br>Atlanta GA 31193-6611 | rob.hadden@janusintl.com | Overnight Mail and Email |
| Top 20 Creditor | KF Mechanical | Attn: Marc Borrelli<br>10 Stewart Place<br>Fairfield NJ 07004 | mborrelli@kfmechanical.com | Email |
| Top 20 Creditor | Kone, Inc. | Attn: Chris Rowe<br>47-36 36th Street<br>Long Island City NY 11101 | | Overnight Mail |
| Top 20 Creditor | KR Masonry | Attn: Josh K.R.<br>363 East Greystone Road<br>Old Bridge NJ 08857 | restore2074@gmail.com | Email |
| Counsel to New Jersey Building Laborers' Statewide Benefit Funds | Kroll Heineman Carton | Attn: Seth Ptasiewicz<br>Metro Corporate Campus<br>99 Wood Avenue South, Suite 307<br>Iselin NJ 08830 | SPtasiewicz@krollfirm.com | Email |
| Counsel to L & W Supply Corporation | Larry L Miller | Attn: Larry L Miller<br>11722 Taneytown Pike<br>Taneytown MD 21787 | llmlaw@outlook.com | Email |
| Counsel to Orange County Superior Concrete, Bel-Con Construction Services | Law Office of James C. DeZao | Attn: James C. Dezao, Kathy Cehelsky, Margaret Meade<br>322 Route 46 West<br>Suite 120<br>Parsippany NJ 07054 | jreiser@dezaolaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Creditor | Linphill Electrical Contractor | Attn: Jason Reyes<br>97-07 Horace Harding Expwy<br>Suite 2C<br>Corona NY 11368-4128 | jreyes@troonelectric.com | Email |
| Counsel to the Debtor | Lowenstein Sandler, LLP | Attn: Arielle Adler, Bruce Buechler, Joseph DiPasquale, Jennifer B. Kimble, Kenneth A. Rosen, Mary E. Seymour<br>One Lowenstein Drive<br>Roseland NJ 07068 | aadler@lowenstein.com<br>bbuechler@lowenstein.com<br>jdipasquale@lowenstein.com<br>jkimble@lowenstein.com<br>krosen@lowenstein.com<br>mseymour@lowenstein.com | Email |
| Counsel to Kone Inc. | McGrail & Bensinger LLP | Attn: Ilana Volkov, Pearl Shah<br>888-C 8th Avenue #107<br>New York NY 10019 | ivolkov@mcgrailbensinger.com<br>pshah@mcgrailbensinger.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | McManimon, Scotland & Baumann, LLC | Attn: Andrea Dobin<br>427 Riverview Plaza<br>Trenton NJ 08511 | adobin@msbnj.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | McManimon, Scotland & Baumann, LLC | Attn: Sam Della, Fera Jr., Joshua H. Raymond, Anthony Sodono III<br>75 Livingston Avenue<br>Roseland NJ 07068 | sdellafera@msbnj.com<br>jraymond@msbnj.com<br>asodono@msbnj.com | Email |
| Top 20 Creditor | Midtown Green Construction Inc. | Attn: Chris Vouzianas<br>5279 72nd Place<br>Maspeth NY 11378 | chrismidtowngreen10@gmail.com | Overnight Mail and Email |
| Counsel to Fort Hill Industries, Inc. | Mortitt Hock & Hamroff LLP | Attn: Brian P. Craig<br>400 Garden City Plaza<br>Garden City NY 11530 | bcraig@moritthock.com | Email |
| Attorney General of the State of New Jersey | New Jersey Attorney General's Office | Attn: Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton NJ 08625-0112 | | Overnight Mail |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Attn: Compliance and Enforcement<br>Bankruptcy Unit<br>50 Barrack Street, 9th Floor<br>Trenton NJ 08695 | | Overnight Mail |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Office of Counsel<br>Building 9, W A Harriman Campus<br>Albany NY 12224-0341 | | Overnight Mail |
| Counsel to Dancker | Nicoll Davis & Spinella LLP | Attn: Christopher M. Santomassimo<br>1 Gatehall Drive, Suite 100<br>Parsippany NJ 07054 | csantomassimo@ndslaw.com | Email |
| Counsel to Anvil Craft Corp. | Nordlaw | Attn: Michael J. Stafford<br>Turnpike Metroplex, Suite 201<br>190 State Highway 18<br>East Brunswick NJ 08816 | mjstafford@nordlaw.legal | Email |
| Top 20 Creditor | Nova Concrete Contractors | Attn: Terrence Manikas<br>39 Barretts Avenue<br>Holtsville NY 11742 | tnovacrete@yahoo.com | Overnight Mail and Email |
| Counsel to DeSesa Engineering Company, Inc. | O'toole Scrivo, LLC | Attn: Joshua A. Zielinski, R. Brant Forrest<br>14 Village Park Road<br>Cedar Grove NJ 07009 | jzielinski@oslaw.com<br>rforrest@oslaw.com | Email |
