| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ  07960<br>Telephone:  973 992 4800<br>Fax:  973 992 9125<br>Michael Herz<br>Attorney for Troon Electric of New Jersey, LLC | |
| In Re:<br><br>HOLLISTER CONSTRUCTION,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 19-27439-MBK<br><br>Judge:  Hon. Michael B. Kaplan |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Fox Rothschild LLP, attorneys for Troon Electric of New Jersey, LLC and hereby demands that all notices and all papers served or required to be served pertaining to the Debtor's chapter 7 be served upon the following:

>Michael R. Herz, Esq.
>Fox Rothschild LLP
>49 Market Street
>Morristown, NJ  07960
>Telephone:  973 548 3330
>Fax:  973 992 9125
>E-mail:  mherz@foxrothschild.com

102637650.v1

**PLEASE TAKE FURTHER NOTICE** that this request for notice includes all notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests for petitions, disclosure statements, answer or reply papers, memoranda and briefs in support of any of the above, and any other documents filed or served in the above-captioned chapter 7 case.

        FOX ROTHSCHILD, LLP
        Attorneys for Troon Electric of New Jersey, LLC


        By: */s/ Michael R. Herz*
            Michael R. Herz

Dated:   September 26, 2019