**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | Case No. 19-27439 (MBK) |
| Debtor. | Re: Docket No. 103 |

**SUPPLEMENTAL DECLARATION OF PAUL BELAIR IN SUPPORT OF THE DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

Paul Belair, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the Chief Restructuring Officer of the above-captioned debtor and debtor-in-possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case").

2. I submit this Supplemental Declaration in further support of the *Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtor Effective as of the Petition Date* (the "Application") [Docket No. 103].[2]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is Hollister Construction Services, LLC (5404).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

37322/2
10/04/2019 205161761.1

-2-

3. In accordance with the guidelines promulgated by the United States Trustee Program for large chapter 11 cases, the Debtor interviewed one other firm as bankruptcy counsel.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: October 4, 2019         **HOLLISTER CONSTRUCTION SERVICES, LLC**

*Chapter 11 Debtor and Debtor-in-Possession*

By: */s/ Paul Belair*
    Paul Belair
    Chief Restructuring Officer