Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–27439–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hollister Construction Services, LLC
   339 Jefferson Road
   Parsippany, NJ 07054

Social Security No.:

Employer's Tax I.D. No.:
   74–3135404

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on October 2, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 220 – 137
Order Granting Application To Allow Attorney Henry J. Jaffe as SPECIAL COUNSEL to Appear Pro Hac Vice (Related Doc # 137). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 10/1/2019. (wir)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 2, 2019
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-27439-MBK
Hollister Construction Services, LLC                                      Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                  Page 1 of 3           Date Rcvd: Oct 02, 2019
                              Form ID: orderntc            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
db             +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707
aty            +Henry J. Jaffe,    Pepper Hamilton LLP,   1313 Market St.,,   Hercules Plaza, Suite 5100,
                 Wilmington, DE 19801-6111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation stioa@pepperlaw.com
              Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
              Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
               arainone@bracheichler.com, cbudris@bracheichler.com;palonso@bracheichler.com
              Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com
              Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
              Brett Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
              Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
              Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com
              Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
              Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
              Daniel Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Danielle Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc.
               dcohen@tessercohen.com, ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com,
               ddelucia@tessercohen.com

```
District/off: 0312-3               User: admin              Page 2 of 3              Date Rcvd: Oct 02, 2019
                                   Form ID: orderntc        Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Danielle   Cohen     on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle   Cohen     on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle   Cohen     on behalf of Creditor    Global Development Contractors, LLC
               dcohen@tessercohen.com,   ddelucia@tessercohen.com
              David E. Sklar     on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc.
               dsklar@scuramealey.com,   ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
              David H. Stein     on behalf of Creditor    CTC Academy dstein@wilentz.com,  ciarkowski@wilentz.com
              David L. Bruck     on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
              Donna L. Thompson     on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO
               donna.thompson@dlthompsonlaw.com,   dlthompsonlaw@aol.com
              Edmund   Campbell     on behalf of Creditor    Glass Systems Tech, LLC
               aweisenberger@campbellroccolaw.com
              Felice R. Yudkin     on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com,
               fpisano@coleschotz.com
              Grant   Cornehls     on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com,
               lschindler@wbny.com
              Greg   Trif     on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com,
               gtrif@triflaw.com
              Greg   Trif     on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com,   gtrif@triflaw.com
              Ilana   Volkov     on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com,
               fpisano@coleschotz.com;ssallie@coleschotz.com
              James C. Dezao, III     on behalf of Creditor Antonio   Zarfino gerald@dezaolaw.com
              James C. Dezao, III     on behalf of Creditor Mayer   Weberman gerald@dezaolaw.com
              Jason C Manfrey     on behalf of Creditor    Joffe Lumber & Supply Co., Inc.
               jmanfrey@foxrothschild.com,
               jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              Jay L. Lubetkin     on behalf of Interested Party Kieran   Flanagan jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin     on behalf of Interested Party Christopher   Johnson jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jeffrey W. Herrmann     on behalf of Creditor    Pereira Electrical Contracting, Inc.
               jwh@njlawfirm.com,   ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
              Joseph H. Lemkin     on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
              Joseph H. Lemkin     on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
              Joseph L. Schwartz     on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz     on behalf of Creditor    Edison Construction Management jschwartz@riker.com
              Joseph L. Schwartz     on behalf of Creditor    Newark Warehouse Redevelopment Company
               jschwartz@riker.com
              Joshua A. Zielinski     on behalf of Creditor    DeSesa Engineering Company, Inc.
               jzielinski@oslaw.com,   clupi@mdmc-law.com
              Joshua H. Raymond     on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jraymond@msbnj.com
              Kenneth A. Rosen     on behalf of Plaintiff    Hollister Construction Services, LLC
               krosen@lowenstein.com,   dclaussen@lowenstein.com
              Kenneth A. Rosen     on behalf of Debtor    Hollister Construction Services, LLC
               krosen@lowenstein.com,   dclaussen@lowenstein.com
              Larry L. Miller     on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
              Lauren   Bielskie     on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Laurence D. Pittinsky     on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
              Marguerite   Schaffer     on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
               mschaffer@shainlaw.com
              Mark E. Felger     on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com,
               sshidner@cozen.com
              Martin P. Skolnick     on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware
               mskolnick@gmail.com
              Martin P. Skolnick     on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
              Meredith I. Friedman     on behalf of Creditor    CTC Academy mfriedman@wilentz.com,
               ciarkowski@wilentz.com
              Michael   Kahme     on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
               mkahme@hillwallack.com,   fmansmann@hillwallack.com
              Michael   Stafford     on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal,
               norddemaio@aol.com;adamnorddemaio@aol.com
              Michael D. Sirota     on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com,
               fpisano@coleschotz.com
              Michael J. Shavel     on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
               mshavel@hillwallack.com
              Michael R. Herz     on behalf of Creditor    Troon Electric of New Jersey LLC
               mherz@foxrothschild.com,   cbrown@foxrothschild.com
              Nicole M. Nigrelli     on behalf of Interested Party    Delcon Builders, Inc.
               nnigrelli@ciardilaw.com,   sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
              Nicole M. Nigrelli     on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
              Pearl   Shah     on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
              Peter   Broege     on behalf of Creditor    Encon Mechancial Corp pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
```

```
District/off: 0312-3                  User: admin                    Page 3 of 3                   Date Rcvd: Oct 02, 2019
                                      Form ID: orderntc              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC pallogramento@connellfoley.com
          Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company rnies@csglaw.com
          Robert M Hirsh    on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability company hirsh.robert@arentfox.com, indelicato.lisa@arentfox.com;Mary.Dowd@arentfox.com;Mark.Bloom@arentfox.com;Jackson.Toof@arentfox.com
          Ryan M. Ernst    on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com
          Sam  Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors sdellafera@msbnj.com
          Seth  Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds (the "Funds") sptasiewicz@krollfirm.com
          Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com, AutoDocketWILM@duanemorris.com
          Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation jonaitis@pepperlaw.com, balaa@pepperlaw.com;molitorm@pepperlaw.com
          Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com, balaa@pepperlaw.com;molitorm@pepperlaw.com
          Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University sfalanga@thewalshfirm.com,    chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
          Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation sfalanga@thewalshfirm.com,    chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
          Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com
          Stuart M. Brown    on behalf of Interested Party    Waypoint Hackensack Urban Renewal Owner LLC stuart.brown@dlapiper.com,    stuart-brown-7332@ecf.pacerpro.com
          Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University sdarling@walsh.law,    mvargas@walsh.law
          Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law, mvargas@walsh.law
          Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company tschellhorn@riker.com
          Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tschellhorn@riker.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com, jlafferty@capehart.com

                                                                                                                                                      TOTAL: 87