IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

U.S BANKRUPTCY COURT
FILED
TRENTON, NJ
2019 OCT -4  P 2:22
JEANNE A. NAUGHTON
[signature]
DEPUTY CLERK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HOLLISTER CONSTRUCTION SERVICES, LLC, | : | Case No. 19-27439-MBK |
| | : | |
| Debtor. | : | |

**ENTRY OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Post & Schell, P.C. appears for High Concrete Group, LLC, a creditor and party-in-interest in the above-captioned case, and, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address:

> Brian W. Bisignani, Esquire
> Post & Schell, P.C.
> 1869 Charter Lane, Suite 102
> P.O. Box 10248
> Lancaster, PA 17605-0248
> Email: bbisignani@postschell.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any order, application, motion, petition, pleading, request, complaint or demand, or any notice thereof, whether formal or informal, whether written or oral, and whether conveyed or

transmitted by mail, electronic mail, delivery, telephone, facsimile, or otherwise, made by the Debtor, the trustee, or any other party in the above-captioned bankruptcy case.

Respectfully submitted,

POST & SCHELL, P.C.

By: _____
Brian W. Bisignani, Esquire
1869 Charter Lane, Suite 102
Lancaster, PA 17605-0248
717-612-6041
Fax: 717-291-4532
bbisignani@postschell.com

Counsel for: High Concrete Group, LLC

Date: October 2, 2019

19315060v1



1869 Charter Lane
P.O. Box 10248
Lancaster, PA 17605-0248
717-291-4532  Main
717-291-1609  Main Fax
www.postschell.com

Brian W. Bisignani
Principal

bbisignani@postschell.com
717-612-6041 Direct
717-720-5395 Direct Fax
File #: 133040

October 2, 2019

Clerk
United States Bankruptcy Court
District of New Jersey
U.S. Post Office and Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** **Hollister Construction Services, LLC**
**United States Bankruptcy Court**
**District of New Jersey**
**Case No. 19-27439-MBK**

Dear Sir/Madam:

I am enclosing an original and two copies of an Entry of Appearance and Request for Service of Notices and Papers for High Concrete Group, LLC to be filed in the above matter. Please date stamp a copy of the Entry of Appearance and return it to me in the enclosed postage prepaid envelope.

If you have any questions, please feel free to contact me.

Very truly yours,

Brian W. Bisignani

BWB/dmc
Enclosures

ALLENTOWN    HARRISBURG    LANCASTER    PHILADELPHIA    PITTSBURGH    PRINCETON    WASHINGTON, D.C.
A PENNSYLVANIA PROFESSIONAL CORPORATION

19328079v1