| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>REA & ASSOCIATES, LLC<br>Jeffrey J. Rea, Esq.<br>11 Broadway, 2nd Floor<br>Clark, New Jersey 07066<br>(732) 943-2570<br><br>Attorneys for Creditor/Lienor<br>City Contracting, Inc.<br><br>In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>                          Debtor. | Case No. 19-27439 (MBK)<br><br>Chapter: 11<br><br>Hearing Date: 11/7/2019<br><br>Judge: Hon. Michael B. Kaplan, U.S.B.J. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 901(b) the undersigned enters an appearance in this case on behalf of Creditor City Contracting, Inc. Request is made that documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Jeffrey J. Rea, Esq.
                       Rea & Associates, LLC
                       11 Broadway, 2nd Floor
                       Clark, New Jersey 07066
                       jeffrea@aol.com

DOCUMENTS:

        ☐     All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ■     All documents and pleadings of any nature.

Date:  October 7, 2019                                    s/ Jeffrey J. Rea, Esq.