UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1

REA & ASSOCIATES, LLC
Jeffrey J. Rea, Esq.
11 Broadway, 2nd Floor
Clark, New Jersey 07066
(732) 943-2570

Attorneys for Creditor/Lienor
City Contracting, Inc.

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,

                            Debtor.

Case No. 19-27439 (MBK)

Chapter: 11

Hearing Date: 11/7/2019

Judge: Hon. Michael B. Kaplan, U.S.B.J.

## CERTIFICATION OF SERVICE

I, Barbara J. Giordano, am the secretary/paralegal for Rea & Associates, LLC.

On October 1, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the attached chart:

    (i)    City Contracting, Inc.'s Motion to Modify Stay To Permit Commencement and Prosecution of Construction Lien Claim Foreclosure Actions;
    (ii)   Certification Regarding Calculation of Amount Due (Construction Lien Claims); and
    (iii)  Proposed Form of Order Vacating or Modifying Stay.

<u>A Courtesy Copy</u> *via* <u>First Class Mail</u> to:

        Hon. Michael B. Kaplan, U.S.B.J
        United States Bankruptcy Court
        District of New Jersey
        402 State Street, Courtroom #8
        Trenton, New Jersey 08608

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

_____
Barbara J. Giordano

Dated: October 1, 2019

In re: Hollister Construction Services, LLC
Core/2002 Service List
Case No. 19-27439 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | E-MAIL | Mode of Service |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | Arent Fox LLP | Attn: Mary Joanne Dowd | 1717 K Street NW | | Washington | DC | 20006 | mary.dowd@arentfox.com | e-mail |
| Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | Arent Fox LLP | Attn: Robert M. Hirsh, Mark A. B | 1301 Avenue of the Americas | Floor 42 | New York | NY | 10019 | robert.hirsh@arentfox.com; mark.bloom@arentfox.com | e-mail |
| Counsel to 640 Columbia Owner LLC | Blank Rome LLP | Attn: Adrienne C. Rogove | 300 Carnegie Center, Suite 220 | | Princeton | NJ | 08540 | Rogove@BlankRome.com | e-mail |
| Counsel to Industrial Maintenance Industries | Brach Eichler L.L.C. | Attn: Anthony M. Rainone | 101 Eisenhower Parkway | | Roseland | NJ | 07068-1067 | arainone@bracheichler.com | e-mail |
| Counsel to Air Group, LLC | Brach Eichler LLC | Attn: Carl J. Soranno | 101 Eisenhower Parkway | | Roseland | NJ | 07068-1067 | csoranno@bracheichler.com | e-mail |
| Bridge Builders Newark LLC | Bridge Builders Newark LLC | Attn: Karen Marques | 211 Warrant St. | | Newark | NJ | 07103 | karen.marques@bridgebuildersnewark.com | e-mail |
| Counsel to Encon Mechanical Corp. | Broege Neumann Fischer & Shaver, L.L.C. | Attn: Peter J. Broege | 25 Abe Voorhees Drive | | Manasquan | NJ | 08736 | | First Class Mail |
| Counsel to Graybar Electric Company, Inc. | Capehart & Scatchard, P.A., A Professional Corporation | Attn: William G. Wright | 8000 Midlantic Drive, Suite 300 S | | Mt. Laurel | NJ | 08054 | wwright@capehart.com | e-mail |
| Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies | 11 Times Square, 31st Floor | | New York | NY | 10036 | ashahinian@csglaw.com; rnies@csglaw.com | e-mail |
| Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies | One Boland Drive | | West Orange | NJ | 07052- | ashahinian@csglaw.com; rnies@csglaw.com | e-mail |
| Counsel to Pentel Drywall, Inc., Delcon Builders, Inc. | Ciardi Ciardi & Astin | Attn: Albert A. Ciardi, III, and Nicole M. Nigrelli | One Commerce Square | 2005 Market Street, Suite 3500 | Philadelphia | PA | 19103 | aciardi@ciardilaw.com; nnigrelli@ciardilaw.com | e-mail |
