**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**BLANK ROME LLP**
*A Pennsylvania LLP*
Adrienne C. Rogove, Esq.
New Jersey Resident Partner
Josef W. Mintz, Esq.
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2648
Rogove@BlankRome.com
Mintz@BlankRome.com

*Attorneys for 640 Columbia Owner LLC*

**FRIED FRANK HARRIS SHRIVER &
JACOBSON LLP**
Gary L. Kaplan, Esq.
Carl I. Stapen, Esq. (admitted *pro hac vice*)
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8812
Gary.Kaplan@FriedFrank.com
Carl.Stapen@FriedFrank.com

| In re: | Chapter 11 |
|---|---|
| Hollister Construction Services, LLC, | Case No. 19-27439-MBK |
| Debtor. | Hon. Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1.      I, Josef W. Mintz, represent 640 Columbia Owner LLC in this matter.

2.      On September 30, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

- Motion of 640 Columbia Owner LLC for Entry of an Order (i) Granting Owner Relief from the Automatic Stay to Enforce Termination of GC Agreement or, in the Alternative, (ii) Compelling the Debtor to Immediately Reject the GC Agreement [Docket No. 186];
- Application for Order Shortening Time [Docket No. 187]; and
- Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 192].

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    October 7, 2019                              */s/ Josef W. Mintz*
                                                                 Signature

