```
                    UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No.: 19-27439-MBK |

**ENTRY OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for KR Masonry LLC, a creditor and party in interest and, pursuant to Bankruptcy Rules 2002 and 9010 and section 1109(b) of the Bankruptcy Code, 11 U.S.C. 1109(b), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

> Greg Trif, Esq.
> Trif Law LLC
> 89 headquarters Plaza
> North Tower, Suite 201
> Morristown, New Jersey 07960
> Telephone:  973-547-3611
> Facsimile:  974-554-1220
> e-mail:  gtrif@triflaw.com

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and

whether transmitted or conveyed by mail, electronic mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1) that affects or seeks to affect any way any rights or interests of any creditor or party in interest in this case including, without limitation, KR Masonry LLC, with respect to: (a) the debtor: (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or that requires or seeks to require any act, delivery of any property, payment, or other conduct by KR Masonry LLC.

PLEASE TAKE FINAL NOTICE that KR Masonry LLC intends that neither this Entry of Appearance nor any later appearance, pleading, paper, claim, or suit shall waive (1) the right of KR Masonry LLC to have final orders in non-core matters entered only after de novo review by a District Judge; (2) the right of KR Masonry LLC to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right of KR Masonry LLC to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which KR Masonry LLC is or may be entitled under agreements, in law, in equity, or otherwise, all of

which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

                         TRIF LAW LLC
                         *Attorneys for Creditor and Party in Interest,*
                         KR Masonry LLC

                         */s/ Greg Trif*
                         Greg Trif
                         89 headquarters Plaza
                         North Tower, Suite 201
                         Morristown, New Jersey 07960
                         Telephone:  973-860-2030
                         Facsimile:  974-554-1220

Dated:  October 8, 2019