**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
David E. Sklar, Esq.
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
*Counsel for All Brands Elevator Industries, Inc.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |
|---|---|

The firm SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP does hereby enter an appearance for the following party in the above named bankruptcy case:

All Brands Elevator Industries, Inc.

Pursuant to Rule 2002 of the bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

        **SCURA, WIGFIELD, HEYER,**
        **STEVENS, & CAMMAROTA**
        Attorneys for All Brands Elevator Industries, Inc.


        /s/ David E. Sklar, Esq.
        David E. Sklar, Esq.

Dated: October 9, 2019