**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
Anthony Sodono III, Esq. (asodono@msbnj.com)
Andrea Dobin, Esq. (adobin@msbnj.com)
*Proposed Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>(Honorable Michael B. Kaplan) |

## CERTIFICATION OF SERVICE

1. I, Lisa DiPaolo,

    ☑ am a legal assistant employed by McManimon, Scotland & Baumann, LLC, proposed attorneys for the Official Committee of Unsecured Creditors to Hollister Construction Services, LLC in the above-captioned matter.

2. On October 8, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a. Application for an Order Approving the Retention of EisnerAmper LLP as Accountants and Financial Advisors for the Official Committee of Unsecured Creditors of Hollister Construction Services, LLC;

    b. Affidavit of Anthony R. Calascibetta; and

    c. Proposed form of Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                              */s/ Lisa DiPaolo*

Dated: October 9, 2019                                         LISA DiPAOLO

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>Attn: Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Kenneth A. Rosen, Esq.<br>Arielle Adler, Esq.<br>Joseph DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Mary E. Seymour<br>Lowenstein Sandler, LLP<br>One Lowenstein Drive<br>Roseland, NJ  07068 | *Counsel to Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| James J. Holman, Esq.<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA  19103-4196 | *Counsel to PNC Bank, National Association, Secured Creditor* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Sommer L. Ross, Esq.<br>Duane Morris LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE  19801-1659 | *Counsel to PNC Bank, National Association (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Armen Shahinian, Esq.<br>Robert Nies, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>11 Times Square, 31st Floor<br>New York, NY  10036 | *Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company, Secured Creditor (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Armen Shahinian, Esq.<br>Robert Nies, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ  07052- | *Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company, Secured Creditor (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |

4842-1551-6841, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mary Joanne Dowd, Esq.<br>Arent Fox LLP<br>1717 K Street NW<br>Washington, DC  20006 | *Counsel to SBLP Princeton, LLC, a Delaware Limited Liability Company* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Robert M. Hirsh, Esq.<br>Mark A. Bloom, Esq.<br>Arent Fox LLP<br>1301 Avenue of the Americas<br>42nd Floor<br>New York, NY  10019 | *Counsel to SBLP Princeton, LLC, a Delaware Limited Liability Company (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Adrienne C. Rogove, Esq.<br>Blank Rome LLP<br>300 Carnegie Center, Suite 220<br>Princeton, NJ  08540 | *Counsel to 640 Columbia Owner LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Bridge Builders Newark LLC<br>Attn: Karen Marques<br>211 Warrant St.<br>Newark, NJ  07103 | *Notice of Appearance filed* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Peter J. Broege, Esq.<br>Broege Neumann Fischer & Shaver, L.L.C.<br>25 Abe Voorhees Drive<br>Manasquan, NJ  08736 | *Counsel to Encon Mechanical Corp. (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| William G. Wright, Esq.<br>Capehart & Scatchard, P.A.<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel, NJ  08054 | *Counsel to Graybar Electric Company, Inc. (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Albert A. Ciardi, III, Esq.<br>Nicole M. Nigrelli, Esq.<br>Ciardi Ciardi & Astin<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia, PA  19103 | *Counsel to Pentel Drywall, Inc., Delcon Builders, Inc. (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |

