UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1

REA & ASSOCIATES, LLC
Jeffrey J. Rea, Esq.
11 Broadway, 2nd Floor
Clark, New Jersey 07066
(732) 943-2570

Attorneys for Creditor/Lienor
City Contracting, Inc.

---

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,

                Debtor.

Case No. 19-27439 (MBK)

Chapter: 11

Hearing Date: 11/7/2019

Judge: Hon. Michael B. Kaplan, U.S.B.J.

## CERTIFICATION OF SERVICE

I, Barbara J. Giordano, am the secretary/paralegal for Rea & Associates, LLC.

On October 10, 2019, I served a true copy of a Proof of Claim filed on behalf of Creditor, City Contracting, Inc. to all parties who have appeared *via* **U.S.B.C. electronic filing system** and to the parties listed in the attached list *via* **First Class Mail** (see "Mode of Service" column on attached Core Service List):

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                  Barbara J. Giordano

Dated: October 10, 2019

In re: Hollister Construction Services, LLC
Core/2002 Service List
Case No. 19-27439 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | E-MAIL | Mode of Service |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to SBLP Princeton, LLC, a Delaware Limited Liability Company | Arent Fox LLP | Attn: Mary Joanne Dowd | 1717 K Street NW | | Washington | DC | 20006 | mary.dowd@arentfox.com | e-mail |
| Counsel to SBLP Princeton, LLC, a Delaware Limited Liability Company | Arent Fox LLP | Attn: Robert M. Hirsh, Mark A. B | 1301 Avenue of the Americas | Floor 42 | New York | NY | 10019 | robert.hirsh@arentfox.com mark.bloom@arentfox.com | e-mail |
| Counsel to 640 Columbia Owner LLC | Blank Rome LLP | Attn: Adrienne C. Rogove | 300 Carnegie Center, Suite 220 | | Princeton | NJ | 08540 | Rogove@BlankRome.com | e-mail |
| Counsel to Industrial Maintenance Industries | Brach Eichler L.L.C. | Attn: Anthony M. Rainone | 101 Eisenhower Parkway | | Roseland | NJ | 07068-1067 | arainone@bracheichler.com | e-mail |
| Counsel to Air Group, LLC | Brach Eichler LLC | Attn: Carl J. Soranno | 101 Eisenhower Parkway | | Roseland | NJ | 07068-1067 | csoranno@bracheichler.com | e-mail |
| Bridge Builders Newark LLC | Bridge Builders Newark LLC | Attn: Karen Marques | 211 Warrant St. | | Newark | NJ | 07103 | karen.marques@bridgebuildersnewark.com | e-mail |
| Counsel to Encon Mechanical Corp. | Broege Neumann Fischer & Shaver, L.L.C. | Attn: Peter J. Broege | 25 Abe Voorhees Drive | | Manasquan | NJ | 08736 | | First Class Mail |
| Counsel to Graybar Electric Company, Inc. | Capehart & Scatchard, P.A., A Professional Corporation | Attn: William G. Wright | 8000 Midlantic Drive, Suite 300 S | | Mt. Laurel | NJ | 08054 | wwright@capehart.com | e-mail |
| Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies | 11 Times Square, 31st Floor | | New York | NY | 10036 | ashahinian@csglaw.com rnies@csglaw.com | e-mail |
| Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies | 11 Times Square, 31st Floor | | New York | NY | 10036 | ashahinian@csglaw.com rnies@csglaw.com | e-mail |
| Counsel to Pentel Drywall, Inc., Delcon Builders, Inc. | Ciardi Ciardi & Astin | Attn: Albert A. Ciardi, III, and Nicole M. Nigrelli | One Commerce Square | 2005 Market Street, Suite 3500 | Philadelphia | PA | 19103 | nnigrelli@ciardilaw.com aciardi@ciardilaw.com | e-mail |
| Counsel to Perera Electrical Contracting, Inc. | Cohn Lifland Pearlman Herrmann & Knopf LLP | Attn: Jeffrey W. Herrmann, Andrew R. Macklin, Alex A. Pisarevsky, Charles R. Cohen | Park 80 West - Plaza One | 250 Pehle Ave., Suite 401 | Saddle Brook | NJ | 07663 | | First Class Mail |
