|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Richard E. Weltman, Esq.<br>Michele K. Jaspan, Esq.<br>**WELTMAN & MOSKOWITZ, LLP**<br>18 Columbia Turnpike, Suite 200<br>Florham Park, NJ 07932<br>Telephone: 201.794.7500<br>Facsimile: 201.625.6475<br>rew@weltmosk.com<br>mkj@weltmosk.com<br>*Attorneys for Reliance Mechanical, Inc.* |  |
| In re:<br><br>HOLLISTER CONSTRUCTION<br>SERVICES, LLC<br><br>Debtor. | Case No.:    19-27439 (MBK)<br><br>Chapter:    11<br><br>Judge:    Michael B. Kaplan |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**S I R / M A D A M:**

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of title 11 of the United States Code ("Bankruptcy Code"), and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), the undersigned confirms its appearance as counsel of record on behalf of Reliance Mechanical, Inc. ("Reliance"), a creditor and party-in-interest in the above case, and requests that all notices given or required to be given in this case and all papers served or required to be served be given to and served upon the following:

**WELTMAN & MOSKOWITZ, LLP**
**18 Columbia Turnpike, Suite 200**
**Florham Park, New Jersey 07932-2266**
**(201) 794-7500**
**Attention:  Richard E. Weltman, Esq.**
**Michele K. Jaspan, Esq.**

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, overnight courier, telecopier, e-mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Reliance intends that neither this Notice of Appearance nor any later appearance, notice, pleading, claim or suit shall waive (1) the right of Reliance to have final orders in non-core matters entered only after *de novo* review by a district judge; (2) the right of Reliance to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to or arising out of this case; (3) the right of Reliance to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Reliance is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Reliance expressly reserves.

                                                **WELTMAN & MOSKOWITZ, LLP**
*Attorneys for Reliance Mechanical, Inc.*

By: */s/ Richard E. Weltman*
     Richard E. Weltman, Esq.
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Telephone: 201.794.7500
Facsimile: 201.625.6475
rew@weltmosk.com

Dated: October 10, 2019

## CERTIFICATE OF SERVICE

  I hereby certify that on October 10, 2019, I served true copy of the Notice of Appearance, by CM/ECF on the parties who filed a Notice of Appearance.

                  **WELTMAN & MOSKOWITZ, LLP**
                  *Attorneys for Reliance Mechanical, Inc.*

                  By:*/s/ Richard E. Weltman*
                   Richard E. Weltman, Esq.
                  18 Columbia Turnpike, Suite 200
                  Florham Park, NJ 07932
                  Telephone: 201.794.7500
                  Facsimile: 201.625.6475
                  rew@weltmosk.com

Dated: October 10, 2019