| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Arielle Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtor and Debtor-in-Possession* |

**Order Filed on October 10, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

## ORDER SCHEDULING A CHAPTER 11 STATUS CONFERENCE

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: October 10, 2019**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
09/11/2019 204985983.2

Page:   2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Scheduling A Chapter 11 Status Conference
_____

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtor and debtor-in-possession (the "Debtor" or the "Company") for entry of an order scheduling a chapter 11 status conference; and the Court having jurisdiction over this matter; and venue being proper in this district; and this matter being a core proceeding; and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, its estate and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. A Chapter 11 Status Conference shall be held before the Honorable Michael B. Kaplan, in Courtroom #8, United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, NJ 08608. (Chapter 11 Status Conference hearing heard on 10/8/2019 at 11:30 a.m. to coincide with other matters on expedited basis).

3. Court appearances are recommended, but not mandatory.

4. The Debtor shall serve (by overnight delivery or by email) a copy of this Order on all parties required to receive such service pursuant to D.N.J. LBR 9013-5(f) within (1) day after the entry of this Order.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.