**THE KELLY FIRM, P.C.**
Andrew J. Kelly, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
(732) 449-0525
akelly@kbtlaw.com
Attorneys for Creditor, Schnell Contracting Systems, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC.,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 19-27439-MBK |

## NOTICE OF APPEARANCE

　　　　Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Schnell Contracting Systems, LLC.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

**ADDRESS:**

THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
(732) 449-0525
akelly@kbtlaw.com

**DOCUMENTS:**

**XX** All notices entered pursuant to Fed. R. Bankr. P. 2002.

**XX** All documents and pleadings of any nature.

　　　　　　　　　　　　　**THE KELLY FIRM, P.C.**

　　　　　　　**By:**　　*/s/Andrew J. Kelly*
　　　　　　　　　　　**ANDREW J. KELLY**

Dated:  October 10, 2019