**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 – Facsimile
Jacob S. Frumkin, Esq.
jfrumkin@coleschotz.com
*Attorneys for Grand Maujer Development, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC, [1] | Case No. 19-27439 (MBK) |
| Debtor. | **NOTICE OF APPEARANCE OF JACOB S. FRUMKIN, ESQ.** |

**TO:**   Clerk, United States Bankruptcy Court

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for Grand Maujer Development, LLC, and requests that copies of all pleadings and other papers filed (however designated) and notices given be served upon the undersigned at the following address:

>   Jacob S. Frumkin, Esq.
>   COLE SCHOTZ P.C.
>   Court Plaza North
>   25 Main Street
>   Hackensack, New Jersey 07601
>   Telephone: (201) 489-3000
>   Direct: (646) 563-8944
>   Facsimile: (646) 563-7944
>   Email:  jfrumkin@coleschotz.com

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is:  Hollister Construction Services, LLC (5404).

**PLEASE TAKE FURTHER NOTICE**, if any limited service lists are used in the proceeding, the undersigned requests inclusion thereon.

DATED:    October 10, 2019

**COLE SCHOTZ P.C.**
*Attorneys for Grand Maujer Development, LLC*

By: */s/ Jacob S. Frumkin*
     Jacob S. Frumkin

57718/0001-17951798v1