Karen M. Murray, Esquire
**Law Offices of Karen Murray LLC**
8 East Main Street
Moorestown, New Jersey 08057
(856) 778-4002
kmurray@murraynjlaw.com
Attorney for P. Tamburri Steel LLC

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

___

| | |
|---|---|
| In Re: | : |
| | :    Chapter 11 |
| HOLLISTER CONSTRUCTION | : |
| SERVICES, LLC | :    Case No. 19-27439 (MBK) |
|         Debtor. | : |

___

### ENTRY OF APPEARANCE

To the Clerk of the U.S. Bankruptcy Court:

     Kindly enter our appearance in the above-captioned proceeding on behalf of the P. Tamburri Steel, LLC. Further, kindly note on the docket and mailing list in the above proceeding that P. Tamburri Steel, LLC hereby requests that copies of all notices and other pleadings required to be served on parties in interest in the above proceeding be served on its counsel, pursuant to Bankruptcy Rule 2002 and other applicable provisions of the Bankruptcy Code and the Bankruptcy Rules.

                                          **LAW OFFICES OF KAREN MURRAY LLC**
                                          Attorneys for P. Tamburri Steel, LLC

DATED: October 11, 2019        /s/ Karen M. Murray
                                          KAREN M. MURRAY