| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtor and*<br>*Debtor-in-Possession* | <br><br>**Order Filed on October 10, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>                          Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

## ORDER SCHEDULING A CHAPTER 11 STATUS CONFERENCE

      The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: October 10, 2019**

                                                                               Honorable Michael B. Kaplan
                                                                            United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
09/11/2019 204985983.2

Page: 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Scheduling A Chapter 11 Status Conference

___

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtor and debtor-in-possession (the "Debtor" or the "Company") for entry of an order scheduling a chapter 11 status conference; and the Court having jurisdiction over this matter; and venue being proper in this district; and this matter being a core proceeding; and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, its estate and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. A Chapter 11 Status Conference shall be held before the Honorable Michael B. Kaplan, in Courtroom #8, United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, NJ 08608. (Chapter 11 Status Conference hearing heard on 10/8/2019 at 11:30 a.m. to coincide with other matters on expedited basis).

3. Court appearances are recommended, but not mandatory.

4. The Debtor shall serve (by overnight delivery or by email) a copy of this Order on all parties required to receive such service pursuant to D.N.J. LBR 9013-5(f) within (1) day after the entry of this Order.

___

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

```
United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 19-27439-MBK
Hollister Construction Services, LLC                                Chapter 11
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 1                  Date Rcvd: Oct 10, 2019
                              Form ID: pdf903            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
db             +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0