

Order Filed on October 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtor and*<br>*Debtor-in-Possession* |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>                          Debtor. |

Chapter 11

Case No. 19-27439 (MBK)

**ORDER APPROVING A STIPULATION AND ORDER REGARDING TERMINATION OF GENERAL CONTRACTOR AGREEMENT FOR 640 COLUMBIA STREET PROJECT**

        The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.[2]

**DATED: October 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Approving a Stipulation and Order Regarding Termination of General Contractor Agreement for 640 Columbia Street Project

---

Upon the request of the above-captioned debtor and debtor-in-possession, Hollister Construction Services, LLC (the "Debtor"), seeking approval of a *Stipulation and Order Regarding Termination of General Contractor Agreement for 640 Columbia Street Project* (the "Stipulation"), a copy of which is attached as Exhibit hereto as "A," and the Court having jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey entered on July 23, 1984, as amended on September 18, 2012 (Simandele, C.J.); and the Court having found that the matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court having found that it has the authority to enter a final order consistent with Article III of the United States Constitution; and the Court having found that the venue of this proceeding and the Stipulation in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Debtor's notice of the Stipulation and opportunity for a hearing on the Stipulation were appropriate under the circumstances and that no other notice need be provided; and the Court having reviewed the Stipulation and having heard the statements of counsel in support of the relief requested therein at a hearing held before the Court on October 8, 2019; and the Court having determined that good cause exists for granting the relief requested;

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is **APPROVED**.

2. The Debtor and Owner are authorized and directed to fulfill their respective obligations under the Stipulation and execute all documents necessary to effectuate the Stipulation.

3. Pursuant to section 362(a) of the Bankruptcy Code, the automatic stay shall not apply to the Parties termination of the GC Agreement or any other relief granted in the Stipulation.

Page 3
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Approving a Stipulation and Order Regarding Termination of General Contractor Agreement for 640 Columbia Street Project

---

4. Notice of the Stipulation as provided is hereby deemed good and sufficient notice and no further notice is required.

5. This Order is effective immediately upon its entry and the provisions of Bankruptcy Rules 6004(h) and/or 6006(b) are hereby waived.

6. The Court shall retain jurisdiction to hear and determine any and all matters or disputes arising from or related to the implementation, enforcement and/or interpretation of this Order and the Stipulation.

Page 4
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Approving a Stipulation and Order Regarding Termination of General Contractor Agreement for 640 Columbia Street Project

# EXHIBIT A

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                Case No. 19-27439-MBK
Hollister Construction Services, LLC                                  Chapter 11
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 1             Date Rcvd: Oct 11, 2019
                              Form ID: pdf903            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db             +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0
```