UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven Mitnick, Esq.
Marc D. Miceli, Esq.
SM Law PC
P.O. Box 530, 49 Old Turnpike Road
Oldwick, New Jersey 08858
908-572-7275
smitnick@sm-lawpc.com
mmiceli@sm-lawpc.com

In Re:
HOLLISTER CONSTRUCTION SERVICES, LLC

Case No.: 19-27439
Chapter: 11
Judge: Michael B. Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of P. Cipollini, Inc. t/a Cipollini Roofing. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Steven Mitnick, Esq.; Marc D. Miceli, Esq.
SM Law PC
P.O. Box 530, 49 Old Turnpike Road
Oldwick, New Jersey 08858

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: October 16, 2019

/s/ Marc D. Miceli
Signature

*new.8/1/15*