LAW OFFICES OF MITCHELL J. MALZBERG, LLC
Mitchell Malzberg, Esq.
PO Box 5122
6 E. Main Street, Suite 7
Clinton, New Jersey 08809
(908) 323-2958 – Telephone
(908) 933-0808 – Facsimile
mmalzberg@mjmalzberglaw.com
Counsel for Vector Structural Preservation Corp.

John Carlson, Esq.
5 Winifred Drive
Merrick, NY 11566
Telephone: (516) 754-1405
Facsimile: (516) 378-1338
jcarlsonesq@hotmail.com
Co-Counsel for Vector Structural Preservation Corp.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Case No.: 19-27439(MBK)<br><br>Chapter 11<br><br>Hearing Date: Nov. 7, 2019 at 10 am<br><br>Judge: Michael B. Kaplan |

**CERTIFICATION IN SUPPORT OF MOTION TO MODIFY THE STAY
TO PERMIT PROSECUTION OF PENDING CONSOLIDATED ACTIONS
TO FORECLOSE AGAINST MECHANIC'S LIEN DISCHARGE BONDS**

I, Vassilios Handakas, President of the movant, Vector Structural Preservation Corp., and am duly authorized to make this Certification. I submit the within certification in support of the stay relief motion (Docket # 322).

1. I have reviewed the Stay Relief Motion and Memorandum of Law in support of Vector Structural Preservation Corp.'s motion and in particular as to the Background Facts in support of the motion. The Background Facts contained in

Paragraphs 5-58 as stated in the motion are accurate to the best of my knowledge information and belief.

2. Exhibit "A" attached to the motion is a true and correct copy of Change Order #11.

3. Exhibit "B" attached to the motion is a true and correct copy of the Glenwood Complaint.

4. Exhibit "C" attached to the motion is a true and correct copy of the Marjam Complaint.

5. Exhibit "D" attached to the motion is a true and correct copy of the letter received from counsel to Hollister in the consolidated actions.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

_____
Vassilios Handakas, President
Vector Structural Preservation Corp.

Dated: October 14, 2019