**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC,**[1]<br><br>                                                            Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 17, 2019 AT 10:00 A.M. (ET)**

**CONTESTED MATTERS GOING FORWARD**

1.      Debtor's Motion For Interim And Final Orders (I) Authorizing But Not Directing The Debtor To (A) Pay Pre-Petition Wages, Salaries, And Related Obligations, (B) Pay And Remit Pre-Petition Payroll Taxes And Other Deductions To Third Parties, And (C) Honor Employee Benefit Programs In The Ordinary Course Of Business; (II Authorizing And Directing Banks To Honor Checks And Transfers For Payment Of Pre-Petition Employee Obligations; And (III) Granting Related Relief [Docket No. 8; Filed 9/11/19].

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Related Documents:

a)      Application for Expedited Consideration of First Day Matters [Docket No. 16; Filed 9/11/19]

b)      Order regarding Debtor's Application for Expedited Consideration of First Day Matters [Docket No. 20; Entered 9/11/19]

c)      Affidavit of Service filed by Prime Clerk LLC [Docket No. 47; Filed 9/13/19]

d)      Interim Order (I) Authorizing But Not Directing The Debtor To (A) Pay Pre-Petition Wages, Salaries, And Related Obligations, (B) Pay And Remit Pre-Petition Payroll Taxes And Other Deductions To Third Parties, And (C) Honor Employee Benefit Programs In The Ordinary Course Of Business; (II Authorizing And Directing Banks To Honor Checks And Transfers For Payment Of Pre-Petition Employee Obligations; And (III) Granting Related Relief [Docket No 102; Entered 9/18/19]

e)      Supplement to Debtor's Motion for Interim and Final Orders (I) Authorizing but not Directing the Debtor to (A) Pay Pre-Petition Wages, Salaries, and Related Obligations, (B) Pay and Remit Pre-Petition Payroll Taxes and Other Deductions to Third Parties, and (C) Honor Employee Benefit Programs in the Ordinary Course of Business; (II) Authorizing and Directing Banks to Honor Checks and Transfers for Payment of Pre-Petition Employee Obligations; and (iii) Granting Related Relief [Docket no 126; Filed 9/20/19]

f)      Affidavit of Service filed by Prime Clerk LLC [Docket No. 148; Filed 9/23/19]

g)      Affidavit of Service filed by Prime Clerk LLC [Docket No. 159; Filed 9/25/19]

h)      Declaration of Brendan Murray in Support of Supplement to Debtor's Motion for Interim and Final Orders (I) Authorizing, But Not Directing the Debtor to (A) Pay Pre-Petition Wages, Salaries, and Related Obligations, (B) Pay and Remit Pre-Petition Payroll Taxes and Other Deductions to Third Parties, and (C) Honor Employee Benefit Programs in the Ordinary Course of Business; (II) Authorizing and Directing Banks to Honor Checks and Transfers for Payment of Pre-Petition Employee Obligations; and (III) Granting Related Relief [Docket No. 332; Filed 10/16/19]

Objection Deadline: October 1, 2019 at 4:00 p.m. (ET).

Responses Received:

i)      PNC Bank, National Association's Limited Objection To Debtor's Motion For Interim And Final Orders (I) Authorizing But Not Directing The

Debtor To (A) Pay Pre-Petition Wages, Salaries, And Related Obligations, (B) Pay And Remit Pre-Petition Payroll Taxes And Other Deductions To Third Parties, And (C) Honor Employee Benefit Programs In The Ordinary Course Of Business; (II Authorizing And Directing Banks To Honor Checks And Transfers For Payment Of Pre-Petition Employee Obligations; And (III) Granting Related Relief [Docket No. 205; Filed 10/1/19]

j)      Limited Objection of the Acting United States Trustee to the Supplement to the Debtor's Motion (I) Authorizing But Not Directing The Debtor To (A) Pay Pre-Petition Wages, Salaries, And Related Obligations, (B) Pay And Remit Pre-Petition Payroll Taxes And Other Deductions To Third Parties, And (C) Honor Employee Benefit Programs In The Ordinary Course Of Business; (II Authorizing And Directing Banks To Honor Checks And Transfers For Payment Of Pre-Petition Employee Obligations; And (III) Granting Related Relief [Docket No. 207; Filed 10/1/19]

k)      Official Committee of Unsecured Creditors' Joinder in  the Limited Objection of the Acting United States Trustee to the Supplement to the Debtor's Motion (I) Authorizing But Not Directing The Debtor To (A) Pay Pre-Petition Wages, Salaries, And Related Obligations, (B) Pay And Remit Pre-Petition Payroll Taxes And Other Deductions To Third Parties, And (C) Honor Employee Benefit Programs In The Ordinary Course Of Business; (II Authorizing And Directing Banks To Honor Checks And Transfers For Payment Of Pre-Petition Employee Obligations; And (III) Granting Related Relief [Docket No. 244; Filed 10/4/19]

Status: This matter is going forward solely with respect to the Debtor's request to pay an independent contractor.

