LAW OFFICES OF MITCHELL J. MALZBERG, LLC
Mitchell Malzberg, Esq.
PO Box 5122
6 E. Main Street, Suite 7
Clinton, New Jersey 08809
(908) 323-2958 – Telephone
(908) 933-0808 – Facsimile
mmalzberg@mjmalzberglaw.com
Counsel for Vector Structural Preservation Corp.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Case No.: 19-27439(MBK)<br><br>Chapter 11<br><br>Judge: Michael B. Kaplan<br><br>**CERTIFICATION OF SERVICE** |

1.     I, Dawn M. Lapham, am the Paralegal for Mitchell Malzberg, Esq., who is counsel to creditor, Vector Structural Preservation Corp. in the above captioned matter.

2.     On October 14, 2019 a copy of the following pleadings were filed and served via ECF email on the parties on the service list attached hereto as Exhibit "A", unless otherwise indicated thereon:

　　　　(i)     Notice of Motion for an Order Modifying the Stay to Permit Prosecution of Pending Consolidated Actions to Foreclose Against Mechanic's Lien Discharge Bonds

　　　　(ii)    Memorandum of Law with Exhibits

　　　　(iii)   Proposed Order Modifying the Stay to Permit Prosecution of Pending Consolidated Actions to Foreclose Against Mechanic's Lien Discharge Bonds

3. A copy of said pleadings were also served upon all parties on the annexed Exhibit "A" via U.S. Postal Service First Class Mail on October 15, 2019.

4. On October 16, 2019 a copy of the Certification of Vassilios Handakas in support of said Motion was filed and served via ECF email on the parties on the service list attached hereto as Exhibit "A", unless otherwise indicated thereon.

5. On October 17, 2019 a copy of the aforementioned Certification was sent via email correspondence upon all parties on the annexed Exhibit "A".

6. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 17, 2019     */s/ Dawn M. Lapham*
                            Dawn M. Lapham

