# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC, | Case No. 19-27439-MBK |
| Debtor. | |

## ENTRY OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that Post & Schell, P.C. appears for Fabcon Precast, a creditor and party-in-interest in the above-captioned case, and, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address:

Brian W. Bisignani, Esquire
Post & Schell, P.C.
1869 Charter Lane, Suite 102
P.O. Box 10248
Lancaster, PA 17605-0248
Email: bbisignani@postschell.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any order, application, motion, petition, pleading, request, complaint or demand, or any notice thereof, whether formal or informal, whether written or oral, and whether conveyed or

19384163v1

transmitted by mail, electronic mail, delivery, telephone, facsimile, or otherwise, made by the Debtor, the trustee, or any other party in the above-captioned bankruptcy case.

Respectfully submitted,

POST & SCHELL, P.C.

By: *[signature]*
Brian W. Bisignani, Esquire
1869 Charter Lane, Suite 102
Lancaster, PA 17605-0248
717-612-6041
Fax: 717-291-4532
bbisignani@postschell.com

Counsel for: Fabcon Precast

Date: October 16, 2019



1869 Charter Lane
P.O. Box 10248
Lancaster, PA 17605-0248
717-291-4532 Main
717-291-1609 Main Fax
www.postschell.com

Brian W. Bisignani
Principal

bbisignani@postschell.com
717-612-6041 Direct
717-731-1985 Direct Fax
File #: 133040

October 17, 2019

Clerk
United States Bankruptcy Court
District of New Jersey
U.S. Post Office and Courthouse
402 East State Street
Trenton, NJ 08608

**Re:  Hollister Construction Services, LLC
United States Bankruptcy Court
District of New Jersey
<u>Case No. 19-27439-MBK</u>**

Dear Sir/Madam:

I am enclosing an original and two copies of an Entry of Appearance and Request for Service of Notices and Papers for Fabcon Precast to be filed in the above matter. Please date stamp a copy of the Entry of Appearance and return it to me in the enclosed postage prepaid envelope.

If you have any questions, please feel free to contact me.

Very truly yours,

Brian W. Bisignani

BWB/dmc
Enclosures

ALLENTOWN   HARRISBURG   LANCASTER   PHILADELPHIA   PITTSBURGH   PRINCETON   WASHINGTON, D.C.
A PENNSYLVANIA PROFESSIONAL CORPORATION

19384185v1