UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
| | ) |
| Debtor. | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Hunter Neal, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On October 16, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Last Date to File Proofs of Claim [Docket No. 215]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document(s) via electronic service.

Dated: October 17, 2019

_____
Hunter Neal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 17, 2019, by Hunter Neal, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

CHANEL C PAGAN
Notary Public, State of New York
No. 01PA6339351
Qualified in Bronx County
Commission Expires March 28, 2020

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

SRF 36732

**Exhibit A**

2

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 8322129 | ABM ENTERPRISES NJ INC | 605 FRONT ST | | HOLLDAYSBURG | PA | 16648-1410 |
| 8321809 | E. AMBOY SPRINKLER SYSTEMS | 149 S GREEN ST | | NAZARETH | PA | 18064-2012 |
| 8321802 | EARTH STRUCTURES INC. | 350 SHARROTTS RD | | STATEN ISLAND | NY | 10309-1990 |
| 8275416 | GARDEN ON THE WALL | 30 WYCHWOOD RD | | LIVINGSTON | NJ | 07039-3627 |
| 8321545 | K&J ACCESSORIES, INC. | 141 HAWKINS PL #389 | | BOONTON | NJ | 07005-1127 |
| 8321483 | MADISON & EAST MECHANICAL CORP | 60 COMMERCE DR | | FARMINGDALE | NY | 11735-1206 |
| 8275899 | MIDTOWN GREEN CONSTRUCTION INC. | CHRIS VOUZIANAS | PO BOX 780077 | MASPETH | NY | 11378-0077 |
| 8321250 | RCC ERECTORS | 32 CONCERTO CT | | EASTPORT | NY | 11941-1628 |
| 8275096 | SAFE TECH USA, LTD. | 91 COMMERCIAL ST STE 1 | | PLAINVIEW | NY | 11803 |
| 8275837 | TITAN CONCRETE INC. | 301 ROUTE 52 | | CARMEL | NY | 10512-5713 |