| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Stuart M. Brown (NJ Bar No. 026641988)<br>DLA Piper LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: stuart.brown@us.dlapiper.com<br><br>Attorney for Waypoint Hackensack Urban Renewal Owner LLC | Order Filed on October 15, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Hollister Construction Services, LLC<br><br>Debtor. | Case No.: 19-27439-MBK<br>Adv. No.: _____<br>Chapter: 11<br>Judge: Michael B. Kaplan |

**ORDER FOR ADMISSION PRO HAC VICE**

The relief set forth on the following page is **ORDERED**.

**DATED: October 15, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that _____Daniel M. Simon_____ be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J.  L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further  ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-27439-MBK
Hollister Construction Services, LLC                                    Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 3              Date Rcvd: Oct 16, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db          +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               adobin@msbnj.com
              Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
               .com
              Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation stioa@pepperlaw.com
              Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
              Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
               arainone@bracheichler.com, cbudris@bracheichler.com;palonso@bracheichler.com
              Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com;jkimble@lowenstein.com
              Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
              Brett Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
              Brian Gregory Hannon    on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Brian R Tipton    on behalf of Creditor    State Line Construction Company, Inc.
               btipton@fpsflawfirm.com
              Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
              Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com
              Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
              Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
              Daniel Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com

```
District/off: 0312-3          User: admin              Page 2 of 3          Date Rcvd: Oct 16, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Danielle Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor    Global Development Contractors, LLC
               dcohen@tessercohen.com,    ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc.
               dcohen@tessercohen.com,    ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              David E. Sklar    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc.
               dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
              David E. Sklar    on behalf of Creditor    All Brands Elevator Industries, Inc.
               dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
              David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com,   ciarkowski@wilentz.com
              David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
              Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO
               donna.thompson@dlthompsonlaw.com,    dlthompsonlaw@aol.com
              Edmund Campbell    on behalf of Creditor    Glass Systems Tech, LLC
               aweisenberger@campbellroccolaw.com
              Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com,
               fpisano@coleschotz.com
              Grant Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com,
               lschindler@wbny.com
              Greg Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com,
               gtrif@triflaw.com
              Greg Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com,   gtrif@triflaw.com
              Greg Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com,   gtrif@triflaw.com
              Ilana Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com,
               fpisano@coleschotz.com;ssallie@coleschotz.com
              Jacob Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC
               jfrumkin@coleschotz.com
              James C. Dezao, III    on behalf of Creditor Antonio Zarfino gerald@dezaolaw.com
              James C. Dezao, III    on behalf of Creditor Mayer Weberman gerald@dezaolaw.com
              Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc.
               jmanfrey@foxrothschild.com,
               jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              Jay L. Lubetkin    on behalf of Interested Party Kieran Flanagan jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Interested Party Christopher Johnson jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
              Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
              Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc.
               jwh@njlawfirm.com,    ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
              John O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com,
               ecf-fe4957a0ba6a@ecf.pacerpro.com
              Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company
               jschwartz@riker.com
              Joshua A. Zielinski    on behalf of Creditor    DeSesa Engineering Company, Inc.
               jzielinski@oslaw.com,    clupi@mdmc-law.com
              Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jraymond@msbnj.com
              Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC
               krosen@lowenstein.com,    dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC
               krosen@lowenstein.com,    dclaussen@lowenstein.com
              Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
              Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
              Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing
               mmiceli@sm-lawpc.com,    lindsay@sm-lawpc.com

