Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19–27439–MBK
        Chapter: 11
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hollister Construction Services, LLC
   339 Jefferson Road
   Parsippany, NJ 07054

Social Security No.:

Employer's Tax I.D. No.:
   74–3135404

## Notice That a Transcript Has Been Filed

     You are Noticed that a Transcript has been filed on 10/17/19. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor–age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty–one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty–one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: October 18, 2019
JAN:

                                       Jeanne Naughton
                                       Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 19-27439-MBK
Hollister Construction Services, LLC                                Chapter 11
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 5          Date Rcvd: Oct 18, 2019
                              Form ID: tsntc           Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db             +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707
aty            +Boyd Mechanical, LLC,    c/o Rosenberg & Pittinsky, LLP,    232 Madison Avenue,    Suite 906,
                 New York, NY 10016-2937
aty             Brian Bisignani,    Post & Schell,    1869 Charter Lane,    Ste. 102,    POB 10248,
                 Lancaster, PA  17605-0248
aty            +Brian Craig,    400 Garden City Plaza,    Garden City, NY 11530-3322
aty            +Henry J. Jaffe,    Pepper Hamilton LLP,    1313 Market St.,,    Hercules Plaza, Suite 5100,
                 Wilmington, DE 19801-6111
aty            +Lawrence B. Diener,    Court Plaza North,    25 Main Street,    Hackensack, NJ 07601-7083
aty            +Mary Joanne Dowd,    Arent Fox LLP,    1717 K Street NW,    Washington, DC 20006-5344
cr             +Advanced Scaffold Services, LLC,    620 Oakwood Avenue,    West Hartford, CT 06110-1520
cr             +Air Group, LLC,    c/o Carl J. Soranno, Esq.,    Brach Eichler LLC,    101 Eisenhower Parkway,
                 Roseland, NJ 07068-1053
cr             +Antonio Zarfino,    Bel-Con Construction Services, Inc.,    26 Wallace Street,
                 Belleville, NJ  07109,    UNITED STATES 07109-3526
cr             +Arch Insurance Company and Arch Reinsurance Compan,    c/o Chiesa Shahinian & Giantomasi PC,
                 One Boland Drive,    Attn: Robert E. Nies, Esq.,    West Orange, NJ 07052-3686
cr             +Bridge Builders Newark LLC,    c/o Karen Marques,    211 Warren Street,    Newark, NJ 07103-3568
cr             +CTC Academy,    c/o Wilentz, Goldman & Spitzer, P.A.,    90 Woodbridge Center Drive,
                 Suite 900, Box 10,    Attn: David H. Stein, Esq.,    Woodbridge, NJ 07095-1155
intp           +Christopher Johnson,    c/o Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,
                 Suite 100,    Livingston, NJ 07039-1711
cr             +Commonwealth of Pennsylvania Dept. of Labor and In,    651 Boas St.,    Room 925,
                 Harrisburgh, PA 17121-0751
cr             +Dancker,    291 Evans Way,    Somerville, NJ 08876-3766
cr              Drobach Equipment Rental Co.,    2240 US-22,    Union, NJ  07083
cr             +EWA Moonachie 77, LLC,    c/o Alan Brody, Greenberg Traurig,    500 Campus Drive,    Suite 400,
                 Florham Park, NJ 07932-1025
cr             +Edison Construction Management,    c/o Riker Danzig,    One Speedwell Avenue,
