UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Goetz Fitzpatrick LLP
One Penn Plaza, 31st Floor
New York, New York 10119
Telephone: 212-695-8100
Fax: 212-629-4013
By: Gary M. Kushner, Esq.
Joshua G. Oberman, Esq.

In Re:
HOLLISTER CONSTRUCTION SERVICES, LLC,
Debtor.

Case No.: 19-27439
Chapter: 11
Judge: MBK

U.S BANKRUPTCY COURT
FILED
TRENTON, NJ
2019 OCT 21  P 12: 29
JEANNE A. HAUGHTON
BY: [signature]
DEPUTY CLERK

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __Infinity Painting Co., Inc.__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  GOETZ FITZPATRICK LLP
Gary M. Kushner, Esq.
One Penn Plaza, 31st Floor
New York, New York 10119
gkushner@goetzfitz.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: September 26, 2019

/s/Gary M. Kushner, Esq.
Signature

new.8/1/15