| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br>Joseph L. Schwartz, Esq.(JS-5525)<br>Rachel G. Atkin, Esq. (RA-4910)<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>(973) 538-0800<br>jschwartz@riker.com<br>ratkin@riker.com<br><br>Counsel to Sunstone Hotels Morristown, LLC | Order Filed on October 22, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Hollister Construction Services, LLC,<br><br>Debtor. | Case No. 19-27439 (MBK)<br><br>Hon. Michael B. Kaplan, U.S.B.J.<br><br>Chapter 11 |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 22, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Hollister Construction Services, LLC |
| Case No.: | 19-27439 (MBK) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE |
| Page: | 2 of 3 |

THIS MATTER having been opened to the Court upon the Application of Sunstone Hotels Morristown, LLC ("Sunstone") seeking a reduction of time (the "Application") for a hearing on Sunstone's motion for an order: (i) granting Sunstone relief from the automatic stay, pursuant to 11 U.S.C. § 362(d)(1), to allow Sunstone to terminate the GMP Contract,[1] or in the alternative, (ii) compelling the Debtor, Hollister Construction Services, LLC (the "Debtor"), to immediately reject the GMP Contract, pursuant to 11 U.S.C. § 365(d)(2), and (iii) for related relief (the "Motion") under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  November 7, 2019  at 11:30 a.m. in the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608, Courtroom No. 8.

2. Sunstone shall serve a copy of this Order, and all related documents, on the following parties: Debtor's counsel; U.S. Trustee; the Official Unsecured Creditors' Committee; and all parties requesting notice pursuant to Fed. R. Bankr. P. 2002

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email (if known), ☐ hand delivery.

3. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

4. Notice by telephone:

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

| | |
|---|---|
| Debtor: | Hollister Construction Services, LLC |
| Case No.: | 19-27439 (MBK) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE |
| Page: | 3 of 3 |

    [x] is not required

    [ ] must be provided to _____

        [ ] on the same day as the date of this Order, or

        [ ] within _____ day(s) of the date of this Order.

5.    A *Certification of Service* must be filed prior to the hearing date.

6.    Any objections to the motion/application identified above:

    [x] must be filed with the Court and served on all parties in interest by electronic or overnight mail by ~~_____ day(s) prior to the scheduled hearing; or~~ **objections are due by 11/4/2019**

    [ ] may be presented orally at the hearing.

7.    [x] Court appearances are required to prosecute the motion and any objections.

    [ ] Parties may request to appear by phone by contacting Chambers prior to the return date.

5088499v1