RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Rachel G. Atkin, Esq. (RA-4910)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey  07962-1981
(973) 538-0800

*Counsel to Sunstone Hotels Morristown, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br><br>Hollister Construction Services, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.  19-27439 (MBK)<br><br>Hon. Michael B. Kaplan, U.S.B.J.<br><br>**Hearing Date:   November 7, 2019 at 11:30 a.m.**<br>**Objection Deadline: November 4, 2019** |

**NOTICE OF MOTION OF SUNSTONE HOTELS MORRISTOWN, LLC FOR AN
ORDER (I) GRANTING SUNSTONE HOTELS MORRISTOWN, LLC RELIEF FROM
THE AUTOMATIC STAY TO TERMINATE GMP CONTRACT OR, IN THE
ALTERNATIVE, (II) COMPELLING THE DEBTOR TO IMMEDIATELY REJECT
GMP CONTRACT, AND (III) FOR RELATED RELIEF**

  Sunstone Hotels Morristown, LLC ("Sunstone"), by and through its undersigned counsel, hereby submits this Motion (the "Motion") for entry of an order: (i) granting Sunstone relief from the automatic stay, pursuant to 11 U.S.C. § 362(d)(1), to allow Sunstone to terminate the GMP Contract[1], or in the alternative, (ii) compelling the Debtor, Hollister Construction Services, LLC (the "Debtor"), to immediately reject the GMP Contract, pursuant to 11 U.S.C. § 365(d)(2), and (iii) for related relief. **Please take notice that, as part of the Motion, Sunstone is seeking a waiver of the fourteen (14) day stay prescribed by Fed. R. Bankr. P. 4001(a)(3).**  In support of the Motion, the NWR Entities will rely on the Certification of Daniel D. Khoshaba and the Memorandum of Law enclosed with this Notice.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

If you do not want the Bankruptcy Court (the "Court") to issue an order granting the Motion, or if you want the Court to consider your views on the Motion, then, on or before **November 4, 2019**, you or your attorney must:

- File an objection, pursuant to D.N.J. LBR 9013-2, with the Clerk of the Court at:

  > United States Bankruptcy Court
  > District of New Jersey
  > Clarkson S. Fisher US Courthouse
  > 402 East State Street
  > Trenton, NJ 08608

  If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

- Deliver a copy of your objection (a) to counsel to Sunstone at the following addresses: Riker, Danzig, Scherer, Hyland & Perretti LLP, Attn: Joseph L. Schwartz, Esq. and Rachel G. Atkin, Esq., One Speedwell Avenue, Morristown, New Jersey 07962-1981 phone: (973) 538-0800, fax: (973) 538-1984, e-mail: jschwartz@riker.com and ratkin@riker.com; and (b) to all parties requesting notice in this case, so as to be received on or before **November 4, 2019**.

- Attend the hearing scheduled to be held on **November 7, 2019 at 11:30 a.m.** before the Honorable Michael B. Kaplan, U.S.B.J., United States Bankruptcy Court, Clarkson S. Fisher US Courthouse, 402 East State Street, Trenton, New Jersey 08608.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: October 22, 2019
Morristown, New Jersey

RIKER DANZIG SCHERER HYLAND
& PERRETTI LLP

By: /s/ *Joseph L. Schwartz*
Joseph L. Schwartz

Joseph L. Schwartz, Esq. (JS-5525)
Rachel G. Atkin, Esq. (RA-4910)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey  07962-1981
(973) 538-0800

*Counsel to Sunstone Hotels Morristown, LLC*

5088950v1