IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **HOLLISTER CONSTRUCTION SERVICES, LLC** | : : | Case No. 19-27439 (MBK) |
| | : | |
| Debtor. | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that the undersigned, Andrew B. Cohn, hereby enters his appearance on behalf of Jonasz Precast, Inc. (the "Creditor"), and requests that copies all notices and pleadings given or filed in this case be given to and served upon the following:

> Andrew B. Cohn, Esquire
> KAPLIN STEWART MELOFF REITER & STEIN, P.C.
> 910 Harvest Drive, PO Box 3037
> Blue Bell, PA 19422-0765
> (610) 941-2459
> Fax (610) 684-2007
> acohn@kaplaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, facsimile transmission or otherwise filed with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of the Creditor, including, without limitation, (i) the right to have final

6139010v1

orders in non-core matters entered only after *de novo* review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditors may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Respectfully submitted,

KAPLIN STEWART MELOFF REITER & STEIN, P.C.

By:    /s/ Andrew B. Cohn, Esquire
ANDREW B. COHN, ESQUIRE
910 Harvest Drive, PO Box 3037
Blue Bell, PA  19422-0765
(610) 941-2459
Fax (610) 684-2007
acohn@kaplaw.com
Attorneys for Jonasz Precast, Inc.

Dated: October 22, 2019

6139010v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **HOLLISTER CONSTRUCTION** | : | |
| **SERVICES, LLC** | : | Case No. 19-27439 (MBK) |
| | : | |
| Debtor. | : | |

### CERTIFICATE OF SERVICE

I, Andrew B. Cohn, Esquire, hereby certify that on the date stated below, I did cause the foregoing to be electronically filed with the Clerk of Court using CM/ECF system, which will automatically send email notification to all parties and counsel of record.

KAPLIN STEWART MELOFF REITER & STEIN, P.C.

By:   /s/ Andrew B. Cohn, Esquire
ANDREW B. COHN, ESQUIRE
910 Harvest Drive, PO Box 3037
Blue Bell, PA  19422-0765
(610) 941-2459
Fax (610) 684-2007
acohn@kaplaw.com
Attorneys for Jonasz Precast, Inc.

Dated: October 22, 2019

6139010v1