UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

BORAH, GOLDSTEIN, ALTSCHULER, NAHINS
& GOIDEL, P.C.
377 Broadway, 7th Floor
New York, NY 10013
Telephone: (212) 431-1300
Fax: (646) 349-4135
Darren R. Marks, Esq.
Attorney for Accordia Harrison Urban Renewal, LLC

In Re:

HOLLISTER CONSTRUCTION,

                Debtor.

Chapter 11

Case No. 19-27439-MBK

Judge: Hon. Michael B. Kaplan

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Borah, Goldstein, Altschuler, Nahins & Goidel, P.C., attorneys for Accordia Harrison Urban Renewal, LLC and hereby demands that all notices and all papers served or required to be served pertaining to the Debtor's chapter 11 be served upon the following:

        Darren R. Marks, Esq.
        Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.
        377 Broadway, 7th Floor
        New York, NY 10013
        Telephone: (212) 431-1300
        Fax: (646) 349-4135
        E-mail: dmarks@borahgoldstein.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice includes all notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests for petitions, disclosure statements, answer or reply papers, memoranda and briefs in support of any of the above, and any other documents filed or served in the above-captioned chapter 11 case.

        BORAH, GOLDSTEIN, ALTSCHULER,
        NAHINS & GOIDEL, P.C.,
        Attorneys for Accordia Harrison Urban Renewal, LLC

By: */s/ Darren R. Marks*
     Darren R. Marks

Dated: October 23, 2019