UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Hollister Construction Services LLC

Case No. 19-27439 (MBK)
Reporting Period: September 30, 2019

## MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

10/22/19
_____
Date

CHRIS JOHNSON
Printed Name of Authorized Individual

Head Coach
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re Hollister Construction Services LLC
Debtor

Case No. **19-27439 (MBK)**

Reporting Period: **September 11 thru 30, 2019**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 1,312,077 | - | - | 500 | 1,312,577 | 1,376,292 | 1,312,577 | 1,376,292 |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | - | - | - | - | - | - | - | - |
| ACCOUNTS RECEIVABLE | 81,085 | - | - | - | 81,085 | 119,920 | 81,085 | 119,920 |
| LOANS AND ADVANCES | - | - | - | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - | - | - | - |
| OTHER (ATTACH LIST) (1) | 162,660 | - | - | - | 162,660 | - | 162,660 | - |
| TRANSFERS (FROM DIP ACCTS) | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| **TOTAL RECEIPTS** | **243,745** | **-** | **-** | **-** | **243,745** | **119,920** | **243,745** | **119,920** |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 180,032 | - | - | - | 180,032 | 313,302 | 180,032 | 313,302 |
| PAYROLL TAXES | 27,159 | - | - | - | 27,159 | 19,174 | 27,159 | 19,174 |
| SALES, USE, & OTHER TAXES | - | - | - | - | - | | - | - |
| INVENTORY PURCHASES | - | - | - | - | - | | - | - |
| SECURED/ RENTAL/ LEASES | 73,423 | - | - | - | 73,423 | 20,000 | 73,423 | 20,000 |
| INSURANCE | 432,479 | - | - | - | 432,479 | 440,476 | 432,479 | 440,476 |
| ADMINISTRATIVE | 20,182 | - | - | - | 20,182 | 153,308 | 20,182 | 153,308 |
| SELLING | - | - | - | - | - | - | - | - |
| OTHER (ATTACH LIST) | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| OWNER DRAW * | - | - | - | - | - | - | - | - |
| TRANSFERS (TO DIP ACCTS) | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| PROFESSIONAL FEES | - | - | - | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | **733,275** | **-** | **-** | **-** | **733,275** | **946,260** | **733,275** | **946,260** |
| | | | | | | | | |
| NET CASH FLOW | (489,530) | - | - | - | (489,530) | (826,340) | (489,530) | (826,340) |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | **822,547** | **-** | **-** | **500** | **823,047** | **549,952** | **823,047** | **549,952** |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN) | |
| --- | --- |
| TOTAL DISBURSEMENTS | 733,275 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | - |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 733,275 |

**Footnotes:**
(1) Other is cash transferred from Investors Bank and TD Bank accounts that were closed by the Debtor post-petition.

FORM MOR-1
(04/07)

In re Hollister Construction Services LLC

Debtor

Case No. **19-27439 (MBK)**

Reporting Period: **September 11 thru 30, 2019**

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # 7598 | | # | | # | | # | |
| **BALANCE PER BOOKS** | $ 822,546.78 | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | $ 847,080.64 | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | $ 7,896.99 | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | $ (32,430.85) | | | | | | | |
| OTHER (ATTACH EXPLANATION) | $ - | | | | | | | |
| ADJUSTED BANK BALANCE * | $ 822,546.78 | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | 10-8-19 | $ 7,896.99 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | 9-25-2019 | $ 465.42 | 9-25-2019 | $ 127.20 | | | | |
| | 9-25-2019 | $ 495.24 | 9-25-2019 | $ 85.56 | | | | |
| | 9-25-2019 | $ 464.32 | 9-25-2019 | $ 315.27 | | | | |
| | 9-25-2019 | $ 490.90 | 9-25-2019 | $ 285.60 | | | | |
| | 9-25-2019 | $ 912.39 | 9-25-2019 | $ 116.94 | | | | |
| | 9-25-2019 | $ 584.17 | 9-25-2019 | $ 2,345.69 | | | | |
| | 9-25-2019 | $ 500.03 | 9-25-2019 | $ 262.50 | | | | |
| | 9-25-2019 | $ 1,038.38 | 9-25-2019 | $ 144.13 | | | | |
| | 9-25-2019 | $ 198.81 | 9-25-2019 | $ 495.52 | | | | |
| | 9-25-2019 | $ 23.73 | 9-25-2019 | $ 1,856.59 | | | | |
| | 9-25-2019 | $ 38.25 | 9-25-2019 | $ 583.12 | | | | |
| | 9-25-2019 | $ 526.09 | 9-27-2019 | $ 5,000.00 | | | | |
| | 9-25-2019 | $ 75.00 | 9-27-2019 | $ 15,000.00 | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In re Hollister Construction Services LLC | Case No. 19-27439 (MBK)
Debtor | Reporting Period: September 11 thru 30, 2019

