Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–27439–MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Hollister Construction Services, LLC
    339 Jefferson Road
    Parsippany, NJ 07054

Social Security No.:

Employer's Tax I.D. No.:
    74–3135404

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on October 21, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 350 – 36
INTERIM ORDER AUTHORIZING DEBTORS TO (I) EMPLOY AND RETAIN 10X CEO COACHING, LLC AND (II) DESIGNATE PAUL BELAIR AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTOREFFECTIVE AS OF THE PETITION DATE (Related Doc # 36). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/21/2019. (ckk)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 21, 2019
JAN: ckk

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Hollister Construction Services, LLC
           Debtor

Case No. 19-27439-MBK
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3          Date Rcvd: Oct 21, 2019
                             Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
op            +Paul Belair,   10x CEO Coaching LLC,   POB 5117,   Youngstown, OH 44514-0117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
          Adrienne C Rogove   on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
          Alan J. Brody   on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
          NJLitDock@gtlaw.com
          Albert A. Ciardi, III   on behalf of Interested Party    Pentel Drywall, Inc.
          aciardi@ciardilaw.com,
          sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
          Albert A. Ciardi, III   on behalf of Interested Party    Delcon Builders, Inc.
          aciardi@ciardilaw.com,
          sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
          Alex A Pisarevsky   on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
          Allen J Barkin   on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
          sandyr@sbmesq.com
          Andrea Dobin   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          adobin@msbnj.com
          Andrew J. Kelly   on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
          wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
          .com;tgraga@kbtlaw.com
          Andrew R. Macklin   on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
          Angelo Anthony Stio, III   on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
          Place Housing Development Fund Corporation stioa@pepperlaw.com
          Angelo Anthony Stio, III   on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
          Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
          Anthony Sodono, III   on behalf of Creditor Committee    Official Committee of Unsecured
          Creditors asodono@msbnj.com
          Anthony M. Rainone   on behalf of Creditor    Industrial Maintenance Industries
          arainone@bracheichler.com,  cbudris@bracheichler.com;palonso@bracheichler.com
          Arielle Adler   on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
          elawler@lowenstein.com;jkimble@lowenstein.com
          Benjamin A. Stanziale, Jr.   on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
          Brett Berman   on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
          Brian Gregory Hannon   on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com,
          sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Brian R Tipton   on behalf of Creditor    State Line Construction Company, Inc.
          btipton@fpslawfirm.com
          Bryce Wallace Newell   on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
          Carl J. Soranno   on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
          dfamula@bracheichler.com;jpmartin@bracheichler.com
          Charles R Cohen   on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
          Christopher M. Santomassimo   on behalf of Creditor    Dancker csantomassimo@ndslaw.com
          Daniel Stolz   on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
          dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
          Danielle Cohen   on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com,
          ddelucia@tessercohen.com

