Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–27439–MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hollister Construction Services, LLC
   339 Jefferson Road
   Parsippany, NJ 07054

Social Security No.:

Employer's Tax I.D. No.:
   74–3135404

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on October 21, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 351 – 37
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF THE PARKLAND GROUP, INC. AS FINANCIAL ADVISOR TO THE DEBTOR EFFECTIVE AS OF THE PETITION DATE (Related Doc # 37). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/21/2019. (ckk)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 21, 2019
JAN: ckk

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 19-27439-MBK
Hollister Construction Services, LLC                                       Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3          Date Rcvd: Oct 21, 2019
                             Form ID: orderntc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
op             +Parkland Group Inc,    8110 Devon Court,    Chagrin Falls, OH 44023-5008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
          Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
          Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
           NJLitDock@gtlaw.com
          Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
           aciardi@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
          Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
           aciardi@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
          Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
          Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
           sandyr@sbmesq.com
          Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           adobin@msbnj.com
          Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
           wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
           .com;tgraga@kbtlaw.com
          Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
          Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
           Place Housing Development Fund Corporation stioa@pepperlaw.com
          Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
           Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
          Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors asodono@msbnj.com
          Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
           arainone@bracheichler.com,  cbudris@bracheichler.com;palonso@bracheichler.com
          Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
           elawler@lowenstein.com;jkimble@lowenstein.com
          Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
          Brett Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
          Brian Gregory Hannon    on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Brian R Tipton    on behalf of Creditor    State Line Construction Company, Inc.
           btipton@fpsflawfirm.com
          Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
          Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
           dfamula@bracheichler.com;jpmartin@bracheichler.com
          Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
          Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
          Daniel Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
           dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com

District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Oct 21, 2019
                             Form ID: orderntc          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Danielle  Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com,
         ddelucia@tessercohen.com
         Danielle  Cohen    on behalf of Creditor    Global Development Contractors, LLC
         dcohen@tessercohen.com,  ddelucia@tessercohen.com
         Danielle  Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc.
         dcohen@tessercohen.com,  ddelucia@tessercohen.com
         Danielle  Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com,
         ddelucia@tessercohen.com
         Danielle  Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com,
         ddelucia@tessercohen.com
         Danielle  Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com,
         ddelucia@tessercohen.com
         David E. Sklar    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc.
         dsklar@scuramealey.com,
         ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
         David E. Sklar    on behalf of Creditor    All Brands Elevator Industries, Inc.
         dsklar@scuramealey.com,
         ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
         David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com,  ciarkowski@wilentz.com
         David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
         Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO
         donna.thompson@dlthompsonlaw.com,  dlthompsonlaw@aol.com
         Edmund  Campbell    on behalf of Creditor    Glass Systems Tech, LLC
         aweisenberger@campbellroccolaw.com
         Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com,
         fpisano@coleschotz.com
         Grant  Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com,
         lschindler@wbny.com
         Greg  Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com,
         gtrif@triflaw.com
         Greg  Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com,  gtrif@triflaw.com
         Greg  Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com,  gtrif@triflaw.com
         Ilana  Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com,
         fpisano@coleschotz.com;ssallie@coleschotz.com
         Jacob  Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC
         jfrumkin@coleschotz.com
         James C. Dezao, III    on behalf of Creditor Antonio  Zarfino gerald@dezaolaw.com
         James C. Dezao, III    on behalf of Creditor Mayer  Weberman gerald@dezaolaw.com
         Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc.
         jmanfrey@foxrothschild.com,
         jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
         Jay L. Lubetkin    on behalf of Interested Party Kieran  Flanagan jlubetkin@rltlawfirm.com,
         rgaydos@rltlawfirm.com
         Jay L. Lubetkin    on behalf of Interested Party Christopher  Johnson jlubetkin@rltlawfirm.com,
         rgaydos@rltlawfirm.com
         Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
         Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
         Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc.
         jwh@njlawfirm.com,  ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
         John  O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com,
         sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
         Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com,
         ecf-fe4957a0ba6a@ecf.pacerpro.com
         Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
         Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
         Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
         jschwartz@riker.com
         Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com
         Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company
         jschwartz@riker.com
         Joshua A. Zielinski    on behalf of Creditor    DeSesa Engineering Company, Inc.
         jzielinski@oslaw.com,  clupi@mdmc-law.com
         Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
         jraymond@msbnj.com
         Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com,
         kdilks@cvmlawoffices.com
         Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com,
         kdilks@cvmlawoffices.com
         Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC
         krosen@lowenstein.com,  dclaussen@lowenstein.com
         Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC
         krosen@lowenstein.com,  dclaussen@lowenstein.com
         Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
         Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
         Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
         Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing
         mmiceli@sm-lawpc.com,  lindsay@sm-lawpc.com

