| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* |

**Order Filed on October 21, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF THE PARKLAND GROUP, INC. AS FINANCIAL ADVISOR TO THE DEBTOR <u>EFFECTIVE AS OF THE PETITION DATE</u>

The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: October 21, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
10/21/2019 205018447.3

Page:     2
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Authorizing Retention and Employment of The Parkland Group, Inc. as Financial Advisor to the Debtor as of the Petition Date

---

Upon consideration of the application (the "<u>Application</u>")[1] of the above-captioned debtor and debtor-in-possession (the "<u>Debtor</u>") for entry of an order authorizing the retention and employment of The Parkland Group, Inc. ("<u>Parkland</u>") as financial advisor to the Debtor in this Chapter 11 Case pursuant to sections 327, 330 and 331 of the Bankruptcy Code, effective as of the Petition Date; and upon the Declaration of Larry Goddard (the "<u>Goddard Declaration</u>"), chief executive officer at Parkland, submitted in support of the Application and as more fully described in the Application; and the Court being satisfied, based on the representations made in the Application that (i) Parkland has no connection with the Debtor, its creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtor in connection with the Debtor's Chapter 11 Case, except as set forth in the Goddard Declaration; (ii) Parkland is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Parkland nor its professionals have any connection with the Debtor, its creditors or any other party in interest; and (iv) Parkland's employment is necessary and in the best interest of the Debtor; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:     3
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Authorizing Retention and Employment of The Parkland Group, Inc. as Financial Advisor to the Debtor as of the Petition Date

      **IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** to the extent set forth below.

2. The Debtor is authorized to retain Parkland, effective as of the Petition Date through and including October 18, 2019 (except for Parkland's time spent preparing and filing its first and final fee application and attending any hearing on such application), under the terms and conditions set forth in the Engagement Agreement, and to compensate and reimburse Parkland on the terms and in the manner specified in the Engagement Agreement and the Application.

3. Parkland shall file a fee application for final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the New Jersey Local Bankruptcy Rules, the guidelines for the U.S. Trustee and any applicable orders of this Court. Compensation and reimbursement of expenses shall only be paid to Parkland following approval of a final fee application or by such other procedures approved by the Court. Parkland's fees and expenses shall be subject to review pursuant to the standards set forth in sections 330 and 331 of the Bankruptcy Code.

4. The indemnification provisions in the Engagement Agreement are approved, subject to the following modifications, applicable during the pendency of this Chapter 11 Case:

   a. Parkland shall not be entitled to indemnification, contribution or reimbursement pursuant to the Engagement Agreement, unless the indemnification, contribution or reimbursement is approved by the Court.

   b. Notwithstanding any provision of the Engagement Agreement to the contrary, the Debtor shall have no obligation to indemnify Parkland, or provide contribution or reimbursement to Parkland, for any claim or expense that is either: (i) judicially determined

Case 19-27439-MBK    Doc 373    Filed 10/23/19    Entered 10/24/19 00:37:31    Desc
Imaged Certificate of Notice    Page 4 of 8

Page:     4
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Authorizing Retention and Employment of The Parkland Group, Inc. as
          Financial Advisor to the Debtor as of the Petition Date

(the determination having become final) to have arisen from Parkland's gross negligence, fraud, breach of fiduciary duty, willful misconduct, bad faith or self-dealing to which the Debtor have not consented; (ii) for a contractual dispute in which the Debtor allege breach of Parkland's obligations to maintain the confidentiality of non-public information, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Co.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to Parkland's gross negligence, willful misconduct, bad faith or uncontested self-dealing but determined by this Court, after notice and a hearing, to be a claim or expense for which Parkland should not receive indemnity, contribution or reimbursement under the terms of the Engagement Agreement, as modified by this Order.

c.  If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in this Case (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing this Chapter 11 Case, Parkland believes that it is entitled to the payment of any amounts by the Debtor on account of the Debtor's indemnification, contribution and/or reimbursement obligations under the Engagement Agreement (as modified by this Order), including, without limitation, the advancement of defense costs, Parkland must file an application therefor in this Court, and the Debtor may not pay any such amounts to Parkland before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by Parkland for indemnification, contribution and/or reimbursement, and not a provision limiting the duration of the Debtor's obligation to indemnify, or make contributions or reimbursements to Parkland. All parties in interest shall retain the right to object to any demand by Parkland for indemnification, contribution and/or reimbursement.

d.  Any limitations on any amounts to be contributed by the parties to the Engagement Agreement shall be eliminated.

8.  The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

Page: 5
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Authorizing Retention and Employment of The Parkland Group, Inc. as Financial Advisor to the Debtor as of the Petition Date

9. Notwithstanding paragraph 8 of the Engagement Agreement, this Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

10. To the extent that this Order is inconsistent with the Engagement Agreement, the Application, or the Declaration with respect to the terms and conditions of the retention and employment of Parkland by the Debtor in this Chapter 11 Case, the terms of this Order shall govern.

