**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | )  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
| | ) |
| Debtor. | ) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On October 21, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on the Core/2002 Service List attached hereto as **Exhibit A**;

- Notice of Filing Debtor's Proposed Form of the Fifth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and, (IV) Granting Related Relief [Docket No. 354]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: October 24, 2019

Nicholas Vass

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 24, 2019, by Nicholas Vass, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20__

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

SRF 36856

# **Exhibit A**

Exhibit A
Core/2002 Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AES Lighting Group | Attn: Jonathan Squilla | derrick@aes-energy.com; jonathan@aes-energy.com |
| Arent Fox LLP | Attn: Robert M. Hirsh, Mark A. B | robert.hirsh@arentfox.com; mark.bloom@arentfox.com |
| Arent Fox LLP | Attn: Mary Joanne Dowd | mary.dowd@arentfox.com |
| Blank Rome LLP | Attn: Adrienne C. Rogove | Rogove@BlankRome.com |
| Brach Eichler L.L.C. | Attn: Anthony M. Rainone | arainone@bracheichler.com |
| Brach Eichler LLC | Attn: Carl J. Soranno | csoranno@bracheichler.com |
| Bridge Builders Newark LLC | Attn: Karen Marques | karen.marques@bridgebuildersnewark.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Campbell Rocco Law, LLC | Attn: Edmund J. Campbell, Jr. | ecampbell@campbellroccolaw.com |
| Capehart & Scatchard, P.A., A Professional Corporation | Attn: William G. Wright | wwright@capehart.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies | ashahinian@csglaw.com; rnies@csglaw.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies | ashahinian@csglaw.com; rnies@csglaw.com |
| Ciardi Ciardi & Astin | Attn: Albert A. Ciardi, III, and Nicole M. Nigrelli | aciardi@ciardilaw.com; nnigrelli@ciardilaw.com |
| Cole Schotz P.C. | Attn: Michael D. Sirota | msirota@coleschotz.com |
| Cole Schotz P.C. | Attn: Felice R. Yudkin | fyudkin@coleschotz.com |
| Cole Schotz P.C. | Attn: Jacob S. Frumkin, Esq. | jfrumkin@coleschotz.com |
| Commonwealth of Pennsylvania, Department of Labor and Industry | Attn: Deb Secrest | ra-li-ucts-bankrupt@state.pa.us |
| Connell Foley  LLP | Attn: Philip  W. Allogramento III, Mitchell W. Taraschi | pallogramento@connellfoley.com; mtaraschi@connellfoley.com |
| Connell Foley LLP | Attn: Philip W. Allogramento III, Mitchell W. Taraschi | pallogramento@connellfoley.com; mtaraschi@connellfoley.com |
| DL Thompson, Law, PC | Attn: Donna L. Thompson | Donna.Thompson@DLThompsonlaw.com |
| DLA Piper LLP (US) | Attn: Daniel M. Simon | daniel.simon@us.dlapiper.com; daniel.simon@dlapiper.com |
| Duane Morris LLP | Attn: James J. Holman | jjholman@duanemorris.com |
| Duane Morris LLP | Attn: Sommer L. Ross | slross@duanemorris.com |
| Florio Perrucci Steinhardt & Cappelli, LLC | Attn: Brian R. Tipton | btipton@floriolaw.com |
| Fox Rothschild LLP | Attn: Michael R. Herz | mherz@foxrothschild.com |
| Fox Rothschild LLP | Attn: Michael Herz | mherz@foxrothschild.com |
| Fried Frank Harris Shriver & Jacobson LLP | Attn: Gary Kaplan | Gary.Kaplan@FriedFrank.com |
| Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck | dbruck@greenbaumlaw.com |
| Greenberg Traurig, LLP | Attn: alan J. Brody | brodya@gtlaw.com |

Exhibit A
Core/2002 Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Haddad Plumbing & Heating, Inc. | Attn: Joann S. Haddad, Esq. | JHaddad@HaddadPlumbing.com |
| Herrick Feinstein LLP | Attn: Steven B. Smith | ssmith@herrick.com |
| Hill Wallack LLP | Attn: Michael Kahme & Michael J. Shavel | mkahme@hillwallack.com; mshavel@hillwallack.com |
| Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Industrial Maintenance Industries | Attn: Eric Sobel | EricS@RTI-IMI.com |
| Kone, Inc. | Attn: Kenneth C. Barrows | Kenneth.barrows@kone.com |
| Kroll Heineman Carton | Attn: Seth Ptasiewicz | SPtasiewicz@krollfirm.com |
| Larry L Miller | Attn: Larry L Miller | llmlaw@outlook.com |
| Law Office of James C. DeZao | Attn: James C. Dezao, Kathy Cehelsky, Margaret Meade | jreiser@dezaolaw.com |
| Law Offices of Karen Murray LLC | Attn: Karen M. Murray | kmurray@murraynjlaw.com |
| Law Offices of Karen Murray LLC | Attn: Karen M. Murray | kmurray@murraynjlaw.com |
| Lawrence B. Diener | Attn: Lawrence B. Diener | LBDiener@optimum.net |
| Lowenstein Sandler, LLP | Attn: Arielle Adler, Bruce Buechler, Joseph DiPasquale, Jennifer B. Kimble, Kenneth A. Rosen, Mary E. Seymour | aadler@lowenstein.com; bbuechler@lowenstein.com; jdipasquale@lowenstein.com; jkimble@lowenstein.com; krosen@lowenstein.com; mseymour@lowenstein.com |
| McGrail & Bensinger LLP | Attn: Ilana Volkov, Pearl Shah | ivolkov@mcgrailbensinger.com; pshah@mcgrailbensinger.com |
| McManimon, Scotland & Baumann, LLC | Attn: Sam Della, Fera Jr., Joshua H. Raymond, Anthony Sodono III | sdellafera@msbnj.com; jraymond@msbnj.com; asodono@msbnj.com |
| McManimon, Scotland & Baumann, LLC | Attn: Andrea Dobin | adobin@msbnj.com |
| Mortitt Hock & Hamroff LLP | Attn: Brian P. Craig | bcraig@moritthock.com |
| Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC | Attn: Pasquale Suriano | pasquales@edprop.com |
| Nicoll Davis & Spinella LLP | Attn: Christopher M. Santomassimo | csantomassimo@ndslaw.com |
| Nordlaw | Attn: Michael J. Stafford | mjstafford@nordlaw.legal |
| Norgaard O'Boyle | Attn: Brian G. Hannon, John O'Boyle | bhannon@norgaardfirm.com; joboyle@norgaardfirm.com |
| O'toole Scrivo, LLC | Attn: Joshua A. Zielinski, R. Brant Forrest | jzielinski@oslaw.com; rforrest@oslaw.com |
| Office of the United States Attorney of New Jersey | Attn: Eamonn O'Hagan, Assistant U.S. Attorney | Eamonn.OHagan@usdoj.gov |
| Office of the United States Trustee for the District of New Jersey | Attn: Lauren Bielskie, Esq. | lauren.bielskie@usdoj.gov |

