| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br>Joseph L. Schwartz, Esq.(JS-5525)<br>Rachel G. Atkin, Esq. (RA-4910)<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>(973) 538-0800<br>jschwartz@riker.com<br>ratkin@riker.com<br><br>Counsel to Sunstone Hotels Morristown, LLC | Order Filed on October 22, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Hollister Construction Services, LLC,<br><br>　　　　　　　　　　　　　　　Debtor. | Case No.  19-27439 (MBK)<br><br>Hon. Michael B. Kaplan, U.S.B.J.<br><br>Chapter 11 |

### ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

　　　The relief set forth on the following page, numbered two (2) and three (3)  is hereby **ORDERED**.

**DATED: October 22, 2019**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Debtor:            Hollister Construction Services, LLC
Case No.:          19-27439 (MBK)
Caption of Order:  ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE
Page:              2 of 3

THIS MATTER having been opened to the Court upon the Application of Sunstone Hotels Morristown, LLC ("Sunstone") seeking a reduction of time (the "Application") for a hearing on Sunstone's motion for an order: (i) granting Sunstone relief from the automatic stay, pursuant to 11 U.S.C. § 362(d)(1), to allow Sunstone to terminate the GMP Contract,[1] or in the alternative, (ii) compelling the Debtor, Hollister Construction Services, LLC (the "Debtor"), to immediately reject the GMP Contract, pursuant to 11 U.S.C. § 365(d)(2), and (iii) for related relief (the "Motion") under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1.  A hearing will be conducted on the matter on  November 7, 2019  at 11:30 a.m.  in the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608, Courtroom No. 8.

2.  Sunstone shall serve a copy of this Order, and all related documents, on the following parties: Debtor's counsel; U.S. Trustee; the Official Unsecured Creditors' Committee; and all parties requesting notice pursuant to Fed. R. Bankr. P. 2002

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email (if known), ☐ hand delivery.

3 .  Service must be made:

☒  on the same day as the date of this order, or

☐  within _____ day(s) of the date of this Order.

4.  Notice by telephone:

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

| | |
|---|---|
| Debtor: | Hollister Construction Services, LLC |
| Case No.: | 19-27439 (MBK) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE |
| Page: | 3 of 3 |

    [x] is not required

    [ ] must be provided to _____

        [ ] on the same day as the date of this Order, or

        [ ] within _____ day(s) of the date of this Order.

5. A *Certification of Service* must be filed prior to the hearing date.

6. Any objections to the motion/application identified above:

    [x] must be filed with the Court and served on all parties in interest by electronic or overnight mail by objections are due by 11/4/2019 ~~_____ day(s) prior to the scheduled hearing; or~~

    [ ] may be presented orally at the hearing.

7. [x] Court appearances are required to prosecute the motion and any objections.

    [ ] Parties may request to appear by phone by contacting Chambers prior to the return date.

5088499v1

United States Bankruptcy Court
District of New Jersey

In re:  
Hollister Construction Services, LLC  
      Debtor

Case No. 19-27439-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 22, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2019.  
db          +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2019 at the address(es) listed below:  
NONE.                                                                                         TOTAL: 0