| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BORAH, GOLDSTEIN, ALTSCHULER, NAHINS<br>& GOIDEL, P.C.<br>377 Broadway, 7th Floor<br>New York, NY 10013<br>Telephone: (212) 431-1300<br>Fax: (646) 349-4135<br>Darren R. Marks, Esq.<br>Attorney for Accordia Harrison Urban Renewal, LLC |
| In Re:<br><br>  HOLLISTER CONSTRUCTION,<br><br>                    Debtor. |

Chapter 11

Case No. 19-27439-MBK

Judge: Hon. Michael B. Kaplan

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Borah, Goldstein, Altschuler, Nahins & Goidel, P.C., attorneys for Accordia Harrison Urban Renewal, LLC hereby withdraws its notice of appearance filed October 23, 2019, Court Docket filing number 366.

.

Dated: October 25, 2019

                                                                       Respectfully submitted,

                                                                        BORAH, GOLDSTEIN, ALTSCHULER,
                                                                        NAHINS & GOIDEL, P.C.,
                                                                        Attorneys for Accordia Harrison Urban
                                                                        Renewal, LLC

                                                           By: */s/ Darren R. Marks*
                                                              Darren R. Marks