UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Melissa A. Pena, Esq.
Attorneys for Creditor, Target Fire Protection
400 Crossing Boulevard, 8th Floor
Bridgewater, NJ  08807
908-722-0700

In Re:
Hollister Construction Services, LLC,

Case No.: __19-27439-MBK__

Chapter: _____11_____

Judge: __Michael B. Kaplan__

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of creditor, Target Fire Protection. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Norris McLaughlin, P.A.
400 Crossing Boulevard, 8th Floor
Bridgewater, NJ  08807
Telephone:  908-722-0700
Attn:  Melissa A. Pena, Esq. (E-mail:  mapena@norris-law.com)

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: October 25, 2019

/s/ Melissa A. Pena
Signature

*new.8/1/15*