UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
Anthony Sodono III, Esq. (asodono@msbnj.com)
Andrea Dobin, Esq. (adobin@msbnj.com)
*Proposed Attorneys for Official Committee of*
*Unsecured Creditors of Hollister Construction Services,*
*LLC*

**Order Filed on October 25, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,

                              Debtor.

Chapter 11

Case No. 19-27439 (MBK)

(Honorable Michael B. Kaplan)

**ORDER APPROVING THE RETENTION OF McMANIMON, SCOTLAND & BAUMANN, LLC AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 25, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Hollister Construction Services, LLC |
| Case No.: | 19-27439 (MBK) |
| Caption of Order: | Order Approving the Retention of McManimon, Scotland & Baumann, LLC as Counsel for the Official Committee of Unsecured Creditors of Hollister Construction Services, LLC |

THIS MATTER, having been opened to the Court by the Official Committee of Unsecured Creditors of Hollister Construction Services, LLC (the "Committee"), upon an application (the "Application") for entry of an order approving the retention of McManimon, Scotland & Baumann, LLC ("MS&B") as the Committee's counsel in these proceedings; and the Court having considered the Application and the Affidavit of Sam Della Fera, Jr., Esq. in support thereof; and the Court being satisfied that MS&B does not hold or represent any interest adverse to the Debtor, its estate or creditors, and is a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code, and that said employment would be in the best interest of the estates; and notice of the proposed retention having been given in accordance with the requirements of D.N.J. LBR 2014-1(a); and for good cause shown,

IT IS ORDERED as follows:

1.      The Application is granted.

2.      The retention of MS&B as counsel for the Committee is hereby authorized and approved pursuant to 11 U.S.C. § 1103, Fed. R. Bankr. P. 2014 and D.N.J., LBR 2014-1 effective *nunc pro tunc* to September 23, 2019.

3.      Any and all compensation to be paid to MS&B for services rendered on the Committee's behalf shall be fixed by application to this Court in accordance with Sections 328, 330 and 331 of the Bankruptcy Code, such Rules of Local and Federal Bankruptcy Procedure as may then be applicable and/or any alternate arrangement for interim compensation as may be authorized by the Court.

| | |
|---|---|
| Debtors: | Hollister Construction Services, LLC |
| Case No.: | 19-27439 (MBK) |
| Caption of Order: | Order Approving the Retention of McManimon, Scotland & Baumann, LLC as Counsel for the Official Committee of Unsecured Creditors of Hollister Construction Services, LLC |

4.      Nothing in this Order shall: (a) alter, impede, impair, amend, modify, waive or impact (i) the terms and/or conditions of any of the PNC Credit Documents or any of PNC's or the Debtor's rights, obligations and/or claims thereunder, or (ii) the Reservation of Rights contained in the Limited Objection filed by PNC at Docket Number 206 in response to the Application; and (b) be deemed or construed as a determination regarding the use of PNC's cash collateral to pay any subsequently allowed fees and expenses.

