UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROBERT SAUL MOLNAR, ESQ.
1330 Hamburg Turnpike
Wayne, New Jersey 07470
(973) 694-2900, Fax (973) 696-6029
Email: molnarrs@aol.com

In Re:

Hollister Construction Services, LLC

Case No.: 19-27439

Chapter: 11

Judge: Michael B. Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___Starlite Electric LLC___. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Robert Saul Molnar, Esq.
1330 Hamburg Turnpike
Wayne, NJ 07470

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: October    , 2019

ROBERT SAUL MOLNAR
Signature

*new.8/1/15*