**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
Anthony Sodono III, Esq. (asodono@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**SUPPLEMENTAL AFFIDAVIT OF ANTHONY R. CALASCIBETTA, CPA, CTP, CFF, IN SUPPORT OF APPLICATION FOR AN ORDER APPROVING THE RETENTION OF EISNER AMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

STATE OF NEW JERSEY )
                     ) SS:
COUNTY OF MIDDLESEX)

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and Rule 2014-1 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of New Jersey, Anthony R. Calascibetta, being duly sworn, deposes and says:

1.  I am a partner with EisnerAmper LLP ("EisnerAmper"), with offices located at 111 Wood Avenue South, Iselin, New Jersey 08830. I am duly authorized to make this supplemental affidavit on behalf of EisnerAmper. Unless otherwise stated in this affidavit, I

have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.

2. I submit this supplemental affidavit in further support of the Application of the Official Committee of Unsecured Creditors (the "Committee") of Hollister Construction Services, LLC (the "Debtor") seeking entry of an order authorizing the Committee to employ EisnerAmper as its financial advisors and accountants.

3. EisnerAmper is not currently engaged, and has not in the past been engaged by, the Debtor, any of its principals, or its secured creditors.

4. As stated in paragraph 13 of my Affidavit in Support of Application for an Order Approving the Retention of EisnerAmper LLP as Accountants and Financial Advisors or the Committee, filed on October 8, 2019 [Docket No. 277], EisnerAmper has been engaged by, currently is engaged by, and in the future will likely be engaged by certain entities that are unsecured creditors of the Debtor in matters wholly unrelated to the Debtor or its bankruptcy case.

5. Specifically, the following entities who are listed on the Debtor's creditor matrix are active and/or recent clients of EisnerAmper:

    a. American Express Foundation (American Express is listed on the matrix)
    b. Bohler Engineering
    c. Chiesa Shahinian & Giantomasi PC
    d. Design Plastics Systems, Inc.
    e. FM Construction Group, LLC
    f. Premier Supplies
    g. Schenck, Price, Smith & King, LLP
    h. Sharp Electronics Corporation

6. Total annual fees for all the above entities combined are less than 1% of EisnerAmper's annual revenues.

7. EisnerAmper performs assurance, tax and/or consulting services for the entities listed above. In each case, the representation is unrelated to the within bankruptcy case. EisnerAmper does not and will not represent any creditor in connection with the within bankruptcy case.

_____
ANTHONY R. CALASCIBETTA

Sworn and Subscribed to before me
this 30 day of October, 2019.

_____

DELMARIE VELAZQUEZ
Commission # 2451198
Notary Public, State of New Jersey
My Commission Expires
December 17, 2019