**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
Anthony Sodono III, Esq. (asodono@msbnj.com)
Andrea Dobin, Esq. (adobin@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for Official Committee of Unsecured
Creditors of Hollister Construction Services, LLC*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>                             Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>(Honorable Michael B. Kaplan) |

**MONTHLY FEE STATEMENT OF McMANIMON, SCOTLAND & BAUMANN, LLC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC, FOR THE PERIOD SEPTEMBER 24, 2019 THROUGH SEPTEMBER 30, 2019**

McMANIMON, SCOTLAND & BAUMANN, LLC
*Attorneys for Official Committee of Unsecured
Creditors of Hollister Construction Services, LLC*

By: _____
     Sam Della Fera, Jr.

4827-7511-3131v.1

**MS&B**  McMANIMON • SCOTLAND • BAUMANN        75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
Creditors' Committee - Hollister        CLIENT #        00016030-00001
Construction Services, LLC              INVOICE #       166351
                                        INVOICE DATE:   October 29, 2019

                                        BILLING REF:    SDF
```

INVOICE SUMMARY

For professional services rendered through 09/30/19, in connection with the matter titled:

Committee Representation

```
TOTAL FEES                                  19752.50
TOTAL DISBURSEMENTS ADVANCED                  300.85
TOTAL FOR INVOICE                           20053.35

PREVIOUS BALANCE                                0.00
TOTAL BALANCE DUE                           20053.35
```

**MS&B** McMANIMON • SCOTLAND • BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Oct 29, 2019    PAGE    2

## PROFESSIONAL SERVICES RENDERED

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/24/19 | LD | Prepare client/matter intake form and updated conflicts search request. | .30 | 37.50 |
| 09/24/19 | LD | Prepare draft of committee bylaws. | .40 | 50.00 |
| 09/24/19 | LD | Prepare and e-file notices of appearance for S. Della Fera, A. Sodono, J. Raymond, and A. Dobin. | .60 | 75.00 |
| 09/24/19 | LD | Draft MS&B's retention application; e-mails with J. Haddad regarding same. | .80 | 100.00 |
| 09/24/19 | LD | Finalize and e-file MS&B retention application. | .20 | 25.00 |
| 09/24/19 | LD | Review service list on Prime Clerk's website; review docket for additional notices of appearance; create case service list. | 1.10 | 137.50 |
| 09/24/19 | SDF | Review and analyze Debtor's motion to use cash collateral, objections, filed first interim order authorizing use of cash collateral, and proposed form of second interim order, in preparation for hearing. | 2.10 | 997.50 |
| 09/24/19 | SDF | Travel to/from hearing on proposed second interim cash collateral order. | 2.60 | 1235.00 |
| 09/24/19 | SDF | Attend and appear at hearing on second interim cash collateral order. | 2.70 | 1282.50 |

MS&B  McMANIMON • SCOTLAND • BAUMANN       75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Oct 29, 2019       PAGE    3


09/24/19 SDF  Review current case docket and              2.50    1187.50
              certain relevant filed pleadings and
              interim orders.

09/24/19 SDF  Review and revise firm's retention           .40      190.00
              application as committee counsel.

09/24/19 SDF  Review filed notices of appearance           .20       95.00
              for committee counsel team.

09/24/19 SDF  Review U.S. Trustee's filed notice of        .10       47.50
              appointment of creditors' committee.

09/24/19 SDF  Review case service list.                    .20       95.00

09/24/19 SDF  E-mails with committee chair                 .20       95.00
              regarding firm retention application.

09/24/19 SDF  Review e-mails from Debtor's counsel         .20       95.00
              regarding revised form of second
              interim cash collateral order.

09/24/19 SDF  E-mails with committee regarding             .60      285.00
              outcome of hearing today and
              scheduling call.

09/24/19 JHR  Reviewed revised and edited                  .60      285.00
              application, affidavit and order to
              retain counsel for the Committee.

09/25/19 JHR  Reviewed 11 U.S.C. 1102(b)(3)                .30      142.50
              regarding requirement to provide
              creditors with information and to
              solicit responses and questions

09/25/19 SDF  Review filed second interim cash             .10       47.50
              collateral order.
```

**MS&B** McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Oct 29, 2019         PAGE    4


  09/25/19 SDF  Send e-mail to committee regarding           .80       380.00
                entry of second interim cash
                collateral order, call tomorrow,
                interview of financial advisors, and
                other pending matters.

