UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
REDDIN MASRI, LLC
485 Totowa Road
Totowa, NJ 07512
(973) 553-0004
Hisham I. Masri, Esq.
Counsel to Columbian Iron Works, Inc.

In Re:
HOLLISTER CONSTRUCTION SERVICES, LLC,

Debtor.

Case No.:    19-27439
Chapter:     11
Judge:       KAPLAN

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Columbian Iron Works, Inc.. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Reddin Masri, LLC
485 Totowa Road
Totowa, NJ 07512
P. 973-553-0004 F. 973-553-0005
hmasri@reddinmasrilaw.com

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: October 31, 2019

/s/ Hisham I. Masri
Signature

*new.8/1/15*