### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| **HOLLISTER CONSTRUCTION SERVICES, LLC,**[1] | Case No. 19-27439 (MBK) |
| Debtor. | Objection Deadline: **November 21, 2019 at 4:00** |

### MONTHLY STAFFING AND COMPENSATION REPORT
### OF 10X CEO COACHING FOR THE PERIOD
### SEPTEMBER 11, 2019 THROUGH SEPTEMBER 30, 2019

In accordance with the *Interim Order Authorizing Debtors to (i) Employ and Retain 10X CEO Coaching, LLC and (ii) Designate Paul Belair as Chief Restructuring Officer for the Debtor Effective as of the Petition Date* entered on October 21, 2019 [Docket No. 350], 10X CEO Coaching ("10X") hereby submits its Monthly Staffing and Compensation Report (the "Staffing Report") for the period of September 11, 2019 through September 30, 2019 (the "Compensation Period").

During the Compensation Period, 10X incurred $70,840.00 in fees and $3,748.79 in expenses for a total amount of $74,588.79, as reflected in the attached exhibits.

Dated:  October 31, 2019

                        10X CEO Coaching
                        P.O. Box 5117
                        Youngstown, Ohio 44515

                        By:  Paul Belair
                               Chief Executive Officer

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

1

# <u>EXHIBITS</u>

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of

10X CEO Coaching, LLC for the Period of September 11, 2019 through September 30, 2019

**Exhibit A - Summary of Compensation and Expenses**

**Exhibit B - Summary of Fees and Hours by Professional and
Description of Responsibilities of Professional**

**Exhibit C - Summary of Expenses**

## EXHIBIT "A"

**Hollister Construction Services, LLC**
**Summary of Compensation and Expenses**
**September 11, 2019 through September 30, 2019**

| | |
|---|---|
| **Professional Fees:** | **$70,840.00** |
| **(All professional services were rendered by** | |
| **Paul Belair)** | |
| **Expenses:** | **$ 3,748.79** |
| **Total Invoice:** | **$74,588.79** |

## EXHIBIT "B"

**Hollister Construction Services, LLC**
**Summary of Fees and Hours by Professional and**
**Description of Responsibilities of Professional**
**September 11, 2019 through September 30, 2019**



P.O. Box 5117
Youngstown, OH 44515

## Paul J. Belair's Time For Sept 11, 2019

| Date: | Description: | Total Mins @$550/hr | Total |
|---|---|---|---|
| 9/11/19 | Meeting with Chris Johnson Re: Communication to Subcontractors | 1.0 | $550.00 |
| | A/R Review with Hollister Team Account by Account | 1.1 | $605.00 |
| | Communication Execution w/Stephan Knapp & Laura Fowler | 0.4 | $220.00 |
| | Meeting w/Michael Spinelli & Brendan Murray to Review Bonded Jobs | 0.9 | $495.00 |
| | Review Communications for Website & Media | 0.7 | $385.00 |
| | Review A/R Collateral Analysis w/Joe Fury | 1.4 | $770.00 |
| | Read & Review Filing Documents | 0.7 | $385.00 |
| | Call w/Michael Jacoby Re: A/R | 0.5 | $275.00 |
| | Meetings with Chris Johnson/Michael Ochs/Joe Fury/Sean Camo/Sam Perrotta Re: Subcontractor Strategy | 1.5 | $825.00 |
| | Review Daily Disbursement Budget & Revised A/R Analysis | 1.5 | $825.00 |
| | Call w/ Michael Jacoby Re: Case Strategy | 0.2 | $110.00 |
| | Review Filing Documents | 1.2 | $660.00 |
| | Preference & Preparation Review | 0.6 | $330.00 |
| | Meetings w/Team to Review Overall Team Assignment & Collections | 3.6 | $1,980.00 |
| | | **15.3** | **$8,415.00** |

