UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Donald B. Veix, Jr., Esquire
VeixLaw, pllc
PO Box 54
95 West Court Street
Doylestown, PA 18901
215-760-6095
NJ Attorney ID #026501982
donveixlaw@gmail.com
Attorneys for Bohler Engineering NY, PLLC

In Re:
Hollister Construction Services, LLC

Case No.: __19-27439-MBK__

Chapter: __11__

Judge: __Kaplan__

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __Bohler Engineering NY__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
VeixLaw, pllc
PO Box 54
95 West Court Street
Doylestown, PA 18901

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: November 1, 2019

/s/ Donald B. Veix, Jr., Esq.
Signature

*new.8/1/15*