UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mitchell Malzberg, Esq.
Law Offices of Mitchell Malzberg, LLC
PO Box 5122
6 E. Main Street, Suite 7
Clinton, New Jersey 08809
Telephone: (908) 323-2958
Facsimile: (908) 933-0808
mmalzberg@mjmalzberglaw.com
Counsel to Vector Structural Preservation Corp.

and

John Carlson, Esq.
5 Winifred Drive
Merrick, NY 11566
Telephone: (516) 754-1405
Facsimile: (516) 378-1338
jcarlsonesq@hotmail.com
Co-counsel for Vector Structural Preservation Corp.

In Re:

HOLLISTER CONSTRUCTION SERVICES, LLC

Case No.: 19-27439/MBK

Chapter: 11

Hearing Date: Nov. 7, 2019 at 10 a.m.

Judge: Hon. Michael B. Kaplan

# CERTIFICATION OF CONSENT
# REGARDING CONSENT ORDER

I certify that with respect to the Consent Order Modifying the Stay ti Permit Prosecution of Pending Consolidated Actions to Foreclose submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

<u>Final paragraph options</u>:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: November 1, 2019              */s/ Mitchell Malzberg*
                                    Signature of Attorney

*rev.8/1/15*