UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601-0800
Adam J. Sklar, Esq.
asklar@coleschotz.com
Jacob S. Frumkin, Esq.
jfrumkin@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
Attorneys for *Grand Maujer Development, LLC*



**Order Filed on November 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

HOLLISTER CONSTRUCTION SERVICES, LLC

Debtor.

Case No.:    19-27439 (MBK)

Chapter:    11

Judge:    MICHAEL B. KAPLAN

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 4, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of Grand Maujer Development, LLC for a reduction of time for a hearing on Grand Maujer Development, LLC's Motion for Entry of an Order Confirming That the Automatic Stay Applies to Pending State Court Action Only as to Claims Asserted Directly Against Debtor under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __November 7, 2019__ at __11:30am__ in the United States Bankruptcy Court, __402 East State Street, Trenton, New Jersey 08608__, Courtroom No. __8__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __U.S. Trustee, and any and all interested parties.__
_____.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within ___ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail ___ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*Rev.2/1/16*