**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC, | Case No. 19-27439 (MBK) |
| Debtor. | Hearing Date:  November 7, 2019 at 11:30 a.m. |

**NOTICE OF CROSS-MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CONVERT DEBTOR'S CASE TO CHAPTER 7**

**PLEASE TAKE NOTICE** that on the **7th day of November, 2019, at 11:30 a.m.**, or as soon thereafter as counsel may be heard, the Official Committee of Unsecured Creditors ("Committee") of Hollister Construction Services, LLC ("Debtor"), by and through their attorneys, McManimon Scotland & Baumann, LLC, shall cross-move (the "Cross-Motion") before the Honorable Michael B. Kaplan, United States Bankruptcy Court, Clarkson S. Fisher Building U.S. Courthouse, 402 E. State Street, Trenton, New Jersey, for an order converting Debtor's chapter 11 case to chapter 7.

**PLEASE TAKE FURTHER NOTICE** that in support of the Cross-Motion, the Committee shall rely upon the enclosed Memorandum and Certification of Joshua H. Raymond.

**PLEASE TAKE FURTHER NOTICE** that opposition, if any, to the relief requested in the Motion shall be filed and served in accordance with D.N.J. LBR 9013-2(a)(2).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to D.N.J. LBR 9013-1(a)(3), no brief is being submitted as the relief requested by the Committee is fully set forth in the supporting Memorandum.

**PLEASE TAKE FURTHER NOTICE** that an order granting the relief requested herein is submitted herewith and made part of the Motion herein.

**McMANIMON, SCOTLAND
& BAUMANN, LLC**
*Attorneys for Official Committee of Unsecured
Creditors of Hollister Construction Services, LLC*

Dated: November 4, 2019          By:_____*/s/ Sam Della Fera, Jr.*_____
                                        Sam Della Fera, Jr.

4823-7953-9883, v. 1