| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Morris S. Bauer, Esquire<br>**NORRIS McLAUGHLIN, P.A.**<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807<br>(908) 722-0700 (Tel)<br>(908) 722-0755 (Fax)<br>*Counsel for Ware Malcomb* | |
| In Re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>　　　　　　　　　　Debtor. | Case No.:　　19-27439 (MBK)<br><br>Chapter:　　11<br><br>Judge:　　Michael B. Kaplan |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Ware Malcomb. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:　　NORRIS McLAUGHLIN, PA
　　　　　　　400 Crossing Boulevard, 8th Floor
　　　　　　　Bridgewater, New Jersey 08807-5933
　　　　　　　Telephone: (908) 722-0700
　　　　　　　Facsimile: (908) 722-0755
　　　　　　　Attn: Morris S Bauer, Esq. (E-mail: msbauer@norris-law.com);

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: November 5, 2019　　　　　　　*/s/ Morris S. Bauer*
　　　　　　　　　　　　　　　　　　　　Morris S. Bauer