**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtor and*
*Debtor-in-Possession*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | Case No. 19-27439 (MBK) |
| Debtor. | |

**DECLARATION AND DISCLOSURE STATEMENT OF** Robert T. Lawless, Esq.
**ON BEHALF OF** Hedinger & Lawless L.L.C.

Robert T. Lawless, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of Hedinger & Lawless, located at 147 Columbia Tpke, Ste 200, Florham Park, NJ (the "Firm").

2. The Debtor has requested that the Firm provide legal services to the Debtor, and the Firm has consented to provide such services.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
09/20/2019 205054266.1

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to the Debtor's Chapter 11 Case, for persons that are parties-in-interest in the Debtor's Chapter 11 Case. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants, employees of the Debtor, or other parties-in-interest in this Chapter 11 Case. The Firm does not and will not perform services for any such persons in connection with this Chapter 11 Case. In addition, the Firm does not have any relationship with any such persons, their attorneys, or accountants that would be adverse to the Debtor or its estates.

4. Neither I, nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or its estate with respect to the matters on which the Firm is to be employed.

6. The Debtor owes the Firm $ 0 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment by the Debtor, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this declaration, if necessary.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Nov. 4, 2019

Name: Robert T. Lawless, Esq.
Title: Member of Hedinger & Lawless L.L.C.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**RETENTION QUESTIONNAIRE**

TO BE COMPLETED BY ORDINARY COURSE PROFESSIONALS EMPLOYED BY THE DEBTOR

Do not file this Questionnaire with the Court. Please return it to:

**LOWENSTEIN SANDLER LLP**
Attn: Bruce Buechler, Esq.
Mary Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3
09/20/2019 205054266.1

If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Hedinger & Lawless L.L.C.

   147 Columbia Turnpike, Suite 200

   Florham Park, NJ 07932

2. Date of retention:

   September 15, 2019

3. Type of services provided (accounting, legal, etc.):

   Legal

4. Brief description of services to be provided:

   Representation of debtor in an arbitration and in a

   litigation pending in the Bankruptcy Court.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly. We have been given a $50,000 retainer.

-2-

(a) Average hourly rate (if applicable):

$350 / hour

(b) Estimated average monthly compensation:

$10,000

6. Prepetition claims against the Debtor held by the firm:

Amount of claim:    0

Date claim arose:    0

Source of claim:    0

7. Prepetition claims against the Debtor held individually by any member, associate, or professional employee of the firm:

Name:    N/A

Status:    N/A

Amount of claim:    N/A

Date claim arose:    N/A

Source of claim:    

-3-

8.  Disclose the nature and provide a brief description of any interest adverse to the Debtor or to its estate with respect to the matters on which the above-named firm is to be employed:

    None

9.  Name and title of individual completing this Retention Questionnaire:

    Member of the L.L.C.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated:  Nov. 4 , 2019

Name:  Robert T. Lawless, Esq.
Title:  Member

-4-