**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
Anthony Sodono III, Esq. (asodono@msbnj.com)
Andrea Dobin, Esq. (adobin@msbnj.com)
*Proposed Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

|  |  |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>                                Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>(Honorable Michael B. Kaplan) |

**CERTIFICATION OF SERVICE**

1.      I, Lisa DiPaolo,

☑      am a legal assistant employed by McManimon, Scotland & Baumann, LLC, proposed attorneys for the Official Committee of Unsecured Creditors (the "Committee") of Hollister Construction Services, LLC in the above-captioned matter.

2.      On October 31, 2019, a copy of the following pleadings and/or documents was sent to the parties listed in the chart below:

a.      Committee's Notice of Motion to Compel Hollister Construction Services, LLC and Paul Belair to Comply With Rule 2004 Subpoenas;

b.      Verified Application; and

c.      Proposed form of Order.

3.      I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                        /s/ Lisa DiPaolo
Dated:  November 5, 2019              LISA DiPAOLO

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>Attn: Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Kenneth A. Rosen, Esq.<br>Arielle Adler, Esq.<br>Joseph DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Mary E. Seymour<br>Lowenstein Sandler, LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | *Counsel to Debtors* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Sommer L. Ross, Esq.<br>Duane Morris LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659 | *Counsel to PNC Bank, National Association (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Robert Nies, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052- | *Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company, Secured Creditor (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Mary Joanne Dowd, Esq.<br>Arent Fox LLP<br>1717 K Street NW<br>Washington, DC 20006 | *Counsel to SBLP Princeton, LLC, a Delaware Limited Liability Company* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Robert M. Hirsh, Esq.<br>Mark A. Bloom, Esq.<br>Arent Fox LLP<br>1301 Avenue of the Americas<br>42nd Floor<br>New York, NY 10019 | *Counsel to SBLP Princeton, LLC, a Delaware Limited Liability Company (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Adrienne C. Rogove, Esq.<br>Josef W. Mintz, Esq.<br>Blank Rome LLP<br>300 Carnegie Center, Suite 220<br>Princeton, NJ  08540 | *Counsel to 640 Columbia Owner LLC (Notice of Appearance filed)* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Peter J. Broege, Esq.<br>Broege Neumann Fischer & Shaver, L.L.C.<br>25 Abe Voorhees Drive<br>Manasquan, NJ  08736 | *Counsel to Encon Mechanical Corp. (Notice of Appearance filed)* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| William G. Wright, Esq.<br>Capehart & Scatchard, P.A.<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel, NJ  08054 | *Counsel to Graybar Electric Company, Inc. (Notice of Appearance filed)* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Albert A. Ciardi, III, Esq.<br>Nicole M. Nigrelli, Esq.<br>Ciardi Ciardi & Astin<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia, PA  19103 | *Counsel to Pentel Drywall, Inc., Delcon Builders, Inc. (Notice of Appearance filed)* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Jeffrey W. Herrmann, Esq.<br>Andrew R. Macklin, Esq.<br>Alex A. Pisarevsky, Esq.<br>Charles R. Cohen, Esq.<br>Cohn Lifland Pearlman Herrmann & Knopf LLP<br>Park 80 West - Plaza One<br>250 Pehle Ave., Suite 401<br>Saddle Brook, NJ  07663 | *Counsel to Pereira Electrical Contracting, Inc. (Notice of Appearance filed)* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Donna L. Thompson, Esq.<br>DL Thompson, Law, PC<br>P.O. Box 679<br>Allenwood, NJ  08720 | *Counsel to Prendimano Electrical Maintenance Col, Inc. t/a PEMCO (Notice of Appearance filed)* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David L. Bruck, Esq.<br>Greenbaum, Rowe, Smith & Davis LLP<br>99 Wood Avenue South<br>Iselin, NJ  08830 | *Counsel to Nomad Framing, LLC (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Alan J. Brody, Esq.<br>Greenberg Traurig, LLP<br>500 Campus Drive<br>Florham Park, NJ  07932 | *Counsel to EWA Moonachie 77, LLC (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Steven B. Smith, Esq.<br>Herrick Feinstein LLP<br>Two Park Avenue<br>New York, NY  10016 | *Counsel to CS Utica & Remsen LLC (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Michael Kahme, Esq.<br>Michael J. Shavel, Esq.<br>Hill Wallack LLP<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ  08543 | *Counsel to Accordia Harrison Urban Renewal, LLC (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Seth Ptasiewicz, Esq.<br>Kroll Heineman Carton<br>Metro Corporate Campus<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ  08830 | *Counsel to New Jersey Building Laborers' Statewide Benefit Funds (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Larry L Miller, Esq.<br>11722 Taneytown Pike<br>Taneytown, MD  21787 | *Counsel to L & W Supply Corporation (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |

