**TESSER & COHEN**
946 Main Street
Hackensack, New Jersey 07601
(201) 343-1100
Lee M. Tesser, Esq.
Danielle Cohen, Esq.
*Attorneys for Herc Rentals, Inc., Samph Contracting,
LLC, MDS Construction, Global Development
Contractors, LLC, Orion Interiors, Inc., and National
Fireproofing & Insulation Co., Inc.*

| In Re: | Adv. No.: | 19-27439-MBK |
|---|---|---|
| HOLLISTER CONSTRUCTION SERVICES, LLC | Hearing Date: | 11 |
| | Judge: | Michael Kaplan |

## CERTIFICATION OF SERVICE

1. I, Doris DeLucia,

    ☒ am the secretary/paralegal for Tesser & Cohen., who represents MDS Construction in this matter.

2. On October 21, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    a. MDS Construction Corp.'s Joinder in City Contracting, Inc.'s Motion to Modify Stay to Permit Commencement and Prosecution of Construction Lien Claim Foreclosure Action; and

    b. Certification in Support of Motion for Relief from the Automatic Stay.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   November 6, 2019            */s/ Doris DeLucia*
                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>Attn: Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other *Click or tap here to enter text.*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kenneth A. Rosen, Esq.<br>Arielle Adler, Esq.<br>Joseph DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Mary E. Seymour<br>Lowenstein Sandler, LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | *Counsel to Debtors* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other *Click or tap here to enter text.*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sommer L. Ross, Esq.<br>Duane Morris LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659 | *Counsel to PNC Bank, National Association* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other *Click or tap here to enter text.*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert Nies, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052 | *Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company, Secured Creditor* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other *Click or tap here to enter text.*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mary Joanne Dowd, Esq.<br>Arent Fox LLP<br>1717 K Street NW<br>Washington, DC 20006 | *Counsel to SBLP Princeton, LLC, a Delaware Limited Liability Company* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other *Click or tap here to enter text.*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert M. Hirsh, Esq.<br>Mark A. Bloom, Esq.<br>Arent Fox LLP<br>1301 Avenue of the Americas<br>42nd Floor<br>New York, NY 10019 | *Counsel to SBLP Princeton, LLC, a Delaware Limited Liability Company* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text. (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Adrienne C. Rogove, Esq.<br>Josef W. Mintz, Esq.<br>Blank Rome LLP<br>300 Carnegie Center, Suite 220<br>Princeton, NJ 08540 | *Counsel to 640 Columbia Owner LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Peter J. Broege, Esq.<br>Broege Neumann Fischer & Shaver, L.L.C.<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | *Counsel to Encon Mechanical Corp.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William G. Wright, Esq.<br>Capehart & Scatchard, P.A.<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel, NJ 08054 | *Counsel to Graybar Electric Company, Inc.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert A. Ciardi, III, Esq.<br>Nicole M. Nigrelli, Esq.<br>Ciardi Ciardi & Astin<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia, PA 19103 | *Counsel to Pentel Drywall, Inc., Delcon Builders, Inc.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeffrey W. Herrmann, Esq.<br>Andrew R. Macklin, Esq.<br>Alex A. Pisarevsky, Esq.<br>Charles R. Cohen, Esq.<br>Cohn Lifland Pearlman Herrmann & Knopf LLP<br>Park 80 West - Plaza One<br>250 Pehle Ave., Suite 401<br>Saddle Brook, NJ 07663 | *Counsel to Pereira Electrical Contracting, Inc.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Donna L. Thompson, Esq.<br>DL Thompson, Law, PC<br>P.O. Box 679<br>Allenwood, NJ 08720 | *Counsel to Prendimano Electrical Maintenance Col, Inc. t/a PEMCO* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David L. Bruck, Esq.<br>Greenbaum, Rowe, Smith & Davis LLP<br>99 Wood Avenue South<br>Iselin, NJ 08830 | *Counsel to Nomad Framing, LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alan J. Brody, Esq.<br>Greenberg Traurig, LLP<br>500 Campus Drive<br>Florham Park, NJ 07932 | *Counsel to EWA Moonachie 77, LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven B. Smith, Esq.<br>Herrick Feinstein LLP<br>Two Park Avenue<br>New York, NY 10016 | *Counsel to CS Utica & Remsen LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael Kahme, Esq.<br>Michael J. Shavel, Esq.<br>Hill Wallack LLP<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543 | *Counsel to Accordia Harrison Urban Renewal, LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Seth Ptasiewicz, Esq.<br>Kroll Heineman Carton<br>Metro Corporate Campus<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ 08830 | *Counsel to New Jersey Building Laborers' Statewide Benefit Funds* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Larry L Miller, Esq.