**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Jacob S. Frumkin, Esq.
jfrumkin@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Attorneys for Grand Maujer Development, LLC*

| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HONORABLE MICHAEL B. KAPLAN CASE NO. 19-27439<br><br>Chapter 11 |
|---|---|

## CERTIFICATION OF SERVICE

I, FRANCES PISANO,

☐ represent the _____ in the above-captioned matter.

☒ am employed as a paralegal with the law firm of Cole Schotz P.C., counsel for Grand Maujer Development, LLC.

☐ am the _____ in the above case and am representing myself.

1. On November 4, 2019, this office caused copies of the following pleadings and/or documents to be served on the parties listed in the chart below, using the mode of service as indicated:

   A. Notice of Grand Maujer Deveopment, LLC's Motion for Entry of an Order Confirming that the Automatic Stay Applied to Pending State Court Action Only as to Claims Asserted Directly Against Debtor [Docket No. 401];

57718/0001-18101503v1

B.  Application in Support of Grand Maujer Development, LLC's Motion for Entry of an Order Confirming that the Automatic Stay Applies to Pending State Court Action Only as to Claims Asserted Directly Against Debtor [Docket No. 401-1];

C.  Certification of Adam J. Sklar, Esq. in Support of Grand Maujer Development LLC's Motion for Entry of an Order Confirming that the Automatic Stay Applies to Pending State Court Action Only as to Debtor, with Exhibits [Docket No. 401-2 – 401-7];

D.  Proposed form of Order Confirming that the Automatic Stay Applies to Pending State Court Action Only as to Claims Asserted Directly Against Debtor [Docket No. 401-8]; and

E.  Signed Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 404, with supporting Application [Docket No. 402].

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Stephanie L. Jonaitis<br>Pepper Hamilton LLP<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543-5276 | Attys. For Interested Parties | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Angelo Anthony Stio, Esq.<br>Pepper Hamilton LLP<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543-5276 | Attys. For Interested Parties | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Daniel Stolz<br>Wasserman Jurista & Stolz<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920 | Attorneys for 147 Bloomfield Ave J.V. LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Adrienne C. Rogove<br>Blank Rome LLP<br>300 Carnegie Center, Suite 202<br>Princeton, NJ 08540 | Attys. For 640 Columbia Owner LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Michael Kahme<br>Hill Wallack LLP<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543-5226 | Attorneys for Accordia Harrison Urban Renewal LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |

57718/0001-18101503v1

| | | |
|---|---|---|
| Michael J. Shavel<br>Hill Wallack LLP<br>777 Township Line Road, Suite 250<br>Yardley, PA 19067-5566 | Attorneys for Accordia Harrison Urban Renewal LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Lawrence B. Diener<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | Attys. For Advanced Scoffold Services, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other – Federal Express<br>(as authorized by the court*) |
| Carl J. Soranno<br>Brach Eichler LLC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | Attys. For Air Group, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| David E. Sklar<br>Scura Wigfield Heyer & Stevens LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Attys. For All Brands Elevator Industries, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Michael Stafford<br>NordLaw<br>190 State Highway 18<br>Turnpike Metroplex, Suite 201<br>East Brunswick, NJ 08816 | Attys. For Anvil Craft Corp. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Robert E. Nies<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052 | Attys. For Arch Insurance Company and Arch Reinsurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |

57718/0001-18101503v1

| Name/Address | Representing | Method |
|---|---|---|
| Martin P. Skolnick<br>Court Plaza South – East Wing<br>21 Main Street, Suite 306<br>Hackensack, NJ 07601 | Attys. For Archmills LLC d/b/a ArchMills Doors and Hardware | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Donald B. Veix, Jr.<br>VeixLaw, PLLC<br>P.O. Box 54<br>95 W. Court Street<br>Doylestown, PA 18901 | Attys. For Bohler Engineering NY PLLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Laurence D. Pittinsky<br>Rosenberg & Pittinsky LLP<br>232 Madison Avenue, Suite 906<br>New York, NY 10016 | Attys. For Boyd Mechanical LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Bridge Builders Newark LLC<br>c/o Karen Marques<br>211 Warren Street<br>Newark, NJ 07103 | Interested Party | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other – Federal Express<br>(as authorized by the court*) |
| Steven B. Smith<br>Herrick Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016 | Attys. For CS Utica & Remsen LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Meredith I. Friedman<br>Wilentz Goldman & Spitzer P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ 07095 | Attys. For CTC Academy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |

