**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 7, 2019 AT 11:30 A.M. (ET)**

**CONTESTED MATTERS GOING FORWARD**

1. Debtor's Motion For Entry Of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling A Final Hearing, And (D) Granting Related Relief [Docket No. 14; Filed 9/11/19].

    Related Documents:

    a) Application for Expedited Consideration of First Day Matters [Docket No. 16; Filed 9/11/19]

    b) Order regarding Debtor's Application for Expedited Consideration of First Day Matters [Docket No. 20; Entered 9/11/19]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

c)   Affidavit of Service filed by Prime Clerk LLC [Docket No. 47; Filed 9/13/19]

d)   First Interim Order (I) Authorizing The Use Of Cash Collateral, ((II) Granting Adequate Protection, (III) Scheduling A Final Hearing And, (IV) Granting Related Relief [Docket No. 90; Entered 9/16/19]

e)   Affidavit of Service filed by Prime Clerk LLC [Docket No. 128; Filed 9/20/19]

f)   Notice of Filing of Proposed Second Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and, (IV) Granting Related Relief [Docket No. 147; Filed 9/23/19]

g)   Second Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and, (IV) Granting Related Relief [Docket No. 158; Entered 9/25/19]

h)   Affidavit of Service filed by Prime Clerk LLC [Docket No. 164; Filed 9/25/19]

i)   Affidavit of Service filed by Prime Clerk LLC [Docket No. 194; Filed 9/30/19]

j)   Third Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and, (IV) Granting Related Relief [Docket No. 219; Entered 10/2/19]

k)   Notice of Filing Of Proposed Fourth Interim Order (I) Authorizing The Use Of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling A Final Hearing And (IV) Granting Related Relief [Docket No. 267; Filed 10/7/19]

l)   Fifth Interim Order (I) Authorizing The Use Of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling A Final Hearing And (IV) Granting Related Relief [Docket No. 359; Entered 10/22/19]

<u>Objection Deadline</u>: October 1, 2019 at 4:00 p.m. (ET).

<u>Responses Received</u>:

m)   Arch Insurance Company and Arch Reinsurance Company's Limited Objection to Limited Objection to Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 32; Filed 9/12/19]

n)   Jordan Electric Inc.'s Limited Objection to Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B)

                Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 72; Filed 9/15/19]

o)    Delcon Builders, Inc. and Pentel Drywall, Inc.'s Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 73; Filed 9/15/19]

p)    Sparwick Contracting Inc.'s Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No 86; Filed 9/16/19]

q)    10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation's Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 141; Filed 9/23/19]

r)    5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC's Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 142; Filed 9/23/19]

s)    Delcon Builders, Inc. and Pentel Drywall, Inc.'s Supplemental Objection and Reservation of Rights To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 143; Filed 9/23/19]

t)    Nomad Framing Inc.'s Objection and Reservation of Rights to Debtor's Continued Motion for Use of Cash Collateral [Docket No. 179; Filed 9/27/19]

u)    DeSesa Engineering Company, Inc.'s Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 211; Filed 10/2/19

v)    Objection and Reservation of Rights By Nomad Framing LLC with Respect to Debtor's Fourth Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral; (B) Granting Adequate Protection; (C) Scheduling Final Hearing; And (D) Granting Related Relief [Docket No 268; Filed 10/7/19]

<u>Status</u>:  This matter is going forward.

2.     Motion of Sunstone Hotels Morristown, LLC For An Order (I) Granting Sunstone Hotels Morristown, LLC Relief From The Automatic Stay To Terminate GMP Contract Or, In The Alternative, (II) Compelling The Debtor To Immediately Reject GMP Contract, And (III) For Related Relief (the "<u>Sunstone Hotels Stay Relief Motion</u>" [Docket No. 356; Filed 10/22/19].

    <u>Related Documents</u>:

    a)     Application to Shorten Time on Sunstone Hotels Stay Relief Motion [Docket No. 357; Filed 10/22/19]

    b)     Order Granting Application to Shorten Time on Sunstone Hotels Stay Relief Motion [Docket No. 358; Entered 10/22/19]

    c)     Notice of Motion on Sunstone Hotels Stay Relief Motion [Docket No. 361; Filed 10/22/19] Notice of Motion on Sunstone Hotels Stay Relief Motion [Docket No. 363; Filed 10/23/19]

    <u>Objection Deadline</u>: November 4, 2019 at 4:00 p.m. (ET).

    <u>Responses Received</u>:

    d)     Limited Objection to Sunstone Hotels Stay Relief Motion filed by PNC Bank, National Association [Docket No. 415; Filed 11/5/19]

    e)     Debtor's Limited Objection to Sunstone Hotels Stay Relief Motion [Docket No. 416; Filed 11/5/19]

    <u>Status</u>: This matter is going forward.

