**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Requested Hearing Date: November 14, 2019 at 10:00 a.m.<br><br>Re: Docket No. 427 |

### SUPPLEMENT TO DEBTOR'S MOTION FOR ENTRY AN ORDER APPROVING A SETTLEMENT AGREEMENT BY AND AMONG THE DEBTOR, LATITUDE EAST OWNER, LLC, LATITUDE WEST OWNER, LLC AND CERTAIN SUBCONTRACTORS PURSUANT TO FED. R. BANKR. P. 9019

The above-captioned debtor and debtor-in-possession (the "Debtor"), by and through its undersigned counsel, submits this Supplement to its *Motion for Entry an Order Approving of a Settlement Agreement By and Among the Debtor, Latitude East Owner, LLC and Latitude West Owner, LLC and Certain Subcontractors Pursuant to Fed. R. Bankr. P. 9019* filed on November 6, 2019 (the "Motion")[Docket No. 427], and states as follows:

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

1.      Attached as Exhibit 1 to the Motion is a copy of the Settlement Agreement between

the Debtor, Latitude East Owner, LLC and Latitude West Owner, LLC, and the Subcontractors.

By error, the signature pages of two (2) Subcontractors were omitted.  Accordingly, attached hereto

as **Exhibit A** is a copy of executed signature pages for these two (2) missing Subcontractors:  24/7

Fire Protection and Door Supply of NJ, Inc.


Dated:  November 7, 2019                          Respectfully submitted,

                                                 **LOWENSTEIN SANDLER LLP**

                                                 /s/ *Kenneth A. Rosen*
                                                 Kenneth A. Rosen, Esq.
                                                 Bruce Buechler, Esq.
                                                 Joseph J. DiPasquale, Esq.
                                                 Mary E. Seymour, Esq.
                                                 Jennifer B. Kimble, Esq. (admitted *pro hac vice*)
                                                 Arielle B. Adler, Esq.
                                                 One Lowenstein Drive
                                                 Roseland, New Jersey 07068
                                                 (973) 597-2500 (Telephone)
                                                 (973) 597-2400 (Facsimile)
                                                 krosen@lowenstein.com
                                                 bbuechler@lowenstein.com
                                                 jdipasquale@lowenstein.com
                                                 mseymour@lowenstein.com
                                                 jkimble@lowenstein.com
                                                 aadler@lowenstein.com

                                                 *Counsel to the Debtor and*
                                                 *Debtor-in-Possession*

# Exhibit A

**SUBCONTRACTOR**
24/7 Fire Protection

By: _____

Name: JASON TITLVC

Title: VICE PRESIDENT

Address: 146 RALPH ST.

BELLEVILLE NJ 0H09

12

**SUBCONTRACTOR**
Door Supply of NJ, Inc.

By: _[signature]_
   Name: MATTHEW KELLY
   Title: PRESIDENT
   Address: 92 NORTH MAIN STREET
             BLDG 15  UNIT K

        WINDSOR NJ  08561

16