**DURKIN & DURKIN, LLC**
B: M. Murphy Durkin, Esq. (Attorney ID 005791994)
**1120 Bloomfield Avenue**
**P.O. Box 1289**
**West Caldwell, New Jersey 07007**
**(973) 244-9969 - File No. 4027-1**
**Attorneys for Unsecured Creditor, Dehn Bros. Fire Protection, Inc.**

_____

| | |
|---|---|
| **In re:** | **: UNITED STATES BANKRUPTCY COURT** |
| | **: FOR THE DISTRICT OF NEW JERSEY** |
| **Hollister Construction** | **:** |
| **Services, LLC** | **: CHAPTER 11** |
| | **: CASE NO. 19-27439-MBK** |
| | **:** |
|     **Debtor.** | **:** |
| | **: NOTICE OF APPEARANCE** |
| _____ | **: AND DEMAND FOR SERVICE** |

**TO:    THE CLERK OF THE UNITED STATES BANKRUPTCY COURT**
        **DISTRICT OF NEW JERSEY**

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance and requests service of all pleadings in the above stated action on behalf of Unsecured Creditor, **Dehn Bros. Fire Protection, Inc.**

        **DURKIN & DURKIN, LLC**
        Attorneys for Unsecured Creditor,
        Dehn Bros. Fire Protection, Inc.

By:    S/M. Murphy Durkin
       M. Murphy Durkin

Dated: November 7, 2019