| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**CHIESA SHAHINIAN & GIANTOMASI PC**<br>One Boland Drive<br>West Orange, New Jersey 07052<br>Tel: (973) 530-2012<br>Fax: (973) 530-2212<br>**Robert E. Nies, Esq.** (rnies@csglaw.com)<br><br>*Attorneys for Arch Insurance Company and Arch Reinsurance Company* | |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>                Debtor. | Case No. 19-27439 (MBK)<br><br>Chapter 11<br><br>Honorable Michael B. Kaplan<br><br>Hearing Date: November 15, 2019 at 9:30 a.m. |

## CERTIFICATE OF SERVICE

I, Robert E. Nies, Esq., of full age, declare under penalty of perjury that:

1.    I am a Member of the firm of Chiesa Shahinian & Giantomasi PC, attorneys for Arch Insurance Company and Arch Reinsurance Company (together, "Arch" or "Surety").

2.    On November 7, 2019, the parties listed in the annexed chart were served with a copy of "Limited Objection and Reservation of Rights by Arch Insurance Company and Arch Reinsurance Company to Motion of Herc Rentals, Inc. for Entry of an Order (1) Lifting the Automatic Stay Pursuant to 11 U.S.C. § 362 and (2) Permitting Herc Rentals, Inc. to Remove its Property from Various Projects" [Dkt. 462] by ECF.

---
[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

I hereby certify under penalty of perjury that the above document was sent using the mode of service indicated in the annexed chart.

                        CHIESA SHAHINIAN & GIANTOMASI PC

                        By: */s/ Robert E. Nies*
                             ROBERT E. NIES

Dated: November 8, 2019

**SERVICE LIST**

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Kenneth A. Rosen, Esq.<br>Lowenstein Sandler<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>krosen@lowenstein.com | Counsel for Debtor | By ECF |
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn: Lauren Bielskie, Esq.<br>lauren.bielskie@usdoj.gov | Office of the U.S. Trustee | By ECF |
| Allen J. Barkin, Esq.<br>Schwartz Barkin & Mitchell<br>1110 Springfield Road<br>P.O. Box 1339<br>Union, NJ 07083-1339<br>abarkin@sbmesq.com | Counsel for Drobach Equipment Rental Co. | By ECF |
| David L. Bruck, Esq.<br>Greenbaum, Rowe, Smith & Davis LLP<br>Metro Corporate Campus One<br>P.O. Box 5600<br>Woodbridge, NJ 07095<br>dbruck@greenbaumlaw.com | Counsel for Nomad Framing LLC | By ECF |
| Meredith I. Friedman, Esq.<br>David H. Stein, Esq.<br>Wilentz, Goldman & Spitzer P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ 07095<br>mfriedman@wilentz.com<br>dstein@wilentz.com | Counsel for CTC Academy | By ECF |
| Michael Kahme, Esq.<br>Michael J. Shavel, Esq.<br>Hill Wallack LLP<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>mkahme@hillwallack.com<br>mshavel@hillwallack.com | Counsel for Accordia Harrison Urban Renewal, LLC | By ECF |

