UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Kenneth A. Rosen
Lowenstein Sandler
One Lowenstein Drive
Roseland, NJ 07068
973-597-2500
Fax : 973-597-2400
Email: krosen@lowenstein.com

Order Filed on November 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Hollister Construction Services, LLC

Case No.: 19-27439-MBK

Chapter: 11

Judge: Michael B. Kaplan

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

**DATED: November 8, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____Robert E. Nies, Kenneth A. Rosen_____ for the reduction of time for a hearing on  Motion to Approve Compromise under Rule 9019 _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____November 15, 2019_____ at __9:30 am__ in the United States Bankruptcy Court, _____402 East State Street, Trenton, New Jersey 08608_____, Courtroom No. ___8___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: All Interested Parties and U.S. Trustee

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to All Interested Parties and U.S. Trustee

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting http://www.Court-Solutions.com prior to the return date

*rev.2/1/16*

3