| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Law Offices Of Mitchell J. Malzberg, LLC<br>Mitchell Malzberg, Esq.<br>PO Box 5122<br>6 E. Main Street, Suite 7<br>Clinton, New Jersey 08809<br>(908) 323-2958 – Telephone<br>(908) 933-0808 – Facsimile<br>mmalzberg@mjmalzberglaw.com<br>Counsel to Vector Structural Preservation Corp.<br><br>and<br><br>John Carlson, Esq.<br>5 Winifred Drive<br>Merrick, NY 11566<br>Telephone: (516) 754-1405<br>Facsimile: (516) 378-1338<br>jcarlsonesq@hotmail.com<br>Co-Counsel for Vector Structural Preservation Corp. |

Order Filed on November 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC<br><div align="center">Debtor.</div> | Chapter 11<br><br>Case No. 19-27439/MBK<br><br>Hon. Michael B. Kaplan |

**CONSENT ORDER MODIFYING THE STAY TO PERMIT PROSECUTION
OF PENDING CONSOLIDATED ACTIONS TO FORECLOSE AGAINST
MECHANIC'S LIEN DISCHARGE BONDS**

The relief set forth on the following page numbered two (2) through four (4) is hereby ORDERED.

DATED: November 5, 2019

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtors: | In re: HOLLISTER CONSTRUCTION SERVICES, LLC |
| Case No. | 19-27439/MBK |
| Caption of Order: | CONSENT ORDER MODIFYING THE STAY TO PERMIT PROSECUTION OF PENDING CONSOLIDATED ACTIONS TO FORECLOSE AGAINST MECHANIC'S LIEN DISCHARGE BONDS |

**THIS MATTER** having been opened to the Court upon the Motion (the "Motion") of Vector Structural Preservation Corp. (hereinafter "Vector"), by and through counsel, Law Offices of Mitchell J. Malzberg, LLC, by way of Notice of Motion to Modify the Stay to permit prosecution of pending consolidated actions to foreclose against Mechanic's Lien Discharge Bonds; and the Court noting the consent of the parties to the form, substance and entry of the within Order, and for good cause shown;

**IT IS HEREBY ORDERED that:**

. 1.   To the extent necessary, the automatic stay imposed by 11 U.S.C. Section 362 is lifted and or modified to authorize and permit the continued prosecution of the pending consolidated actions (Glenwood Mason Supply Co. Inc. v. Vector Structural Preservation Corp. *et al*., Queens County Supreme Court, Index No. 714696/2016 and Marjam Supply Co. Inc. v. Vector Structural Preservation Corp. *et al*, Queens Supreme Court, Index No. 706181/2017) (hereinafter "Consolidated Actions") to foreclose against the Mechanics lien discharge bonds and to allow claimants to continue with the litigation against all Parties other than Hollister Construction Services, LLC (the "Debtor") and to take any and all action necessary to foreclose against said mechanics lien discharge bonds, and

2.   The stay relief is granted not only for the movant Vector Structural Preservation Corp. but also Glenwood Mason Supply Co. Inc. and Marjam Supply Co. Inc. to foreclose against the Mechanics lien discharge bonds and to allow claimants to continue with the litigation against all Parties other than the Debtor and to take any and all action necessary to foreclose against said mechanics lien discharge bonds.

Page 3
Debtors:          In re: HOLLISTER CONSTRUTION SERVICES, LLC
Case No.          19-27439/MBK
Caption of Order: CONSENT ORDER MODIFYING THE STAY TO PERMIT PROSECUTION OF PENDING CONSOLIDATED ACTIONS TO FORECLOSE AGAINST MECHANIC'S LIEN DISCHARGE BONDS

---

3. Except as specifically set forth herein, the automatic stay imposed under 11 U.S.C. 362(a) shall remain in place and no further litigation except as provided for herein shall occur in the Consolidated Actions as to the Debtor without a party filing a new motion for further relief from the stay.

4. The Automatic Stay is terminated to allow the Consolidated Actions to proceed against all parties other than the Debtor and continue with the litigation as and against the Mechanics lien discharge bonds. The automatic stay is not applicable to the Consolidated Actions as set forth herein and,

5. Nothing in this Order shall constitute evidence admissible against any Party in the Consolidated Actions other than to enforce the terms of this Order.

6. This Order shall be effective immediately upon the Courts entry thereof and that the fourteen (14) day stay period set forth in Federal Rule of Bankruptcy Procedure 4001(a) is waived and,

7. This Consent Order may be executed by counsel for the Parties in counterparts, each of which shall be deemed an original and all of which taken together shall constitute one and the same document. A facsimile or electronic transmission of a scanned copy of the signature page shall be equivalent to an original signature.

8. The Court shall retain jurisdiction over any matter arising from and/or related to the within Order or the relief granted herein.

Page 4
Debtors:         In re: HOLLISTER CONSTRUTION SERVICES, LLC
Case No.         19-27439/MBK
Caption of Order: CONSENT ORDER MODIFYING THE STAY TO PERMIT PROSECUTION OF PENDING CONSOLIDATED ACTIONS TO FORECLOSE AGAINST MECHANIC'S LIEN DISCHARGE BONDS

---

**We hereby consent to the form and the entry of the above Order.**

Chiesa Shahinian & Giantomasi PC

 /s/ *Jonathan Bondy*
Jonathan Bondy, Esq.
One Boland Drive
West Orange, NJ 07052
Counsel to Arch Insurance Surety Bond Company;  Arch Insurance Company and Arch Reinsurance Company

Law Offices of Mitchell J. Malzberg, LLC

 /s/ *Mitchell Malzberg*
Mitchell Malzberg, Esq.
PO Box 5122, 6 E. Main Street, Suite 7
Clinton, NJ 08848
Counsel to Vector Structural Preservation Corp.

Lowenstein Sandler LLP

 /s/ Jennifer B. Kimble
Kenneth Rosen, Esq.
Jennifer B. Kimble, Esq.
Arielle Adler, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Counsel to the Debtor, Hollister Construction Services, LLC

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-27439-MBK
Hollister Construction Services, LLC                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Nov 06, 2019
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.
db              +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0