**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Requested Hearing Date: November 15, 2019 at 9:30 a.m.<br><br>Re: Docket No. 471 |

**SUPPLEMENT TO DEBTOR'S MOTION FOR ENTRY AN ORDER APPROVING THE SETTLEMENT AGREEMENT BY AND AMONG**
**THE DEBTOR, CS UTICA & REMSEN, LLC, AND SUBCONTRACTORS**
**PURSUANT TO FED. R. BANKR. P. 9019**

The above-captioned debtor and debtor-in-possession (the "Debtor"), by and through its undersigned counsel, submits this Supplement to its *Motion for Entry an Order Approving The Settlement Agreement By and Among the Debtor, CS Utica & Remsen, LLC, and Subcontractors Pursuant to Fed. R. Bankr. P. 9019* filed on November 6, 2019 (the "Motion")[2][Docket No. 471], and states as follows:

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

1. The Debtor paid a total of $831,079.75 to creditors relating to the Project within the 90-day period before the Petition.

Dated: November 11, 2019

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Joseph J. DiPasquale*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (admitted *pro hac vice*)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*