UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| Donald B. Veix, Jr., Esq./ VeixLaw, pllc | |
| PO BOX 54, 95 West Court Street | Case No.   19-27439-MBK |
| Doylestown, PA 18901 | Chapter   7 |
| 215-760-6095 | Judge Kaplan |
| NJ ID #026501982 | |
| Attorneys for Bohler Engineering NY, PLLC | |

In Re:

Hollister Construction Services, LLC

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned hereby withdraws his previously filed Notice of Appearance dated February 1, 2019 (Document No. 399) on behalf of creditor Bohler Engineering NY, PLLC.  All documents filed in this case pursuant to Fed. R. Bankr. P. 2002 and all other documents and pleadings of any nature shall no longer be served upon the undersigned as of the date of this Notice.

VeixLaw, pllc

Attorneys for Bohler Engineering NY, PLLC

Date: November 11, 2019                                              By:  /S/ Donald B. Veix, Jr., Esq.