| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Adam J. Sklar, Esq.<br>asklar@coleschotz.com<br>Jacob S. Frumkin, Esq.<br>jfrumkin@coleschotz.com<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>*Attorneys for Grand Maujer Development, LLC* | Order Filed on November 12, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 19-27439 (MBK)<br><br>Chapter 11 |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>       Debtor. | Hearing Date: November 7, 2019, at 11:30 a.m. (EST) |

# ORDER CONFIRMING THAT THE AUTOMATIC STAY APPLIES TO PENDING STATE COURT ACTION ONLY AS TO CLAIMS ASSERTED DIRECTLY AGAINST DEBTOR

    The relief set forth on the following pages, numbered two (2) to three (3), is hereby **ORDERED**.

**DATED: November 12, 2019**

                                          Honorable Michael B. Kaplan
                                          United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

(Page 2)
Debtor:             HOLLISTER CONSTRUCTION SERVICES, LLC
Case No.            19-27439 (MBK)
Caption of Order:   ORDER CONFIRMING THAT THE AUTOMATIC STAY APPLIES TO
                    PENDING STATE COURT ACTION ONLY AS TO CLAIMS
                    ASSERTED DIRECTLY AGAINST DEBTOR

---

**THIS MATTER** having been opened before the Court by way of motion (the "Motion")[2] of Grand Maujer Development, LLC ("Grand Maujer"), seeking entry of an Order confirming that the automatic stay applies to its pending New Jersey state court action only as to claims asserted directly against Hollister Construction Services, LLC (the "Debtor"); and good and sufficient notice of the Motion having been provided, as evidenced by the Affidavit of Service filed with the Court; and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is **GRANTED** to the extent set forth herein.

2.  The automatic stay of section 362(a) of the Bankruptcy Code does not apply to any aspect of the State Court Action other than with respect to affirmative claims against Debtor.

3.  Grand Maujer's rights to file a proof of claim in this bankruptcy case, or to seek any relief from the Court, are hereby preserved in their entirety.

4.  The Debtor reserves and preserves, in their entirety, all of its rights, defenses and rights to assert claims in any proceedings.

5.  Except with respect to Paragraph 2 above as to the Debtor, Grand Maujer's and Arch's rights, claims, and defenses in the State Court Action are hereby preserved in their entirety.

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

(Page 3)
Debtor:           HOLLISTER CONSTRUCTION SERVICES, LLC
Case No.          19-27439 (MBK)
Caption of Order: ORDER CONFIRMING THAT THE AUTOMATIC STAY APPLIES TO PENDING STATE COURT ACTION ONLY AS TO CLAIMS ASSERTED DIRECTLY AGAINST DEBTOR

___

6. This Order shall be fully effective and enforceable immediately upon entry.

7. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.