**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC, | Case No. 19-27439 (MBK) |
| Debtor. | |

**ADJOURNMENT REQUEST**

1. I, Sam Della Fera, Jr.,

   ☒ am the attorney for the Official Committee of Unsecured Creditors in the above-captioned case.

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearing on Committee's Motion to Compel Debtor and Paul Belair to Comply with Rule 2004 Subpoenas

   Current hearing date and time: November 21, 2019, at 10:00 a.m.

   New date requested: December 12, 2019, at 10:00 a.m.

   Reasons for adjournment request: Committee professionals continue to review for completeness the documents and other information produced by the Debtor since the filing of the motion, and are awaiting the outcome of pending matters that may materially impact case.

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):
   .

   I hereby certify under peanlty of perjury that the foregoing is true.

   Date: November 12, 2019          /s/ Sam Della Fera, Jr.
                                    Sam Della Fera, Jr.

**COURT USE ONLY**
_____

The request for adjournment is:

[X]  Granted         New hearing date: 12/12/19 @ 10:00 am        ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐  Denied

**IMPORTANT:**     **If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

4836-8719-3004, v. 1