| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| **DRINKER BIDDLE & REATH LLP**<br>A Delaware Limited Liability Partnership<br>600 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>(973) 549-7000 (Telephone)<br>(973) 360-9831 (Facsimile)<br>Frank F. Velocci<br>*Counsel for NSA 18th Avenue, LLC* |

| In re:                                   | Case No.   19-27439 (MBK)    |
|------------------------------------------|------------------------------|
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | Chapter    11                |
|                                          | Judge:   Michael B. Kaplan   |
| Debtor.                                  |                              |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that Drinker Biddle & Reath LLP hereby enter its appearance (the "Notice of Appearance"), in the above-captioned cases as counsel to NSA 18th Avenue, LLC, and pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Drinker Biddle & Reath LLP hereby request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number

121160608.1

> Frank F. Velocci
> Drinker Biddle & Reath LLP
> 600 Campus Drive
> Florham Park, NJ 07932
> Telephone:  (973) 549-7078
> Facsimile:  (973) 360-9831
> Email:  frank.velocci@dbr.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 cases entered only after *de novo* review by a district court judge, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) any right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in

---

is:  Hollister Construction Services, LCC (5404).

equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

| | |
|---|---|
| Dated: November 12, 2019<br>Florham Park, New Jersey | **DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Frank F. Velocci*<br>Frank F. Velocci, Esq.<br>600 Campus Dr.<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 549-7000<br>Facsimile: (973) 360-9831<br>frank.velocci@dbr.com<br><br>*Counsel for NSA 18th Avenue, LLC* |