**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
| Debtor. | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On November 7, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Investors Bank, (MMLID: 8274862), 500 Clifton Ave, Clifton, NJ 07011:

- Debtor's Motion for Interim and Final Orders (I) Authorizing but Not Directing the Debtor to (A) Pay Pre-Petition Wages, Salaries, and Related Obligations, (B) Pay and Remit Pre-Petition Payroll Taxes and Other Deductions to Third Parties, and (C) Honor Employee Benefit Programs in the Ordinary Course of Business; (II) Authorizing and Directing Banks to Honor Checks and Transfers for Payment of Pre-Petition Employee Obligations; and (III) Granting Related Relief [Docket No. 8]

- Motion of the Debtor for Interim and Final Orders (A) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, (C) Establishing Procedures for Resolving Requests for Additional or Different Adequate Assurance of Payment, and (D) Scheduling a Final Hearing to Consider Entry of the Proposed Final Order [Docket No. 10]

- Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing the Debtor to (I) Continue Its Cash Management System, (II) Honor Certain Related Pre-Petition Obligations, and (III) Maintain Existing Business Forms; (B) Authorizing and Directing the Debtor's Banks to Honor All Related Payment Requests; (C) Granting Interim and Final Waivers of the Debtor's Compliance with Section 345(b) of the Bankruptcy Code; (D) Scheduling a Final Hearing; and (E) Granting Related Relief [Docket No. 11]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

- Debtor's Motion for Entry of an Order (I) Restating and Enforcing the Automatic Stay, Anti-Discrimination Provisions, and *ipso facto* Protections of the Bankruptcy Code, (II) Approving the Form and Manner of Notice Related Thereto, and (III) Granting Related Relief [Docket No. 13]

On November 7, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Knopf Leasing Company, L.P., (MMLID: 8498152), 93 Shrewsbury Avenue, Red Bank, NJ 07701:

- Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing and (D) Granting Related Relief [Docket No. 14]

On November 7, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Last Date to File Proofs of Claim [Docket No. 215] (the *"Notice of Commencement"*)

On November 7, 2019, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Commencement and the following document to be served via first class mail on P&B Partitions, (MMLID: 8628257), Attn: President or General Counsel, 436 Commerca Lane, Suite A, West Berlin, NJ 07072:

- Debtor's Motion for an Order Approving of a Settlement and Compromise by and Among the Debtor and Waypoint Hackensack Urban Renewal Owner LLC and for the Assumption and Assignment and Rejection of Certain Executory Contracts [Docket No. 234]

Dated: November 12, 2019

Paul Pullo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 12, 2019, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**Exhibit A**

# Exhibit A

Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 8275083 | Extra Duty Solutions | 101 Merritt Blvd. | Suite 21 | Trumbull | CT | 06611 |
| 8275497 | TopLine Drywall | 11 Jackson Ave | | Tuckahoe | NY | 10707 |