| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**PEPPER HAMILTON LLP**<br>Angelo A. Stio III<br>stioa@pepperlaw.com<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543-5276<br>Telephone: (609) 452-0808<br>Facsimile:  (609) 452-1147<br><br>*Attorneys for 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation* | |
| In Re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC[1] | Case No.:        19-27439 (MBK)<br><br>Chapter:         11<br><br>Judge:             Michael B. Kaplan |

## WIHDRAWAL OF APPEARANCE

Please take notice that the undersigned attorney, Angelo A. Stio II, hereby withdraws as counsel for (i) 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC (collectively, the "Bay Street Entities"); and (ii) 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation in the above mentioned matters.

Date: November 13, 2019

by: */s/ Angelo A. Stio III*
Angelo A. Stio III
**PEPPER HAMILTON LLP**
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
Telephone: (609) 452-0808
stioa@pepperlaw.com

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

#55900430 v1