**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 15, 2019 AT 9:30 A.M. (ET)**

**CONTESTED MATTERS GOING FORWARD**

1.  Motion of Herc Rentals, Inc. For Entry Of An Order (1) Lifting The Automatic Stay Pursuant To 11 U.S.C. §362 and (2) Permitting Herc Rentals, Inc. To Remove Its Property From Various Projects [Docket No. 368; Filed 10/23/19].

    Related Documents:

    a)  Certificate of Service filed by Herc Rentals, Inc. [Docket No. 423; Filed 11/6/19]

    b)  Certificate of Service filed by Arch Insurance Company and Arch Reinsurance Company [Docket No. 462; Filed 11/8/19]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

<u>Objection Deadline</u>: November 8, 2019 at 5:00 p.m. (ET).  Extended for the Debtor to November 14, 2019 at 10:00 a.m.

<u>Responses Received</u>:

c) Limited Objection And Reservation Of Rights By Arch Insurance Company And Arch Reinsurance Company To Motion Of Herc Rentals, Inc. For Entry Of An Order (1) Lifting The Automatic Stay Pursuant To 11 U.S.C. §362 And (2) Permitting Herc Rentals, Inc. To Remove Its Property From Various Projects [Docket No. 462; Filed 11/7/19]

<u>Status</u>:  This matter is going forward.

2. Cross-Motion To Convert Debtor's Case To Chapter 7 filed by Official Committee of Unsecured Creditors [Docket No. 406; Filed 11/4/19].

<u>Related Documents</u>:

a) Certificate of Service filed by the Official Committee of Unsecured Creditors [Docket No. 419; Filed 11/6/19]

b) Certificate of Service filed by PNC Bank, National Association [Docket No. 431; Filed 11/6/19]

c) Affidavit of Service filed by Prime Clerk on behalf of the Debtor [Docket No. 481; filed 11/11/19]

<u>Objection Deadline</u>: November 13, 2019 at 5:00 p.m. (ET).

<u>Reply Deadline</u>: November 14, 2019 at 5:00 p.m. (ET).

<u>Responses Received</u>:

d) Debtor's Objection to Cross-Motion to Convert Debtor's Case to Chapter 7 [Docket No. 418; Filed 11/6/19]

e) Joinder of PNC Bank, National Association in support of Debtor's Objection to Cross-Motion to Convert Debtor's Case to Chapter 7 [Docket No. 428; Filed 11/6/19]

f) Debtor's Supplemental Objection to Cross-Motion to Convert Debtor's Case to Chapter 7 [Docket No. 497; Filed 11/13/19]

g) Reply of Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC to Debtor's Objection to Cross-Motion of the Official Committee of Unsecured Creditors to Convert Debtor's Case to Chapter 7 [Docket No. 498; Filed 11/13/19]

<u>Status</u>:  This matter is going forward.

**UNCONTESTED MATTERS GOING FORWARD**

3. Debtor's Motion For Entry Of An Order Approving A Settlement Agreement By And Among The Debtor, Project Owners And Subcontractors Pursuant to Fed.R. Bankr.P. 9019 (the "Latitude 9019 Motion") [Docket No. 427; Filed 11/6/19]

    Related Documents:

    a) Application for Order Shortening Time on the Latitude 9019 Motion [Docket No. 429; Filed 11/6/19]

    b) Order Granting Application to Shorten Time on the Latitude 9019 Motion [Docket No 438; Entered 11/4/19]

    c) Supplement To Debtors' Motion For Entry Of An Order Approving A Settlement Agreement By And Among The Debtor, Latitude East Owner, LLC, Latitude West Owner, LLC And Certain Subcontractors Pursuant To Fed.R.Bankr.P. 9019 [Docket No. 439; Filed 11/7/19]

    d) BNC Certificate of Notice [Docket No. 475; Filed 11/9/19]

    Objection Deadline: Objections may be presented orally at the hearing.

    Responses Received:

    e) None.

    Status: This matter is going forward.

4. Joint Motion Of Debtor, Arch Insurance Company And Arch Reinsurance Company For Entry Of An Order Approving The Stipulation By And Among The Parties Pursuant To Fed.R.Bankr.P. 9019 (the "Arch 9019 Motion") [Docket No. 466; Filed 11/8/19].

    Related Documents:

    a) Application for Order Shortening Time on the Arch 9019 Motion [Docket No. 467; Filed 11/8/19]

    b) Exhibit A to Stipulation attached as Exhibit A to the Arch 9019 Motion [Docket No. 469; Filed 11/8/19]

    c) Order Granting Application to Shorten Time on the Arch 9019 Motion [Docket No 470; Entered 11/8/19]

    d) BNC Certificate of Notice – Order [Docket No. 478; Filed 11/10/19]

    e) Affidavit of Service filed by Prime Clerk on behalf of the Debtor [Docket No. 489; filed 11/12/19]

    Objection Deadline: Objections may be presented orally at the hearing

Responses Received:

f) None.

Status: This matter is going forward.

5. Debtor's Motion For Entry Of An Order Approving The Settlement Agreement By And Among The Debtor, CS Utica & Remsen, LLC And Subcontractors Pursuant To Fed.R.Bankr.P. 9019 (the "CS Utica/Remsen 9019 Motion") [Docket No. 471; Filed 11/8/19].

Related Documents:

a) Application for Order Shortening Time on the CS Utica/Remsen 9019 Motion [Docket No. 472; Filed 11/8/19]

b) Supplement to the CS Utica/Remsen 9019 Motion [Docket No. 479; Filed 11/11/19]

c) Order Granting Application to Shorten Time on the CS Utica/Remsen 9019 Motion [Docket No 485; Entered 11/12/19]

d) BNC Certificate of Notice – Order [Docket No. 478; Filed 11/10/19]

Objection Deadline: Objections may be presented orally at the hearing

Responses Received:

e) None.

Status: This matter is going forward.

Dated: November 13, 2019                    **LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (pro hac vice)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com

[aadler@lowenstein.com](mailto:aadler@lowenstein.com)

*Counsel to the Debtor and Debtor-in-Possession*