**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Hearing Date: December 19, 2019 at 10:00 a.m.<br>Objection Deadline: December 12, 2019 at 4:00 p.m. |

### NOTICE OF FIRST AND FINAL FEE APPLICATION OF THE PARKLAND GROUP, INC. AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE PERIOD SEPTEMBER 11, 2019 THROUGH OCTOBER 24, 2019

**PLEASE TAKE NOTICE** that on November 14, 2019, the *First and Final Fee Application of The Parkland Group, Inc. as Financial Advisor to the Debtor for the Period September 11, 2019 through October 24, 2019* (the "Application"), was filed with the Court at Docket No. 505.

**PLEASE TAKE FURTHER NOTICE** that the Application is available free of charge by visiting https://cases.primeclerk.com/hcs/Home-DocketInfo, or may be accessed for a

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
11/14/2019 205414083.1

nominal fee by visiting the Court's website at http://www.njb.uscourts.gov/ and registering for a PACER account in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application, if necessary, will be held on **December 19, 2019 at 10:00 a.m. (ET)** (the "Hearing Date") before the Honorable Michael B. Kaplan, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, NJ 08608, Courtroom #8.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application shall comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States Bankruptcy Court for the District of New Jersey, and shall be filed with the Bankruptcy Court and served upon the undersigned counsel so as to be actually received by no later than December 12, 2019 at 4:00 p.m. (ET). In the event that no objections are filed, the relief requested in the Application may be granted without a hearing.

Dated: November 14, 2019    **LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (pro hac vice)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*