UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-Mail:  Lauren.Bielskie@usdoj.gov

In Re:

Hollister Construction Services, LLC,

Debtor.

| | |
|---|---|
| Case No.: | 19-27439 (MBK) |
| Chapter 11 | |
| Hearing Date: | December 5, 2019 at 10:00 a.m. |
| Judge: | Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1.    I, <u>Rosemarie Giles</u>:

☐ represent _____ in the this matter.

☒ am the secretary for <u>Lauren Bielskie, Esq.</u>, who represents <u>Andrew R. Vara,
Acting United States Trustee for Region 3</u> in this matter.

2.    On <u>November 14, 2019</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

MOTION BY THE ACTING UNITED STATES TRUSTEE FOR AN ORDER: (i) COMPELLING THE DEBTOR TO FILE AMENDED SCHEDULES; (ii) EXTENDING THE CLAIMS BAR DATE FROM NOVEMBER 20, 2019 TO JANUARY 20, 2020; (iii) COMPELLING PRIME CLERK LLC TO RE-NOTICE THE NOTICE OF CHAPTER 11 BANKRUPTCY CASE; AND (iv) FOR SUCH OTHER AND FURTHER RELIEF AS THE COURT DEEMS JUST AND EQUITABLE (DOCKET NO. 449) AND CERTIFICATION OF LAUREN BIELSKIE, ESQ., IN SUPPORT OF THE MOTION BY THE ACTING UNITED STATES TRUSTEE FOR AN ORDER: (i) COMPELLING THE DEBTOR TO FILE AMENDED SCHEDULES; (ii) EXTENDING THE CLAIMS BAR DATE FROM NOVEMBER 20, 2019 TO JANUARY 20, 2020; (iii) COMPELLING PRIME CLERK LLC TO RE-NOTICE THE NOTICE OF CHAPTER 11 CASE; AND (iv) FOR SUCH OTHER AND FURTHER RELIEF AS THE COURT DEEMS JUST AND EQUITABLE (DOCKET NO. 502)

3.      I certify under penalty of perjury that the above documents were sent using the mode of

service indicated.


Date: <u>November 14, 2019</u>                                    <u>*/s/ Rosemarie Giles*</u>
                                                                Rosemarie Giles
                                                                Legal Assistant

