Lawrence B. Diener (023901975)
Court Plaza North
25 Main Street Suite 200
Hackensack, New Jersey 07601
Telephone: (201)342-6137
Facsimile: (201)342-6126
Internet:  LBDiener@optimum.net
Attorney for Advanced Scaffold Services LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re:<br><br>Hollister Construction Services, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Notice of Appearance<br>and<br>Request for Service of Papers |
|---|---|

    Lawrence B. Diener does hereby enter an appearance for the following party in the above named bankruptcy case:

**Advanced Scaffold Services Mid-Atlantic LLC**

    Pursuant to Rule 2002 of the bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

/s/   Lawrence B. Diener         Dated: November 14, 2019
Lawrence B. Diener
Attorney for Advanced Scaffold Services LLC