Case 19-27439-MBK    Doc 514    Filed 11/14/19    Entered 11/15/19 00:43:21    Desc
Imaged Certificate of Notice    Page 1 of 5

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–27439–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hollister Construction Services, LLC
   339 Jefferson Road
   Parsippany, NJ 07054

Social Security No.:

Employer's Tax I.D. No.:
   74–3135404

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on November 12, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 487 − 277
Order Granting Application to Employ EisnerAmper LLP as Accountant (Related Doc # 277). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/12/2019. (wir)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 12, 2019
JAN: wir

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-27439-MBK
Hollister Construction Services, LLC                                            Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 4              Date Rcvd: Nov 12, 2019
                              Form ID: orderntc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db             +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
acc             +E-mail/Text: delmarie.velazquez@eisneramper.com Nov 13 2019 02:00:14     Eisner Amper LLP,
                 111 Wood Avenue South,   Iselin, NJ 08830-2874
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody     on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky     on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Allen J Barkin     on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Andrea  Dobin     on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               adobin@msbnj.com
              Andrew B. Cohn     on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
              Andrew J. Kelly     on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
               .com;tgraga@kbtlaw.com
              Andrew R. Macklin     on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III     on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
              Angelo Anthony Stio, III     on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation stioa@pepperlaw.com
              Anna  Patras     on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohlereng.com
              Anthony  Sodono, III     on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone     on behalf of Creditor    Industrial Maintenance Industries
               arainone@bracheichler.com,    cbudris@bracheichler.com;palonso@bracheichler.com
              Arielle  Adler     on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com;jkimble@lowenstein.com
              Arielle  Adler     on behalf of Plaintiff    Hollister Construction Services, LLC
               aadler@lowenstein.com,    elawler@lowenstein.com;jkimble@lowenstein.com
              Benjamin A. Stanziale, Jr.     on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
              Brett  Berman     on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
              Brian Gregory Hannon     on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Brian R Tipton     on behalf of Creditor    State Line Construction Company, Inc.
               btipton@fpsflawfirm.com
              Bryce Wallace Newell     on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com

```
District/off: 0312-3                   User: admin                    Page 2 of 4                  Date Rcvd: Nov 12, 2019
                                       Form ID: orderntc              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Carl J. Soranno    on behalf of Defendant    Haddad Heating & Plumbing Inc. csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com
        Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com
        Carol L. Knowlton    on behalf of Creditor    KSS Architects cknowlton@gorskiknowlton.com
        Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
        Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
        Daniel Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
        Danielle Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Global Development Contractors, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Darren R. Marks    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC dmarks@borahgoldstein.com, nagwu@borahgoldstein.com
        David E. Sklar    on behalf of Creditor    All Brands Elevator Industries, Inc. dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
        David E. Sklar    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc. dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
        David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com, ciarkowski@wilentz.com
        David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
        Donald B. Veix, Jr.    on behalf of Creditor    Bohler Engineering NY, PLLC donveixlaw@gmail.com, dveix@hartylawgroup.com
        Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO donna.thompson@dlthompsonlaw.com, dlthompsonlaw@aol.com
        Edmund Campbell    on behalf of Creditor    Glass Systems Tech, LLC aweisenberger@campbellroccolaw.com
        Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com, fpisano@coleschotz.com
        Grant Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com, lschindler@wbny.com
        Greg Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com, gtrif@triflaw.com
        Greg Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com, gtrif@triflaw.com
        Greg Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com, gtrif@triflaw.com
        Hisham I. Masri    on behalf of Creditor    Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com, m.duran@hmasrilaw.com
        Ilana Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com, fpisano@coleschotz.com;ssallie@coleschotz.com
        Jacob Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC jfrumkin@coleschotz.com
        James C. Dezao, III    on behalf of Creditor Antonio    Zarfino gerald@dezaolaw.com
        James C. Dezao, III    on behalf of Creditor Mayer    Weberman gerald@dezaolaw.com
        Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
        Jay L. Lubetkin    on behalf of Interested Party Kieran    Flanagan jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
        Jay L. Lubetkin    on behalf of Interested Party Christopher    Johnson jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
        Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
        Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
        Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc. jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
        John O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com, ecf-fe4957a0ba6a@ecf.pacerpro.com
        Joseph H. Lemkin    on behalf of Creditor    Fabcon Precast jlemkin@stark-stark.com
        Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
        Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
        Joseph J. DiPasquale    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC jdipasquale@lowenstein.com, jkimble@lowenstein.com
        Joseph J. DiPasquale    on behalf of Defendant    Hollister Construction Services, LLC jdipasquale@lowenstein.com, jkimble@lowenstein.com
        Joseph J. DiPasquale    on behalf of Debtor    Hollister Construction Services, LLC jdipasquale@lowenstein.com, jkimble@lowenstein.com
        Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com

