|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br>Joseph L. Schwartz, Esq.(JS-5525)<br>Rachel G. Atkin, Esq. (RA-4910)<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>(973) 538-0800<br>jschwartz@riker.com<br>ratkin@riker.com<br><br>Counsel to Sunstone Hotels Morristown, LLC | Order Filed on November 12, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Hollister Construction Services, LLC,<br><br>                               Debtor. | Case No.  19-27439 (MBK)<br><br>Hon. Michael B. Kaplan, U.S.B.J.<br><br>Chapter 11 |

**CONSENT ORDER GRANTING SUNSTONE HOTELS MORRISTOWN, LLC RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) TO TERMINATE GMP CONTRACT AND RELATED RELIEF**

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 12, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Hollister Construction Services, LLC |
| Case No.: | 19-27439 (MBK) |
| Caption of Order: | CONSENT ORDER GRANTING SUNSTONE HOTELS MORRISTOWN, LLC RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) TO TERMINATE GMP CONTRACT AND RELATED RELIEF |
| Page: | 2 of 3 |

**THIS MATTER** having been opened to the Court upon the Motion of Sunstone Hotels Morristown, LLC ("Sunstone") for entry of an order: (i) granting Sunstone relief from the automatic stay, pursuant to 11 U.S.C. § 362(d)(1), to allow Sunstone to terminate the GMP Contract,[1] or in the alternative, (ii) compelling the Debtor, Hollister Construction Services, LLC (the "Debtor"), to immediately reject the GMP Contract, pursuant to 11 U.S.C. § 365(d)(2), and (iii) for related relief (the "Motion"); and the Court having considered the Motion and the limited objection filed thereto by the Debtor; and the Court having conducted a hearing on the Motion, at which time the Court heard and considered all oral argument of counsel; and good and sufficient notice of the Motion having been provided to all interested parties; and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. Sunstone is hereby granted relief from the automatic stay, pursuant to 11 U.S.C. § 362(d)(1), to terminate the GMP Contract.

2. The GMP Contract is hereby deemed terminated as of September 11, 2019, the date of the Debtor's bankruptcy filing (the "Petition Date").

3. The Debtor is hereby deemed to have rejected the GMP Contract as of the Petition Date.

4. Sunstone and the Debtor each reserve and preserve any and all rights, claims, remedies, defenses and causes of action that each may have in connection with the GMP Contract.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

| | |
|---|---|
| Debtor: | Hollister Construction Services, LLC |
| Case No.: | 19-27439 (MBK) |
| Caption of Order: | CONSENT ORDER GRANTING SUNSTONE HOTELS MORRISTOWN, LLC RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) TO TERMINATE GMP CONTRACT AND RELATED RELIEF |
| Page: | 3 of 3 |

5. This Order is immediately valid and fully effective upon its entry and the fourteen (14) day stay pursuant to Bankruptcy Rule 4001(a) is hereby waived.

5088391v3

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-27439-MBK
Hollister Construction Services, LLC                                            Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 12, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.
db              +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0