UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor-in-Possession*

**FILED**
JEANNE A. NAUGHTON, CLERK

**NOV 15 2019**

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,[1]

                                        Debtor.

Chapter 11

Case No. 19-27439 (MBK)

## ORDER GRANTING DEBTOR'S MOTION APPROVING OF AMENDED SETTLEMENT AGREEMENT BY AND AMONG THE DEBTOR, LATITUDE EAST OWNER, LLC AND LATITUDE WEST OWNER, LLC AND SUBCONTRACTORS PURSUANT TO FED. R. BANKR. P. 9019

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

_Michael B. Kaplan_
MICHAEL B. KAPLAN, USBJ

11/15/2019

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
11/14/2019 205361403.1

Page: 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: *Order Granting Debtor's Motion Approving Amended Settlement Agreement By and Among the Debtor, Latitude East Owner, LLC and Latitude West Owner, LLC and Subcontractors Pursuant to Fed. R. Bankr. P. 9019*

---

THIS MATTER having been opened to the Court upon the Motion of the above-captioned debtor-in-possession (the "Debtor") seeking the entry of an order approving an Amended Settlement Agreement by and among the Debtor, Latitude East Owner, LLC and Latitude West Owner, LLC and and Subcontractors dated November 14, 2019 (the "Settlement Agreement") Pursuant to Fed. R. Bankr. P. 9019 (the "Motion"); and the Court having considered the Motion and any objections filed thereto, and the Court having conducted a hearing on the Motion, at which time the Court heard and considered all oral arguments of counsel; and good and sufficient notice of the Motion having been provided to all interested parties, and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1.     The Motion is GRANTED.

2.     The Settlement Agreement with Latitude East Owner, LLC, Latitude West Owner, LLC and certain subcontractors is hereby approved.

3.     The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

4.     The Order shall be effective immediately upon its entry.