Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  19−27439−MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Hollister Construction Services, LLC
    339 Jefferson Road
    Parsippany, NJ 07054

Social Security No.:

Employer's Tax I.D. No.:
    74−3135404

_____

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        12/19/19
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

_____

APPLICANT(S)
Parkland Group Inc, Other ProfessionaL

COMMISSION OR FEES
fee: $11,353.46

EXPENSES
$2,220.38

_____

If this is a chapter 13 case, the fees and expenses awarded:

☐        will not reduce the amount to be paid to general unsecured
         creditors under the plan.

☐        will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 15, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-27439-MBK
Hollister Construction Services, LLC                                Chapter 11
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 7          Date Rcvd: Nov 15, 2019
                             Form ID: 137          Total Noticed: 126

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
| | | |
|---|---|---|
| db | +Hollister Construction Services, LLC, | 339 Jefferson Road,   Parsippany, NJ 07054-3707 |
| aty | +Boyd Mechanical, LLC,   c/o Rosenberg & Pittinsky, LLP,   232 Madison Avenue,   Suite 906, | |
| | New York, NY 10016-2937 | |
| aty | Brian Bisignani,   Post & Schell,   1869 Charter Lane,   Ste. 102,   POB 10248, | |
| | Lancaster, PA 17605-0248 | |
| aty | +Brian Craig,   400 Garden City Plaza,   Garden City, NY 11530-3322 | |
| aty | +Gary M Kushner,   Goetz Fitzpatrick LLP,   One Penn Plaza,   3rd Floor, | |
| | New York, NY 10119-0196 | |
| aty | +Henry J. Jaffe,   Pepper Hamilton LLP,   1313 Market St.,,   Hercules Plaza, Suite 5100, | |
| | Wilmington, DE 19801-6111 | |
| aty | +Mary Joanne Dowd,   Arent Fox LLP,   1717 K Street NW,   Washington, DC 20006-5344 | |
| aty | +McManimon, Scotland & Baumann,   75 Livingston Avenue,   Suite 201, | |
| | Roseland, NJ 07068-3701 | |
| ptcrd | +360 Fire Prevention 360 Fire Prevention LLC,   1061 Paulison Avenue,   Clifton, NJ 07011-3628 | |
| cr | +Advanced Scaffold Services Mid-Atlantic LLC,   650 Route 46 West,   Clifton, NJ 07013-1503 | |
| cr | +Advanced Scaffold Services, LLC,   620 Oakwood Avenue,   West Hartford, CT 06110-1520 | |
| cr | +Air Group, LLC,   c/o Carl J. Soranno, Esq.,   Brach Eichler LLC,   101 Eisenhower Parkway, | |
| | Roseland, NJ 07068-1053 | |
| cr | +Antonio Zarfino,   Bel-Con Construction Services, Inc.,   26 Wallace Street, | |
| | Belleville, NJ  07109,   UNITED STATES 07109-3526 | |
| cr | +Arch Insurance Company and Arch Reinsurance Compan,   c/o Chiesa Shahinian & Giantomasi PC, | |
| | One Boland Drive,   Attn: Robert E. Nies, Esq.,   West Orange, NJ 07052-3686 | |
| cr | +Bridge Builders Newark LLC,   c/o Karen Marques,   211 Warren Street,   Newark, NJ 07103-3568 | |
| cr | +CTC Academy,   c/o Wilentz, Goldman & Spitzer, P.A.,   90 Woodbridge Center Drive, | |
| | Suite 900, Box 10,   Attn: David H. Stein, Esq.,   Woodbridge, NJ 07095-1155 | |
| intp | +Christopher Johnson,   c/o Rabinowitz, Lubetkin & Tully, LLC,   293 Eisenhower Parkway, | |
| | Suite 100,   Livingston, NJ 07039-1711 | |
| cr | +Commonwealth of Pennsylvania Dept. of Labor and In,   651 Boas St.,   Room 925, | |
| | Harrisburgh, PA 17121-0751 | |
| cr | +Dancker,   291 Evans Way,   Somerville, NJ 08876-3766 | |
| cr | Drobach Equipment Rental Co.,   2240 US-22,   Union, NJ  07083 | |
| cr | +EWA Moonachie 77, LLC,   c/o Alan Brody, Greenberg Traurig,   500 Campus Drive,   Suite 400, | |
