UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LOWENSTEIN SANDLER LLP
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
Counsel to the Debtor and Debtor-in-Possession

Order Filed on November 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Hollister Construction Services, LLC
Debtor.

Case No.: 19-27439 (MBK)

Chapter: 11

Judge: Michael B. Kaplan

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 18, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of __Hollister Construction Services, LLC__ for the reduction of time for a hearing on  Debtor's Motion for Entry of One or More Orders Approving Various Settlements with Project Owners  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __November 21, 2019__ at __10:00 am__ in the United States Bankruptcy Court, _____, Courtroom No. __8__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: U.S. Trustee and any and all interested parties.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*