**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Eric J. Hughes
McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mount Kemble Avenue – P.O. Box 2075
Morristown, New Jersey 07962
Telephone: (973) 993-8100
Telecopy: (973) 425-0161
Email: ehughes@mdmc-law.com

Counsel for Creditor, Liberty Mutual Insurance Company

| In Re: | Chapter 11 |
|---|---|
| | Case No.: 19-27439 (MBK) |
| HOLLISTER CONSTRUCTION SERVICES, LLC, | |
| Debtor. | Judge: Michael B. Kaplan |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Eric J. Hughes, Esq. of McElroy, Deutsch, Mulvaney & Carpenter, LLP, appears for Liberty Mutual Insurance Company ("Liberty Mutual") in the above-referenced matter, and pursuant to Rules 2002(g), 2002(i), and 9007, requests, unless otherwise directed by the Court, that all notices that are required to be given in this case or in any related adversary proceeding, and all papers that are required to be served in this case be given to and served upon the undersigned, at the offices, telephone and facsimile number set forth below:

Eric J. Hughes, Esq.
MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Telephone:(973) 993-8100
E-Mail:ehughes@mdmc-law.com

PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements (or circulated drafts of any of the foregoing), and answering

| | |
|---|---|
| **Debtor:** | Hollister Construction Services, LLC |
| **Case Nos.:** | 19-27439 (MBK) |
| **Page #:** | 2 |
| **Caption:** | Notice of Appearance and Demand for Service of Papers |

reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court to the above address.

PLEASE TAKE FURTHER NOTICE that MDMC does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its rights to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) its rights to trial by jury in any proceeding related to this case; (iii) its rights to have the District Court withdraw the reference in any matter subsequent to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserve.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept services of initial process under Rule 4, Fed. R. Civ. P., or Rule 7004, Fed. R. Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of Liberty Mutual for such purposes.

Dated:  November 19, 2019            McELROY, DEUTSCH, MULVANEY
                                                      & CARPENTER, LLP
                                                      Attorneys for Creditor,
                                                      Liberty Mutual Insurance Company

                                                      By:  *s/ Eric J. Hughes*
                                                      Eric J. Hughes
                                                      1300 Mt. Kemble Ave.
                                                      P.O. Box 2075
                                                      Morristown, New Jersey 07962
                                                      (973) 993-9100
                                                      (973) 425-0161 (facsimile)

3876212-1