UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Schiller, Pittenger & Galvin, P.C.
1771 Front Street
Scotch Plains, New Jersey 07076
Telephone Number: (908) 490-0444
Facsimile Number: (908) 490-0420
Email: jvyzas@schiller.law
Attorneys for Creditor, Rexel, Inc.
By: K. Joseph Vyzas, Esq. (KV8006)

| In Re:                              | Case No.:  |    19-27439    |
|                                     | Chapter:   |      11        |
| Hollister Construction Services, LLC | Judge:     | Michael B. Kaplan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____ Rexel, Inc. _____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  1771 Front Street
Scotch Plains, New Jersey 07076

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: November 19, 2019 _____        /S/ K. Joseph Vyzas, Esq. _____
                                        Signature

*new.8/1/15*