LOWENSTEIN SANDLER LLP
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | |
|---|---|
| **HOLLISTER CONSTRUCTION SERVICES, LLC**,[1] | Chapter 11 |
| Debtor. | Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 21, 2019 AT 10:00 A.M. (ET)**

**CONTINUED MATTERS**

1. Motion of the Official Committee of Unsecured Creditors to Compel Hollister Construction Services, LLC and Paul Belair to Comply with Rule 2004 Subpoenas [Docket No. 395; Filed 10/31/19]

    Related Documents:

    a) Certificate of Service [Docket No. 414; Filed 11/5/19/19]

    b) Determination of Adjournment Request (Granted) [Docket No. 490; Filed 11/12/19]

    Objection Deadline: November 14, 2019 at 4:00 p.m. (ET). Debtor's objection deadline is adjourned.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

    Responses Received:

    c)     None.

    Status: This matter is adjourned to December 12, 2019 at 10:00 a.m.

**CONTESTED MATTERS GOING FORWARD**

2. Motion of Herc Rentals, Inc. For Entry Of An Order (1) Lifting The Automatic Stay Pursuant To 11 U.S.C. §362 and (2) Permitting Herc Rentals, Inc. To Remove Its Property From Various Projects ("Herc Stay Relief Motion") [Docket No. 368; Filed 10/23/19], with respect to the FDU Pedestrian Bridge, Latitude, and Hub projects only.

    Related Documents:

    a)     Certificate of Service filed by Herc Rentals, Inc. [Docket No. 423; Filed 11/6/19]

    b)     Certificate of Service filed by Arch Insurance Company and Arch Reinsurance Company [Docket No. 462; Filed 11/8/19]

    Objection Deadline: Originally, November 8, 2019 at 5:00 p.m. (ET) and extended for the Debtor to November 14, 2019 at 10:00 a.m.

    Responses Received:

    c)     Limited Objection And Reservation Of Rights By Arch Insurance Company And Arch Reinsurance Company to Herc Stay Relief Motion [Docket No. 462; Filed 11/7/19]

    d)     Debtor's Limited Objection to Herc Stay Relief Motion [Docket No. 503; Filed 11/14/19]

    Status: This portion of the Herc Stay Relief Motion was adjourned from the 11/15/19 hearing. This matter is going forward.

3. Debtor's Motion For Entry Of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling A Final Hearing, And (D) Granting Related Relief [Docket No. 14; Filed 9/11/19].

    Related Documents:

    a)     Application for Expedited Consideration of First Day Matters [Docket No. 16; Filed 9/11/19]

    b)     Order regarding Debtor's Application for Expedited Consideration of First Day Matters [Docket No. 20; Entered 9/11/19]

c) Affidavit of Service filed by Prime Clerk LLC [Docket No. 47; Filed 9/13/19]

d) First Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 90; Entered 9/16/19]

e) Affidavit of Service filed by Prime Clerk LLC [Docket No. 128; Filed 9/20/19]

f) Notice of Filing of Proposed Second Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and, (IV) Granting Related Relief [Docket No. 147; Filed 9/23/19]

g) Second Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and, (IV) Granting Related Relief [Docket No. 158; Entered 9/25/19]

h) Affidavit of Service filed by Prime Clerk LLC [Docket No. 164; Filed 9/25/19]

i) Affidavit of Service filed by Prime Clerk LLC [Docket No. 194; Filed 9/30/19]

j) Third Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and, (IV) Granting Related Relief [Docket No. 219; Entered 10/2/19]

k) Notice of Filing of Proposed Fourth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 267; Filed 10/7/19]

l) Fourth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 338; Entered 10/17/19]

m) Fifth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 359; Entered 10/22/19]

n) Sixth Interim Order Fifth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 463; Entered 11/8/19]

o) Affidavit of Service filed by Prime Clerk LLC [Docket No. 500; Filed 11/13/19]

Objection Deadline: November 14, 2019 at 4:00 p.m. (ET).

