

**CHIESA SHAHINIAN & GIANTOMASI PC**

ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

csglaw.com

**ROBERT E. NIES**
rnies@csglaw.com
(O) 973.530.2012
(F) 973.530.2212

November 20, 2019

*By ECF*

All ECF Service List Filers

    Re:    Hollister Construction Services, LLC
             <u>Case No. 19-27439 (MBK)</u>

Dear ECF Service List Filers:

    This will confirm that Robert Nies has received approval by Judge Kaplan and will appear telephonically before the Court for the hearing on November 21, 2019, at 10:00 a.m.

             Very truly yours,

             Robert E. Nies
             Member

REN/mfg