**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**CHIESA SHAHINIAN & GIANTOMASI PC**
One Boland Drive
West Orange, New Jersey 07052
Tel: (973) 530-2012
Fax: (973) 530-2212
**Robert E. Nies, Esq.** (rnies@csglaw.com)

*Attorneys for Arch Insurance Company and Arch
Reinsurance Company*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Case No. 19-27439 (MBK)<br><br>Chapter 11<br><br>Honorable Michael B. Kaplan |

## CERTIFICATE OF SERVICE

I, Robert E. Nies, Esq., of full age, declare under penalty of perjury that:

1.      I am a Member of the firm of Chiesa Shahinian & Giantomasi PC, attorneys for

Arch Insurance Company and Arch Reinsurance Company (together, "Arch" or "Surety").

2.      On November 19, 2019, the parties listed on Exhibit A (the "Bonded Owners

Service List") were served with a copy of "Order, Pursuant to 11 U.S.C. §§ 105, 362, 363, and

365 Approving Stipulation Authorizing the Parties to Declare the Debtor in Default of Certain

Bonded Construction Contracts; to Reject or Terminate or Assume and Assign Those Contracts;

and for Related Relief" [Dkt. 524] by regular mail.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is:
Hollister Construction Services, LLC (5404).

I hereby certify under penalty of perjury that the above document was sent by regular

mail upon the Bonded Owners Service List.

CHIESA SHAHINIAN & GIANTOMASI PC


By: */s/ Robert E. Nies*
ROBERT E. NIES

Dated: November 20, 2019

4831-2441-4893.v1

## EXHIBIT "A"
## BONDED OWNERS SERVICE LIST

Ascape Landscaping & Constr.
634 Route 303
Blauvelt, NY 10913

Atlantic Building Specialties
4000 Bordentown Avenue, Suite 11
Sayreville, NJ 08872
Director Door Industries, LTD
79 Gazza Boulevard
Farmingdale, NY 11735

Fineline & Sons Corp
446 Milford Street
Brooklyn, NY 11208

Taylor Oil
77 2nd Street
Somerville, NJ 08876

The Gillespie Group
5 Chris Court, Suite G
Dayton, NJ 08810
2LS Consulting Engineering
150 West 30th Street, Suite 401
New York, NY 1001

360 Fire Prevention
1061 Paulison Avenue
Clifton, NJ 07011

5th Avenue Millwork, LLC
185 5th Avenue
Paterson, NJ 07524
A K Consulting Services
3118 83rd Street
East Elmhurst, NY 11370

Able Rolling Steel Door, Inc.
9 Romanelli Avenue
S. Hackensack, NJ 07606

AC Products Inc.
3551 Plano Parkway, Suite 200
The Colony, TX 75056

Access-Able Designs, Inc.
8515 Waco Way
Vero Beach, FL 32962

Acme Drapemaster of America
P.O. Box 192
Keasbey, NJ 08832

4831-2441-4893.v1

Acro Contracting
4318 Vireo Avenue
Bronx, NY 10470

Action Environmental Group
300 Frank W Burr Blvd
Teaneck, NJ 07666

Acudor Products
80 Little Falls Road
Fairfield, NJ 07004
Advance Fireproof Door, Inc.
103 Central Avenue PO Box 1849
Clifton, NJ 07015

Advanced GPR Corporation
6846 E Vernon Avenue
Scottsdale, AZ 85257

Advanced Roofing & Sheet Metal
112 Greylock Avenue
Belleville, NJ 07109

Advanced Scaffold Services, LLC
620 Oakwood Ave Rear
West Hartford, CT 06110
Aggreko, LLC
P.O. Box 972562
Dallas, TX 75397-2562

AGL Industries
59-12 57th Street
Maspeth, NY 11378

Agra Masonry
2546 East 13th Street, Suite 2
Brooklyn, NY  11235
AH Harris
160 Fairfield Road
Fairfield, NJ 07004

Air Group, LLC
1 Prince Road
Whippany, NJ 07981
AJ Professional Drywall
146 Remsen Ave
New Brunswick, NJ 08901

AJD Enterprises of Clifton Park
26 Deer Run Hollow
Clifton Park, NY 12065

Alba
237 West 35th Street, Suite 303
New York, NY 10001

4831-2441-4893.v1

All Care Management
199 Lee Avenue, #775
Brooklyn, NY 11211

All City Glass and Fabricators Corp.
1997 Utica Avenue
Brooklyn, NY 11234

All Modern
4 Copley Place Floor 7
Boston, MA 02116

Allglass Systems, LLC
34B Noeland Avenue
Penndel, PA  19047

Allied Building Products
245 4nd Street
Brooklyn, NY 11232

Allied Environmental Signage
917 Marie Court
Franklin Lakes, NJ 07417

Allied Environmental Signage
69 Megill Road
Farmingdale, NY 07727

Allstate Electrical
10 Railroad Avenue
Ridgefield Park, NJ 07660

Always First Inc.
5975 Fresh Pond Road
Maspeth, NY 11378

Amano McGann Inc.
140 Harrison Avenue
Roseland, NJ 07068

AMCS Environmental
244 5th Avenue
New York, NY  10001

AME Inc.
1275 Bloomfield Avenue
Building 2 - Suite 17B
Fairfield, NJ  07004

America Enterprise Corp.
822 Lincoln Blvd. Unit 1
Middlesex, NJ 08846

American Bath Resurfacing
5 Santiago Drive
Brick, NJ 08723

4831-2441-4893.v1

American Dream School
700 Derard Avenue
Bronx, NY  10451

American Elite Contracting
81 Jeffryn Blvd. Suite F
Deer Park, NY 11729

American Pile and Foundation LLC
61 County Line Road
Somerville, NJ 08876

Ametco Manufacturing Corp.
4326 Hamann Parkway
P.O. Box 1210
Willoughby, OH 44096

Amptek Electric LLC
84 Ethel Avenue
Hawthorne, NJ 07506

Anvil Craft Corp.
1005 Aspen Street
Easton, PA 18042

Appliance Brokers Inc.
2B Corn Road
Dayton, NJ 08810

Approved Oil
6717 4th Avenue
Brooklyn, NY 11220

Aqua Plumbing and Heating
3324 Delavall Avenue
Bronx, NY  10475

ARC Interior Construction
303 5th Avenue Suite 205
New York, NY 10016

Arch Fiberglass Corporation
P.O. Box 116
Copiague, NY 11726

Architectural Millwork
1 Closter Commons, #119
Closter, NJ 07624

ArchMills Doors & Hardware
21 Van Natta Drive
Ringwood, NJ 07456

Arena 3D Holdings, Inc.
291 Evans Way
Somerville, NJ 08876

4831-2441-4893.v1

Ascape Landscaping & Construction
634 Route 303
Blauvelt, NY 10913

ASF Construction Inc.
45 Church Street
Tarrytown, NY 10591

ASG Pest Control
26 Railroad Ave, #336
Babylon, NY 11702

Ashby Fuel Corp.
99 Beachwood Avenue
New Rochelle, NY 10801

Assured Environments
45 Broadway, 10th Floor
New York, NY 10006

Atlantic Avenue Self Storage
1956 Atlantic Avenue
Brooklyn, NY 11233

Atlantic Building Specialties
4000 Bordentown Avenue, Suite 11
Sayreville, NJ 08872

