LAW OFFICES
**CHARLES A. GRUEN**
Charles A. Gruen, Esq. (024561983)
Attorneys for Creditor,
 Michaels Electrical Supply Corp.
381 Broadway, Suite 300
Westwood, New Jersey 07675
(201) 342-1212

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC, | Case No.: 19-27439-MBK |
| Debtor. | Judge: Michael B. Kaplan, U.S.B.J. |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Michaels Electrical Supply Corp. ("Michaels Electrical"), which is a creditor and a party in interest in this bankruptcy case, and pursuant to, inter alia, Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9001 and 9010, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that this request is a request not only for the notices and papers referred to in the Bankruptcy Rules specified above, but includes, without limitation, all orders and all notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Michaels Electrical does not intend this Notice of Appearance and Request for Service of Papers, nor any subsequent appearance, pleading, claim or suit to waive any rights to which Michaels Electrical is entitled including, but not limited to, (i) Michaels Electrical's right to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) Michaels Electrical's right to a trial by jury in any proceeding related to this case, (iii) Michaels Electrical's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which Ferrari Financial is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Michaels Electrical expressly reserves.

>                                       LAW OFFICES OF CHARLES A. GRUEN
>                                       Attorneys for Creditor, Michaels Electrical
>                                       Supply Corp.
>
>                                       By: _____
>                                                 CHARLES A. GRUEN

Dated: November 20, 2019