UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor-in-Possession*

FILED
JEANNE A. NAUGHTON, CLERK
NOV 2 1 2019
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,[1]

Debtor.

Chapter 11

Case No. 19-27439 (MBK)

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE OF A SETTLEMENT AGREEMENT BY AND BETWEEN THE DEBTOR AND SBLP PRINCETON, LLC PURSUANT TO FED. R. BANKR. P. 9019**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

*/s/ Michael B. Kaplan*
MICHAEL B. KAPLAN,
USBJ

11/26/19

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
11/20/2019 205451387.1

Page: 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: *Order Granting Debtor's Motion to Approve of a Settlement Agreement By and Between the Debtor and SBLP Princeton, LLC Pursuant to Fed. R. Bankr. P. 9019*

---

**THIS MATTER** having been opened to the Court upon the Motion of the above-captioned debtor-in-possession (the "Debtor") seeking the entry of an order approving a Settlement Agreement by and between the Debtor and SBLP Princeton, LLC dated November 15, 2019 (the "Settlement Agreement"), pursuant to Fed. R. Bankr. P. 9019 (the "Motion")[Docket No. 527]; and the Court having considered the Motion and any objections filed thereto, and the Court having conducted a hearing on the Motion, at which time the Court heard and considered all oral arguments of counsel; and good and sufficient notice of the Motion having been provided to all interested parties, and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. The Settlement Agreement with SBLP Princeton, LLC is hereby approved.

3. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and the Settlement Agreement.

4. The Order shall be effective immediately upon its entry.