# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTUCTION SERVICES, LLC, | Case No. 19-27439 (MBK) |
| Debtor. | |

## NOTICE OF WITHDRAWAL
## OF PROOF OF CLAIM NO. 28 OF LALLY PIPE & TUBE

Lally Pipe & Tube, a division of LB Industries, Inc. ("Lally Pipe") by and through its undersigned counsel, hereby withdraws its Proof of Claim against the above-captioned debtor, filed September 27, 2019 in the amount of $207,246.71 and assigned Claim No. 28 by the claims agent, Prime Clerk.

Dated: November 21, 2019
Wilmington, DE

*/s/ Ryan M. Ernst*
Ryan M. Ernst (NJ Bar ID 1842006)
O'Kelly Ernst & Joyce, LLC
901 N. Market Street, 10th Floor
Wilmington, DE 19801
Direct Dial: (302) 778-4002
Facsimile: (302) 295-2873
rernst@oelegal.com

*Counsel to Lally Pipe, a division of LB Industries, Inc.*