**MS&B**   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

**Sam Della Fera, Jr.**
Direct Dial:  (973) 721-5019
Facsimile:  (973) 681-7233
sdellafera@msbnj.com

16030-0001

November 21, 2019

**Via ECF**

Honorable Michael B. Kaplan, U.S.B.J.
United States Bankruptcy Court
Clarkson S. Fisher Federal Courthouse
402 East State Street
Trenton, New Jersey  08608

    Re:    **In re Hollister Construction Services, LLC**
           **Chapter 11 Case No. 19-27439 (MBK)**

Dear Judge Kaplan:

        This firm serves as counsel to the Official Committee of Unsecured Creditors (the "Committee") for the estate of the above-referenced Debtor.  Please accept this letter in lieu of a more formal response as the Committee's reservation of rights regarding the Monthly Staffing and Compensation Report of 10X CEO Coaching ("10X") for the Period of September 11, 2019 through September 30, 2019 (the "10X September Invoice") [Docket No. 394].

        10X is the beneficiary of a $220,000 prepetition retainer.  The 10X September Invoice shows that 10X incurred $70,840 in fees and $3,748.79 in expenses in 20 days.  10X has only been retained on an interim basis pursuant to this Court's orders, and the ultimate status of 10X's retention is unknown.  Moreover, the outcome of this chapter 11 case remains substantially in doubt, and so the value of 10X's services in the broader context of the case is unclear.

        By this response, the Committee seeks to reserve its rights to object to payment of the 10X September Invoice in the event that 10X's retention is not finally approved and depending upon the ultimate disposition of this case.

                        Respectfully submitted,

                        /s/ Sam Della Fera, Jr.

                        Sam Della Fera, Jr.

4823-3163-2301, v. 1