**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
Anthony Sodono III, Esq. (asodono@msbnj.com)
Andrea Dobin, Esq. (adobin@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>(Honorable Michael B. Kaplan) |

---

**MONTHLY FEE STATEMENT OF McMANIMON, SCOTLAND & BAUMANN, LLC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC, FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

---

McMANIMON, SCOTLAND & BAUMANN, LLC
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*


By:_____/s/ Sam Della Fera, Jr._____
              Sam Della Fera, Jr.

**MS&B**  McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

Creditors' Committee - Hollister
Construction Services, LLC

| | |
|---|---|
| CLIENT # | 00016030-00001 |
| INVOICE # | 166633 |
| INVOICE DATE: | November 14, 2019 |
| BILLING REF: | SDF |

### INVOICE SUMMARY

For professional services rendered through 10/31/19, in connection
with the matter titled:

### Committee Representation

| | |
|---|---|
| TOTAL FEES | 88367.50 |
| TOTAL DISBURSEMENTS ADVANCED | 1381.13 |
| **TOTAL FOR INVOICE** | **89748.63** |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Nov 14, 2019        PAGE    2

### PROFESSIONAL SERVICES RENDERED

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10/01/19 | SDF | Review filed notices of appearance of counsel for Kone, Inc., DeSesa Engineering Co., and Glass System Tech. | .20 | 95.00 |
| 10/01/19 | SDF | Review court's notices of new claims bar date, etc. | .20 | 95.00 |
| 10/01/19 | SDF | Review e-mail to court from Debtor's counsel regarding proposed third interim cash collateral order and consents. | .20 | 95.00 |
| 10/01/19 | SDF | Telephone call from U.S. Trustee regarding claims bar date and notice to creditors. | .20 | 95.00 |
| 10/01/19 | SDF | Send e-mail to committee regarding bar date notice and scheduling issue. | .20 | 95.00 |
| 10/01/19 | SDF | Review e-mails with committee and committee chair regarding bylaws. | .20 | 95.00 |
| 10/01/19 | SDF | Review e-mail from A. Calascibetta regarding information be requested from Debtor. | .20 | 95.00 |
| 10/01/19 | SDF | Telephone call to I. Volkov regarding committee issues and confidentiality agreement. | .10 | 47.50 |
| 10/01/19 | SDF | Confer with A. Sodono, J. Raymond and S. Placona regarding pending case matters and schedule, and committee responses. | .20 | 95.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   3

| | | | |
|---|---|---|---|
| 10/01/19 SDF | Review and analyze City Contracting Inc.'s motion to modify stay to permit construction lien foreclosure actions. | .30 | 142.50 |
| 10/01/19 SDF | Review U.S. Trustee's limited objection to Debtor's motion to pay pre-petition payroll. | .20 | 95.00 |
| 10/01/19 SDF | Review PNC Bank's limited objections to Debtor's applications to retain professionals and to pay prepetition wages. | .40 | 190.00 |
| 10/01/19 SDF | Review and revise schedule of pending applications and deadlines. | .30 | 142.50 |
| 10/01/19 AS1 | Analyze motion Extending Time Cred/Asses and Liabilities/Interim Order Wages, taxes, employee benefits, utilities, cash collateral, automatic stay; review objections by Arch, Delcon, Minverva, Bay Street, Noman/10x retention, Parkland, Ord course Professionals, RICOH Contract | 3.20 | 1520.00 |
| 10/01/19 JHR | Reviewed list of Creditors and scheduling of deadline for proof of claims and First Meeting of Creditors. Spoke with Karen Marques of Bridge Builders: regarding MS&B's representation of the Official Committee of Unsecured Creditors. Correspondence with Committee members to followup and obtain approval of Bylaws. | .70 | 332.50 |
| 10/01/19 SBP | Update chart with motions and applications | .20 | 55.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON • SCOTLAND • BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE    4


| 10/01/19 | LD | Review newly filed notices of appearance and update service list. | .20 | 25.00 |
|---|---|---|---|---|
| 10/02/19 | LD | Update service list. | .10 | 12.50 |
| 10/02/19 | LD | Prepare draft of joinder in U.S. Trustee's limited objection to wage motion. | .20 | 25.00 |
| 10/02/19 | LD | Prepare draft of objection to Debtor's retention of 10X CEO Coaching. | .20 | 25.00 |
| 10/02/19 | AS1 | Analyze GMP Contract Newark Warehouse/Lease Rejection/Equipment Leases/Columbia Lift Stay/Motion to Approve Compromise; review adversaries - Scanlon/Allstate/Pentec | 2.70 | 1282.50 |
| 10/02/19 | SBP | Update chart with motions and applications | .30 | 82.50 |
| 10/02/19 | SDF | E-mails with committee chair regarding scheduling call tomorrow, objection to payment of certain pre-petition employee expenses, and other pending matters. | .40 | 190.00 |
| 10/02/19 | SDF | Send e-mails to committee regarding call tomorrow and entry of third interim cash collateral order. | .60 | 285.00 |
| 10/02/19 | SDF | Prepare letter to Debtor's counsel requesting financial and other information. | .40 | 190.00 |
| 10/02/19 | SDF | Review filed notices of appearance by counsel for Bel-Con Construction Services, Orange County Superior Concrete, Imperial Floors, Conewago Enterprises, High Concrete Group, | .30 | 142.50 |

**MS&B**   McMANIMON • SCOTLAND • BAUMANN      75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   5

                      Titan Industrial Services, and 537
                      Building Owner.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/02/19 | SDF | Review court's notice of fixing of original claims bar date. | .10 | 47.50 |
| 10/02/19 | SDF | Review and analyze limited objection filed by DeSesa Engineering to Debtor's use of cash collateral. | .20 | 95.00 |
| 10/02/19 | SDF | Review notice of perfection of security interest and lien filed by Lally Pipe & Tube. | .20 | 95.00 |
| 10/02/19 | SDF | Review and revise schedule of pending motions and applications. | .80 | 380.00 |
| 10/02/19 | SDF | Review e-mails from Debtor's counsel regarding committee's request for financial information, objection to 10X retention, and related maters. | .20 | 95.00 |
| 10/02/19 | SDF | Review and revise committee's application to retain financial advisors. | .90 | 427.50 |
| 10/02/19 | SDF | Review and revise committee's joinder in U.S. Trustee's limited objection to Debtor's application to pay pre-petition wages and employee expenses. | .40 | 190.00 |
| 10/02/19 | SDF | Telephone call from Debtor's counsel regarding status of cash collateral negotiations with PNC Bank and settlement with subcontractors and project owners. | .40 | 190.00 |
| 10/02/19 | SDF | Review filed third interim cash collateral order. | .20 | 95.00 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   6

| | | | | |
|---|---|---|---|---|
| 10/02/19 | SDF | Review, revise and finalize objection to Debtor's retention of 10X CEO Coaching. | .90 | 427.50 |
| 10/02/19 | SDF | Return call to creditor counsel J. Lemkin regarding pending matters. | .20 | 95.00 |
| 10/02/19 | SDF | Review Debtor's notice of commencement of case, meeting of creditors, and claims bar date. | .20 | 95.00 |
| 10/02/19 | SDF | Review amended order for admission pro hac vice of Henry Jaffe, Esq. | .10 | 47.50 |
| 10/03/19 | SDF | Prepare for status conference call with committee regarding pending matters. | .40 | 190.00 |
| 10/03/19 | SDF | Conference call with committee regarding pending matters. | 1.00 | 475.00 |
| 10/03/19 | SDF | Review filed notice of appearance of counsel for Stateline Construction and Advanced Scaffold Services. | .20 | 95.00 |
| 10/03/19 | SDF | Review filed claim of Stateline Construction Co.; review claims register. | .30 | 142.50 |
| 10/03/19 | SDF | Confer with A. Sodono and J. Raymond regarding pending matters. | .20 | 95.00 |
| 10/03/19 | SDF | Review and revise schedule of pending matters. | .40 | 190.00 |
| 10/03/19 | SDF | Review court's notice of hearing on objections to Debtor's retention of 10X CEO Coaching. | .10 | 47.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   7

