UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

O'Toole Scrivo
R. Brant Forrest, Esq.
14 Village Park Road
Cedar Grove, New Jersey 07009
Phone: (973) 239-5700

In Re:

HOLLISTER CONSTRUCTION
SERVICES, LLC,

           Debtor.

Case No.:    19-27439

Chapter:    11

Judge:    Hon. Michael B. Kaplan,
U.S.B.J.

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that R. Brant Forrest, Esq. will be substituted as attorney of record for DeSesa Engineering Company, Inc., creditor in this case.

Date: Novmeber 22, 2019

                                            Signature of Former Attorney

Date: Novmeber 22, 2019

                                            Signature of Substituted Attorney