| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 |
| **LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and Debtor-in-Possession* |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>          Debtor. |

FILED
JEANNE A. NAUGHTON, CLERK
NOV 21 2019
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

Chapter 11

Case No. 19-27439 (MBK)

## ORDER GRANTING DEBTOR'S MOTION TO APPROVE OF A SETTLEMENT AGREEMENT BY AND BETWEEN THE DEBTOR AND SBLP PRINCETON, LLC PURSUANT TO FED. R. BANKR. P. 9019

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

*/s/ Michael B. Kaplan*
MICHAEL B. KAPLAN,
USBJ

11/26/19

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
11/20/2019 205451387.1

Page: 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: *Order Granting Debtor's Motion to Approve of a Settlement Agreement By and Between the Debtor and SBLP Princeton, LLC Pursuant to Fed. R. Bankr. P. 9019*

---

**THIS MATTER** having been opened to the Court upon the Motion of the above-captioned debtor-in-possession (the "Debtor") seeking the entry of an order approving a Settlement Agreement by and between the Debtor and SBLP Princeton, LLC dated November 15, 2019 (the "Settlement Agreement"), pursuant to Fed. R. Bankr. P. 9019 (the "Motion")[Docket No. 527]; and the Court having considered the Motion and any objections filed thereto, and the Court having conducted a hearing on the Motion, at which time the Court heard and considered all oral arguments of counsel; and good and sufficient notice of the Motion having been provided to all interested parties, and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. The Settlement Agreement with SBLP Princeton, LLC is hereby approved.

3. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and the Settlement Agreement.

4. The Order shall be effective immediately upon its entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-27439-MBK
Hollister Construction Services, LLC                                    Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1             Date Rcvd: Nov 21, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2019.
db              +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2019 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0