UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
Caption in Compliance with D.N.J. LBR 9004-1(b)

REA & ASSOCIATES, LLC
Jeffrey J. Rea, Esq.
11 Broadway, 2nd Floor
Clark, New Jersey 07066
(732) 943-2570

Attorneys for Creditor/Lienor
City Contracting, Inc.
_____
In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,
                    Debtor.

**Order Filed on November 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 11

Case No. 19-27439 (MBK)

(Joint Administration Requested)

Hearing Date: 11/7/2019

Judge: Hon. Michael B. Kaplan,

Chapter 11

Recommended Local Form:    ■ Followed    □ Modified

### ORDER VACATING OR MODIFYING STAY

The relief set forth on the following page is hereby **ORDERED**

**DATED: November 22, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

REA & ASSOCIATES, LLC
Jeffrey J. Rea, Esq.
11 Broadway, 2nd Floor
Clark, New Jersey 07066
(732) 943-2570

Attorneys for Creditor/Lienor
City Contracting, Inc.

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,

                        Debtor.

Chapter 11

Case No. 19-27439 (MBK)

(Joint Administration Requested)

Hearing Date: 11/7/2019

Judge: Hon. Michael B. Kaplan,

Chapter 11

Upon the motion of Creditor City Contracting, Inc. (by Jeffrey J. Rea, Esq. of the firm of Rea & Associates, LLC, attorneys for City Contracting, Inc.) under Bankruptcy Code section 362(d) for relief from the automatic stay in order to commence construction lien foreclosure proceedings in state court, and the Court having reviewed the papers submitted and good cause having been made; it is therefore

**ORDERED** on this date  11/22/2019  , that the automatic stay be and is hereby modified to allow City Contracting, Inc. to commence one or more actions and to join Hollister Construction Services, LLC ("Debtor"), as a necessary and nominal party only in legal proceedings before the New Jersey Superior Court, Essex County, in order to prosecute claims against parties other than the Debtor to fully ascertain and thereafter enforce Construction Lien

Claims filed and served by City Contracting, Inc. in connection with certain construction projects commonly known as the Ironside project and the Columbia Street project and more fully described in the Notice of Motion and accompanying Certification of Peter J. Caruso, Jr., President and CEO of City Contracting, Inc., both dated October 1, 2019; and it is

**FURTHER ORDERED,** that during the pendency of the bankruptcy proceedings or until further order of the bankruptcy court, City Contracting, Inc. shall not seek to obtain a final judgment against the Debtor in any state court proceeding, nor shall City Contracting, Inc. take any further action against the Debtor or property of Debtor's estate, other than by way of an application or adversary proceeding adverse to Debtor before the bankruptcy court which seeks to obtain any relief available to City Contracting, Inc. in accordance with the rules governing these bankruptcy proceedings; and it is

**FURTHER ORDERED**, that the automatic stay remains in effect in all other respects, but without prejudice to the rights of City Contracting, Inc. to file one or more unsecured proof of claims in this bankruptcy proceeding; and it is

**FURTHER ORDERED,** that notwithstanding anything to the contrary in this Order, Arch Insurance Company and Arch Reinsurance Company (together, "Arch") shall not be prejudiced or be deemed to have waived any and all rights, claims and defenses of Arch, all rights, claims and defenses being expressly reserved, to the extent City Contracting, Inc. asserts any claims against Bonds issued by Arch; and it is

**FURTHER ORDERED**, that nothing contained within this Order constitutes a waiver of any party's rights (including the Debtor) to defend against or challenge standing, forum or venue in any subsequent dispute (including lien issues), and all parties' rights are hereby reserved; and it is

4839-9053-0732.v2

**FURTHER ORDERED,** that a copy of this Order be served upon all parties in this matter within ___7___ days of this Order.

4839-9053-0732.v2

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 19-27439-MBK
Hollister Construction Services, LLC                                             Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin            Page 1 of 1             Date Rcvd: Nov 22, 2019
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.
db              +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0