| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and Debtor-in-Possession* | Order Filed on November 26, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>                                      Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Judge: Michael B. Kaplan |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 26, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3
11/25/2019 205470568.2

Page:     2
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Shortening Time Period For Notice, Setting Hearing and Limiting Notice

After review of the application of Hollister Construction Services, LLC for the reduction of time for a hearing on *Debtor's Motion for Entry of An Order Enlarging the Period Within Which the Debtor May Remove Actions* [Docket No. 568] under Fed. R. Bankr. P. 9006(c)(1), it is

**ORDERED** as follows:

1. A hearing shall be conducted on the matter on **December 9th, 2019 at 10:00am __.m.** at the United States Bankruptcy Court for the District of New Jersey, East State Street, Third Floor, Courtroom No. 8, Trenton, New Jersey 07102.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: (1) U.S. Trustee; (2) all interested parties

by ☐ each, ☒ any of the following methods selected by the Court:

- ☐ fax,
- ☒ overnight mail,
- ☒ email,
- ☐ hand delivery
- ☐ regular mail,

3. The Applicant must also serve a copy of this Order, and all related documents on the following parties:
_____

by ☐ each, ☐ any of the following methods selected by the Court:

- ☐ fax,
- ☐ overnight mail,
- ☐ email,
- ☐ hand delivery
- ☐ regular mail,

4. Service must be made:

   - ☐ on the same day as the date of this Order, or
   - ☒ within 1 day(s) of the date of this Order.

-2-

Case 19-27439-MBK    Doc 581    Filed 11/26/19    Entered 11/26/19 08:50:01    Desc Main
Document    Page 3 of 3

Page:      3
Debtor:    Hollister Construction Services, LLC
Case No.:  19-27439 (MBK)
Caption:   Order Shortening Time Period For Notice, Setting Hearing and Limiting Notice

5. Notice by telephone:

   ☐ is not required

   ☐ must be provided to _____

       ☐ on the same day as the date of this Order; or

       ☐ within _____ days(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objection to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.