| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **FOX ROTHSCHILD LLP**<br>Formed in the Commonwealth of Pennsylvania<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103<br>(215) 299-2000 (phone)<br>(215) 299-2150 (fax)<br>Brett Berman, Esquire (BB 000672007)<br>Jason C. Manfrey, Esquire (JM 011752009)<br>bberman@foxrothschild.com<br>jmanfrey@foxrothschild.com<br><br>*Attorneys for Joffe Lumber & Supply Co., Inc.* | |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>                                        Debtor. | Case No.: 19-27439<br><br>Chapter 11<br><br>Judge: Michael B. Kaplan |

## CERTIFICATE OF SERVICE

I, Jason C. Manfrey, am a partner at the law firm of Fox Rothschild LLP.

I hereby certify that I caused a true and correct copy of the following document to be served on the parties shown on Exhibit "A" attached hereto, via U.S. mail, first class and postage prepaid, on November 27, 2019:

        1.    *Response of Joffe Lumber & Supply Co., Inc. in Opposition to Cross-Motion of 147 Bloomfield Ave., J.V. LLC Seeking Determination that Joffe Lumber & Supply Co., Inc. Does Not Hold a Perfected Lien Against The Vestry Property and Compelling Discharge of Lien*

Active\105611267.v1-11/27/19

I further certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 27, 2019

**FOX ROTHSCHILD LLP**
(Formed in the Commonwealth of PA)

*Counsel to Joffe Lumber & Supply Co., Inc.*

By: */s/ Jason C. Manfrey*
Jason C. Manfrey, Esquire

# Exhibit "A"

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Lauren Bielski, Esq.<br>Office of the U.S. Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Hollister Construction Services, LLC<br>339 Jefferson Road<br>Parsippany, NJ 07054 | Debtor | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Kenneth A. Rosen, Esq.<br>Arielle Adler, Esq.<br>Lowenstein Sandler<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Counsel for Debtor | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Sam Della Fera, Esq.<br>Andrea Dobin, Esq.<br>McManimon, Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Joseph L. Schwartz, Esq.<br>Tara J. Schellhorn, Esq.<br>Riker Danzig Scherer Hyland<br>  & Perretti LLP<br>Headquarters Plaza, One Speedwell Ave.<br>Morristown, NJ 07962-1981 | Counsel for Edison Construction Management, Newark Warehouse Urban Renewal, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Daniel M. Stolz, Esq.<br>Wasserman, Jurista & Stolz, PC<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920 | Counsel for 147 Bloomfield Ave. J.V. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Robert E. Nies, Esq.<br>Chiesa, Shahinian & Giantomasi PC<br>One Bland Drive<br>West Orange, NJ 07052 | Counsel for Arch Insurance Company and Arch Reinsurance Company | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| David R. Bruck, Esq.<br>Greenbaum Rowe Smith & Davis LLP<br>Metro Corporate Campus One<br>PO Box 5600<br>Woodbridge, NJ 07095 | Counsel for Nomad Framing LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Jay L. Lubetkin, Esq.<br>Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039 | Counsel for Christopher Johnson and Kieran Flanagan | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| James J. Homan, Esq.<br>Sommer L. Ross, Esq.<br>Duane Morris LLP<br>222 Delaware Ave., Suite 1600<br>Wilmington, DE 19801-1659 | Counsel for PNC Bank, National Association | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

