| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and Debtor-in-Possession* | Order Filed on November 26, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>                                          Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Judge: Michael B. Kaplan |

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING
HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 26, 2019**

                                                                      Honorable Michael B. Kaplan
                                                                       United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3
11/25/2019 205470568.2

Page: 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Shortening Time Period For Notice, Setting Hearing and Limiting Notice

After review of the application of Hollister Construction Services, LLC for the reduction of time for a hearing on *Debtor's Motion for Entry of An Order Enlarging the Period Within Which the Debtor May Remove Actions* [Docket No. 568] under Fed. R. Bankr. P. 9006(c)(1), it is

**ORDERED** as follows:

1. A hearing shall be conducted on the matter on **December** __9th__, **2019 at** __10:00am__ __.m.__ at the United States Bankruptcy Court for the District of New Jersey, East State Street, Third Floor, Courtroom No. 8, Trenton, New Jersey 07102.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: (1) U.S. Trustee; (2) all interested parties
by ☐ each, ☒ any of the following methods selected by the Court:

- ☐ fax,  ☒ overnight mail,
- ☒ email,  ☐ hand delivery
- ☐ regular mail,

3. The Applicant must also serve a copy of this Order, and all related documents on the following parties:
_____
by ☐ each, ☐ any of the following methods selected by the Court:

- ☐ fax,  ☐ overnight mail,
- ☐ email,  ☐ hand delivery
- ☐ regular mail,

4. Service must be made:
   - ☐ on the same day as the date of this Order, or
   - ☒ within __1__ day(s) of the date of this Order.

-2-

Page:     3
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Shortening Time Period For Notice, Setting Hearing and Limiting Notice

_____

5. Notice by telephone:

   ☐ is not required

   ☐ must be provided to _____

      ☐ on the same day as the date of this Order; or

      ☐ within _____ days(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objection to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 19-27439-MBK
Hollister Construction Services, LLC                                     Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin           Page 1 of 1            Date Rcvd: Nov 26, 2019
                          Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db            +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0