Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−27439−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hollister Construction Services, LLC
   339 Jefferson Road
   Parsippany, NJ 07054

Social Security No.:

Employer's Tax I.D. No.:
   74−3135404

### Notice That a Transcript Has Been Filed

     You are Noticed that a Transcript has been filed on 11/25/19. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: November 26, 2019
JAN:

                Jeanne Naughton
                Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                              Case No. 19-27439-MBK
Hollister Construction Services, LLC                                Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 6    Date Rcvd: Nov 26, 2019
                              Form ID: tsntc             Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db             +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707
aty            +Boyd Mechanical, LLC,    c/o Rosenberg & Pittinsky, LLP,    232 Madison Avenue,    Suite 906,
                 New York, NY 10016-2937
aty             Brian Bisignani,    Post & Schell,    1869 Charter Lane,   Ste. 102,    POB 10248,
                 Lancaster, PA 17605-0248
aty            +Brian Craig,    400 Garden City Plaza,    Garden City, NY 11530-3322
aty            +Gary M Kushner,    Goetz Fitzpatrick LLP,    One Penn Plaza,   3rd Floor,
                 New York, NY 10119-0196
aty            +Henry J. Jaffe,    Pepper Hamilton LLP,    1313 Market St.,,   Hercules Plaza, Suite 5100,
                 Wilmington, DE 19801-6111
aty            +Mary Joanne Dowd,    Arent Fox LLP,    1717 K Street NW,   Washington, DC 20006-5344
aty            +McManimon, Scotland & Baumann, LLC,    75 Livingston Avenue,    Suite 201,
                 Roseland, NJ 07068-3701
ptcrd          +360 Fire Prevention 360 Fire Prevention LLC,    1061 Paulison Avenue,    Clifton, NJ 07011-3628
cr             +Advanced Scaffold Services Mid-Atlantic LLC,    650 Route 46 West,    Clifton, NJ 07013-1503
cr             +Advanced Scaffold Services, LLC,    620 Oakwood Avenue,    West Hartford, CT 06110-1520
cr             +Air Group, LLC,    c/o Carl J. Soranno, Esq.,    Brach Eichler LLC,    101 Eisenhower Parkway,
                 Roseland, NJ 07068-1053
cr             +Antonio Zarfino,    Bel-Con Construction Services, Inc.,    26 Wallace Street,
                 Belleville, NJ 07109,    UNITED STATES 07109-3526
cr             +Arch Insurance Company and Arch Reinsurance Compan,    c/o Chiesa Shahinian & Giantomasi PC,
                 One Boland Drive,    Attn: Robert E. Nies, Esq.,    West Orange, NJ 07052-3686
cr             +Bridge Builders Newark LLC,    c/o Karen Marques,    211 Warren Street,   Newark, NJ 07103-3568
cr             +CTC Academy,    c/o Wilentz, Goldman & Spitzer, P.A.,    90 Woodbridge Center Drive,
                 Suite 900, Box 10,    Attn: David H. Stein, Esq.,    Woodbridge, NJ 07095-1155
intp           +Christopher Johnson,    c/o Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,
                 Suite 100,    Livingston, NJ 07039-1711
cr             +Columbian Iron Works, Inc.,    332 Vreeland Ave,    Paterson, NJ 07513-1014
cr             +Commonwealth of Pennsylvania Dept. of Labor and In,    651 Boas St.,    Room 925,
                 Harrisburgh, PA 17121-0751
