UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on December 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Hollister Construction Services, LLC

Case No.: 19-27439

Chapter: 11

Judge: Michael B. Kaplan

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: December 2, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of __Ericka Fredricks Johnson__ for the reduction of time for a hearing on  Motion for Relief from Stay re: // Motion of Interlink Transport Transport Technologies, Inc _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __December 12, 2019__ at __10:00 am__ in the United States Bankruptcy Court, __402 East State Street, Trenton, New Jersey 08608__, Courtroom No. __8__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: U.S. Trustee and any and all interested parties.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*