**WOMBLE BOND DICKINSON (US) LLP**
Ericka F. Johnson (NJ Attorney ID: 032162007)
Nicholas T. Verna (NJ Attorney ID:  077182013)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
ericka.johnson@wbd-us.com
nick.verna@wbd-us.com

*Attorneys for Interlink Transport Technologies, Inc.*
*(dba MSC Technology (North America) Inc.)*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>HOLLISTER CONSTRUCTION SERVICES LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 3:19-BK-27439-MBK<br><br>Honorable Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1.   I, Christopher A. Lewis, am the paralegal for the law firm of Womble Bond Dickinson (US) LLP, who represents Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) in this matter.

2.   On December 2, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   a.   Memorandum of Law in Support of Motion of Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) for Entry of an Order (I) Granting Owner Relief from the Automatic Stay to Terminate Construction Contract or, in the Alternative, (II) Compelling the Debtor to Immediately Reject Construction Contract [Docket No. 591];

   b.   Application for Order Shortening Time for Notice of Hearing on Motion of Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) for Entry of an Order (I)

---

[1] The Debtor is this Chapter 11 Case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

    Granting Owner Relief from the Automatic Stay to Terminate Construction Contract or, in the Alternative, (II) Compelling the Debtor to Immediately Reject Construction Contract [Docket No. 592]; and

  c. Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 593].

 3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: December 2, 2019       */s/ Christopher A. Lewis*
                  Signature

