UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
| | ) |
| Debtor. | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Arnold A. Jaglal, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On November 27, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of First and Final Fee Application of the Parkland Group, Inc. as Financial Advisor to the Debtor for the Period September 11, 2019 through October 24, 2019 [Docket No. 506]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: December 3, 2019

Arnold A. Jaglal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 3, 2019, by Arnold A. Jaglal, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2022

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

SRF 37869

## **Exhibit A**

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 8322053 | ANTERRA TECHNOLOGY LLC | 210 S STAGECOACH TRL # 1708 | SUITE 204 | SAN MARCOS | TX | 78666-5152 |
| 8630649 | E. AMBOY SPRINKLER SYSTEMS | 149 S GREEN ST | | NAZARETH | PA | 18064-2012 |
| 8630650 | EARTH STRUCTURES INC. | 350 SHARROTTS RD | | STATEN ISLAND | NY | 10309-1990 |
| 8321717 | FMI CORPORATION | 223 S WEST ST | STE 1200 | RALEIGH | NC | 27603-4094 |
| 8321605 | INDEPENDENT LSRP, LLC. | PO BOX 260 | | NEWFOUNDLAND | NJ | 07435-0260 |
| 8321250 | RCC ERECTORS | 32 CONCERTO CT | | EASTPORT | NY | 11941-1628 |
| 8274911 | ROBINSON & YABLON, P.C. | LAWRENCE T. YABLON, ESQ. | 232 MADISON AVENUE, RM 909 | NEW YORK | NY | 10016-2938 |
| 8275096 | SAFE TECH USA, LTD. | 91 COMMERCIAL ST STE 1 | | PLAINVIEW | NY | 11803 |

In re:  Hollister Construction Services, LLC
Case No. 19-27439 (MBK)

Page 1 of 1