| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 | |
| **LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and Debtors-in-Possession* | |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>              Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |
| NEWARK WAREHOUSE URBAN RENEWAL, LLC, *et al.*,<br><br>              Plaintiffs,<br>v.<br>HOLLISTER CONSTRUCTION SERVICES, LLC, *et al.*,<br><br>              Defendants. | Adv. Pro. No. 19-02222 (MBK)<br><br>Hearing Date: <u>12/12/19 at 10:00 a.m.</u><br><br>Judge: <u>Kaplan</u> |

## ADJOURNMENT REQUEST

1.    I, <u>Joseph J. DiPasquale</u>, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "<u>Debtor</u>"), hereby request an adjournment of the following hearing for the reason set forth below.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
12/04/2019 205513727.1

**Adversary Proceeding Case No. 19-02222:**

Matter: *Motion to Remand State Court Action to the Superior Court of New Jersey, Or, In the Alternative, Abstaining from Exercising Jurisdiction Over the State Court Action* (the "Motion") [Docket No. 5].

**Main Case No. 19-27439:**

Matter: *Motion to Remand State Court Action to the Superior Court of New Jersey, Or, In the Alternative, Abstaining from Exercising Jurisdiction Over the State Court Action* (the "Motion") [Docket No. 473].

| | |
|---|---|
| Current Hearing Date: | December 12, 2019 at 10:00 a.m. (ET). |
| Objection deadline: | December 5, 2019 |
| New Hearing Date Requested: | January 23, 2020 at 10:00 a.m./Objection Deadline: January 16, 2020 at 4:00 p.m. |
| Reason for adjournment request: | The parties are working to reach a resolution of the Motion without incurring the expense of litigation. |

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: 12/4/2019                           /s/ *Joseph J. DiPasquale*
                                           Signature

**COURT USE ONLY:**

___

The request for adjournment is:

☒ Granted          New hearing date: January 23, 2020 @ 10:00 a.m.    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

    **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

-2-