UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Kenneth A. Rosen, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Telephone: 973-597-2500
Facsimile: 973-597-2400
E-Mail: krosen@lowenstein.com
Counsel for Debtor and Debtor-In-Possession

In Re:
Hollister Construction Services, LLC,
    Debtor.

Case No.: 19-27439 (MBK)
Chapter: 11
Judge: Michael B. Kaplan

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Hackensack Investors, LLC
(Example: John Smith, creditor)

Old address: 20 Shores Road
Randolph, NJ 07869

New address: 123 Prospect Street
Ridgewood, NJ 07451

New phone no.: (201) 251-9700
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 12/5/19

/s/ Kenneth A. Rosen
Signature

*rev.2/1/16*