**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Honorable Michael B. Kaplan |

**CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF McMANIMON, SCOTLAND & BAUMANN, LLC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC, FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

**DOCUMENT NO. 562**

The court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the Monthly Fee Statement filed on November 21, 2019 were to be filed and served not later than December 5, 2019. I, Sam Della Fera, Jr., certify that, as of December 6, 2019, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this certification.

                                                  **McMANIMON, SCOTLAND & BAUMANN, LLC**
                                                  *Attorneys for Official Committee of Unsecured*
                                                  *Creditors of Hollister Construction Services, LLC*

                                        By:        */s/ Sam Della Fera, Jr.*
                                                          Sam Della Fera, Jr.

Dated: December 6, 2019