## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Objection Deadline:<br>December 30, 2019 at 4:00 pm (ET) |

## MONTHLY STAFFING AND COMPENSATION REPORT
## OF 10X CEO COACHING, LLC FOR THE PERIOD
## <u>OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019</u>

In accordance with the *Interim Order Authorizing Debtors to (i) Employ and Retain 10X CEO Coaching, LLC and (ii) Designate Paul Belair as Chief Restructuring Officer for the Debtor Effective as of the Petition Date* entered on October 21, 2019 [Docket No. 350], 10X CEO Coaching, LLC ("<u>10X</u>") hereby submits its Monthly Staffing and Compensation Report  (the "<u>Staffing Report</u>") for the period of October 1, 2019 through October 31, 2019 (the "<u>Compensation Period</u>").

During the Compensation Period, 10X incurred $96,250.00 in fees and $7,563.70 in expenses for a total amount of $103,813.70, as reflected in the attached exhibits.

Dated:  December 9, 2019

10X CEO Coaching, LLC
P.O. Box 5117
Youngstown, Ohio 44515

By: */s/ Paul Belair*
        Paul Belair, Chief Executive Officer

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

# <u>EXHIBITS</u>

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of

10X CEO Coaching, LLC for the Period of October 1, 2019 through October 31, 2019

**Exhibit A - Summary of Compensation and Expenses**

**Exhibit B - Summary of Fees and Hours by Professional and
       Description of Responsibilities of Professional**

**Exhibit C - Summary of Expenses**

## EXHIBIT "A"

**Hollister Construction Services, LLC**
**Summary of Compensation and Expenses**
**October 1, 2019 through October 31, 2019**

| | |
|---|---|
| **Professional Fees:** | **$ 96,250.00** |
| **(All professional services were rendered by** | |
| **Paul Belair)** | |
| **Expenses:** | **$   7,563.70** |
| **Total Invoice:** | **$103,813.70** |

## EXHIBIT "B"

**Hollister Construction Services, LLC**
**Summary of Fees and Hours by Professional and**
**Description of Responsibilities of Professional**
**October 1, 2019 through October 31, 2019**



