```
UNITED STATES BANKRUPCTY COURT
DISTRICT OF NEW JERSEY
```

Caption in Compliance with D.N.J. LBR 9004-1

Skolnick Legal Group, P.C.
Martin P. Skolnick, Esq.
103 Eisenhower Parkway, Suite 305
Roseland, New Jersey 07068
973-403-0100

Attorneys for Creditor/Lienor
Stateline Fabricators, LLC

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC

Debtor.

Chapter 11

Case No. 19-27439 (MBK)

Hearing Date: December 12, 2019

Judge: Hon. Michael B. Kaplan, U.S.B.J.

## CERTIFICATE OF SERVICE

I, BETH R. SKOLNICK, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to the above-captioned action and am the office manager with Skolnick Legal Group, P.C.

2. On November 20, 2019, I served a true copy of the papers of Stateline Fabricators, LLC in support of its motion seeking relief from the automatic stay upon the following parties via U.S.B.C. electronic filing system and First Class Mail:

Kenneth A. Rosen, Esq.
Lowenstein Sandler, LLP
One Lowenstein Drive
Roseland, NJ 07068
*Attorneys for Debtor Hollister Construction Services, LLC*

Robert Nies, Esq.
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
*Attorneys for Arch Insurance Company*

Lauren Bielskie, Esq.
U.S. Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
*Attorney for U.S. Trustee*

Joshua H. Raymond, Esq.
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue
Roseland, NJ 07068
*Attorneys for Creditor Committee Official Committee of Unsecured Creditors*

3. On November 20, 2019, I served a true copy of the papers of Stateline Fabricators, LLC in support of its motion seeking relief from the automatic stay upon all other parties who have appeared in this matter via U.S.B.C. electronic filing system.

I hereby certify that all of the forgoing statements made by me are true and accurate to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

_____
BETH R. SKOLNICK

Dated: December 9, 2019