| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Lawrence B. Diener (023901975)<br>Court Plaza North<br>25 Main Street Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 342-6137<br>Facsimile: (201) 342-6126<br>Internet: LBDiener@optimum.net<br>Attorney for Defendant Advanced Scaffold Services, LLC | |
| In Re:<br><br>Hollister Construction Services, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

## CERTIFICATION OF SERVICE

I, Marika Buchberger, pursuant to 28 U.S.C. §1746, certify as follows:

1. I am the secretary employed by Lawrence B. Diener.

2. On December 9, 2019, I sent a copy of the following documents to the party listed in Exhibit A hereto in the manner set forth therein:

   A. Notice of Motion filed November 26, 2019;

   B. Certification of Paul Trinks;

   C. Memorandum of Law;

   D. Proposed Order.

3. I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

/s/ Marika Buchberger        Dated: December 9, 2019

Exhibit "A"

| Name And Address of Party Serviced | Mode of Service |
|---|---|
| Loryn P. Riggiola<br>Zetlin & DeChiara LLP<br>80 Bloomfield Avenue<br>Caldwell, New Jersey 07006 | Regular Mail |
| Prime Clerk LLC<br>One Grand Central Plaza<br>60 East 42nd Street Suite 1440<br>New York, NY 10165 | Regular Mail |
| Parkland Group Inc.<br>8110 Devon Court<br>Chagrin Falls, OH 44023 | Regular Mail |
| McManimon Scotland & Baumann LLC<br>75 Livingston Avenue Suite 201<br>Roseland, NJ 07068 | Regular Mail |
| Gary M. Kusher<br>Goetz Fitzpatrick LLP<br>One Penn Plaza 3rd Floor<br>New York, NY 10019 | Regular Mail |
| Henry J. Jaffe<br>1313 Market Street<br>Hercules Plaza Suite 5100<br>Wilmington, DE 19899 | Regular Mail |
| Eisner Amper LLP<br>111 Wood Avenue South<br>Iselin, NJ 08830 | Regular Mail |
| Mary Joanne Dowd<br>Arent Fox LLP<br>1717 K Street NW<br>Washington, DC 20006 | Regular Mail |
| Brian Craig<br>400 Garden City Plaza<br>Garden City, NY 11530 | Regular Mail |
| Commonwealth of Penn.<br>Dept. Of Labor & Industry<br>651 Boas Street Room 925<br>Harrisburgh, PA 17121 | Regular Mail |
| Paul Belair<br>10x CEO Coaching LLC<br>P.O. Box 5117<br>Youngstown, OH 44514 | Regular Mail |
| Brian Bisignani<br>Post & Schell | Regular Mail |

| | |
|---|---|
| P.O. Box 10248 <br> Lancaster, PA 17605-0248 | |
| Bridge Builders Newark LLC <br> C/o Karen Marques <br> 211 Warren Street <br> Newark, NJ 07103 | Regular Mail |