| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>**110 Allen Road, Suite 304**<br>**Basking Ridge, NJ  07920**<br>**Phone: (973) 467-2700**<br>**Fax: (973) 467-8126**<br>**Counsel to 147 Bloomfield Ave. J.V. LLC**<br>**DANIEL M. STOLZ, ESQ.** | |
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC.**<br>         Debtor. | Chapter 11<br><br>Honorable Michael B. Kaplan<br><br>Case No. 19-27439<br><br>Hearing Date: |

## WITHDRAWAL OF CROSS-MOTION

147 Bloomfield Ave. J.V., LLC, and through its counsel, Wasserman, Jurista & Stolz, P.C., hereby withdraws its Cross-Motion to the Motion of Joffe Lumber & Supply Co., Inc. filed on November 18, 2019 as docket entry #535.

                                            Respectfully submitted,

                                            **WASSERMAN, JURISTA & STOLZ, P.C.**
                                            **Counsel for 147 Bloomfield Ave. J.C. LLC**

                                            By: */s/  Daniel M. Stolz*                        .
                                                 **DANIEL M. STOLZ**

Dated:  December 9, 2019