UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEP'T OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Andrew R. Vara, Acting U.S. Trustee, Region 3
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102

In Re:

Hollister Construction Services, LLC,

Debtor.

Case No.: 19-27439 (MBK)

Chapter: 11

Hearing Date: December 9, 2019

Judge: Hon. Michael B. Kaplan

**CERTIFICATION CONCERNING ORDER TO BE SUBMITTED**

I, Lauren Bielskie, certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

The matter titled Motion for Amended Schedules and Extended Bar Date and filed on 11/7/19 (Doc. 449) was marked "order to be submitted," and

☐ The proposed order comports with the Court's ruling, and all interested parties have reviewed the proposed order and consent to its entry.

OR

☑ The parties have resolved this matter, and all interested parties have reviewed the proposed order and consent to its entry.

The parties to the proposed order have been served. Each party's name and relationship to the case is as follows:

| NAME | RELATIONSHIP TO CASE |
|---|---|
|  | ☐ Trustee |
|  | ☐ U.S. Trustee |
| Joseph J. DiPasquale, Esq. | Counsel for the Debtor |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true.

Date: 12/9/19                              /s/ Lauren Bielskie

                                                                            Signature

*new.8/1/18*