UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Lauren.Bielskie@usdoj.gov

**Order Filed on December 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Hollister Construction Services, LLC,

Debtor.

Case No.: 19-27439 (MBK)

Chapter 11

Hearing Date: December 9, 2019 at 10 a.m.

Honorable Michael B. Kaplan

**ORDER EXTENDING THE CLAIMS BAR DATE FROM NOVEMBER 20, 2019 TO JANUARY 20, 2020 AND COMPELLING PRIME CLERK LLC TO RE-NOTICE THE NOTICE OF CHAPTER 11 BANKRUPTCY CASE**

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

**DATED: December 10, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Hollister Construction Services, LLC

Chapter 11, Case No.: 19-27439 (MBK)

**Order Extending the Claims Bar Date from November 20, 2019 to January 20, 2020, and Compelling Prime Clerk LLC to Re-Notice the Notice of Chapter 11 Bankruptcy Case**
_____

**WHEREAS**, the Acting United States Trustee, by and through counsel, filed a *Motion for Entry of an Order: (i) Compelling the Debtor to File Amended Schedules; (ii) Extending the Claims Bar Date from November 20, 2019 to January 20, 2020; (iii) Compelling Prime Clerk LLC to Re-Notice the Notice of Chapter 11 Bankruptcy Case; and (iv) For Such Other and Further Relief as the Court Deems Just and Equitable* (Doc. 449); and

**WHEREAS**, the parties reached a resolution prior to a hearing on the Motion; and

**WHEREAS**, the Debtor agrees to file Amended Schedule F; and

**WHEREAS**, the Debtor agrees that the Claims Bar Date is extended, as to all creditors, except governmental units, from November 20, 2019, through and including January 20, 2020; and

**WHEREAS**, it is hereby:

**ORDERED** that the Debtor shall file Amended Schedule F no later than December 16, 2019; and it is further

**ORDERED** that the Claims Bar Date is extended, as to all creditors, except governmental units, from November 20, 2019, through and including January 20, 2020; and it is further

**ORDERED** that the Clerk of the Court will revise the Docket to reflect the January 20, 2020 claims bar date for non-governmental units; and it is further

**ORDERED** that within 5 days of entry of this Order, Prime Clerk LLC shall serve all creditors with an *Amended Notice of Chapter 11 Bankruptcy Case* that includes notice of the January 20, 2020 Claims Bar Date and otherwise comports with Official Form 309F and the requirements of Fed. R. Bankr. P. 9009.