| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Lawrence B. Diener (023901975)<br>Court Plaza North<br>25 Main Street Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 342-6137<br>Facsimile: (201) 342-6126<br>Internet: LBDiener@optimum.net<br>Attorney for Defendant Advanced Scaffold<br>Services Mid-Atlantic, LLC | |
| In Re:<br><br>Hollister Construction Services, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

## CERTIFICATION OF SERVICE

I, Marika Buchberger, pursuant to 28 U.S.C. §1746, certify as follows:

1. I am the secretary employed by Lawrence B. Diener.

2. On December 11, 2019, I sent a copy of the following documents to the party listed in Exhibit A hereto in the manner set forth therein:

    A. Notice of Motion of Advanced Scaffold Services Mid-Atlantic LLC for Entry of an Order compelling the Debtor to Assume or Reject Executory Contract Pursuant to 11 U.S.C. §365 and if Contract is Rejected Lifting the Automatic Stay, to the Extent it Applies, to Allow the Removal of Equipment from the Project Located at 110 Edison Place, Newark, New Jersey;

    B. Certification of Paul Trinks;

  C. Memorandum of Law in Support of Motion by Advanced Scaffold Services Mid-Atlantic LLC for an Order: 1. Compelling the Debtor to Assume or Reject an Executory Contract 2. and if the Contract is Rejected, Lifting the Automatic Stay, to the Extent it Applies, to Allow the Removal of Equipment from the Project Located at 110 Edison Place, Newark, New Jersey;

  D. Proposed Order Granting the Motion of Advanced Scaffold Services Mid-Atlantic LLC to (I) Compel Debtor to Assume or Reject Executory Contract and (II) Upon Rejection of Contract or Within Five (5) days of the Entering of This Order if the Contract is Not Rejected or Accepted within said Time to Modify the Automatic Stay to Allow Advanced Scaffold Services Mid-Atlantic LLC to Remove Equipment.

3. I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

/s/ Marika Buchberger    Dated: December 11, 2019

Exhibit "A"

| Name And Address of Party Serviced | Mode of Service |
|---|---|
| Loryn P. Riggiola<br>Zetlin & DeChiara LLP<br>80 Bloomfield Avenue<br>Caldwell, New Jersey 07006 | Regular Mail |
| Prime Clerk LLC<br>One Grand Central Plaza<br>60 East 42nd Street Suite 1440<br>New York, NY 10165 | Regular Mail |
| Parkland Group Inc.<br>8110 Devon Court<br>Chagrin Falls, OH 44023 | Regular Mail |
| McManimon Scotland & Baumann LLC<br>75 Livingston Avenue Suite 201<br>Roseland, NJ 07068 | Regular Mail |
| Gary M. Kusher<br>Goetz Fitzpatrick LLP<br>One Penn Plaza 3rd Floor<br>New York, NY 10019 | Regular Mail |
| Henry J. Jaffe<br>1313 Market Street<br>Hercules Plaza Suite 5100<br>Wilmington, DE 19899 | Regular Mail |
| Eisner Amper LLP<br>111 Wood Avenue South<br>Iselin, NJ 08830 | Regular Mail |
| Mary Joanne Dowd<br>Arent Fox LLP<br>1717 K Street NW<br>Washington, DC 20006 | Regular Mail |
| Brian Craig<br>400 Garden City Plaza<br>Garden City, NY 11530 | Regular Mail |
| Commonwealth of Penn.<br>Dept. Of Labor & Industry<br>651 Boas Street Room 925<br>Harrisburgh, PA 17121 | Regular Mail |
| Paul Belair<br>10x CEO Coaching LLC<br>P.O. Box 5117<br>Youngstown, OH 44514 | Regular Mail |
| Brian Bisignani<br>Post & Schell | Regular Mail |

| | |
|---|---|
| P.O. Box 10248<br>Lancaster, PA 17605-0248 | |
| Bridge Builders Newark LLC<br>C/o Karen Marques<br>211 Warren Street<br>Newark, NJ 07103 | Regular Mail |
| SM Law PC<br>P.O. Box 530<br>Oldwick, NJ 08858 | Regular Mail |