| | |
|---|---|
| UNITED STATES BANKRUPCTY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>Skolnick Legal Group, P.C.<br>Martin P. Skolnick, Esq.<br>103 Eisenhower Parkway, Suite 305<br>Roseland, New Jersey 07068<br>973-403-0100<br><br>Attorneys for Creditor/Lienor<br>Stateline Fabricators, LLC<br><br>In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC<br><br>                             Debtor. | **Order Filed on December 12, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>(Joint Administration Requested)<br><br>Hearing Date:<br><br>Judge: Hon. Michael B. Kaplan,<br><br>Chapter 11 |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ■ Followed | ☐ Modified | |

## ORDER VACATING OR MODIFYING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 12, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In re:                                                                                  Chapter 11

HOLLISTER CONSTRUCTION SERVICES, LLC:        Case No. 19-27439 (MBK)

                    Debtor.

**THIS MATTER** having been opened to the Court by Martin P. Skolnick, Esq. of the firm of Skolnick Legal Group, P.C., attorneys for Stateline Fabricators, LLC, one of the creditors in the above matter, and the Court having reviewed the papers submitted and good cause having been made; it is therefore

**ORDERED** on this date __December 12, 2019__, that the automatic stay be and is hereby modified to allow City Contracting, Inc. to commence one or more actions and to join Hollister Construction Services, LLC ("Debtor"), as a necessary party only in legal proceedings before the New Jersey Superior Court, Essex County, in order to prosecute claims against parties other than the Debtor to fully ascertain and thereafter enforce Construction Lien Claims filed and served by Stateline Fabricators, LLC, in connection with certain construction projects more fully described in the Notice of Motion and accompanying Certification of Edward Esposito, member of Stateline Fabricators, LLC, dated November , 2019 and November , 2019 respectively; and it is

**FURTHER ORDERED**, that the automatic stay remains in effect in all other respects, but without prejudice to the rights of Stateline Fabricators, LLC, to file one or more unsecured proof of claims in this bankruptcy proceeding; and it is

**FURTHER ORDERED,**, that a copy of this Order be served upon all parties in this matter within __7__ days of this Order.