| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Lauren.Bielskie@usdoj.gov | **Order Filed on December 10, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Hollister Construction Services, LLC,<br><br>Debtor. | Case No.: 19-27439 (MBK)<br><br>Chapter 11<br><br>Hearing Date: December 9, 2019 at 10 a.m.<br><br>Honorable Michael B. Kaplan |

### ORDER EXTENDING THE CLAIMS BAR DATE FROM NOVEMBER 20, 2019 TO JANUARY 20, 2020 AND COMPELLING PRIME CLERK LLC TO RE-NOTICE THE NOTICE OF CHAPTER 11 BANKRUPTCY CASE

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

......

**DATED: December 10, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Hollister Construction Services, LLC

Chapter 11, Case No.: 19-27439 (MBK)

**Order Extending the Claims Bar Date from November 20, 2019 to January 20, 2020, and Compelling Prime Clerk LLC to Re-Notice the Notice of Chapter 11 Bankruptcy Case**

___

**WHEREAS**, the Acting United States Trustee, by and through counsel, filed a *Motion for Entry of an Order: (i) Compelling the Debtor to File Amended Schedules; (ii) Extending the Claims Bar Date from November 20, 2019 to January 20, 2020; (iii) Compelling Prime Clerk LLC to Re-Notice the Notice of Chapter 11 Bankruptcy Case; and (iv) For Such Other and Further Relief as the Court Deems Just and Equitable* (Doc. 449); and

**WHEREAS**, the parties reached a resolution prior to a hearing on the Motion; and

**WHEREAS**, the Debtor agrees to file Amended Schedule F; and

**WHEREAS**, the Debtor agrees that the Claims Bar Date is extended, as to all creditors, except governmental units, from November 20, 2019, through and including January 20, 2020; and

**WHEREAS**, it is hereby:

**ORDERED** that the Debtor shall file Amended Schedule F no later than December 16, 2019; and it is further

**ORDERED** that the Claims Bar Date is extended, as to all creditors, except governmental units, from November 20, 2019, through and including January 20, 2020; and it is further

**ORDERED** that the Clerk of the Court will revise the Docket to reflect the January 20, 2020 claims bar date for non-governmental units; and it is further

**ORDERED** that within 5 days of entry of this Order, Prime Clerk LLC shall serve all creditors with an *Amended Notice of Chapter 11 Bankruptcy Case* that includes notice of the January 20, 2020 Claims Bar Date and otherwise comports with Official Form 309F and the requirements of Fed. R. Bankr. P. 9009.

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 19-27439-MBK
Hollister Construction Services, LLC                                Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Dec 10, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2019.
db              +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2019 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0