| | |
|---|---|
| UNITED STATES BANKRUPCTY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>Skolnick Legal Group, P.C.<br>Martin P. Skolnick, Esq.<br>103 Eisenhower Parkway, Suite 305<br>Roseland, New Jersey 07068<br>973-403-0100<br><br>Attorneys for Creditor/Lienor<br>Stateline Fabricators, LLC<br><br>In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC<br><br>Debtor. | Order Filed on December 13, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Hearing Date: December 12, 2019<br><br>Judge: Hon. Michael B. Kaplan |

| Recommended Local Form: | ☐ Followed | ■ Modified |
|---|---|---|

REVISED

**ORDER VACATING OR MODIFYING STAY**

The relief set forth on the following pages, numbered two (2) through and including three (3) is hereby **ORDERED**.

**DATED: December 13, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:                                                                                          Chapter 11

HOLLISTER CONSTRUCTION SERVICES, LLC:          Case No. 19-27439 (MBK)

Debtor.

**THIS MATTER** having been opened to the Court by Martin P. Skolnick, Esq. of the firm of Skolnick Legal Group, P.C., attorneys for Stateline Fabricators, LLC, one of the creditors in the above matter, and the Court having reviewed the papers submitted and good cause having been made; it is therefore

**ORDERED** on this date December 13, 2019, that the automatic stay be and is hereby modified to allow Stateline Fabricators, LLC to commence one or more actions and to join Hollister Construction Services, LLC ("Debtor"), as a necessary and nominal party only in legal proceedings before the New Jersey Superior Court, Essex County, in order to prosecute claims against parties other than the Debtor to fully ascertain and thereafter enforce Construction Lien Claims filed and served by Stateline Fabricators, LLC in connection with the construction project commonly known as the NSA 18th Avenue project and more fully described in the Notice of Motion and accompanying Certification of Edward Esposito, member of Stateline Fabricators, LLC, dated November 20, 2019 and November 15, 2019, respectively; and it is

**FURTHER ORDERED,** that during the pendency of the bankruptcy proceedings or until further order of the bankruptcy court, Stateline Fabricators, LLC shall not seek to obtain a final judgment against the Debtor in any state court proceeding, nor shall Stateline Fabricators, LLC take any further action against the Debtor or property of Debtor's estate, other than by way of an application or adversary proceeding adverse to Debtor before the bankruptcy court which seeks to

obtain any relief available to Stateline Fabricators, LLC in accordance with the rules governing these bankruptcy proceedings; and it is

**FURTHER ORDERED**, that the automatic stay remains in effect in all other respects, but without prejudice to the rights of Stateline Fabricators, LLC to file one or more unsecured proof of claims in this bankruptcy proceeding; and it is

**FURTHER ORDERED,** that notwithstanding anything to the contrary in this Order, Arch Insurance Company and Arch Reinsurance Company (together, "Arch") shall not be prejudiced or be deemed to have waived any and all rights, claims and defenses of Arch, all rights, claims and defenses being expressly reserved, to the extent Stateline Fabricators, LLC asserts any claims against Bonds issued by Arch; and it is

**FURTHER ORDERED**, that nothing contained within this Order constitutes a waiver of any party's rights and defenses, including the Debtor's rights and defenses, to defend against or challenge standing, forum or venue in any subsequent dispute (including lien issues), and all parties' rights, including the Debtor's rights, are hereby reserved; and it is

**FURTHER ORDERED,** that a copy of this Order be served upon all parties in this matter within \_\_\_\_7\_\_\_\_ days of this Order.