| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
| **LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* | **Order Filed on December 13, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>                                         Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

## ORDER GRANTING THE DEBTOR'S WAGE MOTION SUPPLEMENT

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: December 13, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3
12/13/2019 205567613.1

Page:     2
Debtor:   Hollister Construction Services, LLC
Case No:  19-27439 (MBK)
Caption:  Order Granting the Debtor's Wage Motion Supplement

---

Upon consideration of the motion (the "Wage Motion")[2] of the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order (i) authorizing but not directing the Debtor to (a) pay pre-petition wages, salaries, benefits, and related obligations, (b) pay and remit payroll taxes and other deductions to third parties, and (c) honor employee benefit programs in the ordinary course of business; (ii) authorizing and directing banks to honor checks and transfers for payment of pre-petition employee obligations; and (iii) granting related relief; and upon consideration of the *Declaration of Brendan Murray in Support of Supplement to Debtor's Motion For Interim and Final Orders (I) Authorizing, But Not Directing, the Debtor to (A) Pay Pre-Petition Wages, Salaries and Related Obligations, (B) Pay and Remit Pre-Petition Payroll Taxes and Other Deductions to Third Parties, and (C) Honor Employee Benefit Programs in the Ordinary Course of Business; (II) Authorizing and Directing Banks to Honor Checks and Transfers For Payment of Pre-Petition Employee Obligations; and (III) Granting Related Relief* (the "Wage Motion Supplement") [Docket No. 332], filed by the Debtor on October 16, 2019; and upon consideration of the *Declaration of Matt Higgins in Support of Supplement to Debtor's Motion For Interim and Final Orders (I) Authorizing, But Not Directing, the Debtor to (A) Pay Pre-Petition Wages, Salaries and Related Obligations, (B) Pay and Remit Pre-Petition Payroll Taxes and Other Deductions to Third Parties, and (C) Honor Employee Benefit Programs in the Ordinary Course of Business; (II) Authorizing and Directing Banks to Honor Checks and Transfers For Payment of Pre-Petition Employee Obligations; and (III) Granting Related Relief* (the "Higgins Declaration") [Docket No. 627], filed by the Debtor on December 11, 2019; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, dated July 23, 1984, and amended on September 18, 2012 (Simandle,

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Wage Motion, the Wage Motion Supplement or the Higgins Declaration.

Page:     3
Debtor:   Hollister Construction Services, LLC
Case No:  19-27439 (MBK)
Caption:  Order Granting the Debtor's Wage Motion Supplement

---

C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Wage Motion Supplement is in the best interests of the Debtor, its estate and its creditors; and upon the record of the October 17, 2019 and December 12, 2019 hearings on this matter; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Debtor's Wage Motion Supplement is **GRANTED** as set forth herein.

2. The Debtor is authorized to pay the Pre-Petition Amount to the Independent Contractor as set forth in the Wage Motion Supplement and the Higgins Declaration.

3. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement and/or interpretation of this Order.