Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–27439–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hollister Construction Services, LLC
   339 Jefferson Road
   Parsippany, NJ 07054

Social Security No.:

Employer's Tax I.D. No.:
   74–3135404

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on December 11, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 625 – 602
Order Granting Application to Employ SM Law PC as SPECIAL COUNSEL (Related Doc # 602). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/11/2019. (wir)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 11, 2019
JAN: wir

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-27439-MBK
Hollister Construction Services, LLC                                                    Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 5           Date Rcvd: Dec 11, 2019
                              Form ID: orderntc         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
db         +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707
sp         +SM LAW PC,   PO Box 530,   49 Old Turnpike Road,   Oldwick, NJ 08858-7001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody     on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               adobin@msbnj.com
              Andrew B. Cohn    on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
              Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
               .com;tgraga@kbtlaw.com
              Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
              Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation stioa@pepperlaw.com
              Anna Patras    on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohlereng.com
              Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
               arainone@bracheichler.com,
               cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com
              Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com;jkimble@lowenstein.com
              Arielle Adler    on behalf of Plaintiff    Hollister Construction Services, LLC
               aadler@lowenstein.com,  elawler@lowenstein.com;jkimble@lowenstein.com
              Bart J. Klein    on behalf of Defendant    Direct Cabinet Sales Of Red Bank Inc.
               bart@bartjkleinlaw.com
              Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
              Brett Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
              Brian Gregory Hannon    on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Brian R Tipton    on behalf of Creditor    State Line Construction Company, Inc.
               btipton@fpslawfirm.com
              Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com

```
District/off: 0312-3          User: admin              Page 2 of 5            Date Rcvd: Dec 11, 2019
                              Form ID: orderntc        Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Carl J. Soranno    on behalf of Defendant    Air Group, LLC csoranno@bracheichler.com,
       dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
      Carl J. Soranno    on behalf of Defendant    Industrial Maintenance, Inc. csoranno@bracheichler.com,
       dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
      Carl J. Soranno    on behalf of Defendant    Haddad Heating & Plumbing Inc.
       csoranno@bracheichler.com,
       dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
      Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
       dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
      Carol L. Knowlton    on behalf of Creditor    KSS Architects cknowlton@gorskiknowlton.com
      Charles A. Gruen    on behalf of Creditor    Michaels Electrical Supply Corp. cgruen@gruenlaw.com
      Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
      Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
      Daniel Stolz    on behalf of Interested Party    Latitude West Owner, LLC dstolz@wjslaw.com,
       dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
      Daniel Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
       dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
      Daniel Stolz    on behalf of Interested Party    Latitude East Owner, LLC dstolz@wjslaw.com,
       dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
      Danielle Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com,
       ddelucia@tessercohen.com
      Danielle Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com,
       ddelucia@tessercohen.com
      Danielle Cohen    on behalf of Defendant    Global Development Contractors, L.L.C.
       dcohen@tessercohen.com,  ddelucia@tessercohen.com
      Danielle Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com,
       ddelucia@tessercohen.com
      Danielle Cohen    on behalf of Creditor    Global Development Contractors, LLC
       dcohen@tessercohen.com,  ddelucia@tessercohen.com
      Danielle Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc.
       dcohen@tessercohen.com,  ddelucia@tessercohen.com
      Danielle Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com,
       ddelucia@tessercohen.com
      Darren R. Marks    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
       dmarks@borahgoldstein.com,  nagwu@borahgoldstein.com
      David E. Sklar    on behalf of Creditor    All Brands Elevator Industries, Inc.
       dsklar@scuramealey.com,
       ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
      David E. Sklar    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc.
       dsklar@scuramealey.com,
       ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
      David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com,  ciarkowski@wilentz.com
      David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
      Donald B. Veix, Jr.    on behalf of Creditor    Bohler Engineering NY, PLLC donveixlaw@gmail.com,
       dveix@hartylawgroup.com
      Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO
       donna.thompson@dlthompsonlaw.com,  dlthompsonlaw@aol.com
      Douglas Clagett Gray    on behalf of Defendant    Carson Corporation dgray@mdsfirm.com
      Edmund Campbell    on behalf of Creditor    Glass Systems Tech, LLC
       aweisenberger@campbellroccolaw.com
      Eric J. Hughes    on behalf of Creditor    Liberty Mutual Insurance Company ehughes@mdmc-law.com
      Ericka Fredricks Johnson    on behalf of Interested Party    Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) ErJohnson@wcsr.com,
       Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;matthew.ward@wbd-us.com
      Evan A. Blaker    on behalf of Defendant    J M Pereira And Sons Inc. eblaker@cohenseglias.com,
       mjaskolka@cohenseglias.com
      Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com,
       fpisano@coleschotz.com
      Frank F. Velocci    on behalf of Creditor    NSA 18th Avenue, LLC frank.velocci@dbr.com,
       brian.morgan@dbr.com
      Grant Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com,
       lschindler@wbny.com
      Greg Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com,  gtrif@triflaw.com
      Greg Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com,  gtrif@triflaw.com
      Greg Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com,
       gtrif@triflaw.com
      Hisham I. Masri    on behalf of Creditor    Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com,
       m.duran@hmasrilaw.com
      Ilana Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com,
       fpisano@coleschotz.com;ssallie@coleschotz.com
      Jacob Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC
       jfrumkin@coleschotz.com
      James C. Dezao, III    on behalf of Creditor Mayer  Weberman gerald@dezaolaw.com
      James C. Dezao, III    on behalf of Creditor Antonio  Zarfino gerald@dezaolaw.com

