| | |
|---|---|
| UNITED STATES BANKRUPCTY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>Skolnick Legal Group, P.C.<br>Martin P. Skolnick, Esq.<br>103 Eisenhower Parkway, Suite 305<br>Roseland, New Jersey 07068<br>973-403-0100<br><br>Attorneys for Creditor/Lienor<br>Stateline Fabricators, LLC<br><br>In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC<br><br>Debtor. | Order Filed on December 12, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>(Joint Administration Requested)<br><br>Hearing Date:<br><br>Judge: Hon. Michael B. Kaplan,<br><br>Chapter 11 |

Recommended Local Form:    ■ Followed    ☐ Modified

## ORDER VACATING OR MODIFYING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 12, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In re:                                                          Chapter 11

HOLLISTER CONSTRUCTION SERVICES, LLC:          Case No. 19-27439 (MBK)

Debtor.

**THIS MATTER** having been opened to the Court by Martin P. Skolnick, Esq. of the firm of Skolnick Legal Group, P.C., attorneys for Stateline Fabricators, LLC, one of the creditors in the above matter, and the Court having reviewed the papers submitted and good cause having been made; it is therefore

**ORDERED** on this date December 12, 2019, that the automatic stay be and is hereby modified to allow City Contracting, Inc. to commence one or more actions and to join Hollister Construction Services, LLC ("Debtor"), as a necessary party only in legal proceedings before the New Jersey Superior Court, Essex County, in order to prosecute claims against parties other than the Debtor to fully ascertain and thereafter enforce Construction Lien Claims filed and served by Stateline Fabricators, LLC, in connection with certain construction projects more fully described in the Notice of Motion and accompanying Certification of Edward Esposito, member of Stateline Fabricators, LLC, dated November , 2019 and November , 2019 respectively; and it is

**FURTHER ORDERED**, that the automatic stay remains in effect in all other respects, but without prejudice to the rights of Stateline Fabricators, LLC, to file one or more unsecured proof of claims in this bankruptcy proceeding; and it is

**FURTHER ORDERED,**, that a copy of this Order be served upon all parties in this matter within 7 days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-27439-MBK
Hollister Construction Services, LLC                                  Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Dec 12, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2019.
db              +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2019 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0