| Top 20 Creditor | Ocean Steel Corporation | Attn: Jeff Keith<br>400 Chesley Drive<br>Saint John NB E2K 5L6 Canada | keith.jeff@oceansteel.com | Email |
| United States Attorney | Office of the United States Attorney of New Jersey | Attn: Eamonn O'Hagan, Assistant U.S. Attorney<br>970 Broad Street, Suite 700<br>Newark NJ 07102 | Eamonn.OHagan@usdoj.gov | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Trustee | Office of the United States Trustee for the District of New Jersey | Attn: Lauren Bielskie, Esq.<br>One Newark Center<br>Suite 2100<br>Newark NJ 07102 | lauren.bielskie@usdoj.gov | Overnight Mail and Email |
| Top 20 Creditor | Orion Interiors, Inc. | Attn: Ryan Murray<br>600 US Highway Route 206<br>Raritan NJ 08869 | rm@buildorion.com | Email |
| Pennsylvania Department of Revenue | Pennsylvania Department of Revenue | Attn: Bankruptcy Division<br>P.O. Box 2809467<br>Harrisburg PA 17127-0946 | | Overnight Mail |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: A Stio III<br>301 Carnegie Center, Suite 400<br>Princeton NJ 08543-5276 | stioa@pepperlaw.com | Email |
| Counsel to 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak<br>Hercules Plaza<br>1313 N. Market St., Suite 5100<br>Wilmington DE 19801 | jaffeh@pepperlaw.com<br>listwakk@pepperlaw.com | Email |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak<br>Hercules Plaza, 1313 N Market St., Suite 5100<br>Wilmington DE 19801 | jaffeh@pepperlaw.com<br>listwakk@pepperlaw.com | Email |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak<br>Hercules Plaza, 1313 N Market St., Suite 5100<br>Wilmington DE 19801 | jaffeh@pepperlaw.com<br>listwakk@pepperlaw.com | Email |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC | Pepper Hamilton LLP | Attn: Stephanie L. Jonaitis<br>301 Carnegie Center, Suite 400<br>Princeton NJ 08543-5276 | jonaitiss@pepperlaw.com | Email |
| Counsel to 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Stephanie L. Jonaitis, Robyn R. English-Mezzino<br>301 Carnegie Center, Suite 400<br>Princeton NJ 08543-5276 | jonaitiss@pepperlaw.com<br>englishr@pepperlaw.com | Email |
| Top 20 Creditor | Pereira Electric | Attn: President or General Counsel<br>205 Liberty St.<br>Metuchen NJ 08840 | Info@pereiraelectric.com | Email |
| Top 20 Creditor | PSG Interiors | Attn: Sal Dunia<br>120 20th Ave<br>Paterson NJ 07501 | sal@psginterior.com | Email |
| Counsel to Christopher Johnson and Kieran Flanagan | Rabinowitz, Lubetkin & Tully, LLC | Attn: Jay L. Lubetkin<br>293 Eisenhower Parkway<br>Suite 100<br>Livingston NJ 07039 | jlubetkin@rltlawfirm.com | Email |
| Top 20 Creditor | RCI PLBG, Inc. | Attn: Joe Golden<br>547 Midland Avenue<br>Staten Island NY 10306 | joeg@rciplbg.com | Overnight Mail and Email |
| Counsel to Newark Warehouse Urban Renewal, LLC; Newark Warehouse Redevelopment Company, LLC; and Edison Construction Management, LLC | Riker, Danzig, Scherer, Hyland & Perretti LLP | Attn: Joseph L. Schwartz, Tara J. Schellhorn<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown NJ 07962 | jschwartz@riker.com<br>tschellhorn@riker.com | Email |
| Counsel to Boyd Mechanical, LLC | Rosenberg & Pittinsky L.L.P. | Attn: Laurence D. Pittinsky<br>232 Madison Avenue, Suite 906<br>New York NY 10016 | larry@rpllplaw.com | Email |
| Counsel to Drobach Equipment Rental Co. | Schwartz Barkin & Mitchell | Attn: Allen J. Barkin<br>1110 Springfield Road<br>P.O. Box 1339<br>Union NJ 07083-1339 | abarkin@sbmesq.com | Email |
| Attorneys for Atlantic Engineering Laboratories of NY, Inc. | Scura, Wigfield, Heyer, Stevens & Cammarota | Attn: David E. Sklar<br>1599 Hamburg Turnpike<br>Wayne NJ 07470 | | Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Unique Scaffolding, LLC N.A. | Shain Schaffer PC | Attn: Marguerite M. Schaffer<br>150 Morristown Road, Suite 105<br>Bernardsville NJ 07924 | mschaffer@shainlaw.com | Email |
| Counsel to Stateline Fabricators, LLC, ArchMills LLC d/b/a ArchMills Doors and Hardware | Skolnick Legal Group, P.C. | Attn: Martin P. Skolnick<br>103 Eisenhower Parkway, Suite 305<br>Roseland NJ 07068 | martin@skolnicklegalgroup.com | Email |