| Counsel to Pereira Electrical Contracting, Inc. | Cohn Lifland Pearlman Herrmann & Knopf LLP | Attn: Jeffrey W. Herrmann, Andrew R. Macklin, Alex A. Pisarevsky, Charles R. Cohen | Park 80 West - Plaza One | 250 Pehle Ave., Suite 401 | Saddle Brook | NJ | 07663 | | First Class Mail |
| Counsel to Newkirk Realty LLC | Cole Schotz P.C. | Attn: Felice R. Yudkin | Court Plaza North | 25 Main St | Hackensack | NJ | 07601 | fyudkin@coleschotz.com | e-mail |
| Counsel to Newkirk Realty LLC | Cole Schotz P.C. | Attn: Michael D. Sirota | Court Plaza North | 25 Main St | Hackensack | NJ | 07601 | msirota@coleschotz.com | e-mail |
| Commonwealth of Pennsylvania Office of Attorney General | Commonwealth of Pennsylvania Office of Attorney General | Attn: Bankruptcy Department | 16th Floor, Strawberry Square | | Harrisburg | PA | 17120 | | First Class Mail |
| Counsel to Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania, Department of Labor and Industry | Attn: Deb Secrest | Collections Support Unit | 651 Boas Street, Room 925 | Harrisburg | PA | 17121 | ra-li-ucts-bankrupt@state.pa.us | e-mail |
| Counsel to FM Construction Group, LLC | Connell Foley LLP | Attn: Philip W. Allogramento III, Mitchell W. Taraschi | 56 Livingston Avenue | | Roseland | NJ | 07068 | pallogramento@connellfoley.com; mtaraschi@connellfoley.com | e-mail |
| Counsel to Prendimano Electrical Maintenance Col, Inc. t/a PEMCO | DL Thompson, Law, PC | Attn: Donna L. Thompson | One New York Plaza | P.O. Box 679 | Allenwood | NJ | 08720 | Donna.Thompson@DLThompsonlaw.com | e-mail |
| Counsel to Waypoint Hackensack Urban Renewal Owner LLC | DLA Piper LLP (US) | Attn: Daniel M. Simon | 1201 West Peachtree Street | Suite 2800 | Atlanta | GA | 30309-3450 | daniel.simon@us.dlapiper.com | e-mail |
| Counsel to PNC Bank, National Association | Duane Morris LLP | Attn: James J. Holman | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | jjholman@duanemorris.com | e-mail |
| Counsel to PNC Bank, National Association | Duane Morris LLP | Attn: Sommer L. Ross | 222 Delaware Avenue, Suite 1600 | | Wilmington | DE | 19801-1659 | slross@duanemorris.com | e-mail |
| Counsel to Marc and Amy Lebovitz | Fox Rothschild LLP | Attn: Michael R. Herz | 49 Market Street | | Morristown | NJ | 07960 | mherz@foxrothschild.com | e-mail |
| Counsel to 640 Columbia Owner LLC | Fried Frank Harris Shriver & Jacobson LLP | Attn: Gary Kaplan | One New York Plaza | | New York | NY | 10004 | Gary.Kaplan@FriedFrank.com | e-mail |
| Counsel to Nomad Framing, LLC | Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck | 99 Wood Avenue South | | Iselin | NJ | 08830 | dbruck@greenbaumlaw.com | e-mail |
| Counsel to EWA Moonachie 77, LLC | Greenberg Traurig, LLP | Attn: alan J. Brody | 500 Campus Drive | | Florham Park | NJ | 07932 | brodya@gtlaw.com | e-mail |
| Counsel to CS Utica & Remsen LLC | Herrick Feinstein LLP | Attn: Steven B. Smith | Two Park Avenue | | New York | NY | 10016 | ssmith@herrick.com | e-mail |
| Counsel to Accordia Harrison Urban Renewal, LLC | Hill Wallack LLP | Attn: Michael Kahme & Michael J. Shavel | 21 Roszel Road | P.O. Box 5226 | Princeton | NJ | 08543 | mkahme@hillwallack.com; mshavel@hillwallack.com | e-mail |
| Counsel to Ocean Steel Corporation | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | 28 State Street | | Boston | MA | 02109 | jdoran@hinckleyallen.com | e-mail |
| Debtors | Hollister Construction Services, LLC | c/o Lowenstein Sandler, LLP | Attn: Kenneth A. Rosen, Bruce Buechler | One Lowenstein Drive | Roseland | NJ | 07068 | | First Class Mail |
| The Internal Revenue Service | Internal Revenue Service | Attn: Bankruptcy Department | 2970 Market Street | Mail Stop 5-Q30.133 | Philadelphia | PA | 19104-5016 | | First Class Mail |