1

## SERVICE LIST*

*(*See Attachment 1 for Email List)*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Lowenstein Sandler, LLP<br>Attn:  Arielle Adler, Bruce Buechler, Joseph DiPasquale,<br>Jennifer B. Kimble, Kenneth A. Rosen, Mary E. Seymour | Counsel to the Debtor | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Schwartz Barkin & Mitchell<br>Attn: Allen J. Barkin | Counsel to Drobach Equipment Rental Co. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Ciardi Ciardi & Astin<br>Attn: Albert A. Ciardi, III, and Nicole M. Nigrelli | Counsel to Pentel Drywall, Inc., Delcon Builders, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Chiesa Shahinian & Giantomasi PC<br>Attn: Armen Shahinian and Robert Nies | Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Mortitt Hock & Hamroff LLP<br>Attn: Brian P. Craig | Fort Hill Industries, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Greenberg Traurig, LLP<br>Attn: Alan J. Brody | Counsel to EWA Moonachie 77, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Nicoll Davis & Spinella LLP<br>Attn: Christopher M. Santomassimo | Counsel to Dancker | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Greenbaum, Rowe, Smith & Davis LLP<br>Attn: David L. Bruck | Counsel to Nomad Framing, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Tesser & Cohen<br>Attn: Danielle Cohen, Lee M. Tesser | Counsel to Herc Rentals, Inc., Samph Contracting, LLC, MDS Construction, Global Development Contractors, LLC, Orion Interiors, Inc., National Fireproofing & Insulation Co., Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| DL Thompson, Law, PC<br>Attn: Donna L. Thompson | Counsel to Prendimano Electrical Maintenance Col, Inc. t/a PEMCO | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Wilentz, Goldman & Spitzer, P.A.<br>Attn: David H. Stein, Meredith I. Friedman | Counsel to CTC Academy | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Wasserman, Jurista & Stolz, P.C.<br>Attn: Daniel M. Stolz, Esq. | Counsel to 147 Bloomfield Ave J.V. LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Office of the United States Attorney of New Jersey<br>Attn: Eamonn O'Hagan, Assistant U.S. Attorney | United States Attorney | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Trif Law LLC<br>Attn: Greg Trif | Counsel to Jordano Electric, Inc. and Sparwick Contracting, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Prime Clerk LLC<br>Attn: Richard M. Allen | Claims Agent | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
| --- | --- | --- |
| Pepper Hamilton LLP<br>Attn: Henry J. Jaffe and Kenneth A. Listwak | Counsel to 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Hinckley, Allen & Snyder LLP<br>Attn: Jennifer V. Doran | Counsel to Ocean Steel Corporation | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Duane Morris LLP<br>Attn: James J. Holman | Counsel to PNC Bank, National Association | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Rabinowitz, Lubetkin & Tully, LLC<br>Attn: Jay L. Lubetkin | Counsel to Christopher Johnson and Kieran Flanagan | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Pepper Hamilton LLP<br>Attn: Stephanie L. Jonaitis and Robyn R. English-Mezzino | Counsel to 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Riker, Danzig, Scherer, Hyland & Perretti LLP<br>Attn: Joseph L. Schwartz and Tara J. Schellhorn | Counsel to Newark Warehouse Urban Renewal, LLC; Newark Warehouse Redevelopment Company, LLC; and Edison Construction Management, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Bridge Builders Newark LLC<br>Attn: Karen Marques | Bridge Builders Newark LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Office of the United States Trustee for the District of New Jersey<br>Attn: Lauren Bielskie, Esq. | United States Trustee | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Larry L Miller<br>Attn: Larry L Miller | Counsel to L & W Supply Corporation | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Skolnick Legal Group, P.C.<br>Attn: Martin P. Skolnick | Counsel to Stateline Fabricators, LLC, ArchMills LLC d/b/a ArchMills Doors and Hardware | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Arent Fox LLP<br>Attn: Mary Joanne Dowd | Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Hill Wallack LLP<br>Attn: Michael Kahme and Michael J. Shavel | Counsel to Accordia Harrison Urban Renewal, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Shain Schaffer PC<br>Attn: Marguerite M. Schaffer | Counsel to Unique Scaffolding, LLC N.A. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Commonwealth of Pennsylvania, Department of Labor and Industry<br>Attn: Deb Secrest | Counsel to Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Arent Fox LLP<br>Attn: Robert M. Hirsh, Mark A. Bloom | Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Walsh Pizzi O'Reilly Falanga LLP<br>Attn: Stephen V. Falanga and Sydney J. Darling | Counsel to Fairleigh Dickinson University, Fairleigh Dickinson University | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
| --- | --- | --- |
| Duane Morris LLP<br>Attn: Sommer L. Ross | Counsel to PNC Bank, National Association | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Email (as authorized by the Court or by rule) |
| Kroll Heineman Carton<br>Attn: Seth Ptasiewicz | Counsel to New Jersey Building Laborers' Statewide Benefit Funds | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Email (as authorized by the Court or by rule) |
| Herrick Feinstein LLP<br>Attn: Steven B. Smith | Counsel to CS Utica & Remsen LLC | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Email (as authorized by the Court or by rule) |
| Capehart & Scatchard, P.A., A Professional Corporation<br>Attn: William G. Wright | Counsel to Graybar Electric Company, Inc. | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Email (as authorized by the Court or by rule) |
| Scura, Wigfield, Heyer, Stevens & Cammarota<br>Attn: David E. Sklar | Attorneys for Atlantic Engineering Laboratories of NY, Inc. | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Email (as authorized by the Court or by rule) |
| Cohn Lifland Pearlman Herrmann & Knopf LLP<br>Attn: Jeffrey W. Herrmann, Andrew R. Macklin, Alex A. Pisarevsky, Charles R. Cohen | Counsel to Pereira Electrical Contracting, Inc. | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Email (as authorized by the Court or by rule) |
| Stanziale & Stanziale, P.C.<br>Attn: Benjamin A. Stanziale, Jr. | Counsel to Life Town Inc. | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Email (as authorized by the Court or by rule) |
| Broege Neumann Fischer & Shaver, L.L.C.<br>Attn: Peter J. Broege | Counsel to Encon Mechanical Corp. | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Brach Eichler L.L.C.<br>Attn: Carl J. Soranno | Counsel to Air Group, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Warshaw Burstein, LLP<br>Attn: Grant Cornehls | Counsel to Nickerson Corporation | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| NordLaw<br>Attn: Michael J. Stafford, Esq. | Counsel to Anvil Craft Corp. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Rosenberg & Pittinsky, LLP<br>Attn: Laurence D. Pittinsky, Esq. | Counsel to Boyd Mechanical, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Pepper Hamilton LLP<br>Attn: Angelo A. Stio III and Henry J. Jaffe | Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC and 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Walsh Pizzi O'Reilly Falanga LLP<br>Attn: Sydney J. Darling and Stephen V. Falanga | Counsel to Schindler Elevator Corporation | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Brach Eichler L.L.C.<br>Attn: Anthony M. Rainone | Counsel to Industrial Maintenance Industries | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Pepper Hamilton LLP<br>Attn: Stephanie L. Jonaitis, Henry J. Jaffe, and Kenneth A. Listwak | Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Westerman Ball Ederer Miller Zucker & Sharfstein, LLP Attn: Mickee M. Hennessy and John Westerman | Counsel to Veteran's Road SPE, LLC | ☐  Hand Delivery ☐  Regular Mail ☐  Certified mail/RR ☒  Other – Email (as authorized by the Court or by rule) |
| DLA Piper LLP (US) Attn: Daniel M. Simon and Stuart M. Brown | Counsel to Waypoint Hackensack Urban Renewal Owner LLC | ☐  Hand Delivery ☐  Regular Mail ☐  Certified mail/RR ☒  Other – Email (as authorized by the Court or by rule) |
| McManimon, Scotland & Baumann, LLC Attn: Sam Della Fera, Jr., Joshua H. Raymond, Anthony Sodono III, and Andrea Dobin | Counsel to the Official Committee of Unsecured Creditors | ☐  Hand Delivery ☐  Regular Mail ☐  Certified mail/RR ☒  Other – Email (as authorized by the Court or by rule) |
| Fox Rothschild LLP Attn: Michael R. Herz | Counsel to Marc and Amy Lebovitz | ☐  Hand Delivery ☐  Regular Mail ☐  Certified mail/RR ☒  Other – Email (as authorized by the Court or by rule) |
| Connell Foley LLP Attn: Philip W. Allogramento III and Mitchell W. Taraschi | Counsel to FM Construction Group, LLC | ☐  Hand Delivery ☐  Regular Mail ☐  Certified mail/RR ☒  Other – Email (as authorized by the Court or by rule) |
| Cole Schotz P.C. Attn: Michael D. Sirota and Felice R. Yudkin | Counsel to Newkirk Realty LLC | ☐  Hand Delivery ☐  Regular Mail ☐  Certified mail/RR ☒  Other – Email (as authorized by the Court or by rule) |
| Fox Rothschild LLP Attn: Jason C. Manfrey and Brett Berman | Counsel to Joffe Lumber & Supply Co. | ☐  Hand Delivery ☐  Regular Mail ☐  Certified mail/RR ☒  Other – Email (as authorized by the Court or by rule) |
| New Jersey Attorney General's Office Attn:  Division of Law Richard J. Hughes Justice Complex 25 Market Street Trenton, NJ 08625-0112 | Attorney General of the State of New Jersey | ☐  Hand Delivery ☐  Regular Mail ☐  Certified mail/RR ☒  Other – Overnight Courier (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Commonwealth of Pennsylvania Office of Attorney General Attn: Bankruptcy Department 16th Floor, Strawberry Square Harrisburg, PA 17120 | Commonwealth of Pennsylvania Office of Attorney General | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Overnight Courier (as authorized by the Court or by rule) |
| Internal Revenue Service Attn: Bankruptcy Department 2970 Market Street Mail Stop 5-Q30.133 Philadelphia, PA 19104-5016 | The Internal Revenue Service | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Overnight Courier (as authorized by the Court or by rule) |
| The New Jersey Division of Taxation Compliance and Enforcement - Bankruptcy Unit Attn: Bankruptcy Department 50 Barrack Street, 9th Floor Trenton, NJ 08695 | The New Jersey Division of Taxation Compliance and Enforcement | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Overnight Courier (as authorized by the Court or by rule) |
| State of New York Office of the Attorney General Attn: Bankruptcy Department The Capitol Albany, NY 12224-0341 | Attorney General of the State of New York | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Overnight Courier (as authorized by the Court or by rule) |
| Pennsylvania Department of Revenue Attn: Bankruptcy Division P.O. Box 2809467 Harrisburg, PA 17127-0946 | Pennsylvania Department of Revenue | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Overnight Courier (as authorized by the Court or by rule) |
| New York State Department of Taxation and Finance Attn: Office of Counsel Building 9, W A Harriman Campus Albany, NY 12224-0341 | New York State Department of Taxation and Finance | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Overnight Courier (as authorized by the Court or by rule) |