4842-1551-6841, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeffrey W. Herrmann, Esq.<br>Andrew R. Macklin, Esq.<br>Alex A. Pisarevsky, Esq.<br>Charles R. Cohen, Esq.<br>Cohn Lifland Pearlman Herrmann & Knopf LLP<br>Park 80 West - Plaza One<br>250 Pehle Ave., Suite 401<br>Saddle Brook, NJ  07663 | *Counsel to Pereira Electrical Contracting, Inc. (Notice of Appearance filed)* | ☐  Hand-delivered<br>☑  Regular mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Other _____<br>    (as authorized by the court or<br>       by rule.) |
| Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Attn: Deb Secrest<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA  17121 | *Counsel to Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania (Notice of Appearance filed)* | ☐  Hand-delivered<br>☑  Regular mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Other _____<br>    (as authorized by the court or<br>       by rule.) |
| Donna L. Thompson, Esq.<br>DL Thompson, Law, PC<br>P.O. Box 679<br>Allenwood, NJ  08720 | *Counsel to Prendimano Electrical Maintenance Col, Inc. t/a PEMCO (Notice of Appearance filed)* | ☐  Hand-delivered<br>☑  Regular mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Other _____<br>    (as authorized by the court or<br>       by rule.) |
| Gary Kaplan, Esq.<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004 | *Counsel to 640 Columbia Owner LLC (Notice of Appearance filed)* | ☐  Hand-delivered<br>☑  Regular mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Other _____<br>    (as authorized by the court or<br>       by rule.) |
| David L. Bruck, Esq.<br>Greenbaum, Rowe, Smith & Davis LLP<br>99 Wood Avenue South<br>Iselin, NJ  08830 | *Counsel to Nomad Framing, LLC (Notice of Appearance filed)* | ☐  Hand-delivered<br>☑  Regular mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Other _____<br>    (as authorized by the court or<br>       by rule.) |
| Alan J. Brody, Esq.<br>Greenberg Traurig, LLP<br>500 Campus Drive<br>Florham Park, NJ  07932 | *Counsel to EWA Moonachie 77, LLC (Notice of Appearance filed)* | ☐  Hand-delivered<br>☑  Regular mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Other _____<br>    (as authorized by the court or<br>       by rule.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Steven B. Smith, Esq.<br>Herrick Feinstein LLP<br>Two Park Avenue<br>New York, NY  10016 | *Counsel to CS Utica & Remsen LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Michael Kahme, Esq.<br>Michael J. Shavel, Esq.<br>Hill Wallack LLP<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ  08543 | *Counsel to Accordia Harrison Urban Renewal, LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Jennifer V. Doran, Esq.<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA  02109 | *Counsel to Ocean Steel Corporation (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Internal Revenue Service<br>Attn: Bankruptcy Department<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia, PA  19104-5016 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Seth Ptasiewicz, Esq.<br>Kroll Heineman Carton<br>Metro Corporate Campus<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ  08830 | *Counsel to New Jersey Building Laborers' Statewide Benefit Funds (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Larry L Miller, Esq.<br>11722 Taneytown Pike<br>Taneytown, MD  21787 | *Counsel to L & W Supply Corporation (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Brian P. Craig, Esq.<br>Mortitt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY  11530 | *Counsel for Fort Hill Industries, Inc. (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |

4842-1551-6841, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Jersey Attorney General's Office<br>Attn:  Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ  08625-0112 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| New Jersey Division of Taxation<br>Attn:  Compliance and Enforcement Bankruptcy Unit<br>50 Barrack Street, 9th Floor<br>Trenton, NJ  08695 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Christopher M. Santomassimo, Esq.<br>Nicoll Davis & Spinella LLP<br>1 Gatehall Drive, Suite 100<br>Parsippany, NJ  07054 | *Counsel for Dancker (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Office of the United States Attorney<br>Attn: Eamonn O'Hagan,<br>     Assistant U.S. Attorney<br>970 Broad Street, Suite 700<br>Newark, NJ  07102 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Henry J. Jaffe, Esq.<br>Kenneth A. Listwak, Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza<br>1313 N. Market St., Suite 5100<br>Wilmington, DE  19801 | *Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Stephanie L. Jonaitis, Esq.<br>Robyn R. English-Mezzino, Esq.<br>Angelo A. Stio, Esq.<br>Pepper Hamilton LLP<br>301 Carnegie Center, Suite 400<br>Princeton, NJ  08543-5276 | *Counsel to 10 Minerva Place L.P., 10 Minerva Place Housing Development Fund Corporation and 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member, Inc. and 5 Bay Street Phase 3 LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |

4842-1551-6841, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jay L. Lubetkin, Esq.<br>Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ  07039 | *Counsel to Christopher Johnson and Kieran Flanagan (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>  (as authorized by the court or by rule.) |
| Joseph L. Schwartz, Esq.<br>Tara J. Schellhorn, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti LLP<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ  07962 | *Counsel to Newark Warehouse Urban Renewal, LLC; Newark Warehouse Redevelopment Company, LLC; and Edison Construction Management, LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>  (as authorized by the court or by rule.) |
| Allen J. Barkin, Esq.<br>Schwartz Barkin & Mitchell<br>1110 Springfield Road<br>P.O. Box 1339<br>Union, NJ  07083-1339 | *Counsel to Drobach Equipment Rental Co. (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>  (as authorized by the court or by rule.) |
| David E. Sklar, Esq.<br>Scura, Wigfield, Heyer, Stevens & Cammarota<br>1599 Hamburg Turnpike<br>Wayne, NJ  07470 | *Attorneys for Atlantic Engineering Laboratories of NY, Inc. (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>  (as authorized by the court or by rule.) |
| Marguerite M. Schaffer, Esq.<br>Shain Schaffer PC<br>150 Morristown Road, Suite 105<br>Bernardsville, NJ  07924 | *Counsel to Unique Scaffolding, LLC N.A. (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>  (as authorized by the court or by rule.) |
| Martin P. Skolnick, Esq.<br>Skolnick Legal Group, P.C.<br>103 Eisenhower Parkway, Suite 305<br>Roseland, NJ  07068<br>973-409-0100 | *Counsel to Stateline Fabricators, LLC, ArchMills LLC d/b/a ArchMills Doors and Hardware (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>  (as authorized by the court or by rule.) |

4842-1551-6841, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Benjamin A. Stanziale, Jr.<br>Stanziale & Stanziale, P.C.<br>29 Northfield Avenue, Suite 201<br>West Orange, NJ  07052-5468 | *Counsel to Life Town Inc. (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Danielle Cohen, Esq.<br>Lee M. Tesser, Esq.<br>Tesser & Cohen<br>946 Main Street<br>Hackensack, NJ  07601 | *Counsel to Herc Rentals, Inc., Samph Contracting, LLC, MDS Construction, Global Development Contractors, LLC, Orion Interiors, Inc., National Fireproofing & Insulation Co., Inc. (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Greg Trif, Esq.<br>Trif Law LLC<br>89 Headquarters Plaza<br>North Tower, Suite 201<br>Morristown, NJ  07960 | *Counsel to Sparwick Contracting, Inc. and Jordano Electric, Inc. and KR Masonry LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Stephen V. Falanga, Esq.<br>Sydney J. Darling, Esq.<br>Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ  07102 | *Counsel to Fairleigh Dickinson University and Schindler Elevator Corporation (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Daniel M. Stolz, Esq.<br>Wasserman, Jurista & Stolz, P.C.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920 | *Counsel to 147 Bloomfield Ave J.V. LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| David H. Stein, Esq.<br>Meredith I. Friedman, Esq.<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ  07095 | *Counsel to CTC Academy (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |

4842-1551-6841, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bryce W. Newell, Esq.<br>Rosenberg & Estis, P.C.<br>733 Third Avenue<br>New York, NY 10017 | *Counsel to LEG Acquisition, LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Carl J. Soranno, Esq.<br>Brach Eichler LLC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | *Counsel for Air Group, LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Grant R. Cornehls, Esq.<br>Maxwell J. Rubin, Esq.<br>Warshaw Burstein, LLP<br>575 Lexington Avenue, 7th Floor<br>New York, NY 10022 | *Counsel for Nickerson Corporation (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Michael J. Stafford, Esq.<br>NordLaw<br>Turnpike Metroplex, Suite 201<br>190 State Highway 18<br>East Brunswick, NJ 08816 | *Counsel for Anvil Craft Corp. (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Laurence D. Pittinsky, Esq.<br>Rosenberg & Pittinsky, LLP<br>232 Madison Avenue, Suite 906<br>New York, NY 10016 | *Attorneys for Boyd Mechanical, LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Anthony M. Rainone, Esq.<br>Brach Eichler LLC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | *Counsel for Industrial Maintenance Industries (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Mickee M. Hennessy, Esq.<br>John Westerman, Esq.<br>Westerman Ball Ederer Miller Zucker & Sharfstein, LLP<br>1201 RXR Plaza<br>Uniondale, NY 11556 | *Counsel to Veteran's Road SPE, LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |

4842-1551-6841, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Daniel M. Simon, Esq.<br>DLA Piper LLP (US)<br>1201 West Peachtree Street, Suite 2800<br>Atlanta, GA 30309 | *Counsel for FM Construction Group, LLC and Waypoint Hackensack Urban Renewal Owner LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Stuart M. Brown, Esq.<br>DLA Piper LLP (US)<br>51 John F. Kennedy Parkway<br>Suite 120<br>Short Hills, NJ 07078 | *Counsel for FM Construction Group, LLC and Waypoint Hackensack Urban Renewal Owner LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Philip W. Allogramento III, Esq.<br>Mitchell W. Taraschi, Esq.<br>Connell Foley LLP<br>56 Livingston Avenue<br>Roseland, NJ 07068 | *Attorneys for FM Construction Group, LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Michael D. Sirota, Esq.<br>Felice R. Yudkin, Esq.<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | *Attorneys for Newkirk Realty LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Jason C. Manfrey, Esq.<br>Brett Berman, Esq.<br>Fox Rothschild LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103 | *Counsel for Joffe Lumber & Supply Co., Inc. (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Ilana Volkov, Esq.<br>Pearl Shah, Esq.<br>McGrail & Bensinger LLP<br>888-C 8th Avenue, #107<br>New York, NY 10019 | *Counsel for Kone, Inc. (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |

4842-1551-6841, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeffrey J. Rea, Esq.<br>Rea & Associates, LLC<br>11 Broadway, Second Floor<br>Clark, NJ 07066 | *Counsel for City Contracting, Inc. (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Joshua A. Zielinski, Esq.<br>R. Brant Forrest, Esq.<br>O'Toole Scrivo, LLC<br>14 Village Park Road<br>Cedar Grove, NJ 07009 | *Counsel for DeSesa Engineering Company, Inc. (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Edmund J. Campbell, Jr., Esq.<br>Campbell Rocco Law, LLC<br>6 Kings Highway East<br>Haddonfield, NJ 08033 | *Counsel for Glass Systems Tech, LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| James C. DeZao, Esq.<br>Kathy Cehelsky, Esq.<br>Margaret Meade, Esq.<br>Law Office of James C. DeZao, P.A.<br>322 Route 46 West, Suite 120<br>Parsippany, NJ 07054 | *Counsel for Bel-Con Construction Services, LLC and Orange County Superior Concrete (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Rocco A. Cavaliere, Esq.<br>Scott S. Markowitz, Esq.<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway, 11th Floor<br>New York, New York 10018 | *Counsel for Titan Industrial Services Group (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| John O'Boyle, Esq.<br>Brian G. Hannon, Esq.<br>Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, NJ 07631 | *Counsel for Imperial Floors, LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Brian R. Tipton, Esq.<br>Florio Perrucci Steinhardt & Cappelli, LLC<br>235 Broubalow Way<br>Phillipsburg, NJ 08865 | *Counsel for State Line Construction Company, Inc. (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |

4842-1551-6841, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lawrence B. Diener, Esq.<br>Court Plaza North<br>25 Main Street, Suite 200<br>Hackensack, NJ 07601 | *Counsel for Advanced Scaffold Services, LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Michael R. Herz, Esq.<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960 | *Counsel for Troon Electric of New Jersey, LLC (Notice of Appearance filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Brian W. Bisignani, Esq.<br>Post & Schell, P.C.<br>1869 Charter Lane, Suite 102<br>PO Box 10248<br>Lancaster, PA 17605-0248 | *Counsel for High Concrete Group, LLC and Conewago Enterprises, Inc. (Notice of Appearance filed* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Anthony R. Calascibetta<br>EisnerAmper LLP<br>111 Wood Avenue South<br>Iselin, NJ 08830 | *Proposed Accountants and Financial Advisors to Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |

4842-1551-6841, v. 1