| Counsel to Newkirk Realty LLC | Cole Schotz P.C. | Attn: Felice R. Yudkin | Court Plaza North | 25 Main St | Hackensack | NJ | 07601 | fyudkin@coleschotz.com | e-mail |
| Counsel to Newkirk Realty LLC | Cole Schotz P.C. | Attn: Michael D. Sirota | Court Plaza North | 25 Main St | Hackensack | NJ | 07601 | msirota@coleschotz.com | e-mail |
| Commonwealth of Pennsylvania Office of Attorney General | Commonwealth of Pennsylvania Office of Attorney General | Attn: Bankruptcy Department | 16th Floor, Strawberry Square | | Harrisburg | PA | 17120 | | First Class Mail |
| Counsel to Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania, Department of Labor and Industry | Attn: Deb Secrest | Collections Support Unit | 651 Boas Street, Room 925 | Harrisburg | PA | 17121 | ra-li-ucts-bankrupt@state.pa.us pallogramento@connellfoley.com | e-mail |
| Counsel to FM Construction Group, LLC | Connell Foley LLP | Attn: Philip W. Allogramento III, Mitchell W. Taraschi | 56 Livingston Avenue | | Roseland | NJ | 07068 | mtaraschi@connellfoley.com | e-mail |
| Counsel to Prendimano Electrical Maintenance Col, Inc. t/a PEMCO | DL Thompson, Law, PC | Attn: Donna L. Thompson | P.O. Box 679 | | Allenwood | NJ | 08720 | Donna.Thompson@DLThompsonlaw.com | e-mail |
| Counsel to Waypoint Hackensack Urban Renewal Owner LLC | DLA Piper LLP (US) | Attn: Daniel M. Simon | 1201 West Peachtree Street | Suite 2800 | Atlanta | GA | 30309-3450 | daniel.simon@us.dlapiper.com | e-mail |
| Counsel to PNC Bank, National Association | Duane Morris LLP | Attn: James J. Holman | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | jjholman@duanemorris.com | e-mail |
| Counsel to PNC Bank, National Association | Duane Morris LLP | Attn: Sommer L. Ross | 222 Delaware Avenue, Suite 1600 | | Wilmington | DE | 19801-1659 | slross@duanemorris.com | e-mail |
| Counsel to Marc and Amy Lebovitz | Fox Rothschild LLP | Attn: Michael R. Herz | 49 Market Street | | Morristown | NJ | 07960 | mherz@foxrothschild.com | e-mail |
| Counsel to 640 Columbia Owner LLC | Fried Frank Harris Shriver & Jacobson LLP | Attn: Gary Kaplan | One New York Plaza | | New York | NY | 10004 | Gary.Kaplan@FriedFrank.com | e-mail |
| Counsel to Nomad Framing, LLC | Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck | 99 Wood Avenue South | | Iselin | NJ | 08830 | dbruck@greenbaumlaw.com | e-mail |
| Counsel to EWA Moonachie 77, LLC | Greenberg Traurig, LLP | Attn: alan J. Brody | 500 Campus Drive | | Florham Park | NJ | 07932 | brodya@gtlaw.com | e-mail |
| Counsel to CS Utica & Remsen LLC | Herrick Feinstein LLP | Attn: Steven B. Smith | Two Park Avenue | | New York | NY | 10016 | ssmith@herrick.com | e-mail |
| | | Attn: Michael Kahme & Michael J. Shavel | 21 Roszel Road | P.O. Box 5226 | Princeton | NJ | 08543 | mkahme@hillwallack.com mshavel@hillwallack.com | e-mail |
| Counsel to Accordia Harrison Urban Renewal, LLC | Hill Wallack LLP | | | | | | | | |
| Counsel to Ocean Steel Corporation | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | 28 State Street | | Boston | MA | 02109 | jdoran@hinckleyallen.com | e-mail |
| Debtors | Hollister Construction Services, LLC | c/o Lowenstein Sandler, LLP | Attn: Kenneth A. Rosen, Bruce Buechler | One Lowenstein Drive | Roseland | NJ | 07068 | | First Class Mail |
| The Internal Revenue Service | Internal Revenue Service | Attn: Bankruptcy Department | 2970 Market Street | Mail Stop 5-Q30.133 | Philadelphia | PA | 19104-5016 | | First Class Mail |