2.      Debtor's Motion For An Order Authorizing The Debtor To Employ and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 127; Filed 9/20/19].

Related Documents:

a)      Affidavit of Service filed by Prime Clerk LLC [Docket No. 159; Filed 9/25/19]

b)      Supplement to Debtor's Motion For An Order Authorizing The Debtor To Employ and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 216; Filed 10/2/19]

Objection Deadline: October 10, 2019 at 4:00 p.m. (ET).

Responses Received:

c)      Limited Objection to Debtor's Motion For An Order Authorizing The Debtor To Employ and Compensate Professionals Utilized in the Ordinary

Course of Business filed by PNC Bank, National Association [Docket No. 302; Filed 10/11/19]

Status:  This matter is going forward.


3.      Debtor's Application To (I) Employ And Retain 10X CEO Coaching, LLC And (II) Designate Paul Belair as Chief Restructuring Officer For The Debtor Effective As Of The Petition Date [Docket No. 36; Filed 9/13/19].

Related Documents:

a)      Affidavit of Service filed by Prime Clerk LLC [Docket No. 108; Filed 9/18/19]

Objection Deadline: September 20, 2019  at 4:00 p.m. (ET).

Responses Received:

b)      Limited Objection to Debtor's Application To (I) Employ And Retain 10X CEO Coaching, LLC And (II) Designate Paul Belair as Chief Restructuring Officer For The Debtor Effective As Of The Petition Date filed by PNC Bank, National Association [Docket No. 206; Filed 10/1/19]

c)      Objection to Debtor's Application To (I) Employ And Retain 10X CEO Coaching, LLC And (II) Designate Paul Belair as Chief Restructuring Officer For The Debtor Effective As Of The Petition Date filed by the Official Committee of Unsecured Creditors [Docket No. 225; Filed 10/2/19]

d)      Debtor's Response to Objection of the Official Committee Of Unsecured Creditors To Debtor's Application To (I) Employ And Retain 10X CEO Coaching, LLC And (II) Designate Paul Belair as Chief Restructuring Officer For The Debtor Effective As Of The Petition Date [Docket No. 278; Filed 10/8/19]

Status:  This matter is going forward.

4.      Debtor's Application For Entry Of An Order Authorizing The Retention And Employment of The Parkland Group, Inc. as Financial Advisor To The Debtor Effective As Of The Petition Date [Docket No. 37; Filed 9/13/19].

Related Documents:

a)      Affidavit of Service filed by Prime Clerk LLC [Docket No. 108; Filed 9/18/19]

Objection Deadline: September 20, 2019 at 4:00 p.m. (ET).

Responses Received:

b)      Limited Objection to Debtor's Application For Entry Of An Order
Authorizing The Retention And Employment of The Parkland Group, Inc.
as Financial Advisor To The Debtor Effective As Of The Petition Date
filed by PNC Bank, National Association [Docket No. 206; Filed 10/1/19]

Status:  This matter is going forward.

5.      Application For An Order Approving The Retention Of McManimon, Scotland &
Baumann, LLC as Counsel For The Official Committee of Unsecured Creditors
[Docket No. 157; Filed 9/24/19].

Related Documents:

a)      Certificate of Service [Docket No. 168; Filed 9/26/19]

Objection Deadline: October 1, 2019 at 4:00 p.m. (ET).

Responses Received:

b)      Limited Objection to Application For An Order Approving The Retention
Of McManimon, Scotland & Baumann, LLC as Counsel For The Official
Committee of Unsecured Creditors filed by PNC Bank, National
Association [Docket No. 275; Filed 10/8/19]

Status:  This matter is going forward.

6.      Application For An Order Approving The Retention Of Eisner Amper LLP as
Accountants For The Official Committee of Unsecured Creditors [Docket No.
277; Filed 10/8/19].

Related Documents:

a)      Certificate of Service [Docket No. 287; Filed 10/9/19]

Objection Deadline: October 15, 2019 at 4:00 p.m. (ET).

Responses Received:

b)      Limited Objection to Application For An Order Approving The Retention
Of Eisner Amper LLP as Accountants For The Official Committee of
Unsecured Creditors filed by PNC Bank, National Association [Docket
No. 320; Filed 10/14/19]

Status:  This matter is going forward.

Dated:  October 16, 2019                    **LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (pro hac vice)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
dipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*