In re: Hollister Construction Services, LLC
Core/2002 Service List
Case No. 19-27439 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | Arent Fox LLP | Attn: Mary Joanne Dowd | 1717 K Street NW | | Washington | DC | 20006 | | 202-857-6000 | 202-857-6395 | mary.dowd@arentfox.com |
| Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | Arent Fox LLP | Attn: Robert M. Hirsh, Mark A. B | 1301 Avenue of the Americas | Floor 42 | New York | NY | 10019 | | 212-484-3900 | 21-484-3990 | robert.hirsh@arentfox.com; mark.bloom@arentfox.com |
| Counsel to 640 Columbia Owner LLC | Blank Rome LLP | Attn: Adrienne C. Rogove | 300 Carnegie Center, Suite 220 | | Princeton | NJ | 08540 | | 609-750-2648 | 609-897-7288 | Rogove@BlankRome.com |
| Counsel to Industrial Maintenance Industries | Brach Eichler L.L.C. | Attn: Anthony M. Rainone | 101 Eisenhower Parkway | | Roseland | NJ | 07068-1067 | | 973-228-5700 | 973-618-5972 | arainone@bracheichler.com |
| Counsel to Air Group, LLC | Brach Eichler LLC | Attn: Carl J. Soranno | 101 Eisenhower Parkway | | Roseland | NJ | 07068-1067 | | 973-228-5700 | 973-618-5972 | csoranno@bracheichler.com |
| Bridge Builders Newark LLC | Bridge Builders Newark LLC | Attn: Karen Marques | 211 Warrant St. | | Newark | NJ | 07103 | | 888-398-9423 | | karen.marques@bridgebuildersnewark.com |
| Counsel to Encon Mechanical Corp. | Broege Neumann Fischer & Shaver, L.L.C. | Attn: Peter J. Broege | 25 Abe Voorhees Drive | | Manasquan | NJ | 08736 | | 732-722-5763 | 877-571-5074 | |
| Counsel to Glass Systems Tech, LLC | Campbell Rocco Law, LLC | Attn: Edmund J. Campbell, Jr. | 6 Kings Highway East | | Haddonfield | NJ | 08033 | | 856-470-1076 | 610-337-5585 | ecampbell@campbellroccolaw.com |
| Counsel to Graybar Electric Company, Inc. | Capehart & Scatchard, P.A., A Professional Corporation | Attn: William G. Wright | 8000 Midlantic Drive, Suite 300 S | | Mt. Laurel | NJ | 08054 | | 856-234-6800 | 856-235-2786 | wwright@capehart.com |
| Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies | 11 Times Square, 31st Floor | | New York | NY | 10036 | | 973-530-2002 | 973-530-2202 | ashahinian@csglaw.com; rnies@csglaw.com |
| Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies | One Boland Drive | | West Orange | NJ | 07052- | | 973-530-2012 | 973-530-2212 | ashahinian@csglaw.com; rnies@csglaw.com |
| Counsel to Pentel Drywall, Inc., Delcon Builders, Inc. | Ciardi Ciardi & Astin | Attn: Albert A. Ciardi, III, and Nicole M. Nigrelli | One Commerce Square | 2005 Market Street, Suite 3500 | Philadelphia | PA | 19103 | | 215-557-3550 | 215-557-3551 | aciardi@ciardilaw.com; nnigrelli@ciardilaw.com |
| Counsel to Pereira Electrical Contracting, Inc. | Cohn Lifland Pearlman Herrmann & Knopf LLP | Attn: Jeffrey W. Herrmann, Andrew R. Macklin, Alex A. Pisarevsky, Charles R. Cohen | Park 80 West - Plaza One | 250 Pehle Ave., Suite 401 | Saddle Brook | NJ | 07663 | | 201-845-9600 | | |
| Counsel to Newkirk Realty LLC | Cole Schotz P.C. | Attn: Felice R. Yudkin | Court Plaza North | 25 Main St | Hackensack | NJ | 07601 | | 201-489-3000 | 201-489-1536 | fyudkin@coleschotz.com |
| Counsel to Newkirk Realty LLC | Cole Schotz P.C. | Attn: Michael D. Sirota | Court Plaza North | 25 Main St | Hackensack | NJ | 07601 | | 201-525-6262 | 201-678-6262 | msirota@coleschotz.com |
| Commonwealth of Pennsylvania Office of Attorney General | Commonwealth of Pennsylvania Office of Attorney General | Attn: Bankruptcy Department | 16th Floor, Strawberry Square | | Harrisburg | PA | 17120 | | | | |