```
District/off: 0312-3          User: admin              Page 3 of 3               Date Rcvd: Oct 16, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Marguerite  Schaffer    on behalf of Creditor   c/o Marguerite M. Unique Scaffolding Systems, LLC
         mschaffer@shainlaw.com
        Mark E. Felger    on behalf of Interested Party   Ricoh USA, Inc. mfelger@cozen.com,
         sshidner@cozen.com
        Martin P. Skolnick    on behalf of Creditor   Archmills LLC d/b/a ArchMills Doors and Hardware
         mskolnick@gmail.com
        Martin P. Skolnick    on behalf of Creditor   Stateline Fabricators, LLC mskolnick@gmail.com
        Meredith I. Friedman    on behalf of Creditor   CTC Academy mfriedman@wilentz.com,
         ciarkowski@wilentz.com
        Michael  Kahme    on behalf of Creditor   Accordia Harrison Urban Renewal, LLC
         mkahme@hillwallack.com, fmansmann@hillwallack.com
        Michael  Stafford    on behalf of Creditor   Anvil Craft Corp. mjstafford@nordlaw.legal,
         norddemaio@aol.com;adamnorddemaio@aol.com
        Michael D. Sirota    on behalf of Interested Party   Newkirk Realty LLC msirota@coleschotz.com,
         fpisano@coleschotz.com
        Michael J. Shavel    on behalf of Creditor   Accordia Harrison Urban Renewal, LLC
         mshavel@hillwallack.com
        Michael R. Herz    on behalf of Creditor   Troon Electric of New Jersey LLC
         mherz@foxrothschild.com, cbrown@foxrothschild.com
        Mitchell  Malzberg    on behalf of Creditor   Vector Structural Preservation Corp.
         mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
        Nicole M. Nigrelli    on behalf of Interested Party   Delcon Builders, Inc.
         nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Nicole M. Nigrelli    on behalf of Interested Party   Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
         sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Pearl  Shah    on behalf of Creditor   Kone Inc. pshah@mcgrailbensinger.com
        Peter  Broege    on behalf of Creditor   Encon Mechancial Corp pbroege@bnfsbankruptcy.com,
         G1580@notify.cincompass.com
        Philip William Allogramento    on behalf of Creditor   FM Construction Group, LLC
         pallogramento@connellfoley.com
        Philip William Allogramento    on behalf of Creditor   Environmental Devices, Inc.
         pallogramento@connellfoley.com
        Richard E. Weltman    on behalf of Creditor   Reliance Mechanical, Inc. rew@weltmosk.com,
         mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
        Robert E. Nies    on behalf of Creditor   Arch Insurance Company and Arch Reinsurance Company
         rnies@csglaw.com
        Robert M Hirsh    on behalf of Creditor   SBLP Princeton, LLC, a Delaware limited liability
         company hirsh.robert@arentfox.com,
         indelicato.lisa@arentfox.com;Mary.Dowd@arentfox.com;Mark.Bloom@arentfox.com;Jackson.Toof@arentfox
         .com
        Rocco A. Cavaliere    on behalf of Creditor   Titan Industrial Services Corp.
         rcavaliere@tarterkrinsky.com
         Ryan M. Ernst    on behalf of Creditor   Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
        Sam  Della Fera    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         sdellafera@msbnj.com
        Seth  Ptasiewicz    on behalf of Creditor   New Jersey Building Laborers Statewide Benefit Funds
         (the "Funds") sptasiewicz@krollfirm.com
        Sommer Leigh Ross    on behalf of Creditor   PNC Bank, National Association slross@duanemorris.com,
         AutoDocketWILM@duanemorris.com
        Stephanie L. Jonaitis    on behalf of Interested Party   10 Minerva Place, L.P. and 10 Minerva
         Place Housing Development Fund Corporation jonaitis@pepperlaw.com,
         balaa@pepperlaw.com;molitorm@pepperlaw.com
        Stephanie L. Jonaitis    on behalf of Interested Party   5 Bay Street Phase 1 LLC, 5 Bay Street
         Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com,
         balaa@pepperlaw.com;molitorm@pepperlaw.com
        Stephen V. Falanga    on behalf of Interested Party   Fairleigh Dickinson University
         sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
        Stephen V. Falanga    on behalf of Creditor   Schindler Elevator Corporation
         sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
        Steven B Smith    on behalf of Interested Party   CS Utica & Remsen LLC ssmith@herrick.com
        Stuart M. Brown    on behalf of Interested Party   Waypoint Hackensack Urban Renewal Owner LLC
         stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
        Sydney J. Darling    on behalf of Interested Party   Fairleigh Dickinson University
         sdarling@walsh.law, mvargas@walsh.law
        Sydney J. Darling    on behalf of Creditor   Schindler Elevator Corporation sdarling@walsh.law,
         mvargas@walsh.law
        Tara J. Schellhorn    on behalf of Creditor   Newark Warehouse Redevelopment Company
         tschellhorn@riker.com
        Tara J. Schellhorn    on behalf of Creditor   Newark Warehouse Urban Renewal, LLC
         tschellhorn@riker.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William G. Wright    on behalf of Creditor   Graybar Electric Company, Inc. wwright@capehart.com,
         jlafferty@capehart.com
        Yale A. Leber    on behalf of Interested Party   RH 537 Building Owner LLC yale.leber@rivkin.com

                                                                                                         TOTAL: 105