                 Morristown, NJ 07960-6838
cr             +Encon Mechancial Corp,    3433 Sunset Ave,    PO Box 2293,    Ocean, NJ 07712-2293
intp           +Fairleigh Dickinson University,    c/o Walsh Pizzi O'Reilly Falanga LLP,    Three Gateway Center,
                 100 Mulberry Street,    15th Floor,    Newark, NJ 07102-4056
intp           +Grand Maujer Development, LLC,    Cole Schotz P.C.,    Court Plaza North,    25 Main Street,
                 Hackensack, NJ 07601-7083
intp           +Kieran Flanagan,    c/o Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,    Suite 100,
                 Livingston, NJ 07039-1711
cr             +L&W Supply Corporation,    c/o Larry Miller,    11722 Taneytown Pike,    Taneytown, MD  21787,
                 UNITED STATES 21787-1165
cr             +Lally Pipe & Tube,    8770 Railroad Drive,    Taylor Mill, KY 41015-9096
cr             +Mayer Weberman,    Orange County Superior Concrete,    149 Elm Street, Suite 102,
                 Monroe, NY  10950,    UNITED STATES 10950-2896
cr             +Newark Warehouse Redevelopment Company,    c/o Riker Danzig,    One Speedwell Avenue,
                 Morristown, NJ 07960-6838
cr             +Newark Warehouse Urban Renewal, LLC,    c/o Riker Danzig,    One Speedwell Avenue,
                 Morristown, NJ 07960-6838
intp           +Newkirk Realty LLC,    Cole Schotz P.C.,    Court Plaza North,    25 Main Street,
                 Hackensack, NJ 07601-7083
cr             +Nickerson Corporation,    515 Union Ave,    Union Beach, NJ 07735-3130
cr             +Nomad Framing, LLC,    Att: David L. Bruck, Esq.,    Greenbaum, Rowe, Smith & Davis LLP,
                 PO Box 5600,    Woodbridge, NJ 07095-0988
intp           +P. Tamburri Steel,    1401 Industrial Highway,    1401 Industrial Highway,
                 CINNAMINSON, NJ  08077,    UNITED STATES 08077-2589
intp           +P3 Metals, LLC,    1401 Industrial Highway,    CINNAMINSON, NJ  08077,    UNITED STATES 08077-2589
cr              PNC Bank, National Association,    c/o Duane Morris LLP,
                 Attn: James J. Holman and Sommer L. Ross,    222 Delaware Avenue, Suite 1600,
                 Wilmington, DE  19801-1659
op             +Parkland Group Inc,    8110 Devon Court,    Chagrin Falls, OH 44023-5008
op             +Paul Belair,    10x CEO Coaching LLC,    POB 5117,    Youngstown, OH 44514-0117
cr             +Pereira Electrical Contracting, Inc.,    c/o Cohn Lifland Pearlman Herrmann,
                 Park 80 West - Plaza One,    250 Pehle Ave., Suite 401,    Saddle Brook, NJ 07663-5832
op             +Prime Clerk LLC,    One Grand Central Place,    60 East 42nd Street,    Suite 1440,
                 New York, NY 10165-1446
intp           +RH 537 Building Owner LLC,    2 Park Ave, 14th Floor,    New York, NY 10016-5702
cr             +Schindler Elevator Corporation,    Three Gateway Center,    100 Mulberry Street,    15th Floor,
                 Newark, NJ  07102,    UNITED STATES 07102-4056
cr             +Schnell Contracting Systems, LLC,    c/o The Kelly Firm, P.C.,    1011 Highway 71, Suite 200,
                 Spring Lake, NJ 07762-3232
cr             +State Line Construction Company, Inc.,    234 Pacific Street,    Newark, NJ 07114-2830
cr             +Troon Electric of New Jersey LLC,    555 North Ave,    Fort Lee, NJ 07024-2404
cr            #+Vector Structural Preservation Corp.,    21 Willowdale Ave.,    Port Washington, NY 11050-3716
```