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID (Footnote 1)

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check | | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Footnotes**
(1) Debtor did not pay any professional fees or expenses during this Reporting Period.

In re Hollister Construction Services LLC                                    Case No. 19-27439 (MBK)
Debtor                                             Reporting Period: September 11 thru 30, 2019

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | | Cumulative Filing to Date |
|---|---|---|---|
| Gross Revenues | $ | - | $ - |
| Less:  Returns and Allowances | $ | - | $ - |
| Net Revenue | $ | - | $ - |
| **COST OF GOODS SOLD** | | | |
| Beginning Inventory | $ | - | $ - |
| Add: Purchases | $ | 14,734 | $ 14,734 |
| Add: Cost of Labor | $ | 93,802 | $ 93,802 |
| Add: Other Costs (attach schedule) | $ | - | $ - |
| Less: Ending Inventory | $ | - | $ - |
| Cost of Goods Sold | $ | 108,536 | $ 108,536 |
| Gross Profit | $ | (108,536) | $ (108,536) |
| **OPERATING EXPENSES** | | | |
| Advertising | $ | - | $ - |
| Auto and Truck Expense | $ | - | $ - |
| Bad Debts | $ | - | $ - |
| Contributions | $ | - | $ - |
| Employee Benefits Programs | $ | - | $ - |
| Insider Compensation* | $ | 47,917 | $ 47,917 |
| Insurance | $ | 432,479 | $ 432,479 |
| Management Fees/Bonuses | $ | - | $ - |
| Office Expense | $ | 431 | $ 431 |
| Pension & Profit-Sharing Plans | $ | - | $ - |
| Repairs and Maintenance | $ | - | $ - |
| Rent and Lease Expense | $ | - | $ - |
| Salaries/Commissions/Fees | $ | 38,314 | $ 38,314 |
| Supplies | $ | - | $ - |
| Taxes - Payroll | $ | 27,159 | $ 27,159 |
| Taxes - Real Estate | $ | - | $ - |
| Taxes - Other | $ | - | $ - |
| Travel and Entertainment | $ | - | $ - |
| Utilities | $ | 5,000 | $ 5,000 |
| Other (attach schedule) | $ | 1,267 | $ 1,267 |
| Total Operating Expenses Before Depreciation | $ | 552,566 | $ 552,566 |
| Depreciation/Depletion/Amortization | $ | 9,103 | $ 9,103 |
| Net Profit (Loss) Before Other Income & Expenses | $ | (670,205) | $ (670,205) |
| **OTHER INCOME AND EXPENSES** | | | |
| Other Income (attach schedule) | $ | - | $ - |
| Interest Expense | $ | 46,757 | $ 46,757 |
| Other Expense (attach schedule) | $ | - | $ - |
| Net Profit (Loss) Before Reorganization Items | $ | (716,961) | $ (716,961) |
| **REORGANIZATION ITEMS** | | | |
| Professional Fees | $ | 584,954 | $ 584,954 |
| U. S. Trustee Quarterly Fees | $ | 325 | $ 325 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | $ | - | $ - |
| Gain (Loss) from Sale of Equipment | $ | - | $ - |
| Other Reorganization Expenses (attach schedule) | $ | - | $ - |
| Total Reorganization Expenses | $ | 585,279 | $ 585,279 |
| Income Taxes | $ | - | $ - |
| Net Profit (Loss) | $ | (1,302,240) | $ (1,302,240) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Hollister Construction Services LLC                    Case No. 19-27439 (MBK)
         Debtor                                              Reporting Period: September 11 thru 30, 2019