District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Oct 21, 2019
                             Form ID: orderntc         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Danielle  Cohen   on behalf of Creditor   Global Development Contractors, LLC
      dcohen@tessercohen.com,  ddelucia@tessercohen.com
      Danielle  Cohen   on behalf of Creditor   National Fireproofing & Insulation Co., Inc.
      dcohen@tessercohen.com,  ddelucia@tessercohen.com
      Danielle  Cohen   on behalf of Creditor   Herc Rentals, Inc. dcohen@tessercohen.com,
      ddelucia@tessercohen.com
      Danielle  Cohen   on behalf of Creditor   MDS Construction dcohen@tessercohen.com,
      ddelucia@tessercohen.com
      Danielle  Cohen   on behalf of Creditor   Samph Contracting, LLC dcohen@tessercohen.com,
      ddelucia@tessercohen.com
      David E. Sklar   on behalf of Creditor   Atlantic Engineering Laboratories of NY, Inc.
      dsklar@scuramealey.com,
      ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
      David E. Sklar   on behalf of Creditor   All Brands Elevator Industries, Inc.
      dsklar@scuramealey.com,
      ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
      David H. Stein   on behalf of Creditor   CTC Academy dstein@wilentz.com, ciarkowski@wilentz.com
      David L. Bruck   on behalf of Creditor   Nomad Framing, LLC bankruptcy@greenbaumlaw.com
      Donna L. Thompson   on behalf of Creditor   Prendimano Electrical Maintenance Co. t/a PEMCO
      donna.thompson@dlthompsonlaw.com,  dlthompsonlaw@aol.com
      Edmund  Campbell   on behalf of Creditor   Glass Systems Tech, LLC
      aweisenberger@campbellroccolaw.com
      Felice R. Yudkin   on behalf of Interested Party   Newkirk Realty LLC fyudkin@coleschotz.com,
      fpisano@coleschotz.com
      Grant  Cornehls   on behalf of Creditor   Nickerson Corporation gcornehls@wbny.com,
      lschindler@wbny.com
      Greg  Trif   on behalf of Creditor   Sparwick Contracting, Inc. gtrif@triflaw.com,
      gtrif@triflaw.com
      Greg  Trif   on behalf of Creditor   KR Masonry LLC gtrif@triflaw.com,  gtrif@triflaw.com
      Greg  Trif   on behalf of Creditor   Jordano Electric Inc. gtrif@triflaw.com,  gtrif@triflaw.com
      Ilana  Volkov   on behalf of Creditor   Kone Inc. ivolkov@mcgrailbensinger.com,
      fpisano@coleschotz.com;sallie@coleschotz.com
      Jacob  Frumkin   on behalf of Interested Party   Grand Maujer Development, LLC
      jfrumkin@coleschotz.com
      James C. Dezao, III   on behalf of Creditor Antonio  Zarfino gerald@dezaolaw.com
      James C. Dezao, III   on behalf of Creditor Mayer  Weberman gerald@dezaolaw.com
      Jason C Manfrey   on behalf of Creditor   Joffe Lumber & Supply Co., Inc.
      jmanfrey@foxrothschild.com,
      jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
      Jay L. Lubetkin   on behalf of Interested Party Kieran  Flanagan jlubetkin@rltlawfirm.com,
      rgaydos@rltlawfirm.com
      Jay L. Lubetkin   on behalf of Interested Party Christopher  Johnson jlubetkin@rltlawfirm.com,
      rgaydos@rltlawfirm.com
      Jeffrey J. Rea   on behalf of Creditor   City Contracting, Inc. jeffrea@aol.com
      Jeffrey J. Rea   on behalf of Creditor   Lienor City Contracting, Inc. jeffrea@aol.com
      Jeffrey W. Herrmann   on behalf of Creditor   Pereira Electrical Contracting, Inc.
      jwh@njlawfirm.com,  ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
      John  O'Boyle   on behalf of Creditor   Imperial Floors, LLC joboyle@norgaardfirm.com,
      sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
      Josef W. Mintz   on behalf of Creditor   640 Columbia Owner LLC mintz@blankrome.com,
      ecf-fe4957a0ba6a@ecf.pacerpro.com
      Joseph H. Lemkin   on behalf of Creditor   Conewago Enterprises, Inc. jlemkin@stark-stark.com
      Joseph H. Lemkin   on behalf of Creditor   High Concrete Group, LLC jlemkin@stark-stark.com
      Joseph L. Schwartz   on behalf of Creditor   Newark Warehouse Urban Renewal, LLC
      jschwartz@riker.com
      Joseph L. Schwartz   on behalf of Creditor   Edison Construction Management jschwartz@riker.com
      Joseph L. Schwartz   on behalf of Creditor   Newark Warehouse Redevelopment Company
      jschwartz@riker.com
      Joshua A. Zielinski   on behalf of Creditor   DeSesa Engineering Company, Inc.
      jzielinski@oslaw.com,  clupi@mdmc-law.com
      Joshua H. Raymond   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
      jraymond@msbnj.com
      Karen M Murray   on behalf of Interested Party   P3 Metals, LLC kmurray@murraynjlaw.com,
      kdilks@cvmlawoffices.com
      Karen M Murray   on behalf of Interested Party   P. Tamburri Steel kmurray@murraynjlaw.com,
      kdilks@cvmlawoffices.com
      Kenneth A. Rosen   on behalf of Plaintiff   Hollister Construction Services, LLC
      krosen@lowenstein.com,  dclaussen@lowenstein.com
      Kenneth A. Rosen   on behalf of Debtor   Hollister Construction Services, LLC
      krosen@lowenstein.com,  dclaussen@lowenstein.com
      Larry L. Miller   on behalf of Creditor   L&W Supply Corporation llmlaw@outlook.com
      Lauren  Bielskie   on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov
      Laurence D. Pittinsky   on behalf of Attorney   Boyd Mechanical, LLC larry@rpllplaw.com
      Marc D. Miceli   on behalf of Interested Party   R. Cipollini, Inc. t/a Cipollini Roofing
      mmiceli@sm-lawpc.com,  lindsay@sm-lawpc.com
      Marguerite  Schaffer   on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
      mschaffer@shainlaw.com