District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Oct 21, 2019
                             Form ID: orderntc          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Marguerite Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
           mschaffer@shainlaw.com
          Mark E. Felger    on behalf of Interested Party   Ricoh USA, Inc. mfelger@cozen.com,
           sshidner@cozen.com
          Martin P. Skolnick    on behalf of Creditor   Archmills LLC d/b/a ArchMills Doors and Hardware
           mskolnick@gmail.com
          Martin P. Skolnick    on behalf of Creditor   Stateline Fabricators, LLC mskolnick@gmail.com
          Meredith I. Friedman    on behalf of Creditor   CTC Academy mfriedman@wilentz.com,
           ciarkowski@wilentz.com
          Michael Kahme    on behalf of Creditor   Accordia Harrison Urban Renewal, LLC
           mkahme@hillwallack.com,  fmansmann@hillwallack.com
          Michael Stafford    on behalf of Creditor   Anvil Craft Corp. mjstafford@nordlaw.legal,
           norddemaio@aol.com;adamnorddemaio@aol.com
          Michael D. Sirota    on behalf of Interested Party   Newkirk Realty LLC msirota@coleschotz.com,
           fpisano@coleschotz.com
          Michael J. Shavel    on behalf of Creditor   Accordia Harrison Urban Renewal, LLC
           mshavel@hillwallack.com
          Michael R. Herz    on behalf of Creditor   Troon Electric of New Jersey LLC
           mherz@foxrothschild.com,  cbrown@foxrothschild.com
          Mitchell Malzberg    on behalf of Creditor   Vector Structural Preservation Corp.
           mmalzberg@mjmalzberglaw.com,  dlapham@mjmalzberglaw.com
          Nicole M. Nigrelli    on behalf of Interested Party   Delcon Builders, Inc.
           nnigrelli@ciardilaw.com,  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli    on behalf of Interested Party   Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Pearl Shah    on behalf of Creditor   Kone Inc. pshah@mcgrailbensinger.com
          Peter Broege    on behalf of Creditor   Encon Mechancial Corp pbroege@bnfsbankruptcy.com,
           G1580@notify.cincompass.com
          Philip William Allogramento    on behalf of Creditor   FM Construction Group, LLC
           pallogramento@connellfoley.com
          Philip William Allogramento    on behalf of Creditor   Environmental Devices, Inc.
           pallogramento@connellfoley.com
          Richard E. Weltman    on behalf of Creditor   Reliance Mechanical, Inc. rew@weltmosk.com,
           mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
          Robert E. Nies    on behalf of Creditor   Arch Insurance Company and Arch Reinsurance Company
           rnies@csglaw.com
          Robert M Hirsh    on behalf of Creditor   SBLP Princeton, LLC, a Delaware limited liability
           company hirsh.robert@arentfox.com,
           indelicato.lisa@arentfox.com;Mary.Dowd@arentfox.com;Mark.Bloom@arentfox.com;Jackson.Toof@arentfox
           .com
          Rocco A. Cavaliere    on behalf of Creditor   Titan Industrial Services Corp.
           rcavaliere@tarterkrinsky.com
          Ryan M. Ernst    on behalf of Creditor   Lally Pipe & Tube rernst@oeblegal.com,  mjoyce@oelegal.com
          Sam Della Fera    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           sdellafera@msbnj.com
          Seth Ptasiewicz    on behalf of Creditor   New Jersey Building Laborers Statewide Benefit Funds
           (the "Funds") sptasiewicz@krollfirm.com
          Sommer Leigh Ross    on behalf of Creditor   PNC Bank, National Association slross@duanemorris.com,
           AutoDocketWILM@duanemorris.com
          Stephanie L. Jonaitis    on behalf of Interested Party   10 Minerva Place, L.P. and 10 Minerva
           Place Housing Development Fund Corporation jonaitis@pepperlaw.com,
           balaa@pepperlaw.com;molitorm@pepperlaw.com
          Stephanie L. Jonaitis    on behalf of Interested Party   5 Bay Street Phase 1 LLC, 5 Bay Street
           Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com,
           balaa@pepperlaw.com;molitorm@pepperlaw.com
          Stephen V. Falanga    on behalf of Interested Party   Fairleigh Dickinson University
           sfalanga@thewalshfirm.com,  chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
          Stephen V. Falanga    on behalf of Creditor   Schindler Elevator Corporation
           sfalanga@thewalshfirm.com,  chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
          Steven B Smith    on behalf of Interested Party   CS Utica & Remsen LLC ssmith@herrick.com
          Stuart M. Brown    on behalf of Interested Party   Waypoint Hackensack Urban Renewal Owner LLC
           stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
          Sydney J. Darling    on behalf of Interested Party   Fairleigh Dickinson University
           sdarling@walsh.law,  mvargas@walsh.law
          Sydney J. Darling    on behalf of Creditor   Schindler Elevator Corporation sdarling@walsh.law,
           mvargas@walsh.law
          Tara J. Schellhorn    on behalf of Creditor   Newark Warehouse Redevelopment Company
           tschellhorn@riker.com
          Tara J. Schellhorn    on behalf of Creditor   Newark Warehouse Urban Renewal, LLC
           tschellhorn@riker.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William G. Wright    on behalf of Creditor   Graybar Electric Company, Inc. wwright@capehart.com,
           jlafferty@capehart.com
          Yale A. Leber    on behalf of Interested Party   RH 537 Building Owner LLC yale.leber@rivkin.com
                                                                                    TOTAL: 105