11. Nothing in this Order shall: (a) alter, impede, impair, amend, modify, waive or impact (i) the terms and/or conditions of any of the PNC Credit Documents or any of PNC's or the Debtor's rights, obligations and/or claims thereunder, or (ii) the Reservation of Rights contained in the Limited Objection filed by PNC at Docket Number 206 in response to the Application; and (b) be deemed or construed as a determination regarding the use of PNC's cash collateral to pay any subsequently allowed fees and expenses.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-27439-MBK
Hollister Construction Services, LLC                                    Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 3              Date Rcvd: Oct 21, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
db             +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               adobin@msbnj.com
              Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw.com;tgraga@kbtlaw.com
              Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation stioa@pepperlaw.com
              Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
              Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
               arainone@bracheichler.com, cbudris@bracheichler.com;palonso@bracheichler.com
              Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com;jkimble@lowenstein.com
              Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
              Brett Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
              Brian Gregory Hannon    on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Brian R Tipton    on behalf of Creditor    State Line Construction Company, Inc.
               btipton@fpsflawfirm.com
              Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
              Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com
              Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
              Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
              Daniel Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com

```
District/off: 0312-3           User: admin              Page 2 of 3              Date Rcvd: Oct 21, 2019
                               Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Danielle Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Global Development Contractors, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
        David E. Sklar    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc. dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
        David E. Sklar    on behalf of Creditor    All Brands Elevator Industries, Inc. dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
        David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com, ciarkowski@wilentz.com
        David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
        Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO donna.thompson@dlthompsonlaw.com, dlthompsonlaw@aol.com
        Edmund Campbell    on behalf of Creditor    Glass Systems Tech, LLC aweisenberger@campbellroccolaw.com
        Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com, fpisano@coleschotz.com
        Grant Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com, lschindler@wbny.com
        Greg Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com, gtrif@triflaw.com
        Greg Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com, gtrif@triflaw.com
        Greg Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com, gtrif@triflaw.com
        Ilana Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com, fpisano@coleschotz.com;ssallie@coleschotz.com
        Jacob Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC jfrumkin@coleschotz.com
        James C. Dezao, III    on behalf of Creditor Antonio    Zarfino gerald@dezaolaw.com
        James C. Dezao, III    on behalf of Creditor Mayer    Weberman gerald@dezaolaw.com
        Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
        Jay L. Lubetkin    on behalf of Interested Party Kieran    Flanagan jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
        Jay L. Lubetkin    on behalf of Interested Party Christopher    Johnson jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
        Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
        Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
        Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc. jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
        John O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com, ecf-fe4957a0ba6a@ecf.pacerpro.com
        Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
        Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
        Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company jschwartz@riker.com
        Joshua A. Zielinski    on behalf of Creditor    DeSesa Engineering Company, Inc. jzielinski@oslaw.com, clupi@mdmc-law.com
        Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors jraymond@msbnj.com
        Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com
        Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com
        Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
        Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
        Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
        Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Oct 21, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Marguerite Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC mschaffer@shainlaw.com
        Mark E. Felger    on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com, sshidner@cozen.com
        Martin P. Skolnick    on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware mskolnick@gmail.com
        Martin P. Skolnick    on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
        Meredith I. Friedman    on behalf of Creditor    CTC Academy mfriedman@wilentz.com, ciarkowski@wilentz.com
        Michael Kahme    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC mkahme@hillwallack.com, fmansmann@hillwallack.com
        Michael Stafford    on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal, norddemaio@aol.com;adamnorddemaio@aol.com
        Michael D. Sirota    on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com, fpisano@coleschotz.com
        Michael J. Shavel    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC mshavel@hillwallack.com
        Michael R. Herz    on behalf of Creditor    Troon Electric of New Jersey LLC mherz@foxrothschild.com, cbrown@foxrothschild.com
        Mitchell Malzberg    on behalf of Creditor    Vector Structural Preservation Corp. mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
        Nicole M. Nigrelli    on behalf of Interested Party    Delcon Builders, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Nicole M. Nigrelli    on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Pearl Shah    on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
        Peter Broege    on behalf of Creditor    Encon Mechancial Corp pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com
        Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC pallogramento@connellfoley.com
        Philip William Allogramento    on behalf of Creditor    Environmental Devices, Inc. pallogramento@connellfoley.com
        Richard E. Weltman    on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com, mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
        Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company rnies@csglaw.com
        Robert M Hirsh    on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability company hirsh.robert@arentfox.com, indelicato.lisa@arentfox.com;Mary.Dowd@arentfox.com;Mark.Bloom@arentfox.com;Jackson.Toof@arentfox.com
        Rocco A. Cavaliere    on behalf of Creditor    Titan Industrial Services Corp. rcavaliere@tarterkrinsky.com
        Ryan M. Ernst    on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
        Sam Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors sdellafera@msbnj.com
        Seth Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds (the "Funds") sptasiewicz@krollfirm.com
        Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com, AutoDocketWILM@duanemorris.com
        Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation jonaitis@pepperlaw.com, balaa@pepperlaw.com;molitorm@pepperlaw.com
        Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com, balaa@pepperlaw.com;molitorm@pepperlaw.com
        Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
        Stephen V. Falanga    on behalf of Interested Party    Schindler Elevator Corporation sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
        Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com
        Stuart M. Brown    on behalf of Interested Party    Waypoint Hackensack Urban Renewal Owner LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
        Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University sdarling@walsh.law, mvargas@walsh.law
        Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law, mvargas@walsh.law
        Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company tschellhorn@riker.com
        Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tschellhorn@riker.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com, jlafferty@capehart.com
        Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com

        TOTAL: 105