Exhibit A
Core/2002 Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Pepper Hamilton LLP | Attn: Stephanie L. Jonaitis, Robyn R. English-Mezzino | jonaitiss@pepperlaw.com; englishr@pepperlaw.com |
| Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak | jaffeh@pepperlaw.com; listwakk@pepperlaw.com |
| Pepper Hamilton LLP | Attn: A Stio III | stioa@pepperlaw.com |
| Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak | jaffeh@pepperlaw.com; listwakk@pepperlaw.com |
| Pepper Hamilton LLP | Attn: Stephanie L. Jonaitis | jonaitiss@pepperlaw.com |
| Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak | jaffeh@pepperlaw.com; listwakk@pepperlaw.com |
| Post & Schell, P.C. | Attn: Brian W. Bisignani | bbisignani@postschell.com |
| Post & Schell, P.C. | Attn: Brian W. Bisignani | bbisignani@postschell.com |
| Post & Schell, P.C. | Attn: Brian W. Bisignani | bbisignani@postschell.com |
| Rabinowitz, Lubetkin & Tully, LLC | Attn: Jay L. Lubetkin | jlubetkin@rltlawfirm.com |
| Rea & Associates, LLC | Attn: Jeffrey J. Rea | jeffrea@aol.com |
| Riker, Danzig, Scherer, Hyland & Perretti LLP | Attn: Joseph L. Schwartz, Tara J. Schellhorn | jschwartz@riker.com; tschellhorn@riker.com |
| Rivkin Radler LLP | Attn: Yale A. Leber | yale.leber@rivkin.com |
| Rosenberg & Pittinsky L.L.P. | Attn: Laurence D. Pittinsky | larry@rpllplaw.com |
| Sanray Construction, Inc. | Attn: Robert Ardolino | sanrayconstruct@optimum.net |
| Schwartz Barkin & Mitchell | Attn: Allen J. Barkin | abarkin@sbmesq.com |
| Shain Schaffer PC | Attn: Marguerite M. Schaffer | mschaffer@shainlaw.com |
| Skolnick Legal Group, P.C. | Attn: Martin P. Skolnick | martin@skolnicklegalgroup.com |
| SM Law PC | Attn: Steven Mitnick, Marc D. Miceli | smitnick@sm-lawpc.com; mmiceli@sm-lawpc.com |
| Stark & Stark | Attn: Joseph H. Lemkin | jlemkin@stark-stark.com |
| Stark & Stark | Attn: Joseph H. Lemkin | jlemkin@stark-stark.com |
| Tarter Krinsky & Drogin LLP | Attn: Rocco A. Cavaliere, Scott Markowitz | rcavaliere@tarterkrinsky.com; smarkowitz@tarterkrinsky.com |
| Tesser & Cohen | Attn: Danielle Cohen, Lee M. Tesser | dcohen@tessercohen.com; ltesser@tessercohen.com |
| The Kelly Firm, P.C. | Attn: Andrew J. Kelly, Esq. | akelly@kbtlaw.com |
| Trif Law LLC | Attn: Greg Trif | gtrif@triflaw.com |
| Trif Law LLC | Attn: Greg Trif | gtrif@triflaw.com |
| Trif Law LLC | Attn: Greg Trif | gtrif@triflaw.com |
| Troon Electric of NY, LLC | Attn: Paul Benevenuto | pbenvenuto@troonelectric.com |
| Walsh Pizzi O'reilly Falanga LLP | Attn: Sydney J. Darling, Stephen V. Falanga | sdarling@walsh.law; sfalanga@walsh.law |

Exhibit A
Core/2002 Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Sydney J. Darling | sdarling@walsh.law; sfalanga@walsh.law |
| Warshaw Burstein, L.L.P. | Attn: Grant R. Cornehls, Maxwell J. Rubin | gcornehls@wbny.com; mrubin@wbny.com |
| Wasserman, Jurista & Stolz, P.C. | Attn: Daniel M. Stolz, Esq. | DStolz@wjslaw.com |
| Weltman & Moskowitz, LLP | Attn: Richard E. Weltman, Michele K. Jaspan | rew@weltmosk.com; mkj@weltmosk.com |
| Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: Mickee M. Hennessy, John Westerman | mhennessy@westermanllp.com; jwesterman@westermanllp.com |
| Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Meredith I. Friedman | dstein@wilentz.com; mfriedman@wilentz.com |