4846-8937-7962, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-27439-MBK
Hollister Construction Services, LLC                           Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 3          Date Rcvd: Oct 25, 2019
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db            +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
          Adrienne C Rogove   on behalf of Creditor   640 Columbia Owner LLC rogove@blankrome.com
          Alan J. Brody   on behalf of Creditor   EWA Moonachie 77, LLC brodya@gtlaw.com,
           NJLitDock@gtlaw.com
          Albert A. Ciardi, III   on behalf of Interested Party   Pentel Drywall, Inc.
           aciardi@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
          Albert A. Ciardi, III   on behalf of Interested Party   Delcon Builders, Inc.
           aciardi@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
          Alex A Pisarevsky   on behalf of Creditor   Pereira Electrical Contracting, Inc. ap@njlawfirm.com
          Allen J Barkin   on behalf of Creditor   Drobach Equipment Rental Co. abarkin@sbmesq.com,
           sandyr@sbmesq.com
          Andrea Dobin   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           adobin@msbnj.com
          Andrew B. Cohn   on behalf of Creditor   Jonasz Precast, Inc. acohn@kaplaw.com
          Andrew J. Kelly   on behalf of Creditor   Schnell Contracting Systems, LLC akelly@kbtlaw.com,
           wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
           .com;tgraga@kbtlaw.com
          Andrew R. Macklin   on behalf of Creditor   Pereira Electrical Contracting, Inc. arm@njlawfirm.com
          Angelo Anthony Stio, III   on behalf of Interested Party   10 Minerva Place, L.P. and 10 Minerva
           Place Housing Development Fund Corporation stioa@pepperlaw.com
          Angelo Anthony Stio, III   on behalf of Interested Party   5 Bay Street Phase 1 LLC, 5 Bay Street
           Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
          Anthony Sodono, III   on behalf of Creditor Committee   Official Committee of Unsecured
           Creditors asodono@msbnj.com
          Anthony M. Rainone   on behalf of Creditor   Industrial Maintenance Industries
           arainone@bracheichler.com,  cbudris@bracheichler.com;palonso@bracheichler.com
          Arielle Adler   on behalf of Debtor   Hollister Construction Services, LLC aadler@lowenstein.com,
           elawler@lowenstein.com;jkimble@lowenstein.com
          Benjamin A. Stanziale, Jr.   on behalf of Creditor   Life Town Inc. ben@stanzialelaw.com
          Brett Berman   on behalf of Creditor   Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
          Brian Gregory Hannon   on behalf of Creditor   Imperial Floors, LLC bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Brian R Tipton   on behalf of Creditor   State Line Construction Company, Inc.
           btipton@fpsflawfirm.com
          Bryce Wallace Newell   on behalf of Creditor   LEG Acquisition LLC bnewell@rosenbergestis.com
          Carl J. Soranno   on behalf of Creditor   Air Group, LLC csoranno@bracheichler.com,
           dfamula@bracheichler.com;jpmartin@bracheichler.com
          Charles R Cohen   on behalf of Creditor   Pereira Electrical Contracting, Inc. crc@njlawfirm.com
          Christopher M. Santomassino   on behalf of Creditor   Dancker csantomassimo@mdslaw.com
          Daniel Stolz   on behalf of Creditor   147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
           dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com