  09/25/19 AS1  Review pleadings, docket, and               1.10       522.50
                retention issues

  09/25/19 LD   Draft letter to all parties on              1.20       150.00
                service list enclosing MS&B's
                retention application; photocopy and
                serve; send e-mail to committee
                members regarding same.

  09/25/19 LD   Prepare draft of motion pursuant to         1.10       137.50
                sections 1102(b)(3) and 1103(c)
                regarding sharing of information for
                review by S. Della Fera.

  09/25/19 LD   Telephone calls to accounting firms          .20        25.00
                to set up phone interviews with
                committee members.

  09/25/19 LD   Update case service list.                    .10        12.50

  09/25/19 SDF  Review letter serving firm's                 .10        47.50
                retention application on
                parties-in-interest.

  09/25/19 SDF  Review and revise form of committee          .90       427.50
                bylaws; send e-mail to committee
                members regarding same.

  09/25/19 SDF  Review filed orders for pro hac vice         .20        95.00
                admission of counsel for 640 Columbia
                Owner and SBLP Princeton.
```

MS&B  McMANIMON • SCOTLAND • BAUMANN       75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Oct 29, 2019       PAGE    5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/25/19 | SDF | Review notices of appearance of counsel for Troon Electric of NJ, FM Construction Group, and Newkirk Realty. | .20 | 95.00 |
| 09/25/19 | SDF | Confer with J. Raymond regarding committee's compliance with Bankruptcy Code section 1102(b)(3). | .30 | 142.50 |
| 09/25/19 | SDF | Review draft form of motion to establish procedures for compliance with Code section 1102(b)(3). | .40 | 190.00 |
| 09/25/19 | SDF | Review retention proposals from financial advisors and send e-mail to committee members regarding same. | .60 | 285.00 |
| 09/25/19 | SDF | E-mails with prospective financial advisors regarding call with committee tomorrow. | .30 | 142.50 |
| 09/25/19 | SDF | Review, revise and finalize schedule of pending motions, applications and adversary proceedings for circulation to committee. | 1.50 | 712.50 |
| 09/25/19 | SBP | Review docket and prepare chart for call with committee re pending motions and applications | 2.20 | 605.00 |
| 09/26/19 | LD | Update service lists with new notices of appearance. | .20 | 25.00 |
| 09/26/19 | LD | Draft and e-file certification of service of MS&B's retention application. | .40 | 50.00 |

**MS&B** McMANIMON • SCOTLAND • BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Oct 29, 2019    PAGE    6

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/26/19 | AS1 | Conference call with Creditors Committee; follow-up call with Creditors Committee and financial advisors | 2.10 | 997.50 |
| 09/26/19 | SDF | E-mails with committee members regarding agenda for committee call today. | .20 | 95.00 |
| 09/26/19 | SDF | Prepare for call with committee today. | .40 | 190.00 |
| 09/26/19 | SDF | Conference call with creditors' committee regarding case status, pending matters, deadlines, by-laws, and financial advisors interviews and selection. | 2.00 | 950.00 |
| 09/26/19 | SDF | Review Debtor's filed adversary complaint to avoid and recover preferences paid to, and disallow claims of, Pentel Drywall Inc. | .20 | 95.00 |
| 09/26/19 | SDF | Telephone call to A. Calascibetta regarding committee selection of EIsnerAmper as financial advisors and next steps. | .20 | 95.00 |
| 09/26/19 | SDF | Telephone call to K. Rosen regarding committee's request for financial and related information and job lists. | .40 | 190.00 |
| 09/26/19 | SDF | E-mails with committee regarding EisnerAmper retention, Debtor's proposed retention of IOX CEO Coaching as CRO, and cash collateral. | .30 | 142.50 |
| 09/26/19 | SDF | Review letter from U.S. Trustee regarding guidelines for payment of professional fees in large chapter 11 cases and applicability here. | .40 | 190.00 |

**MS&B**  McMANIMON • SCOTLAND • BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Oct 29, 2019       PAGE    7


  09/26/19 SDF  Review and analyze Debtor's                    .30      142.50
               application for entry of a consent
               order with Unique Scaffolding
               regarding rejecting lease and
               granting stay relief for removal of
               scaffolding from Newark job site.

  09/26/19 SDF  Review Debtor's counsel's e-mail to            .40      190.00
               court attaching revised forms of
               orders authorizing retention of CRO
               and Parkland Group; send e-mail to
               court regarding same.

  09/27/19 SBP  Review of docket for filed                     .20       55.00
               applications and motions; update
               chart re same

  09/27/19 LD   Update case service list.                      .10       12.50

  09/27/19 LD   Review EisnerAmper's proposal for             1.10      137.50
               accounting/financial advisory
               services; prepare draft retention
               application.

  09/27/19 LD   Send e-mail to committee members               .10       12.50
               attaching 9/26/19 meeting minutes.

  09/27/19 JHR  Drafted, revised and edited minutes           1.10      522.50
               of September 26, 2019 conference
               call. Reviewed status of various
               pending motions and deadlines to
               object to retention of professionals.

  09/27/19 SDF  Review filed notice of appearance of           .10       47.50
               counsel for Joffe Lumber & Supply Co.

  09/27/19 SDF  Review e-mail from U.S. Trustee                .10       47.50
               attorney to chambers regarding
               objection deadline for Debtor's
               counsel's retention.
```