**15.30**
**$8,415.00**



P.O. Box 5117
Youngstown, OH 44515

**Paul J. Belair's Time For Sept 12 - Sept 30, 2019**

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| 9/12/19 | Meetings w/Sean Camo & Sam Perrotta Re: Information Requests from Ken Rosen & Michael | 0.5 | $275.00 | | |
| | Reviewing Riverwalk Case & Contacting Large Subs Re: Status Hearing | 1.1 | $605.00 | | |
| | Review Michael Jacoby Document Requests & 26 Week Cash Analysis | 1.7 | $935.00 | | |
| | Discussion w/Chris Johnson Re: Case Strategy | 0.3 | $165.00 | | |
| | Discussion w/Joe Fury Re: Michael Jacoby A/R Questions | 0.4 | $220.00 | | |
| | Discussion w/Larry Goddard Re: Case Strategy | 0.4 | $220.00 | | |
| | Discussion w/Joe Fury Re: Cash Management | 0.2 | $110.00 | | |
| | Discussion w/Brendan Murray Re: Case Subcontractors Strategy | 0.1 | $55.00 | | |
| | Personal Financial Statements From Members for Bonding Attorney | 0.3 | $165.00 | | |
| | Discussion w/Michael Ochs Re: Case Strategy | 0.3 | $165.00 | | |
| | Discussion w/Ken Rosen Re: Case Strategy | 0.3 | $165.00 | | |
| | Discussion w/Chris Johnson & Michael Ochs Re: Case Strategy | 0.2 | $110.00 | | |
| | Review Michael Jacoby's Document Requests | 0.4 | $220.00 | | |
| | Michael Jacoby Zoom Review of 26 Week Cash & A/R Collateral | 1.5 | $825.00 | | |
| | Review Bonded Payroll | 0.8 | $440.00 | | |
| | Review Riverwalk Legal Status | 0.4 | $220.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Review Cash Collateral Questions w/Jennifer | 0.3 | $165.00 | | |
| | Review Weekly Cash Requirements w/Sean Camo | 0.5 | $275.00 | | |
| | Attend Management Meeting on Further Cost Reduction | 0.8 | $440.00 | | |
| | | **10.5** | **$5,775.00** | **0** | **$0.00** |
| 9/13/19 | Ken Rosen Meeting at Lowenstein Offices - Confidential Strategy | 5.6 | $3,080.00 | | |
| | Review 4 Week Cash Forecast & Related Communication w/Chris Johnson, Michael Jacoby, Lowenstein, Sean Camo & Team | 2.5 | $1,375.00 | | |
| | Travel Home | | | 3.0 | $825.00 |
| | | **8.1** | **$4,455.00** | **3.0** | **$825.00** |
| 9/14/19 | Review Emails for Case, Organize Action Plan for Next Week, Call w/Chris Johnson Re: Case Strategy | 1.9 | $1,045.00 | | |
| | Call w/Chris Johnson to Review Creditors Committee Options & Status of Case | 1.1 | $605.00 | | |
| | | **3.0** | **$1,650.00** | **0** | **$0.00** |
| 9/15/19 | Work on Michael Jacoby Requests & Follow-up On Emails from Gina Karnick, Michael Ochs & Michael Spinelli | 0.6 | $330.00 | | |
| | Travel to NJ | | | 3.0 | $825.00 |
| | Call w/Chris Johnson, Brendan Murray & Team Re: Hearing | 0.4 | $220.00 | | |
| | | **1.0** | **$550.00** | **3.0** | **$825.00** |
| 9/16/19 | Review Materials for Hearing Especially Cash | 1.5 | $825.00 | | |
| | Meetings w/Chris Johnson, Larry Goddard, Ken Rosen & Team Preparing for Hearing | 0.9 | $495.00 | | |
| | Attend Hearing w/Judge Kaplan | 4.3 | $2,365.00 | | |
| | Call w/Chris Johnson Re: Case Strategy | 0.1 | $55.00 | | |