4814-8237-8668, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Christopher M. Santomassimo, Esq.<br>Nicoll Davis & Spinella LLP<br>1 Gatehall Drive, Suite 100<br>Parsippany, NJ  07054 | *Counsel for Dancker (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Stephanie L. Jonaitis, Esq.<br>Angelo A. Stio, Esq.<br>Pepper Hamilton LLP<br>301 Carnegie Center, Suite 400<br>Princeton, NJ  08543-5276 | *Counsel to 10 Minerva Place L.P., 10 Minerva Place Housing Development Fund Corporation and 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member, Inc. and 5 Bay Street Phase 3 LLC (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Jay L. Lubetkin, Esq.<br>Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ  07039 | *Counsel to Christopher Johnson and Kieran Flanagan (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Joseph L. Schwartz, Esq.<br>Tara J. Schellhorn, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti LLP<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ  07962 | *Counsel to Newark Warehouse Urban Renewal, LLC; Newark Warehouse Redevelopment Company, LLC; and Edison Construction Management, LLC (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Allen J. Barkin, Esq.<br>Schwartz Barkin & Mitchell<br>1110 Springfield Road<br>P.O. Box 1339<br>Union, NJ  07083-1339 | *Counsel to Drobach Equipment Rental Co. (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |

4814-8237-8668, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David E. Sklar, Esq.<br>Scura, Wigfield, Heyer, Stevens & Cammarota<br>1599 Hamburg Turnpike<br>Wayne, NJ  07470 | *Attorneys for Atlantic Engineering Laboratories of NY, Inc. (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Marguerite M. Schaffer, Esq.<br>Shain Schaffer PC<br>150 Morristown Road, Suite 105<br>Bernardsville, NJ  07924 | *Counsel to Unique Scaffolding, LLC N.A. (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Martin P. Skolnick, Esq.<br>Skolnick Legal Group, P.C.<br>103 Eisenhower Parkway, Suite 305<br>Roseland, NJ  07068 | *Counsel to Stateline Fabricators, LLC, ArchMills LLC d/b/a ArchMills Doors and Hardware (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Benjamin A. Stanziale, Jr.<br>Stanziale & Stanziale, P.C.<br>29 Northfield Avenue, Suite 201<br>West Orange, NJ  07052-5468 | *Counsel to Life Town Inc. (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Danielle Cohen, Esq.<br>Tesser & Cohen<br>946 Main Street<br>Hackensack, NJ  07601 | *Counsel to Herc Rentals, Inc., Samph Contracting, LLC, MDS Construction, Global Development Contractors, LLC, Orion Interiors, Inc., National Fireproofing & Insulation Co., Inc. (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Greg Trif, Esq.<br>Trif Law LLC<br>89 Headquarters Plaza<br>North Tower, Suite 201<br>Morristown, NJ  07960 | *Counsel to Sparwick Contracting, Inc. and Jordano Electric, Inc. and KR Masonry LLC (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |

4814-8237-8668, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Stephen V. Falanga, Esq.<br>Sydney J. Darling, Esq.<br>Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ  07102 | *Counsel to Fairleigh Dickinson University and Schindler Elevator Corporation (Notice of Appearance filed)* | ☑ ECF<br>❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Other _____<br>(as authorized by the court or by rule.) |
| Daniel M. Stolz, Esq.<br>Wasserman, Jurista & Stolz, P.C.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920 | *Counsel to 147 Bloomfield Ave J.V. LLC (Notice of Appearance filed)* | ☑ ECF<br>❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Other _____<br>(as authorized by the court or by rule.) |
| David H. Stein, Esq.<br>Meredith I. Friedman, Esq.<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ  07095 | *Counsel to CTC Academy (Notice of Appearance filed)* | ☑ ECF<br>❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Other _____<br>(as authorized by the court or by rule.) |
| Bryce W. Newell, Esq.<br>Rosenberg & Estis, P.C.<br>733 Third Avenue<br>New York, NY 10017 | *Counsel to LEG Acquisition, LLC (Notice of Appearance filed)* | ☑ ECF<br>❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Other _____<br>(as authorized by the court or by rule.) |
| Carl J. Soranno, Esq.<br>Brach Eichler LLC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | *Counsel for Air Group, LLC (Notice of Appearance filed)* | ☑ ECF<br>❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Other _____<br>(as authorized by the court or by rule.) |
| Grant R. Cornehls, Esq.<br>Warshaw Burstein, LLP<br>575 Lexington Avenue, 7th Floor<br>New York, NY 10022 | *Counsel for Nickerson Corporation (Notice of Appearance filed)* | ☑ ECF<br>❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Other _____<br>(as authorized by the court or by rule.) |