<br>11722 Taneytown Pike<br>Taneytown, MD 21787 | *Counsel to L & W Supply Corporation* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Christopher M. Santomassimo, Esq.<br>Nicoll Davis & Spinella LLP<br>1 Gatehall Drive, Suite 100<br>Parsippany, NJ 07054 | *Counsel for Dancker* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stephanie L. Jonaitis, Esq.<br>Angelo A. Stio, Esq.<br>Pepper Hamilton LLP<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543-5276 | *Counsel to 10 Minerva Place L.P., 10 Minerva Place Housing Development Fund Corporation and 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member, Inc. and 5 Bay Street Phase 3 LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jay L. Lubetkin, Esq.<br>Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039 | *Counsel to Christopher Johnson and Kieran Flanagan* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph L. Schwartz, Esq.<br>Tara J. Schellhorn, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti LLP<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962 | *Counsel to Newark Warehouse Urban Renewal, LLC; Newark Warehouse Redevelopment Company, LLC; and Edison Construction Management, LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Allen J. Barkin, Esq.<br>Schwartz Barkin & Mitchell<br>1110 Springfield Road<br>P.O. Box 1339<br>Union, NJ 07083-1339 | *Counsel to Drobach Equipment Rental Co.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David E. Sklar, Esq.<br>Scura, Wigfield, Heyer, Stevens & Cammarota<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | *Attorneys for Atlantic Engineering Laboratories of NY, Inc.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marguerite M. Schaffer, Esq.<br>Shain Schaffer PC<br>150 Morristown Road, Suite 105<br>Bernardsville, NJ 07924 | *Counsel to Unique Scaffolding, LLC N.A.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Martin P. Skolnick, Esq.<br>Skolnick Legal Group, P.C.<br>103 Eisenhower Parkway, Suite 305<br>Roseland, NJ 07068 | *Counsel to Stateline Fabricators, LLC, ArchMills LLC d/b/a ArchMills Doors and Hardware* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Benjamin A. Stanziale, Jr.<br>Stanziale & Stanziale, P.C.<br>29 Northfield Avenue, Suite 201<br>West Orange, NJ 07052-5468 | *Counsel to Life Town Inc.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Greg Trif, Esq.<br>Trif Law LLC<br>89 Headquarters Plaza<br>North Tower, Suite 201<br>Morristown, NJ 07960 | *Counsel to Sparwick Contracting, Inc. and Jordano Electric, Inc. and*<br>*KR Masonry LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stephen V. Falanga, Esq.<br>Sydney J. Darling, Esq.<br>Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102 | *Counsel to Fairleigh Dickinson University and Schindler Elevator Corporation* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel M. Stolz, Esq.<br>Wasserman, Jurista & Stolz, P.C.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920 | *Counsel to 147 Bloomfield Ave J.V. LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David H. Stein, Esq.<br>Meredith I. Friedman, Esq.<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ 07095 | *Counsel to CTC Academy* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bryce W. Newell, Esq.<br>Rosenberg & Estis, P.C.<br>733 Third Avenue<br>New York, NY 10017 | *Counsel to LEG Acquisition, LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carl J. Soranno, Esq.<br>Brach Eichler LLC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | *Counsel for Air Group, LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Grant R. Cornehls, Esq.<br>Warshaw Burstein, LLP<br>575 Lexington Avenue, 7th Floor<br>New York, NY 10022 | *Counsel for Nickerson Corporation* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael J. Stafford, Esq.<br>NordLaw<br>Turnpike Metroplex, Suite 201<br>190 State Highway 18<br>East Brunswick, NJ 08816 | *Counsel for Anvil Craft Corp.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Laurence D. Pittinsky, Esq.<br>Rosenberg & Pittinsky, LLP<br>232 Madison Avenue, Suite 906<br>New York, NY 10016 | *Attorneys for Boyd Mechanical, LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony M. Rainone, Esq.<br>Brach Eichler LLC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | *Counsel for Industrial Maintenance Industries* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stuart M. Brown, Esq.<br>DLA Piper LLP (US)<br>51 John F. Kennedy Parkway<br>Suite 120<br>Short Hills, NJ 07078 | *Counsel for FM Construction Group, LLC and Waypoint Hackensack Urban Renewal Owner LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Philip W. Allogramento III, Esq.<br>Connell Foley LLP<br>56 Livingston Avenue<br>Roseland, NJ 07068 | *Attorneys for FM Construction Group, LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota, Esq.<br>Felice R. Yudkin, Esq.<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | *Attorneys for Newkirk Realty LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jason C. Manfrey, Esq.<br>Brett Berman, Esq.<br>Fox Rothschild LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103 | *Counsel for Joffe Lumber & Supply Co., Inc.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ilana Volkov, Esq.<br>Pearl Shah, Esq.