| | | |
|---|---|---|
| David H. Stein<br>Wilentz Goldman & Spitzer<br>90 Woodbridge Center Drive<br>P.O. Box 10<br>Woodbridge, NJ 07095 | Attys. For CTC Academy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Jeffrey J, Rea<br>Rea & Associates LLC<br>11 Broadway, 2nd Floor<br>Clark, NJ 07066 | Attys. For City Contracting, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Hisham I. Masri<br>Reddin Masri, LLC<br>485 Totowa Road<br>Totowa, NJ 07512 | Attys. For Columbian Iron Works, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Commonwealth of Pennsylvania<br>Dept. of Labor and Industry<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other – Federal Express<br>(as authorized by the court*) |
| Joseph H. Lemkin<br>Stark & Stark<br>993 Lenox Drive, Building 2<br>Lawrenceville, NJ 08648 | Attys. For Conewago Enterprises, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Christopher M. Santomassimo<br>Nicoll Davis & Spinella LLP<br>95 Route 17 South, Suite 316<br>Paramus, NJ 07652 | Attys. For Dancker | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Joshua A. Zielinski<br>O'Toole Scrivo Fernandez Weiner Van Lieu<br>14 Village Park Road<br>Cedar Grove, NJ 07009 | Attys. For DeSesa Engineering Company, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Albert A. Ciardi, III<br>Ciardi Ciardi & Astin PC<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia, PA 19103 | Attys. For Delcon Builders, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Nicole M. Nigrelli<br>Ciardi Ciardi & Astin PC<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia, PA 19103 | Attys. For Delcon Builders, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Allen J. Barkin<br>Schwartz Barkin & Mitchell<br>1110 Springfield Road<br>P.O. Box 1339<br>Union, NJ 07083 | Attys. For Drobach Equipment Rental Co. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Alan J. Brody<br>Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932 | Attys. For EWA Moonachie 77, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Joseph L. Schwartz<br>Riker Danzig Scherer Hyland Perretti<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07960 | Attys. For Edison Construction Management | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |

57718/0001-18101503v1

| | | |
|---|---|---|
| Peter Broege<br>Broege Neumann Fischer & Shaver<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | Attys. For Encon Mechanical Corp. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Philip William Allogramento<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, NJ 07068 | Attys. For Environmental Devices, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Brian Bisignani<br>Post & Schell<br>1869 Charter Lane, Suite 102<br>P.O. Box 10248<br>Lancaster, PA 17605-0248 | Attys. For Fabcon Precast | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other – Federal Express<br>(as authorized by the court*) |
| Sydney J. Darling<br>Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street, Suite 15th Fl<br>Newark, NJ 07102 | Attys. For Fairleigh Dickinson University | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Stephen V. Falanga<br>Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street, Suite 15th Fl<br>Newark, NJ 07102 | Attys. For Fairleigh Dickinson University | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Jay L. Lubetkin<br>Rabinowitz Lubetkin & Tully LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, Nj 07039 | Attys. For Kieran Flanagan | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Brian Craig<br>400 Garden City Plaza<br>Garden City, NY 11530 | Attys. For Fort Hill Industries, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other – Federal Express<br>(as authorized by the court*) |
| Edmund Campbell<br>Campbell Rocco Law<br>2701 Renaissance Boulevard, 4th Fl<br>King of Prussia, PA 19406 | Attys. For Glass Systems Tech LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Danielle Cohen<br>Tesser & Cohen<br>946 Main Street<br>Hackensack, NJ 07601 | Attys. For Global Development Contractors, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| William G. Wright<br>Capehart & Scatchard PA<br>8000 Midlantic Drive, Suite 300S<br>Mt. Laurel, NJ 08054 | Attys. For Graybar Electric Company, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Arielle Adler<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Attys. For Hollister Construction Services LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Kenneth A. Rosen<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Attys. For Hollister Construction Services LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Mary E. Seymour<br>Lowenstein Sandler<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Attys. For Hollister Construction Services LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Brian Gregory Hannon<br>Law Office of Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, NJ 07631 | Attys. For Imperial Floors, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| John O'Boyle<br>Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, NJ 07831 | Attys. For Imperial Floors, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Anthony M. Rainone<br>Brach Eichler LLC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | Attys. For Industrial Maintenance Industries | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Gary M. Kushner<br>Goetz Fitzpatrick LLP<br>One Penn Plaza, 3rd Floor<br>New York, NY 10019 | Attys. For Infinity Painting Co., Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other – Federal Express<br>(as authorized by the court*) |
| Jason C. Manfrey<br>Fox Rothschild LLP<br>20000 Market Street, 20th Fl<br>Philadelphia, PA 19103-3222 | Attys. For Joffe Lumber & Supple Co., Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Andrew B. Cohn<br>Kaplin Stewart Meloff Reiter & Stein<br>910 Harvest Drive<br>P.O. Box 3037<br>Blue Bell, PA 19422 | Attys. For Jonasz Precast Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Greg Trif<br>Trif Law LLC<br>89 Headquarters Plaza North<br>Suite 201<br>Morristown, NJ 07960 | Attys. For Jordano Electric Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Carol L. Knowlton<br>Gorski & Knowlton PC<br>311 Whitehorse Avenue, Suite A<br>Hamilton, NJ 08610 | Attys. For KSS Architects | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Pearl Shah<br>McGrail & Bensinger LLP<br>888-C 8th Avenue, Suite 107<br>New York, Ny 10019 | Attys. For Kone, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Ilana Volkov<br>McGrail & Bensinger LLP<br>888-C 8th Avenue, Suite 107<br>New York, NY 10019 | Attys. For Kone, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Larry L. Miller<br>Larry L. Miller, Esq.<br>1423 State Road<br>Duncannon, PA 17020 | Attys. For L & W Supply Corporation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Bryce Wallace Newell<br>Rosenberg & Estis PC<br>733 Third Avenue<br>New York, NY 10017 | Attys. For LEG Acquisition LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Benjamin A. Stanziale, Jr.<br>Stanziale & Stanziale PC<br>29 Northfield Avenue, Suite 201<br>West Orange, NJ 07052 | Attys. For Life Town Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Seth Ptasiewicz<br>Kroll Heineman Carton LLC<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ 08830 | Attys. For New Jersey Building Laborers Statewide Benefit Funds | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Grant Cornehls<br>Warshaw Burstein LLP<br>575 Lexington Avenue<br>New York, NY 10022 | Attys. For Nickerson Corporation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| David L. Bruck<br>Greenbaum Rowe Smith<br>P.O. Box 5600<br>Woodbridge, NJ 07095 | Attys. For Nomad Framing LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Sam Della Fera<br>McManimon Scotland & Baumann LLC<br>75 Livingston Avenue<br>Roseland, NJ 07068 | Attys. For Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Andrea Dobin<br>McManimon Scotland & Baumann LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Attys. For Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Joshua H. Raymond<br>McManimon Scotland & Baumann LLC<br>75 Livingston Avenue<br>Roseland, NJ 07068 | Attys. For Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Anthony Sodono III<br>McManimon Scotland & Baumann LLC<br>75 Livingston Avenue<br>Roseland, NJ 07068 | Attys. For Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Karen M. Murray<br>Law Offices of Karen Murray LLC<br>8 East Main Street<br>Moorestown, Nj 08057 | Attys. For P. Tamburi Steel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Sommer Leigh Ross<br>Duane Morris LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801 | Attys. For PNC Bank, National Association | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Charles R. Cohen<br>Cohn Lifland Pearlman Herrmann & Knofp LLP<br>Park 80 West – Plaza One<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, NJ 07663 | Attys. For Pereira Electrical Contracting, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |

57718/0001-18101503v1

| | | |
|---|---|---|
| Jeffrey W. Herrmann<br>Cohn Lifland Pearlman Herrmann<br>Park 80 Plaza West One<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, NJ 07663 | Attys. For Pereira Electrical Contracting, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Andrew R. Macklin<br>Cohn Lifland Pearlman Herrmann<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, NJ 07663 | Attys. For Pereira Electrical Contracting, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Alex A. Pisarevsky<br>Cohn Lifland Pearlman Herrmann<br>Park 80 West – Plaza One<br>250 Plaza One, Suite 401<br>Saddle Brook, NJ 07663 | Attys. For Pereira Electrical Contracting, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Donna L. Thompson<br>Donna L. Thompson, Esq.<br>P.O. Box 679<br>Allenwood, NJ 08720 | Attys. For Prendimano Electrical Maintenance Co. t/a PEMCO | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Marc D. Miceli<br>SM Law PC<br>P.O. Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858 | Attys. For R. Cipollini, Inc. t/a Cipollini Roofing | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Yale A. Leber<br>Rivkin Radler LLP<br>25 Main Street<br>Court Plaza North<br>Hackensack, NJ 07601 | Attys. For RH 537 Building Owner LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Richard E. Weltman<br>18 Columbia Turnpike<br>Suite 200<br>Florham Park, NJ 07932 | Attys. For Reliance Mechanical, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Robert M. Hirsh<br>Arent Fox LLP<br>1301 Avenue of the Americas, Floor 42<br>New York, Ny 10019 | Attys. For SBLP Princeton LLP | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Andrew J. Kelly<br>The Kelly Firm, P.C.<br>Coast Capital Building<br>1011 Highway 71, Suite 200<br>Spring Lake, NJ 07762 | Attys. For Schnell Contracting Systems, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Robert Saul Molnar<br>1330 Hamburg Turnpike<br>Wayne, NJ 07470 | Attys. For Starlite Electric LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Brian R. Tipton<br>Florio Perrucci Steinhardt & Fader<br>235 Broubalow Way<br>Phillipsburg, NJ 08865 | Attys. For State Line Construction Company, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Melissa A. Pena<br>Norris McLaughlin PA<br>875 Third Avenue<br>Suite 8th Floor<br>New York, NY 10022 | Attys. For Sunstone Hotels Morristown LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |

57718/0001-18101503v1

| | | |
|---|---|---|
| Rocco A. Cavaliere<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway, 11th Floor<br>New York, NY 10018 | Attys. For Titan Industrial Services Corp. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Michael R. Herz<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960 | Attys. For Troon Electric of New Jersey LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Lauren Bielskie<br>Office of the U.S. Trustee<br>Department of Justice<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Marguereite Schaffer<br>Shain Schaffner & Rafanello PC<br>150 Morristown Road, Suite 105<br>Bernardsville, NJ 07924 | Attys. For Unique Scaffolding, LLC c/o Marguerite M. Unique Scaffolding Systems, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Mitchell Malzberg<br>Law Offices of Mitchell J. Malzberg LLC<br>P.O. Box 5122<br>6 E. Main Street, Suite 7<br>Clinton, NJ 08809 | Attys. For Vector Structural Preservation Corp. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Stuart M. Brown<br>1201 North Market Street<br>Suite 2100<br>Wilmington, DE 19801 | Attys. For Waypoint Hackensack Urban Renewal Owner LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |

57718/0001-18101503v1

| | | |
|---|---|---|
| James C. Dezao, III<br>Law Offices of James C. Dezao, PA<br>322 Route 46 West, Suite 120<br>Parsippany, NJ 07054 | Attys. For Antonio Zarfino | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other – Federal Express<br>(as authorized by the court*) |
| Jennifer V. Doran<br>Hinckley Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109-1775 | Attys. For Ocean Steel Corporation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other – Federal Express<br>(as authorized by the court*) |
| Shawn M. Christianson<br>Buchalter, A Professional Corporation<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493 | Attys. For Oracle America, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other – Federal Express<br>(as authorized by the court*) |
| John Westermann, Esq.<br>Mickee M. Hennessy<br>Westermann Ball Ederer Miller Zucker<br>& Sharfstein LLP<br>1201 RXR Plaza<br>Uniondale, NY 11556 | Attys. For Veteran's Road SPE, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other – Federal Express<br>(as authorized by the court*) |

2. In addition to the methods of service set forth herein, all interested parties who have requested electronic notification filings via the Bankruptcy Court's CM/ECF system in the above matter were sent notice of the above-referenced documents via electronic service on November 1st and 4th, 2019.

Dated: November 6, 2019                             */s/ Frances Pisano*
                                                                        Signature

57718/0001-18101503v1