3.     Motion for an Order Confirming Automatic Stay is Not in Effect Filed by Grand Maujer Development, LLC (the "<u>Grand Maujer Stay Motion</u>") [Docket No. 401; Filed 11/1/19]

    <u>Related Documents</u>:

    a)     Application for Order Shortening Time on Grand Maujer Stay Motion [Docket No. 402; Filed 11/1/19]

    b)     Order Granting Application to Shorten Time on Grand Maujer Stay Motion [Docket No 404; Entered 11/4/19]

    c)     Certificate of Service [Docket No. 424; Filed 11/06/19]

    <u>Objection Deadline</u>: Objections may be presented orally at the hearing.

    <u>Responses Received</u>:

    d)     None.

    <u>Status</u>: This matter is going forward.

4. Motion For Relief from Stay filed by Lienor City Contracting, Inc. (the "Lienor Stay Relief Motion") [Docket No. 209; Filed 10/1/19].

   Related Documents:

   a) None.

   Objection Deadline: October 24, 2019 at 12:00 p.m.

   Responses Received:

   b) Joinder to Lienor Stay Relief Motion filed by MDS Construction [Docket No. 353; Filed 10/21/19]

   c) Joinder to Lienor Stay Relief Motion filed by Herc Rentals, Inc. [Docket No. 388; Filed 10/29/19]

   d) Debtor's Limited Objection to Lienor Stay Relief Motion for Relief from Stay [Docket No. 415; Filed 11/5/19]

   Status: This matter is going forward.

5. Motion of Joffe Lumber & Supply Co., Inc. For An Order (I) Confirming That The Automatic Stay Does Not Apply To (A) The General Contract For The Vestry Project And The Vestry Project, (B) Joffe Lumber & Supply Co., Inc.'s Entry Into A Contract With The Vestry Project Owner To Provide Construction Services On The Vestry Project; And (II) Terminating The Automatic Stay As To Joffe Lumber & Supply Co., Inc. For Cause Pursuant To 11 U.S.C. 362(D)(1) In Connection With The Accordia Project (the "Joffe Stay Relief Motion"[Docket No. 248; Filed 10/4/19].

   Related Documents:

   a) Certification in Support of Joffe Stay Relief Motion filed by 147 Bloomfield Ave J.V. LLC [Docket No. 426; Filed 11/6/19]

   Objection Deadline: October 24, 2019 at 12:00 p.m.

   Responses Received:

   b) Debtor's Objection to Joffe Stay Relief Motion [Docket No. 407; Filed 11/5/19]

   Status: This matter is going forward.

6. Debtor's Motion For Entry of One or More Orders Approving Various Settlements and Compromises By and Among the Debtor, Project Owners and Subcontractors Pursuant to Fed. R. Bankr. P. 9019 (the "<u>9019 Motion to Approve Various Settlements</u>") [Docket No. 396; Filed 10/31/19].

   <u>Related Documents</u>:

   a) Application for Order Shortening Time on the 9019 Motion to Approve Various Settlements [Docket No. 397; Filed 10/31/19]

   b) Order Granting Application to Shorten Time on 9019 Motion to Approve Various Settlements [Docket No 398; Entered 11/1/19]

   c) Affidavit of Service by Prime Clerk [Docket No 413; Filed 11/05/19]

   <u>Objection Deadline</u>: Objections may be presented orally at the hearing.

   <u>Responses Received</u>:

   d) Objection to Debtor's 9019 Motion to Approve Various Settlements and Cross-Motion to Convert Debtor's Case to Chapter 7 filed by Official Committee of Unsecured Creditors [Docket No. 406; Filed 11/4/19]

   e) Debtor's Objection to Cross-Motion to Convert Debtor's Case to Chapter 7 [Docket No. 418; Filed 11/6/19]

   f) Joinder of PNC Bank, National Association in support of Debtor's Objection to Cross-Motion to Convert Debtor's Case to Chapter 7 [Docket No. 428; Filed 11/6/19]

   <u>Status</u>:  This matter is going forward.

**UNCONTESTED MATTERS GOING FORWARD**

7. Motion of Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation for Entry of an Order (I) Lifting the Automatic Stay Pursuant to 11 U.S.C. § 362 or (II) in the Alternative, Compelling the Debtor to Assume or Reject an Executory Contract Pursuant to 11 U.S.C. § 365 (the "<u>Minerva Stay Relief Motion</u>") [Docket No. 339; Filed 10/17/19].

   <u>Related Documents</u>:

   None.

   <u>Objection Deadline</u>: October 31, 2019 at 4:00 p.m. (ET).

   <u>Responses Received</u>:

   None.

<u>Status</u>:  This matter is going forward.

Dated:  November 6, 2019          **LOWENSTEIN SANDLER LLP**

<u>/s/ *Kenneth A. Rosen*</u>
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (pro hac vice)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
dipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*