4816-2396-0236.v1

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Jay L. Lubetkin, Esq.<br>Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>jlubetkin@rltlawfirm.com | Counsel for Christopher Johnson and Kieran Flanagan | By ECF |
| Sommer Leigh Ross, Esq.<br>Duane Morris LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>slross@duanemorris.com | Counsel for PNC Bank, National Association | By ECF |
| Joseph L. Schwartz, Esq.<br>Tara J. Schellhorn, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti LLP<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962<br>jschwartz@riker.com<br>tschellhorn@riker.com | Counsel for Edison Construction Management, Newark Warehouse Redevelopment Company, and Newark Warehouse Urban Renewal, LLC | By ECF |
| Daniel M. Stolz, Esq.<br>Wasserman, Jurista & Stolz, P.C.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>DStolz@wjslaw.com | Counsel for 147 Bloomfield Ave J.V. LLC | By ECF |
| William G. Wright, Esq.<br>Capehart & Scatchard, P.A.<br>8000 Midlantic Drive, Suite 300 S<br>Mount Laurel, NJ 08054<br>wwright@capehart.com | Counsel for Graybar Electric Company, Inc. | By ECF |
| Greg Trif, Esq.<br>Trif Law LLC<br>89 Headquarters Plaza<br>North Tower, Suite 201<br>Morristown, NJ 07960<br>gtrif@triflaw.com | Counsel for Sparwick Contracting, Inc., Jordano Electric, Inc. and KR Masonry LLC | By ECF |
| Christopher M. Santomassimo, Esq.<br>Nicoll Davis & Spinella LLP<br>1 Gatehall Drive, Suite 100<br>Parsippany, NJ 07054<br>csantomassimo@ndslaw.com | Counsel for Dancker | By ECF |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Seth Ptasiewicz, Esq.<br>Kroll Heineman Carton, LLC<br>Metro Corporate Campus I<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ 08830<br>sptasiewicz@krollfirm.com | Counsel for New Jersey Building Laborers' Statewide Benefit Funds | By ECF |
| Peter J. Broege, Esq.<br>Broege, Neumann, Fischer & Shaver, L.L.C.<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736<br>pbroege@bnfsbankruptcy.com | Counsel for Encon Mechanical Corp. | By ECF |
| Robert M. Hirsh, Esq.<br>Mark A. Bloom, Esq.<br>Mary Joanne Dowd, Esq.<br>Arent Fox LLP<br>1301 Avenue of the Americas, Floor 42<br>New York, NY 10019<br>robert.hirsh@arentfox.com<br>mark.bloom@arentfox.com<br>mary.dowd@arentfox.com | Counsel for SBLP Princeton, LLC | By ECF |
| Lee M. Tesser, Esq.<br>Danielle Cohen, Esq.<br>Tesser & Cohen<br>946 Main Street<br>Hackensack, NJ 07601<br>dcohen@tessercohen.com<br>ltesser@tessercohen.com | Counsel for Herc Rentals, Inc.; Samph Contracting, LLC; MDS Construction; Global Development Contractors, LLC; Orion Interiors, Inc.; and National Fireproofing & Insulation Co., Inc. | By ECF |
| Donna L. Thompson, Esq.<br>DL Thompson, Law, PC<br>P.O. Box 679<br>Allenwood, NJ 08720<br>Donna.Thompson@DLThompsonlaw.com | Counsel for Prendiamo Electrical Maintenance Co, Inc. t/a PEMCO | By ECF |
| Benjamin A. Stanziale, Jr., Esq.<br>Stanziale & Stanziale, P.C.<br>29 Northfield Avenue, Suite 201<br>West Orange, NJ 07052-5468<br>ben@stanzialelaw.com | Counsel for Life Town Inc. | By ECF |