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Hollister Construction Services, LLC<br>339 Jefferson Road<br>Parsippany, NJ 07054 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐Other _____<br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Prime Clerk LLC<br>One Grand Central Place<br>60 East 42nd Street<br>Suite 1440<br>New York, NY 10165 | Noticing Agent | ☐ Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AES Lighting Group<br>Attn: Jonathan Squilla<br>32 S. Jefferson Road<br>Whippany, NJ 07981 | Official Committee of Unsecured Creditors | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Arent Fox LLP<br>Attn: Mary Joanne Dowd<br>1717 K Street NW<br>Washington ,DC 20006 | Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Arent Fox LLP<br>Attn: Robert M. Hirsh<br>Mark A. Bloom<br>1301 Avenue of the Americas<br>Floor 42<br>New York, NY 10019 | Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Blank Rome LLP<br>Attn: Adrienne C. Rogove<br>300 Carnegie Center, Suite 220<br>Princeton, NJ 08540 | Counsel to 640 Columbia Owner LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.<br>Attn: Darren R. Marks, Esq.<br>377 Broadway 7th Floor<br>New York, NY 10013 | Counsel to Accordia Harrison Urban Renewal, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brach Eichler L.L.C.<br>Attn: Anthony M. Rainone<br>101 Eisenhower Parkway<br>Roseland, NJ 07068-1067 | Counsel to Industrial Maintenance Industries | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brach Eichler LLC<br>Attn: Carl J. Soranno<br>101 Eisenhower Parkway<br>Roseland, NJ 07068-1067 | Counsel to Air Group, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bridge Builders Newark LLC<br>Attn: Karen Marques<br>211 Warrant St.<br>Newark, NJ 07103 | Bridge Builders Newark LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Buchalter<br>A Professional Corporation<br>Attn: Shawn M. Christianson<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493 | Counsel to Oracle America, Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| --- | --- | --- |
| Campbell Rocco Law, LLC<br>Attn: Edmund J. Campbell, Jr.<br>6 Kings Highway East<br>Haddonfield, NJ 08033 | Counsel to Glass Systems Tech, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capehart & Scatchard, P.A.<br>A Professional Corporation<br>Attn: William G. Wright<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel, NJ 08054 | Counsel to Graybar Electric Company, Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chiesa Shahinian & Giantomasi PC<br>Attn: Armen Shahinian<br>and Robert Nies<br>11 Times Square, 31st Floor<br>New York, NY 10036 | Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chiesa Shahinian & Giantomasi PC<br>Attn: Armen Shahinian<br>and Robert Nies<br>One Boland Drive<br>West Orange, NJ 07052 | Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Ciardi Ciardi & Astin<br>Attn: Albert A. Ciardi, III<br>and Nicole M. Nigrelli<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia, PA 19103 | Counsel to Pentel Drywall, Inc., Delcon Builders, Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|---|---|---|
| Cole Schotz P.C.<br>Attn: Felice R. Yudkin<br>Court Plaza North<br>25 Main St.<br>Hackensack, NJ 07601 | Counsel to Newkirk Realty LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz P.C.<br>Attn: Jacob S. Frumkin, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | Counsel to Grand Maujer Development, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz P.C.<br>Attn: Michael D. Sirota<br>Court Plaza North<br>25 Main St.<br>Hackensack, NJ 07601 | Counsel to Newkirk Realty LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Attn: Deb Secrest<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121 | Counsel to Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Connell Foley LLP<br>Attn: Philip W. Allogramento III<br>Mitchell W. Taraschi<br>56 Livingston Avenue<br>Roseland, NJ 07068 | Counsel to Environmental Devices, Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Connell Foley LLP<br>Attn: Philip W. Allogramento III<br>Mitchell W. Taraschi<br>56 Livingston Avenue<br>Roseland, NJ 07068 | Counsel to FM Construction Group, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DL Thompson, Law, PC<br>Attn: Donna L. Thompson<br>P.O. Box 679<br>Allenwood, NJ 08720 | Counsel to Prendimano Electrical Maintenance Col, Inc. t/a PEMCO | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DLA Piper LLP (US)<br>Attn: Daniel M. Simon<br>1201 West Peachtree Street<br>Suite 2800<br>Atlanta, GA 30309-3450 | Counsel to Waypoint Hackensack Urban Renewal Owner LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Duane Morris LLP<br>Attn: James J. Holman<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | Counsel to PNC Bank, National Association | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Duane Morris LLP<br>Attn: Sommer L. Ross<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659 | Counsel to PNC Bank, National Association | ☐Hand-delivered<br>☒Regular mail<br>☐Certified mail/RR<br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Florio Perrucci Steinhardt & Cappelli, LLC<br>Attn: Brian R. Tipton<br>235 Broubalow Way<br>Phillipsburg, NJ 08865 | Counsel to State Line Construction