```
District/off: 0312-3          User: admin              Page 3 of 4             Date Rcvd: Nov 12, 2019
                              Form ID: orderntc        Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph L. Schwartz    on behalf of Creditor    Sunstone Hotels Morristown, LLC jschwartz@riker.com
          Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Redevelopment Company, LLC
           jschwartz@riker.com
          Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Redevelopment Company, LLC
           jschwartz@riker.com
          Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Urban Renewal, LLC
           jschwartz@riker.com
          Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Urban Renewal, LLC
           jschwartz@riker.com
          Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company
           jschwartz@riker.com
          Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
           jschwartz@riker.com
          Joseph R Zapata, Jr.    on behalf of Creditor    STMR, Inc. jzapata@msklaw.net
          Joshua A. Zielinski    on behalf of Creditor    DeSesa Engineering Company, Inc.
           jzielinski@oslaw.com, rforrest@oslaw.com
          Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           jraymond@msbnj.com
          Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com,
           kdilks@cvmlawoffices.com
          Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com,
           kdilks@cvmlawoffices.com
          Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC
           krosen@lowenstein.com, dclaussen@lowenstein.com
          Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC
           krosen@lowenstein.com, dclaussen@lowenstein.com
          Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
          Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
          Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing
           mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
          Marguerite Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
           mschaffer@shainlaw.com
          Mario A. Batelli    on behalf of Petitioning Creditor 360 Fire Prevention    360 Fire Prevention LLC
           mbatelli@fostermazzielaw.com
          Mark E. Felger    on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com,
           sshidner@cozen.com
          Martin P. Skolnick    on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
          Martin P. Skolnick    on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware
           mskolnick@gmail.com
          Mary E. Seymour    on behalf of Debtor    Hollister Construction Services, LLC
           mseymour@lowenstein.com
          Melissa A. Pena    on behalf of Creditor    Target Fire Protection mapena@norris-law.com,
           pfreda@nmmlaw.com
          Meredith I. Friedman    on behalf of Creditor    CTC Academy mfriedman@wilentz.com,
           ciarkowski@wilentz.com
          Michael Kahme    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
           mkahme@hillwallack.com, fmansmann@hillwallack.com
          Michael Stafford    on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal,
           norddemaio@aol.com;adamnorddemaio@aol.com
          Michael D. Sirota    on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com,
           fpisano@coleschotz.com
          Michael J. Shavel    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
           mshavel@hillwallack.com
          Michael R. Herz    on behalf of Creditor    Troon Electric of New Jersey LLC
           mherz@foxrothschild.com, cbrown@foxrothschild.com
          Mitchell Malzberg    on behalf of Creditor    Vector Structural Preservation Corp.
           mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
          Morris S. Bauer    on behalf of Creditor    Ware Malcomb msbauer@nmmlaw.com,
           rjacome@norris-law.com,relikens@nmmlaw.com
          Murphy Durkin    on behalf of Creditor    Dehn Bros. Fire Protection, Inc. maresta@durkinlawfirm.com
          Nicole M. Nigrelli    on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli    on behalf of Defendant    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli    on behalf of Interested Party    Delcon Builders, Inc.
           nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Pearl Shah    on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
          Peter Broege    on behalf of Creditor    Encon Mechanical Corp pbroege@bnfsbankruptcy.com,
           G1580@notify.cincompass.com
          Philip William Allogramento    on behalf of Creditor    Environmental Devices, Inc.
           pallogramento@connellfoley.com
          Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC
           pallogramento@connellfoley.com
          Richard E. Weltman    on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com,
           mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
          Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company
           rnies@csglaw.com

```
District/off: 0312-3            User: admin              Page 4 of 4                    Date Rcvd: Nov 12, 2019
                                Form ID: orderntc        Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Robert M Hirsh  on behalf of Creditor  SBLP Princeton, LLC, a Delaware limited liability
     company hirsh.robert@arentfox.com,
     indelicato.lisa@arentfox.com;Mary.Dowd@arentfox.com;Mark.Bloom@arentfox.com;Jackson.Toof@arentfox
     .com;adam.ruttenberg@arentfox.com
    Robert Saul Molnar  on behalf of Creditor  Starlite Electric LLC molnarrs@aol.com
    Rocco A. Cavaliere  on behalf of Creditor  Titan Industrial Services Corp.
     rcavaliere@tarterkrinsky.com
    Ryan M. Ernst  on behalf of Creditor  Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
    Sam Della Fera  on behalf of Creditor Committee  Official Committee of Unsecured Creditors
     sdellafera@msbnj.com
    Seth Ptasiewicz  on behalf of Creditor  New Jersey Building Laborers Statewide Benefit Funds
     (the "Funds") sptasiewicz@krollfirm.com
    Sommer Leigh Ross  on behalf of Creditor  PNC Bank, National Association slross@duanemorris.com,
     AutoDocketWILM@duanemorris.com
    Stephanie L. Jonaitis  on behalf of Interested Party  10 Minerva Place, L.P. and 10 Minerva
     Place Housing Development Fund Corporation jonaitis@pepperlaw.com,
     balaa@pepperlaw.com;molitorm@pepperlaw.com
    Stephanie L. Jonaitis  on behalf of Interested Party  5 Bay Street Phase 1 LLC, 5 Bay Street
     Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com,
     balaa@pepperlaw.com;molitorm@pepperlaw.com
    Stephen V. Falanga  on behalf of Interested Party  Fairleigh Dickinson University
     sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
    Stephen V. Falanga  on behalf of Creditor  Schindler Elevator Corporation
     sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
    Steven B Smith  on behalf of Interested Party  CS Utica & Remsen LLC ssmith@herrick.com
    Stuart M. Brown  on behalf of Interested Party  Waypoint Hackensack Urban Renewal Owner LLC
     stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
    Sydney J. Darling  on behalf of Interested Party  Fairleigh Dickinson University
     sdarling@walsh.law, mvargas@walsh.law
    Sydney J. Darling  on behalf of Creditor  Schindler Elevator Corporation sdarling@walsh.law,
     mvargas@walsh.law
    Tara J. Schellhorn  on behalf of Creditor  Newark Warehouse Redevelopment Company
     tschellhorn@riker.com
    Tara J. Schellhorn  on behalf of Creditor  Newark Warehouse Urban Renewal, LLC
     tschellhorn@riker.com
    U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov
    William G. Wright  on behalf of Creditor  Graybar Electric Company, Inc. wwright@capehart.com,
     jlafferty@capehart.com
    Yale A. Leber  on behalf of Interested Party  RH 537 Building Owner LLC yale.leber@rivkin.com
                                        TOTAL: 130