| | Florham Park, NJ 07932-1025 | |
| cr | +Edison Construction Management,   c/o Riker Danzig,   One Speedwell Avenue, | |
| | Morristown, NJ 07960-6838 | |
| cr | +Encon Mechancial Corp,   3433 Sunset Ave,   PO Box 2293,   Ocean, NJ 07712-2293 | |
| cr | +Fabcon Precast,   Post & Schell, P.C.,   1869 Charter Lane,   POB 10248, | |
| | Lancaster, PA 17605-0248 | |
| intp | +Fairleigh Dickinson University,   c/o Walsh Pizzi O'Reilly Falanga LLP,   Three Gateway Center, | |
| | 100 Mulberry Street,   15th Floor,   Newark, NJ 07102-4056 | |
| intp | +Grand Maujer Development, LLC,   Cole Schotz P.C.,   Court Plaza North,   25 Main Street, | |
| | Hackensack, NJ 07601-7083 | |
| intp | +Kieran Flanagan,   c/o Rabinowitz, Lubetkin & Tully, LLC,   293 Eisenhower Parkway,   Suite 100, | |
| | Livingston, NJ 07039-1711 | |
| cr | +L&W Supply Corporation,   c/o Larry Miller,   11722 Taneytown Pike,   Taneytown, MD  21787, | |
| | UNITED STATES 21787-1165 | |
| cr | +Lally Pipe & Tube,   8770 Railroad Drive,   Taylor Mill, KY 41015-9096 | |
| cr | +Mayer Weberman,   Orange County Superior Concrete,   149 Elm Street, Suite 102, | |
| | Monroe, NY  10950,   UNITED STATES 10950-2896 | |
| cr | +Newark Warehouse Redevelopment Company,   c/o Riker Danzig,   One Speedwell Avenue, | |
| | Morristown, NJ 07960-6838 | |
| cr | +Newark Warehouse Urban Renewal, LLC,   c/o Riker Danzig,   One Speedwell Avenue, | |
| | Morristown, NJ 07960-6838 | |
| intp | +Newkirk Realty LLC,   Cole Schotz P.C.,   Court Plaza North,   25 Main Street, | |
| | Hackensack, NJ 07601-7083 | |
| cr | +Nickerson Corporation,   515 Union Ave,   Union Beach, NJ 07735-3130 | |
| cr | +Nomad Framing, LLC,   Att: David L. Bruck, Esq.,   Greenbaum, Rowe, Smith & Davis LLP, | |
| | PO Box 5600,   Woodbridge, NJ 07095-0988 | |
| intp | +P. Tamburri Steel,   1401 Industrial Highway,   1401 Industrial Highway, | |
| | CINNAMINSON, NJ  08077,   UNITED STATES 08077-2589 | |
| intp | +P3 Metals, LLC,   1401 Industrial Highway,   CINNAMINSON, NJ  08077,   UNITED STATES 08077-2589 | |
| cr | +PNC Bank, National Association,   c/o Duane Morris LLP, | |
| | Attn: James J. Holman and Sommer L. Ross,   222 Delaware Avenue, Suite 1600, | |
| | Wilmington, DE  19801-1659 | |
| op | +Parkland Group Inc,   8110 Devon Court,   Chagrin Falls, OH 44023-5008 | |
| op | +Paul Belair,   10x CEO Coaching LLC,   POB 5117,   Youngstown, OH 44514-0117 | |
| op | +Pereira Electrical Contracting, Inc.,   c/o Cohn Lifland Pearlman Herrmann, | |
| | Park 80 West - Plaza One,   250 Pehle Ave.,   Suite 401,   Saddle Brook, NJ 07663-5832 | |
| op | +Prime Clerk LLC,   One Grand Central Place,   60 East 42nd Street,   Suite 1440, | |
| | New York, NY 10165-1446 | |
| intp | +RH 537 Building Owner LLC,   2 Park Ave, 14th Floor,   New York, NY 10016-5702 | |
| cr | +Schindler Elevator Corporation,   Three Gateway Center,   100 Mulberry Street,   15th Floor, | |
| | Newark, NJ  07102,   UNITED STATES 07102-4056 | |
| cr | +Schnell Contracting Systems, LLC,   c/o The Kelly Firm, P.C.,   1011 Highway 71, Suite 200, | |
| | Spring Lake, NJ 07762-3232 | |

```
District/off: 0312-3        User: admin            Page 2 of 7           Date Rcvd: Nov 15, 2019
                            Form ID: 137            Total Noticed: 126
```

```
cr         +Sunstone Hotels Morristown, LLC,   c/o Riker Danzig,   One Speedwell Avenue,
            Morristown, NJ 07960-6838
cr         +Troon Electric of New Jersey LLC,   555 North Ave,   Fort Lee, NJ 07024-2404
cr         #+Vector Structural Preservation Corp.,   21 Willowdale Ave.,   Port Washington, NY 11050-3716