Responses Received:

- p) Arch Insurance Company and Arch Reinsurance Company's Limited Objection to Limited Objection to Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 32; Filed 9/12/19]

- q) Jordan Electric Inc.'s Limited Objection to Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 72; Filed 9/15/19]

- r) Delcon Builders, Inc. and Pentel Drywall, Inc.'s Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 73; Filed 9/15/19]

- s) Sparwick Contracting Inc.'s Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No 86; Filed 9/16/19]

- t) 10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation's Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 141; Filed 9/23/19]

- u) 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC's Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 142; Filed 9/23/19]

- v) Delcon Builders, Inc. and Pentel Drywall, Inc.'s Supplemental Objection and Reservation of Rights To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 143; Filed 9/23/19]

- w) Nomad Framing Inc.'s Objection and Reservation of Rights to Debtor's Continued Motion for Use of Cash Collateral [Docket No. 179; Filed 9/27/19]

- x) DeSesa Engineering Company, Inc.'s Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash

    Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 211; Filed 10/2/19

y) Objection and Reservation of Rights By Nomad Framing LLC with Respect to Debtor's Fourth Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral; (B) Granting Adequate Protection; (C) Scheduling Final Hearing; And (D) Granting Related Relief [Docket No 268; Filed 10/7/19]

Status: This matter is going forward.

4. Cross-Motion to Convert Debtor's Case to Chapter 7 filed by Official Committee of Unsecured Creditors [Docket No. 406; Filed 11/4/19].

Related Documents:

a) Certificate of Service filed by the Official Committee of Unsecured Creditors [Docket No. 419; Filed 11/6/19]

b) Certificate of Service filed by PNC Bank, National Association [Docket No. 431; Filed 11/6/19]

c) Affidavit of Service filed by Prime Clerk on behalf of the Debtor [Docket No. 481; filed 11/11/19]

d) Affidavit of Service filed by Prime Clerk on behalf of the Debtor [Docket No. 536; Filed 11/18/19]

Objection Deadline: November 13, 2019 at 5:00 p.m. (ET).

Reply Deadline: November 14, 2019 at 5:00 p.m. (ET).

Responses Received:

e) Debtor's Objection to Cross-Motion to Convert Debtor's Case to Chapter 7 [Docket No. 418; Filed 11/6/19]

f) Joinder of PNC Bank, National Association in support of Debtor's Objection to Cross-Motion to Convert Debtor's Case to Chapter 7 [Docket No. 428; Filed 11/6/19]

g) Debtor's Supplemental Objection to Cross-Motion to Convert Debtor's Case to Chapter 7 [Docket No. 497; Filed 11/13/19]

h) Reply of Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC to Debtor's Objection to Cross-Motion of the Official Committee of Unsecured Creditors to Convert Debtor's Case to Chapter 7 [Docket No. 498; Filed 11/13/19]

i) Joinder of Latitude East Owner, LLC and Latitude West Owner, LLC in

           Debtor's Opposition to Motion to Convert [Docket No. 504; Filed 11/14/19]

    j)    The Official Committee of Unsecured Creditors' Response to the Debtor's Objection, as Supplemented, to the Committee's Cross-Motion to Convert Debtor's Case to Chapter 7 [Docket No. 512; Filed 11/14/19]

Status:  This matter is going forward.

## UNCONTESTED MATTERS GOING FORWARD

5.    Application Of Debtor To (I) Employ And Retain 10X CEO Coaching, LLC And (II) Designate Paul Belair as Chief Restructuring Officer For The Debtor Effective As Of The Petition Date [Docket No. 36; Filed 9/13/19/19]

Related Documents:

    a)    Affidavit of Service filed by Prime Clerk LLC on behalf of the Debtor [Docket No. 108; Filed 9/18/19]

    b)    Notice of Hearing [Docket No 233; Entered 10/3/19]

    c)    Interim Order Authorizing Debtors to (I) Employ And Retain 10X CEO Coaching, LLC And (II) Designate Paul Belair as Chief Restructuring Officer For The Debtor Effective As Of The Petition Date] [Docket No. 350; Entered 10/21/19]