Atlantic Engineering Laboratories, Inc.
21 Randolph Ave
Avenel, NJ 07001

Atlantic Environmental Solutions, Inc.
5 Marine View Plaza Suite 303
Hoboken, NJ 07030

Atlantic Fire Protection
53 Blevins Avenue
Middletown, NJ 07748

Aura Interiors Services LLC
238 Coupe Place
North Arlington, NJ 07031

Aura Specialties LLC
42 John Street, Suite 1B
Bloomfield, NJ 07003

Automated Security
1564 Main St
East Earl, PA 17519

B.A. Style Furniture
259 West 30 Street
New York, NY 10001

BACO Enteprises, Inc.
1190 Longwood Avenue
Bronx, NY 10474

4831-2441-4893.v1

Bailey's Square Janitorial Services, Inc.
11 Marcy Street
Freehold, NJ 07728

Barcia Bros Fence
514 River Drive
Garfield, NJ 07026

BBS Construction
362 Kinderkamack Road
Westwood, NJ 07675

Bedford Green House
2865 Creston Avenue
Bronx, NY 10468

Bel-Con Construction Services
26 Wallace Street
Belleville, NJ 07109

Belden Tri-State Building
Materials 333 Seventh Avenue-5th Floor
New York, NY 10001

Bella Group, LLC
1849 New Hampshire Avenue
Toms River, NJ 08755

Beloved Community Charter Middle School
531 Grand Street
Jersey City, NJ 07302

Benco Inc.
10 Madison Road, Unit E
Fairfield, NJ 07004

Bethlehem Precast
835 E. North Street
Bethlehem, PA 18017

BGM Engineering, LLC
65 High Ridge Road Mailbox 152
Stamford, CT 06905

Big Apple Renovation Inc.
335 Throop Ave Suite 5
Brooklyn, NY 11221

Bilco Company C/O Fontana Metals Sales
3120 Express Drive South
Islandia, NY 11749

Blizzard P&S Fence Corp.
722 Madison Avenue
Paterson, NJ 07501

4831-2441-4893.v1

Blu Dot
1321 Tyler Street NE
Minneapolis, MN 55413

Boro Park Lumber
470 Kent Avenue
Brooklyn, NY 11211

Brian Trematore Plumbing
& Heating Inc.
5 Daniel Road East
Fairfield, NJ 07004

Bridge Builders Newark LLC
211 Warren St., #23
Newark, NJ 07103

Bridge Builders Newark LLC
835 E. North Street
Bethlehem, PA 18017

Bridge Builders Newark
211 Warren Street, #23
Newark, NJ 07103

Bridgewell Resources, LLC
P.O. Box 912368
Denver, CO 80291-2368

Bright Star Service Inc.
126 20th Street
Brooklyn, NY 11232-1253

Brother Security One LLC
502 Bay Street
Staten Island, NY 10304

Brown Builder's Supply Co
1700 Plaza Avenue
New Hyde Park, NY 11040

Build.com
402 Otterson Drive
Chico, CA 95928

Burke Metals Inc.
1804 Appleton Way
Whippany, NJ 07981

C&S Fencing, Inc.
75-77 Midland Avenue
Elmwood Park, NJ 07407

C.V. Electric Inc.
213 Park Lane
Wayne, NJ 07470

4831-2441-4893.v1

CAD Whispering LLC
203 S. Clinton Avenue
Wenonah, NJ 08090

Call-A-Head
304 Crossbay Boulevard
Broad Channel, NY 11693

Cancos Tile
1085 Portion Road
Farmingville, NY 11738

Cannella Roofing Inc.
783 Market Street
Paterson, NJ 07513

Cardella Waste
PO Box 1085
Brattleboro, VT 05302

Casa Redimix Concrete Corp.
886 Edgewater Road
Bronx, NY 10474

Casino Plumbing & Heating
485 Cliff Street
Fairview, NJ 07022

Castillo Iron Works
1033 Webster Avenue
Bronx, NY 10456

CB2
1250 Techny Road
Northbrook, IL 60062

CCA Construction Consulting Assoc Inc.
225 Broadway Suite 1440
New York, NY 10007

C-CO Technology Inc
87 South Main Street
Newton, CT 06470

Central Jersey Nurseries, Inc.
28 Hamilton Road
Hillsborough, NJ 08844

Chase Fire Products
P.O. Box 220362
Brooklyn, NY 11222

Choice Logistics Corp.
P.O. Box 1583
Jackson, NJ 08527

Citiwide Industries Corp.
131 Lombardy Street
Brooklyn, NY 11222

4831-2441-4893.v1

City of Newark
Dept. of Engineering
255 Central Avenue
Newark, NJ 07103

City of Newark/Water
P.O. Box 64000
Newark, NJ 07101-8068
City Transit Mix, Inc.
104-17 148th Street
Jamaica, NY 11435

City-Gates
15-20 129th Street
College Point, NY 11356

Classic Design Awards, Inc.
6128 Lincoln Ave
Morton Grove, IL 60053

Clean Earth Matters LLC
208 Brunswick Avenue
Trenton, NJ 08618

CMC Composites LLC
870 Route 530, Suite 12
Whiting, NJ 08759

Cohen and Hockman
80 Maiden Lane
New York, NY 10038
Colgate Enterprise Corp.
1470 Bruckner Blvd
Bronx, NY 10473

Colony Hardware
P.O. Box 21216
New York, NY 10087

Columbia Works, LLC
25 Columbia Street
West Orange, NJ 07052
Colvent Inc.
325 West 28th Street
New York, NY 10018

Commercial Roofing Specialties
P.O. Box 48120
Atlanta, GA 30362

Commercial Technology Contractors Inc.
152 Huron Avenue
Clifton, NJ 07013

4831-2441-4893.v1

Con Edison
JAF Station PO Box 1702
New York, NY 10116-1702

Con Edison
511 Theodore Fremd Avenue
Rye, NY 10580

Conewago Precast
660 Edgegrove Road P.O. Box 407
Hanover, PA 17331

Consolidated Scaffold Corp
3969 Merritt Avenue
Bronx, NY 10466

Constant Insulation & Contracting
Contracting 25-10 Newton Avenue
Astoria, NY 11102