| | | | |
|---|---|---|---|
| 10/03/19 SDF | E-mails with committee members regarding bylaws. | .20 | 95.00 |
| 10/03/19 SDF | Telephone call from I. Volkov regarding case background, pending matters, and committee issues. | .30 | 142.50 |
| 10/03/19 SDF | E-mails to committee regarding information for call today. | .20 | 95.00 |
| 10/03/19 SDF | Review Debtor's motion to approve settlement with Waypoint Hackensack Urban Renewal Owner, and for assumption, assignment and rejection of contracts. | .50 | 237.50 |
| 10/03/19 SDF | Review e-mails from Debtor's counsel regarding bonded project payments approved by Arch. | .20 | 95.00 |
| 10/03/19 AS1 | Conference call with CC regarding strategy/Status; discuss strategy with Sam Della Ferra Regarding Subpoena | 1.80 | 855.00 |
| 10/03/19 JHR | Review Bylaws and Confidentiality Agreement. Reviewed correspondence from K. Rosen re status of motions, firing of Debtor's financial advisors. | .40 | 190.00 |
| 10/03/19 JHR | Conference call with Committee to review pending motions. | 1.30 | 617.50 |
| 10/03/19 LD | Update service list with newly filed notices of appearance. | .20 | 25.00 |
| 10/03/19 LD | Revise EisnerAmper retention application; prepare affidavit of A. Calascibetta and proposed form of order; send e-mail to A. Calascibetta with draft retention application. | .50 | 62.50 |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**  McMANIMON • SCOTLAND • BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019     PAGE   8

| | | | | |
|---|---|---|---|---|
| 10/03/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 10/04/19 | LD | Prepare subpoena to P. Belair; draft letter to P. Belair serving same. | .30 | 37.50 |
| 10/04/19 | LD | Draft subpoena to Debtor; draft letter to K. Rosen serving same. | .30 | 37.50 |
| 10/04/19 | JHR | Reviewed Rule 2004 Subpoenas to be served. | .20 | 95.00 |
| 10/04/19 | JHR | Reviewed Contact presented by Debtor to Subcontractors and reviewed release and waiver of claims language. Discussed general effect of agreement on the case with Joann Haddad, revised Minutes to 10-3-19 conference call. Reviewed correspondence from K. Rosen in response to service of subpoenas. | .40 | 190.00 |
| 10/04/19 | AS1 | Analyze various pleadings/outline issues for 10/8 Hearing | 1.30 | 617.50 |
| 10/04/19 | SBP | Update chart of motions and applications | .20 | 55.00 |
| 10/04/19 | SDF | Review and revise schedule of pending motions and deadlines. | .30 | 142.50 |
| 10/04/19 | SDF | Review and analyze motion of Joffe Lumber and Supply regarding termination of stay as applicable to the Vestry Project and the Accordia Project. | .40 | 190.00 |
| 10/04/19 | SDF | Review Debtor's notice of agenda for 10/8/19 hearing. | .10 | 47.50 |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**  McMANIMON • SCOTLAND • BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   9

| Date | | Description | | |
|------|------|------|------|------|
| 10/04/19 | SDF | Review supplemental declaration of P. Belair in support of Debtor's application to retain Lowenstein Sandler. | .20 | 95.00 |
| 10/04/19 | SDF | Review motion of Bel-Con Construction Services to remove equipment from premises of Edison Properties. | .30 | 142.50 |
| 10/04/19 | SDF | Review filed application for pro hac vice admission of D. Simon as counsel to Waypoint Hackensack Urban Renewal Owner. | .10 | 47.50 |
| 10/04/19 | SDF | Send e-mail to Prime Clerk regarding adding committee members to e-mail notice distribution list. | .30 | 142.50 |
| 10/04/19 | SDF | Finalize joinder and limited objection of Committee to Debtor's motion to approve payment of prepetition wages and employee expenses, as supplemented. | .90 | 427.50 |
| 10/04/19 | SDF | Review and reply to inquiry from creditor Pereira Electric regarding status of Hub at Harrison project. | .20 | 95.00 |
| 10/04/19 | SDF | Review court's notices of rescheduled objection deadlines for retention applications for MS&B and Debtor's counsel. | .10 | 47.50 |
| 10/04/19 | SDF | Telephone call from J. Schwartz regarding Newark Warehouse's motion and other pending matters. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN                75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Nov 14, 2019    PAGE  10

| | | | | |
|---|---|---|---|---|
| 10/04/19 | SDF | Review and analyze Rule 2004 subpoenas to Debtor and P. Belair and letters serving same; review e-mails from K. Rosen regarding same. | .50 | 237.50 |
| 10/04/19 | SDF | Review limited objection and reservation of Graybar Electric Co. to Newark Warehouse's motion regarding termination of GMP contract. | .20 | 95.00 |
| 10/04/19 | SDF | Review notice of revised amended settlement stipulation and proposed form of order regarding Debtor's motion to approve compromise with Veterans Road SPE LLC. | .30 | 142.50 |
| 10/04/19 | SDF | Review and revise minutes of 10/3/19 Committee conference; review e-mail to Committee regarding same. | .30 | 142.50 |
| 10/04/19 | SDF | E-mails with Committee chair regarding proposed settlement agreement from Debtor to subcontractors of Hub at Harrison project; review and analyze proposed agreement. | .50 | 237.50 |
| 10/04/19 | SDF | Review filed notice of appearance of counsel for Troon Electric. | .10 | 47.50 |
| 10/06/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 10/07/19 | JHR | Participated in conference call with Committee and drafted minutes. | 1.30 | 617.50 |
| 10/07/19 | AS1 | Conference call with Creditors' Committee to discuss pending motions/strategy | .80 | 380.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Nov 14, 2019      PAGE  11

| | | | | |
|---|---|---|---|---|
| 10/07/19 | AS1 | Analyze various motions and prepare for Court; discuss with Sam Della Fera | 2.80 | 1330.00 |
| 10/07/19 | JHR | Telephone call with Mike from Mito Insulation regarding Committee does not advise subcontractors on terms of settlement. Reviewed correspondence from Debtor's counsel regarding allegation that committee violated fiduciary duties. | .30 | 142.50 |
| 10/07/19 | SDF | E-mails with Debtor's counsel regarding proposed settlement agreement to subcontractors on Hub at Harrison project, and cash collateral. | .30 | 142.50 |
| 10/07/19 | SDF | Review nad revise current schedule of pending and completed motions and deadlines. | .40 | 190.00 |
| 10/07/19 | SDF | Review Debtor's fourth interim cash collateral order; send e-mail to Committee regarding same. | .40 | 190.00 |
| 10/07/19 | SDF | Conference call with Committee regarding hearing tomorrow and other pending matters. | 1.30 | 617.50 |
| 10/07/19 | SDF | Review objection and reservation of rights by Nomad Framing regarding Debtor's proposed fourth interim cash collateral order. | .20 | 95.00 |
| 10/07/19 | SDF | Review Debtor's proposed stipulation nd order rejecting contract for 537 Columbia Street project. | .20 | 95.00 |