Active\105606299.v1-11/27/19

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| David H. Stein, Esq.<br>Meredith I. Freiedman, Esq.<br>Wilentz, Goldman & Spitzer PA<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ 07095 | Counsel for CTC Academy | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Michael Kahme, Esq.<br>Michael J. Shavel, Esq.<br>Hill Wallack LLP<br>21 Roszel Road<br>PO Box 5226<br>Princeton, NJ 08543 | Counsel for Accordia Harrison Urban Renewal, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| William G. Wright, Esq.<br>Capehart & Scatchrd, PA<br>8000 Midlantic Drive, Suite 300S<br>Mount Laurel, NJ 08054 | Counsel for Graybar Electric Company, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Allen J. Barkin, Esq.<br>Schwartz Barkin & Mitchell<br>1100 Springfield Road<br>PO Box 1339<br>Union, NJ 07083-1339 | Counsel for Drobach Equipment Rental Co. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Greg Trif, Esq.<br>Trif Law LLC<br>89 Headquarters Plaza<br>North Tower, Suite 201<br>Morristown, NJ 07960 | Counsel for Sparwick Contracting, Inc. and Jordano Electric Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Christopher M. Santomassimo, Esq.<br>Nicoll David & Spinella LLP<br>1 Gatehall Drive, Suite 100<br>Parsippany, NJ 07054 | Counsel for Dancker | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Seth Ptasiewicz, Esq.<br>Kroll Heineman Carton, LLC<br>Metro Corporate Campus I<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ 08830 | Counsel for New Jersey Building Laborers' Statewide Benefit Funds | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Peter J. Broege, Esq.<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | Counsel for Encon Mechanical Corp. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Robert M. Hirsh, Esq.<br>Mark A. Bloom, Esq.<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019 | Counsel for SBLP Princeton, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Mary Joanne Dowd, Esq.<br>Arent Fox LLP<br>1717 K Street NW<br>Washington, DC 20006 | Counsel for SBLP Princeton, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| **NAME AND ADDRESS OF PARTY SERVED** | **RELATIONSHIP OF PARTY TO THE CASE** | **MODE OF SERVICE** |
|---|---|---|
| Danielle Cohen, Esq.<br>Lee M. Tesser, Esq.<br>Tesser & Cohen<br>946 Main Street<br>Hackensack, NJ 07601 | Counsel for Herc Rentals, Inc., Samph Contracting, LLC, MDS Construction | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Donna L. Thompson, Esq.<br>DL Thompson Law, PC<br>PO Box 679<br>Allenwood, NJ 08720 | Counsel for Prendimano Electrical Maintenance Col, Inc. t/a PEMCO | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Benjamin A. Stanziale, Jr., Esq.<br>Stanziale & Stanziale, PC<br>29 Northfield Avenue, Suite 201<br>West Orange, NJ 07052-5468 | Counsel for Life Town Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Alan J. Brody, Esq.<br>Greenberg Traurig, LLP<br>500 Campus Dr., Ste. 400<br>Florham Park, NJ 07932 | Counsel for EWA Mooachie 77, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Danielle Cohen, Esq.<br>Tee M. Tesser, Esq.<br>Tesser & Cohen<br>946 Main St.<br>Hackensack, NJ 07601 | Counsel for National Fireproofing & Insulation Co., Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Sydney J. Darling, Esq.<br>Stephen V. Falanga, Esq.<br>Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry St., 15th FL<br>Newark, NJ 07102 | Counsel for Fairleigh Dickinson University and Schindler Elevator Corporation | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Steven B. Smith, Esq.<br>Herrick Feinstein LLP<br>Two Park Avenue<br>New York, NY 10016 | Counsel for CS Utica & Remsen LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Albert A. Ciardi III, Esq.<br>Nicole M. Nigrelli, Esq.<br>Ciardi Ciardi & Astin<br>One Commerce Sq.<br>2005 Market St., Ste. 3500<br>Philadelphia, PA 19103 | Counsel for Pentel Drywall, Inc. and Delcon Builders, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Stephanie L. Jonaitis, Esq.<br>Robyn R. English-Mezzino, Esq.<br>Pepper Hamilton LLP<br>301 Carnegie Center, Ste. 400<br>Princeton, NJ 08543-5276 | Counsel for 10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation and 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Jeffrey W. Herrmann, Esq.<br>Andrew R. Macklin, Esq.<br>Alex A Pisarevsky, Esq.<br>Charles R. Cohen, Esq.