cr             +Dancker,    291 Evans Way,    Somerville, NJ 08876-3766
cr             +Dehn Bros.Fire Protection, Inc.,    C/o Durkin & Durkin, LLC,    1120 Bloomfield Ave.,
                 West Caldwell, NJ 07006-7138
cr              Drobach Equipment Rental Co.,    2240 US-22,    Union, NJ 07083
cr             +EWA Moonachie 77, LLC,    c/o Alan Brody, Greenberg Traurig,    500 Campus Drive,    Suite 400,
                 Florham Park, NJ 07932-1025
cr             +Edison Construction Management,    c/o Riker Danzig,    One Speedwell Avenue,
                 Morristown, NJ 07960-6838
cr             +Encon Mechancial Corp,    3433 Sunset Ave,    PO Box 2293,    Ocean, NJ 07712-2293
cr             +Fabcon Precast,    Post & Schell, P.C.,    1869 Charter Lane,    POB 10248,
                 Lancaster, PA 17605-0248
intp           +Fairleigh Dickinson University,    c/o Walsh Pizzi O'Reilly Falanga LLP,    Three Gateway Center,
                 100 Mulberry Street,    15th Floor,    Newark, NJ 07102-4056
intp           +Grand Maujer Development, LLC,    Cole Schotz P.C.,    Court Plaza North,    25 Main Street,
                 Hackensack, NJ 07601-7083
cr             +Jonasz Precast, Inc.,    829 Delsea Drive,    Westville, NJ 08093-1232
intp           +Kieran Flanagan,    c/o Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,   Suite 100,
                 Livingston, NJ 07039-1711
cr             +L&W Supply Corporation,    c/o Larry Miller,    11722 Taneytown Pike,   Taneytown, MD 21787,
                 UNITED STATES 21787-1165
cr             +Lally Pipe & Tube,    8770 Railroad Drive,    Taylor Mill, KY 41015-9096
cr              Liberty Mutual Insurance Company,    181 Bay Street,    Suite 900,   Toronto(ON),   M5J 2T3,
                 CANADA
cr             +Mayer Weberman,    Orange County Superior Concrete,    149 Elm Street, Suite 102,
                 Monroe, NY 10950,    UNITED STATES 10950-2896
cr             +Michaels Electrical Supply Corp.,    456 Merrick Road,    Lynbrook, NY 11563-2448
cr             +Newark Warehouse Redevelopment Company,    c/o Riker Danzig,    One Speedwell Avenue,
                 Morristown, NJ 07960-6838
cr             +Newark Warehouse Urban Renewal, LLC,    c/o Riker Danzig,    One Speedwell Avenue,
                 Morristown, NJ 07960-6838
intp           +Newkirk Realty LLC,    Cole Schotz P.C.,    Court Plaza North,   25 Main Street,
                 Hackensack, NJ 07601-7083
cr             +Nickerson Corporation,    515 Union Ave,    Union Beach, NJ 07735-3130
cr             +Nomad Framing, LLC,    Att: David L. Bruck, Esq.,    Greenbaum, Rowe, Smith & Davis LLP,
                 PO Box 5600,    Woodbridge, NJ 07095-0988
intp           +P. Tamburri Steel,    1401 Industrial Highway,    1401 Industrial Highway,
                 CINNAMINSON, NJ 08077,    UNITED STATES 08077-2589
intp           +P3 Metals, LLC,    1401 Industrial Highway,    CINNAMINSON, NJ 08077,    UNITED STATES 08077-2589
cr              PNC Bank, National Association,    c/o Duane Morris LLP,
                 Attn: James J. Holman and Sommer L. Ross,    222 Delaware Avenue, Suite 1600,
                 Wilmington, DE 19801-1659
op             +Parkland Group Inc,    8110 Devon Court,    Chagrin Falls, OH 44023-5008
op             +Paul Belair,    10x CEO Coaching LLC,    POB 5117,    Youngstown, OH 44514-0117
```