**SERVICE LIST\***

*(\*see Attachment 1 hereto for email service list)*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Lowenstein Sandler, LLP<br>Attn: Arielle Adler, Bruce Buechler, Joseph DiPasquale,<br>Jennifer B. Kimble, Kenneth A. Rosen, Mary E. Seymour | Counsel for the Debtor | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Schwartz Barkin & Mitchell<br>Attn: Allen J. Barkin | Counsel for Drobach Equipment Rental Co. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Ciardi Ciardi & Astin<br>Attn: Albert A. Ciardi, III, and Nicole M. Nigrelli | Counsel for Pentel Drywall, Inc., Delcon Builders, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Chiesa Shahinian & Giantomasi PC<br>Attn: Armen Shahinian and Robert Nies | Counsel for Arch Insurance Surety Bond Company; Arch Insurance Company and Arch | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Mortitt Hock & Hamroff LLP<br>Attn: Brian P. Craig | Counsel for Fort Hill Industries, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Greenberg Traurig, LLP<br>Attn: Alan J. Brody | Counsel for EWA Moonachie 77, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Nicoll Davis & Spinella LLP<br>Attn: Christopher M. Santomassimo | Counsel for Dancker | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Greenbaum, Rowe, Smith & Davis LLP<br>Attn: David L. Bruck | Counsel for Nomad Framing, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Tesser & Cohen<br>Attn: Danielle Cohen, Lee M. Tesser | Counsel for Herc Rentals, Inc., Samph Contracting, LLC, MDS Construction, Global Development Contractors, LLC, Orion Interiors, Inc., National Fireproofing & Insulation Co., Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| DL Thompson, Law, PC<br>Attn: Donna L. Thompson | Counsel for Prendimano Electrical Maintenance Col, Inc. t/a PEMCO | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Wilentz, Goldman & Spitzer, P.A.<br>Attn: David H. Stein, Meredith I. Friedman | Counsel for CTC Academy | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Wasserman, Jurista & Stolz, P.C.<br>Attn: Daniel M. Stolz, Esq. | Counsel for 147 Bloomfield Ave J.V. LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Office of the United States Attorney of New Jersey<br>Attn: Eamonn O'Hagan, Assistant U.S. Attorney | United States Attorney | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Trif Law LLC<br>Attn: Greg Trif | Counsel for Jordano Electric, Inc. and Sparwick Contracting, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Prime Clerk LLC<br>Attn: Richard M. Allen | Claims Agent | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Pepper Hamilton LLP<br>Attn: Henry J. Jaffe and Kenneth A. Listwak | Counsel for 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Hinckley, Allen & Snyder LLP<br>Attn: Jennifer V. Doran | Counsel for Ocean Steel Corporation | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Duane Morris LLP<br>Attn: James J. Holman | Counsel for PNC Bank, National Association | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Rabinowitz, Lubetkin & Tully, LLC<br>Attn: Jay L. Lubetkin | Counsel for Christopher Johnson and Kieran Flanagan | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Pepper Hamilton LLP<br>Attn: Stephanie L. Jonaitis and Robyn R. English-Mezzino | Counsel for 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Riker, Danzig, Scherer, Hyland & Perretti LLP<br>Attn: Joseph L. Schwartz and Tara J. Schellhorn | Counsel for Newark Warehouse Urban Renewal, LLC; Newark Warehouse Redevelopment Company, LLC; and Edison Construction Management, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Bridge Builders Newark LLC<br>Attn: Karen Marques | Bridge Builders Newark LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Office of the United States Trustee for the District of New Jersey<br>Attn: Lauren Bielskie, Esq. | United States Trustee | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Larry L Miller<br>Attn: Larry L Miller | Counsel for L & W Supply Corporation | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Skolnick Legal Group, P.C.<br>Attn: Martin P. Skolnick | Counsel for Stateline Fabricators, LLC, ArchMills LLC d/b/a ArchMills Doors and Hardware | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Arent Fox LLP<br>Attn: Mary Joanne Dowd | Counsel for SBLP Princeton,LLC, a Delaware Limited Liability Company | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Hill Wallack LLP<br>Attn: Michael Kahme and Michael J. Shavel | Counsel for Accordia Harrison Urban Renewal, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Shain Schaffer PC<br>Attn: Marguerite M. Schaffer | Counsel for Unique Scaffolding, LLC N.A. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Commonwealth of Pennsylvania, Department of Labor and Industry<br>Attn: Deb Secrest | Counsel for Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Arent Fox LLP<br>Attn: Robert M. Hirsh, Mark A. Bloom | Counsel for SBLP Princeton,LLC, a Delaware Limited Liability Company | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Walsh Pizzi O'Reilly Falanga LLP<br>Attn: Stephen V. Falanga and Sydney J. Darling | Counsel for Fairleigh Dickinson University, Fairleigh Dickinson University | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Duane Morris LLP<br>Attn: Sommer L. Ross | Counsel for PNC Bank, National Association | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Kroll Heineman Carton<br>Attn: Seth Ptasiewicz | Counsel for New Jersey Building Laborers' Statewide Benefit Funds | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Herrick Feinstein LLP<br>Attn: Steven B. Smith | Counsel for CS Utica & Remsen LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Capehart & Scatchard, P.A., A Professional Corporation<br>Attn: William G. Wright | Counsel for Graybar Electric Company, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Scura, Wigfield, Heyer, Stevens & Cammarota<br>Attn: David E. Sklar | Attorneys for Atlantic Engineering Laboratories of NY, Inc. and All Brands Elevator Industries, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Cohn Lifland Pearlman Herrmann & Knopf LLP<br>Attn: Jeffrey W. Herrmann, Andrew R. Macklin, Alex A. Pisarevsky, Charles R. Cohen | Counsel for Pereira Electrical Contracting, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Stanziale & Stanziale, P.C.