P.O. Box 5117
Youngstown, OH 44515

### Paul J. Belair's Time For Oct 1 - Oct 31

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| 10/1/19 | Read & Respond to Emails Re: Case from Gina Karnick & Review Open Lien Report | 0.2 | $110.00 | | |
| | Review Balance Sheet w/Chris Johnson | 0.1 | $55.00 | | |
| | Call w/Michael Jacoby Re: Case | 0.1 | $55.00 | | |
| | Review Settlement for Veterans Road | 0.8 | $440.00 | | |
| | A/R Collateral Review w/Hollister Team | 1.1 | $605.00 | | |
| | Call w/Michael Jacoby Re: Veterans Settlement Agreement | 0.2 | $110.00 | | |
| | Work on Veterans Settlement Agreement | 1.2 | $660.00 | | |
| | Call w/Michael Spinelli, Chris Johnson & Brendan Murray Re: Bonded Jobs | 0.4 | $220.00 | | |
| | Call w/Ken Rosen Re: Case | 0.3 | $165.00 | | |
| | Work w/Brendan Murray Re: Veterans Settlement Agreement | 0.5 | $275.00 | | |
| | Zoom Call w/Lowenstein Re: Settlement Agreements | 1.0 | $550.00 | | |
| | Conference w/Hollister Team Over Jobs Continuing | 0.9 | $495.00 | | |
| | Update Zoom Call w/Chris Johnson & Entire Hollister Team | 0.4 | $220.00 | | |
| | | **7.2** | **$3,960.00** | **0.0** | **$0.00** |
| 10/2/19 | Review Veterans Agreement w/Sam Perrotta | 0.5 | $275.00 | | |
| | Finalize Veterans w/Brendan Murray & Sam Perrotta | 0.8 | $440.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Call w/Michael Jacoby Re: Settlement Agreement's | 0.3 | $165.00 | | |
| | Review Settlement Agreement's w/Michael Ochs | 0.3 | $165.00 | | |
| | Review A/R Collections w/Jay McDermott | 0.4 | $220.00 | | |
| | Review Official Form 206SUM & 207 | 0.7 | $385.00 | | |
| | Review 9/11 WIP | 0.9 | $495.00 | | |
| | Continue Review of WIP | 0.5 | $275.00 | | |
| | Update PNC & Lowenstein Re: Status of Settlement Agreements & 13 Week Cash Collateral | 0.7 | $385.00 | | |
| | Conference call w/PNC & Lowenstein Re: Settlement Agreement Prototype | 0.6 | $330.00 | | |
| | Review Cash Collateral w/Sean Camo | 0.4 | $220.00 | | |
| | Call w/Michael Jacoby Re: Cash Flow by Job | 0.2 | $110.00 | | |
| | Review Waypoint & Veterans Agreements | 1.3 | $715.00 | | |
| | | 7.6 | $4,180.00 | 0.0 | $0.00 |
| 10/3/19 | Read & Respond to Emails Re: Case | 0.1 | $55.00 | | |
| | Prep for Conference Call w/Michael Jacoby | 0.2 | $110.00 | | |
| | Conference Call w/Michael Jacoby, Brendan Murray & Sam Perrotta Re: Go Forward Jobs & Settlement Agreement | 0.8 | $440.00 | | |
| | Zoom Meeting w/Hollister Delivery Team to Discuss Execution of Settlement Agreements | 0.5 | $275.00 | | |
| | Review Preference List | 0.5 | $275.00 | | |
| | Read & Respond to Numerous Emails Re: Case | 0.2 | $110.00 | | |
| | Review Preference List | 0.1 | $55.00 | | |
| | Call w/Lowenstein Re: Settlement Agreement Process | 0.3 | $165.00 | | |
| | Explain to Team Strategy to Complete Settlement Agreements | 0.2 | $110.00 | | |
| | Zoom w/Hollister Team to Review the Settlement Agreement w/HUB | 0.5 | $275.00 | | |
| | Call w/Michael Jacoby Re: HUB Cash Flow Model | 0.3 | $165.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Respond to Lowenstein Emails Re: Case | 0.3 | $165.00 | | |
| | Review Cash Flow Model of NSA Settlement | 0.4 | $220.00 | | |
| | Travel Back Home | | | 4.0 | $1,100.00 |
| | | **4.4** | **$2,420.00** | **4.0** | **$1,100.00** |
| | | | | | |
| 10/4/19 | Review & Respond to Several Emails | 0.3 | $165.00 | | |
| | Review Cash Flow Analysis for Go Forward Jobs & Discussions w/Michael Jacoby | 0.3 | $165.00 | | |
| | Zoom A/R Collections Meeting w/Hollister Team | 0.4 | $220.00 | | |
| | Work on Prepetition Analysis | 1.0 | $550.00 | | |
| | Review A/R Collections w/Jay McDermott & Sean Camo | 0.5 | $275.00 | | |
| | Review Riverwalk Settlement Agreement | 0.2 | $110.00 | | |
| | Zoom w/Michael Jacoby to Go Over Cash Flow by Jobs | 0.6 | $330.00 | | |
| | Finish Review of Riverwalk Settlement | 0.3 | $165.00 | | |
| | Internal Update Call w/Hollister Re: Status of Case | 0.4 | $220.00 | | |
| | Lowenstein & Hollister Status Call | 0.5 | $275.00 | | |
| | Call w/Michael Jacoby Re: A/R Collections | 0.2 | $110.00 | | |
| | Status Call w/Hollister Team | 0.8 | $440.00 | | |
| | | **5.5** | **$3,025.00** | **0.0** | **$0.00** |
| | | | | | |
| 10/5/19 | Hollister Call Re: Status & A/R Collections w/Hollister Team | 0.3 | $165.00 | | |
| | Review A/R Collectability | 0.7 | $385.00 | | |
| | Call w/Ken Rosen Re: Case | 0.6 | $330.00 | | |
| | Call w/Chris Johnson to Discuss Case | 0.1 | $55.00 | | |
| | Call w/Larry Goddard  Re Recapturing Retention | 0.1 | $55.00 | | |
| | | **1.8** | **$990.00** | **0.0** | **$0.00** |
| | | | | | |