```
District/off: 0312-3            User: admin              Page 3 of 5                Date Rcvd: Dec 11, 2019
                                Form ID: orderntc        Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc.
               jmanfrey@foxrothschild.com,
               jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              Jay L. Lubetkin    on behalf of Interested Party Kieran   Flanagan jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Interested Party Christopher   Johnson jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
              Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
              Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc.
               jwh@njlawfirm.com,  ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
              Jenny R. Kasen    on behalf of Defendant    SP Builders Contractors Inc. jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              John  O'Boyle    on behalf of Defendant    Bender Enterprises, Inc. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John  O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John  O'Boyle    on behalf of Defendant    Imperial Floors Limited Liability Company
               joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com,
               ecf-fe4957a0ba6a@ecf.pacerpro.com
              Joseph  Cicala    on behalf of Defendant    Tore Electric Company jcicala@gpmlegal.com,
               jcicala@gpmlegal.com
              Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Creditor    Fabcon Precast jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
              Joseph J. DiPasquale    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com,  jkimble@lowenstein.com
              Joseph J. DiPasquale    on behalf of Defendant    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com,  jkimble@lowenstein.com
              Joseph J. DiPasquale    on behalf of Debtor    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com,  jkimble@lowenstein.com
              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Sunstone Hotels Morristown, LLC jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Redevelopment Company, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Redevelopment Company, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company
               jschwartz@riker.com
              Joseph R Zapata, Jr.    on behalf of Creditor    STMR, Inc. jzapata@msklaw.net
              Joseph R. Fischer    on behalf of Defendant    Nordic Contracting Company, Inc.
               jfischer@kiernanstrenk.com
              Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jraymond@msbnj.com
              K. Joseph Vyzas    on behalf of Creditor    Rexel, Inc. joe@carlawyernj.com
              Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC
               krosen@lowenstein.com,  dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC
               krosen@lowenstein.com,  dclaussen@lowenstein.com
              Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
              Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
              Lawrence B. Diener    on behalf of Defendant    Advanced Scaffold Services Mid-Atlantic LLC
               LBDiener@optimum.net
              Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services Mid-Atlantic LLC
               LBDiener@optimum.net
              Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services, LLC LBDiener@optimum.net
              Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing
               mmiceli@sm-lawpc.com,  lindsay@sm-lawpc.com
              Marguerite  Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
               mschaffer@shainlaw.com
              Mario A. Batelli    on behalf of Petitioning Creditor 360 Fire Prevention   360 Fire Prevention LLC
               mbatelli@fostermazzielaw.com
              Mark E. Felger    on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com,
               sshidner@cozen.com
```