| Counsel to Life Town Inc. | Stanziale & Stanziale, P.C. | Attn: Benjamin A. Stanziale, Jr.<br>29 Northfield Avenue, Suite 201<br>West Orange NJ 07052-5468 | | Overnight Mail |
| Counsel to High Concrete Group, LLC | Stark & Stark | Attn: Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | jlemkin@stark-stark.com | Email |
| Counsel to Conewago Enterprises, Inc. | Stark & Stark | Attn: Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | jlemkin@stark-stark.com | Email |
| Attorney General of the State of New York | State of New York Office of the Attorney General | Attn: Bankruptcy Department<br>The Capitol<br>Albany NY 12224-0341 | | Overnight Mail |
| Top 20 Creditor | Stateline Construction Co, Inc | Attn: Paula Cecere<br>234 Pacific Street<br>Newark NJ 07114 | paula@statelineco.com | Email |
| Counsel to Herc Rentals, Inc., Samph Contracting, LLC, MDS Construction, Global Development Contractors, LLC, Orion Interiors, Inc., National Fireproofing & Insulation Co., Inc. | Tesser & Cohen | Attn: Danielle Cohen, Lee M. Tesser<br>946 Main Street<br>Hackensack NJ 07601 | dcohen@tessercohen.com<br>ltesser@tessercohen.com | Email |
| Top 20 Creditor | Tore Electric Company | Attn: Carmine Torella<br>85 Franklin Road<br>Units 4A & 5A<br>Dover NJ 07801 | | Overnight Mail |
| Counsel to Sparwick Contracting, Inc. | Trif Law LLC | Attn: Greg Trif<br>89 Headquarters Plaza<br>North Tower, Suite 201<br>Morristown NJ 07960 | gtrif@triflaw.com | Email |
| Counsel to Jordano Electric, Inc. | Trif Law LLC | Attn: Greg Trif<br>89 headquarters Plaza<br>Suite 201<br>North Tower NJ 07960 | gtrif@triflaw.com | Email |
| Counsel to Schindler Elevator Corporation | Walsh Pizzi O'reilly Falanga LLP | Attn: Sydney J. Darling, Stephen V. Falanga<br>Three Gateway Center<br>100 Mulberry St, 15th Fl<br>Newark NJ 07102 | sdarling@walsh.law<br>sfalanga@walsh.law | Email |
| Counsel to Fairleigh Dickinson University, Fairleigh Dickinson University | Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Sydney J. Darling<br>Three Gateway Center<br>100 Mulberry St, 15th Fl<br>Newark NJ 07102 | sdarling@walsh.law<br>sfalanga@walsh.law | Email |
| Counsel to Nickerson Corporation | Warshaw Burstein, L.L.P. | Attn: Grant R. Cornehls, Maxwell J. Rubin<br>575 Lexington Avenue, 7th Floor<br>New York NY 10022 | gcornehls@wbny.com<br>mrubin@wbny.com | Email |
| Counsel to 147 Bloomfield Ave J.V. LLC | Wasserman, Jurista & Stolz, P.C. | Attn: Daniel M. Stolz, Esq.<br>110 Allen Road<br>Suite 304<br>Basking Ridge NJ 07920 | DStolz@wjslaw.com | Email |
| Counsel to Veteran's Road SPE, LLC | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: Mickee M. Hennessy, John Westerman<br>120 RXR Plaza<br>Uniondale NY 11556 | mhennessy@westermanllp.com<br>jwesterman@westermanllp.com | Email |
| Counsel to CTC Academy | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Meredith I. Friedman<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge NJ 07095 | dstein@wilentz.com<br>mfriedman@wilentz.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Creditor | Zabransky Mechanical | Attn: Nelson Zabransky<br>44 Mehrhof Road<br>Little Ferry NJ 07643 | nelsonz@zabranskymechanical.com | Email |

**Exhibit B**

Exhibit B
Waypoint Notice Parties Service List
Served via Overnight Mail

| NAME | ATTENTION | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| Air Group LLC | Attn President or General Counsel | 1 Prince Rd | Whippany | NJ | 07981 | |
| Baileys Square Janitorial Services | Attn President or General Counsel | 11 Marcy Street | Freehold | NJ | 07728 | |
| Beckstead Masonry | Attn President or General Counsel | 603 Kennedy Boulevard | Somerdale | NJ | 08083 | |
| CadMakers | Attn President or General Counsel | 1002285 Clark Drive | Vancouver | BC | V5N3G9 | Canada |
| Centrim Electirc | Attn President or General Counsel | 439B Route 34 | Matawan | NJ | 07747 | |
| Chutes Enterprises | Attn President or General Counsel | 1011 Westwood Avenue | Staten Island | NY | 10314 | |