In re: Hollister Construction Services, LLC
Core/2002 Service List
Case No. 19-27439 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | E-MAIL | Mode of Service |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to New Jersey Building Laborers' Statewide Benefit Funds | Kroll Heineman Carton | Attn: Seth Ptasiewicz | Metro Corporate Campus | 99 Wood Avenue South, Suite 307 | Iselin | NJ | 08830 | SPtasiewicz@krollfirm.com | e-mail |
| Counsel to L & W Supply Corporation | Larry L Miller | Attn: Larry L Miller | 11722 Taneytown Pike | | Taneytown | MD | 21787 | llmlaw@outlook.com | e-mail |
| Counsel to the Debtor | Lowenstein Sandler, LLP | Attn: Arielle Adler, Bruce Buechler, Joseph DiPasquale, Jennifer B. Kimble, Kenneth A. Rosen, Mary E. Seymour | One Lowenstein Drive | | Roseland | NJ | 07068 | aadler@lowenstein.com; bbuechler@lowenstein.com; jdipasquale@lowenstein.com; jkimble@lowenstein.com; krosen@lowenstein.com; mseymour@lowenstein.com | e-mail |
| Counsel to Kone Inc. | McGrail & Bensinger LLP | Attn: Ilana Volkov | 888-C 8th Avenue #107 | | New York | NY | 10019 | ivolkov@mcgrailbensinger.com | e-mail |
| Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | McManimon, Scotland & Baumann, LLC | Attn: Andrea Dobin | 427 Riverview Plaza | | Trenton | NJ | 08611 | adobin@msbnj.com | e-mail |
| Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | McManimon, Scotland & Baumann, LLC | Attn: Sam Della, Fera Jr., Joshua H. Raymond, Anthony Sodono III | 75 Livingston Avenue | | Roseland | NJ | 07068 | sdellafera@msbnj.com; jraymond@msbnj.com; asodono@msbnj.com | e-mail |
| Counsel to Fort Hill Industries, Inc. | Mortitt Hock & Hamroff LLP | Attn: Brian P. Craig | 400 Garden City Plaza | | Garden City | NY | 11530 | bcraig@moritthock.com | e-mail |
| Attorney General of the State of New Jersey | New Jersey Attorney General's Office | Attn: Division of Law | Richard J. Hughes Justice Complex | 25 Market Street | Trenton | NJ | 08625-0112 | | First Class Mail |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Attn: Compliance and Enforcement | Bankruptcy Unit | 50 Barrack Street, 9th Floor | Trenton | NJ | 08695 | | First Class Mail |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Office of Counsel | Building 9, W A Harriman Campus | | Albany | NY | 12224-0341 | | First Class Mail |
| Counsel to Danckor | Nicoll Davis & Spinella LLP | Attn: Christopher M. Santomassimo | 1 Gatehall Drive, Suite 100 | | Parsippany | NJ | 07054 | csantomassimo@ndslaw.com | e-mail |
| Counsel to Anvil Craft Corp. | Nordlaw | Attn: Michael J. Stafford | Turnpike Metroplex, Suite 201 | 190 State Highway 18 | East Brunswick | NJ | 08816 | mjstafford@nordlaw.legal | e-mail |
| United States Attorney | Office of the United States Attorney of New Jersey | Attn: Eamonn O'Hagan, Assistant U.S. Attorney | 970 Broad Street, Suite 700 | | Newark | NJ | 07102 | Eamonn.OHagan@usdoj.gov | e-mail |
| United States Trustee | Office of the United States Trustee for the District of New Jersey | Attn: Lauren Bielskie, Esq. | One Newark Center | Suite 2100 | Newark | NJ | 07102 | lauren.bielskie@usdoj.gov | e-mail |
| Pennsylvania Department of Revenue | Pennsylvania Department of Revenue | Attn: Bankruptcy Division | P.O. Box 2809467 | | Harrisburg | PA | 17127-0946 | | First Class Mail |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: A Stio III | 301 Carnegie Center, Suite 400 | | Princeton | NJ | 08543-5276 | stioa@pepperlaw.com | e-mail |
| Counsel to 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak | Hercules Plaza | 1313 N. Market St., Suite 5100 | Wilmington | DE | 19801 | jaffeh@pepperlaw.com; listwakk@pepperlaw.com | e-mail |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak | Hercules Plaza, 1313 N Market St., Suite 5100 | | Wilmington | DE | 19801 | jaffeh@pepperlaw.com; listwakk@pepperlaw.com | e-mail |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak | Hercules Plaza, 1313 N Market St., Suite 5100 | | Wilmington | DE | 19801 | jaffeh@pepperlaw.com; listwakk@pepperlaw.com | e-mail |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC | Pepper Hamilton LLP | Attn: Stephanie L. Jonaitis | 301 Carnegie Center, Suite 400 | | Princeton | NJ | 08543-5276 | jonaitiss@pepperlaw.com | e-mail |
| Counsel to 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Stephanie L. Jonaitis, Robyn R. English-Mezzino | 301 Carnegie Center, Suite 400 | | Princeton | NJ | 08543-5276 | jonaitiss@pepperlaw.com; englishr@pepperlaw.com | e-mail |
| Claims Agent | Prime Clerk LLC | Attn: Richard M. Allen | 60 East 42nd Street | Suite 1440 | New York | NY | 10165 | ServiceQA@primeclerk.com; hcsteam@primeclerk.com | e-mail |
| Counsel to Christopher Johnson and Kieran Flanagan | Rabinowitz, Lubetkin & Tully, LLC | Attn: Jay L. Lubetkin | 293 Eisenhower Parkway | Suite 100 | Livingston | NJ | 07039 | jlubetkin@rltlawfirm.com | e-mail |