**Attachment 1 - Email List**

aadler@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
jkimble@lowenstein.com
krosen@lowenstein.com
mseymour@lowenstein.com
abarkin@sbmesq.com
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com
ashahinian@csglaw.com
rnies@csglaw.com
ashahinian@csglaw.com
rnies@csglaw.com
bcraig@moritthock.com
brodya@gtlaw.com
csantomassimo@ndslaw.com
dbruck@greenbaumlaw.com
dcohen@tessercohen.com
ltesser@tessercohen.com
Donna.Thompson@DLThompsonlaw.com
dstein@wilentz.com
mfriedman@wilentz.com
DStolz@wjslaw.com
Eamonn.OHagan@usdoj.gov
gtrif@triflaw.com
gtrif@triflaw.com
hcsteam@primeclerk.com
ServiceQA@primeclerk.com
jaffeh@pepperlaw.com
listwakk@pepperlaw.com
jdoran@hinckleyallen.com
jjholman@duanemorris.com
jlubetkin@rltlawfirm.com
jonaitiss@pepperlaw.com
englishr@pepperlaw.com
jschwartz@riker.com
tschellhorn@riker.com
karen.marques@bridgebuildersnewark.com
lauren.bielskie@usdoj.gov
llmlaw@outlook.com
martin@skolnicklegalgroup.com
mary.dowd@arentfox.com
mkahme@hillwallack.com
mshavel@hillwallack.com
mschaffer@shainlaw.com
ra-li-ucts-bankrupt@state.pa.us
robert.hirsh@arentfox.com

mark.bloom@arentfox.com
sdarling@walsh.law
sfalanga@walsh.law
slross@duanemorris.com
SPtasiewicz@krollfirm.com
ssmith@herrick.com
wwright@capehart.com
dsklar@scuramealey.com
crc@njlawfirm.com
jwh@njlawfirm.com
arm@njlawfirm.com
ap@njlawfirm.com
ben@stanzialelaw.com
pbroege@bnfsbankruptcy.com
csoranno@bracheichler.com
gcornehls@wbny.com
mjstafford@nordlaw.legal
larry@rpllplaw.com
stioa@pepperlaw.com
sdarling@walsh.law
sfalanga@walsh.law
arainone@bracheichler.com
mhennessy@westermanllp.com
jwesterman@westermanllp.com
daniel.simon@us.dlapiper.com
stuart.brown@us.dlapiper.com
sdellafera@msbnj.com
jraymond@msbnj.com
asodono@msbnj.com
adobin@msbnj.com
mherz@foxrothschild.com
pallogramento@connellfoley.com
mtaraschi@connellfoley.com
msirota@coleschotz.com
fyudkin@coleschotz.com
jmanfrey@foxrothschild.com
bberman@foxrothschild.com