In re: Hollister Construction Services, LLC
Core/2002 Service List
Case No. 19-27439 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | E-MAIL | Mode of Service |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to New Jersey Building Laborers' Statewide Benefit Funds | Kroll Heineman Carton | Attn: Seth Ptasiewicz | Metro Corporate Campus South, Suite 307 | 99 Wood Avenue | Iselin | NJ | 08830 | SPtasiewicz@krollfirm.com | e-mail |
| Counsel to L & W Supply Corporation | Larry L Miller | Attn: Larry L Miller | 11722 Taneytown Pike | | Taneytown | MD | 21787 | llmlaw@outlook.com | e-mail |
| Counsel to the Debtor | Lowenstein Sandler, LLP | Attn: Arielle Adler, Bruce Buechler, Joseph DiPasquale, Jennifer B. Kimble, Kenneth A. Rosen, Mary E. Seymour | One Lowenstein Drive | | Roseland | NJ | 07068 | aadler@lowenstein.com; bbuechler@lowenstein.com; jdipasquale@lowenstein.com; kimble@lowenstein.com; krosen@lowenstein.com; mseymour@lowenstein.com | e-mail |
| Counsel to Kone Inc. | McGrail & Bensinger LLP | Attn: Ilana Volkov | 888-C 8th Avenue #107 | | New York | NY | 10019 | ivolkov@mcgrailbensinger.com | e-mail |
| Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | McManimon, Scotland & Baumann, LLC | Attn: Andrea Dobin | 427 Riverview Plaza | | Trenton | NJ | 08511 | adobin@msbnj.com | e-mail |
| Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | McManimon, Scotland & Baumann, LLC | Attn: Sam Della, Fera Jr., Joshua H. Raymond, Anthony Sodono III | 75 Livingston Avenue | | Roseland | NJ | 07068 | sdellafera@msbnj.com; jraymond@msbnj.com; asodono@msbnj.com | e-mail |
| Counsel to Fort Hill Industries, Inc. | Mortitt Hock & Hamroff LLP | Attn: Brian P. Craig | 400 Garden City Plaza | | Garden City | NY | 11530 | bcraig@moritthock.com | e-mail |
| Attorney General of the State of New Jersey | New Jersey Attorney General's Office | Attn: Division of Law | Richard J. Hughes Justice Complex | 25 Market Street | Trenton | NJ | 08625-0112 | | First Class Mail |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Attn: Compliance and Enforcement | Bankruptcy Unit | 50 Barrack Street, 9th Floor | Trenton | NJ | 08695 | | First Class Mail |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Office of Counsel | Building 9, W A Harriman Campus | | Albany | NY | 12224-0341 | | First Class Mail |
| Counsel to Dancker | Nicoll Davis & Spinella LLP | Attn: Christopher M. Santomassimo | 1 Gatehall Drive, Suite 100 | | Parsippany | NJ | 07054 | csantomassimo@ndslaw.com | e-mail |
| Counsel to Anvil Craft Corp. | Nordlaw | Attn: Michael J. Stafford | Turnpike Metroplex, Suite 201 | 190 State Highway 18 | East Brunswick | NJ | 08816 | mjstafford@nordlaw.legal | e-mail |
| United States Attorney | Office of the United States Attorney of New Jersey | Attn: Eamonn O'Hagan, Assistant U.S. Attorney | 970 Broad Street, Suite 700 | | Newark | NJ | 07102 | Eamonn.OHagan@usdoj.gov | e-mail |
| United States Trustee | Office of the United States Trustee for the District of New Jersey | Attn: Lauren Bielskie, Esq. | One Newark Center | Suite 2100 | Newark | NJ | 07102 | lauren.bielskie@usdoj.gov | e-mail |
| Pennsylvania Department of Revenue | Pennsylvania Department of Revenue | Attn: Bankruptcy Division | P.O. Box 2809467 | | Harrisburg | PA | 17127-0946 | | First Class Mail |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: A Stio III | 301 Carnegie Center, Suite 400 | | Princeton | NJ | 08543-5276 | stioa@pepperlaw.com | e-mail |
| Counsel to 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak | Hercules Plaza | 1313 N. Market St., Suite 5100 | Wilmington | DE | 19801 | jaffeh@pepperlaw.com; listwakk@pepperlaw.com | e-mail |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak | Hercules Plaza, 1313 N Market St., Suite 5100 | | Wilmington | DE | 19801 | jaffeh@pepperlaw.com; listwakk@pepperlaw.com | e-mail |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak | Hercules Plaza, 1313 N Market St., Suite 5100 | | Wilmington | DE | 19801 | jaffeh@pepperlaw.com; listwakk@pepperlaw.com | e-mail |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC | Pepper Hamilton LLP | Attn: Stephanie L. Jonaitis | 301 Carnegie Center, Suite 400 | | Princeton | NJ | 08543-5276 | jonaitiss@pepperlaw.com | e-mail |
| Counsel to 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Stephanie L. Jonaitis, Robyn R. English-Mezzino | 301 Carnegie Center, Suite 400 | | Princeton | NJ | 08543-5276 | jonaitiss@pepperlaw.com; englishr@pepperlaw.com | e-mail |
| Claims Agent | Prime Clerk LLC | Attn: Richard M. Allen | 60 East 42nd Street | Suite 1440 | New York | NY | 10165 | hcsteam@primeclerk.com; ServiceQA@primeclerk.com | e-mail |
| Counsel to Christopher Johnson and Kieran Flanagan | Rabinowitz, Lubetkin & Tully, LLC | Attn: Jay L Lubetkin | 293 Eisenhower Parkway | Suite 100 | Livingston | NJ | 07039 | jlubetkin@rltlawfirm.com | e-mail |