| Counsel to Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania, Department of Labor and Industry | Attn: Deb Secrest | Collections Support Unit | 651 Boas Street, Room 925 | Harrisburg | PA | 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to FM Construction Group, LLC | Connell Foley LLP | Attn: Philip W. Allogramento III, Mitchell W. Taraschi | 56 Livingston Avenue | | Roseland | NJ | 07068 | | 973-535-0500 | 973-535-9217 | pallogramento@connellfoley.com; mtaraschi@connellfoley.com |
| Counsel to Prendimano Electrical Maintenance Col, Inc. t/a PEMCO | DL Thompson, Law, PC | Attn: Donna L. Thompson | P.O. Box 679 | | Allenwood | NJ | 08720 | | 732-292-3000 | 732-292-3004 | Donna.Thompson@DLThompsonlaw.com |
| Counsel to Waypoint Hackensack Urban Renewal Owner LLC | DLA Piper LLP (US) | Attn: Daniel M. Simon | 1201 West Peachtree Street | Suite 2800 | Atlanta | GA | 30309-3450 | | 404-736-7800 | 404-682-7800 | daniel.simon@us.dlapiper.com; daniel.simon@dlapiper.com |
| Counsel to PNC Bank, National Association | Duane Morris LLP | Attn: James J. Holman | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1530 | 215-689-2562 | jjholman@duanemorris.com |
| Counsel to PNC Bank, National Association | Duane Morris LLP | Attn: Sommer L. Ross | 222 Delaware Avenue, Suite 1600 | | Wilmington | DE | 19801-1659 | | 302-657-4900 | 302-657-4901 | slross@duanemorris.com |
| Counsel to State Line Construction Company, Inc | Florio Perrucci Steinhardt & Cappelli, LLC | Attn: Brian R. Tipton | 235 Broubalow Way | | Phillipsburg | NJ | 08865 | | 908-454-8300 | 908-454-5827 | btipton@floriolaw.com |
| Counsel to Troon Electric of New Jersey, LLC | Fox Rothschild LLP | Attn: Michael Herz | 49 Market Street | | Morristown | NJ | 07960 | | 973-992-4800; 973-548-3330 | 973-992-9125 | mherz@foxrothschild.com |
| Counsel to Marc and Amy Lebovitz | Fox Rothschild LLP | Attn: Michael R. Herz | 49 Market Street | | Morristown | NJ | 07960 | | 973-548-3330; 973-992-4800 | 973-992-9125 | mherz@foxrothschild.com |
| Counsel to 640 Columbia Owner LLC | Fried Frank Harris Shriver & Jacobson LLP | Attn: Gary Kaplan | One New York Plaza | | New York | NY | 10004 | | 212-859-8812 | 212-859-4000 | Gary.Kaplan@FriedFrank.com |
| Counsel to Nomad Framing, LLC | Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck | 99 Wood Avenue South | | Iselin | NJ | 08830 | | 732-476-2442 | 732-549-1881 | dbruck@greenbaumlaw.com |
| Counsel to EWA Moonachie 77, LLC | Greenberg Traurig, LLP | Attn: alan J. Brody | 500 Campus Drive | | Florham Park | NJ | 07932 | | 973-443-3543 | | brodya@gtlaw.com |
| Counsel to CS Utica & Remsen LLC | Herrick Feinstein LLP | Attn: Steven B. Smith | Two Park Avenue | | New York | NY | 10016 | | 212-592-1400 | 212-592-1500 | ssmith@herrick.com |
| Counsel to Accordia Harrison Urban Renewal, LLC | Hill Wallack LLP | Attn: Michael Kahme & Michael J. Shavel | 21 Roszel Road | P.O. Box 5226 | Princeton | NJ | 08543 | | 609-924-0808 | | mkahme@hillwallack.com; mshavel@hillwallack.com |
| Counsel to Ocean Steel Corporation | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | 28 State Street | | Boston | MA | 02109 | | 617-345-9000 | 617-345-9020 | jdoran@hinckleyallen.com |
| Debtors | Hollister Construction Services, LLC | c/o Lowenstein Sandler, LLP | Attn Kenneth A. Rosen, Bruce Buechler | One Lowenstein Drive | Roseland | NJ | 07068 | | | | |