```
District/off: 0312-3                  User: admin                    Page 2 of 5                   Date Rcvd: Oct 18, 2019
                                      Form ID: tsntc                 Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 19 2019 00:54:56      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 19 2019 00:54:55      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
acc            +E-mail/Text: delmarie.velazquez@eisneramper.com Oct 19 2019 00:55:16       Eisner Amper LLP,
                 111 Wood Avenue South,    Iselin, NJ 08830-2874
cr             +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Oct 19 2019 00:54:35      LEG Acquisition LLC,
                 C/O Corporation Service Company,   2711 Centerville Road,   Suite 400,   Wilmington, DE  19808,
                 UNITED STATES 19808-1645
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              c/o Marguerite M. Unique Scaffolding Systems, LLC,   Unique Scaffolding, LLC, N.A.,
                 150 Morristown Road, Suite 105,   Shain Schaffer PC, 150 Morristown Road,,   Bernardsville,
                 UNITED STATES
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
```
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody     on behalf of Creditor     EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky     on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Allen J Barkin     on behalf of Creditor     Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Andrea  Dobin     on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               adobin@msbnj.com
              Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
               .com
              Andrew R. Macklin     on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III     on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation stioa@pepperlaw.com
              Angelo Anthony Stio, III     on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
              Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
                arainone@bracheichler.com,    cbudris@bracheichler.com;palonso@bracheichler.com
              Arielle  Adler     on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com;jkimble@lowenstein.com
              Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
              Brett  Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
```

```
District/off: 0312-3          User: admin              Page 3 of 5           Date Rcvd: Oct 18, 2019
                              Form ID: tsntc           Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Brian Gregory Hannon    on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com,
        sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Brian R Tipton    on behalf of Creditor    State Line Construction Company, Inc.
        btipton@fpsflawfirm.com
        Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
        Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
        dfamula@bracheichler.com;jpmartin@bracheichler.com
        Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
        Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
        Daniel Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
        dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
        Danielle Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com,
        ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com,
        ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com,
        ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Global Development Contractors, LLC
        dcohen@tessercohen.com,    ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc.
        dcohen@tessercohen.com,    ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com,
        ddelucia@tessercohen.com
        David E. Sklar    on behalf of Creditor    All Brands Elevator Industries, Inc.
        dsklar@scuramealey.com,
        ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
        David E. Sklar    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc.
        dsklar@scuramealey.com,
        ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
        David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com,   ciarkowski@wilentz.com
        David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
        Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO
        donna.thompson@dlthompsonlaw.com,    dlthompsonlaw@aol.com
        Edmund Campbell    on behalf of Creditor    Glass Systems Tech, LLC
        aweisenberger@campbellroccolaw.com
        Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com,
        fpisano@coleschotz.com
        Grant Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com,
        lschindler@wbny.com
        Greg Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com,   gtrif@triflaw.com
        Greg Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com,
        gtrif@triflaw.com
        Greg Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com,   gtrif@triflaw.com
        Ilana Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com,
        fpisano@coleschotz.com;ssallie@coleschotz.com
        Jacob Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC
        jfrumkin@coleschotz.com
        James C. Dezao, III    on behalf of Creditor Antonio  Zarfino gerald@dezaolaw.com
        James C. Dezao, III    on behalf of Creditor Mayer  Weberman gerald@dezaolaw.com
        Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc.
        jmanfrey@foxrothschild.com,
        jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
        Jay L. Lubetkin    on behalf of Interested Party Kieran  Flanagan jlubetkin@rltlawfirm.com,
        rgaydos@rltlawfirm.com
        Jay L. Lubetkin    on behalf of Interested Party Christopher  Johnson jlubetkin@rltlawfirm.com,
        rgaydos@rltlawfirm.com
        Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
        Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
        Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc.
        jwh@njlawfirm.com,   ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
        John O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com,
        sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com,
        ecf-fe4957a0ba6a@ecf.pacerpro.com
        Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
        Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
        Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company
        jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
        jschwartz@riker.com
        Joshua A. Zielinski    on behalf of Creditor    DeSesa Engineering Company, Inc.
        jzielinski@oslaw.com,   clupi@mdmc-law.com
        Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
        jraymond@msbnj.com
        Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com,
        kdilks@cvmlawoffices.com