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| Bank Fees | $            1,267 | $            1,267 |
| | | |
| | | |
| TOTAL OTHER OPERATIONAL EXPENSES | $            1,267 | $            1,267 |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re Hollister Construction Services LLC

Debtor

Case No. **19-27439 (MBK)**

Reporting Period: **September 11 thru 30, 2019**

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 823,047 | 1,376,792 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | - | - |
| Accounts Receivable (Net) | 80,611,013 | 80,692,098 |
| Notes Receivable | 139,082 | 140,332 |
| Inventories | - | - |
| Prepaid Expenses | 1,917,064 | 2,015,509 |
| Professional Retainers | 1,162,834 | 1,162,834 |
| Other Current Assets (attach schedule) | 1,109,006 | 1,109,006 |
| *TOTAL CURRENT ASSETS* | 85,762,046 | 86,496,571 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | - | - |
| Machinery and Equipment | - | - |
| Furniture, Fixtures and Office Equipment | 944,560 | 944,560 |
| Leasehold Improvements | 359,753 | 359,753 |
| Vehicles | 95,494 | 95,494 |
| Less Accumulated Depreciation | (1,190,031) | (1,180,928) |
| *TOTAL PROPERTY & EQUIPMENT* | 209,776 | 218,879 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | 3,282,185 | 3,282,185 |
| Other Assets (attach schedule) | 661,356 | 661,356 |
| *TOTAL OTHER ASSETS* | 3,943,541 | 3,943,541 |
| **TOTAL ASSETS** | 89,915,363 | 90,658,991 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | 585,279.19 | - |
| Taxes Payable (refer to FORM MOR-4) | - | - |
| Wages Payable | - | - |
| Notes Payable | - | - |
| Rent / Leases - Building/Equipment | - | - |
| Secured Debt / Adequate Protection Payments | - | - |
| Professional Fees | - | - |
| Amounts Due to Insiders* | - | - |
| Other Postpetition Liabilities (attach schedule) | - | - |
| *TOTAL POSTPETITION LIABILITIES* | 585,279.19 | - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 15,253,333 | 15,280,000 |
| Priority Debt | - | - |
| Unsecured Debt | 95,330,034 | 95,330,034 |
| *TOTAL PRE-PETITION LIABILITIES* | 110,583,368 | 110,610,034 |
| | | |
| **TOTAL LIABILITIES** | 111,168,647 | 110,610,034 |
| *OWNER EQUITY* | | |
| Capital Stock | 2,416,026 | 2,416,026 |
| Additional Paid-In Capital | - | - |
| Partners' Capital Account | - | - |
| Owner's Equity Account | - | - |
| Retained Earnings - Pre-Petition | (22,367,069) | (22,367,069) |
| Retained Earnings - Postpetition | (1,302,240) | - |
| Adjustments to Owner Equity (attach schedule) | - | - |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | - | - |
| *NET OWNER EQUITY* | (21,253,284) | (19,951,043) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 89,915,363 | 90,658,991 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re   Hollister Construction Services LLC
      Debtor

Case No. 19-27439 (MBK)
Reporting Period: September 11 thru 30, 2019

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| Employee Deferred Compensation Plan | $ 237,000 | $ 237,000 |
| Receivable - Ci | $ 5,000 | $ 5,000 |
| Receivable - SX | $ 489,712 | $ 489,712 |
| Receivable - TS | $ 68,082 | $ 68,082 |
| Receivable - MG | $ 109,179 | $ 109,179 |
| Receivable - HS | $ 200,033 | $ 200,033 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER CURRENT ASSETS | $ 1,109,006 | $ 1,109,006 |
| Other Assets | | |
| Security Deposits | $ 35,667 | $ 35,667 |
| Investments | $ 625,689 | $ 625,689 |
| | | |
| | | |
| | | |
| TOTAL OTHER ASSETS | $ 661,356 | $ 661,356 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re Hollister Construction Services LLC
Debtor