District/off: 0312-3          User: admin               Page 3 of 3                Date Rcvd: Oct 21, 2019
                             Form ID: orderntc           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark E. Felger   on behalf of Interested Party   Ricoh USA, Inc. mfelger@cozen.com,
           sshidner@cozen.com
          Martin P. Skolnick   on behalf of Creditor   Archmills LLC d/b/a ArchMills Doors and Hardware
           mskolnick@gmail.com
          Martin P. Skolnick   on behalf of Creditor   Stateline Fabricators, LLC mskolnick@gmail.com
          Meredith I. Friedman   on behalf of Creditor   CTC Academy mfriedman@wilentz.com,
           ciarkowski@wilentz.com
          Michael Kahme   on behalf of Creditor   Accordia Harrison Urban Renewal, LLC
           mkahme@hillwallack.com, fmansmann@hillwallack.com
          Michael Stafford   on behalf of Creditor   Anvil Craft Corp. mjstafford@nordlaw.legal,
           norddemaio@aol.com;adamnorddemaio@aol.com
          Michael D. Sirota   on behalf of Interested Party   Newkirk Realty LLC msirota@coleschotz.com,
           fpisano@coleschotz.com
          Michael J. Shavel   on behalf of Creditor   Accordia Harrison Urban Renewal, LLC
           mshavel@hillwallack.com
          Michael R. Herz   on behalf of Creditor   Troon Electric of New Jersey LLC
           mherz@foxrothschild.com, cbrown@foxrothschild.com
          Mitchell Malzberg   on behalf of Creditor   Vector Structural Preservation Corp.
           mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
          Nicole M. Nigrelli   on behalf of Interested Party   Delcon Builders, Inc.
           nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli   on behalf of Interested Party   Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Pearl Shah   on behalf of Creditor   Kone Inc. pshah@mcgrailbensinger.com
          Peter Broege   on behalf of Creditor   Encon Mechancial Corp pbroege@bnfsbankruptcy.com,
           G1580@notify.cincompass.com
          Philip William Allogramento   on behalf of Creditor   FM Construction Group, LLC
           pallogramento@connellfoley.com
          Philip William Allogramento   on behalf of Creditor   Environmental Devices, Inc.
           pallogramento@connellfoley.com
          Richard E. Weltman   on behalf of Creditor   Reliance Mechanical, Inc. rew@weltmosk.com,
           mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
          Robert E. Nies   on behalf of Creditor   Arch Insurance Company and Arch Reinsurance Company
           rnies@csglaw.com
          Robert M Hirsh   on behalf of Creditor   SBLP Princeton, LLC, a Delaware limited liability
           company hirsh.robert@arentfox.com,
           indelicato.lisa@arentfox.com;Mary.Dowd@arentfox.com;Mark.Bloom@arentfox.com;Jackson.Toof@arentfox
           .com
          Rocco A. Cavaliere   on behalf of Creditor   Titan Industrial Services Corp.
           rcavaliere@tarterkrinsky.com
          Ryan M. Ernst   on behalf of Creditor   Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
          Sam Della Fera   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           sdellafera@msbnj.com
          Seth Ptasiewicz   on behalf of Creditor   New Jersey Building Laborers Statewide Benefit Funds
           (the "Funds") sptasiewicz@krollfirm.com
          Sommer Leigh Ross   on behalf of Creditor   PNC Bank, National Association slross@duanemorris.com,
           AutoDocketWILM@duanemorris.com
          Stephanie L. Jonaitis   on behalf of Interested Party   10 Minerva Place, L.P. and 10 Minerva
           Place Housing Development Fund Corporation jonaitis@pepperlaw.com,
           balaa@pepperlaw.com;molitorm@pepperlaw.com
          Stephanie L. Jonaitis   on behalf of Interested Party   5 Bay Street Phase 1 LLC, 5 Bay Street
           Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com,
           balaa@pepperlaw.com;molitorm@pepperlaw.com
          Stephen V. Falanga   on behalf of Interested Party   Fairleigh Dickinson University
           sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
          Stephen V. Falanga   on behalf of Creditor   Schindler Elevator Corporation
           sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
          Steven B Smith   on behalf of Interested Party   CS Utica & Remsen LLC ssmith@herrick.com
          Stuart M. Brown   on behalf of Interested Party   Waypoint Hackensack Urban Renewal Owner LLC
           stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
          Sydney J. Darling   on behalf of Interested Party   Fairleigh Dickinson University
           sdarling@walsh.law, mvargas@walsh.law
          Sydney J. Darling   on behalf of Creditor   Schindler Elevator Corporation sdarling@walsh.law,
           mvargas@walsh.law
          Tara J. Schellhorn   on behalf of Creditor   Newark Warehouse Redevelopment Company
           tschellhorn@riker.com
          Tara J. Schellhorn   on behalf of Creditor   Newark Warehouse Urban Renewal, LLC
           tschellhorn@riker.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William G. Wright   on behalf of Creditor   Graybar Electric Company, Inc. wwright@capehart.com,
           jlafferty@capehart.com
          Yale A. Leber   on behalf of Interested Party   RH 537 Building Owner LLC yale.leber@rivkin.com
                                                                                    TOTAL: 105