District/off: 0312-3          User: admin              Page 2 of 3            Date Rcvd: Oct 25, 2019
                             Form ID: pdf903           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Danielle Cohen   on behalf of Creditor   Orion Interiors, Inc. dcohen@tessercohen.com,
           ddelucia@tessercohen.com
          Danielle Cohen   on behalf of Creditor   Global Development Contractors, LLC
           dcohen@tessercohen.com,   ddelucia@tessercohen.com
          Danielle Cohen   on behalf of Creditor   National Fireproofing & Insulation Co., Inc.
           dcohen@tessercohen.com,   ddelucia@tessercohen.com
          Danielle Cohen   on behalf of Creditor   Herc Rentals, Inc. dcohen@tessercohen.com,
           ddelucia@tessercohen.com
          Danielle Cohen   on behalf of Creditor   MDS Construction dcohen@tessercohen.com,
           ddelucia@tessercohen.com
          Danielle Cohen   on behalf of Creditor   Samph Contracting, LLC dcohen@tessercohen.com,
           ddelucia@tessercohen.com
          Darren R. Marks   on behalf of Creditor   Accordia Harrison Urban Renewal, LLC
           dmarks@borahgoldstein.com,   nagwu@borahgoldstein.com
          David E. Sklar   on behalf of Creditor   Atlantic Engineering Laboratories of NY, Inc.
           dsklar@scuramealey.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
          David E. Sklar   on behalf of Creditor   All Brands Elevator Industries, Inc.
           dsklar@scuramealey.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
          David H. Stein   on behalf of Creditor   CTC Academy dstein@wilentz.com,  ciarkowski@wilentz.com
          David L. Bruck   on behalf of Creditor   Nomad Framing, LLC bankruptcy@greenbaumlaw.com
          Donna L. Thompson   on behalf of Creditor   Prendimano Electrical Maintenance Co. t/a PEMCO
           donna.thompson@dlthompsonlaw.com,   dlthompsonlaw@aol.com
          Edmund Campbell   on behalf of Creditor   Glass Systems Tech, LLC
           aweisenberger@campbellroccolaw.com
          Felice R. Yudkin   on behalf of Interested Party   Newkirk Realty LLC fyudkin@coleschotz.com,
           fpisano@coleschotz.com
          Grant Cornehls   on behalf of Creditor   Nickerson Corporation gcornehls@wbny.com,
           lschindler@wbny.com
          Greg Trif   on behalf of Creditor   Sparwick Contracting, Inc. gtrif@triflaw.com,
           gtrif@triflaw.com
          Greg Trif   on behalf of Creditor   KR Masonry LLC gtrif@triflaw.com,  gtrif@triflaw.com
          Greg Trif   on behalf of Creditor   Jordano Electric Inc. gtrif@triflaw.com,  gtrif@triflaw.com
          Ilana Volkov   on behalf of Creditor   Kone Inc. ivolkov@mcgrailbensinger.com,
           fpisano@coleschotz.com;ssallie@coleschotz.com
          Jacob Frumkin   on behalf of Interested Party   Grand Maujer Development, LLC
           jfrumkin@coleschotz.com
          James C. Dezao, III   on behalf of Creditor Antonio   Zarfino gerald@dezaolaw.com
          James C. Dezao, III   on behalf of Creditor Mayer   Weberman gerald@dezaolaw.com
          Jason C Manfrey   on behalf of Creditor   Joffe Lumber & Supply Co., Inc.
           jmanfrey@foxrothschild.com,
           jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          Jay L. Lubetkin   on behalf of Interested Party Kieran   Flanagan jlubetkin@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin   on behalf of Interested Party Christopher   Johnson jlubetkin@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jeffrey J. Rea   on behalf of Creditor   City Contracting, Inc. jeffrea@aol.com
          Jeffrey J. Rea   on behalf of Creditor   Lienor City Contracting, Inc. jeffrea@aol.com
          Jeffrey W. Herrmann   on behalf of Creditor   Pereira Electrical Contracting, Inc.
           jwh@njlawfirm.com,   ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
          John O'Boyle   on behalf of Creditor   Imperial Floors, LLC joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Josef W. Mintz   on behalf of Creditor   640 Columbia Owner LLC mintz@blankrome.com,
           ecf-fe4957a0ba6a@ecf.pacerpro.com
          Joseph H. Lemkin   on behalf of Creditor   Fabcon Precast jlemkin@stark-stark.com
          Joseph H. Lemkin   on behalf of Creditor   Conewago Enterprises, Inc. jlemkin@stark-stark.com
          Joseph H. Lemkin   on behalf of Creditor   High Concrete Group, LLC jlemkin@stark-stark.com
          Joseph L. Schwartz   on behalf of Creditor   Newark Warehouse Urban Renewal, LLC
           jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Creditor   Edison Construction Management jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Creditor   Sunstone Hotels Morristown, LLC jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Creditor   Newark Warehouse Redevelopment Company
           jschwartz@riker.com
          Joshua A. Zielinski   on behalf of Creditor   DeSesa Engineering Company, Inc.
           jzielinski@oslaw.com,  rforrest@oslaw.com
          Joshua H. Raymond   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           jraymond@msbnj.com
          Karen M Murray   on behalf of Interested Party   P3 Metals, LLC kmurray@murraynjlaw.com,
           kdilks@cvmlawoffices.com
          Karen M Murray   on behalf of Interested Party   P. Tamburri Steel kmurray@murraynjlaw.com,
           kdilks@cvmlawoffices.com
          Kenneth A. Rosen   on behalf of Plaintiff   Hollister Construction Services, LLC
           krosen@lowenstein.com,  dclaussen@lowenstein.com
          Kenneth A. Rosen   on behalf of Debtor   Hollister Construction Services, LLC
           krosen@lowenstein.com,  dclaussen@lowenstein.com
          Larry L. Miller   on behalf of Creditor   L&W Supply Corporation llmlaw@outlook.com
          Lauren Bielskie   on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov

District/off: 0312-3          User: admin                Page 3 of 3              Date Rcvd: Oct 25, 2019
                             Form ID: pdf903             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Laurence D. Pittinsky   on behalf of Attorney    Boyd Mechanical, LLC larry@rpllpaw.com
              Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing
                mmiceli@sm-lawpc.com,  lindsay@sm-lawpc.com
              Marguerite Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
                mschaffer@shainlaw.com
              Mark E. Felger    on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com,
                sshidner@cozen.com
              Martin P. Skolnick    on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware
                mskolnick@gmail.com
              Martin P. Skolnick    on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
              Meredith I. Friedman    on behalf of Creditor    CTC Academy mfriedman@wilentz.com,
                ciarkowski@wilentz.com
              Michael Kahme    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
                mkahme@hillwallack.com,  fmansmann@hillwallack.com
              Michael Stafford    on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal,
                norddemaio@aol.com;adamnorddemaio@aol.com
              Michael D. Sirota    on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com,
                fpisano@coleschotz.com
              Michael J. Shavel    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
                mshavel@hillwallack.com
              Michael R. Herz    on behalf of Creditor    Troon Electric of New Jersey LLC
                mherz@foxrothschild.com,  cbrown@foxrothschild.com
              Mitchell Malzberg    on behalf of Creditor    Vector Structural Preservation Corp.
                mmalzberg@mjmalzberglaw.com,  dlapham@mjmalzberglaw.com
              Nicole M. Nigrelli    on behalf of Interested Party    Delcon Builders, Inc.
                nnigrelli@ciardilaw.com,  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
              Nicole M. Nigrelli    on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
                sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
              Pearl Shah    on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
              Peter Broege    on behalf of Creditor    Encon Mechancial Corp pbroege@bnfsbankruptcy.com,
                G1580@notify.cincompass.com
              Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC
                pallogramento@connellfoley.com
              Philip William Allogramento    on behalf of Creditor    Environmental Devices, Inc.
                pallogramento@connellfoley.com
              Richard E. Weltman    on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com,
                mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
              Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company
                rnies@csglaw.com
              Robert M Hirsh    on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability
                company hirsh.robert@arentfox.com,
                indelicato.lisa@arentfox.com;Mary.Dowd@arentfox.com;Mark.Bloom@arentfox.com;Jackson.Toof@arentfox
                .com;adam.ruttenberg@arentfox.com
              Rocco A. Cavaliere    on behalf of Creditor    Titan Industrial Services Corp.
                rcavaliere@tarterkrinsky.com
              Ryan M. Ernst    on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com,  mjoyce@oelegal.com
              Sam Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
                sdellafera@msbnj.com
              Seth Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds
                (the "Funds") sptasiewicz@krollfirm.com
              Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com,
                AutoDocketWILM@duanemorris.com
              Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
                Place Housing Development Fund Corporation jonaitis@pepperlaw.com,
                balaa@pepperlaw.com;molitorm@pepperlaw.com
              Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
                Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com,
                balaa@pepperlaw.com;molitorm@pepperlaw.com
              Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University
                sfalanga@thewalshfirm.com,  chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
              Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation
                sfalanga@thewalshfirm.com,  chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
              Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com
              Stuart M. Brown    on behalf of Interested Party    Waypoint Hackensack Urban Renewal Owner LLC
                stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
              Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University
                sdarling@walsh.law,  mvargas@walsh.law
              Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law,
                mvargas@walsh.law
              Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
                tschellhorn@riker.com
              Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company
                tschellhorn@riker.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com,
                jlafferty@capehart.com
              Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com
                                                                                            TOTAL: 109