**MS&B** McMANIMON • SCOTLAND • BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Oct 29, 2019        PAGE    8


09/27/19 SDF  Review court's ECF notices of                          .20       95.00
              modified deadline for objections to
              retention of Debtor's professionals
              (counsel, Parkland Group and IOX CEO
              Coaching).

09/27/19 SDF  Review e-mails from Debtor's counsel                   .20       95.00
              regarding current number of employees
              and status of production of project
              lists.

09/27/19 SDF  Review Debtor's application for entry                  .50      237.50
              of consent order rejecting lease with
              Unique Scaffolding and lifting
              automatic stay; send e-mail to
              committee regarding same.

09/27/19 SDF  Telephone call from B. Buechler                        .30      142.50
              regarding committee's concerns about
              Debtor's retention of CRO.

09/27/19 SDF  E-mails with committee regarding                       .30      142.50
              objection to Debtor's retention of
              CRO.

09/27/19 SDF  Review minutes of committee                            .20       95.00
              conference call meeting on 9/21/19.

09/27/19 SDF  Review objection and reservation of                    .20       95.00
              rights filed by Nomad Framing Inc.
              regarding cash collateral motion.

09/27/19 SDF  Review and analyze motion of Newark                    .50      237.50
              Warehouse Owners regarding
              application of automatic stay to GMP
              contract and stay relief, with
              related order shortening time.
```

**MS&B** McMANIMON • SCOTLAND • BAUMANN         75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| | | | |
|---|---|---|---|
| CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE | Oct 29, 2019 | | PAGE 9 |

| | | | |
|---|---|---|---|
| 09/27/19 SDF | Review Debtor's motion for administrative fee order and establishing related procedures. | .30 | 142.50 |
| 09/27/19 SDF | Review filed order restating and enforcing the automatic stay and granting related relief. | .20 | 95.00 |
| 09/27/19 SDF | Review Debtor's complaint to avoid and recover preferential transfers from and to disallow claims of, S. Scanlon Contractors, LLC. | .20 | 95.00 |
| 09/27/19 SDF | Review Debtor's complaint to avoid and recover preferential transfers from, and to dismiss claims of, Allstate Electrical. | .20 | 95.00 |
| 09/27/19 SDF | Review Debtor's motion for authority to employ ordinary course of business professionals. | .40 | 190.00 |
| 09/27/19 SDF | Review motion of Ricoh USA for order compelling Debtor to assume or reject contract, or granting stay relief, with related order shortening time. | .40 | 190.00 |
| 09/27/19 SDF | Review Debtor's application to employ Lowenstein Sandler as Debtor's counsel. | .40 | 190.00 |
| 09/27/19 SDF | Review and analyze Debtor's application to employ 10X CEO Coaching and to designate Paul Belair as chief restructuring officer. | .40 | 190.00 |
| 09/30/19 SDF | Review Debtor's proposed third interim cash collateral order; send e-mail to creditors' committee regarding same. | .40 | 190.00 |