| Date: | Description: | Total Min | @$550/hr Total $: | Total Mins | @$275/hr Total $: |
|---|---|---|---|---|---|
| | Update w/Sam Perrotta Re: Subcontractors | 0.1 | $55.00 | | |
| | Call w/Sean Camo Re: Bonded vs Non Bonded Job Review | 0.2 | $110.00 | | |
| | | 7.1 | $3,905.00 | 0 | $0.00 |
| | | | | | |
| 9/17/19 | Status Debrief w/Team Re: Case Strategy | 1.3 | $715.00 | | |
| | A/R Customer Colleterial Review w/Team | 1.3 | $715.00 | | |
| | Michael Jacoby Call to Review PNC To Do List | 1.0 | $550.00 | | |
| | Meeting w/Chris Johnson Re: Case Strategy | 1.2 | $660.00 | | |
| | Meeting & Call w/Chris Johnson, Brendan Murray/Michael Ochs & Ken Rosen Re: Case | 1.0 | $550.00 | | |
| | Meeting w/Michael Ochs, Brendan Murray & Chris Johnson Re: Case Strategy | 0.8 | $440.00 | | |
| | Call w/Jennifer Kimble on Requests | 0.2 | $110.00 | | |
| | Review Cash Analysis w/Sam Perrotta & Sean | 0.2 | $110.00 | | |
| | Chris Johnson & Sean Camo Re: Cash Analysis | 0.4 | $220.00 | | |
| | Review Declarations | 0.5 | $275.00 | | |
| | | 7.9 | $4,345.00 | 0.0 | $0.00 |
| | | | | | |
| 9/18/19 | Conversation w/Chris Johnson Re: Case Strategy | 0.2 | $110.00 | | |
| | A/R Review Meeting w/Team | 1.7 | $935.00 | | |
| | Meeting w/Gina Karnick Re: Lease Terminations | 0.2 | $110.00 | | |
| | Discussion w/Ken Rosen & Chris Johnson Re: Case Strategy | 0.5 | $275.00 | | |
| | Meeting w/Gina Karnick Re: To Do's For Wage Motion & Other Matters | 0.5 | $275.00 | | |
| | Meeting with Sean Camo on Michael Jacoby Document Requests | 0.1 | $55.00 | | |
| | Work on Michael Jacoby & Mark Woodbury Document Requests | 0.2 | $110.00 | | |
| | Review of Preference Reporting | 0.8 | $440.00 | | |
| | Discussion of Edison & Ricoh Jobs w/Ken Rosen, Chris Johnson & Brendan Murray | 0.4 | $220.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Work on Requests from Lowenstein | 0.5 | $275.00 | | |
| | Attend Webinar on Case Status w/Employees of Hollister | 0.5 | $275.00 | | |
| | Review KERP Proposal | 0.3 | $165.00 | | |
| | Call w/Michael Spinelli & Brendan Murray Re: Bonded Jobs & Follow-up w/Chris Johnson & Ken Rosen Re: Same | 0.7 | $385.00 | | |
| | Work on KERP & Call w/Mary Seymour Re: Same | 0.3 | $165.00 | | |
| | Call w/Michael Jacoby to Answer His Questions | 0.8 | $440.00 | | |
| | Update Chris Johnson on Michael Jacoby Call & Conference Call w/Ken Rosen Re: Same | 0.6 | $330.00 | | |
| | Conference Call with Sam Perrotta & Mark Woodbury Re: Status of Requests | 0.2 | $110.00 | | |
| | Call w/Joe Fury Re: A/R Buckets & Review of Same | 0.6 | $330.00 | | |
| | Discussion w/Michael Ochs & Sean Camo Re: Subcontractors Strategy | 0.2 | $110.00 | | |
| | Discussion w/Sam Perrotta Re: Ken Rosen Bonding Document Requests | 0.1 | $55.00 | | |
| | Update Call w/Larry Goddard Re: Case Status | 0.4 | $220.00 | | |
| | | **9.8** | **$5,390.00** | **0.0** | **$0.00** |
| | | | | | |
| 9/19/19 | Review & Respond to Emails Re: Case | 0.2 | $110.00 | | |
| | Preparation for Subcontractor Zoom Call | 0.3 | $165.00 | | |
| | Subcontractor Zoom Call | 0.6 | $330.00 | | |
| | Meeting w/Gina Karnick, Sam Perrotta, Sean Camo Re: Creditor Matrix | 1.0 | $550.00 | | |
| | Review & Analyze Michael Jacoby Request on A/R Retention | 0.5 | $275.00 | | |
| | Discuss Mark Woodbury Open Requests w/Sam Perrotta | 0.1 | $55.00 | | |
| | Prepare for Call w/Ken Rosen & PNC | 0.3 | $165.00 | | |
| | Call w/Ken Rosen & PNC Re: Case | 1.1 | $605.00 | | |
| | Call w/Ken Rosen Re: Case | 0.5 | $275.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $ | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Flowchart How Customer Pays Hollister | 1.9 | $1,045.00 | | |
| | Flowchart Discussion w/Michael Ochs, Chris Johnson & Brendan Murray Re: Customer Payments | 0.7 | $385.00 | | |
| | Call w/Michael Jacoby Re: Status of Document Requ | 0.2 | $110.00 | | |
| | Travel Home | | $0.00 | 4.0 | $1,100.00 |
| | | **7.4** | **$4,070.00** | **4.0** | **$1,100.00** |
| | | | | | |
| 9/20/19 | A/R Review Meeting w/Team | 0.9 | $495.00 | | |
| | Read & Respond to Emails from Several People Re: Case Including Chris Johnson, Vince Solano, Laura Fowler and Ken Rosen | 1.3 | $715.00 | | |
| | Call w/Michael Spinelli, Mark Woodbury, Sam Perrotta Re: Bonded Jobs Documents | 0.4 | $220.00 | | |
| | Call w/Sean Camo Re: Monday's Hearing | 0.2 | $110.00 | | |
| | Call w/Sean Camo & Mark Woodbury Re: Bonding Documents & Follow-up on Same | 0.4 | $220.00 | | |
| | Update Call w/Chris Johnson Re: Case Strategy | 0.1 | $55.00 | | |
| | Call w/Michael Spinelli Re: Lighthouse Job | 0.1 | $55.00 | | |
| | Conference Call w/Chris Johnson & Brendan Murray Re: Bonding Cost to Complete Review | 0.1 | $55.00 | | |
| | Review Requirements for Mondays Initial Debtor Interview | 0.5 | $275.00 | | |
| | Call w/Joe Fury Re: Case Strategy | 0.1 | $55.00 | | |
| | Call to Work on KERP w/Mary Seymour | 0.5 | $275.00 | | |
| | Creditors Committee Discussion w/Hollister Team | 0.3 | $165.00 | | |
| | Conference Call w/Ken Rosen Re: Case Strategy | 0.2 | $110.00 | | |
| | Call w/Chris Johnson Re: Confidential Settlement Agreement w/a Client | 0.3 | $165.00 | | |
| | Review A/R Detail for Collection Potential | 0.6 | $330.00 | | |
| | | **6.0** | **$3,300.00** | **0** | **$0.00** |