4814-8237-8668, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael J. Stafford, Esq.<br>NordLaw<br>Turnpike Metroplex, Suite 201<br>190 State Highway 18<br>East Brunswick, NJ  08816 | *Counsel for Anvil Craft Corp. (Notice of Appearance filed)* | ☒ ECF<br>❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Other _____<br>　(as authorized by the court or by rule.) |
| Laurence D. Pittinsky, Esq.<br>Rosenberg & Pittinsky, LLP<br>232 Madison Avenue, Suite 906<br>New York, NY 10016 | *Attorneys for Boyd Mechanical, LLC (Notice of Appearance filed)* | ☒ ECF<br>❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Other _____<br>　(as authorized by the court or by rule.) |
| Anthony M. Rainone, Esq.<br>Brach Eichler LLC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | *Counsel for Industrial Maintenance Industries (Notice of Appearance filed)* | ☒ ECF<br>❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Other _____<br>　(as authorized by the court or by rule.) |
| Stuart M. Brown, Esq.<br>DLA Piper LLP (US)<br>51 John F. Kennedy Parkway<br>Suite 120<br>Short Hills, NJ 07078 | *Counsel for FM Construction Group, LLC and Waypoint Hackensack Urban Renewal Owner LLC (Notice of Appearance filed)* | ☒ ECF<br>❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Other _____<br>　(as authorized by the court or by rule.) |
| Philip W. Allogramento III, Esq.<br>Connell Foley LLP<br>56 Livingston Avenue<br>Roseland, NJ 07068 | *Attorneys for FM Construction Group, LLC (Notice of Appearance filed)* | ☒ ECF<br>❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Other _____<br>　(as authorized by the court or by rule.) |
| Michael D. Sirota, Esq.<br>Felice R. Yudkin, Esq.<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | *Attorneys for Newkirk Realty LLC (Notice of Appearance filed)* | ☒ ECF<br>❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Other _____<br>　(as authorized by the court or by rule.) |

4814-8237-8668, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jason C. Manfrey, Esq.<br>Brett Berman, Esq.<br>Fox Rothschild LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103 | *Counsel for Joffe Lumber & Supply Co., Inc. (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br> (as authorized by the court or by rule.) |
| Ilana Volkov, Esq.<br>Pearl Shah, Esq.<br>McGrail & Bensinger LLP<br>888-C 8th Avenue, #107<br>New York, NY 10019 | *Counsel for Kone, Inc. (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br> (as authorized by the court or by rule.) |
| Jeffrey J. Rea, Esq.<br>Rea & Associates, LLC<br>11 Broadway, Second Floor<br>Clark, NJ 07066 | *Counsel for City Contracting, Inc. (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br> (as authorized by the court or by rule.) |
| Joshua A. Zielinski, Esq.<br>R. Brant Forrest, Esq.<br>O'Toole Scrivo, LLC<br>14 Village Park Road<br>Cedar Grove, NJ 07009 | *Counsel for DeSesa Engineering Company, Inc. (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br> (as authorized by the court or by rule.) |
| Edmund J. Campbell, Jr., Esq.<br>Campbell Rocco Law, LLC<br>6 Kings Highway East<br>Haddonfield, NJ 08033 | *Counsel for Glass Systems Tech, LLC (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br> (as authorized by the court or by rule.) |
| James C. DeZao, Esq.<br>Kathy Cehelsky, Esq.<br>Margaret Meade, Esq.<br>Law Office of James C. DeZao, P.A.<br>322 Route 46 West, Suite 120<br>Parsippany, NJ 07054 | *Counsel for Bel-Con Construction Services, LLC and Orange County Superior Concrete (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br> (as authorized by the court or by rule.) |