<br>McGrail & Bensinger LLP<br>888-C 8th Avenue, #107<br>New York, NY 10019 | *Counsel for Kone, Inc.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey J. Rea, Esq.<br>Rea & Associates, LLC<br>11 Broadway, Second Floor<br>Clark, NJ 07066 | *Counsel for City Contracting, Inc.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joshua A. Zielinski, Esq.<br>R. Brant Forrest, Esq.<br>O'Toole Scrivo, LLC<br>14 Village Park Road<br>Cedar Grove, NJ 07009 | *Counsel for DeSesa Engineering Company, Inc.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edmund J. Campbell, Jr., Esq.<br>Campbell Rocco Law, LLC<br>6 Kings Highway East<br>Haddonfield, NJ 08033 | *Counsel for Glass Systems Tech, LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| James C. DeZao, Esq.<br>Kathy Cehelsky, Esq.<br>Margaret Meade, Esq.<br>Law Office of James C. DeZao, P.A.<br>322 Route 46 West, Suite 120<br>Parsippany, NJ 07054 | *Counsel for Bel-Con Construction Services, LLC and Orange County Superior Concrete* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rocco A. Cavaliere, Esq.<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway, 11th Floor<br>New York, New York 10018 | *Counsel for Titan Industrial Services Group* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian R. Tipton, Esq.<br>Florio Perrucci Steinhardt & Cappelli, LLC<br>235 Broubalow Way<br>Phillipsburg, NJ 08865 | *Counsel for State Line Construction Company, Inc.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael R. Herz, Esq.<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960 | *Counsel for Troon Electric of New Jersey, LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ryan M. Ernst, Esq.<br>O'Kelly Ernst & Joyce, LLC<br>901 N. Market Street, 10th Floor<br>Wilmington, DE 19801 | *Counsel for Lally Pipe, a Division of LB Industries, Inc.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Cohn, Esq.<br>Kaplin Stewart Meloff Reiter & Stein, P.C.<br>910 Harvest Drive<br>PO Box 3037<br>Blue Bell, PA 19422-0765 | *Counsel for Jonasz Precast, Inc.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark E. Felger, Esq.<br>Cozen O'Connor<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801 | *Counsel for Ricoh USA, Inc.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jacob S. Frumkin, Esq.<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | *Counsel for Grand Maujer Development, LLC (* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew J. Kelly, Esq.<br>The Kelly Law Firm, .C.<br>1011 Highway 71, Suite 200<br>Spring Lake, NJ 07762 | *Counsel for Schnell Contracting Systems, LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carol L. Knowlton, Esq.<br>Gorski & Knowlton PC<br>311 Whitehorse Avenue, Suite A<br>Hamilton, NJ 08610 | *Counsel for KSS Architects* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Yale A. Leber, Esq.<br>Rivkin Radler LLP<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, NJ 07601 | *Counsel for RH 537 Building Owner LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph H. Lemkin, Esq.<br>Stark & Stark<br>P.O. Box 5315<br>Princeton, NJ 08543-5315 | *Local Counsel for Fabcon Precast* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hisham I. Masri, Esq.<br>Reddin Masri, LLC<br>485 Totowa Road<br>Totowa, NJ 07512 | *Counsel for Columbian Iron Works, Inc.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marc D. Miceli, Esq.<br>SM Law PC<br>49 Old Turnpike Road<br>PO Box 530<br>Oldwick, NJ 08858 | *Counsel for P. Cipollini, Inc. t/a Cipollini Roofing* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert Saul Molnar, Esq.<br>1330 Hamburg Turnpike<br>Wayne, NJ 07470 | *Counsel for Starlite Electric LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Karen M. Murray, Esq.<br>Law Offices of Karen Murray LLC<br>8 East Main Street<br>Moorestown, NJ 08057 | *Counsel for P3 Metals LLC and P. Tamburri Steel, LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Melissa A. Pena, Esq.<br>Norris McLaughlin, P.A.<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807 | *Counsel for Target Fire Protection* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard E. Weltman, Esq.<br>Michele K. Jaspan, Esq.<br>Weltman & Moskowitz, LLP<br>18 Columbia Turnpike, Suite 200<br>Florham Park, NJ 07932 | *Counsel for Reliance Mechanical, Inc.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mitchell Malzberg, Esq.<br>Law Offices of Mitchell J. Malzberg, LLC<br>6 E. Main Street, Suite 7<br>Clinton, NJ 08809 | *Counsel for Vector Structural Preservation Corp.* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Darren R. Marks, Esq.<br>Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.<br>377 Broadway, 7th Floor<br>New York, NY 10013 | *Counsel for Accordia Harrison Urban Renewal, LLC* | ☒ ECF<br>☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sam Della Fera, Jr., Esq.<br>Joshua H. Raymond, Esq.<br>Anthony Sodono III, Esq.<br>Andrea Dobin, Esq.<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068 | *Proposed Attorneys for Official Committee of Unsecured Creditors of Hollister Construction Services, LLC* | ☒ ECF<br><br>☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other Click or tap here to enter text.(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*