4816-2396-0236.v1

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Alan J. Brody, Esq.<br>Greenberg Traurig, LLP<br>500 Campus Drive<br>Florham Park, NJ 07932<br>brodya@gtlaw.com | Counsel for EWA Moonachie 77, LLC | By ECF |
| Stephen V. Falanga, Esq.<br>Sydney J. Darling, Esq.<br>Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>sfalanga@walsh.law<br>sdarling@walsh.law | Counsel for Fairleigh Dickinson University | By ECF |
| Steven B. Smith, Esq.<br>Herrick Feinstein LLP<br>Two Park Avenue<br>New York, NY 10016<br>ssnith@herrick.com | Counsel for CS Utica & Remsen LLC | By ECF |
| Albert A. Ciardi, III, Esq.<br>Nicole M. Nigrelli, Esq.<br>Ciardi Ciardi & Astin<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia, PA 19103<br>aciardi@ciardilaw.com<br>nnigrelli@ciardilaw.com | Counsel for Pentel Drywall, Inc. and Delcon Builders, Inc. | By ECF |
| Stephanie L. Jonaitis, Esq.<br>Robyn R. English-Mezzino, Esq.<br>Pepper Hamilton LLP<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543-5276<br>jonaitiss@pepperlaw.com<br>englishr@pepperlaw.com | Counsel for 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | By ECF |
| Henry J. Jaffe, Esq.<br>Kenneth A. Listwak, Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br>jaffehj@pepperlaw.com<br>listwakk@pepperlaw.com | Counsel for 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | By ECF |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Jeffrey W. Herrmann, Esq.<br>Andrew R. Macklin, Esq.<br>Alex A. Pisarevsky, Esq.<br>Charles R. Cohen, Esq.<br>Cohn Lifland Pearlman Herrmann & Knopf LLP<br>Park 80 West – Plaza One<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, NJ 07663 | Counsel for Pereira Electrical Contracting, Inc. | By ECF |
| Karen Marques<br>Bridge Builders Newark, LLC<br>Construction labor & Commercial Cleaning Services<br>211 Warren Street<br>Newark, NJ 07103<br>Karen.marques@bridgebuildersnewark.com | Creditor - Bridge Builders Newark, LLC | By ECF |
| Bryce W. Newell, Esq.<br>Rosenberg & Estis, P.C.<br>733 Third Avenue<br>New York, NY 10017<br>bnewell@rosenbergestis.com | Counsel for LEG Acquisition, LLC | By ECF |
| Larry L. Miller, Esq.<br>11722 Taneytwon Pike<br>Taneytown, MD 21787<br>llmlaw@outlook.com | Counsel for L & W Supply Corporation | By ECF |
| Jennifer V. Doran, Esq.<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109<br>jdoran@hinckleyallen.com | Counsel for Ocean Steel Corporation | By ECF |
| Martin P. Skolnick, Esq.<br>Skolnick Legal Group, P.C.<br>103 Eisenhower Parkway, Suite 305<br>Roseland, NJ 07068<br>martin@skolnicklegalgroup.com | Counsel for Stateline Fabricators, LLC and ArchMills LLC d/b/a ArchMills Doors and Hardware | By ECF |
| Adrienne C. Rogove, Esq.<br>Blank Rome LLP<br>300 Carnegie Center, Suite 220<br>Princeton, NJ 08540<br>Rogove@BlankRome.com | Counsel for 640 Columbia Owner LLC | By ECF |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Gary L. Kaplan, Esq.<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Gary.Kaplan@FriedFrank.com | Counsel for 640 Columbia Owner LLC | By ECF |
| Marguerite M. Schaffer, Esq.<br>Shain Schaffer PC<br>150 Morristown Road, Suite 150<br>Bernardsville, NJ 07924<br>Mschaffer@shainlaw.com | Counsel for Unique Scaffolding, LLC, N.A. | By ECF |
| Deb Secrest, Authorized Agent<br>Commonwealth of Pennsylvania<br>Office of Unemployment Compensation Tax Services<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121<br>ra-li-ucts-bankrupt@state.pa.us | Office of Unemployment Compensation Tax Services Department of Labor and Industry | By ECF |
| Bria P. Craig, Esq.<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530<br>bcraig@moritthock.com | Counsel for Fort Hill Industries, Inc. | By ECF |
| David E. Sklar, Esq.<br>Scura, Wigfield, Heyer, Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470<br>dsklar@scuramealey.com | Counsel for Atlantic Engineering Laboratories of NY, Inc. and All Brands Elevator Industries, Inc. | By ECF |
| Carl J. Soranno, Esq.<br>Brach Eichler L.L.C.<br>101 Eisenhower Parkway<br>Roseland, NJ 07068-1067<br>csoranno@bracheichler.com | Counsel for Air Group, LLC | By ECF |
| Grant R. Cornehls, Esq.<br>Maxwell J. Rubin, Esq.<br>Warshaw Burstein, LLP<br>575 Lexington Avenue, 7th Floor<br>New York, NY 10022<br>gcornehls@wbny.com<br>mrubin@wbny.com | Counsel for Nickerson Corporation | By ECF |