Company, Inc. | ☐Hand-delivered<br>☒Regular mail<br>☐Certified mail/RR<br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fox Rothschild LLP<br>Attn: Michael Herz<br>49 Market Street<br>Morristown, NJ 07960 | Counsel to Troon Electric of New Jersey, LLC | ☐Hand-delivered<br>☒Regular mail<br>☐Certified mail/RR<br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fox Rothschild LLP<br>Attn: Michael R. Herz<br>49 Market Street<br>Morristown, NJ 07960 | Counsel to Marc and Amy Lebovitz | ☐Hand-delivered<br>☒Regular mail<br>☐Certified mail/RR<br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fried Frank Harris Shriver & Jacobson LLP<br>Attn: Gary Kaplan<br>One New York Plaza<br>New York, NY 10004 | Counsel to 640 Columbia Owner LLC | ☐Hand-delivered<br>☒Regular mail<br>☐Certified mail/RR<br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Goetz Fitzpatrick LLP<br>Attn: Gary M. Kushner<br>One Penn Plaza, 31st Floor<br>New York, NY 10119 | Counsel to Infinity Painting Co., Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gorski & Knowlton PC<br>Attn: Carol L. Knowlton<br>311 Whitehorse Avenue, Suite A<br>Hamilton, NJ 08610 | Counsel to KSS Architects | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Greenbaum, Rowe, Smith & Davis LLP<br>Attn: David L. Bruck<br>99 Wood Avenue South<br>Iselin, NJ 08830 | Counsel to Nomad Framing, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Greenberg Traurig, LLP<br>Attn: Alan J. Brody<br>500 Campus Drive<br>Florham Park, NJ 07932 | Counsel to EWA Moonachie 77, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Haddad Plumbing & Heating, Inc.<br>Attn: Joann S. Haddad, Esq.<br>1223 Broad Street<br>Newark, NJ 07114 | Official Committee of Unsecured Creditors | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Herrick Feinstein LLP<br>Attn: Steven B. Smith<br>Two Park Avenue<br>New York, NY 10016 | Counsel to CS Utica & Remsen LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| --- | --- | --- |
| Hill Wallack LLP<br>Attn: Michael Kahme & Michael J. Shavel<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543 | Counsel to Accordia Harrison Urban Renewal, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hinckley, Allen & Snyder LLP<br>Attn: Jennifer V. Doran<br>28 State Street<br>Boston, MA 02109 | Counsel to Ocean Steel Corporation | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Industrial Maintenance Industries<br>Attn: Eric Sobel<br>843 King Georges Road<br>Fords, NJ 08863 | Official Committee of Unsecured Creditors | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kaplin Stewart Meloff Reiter & Stein , P.C.<br>Attn: Andrew B. Cohn<br>910 Harvest Drive<br>PO Box 3037<br>Blue Bell, PA 19422-0765 | Counsel to Jonasz Precast, Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| KF Mechanical<br>Attn: Kenneth Fritze<br>10 Stewart Place<br>Fairfield, NJ 07004 | Top 20 Creditor | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kone, Inc.<br>Attn: Kenneth C. Barrows<br>4736 36th Street<br>Long Island City, NY 11101 | Official Committee of Unsecured Creditors | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kroll Heineman Carton<br>Attn: Seth Ptasiewicz<br>Metro Corporate Campus<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ 08830 | Counsel to New Jersey Building Laborers' Statewide Benefit Funds | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Larry L. Miller, Esq.<br>11722 Taneytown Pike<br>Taneytown, MD 21787 | Counsel to L & W Supply Corporation | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Law Office of James C. DeZao<br>Attn: James C. Dezao, Kathy Cehelsky, Margaret Meade<br>322 Route 46 West<br>Suite 120<br>Parsippany, NJ 07054 | Counsel to Orange County Superior Concrete, Bel- Con Construction Services | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Law Offices of Karen Murray LLC<br>Attn: Karen M. Murray<br>8 East Main Street<br>Moorestown, NJ 08057 | Counsel to P. Tamburri Steel LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| --- | --- | --- |
| Law Offices of Karen Murray LLC<br>Attn: Karen M. Murray<br>8 East Main Street<br>Moorestown, NJ 08057 | Counsel to P3 Metals LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lawrence B. Diener, Esq.<br>Court Plaza North<br>25 Main Street, Suite 200<br>Hackensack, NJ 07601 | Counsel to Advanced Scaffold Services LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lowenstein Sandler, LLP<br>Attn: Arielle Adler, Bruce Buechler, Joseph DiPasquale,<br>Jennifer B. Kimble, Kenneth A. Rosen, Mary E. Seymour<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Counsel to the Debtor | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| McGrail & Bensinger LLP<br>Attn: Ilana Volkov, Pearl Shah<br>888-C 8th Avenue, #107<br>New York, NY 10019 | Counsel to Kone Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| McManimon, Scotland & Baumann, LLC<br>Attn: Andrea Dobin<br>427 Riverview Plaza<br>Trenton, NJ 08511 | Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|---|---|---|