cr         +Ware Malcomb,   Attn: Tobin Slone, CFO,   10 Edelman,   Irvine, CA 92618-4312
518456125  +AES Lighting Group,   32 S Jefferson Rd. Suite 2,   Whippany, NJ 07981-1001,
            Attn: Jonathan Squilla
518568393  +Accordia Harrison Urban Renewal, LLC,   c/o Hill Wallack LLP,   21 Roszel Road, P.O. Box 5226,
            Princeton, NJ 08543-5226
518547399   Acme Drapemaster of America, Inc.,   P.O. Box 192,   Keasbey, New Jersey 08832-0192
518567636  +Air Group LLC,   Carl J. Soranno, Esq.,   101 Eisenhower Parkway,   Roseland, NJ 07068-1032
518456110  +Air Group, LLC,   1 Prince Rd,   Whippany, NJ 07981-2100,   Attn: Christina Perez
518508337  +All Brands Elevator Industries, Inc.,   David E. Sklar, Esq.,   1599 Hamburg Turnpike,
            Wayne, NJ 07470-4093
518505631  +All Brands Elevator Industries, Inc.,   990 Soldier Hill Road,   Emerson, NJ 07630-1434
518568383   American Express Travel Related Services Company,,   Inc.,   c/o Becket and Lee LLP,
            PO Box 3001,   Malvern PA 19355-0701
518469739  +Anvil Craft Corp.,   c/o NordLaw,   190 State Highway 18, Suite 201,
            East Brunswick, NJ 08816-1407
518500058  +Atlantic Engineering Laboratories of NY, Inc.,   David E. Sklar, Esq.,   1599 Hamburg Tpke.,
            Wayne, NJ 07470-4093
518496411  +Atlantic Engineering Laboratories, Inc.,   21 Randolph Avenue,   Avenel, NJ 07001-2404
518569888   Bohler Engineering NY, PLLC,   14 Penn Plz., 225 W. 35th St.. Ste. 84,   New York, NY  10122
518569388  +Bohler Engineering NY, PLLC,   35 Technology Drive,   Warren, New Jersey 07059-5172
518505693  +Boyd Mechanical LLC,   717B East 135th Street,   Bronx, NY 10454-3436
518530082  +Brach Eichler LLC,   c/o Carl J. Soranno, Esq.,   101 Eisenhower Parkway,
            Roseland, NJ 07068-1053
518505651  +City Contracting, Inc.,   62 Bog & Valley Lane,   Lincoln Park, New Jersey 07035-1400
518508342  +City Contracting, Inc.,   Rea & Assoc.,   11 Broadway, 2nd Fl.,   Clark, NJ 07066-2532
518545181  +Columbian Iron Works, Inc,   332 Vreeland Ave,   Paterson, NJ 07513-1014
518549894  +Columbian Iron Works, Inc.,   485 Totowa Rd,   Totowa, NJ 07512-2078
518456117  +Commercial Technology,   Contractors Inc,   152 Huron Avenue,   Clifton, NJ 07013-2949,
            Attn: Michael Martone
518466614  +Commonwealth of PA-UCTS,   Dept. of Labor and Industry,   651 Boas St., Rm. 925,
            Harrisburg, PA 17121-0751
518557998  +Dehn Bros. Fire Protection, Inc.,   C/o Durkin & Durkin, LLC,   1120 Bloomfield Avenue,
            West Caldwell, NJ 07006-7138
518457716  +Drobach Equipment Rental Co.,   Allen J. Barkin, Esq.,   POB 1339,   Union, NJ 07083-1339
518498779  +East Coast Elevator LLC,   c/o Fein Such Kahn & Shepard PC,   7 Century Dr., Suite 201,
            Parsippany, NJ 07054-4609
518456113   FM Construction Group, LLC,   100 Dr. Martin Luther,   King Jr. Blvd.,   East Orange, NJ, 07017,
            Attn: Keith Chebuske
518456111  +Fabcon,   12520 Quentin Avenue South,   Suite 200,   Savage, MN 55378-1376,
            Attn: Bryan Hummer
518520056   Fabcon Precast,   Brian Bisognari,   Post & Schell,   1869 Charter Lane, POB 10248,
            Lancaster, PA  17605-0248
518456114  +FortHill Industries Inc,   1980 Route 112,   Suite 3,   Coram, NY 11727-3093,
            Attn: Tony Uliano
518547794   Fromkin Brothers, Inc.,   P.O. Box 316,   Keasbey, New Jersey 08832-0316
518510182  +Glass Systems Tech, LLC,   465 Veit Road,   Huntingdon Valley, PA 19006-1632
518456121   Haddad Heating & Plumbing Inc.,   1223 Broad Street,   Newark, NJ, 07114,