Responses Received:

    d)    Limited Objection of PNC Bank, National Association to the Debtor's Applications for Entry of Orders Authorizing the Retention and Employment of (I) 10XCEO Coaching, LLC [Docket No. 36], (II) The Parkland Group, Inc. [Docket No. 37], And (III) Lowenstein Sandler LLP [Docket No. 103] [Docket No 206; Filed 10/1/19]

    e)    Objection of the Official Committee of Unsecured Creditors of Hollister Construction Services, LLC to Debtor's Retention of 10X CEO Coaching, LLC [Docket No. 225; Filed 10/2/19

    f)    Debtor's Response to Objection of the Official Committee of Unsecured Creditors of Hollister Construction Services, LLC to Debtor's Retention of 10XCEO Coaching, LLC [Docket No. 278; Filed 10/8/19].

Status:  This matter is going forward.

6. Debtor's Motion for Entry of One or More Orders Approving Various Settlements and Compromises by and among the Debtor, Project Owners and Certain Other Parties Pursuant To Fed.R.Bankr.P. 9019 (the "9019 Motion") [Docket No. 527; Filed 11/17/19]

   Related Documents:

   a) Application for Order Shortening Time on the 9019 Motion [Docket No. 528; Filed 11/17/19]

   b) Order Granting Application to Shorten Time on the 9019 Motion [Docket No 533; Entered 11/18/19]

   Objection Deadline: Objections may be presented orally at the hearing.

   Responses Received:

   c) None.

   Status: This matter is going forward

**PRE-TRIAL CONFERENCES**

7. Pre-trial Conference on Adversary Complaint to Avoid and Recover Preferential Transfers and to Disallow Claims Pursuant to 11 U.S.C. §§ 547, 550 And 502(D) re: Hollister Construction Services v. S. Scanlon Contractors LLC, Adversary Proceeding No. 19-02150 [Docket No. 1; Filed 9/19/19]

   Related Documents:

   a) Summons Issued to Hollister Construction Services, LLC for Service on S. Scanlon Contractors LLC [Docket No. 2; Issued 9/20/19]

   b) Certificate of Service [Docket No. 3; Filed 9/20/19]

   c) Certificate of Service [Docket No. 4; Filed 9/23/19]

   d) Affidavit of Service filed by Prime Clerk LLC on behalf of the Debtors [Docket No. 5; Filed 9/25/19]

   Response/Answer Deadline: October 21, 2019.

   Responses Received:

   e) None.

   Status: The Debtor intends to move for entry of default and default judgment in this adversary proceeding. With respect to the various other adversary proceedings concerning alleged preferential transfers, the Debtor will apprise the Court of the Debtor's proposal for administration of these actions.

**STATUS CONFERENCES**

8. Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC v. Hollister Construction Services, LLC et al., Adversary Proceeding No. 19-02222 – District Court Referral Order [Docket No. 1; Entered 10/29/19]

   Related Documents:

   a) Notice of Status Hearing [Docket No. 2; Filed 10/29/19]

   b) BNC Certificate of Notice - Order [Docket No. 4; Filed 10/29/19]

   c) Affidavit of Service filed by Prime Clerk LLC on behalf of the Debtors [Docket No. 5; Filed 9/25/19

   d) Adjournment Request submitted by Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC ("NWUR") [Submitted 11/18/19]

   Responses Received:

   e) Answer, Counterclaim and Third-Party Complaint, filed by Hollister Construction Services, LLC [Docket No. 3; Filed 10/29/19]

   f) Motion to Remand State Court Action to the Superior Court of New Jersey, or, in the Alternative, Abstaining from Exercising Jurisdiction Over the State Court Action, filed by Newark Warehouse Redevelopment Company, LLC and Newark Warehouse Urban Renewal, LLC [Docket No. 5; Filed 11/8/19]

   Status:  The parties are exchanging information in connection with potential settlement discussions. NWUR has requested an adjournment of this Status Conference.  The Debtor consents to this request for adjournment.

Dated:  November 19, 2019            **LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (pro hac vice)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com

bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*