Construction Directions Group
257 Saw Mill River Road
Elmsford, NY 10523

Construction Repair NYC
14415 222nd Street
Springfield Gardens, NY 11413

Control Point Associates, Inc.
35 Technology Drive
Warren, NJ 07059

CP Flooring
145 W. Burton Avenue
Salt Lake City, UT 84115

CPV Industries
291 Grand Boulevard
Deer Park, NY 11729

Crosslink Representatives, LLC
161 Columbus Avenue
Closter, NJ 07624

Custom Welding Inc.
847 State Route 112
Frenchtown, NJ 08825

Custom Wood Furniture, Inc.
37 E. Clinton Street P.O. Box 3034
Newton, NJ 07860

Danch Floors
9 Boyd Lane
Randolph, NJ 07869

DaSilva Construction Group LLC
355 Ivy Avenue
Westbury, NY 11590

4831-2441-4893.v1

Dave's Office Installations
55 Harrison Street
Dover, NJ 07801

David Jurgensen II LLC
56 Elm Street
Millburn, NJ 07041
DCD Construction, LLC
240 Riverside Boulevard
New York, NY 10069

Densification, Inc.
40650 Hurley Lane
Paeonian Springs, VA 20129

Department of Transportation
55 Water Street
New York, NY 10007
Design 2147
52 Diamond Street
Brooklyn, NY 11222

Designer Sign Systems
50 Broad Street
Carlstadt, NJ 07072
DH Interiors, LLC
6 Industrial Rd. Unit #5
Pequannock, NJ 07440

Direct Builders Supply
101 Kentile Road
South Plainfield, NJ 07080

Direct Supplies Warehouse Inc.
100 Hancock Street
Lodi, NJ 07644

Director Door Industries, LTD
79 Gazza Boulevard
Farmingdale, NY 11735
Doma Source, LLC
555 Gotham Parkway
Carlstadt, NJ 07072

Dome Technologies
293 Maryland Avenue
Staten Island, NY 10305

Domestic Fire Protection LLC
296 Stegman Parkway
Jersey City, NJ 07305

Donato Inc. Plumbing and Heating
414 3rd Avenue
Brooklyn, NY 11215

4831-2441-4893.v1

Door Supply of NJ, Inc.
PO Box 479
Windsor, NJ 08561

DoorStop
109 Kero Road
Carlstadt, NJ 07072

Doran/Tatrow Associates
14 Storrs Court
Mahwah, NJ 07430

DRD Waterproofing
127 Cedarview Avenue
Staten Island, NY 10306

Duffy Avenue
344 Duffy Avenue
Oyster Bay, NY 11801

Dultmeier Sales
13808 Industrial
Omaha, NE 68137

Durante Rentals
738 South 3rd Avenue
Mount Vernon, NY 10550

Dyer Insulations Inc.
P.O. Box 675
Rockaway, NJ 07866

Dynamic Construction Enterprise
30 Alice Lane
Smithtown, NY 11787

E2 Project Management LLC
87 Hibernia Avenue
Rockaway, NJ 07866

EarthCam
650 East Crescent Avenue
Upper Saddle River, NJ 07458

East Coast Elevator, LLC
P.O. Box 80
Three Bridges, NJ 08887

Eastern Cutting Corp.
2281 Light Street
Bronx, NY 10466

Eastern Environmental Solution
258 Line Road
Manorville, NY 11949

ECI Contracting
31 South Street, Suite 4-5-6
Mt. Vernon, NY 10550

4831-2441-4893.v1

Economy Elevator Inc.
59-46 55th Drive
Maspeth, NY 11378

EcoSafety Consultants Inc.
97-27 121st Street
Queens, NY 11419

Edward Campbell
39 Blossom Row
North Valley Stream, NY 11580

EFB Corp
306 Wanaque Ave.
Pompton Lakes, NJ 07442

EFCO Corp.
4812 Solutions Center
Chicago, IL 60677

Eliason Corporation
9229 Shaver Road
Portage, MI 49024

Elite Garage Floors
2361 Pearse Drive
Corpus Christi, TX 78415

EMC Inc.
72 Cobb Street
Rockaway, NJ 07866

Empire Lumber & Millwork Company
P.O. Box 2070
Newark, NJ 07114

Empire State Layout
1786 Bellmore Avenue
Bellmore, NY 11710

Encon Mechanical Corp.
3433 Sunset Avenue
P.O. Box 2293
Ocean Township, NJ 07712

Encore Commercial Products Inc.
37525 Interchange Dr.
Farmington Hills, MI 48335

Engineered Devices Corporation
25 Bergen Turnpike
Ridgefield Park, NJ 07660

Essential Electric Corp.
5 Pheasant Lane
Northport, NY 11768

4831-2441-4893.v1

Essex Rise Corp.
4 Fairfield Crescent
West Caldwell, NJ 07006

Evergreen Recycling Solutions
11 Dundar Road, Suite 210
Springfield, NJ 07081

Everlast Floors Inc.
600 Route 10
Whippany, NJ 07981

Exclusive Door Co., Inc.
376 Flushing Avenue
Brooklyn, NY 11205

Express Recycling & Sanitation, LLC
PO Box 2
Teaneck, NJ 07666

Expressive Lighting
245 48th St #2
Brooklyn, NY 11220

Extech Building Materials
87 Bowne Street
Brooklyn, NY 11231

Fabcon
12520 Quentin Avenue South
Suite 200
Savage, MN 55378

Fastenal
PO Box 978
Winona, MN 55987-0978

Fastsigns of Newark
210 Market Street
Newark, NJ 07102

FAXA Inc.
1 Madison Street Building B Unit 9
East Rutherford, NJ 07073

Federal Rent-A-Fence
127 Haddon Avenue
West Berlin, NJ 08091

Ferguson Enterprises, Inc.
50 Meadowlands Parkway
Secaucus, NJ 07094

Fischetti Brother Landscaping
38A North 19th Street
Kenilworth, NJ 07033

4831-2441-4893.v1

Flag Container Service
11 Ferry Street
Staten Island, NY 10302
Flooring Solutions, Inc.
Attn: Lee Alpert 1960 Ryder Street
Brooklyn, NY 11234

FN Dynamic, Inc.
67 Garrison Street
Newark, NJ 07105

Forge Enterprises
19-31 37th Street
Astoria, NY 11105

FortHill Industries Inc.
1980 Route 112, Suite 3
Coram, NY 11727
Fraco USA
4312 Old Milford Mill Road
Baltimore, MA 21208

Fresh Start Painting
157 Tibbetts Road
Yonkers, NY 10705

Fresh Start Painting
157 Tibbetts Road
Yonkers, NY 10705

Fromkin Brothers
125 Clearview Road
Edison, NJ 08837

Future Coatings Inc.
DBA/FCI, Inc.
463-77th Street
Brooklyn, NY 11209
G&R Tree Service
96 Maple Parkway
Staten Island, NY 10303

G&V Construction Inc.
205 Foster Street
Hillsborough, NJ 08844
Gaeta Demolition
25 Van Street
Staten Island, NY 10310