**MS&B**  McMANIMON • SCOTLAND • BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE  12

| | | | |
|---|---|---|---|
| 10/07/19 SDF | Review Debtor's proposed stipulation and order regarding termination of GC agreement for 640 Columbia Street project. | .20 | 95.00 |
| 10/07/19 SDF | Review preference complaint filed by Debtor against Haddad Heating & Plumbing. | .20 | 95.00 |
| 10/07/19 SDF | Telephone call from creditor developer regarding case status. | .40 | 190.00 |
| 10/07/19 SDF | Review filed notices of appearance of counsel for High Concrete Group, City Contracting, Inc. and Conewago Enterprises, Inc. | .10 | 47.50 |
| 10/07/19 SDF | Confer with A. Sodono and J. Raymond regarding pending matters and hearing tomorrow. | .30 | 142.50 |
| 10/07/19 SDF | Send e-mail to Committee regarding agenda of matters scheduled for hearing tomorrow. | .20 | 95.00 |
| 10/07/19 SDF | Prepare for conference call with Committee today. | .30 | 142.50 |
| 10/07/19 SDF | Review Debtor's limited objection to Newark Warehouse's motion regarding termination of GMP contract. | .20 | 95.00 |
| 10/07/19 SDF | Review and reply to e-mail from creditor Pereira Electric regarding Debtor's proposed settlement agreement for Hub at Harrison project subcontractors. | .30 | 142.50 |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019     PAGE  13


| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/07/19 | SDF | E-mails and call with Debtor's counsel regarding proposed settlement with subcontractors and retention of The Parkland Group. | .40 | 190.00 |
| 10/07/19 | SDF | Return call to counsel for PNC Bank regarding cash collateral issues. | .10 | 47.50 |
| 10/07/19 | SDF | Review letter from counsel for Precise Service Corp. to counsel for Arch regarding settlement proposal from Debtor on bonded project (Ricoh), and response from Arch's counsel. | .30 | 142.50 |
| 10/07/19 | SDF | Review finalized form of application and order to retain EisnerAmper as financial advisors to Committee. | .30 | 142.50 |
| 10/07/19 | SDF | Review limited objection of PNC Bank to motion of Newark Warehouse Owner regarding termination of GMP contract. | .20 | 95.00 |
| 10/07/19 | LD | Prepare and update binder of all motions to be heard on October 8, 2019. | 1.00 | 125.00 |
| 10/07/19 | LD | Update service list with recently filed notices of appearance. | .20 | 25.00 |
| 10/08/19 | LD | Finalize and e-file EisnerAmper retention application; draft letter to service list enclosing same; photocopy and serve. | .60 | 75.00 |
| 10/08/19 | SDF | Review filed notice of appearance of counsel for KR Masonry LLC. | .10 | 47.50 |
| 10/08/19 | SDF | Review Debtor's filed amended agenda of matters for hearing today. | .20 | 95.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON • SCOTLAND • BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   14

| | | | | |
|---|---|---|---|---|
| 10/08/19 | SDF | Prepare for hearing today. | .40 | 190.00 |
| 10/08/19 | SDF | E-mails with counsel regarding Committee's and other objections to continued use of cash collateral. | .30 | 142.50 |
| 10/08/19 | SDF | Travel to/from hearing at Bankruptcy Court. | 3.00 | 1425.00 |
| 10/08/19 | SDF | Attend and appear at hearing on cash collateral motion and various other matters. | 2.80 | 1330.00 |
| 10/08/19 | SDF | Review letter serving application to retain EisnerAmper and e-mail to Committee regarding same. | .10 | 47.50 |
| 10/08/19 | SDF | Review and revise minutes of 10/7/19 Committee meeting. | .20 | 95.00 |
| 10/08/19 | SDF | Review filed order authorizing Debtor's retention of Lowenstein Sandler as counsel. | .10 | 47.50 |
| 10/08/19 | SDF | Review e-mail to court from Debtor's counsel regarding further revised for of fourth interim cash collateral order. | .20 | 95.00 |
| 10/08/19 | SDF | Review e-mail to court from Debtor's counsel regarding forms of final orders granting utilities motion and cash management motion (with redlines). | .20 | 95.00 |
| 10/08/19 | SDF | Review Debtor's response to Committee's objection to application to retain 10X CEO Coaching. | .20 | 95.00 |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**   McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   15

| 10/08/19 SDF | Review filed fourth interim cash collateral order. | .10 | 47.50 |
|---|---|---|---|
| 10/08/19 SDF | Review limited objection of PNC Bank to Committee's application to retain counsel. | .20 | 95.00 |
| 10/08/19 SDF | Review limited objection of PNC Bank to Debtor's motion to approve settlement with Waypoint Hackensack Urban Renewal Owner. | .20 | 95.00 |
| 10/08/19 AS1 | Travel to/from US Bankruptcy Court, Trenton, NJ, and attend Court on multiple motions | 7.20 | 3420.00 |
| 10/08/19 JHR | Reviewed status of adversary complaints, reviewed terms of settlement agreements with subcontractors, reviewed Minutes to Committee Conference call and reviewed proposed order to retain EisnerAmper. | .70 | 332.50 |
| 10/08/19 SBP | Update chart of motions and applications | .40 | 110.00 |
| 10/09/19 SDF | Review filed administrative fee order and review firm billing procedures for compliance. | .30 | 142.50 |
| 10/09/19 SDF | Review final filed order prohibiting utility companies from discontinuing service, etc. | .10 | 47.50 |
| 10/09/19 SDF | Review and reply to Debtor's counsel regarding scheduling of 10/15/19 teleconference with court on Ricoh matter. | .10 | 47.50 |

**MS&B**  McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   16

10/09/19  SDF  Telephone call from creditor's               .30      142.50
               counsel A. Kelly regarding pending
               case matters.

10/09/19  SDF  Review filed consent order between           .10       47.50
               Debtor and Unique Scaffolding
               regarding rejection of lease and stay
               relief.

10/09/19  SDF  Review and reply to e-mails from             .20       95.00
               counsel for Newark Warehouse
               regarding revised form of order
               granting motion per court's ruling
               yesterday.

10/09/19  SDF  Telephone call from Committee member         .20       95.00
               AES Lighting regarding hearing
               yesterday and other pending matters.

10/09/19  SDF  Review e-mail to court from Debtor's         .20       95.00
               counsel submitting revised Veterans
               Road SPE settlement stipulation.

10/09/19  SDF  Review e-mail from counsel for Debtor        .20       95.00
               and Newark Warehouse's counsel
               regarding effect of automatic stay on
               All Glass System's Construction lien
               rights post-bankruptcy court relief.

10/09/19  SDF  Review filed final order authorizing         .10       47.50
               Debtor to continue cash management
               system, etc.

10/09/19  SDF  Review filed notice of appearance of         .10       47.50
               counsel for All Brands Elevator
               Industries.

10/09/19  SDF  Review court's notice of hearing on          .10       47.50
               objection to Committee's application
               to retain MS&B.