<br>Cohn Lifland Pearlman Herrmann & Knopf<br>Park 80 West – Plaza One<br>250 Pehle Ave., Ste. 401<br>Saddle Brook, NJ 07663 | Counsel for Pereira Electrical Contracting, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Bridge Builders Newark LLC<br>c/o Karen Marques<br>211 Warren St.<br>Newark, NJ 07103 | Bridge Builders Newark LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Bryce W. Newell, Esq.<br>Rosenberg & Estis, P.C.<br>733 Third Ave.<br>New York, NY 10017 | Counsel for LEG Acquisition LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Larry L. Miller, Esq.<br>11722 Taneytown Pike<br>Taneytown, MD 21787 | Counsel for L & W Supply Corporation | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Jennifer V. Doran, Esq.<br>Hickley, Allen & Snyder LLP<br>28 State St.<br>Boston, MA 02109 | Counsel for Ocean Steel Corporation | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Martin P. Skolnick, Esq.<br>Skolnick Legal Group, P.C.<br>103 Eisenhower Pkwy., Ste. 305<br>Roseland, NJ 07068 | Counsel for Stateline Fabricators, LLC and Archmills LLC d/b/a ArchMills Doors and Hardware | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Adrienne C. Rogove, Esq.<br>Blank Rome LLP<br>300 Carnegie Center, Ste. 220<br>Princeton, NJ 08540 | Counsel for 640 Columbia Owner LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Gary L. Kaplan, Esq.<br>Carl I. Stapen, Esq.<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004 | Counsel for 640 Columbia Owner LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Deb Secrest<br>Commonwealth of Pennsylvania Dept. of Labor and Industry<br>Collections Support Unit<br>651 Boas St., Room 925<br>Harrisburg, PA 17121 | Commonwealth of Pennsylvania Dept. of Labor and Industry | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Marguerite M. Schaffer, Esq.<br>Shain Schaffer<br>150 Morristown, Rd., Ste. 105<br>Bernardsville, NJ 07924 | Counsel for Unique Scaffolding, LLC, N.A. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Brian Craig, Esq.<br>Moritt Hock & Hamroff LP<br>400 Garden City Plaza<br>Garden City, NY 11530 | Counsel for Fort Hill Industries, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| David E. Sklar, Esq.<br>Scura Wigfield Heyer Stevens & Cammarota, LLP<br>1599 Hamburg Tpk.<br>Wayne, NJ 07470 | Counsel for Atlantic Engineering Laboratories of NY, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Carl J. Soranno, Esq.<br>Brach Eichler LLC<br>101 Eisenhower Pkwy.<br>Roseland, NJ 07068-1067 | Counsel for Air Group, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Grant R. Cornehls, Esq.<br>Maxwell J. Rubin, Esq.<br>Warshaw Burnstein, LLP<br>575 Lexington Ave., 7th FL<br>New York, NY 10022 | Counsel for Nickerson Corporation | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Michael Stafford, Esq.<br>Nordlaw<br>Turnpike Metroplex, Suite 201<br>190 State Highway 18<br>East Brunswick, NJ 08816 | Counsel for Anvil Craft Corp. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Laurence D. Pittinsky, Esq.<br>Rosenberg & Pittinsky, LLP<br>232 Madison Avenue, Suite 9<br>New York, New York 10016 | Counsel for Boyd Mechanical, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Angelo A. Stio III, Esq.<br>Pepper Hamilton LLP<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543-5276 | Counsel for 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Henry J. Jaffe, Esq.<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801 | Counsel for 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Anthony M. Rainone, Esq.<br>Brach Eichler LLC<br>101 Eisenhower Pkwy.<br>Roseland, NJ 07068-1067 | Counsel for Industrial Maintenance Industries | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| John E. Westerman, Esq.<br>Westerman Ball Ederer Miller Zucker & Sharfstein, LLP<br>1201 RXR Plaza<br>Uniondale, New York 11556 | Counsel for Veteran's Road SPE, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Sam Della Fera, Jr., Esq.<br>Joshua H. Raymond, Esq.<br>Anthony Sodono III, Esq.<br>Andrea Dobin, Esq.<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Roseland, NJ 07068 | Counsel for Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Michael R. Herz, Esq.<br>Fox Rothschild LLP<br>49 Market St.<br>Morristown, NJ, 07960-5122 | Counsel for Troon Electric of New Jersey LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Philip W. Allogramento III, Esq.<br>Mitchel W. Raraschi<br>Connell Foley LLP<br>56 Livingston Ave.