```
District/off: 0312-3          User: admin                Page 2 of 6              Date Rcvd: Nov 26, 2019
                              Form ID: tsntc             Total Noticed: 60


cr              +Pereira Electrical Contracting, Inc.,   c/o Cohn Lifland Pearlman Herrmann,
                  Park 80 West - Plaza One,   250 Pehle Ave., Suite 401,    Saddle Brook, NJ 07663-5832
op              +Prime Clerk LLC,    One Grand Central Place,    60 East 42nd Street,    Suite 1440,
                  New York, NY 10165-1446
intp            +RH 537 Building Owner LLC,    2 Park Ave, 14th Floor,   New York, NY 10016-5702
cr              +Rexel, Inc.,   14951 Dallas Parkway,    Dallas, TX 75254-6784
cr              +Schindler Elevator Corporation,    Three Gateway Center,    100 Mulberry Street,   15th Floor,
                  Newark, NJ 07102,    UNITED STATES 07102-4056
cr              +Schnell Contracting Systems, LLC,    c/o The Kelly Firm, P.C.,    1011 Highway 71, Suite 200,
                  Spring Lake, NJ 07762-3232
cr             #+State Line Construction Company, Inc.,    234 Pacific Street,   Newark, NJ 07114-2830
cr              +Sunstone Hotels Morristown, LLC,    c/o Riker Danzig,   One Speedwell Avenue,
                  Morristown, NJ 07960-6838
cr              +Troon Electric of New Jersey LLC,    555 North Ave,   Fort Lee, NJ 07024-2404
cr             #+Vector Structural Preservation Corp.,    21 Willowdale Ave.,   Port Washington, NY 11050-3716
cr              +Ware Malcomb,    Attn: Tobin Slone, CFO,   10 Edelman,   Irvine, CA 92618-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 27 2019 00:24:02      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 27 2019 00:23:59      United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
acc             +E-mail/Text: delmarie.velazquez@eisneramper.com Nov 27 2019 00:24:31      Eisner Amper LLP,
                  111 Wood Avenue South,   Iselin, NJ 08830-2874
cr              +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Nov 27 2019 00:23:06      LEG Acquisition LLC,
                  C/O Corporation Service Company,    2711 Centerville Road,   Suite 400,   Wilmington, DE 19808,
                  UNITED STATES 19808-1645
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
op                10X CEO Coaching
cr                c/o Marguerite M. Unique Scaffolding Systems, LLC,   Unique Scaffolding, LLC, N.A.,
                  150 Morristown Road, Suite 105,   Shain Schaffer PC, 150 Morristown Road,,    Bernardsville,
                  UNITED STATES
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2019 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               adobin@msbnj.com
              Andrew B. Cohn    on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
```

```
District/off: 0312-3          User: admin              Page 3 of 6            Date Rcvd: Nov 26, 2019
                              Form ID: tsntc           Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com, wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw.com;tgraga@kbtlaw.com

Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com

Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com

Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation stioa@pepperlaw.com

Anna Patras    on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohlereng.com

Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured Creditors asodono@msbnj.com

Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries arainone@bracheichler.com, cbudris@bracheichler.com;palonso@bracheichler.com

Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com, elawler@lowenstein.com;jkimble@lowenstein.com

Arielle Adler    on behalf of Plaintiff    Hollister Construction Services, LLC aadler@lowenstein.com, elawler@lowenstein.com;jkimble@lowenstein.com

Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com

Brett Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com

Brian Gregory Hannon    on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com

Brian R Tipton    on behalf of Creditor    State Line Construction Company, Inc. btipton@fpsflawfirm.com

Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com

Carl J. Soranno    on behalf of Defendant    Haddad Heating & Plumbing Inc. csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com

Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com

Carol L. Knowlton    on behalf of Creditor    KSS Architects cknowlton@gorskiknowlton.com

Charles A. Gruen    on behalf of Creditor    Michaels Electrical Supply Corp. cgruen@gruenlaw.com

Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com

Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com

Daniel Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com

Daniel Stolz    on behalf of Interested Party    Latitude East Owner, LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com

Daniel Stolz    on behalf of Interested Party    Latitude West Owner, LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com

Danielle Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com

Danielle Cohen    on behalf of Creditor    Global Development Contractors, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com

Danielle Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com

Danielle Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com

Danielle Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com, ddelucia@tessercohen.com

Danielle Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com

Darren R. Marks    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC dmarks@borahgoldstein.com, nagwu@borahgoldstein.com