<br>Attn: Benjamin A. Stanziale, Jr. | Counsel for Life Town Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Broege Neumann Fischer & Shaver, L.L.C.<br>Attn: Peter J. Broege | Counsel for Encon Mechanical Corp. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Brach Eichler L.L.C.<br>Attn: Carl J. Soranno | Counsel for Air Group, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Warshaw Burstein, LLP<br>Attn: Grant Cornehls | Counsel for Nickerson Corporation | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| NordLaw<br>Attn: Michael J. Stafford, Esq. | Counsel for Anvil Craft Corp. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Rosenberg & Pittinsky, LLP<br>Attn: Laurence D. Pittinsky, Esq. | Counsel for Boyd Mechanical, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Pepper Hamilton LLP<br>Attn: Henry J. Jaffe | Counsel for 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC and 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Walsh Pizzi O'Reilly Falanga LLP<br>Attn: Sydney J. Darling and Stephen V. Falanga | Counsel for Schindler Elevator Corporation | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Brach Eichler L.L.C.<br>Attn: Anthony M. Rainone | Counsel for Industrial Maintenance Industries | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Pepper Hamilton LLP<br>Attn: Stephanie L. Jonaitis, Henry J. Jaffe, and Kenneth A. Listwak | Counsel for 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Westerman Ball Ederer Miller Zucker & Sharfstein, LLP<br>Attn: Mickee M. Hennessy and John Westerman | Counsel for Veteran's Road SPE, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| DLA Piper LLP (US)<br>Attn: Daniel M. Simon and Stuart M. Brown | Counsel for Waypoint Hackensack Urban Renewal Owner LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| McManimon, Scotland & Baumann, LLC<br>Attn: Sam Della Fera, Jr., Joshua H. Raymond, Anthony Sodono III and Andrea Dobin | Counsel for the Official Committee of Unsecured Creditors | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Fox Rothschild LLP<br>Attn: Michael R. Herz | Counsel for Marc and Amy Lebovitz and Troon Electric of New Jersey, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Blank Rome LLP<br>Attn: Adrienne C. Rogove and Josef W. Mintz | Counsel for 640 Columbia Owner LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Fried Frank Harris Shriver & Jacobson LLP<br>Attn: Gary L. Kaplan and Carl I. Stapen | Counsel for 640 Columbia Owner LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Connell Foley LLP<br>Attn: Philip W. Allogramento III and Mitchell W. Taraschi | Counsel for FM Construction Group, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Cole Schotz P.C.<br>Attn: Michael D. Sirota and Felice R. Yudkin | Counsel for Newkirk Realty LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Fox Rothschild LLP<br>Attn: Jason C. Manfrey and<br>Brett Berman | Counsel for Joffe Lumber & Supply Co. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| McGrail & Bensinger LLP<br>Attn: Ilana Volkov and<br>Pearl Shah | Counsel for Kone Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| O'Toole Scrivo, LLC<br>Attn: Joshua A. Zielinski and<br>R. Brant Forrest | Counsel for DeSesa Engineering Company, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Campbell Rocco Law, LLC<br>Attn: Edmund J. Campbell Jr. | Counsel for Glass Systems Tech, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Law Office of James C. DeZao, P.A.<br>Attn: James C. DeZao,<br>Kathy Cehelsky, and<br>Margaret Meade | Counsel for Orange County Superior Concrete and Bel-Con Construction Services, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Stark & Stark<br>Attn: Joseph H. Lemkin | Counsel for Conewago Enterprises, Inc., High Concrete Group, LLC and Fabcon Precast | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Tarter Krinsky & Drogin LLP<br>Attn: Rocco A. Cavaliere and<br>Scott S. Markowitz | Counsel for Titan Industrial Services Corp | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Rivkin Radler LLP<br>Attn: Yale A. Leber | Counsel for RH 537 Building Owner LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Norgaard O'Boyle<br>Attn: Brian G. Hannon and John O'Boyle | Counsel for Imperial Floors, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Florio Perrucci Steinhardt & Cappelli LLC<br>Attn: Brian R Tipton | Counsel for State Line Construction Company, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Lawrence B. Diener | Counsel for Advanced Scaffold Services LLC and Advanced Scaffold Services Mid-Atlantic LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Post & Schell, P.C.<br>Attn: Brian W. Bisignani | Counsel for High Concrete Group, LLC, Conewago Enterprises, Inc., and Fabcon Precast | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Rea & Associates, LLC<br>Attn: Jeffrey J. Rea | Counsel for City Contracting, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Trif Law LLC<br>Attn: Greg Trif | Counsel for KR Masonry LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Weltman & Moskowitz LLP<br>Attn: Richard E. Weltman and Michele K. Jaspan | Counsel for Reliance Mechanical, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Cole Schotz P.C.<br>Attn: Jacob S. Frumkin | Counsel for Grand Maujer Development, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| The Kelly Firm, P.C.<br>Attn: Andrew J. Kelly | Counsel for Schnell Contracting Systems, LLC | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Email (as authorized by the Court or by rule) |