| 10/6/19 | Work on Staffing Reduction Analysis | 0.8 | $440.00 | | |
| | Analyze Accounts Receivable Collection Potential & Compare Preference Analysis for Return Expectations | 1.2 | $660.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Review Critical Dates of the Case | 0.3 | $165.00 | | |
| | Prepetition Preference Analysis on Go Forward Jobs | 0.6 | $330.00 | | |
| | Call w/Chris Johnson to Review Case | 1.0 | $550.00 | | |
| | Preference Analysis Explanation Prep Email to Hollister Team | 0.6 | $330.00 | | |
| | | **4.5** | **$2,475.00** | **0.0** | **$0.00** |
| 10/7/19 | Travel to New Jersey | | | 3.0 | $825.00 |
| | Review A/R Collections | 0.3 | $165.00 | | |
| | Hollister Case Update Meeting w/Chris Johnson, Brendan Murray & Team | 0.3 | $165.00 | | |
| | Work on Process for Filing Preferences on certain Sub Contractor's | 0.7 | $385.00 | | |
| | Review Schedules for B/R w/Sam Camo | 0.4 | $220.00 | | |
| | Review RIFS w/Sean Camo & Projected Staffing | 0.5 | $275.00 | | |
| | Call w/Ken Rosen Re: Case | 0.1 | $55.00 | | |
| | Finish RIF Plans w/Sean Camo | 0.4 | $220.00 | | |
| | Call w/Michael Jacoby Re: Case | 0.2 | $110.00 | | |
| | Review Filed Liens on Go Forward Jobs to Access Potential Issues | 0.8 | $440.00 | | |
| | Review Docket for Hearing on 10/8/19 & Review Agenda Items | 0.6 | $330.00 | | |
| | Work on FDU Request for Ken Rosen | 0.7 | $385.00 | | |
| | Prepare Expected Cash Schedule for Ken Rosen | 0.4 | $220.00 | | |
| | Zoom Call w/Hollister Re: Status of Case | 0.3 | $165.00 | | |
| | Review Update A/R from Jay McDermott for Collectability | 0.5 | $275.00 | | |
| | Call w/Ken Rosen & Hollister Team to Discuss Status | 0.5 | $275.00 | | |
| | Follow-up w/Sean Camo & Sam Perrotta Re: Next Round of Jobs to Cash Flow | 0.3 | $165.00 | | |
| | Call w/Michael Jacoby & Brendan Murray Re: Case | 0.3 | $165.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Discuss Mercedes w/Sean Camo | 0.2 | $110.00 | | |
| | Meeting w/Mark Woodbury Re: Status of Open Bonding Requests | 0.2 | $110.00 | | |
| | Respond to Numerous Emails Re: Case | 0.2 | $110.00 | | |
| | | **7.9** | **$4,345.00** | **3.0** | **$825.00** |
| | | | | | |
| 10/8/19 | Zoom w/Hollister Team Reviewing Status of Signed Settlement Agreement's & Game Plan | 0.8 | $440.00 | | |
| | Review 40 Beechwood Proposed Deal | 0.3 | $165.00 | | |
| | Zoom w/Sean Camo & Sam Perrotta to Review To Do's | 0.4 | $220.00 | | |
| | FLACs Conference Call w/Hollister Team | 0.2 | $110.00 | | |
| | Call w/Sean Camo & Sam Perrotta on To Do's | 0.3 | $165.00 | | |
| | Call w/Chris Johnson to Discuss Status of Case | 0.1 | $55.00 | | |
| | Meeting w/Lowenstein Attorneys Re: Case | 0.8 | $440.00 | | |
| | Attend Trenton Court Hearing | 2.7 | $1,485.00 | | |
| | Read & Respond to Several Emails Re: Case | 0.2 | $110.00 | | |
| | Zoom w/Chris Johnson, Brendan Murray, Sam Perrotta Re: Remsen | 0.3 | $165.00 | | |
| | Zoom Re: Staffing w/Chris Johnson, Matt Higgins, Brendan Murray & Sean Camo | 0.4 | $220.00 | | |
| | Zoom w/Chris Johnson, Brendan Murray, Jay McDermott to Discuss Status of Settlement Agreement's | 0.2 | $110.00 | | |
| | Travel Back Home | | $0.00 | 3.0 | $825.00 |
| | | **6.7** | **$3,685.00** | **3.0** | **$825.00** |
| | | | | | |
| 10/9/19 | Zoom w/Hollister Team Re: Settlement Agreement Status | 0.8 | $440.00 | | |
| | Zoom w/Hollister Team Re: A/R Aging Detail Review | 0.6 | $330.00 | | |
| | Review A/R Collection Status & Strategy | 0.7 | $385.00 | | |
| | Review Hearing Summary from 10/8/19 | 0.2 | $110.00 | | |
| | Discussion w/Sean Camo Re: Bonded Payroll, Cash Forecast & B/R Reporting | 0.1 | $55.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Calls w/Dana Garfinkel & Sam Perrotta Re: Preferences | 0.1 | $55.00 | | |
| | Call w/Chris Johnson Re: Case | 0.2 | $110.00 | | |
| | Call w/Jay McDermott Re: A/R Tracking Format | 0.1 | $55.00 | | |
| | Read Veterans Road Revised Settlement Agreement | 0.2 | $110.00 | | |
| | Review Emails from Sam Perrotta Re: Cash Flows on Jobs | 0.2 | $110.00 | | |
| | Zoom w/Hollister Team Re: Status of Settlement Agreement's | 0.6 | $330.00 | | |
| | Review Schedules for B/R Reporting | 0.6 | $330.00 | | |
| | | **4.4** | **$2,420.00** | **0.0** | **$0.00** |
| | | | | | |
| 10/10/19 | Zoom Meeting w/Hollister Team Re: Status of Settlement Agreement's | 0.7 | $385.00 | | |
| | Respond to Numerous Emails Re: Case | 0.4 | $220.00 | | |
| | Review Each Settlement Agreement Worksheet Before Sending to Michael Jacoby | 1.0 | $550.00 | | |
| | Call w/Michael Jacoby Re: Case | 0.2 | $110.00 | | |
| | Review Overhead Reduction Plan | 0.3 | $165.00 | | |