```
District/off: 0312-3              User: admin                Page 4 of 5                    Date Rcvd: Dec 11, 2019
                                  Form ID: orderntc          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Martin P. Skolnick    on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware mskolnick@gmail.com
    Martin P. Skolnick    on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
    Mary E. Seymour    on behalf of Debtor    Hollister Construction Services, LLC mseymour@lowenstein.com
    Melissa A. Pena    on behalf of Creditor    Target Fire Protection mapena@norris-law.com, pfreda@nmmlaw.com
    Meredith I. Friedman    on behalf of Creditor    CTC Academy mfriedman@wilentz.com, ciarkowski@wilentz.com
    Michael Kahme    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC mkahme@hillwallack.com, fmansmann@hillwallack.com
    Michael Stafford    on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal, norddemaio@aol.com;adamnorddemaio@aol.com
    Michael D. Sirota    on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com, fpisano@coleschotz.com
    Michael J. Shavel    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC mshavel@hillwallack.com
    Michael R. Herz    on behalf of Creditor    Troon Electric of New Jersey LLC mherz@foxrothschild.com, cbrown@foxrothschild.com
    Michele Lane Ross    on behalf of Creditor    Control Services, LLC sterry@mrossllc.com
    Mitchell Malzberg    on behalf of Creditor    Vector Structural Preservation Corp. mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
    Morris S. Bauer    on behalf of Creditor    Ware Malcomb msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com
    Murphy Durkin    on behalf of Creditor    Dehn Bros.Fire Protection, Inc. maresta@durkinlawfirm.com
    Nicholas Verna    on behalf of Interested Party    Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) nick.verna@wbd-us.com
    Nicole M. Nigrelli    on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
    Nicole M. Nigrelli    on behalf of Defendant    Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
    Nicole M. Nigrelli    on behalf of Defendant    Delcon Builders Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
    Nicole M. Nigrelli    on behalf of Interested Party    Delcon Builders, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
    Pearl Shah    on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
    Peter Broege    on behalf of Creditor    Encon Mechancial Corp pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com
    Philip William Allogramento    on behalf of Creditor    Environmental Devices, Inc. pallogramento@connellfoley.com
    Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC pallogramento@connellfoley.com
    Richard Brant Forrest    on behalf of Creditor    DeSesa Engineering Company, Inc. rforrest@oslaw.com
    Richard E. Weltman    on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com, mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
    Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company rnies@csglaw.com
    Robert M Hirsh    on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability company hirsh.robert@arentfox.com, indelicato.lisa@arentfox.com;Mary.Dowd@arentfox.com;Mark.Bloom@arentfox.com;Jackson.Toof@arentfox.com;adam.ruttenberg@arentfox.com;alyssa.fiorentino@arentfox.com
    Robert Saul Molnar    on behalf of Creditor    Starlite Electric LLC molnarrs@aol.com
    Rocco A. Cavaliere    on behalf of Creditor    Titan Industrial Services Corp. rcavaliere@tarterkrinsky.com
    Ryan M. Ernst    on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
    Sam Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors sdellafera@msbnj.com
    Seth Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds (the "Funds") sptasiewicz@krollfirm.com
    Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com, AutoDocketWILM@duanemorris.com
    Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation jonaitis@pepperlaw.com, balaa@pepperlaw.com;molitorm@pepperlaw.com
    Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com, balaa@pepperlaw.com;molitorm@pepperlaw.com
    Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
    Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
    Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com
    Stuart Komrower    on behalf of Defendant    Orion Interiors, Inc. skomrower@coleschotz.com, fpisano@coleschotz.com
    Stuart M. Brown    on behalf of Interested Party    Waypoint Hackensack Urban Renewal Owner LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

```
District/off: 0312-3          User: admin               Page 5 of 5              Date Rcvd: Dec 11, 2019
                              Form ID: orderntc         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law,
           mvargas@walsh.law
          Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University
           sdarling@walsh.law, mvargas@walsh.law
          Tara J. Schellhorn    on behalf of Creditor   Newark Warehouse Redevelopment Company
           tschellhorn@riker.com
          Tara J. Schellhorn    on behalf of Creditor   Newark Warehouse Urban Renewal, LLC
           tschellhorn@riker.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com,
           jlafferty@capehart.com
          Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com
                                                                                       TOTAL: 155
```