| Columbian Iron Works Inc | Attn President or General Counsel | 332 Vreeland Avenue | Paterson | NJ | 07513 | |
| Concrete Systems Inc | Attn President or General Counsel | 300 Wilson Ave | Newark | NJ | 07105 | |
| Empire Excavating LLC | Attn President or General Counsel | 19 Spear Road, Suite 312 | Ramsey | NJ | 07446 | |
| Engineering & Land Planning | Attn President or General Counsel | 140 W Main St | High Bridge | NJ | 08829 | |
| FAXA Inc | Attn President or General Counsel | 1 Madison Street, Building B, Unit 9 | East Rutherford | NJ | 07073 | |
| Flooring Central | Attn President or General Counsel | 425 Division Street | Perth Amboy | NJ | 08861 | |
| FM Construction Group LLC | Attn President or General Counsel | 100 Dr Martin Luther King Jr Blvd | East Orange | NJ | 07017 | |
| Grandview Waterproofing Inc | Attn President or General Counsel | 197199 Lodi Street | Hackensack | NJ | 07601 | |
| Hackensack Police Department | Attn President or General Counsel | 225 State Street | Hackensack | NJ | 07601 | |
| Harvey Building Products | Attn President or General Counsel | 1400 Main Street | Waltham | MA | 02451 | |
| Herc Rentals | Attn President or General Counsel | 87 Doremus Avenue | Newark | NJ | 07105 | |
| Holy Trinity Church | Attn President or General Counsel | 34 Maple Avenue | Hackensack | NJ | 07601 | |
| Innovative | Attn President or General Counsel | 45 Legion Drive | Cresskill | NJ | 07626 | |
| Jersey Firestop LLC | Attn President or General Counsel | 317 East Second Street | Bound Brook | NJ | 08805 | |
| Johnny On The Spot | Attn President or General Counsel | 3168 Bordentown Ave | Old Bridge | NJ | 08857 | |
| JRS Engineering Services | Attn President or General Counsel | 1735 Caton Avenue, Apt 6A | Brooklyn | NY | 11226 | |
| KW Rastall Oil Co | Attn President or General Counsel | 2600 US Hwy 130 | North Brunswick | NJ | 08902 | |
| L&M Disposal, LLC | Attn President or General Counsel | P.O. Box 281 | Ironia | NJ | 07845 | |
| Lowthers Contracting LLC | Attn President or General Counsel | 1414 US130 | Burlington | NJ | 08016 | |
| Main Line Commercial Pools | Attn President or General Counsel | 441 Feheley Drive | King of Prussia | PA | 19706 | |
| Matrix New World Engineering | Attn President or General Counsel | 26 Columbia Turnpike | Florham Park | NJ | 07932 | |
| Midway Glass & Metal Installer | Attn President or General Counsel | 526 Route 17 South | Carlstadt | NJ | 07072 | |
| Mito Insulation, Inc. | Attn President or General Counsel | P.O. Box 711 | New Kensington | PA | 15068 | |
| P&B Partitions | Attn President or General Counsel | 436 Commerca Lane A | West Berlin | NJ | 07072 | |
| PSE&G CO | Attn President or General Counsel | PO Box 14444 | New Brunswick | NJ | 08906 | |
| Quick Response Fire Protection | Attn President or General Counsel | 566 Halls Mills Road | Freehold | NJ | 07728 | |
| Ready Refresh | Attn President or General Counsel | 215 6661 Dixie Hwy | Louisville | KY | 40258 | |
| RentAFence Inc | Attn President or General Counsel | 1033 Route One | Avenel | NJ | 07001 | |

In re: Hollister Construction Services, LLC
Case No. 19-27439 (MBK)

Exhibit B
Waypoint Notice Parties Service List
Served via Overnight Mail

| NAME | ATTENTION | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| Reynolds Painting Group NJ | Attn President or General Counsel | 60A Amwell Road | Flemington | NJ | 08822 | |
| Schindler Elevator NJ | Attn President or General Counsel | 20 Whippany Road | Morristown | NJ | 07960 | |
| Signs and Safety Devices LLC | Attn President or General Counsel | 223 East Main Street | Bound Brook | NJ | 08805 | |
| Tiger Cabinets | Attn President or General Counsel | 27 Salvage Street | Irvington | NJ | 07111 | |
| Unique Scaffolding Systems LLC | Attn President or General Counsel | 808 Fairfield Avenue | Kenilworth | NJ | 07033 | |
| Williams Scotsman Inc | Attn President or General Counsel | 35 Ford Lane | Kearny | NJ | 07032 | |