In re: Hollister Construction Services, LLC
Core/2002 Service List
Case No. 19-27439 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | E-MAIL | Mode of Service |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Newark Warehouse Urban Renewal, LLC; Newark Warehouse Redevelopment Company, LLC; and Edison Construction Management, LLC | Riker, Danzig, Scherer, Hyland & Perretti LLP | Attn: Joseph L. Schwartz, Tara J. Schelihorn | Headquarters Plaza | One Speedwell Avenue | Morristown | NJ | 07962 | jschwartz@riker.com tschelihorn@riker.com | e-mail |
| Counsel to Boyd Mechanical, LLC | Rosenberg & Pittinsky L.L.P. | Attn: Laurence D. Pittinsky | 232 Madison Avenue, Suite 906 | | New York | NY | 10016 | larry@rpllplaw.com | e-mail |
| Counsel to Drobach Equipment Rental Co. | Schwartz Barkin & Mitchell | Attn: Allen J. Barkin | 1110 Springfield Road | P.O. Box 1339 | Union | NJ | 07083-1339 | abarkin@sbmesq.com | e-mail |
| Attorneys for Atlantic Engineering Laboratories of NY, Inc. | Scura, Wigfield, Heyer, Stevens & Cammarota | Attn: David E. Sklar | 1599 Hamburg Turnpike | | Wayne | NJ | 07470 | | |
| Counsel to Unique Scaffolding, LLC N.A. | Shain Schaffer PC | Attn: Marguerite M. Schaffer | 150 Morristown Road, Suite 105 | | Bernardsville | NJ | 07924 | mschaffer@shainlaw.com | e-mail |
| Counsel to Stateline Fabricators, LLC, ArchMills LLC d/b/a ArchMills Doors and Hardware | Skolnick Legal Group, P.C. | Attn: Martin P. Skolnick | 103 Eisenhower Parkway, Suite 305 | | Roseland | NJ | 07068 | martin@skolnicklegalgroup.com | e-mail |
| Counsel to Life Town Inc. | Stanziale & Stanziale, P.C. | Attn: Benjamin A. Stanziale, Jr. | 29 Northfield Avenue, Suite 201 | | West Orange | NJ | 07052-5468 | | First Class Mail |
| Attorney General of the State of New York | State of New York Office of the Attorney General | Attn: Bankruptcy Department | The Capitol | | Albany | NY | 12224-0341 | | First Class Mail |
| Counsel to Herc Rentals, Inc., Samph Contracting, LLC, MDS Construction, Global Development Contractors, LLC, Orion Interiors, Inc., National Fireproofing & Insulation Co., Inc. | Tesser & Cohen | Attn: Danielle Cohen, Lee M. Tesser | 946 Main Street | North Tower, Suite 201 | Hackensack | NJ | 07601 | dcohen@tessercohen.com ltesser@tessercohen.com | e-mail |
| Counsel to Sparwick Contracting, Inc. | Trif Law LLC | Attn: Greg Trif | 89 Headquarters Plaza | | Morristown | NJ | 07960 | gtrif@triflaw.com | e-mail |
| Counsel to Jordano Electric, Inc. | Trif Law LLC | Attn: Greg Trif | 89 Headquarters Plaza | Suite 201 | North Tower | NJ | 07960 | gtrif@triflaw.com | e-mail |
| Counsel to Schindler Elevator Corporation | Walsh Pizzi O'reilly Falanga LLP | Attn: Sydney J. Darling, Stephen V. Falanga | Three Gateway Center | 100 Mulberry St, 15th Fl | Newark | NJ | 07102 | sdarling@walsh.law sfalanga@walsh.law | e-mail |
| Counsel to Fairleigh Dickinson University, Fairleigh Dickinson University | Walsh Pizzi O'reilly Falanga LLP | Attn: Stephen V. Falanga, Sydney J. Darling | Three Gateway Center | 100 Mulberry St, 15th Fl | Newark | NJ | 07102 | sdarling@walsh.law sfalanga@walsh.law | e-mail |
| Counsel to Nickerson Corporation | Warshaw Burstein, L.L.P. | Attn: Grant R. Cornehls, Maxwell J. Rubin | 575 Lexington Avenue, 7th Floor | | New York | NY | 10022 | gcornehls@wbny.com mrubin@wbny.com | e-mail |
| Counsel to 147 Bloomfield Ave J.V. LLC | Wasserman, Jurista & Stolz, P.C. | Attn: Daniel M. Stolz, Esq. | 110 Allen Road | Suite 304 | Basking Ridge | NJ | 07920 | DStolz@wjslaw.com | e-mail |
| Counsel to Veteran's Road SPE, LLC | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: Mickee M. Hennessy, John Westerman | 120 RXR Plaza | | Uniondale | NY | 11556 | mhennessy@westermanllp.com jwesterman@westermanllp.com | e-mail |
| Counsel to CTC Academy | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Meredith I. Friedman | 90 Woodbridge Center Drive | Suite 900, Box 10 | Woodbridge | NJ | 07095 | dstein@wilentz.com mfriedman@wilentz.com | e-mail |