In re: Hollister Construction Services, LLC
Core/2002 Service List
Case No. 19-27439 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | E-MAIL | Mode of Service |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Newark Warehouse Urban Renewal, LLC; Newark Warehouse Redevelopment Company, LLC; and Edison Construction Management, LLC | Riker, Danzig, Scherer, Hyland & Perretti LLP | Attn: Joseph L. Schwartz, Tara J. Schellhorn | Headquarters Plaza | One Speedwell Avenue | Morristown | NJ | 07962 | jschwartz@riker.com tschellhorn@riker.com | e-mail |
| Counsel to Boyd Mechanical, LLC | Rosenberg & Pittinsky L.L.P. | Attn: Laurence D. Pittinsky | 232 Madison Avenue, Suite 906 | | New York | NY | 10016 | larry@rpljplaw.com | e-mail |
| Counsel to Drobach Equipment Rental Co. | Schwartz Barkin & Mitchell | Attn: Allen J. Barkin | 1110 Springfield Road | P.O. Box 1339 | Union | NJ | 07083-1339 | abarkin@sbmesq.com | e-mail |
| Attorneys for Atlantic Engineering Laboratories of NY, Inc. | Scura, Wigfield, Heyer, Stevens & Cammarota | Attn: David E. Sklar | 1599 Hamburg Turnpike | | Wayne | NJ | 07470 | | |
| Counsel to Unique Scaffolding, LLC N.A. | Shain Schaffer PC | Attn: Marguerite M. Schaffer | 150 Morristown Road, Suite 105 | | Bernardsville | NJ | 07924 | mschaffer@shainlaw.com | e-mail |
| Counsel to Stateline Fabricators, LLC, ArchMills LLC d/b/a ArchMills Doors and Hardware | Skolnick Legal Group, P.C. | Attn: Martin P. Skolnick | 103 Eisenhower Parkway, Suite 305 | | Roseland | NJ | 07068 | martin@skolnicklegalgroup.com | e-mail |
| Counsel to Life Town Inc. | Stanziale & Stanziale, P.C. | Attn: Benjamin A. Stanziale, Jr. | 29 Northfield Avenue, Suite 201 | | West Orange | NJ | 07052-5468 | | First Class Mail |
| Attorney General of the State of New York | State of New York Office of the Attorney General | Attn: Bankruptcy Department | The Capitol | | Albany | NY | 12224-0341 | | First Class Mail |
| Counsel to Herc Rentals, Inc., Samph Contracting, LLC, MDS Construction, Global Development Contractors, LLC, Orion Interiors, Inc., National Fireproofing & Insulation Co., Inc. | Tesser & Cohen | Attn: Danielle Cohen, Lee M. Tesser | 946 Main Street | North Tower, Suite 201 | Hackensack | NJ | 07601 | dcohen@tessercohen.com ltesser@tessercohen.com | e-mail |
| Counsel to Sparwick Contracting, Inc. | Trif Law LLC | Attn: Greg Trif | 89 Headquarters Plaza | | Morristown | NJ | 07960 | gtrif@triflaw.com | e-mail |
| Counsel to Jordano Electric, Inc. | Trif Law LLC | Attn: Greg Trif | 89 headquarters Plaza | | North Tower | NJ | 07960 | gtrif@triflaw.com | e-mail |
| Counsel to Schindler Elevator Corporation | Walsh Pizzi O'reilly Falanga LLP | Attn: Sydney J. Darling, Stephen V. Falanga | Three Gateway Center | 100 Mulberry St, 15th Fl | Newark | NJ | 07102 | sdarling@walsh.law sfalanga@walsh.law | e-mail |
| Counsel to Fairleigh Dickinson University, Fairleigh Dickinson University | Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Sydney J. Darling | Three Gateway Center | 100 Mulberry St, 15th Fl | Newark | NJ | 07102 | sfalanga@walsh.law sdarling@walsh.law | e-mail |
| Counsel to Nickerson Corporation | Warshaw Burstein, L.L.P. | Attn: Grant R. Cornehls, Maxwell J. Rubin | 575 Lexington Avenue, 7th Floor | | New York | NY | 10022 | gcornehls@wbny.com mrubin@wbny.com | e-mail |
| Counsel to 147 Bloomfield Ave J.V. LLC | Wasserman, Jurista & Stolz, P.C. | Attn: Daniel M. Stolz, Esq. | 110 Allen Road | Suite 304 | Basking Ridge | NJ | 07920 | DStolz@wjslaw.com | e-mail |
| Counsel to Veteran's Road SPE, LLC | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: Mickee M. Hennessy, John Westerman | 120 RXR Plaza | | Uniondale | NY | 11556 | mhennessy@westermanllp.com jwesterman@westermanllp.com | e-mail |
| Counsel to CTC Academy | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Meredith I. Friedman | 90 Woodbridge Center Drive, Suite 900, Box 10 | | Woodbridge | NJ | 07095 | dstein@wilentz.com mfriedman@wilentz.com | e-mail |