Page 1 of 3

In re: Hollister Construction Services, LLC
Core/2002 Service List
Case No. 19-27439 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The Internal Revenue Service | Internal Revenue Service | Attn: Bankruptcy Department | 2970 Market Street | Mail Stop 5-Q30.133 | Philadelphia | PA | 19104-5016 | | | | |
| Counsel to New Jersey Building Laborers' Statewide Benefit Funds | Kroll Heineman Carton | Attn: Seth Ptasiewicz | Metro Corporate Campus | 99 Wood Avenue South, Suite 307 | Iselin | NJ | 08830 | | 732-491-2100 | 732-491-2120 | SPtasiewicz@krollfirm.com |
| Counsel to L & W Supply Corporation | Larry L Miller | Attn: Larry L Miller | 11722 Taneytown Pike | | Taneytown | MD | 21787 | | 301-447-6644 | | llmlaw@outlook.com |
| Counsel to Orange County Superior Concrete, Bel-Con Construction Services | Law Office of James C. DeZao | Attn: James C. Dezao, Kathy Cehelsky, Margaret Meade | 322 Route 46 West | Suite 120 | Parsippany | NJ | 07054 | | 973-808-8900 | 973-808-8648 | jreiser@dezaolaw.com |
| Counsel to Advanced Scaffold Services LLC | Lawrence B. Diener | Attn: Lawrence B. Diener | Court Plaza North | 25 Main Street Suite 200 | Hackensack | NJ | 07601 | | 201-342-6137 | 201-342-6126 | LBDiener@optimum.net |
| Counsel to the Debtor | Lowenstein Sandler, LLP | Attn: Arielle Adler, Bruce Buechler, Joseph DiPasquale, Jennifer B. Kimble, Kenneth A. Rosen, Mary E. Seymour | One Lowenstein Drive | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | aadler@lowenstein.com bbuechler@lowenstein.com jdipasquale@lowenstein.com jkimble@lowenstein.com krosen@lowenstein.com mseymour@lowenstein.com |
| Counsel to Kone Inc. | McGrail & Bensinger LLP | Attn: Ilana Volkov, Pearl Shah | 888-C 8th Avenue #107 | | New York | NY | 10019 | | 201-931-6910; 908-801-6056 | | ivolkov@mcgrailbensinger.com pshah@mcgrailbensinger.com |
| Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | McManimon, Scotland & Baumann, LLC | Attn: Andrea Dobin | 427 Riverview Plaza | | Trenton | NJ | 08511 | | 609-695-6070 | 609-695-6071 | adobin@msbnj.com |
| Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | McManimon, Scotland & Baumann, LLC | Attn: Sam Della, Fera Jr., Joshua H. Raymond, Anthony Sodono III | 75 Livingston Avenue | | Roseland | NJ | 07068 | | 973-622-1800 | 973-681-7233 | sdellafera@msbnj.com jraymond@msbnj.com asodono@msbnj.com |
| Counsel to Fort Hill Industries, Inc. | Mortitt Hock & Hamroff LLP | Attn: Brian P. Craig | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | bcraig@moritthock.com |
| Attorney General of the State of New Jersey | New Jersey Attorney General's Office | Attn: Division of Law | Richard J. Hughes Justice Complex | 25 Market Street | Trenton | NJ | 08625-0112 | | | | |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Attn: Compliance and Enforcement | Bankruptcy Unit | 50 Barrack Street, 9th Floor | Trenton | NJ | 08695 | | | | |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Office of Counsel | Building 9, W A Harriman Campus | | Albany | NY | 12224-0341 | | | | |
| Counsel to Dancker | Nicoll Davis & Spinella LLP | Attn: Christopher M. Santomassimo | 1 Gatehall Drive, Suite 100 | | Parsippany | NJ | 07054 | | 201-712-1616 | 201-712-9444 | csantomassimo@ndslaw.com |
| Counsel to Anvil Craft Corp. | Nordlaw | Attn: Michael J. Stafford | Turnpike Metroplex, Suite 201 | 190 State Highway 18 | East Brunswick | NJ | 08816 | | 732-214-0303 | | mjstafford@nordlaw.legal |
| Counsel to Imperial Floors, LLC | Norgaard O'Boyle | Attn: Brian G. Hannon, John O'Boyle | 184 Grand Avenue | | Englewood | NJ | 07631 | | 201-871-1333 | 201-871-3161 | bhannon@norgaardfirm.com joboyle@norgaardfirm.com |
| Counsel to DeSesa Engineering Company, Inc. | O'toole Scrivo, LLC | Attn: Joshua A. Zielinski, R. Brant Forrest | 14 Village Park Road | | Cedar Grove | NJ | 07009 | | 973-239-5700 | 973-239-3400 | jzielinski@oslaw.com rforrest@oslaw.com |
| United States Attorney | Office of the United States Attorney of New Jersey | Attn: Eamonn O'Hagan, Assistant U.S. Attorney | 970 Broad Street, Suite 700 | | Newark | NJ | 07102 | | | | Eamonn.OHagan@usdoj.gov |
| United States Trustee | Office of the United States Trustee for the District of New Jersey | Attn: Lauren Bielskie, Esq. | One Newark Center | Suite 2100 | Newark | NJ | 07102 | | 973-645-3014 | | lauren.bielskie@usdoj.gov |
| Pennsylvania Department of Revenue | Pennsylvania Department of Revenue | Attn: Bankruptcy Division | P.O. Box 2809467 | | Harrisburg | PA | 17127-0946 | | | | |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: A Stio III | 301 Carnegie Center, Suite 400 | | Princeton | NJ | 08543-5276 | | 609-452-0808 | 609-452-1147 | stioa@pepperlaw.com |
| Counsel to 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak | Hercules Plaza | 1313 N. Market St., Suite 5100 | Wilmington | DE | 19801 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com listwakk@pepperlaw.com |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak | Hercules Plaza, 1313 N Market St., Suite 5100 | | Wilmington | DE | 19801 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com listwakk@pepperlaw.com |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak | Hercules Plaza, 1313 N Market St., Suite 5100 | | Wilmington | DE | 19801 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com listwakk@pepperlaw.com |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC | Pepper Hamilton LLP | Attn: Stephanie L. Jonaitis | 301 Carnegie Center, Suite 400 | | Princeton | NJ | 08543-5276 | | 609-452-0808 | 609-452-1147 | jonaitiss@pepperlaw.com |
| Counsel to 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Stephanie L. Jonaitis, Robyn R. English-Mezzino | 301 Carnegie Center, Suite 400 | | Princeton | NJ | 08543-5276 | | 609-452-0808 | 609-452-1147 | jonaitiss@pepperlaw.com englishr@pepperlaw.com |