```
District/off: 0312-3          User: admin              Page 4 of 5             Date Rcvd: Oct 18, 2019
                              Form ID: tsntc           Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com,
         kdilks@cvmlawoffices.com
        Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC
         krosen@lowenstein.com,   dclaussen@lowenstein.com
        Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC
         krosen@lowenstein.com,   dclaussen@lowenstein.com
        Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
        Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
        Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
        Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing
         mmiceli@sm-lawpc.com,   lindsay@sm-lawpc.com
        Marguerite Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
         mschaffer@shainlaw.com
        Mark E. Felger    on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com,
         sshidner@cozen.com
        Martin P. Skolnick    on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
        Martin P. Skolnick    on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware
         mskolnick@gmail.com
        Meredith I. Friedman    on behalf of Creditor    CTC Academy mfriedman@wilentz.com,
         ciarkowski@wilentz.com
        Michael Kahme    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
         mkahme@hillwallack.com,   fmansmann@hillwallack.com
        Michael Stafford    on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal,
         norddemaio@aol.com;adamnorddemaio@aol.com
        Michael D. Sirota    on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com,
         fpisano@coleschotz.com
        Michael J. Shavel    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
         mshavel@hillwallack.com
        Michael R. Herz    on behalf of Creditor    Troon Electric of New Jersey LLC
         mherz@foxrothschild.com,   cbrown@foxrothschild.com
        Mitchell Malzberg    on behalf of Creditor    Vector Structural Preservation Corp.
         mmalzberg@mjmalzberglaw.com,   dlapham@mjmalzberglaw.com
        Nicole M. Nigrelli    on behalf of Interested Party    Delcon Builders, Inc.
         nnigrelli@ciardilaw.com,   sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Nicole M. Nigrelli    on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
         sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Pearl Shah    on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
        Peter Broege    on behalf of Creditor    Encon Mechancial Corp pbroege@bnfsbankruptcy.com,
         G1580@notify.cincompass.com
        Philip William Allogramento    on behalf of Creditor    Environmental Devices, Inc.
         pallogramento@connellfoley.com
        Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC
         pallogramento@connellfoley.com
        Richard E. Weltman    on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com,
         mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
        Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company
         rnies@csglaw.com
        Robert M Hirsh    on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability
         company hirsh.robert@arentfox.com,
         indelicato.lisa@arentfox.com;Mary.Dowd@arentfox.com;Mark.Bloom@arentfox.com;Jackson.Toof@arentfox
         .com
        Rocco A. Cavaliere    on behalf of Creditor    Titan Industrial Services Corp.
         rcavaliere@tarterkrinsky.com
        Ryan M. Ernst    on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com,   mjoyce@oelegal.com
        Sam Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
         sdellafera@msbnj.com
        Seth Ptasiewcz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds
         (the "Funds") sptasiewicz@krollfirm.com
        Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com,
         AutoDocketWILM@duanemorris.com
        Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
         Place Housing Development Fund Corporation jonaitis@pepperlaw.com,
         balaa@pepperlaw.com;molitorm@pepperlaw.com
        Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
         Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com,
         balaa@pepperlaw.com;molitorm@pepperlaw.com
        Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation
         sfalanga@thewalshfirm.com,   chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
        Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University
         sfalanga@thewalshfirm.com,   chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
        Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com
        Stuart M. Brown    on behalf of Interested Party    Waypoint Hackensack Urban Renewal Owner LLC
         stuart.brown@dlapiper.com,   stuart-brown-7332@ecf.pacerpro.com
        Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law,
         mvargas@walsh.law
        Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University
         sdarling@walsh.law,   mvargas@walsh.law

```
District/off: 0312-3          User: admin              Page 5 of 5              Date Rcvd: Oct 18, 2019
                              Form ID: tsntc           Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company tschellhorn@riker.com

          Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tschellhorn@riker.com

          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

          William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com, jlafferty@capehart.com

          Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com

                                                          TOTAL: 105