Case No. 19-27439 (MBK)
Reporting Period: September 11 thru 30, 2019

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $            - | $            - | $            - | $            - | $            - | $            - |
| FICA-Employee | $            - | $            - | $            - | $            - | $            - | $            - |
| FICA-Employer | $            - | $            - | $            - | $            - | $            - | $            - |
| Unemployment | $            - | $            - | $            - | $            - | $            - | $            - |
| Income | $            - | $            - | $            - | $            - | $            - | $            - |
| Other: | $            - | $            - | $            - | $            - | $            - | $            - |
| Total Federal Taxes | $            - | $            - | $            - | $            - | $            - | $            - |
| **State and Local** | | | | | | |
| Withholding | $            - | $            - | $            - | $            - | $            - | $            - |
| Sales | $            - | $            - | $            - | $            - | $            - | $            - |
| Excise | $            - | $            - | $            - | $            - | $            - | $            - |
| Unemployment | $            - | $            - | $            - | $            - | $            - | $            - |
| Real Property | $            - | $            - | $            - | $            - | $            - | $            - |
| Personal Property | $            - | $            - | $            - | $            - | $            - | $            - |
| Other: | $            - | $            - | $            - | $            - | $            - | $            - |
| Total State and Local | $            - | $            - | $            - | $            - | $            - | $            - |
| **Total Taxes** | $            - | $            - | $            - | $            - | $            - | $            - |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $    585,279 | $            - | $            - | $            - | $            - | $    585,279 |
| Wages Payable | $            - | $            - | $            - | $            - | $            - | $            - |
| Taxes Payable | $            - | $            - | $            - | $            - | $            - | $            - |
| Rent/Leases-Building | $            - | $            - | $            - | $            - | $            - | $            - |
| Rent/Leases-Equipment | $            - | $            - | $            - | $            - | $            - | $            - |
| Secured Debt/Adequate Protection Payments | $            - | $            - | $            - | $            - | $            - | $            - |
| Professional Fees | $            - | $            - | $            - | $            - | $            - | $            - |
| Amounts Due to Insiders* | $            - | $            - | $            - | $            - | $            - | $            - |
| Other: | $            - | $            - | $            - | $            - | $            - | $            - |
| Other: | $            - | $            - | $            - | $            - | $            - | $            - |
| **Total Postpetition Debts** | $    585,279 | $            - | $            - | $            - | $            - | $    585,279 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re  Hollister Construction Services LLC
                Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ | 80,692,098 | (1) |
| + Amounts billed during the period | $ | - |
| - Amounts collected during the period | $ | (81,085) |
| Total Accounts Receivable at the end of the reporting period | $ | 80,611,013 |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | $ | 37,866,808 |
| 31 - 60 days old | $ | 8,924,392 |
| 61 - 90 days old | $ | 16,087,832 |
| 91+ days old | $ | 17,731,981 |
| Total Accounts Receivable | $ | 80,611,014 |
| Amount considered uncollectible (Bad Debt) | $ | 13,691,877 | (2) |
| Accounts Receivable (Net) | $ | 66,919,137 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No | |
|---|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X | |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X | (3) |

**Footnotes:**
(1) Includes Bonded job receivables and Retainage Receivables.
(2) Estimated uncollectible amount.  Has not been booked to Bad Debt on Debtor's books.
(3) Consistent with the Court's Cash Collateral Order, the Debtor opened 18 bank accounts at PNC Bank for bonded jobs.  The Debtor has no signing authority over these accounts, which are controlled by MDD and Arch.

# Corporate Business Account Statement



Account number: ████7598

Page 1 of 5

**For the period 08/31/2019 to 09/30/2019**

017703                                 000328757   UZ

HOLLISTER CONSTRUCTION #19-27439
SERVICES LLC
OPERATING ACCOUNT
DEBTOR IN POSSESSION
339 JEFFERSON RD
PARSIPPANY NJ 07054-3707

Number of enclosures: 0

Tax ID Number: 74-3135404

☎ For Client Services:
   Call 1-800-669-1518

💻 Visit us at PNC.com/treasury

✉ Write to: Treas Mgmt Client Care
   One Financial Parkway
   Locator Z1-Yb42-03-1
   Kalamazoo , MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 2,016,429.64 | 1,652,008.23 | 2,821,357.23 | 847,080.64 |

### Watch Where You Click

Be sure the emails, texts and phone calls you receive are from a trusted source and do not give out personal information, such as credit card numbers, Social Security numbers or other banking details, unless you have verified the sender. If you are unsure, contact PNC directly by typing www.pnc.com into your Internet browser or call PNC using a phone number provided on the www.pnc.com website. DO NOT use contact information contained in the suspect email or text. If you suspect you've received a fraudulent text message that appears to be from PNC, take a screen shot of the text message on your mobile phone and forward it to PNC Abuse (abuse@pnc.com).