**MS&B** McMANIMON • SCOTLAND • BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Oct 29, 2019       PAGE   10


   09/30/19 SDF  Follow-up e-mails with Debtor's              .20        95.00
                 counsel regarding lists of bonded and
                 non-bonded projects; confer with A.
                 Sodono regarding same.

   09/30/19 SDF  Telephone call with A. Sodono and            .40       190.00
                 EisnerAmper regarding financial
                 information to request from Debtor
                 and case status.

   09/30/19 SDF  Telephone call with A. Sodono to M           .20        95.00
                 Seymour regarding project information
                 and Debtor's motion to approve
                 settlement with Veterans Road SPE,
                 LLC.

   09/30/19 SDF  Review and analyze Debtor's motion to        .50       237.50
                 reject Marlton lease and abandon
                 related personal property; send
                 e-mail to committee regarding same.

   09/30/19 SDF  E-mails with Debtor's counsel and            .20        95.00
                 others regarding proposed third
                 interim cash collateral order.

   09/30/19 SDF  Review and analyze motion of 640             .70       332.50
                 Columbia Owner LLC for stay relief to
                 enforce termination of GC contract
                 with Debtor, or to compel Debtor to
                 reject; send e-mail to committee
                 regarding same.

   09/30/19 SDF  Review e-mails from counsel for              .20        95.00
                 Debtor and Arch regarding agreed
                 critical payments requested by Debtor
                 for Lighthouse project.
```

**MS&B** McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Oct 29, 2019      PAGE   11
```

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 09/30/19 | SDF | Send e-mail to committee counsel team regarding deadline in cash collateral orders to challenge PNC clams and liens. | .20 | 95.00 |
| 09/30/19 | SDF | Review and update schedule of pending deadlines, motions and applications. | .50 | 237.50 |
| 09/30/19 | SDF | E-mails with I. Volkov regarding representation of committee member Kone, Inc. and participation in meetings. | .20 | 95.00 |
| 09/30/19 | SDF | Review Debtor's filed list of all creditors. | .20 | 95.00 |
| 09/30/19 | SDF | Reivew and analyze Debtor's motion to approve settlement with Veterans Road SPE, LLC. | .40 | 190.00 |
| 09/30/19 | SDF | Review filed order for pro hac vice admission of Heather DeGrave, Esq. | .10 | 47.50 |
| 09/30/19 | SBP | Update chart of filed motions and applications | .20 | 55.00 |
| 09/30/19 | AS1 | Analyze cash collateral motion and order; review various motion on short time sub-contractors/stay relief; conference with Sam Della Ferra regarding strategy | 1.30 | 617.50 |

TOTAL FEES:                                          48.50    19752.50

| DATE | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 09/30/19 | Inside Duplicating | | 263.80 |
| 09/30/19 | Postage | | 37.05 |

MS&B   McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Oct 29, 2019    PAGE   12

TOTAL DISBURSEMENTS                                                    300.85