| Date: | Description: | @$550/hr | Total $: | @$275/hr | Total $: |
|---|---|---|---|---|---|
| 9/21/19 | Plan for Week Ahead & Calls w/Sean Camo & Chris Johnson Re: August Close | 1.2 | $660.00 | | |
| | Read Motions Re: Professionals | 0.2 | $110.00 | | |
| | Review June & July Financial Statements & Prepare for August & Stub Period Closes | 0.6 | $330.00 | | |
| | | **2.0** | **$1,100.00** | **0** | **$0.00** |
| | | | | | |
| 9/22/19 | Prepare for Zoom Call w/Ken Rosen Re: Case | 0.4 | $220.00 | | |
| | Zoom Call w/Ken Rosen, Chris Johnson, Brendan Murray & Joe Fury Re: Case Strategy | 0.3 | $165.00 | | |
| | | **0.7** | **$385.00** | **0** | **$0.00** |
| | | | | | |
| 9/23/19 | Travel to Hollister | | | 3.0 | $825.00 |
| | Facilitate Project Meeting w/Matt Higgins, Brendan Murray, Chris Johnson & Joe Fury | 1.2 | $660.00 | | |
| | Travel to US Trustee for Creditors Committee | | | 0.7 | $192.50 |
| | Attend Creditors Committee Meeting w/Lowenstein | 2.4 | $1,320.00 | | |
| | Travel Back to Hollister | | | 0.6 | $165.00 |
| | Review August WIP & Related Closing Documents | 0.7 | $385.00 | | |
| | Meeting w/Chris Johnson & Kieran Flanagan Re: Go Forward Jobs | 0.5 | $275.00 | | |
| | Meeting w/Jeff Litz & Sean Camo Re: Closing of August & Stub Period & Review of Same | 1.0 | $550.00 | | |
| | Call w/Chris Johnson Re: Case Strategy | 0.3 | $165.00 | | |
| | Call w/Mark Woodbury Re: Bonded Jobs | 0.1 | $55.00 | | |
| | | **6.2** | **$3,410.00** | **4.3** | **$1,182.50** |
| | | | | | |
| 9/24/19 | Read & Respond to Numerous Emails Re: Case | 0.5 | $275.00 | | |
| | Review Cash Position for Bonded Jobs w/Chris Johnson & Sam Perrotta | 0.5 | $275.00 | | |
| | Bonded Job Review w/Michael Spinelli & Mark Woodbury & Hollister Team | 2.1 | $1,155.00 | | |
| | Attend Court Hearing in Trenton w/Ken Rosen | 2.6 | $1,430.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Travel Back to Hollister | | | 1.7 | $467.50 |
| | Call w/Michael Ochs & Mary Seymour Re: | 0.2 | $110.00 | | |
| | Bonded Job Document Request Wrap-up Discussion w/Mark Woodbury & Michael Spinelli | 0.4 | $220.00 | | |
| | Call w/Mary Seymour & Bruce Nathan Re: Preference Claims | 0.8 | $440.00 | | |
| | Call w/Michael Ochs Call Re: Preferences Claims | 0.2 | $110.00 | | |
| | | **7.3** | **$4,015.00** | **1.7** | **$467.50** |
| | | | | | |
| 9/25/19 | Meeting w/Chris Johnson, Matt Higgins, Brendan Murray to Discuss Friday's RIF | 0.8 | $440.00 | | |
| | Meeting at Lowenstein's Office to Prepare for Bonding Company | 0.3 | $165.00 | | |
| | Attend Meeting w/Bonding Company | 2.9 | $1,595.00 | | |
| | Meeting w/Matt Higgin's Re: Staffing | 0.5 | $275.00 | | |
| | Review August Financial Statements | 0.4 | $220.00 | | |
| | Discussion w/Chris Johnson Re: Case Strategy | 0.1 | $55.00 | | |
| | Continue Review of August Financial Statements w/Sean Camo | 0.7 | $385.00 | | |
| | Meeting/w Brendan Murray to Review Staffing for Bonded Jobs & Non Bonded Jobs & Develop RIF List | 1.9 | $1,045.00 | | |
| | Review Materials for Two Preference Claims | 0.4 | $220.00 | | |
| | | **8.0** | **$4,400.00** | **0.0** | **$0.00** |
| | | | | | |
| 9/26/19 | Read & Respond to Emails from Mark Woodbury & Case Related Work | 0.3 | $165.00 | | |
| | Review WIP in Detail | 0.4 | $220.00 | | |
| | Attend Staff Meeting w/Chris Johnson, Matt Higgins & Brendan Murray | 0.9 | $495.00 | | |
| | Review Go Forward Cash Analysis w/Sam Perrotta | 0.3 | $165.00 | | |
| | Call w/Michael Jacoby to Discuss the Case Strategy | 0.7 | $385.00 | | |
| | Work on Bonded Staffing Plan w/Sam Perrotta | 1.0 | $550.00 | | |
| | Review Go Forward Cash Analysis w/Sam Perrotta | 0.8 | $440.00 | | |

| Date: | Description: | Total Min | @$550/hr Total $: | Total Min | @$275/hr Total $: |
|---|---|---|---|---|---|
| | Continue Review of Go Forward Job Analysis from Sam Perrotta | 0.4 | $220.00 | | |
| | Review Standard Settlement Agreements w/Michael Ochs | 0.4 | $220.00 | | |
| | Review of Cash Collateral Forecast thru 10/8/19 w/Sean Camo | 0.4 | $220.00 | | |
| | Review USBC Initial Monthly Operating Report Preparation | 0.6 | $330.00 | | |
| | Travel Home | | | 4.0 | $1,100.00 |
| | | **6.2** | **$3,410.00** | **4.0** | **$1,100.00** |
| | | | | | |
| 9/27/19 | Attend A/R Collections Meeting w/Hollister Team | 0.9 | $495.00 | | |
| | Call w/Kieran Flanagan to Discuss Newco Options | 0.2 | $110.00 | | |
| | Review Mark Woodbury Request for Funding of Critical Bonded Vendors | 0.3 | $165.00 | | |
| | Review Settlement Agreement Master Document | 0.5 | $275.00 | | |
| | Work on Case Related Emails for Lowenstein | 0.2 | $110.00 | | |
| | Zoom Call w/Hollister Team Re: Go Forward Jobs | 0.2 | $110.00 | | |
| | Call w/Michael Jacoby Re: Settlement Agreements | 0.2 | $110.00 | | |
| | Call w/Lowenstein & PNC Re: Settlement | 1.0 | $550.00 | | |
| | Call w/Michael Jacoby Re: Settlement Discussions on A/R | 0.2 | $110.00 | | |
| | | **3.7** | **$2,035.00** | **0** | **$0.00** |
| | | | | | |
| 9/28/19 | Review 9/11 WIP from Jeff Litz | 0.6 | $330.00 | | |
| | Organize To Do's for Monday | 0.4 | $220.00 | | |
| | Review Standard Settlement Agreement | 0.3 | $165.00 | | |
| | Review Stub Period Financials | 0.5 | $275.00 | | |
| | Continue Review of Stub Period Financials | 0.6 | $330.00 | | |
| | | **2.4** | **$1,320.00** | **0.0** | **$0.00** |
| | | | | | |
| 9/29/19 | Travel to Newark | | | 3.0 | $825.00 |
| | | **0.0** | **$0.00** | **3.0** | **$825.00** |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| 9/30/19 | Call w/Michael Spinelli, Chris Johnson & Matt Consigli to Talk About Take Over of Bonded Jobs | 0.5 | $275.00 | | |
| | Call w/Hollister Team to Review WIP for 9/11 | 1.3 | $715.00 | | |
| | Respond to Emails Relating to Case From Mark Woodbury, Lowenstein & Michael Jacboy | 0.3 | $165.00 | | |
| | Review Next Turn of Settlement Agreement | 0.6 | $330.00 | | |
| | Call w/Sean Camo Re: WIP | 0.1 | $55.00 | | |
| | Read & Respond to Numerous Emails from Bonding, Bank & Hollister Team Re: Case | 0.5 | $275.00 | | |
| | Attend Status of Close w/Hollister Team Via Zoom | 1.4 | $770.00 | | |
| | | **4.7** | **$2,585.00** | **0.0** | **$0.00** |
| | | **102.0** | **$56,100.00** | **23.0** | **$6,325.00** |
| | | | **$62,425.00** | | |