4814-8237-8668, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rocco A. Cavaliere, Esq.<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway, 11th Floor<br>New York, New York 10018 | *Counsel for Titan Industrial Services Group (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| John O'Boyle, Esq.<br>Brian G. Hannon, Esq.<br>Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, NJ 07631 | *Counsel for Imperial Floors, LLC (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Brian R. Tipton, Esq.<br>Florio Perrucci Steinhardt & Cappelli, LLC<br>235 Broubalow Way<br>Phillipsburg, NJ 08865 | *Counsel for State Line Construction Company, Inc. (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Michael R. Herz, Esq.<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960 | *Counsel for Troon Electric of New Jersey, LLC (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Andrew B. Cohn, Esq.<br>Kaplin Stewart Meloff Reiter & Stein, P.C.<br>910 Harvest Drive<br>PO Box 3037<br>Blue Bell, PA 19422-0765 | *Counsel for Jonasz Precast, Inc. (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |
| Ryan M. Ernst, Esq.<br>O'Kelly Ernst & Joyce, LLC<br>901 N. Market Street, 10th Floor<br>Wilmington, DE 19801 | *Counsel for Lally Pipe, a Division of LB Industries, Inc.* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br>(as authorized by the court or by rule.) |

4814-8237-8668, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mark E. Felger, Esq.<br>Cozen O'Connor<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801 | *Counsel for Ricoh USA, Inc.* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or rule.) |
| Jacob S. Frumkin, Esq.<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | *Counsel for Grand Maujer Development, LLC (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Andrew J. Kelly, Esq.<br>The Kelly Law Firm, .C.<br>1011 Highway 71, Suite 200<br>Spring Lake, NJ 07762 | *Counsel for Schnell Contracting Systems, LLC (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Carol L. Knowlton, Esq.<br>Gorski & Knowlton PC<br>311 Whitehorse Avenue, Suite A<br>Hamilton, NJ 08610 | *Counsel for KSS Architects (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Yale A. Leber, Esq.<br>Rivkin Radler LLP<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, NJ 07601 | *Counsel for RH 537 Building Owner LLC (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Joseph H. Lemkin, Esq.<br>Stark & Stark<br>P.O. Box 5315<br>Princeton, NJ 08543-5315 | *Local Counsel for Fabcon Precast (Notice of Appearance filed)* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |

4814-8237-8668, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Hisham I. Masri, Esq.<br>Reddin Masri, LLC<br>485 Totowa Road<br>Totowa, NJ 07512 | *Counsel for Columbian Iron Works, Inc. (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br> (as authorized by the court or by rule.) |
| Marc D. Miceli, Esq.<br>SM Law PC<br>49 Old Turnpike Road<br>PO Box 530<br>Oldwick, NJ 08858 | *Counsel for P. Cipollini, Inc. t/a Cipollini Roofing (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br> (as authorized by the court or by rule.) |
| Robert Saul Molnar, Esq.<br>1330 Hamburg Turnpike<br>Wayne, NJ 07470 | *Counsel for Starlite Electric LLC (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br> (as authorized by the court or by rule.) |
| Karen M. Murray, Esq.<br>Law Offices of Karen Murray LLC<br>8 East Main Street<br>Moorestown, NJ 08057 | *Counsel for P3 Metals LLC and P. Tamburri Steel, LLC (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br> (as authorized by the court or by rule.) |
| Melissa A. Pena, Esq.<br>Norris McLaughlin, P.A.<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807 | *Counsel for Target Fire Protection (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br> (as authorized by the court or by rule.) |
| Richard E. Weltman, Esq.<br>Michele K. Jaspan, Esq.<br>Weltman & Moskowitz, LLP<br>18 Columbia Turnpike, Suite 200<br>Florham Park, NJ 07932 | *Counsel for Reliance Mechanical, Inc. (Notice of Appearance filed)* | ☑ ECF<br>❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Other _____<br> (as authorized by the court or by rule.) |

4814-8237-8668, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mitchell Malzberg, Esq.<br>Law Offices of Mitchell J. Malzberg, LLC<br>6 E. Main Street, Suite 7<br>Clinton, NJ 08809 | *Counsel for Vector Structural Preservation Corp.* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |
| Darren R. Marks, Esq.<br>Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.<br>377 Broadway, 7th Floor<br>New York, NY 10013 | *Counsel for Accordia Harrison Urban Renewal, LLC* | ☑ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court or by rule.) |

4814-8237-8668, v. 1