4816-2396-0236.v1

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Michael Stafford, Esq.<br>NordLaw<br>190 State Highway 18, Suite 201<br>East Brunswick, NJ 08816<br>mjstafford@nordlaw.legal | Counsel for Anvil Craft Corp. | By ECF |
| Laurence D. Pittinsky, Esq.<br>Rosenberg & Pittinsky, LLP<br>232 Madison Avenue, Suite 906<br>New York, NY 10016<br>larry@rpllplaw.com | Counsel for Boyd Mechanical, LLC | By ECF |
| Angelo A. Stio, III<br>Pepper Hamilton LLP<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543-5276<br>stioa@pepperlaw.com | Counsel for 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | By ECF |
| Stephen V. Falanga, Esq.<br>Sydney J. Darling, Esq.<br>Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>sdarling@walsh.law<br>sfalanga@walsh.law | Counsel for Schindler Elevator Corporation | By ECF |
| Anthony M. Rainone, Esq.<br>Brach Eichler L.L.C.<br>101 Eisenhower Parkway<br>Roseland, NJ 07068-1067<br>arainone@bracheichler.com | Counsel for Industrial Maintenance Industries | By ECF |
| Stephanie L. Jonaitis, Esq.<br>Pepper Hamilton LLP<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543-5276<br>jonaitis@pepperlaw.com | Counsel for 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC | By ECF |
| Mickee M. Hennessy, Esq.<br>John Westerman, Esq.<br>Westerman Ball Ederer Miller Zucker & Sharfstein, LLP<br>1201 RXR Plaza<br>Uniondale, NY 11556 | Counsel for Veteran's Road SPE, LLC | By ECF |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Daniel M. Simon, Esq.<br>DLA Piper LLP<br>1201 West Peachtree Street, Suite 2800<br>Atlanta, GA 30309-3450<br>Daniel.simon@us.dlapiper.com | Counsel for Waypoint Hackensack Urban Renewal Owner LLC | By ECF |
| Sam Della Fera, Jr., Esq.<br>Joshua H. Raymond, Esq.<br>Anthony Sodono, III, Esq.<br>Andrea Dobin, Esq.<br>McManimon, Scotland & Bauman, LLC<br>75 Livingston Avenue<br>Roseland, NJ 07068<br>sdellafera@msbnj.com<br>jraymond@msbnj.com<br>asodono@msbnj.com<br>adobin@msbnj.com | Counsel for Official Committee of Unsecured Creditors | By ECF |
| Michael R. Herz, Esq.<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960<br>mherz@foxrothschild.com | Counsel for Marc and Amy Lebovitz and Troon Electric of New Jersey, LLC | By ECF |