| McManimon, Scotland & Baumann, LLC<br>Attn: Sam Della, Fera Jr., Joshua H. Raymond, Anthony Sodono III<br>75 Livingston Avenue<br>Roseland NJ 07068 | Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mortitt Hock & Hamroff LLP<br>Attn: Brian P. Craig<br>400 Garden City Plaza<br>Garden City, NY 11530 | Counsel to Fort Hill Industries, Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC<br>Attn: Pasquale Suriano<br>110 Edison Place, Suite 300<br>Newark, NJ 07102 | Official Committee of Unsecured Creditors | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nicoll Davis & Spinella LLP<br>Attn: Christopher M. Santomassimo<br>1 Gatehall Drive, Suite 100<br>Parsippany, NJ 07054 | Counsel to Dancker | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Nordlaw<br>Attn: Michael J. Stafford<br>Turnpike Metroplex<br>Suite 201<br>190 State Highway 18<br>East Brunswick, NJ 08816 | Counsel to Anvil Craft Corp. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Norgaard O'Boyle<br>Attn: Brian G. Hannon<br>John O'Boyle<br>184 Grand Avenue<br>Englewood, NJ 07631 | Counsel to Imperial Floors, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Norris McLaughlin, P.A.<br>Attn: Melissa A. Pena<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807 | Counsel to Target Fire Protection | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| O'Toole Scrivo, LLC<br>Attn: Joshua A. Zielinski,<br>R. Brant Forrest<br>14 Village Park Road<br>Cedar Grove, NJ 07009 | Counsel to DeSesa Engineering Company, Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Attorney of New Jersey<br>Attn: Eamonn O'Hagan,<br>Assistant U.S. Attorney<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | United States Attorney | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Pepper Hamilton LLP<br>Attn: A Stio III<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543-5276 | Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pepper Hamilton LLP<br>Attn: Henry J. Jaffe<br>Kenneth A. Listwak<br>Hercules Plaza<br>1313 N. Market St., Suite 5100<br>Wilmington, DE 19801 | Counsel to 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pepper Hamilton LLP<br>Attn: Henry J. Jaffe<br>Kenneth A. Listwak<br>Hercules Plaza<br>1313 N. Market St., Suite 5100<br>Wilmington, DE 19801 | Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pepper Hamilton LLP<br>Attn: Henry J. Jaffe<br>Kenneth A. Listwak<br>Hercules Plaza<br>1313 N Market St., Suite 5100<br>Wilmington, DE 19801 | Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Pepper Hamilton LLP<br>Attn: Stephanie L. Jonaitis<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543-5276 | Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pepper Hamilton LLP<br>Attn: Stephanie L. Jonaitis, Robyn R. English-Mezzino<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543-5276 | Counsel to 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Post & Schell, P.C.<br>Attn: Brian W. Bisignani<br>1869 Charter Lane, Suite 102<br>P.O. Box 10248<br>Lancaster, PA 17605-0248 | Counsel to High Concrete Group, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Post & Schell, P.C.<br>Attn: Brian W. Bisignani<br>1869 Charter Lane, Suite 102<br>P.O. Box 10248<br>Lancaster, PA 17605-0248 | Counsel to Conewago Enterprises, Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Post & Schell, P.C.<br>Attn: Brian W. Bisignani<br>1869 Charter Lane, Suite 102<br>P.O. Box 10248<br>Lancaster, PA 17605-0248 | Counsel to Fabcon Precast | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Rabinowitz, Lubetkin & Tully, LLC<br>Attn: Jay L. Lubetkin<br>293 Eisenhower Parkway<br>Suite 100<br>Livingston, NJ 07039 | Counsel to Christopher Johnson and Kieran Flanagan | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rea & Associates, LLC<br>Attn: Jeffrey J. Rea<br>11 Broadway, 2nd Floor<br>Clark, NJ 07066 | Counsel to City Contracting, Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Reddin Masri, LLC<br>Attn: Hisham I. Masri<br>485 Totowa Road<br>Totowa, NJ 07512 | Columbian Iron Works, Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Riker, Danzig, Scherer, Hyland & Perretti LLP<br>Attn: Joseph L. Schwartz<br>Tara J. Schellhorn<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962 | Counsel to Newark Warehouse Urban Renewal, LLC; Newark Warehouse Redevelopment Company, LLC; and Edison Construction Management, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rivkin Radler LLP<br>Attn: Yale A. Leber<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, NJ 07601-7082 | Counsel to RH 537 Building Owner LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Rosenberg & Pittinsky L.L.P.<br>Attn: Laurence D. Pittinsky<br>232 Madison Avenue, Suite 906<br>New York, NY 10016 | Counsel to Boyd Mechanical, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sanray Construction, Inc.<br>Attn: Robert Ardolino<br>201 Columbia Turnpike<br>Florham Park, NJ 07932 | Official Committee of Unsecured Creditors | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Schwartz Barkin & Mitchell<br>Attn: Allen J. Barkin<br>1110 Springfield Road<br>P.O. Box 1339<br>Union, NJ 07083-1339 | Counsel to Drobach Equipment Rental Co. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shain Schaffer PC<br>Attn: Marguerite M. Schaffer<br>150 Morristown Road, Suite 105<br>Bernardsville, NJ 07924 | Counsel to Unique Scaffolding, LLC N.A. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Skolnick Legal Group, P.C.