            Attn: Shallan Haddad
518569887  +Haddad Heating & Plumbing, Inc.,   Carl J. Soranno, Esq.,   101 Eisenhower Parkway,
            Roseland, NJ 07068-1032
518456119  +Imperial Floors,   1578 Sussex Turnpike,   Randolph, NJ 07869-1833,   Attn: James Weathersby
518569431  +Imperial Floors, LLC,   1578 Sussex Turnpike,   Randolph, NJ 07869-1833
518569889  +Imperial Floors, LLC,   Norgaard O'Boyle & Hannon,   184 Grand Avenue,
            Englewood, NJ 07631-3578
518456124  +Island Exterior Fabricators,   1101 Scott Avenue,   Calverton, NY 11933-3056,
            Attn: Ron VanSteekelenburg
518466121  +Joffe Lumber & Supply Co., Inc.,   Attn: Steven Wolf,   18 Burns Avenue,
            Vineland, NJ 08360-7799
518526103  +Jonasz Precast, Inc.,   829 Delsea Drive,   Westville, NJ 08093-1232
518456123  +KR Masonry,   363 East Greystone Road,   Old Bridge, NJ 08857-4024,   Attn: Josh K.R.
518456127  +Kone, Inc.,   47-36 36th Street,   Long Island City, NY 11101-1824,   Attn: Chris Rowe
518456120   Linphill Electrical Contractor,   97-07 Horace Harding Expwy,   Suite 2C,
            Corona, NY, 11368-4128,   Attn: Jason Reyes
518518079   NY State Tax and Finance,   POB 5300,   Albany, NY 12205-0300
518557245  +Nickerson Corp,   Warshaw Burstein, LLP,   c/o Maxwell Rubin, Es,   575 Lexington Ave, 7th Fl,
            New York, NY 10022-6138
518555846  +Nickerson Corporation,   11 Moffitt Blvd.,   Bay Shore, New York 11706-7006
518463943  +Ocean Steel Corp.,   Jennifer V. Doran, Esq.,   28 State St.,   Boston, MA 02109-1775
518456122   Ocean Steel Corporation,   400 Chesley Drive,   Saint John, NB, E2K 5L,   Attn: Jeff Keith
518516471  +Oracle America, Inc.,   c/o Shawn M. Christianson, Esq.,
            Buchalter, a Professional Corporation,   55 2nd St., 17th Fl.,   San Francisco, CA 94105-3493
518456109  +Orion Interiors, Inc.,   600 US Highway Route 206,   Raritan, NJ 08869-1360
518456020  +P. Cipollini, Inc.,   Marc D. Micelli, Esq.,   POB 530,   Oldwick, NJ 08858-0530
518553731  +P. Cipollini, Inc. t/a Cipollini Roofing,   171 E. Blackwell Street,   Dover, NJ 07801-4168
518508645  +P. Tamburri Steel LLC,   c/o Law Offices of Karen Murray LLC,   8 East Main St.,
            Moorestown, NJ 08057-3310
```

```
District/off: 0312-3          User: admin              Page 3 of 7              Date Rcvd: Nov 15, 2019
                             Form ID: 137              Total Noticed: 126

518508656    +P3 Metals, LLC,   c/o Law Offices of Karen Murray LLC,   8 East Main Street,
              Moorestown, NJ 08057-3310
518456116    +PSG Interiors,   120 20th Ave,   Paterson, NJ 07501-3424,   Attn: Sal Dunia
518567744    +PWD-NJ/NY Inc. d/b/a Pella Windows and Doors,   c/o: Law Offices Of Mitchell J. Malzberg,
              PO Box 5122,   Clinton, NJ 08809-0122
518519621    +Peckar & Abramson, P.C.,   70 Grand Avenue,   River Edge, NJ 07661-1934
518456118    +Pereira Electric,   205 Liberty St.,   Metuchen, NJ 08840-1217
518550306    +Pereira Electrical Contracting, Inc.,   c/o Cohn Lifland Pearlman Herrmann & Kno,
              Park 80 West-Plaza One,   250 Pehle Ave.,   Suite 401,   Saddle Brook, NJ 07663-5832
518518903    +Precise Services Corp.,   c/o Brach Eichler LLC,   Attn: Carl J. Soranno, Esq.,
              101 Eisenhower Parkway,   Roseland, NJ 07068-1053
518510176    +Reynolds Painting Group NJ LLC,   60 Amwell Road,   Flemington, N.J. 08822-1986
518516799    +Reynolds Painting Group NJ, LLC,   c/o Bart J. Klein, Esq.,   2066 Millburn Ave., Suite 101,
              Maplewood, NJ 07040-3722
518558418    +STMR, Inc.,   c/o Mellinger, Sanders & Kartzman, LLC,   101 Gibraltar Drive, Suite 2F,