Gallas Surveying Group
2865 US Route 1
North Brunswick, NJ 08902

4831-2441-4893.v1

GB Design Consultants, LLC
271 Grove Avenue
Verona, NJ 07044

GC Environmental Inc.
22 Oak Street
Bay Shore, NY 11706

General Restoration Group Corp.
754 3rd Avenue
Brooklyn, NY 11232

GES, P.C.
6 Bayberry Road
Elmsford, NY 10523

Glass Systems Tech
7520 Brookfield Road
Elkins Park, PA 19027

Glass Systems Tech
465 Veit Road, Unit A
Huntingdon Valley, PA 19006

Glass Tech Inc.
2300 S. Clinton Avenue
South Plainfield, NJ 07080

Global Abatement Services
443 Schoolhouse Road
Monroe Township, NJ 08831

Global Development Contractors
3498 Route 22
Branchburg, NJ 08876

Global Industrial
11 Harbor Park Drive
Port Washington , NY 11050

Glowscape General VY-Coat
1022 Ave M, Suite 2B
Brooklyn, NY 11230

GMA Mechanical Corp
1595 Route 112
Port Jefferson, NY 11776

GMC Contracting & Est. Services Inc.
226 Miller Street
Newark, NJ 07114

GNM Stone Designs LLC
Tectrade International, LLC
25 Ruta Court
South Hackensack, NJ 07606

4831-2441-4893.v1

Going Green Flooring
5 East Main Street
Deville, NJ 07834

Gold Group Fireproofing
1019 38th Street
Brooklyn, NY 11219

Gorman Jr. Fire Alarm Consulting, Inc.
1595 Route 112
Port Jefferson, NY 11776

Grainger Industrial Supply
212 Industrial Way West
Eatontown, NJ 07724

GRAN Construction, Inc.
91-01 120 Street
Richmond Hill, NY 11418

 Grand & Maujer
774 Grand Street
Brooklyn, NJ 11211

Granite Works LLC
133 William Donnelly Inds. Parkway
Wavery, NY 14892

Gravity Construction Corp.
146-22 Tuskegee
Queens, NY 11435

Green-Tex, LLC
2371 Hyde Shaffer Road
Bristolville, OH 44402

Griffins Landscaping
1234 Lincoln Terrace
Peekskill, NY 10566

Gun Hill Fence
4171 Boston Post Road
Bronx, NY 10466

Halpern & Sons
1650 Suckle Highway
Pennsauken, NJ 08110

Halpert Life Safety Consulting
225 S Pleasant Avenue
Ridgewood, NJ 07450

Harrison-Hamnett, PC
40 Knowles Street
Pennington, NJ 08534

Hay Mechanical Solutions Corp.
114 - 53 174th Street
Jamaica, NY 11434

4831-2441-4893.v1

HD Supply Construction
P.O. Box 4852
Orlando, FL 32802

Heads Up
96-21 69th Avenue
Forest Hills, NY 11375

 Hebrew Language Academy
166 Kings Highway
Brooklyn, NY 11233

Herc Rentals
87 Doremus Avenue
Newark, NJ 07105

High Concrete Group LLC
125 Denver Road
Denver, PA 17517

High Rise
144-21st Street
Brooklyn, NY 11232

High Style Stone Tile
72 Franklin Avenue
Brooklyn, NY 11205

Hilo Materials Handling Group
345 Oser Avenue
Hauppauge, NY 11788

HKS Construction Corp.
2511 3rd Avenue
Bronx, NY 10451

HNL Kitchens and Bath
48 Bakertown Road, Suite 302C
Monroe, NY 10950

Home Depot
2455 Paces Ferry Road SE, #B-#3
Atlanta, GA 30339

Horizon Construction & Enterprises, LLC
Enterprises, Inc.
3713 East Tremont Ave. 2nd Fl.
Bronx, NY 10016

House of Knobs
485 South Broadway, Unit 29
Hicksville, NY 11801

HSP 81 Halsey LLC
87 Halsey Street
Newark, NJ 07102

4831-2441-4893.v1

Hudson Awning & Signs
27 Cottage Street
Bayonne, NJ 07002

Hudson Insulation of New York
744 McDonald Avenue
Brooklyn, NY 11218

Hybrid Framing and Interiors
822 McDonald Avenue
Brooklyn, NY 11218

Hygrade Insulators, Inc.
54 Mercer Street
Phillipsburg, NJ 08865

Ideal Shield
2525 Clark Street
Detroit, MI 48209

IDI Distributors
91 Rodeo Drive
Edgewood, NY 11717

IJZ Associates Inc.
428 Johnson Avenue
Brooklyn, NY 11237

Impact Concrete and Control
15-46 129th Street
College Point, NJ 11356

Imperial Flooring Systems, Inc.
56 Bowne Avenue
Freehold, NJ 07728

Imperiex Construction Inc.
1185 Randall Avenue
Bronx, NY  10474

Incinia Contracting Inc
1360 Clifton Avenue Unit 365
Clifton, NJ 07012

Independence Fence
66 Broadway
Staten Island, NY 10310

Industrial Maintenance, Inc.
843 King Georges Road
Fords, NJ 08863

Infinity Electric
245 E. Inman Avenue
Rahway, NJ 07065

4831-2441-4893.v1

Infinity Elevator Company Inc.
3 Harding Place
Little Ferry, NJ 07643

Infinity Floors Inc
95 D Hoffman Lane
Islandia, NY 11749

Infinity Painting Co., Inc.
1978 Richmond Terrace, Unit #5
Staten Island, NY 10302

International Asbestos Removal
68-08 Woodside Avenue
Woodside, NY 11377
International Unified Workforce
22 Roff Street
Staten Island, NY 10304

Ironbound Cleaning Services
PO Box 3422
Union, NJ 07083

Island Exterior Fabricators
1101 Scott Avenue
Calverton, NY 11933

J and J Tile Inc.
48 Bi-State Plaza
Old Tappan, NJ  07675
J&M Special Effects
524 Sackett Street
Brooklyn, NY 11217

J. Rapaport Wood Flooring, LLC
158 Linwood Plaza Suite 201
Fort Lee, NJ 07024

J.F. Creamer & Son, Inc.
1701 East Linden Avenue
Linden, NJ 07036
Jack Jaffa & Associates
147 Prince Street
Brooklyn, NY 11201

Jafco Industries LLC
136 Lincoln Boulevard
Middlesex, NJ 08846
Janus International
P.O. Box 936611
Atlanta, GA 31193-6611

JBS Container Service
91-01 120th Street
Richmond Hill, NY 11418

4831-2441-4893.v1

JC Ryan EBCO/H&G LLC
1800 New Highway
Farmingdale, NY 11735

Jersey Architectural Doors and Supply Inc.
722 Adriatic Avenue
Atlantic City, NJ 08401

Jersey City MUA
555 Route #440
Jersey City, NJ 07305

JHDS LLC
107 Beaverbrook Road, Suite 3
Lincoln Park, New Jersey 07035

JJ Matthews, Inc.
519 South 5th Avenue
Mount Vernon, NY 10550

JMV Associates LLC
38-39 Bell Boulevard, Suite 350
Bayside, NY 11361

Johnny on the Spot
3168 Bordentown Avenue
Old Bridge, NJ 08857

Jonasz Precast Inc.
829 Delsea Drive
Westville, NJ 08093

Joseph L. Balkan
130-01 Jamaica Avenue
Richmond Hill, NY 11418

JPR Lighting Group
20 Englewood Ave
Staten Island, NY 10309

JRM Construction
758 East 98th Street
Brooklyn, NY 11236

Kamco Supply of NJ, LLC
1100 Township Line Road
Chester, PA 19013

Kaye Mechanical
25 Brush Hill Road
Kinnelon, NJ 07405

KBF Interior Designs
K Brothers Flooring Inc.
145-19 177th Street
Jamaica, NY 11434