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

MS&B    McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   17

| | | | | |
|---|---|---|---|---|
| 10/09/19 | SDF | Review and revise schedule of pending motions and deadlines. | .70 | 332.50 |
| 10/09/19 | SDF | E-mails with Committee regarding current schedule of pending motions and deadlines, outcome of hearing yesterday, filed orders, and meeting scheduling. | 1.30 | 617.50 |
| 10/09/19 | SDF | Review and reply to e-mail from Debtor's counsel regarding attached revised stipulation of settlement with Veteran's Road SPE; review e-mails from other parties regarding same. | .30 | 142.50 |
| 10/09/19 | LD | Prepare and e-file certification of service of EisnerAmper retention application. | .40 | 50.00 |
| 10/09/19 | LD | Update case service list. | .10 | 12.50 |
| 10/10/19 | SBP | Update chart of motions and applications | .20 | 55.00 |
| 10/10/19 | SDF | Review filed order scheduling Chapter 11 status conference. | .10 | 47.50 |
| 10/10/19 | SDF | Send e-mail to Debtor confirming requests for production of AmEx card bills. | .20 | 95.00 |
| 10/10/19 | SDF | Review and revise minutes of Committee call today. | .30 | 142.50 |
| 10/10/19 | SDF | E-mails with Committee member Sanray Construction regarding call today. | .20 | 95.00 |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   18

| 10/10/19 | SDF | Review e-mail to court from Debtor's counsel regarding proposed settlement stipulation and approval order regarding settlement with 640 Columbia Owner. | .20 | 95.00 |
|---|---|---|---|---|
| 10/10/19 | SDF | Review e-mail to court from Debtor's counsel regarding proposed form of settlement stipulation and approval order regarding settlement with RH537 Building Owner. | .20 | 95.00 |
| 10/10/19 | SDF | Review filed notices of appearance of counsel for Reliance Mechanical Inc., Schnell Contracting Systems, and Grand Maujer Development. | .20 | 95.00 |
| 10/10/19 | SDF | Telephone call to counsel for PNC Bank regarding cash collateral orders. | .10 | 47.50 |
| 10/10/19 | SDF | Return call to L. Bielskie regarding pending matters. | .20 | 95.00 |
| 10/10/19 | SDF | Review Debtor's comments to revised proposed form of order granting relief to Newark Warehouse Owner, response of J. Schwartz and e-mails to court regarding same and competing forms of order. | .30 | 142.50 |
| 10/10/19 | SDF | Prepare for update call with committee. | .30 | 142.50 |
| 10/10/19 | SDF | Conference call with Committee regarding pending matters. | .60 | 285.00 |
| 10/10/19 | SDF | Review and reply to e-mal from creditor counsel I. Volkov regarding case status conference. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   19

| | | | | |
|---|---|---|---|---|
| 10/10/19 | SDF | E-mails regarding executed confidentiality agreement from counsel for Committee members Industrial Maintenance Industries and Haddad Plumbing & Heating. | .20 | 95.00 |
| 10/10/19 | SDF | Review filed order approving settlement between Debtor and Veterans Road SPE. | .10 | 47.50 |
| 10/10/19 | SDF | Review additional e-mails between Debtor's counsel and counsel for Newark Warehouse Owner regarding All Glass Systems' construction lien. | .20 | 95.00 |
| 10/10/19 | SDF | Review filed proof of claim of City Contracting Inc. | .20 | 95.00 |
| 10/10/19 | SDF | Review revised minutes of 10/7/19 Committee meeting per comments. | .20 | 95.00 |
| 10/10/19 | JHR | Review minutes, by laws confidentiality agreement and status of interim cash collateral order as well as status of preference avoidance lien by PNC. | .70 | 332.50 |
| 10/10/19 | JHR | Conference call with Committee Members, drafted, revised edited and circulated minutes. | .80 | 380.00 |
| 10/11/19 | AS1 | Call with Accountant; discuss strategy; analyze pleadings | 1.40 | 665.00 |
| 10/11/19 | SDF | Review filed order approving settlement stipulation between Debtor and 640 Columbia Street Owner. | .10 | 47.50 |
| 10/11/19 | SDF | Review filed order authorizing rejection of Marlton lease. | .10 | 47.50 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE  20

| | | | | |
|---|---|---|---|---|
| 10/11/19 | SDF | Review limited objection of PNC Bank to Debtor's motion for authority to employ ordinary course professionals. | .20 | 95.00 |
| 10/11/19 | SDF | Review filed order granting Newark Warehouse Owner stay relief to terminate GMP contract. | .10 | 47.50 |
| 10/11/19 | SDF | Review and analyze Debtor's AmEx credit services agreement from Debtor's counsel. | .30 | 142.50 |
| 10/11/19 | SDF | Follow-up e-mails with Prime Clerk regarding addition of Committee members to e-mail distribution list. | .20 | 95.00 |
| 10/11/19 | SDF | Review e-mail to court from Debtor's counsel regarding proposed form of settlement agreement and order approving settlement with Waypoint Hackensack Urban Renewal Owner. | .20 | 95.00 |
| 10/11/19 | SDF | Review and revise schedule of pending motions and deadlines. | .60 | 285.00 |
| 10/11/19 | SBP | Update chart of motions and applications | .20 | 55.00 |
| 10/14/19 | SDF | Review September invoice from Prime Clerk; send e-mail to Committee regarding same. | .30 | 142.50 |
| 10/14/19 | SDF | Review limited objection filed by PNC Bank to Committee's application to retain financial advisors. | .20 | 95.00 |
| 10/14/19 | SDF | Conference call with EisnerAmper, J. Raymond and A. Sodono regarding pending matters. | .40 | 190.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE  21

| | | | | |
|---|---|---|---|---|
| 10/14/19 | SDF | Review motion filed by Vector Structural Preservation Corp. to modify stay to permit pending foreclosure against mechanic's lien discharge bonds. | .40 | 190.00 |
| 10/14/19 | SDF | Telephone call from Committee member Sanray Construction regarding pending matters. | .20 | 95.00 |
| 10/14/19 | SDF | Review and revise schedule of pending motions and deadlines. | .50 | 237.50 |
| 10/14/19 | SDF | Review filed notices of appearance of counsel for P3 Metals, P. Tamburri Steel and Environmental Services. | .20 | 95.00 |
| 10/14/19 | JHR | Reviewed PNC's Limited Objection to retention of Eisner Amper. | .20 | 95.00 |
| 10/14/19 | JHR | Conference call with T. Calsabetta, B. Pederson, S. Della Fera and A. Sodono to discuss status of pending motions, retainers of professionals, cash collateral, preference actions and settlements with project owners and sub-contractors. | .40 | 190.00 |
| 10/15/19 | JHR | Reviewed L Bielski's request for engagement agreement and client names of EisnerAmper which may be creditors in the bankruptcy case. | .20 | 95.00 |
| 10/15/19 | JHR | Reviewed correspondence regarding status of list of bonded jobs and from K. Rosen regarding the filing of preference complaints even if work was performed on bonded job. | .30 | 142.50 |

**MS&B**  McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE  22


| 10/15/19 | AS1 | Communicate with Sam Della Fera re status/strategy; analyze emails; analyze pleadings | 1.90 | 902.50 |
|---|---|---|---|---|
| 10/15/19 | SDF | Review and reply to e-mail from L. Bielske regarding U.S. Trustee's questions about EisnerAmper retention; e-mails with A. Calascibetta regarding same. | .80 | 380.00 |
| 10/15/19 | SDF | Review Debtor's e-mail to court regarding proposed form of settlement agreement resolving motion of Ricoh USA; analyze agreement. | .40 | 190.00 |
| 10/15/19 | SDF | Telephone appearance with court and counsel for Debtor, PNC and U.S. Trustee. | .40 | 190.00 |
| 10/15/19 | SDF | Telephone call from counsel for High Concrete Group and Conewago Enterprises regarding case status and Debtor's settlement proposal. | .30 | 142.50 |
| 10/15/19 | SDF | Review and reply to Debtor's e-mail regarding call with court tomorrow. | .10 | 47.50 |
| 10/15/19 | SDF | Telephone call from Jim Hollman regarding cash collateral issues and other pending matters. | .30 | 142.50 |
| 10/15/19 | SDF | Review court's notice of hearing on objection to Committee's retention of EisnerAmper. | .10 | 47.50 |
| 10/15/19 | SDF | Review filed order approving Debtor's settlement with Waypoint Hackensack Urban Renewal Owner. | .10 | 47.50 |