<br>Roseland, NJ 07068 | Counsel for FM Construction Group, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Michael D. Sirota, Esq.<br>Felice R. Yudkin, Esq.<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | Counsel for Newkirk Realty LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Jason C. Manfrey, Esq.<br>Fox Rothschild LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103 | Counsel for Joffe Lumber & Supply Co., Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Ilana Volkov, Esq.<br>Pearl Shah, Esq.<br>Mcgrail & Bensinger LLP<br>888-C 8th Avenue #107<br>New York, New York 10019 | Counsel for Kone Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Joshua A. Zielinski, Esq.<br>R. Brant Forrest, Esq.<br>O'Toole Scrivo, LLC<br>14 Village Park Road<br>Cedar Grove, NJ 07009 | Counsel for DeSesa Engineering Company, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Edmund J. Campbell, Jr. Esq.<br>Campbell Rocco Law, LLC<br>6 Kings Hwy. East<br>Haddonfield, NJ 08033 | Counsel for Glass Systems Tech, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| James C. DeZao, Esq.<br>Kathy Cehelsky, Esq.<br>Margaret Meade, Esq.<br>Law Office of James C. DeZao, P.A.<br>322 Route 46 West, Suite 120<br>Parsippany, NJ 07054 | Counsel for Orange County Superior Concrete and Bel-Con Construction Services, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Joseph H. Lemkin, Esq.<br>Stark & Stark<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | Counsel for High Concrete Group, LLC and Conewago Enterprises, Inc | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Rocco A. Cavaliere, Esq.<br>Scott S. Markowitz, Esq.<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway, 11th Floor<br>New York, NY 10018 | Counsel for Titan Industrial Services Corp. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Yale A. Leber, Esq.<br>Rivkin Radler LLP<br>25 Main St.<br>Court Plaza North, Ste. 501<br>Hackensack, NJ 07601-7082 | Counsel for RH 537 Building Owner LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Brian G. Hannon, Esq.<br>John O'Boyle, Esq.<br>Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, NJ 07631 | Counsel for Imperial Floors, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Brian R. Tipton, Esq.<br>Florio Perrucci Steinhardt & Cappelli LLC<br>2358 Broubalow Way<br>Phillipsburg, NJ 08865 | Counsel for State Line Construction Company, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Lawrence B. Diener, Esq.<br>Court Plaza North<br>25 Main St., Ste. 200<br>Hackensack, NJ 07601 | Counsel for Advanced Scaffold Services LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Brian W. Bisignani, Esquire<br>Post & Schell, P.C.<br>1869 Charter Lane, Suite 102<br>P.O. Box 10248<br>Lancaster, PA 17605-0248 | Counsel for High Concrete Group, LLC and Conewago Enterprises, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Jeffrey J Rea, Esquire<br>Rea & Associates, LLC<br>11 Broadway, 2nd Floor<br>Clark, NJ 07066 | Counsel for City Contracting, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Greg Trif, Esquire<br>Trif Law LLC<br>89 Headquarters Plaza<br>North Tower, Suite 201<br>Morristown, NJ 07960 | Counsel for KR Masonry LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| David E. Sklar, Esquire<br>Scura, Wigfield, Heyer, et al<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Counsel for All Brands Elevator Industries, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Richard E. Weltman, Esquire<br>Michele K. Jaspan, Esquire<br>Weltman & Moskowitz, LLP<br>18 Columbia Turnpike, Suite 200<br>Florham Park, NJ 0932 | Counsel for Reliance Mechanical, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  (as authorized by the court ☐) |
| Andrew J, Kelly, Esquire<br>The Kelly Firm, P.C.<br>1011 Highway 71, Suite 200<br>Spring Lake, NJ 07762 | Counsel for Schnell Contracting Systems, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  (as authorized by the court ☐) |
| Jacob S. Frumkin, Esquire<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | Counsel for Grand Maujer Development, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  (as authorized by the court ☐) |
| Karen M. Murray, Esquire<br>Law Offices of Karen M. Murray<br>8 East Main Street<br>Moorestown, NJ 08057 | Counsel for P. Tamburri Steel LLC and P3 Metals LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  (as authorized by the court ☐) |