David E. Sklar    on behalf of Creditor    All Brands Elevator Industries, Inc. dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com

David E. Sklar    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc. dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com

David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com, ciarkowski@wilentz.com

David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com

Donald B. Veix, Jr.    on behalf of Creditor    Bohler Engineering NY, PLLC donveixlaw@gmail.com, dveix@hartylawgroup.com

Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO donna.thompson@dlthompsonlaw.com, dlthompsonlaw@aol.com

Edmund Campbell    on behalf of Creditor    Glass Systems Tech, LLC aweisenberger@campbellroccolaw.com

Eric J. Hughes    on behalf of Creditor    Liberty Mutual Insurance Company ehughes@mdmc-law.com

Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com, fpisano@coleschotz.com

Frank F. Velocci    on behalf of Creditor    NSA 18th Avenue, LLC frank.velocci@dbr.com, brian.morgan@dbr.com

Grant Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com, lschindler@wbny.com

Greg Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com, gtrif@triflaw.com

Greg Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com, gtrif@triflaw.com

```
District/off: 0312-3              User: admin              Page 4 of 6              Date Rcvd: Nov 26, 2019
                                  Form ID: tsntc           Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Greg Trif on behalf of Creditor Sparwick Contracting, Inc. gtrif@triflaw.com, gtrif@triflaw.com
        Hisham I. Masri on behalf of Creditor Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com, m.duran@hmasrilaw.com
        Ilana Volkov on behalf of Creditor Kone Inc. ivolkov@mcgrailbensinger.com, fpisano@coleschotz.com;ssallie@coleschotz.com
        Jacob Frumkin on behalf of Interested Party Grand Maujer Development, LLC jfrumkin@coleschotz.com
        James C. Dezao, III on behalf of Creditor Antonio Zarfino gerald@dezaolaw.com
        James C. Dezao, III on behalf of Creditor Mayer Weberman gerald@dezaolaw.com
        Jason C Manfrey on behalf of Creditor Joffe Lumber & Supply Co., Inc. jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
        Jay L. Lubetkin on behalf of Interested Party Christopher Johnson jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
        Jay L. Lubetkin on behalf of Interested Party Kieran Flanagan jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
        Jeffrey J. Rea on behalf of Creditor Lienor City Contracting, Inc. jeffrea@aol.com
        Jeffrey J. Rea on behalf of Creditor City Contracting, Inc. jeffrea@aol.com
        Jeffrey W. Herrmann on behalf of Creditor Pereira Electrical Contracting, Inc. jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
        John O'Boyle on behalf of Creditor Imperial Floors, LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Josef W. Mintz on behalf of Creditor 640 Columbia Owner LLC mintz@blankrome.com, ecf-fe4957a0ba6a@ecf.pacerpro.com
        Joseph H. Lemkin on behalf of Creditor High Concrete Group, LLC jlemkin@stark-stark.com
        Joseph H. Lemkin on behalf of Creditor Conewago Enterprises, Inc. jlemkin@stark-stark.com