| Law Offices of Karen M. Murray LLC<br>Attn: Karen M. Murray | Counsel for P. Tamburri Steel, LLC and P3 Metals, LLC | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Email (as authorized by the Court or by rule) |
| Connell Foley LLP<br>Attn: Philip W. Allogramento III and Mitchell W. Taraschi | Counsel for Environmental Devices, Inc. | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Email (as authorized by the Court or by rule) |
| SM Law PC<br>Steven Mitnick and Marc D. Miceli | Counsel for R. Cipollini, Inc. t/a Cipollini Roofing | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Email (as authorized by the Court or by rule) |
| Buchalter, A Professional Corporation<br>Attn: Shawn M. Christianson | Counsel for Oracle America, Inc. | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Email (as authorized by the Court or by rule) |
| Goetz Fitzpatrick LLP<br>Attn: Gary M. Kushner | Counsel for Infinity Painting Co., Inc. | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Email (as authorized by the Court or by rule) |
| Kaplin Stewart Meloff Reiter & Stein, P.C.<br>Attn: Andrew B. Cohn | Counsel for Jonasz Precast, Inc. | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Email (as authorized by the Court or by rule) |
| Norris McLaughlin, P.A.<br>Attn: Melissa A. Pena | Counsel for Target Fire Protection | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Gorski & Knowlton P.C.<br>Attn: Carol L. Knowlton | Counsel for KSS Architects | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Robert Saul Molnar | Counsel for Starlite Electric LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Reddin Masri, LLC<br>Attn: Hisham I. Masri | Counsel for Columbian Iron Works, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Norris McLaughlin, P.A.<br>Attn: Morris S. Bauer | Counsel for Ware Malcomb | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Bohler Engineering NY, PLLC<br>Attn: Anna F. Patras | Bohler Engineering NY, PLLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Mellinger, Sanders & Kartzman, LLC<br>Attn: Joseph R Zapata, Jr. | Counsel for STMR, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Durkin & Durkin, LLC<br>Attn: M. Murphy Durkin | Counsel for Dehn Bros. Fire Protection, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Drinker Biddle & Reath LLP<br>Attn: Frank F. Velocci | Counsel for NSA 18th Avenue, LLC | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Eric J. Hughes | Counsel for Liberty Mutual Insurance Company | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Schiller & Pittenger, P.C.<br>Attn: K. Joseph Vyzas<br>joe@carlawyernj.com | Counsel for Rexel, Inc. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| M. Ross & Associates, LLC<br>Attn: Michele L. Ross | Counsel for Control Services, LL | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| Law Office of Charles A. Gruen<br>Attn: Charles A. Gruen | Counsel for Michaels Electrical Supply Corp. | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Email (as authorized by the Court or by rule) |
| New Jersey Attorney General's Office<br>Attn: Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08625-0112 | Attorney General of the State of New Jersey | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Overnight Courier (as authorized by the Court or by rule) |
| Commonwealth of Pennsylvania Office of Attorney General<br>Attn: Bankruptcy Department<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 | Commonwealth of Pennsylvania Office of Attorney General | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Overnight Courier (as authorized by the Court or by rule) |
| Internal Revenue Service<br>Attn: Bankruptcy Department<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | The Internal Revenue Service | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Overnight Courier (as authorized by the Court or by rule) |
| The New Jersey Division of Taxation Compliance and Enforcement - Bankruptcy Unit<br>Attn: Bankruptcy Department<br>50 Barrack Street, 9th Floor<br>Trenton, NJ 08695 | The New Jersey Division of Taxation Compliance and Enforcement | ☐ Hand Delivery<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other – Overnight Courier (as authorized by the Court or by rule) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| State of New York Office of the Attorney General<br>Attn: Bankruptcy Department<br>The Capitol<br>Albany, NY 12224-0341 | Attorney General of the State of New York | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Overnight Courier (as authorized by the Court or by rule) |
| Pennsylvania Department of Revenue<br>Attn: Bankruptcy Division<br>P.O. Box 2809467<br>Harrisburg, PA 17127-0946 | Pennsylvania Department of Revenue | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Overnight Courier (as authorized by the Court or by rule) |
| New York State Department of Taxation and Finance<br>Attn: Office of Counsel<br>Building 9, W A Harriman Campus<br>Albany, NY 12224-0341 | New York State Department of Taxation and Finance | ☐  Hand Delivery<br>☐  Regular Mail<br>☐  Certified mail/RR<br>☒  Other – Overnight Courier (as authorized by the Court or by rule) |