| | Zoom w/Chris Johnson, Brendan Murray Re: Bonding Company Payroll | 0.5 | $275.00 | | |
| | Continue to Review Each Settlement Agreement Worksheet Before Sending to Michael Jacoby | 0.8 | $440.00 | | |
| | Call w/Members of Hollister Re: Case | 0.5 | $275.00 | | |
| | Continue to Review Each Settlement Agreement Worksheet Before Sending to Michael Jacoby | 1.3 | $715.00 | | |
| | Read & Respond to Numerous Emails | 0.4 | $220.00 | | |
| | | **6.1** | **$3,355.00** | **0.0** | **$0.00** |
| | | | | | |
| 10/11/19 | Call w/Chris Johnson Re: Case | 0.1 | $55.00 | | |
| | Call w/ Sam Perrotta Re: Case Flow | 0.1 | $55.00 | | |
| | Call w/Sean Camo Re: Bankruptcy Reporting | 0.1 | $55.00 | | |
| | Zoom w/Brendan Murray & Michael Ochs Re: Ricoh & Mercedes | 0.4 | $220.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Read & Respond to Numerous Emails Re: Case | 0.3 | $165.00 | | |
| | Read Draft of Ironside Complaint | 0.6 | $330.00 | | |
| | Call w/Lowenstein Re: Case | 0.6 | $330.00 | | |
| | Call w/Michael Ochs Re: Case | 0.1 | $55.00 | | |
| | Call w/Ken Rosen Re: Case | 0.2 | $110.00 | | |
| | Respond to Numerous Emails Re: Case | 0.2 | $110.00 | | |
| | Call w/Chris Johnson Re: Case | 0.2 | $110.00 | | |
| | Call w/Mark Woodbury Re: Case | 0.2 | $110.00 | | |
| | Review Cash Flow Projections from Sam Perrotta on 14 Go Forward Jobs | 0.8 | $440.00 | | |
| | Review Riverwalk Settlement Agreement | 0.1 | $55.00 | | |
| | | **4.0** | **$2,200.00** | **0.0** | **$0.00** |
| | | | | | |
| 10/13/19 | Plan Out Week & Organize To Do's for Each Hollister Key Player | 0.7 | $385.00 | | |
| | Call w/Chris Johnson Re: Case | 0.1 | $55.00 | | |
| | Review Comments to the Settlement Agreement from HUB's Counsel | 0.8 | $440.00 | | |
| | | **1.6** | **$880.00** | **0.0** | **$0.00** |
| | | | | | |
| 10/14/19 | Travel to New Jersey | | $0.00 | 4.0 | $1,100.00 |
| | Call w/Sean Camo to Discuss 13 Week Cash Flow | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta to Discuss Michael Jacoby Questions | 0.1 | $55.00 | | |
| | Update Meeting w/Michael Ochs Re: Case | 0.7 | $385.00 | | |
| | Read & Respond to Numerous Emails Related to Case | 0.3 | $165.00 | | |
| | Meeting w/Kieran Flanagan Re: Phase II Job Status | 0.5 | $275.00 | | |
| | Attend A/R Zoom Meeting w/Hollister Team | 1.0 | $550.00 | | |
| | Review Preference Payments w/Sean Camo & Jeff Litz | 0.7 | $385.00 | | |
| | Call w/Ken Rosen Re: Case | 0.1 | $55.00 | | |
| | Review Outstanding Non-Go Forward Settlements in Preparation for 5:00 pm Zoom | 0.4 | $220.00 | | |
| | Review Comments to the Settlement Agreement from Subs of HUB Job | 0.4 | $220.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Review Preference for a Material Claim on a Certain Sub | 0.7 | $385.00 | | |
| | Call w/Ken Rosen Re: Case | 0.3 | $165.00 | | |
| | Meeting w/Chris Johnson Re: Status of Settlement Agreement's | 0.3 | $165.00 | | |
| | Review Related Party Transitions | 0.2 | $110.00 | | |
| | Update on Settlement Agreement's w/Hollister Team | 0.6 | $330.00 | | |
| | Non-Go Forward Settlement Status Review w/Hollister Team | 0.5 | $275.00 | | |
| | Call w/Bonding Co Attorney Re: Bonded Payroll Commitment | 0.1 | $55.00 | | |
| | Review 13 Week Cash Forecast w/Sean Camo | 0.5 | $275.00 | | |
| | Zoom Call w/Mary Seymour Re: Case | 0.5 | $275.00 | | |
| | Develop Critical Path List for Leadership Team at Hollister | 0.6 | $330.00 | | |
| | | 8.6 | $4,730.00 | 4.0 | $1,100.00 |
| | | | | | |
| 10/15/19 | A/R Zoom Meeting w/Hollister Team & Update Critical Path List Re: Same | 1.8 | $990.00 | | |
| | Work w/Sean Camo on 13 Week Cash Flow | 0.8 | $440.00 | | |
| | Read & Respond to Numerous Emails Related to the Case | 0.3 | $165.00 | | |
| | Review 13 Week Cash Flow Forecast | 0.3 | $165.00 | | |
| | Call w/Jennifer Kimble Re: 13 Week Cash Flow Forecast | 0.1 | $55.00 | | |
| | Work on Ricoh Settlement, Call w/Mary Seymour Re: Same | 0.8 | $440.00 | | |
| | Zoom Call to Finalize Ricoh Agreement | 0.1 | $55.00 | | |
| | Meeting w/Mark Woodbury to Discuss Bonded Jobs | 0.3 | $165.00 | | |
| | Call w/Michael Jacoby to Discuss Case | 0.3 | $165.00 | | |
| | Work on Bankruptcy Reporting Due Thursday | 0.8 | $440.00 | | |
| | Call w/Joseph DiPasquale Re: Bankruptcy Reporting Requirements | 0.2 | $110.00 | | |
| | Review FDU Settlement Agreement | 0.2 | $110.00 | | |
| | Joseph DiPasquale Call Re: Bank Reporting | 0.1 | $55.00 | | |
| | Call w/Chris Johnson Re: Update on Case | 0.1 | $55.00 | | |