**From:** Barbgiord <barbgiord@aol.com>
**To:** Rogove <Rogove@BlankRome.com>; arainone <arainone@bracheichler.com>; csoranno <csoranno@bracheichler.com>; karen.marques <karen.marques@bridgebuildersnewark.com>; wwright <wwright@capehart.com>; ashahinian <ashahinian@csglaw.com>; rnies <rnies@csglaw.com>; aciardi <aciardi@ciardilaw.com>; nnigrelli <nnigrelli@ciardilaw.com>; fyudkin <fyudkin@coleschotz.com>; msirota <msirota@coleschotz.com>; ra-li-ucts-bankrupt <ra-li-ucts-bankrupt@state.pa.us>; pallogramento <pallogramento@connellfoley.com>; mtaraschi <mtaraschi@connellfoley.com>; Donna.Thompson <Donna.Thompson@DLThompsonlaw.com>; daniel.simon <daniel.simon@us.dlapiper.com>; jjholman <jjholman@duanemorris.com>; slross <slross@duanemorris.com>; mherz <mherz@foxrothschild.com>; Gary.Kaplan <Gary.Kaplan@FriedFrank.com>; dbruck <dbruck@greenbaumlaw.com>; brodya <brodya@gtlaw.com>; ssmith <ssmith@herrick.com>; mkahme <mkahme@hillwallack.com>; mshavel <mshavel@hillwallack.com>; jdoran <jdoran@hinckleyallen.com>; Sptasiewicz <Sptasiewicz@krollfirm.com>; llmlaw <llmlaw@outlook.com>; aadler <aadler@lowenstein.com>; bbuechler <bbuechler@lowenstein.com>; jdipasquale <jdipasquale@lowenstein.com>; jkimble <jkimble@lowenstein.com>; krosen <krosen@lowenstein.com>; mseymour <mseymour@lowenstein.com>; ivolkov <ivolkov@mcgrailbensinger.com>; adobin <adobin@msbnj.com>; sdellafera <sdellafera@msbnj.com>; jraymond <jraymond@msbnj.com>; asodono <asodono@msbnj.com>; bcraig <bcraig@moritthock.com>; csantomassimo <csantomassimo@ndslaw.com>; mjstafford <mjstafford@nordlaw.legal>; Eamonn.OHagan <Eamonn.OHagan@usdoj.gov>; lauren.bielskie <lauren.bielskie@usdoj.gov>; stioa <stioa@pepperlaw.com>; jaffeh <jaffeh@pepperlaw.com>; listwakk <listwakk@pepperlaw.com>; jonaitiss <jonaitiss@pepperlaw.com>; englishr <englishr@pepperlaw.com>; hcsteam <hcsteam@primeclerk.com>; ServiceQA <ServiceQA@primeclerk.com>; jlubetkin <jlubetkin@rltlawfirm.com>; jschwartz <jschwartz@riker.com>; tschellhorn <tschellhorn@riker.com>; larry <larry@rpllplaw.com>; abarkin <abarkin@sbmesq.com>; mschaffer <mschaffer@shainlaw.com>; martin <martin@skolnicklegalgroup.com>; dcohen <dcohen@tessercohen.com>; ltesser <ltesser@tessercohen.com>; gtrif <gtrif@triflaw.com>; sdarling <sdarling@walsh.law>; sfalanga <sfalanga@walsh.law>; gcornehls <gcornehls@wbny.com>; mrubin <mrubin@wbny.com>; Dstolz <Dstolz@wjslaw.com>; mhennessy <mhennessy@westermanllp.com>; jwesterman <jwesterman@westermanllp.com>; dstein <dstein@wilentz.com>; mfriedman <mfriedman@wilentz.com>
**Cc:** jeffrea <jeffrea@aol.com>
**Subject:** In re: Hollister Construction Services, LLC; Case No. 19-27439 (MBK)
**Date:** Tue, Oct 1, 2019 2:15 pm
**Attachments:** FILED.Motion.10.1.19.pdf (1689K), FILED.Certification.w.exhibits.pdf (5785K), Proposed.Order.Vacating.Modifying.Stay.pdf (39K)