In re: Hollister Construction Services, LLC
Core/2002 Service List
Case No. 19-27439 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to High Concrete Group, LLC | Post & Schell, P.C. | Attn: Brian W. Bisignani | 1869 Charter Lane, Suite 102 | P.O. Box 10248 | Lancaster | PA | 17605-0248 | | 717-612-6041 | 717-291-4532 | bbisignani@postschell.com |
| Counsel to Conewago Enterprises, Inc. | Post & Schell, P.C. | Attn: Brian W. Bisignani | 1869 Charter Lane, Suite 102 | P.O. Box 10248 | Lancaster | PA | 17605-0248 | | 717-612-6041 | 717-291-4532 | bbisignani@postschell.com |
| Claims Agent | Prime Clerk LLC | Attn: Richard M. Allen | 60 East 42nd Street | Suite 1440 | New York | NY | 10165 | | 212-257-5450 | 212-257-5452 | hcsteam@primeclerk.com ServiceQA@primeclerk.com |
| Counsel to Christopher Johnson and Kieran Flanagan | Rabinowitz, Lubetkin & Tully, LLC | Attn: Jay L. Lubetkin | 293 Eisenhower Parkway | Suite 100 | Livingston | NJ | 07039 | | 973-597-9100 | 973-597-9119 | jlubetkin@rltlawfirm.com |
| Counsel to City Contracting, Inc. | Rea & Associates, LLC | Attn: Jeffrey J. Rea | 11 Broadway, 2nd Floor | | Clark | NJ | 07066 | | 732-943-2570 | | jeffrea@aol.com |
| Counsel to Newark Warehouse Urban Renewal, LLC; Newark Warehouse Redevelopment Company, LLC; and Edison Construction Management, LLC | Riker, Danzig, Scherer, Hyland & Perretti LLP | Attn: Joseph L. Schwartz, Tara J. Schellhorn | Headquarters Plaza | One Speedwell Avenue | Morristown | NJ | 07962 | | 973-538-0800 | 973-538-1984 | jschwartz@riker.com tschellhorn@riker.com |
| Counsel to RH 537 Building Owner LLC | Rivkin Radler LLP | Attn: Yale A. Leber | 25 Main Street | Court Plaza North, Suite 501 | Hackensack | NJ | 07601-7082 | | 201-287-2460 | 201-489-0495 | yale.leber@rivkin.com |
| Counsel to Boyd Mechanical, LLC | Rosenberg & Pittinsky L.L.P. | Attn: Laurence D. Pittinsky | 232 Madison Avenue, Suite 906 | | New York | NY | 10016 | | 212-286-6100 | 212-286-6818 | larry@rpllplaw.com |
| Counsel to Drobach Equipment Rental Co. | Schwartz Barkin & Mitchell | Attn: Allen J. Barkin | 1110 Springfield Road | P.O. Box 1339 | Union | NJ | 07083-1339 | | 908-688-1644 | 908-855-9621 | abarkin@sbmesq.com |
| Attorneys for Atlantic Engineering Laboratories of NY, Inc. | Scura, Wigfield, Heyer, Stevens & Cammarota | Attn: David E. Sklar | 1599 Hamburg Turnpike | | Wayne | NJ | 07470 | | 973-696-8391 | | |
| Counsel to All Brands Elevator Industries, Inc. | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP | Attn: David E. Sklar | 1599 Hamburg Turnpike | | Wayne | NJ | 07470 | | 973-696-8391 | | |
| Counsel to Unique Scaffolding, LLC N.A. | Shain Schaffer PC | Attn: Marguerite M. Schaffer | 150 Morristown Road, Suite 105 | | Bernardsville | NJ | 07924 | | 908-953-9300 | 908-953-2969 | mschaffer@shainlaw.com |
| Counsel to Stateline Fabricators, LLC, ArchMills LLC d/b/a ArchMills Doors and Hardware | Skolnick Legal Group, P.C. | Attn: Martin P. Skolnick | 103 Eisenhower Parkway, Suite 305 | | Roseland | NJ | 07068 | | 973-409-0100 | | martin@skolnicklegalgroup.com |
| Counsel to Life Town Inc. | Stanziale & Stanziale, P.C. | Attn: Benjamin A. Stanziale, Jr. | 29 Northfield Avenue, Suite 201 | | West Orange | NJ | 07052-5468 | | 973-731-9393 | | |
| Counsel to High Concrete Group, LLC | Stark & Stark | Attn: Joseph H. Lemkin | P.O. Box 5315 | | Princeton | NJ | 08543-5315 | | 609-791-7022 | 609-895-7395 | jlemkin@stark-stark.com |