### Deposits and Other Credits

| Description | Items | Amount |
|---|---|---|
| Deposits | 3 | 145,299.99 |
| National Lockbox | 0 | 0.00 |
| ACH Credits | 2 | 107,412.67 |
| Funds Transfers In | 6 | 1,394,391.20 |
| Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 |
| Other Credits | 2 | 4,904.37 |
| **Total** | **13** | **1,652,008.23** |

### Checks and Other Debits

| Description | Items | Amount |
|---|---|---|
| Checks | 141 | 1,101,521.67 |
| Returned Items | 0 | 0.00 |
| ACH Debits | 8 | 361,278.69 |
| Funds Transfers Out | 4 | 1,229,693.47 |
| Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 |
| Other Debits | 4 | 128,863.40 |
| **Total** | **157** | **2,821,357.23** |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 08/31 | 2,016,429.64 | 09/10 | 815,132.46 | 09/20 | 1,146,922.33 |
| 09/03 | 1,815,700.56 | 09/12 | 1,312,076.67 | 09/23 | 1,197,934.89 |
| 09/04 | 1,668,946.36 | 09/13 | 1,387,076.67 | 09/26 | 1,166,717.73 |
| 09/05 | 1,494,837.30 | 09/17 | 1,379,723.16 | 09/27 | 969,434.28 |
| 09/06 | 1,780,890.38 | 09/18 | 1,374,842.01 | 09/30 | 847,080.64 |
| 09/09 | 1,640,486.94 | 09/19 | 1,276,409.16 | | |



# Corporate Business Account Statement

HOLLISTER CONSTRUCTION #19-27439
SERVICES LLC

**For the period 08/31/2019 to 09/30/2019**

Account number: ▮▮▮▮-7598

Page 2 of 5

## Deposits and Other Credits

### Deposits | 3 transactions for a total of $ 145,299.99

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/13 | 75,000.00 | Deposit | 049196120 |
| 09/20 | 6,085.00 | Deposit | 052165980 |
| 09/23 | 64,214.99 | Deposit | 049805199 |

### ACH Credits | 2 transactions for a total of $ 107,412.67

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/05 | 33,116.96 | Corporate ACH ACH Pmt Do&Co New York ▮▮▮▮9529 | 00019247012541761 |
| 09/10 | 74,295.71 | Corporate ACH Operations Esmi | 00019252003611304 |

### Funds Transfers In | 6 transactions for a total of $ 1,394,391.20

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/06 | 570,059.92 | Fed Wire In 1996H3507Rqt3Uzi | W1996H3507RQT3UZI |
| 09/12 | 399,157.87 | Fed Wire In 199CD161273Y2Sj7 | W199CD161273Y2SJ7 |
| 09/12 | 72,819.87 | Fed Wire In 199Cl41085Qy46Gk | W199CL41085QY46GK |
| 09/12 | 25,625.06 | Fed Wire In 199Ci56523Hz17B8 | W199CI56523HZ17B8 |
| 09/27 | 323,619.00 | Fed Wire In 199Rh0708Hzg7NH9 | W199RH0708HZG7NH9 |
| 09/30 | 3,109.48 | Fed Wire In 199Ui0227Ldn74Kj | W199UI0227LDN74KJ |

### Other Credits | 2 transactions for a total of $ 4,904.37

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/10 | 23.22 | Account Transfer From ▮▮▮▮7571 | HOLLISTER CONST |
| 09/19 | 4,881.15 | Stop Payment    Return Ck 000000000013849 Value Date 09-18-19 | 083202143 XMKT |