## EXHIBIT "C"

**Hollister Construction Services, LLC**
**Summary of Expenses**
**September 11, 2019 through September 30, 2019**

**Due Upon Request**



**EXPENSE REPORT FOR PAUL J. BELAIR**
Hollister Construction Services
339 Jefferson Rd
Parsippany, NJ 07054

| Pay period | |
|---|---|
| From | 9/9/2019 |
| To | 9/28/2019 |

| Date | Description | Hotel | Flights | Uber | Parking | Food | TOTAL |
|---|---|---|---|---|---|---|---|
| 9/9/19 | Flights booked for (Sep 15-Sept 19) | | $ 597.60 | $ - | | | $ 597.60 |
| 9/10/19 | Parking for Hollister Trip (Sept 10 - Sept 13) | $ - | | | $ 130.00 | | $ 130.00 |
| 9/10/19 | Transportation (Newark Airport to Hollister) | | | $ 74.63 | | | $ 74.63 |
| 9/16/19 | Flights booked for (Sept 23 - Sept 26) | | $ 690.60 | | | | $ 690.60 |
| 9/18/19 | Lunch for Hollister Team (Vitale Deli) | | | | | $ 140.91 | $ 140.91 |
| 9/19/19 | Transportation (Hollister to Newark Airport) | | | $ 162.60 | | | $ 162.60 |
| 9/19/19 | Parking for Hollister Trip (Sept 15 - Sept 19) | | | | $ 160.00 | | $ 160.00 |
| 9/20/19 | Flights booked for (Sept 30 - Oct 3) | | $ 621.60 | | | | $ 621.60 |
| 9/23/19 | Transportation (Newark Airport to Hollister) | | | $ 137.50 | | | $ 137.50 |
| 9/24/19 | Transportation from (Hollister to Chris Johnson's Home) | | | $ 81.25 | | | $ 81.25 |
| 9/25/19 | Transportation from (Hollister to Chris Johnson's Home) | | | $ 65.00 | | | $ 65.00 |
| 9/26/19 | Transportation (Hollister to Newark Airport) | | | $ 137.50 | | | $ 137.50 |
| 9/28/19 | Flights for (Oct 7 - Oct 8) | | $ 749.60 | | | | $ 749.60 |
| | | | | | | | $ - |
| | | | | | | | $ - |
| | | $ - | $ 2,659.40 | $ 658.48 | $ 290.00 | $ 140.91 | |

| | |
|---|---|
| Subtotal | $ 3,748.79 |
| Advances | |
| TOTAL | $ 3,748.79 |

**From:** paul@10xceocoaching.com 🏴
**Subject:** Fwd: eTicket Itinerary and Receipt for Confirmation PK08MX
**Date:** September 9, 2019 at 8:54 PM
**To:** kelly@10xceocoaching.com

Paul J. Belair
CEO
10X CEO Coaching, LLC
www.10xceocoaching.com
330-283-9001

Begin forwarded message:

**From:** "United Airlines, Inc. " <unitedairlines@united.com>
**Date:** September 9, 2019 at 8:49:06 PM EDT
**To:** PJBWORK@AOL.COM
**Subject: eTicket Itinerary and Receipt for Confirmation PK08MX**

## Receipt for confirmation number PK08MX

# UNITED 🦅   A STAR ALLIANCE MEMBER ✨

**Confirmation: PK08**
Check-In >

Issue Date: September 10, 2019

| Traveler | eTicket Number | Frequent Flyer | S |
|---|---|---|---|
| BELAIR/PAULJOSEPH | 0162471845707 | UA-XXXXX786 Premier 1K / *G | 5 |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft |
|---|---|---|---|---|---|
| Sun, 15SEP19 | UA4332 | Q | CLEVELAND, OH (CLE) **9:15 AM** | NEWARK, NJ (EWR - LIBERTY) **10:54 AM** | ERJ-145 |

Flight operated by EXPRESSJET AIRLINES INC. doing business as UNITED EXPRESS.

| | | | | | |
|---|---|---|---|---|---|
| Thu, 19SEP19 | UA1293 | D | NEWARK, NJ (EWR - LIBERTY) **6:00 PM** | CLEVELAND, OH (CLE) **7:44 PM** | 737-800 |

**FARE INFORMATION**

**Fare Breakdown**

| | | | |
|---|---|---|---|
| Airfare: | 529.31U S D | **Form of Payment:** UATP Last Four Digits 0010 | |
| U.S. Transportation Tax: | 39.69 | | |
| September 11th Security Fee: | 11.2 | | |
| U.S. Flight Segment Tax: | 8.4 | | |
| U.S. Passenger Facility Charge: | 9 | | |
| Per Person Total: | 597.60U S D | | |

| | |
|---|---|
| **eTicket Total:** | **597.60U S D** |

The airfare you paid on this itinerary totals: 529.31 USD

**The taxes, fees, and surcharges paid total: 68.29 USD**

Fare Rules:

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

Add Collect:    An additional amount for the difference in fare was charged to UATP TRXXXXXXXXXXXXXX00

# Cleveland Hopkins Airport
## Thank you for parking with CLE
Please call (216)267-7275 if you have any questions
or comments

Ticket: **052647**
Spot: **R1F**
Tranact: 00000000643587
License/State: HTE 9897 OH
Color: TAN
Make/Mod: BMW Z4

Garage Loc: Cle Garage
Request Loc: Cle Garage
Arrival Date: 09/10/2019 05:18:57
Trans Date: 09/13/2019 22:02:38
Customer: BELAIR,
Cashier: Damon
Park Chrg:      120.00 Daily
Parking
$30
Tip:      10.00
**Ttl Charge: 130.00 AMEX**
Customer:      PAUL J BELAIR
Last 4:      1005
Approval: 500056

Signature:



\* 0 5 2 6 4 7 \*



**TECK PAY**

( FOLLOW )

301 A PARK AVE
EAST ORANGE, NJ 07017
9734146212

| | |
|---|---|
| Processing Fee | $2.83 |
| Subsidy Teck | $1.00 |
| {'RAGAB WAER'} | |
| Fare | $59.00 |
| Subtotal | $62.83 |
| Tax | $0.00 |
| Tip | $11.80 |

**Total**          $ **74**⁶³

 AMERICAN EXPRESS          $74.63
1005
Cashier: RAGAB WAER

September 10, 2019 · 8:05 am
Order ID: FRDH45740ZA6G
Order Employee: RAGAB WAER

**From:** **Paul Belair** paul@10xceocoaching.com
**Subject:** **Fwd: eTicket Itinerary and Receipt for Confirmation HGBK6N**
**Date:** September 16, 2019 at 6:47 AM
**To:** kelly@10xceocoaching.com

Paul J. Belair
CEO
10X CEO Coaching, LLC
www.10xceocoaching.com
330-283-9001

Begin forwarded message:

**From:** "United Airlines, Inc. " <Receipts@united.com>
**Date:** September 16, 2019 at 6:46:12 AM EDT
**To:** PJBWORK@AOL.COM
**Subject: eTicket Itinerary and Receipt for Confirmation HGBK6N**

# UNITED 🌐.

Mon, Sep 16, 2019

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Confirmation Number:

# HGBK6N

Mon, Sep 23, 2019
## 06:00 AM
Cleveland, OH, US (CLE)

Mon, Sep 23, 2019
## 07:33 AM
New York/Newark, NJ, US (EWR)

Thu, Sep 26, 2019
## 05:55 PM
New York/Newark, NJ, US (EWR)

Thu, Sep 26, 2019
## 07:39 PM
Cleveland, OH, US (CLE)

Traveler Details

**BELAIR/PAULJOSEPH**
eTicket number: **0162472844093**
Frequent Flyer: **UA-XXXXX786 Premier 1K®**

Seats: **CLE-EWR 03E**
**EWR-CLE 04E**

Purchase Summary

Method of payment:
Date of purchase:

**UATP ending in 0010**
**Mon, Sep 16, 2019**

| | |
|---|---|
| Airfare: | **615.82 USD** |
| U.S. Transportation Tax: | **46.18 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Flight Segment Tax: | **8.40 USD** |

| U.S. Passenger Facility Charge: | **9.00 USD** |
|---|---|
| Total Per Passenger: | **690.60 USD** |

# Total: 690.60 USD

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Pauljoseph Belair | | | | | | |
|---|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
| Mon, Sep 23, 2019 | 2143 | Cleveland, OH, US (CLE) to New York/Newark, NJ, US (EWR) | 3388 | 1000 | 1.5 | 308 |
| Thu, Sep 26, 2019 | 1293 | New York/Newark, NJ, US (EWR) to Cleveland, OH, US (CLE) | 3388 | 1000 | 1.5 | 308 |
| MileagePlus accrual totals: | | | 6776 | 2000 | 3.0 | 616 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Sep 23, 2019 Cleveland, OH, US (CLE) to New York/Newark, NJ, US (EWR - Liberty) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Thu, Sep 26, 2019 New York/Newark, NJ, US (EWR - Liberty) to Cleveland, OH, US (CLE) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- PQD are a Premier status requirement for members in the U.S. only.
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

# VITALE'S DELI
## 1541 RT 46 EAST
PARSIPPANY, NJ 07054
9733349010

# ORDER: 06
## To Go

18-Sep-2019 11:25:34A

Transaction 000000

| | | |
|---|---|---|
| 6 | Bottled Soda | $13.50 |
| 1 | 3\4 chx salad | $8.25 |
| 1 | Tuna Salad Platter | $9.70 |
| 1 | Chicken Salad Platter | $9.70 |
| 1 | Chef Salads Platter | $9.70 |
| | Ham,SAL,PROV | |
| 1 | Chef Salads Platter-Roast | $9.70 |
| | Beef TURK, SWISS | |
| 1 | Chef Salads Platter- | $9.70 |
| | Turkey,CAP, PROV | |
| 1 | Grilled Chicken Caesar | $10.25 |
| | Salad Platter | |
| 1 | Sliced Steak Caesar Platter | $9.70 |
| 1 | Grilled Chicken Caesar | $10.25 |
| | Salad Platter | |
| | | CHX CUTLET |
| 1 | Grilled Chicken Tossed | $10.70 |
| | Salad, EV | |
| 1 | Salad Special | $8.95 |
| 1 | delivery fee | $2.00 |

| | |
|---|---|
| **Subtotal** | **$122.10** |
| **Tax** | **$7.54** |
| **Service Charge (3.5%)** | **$4.27** |
| **Total** | **$133.91** |
| CREDIT CARD AUTH | $133.91 |
| AMEX 1005 | |