| Philip W. Allogramento, III, Esq.<br>Mitchell W. Taraschi, Esq.<br>Connell Foley LLP<br>56 Livingston Avenue<br>Roseland, NJ 07068<br>pallogramento@connellfoley.com<br>mtaraschi@connellfoley.com | Counsel for FM Construction Group, LLC and Environmental Devices, Inc. | By ECF |
| Michael D. Sirota, Esq.<br>Jacob S. Frumkin, Esq.<br>Felice R. Yudkin, Esq.<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>msirota@coleschotz.com<br>jfrumkin@coleschotz.com<br>fyudkin@coleschotz.com | Counsel for Newkirk Realty LLC and Grand Maujer Development, LLC | By ECF |
| Jason C. Manfrey, Esq.<br>Brett Berman, Esq.<br>Fox Rothschild LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103-3222<br>jmanfrey@foxrothschild.com<br>bberman@foxrothschild.com | Counsel for Joffe Lumber & Supply Co. | By ECF |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Ilana Volkov, Esq.<br>Pearl Shah, Esq.<br>McGrail & Bensinger LLP<br>888-C 8th Avenue #107<br>New York, NY 10019<br>ivolkov@mcgrailbensinger.com<br>pshah@mcgrailbensinger.com | Counsel for Kone Inc. | By ECF |
| Joshua A. Zielinski, Esq.<br>R. Brant Forrest, Esq.<br>O'Toole Scrivo, LLC<br>14 Village Park Road<br>Cedar Grove, NJ 07009<br>jzielinski@oslaw.com<br>rforrest@oslaw.com | Counsel for DeSesa Engineering Company, Inc. | By ECF |
| Edmund J. Campbell, Jr., Esq.<br>Campbell Rocco Law, LLC<br>6 Kings Highway East<br>Haddonfield, NJ 08033<br>ecampbell@campbellroccolaw.com | Counsel for Glass Systems Tech, LLC | By ECF |
| James C. DeZao, Esq.<br>Kathy Cehelsky, Esq.<br>Margaret Meade, Esq.<br>Law Office of James C. DeZao, P.A.<br>322 Route 46 West, Suite 120<br>Parsippany, NJ 07054<br>jreiser@dezaolaw.com | Counsel for Orange County Superior Concrete and Bel-Con Construction Services, LLC | By ECF |
| Joseph J. Lemkin, Esq.<br>Stark & Stark<br>P.O. Box 5315<br>Princeton, NJ 08543-5315<br>jlemkin@stark-stark.com | Local Counsel for High Concrete Group, LLC, Conewago Enterprises, Inc. and Fabcon Precast | By ECF |
| Rocco A. Cavaliere, Esq.<br>Scott S. Markowitz, Esq.<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway, 11th Floor<br>New York, NY 10018<br>rcavaliere@tarterkrinsky.com<br>smarkowitz@tarterkrinsky.com | Counsel for Titan Industrial Services Corp. | By ECF |
| Yale A. Leber, Esq.<br>Rivkin Radler LLP<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, NJ 07601<br>Yale.leber@rivkin.com | Counsel for RH 537 Building Owner LLC | By ECF |