<br>Attn: Martin P. Skolnick<br>103 Eisenhower Parkway, Suite 305<br>Roseland, NJ 07068 | Counsel to Stateline Fabricators, LLC, ArchMills LLC d/b/a ArchMills Doors and Hardware | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| SM Law PC<br>Attn: Steven Mitnick<br>Marc D. Miceli<br>P.O. Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858 | Counsel to P. Cipollini, Inc. t/a Cipollini Roofing | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stark & Stark<br>Attn: Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton, NJ 08543-5315 | Counsel to High Concrete Group, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stark & Stark<br>Attn: Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton, NJ 08543-5315 | Counsel to Conewago Enterprises, Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stark & Stark<br>Attn: Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton, NJ 08543-5315 | Counsel to Fabcon Precast | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tarter Krinsky & Drogin LLP<br>Attn: Rocco A. Cavaliere<br>Scott Markowitz<br>1350 Broadway, 11th Floor<br>New York, NY 10018 | Counsel to Titan Industrial Services Corp. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Tesser & Cohen<br>Attn: Danielle Cohen, Lee M. Tesser<br>946 Main Street<br>Hackensack NJ 07601 | Counsel to Herc Rentals, Inc., Samph Contracting, LLC, MDS Construction, Global Development Contractors, LLC, Orion Interiors, Inc., National Fireproofing & Insulation Co., Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| The Kelly Firm, P.C.<br>Attn: Andrew J. Kelly, Esq.<br>1011 Highway 71<br>Suite 200<br>Spring Lake NJ 07762 | Counsel to Schnell Contracting Systems, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Trif Law LLC<br>Attn: Greg Trif<br>89 Headquarters Plaza<br>North Tower, Suite 201<br>Morristown, NJ 07960 | Counsel to Sparwick Contracting, Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Trif Law LLC<br>Attn: Greg Trif<br>89 Headquarters Plaza<br>North Tower, Suite 201<br>Morristown, NJ 07960 | Counsel to Jordano Electric, Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Trif Law LLC<br>Attn: Greg Trif<br>89 Headquarters Plaza<br>North Tower, Suite 201<br>Morristown, NJ 07960 | Counsel to KR Masonry LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Troon Electric of NY, LLC<br>Attn: Paul Benevenuto<br>307 7th Avenue, Suite 1204<br>New York, NY 10001 | Official Committee of Unsecured Creditors | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Walsh Pizzi O'Reilly Falanga LLP<br>Attn: Sydney J. Darling<br>Stephen V. Falanga<br>Three Gateway Center<br>100 Mulberry St., 15th Fl.<br>Newark, NJ 07102 | Counsel to Schindler Elevator Corporation | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Walsh Pizzi O'Reilly Falanga LLP<br>Attn: Stephen V. Falanga<br>Sydney J. Darling<br>Three Gateway Center<br>100 Mulberry St., 15th Fl.<br>Newark, NJ 07102 | Counsel to Fairleigh Dickinson University, Fairleigh Dickinson University | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Warshaw Burstein, L.L.P.<br>Attn: Grant R. Cornehls<br>Maxwell J. Rubin<br>575 Lexington Avenue, 7th Floor<br>New York, NY 10022 | Counsel to Nickerson Corporation | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wasserman, Jurista & Stolz, P.C.<br>Attn: Daniel M. Stolz, Esq.<br>110 Allen Road<br>Suite 304<br>Basking Ridge, NJ 07920 | Counsel to 147 Bloomfield Ave J.V. LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Weltman & Moskowitz, LLP<br>Attn: Richard E. Weltman<br>Michele K. Jaspan<br>18 Columbia Turnpike, Suite 200<br>Florham Park, NJ 07932-2266 | Counsel to Reliance Mechanical, Inc. | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Westerman Ball Ederer Miller<br>Zucker & Sharfstein, LLP<br>Attn: Mickee M. Hennessy<br>John Westerman<br>1201 RXR Plaza<br>Uniondale, NY 11556 | Counsel to Veteran's Road SPE, LLC | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wilentz, Goldman & Spitzer, P.A.<br>Attn: David H. Stein<br>Meredith I. Friedman<br>90 Woodbridge Center Drive Suite 900, Box 10<br>Woodbridge NJ 07095 | Counsel to CTC Academy | ☐Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Durkin & Durkin, LLC<br>Attn: M. Murphy Durkin, Esq.<br>1120 Bloomfield Ave.<br>P.O. Box 1289<br>West Caldwell, NJ 07007 | Counsel to Dehn Bros. Fire Protection, Inc. | ☐ Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mellinger, Sanders & Kartzman, LLC<br>Attn: Joseph R. Zapata, Jr., Esq.<br>101 Gibraltar Drive, Suite 2 F<br>Morris Plains, NJ 07950 | Counsel to STMR, Inc. | ☐ Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Bohler Engineering NY, PLLC<br>Attn: Anna F. Patras, Esq.<br>35 Technology Drive, Second Floor<br>Warren, NJ 07059 | Counsel to Bohler Engineering NY, PLLC | ☐ Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| --- | --- | --- |
| Norris McLaughlin, PA<br>Attn: Morris S. Bauer, Esq.<br>400 Crossing Boulevard, 8th Fl.<br>Bridgewater, NJ 08807-5933 | Counsel to Ware Malcomb | ☐ Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Frank F. Velocci<br>Drinker Biddle & Reath LLP<br>600 Campus Drive<br>Florham Park, NJ 07932 | Counsel to NSA 18th Avenue, LLC, | ☐ Hand-delivered<br><br>☒Regular mail<br><br>☐Certified mail/RR<br><br>☐Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*