              Morris Plains, NJ 07950-1287
518564773    +Sanitary Construction Co.,   73 North Main St.,   Cranbury, NJ 08512-3242
518563676    +Sanitary Construction Company,   271 Route 46 West,   Fairfield, New Jersey 07004-2430
518496786     State Line Construction Co., Inc.,   Florio Perucci et als,   218 Rte. 17, No., Ste. 410,
              Rochelle Park, NJ  07662
518495249    #+State Line Construction Company, Inc.,   234 Pacific Street,   Newark, NJ 07114-2830
518456115    ##+Stateline Construction Co, Inc,   234 Pacific Street,   Newark, NJ 07114-2830,
              Attn: Paula Cecere
518518935    +Strategic Contract Brands, Inc. d/b/a Autostone/Au,   c/o Brach Eichler LLC,
              Attn: Carl J. Soranno, Esq.,   101 Eisenhower Parkway,   Roseland, NJ 07068-1053
518498895    +Support of Excavation,   c/o Fein Such Kahn & Shepard, PC,   7 Century Dr., Suite 201,
              Parsippany, NJ 07054-4609
518456108    +Tore Electric Company,   85 Franklin Road,   Units 4A & 5A,   Dover, NJ 07801-5632
518513709    +Wells Fargo Financial Leasing, Inc.,   800 Walnut St.,   MAC F0005-055,
              Des Moines, IA 50309-3605
518456126    +Zabransky Mechanical,   44 Mehrhof Road,   Little Ferry, NJ, 07643,
              Nelson Zabransky 07643-2023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: cio.bncmail@irs.gov Nov 16 2019 00:22:43    Dist Dir of IRS,
              Insolvency Function,   PO Box 724,   Springfield, NJ  07081-0724
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2019 00:22:54    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2019 00:22:53    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
acc          +E-mail/Text: delmarie.velazquez@eisneramper.com Nov 16 2019 00:23:14    Eisner Amper LLP,
              111 Wood Avenue South,   Iselin, NJ 08830-2874
cr           +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Nov 16 2019 00:22:35    LEG Acquisition LLC,
              C/O Corporation Service Company,   2711 Centerville Road,   Suite 400,   Wilmington, DE  19808,
              UNITED STATES 19808-1645
518563678     E-mail/Text: bankruptcies@willscot.com Nov 16 2019 00:20:42    Williams Scotsman Inc,
              901 S. Bond St,   STE 600/ Bankruptcy,   Baltimore, MD 21231
                                                                                          TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
op            10X CEO Coaching
cr            c/o Marguerite M. Unique Scaffolding Systems, LLC,   Unique Scaffolding, LLC, N.A.,
              150 Morristown Road, Suite 105,   Shain Schaffer PC, 150 Morristown Road,,   Bernardsville,
              UNITED STATES
518472911     Veteran's Road SPE, LLC,   c/o Westerman Ball Ederer Miller Zucker,
              1201 RXR Plaza, Uniondale, New York 1155,   Attention: Mickee H. Hennessy, Esq.,
              John E. Westerman, Esq.
cr*          +Columbian Iron Works, Inc.,   332 Vreeland Ave,   Paterson, NJ 07513-1014
cr*          +Dehn Bros.Fire Protection, Inc.,   C/o Durkin & Durkin, LLC,   1120 Bloomfield Ave.,
              West Caldwell, NJ 07006-7138
cr*          +Jonasz Precast, Inc.,   829 Delsea Drive,   Westville, NJ 08093-1232
cr*          +State Line Construction Company, Inc.,   234 Pacific Street,   Newark, NJ 07114-2830
518456562*   +Department of Treasury,   Internal Revenue Service,   P O Box 7346,
              Philadelphia, PA 19101-7346
                                                                              TOTALS: 3, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.


Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

District/off: 0312-3          User: admin              Page 4 of 7            Date Rcvd: Nov 15, 2019
                             Form ID: 137             Total Noticed: 126

                  ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:
              Adrienne C Rogove   on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody   on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
              NJLitDock@gtlaw.com
              Albert A. Ciardi, III   on behalf of Interested Party    Pentel Drywall, Inc.
              aciardi@ciardilaw.com,
              sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III   on behalf of Interested Party    Delcon Builders, Inc.
              aciardi@ciardilaw.com,
              sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky   on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Allen J Barkin   on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
              sandyr@sbmesq.com
              Andrea Dobin   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
              adobin@msbnj.com
              Andrew B. Cohn   on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
              Andrew J. Kelly   on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
              wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
              .com;tgraga@kbtlaw.com
              Andrew R. Macklin   on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III   on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
              Place Housing Development Fund Corporation stioa@pepperlaw.com
              Angelo Anthony Stio, III   on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
              Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
              Anna Patras   on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohlereng.com
              Anthony Sodono, III   on behalf of Creditor Committee    Official Committee of Unsecured
              Creditors asodono@msbnj.com
              Anthony M. Rainone   on behalf of Creditor    Industrial Maintenance Industries
              arainone@bracheichler.com,  cbudris@bracheichler.com;palonso@bracheichler.com
              Arielle Adler   on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
              elawler@lowenstein.com;jkimble@lowenstein.com
              Arielle Adler   on behalf of Plaintiff    Hollister Construction Services, LLC
              aadler@lowenstein.com,  elawler@lowenstein.com;jkimble@lowenstein.com
              Benjamin A. Stanziale, Jr.   on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
              Bret Berman   on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
              Brian Gregory Hannon   on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com,
              sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Brian R Tipton   on behalf of Creditor    State Line Construction Company, Inc.
              btipton@fpsflawfirm.com
              Bryce Wallace Newell   on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
              Carl J. Soranno   on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
              dfamula@bracheichler.com;jpmartin@bracheichler.com
              Carl J. Soranno   on behalf of Defendant    Haddad Heating & Plumbing Inc.
              csoranno@bracheichler.com,  dfamula@bracheichler.com;jpmartin@bracheichler.com
              Carol L. Knowlton   on behalf of Creditor    KSS Architects cknowlton@gorskiknowlton.com
              Charles R Cohen   on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
              Christopher M. Santomassimo   on behalf of Creditor    Dancker csantomassimo@mdslaw.com
              Daniel Stolz   on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
              dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel Stolz   on behalf of Interested Party    Latitude East Owner, LLC dstolz@wjslaw.com,
              dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel Stolz   on behalf of Interested Party    Latitude West Owner, LLC dstolz@wjslaw.com,
              dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Danielle Cohen   on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com,
              ddelucia@tessercohen.com
              Danielle Cohen   on behalf of Creditor    Global Development Contractors, LLC
              dcohen@tessercohen.com,  ddelucia@tessercohen.com
              Danielle Cohen   on behalf of Creditor    National Fireproofing & Insulation Co., Inc.
              dcohen@tessercohen.com,  ddelucia@tessercohen.com

District/off: 0312-3          User: admin              Page 5 of 7          Date Rcvd: Nov 15, 2019
                             Form ID: 137              Total Noticed: 126

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Danielle  Cohen   on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com,
          ddelucia@tessercohen.com
          Danielle  Cohen   on behalf of Creditor    MDS Construction dcohen@tessercohen.com,
          ddelucia@tessercohen.com
          Danielle  Cohen   on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com,
          ddelucia@tessercohen.com
          Darren R. Marks   on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
          dmarks@borahgoldstein.com,  nagwu@borahgoldstein.com
          David E. Sklar   on behalf of Creditor    All Brands Elevator Industries, Inc.
          dsklar@scuramealey.com,
          ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
          David E. Sklar   on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc.