4831-2441-4893.v1

Kee Safety
100 Stradtman Street
Buffalo, NY 14206

Kenco Designs Inc.
1524 Broad Street
Bellmore, NY 11710

Kennon Surveying Services, Inc.
P.O. Box 4477 5 Powder Horn Drive, Suite 4
Warren, NJ 07059

Kenseal Construction Prod Corp
P.O. Box 418827
Boston, MA 02241-8827

Kentco Kitchens
199 Lee Ave, Suite 773
Brooklyn, NY 11211

Ketcham Medicine Cabinets & Accessories
3505 Veterans Memorial Highway
Ronkonkoma, NY 11779

KF Mechanical
10 Stewart Place
Fairfield, NJ 07004

King Mechanical Installations
150 Kansas Street
Hackensack, NJ 07601

Kingspan Insulated Panels, Inc.
726 Summerhill Drive
Deland, FL 32114

KJP Enterprises Inc.
200 Keen Street
Paterson, NJ 07514

Klearwall Industries LLC
530 Anchor Drive
Moneta, VA 24121-2309

KMC Mechanical, Inc.
86 Main Street
P.O. Box 65
Bloomingdale, NJ 07403

Knox Box
1601 W. Deer Valley Rd.
Phoenix, AZ 85027

Kone, Inc.
47-36 36th Street
Long Island City, NY 11101

4831-2441-4893.v1

KR Masonry
363 East Greystone Road
Old Bridge, NJ 08857

L&M Disposal, LLC
P.O. Box 281
Ironia, NJ 07845

L.I.C Builders LTD
37-23 27th Street
Long Island City, NY 11101

LaBar Gold Renovations
170 Mt. Airy Road
Basking Ridge, NJ 07920

Larry E. Knight, Inc.
12200 Owings Mills Boulevard
Glyndon, MA 21071

Lattys General Plumbing Contractors Corp
1058E Gun Hill Road
Bronx, NY 10469

Latz Inc.
65 Piermont Road
Tenafly, NJ 07670

Leading Edge
Safety Systems Div. a Pucuda Inc.
500 Main Street
Deep River, CT 06417

Leonard J. Strandberg & Assoc.
32 Smith Street
Freeport, NY 11520

Level 5 Carpentry Corp.
104 N. Clinton Avenue, Suite B
Lindenhurst, NY 11757

Leverage Builders Group
5101 New Utrecht Avenue
Brooklyn, NY 11219

LGI Transport LLC
6 Asher Smith Road
Pittstown, NJ 08867

LIF Industries Inc.
5 Harbor Park Drive
Port Washington, NY 11050

Liftco Elevator Group
PO Box 1413
Spring Valley, NY 10977

4831-2441-4893.v1

Lighthouse Point (LHP)
35 Bay Street
Staten Island, NY 10301

Linde-Griffith Construction Co.
152 Passaic Street
Newark, NJ 07104

Linphill Electrical Contractor
97-07 Horace Harding Expressway, Suite 2C
Corona, NY 11368

Lion Wood Floors
602 NJ 57
Port Murray, NJ 07856

Loading Dock Inc.
20 Meta Lane
Lodi, NJ 07644

Lombardo Building Consultants
10-61 Jackson Avenue
Long Island City, NY 11101

Lombardo Professional Engineering
10-61 Jackson Ave
Long Island City, NY 11101

LS Steel Inc.
287 Dayton Avenue
Manorville, NY 11949

Lukach Interiors
208 River Road
Clifton, NJ 07014

Lumber Liquidators
64 12th Street
Brooklyn, NY 11215

M D Door and Hardware, Inc.
63 Flushing Ave Unit #139
Brooklyn, NY 11205

M&T Insurance Agency, Inc.
285 Delaware Avenue, Suite 4000
Buffalo, NY 14202

Macaro Iron Works
205 A Brooks Boulevard
Manville, NJ 07054

MacKenzie Automatic Doors
285 Delaware Avenue Suite 4000
Buffalo, NY 14202

4831-2441-4893.v1

MACRO Enterprises, LTD
25 East Chestnut Street
Massapequa, NY 11758

Madsen and Howell, Inc.
500 Market Street
Perth Amboy, NJ 08861

Mainline Construction
1047 Delaware Avenue
Island Park, NY 11558

Major Building Consulting
21 West 38th Street, 11th Floor
New York, NY 10018

Major General Construction
148-45 89th, Suite 1B
Jamaica, NY 11435

Marcal Construction
60 Willett Avenue, Unit A
South River, NJ 08882

Mario's Heavy Equipment Repair
& Sales
78 Battleground Road
Perrineville, NJ 08535

Marjam Supply Co., Inc.
885 Conklin Street
Farmingdale, NY 11735

Maspeth Roofing & Contracting
54-30 44th Street
Maspeth, NY 11378

Master Locators, Inc.
675 Concord Road
Glen Mills, PA 19342

Mathusek Inc.
25 Iron Horse Road
Oakland, NJ 07436

Maverick Building Services
22 Chestnut Street
Rutherford, NJ 07070

Maximum Material Handling
P.O. Box 750
Parsippany, NJ 07054

MDS Construction Corp.
102B US Route 46E
Saddle Brook, NJ 07663

4831-2441-4893.v1

Mediterranean Shipping Company
8 Essex Center Drive
Peabody, MA 01960

Meli Plumbing & Heating
PO Box 100
Hackensack, NJ 07602

Melric Systems Corp
16 Borden Lane
Huntington Station, NY 11746

Merit Corporation
523 Cortland Avenue
Belleville, NJ 07109

Metal Partners International
P.O. Box 71800
Chicago, IL 60694

Metals USA
50 Cabot Boulevard
Langhorne, PA 19047

Metro Door & Hardware, Inc.
71 South State Street
Hackensack, NJ 07601

Metro Erectors Inc.
5801 Avenue J
Brooklyn, NJ 11234

Metropolis
22 Cortland Street 10th Floor
New York, NY 10007

Micro Center
263 McLean Boulevard
Paterson, NJ 07504

Midtown Green
52-79 72nd Place
Maspeth, NY 11378

Midway Glass & Metal Installer
526 Route 17 South
Carlstadt, NJ 07072

Mile Square Roofing Co., Inc.
200 Ellen Terrace
Hackensack, NJ 07601

Milherton Group Inc.
25 Industrial Avenue
Fairview, NJ 07022

Mill Brook Fire Protection
4 Lamplight Lane
Dix Hills, NY 11746

4831-2441-4893.v1

MJE&D Engineer and Design
3 Battista Court
Sayerville, NJ 08872

Mobile Mini
P.O. Box 650882
Dallas, TXs 75265
Mobility Elevator & Lift Company
4 York Avenue
West Caldwell, NJ 07006