**MS&B**  McMANIMON • SCOTLAND • BAUMANN     75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   23


| 10/15/19 | SDF | Follow-up e-mails with Debtor's counsel regarding list of projects (bonded and non-bonded); review lists of bonded jobs and respective subcontractors on each. | .40 | 190.00 |

| 10/15/19 | SDF | Review e-mail from Debtor's counsel regarding Newark Warehouse Owner issues. | .20 | 95.00 |

| 10/15/19 | SDF | Review Debtor's follow-up e-mail to court regarding revised, final Ricoh settlement agreement; e-mails with Debtor's counsel and Committee regarding same. | 1.90 | 902.50 |

| 10/15/19 | SBP | Update chart of motions and applications | .20 | 55.00 |

| 10/16/19 | SBP | Update chart with motions and applications | .30 | 82.50 |

| 10/16/19 | SBP | Draft supplemental affidavit re retention of MSB | .10 | 27.50 |

| 10/16/19 | LD | Create binder and index for 10/17/19 hearing. | 1.00 | 125.00 |

| 10/16/19 | SDF | Telephone call from Committee member AES Lighting Group regarding pending matters. | .30 | 142.50 |

| 10/16/19 | SDF | Review e-mail from counsel for PNC Bank regarding loan documents for Committee review and analysis. | .30 | 142.50 |

| 10/16/19 | SDF | Telephone call from subcontractor creditor counsel Mark Micqi regarding case status and project settlements. | .40 | 190.00 |

**MS&B**  McMANIMON • SCOTLAND • BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   24


| Date | | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| 10/16/19 | SDF | Review e-mail from Debtor's counsel to court regarding form of filed proposed order approving settlement agreement with Ricoh USA. | .20 | 95.00 |
| 10/16/19 | SDF | Review filed declaration of B. Murray in support of supplement to Debtor's motion to pay prepetition wages and employee expenses. | .20 | 95.00 |
| 10/16/19 | SDF | Review e-mail from Debtor's counsel regarding payments on bonded Minerva projects as agreed to by Debtor, Arch, and project owner. | .20 | 95.00 |
| 10/16/19 | SDF | Review e-mails from Debtor's counsel regarding employee AmEx card statements; review analysis of same by J. Raymond. | .50 | 237.50 |
| 10/16/19 | SDF | Prepare for hearing tomorrow on Debtor's applications to retain 10X and The Parkland Group, motions for administrative fee order, ordinary course professionals and employee expenses. | .60 | 285.00 |
| 10/16/19 | SDF | Review e-mail to court from Debtor's counsel and attached filed application under D.N.J. LBR 9021-1(b) for order approving stipulation rejecting contract for 537 Columbia Street project; review filed order. | .20 | 95.00 |
| 10/16/19 | SDF | Review court's notice of rescheduled hearings on Committee's application to retain counsel and financial advisors; send e-mail to L. Bielskie regarding same. | .20 | 95.00 |

**MS&B**  MCMANIMON · SCOTLAND · BAUMANN     75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE  25


10/16/19 SDF Review certification filed in support          .10      47.50
             of motion of Vector Structural
             Preservation Corp. to modify stay to
             permit foreclosure against mechanic's
             lien bonds.

10/16/19 SDF Review Debtor's filed notice of                .20      95.00
             agenda of matters scheduled for
             hearing tomorrow.

10/16/19 SDF Telephone call from K. Rosen                   .30     142.50
             regarding pending matters.

10/16/19 SDF Review e-mail from court regarding             .10      47.50
             rescheduling of hearing on Debtor's
             motion for administrative fee order.

10/16/19 SDF Follow-up e-mails with Debtor's                .20      95.00
             counsel regarding status of AmEx card
             statements requested by Committee.

10/16/19 SDF E-mails with Debtor's counsel and              .90     427.50
             Committee members regarding Debtor's
             proposed settlement with Ricoh USA,
             and court decision.

10/16/19 SDF Conference call with court, counsel            .60     285.00
             for Debtor, Ricoh USA, PNC Bank, and
             U.S. Trustee regarding proposed
             settlement of Ricoh motion.

10/16/19 SDF Review filed notices of appearance of          .10      47.50
             counsel for Cipollini Roofing and
             Oracle America.

10/16/19 SDF Review filed order granting pro hac            .10      47.50
             vice admission of Daniel Simon, Esq.

**MS&B**  McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Nov 14, 2019      PAGE  26

| | | | | |
|---|---|---|---|---|
| 10/16/19 | JHR | Reviewed correspondence regarding status of motions, and Ricoh settlement and need carve our for unsecured creditors. | .10 | 47.50 |
| 10/16/19 | JHR | Reviewed Amex charges produced b Debtor. | 1.40 | 665.00 |
| 10/16/19 | TMW | Review and analyze UCC lien searches, loan documents, including security agreement, borrowing base rider, term note, LOC note, and related revisions and amendments to same. | 2.60 | 1235.00 |
| 10/17/19 | TMW | Review and analyze loan agreement and UCCs. | .70 | 332.50 |
| 10/17/19 | TMW | Meeting with S. Della Fera regarding review of loan documents. | .50 | 237.50 |
| 10/17/19 | JHR | Review status of coverage for 341 meeting. | .10 | 47.50 |
| 10/17/19 | JHR | Review status of outcome of various motion at hearings before Judge Kaplan and correspondence to and from J. Haddad regarding status of production of documents from Debtor. | .30 | 142.50 |
| 10/17/19 | AS1 | Analyze various motions; communicate with Debtor's counsel and Creditors' Committee | 1.10 | 522.50 |
| 10/17/19 | SDF | Travel to/from Bankruptcy Court for hearing. | 2.50 | 1187.50 |
| 10/17/19 | SDF | Attend and appear at hearings on various motions. | 1.50 | 712.50 |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   27

| | | |
|---|---|---|
| 10/17/19 SDF  Review filed order approving Debtor's settlement agreement with Ricoh USA. | .10 | 47.50 |
| 10/17/19 SDF  Review an analyze proposed form of confidentiality agreement for Committee members, from Debtor's counsel. | .40 | 190.00 |
| 10/17/19 SDF  Review e-mail from counsel for Vector Structural Preservation Corp. regarding certification in support of stay relief motion. | .10 | 47.50 |
| 10/17/19 SDF  Review motion of 10 Minerva Place Owners for stay relief to compel Debtor to assume or reject contract. | .30 | 142.50 |
| 10/17/19 SDF  Review e-mail from Debtor's counsel regarding agreed payment on Lighthouse project among Arch, the Debtor, and the project owner. | .20 | 95.00 |
| 10/17/19 SDF  Return call to Committee member Sanray Construction regarding pending matters. | .20 | 95.00 |
| 10/17/19 SDF  Confer with J. Raymond regarding outcome of hearing today and section 341(a) meeting next week. | .20 | 95.00 |
| 10/17/19 SDF  E-mails with Debtor's counsel and A. Sodono regarding project settlement approval process and jobs available for assignment to third parties. | .20 | 95.00 |
| 10/17/19 SDF  Send e-mail to Committee regarding outcome of hearing today, other pending matters, and call tomorrow. | .80 | 380.00 |