| Philip W. Allogramento III, Esquire<br>Mitchell W. Taraschi, Esquire<br>Connell Foley LLP<br>56 Livingston Ave<br>Roseland, NJ 07068 | Counsel for Environmental Devices, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  (as authorized by the court ☐) |
| Marc D. Miceli, Esquire<br>Steven Mitnick, Esquire<br>SM Law PC<br>PO Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858 | Counsel for P. Cipollini, Inc. t/a Cippolini Roofing | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  (as authorized by the court ☐) |
| Shawn M. Christianson, Esquire<br>Buchalter, A Professional Corporation<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493 | Counsel for Oracle America, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  (as authorized by the court ☐) |
| Gary M. Kushner, Esquire<br>Goetz Fitzpatrick LLP<br>One Penn Plaza, 31st Floor<br>New York, NY 10119 | Counsel for Infinity Painting Co., Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  (as authorized by the court ☐) |
| Andrew B. Cohn, Esquire<br>Kaplin Stewart et al.<br>910 Harvest Drive, PO Box 3037<br>Blue Bell, PA 19422-0765 | Counsel for Jonasz Precast, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  (as authorized by the court ☐)☐ Hand-delivered |
| Darren R. Marks, Esquire<br>Borah Goldstein et al<br>377 Broadway, 7th Floor<br>New York, NY 10013 | Counsel for Accordia Harrison Urban Renewal, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other  (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Joseph H. Lemkin, Esquire<br>Stark & Stark<br>PO Box 5315<br>Princeton, NJ 08543-5315 | Counsel for Fabcon Precast | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Melissa A. Pena, Esquire<br>Norris McLaughlin P.A.<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807 | Counsel for Target Fire Protection | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Carol L. Knowlton, Esquire<br>Gorski & Knowlton PC<br>311 Whitehorse Avenue, Suite A<br>Hamilton, NJ 08610 | Counsel for KSS Architects | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Robert Saul Molnar, Esquire<br>1330 Hamburg Turnpike<br>Wayne, NJ 07470 | Counsel for Starlite Electric LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Hisham I. Masri, Esquire<br>Reddin Masri, LLC<br>485 Totowa Road<br>Totowa, NJ 07512 | Counsel for Columbian Iron Works Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Donald B. Veix, Jr., Esquire<br>VeixLaw, pllc<br>PO Box 54<br>95 West Court Street<br>Doylestown, PA 18901 | Counsel for Bohler Engineering NY, PLLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Morris S. Bauer, Esquire<br>Norris McLaughlin, PA<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807 | Counsel for Ware Malcomb | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Anna F. Patras, Esquire<br>Bohler Engineering NY, PLLC<br>35 Technology Drive, Second Floor<br>Warren, NJ 07059 | Counsel for Bohler Engineering NY, PLLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Joseph R. Zapata, Jr., Esquire<br>Melinger, Sanders & Kartzman, LLC<br>\101 Gibralter Drive, Suite 2F<br>\Morris Plains, NJ 07950 | Counsel for STMR, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| M. Murphy Durkin, Esquire<br>Durkin & Durkin, LLC<br>1120 Bloomfield Avenue<br>PO Box 1289<br>West Caldwell, NJ 07007 | Counsel for Dehn Bros. Fire Protection, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Frank F. Velocci, Esquire<br>Drinker Biddle & Reath LLP<br>600 Campus Drive<br>Florham Park, NJ 07932-1047 | Counsel for NSA 18th Avenue, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Lawrence B. Diener, Esquire<br>Court Plaza North<br>25 Main Street, Suite 200<br>Hackensack, NJ 07601 | Counsel for Advanced Scaffold Services LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| K. Joseph Vyzas, Esquire<br>Schiller, Pittenger & Galvin, P.C.<br>1771 Front Street<br>Scotch Plains, NJ 07076 | Counsel for Rexel, Inc. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Michele L. Ross, Esquire<br>M. Ross & Associates, LLC<br>440 Sylvan Avenue, Suite 220<br>Englewood Cliffs, NJ 07632 | Counsel to Control Services, LLC | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Charles A. Gruen, Esquire<br>Law Offices of Charles A. Gruen<br>381 Broadway, Suite 300<br>Westwood, NJ 07675 | Counsel for Michaels Electrical Supply Corp. | ☐ Hand-delivered<br>☒ **Regular mail**<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

Active\105606299.v1-11/27/19