        Joseph H. Lemkin on behalf of Creditor Fabcon Precast jlemkin@stark-stark.com
        Joseph J. DiPasquale on behalf of Debtor Hollister Construction Services, LLC jdipasquale@lowenstein.com, jkimble@lowenstein.com
        Joseph J. DiPasquale on behalf of 3rd Party Plaintiff Hollister Construction Services, LLC jdipasquale@lowenstein.com, jkimble@lowenstein.com
        Joseph J. DiPasquale on behalf of Defendant Hollister Construction Services, LLC jdipasquale@lowenstein.com, jkimble@lowenstein.com
        Joseph L. Schwartz on behalf of Creditor Newark Warehouse Redevelopment Company jschwartz@riker.com
        Joseph L. Schwartz on behalf of Creditor Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
        Joseph L. Schwartz on behalf of Creditor Edison Construction Management jschwartz@riker.com
        Joseph L. Schwartz on behalf of Creditor Sunstone Hotels Morristown, LLC jschwartz@riker.com
        Joseph L. Schwartz on behalf of Plaintiff Newark Warehouse Redevelopment Company, LLC jschwartz@riker.com
        Joseph L. Schwartz on behalf of Counter-Defendant Newark Warehouse Redevelopment Company, LLC jschwartz@riker.com
        Joseph L. Schwartz on behalf of Counter-Defendant Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
        Joseph L. Schwartz on behalf of Plaintiff Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
        Joseph R Zapata, Jr. on behalf of Creditor STMR, Inc. jzapata@msklaw.net
        Joshua H. Raymond on behalf of Creditor Committee Official Committee of Unsecured Creditors jraymond@msbnj.com
        K. Joseph Vyzas on behalf of Creditor Rexel, Inc. joe@carlawyernj.com
        Karen M Murray on behalf of Interested Party P3 Metals, LLC kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com
        Karen M Murray on behalf of Interested Party P. Tamburri Steel kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com
        Kenneth A. Rosen on behalf of Plaintiff Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen on behalf of Debtor Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Larry L. Miller on behalf of Creditor L&W Supply Corporation llmlaw@outlook.com
        Lauren Bielskie on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov
        Laurence D. Pittinsky on behalf of Attorney Boyd Mechanical, LLC larry@rpllplaw.com
        Lawrence B. Diener on behalf of Creditor Advanced Scaffold Services, LLC LBDiener@optimum.net
        Lawrence B. Diener on behalf of Creditor Advanced Scaffold Services Mid-Atlantic LLC LBDiener@optimum.net
        Marc D. Miceli on behalf of Interested Party R. Cipollini, Inc. t/a Cipollini Roofing mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
        Marguerite Schaffer on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC mschaffer@shainlaw.com
        Mario A. Batelli on behalf of Petitioning Creditor 360 Fire Prevention 360 Fire Prevention LLC mbatelli@fostermazzielaw.com
        Mark E. Felger on behalf of Interested Party Ricoh USA, Inc. mfelger@cozen.com, sshidner@cozen.com
        Martin P. Skolnick on behalf of Creditor Archmills LLC d/b/a ArchMills Doors and Hardware mskolnick@gmail.com
        Martin P. Skolnick on behalf of Creditor Stateline Fabricators, LLC mskolnick@gmail.com