**Attachment 1 - Email Service List**

aadler@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
jkimble@lowenstein.com
krosen@lowenstein.com
mseymour@lowenstein.com
abarkin@sbmesq.com
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com
ashahinian@csglaw.com
rnies@csglaw.com
ashahinian@csglaw.com
rnies@csglaw.com
bcraig@moritthock.com
brodya@gtlaw.com
csantomassimo@ndslaw.com
dbruck@greenbaumlaw.com
dcohen@tessercohen.com
ltesser@tessercohen.com
Donna.Thompson@DLThompsonlaw.com
dstein@wilentz.com
mfriedman@wilentz.com
DStolz@wjslaw.com
Eamonn.OHagan@usdoj.gov
gtrif@triflaw.com
hcsteam@primeclerk.com
ServiceQA@primeclerk.com
jaffeh@pepperlaw.com
listwakk@pepperlaw.com
jdoran@hinckleyallen.com
jjholman@duanemorris.com
jlubetkin@rltlawfirm.com
jonaitiss@pepperlaw.com
englishr@pepperlaw.com
jschwartz@riker.com
tschellhorn@riker.com
karen.marques@bridgebuildersnewark.com
lauren.bielskie@usdoj.gov
llmlaw@outlook.com
martin@skolnicklegalgroup.com
mary.dowd@arentfox.com
mkahme@hillwallack.com
mshavel@hillwallack.com
mschaffer@shainlaw.com
ra-li-ucts-bankrupt@state.pa.us
robert.hirsh@arentfox.com
mark.bloom@arentfox.com

sdarling@walsh.law
sfalanga@walsh.law
slross@duanemorris.com
SPtasiewicz@krollfirm.com
ssmith@herrick.com
wwright@capehart.com
dsklar@scuramealey.com
crc@njlawfirm.com
jwh@njlawfirm.com
arm@njlawfirm.com
ap@njlawfirm.com
ben@stanzialelaw.com
pbroege@bnfsbankruptcy.com
csoranno@bracheichler.com
gcornehls@wbny.com
mjstafford@nordlaw.legal
larry@rpllplaw.com
sdarling@walsh.law
sfalanga@walsh.law
arainone@bracheichler.com
mhennessy@westermanllp.com
jwesterman@westermanllp.com
daniel.simon@us.dlapiper.com
stuart.brown@us.dlapiper.com
sdellafera@msbnj.com
jraymond@msbnj.com
asodono@msbnj.com
rogove@blankrome.com
mintz@blankrome.com
gary.kaplan@friedfrank.com
carl.stapen@friedfrank.com
mherz@foxrothschild.com
pallogramento@connellfoley.com
mtaraschi@connellfoley.com
msirota@coleschotz.com
fyudkin@coleschotz.com
jmanfrey@foxrothschild.com
bberman@foxrothschild.com
ivolkov@mcgrailbensinger.com
pshah@mcgrailbensinger.com
jzielinski@oslaw.com
rforrest@oslaw.com
ecampbell@campbellroccolaw.com
jreiser@dezaolaw.com
gerald@dezaolaw.com
jlemkin@stark-stark.com
rcavaliere@tarterkrinsky.com
smarkowitz@tarterkrinsky.com
yale.leber@rivkin.com

bhannon@norgaardfirm.com
joboyle@norgaardfirm.com
btipton@floriolaw.com
lbdiener@optimum.net
adobin@msbnj.com
bbisignani@postschell.com
jeffrea@aol.com
rew@weltmosk.com
mkj@weltmosk.com
jfrumkin@coleschotz.com
akelly@kbtlaw.com
kmurray@murraynjlaw.com
pallogramento@connellfoley.com
mtaraschi@connellfoley.com
smitnick@sm-lawpc.com
mmiceli@sm-lawpc.com
schristianson@buchalter.com
gkushner@goetzfitz.com
acohn@kaplaw.com
mapena@norris-law.com
cknowlton@gorskiknowlton.com
molnarrs@aol.com
hmasri@reddinmasrilaw.com
msbauer@norris-law.com
apatras@bohlereng.com
jzapata@msklaw.net
maresta@durkinlawfirm.com
frank.velocci@dbr.com
ehughes@mdmc-law.com
joe@carlawyernj.com
sterry@mrossllc.com
mross@mrossllc.com
cgruen@gruenlaw.com

47979774v2