| | Work on 13 Week Cash Flow | 0.3 | $165.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Zoom Meeting w/Hollister Team Re: Settlement Agreement's Status & 13 Week Cash Flow | 2.3 | $1,265.00 | | |
| | Call w/Jennifer Kimble Re: Cash Forecast & Work on it w/Sean Camo | 0.4 | $220.00 | | |
| | Read & Respond to Numerous Emails Related to the Case | 0.2 | $110.00 | | |
| | Meeting w/Chris Johnson Re: Case | 0.3 | $165.00 | | |
| | Work on Preference Estimate for the Cash Flow | 0.5 | $275.00 | | |
| | Call w/Michael Ochs & Sam Perrotta Re: Veterans | 0.4 | $220.00 | | |
| | | **10.6** | **$5,830.00** | **0.0** | **$0.0** |
| | | | | | |
| 10/16/19 | Work on Explanation of Ricoh Questions from Michael Jacoby & Call w/Sam Perrotta Re: Same | 0.6 | $330.00 | | |
| | Work on Veterans Agreement & Preparation for Call w/Owner Re: Same | 0.7 | $385.00 | | |
| | Zoom Meeting w/Team to Discuss Status of Settlement Agreement's | 1.1 | $605.00 | | |
| | Call w/Michael Jacoby to Discuss Case | 0.1 | $55.00 | | |
| | Call w/Dominick Aquilina Re: Veterans | 0.2 | $110.00 | | |
| | Call w/Michael Ochs & Dominick Aquilina Re: Veterans & Remsen | 0.3 | $165.00 | | |
| | Work on Bankruptcy Reporting Due Tomorrow | 1.2 | $660.00 | | |
| | Work on Preference Analysis | 1.7 | $935.00 | | |
| | Work on Bankruptcy Reporting | 0.4 | $220.00 | | |
| | Work on 13 Week Cash Forecast | 0.7 | $385.00 | | |
| | Zoom Meeting Re: Status of Settlement Agreement's w/Hollister Team | 1.6 | $880.00 | | |
| | Meeting w/Michael Ochs Re: Case | 0.2 | $110.00 | | |
| | Call w/Ken Rosen Re: Case | 0.5 | $275.00 | | |
| | Work on 2 Week Cash Flow Forecast | 0.4 | $220.00 | | |
| | Review Bankruptcy Reporting Schedules | 1.2 | $660.00 | | |
| | Work on Bankruptcy Schedules | 1.7 | $935.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | | 12.6 | $6,930.00 | 0.0 | $0.0 |
| | | | | | |
| 10/17/19 | Work on Bankruptcy Reporting | 0.6 | $330.00 | | |
| | Call w/Michael Ochs Re: Case | 0.2 | $110.00 | | |
| | Zoom Call w/Hollister Team to Discuss Status of Settlement Agreement's | 0.5 | $275.00 | | |
| | Call w/Mark Jacoby Re: Case | 0.2 | $110.00 | | |
| | Hearing in Trenton & Meeting w/Mary Seymour After | 1.5 | $825.00 | | |
| | Read & Respond to Numerous Emails Re: Case | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta Re: Creditors Committee Document Review | 0.1 | $55.00 | | |
| | Call w/Joseph DiPasquale Re: Case | 0.1 | $55.00 | | |
| | Call w/Michael Ochs Re: Case | 0.2 | $110.00 | | |
| | Call w/Michael Ochs Re: Case | 0.1 | $55.00 | | |
| | Call w/Dominick Aquilina Re: Remsen Settlement Agreement | 0.1 | $55.00 | | |
| | Travel Back Home | | $0.00 | 4.0 | $1,100.00 |
| | Call w/Lowenstein Re: Bankruptcy Schedules | 1.5 | $825.00 | | |
| | | 5.2 | $2,860.00 | 4.0 | $1,100.00 |
| | | | | | |
| 10/18/19 | Call w/Sean Camo Re: Cash Forecast | 0.5 | $275.00 | | |
| | Call w/Lowenstein Re: Case | 1.0 | $550.00 | | |
| | Zoom Call w/Hollister Re: Status of Settlement Agreement's | 0.6 | $330.00 | | |
| | | 2.1 | $1,155.00 | 0.0 | $0.0 |
| | | | | | |
| 10/21/19 | Travel to New Jersey | | $0.00 | 4.0 | $1,100.00 |
| | Zoom Call w/Hollister Team Re: Status of Settlement Agreement's | 0.4 | $220.00 | | |
| | Call w/Michael Jacoby Re: Status of Case | 0.5 | $275.00 | | |
| | Review Monthly Reporting Package w/Sean Camo | 0.4 | $220.00 | | |
| | Call w/Lowenstein & Arch Re: Bonded Jobs | 0.7 | $385.00 | | |
| | Meeting w/Michael Ochs & Chris Johnson Re: Case | 0.3 | $165.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Meeting w/Michael Ochs To Go Over To Do's on Each Claim | 0.8 | $440.00 | | |
| | Review Status of Creditors Committee Document Request | 0.3 | $165.00 | | |
| | Continue Meeting w/Michael Ochs To Go Over To Do's on Each Claim | 0.4 | $220.00 | | |
| | Review Monthly Operating Reporting Status w/Sean Camo | 0.3 | $165.00 | | |
| | Attend Staffing Meeting w/Chris Johnson | 0.4 | $220.00 | | |
| | Review Creditors Committee Document Request Information | 1.3 | $715.00 | | |
| | Zoom w/Hollister Team on Settlement Agreement Status Update & Meeting w/Michael Ochs Re: Same | 1.3 | $715.00 | | |
| | Call w/Michael Jacoby To Discuss Case | 0.4 | $220.00 | | |
| | Evaluate Claim Amounts & Timing After Discussions w/Michael Ochs for Cash Flow Scheduling | 0.7 | $385.00 | | |
| | | **8.2** | **$4,510.00** | **4.0** | **$1,100.00** |
| 10/22/19 | Review & Evaluate 19 Claims for Recovery Expectations | 0.7 | $385.00 | | |
| | Zoom Meeting w/Hollister Team Re: Status of Settlement Agreement's | 0.8 | $440.00 | | |
| | Continue to Review & Evaluate 19 Claims for Recurring Expectations | 1.5 | $825.00 | | |
| | Review & Evaluate A/R Collections | 0.9 | $495.00 | | |