Please see attached on behalf of Creditor, City Contracting, Inc.

Thank you.

*Barbara J. Giordano*
*Office Manager*
**REA & ASSOCIATES, LLC**
11 Broadway, 2nd Fl
Clark, NJ 07066
(732) 943-2570

First Class Mail Service List:

Courtesy Copy to:
Hon. Michael B. Kaplan, U.S.B.J
United States Bankruptcy Court
District of New Jersey
402 East State Street, Courtroom #8
Trenton, New Jersey 08608


Broege Neumann Fischer & Shaver, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ 08736
Attn: Peter J. Broege, Esq.


Cohn Lifland Pearlman Herrmann & Knopf LLP
Park 80 West - Plaza One
250 Pehle Ave., Suite 401
Saddlebrook, NJ 07663
Attn:  Jeffrey W. Herrmann, Esq., Andrew R. Macklin, Esq.,
       Alex A. Pisarevsky, Esq., Charles R. Cohen, Esq.


Commonwealth of Pennsylvania
Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120
Attn: Bankruptcy Department


Hollister Construction Services
c/o Lowenstein Sandler, LLP
One Lowenstein Drive
Roseland, NJ 07068
Attn: Kenneth A. Rosen, Esq.
      Bruce Buechler, Esq.


Internal Revenue Service
2970 Market Street
mail Stop 5-Q30.133
Philadelphia, PA 19104-5016
Attn: Bankruptcy Department

New Jersey Attorney General's Office
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ   08625-0112
Attn:   Division of Law

New Jersey Division of Taxation
Bankruptcy Unit
50 Barrack Street, 9th Floor
Trenton, NJ 08695
Attn: Compliance and Enforcement

New York State Department of Taxation and Finance
Building 9, W A Harriman Campus
Albany, NY 12224-0341
Attn: Office of Counsel


Pennsylvania Department of Revenue
P.O. Box 2809467
Harrisburg, PA 17127-0946
Attn: Bankruptcy Division


Stanziale & Stanziale, P.C.
29 Northfield Avenue, Suite 201
West orange, NJ 07052-5468
Attn: Benjamin A. Stanziale, Jr., Esq.


State of New York Office of the Attorney General
The Capitol
Albany, NY 12224-0341
Att: Bankruptcy Department