| Counsel to Conewago Enterprises, Inc. | Stark & Stark | Attn: Joseph H. Lemkin | P.O. Box 5315 | | Princeton | NJ | 08543-5315 | | 609-791-7022 | 609-895-7395 | jlemkin@stark-stark.com |
| Attorney General of the State of New York | State of New York Office of the Attorney General | Attn: Bankruptcy Department | The Capitol | | Albany | NY | 12224-0341 | | | | |
| Counsel to Titan Industrial Services Corp. | Tarter Krinsky & Drogin LLP | Attn: Rocco A. Cavaliere, Scott Markowitz | 1350 Broadway, 11th Floor | | New York | NY | 10018 | | 212-216-8000 | 212-216-8001 | rcavaliere@tarterkrinsky.com smarkowitz@tarterkrinsky.com |
| Counsel to Herc Rentals, Inc., Samph Contracting, LLC, MDS Construction, Global Development Contractors, LLC, Orion Interiors, Inc., National Fireproofing & Insulation Co., Inc. | Tesser & Cohen | Attn: Danielle Cohen, Lee M. Tesser | 946 Main Street | | Hackensack | NJ | 07601 | | 201-343-1100 | | dcohen@tessercohen.com ltesser@tessercohen.com |
| Counsel to Schnell Contracting Systems, LLC | The Kelly Firm, P.C. | Attn: Andrew J. Kelly, Esq. | 1011 Highway 71 | Suite 200 | Spring Lake | NJ | 07762 | | 732-449-0525 | | akelly@kbtlaw.com |
| Counsel to Sparwick Contracting, Inc. | Trif Law LLC | Attn: Greg Trif | 89 Headquarters Plaza | North Tower, Suite 201 | Morristown | NJ | 07960 | | 973-860-2030 | 974-554-1220 | gtrif@triflaw.com |
| Counsel to Jordano Electric, Inc. | Trif Law LLC | Attn: Greg Trif | 89 headquarters Plaza | Suite 201 | North Tower | NJ | 07960 | | 973-860-2030 | 974-554-1220 | gtrif@triflaw.com |
| Counsel to KR Masonry LLC | Trif Law LLC | Attn: Greg Trif | 89 headquarters Plaza | North Tower, Suite 201 | Morristown | NJ | 07960 | | 973-547-3611; 973-860-2030 | 974-554-1220 | gtrif@triflaw.com |
| Counsel to Schindler Elevator Corporation | Walsh Pizzi O'reilly Falanga LLP | Attn: Sydney J. Darling, Stephen V. Falanga | Three Gateway Center | 100 Mulberry St, 15th Fl | Newark | NJ | 07102 | | 973-757-1100 | 973-757-1090 | sdarling@walsh.law sfalanga@walsh.law |
| Counsel to Fairleigh Dickinson University, Fairleigh Dickinson University | Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Sydney J. Darling | Three Gateway Center | 100 Mulberry St, 15th Fl | Newark | NJ | 07102 | | 973-757-1100 | 973-757-1090 | sdarling@walsh.law sfalanga@walsh.law |
| Counsel to Nickerson Corporation | Warshaw Burstein, L.L.P. | Attn: Grant R. Cornehls, Maxwell J. Rubin | 575 Lexington Avenue, 7th Floor | | New York | NY | 10022 | | 212-984-7700 | 212-972-9150 | gcornehls@wbny.com mrubin@wbny.com |
| Counsel to 147 Bloomfield Ave J.V. LLC | Wasserman, Jurista & Stolz, P.C. | Attn: Daniel M. Stolz, Esq. | 110 Allen Road | Suite 304 | Basking Ridge | NJ | 07920 | | 973-467-2700 | 973-467-8126 | DStolz@wjslaw.com |
| Counsel to Reliance Mechanical, Inc. | Weltman & Moskowitz, LLP | Attn: Richard E. Weltman, Michele K. Jaspan | 18 Columbia Turnpike, Suite 200 | | Florham Park | NJ | 07932-2266 | | 201-794-7500 | 201-625-6475 | rew@weltmosk.com mkj@weltmosk.com |
| Counsel to Veteran's Road SPE, LLC | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: Mickee M. Hennessy, John Westerman | 120 RXR Plaza | | Uniondale | NY | 11556 | | 516-622-9200 | 516-622-9212 | mhennessy@westermanllp.com jwesterman@westermanllp.com |
| Counsel to CTC Academy | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Meredith I. Friedman | 90 Woodbridge Center Drive | Suite 900, Box 10 | Woodbridge | NJ | 07095 | | 732-855-6126 | 732-726-6570 | dstein@wilentz.com mfriedman@wilentz.com |