## Checks and Other Debits

### Checks and Substitute Checks | 141 transactions for a total of $ 1,101,521.67

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/03 | 13909 | 5,922.40 | 051199529 | 09/04 | 13883 | 1,504.04 | 086222561 | 09/05 | 13822 | 49,238.76 | 083130375 |
| 09/03 | 13441 | 1,586.00 | 084457016 | 09/04 | 13903 | 42,529.25 | 086219700 | 09/05 | 13833 | 109,067.50 | 083158719 |
| 09/03 | 13662 | 2,000.00 | 084663198 | 09/04 | 13908 | 18,275.00 | 086224227 | 09/05 | 13854 | 155.41 | 083130249 |
| 09/03 | 13813 | 10,800.00 | 084671213 | 12735 | 1,338.71 | 086300896 | 09/05 | 13904 | 40.00 | 073810300 |
| 09/03 | 13370 | 44.05 | 077770349 | 09/04 | 13350 | 5,200.00 | 086300903 | 09/05 | 13538 | 20,700.00 | 083318381 |
| 09/03 | 13208 | 58.50 | 050216059 | 09/04 | 13659 | 2,820.49 | 086194513 | 09/05 | 13858 | 1,339.73 | 083401353 |
| 09/03 | 13326 | 4,880.39 | 085095702 | 09/04 | 13707 | 716.50 | 086349802 | 09/05 | 13871 | 286.33 | 083221702 |
| 09/03 | 13406 | 601.63 | 085264748 | 09/04 | 13821 | 2,900.00 | 086358517 | 09/05 | 13885 | 322.56 | 083400104 |
| 09/03 | 13906 | 5,200.00 | 085166914 | 09/04 | 13828 | 11,358.80 | 086360154 | 09/05 | 13897 | 795.70 | 083292032 |
| 09/03 | 13300 | 6,080.01 | 085425635 | 09/04 | 13868 | 875.82 | 086349803 | 09/06 | 13838 | 107,718.44 | 083516479 |
| 09/03 | 13483 | 2,584.10 | 085415256 | 09/04 | 13642 | 10,753.80 | 086498426 | 09/06 | 13873 | 35.05 | 074624733 |
| 09/03 | 13526 | 2,292.50 | 085420191 | 09/04 | 13752 | 1,632.56 | 086498427 | 09/06 | 13533 | 1,252.84 | 046829161 |
| 09/03 | 13541 | 93.05 | 085708810 | 09/04 | 13766 | 17,500.00 | 086621847 | 09/06 | 13301 | 13,175.96 | 083654658 |
| 09/03 | 13814 | 20,490.71 | 085595098 | 09/04 | 13819 | 8,000.00 | 086674894 | 09/06 | 13583 | 44,995.06 | 083654534 |
| 09/03 | 13830 | 35,400.00 | 085413964 | 09/05 | 13905 | 500.03 | 086547429 | 09/06 | 13767 | 7,236.86 | 083657410 |
| 09/03 | 13836 | 47,363.75 | 085793867 | 09/05 | 13394 | 1,840.00 | 086780404 | 09/06 | 13852 | 94.86 | 083728077 |
| 09/04 | 13484 | 1,279,63 | 086016095 | 09/05 | 13415 | 850.00 | 086770482 | 09/06 | 13901 | 4,061.00 | 083654237 |
| 09/04 | 13612 | 5,608.00 | 086018812 | 09/05 | 13620 | 15,900.00 | 086780405 | 09/06 | 13831 | 8,750.00 | 083795036 |
| 09/04 | 13755 | 375.00 | 086018870 | 09/05 | 13853 | 96.23 | 086791476 | 09/06 | 13263 | 1,015.38 | 083851845 |
| 09/04 | 13826 | 12,397.50 | 086094431 | 09/05 | 13032 | 5,750.00 | 083008086 | 09/06 | 13711 | 1,048.43 | 083851844 |
| 09/04 | 13876 | 700.31 | 086222847 | 09/05 | 13478 | 350.05 | 083004418 | 09/06 | 13837 | 18,452.49 | 083840579 |
| 09/04 | 13879 | 488.76 | 086222522 | 09/05 | 13488 | 493.75 | 083152225 | 09/06 | 13856 | 600.00 | 083638238 |