Tip   *1—*

Total   *140.91*

Retain this copy for statement validation

18-Sep-2019 11:33:32A
$133.91 | Method: KEYED
AMEX XXXXXXXXXXXX1005
 MANUALLY ENTERED
CVV: Match
Ref #: 926100523130 | Auth #: 278130
MID: **********1892
SIGNATURE VERIFIED

Order P1961Q9T613YR

From: **Paul Belair** paul@10xceocoaching.com
Subject: Screenshot 2019-09-22 at 10.47.51 AM
Date: September 22, 2019 at 11:48 AM
To: kelly@10xceocoaching.com



## Trip Details

Help    Receipt

Black Receipt

| | |
|---|---|
| Trip Fare | $133.08 |
| Subtotal | $133.08 |
| Tolls, Surcharges, and Fees | $1.00 |
| Tip | $33.52 |

Total                                                    $167.60

Uber Credits                                             $5.00
9/19/19, 3:42 PM

AMERICAN_EXPRESS 1005                                    $162.60
9/19/19, 4:00 PM

A temporary hold of $134.08 was placed on your
payment method at the start of the trip. This is not
a charge and has or will be removed. It should
disappear from your bank statement shortly.

Paul J. Belair
CEO

# Cleveland Hopkins Airport

### Thank you for parking with CLE
### Please call (216) 267-7275 if you have any questions
### or comments

Ticket: **053477**
Spot: **R3M**
Tranact: 0000000654409
License/State: HTE 9897 OH
Color: TAN
Make/Mod: BMW Z4

Garage Loc: Cle Garage
Request Loc: Cle Garage
Arrival Date: 09/15/2019 07:59:38
Trans Date: 09/19/2019 19:56:24
Customer: BELAIR,
Cashier: Damon
Park Chrg:      150.00 Daily
                          Parking
                          $30
Tip:        10.00

## Ttl Charge:  160.00 AMEX
Customer:        PAUL J BELAIR
Last 4:          1005
Approval: 588472

Signature:



* 0 5 3 4 7 7 *



**From:** **Paul Belair** paul@10xceocoaching.com
**Subject:** Fwd: eTicket Itinerary and Receipt for Confirmation P1G0HC
**Date:** September 20, 2019 at 7:29 PM
**To:** kelly@10xceocoaching.com

For my expenses - can I see a draft of expenses so far? No rush.

Paul J. Belair
CEO
10X CEO Coaching, LLC
www.10xceocoaching.com
330-283-9001

Begin forwarded message:

**From:** "United Airlines, Inc. " <Receipts@united.com>
**Date:** September 20, 2019 at 7:27.16 PM EDT
**To:** PJBWORK@AOL.COM
**Subject:** eTicket Itinerary and Receipt for Confirmation P1G0HC



Fri, Sep 20, 2019

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Confirmation Number:

# P1G0HC

Flight 1 of 2 UA4382                                                    Class: Economy (Q)

Mon, Sep 30, 2019                                                      Mon, Sep 30, 2019

## 09:15 AM                                                           ## 10:54 AM

Cleveland, OH, US (CLE)                                          New York/Newark, NJ, US (EWR)

Flight Operated by ExpressJet Airlines Inc. dba United Express.

Flight 2 of 2 UA1793                                                  Class: United First (D)

                                                                             Thu, Oct 03, 2019
Thu, Oct 03, 2019
## 05:55 PM                                                          ## 07:39 PM

New York/Newark, NJ, US (EWR)                              Cleveland, OH, US (CLE)

Traveler Details

**BELAIR/PAULJOSEPH**
eTicket number: **0162473692473**                    Seats: **CLE-EWR 05C**
Frequent Flyer: **UA-XXXXX786 Premier 1K®**                 **EWR-CLE 03E**

Purchase Summary

Method of payment:                                             **UATP ending in 0010**
Date of purchase:                                               **Fri, Sep 20, 2019**

Airfare:                                                              **551.63 USD**

| | |
|---|---|
| U.S. Transportation Tax: | 41.37 USD |
| U.S. Flight Segment Tax: | 8.40 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Passenger Facility Charge: | 9.00 USD |
| Total Per Passenger: | 621.60 USD |

## Total: 621.60 USD

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Pauljoseph Belair | | | | | | |
|---|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
| Mon, Sep 30, 2019 | 4332 | Cleveland, OH, US (CLE) to New York/Newark, NJ, US (EWR) | 2640 | 500 | 1.0 | 240 |
| Thu, Oct 03, 2019 | 1293 | New York/Newark, NJ, US (EWR) to Cleveland, OH, US (CLE) | 3443 | 1000 | 1.5 | 313 |
| MileagePlus accrual totals: | | | 6083 | 1500 | 2.5 | 553 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Sep 30, 2019 Cleveland, OH, US (CLE) to New York/Newark, NJ, US (EWR - Liberty) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Thu, Oct 03, 2019 New York/Newark, NJ, US (EWR - Liberty) to Cleveland, OH, US (CLE) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- PQD are a Premier status requirement for members in the U.S. only.
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.