4816-2396-0236.v1

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Brian G. Hannon, Esq.<br>John O'Boyle, Esq.<br>Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, NJ 07631<br>bhannon@norgaardfirm.com<br>joboyle@norgaardfirm.com | Counsel for Imperial Floors LLC | By ECF |
| Brian R. Tipton, Esq.<br>Florio Perrucci Steinhardt & Cappelli LLC<br>235 Broubalow way<br>Phillipsburg, NJ 08865<br>btipton@floriolaw.com | Counsel for State Line Construction Company, Inc. | By ECF |
| Lawrence B. Diener, Esq.<br>Court Plaza North<br>25 Main Street, Suite 200<br>Hackensack, NJ 07601<br>LBDiener@optimum.net | Counsel for Advanced Scaffold Services LLC | By ECF |
| Brian W. Bisignani, Esq.<br>Post & Schell, P.C.<br>1869 Charter Lane, Suite 102<br>P.O. Box 10248<br>Lancaster, PA 17605-0248<br>bbisignani@postschell.com | Counsel for High Concrete Group, LLC, Conewago Enterprises, Inc. and Fabcon Precast | By ECF |
| Jeffrey J. Rea, Esq.<br>Rea & Associates, LLC<br>11 Broadway, 2nd Floor<br>Clark, NJ 07066<br>jeffrea@aol.com | Counsel for City Contracting, Inc. | By ECF |
| Richard E. Weltman, Esq.<br>Michele K. Jaspan, Esq.<br>Weltman & Moskowitz, LLP<br>18 Columbia Turnpike, Suite 200<br>Florham Park, NJ 07932<br>rew@weltmosk.com<br>mkj@weltmosk.com | Counsel for Reliance Mechanical, Inc. | By ECF |
| Andrew J. Kelly, Esq.<br>The Kelly Firm, P.C.<br>1011 Highway 71, Suite 200<br>Spring Lake, NJ 07762<br>akelly@kbtlaw.com | Counsel for Schnell Contracting Systems, LLC | By ECF |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Karen M. Murray, Esq.<br>Law Offices of Karen Murray, LLC<br>8 East Main Street<br>Moorestown, NJ 08057<br>kmurray@murraynjlaw.com | Counsel for P. Tamburri Steel, LLC and P3 Metals, LLC | By ECF |
| Steven Mitnick, Esq.<br>Marc D. Miceli, Esq.<br>Sm Law PC<br>P.O. Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858<br>smitnick@sm-lawpc.com<br>mmiceli@sm-lawpc.com | Counsel for P. Cipollini, Inc. t/a Cipollini Roofing | By ECF |
| Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>schristianson@buchalter.com | Counsel for Oracle America, Inc. | By ECF |
| Gary M. Kushner, Esq.<br>Goetz Fitzpatrick LLP<br>One Penn Plaza, 31st Floor<br>New York, NY 10119<br>gkushner@goetzfitz.com | Counsel for Infinity Painting Co., Inc. | By ECF |
| Andrew B. Cohn, Esq.<br>Kaplin Stewart Meloff Reitner & Stein, P.C.<br>910 Harvest Drive<br>P.O. Box 3037<br>Blue Bell, PA 19422-0765<br>acohn@kaplaw.com | Counsel for Jonasz Precast, Inc. | By ECF |
| Darren R. Marks, Esq.<br>Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.<br>377 Broadway, 7th Floor<br>New York, NY 10013<br>dmarks@borahgoldstein.com | Counsel for Accordia Harrison Urban Renewal, LLC | By ECF |
| Morris S. Bauer, Esq.<br>Melissa A. Pena, Esq.<br>Norris McLaughlin, P.A.<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807<br>msbauer@norris-law.com<br>mapena@norris-law.com | Counsel for Target Fire Protection and Ware Malcomb | By ECF |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Carol L. Knowlton, Esq.<br>Gorski & Knowlton PC<br>311 Whitehorse Avenue, Suite A<br>Hamilton, NJ 08610<br>cknowlton@gorskiknowlton.com | Counsel for KSS Architects | By ECF |
| Robert Saul Molnar, Esq.<br>1330 Hamburg Turnpike<br>Wayne, NJ 07470<br>molnarrs@aol.com | Counsel for Starlite Electric LLC | By ECF |
| Hisham I. Masri, Esq.<br>Reddin Masri, LLC<br>485 Totowa Road<br>Totowa, NJ 07512<br>hmasri@reddinmasrilaw.com | Counsel for Columbian Iron Works, Inc. | By ECF |
| Donald B. Veix, Jr., Esq.<br>VeixLaw, pllc<br>P.O. Box 54<br>95 West Court Street<br>Doylestown, PA 18901<br>donveixlaw@gmail.com | Counsel for Bohler Engineering NY | By ECF |
| Anna F. Patras, Esq.<br>Bohler Engineering NY, PLLC<br>35 Technology Drive, Second Floor<br>Warren, NJ 07059<br>apatras@bohlereng.com | Counsel for Bohler Engineering NY, PLLC | By ECF |
| Joseph R. Zapata, Jr., Esq.<br>Mellinger, Sanders & Kartzman, LLC<br>101 Gibraltar Drive, Suite 2F<br>Morris Plains, NJ 07950<br>jzapata@msklaw.net | Counsel for STMR, Inc. | By ECF |
| M. Murphy Durkin, Esq.<br>Durkin & Durkin, LLC<br>1120 Bloomfield Avenue<br>P.O. Box 1289<br>West Caldwell, NJ 07007<br>maresta@durkinlawfirm.com | Counsel for Dehn Bros. Fire Protection, Inc. | By ECF |

4816-2396-0236.v1