          dsklar@scuramealey.com,
          ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
          David H. Stein   on behalf of Creditor    CTC Academy dstein@wilentz.com, ciarkowski@wilentz.com
          David L. Bruck   on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
          Donald B. Veix, Jr.   on behalf of Creditor    Bohler Engineering NY, PLLC donveixlaw@gmail.com,
          dveix@hartylawgroup.com
          Donna L. Thompson   on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO
          donna.thompson@dlthompsonlaw.com,  dlthompson@aol.com
          Edmund  Campbell   on behalf of Creditor    Glass Systems Tech, LLC
          aweisenberger@campbellroccolaw.com
          Felice R. Yudkin   on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com,
          fpisano@coleschotz.com
          Frank F. Velocci   on behalf of Creditor    NSA 18th Avenue, LLC frank.velocci@dbr.com,
          brian.morgan@dbr.com
          Grant  Cornehls   on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com,
          lschindler@wbny.com
          Greg  Trif   on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com,
          gtrif@triflaw.com
          Greg  Trif   on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com,  gtrif@triflaw.com
          Greg  Trif   on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com,  gtrif@triflaw.com
          Hisham I. Masri   on behalf of Creditor    Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com,
          m.duran@hmasrilaw.com
          Ilana  Volkov   on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com,
          fpisano@coleschotz.com;ssallie@coleschotz.com
          Jacob  Frumkin   on behalf of Interested Party    Grand Maujer Development, LLC
          jfrumkin@coleschotz.com
          James C. Dezao, III   on behalf of Creditor Antonio  Zarfino gerald@dezaolaw.com
          James C. Dezao, III   on behalf of Creditor Mayer  Weberman gerald@dezaolaw.com
          Jason C Manfrey   on behalf of Creditor    Joffe Lumber & Supply Co., Inc.
          jmanfrey@foxrothschild.com,
          jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          Jay L. Lubetkin   on behalf of Interested Party Christopher  Johnson jlubetkin@rltlawfirm.com,
          rgaydos@rltlawfirm.com
          Jay L. Lubetkin   on behalf of Interested Party Kieran  Flanagan jlubetkin@rltlawfirm.com,
          rgaydos@rltlawfirm.com
          Jeffrey J. Rea   on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
          Jeffrey J. Rea   on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
          Jeffrey W. Herrmann   on behalf of Creditor    Pereira Electrical Contracting, Inc.
          jwh@njlawfirm.com,  ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
          John  O'Boyle   on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com,
          sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Josef W. Mintz   on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com,
          ecf-fe4957a0ba6a@ecf.pacerpro.com
          Joseph H. Lemkin   on behalf of Creditor    Fabcon Precast jlemkin@stark-stark.com
          Joseph H. Lemkin   on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
          Joseph H. Lemkin   on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
          Joseph J. DiPasquale   on behalf of Debtor    Hollister Construction Services, LLC
          jdipasquale@lowenstein.com,  jkimble@lowenstein.com
          Joseph J. DiPasquale   on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC
          jdipasquale@lowenstein.com,  jkimble@lowenstein.com
          Joseph J. DiPasquale   on behalf of Defendant    Hollister Construction Services, LLC
          jdipasquale@lowenstein.com,  jkimble@lowenstein.com
          Joseph L. Schwartz   on behalf of Plaintiff    Newark Warehouse Urban Renewal, LLC
          jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Creditor    Newark Warehouse Redevelopment Company
          jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
          jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Creditor    Edison Construction Management jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Creditor    Sunstone Hotels Morristown, LLC jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Plaintiff    Newark Warehouse Redevelopment Company, LLC
          jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Counter-Defendant    Newark Warehouse Redevelopment Company, LLC
          jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Counter-Defendant    Newark Warehouse Urban Renewal, LLC
          jschwartz@riker.com

District/off: 0312-3          User: admin              Page 6 of 7            Date Rcvd: Nov 15, 2019
                              Form ID: 137             Total Noticed: 126

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Joseph R Zapata, Jr.   on behalf of Creditor    STMR, Inc. jzapata@msklaw.net
          Joshua A. Zielinski   on behalf of Creditor    DeSesa Engineering Company, Inc.