Modern Construction and Steel Erectors
28 Derick Court
Staten Island, NY 10309

Modernfold/Styles, Inc.
15 Empire Boulevard PO Box 3180
So. Hackensack, NJ 07606

MOE Distributors Inc.
55 Abbett Avenue
Morristown, NJ 07960
Montec Interiors
37-23 27th Street
Queens, NY 11101

Montrose Surveying Co., LLP
116-20 Metropolitan Avenue
Richmond Hill, NY 11418

Morin Corporation
726 Summerhill Drive
Deland, FL 32724

Mountain View Layout Service
117 Hibernia Avenue
Rockaway, NJ 07866

Mr. John Inc.
P.O. Box 130
Keasbey, NJ 08832

Mueser Rutledge Consulting Napco
225 West 34th Street
New York, NY 10122
Munoz Engineering P.C.
505 Eighth Avenue
New York, NY 10018

MW Mechanical Inc.
62 South 2nd Street
Deer Park, NY 11729

My Sign Center
1150 Sylvan Street
Linden, NJ 07036

4831-2441-4893.v1

Naber Electric Corp
1025 Saw Mill River Road
Yonkers, NY 10701

Napco
1000 Wall Street West
P.O. Box 234
New York, NY 07071

National Construction Rentals
44 Hook Road
Bayonne, NJ 07002

National Fireproofing & Insulation
139 Van Winkle Avenue, Apt. 2
Garfield, New Jersey 07026

Nationwide Transport Services
2937 W. Cypress Creek Road
Fort Lauderdale, FL 33309

New Jersey Boom & Erectors
120 Sans Drive
Henryville, PA 18332

New Jersey Door Works, Inc.
689 Ramsey Avenue
Hillside, NJ 07205

New Jersey Tile & Stone
100 Newfield Avenue
Edison, NJ 08837

New Society Cleaning
1977 North Olden Avenue Extension
Suite 246
Ewing, NJ 08618

New York City
Department of Transportation
58-50 57th Road
Maspeth, NY 11378

New York City Department of Building
155 Worth Street
New York, NY 10013

New York City Water Board
59-17 Junction Boulevard
Flushing, NY 11373

New York Concrete Washout
179 Ryerson Avenue
Patterson, NJ 07502

New York Gypsum Floor
438 5th Avenue, Suite 201
Pelham, NY 10803

4831-2441-4893.v1

Newark Parking Authority
50 Park Place, Suite 919
Newark, NJ 07103

Newark Police
22 Franklin Street
Newark, NJ 07102

Newark Wire Works Inc.
1059 Kings George Post Road
Edison, NJ 08837

Nex-Gen Ready Mix
530 Faile Street
Bronx, NY 10474

Nitterhouse Concrete Products
P.O. Box 2013
Chambersburg, PA 17201

NK Construction Consultants
20 Bayside Lane
Staten Island, NY 10309

NOPS
3805 Dyre Avenue
Bronx, NY 10466

Nordic Contracting Inc.
111 Howard Boulevard
Ledgewood, NJ 07852

North American Pipeline Services, LLC
10 Bennett Road
Freehold, NJ 07728

North East Atlantic Business Solutions Corp.
82-16 138th Street
Briarwood, NY 11435

Northeast Landscape & Masonry Associates
3 W. Main Street Suite 208
Elmsford, NY 10523

NuLine Mechanical Contractors
56 Carleton Avenue
Islip Terrace, NY 11752

NYC Department of Buildings
155 Worth Street
New York, NY 10013

NYC Department of Finance
P.O. Box 3646
New York, NY 10008-3646

4831-2441-4893.v1

NYC DOT
55 Water Street
New York, NY 10007

NYC Topline Construction & Management Inc.
Management Inc. 44 Townsend Line
Hicksville, NY 11801

NYC Transit Authority
2 Broadway, Room A1-09
New York, NY 10004
NYCOM Electric
36-09 20th Avenue
Astoria, NY 11105
NYOPS
3805 Dyre Avenue
Bronx, NY 10466

Ocean Steel Corporation
400 Chesley Drive
Saint John, New Brunswick E2K 5L6

One Stop Blue Printing
757 4th Ave, Ground Floor
Brooklyn, NY 11232
OnTarget Technologies, Inc.
335 Madison, 4th Floor
New York, NY 10017

Optimum Air Solution Inc.
5 Jill Lane #10
Monsey, NY 10952
Optimum
961 East 174th Street
Bronx, NY 10460

Orange County Superior Concrete
149 Elm Street Suite 102
Monroe, NY 10950

Orion Interiors Inc.
600 US Highway 206
Raritan, NJ 08869

Otis Elevator Company
65 Fairchild Ave
Plainview, NY 11803
OX Blue
1777 Ellsworth Industrial Boulevard NW
Atlanta, GA 30318

4831-2441-4893.v1

P. C. Richards
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

P. Cipollini, Inc.
171 E. Blackwell Street
Dover, NJ 07801

P. Tamburri Steel, LLC dba Tamburri Associates
1401 Industrial Highway
Cinnaminson, NJ 08077

P.C. Hardwood Floors
121 31st Street
Brooklyn, NY 11232

Pacific Hardwood Floor
12 Washington Street
Long Branch, NJ 07740

PAL Environmental Services
11-02 Queens Plaza South
Long Island City, NY 11101

Palatial Concrete
215 Edwards Avenue
Calverton, NY 11933

Parsippany Building Department
1001 Parsippany Boulevard
Parsippany, NJ 07054

Partners for Architecture
48 Union Street, Building #1 - 2nd Floor
Stamford, Connecticut 06906