**MS&B**   McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE  28

| | | | | |
|---|---|---|---|---|
| 10/17/19 | SDF | Review and revise schedule of pending matters and deadlines. | .60 | 285.00 |
| 10/17/19 | SDF | E-mails with M. Seymour and J. Holman regarding language for inclusion in professional retention orders and other pending matters. | .30 | 142.50 |
| 10/17/19 | SDF | Meeting with T. Walsh regarding analysis of PNC Bank loan documents. | .50 | 237.50 |
| 10/17/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 10/18/19 | SDF | Prepare for status conference call today with Committee. | .30 | 142.50 |
| 10/18/19 | SDF | Committee conference call regarding pending matters. | .90 | 427.50 |
| 10/18/19 | SDF | Telephone call from Committee member AES Lighting regarding pending matters. | .30 | 142.50 |
| 10/18/19 | SDF | Review filed notice of appearance of counsel for Fabcon Precast. | .10 | 47.50 |
| 10/18/19 | SDF | Review and revise minutes of Committee meeting today. | .20 | 95.00 |
| 10/18/19 | SDF | Telephone call from A. Calascibetta regarding pending matters. | .30 | 142.50 |
| 10/18/19 | SDF | E-mails with Committee members and EisnerAmper regarding call today and Debtor's filed schedules. | .30 | 142.50 |
| 10/18/19 | SDF | E-mails with counsel for Debtor and PNC Bank regarding revised language from Bank for retention orders. | .20 | 95.00 |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**  MᴄMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Nov 14, 2019     PAGE  29

| | | | | |
|---|---|---|---|---|
| 10/18/19 | SDF | Telephone calls with counsel for PNC Bank regarding cash collateral issues. | .40 | 190.00 |
| 10/18/19 | SDF | Review claim filed by Precise Services Corp. (partially secured). | .20 | 95.00 |
| 10/18/19 | SDF | Confer with J. Raymond regarding Debtor's schedules of assets and liabilities. | .40 | 190.00 |
| 10/18/19 | SDF | Review e-mails from Debtor's counsel regarding revised forms of order approving motions to retain ordinary course professionals, The Parkland Group and 10X. | .30 | 142.50 |
| 10/18/19 | SDF | Review and reply to e-mail from Committee Chair regarding preference actions. | .30 | 142.50 |
| 10/18/19 | SDF | Preliminary review of Debtor's filed schedules and statement of financial affairs. | .90 | 427.50 |
| 10/18/19 | SDF | Review and revise schedule of pending motions and deadlines. | .50 | 237.50 |
| 10/18/19 | AS1 | Review S. Della Fera email to Committee; communicate with S. Della Fera re same and motion to approve/establish pre-petition wages and employee expenses | .40 | 190.00 |
| 10/18/19 | JHR | Reviewed Debtor's schedules and Statements of Financial Affairs, payments made to insiders. Preference transfers and loan receivables. | 1.40 | 665.00 |
| 10/18/19 | JHR | Conference call with committee and drafted minutes. | .90 | 427.50 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN         75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   30

| | | | | |
|---|---|---|---|---|
| 10/18/19 | JHR | Reviewed correspondence to and from J. Haddad and S. Della Fera regarding status of avoidance actions and Confidentiality agreement issues raised be I Volkov | .20 | 95.00 |
| 10/18/19 | SBP | Update chart re motions and applications | .20 | 55.00 |
| 10/21/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 10/21/19 | JHR | Revised and edited Minutes to Creditor Committee conference call. | .20 | 95.00 |
| 10/21/19 | JHR | Reviewed schedules and statements. Spoke with Pentall Drywall about proof of claim, and avoidance action and need for counsel to represent them | .50 | 237.50 |
| 10/21/19 | JHR | Drafted outline of questions for First Meeting of Creditors . | .50 | 237.50 |
| 10/21/19 | SDF | Review Debtor's proposed fifth interim ash collateral budget and call from J. Kimble regarding same. | .40 | 190.00 |
| 10/21/19 | SDF | Review comments to Debtor's proposed form of Committee confidentiality agreement from I. Volkov. | .20 | 95.00 |
| 10/21/19 | SDF | Review form of Committee confidentiality agreement nd e-mail to Debtor's counsel regarding same. | .30 | 142.50 |
| 10/21/19 | SDF | Review joinder of MDS Construction Corp. to motion of City Contracting for stay relief to prosecute construction lien claim foreclosure action. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   31

| | | | | |
|---|---|---|---|---|
| 10/21/19 | SDF | Review proposed form of fifth interim cash collateral order; e-mails with counsel for Debtor and PNC Bank regarding same. | .50 | 237.50 |
| 10/21/19 | SDF | E-mails with counsel for Debtor and PNC Bank regarding in-person meetings tomorrow. | .20 | 95.00 |
| 10/21/19 | SDF | E-mails with Debtor's counsel regarding meeting among Debtor, P. Belair, and EisnerAmper. | .20 | 95.00 |
| 10/21/19 | SDF | Prepare for cash collateral hearing tomorrow. | .30 | 142.50 |
| 10/21/19 | SDF | E-mails with Committee regarding cash collateral issues. | .20 | 95.00 |
| 10/21/19 | SDF | Telephone call from K. Rosen regarding cash collateral issues. | .20 | 95.00 |
| 10/21/19 | SDF | E-mails with call with A. Calascibetta regarding Debtor's schedules, preparation for section 341(a) meeting, and additional disclosure to U.S. Trustee. | .20 | 95.00 |
| 10/21/19 | SDF | Review notice of appearance filed by counsel for Infinity Painting Co. | .10 | 47.50 |
| 10/21/19 | SDF | Review filed order authorizing Debtor to employ ordinary course professionals. | .10 | 47.50 |
| 10/21/19 | SDF | Review filed order authorizing Debtor's retention of Parkland Group as financial advisor. | .10 | 47.50 |

**MS&B**   MᶜMANIMON • SCOTLAND • BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   32


10/21/19 SDF  Review filed interim order                    .10     47.50
              authorizing Debtor's retention of 10X
              CEO Coaching and P. Belair as CRO.

10/22/19 SDF  E-mails with Debtor's counsel                 .20     95.00
              confirming meeting with Debtor and
              Committee professionals next week.

10/22/19 SDF  Review proposed and filed fifth               .30    142.50
              interim cash collateral order;
              related e-mails.

10/22/19 SDF  Review motion of Sunstone Hotels              .40    190.00
              Morristown for stay relief, related
              application to shorten time for
              notice, and order.

10/22/19 SDF  E-mails with J. Schwartz and I.               .30    142.50
              Volkov regarding Committee issues;
              call to J. Schwartz regarding same.

10/22/19 SDF  Review and revise schedule of pending         .50    237.50
              motions and deadlines.

10/22/19 SDF  Travel to/from Bankruptcy Court for          2.70   1282.50
              cash collateral hearing.

10/22/19 SDF  Attend and appear at cash collateral          .90    427.50
              hearing.

10/22/19 SDF  E-mails and call with Committee chair         .40    190.00
              regarding pending matters.

10/22/19 SDF  Confer with J. Raymond regarding case         .30    142.50
              strategy.

10/22/19 SDF  Telephone call with A. Calascibetta           .20     95.00
              regarding pending matters.

**MS&B**   McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   33


| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/22/19 | SDF | Review e-mails from Debtor's counsel regarding rescheduled hearing on motions of City Contracting and Joffe Lumber for stay relief. | .20 | 95.00 |
| 10/22/19 | JHR | Correspondence from and to J. Haddad regarding Committee concerns about collections of A/R and preference recovery. | .30 | 142.50 |
| 10/22/19 | JHR | Reviewed status of cash collateral hearing with S. Della Fera. Reviewed option for pursing A/R, loan repayments and avoidance actions. Drafted revised and edited questions to ask at 341 Meeting. | .70 | 332.50 |
| 10/22/19 | JHR | Call with J. Haddad and S Della Fera regarding demands for loans and A/R collections and avoidance actions | .30 | 142.50 |
| 10/22/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 10/22/19 | LD | Update case service list. | .10 | 12.50 |
| 10/23/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 10/23/19 | JHR | Review of Schedules and SOFA and questions to ask at 341 meeting. Revised, edited and supplemented questions for 341 meeting. | .60 | 285.00 |
| 10/23/19 | JHR | Conference call with Tony and Bill from EisnerAmper and with S. Della Fera re questions for 341 meeting. Review of Schedules and Statements. | .90 | 427.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON • SCOTLAND • BAUMANN     75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE  34


| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 10/23/19 | JHR | Drafted minutes from conference call with committee members. | .40 | 190.00 |
| 10/23/19 | JHR | Conference call with Committee Members | 1.20 | 570.00 |
| 10/23/19 | JHR | Reviewed monthly operating report. | .30 | 142.50 |
| 10/23/19 | SDF | Telephone call and e-mail to L. Bielskie regarding meeting of creditors tomorrow. | .20 | 95.00 |
| 10/23/19 | SDF | Send e-mails to Committee regarding follow-up to call today. | .30 | 142.50 |
| 10/23/19 | SDF | Review minutes of Committee meeting today. | .20 | 95.00 |
| 10/23/19 | SDF | Telephone call and e-mail with A. Calascibetta regarding additional disclosures by EisnerAmper; send e-mail to L. Bielskie of U.S. Trustee's office regarding same. | .40 | 190.00 |
| 10/23/19 | SDF | Revise form of order granting Committee's application to retain firm as counsel; send e-mail to counsel for Debtor, PNC Bank and U.S. Trustee regarding same. | .40 | 190.00 |
| 10/23/19 | SDF | Prepare for Committee conference call today. | .20 | 95.00 |
| 10/23/19 | SDF | Prepare for Committee conference call today. | .20 | 95.00 |
| 10/23/19 | SDF | Conference call with Committee members and professionals regarding pending matters. | 1.10 | 522.50 |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**  McMANIMON • SCOTLAND • BAUMANN     75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Nov 14, 2019     PAGE  35


| | | | | |
|---|---|---|---|---|
| 10/23/19 | SDF | Telephone call from EisnerAmper regarding discussion with financial advisor for PNC Bank. | .30 | 142.50 |
| 10/23/19 | SDF | Review motion filed by Herc Rentals for stay relief. | .30 | 142.50 |
| 10/23/19 | SDF | E-mails and call with Debtor's counsel regarding revisions to non-disclosure agreement; review revised agreement and e-mail to Committee. | .50 | 237.50 |
| 10/23/19 | SDF | Review and analyze Debtor's filed September monthly operating report. | .50 | 237.50 |
| 10/23/19 | SDF | Telephone call with J. Schwartz regarding pending Committee issues. | .30 | 142.50 |
| 10/23/19 | SDF | Telephone call from J. Holman regarding call between Bank's and Committee's financial advisors. | .20 | 95.00 |
| 10/23/19 | SDF | Conference call with J. Raymond, A. Calascibetta and B. Pederson regarding issues raised by Debtor's schedules and preparation for section 341(a) meeting. | .90 | 427.50 |
| 10/23/19 | SDF | Review notices of appearance filed by counsel for Jonasz Precast and Accordia Harrison Urban Renewal. | .10 | 47.50 |
| 10/23/19 | SDF | Telephone call and e-mail with A. Calascibetta regarding additional disclosures by EisnerAmper; send e-mail to L. Bielskie of U.S. Trustee's office regarding same. | .40 | 190.00 |

**MS&B**    McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   36

| Date | | Description | | |
|---|---|---|---|---|
| 10/23/19 | SDF | Revise form of order granting Committee's application to retain firm as counsel; send e-mail to counsel for Debtor, PNC Bank and U.S. Trustee regarding same. | .40 | 190.00 |
| 10/24/19 | SDF | E-mails with Debtor's counsel regarding rescheduling of Rule 2004 deposition of P. Belair. | .20 | 95.00 |
| 10/24/19 | SDF | E-mails with Committee and Debtor's counsel regarding executed confidentiality agreements. | .50 | 237.50 |
| 10/24/19 | SDF | Confer with J. Raymond regarding section 341(a) meeting today. | .50 | 237.50 |
| 10/24/19 | SDF | Review filed proof of claim of Brach Eichler (partial priority). | .20 | 95.00 |
| 10/24/19 | SDF | Send e-mail to Court regarding revised form of order granting Committee's application to retain firm as counsel. | .20 | 95.00 |
| 10/24/19 | SDF | Review e-mail from Debtor's counsel regarding additional employee AmEx card statements (June and July 2018). | .40 | 190.00 |
| 10/24/19 | SDF | Review letter to T. Oppelt requesting recording of today's section 341(a) meeting. | .20 | 95.00 |
| 10/24/19 | SDF | Review and revise schedule of pending motions and deadlines. | .40 | 190.00 |
| 10/24/19 | JHR | Reviewed questions and prepared for 341 meeting. Travel to and from Trenton to Attend 341 Meeting and attended meeting and examined P. Belair and S. Camo. Reviewed basis | 6.50 | 3087.50 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE  37

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | for establishing fact to support motion. |  |  |
| 10/24/19 | LD | Draft letter to T. Oppelt requesting CD of 341(a) meeting. | .20 | 25.00 |
| 10/25/19 | JHR | Review with S. Della Fera information obtained from Debtor at 341 Meeting in preparation of motion practice. | .80 | 380.00 |
| 10/25/19 | JHR | Revised Minutes and circulated same. | .20 | 95.00 |
| 10/25/19 | JHR | Review June and July Amex statements | .40 | 190.00 |
| 10/25/19 | AS1 | Analyze pleadings and emails re hearings | 1.40 | 665.00 |
| 10/25/19 | JHR | Conference call with Committee Members | .80 | 380.00 |
| 10/25/19 | JHR | Drafted minutes to Committee Conference call. | .40 | 190.00 |
| 10/25/19 | JHR | Drafted Application in support of Motion to Convert. | .90 | 427.50 |
| 10/25/19 | SDF | Review notices of appearance filed by counsel for Fabcon Precast and Target Fire Protection. | .20 | 95.00 |
| 10/25/19 | SDF | Follow-up conference with J. Raymond regarding Debtor's testimony at section 341(a) meeting yesterday. | .80 | 380.00 |
| 10/25/19 | SDF | Telephone call to T. Oppelt regarding request for recording of section 341(a) meeting yesterday. | .10 | 47.50 |
| 10/25/19 | SDF | Review filed IRS claim. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN

75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Nov 14, 2019      PAGE  38

| | | | | |
|---|---|---|---|---|
| 10/25/19 | SDF | Review filed order approving firm's retention as counsel to creditors' committee. | .10 | 47.50 |
| 10/25/19 | SDF | Review notices of withdrawal of appearance nd application for pro hac vice admission filed by counsel for Accordia Harrison Urban Renewal. | .20 | 95.00 |
| 10/25/19 | SDF | Review and revise firm's September 2019 invoice in preparation for monthly fee statement. | .20 | 95.00 |
| 10/25/19 | SDF | Review minutes of today's Committee conference call meeting. | .20 | 95.00 |
| 10/25/19 | SDF | Follow-up e-mails with Committee members and Debtor's counsel regarding confidentiality agreement. | .40 | 190.00 |
| 10/28/19 | SDF | Review e-mails from J. Raymond and A. Calascibetta regarding discussion outline and document requests for meeting with Debtor tomorrow. | .30 | 142.50 |
| 10/28/19 | SDF | Review letter to service list enclosing firm's filed retention order. | .10 | 47.50 |
| 10/28/19 | SDF | Conference call with J. Raymond, A. Calascibetta and B. Pederson regarding preparation for meeting with Debtor and other pending matters. | .70 | 332.50 |
| 10/28/19 | SDF | Review application for pro hac vice admission of B. Bisignani. | .20 | 95.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Nov 14, 2019      PAGE   39

| | | | | |
|---|---|---|---|---|
| 10/28/19 | JHR | Reviewed Schedules and Statemtns and Monthly Operating report and drafted motion to Convert or in the alternative for the appointment of a Trustee and to compel production of documents. | 5.80 | 2755.00 |
| 10/28/19 | JHR | Drafted list of Documents to request from Hollister during meeting on October 30, 2019. | .30 | 142.50 |
| 10/28/19 | JHR | Conference call with A Calascibetta, B. Pederson and S Della Fera regarding review of Schedules and SOFA and Monthly operating report in advance of meeting with Hollister. | .60 | 285.00 |
| 10/28/19 | TMW | Review and analyze Debtor's loan documents. | 1.20 | 570.00 |
| 10/28/19 | LD | Update case service list. | .10 | 12.50 |
| 10/29/19 | LD | Review new notices of appearance; update service list. | .20 | 25.00 |
| 10/29/19 | LD | Draft letter to all parties on service list and serve MS&B retention order. | .90 | 112.50 |
| 10/29/19 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 10/29/19 | JHR | Continued to supplement and edit and revise application for motion to convert. | 2.20 | 1045.00 |
| 10/29/19 | JHR | Reviewed with S. Della Fera Cash Collateral orders and budgets and monthly operating report regarding payments for payroll and employee benefits and status of cash on hand. | .40 | 190.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**   McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   40