```
District/off: 0312-3          User: admin              Page 5 of 6            Date Rcvd: Nov 26, 2019
                              Form ID: tsntc           Total Noticed: 60


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mary E. Seymour    on behalf of Debtor   Hollister Construction Services, LLC
               mseymour@lowenstein.com
              Melissa A. Pena    on behalf of Creditor   Target Fire Protection mapena@norris-law.com,
               pfreda@nmmlaw.com
              Meredith I. Friedman    on behalf of Creditor   CTC Academy mfriedman@wilentz.com,
               ciarkowski@wilentz.com
              Michael Kahme    on behalf of Creditor   Accordia Harrison Urban Renewal, LLC
               mkahme@hillwallack.com, fmansmann@hillwallack.com
              Michael Stafford    on behalf of Creditor   Anvil Craft Corp. mjstafford@nordlaw.legal,
               norddemaio@aol.com;adamnorddemaio@aol.com
              Michael D. Sirota    on behalf of Interested Party   Newkirk Realty LLC msirota@coleschotz.com,
               fpisano@coleschotz.com
              Michael J. Shavel    on behalf of Creditor   Accordia Harrison Urban Renewal, LLC
               mshavel@hillwallack.com
              Michael R. Herz    on behalf of Creditor   Troon Electric of New Jersey LLC
               mherz@foxrothschild.com, cbrown@foxrothschild.com
              Michele Lane Ross    on behalf of Creditor   Control Services, LLC sterry@mrossllc.com
              Mitchell Malzberg    on behalf of Creditor   Vector Structural Preservation Corp.
               mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
              Morris S. Bauer    on behalf of Creditor   Ware Malcomb msbauer@nmmlaw.com,
               rjacome@norris-law.com,relikens@nmmlaw.com
              Murphy Durkin    on behalf of Creditor   Dehn Bros.Fire Protection, Inc. maresta@durkinlawfirm.com
              Nicole M. Nigrelli    on behalf of Interested Party   Delcon Builders, Inc.
               nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
              Nicole M. Nigrelli    on behalf of Interested Party   Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
              Nicole M. Nigrelli    on behalf of Defendant   Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
              Pearl Shah    on behalf of Creditor   Kone Inc. pshah@mcgrailbensinger.com
              Peter Broege    on behalf of Creditor   Encon Mechancial Corp pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Philip William Allogramento    on behalf of Creditor   Environmental Devices, Inc.
               pallogramento@connellfoley.com
              Philip William Allogramento    on behalf of Creditor   FM Construction Group, LLC
               pallogramento@connellfoley.com
              Richard Brant Forrest    on behalf of Creditor   DeSesa Engineering Company, Inc.
               rforrest@oslaw.com
              Richard E. Weltman    on behalf of Creditor   Reliance Mechanical, Inc. rew@weltmosk.com,
               mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
              Robert E. Nies    on behalf of Creditor   Arch Insurance Company and Arch Reinsurance Company
               rnies@csglaw.com
              Robert M Hirsh    on behalf of Creditor   SBLP Princeton, LLC, a Delaware limited liability
               company hirsh.robert@arentfox.com,
               indelicato.lisa@arentfox.com;Mary.Dowd@arentfox.com;Mark.Bloom@arentfox.com;Jackson.Toof@arentfox
               .com;adam.ruttenberg@arentfox.com;alyssa.fiorentino@arentfox.com
              Robert Saul Molnar    on behalf of Creditor   Starlite Electric LLC molnarrs@aol.com
              Rocco A. Cavaliere    on behalf of Creditor   Titan Industrial Services Corp.
               rcavaliere@tarterkrinsky.com
              Ryan M. Ernst    on behalf of Creditor   Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
              Sam Della Fera    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               sdellafera@msbnj.com
              Seth Ptasiewicz    on behalf of Creditor   New Jersey Building Laborers Statewide Benefit Funds
               (the "Funds") sptasiewicz@krollfirm.com
              Sommer Leigh Ross    on behalf of Creditor   PNC Bank, National Association slross@duanemorris.com,
               AutoDocketWILM@duanemorris.com
              Stephanie L. Jonaitis    on behalf of Interested Party   5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com,
               balaa@pepperlaw.com;molitorm@pepperlaw.com
              Stephanie L. Jonaitis    on behalf of Interested Party   10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation jonaitis@pepperlaw.com,
               balaa@pepperlaw.com;molitorm@pepperlaw.com
              Stephen V. Falanga    on behalf of Interested Party   Fairleigh Dickinson University
               sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
              Stephen V. Falanga    on behalf of Creditor   Schindler Elevator Corporation
               sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
              Steven B Smith    on behalf of Interested Party   CS Utica & Remsen LLC ssmith@herrick.com
              Stuart M. Brown    on behalf of Interested Party   Waypoint Hackensack Urban Renewal Owner LLC
               stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
              Sydney J. Darling    on behalf of Interested Party   Fairleigh Dickinson University
               sdarling@walsh.law, mvargas@walsh.law
              Sydney J. Darling    on behalf of Creditor   Schindler Elevator Corporation sdarling@walsh.law,
               mvargas@walsh.law
              Tara J. Schellhorn    on behalf of Creditor   Newark Warehouse Urban Renewal, LLC
               tschellhorn@riker.com
              Tara J. Schellhorn    on behalf of Creditor   Newark Warehouse Redevelopment Company
               tschellhorn@riker.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3          User: admin               Page 6 of 6              Date Rcvd: Nov 26, 2019
                              Form ID: tsntc            Total Noticed: 60

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com,
               jlafferty@capehart.com
              Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com
                                                                                             TOTAL: 139
```