| | Continued Work on Review & Evaluate of A/R Collections | 0.2 | $110.00 | | |
| | Read & Review FDU Stipulation | 0.4 | $220.00 | | |
| | Continued Work on Review & Evaluate of A/R Collections | 0.8 | $440.00 | | |
| | Review Collections w/Sean Camo & Jay McDermott | 0.4 | $220.00 | | |
| | Review A/R Tracking Sheet w/Jay McDermott | 0.2 | $110.00 | | |
| | Call w/Sam Perrotta to Discuss GR's | 0.2 | $110.00 | | |
| | Zoom w/Hollister Team to Discuss Status of Settlement Agreement's | 1.0 | $550.00 | | |
| | | **7.1** | **$3,905.00** | **0.0** | **$0.0** |
| 10/23/19 | Call w/Sean Camo Re: MOR | 0.2 | $110.00 | | |
| | Call w/Sam Perrotta Re: Latitude Settlement Agreement | 0.1 | $55.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Zoom w/Hollister Team to Review Status of Settlement Agreement's & A/R Collections | 0.9 | $495.00 | | |
| | Call w/Michael Jacoby to Discuss Case | 0.6 | $330.00 | | |
| | Review Schedules & SOFA for 341 Hearing Tomorrow | 0.5 | $275.00 | | |
| | Continue to Review Schedules & SOFA for 341 Hearing Tomorrow | 0.6 | $330.00 | | |
| | Zoom w/Hollister Team to Review Status of Settlement Agreement's | 0.5 | $275.00 | | |
| | Call w/Ken Rosen Re: Case | 0.2 | $110.00 | | |
| | Review Schedules & SOFA for 341 Hearing Tomorrow | 1.1 | $605.00 | | |
| | | **4.7** | **$2,585.00** | **0** | **$0.00** |
| 10/24/19 | Review Schedules & SOFA Filing for Hearing | 1.2 | $660.00 | | |
| | Zoom Call w/Hollister Team Re: Status of Settlement Agreement's & Collections | 1.3 | $715.00 | | |
| | Attend & Participate at the 341 Hearing in Trenton | 3.3 | $1,815.00 | | |
| | Zoom Meeting w/Hollister Team to Discuss Status of Settlement Agreement's | 0.4 | $220.00 | | |
| | Travel Back Home | | $0.00 | 4.0 | $1,100.00 |
| | | **6.2** | **$3,410.00** | **4.0** | **$1,100.00** |
| 10/25/19 | Zoom Meeting w/Sean Camo & Sam Perrotta to Discuss A/R & Preferences | 0.4 | $220.00 | | |
| | Call w/Chris Johnson Re: Case | 0.2 | $110.00 | | |
| | Call w/Michael Jacoby Re: Case | 0.2 | $110.00 | | |
| | Zoom Meeting w/Hollister Team Regarding Status | 0.5 | $275.00 | | |
| | Call w/Mary Seymour Re: Case | 0.3 | $165.00 | | |
| | Call w/Jeff Litz to Review Preferences | 0.3 | $165.00 | | |
| | Call w/Lowenstein & Hollister Team Re: Case | 1.0 | $550.00 | | |
| | Zoom w/Sean Camo to Review Cash Flow Forecast | 0.6 | $330.00 | | |
| | Zoom | 0.3 | $165.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Read & Review FDU & Saxum Stips | 0.5 | $275.00 | | |
| | | **4.3** | **$2,365.00** | **0** | **$0.00** |
| | | | | | |
| 10/26/19 | Read & Review the Complaint & Draft Answer | 0.1 | $55.00 | | |
| | Read Counter Claim/Third Party Complaint in the NWUR Litigation | 0.3 | $165.00 | | |
| | Review Cash Flow, Preferences & Collections from Jeff Litz, Sean Camo, Sam Perrotta & Michael Jacoby | 1.0 | $550.00 | | |
| | | **1.4** | **$770.00** | **0** | **$0.00** |
| | | | | | |
| 10/28/19 | Travel to New Jersey | | | 4.0 | $1,100.00 |
| | Review CTC Settlement Agreement | 0.6 | $330.00 | | |
| | Review Preference's w/Jeff Litz | 0.4 | $220.00 | | |
| | Review Settlement Agreement for 40 Beechwood | 0.3 | $165.00 | | |
| | Zoom w/Hollister Team to Review Status of Settlement Agreement's | 1.0 | $550.00 | | |
| | Work w/Sean Camo on 26 Week Cash Flow & Related Questions from Michael Jacoby | 1.1 | $605.00 | | |
| | Read & Review Latitudes Settlement Agreement | 0.3 | $165.00 | | |
| | Review Creditors Committee Data Request & Prepare for the Wednesday Meeting | 0.6 | $330.00 | | |
| | Call w/Ken Rosen Re: Case | 0.4 | $220.00 | | |
| | Call w/Michael Jacoby Re: Case | 0.6 | $330.00 | | |
| | Zoom w/Hollister to Discuss Status of Settlement Agreement's | 0.5 | $275.00 | | |
| | Call w/Lowenstein to Discuss Case | 0.6 | $330.00 | | |
| | Latitude Job Review w/Brendan Murray, Sam Perrotta & Vince Solano | 0.6 | $330.00 | | |
| | Discussion w/Michael Ochs Re: Case & Call w/Jennifer Kimble Re: Same | 0.5 | $275.00 | | |
| | Review Cash Forecast w/Sean Camo & Calls w/Jennifer Kimble & Michael Jacoby Re: Same | 0.4 | $220.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | | 7.9 | $4,345.00 | 4.0 | $1,100.00 |
| | | | | | |
| 10/29/19 | Work on Preference Analysis for Go Forward Jobs as Part of Settlement Agreement Submission w/Brendan Murray & Jeff Litz | 0.6 | $330.00 | | |
| | Review Latitude Cash Flow | 0.4 | $220.00 | | |
| | Review 345 Main Settlement Agreement | 0.3 | $165.00 | | |
| | Continued Work on Preferences Including Call w/Dana Garfinkel | 0.4 | $220.00 | | |
| | Preparation for Call w/Jennifer Kimble Re: 26 Week Cash Forecast | 0.6 | $330.00 | | |