Checks continued on next page

# Corporate Business Account Statement

**◆ PNC BANK**

HOLLISTER CONSTRUCTION #19-27439
SERVICES LLC

**For the period 08/31/2019 to 09/30/2019**

Account number: ███████-7598

Page 3 of 5

---

## Checks and Other Debits - continued

### Checks and Substitute Checks - continued

**141 transactions for a total of $ 1,101,521.67**

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/06 | 13345 | 2,764.50 | 084066252 | 09/09 | 13597 | 1,445.75 | 085465296 | 09/10 | 13841 | 3,122.40 | 086395561 |
| 09/06 | 13421 | 13,382.00 | 084008102 | 09/09 | 13832 | 10,498.80 | 085559428 | 09/10 | 13855 | 887.97 | 086277268 |
| 09/06 | 13771 | 1,119.00 | 084078570 | 09/09 | 13862 | 1,351.59 | 085417461 | 09/10 | 13861 | 385.65 | 086411600 |
| 09/06 | 13773 | 2,720.00 | 084078569 | 09/09 | 13872 | 11.44 | 085551229 | 09/10 | 13869 | 457.90 | 086331296 |
| 09/06 | 13844 | 13,842.50 | 084224212 | 09/09 | 13881 | 212.01 | 085466082 | 09/10 | 13886 | 36.27 | 086383691 |
| 09/06 | 13857 | 294.94 | 084221933 | 09/09 | 13887 | 379.13 | 085534899 | 09/10 | 13896 | 103.05 | 086475465 |
| 09/06 | 13860 | 755.00 | 084133208 | 09/09 | 13889 | 547.92 | 085466719 | 09/10 | 13913 | 7,680.00 | L086312861 |
| 09/06 | 13867 | 1,690.58 | 084133262 | 09/09 | 13891 | 1,510.00 | 085628024 | 09/12 | 13922 | 475.22 | 046070003 |
| 09/06 | 13882 | 1,488.82 | 084133487 | 09/10 | 13928 | 101.75 | 050673466 | | Value date 09/11 | | |
| 09/06 | 13910 | 36,113.13 | 084047796 | 09/10 | 13916 | 657.56 | 050971658 | 09/12 | 13930 | 183.37 | 046012625 |
| 09/06 | 13911 | 1,400.00 | 084105052 | 09/10 | 13942 | 636.25 | 051143634 | | Value date 09/11 | | |
| 09/09 | 13859 | 1,141.36 | 084623215 | 09/10 | 13817 | 9,832.50 | 085750857 | 09/17 | 13878 | 153.51 | 086250616 |
| 09/09 | 13863 | 1,650.17 | 084594487 | 09/10 | 13824 | 6,094.78 | 085750788 | 09/17 | 13729 | 7,200.00 | 086618346 |
| 09/09 | 13864 | 399.46 | 084568067 | 09/10 | 13827 | 56,270.62 | 085746391 | 09/18 | 13849 | 4,881.15 | 083202143 |
| 09/09 | 13866 | 20.34 | 084325418 | 09/10 | 13834 | 8,252.70 | 085752306 | 09/23 | 13946 | 1,076.80 | 050143510 |
| 09/09 | 13880 | 401.82 | 084543959 | 09/10 | 13851 | 15,196.31 | 085762429 | 09/27 | 14000 | 105.55 | 051560052 |
| 09/09 | 13884 | 654.88 | 084574624 | 09/10 | 13557 | 47.75 | 070426552 | 09/27 | 13997 | 602.35 | 084543587 |
| 09/09 | 13890 | 21,351.93 | 084308990 | 09/10 | 13554 | 148.75 | 085843897 | 09/27 | 13996 | 1,332.03 | 084670081 |
| 09/09 | 13893 | 138.62 | 084623450 | 09/10 | 13914 | 45.77 | 086027744 | 09/27 | 14001 | 272.80 | L084700598 |
| 09/09 | 13900 | 8,000.00 | 084626247 | 09/10 | 13929 | 22.18 | 086027767 | 09/30 | 14007 | 5,922.40 | 048598679 |
| 09/09 | 13865 | 500.03 | 084782369 | 09/10 | 13936 | 787.95 | 086031316 | 09/30 | 13972 | 1,250.97 | 086035206 |
| 09/09 | 13839 | 59,979.32 | 084878239 | 09/10 | 13888 | 149.28 | 086101334 | 09/30 | 13989 | 745.36 | 086024491 |
| 09/09 | 13877 | 2,005.77 | 084980525 | 09/10 | 13915 | 429.27 | 086131584 | 09/30 | 13998 | 163.31 | 086268320 |
| 09/09 | 13818 | 1,399.50 | 085182239 | 09/10 | 13816 | 32,411.64 | 086193933 | 09/30 | 14002 | 907.83 | 086256984 |
| 09/09 | 12617 | 102.80 | 085551295 | 09/10 | 13840 | 5,900.00 | 086195761 | 09/30 | 14004 | 2,000.20 | 086075009 |
| 09/09 | 13310 | 26,700.80 | 085643611 | 09/10 | 13924 | 802.93 | 086190648 | | | | |