**RIYANK LIMO LLC**

59 DAVENPORT RD
MONTVILLE, NJ 07045
9735252217

| Item 1 | $110.00 |
|--------|---------|

| | |
|--------|---------|
| Subtotal | $110.00 |
| Tax | $0.00 |
| Tip | $27.50 |

**Total**    $ **137**⁵⁰

PAYMENT ID: VWH92F1V3NXER
Cashier: SANJAY K PATEL

Hide Details

**Card: AMERICAN EXPRESS 1005**
September 23, 2019, 8:24 AM
Method: EMV
Authorization Code: 820105
Authorizing Network: AMEX
AID: A000000025010801
CVM: SIGNATURE VERIFIED

| DATE | AMERICAN EXPRESS |
|------|------------------|
| September 23, 2019 8:24 am | AMEX 1005 |



**RIYANK LIMO LLC**

59 DAVENPORT RD
MONTVILLE, NJ 07045
9735252217

| Item 1 | $65.00 |
|---|---|

| | |
|---|---|
| **Subtotal** | **$65.00** |
| Tax | $0.00 |
| Tip | $16.25 |

**Total**          $ **81** 25

PAYMENT ID: V0ETE2WXK0RVT
Cashier: SANJAY K PATEL

<u>Hide Details</u>

**Card: AMERICAN EXPRESS 1005**
September 24, 2019, 6:57 PM
Method: EMV
Authorization Code: 813839
Authorizing Network: AMEX
AID: A000000025010801
CVM: SIGNATURE VERIFIED

September 24, 2019



**From:** **M S Limo via Square** receipts@messaging.squareup.com
**Subject:** Receipt from M S Limo
**Date:** September 25, 2019 at 7:00 PM
**To:** kelly@10xceocoaching.com

Now when you shop at sellers who use Square, your receipts will be delivered
automatically.

<u>Not your receipt?</u>

### M S Limo



How was your experience?



# $65.00

| Custom Amount | $65.00 |
|---|---|
| **Total** | **$65.00** |



JAD A                                              ROAD A



**M S Limo**

973-445-3184

AMEX 1005 (Keyed)          Sep 25 2019 at 6:59 PM

#JP56

Auth code: 258175

Square Just Got More Rewarding
Your favorite businesses may send you news and rewards via
Square. Learn more and update preferences.

© 2019 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103

© Mapbox © OpenStreetMap Improve this map

Square Privacy Policy · Not your receipt?
Manage preferences  for digital receipts



## RIYANK LIMO LLC

59 DAVENPORT RD
MONTVILLE, NJ 07045
9735252217

| Item 1 | $110.00 |
|---|---|

| | |
|---|---|
| Subtotal | $110.00 |
| Tax | $0.00 |
| Tip | $27.50 |

## Total      $ 137.50

PAYMENT ID: EPK99EPX3TYCA
Cashier: SANJAY K PATEL

### Hide Details

Card: AMERICAN EXPRESS 1005
September 26, 2019, 4:14 PM
Method: EMV
Authorization Code: 826166
Authorizing Network: AMEX
AID: A000000025010801
CVM: SIGNATURE VERIFIED

| DATE | AMERICAN EXPRESS |
|---|---|
| September 26, 2019<br>4:14 pm | <br>1005 |

**From:** **Paul Belair** paul@10xceocoaching.com
**Subject:** Fwd: eTicket Itinerary and Receipt for Confirmation MFRECC
**Date:** September 28, 2019 at 4:23 PM
**To:** kelly@10xceocoaching.com

Paul J Belair
CEO
10X CEO Coaching, LLC
www.10xceocoaching.com
330-283-9001

Begin forwarded message

**From:** "United Airlines, Inc. " <Receipts@united.com>
**Date:** September 28, 2019 at 4 13 47 PM EDT
**To:** PJBWORK@AOL COM
**Subject: eTicket Itinerary and Receipt for Confirmation MFRECC**



Sat, Sep 28, 2019

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Confirmation Number:

## MFRECC

Class: United First (Pt)

Mon, Oct 07, 2019

Mon, Oct 07, 2019

07:40 AM

09:13 AM

Cleveland, OH, US (CLE)

New York/Newark, NJ, US (EWR)

Class: United First (P)

Tue, Oct 08, 2019

Tue, Oct 08, 2019

06:30 PM

09:40 PM

New York/Newark, NJ, US (EWR)

Fort Myers, FL, US (RSW)

Traveler Details

BELAIR/PAULJOSEPH
eTicket number: **0162474868048**
Frequent Flyer: **UA-XXXXX786 Premier 1K®**

Seats: **CLE-EWR 03E**
**EWR-RSW 03F**

Purchase Summary

Method of payment:
Date of purchase:

**UATP ending in 0010**
**Sat, Sep 28, 2019**

Airfare:
U.S. Transportation Tax:
U.S. Flight Segment Tax:
September 11th Security Fee:

670.69 USD
50.31 USD
8.40 USD
11.20 USD

| U.S. Passenger Facility Charge: | 9.00 USD |
|---|---|
| Total Per Passenger: | 749.60 USD |

## Total: 749.60 USD

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Pauljoseph Belair | | | | | | |
|---|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
| Mon, Oct 07, 2019 | 674 | Cleveland, OH, US (CLE) to New York/Newark, NJ, US (EWR) | 3212 | 1000 | 1.5 | 292 |
| Tue, Oct 08, 2019 | 1857 | New York/Newark, NJ, US (EWR) to Fort Myers, FL, US (RSW) | 4180 | 2136 | 1.5 | 380 |
| MileagePlus accrual totals: | | | 7392 | 3136 | 3.0 | 672 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Oct 07, 2019 Cleveland, OH, US (CLE) to New York/Newark, NJ, US (EWR - Liberty) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Tue, Oct 08, 2019 New York/Newark, NJ, US (EWR - Liberty) to Fort Myers, FL, US (RSW) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- PQD are a Premier status requirement for members in the U.S. only.
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.