           jzielinski@oslaw.com,  rforrest@oslaw.com
          Joshua H. Raymond   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           jraymond@msbnj.com
          Karen M Murray   on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com,
           kdilks@cvmlawoffices.com
          Karen M Murray   on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com,
           kdilks@cvmlawoffices.com
          Kenneth A. Rosen   on behalf of Plaintiff    Hollister Construction Services, LLC
           krosen@lowenstein.com,  dclaussen@lowenstein.com
          Kenneth A. Rosen   on behalf of Debtor    Hollister Construction Services, LLC
           krosen@lowenstein.com,  dclaussen@lowenstein.com
          Larry L. Miller   on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
          Lauren Bielskie   on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Laurence D. Pittinsky   on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
          Lawrence B. Diener   on behalf of Creditor    Advanced Scaffold Services, LLC LBDiener@optimum.net
          Marc D. Miceli   on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing
           mmiceli@sm-lawpc.com,  lindsay@sm-lawpc.com
          Marguerite Schaffer   on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
           mschaffer@mainlaw.com
          Mario A. Batelli   on behalf of Petitioning Creditor 360 Fire Prevention   360 Fire Prevention LLC
           mbatelli@fostermazzielaw.com
          Mark E. Felger   on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com,
           sshidner@cozen.com
          Martin P. Skolnick   on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware
           mskolnick@gmail.com
          Martin P. Skolnick   on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
          Mary E. Seymour   on behalf of Debtor    Hollister Construction Services, LLC
           mseymour@lowenstein.com
          Melissa A. Pena   on behalf of Creditor    Target Fire Protection mapena@norris-law.com,
           pfreda@mmmlaw.com
          Meredith I. Friedman   on behalf of Creditor    CTC Academy mfriedman@wilentz.com,
           ciarkowski@wilentz.com
          Michael Kahme   on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
           mkahme@hillwallack.com,  fmansmann@hillwallack.com
          Michael Stafford   on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal,
           norddemaio@aol.com;adamnorddemaio@aol.com
          Michael D. Sirota   on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com,
           fpisano@coleschotz.com
          Michael J. Shavel   on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
           mshavel@hillwallack.com
          Michael R. Herz   on behalf of Creditor    Troon Electric of New Jersey LLC
           mherz@foxrothschild.com,  cbrown@foxrothschild.com
          Mitchell Malzberg   on behalf of Creditor    Vector Structural Preservation Corp.
           mmalzberg@mjmalzberglaw.com,  dlapham@mjmalzberglaw.com
          Morris S. Bauer   on behalf of Creditor    Ware Malcomb msbauer@nmmlaw.com,
           rjacome@norris-law.com,relikens@nmmlaw.com
          Murphy Durkin   on behalf of Creditor    Dehn Bros.Fire Protection, Inc. maresta@durkinlawfirm.com
          Nicole M. Nigrelli   on behalf of Defendant    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli   on behalf of Interested Party    Delcon Builders, Inc.
           nnigrelli@ciardilaw.com,  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli   on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Pearl Shah   on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
          Peter Broege   on behalf of Creditor    Encon Mechancial Corp pbroege@bnfsbankruptcy.com,
           G1580@notify.cincompass.com
          Philip William Allogramento   on behalf of Creditor    FM Construction Group, LLC
           pallogramento@connellfoley.com
          Philip William Allogramento   on behalf of Creditor    Environmental Devices, Inc.
           pallogramento@connellfoley.com
          Richard E. Weltman   on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com,
           mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
          Robert E. Nies   on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company
           rnies@csglaw.com
          Robert M Hirsh   on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability
           company hirsh.robert@arentfox.com,
           indelicato.lisa@arentfox.com;Mary.Dowd@arentfox.com;Mark.Bloom@arentfox.com;Jackson.Toof@arentfox
           .com;adam.ruttenberg@arentfox.com
          Robert Saul Molnar   on behalf of Creditor    Starlite Electric LLC molnarrs@aol.com
          Rocco A. Cavaliere   on behalf of Creditor    Titan Industrial Services Corp.
           rcavaliere@tarterkrinsky.com
          Ryan M. Ernst   on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com,  mjoyce@oelegal.com
          Sam Della Pera   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           sdellafera@msbnj.com
          Seth Ptasiewicz   on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds
           (the "Funds") sptasiewicz@krollfirm.com

District/off: 0312-3                User: admin                    Page 7 of 7                    Date Rcvd: Nov 15, 2019
                                    Form ID: 137                   Total Noticed: 126

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com,
           AutoDocketWILM@duanemorris.com
          Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
           Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com,
           balaa@pepperlaw.com;molitorm@pepperlaw.com
          Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
           Place Housing Development Fund Corporation jonaitis@pepperlaw.com,
           balaa@pepperlaw.com;molitorm@pepperlaw.com
          Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University
           sfalanga@thewalshfirm.com,  chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
          Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation
           sfalanga@thewalshfirm.com,  chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
          Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com
          Stuart M. Brown    on behalf of Interested Party    Waypoint Hackensack Urban Renewal Owner LLC
           stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
          Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University
           sdarling@walsh.law,  mvargas@walsh.law
          Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law,
           mvargas@walsh.law
          Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company
           tschellhorn@riker.com
          Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
           tschellhorn@riker.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com,
           jlafferty@capehart.com
          Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com
                                                                                        TOTAL: 134