Pat Murphy
12 Richlyn Court
Morristown, NJ 07960

Patriot Sawcutting, Inc.
103 South Van Brunt Street
Englewood, NJ 07631

PDG Consultants LLC
55 Broadway, Suite 303
New York, NY 10006

Pella Windows and Doors
P.O. Box 788287
Philadelphia, PA 19178

Pentair
1351 State Route 55
Lagrangeville, NY 12540

4831-2441-4893.v1

Perey Turnstiles
245 Westchester Avenue, Unit #866
Port Chester, NY 10573

Peri Formwork Systems , Inc.
7135 Dorsey Run Road
Elkridge, MA 21075

Perimeter Protection Products
720 Lincoln Boulevard
Middlesex, NJ 08846

Pilku Construction Services
150 Mill Street
Brooklyn, NY 11231

Plainfield Country Club
1591 Woodland Avenue
Edison, NJ 08820

Poland Springs
P.O. Box 856192
Louisville, KY 40285

Power Fast Inc.
63 Dell Glen Avenue
Lodi, NJ 07644

Precise Services Corp.
411 Hackensack Ave. Suite 200
Hackensack, NJ 07601

Premier Compaction Systems
264 Lackawanna Avenue
Woodland Park, NJ 07424

Premier Roofing Co., Inc.
905 Atlantic Avenue
Brooklyn, NY 11238

Premier Supplies
P.O. Box 21352
New York, NY 10087

Prestige Industry
45-42 Pearson Street
Long Island City, NY 11101

Pro Access Solutions, Inc.
5416 Lower Creek Court
Apex, NC 27539

PSE&G
410 Route 130
Bordentown, NJ 08505

PSE&G CO
P.O. Box 14444
New Brunswick, NJ 08906

4831-2441-4893.v1

Quality Facility Solutions
199 Lee Avenue #297
Brooklyn, NY 11211

Queen Anne Apartments
1475 Palisade Avenue
Teaneck, NJ 07666

R&R Electric & Alarms
29 Maplewood Drive
Brewster, NY 10509

Raised Computer Floors
280 N. Midland Avenue Building V
Saddle Brook, NJ 07663

Ran Building Interiors
2 Tallyrand Drive
Colts Neck, NJ  07722

Rankin Inc.
1958 Brandon Court
Glendale Heights, IL 60139

Rave Construction, Inc.
1711 Plainfield Avenue
South Plainfield, NJ 07080

Raydoor
134 West West 29th Street, Suite 909
New York, NY 10001

RCI Plumbing, Inc.
547 Midland Avenue
Staten Island, NY 10306

Ready Refresh
215 6661 Dixie Hwy Suite
Louisville, KY 40258

Red Lion Insulation
66 East Gloucester Pike
Barrington, NJ 08007

Reilly Sweeping, Inc.
748 Lincoln Boulevard
Middlesex, NJ 08846

Reliable Construction
141 West Walnut Street
Long Beach, NY 11561

Reliable Window and Door Corp.
304 Linwood Avenue
Cedarhurst, NY 11516

4831-2441-4893.v1

Reliance Mechanical Services
AKA - RMS HVAC, Inc.
95-F Hoffman Lane
Islandia, NY 11749

Rent-A-Fence
1033 Route One
Avenel, NJ 07001
Restor Technologies, Inc.
16 Norden Lane
Huntington Station, NY 11746

Restoration Hardware
15 Koch Road
Corte Madera, CA 94925
Ricoh
2 Gatehall
Parsippany, NJ 07054

Rizzo Group LLP
1333 Broadway
New York, NY 10018
Rocco's Landscaping & Concrete Services, LLC
48 Orange Avenue
Staten Island, NY 10302

Rock Group NY Corp
53-18 11th Street
Long Island City, NY 11101

Rosenthal Engineering PLLC
126 Atlantic Avenue, Suite 3
Lynbrook, NY 11563

RRC Construction Force Service
PO Box 434
Franklin Square, NY 11010

Rutgers HLLC
118-138 Washington Street
Newark, NJ 07103

Rutgers HLLC
44-45 New Street
Newark, NJ 07103

Rutgers HLLC
5-11 Linden Street
Newark, NJ 07103

Rutgers HLLC
69-77 Halsey Street
Newark, NJ 07103

4831-2441-4893.v1

S and J Sheet Metal Incorp
608 East 133rd Street
Bronx, NY 10454

S&B Cast Stone Co., Inc.
909 E. 51st Street
Brooklyn, NY 11203

Safegate Associates, LLC
P.O. Box 6
Florham Park, NJ 07932

Safehouse Locksmith
188-11 Union Turnpike
Fresh Meadows, NJ 11366

Safelock Security
221-28 106th Avenue
Queens Village, NY 11429

Safeway Security Guard Service
143-09 222nd 1st Floor
Springfield Gardens, NY 11413

Saint Vincent Painting
905 Magie Avenue
Union, NJ 07083

Salsbury Industries
1010 East 62nd Street
Los Angeles, CA 90001

Salvi Steel Fabricators LLC
P.O. Box 520
Oakland, NJ 07436

Samph Contracting
4750 Blue Church Road
Coopersburg, PA 18036

Sandyston Construction Inc.
183 Route 206 South
Sandyston, NJ 07826

Sanitary Construction Company
271 Route 46 West
Fairfield, NJ 07004

Sauder Manufacturing Co.
930 W Barre Road
Archbold, OH 43502

Schindler Elevator Corp.
840 North Lenola Road, Suite 4
Moorestown, NJ 08057

Schnell Contracting Systems,
919 Route 33, Unit 37
Freehold, NJ 07728

4831-2441-4893.v1

SDF Disposals, Inc.
117 Gramatan Drive
Yonkers, NY 10701

Sea Lion Drywall Inc.
705 Taft Avenue
North Plainfield, NJ 07063
Selective Service Co.
25 Laurel Avenue
Glen Cove, NY 11542

Senso Management Corp.
10 Wilson Road
Weston, CT 06883

Sesi Consulting Engineers
12-A Maple Avenue
Pine Brook, NJ 07058

Shield Alarm Systems Inc. dba G.Leff Security
Systems
403 County Road, Suite 6
Cliffwood, NJ 07721
Sicon Construction
4233 Arthur Kill Road, Suite B
Staten Island, NY 10309

Sign Engineers, Inc.
13 New York Avenue
Colonia, NJ 07067

SignatureHardware.com
2700 Crescent Springs Pike
Erlanger, KY 41017

Signs and Decal, Corp
410 Morgan Ave
Brooklyn, NY 11211
Signs and Safety Devices, LLC
223 East Main Street
Bound Brook, NJ 08805

Simonik Moving and Storage
P.O. Box 6949
Bridgewater, NJ 08807

Simpson and Brown
119 North Avenue W.
Cranford, NJ 07016

Sinks and Stones
46-01 Vernon Blvd.
Long Island City, NY 11101

4831-2441-4893.v1

Sipala Landscaping Services
8 MacNiece Place
Dix Hills, NY 11746
Site Safety LLC
21 West 38th Street, 12th Floor
New York, NY 10018

Siteworks Contracting Corp.
PO Box 3290
Mt. Vernon, NY 10553

Smiley's Waterworks Inc.
13-01 Redfern Avenue
Far Rockaway, NY 11691
Solar Security Solutions, LLC
455 Daugherty Run Road
Warren, PA 16365

Solid Development Group
15 Oak Road, Suite 3
Fairfield, NJ 07004

Solus Decor Inc.
1445 Powell Street
Vancouver, BC
CANADA
Somerset Wood Products Co.
1 Johnson Drive
Raritan, NJ 08869

Spectrum Precision Painting
1072 Madison Avenue
Lakewood, NJ 08701

Staples Advantage
P.O. Box 83689
Chicago, IL 60696

Stateline Construction Co, Inc.
234 Pacific Street
Newark, NJ 07114

Statewide Fence Co.
651 South Avenue
Garwood, NJ 07027

Sterling Securities
466 Bloomfield Avenue, 2nd Floor
Newark, NJ 07107
Stikwood
5860 Alder Ave.
Sacramento, CA 95828