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/29/19 | JHR | Prepared for meeting with Hollister, reviewed topics for dicsusion and documents to be requested for production. | .20 | 95.00 |
| 10/29/19 | SDF | Review and revise draft application in support of motion to convert case. | .40 | 190.00 |
| 10/29/19 | SDF | Review notices of appearance filed by counsel for Starlite Electric and KSS Architects. | .10 | 47.50 |
| 10/29/19 | SDF | E-mails with Committee, EisnerAmper and Debtor's counsel regarding confidentiality agreement. | .80 | 380.00 |
| 10/29/19 | SDF | E-mails with L. Bielskie regarding additional EisnerAmper disclosures for retention; send e-mail to A. Calascibetta regarding same. | .20 | 95.00 |
| 10/29/19 | SDF | Review filed joinder of Merc Rentals in motion of City Contracting to modify stay to allow construction lien claim foreclosure action. | .20 | 95.00 |
| 10/29/19 | SDF | Review letter and enclosed CD recording of Debtor's section 341(a) meeting from T. Oppelt; confer with J. Raymond regarding same. | .20 | 95.00 |
| 10/29/19 | SDF | Review District Court order referring to Bankruptcy Court the state court action by Newark Warehouse against Debtor and principals previously removed by Debtor. | .20 | 95.00 |
| 10/29/19 | SDF | Confer with J. Raymond to prepare for meeting tomorrow with Debtor. | .40 | 190.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE   41

| | | | | |
|---|---|---|---|---|
| 10/29/19 | SDF | Review revised discussion items and document request list from EisnerAmper regarding meeting with Debtor tomorrow. | .20 | 95.00 |
| 10/30/19 | SDF | Additional preparation for meeting with Debtor and Debtor's and Committee's professionals. | .30 | 142.50 |
| 10/30/19 | SDF | Travel to/from meeting with Debtor and Debtor's and Committee's professionals at Debtor's headquarters. | .90 | 427.50 |
| 10/30/19 | SDF | Meeting with Debtor and Debtor's and Committee's professionals. | 2.70 | 1282.50 |
| 10/30/19 | SDF | Review, revise and finalize supplemental affidavit of EisnerAmper in support of Committee's retention; send e-mail to A. Calascibetta regarding same. | .40 | 190.00 |
| 10/30/19 | SDF | Review Debtor's notice of agreement among Debtor, Arch and Project Owner to payments to be made on bonded lighthouse project. | .20 | 95.00 |
| 10/30/19 | JHR | Out of office meeting with Calascibetta, W. Pederson, S. Della Fera, M. Seymore, B. Buechler, S Camo. and call with P. Belair re review of status of collections of A/R projects settlements and efforts to recovery loans and preferences. | 2.90 | 1377.50 |
| 10/30/19 | JHR | To and from Parsippany for meeting with Debtor and Counsel | .80 | 380.00 |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

MS&B   McMANIMON · SCOTLAND · BAUMANN                75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019      PAGE  42

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 10/30/19 | JHR | Drafted Motion to Convert, Order to Convert, Application shortening time and Order Shortening Time. | .80 | 380.00 |
| 10/30/19 | SDF | Review and finalize firm's September 2019 monthly fee statement. | .20 | 95.00 |
| 10/30/19 | SDF | Review memo from J. Raymond regarding summary of notes from meeting with Debtor today. | .20 | 95.00 |
| 10/30/19 | LD | Prepare draft of supplemental certification of A. Calascibetta in support of retention of EisnerAmper. | .30 | 37.50 |
| 10/30/19 | LD | Prepare MSB's September 2019 monthly fee statement. | .20 | 25.00 |
| 10/31/19 | LD | E-file supplemental affidavit of A. Calascibetta in further support of EisnerAmper's retention. | .10 | 12.50 |
| 10/31/19 | LD | E-file MSB's monthly fee statement for September 2019; draft cover letter and serve on all parties by e-mail or first class mail. | .40 | 50.00 |
| 10/31/19 | JHR | Review and prepare Motion to compel compliance with Rule 2004 Subpoena. | .10 | 47.50 |
| 10/31/19 | JHR | Drafted Motion, Application and Order to compel compliance with Rule 2004 Subpoena. | 2.20 | 1045.00 |
| 10/31/19 | JHR | Revised, edited and supplemented Application in support of Motion to Convert. | .40 | 190.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Nov 14, 2019        PAGE   43

| | | | | |
|---|---|---|---|---|
| 10/31/19 | SDF | Send e-mail to Committee regarding draft motion to convert case and call scheduling. | .20 | 95.00 |
| 10/31/19 | SDF | Review and analyze Debtor's motion to approve settlement with Tipzco Products Co. | .40 | 190.00 |
| 10/31/19 | SDF | Review letter serving firm's September monthly fee statement. | .10 | 47.50 |
| 10/31/19 | SDF | Review notice of appearance filed by counsel for Columbian Iron Works. | .10 | 47.50 |
| 10/31/19 | SDF | Review application for I. Schulman to appear pro hac vice. | .20 | 95.00 |
| 10/31/19 | SDF | Review, revise and supplement motion to convert case. | 3.80 | 1805.00 |
| 10/31/19 | SDF | Review, revise and finalize motion to compel Debtor and P. Belair to comply with subpoenas. | .80 | 380.00 |
| 10/31/19 | SDF | Review filed monthly staffing and compensation report of 10X CEO Coaching for September 2019. | .40 | 190.00 |

TOTAL FEES:                                    193.30   88367.50

| DATE | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/31/19 | Inside Duplicating | | 1008.00 |
| 10/31/19 | Postage | | 82.65 |
| 10/07/19 | PACER | PACER - 3RD QTR | 18.60 |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

MS&B   McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Nov 14, 2019      PAGE  44

| Date | Description | Detail | Amount |
|---|---|---|---|
| 10/08/19 | Travel/Parking Expenses | Travel/Parking Expenses-Anthony Sodono parking, tolls and travel to Trenton | 103.38 |
| 10/23/19 | Miscellaneous Expenses | Miscellaneous Expenses-Court Solutions | 50.00 |
| 10/24/19 | Overnight Express Mail | Overnight Express Mail-FedEx Delivery to Sam Della Fera at MSB | 14.72 |
| 10/24/19 | Overnight Express Mail | Overnight Express Mail-FedEx Shipment to Tina Opperlt at the Office of the United States Trustee in Newark NJ | 14.72 |
| 10/24/19 | Travel/Parking Expenses | Travel/Parking Expenses-Joshua Raymond parking, tolls and travel Roseland-Trenton-Roseland (132 miles @ .58/mile) to attend first meeting of creditors | 89.06 |

TOTAL DISBURSEMENTS                                      1381.13

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York