| | Call w/Jennifer Kimble to Review 26 Week Cash Flow | 0.5 | $275.00 | | |
| | Zoom Call w/Hollister to Review Status of Settlement Agreement's | 0.3 | $165.00 | | |
| | Call w/Ken Rosen to Discuss Case | 0.2 | $110.00 | | |
| | Meeting w/Michael Ochs & Chris Johnson Re: Case | 0.7 | $385.00 | | |
| | Call w/Bruce Buechler to Discuss Case | 0.2 | $110.00 | | |
| | Call w/Sam Perrotta Re: Settlement Agreement's for Latitude | 0.2 | $110.00 | | |
| | Call w/Michael Jacoby Re: Cash Forecast | 0.5 | $275.00 | | |
| | Call w/Jennifer Kimble Re: Escrow Agreement | 0.1 | $55.00 | | |
| | Zoom Status Call w/Hollister Team Re: Status of Settlement Agreement | 0.4 | $220.00 | | |
| | Call w/Dana Garfinkel & Sam Perrotta Re: HUB Settlement Agreement | 0.2 | $110.00 | | |
| | Call w/Sean Camo Re: Insurance for Riverwalk | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta & Dana Garfinkel Re: HUB Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Jennifer Kimble Re: 26 Week Cash Flow | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta & Dana Garfinkel Re: HUB Settlement Agreement | 0.2 | $110.00 | | |
| | Call w/Sean Camo Re: Scorecard & 26 Week Cash Flow | 0.2 | $110.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Travel Back Home | | | 4.0 | $1,100.00 |
| | | 6.3 | $3,465.00 | 4.0 | $1,100.00 |
| | | | | | |
| 10/30/19 | Prepare for Creditors Committee Meeting& Calls w/Brendan Murray, Sam Perrotta & Sean Camo Re: Same | 0.1 | $55.00 | | |
| | Call w/Chris Johnson to Discuss Creditors Committee Meeting | 0.2 | $110.00 | | |
| | Prepare for Creditors Committee Meeting & Calls w/Brendan Murray | 0.2 | $110.00 | | |
| | Attend Creditors Committee Meeting at Hollister via Zoom | 2.3 | $1,265.00 | | |
| | Call w/Chris Johnson Re: Case Strategy | 0.2 | $110.00 | | |
| | Call w/Sam Perrotta Re: FDU Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Sean Camo Re: Creditors Committee Follow-Up | 0.2 | $110.00 | | |
| | Call w/Michael Ochs Re: Case Strategy | 0.2 | $110.00 | | |
| | Call w/Jay McDermott to Discuss Settlement Agreement To Do's | 0.1 | $55.00 | | |
| | Call w/Sean Camo Re: Next Cash Collateral | 0.1 | $55.00 | | |
| | Call w/Mary Seymour Re: Case Strategy | 0.2 | $110.00 | | |
| | Call w/Lowenstein & Hollister Teams Re: Status of Settlement Agreement's | 0.5 | $275.00 | | |
| | Call w/Mary Seymour Re: Case Strategy | 0.2 | $110.00 | | |
| | Zoom Call w/Hollister Team to Review Status of Settlement Agreement's | 0.5 | $275.00 | | |
| | Call w/Michael Jacoby to Discuss Case Strategy | 0.2 | $110.00 | | |
| | Call w/Chris Johnson to Discus Case Strategy | 0.3 | $165.00 | | |
| | Call w/Mary Seymour Re: HUB Settlement Agreement | 0.6 | $330.00 | | |
| | | 6.2 | $3,410.00 | 0.0 | $0.00 |
| | | | | | |
| 10/31/19 | Call w/Dana Garfinkel Re: HUB | 0.1 | $55.00 | | |
| | Call w/Chris Johnson Re: Status of Case | 0.1 | $55.00 | | |
| | Call w/Mary Seymour Re: Case Strategy | 0.2 | $110.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Call w/Brendan Murray Re: Case Strategy | 0.2 | $110.00 | | |
| | Call w/Sam Perrotta Re: HUB Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Bruce Buechler Re: Case Study | 0.1 | $55.00 | | |
| | Call w/Sean Camo Re: Cash Flow | 0.1 | $55.00 | | |
| | Zoom w/Hollister Team to Discuss Status of Settlement Agreement's | 0.4 | $220.00 | | |
| | Read & Review Ricoh & TIPICO Settlement Agreement's | 0.1 | $55.00 | | |
| | Call w/Mary Seymour Re: Case | 0.2 | $110.00 | | |
| | Call w/Bruce Buechler Re: Latitude & SAXUM | 0.1 | $55.00 | | |
| | Call w/Michael Jacoby Re: Case Status | 0.6 | $330.00 | | |
| | Zoom Call w/Lowenstein Team Re: Status of Settlement Agreement's | 0.3 | $165.00 | | |
| | Call w/Michael Ochs Re: Case Status | 0.3 | $165.00 | | |
| | Call w/Chris Johnson Re: Case Status | 0.1 | $55.00 | | |
| | Call w/Mary Seymour Re: Status of Case | 0.4 | $220.00 | | |
| | Call w/Sean Camo & Jennifer Kimble Re: Cash Flow Forecast | 0.1 | $55.00 | | |
| | Call w/Brendan Murray Re: Status of Case | 0.3 | $165.00 | | |
| | Call w/Dana Garfinkel Re: HUB Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta Re: HUB Settlement Agreement | 0.2 | $110.00 | | |
| | Call w/Chris Johnson Re: Status of Case | 0.1 | $55.00 | | |
| | Call w/Remsen Re: Finalizing Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Michael Jacoby Re: Case Status | 0.4 | $220.00 | | |
| | Call w/Sean Camo Re: Cash Flow | 0.1 | $55.00 | | |
| | Call w/Michael Ochs Re: Case Status | 0.1 | $55.00 | | |
| | | 4.9 | $2,695.00 | 0.0 | $0.00 |
| | | 158.0 | $86,900.00 | 34.0 | $9,350.00 |
| | | 192.0 | $96,250.00 | | |