---

## ACH Debits

**8 transactions for a total of $ 361,278.69**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/10 | 19,518.71 | ACH Web-Single Web Pmts Bankdirect Capit 70077C | 00019253006822405 |
| 09/19 | 103,314.00 | ACH Web-Single Bus Insur<br>Travelers Bpitbi004696240 | 00019262002780419 |
| 09/20 | 135,571.83 | ACH Tel-Single Billing En<br>Bcbs Primary 745051862 | 00019262005408382 |
| 09/23 | 12,125.63 | Corporate ACH Sep Gp Ins<br>The Guardian 56336700Be20000 | 00019263008813408 |
| 09/27 | 18,589.72 | ACH Web-Single Web Pmts Bankdirect Capit Vjz49C | 00019270001347672 |
| 09/30 | 64,871.12 | ACH Web-Single Bus Insur<br>Travelers Bpitbi005352825 | 00019273005754149 |
| 09/30 | 5,000.00 | ACH Web-Single Bill Pymnt Achma Visb 0238445 | 00019273005905960 |
| 09/30 | 2,287.68 | ACH Debit Insur Clm Plic-Sbd Pact#160314421 | 00019273005527654 |

---

## Funds Transfers Out

**4 transactions for a total of $ 1,229,693.47**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/10 | 464,049.36 | Fed Wire Out 199Af42271Tsax5I | W199AF42271TSAX5I |
| 09/10 | 206,719.11 | Fed Wire Out 199Af4228Jcr44V8 | W199AF4228JCR44V8 |
| 09/10 | 58,925.00 | Fed Wire Out 199Ah0004Eus9Ci1 | W199AH0004EUS9CI1 |
| 09/27 | 500,000.00 | Fed Wire Out 199Rj15074Fh9Cz4 | W199RJ15074FH9CZ4 |

# Corporate Business Account Statement

HOLLISTER CONSTRUCTION #19-27439
SERVICES LLC

**For the period 08/31/2019 to 09/30/2019**

Account number: ███████-7598

Page 4 of 5

---

## Checks and Other Debits  - continued

### Other Debits   **4 transactions for a total of $ 128,863.40**

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 09/03 | 55,331.99 | PNC Bank- NJ   Loan Pmts | ████ 0273 | 0009752 |
| 09/26 | 31,217.16 | PNC Bank- NJ   Loan Pmts | ████ 9237 | 0001820 |
| 09/30 | 42,206.05 | PNC Bank- NJ   Loan Pmts | ████ 0273 | 0004899 |
| 09/30 | 108.20 | Corporate Account Analysis Charge | | 000000000000039318 |

## Reviewing Your Statement

**◆ PNC BANK**

Please review this statement carefully and reconcile it with your records.  Call the telephone number on the upper right side of the first page of this statement if:

- you have any questions regarding your accounts(s);
- your name or address is incorrect;
- you have a business account and your tax identification number is missing or incorrect;
- you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

**Compare:**  The activity detail section of your statement to your account register.

**Check Off:**  All items in your account register that also appear on your statement.  Remember to begin with the ending date of your last statement.  (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:**  Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:**  Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total A** |  |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total B** |  |

**Step 3:**
Enter the ending balance recorded on your statement      $ _____
Add deposits and other additions not recorded      Total A + $ _____

Subtotal= $ _____
Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance      = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions about Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  (1) Tell us your name and account number (if any).
  (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC           Equal Housing Lender