4831-2441-4893.v1

Stilo Paving and Excavating
2907 South Clinton Avenue
South Plainfield, NJ 07080

STMR Inc.
92 Morrissee Ave
Wallington, NJ 07057

StormTrap
2495 W. Bungalow Road
Morris, IL 60450

Straight Edge Striping, LLC
223 East Main Street
Bound Brook, NJ 08805

Strober-Wright Inc.
1483 Route 179
Lambertville, NJ 08530

Stucco and Stone Inc.
763 Washington Street
Franklin Square, NY 11010

Stucco and Stone Inc.
763 Washington Street
Franklin Square, NY 11010

Suave Cleaning Services, LLC
3062 Broadway
New York, NY 10027

Suburban Propane
915 Delancy Street
Newark, NJ 07105

Sunbelt Rentals Inc.
P.O. Box 409211
Atlanta, GA 30384

Superior Waste & Carting
PO Box 508
Nyack, NY 10960

Swing Staging, LLC
25-20 Borden Avenue
Long Island City, NY 11101

Sylvane
245 Hembree Park Drive
Roswell, GA 20076

Target
PO Box 9350
Minneapolis, MN 55440

Taylor Oil
77 2nd Street
Somerville, NJ 08876

4831-2441-4893.v1

Terco Construction LLC
10 Southdown Drive
Lafayette, NJ 07848

TerraSure Services
747 3rd Avenue, 2nd Floor
New York, NY 10017

Testor
10-59 Jackson Avenue
Long Island City, NY 11101

TG Elliot Group, Inc.
P.O. Box 354
Nanuet, NY 10954

The Carey Group
115 Broadway Suite 1504
New York, NY 10006

The Gillespie Group
5 Chris Court, Suite G
Dayton, NJ 08810

The Redline Group, Inc.
27 Chestnut Street
Ridgewood, New Jersey 07450

The Tamis Corp.
10700 Frankstown Road, Suite 105
Pittsburgh, PA 15235

Thunderbird Products Inc.
1895 Gillespie Way
El Cajon, CA 92020

ThyssenKrup
7481 Northwest 66th Street
Miami, FL 33166

Tile Depot NY
26 Steuben Street
Brooklyn, NY 11205

Tile Master LLC
26 Darthmouth Avenue
Avenel, NJ 07001

Time Warner Cable
P.O. Box 11820
Newark, NJ 07101-8120

TM Tile LLC
26 Dartmouth Ave.
Avenel, NJ 07001

Todd Devin Food Equipment Inc.
668 Stony Hill Road, #129
Yardley, PA 19067

4831-2441-4893.v1

Tomkin Company
1958 Westfield Avenue
Scotch Plains, NJ 07076

Top Shelf Electric Corporation
485 Route 1 South.
Iselin, NJ 08830

Tore Electric Company
85 Franklin Road, Units 4A & 5A
Dover, NJ 07801

Tower Recycling
3043 Ridge Avenue
Egg Harbor Township, NJ 08234

Traffic Safety Service
601 Hadley Road
South Plainfield, NJ 07080

Tricity Contracting & Consulting
2511 Atlantic Avenue, 1st Floor
Brooklyn, NY 11207

Tri-State Lumber Inc.
11 West Street
Brooklyn, NY 11222

TROON ELECTRIC OF NY, LLC
307 7th Avenue, Suite 1204
New York, NY 10013

True Steel Construction, LLC
124 Polk Street
P.O. Box S1
Newark, NJ 07105

Turtle & Hughes
1900 Lower Road
Linden, NJ 07036

TWS Contracting Corp.
128-11 18th Street
College Point, NY 11356

U.S. Concrete Companies
P.O. Box 419529
Boston, MA 02241

Uline
P.O. Box 88741
Chicago, IL 60680-1741

Ultimate Access Solutions
1200 West Creek Village Drive Unit #E6
Elkton, MD 21921

United Rentals
P.O. Box 100711
Atlanta, GA 30384

United Rentals
2035 ROUTE 34
Wall, NJ 07719

United Rentals
2400 Hamilton Blvd
South Plainfield, NJ 07080

United Rentals
222 Bergen Turnpike
Ridgefield Park, NJ 07660

United Rentals
P.O. Box 100711
Atlanta, GA 30384-0711

Urban Storage Mt. Vernon New York
750 South Fulton Street
Mount Vernon, NY  10550

Urban Storage Richmond Hill Queens
87-40 121 Street
Richmond Hill, NY 11418

Urban Storage
300 Sheffield Avenue
Brooklyn, NY 11207

U-Tek Elevator Inc.
125 8th Street
Brooklyn, NY 11215

V Guinta and Son Construction Corp.
1102 Hempstead Turnpike
Franklin Square, NY 11010

Vacca Roofing, Inc.
P.O. Box 520
Manalapan, NJ 07726

VAL Floors, Inc.
611 Route 46 West, Suite 104
Hasbrouck Heights, NJ 07604

Vector Structural Preservation
21 Willowdale Avenue
Port Washington, NY 11050

Verizon
P.O. Box 15124
Albany, NY 12212

Victor Fire Protection
2035 ROUTE 34
Wall, NJ 07719

4831-2441-4893.v1

Victor Fire Protection
1942 Richmond Terrace
Staten Island, NY 10302

Vidaris, Inc.
360 Park Avenue South 15th Floor
New York, NY 10010

Viking Demolition, Inc.
58 Borough Street
Rutherford, NJ 07070

VIP Construction Services, Inc.
15 Fresh Ponds Road
Monroe, NJ 08831

Walls to Floors
662 McBride Avenue
Woodland Park, NJ 07424

Walsh Electrical Contracting
15 Newark Avenue
Staten Island, NY 10302

Ware Malcomb
10 Edelman
Irvine, CA 92618

Waterproofing Systems NE, LLC
1221 Highway 22 East, Unit 2
Lebanon, NJ 08833

Watson Bowman Acme Corp.
95 Pineview Drive
Amherst, NY 14228

Wayfair
4 Copley Place 7th Floor
Boston, MA 02116

Westwood Construction of NJ
1061 Windsor Road
Millstone Township, NJ 08535

Whitestone Associates, Inc.
35 Technology Drive
Warren, NJ 07059

Wholesale Living
PO Box 531821
Henderson, NV 89053

Wicklow & Laurano Landscape
362 Route 206
Flanders, NJ 07836

Wilfredo Bobadilla DBA Fortuna Trucking
DBA Fortuna Trucking 66 Chester Circle
New Brunswick, NJ 08901

4831-2441-4893.v1

William Scotsman, Inc.
35 Ford Lane
Kearny, NJ 07032
William Vitacco Associates LTD
299 Broadway, 5th Floor
New York, NY 10007

Window City
162 Highland Avenue
Clifton, NJ 07011

Wisberg and Daugher Locksmith
1600 Park Avenue
South Plainfield, NJ 07080
York Mechanical Corp.
489 Fifth Avenue
Mezzanine, NY 10017

Zabransky Mechanical
44 Mehrhof Road
Little Ferry, NJ 07643

Zoro
909 Asbury Drive
Buffalo Grove, IL 60089

4831-2441-4893.v1