<u>**EXHIBIT "C"**</u>

**Hollister Construction Services, LLC**
**Summary of Expenses**
**October 1, 2019 through October 31, 2019**

**Due Upon Request**



**EXPENSE REPORT FOR PAUL J. BELAIR**

Hollister Construction Services
339 Jefferson Rd
Parsippany, NJ 07054

| Pay period | |
| --- | --- |
| From | 10/3/2019 |
| To | 10/30/2019 |

| Date | Description | Hotel | Flights | Uber | Parking | Food | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/3/19 | Parking for 9-29 to 10-3 | $    - | $    - | $ 160.00 | $ | | 160.00 |
| 10/3/19 | Transportation (Hollister to Newark Airport) | $    - | $   137.50 | $    - | $ | | 137.50 |
| 10/6/19 | Flights booked for (Oct 14 - Oct 15) | $   1,042.60 | | | $ | | 1,042.60 |
| 10/7/19 | Transportation (Home to Cleveland Airport) | | $    50.00 | | $ | | 50.00 |
| 10/7/19 | Transportation (Newark Airport to Hollister) | $    - | $   137.50 | | $ | | 137.50 |
| 10/8/19 | Transportation (Hollister to Trenton) | | $   343.75 | | $ | | 343.75 |
| 10/8/19 | Transportation (Trenton to Newark Airport) | | $   343.75 | | $ | | 343.75 |
| 10/12/19 | Flights booked for (Oct 21 - Oct 22) | $   919.60 | | | $ | | 919.60 |

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 10/14/19 | Transportation (Home to RSW Airport) | | $ | 82.80 | $ | 82.80 |
| 10/14/19 | Transportation (Newark Airport to Hollister) | | $ | 137.50 | $ | 137.50 |
| 10/17/19 | Transportation (Hollister to Trenton) | | $ | 343.75 | $ | 343.75 |
| 10/17/19 | Transportation (Trenton to Newark Airport) | | $ | 343.75 | $ | 343.75 |
| 10/17/19 | Transportation (RSW Airport to Home) | | $ | 82.80 | $ | 82.80 |
| 10/21/19 | Transportation (Home to RSW Airport) | | $ | 82.80 | $ | 82.80 |
| 10/21/19 | Transportation (Newark Airport to Hollister) | | $ | 137.50 | $ | 137.50 |
| 10/24/19 | Flights booked for (Oct 28 - Oct 29) | $ | 954.60 | | $ | 954.60 |
| 10/24/19 | Transportation (Newark Airport to Trenton) | | $ | 343.75 | $ | 343.75 |
| 10/24/19 | Transportation (Trenton to Newark Airport) | | $ | 343.75 | $ | 343.75 |
| 10/24/19 | Transportation (RSW Airport to Home) | | $ | 82.80 | $ | 82.80 |
| 10/28/19 | Flights booked for (Novemeber 7) | $ | 1,052.60 | | $ | 1,052.60 |
| 10/28/19 | Transportation (Home to RSW Airport) | | $ | 82.80 | $ | 82.80 |
| 10/28/19 | Transportation (Newark Airport to Hollister) | | $ | 137.50 | $ | 137.50 |
| 10/29/19 | Transportation (Hollister to Newark Airport) | | $ | 137.50 | $ | 137.50 |
| 10/30/19 | Transportation (RSW Airport to Home) | | $ | 82.80 | $ | 82.80 |

| | | | | | |
|---|---|---|---|---|---|
| $ - | $ | 3,969.40 | $ | 3,434.30 | $ 160.00 | $ - |

|  |  |  |
|---|---|---|
| **Subtotal** | $ | 7,563.70 |
| **Advances** | | |

|  |  |  |
|---|---|---|
| **TOTAL** | $ | 7,563.70 |