| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Mary E. Seymour, Esq.<br>Jennifer B. Kimble, Esq.<br>Arielle B. Adler, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* |

Order Filed on December 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

### ORDER (I) AUTHORIZING THE DEBTOR TO (A) REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (B) ENTER INTO A LEASE AMENDMENT; AND (II) GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

**DATED: December 12, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order (I) Authorizing the Debtor to (A) Reject Certain Executory Contracts and Unexpired Leases and (B) Enter into a Lease Amendment; and (II) Granting Related Relief

---

**THIS MATTER** having come before the Court on the motion (the "Motion")[2] of the above-captioned debtor and debtor-in-possession (the "Debtor"), seeking entry of an order pursuant to sections 105(a), 365(a) and 554 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 6004(h), 6006(a) and 6006(f) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") (I) authorizing the Debtor to (A) reject the Rejected Contract and Leases, as described in the Motion and on Exhibit A hereto, and (B) enter into the Lease Amendment; and (II) granting related relief; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated as of September 18, 2012 (Simandle, C.J.); and the Court having determined that the relief requested in the Motion is in the best interest of the Debtor, its estate, and its creditors; and it appearing that due and proper notice of the Motion has been provided and that no other or further notice need be provided; and upon the proceedings had before the Court; and good and sufficient cause appearing therefor, it is hereby **ORDERED**, that:

1. The Motion is **GRANTED** as set forth herein.

2. The Rejected Contract and Leases are hereby rejected pursuant to Bankruptcy Code § 365(a) effective as of the dates set forth on Exhibit A to this Order.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

Page:    3
Debtor:    Hollister Construction Services, LLC
Case No.:    19-27439 (MBK)
Caption:    Order (I) Authorizing the Debtor to (A) Reject Certain Executory Contracts and Unexpired Leases and (B) Enter into a Lease Amendment; and (II) Granting Related Relief

___

3. Rejection Claims shall be filed by no later than **30 days after the date of entry of this Order**, *i.e.*, the Rejection Claims Deadline, at the following address:

> Hollister Construction Services Claims Processing Center
> c/o Prime Clerk LLC
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

Claims may also be filed electronically at https://cases.primeclerk.com/hcs/EPOCIndex, but may not be delivered by facsimile, telecopy, electronic mail or other electronic transmission. The failure to file a Rejection Claim on or before the Rejection Claims Deadline shall forever bar any counterparty to any of the Rejected Contract and Leases from asserting a Rejection Claim against the Debtor or its estate or from recovering any distribution on account of any such claim.

4. Notwithstanding any provision in any Rejected Lease to the contrary, within twenty (20) days of the date of entry of this Order, all non-debtor parties to the Rejected Leases shall make arrangements with the Debtor to obtain the return of any property leased by the Debtor pursuant to the Rejected Leases. To the extent that any non-debtor party fails to contact the Debtor to obtain the return of such property, such property shall be deemed abandoned pursuant to Section 554(a) of the Bankruptcy Code.

5. The Debtor retains the right to object to, dispute, or assert setoffs or defenses against any filed Rejection Claim, including but not limited to challenging the nature, validity, liability, amount, or classification of any such claim.

6. The Debtor is authorized to enter into the Lease Amendment attached as Exhibit B to this Order.

Page:     4
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order (I) Authorizing the Debtor to (A) Reject Certain Executory Contracts and Unexpired Leases and (B) Enter into a Lease Amendment; and (II) Granting Related Relief

_____

7. The Debtor's entry into the Lease Amendment is not deemed to be a rejection or assumption of the Lease. Any assumption or rejection of the Lease will abide further motion by the Debtor and order of this Court.

8. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from this Order.

9. The Debtor is authorized to execute, implement, deliver, and fully perform under any and all instruments and documents necessary, customary or appropriate to the performance of the obligations as contemplated by this Order.

10. Any stay of this Order is waived and this Order is effective immediately upon entry.

**Exhibit A**

| Name and Mailing Address of Party to Contract or Lease | Description of Contract or Lease | Rejection Date |
|---|---|---|
| EWA Moonachie, LLC<br>c/o Accordia Realty Management Services, LLC<br>100 Passaic Avenue, Suite 150<br>Fairfield, New Jersey 07004<br><br>For notice purposes only:<br>Alan J. Brody<br>Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932 | Construction contract related to the Moonachie Project | September 11, 2019 |
| GreatAmerica Financial Services Corporation, as Assignee of Reliable Office Systems And Supplies, Inc. dba Reliable Office Systems Inc.<br>625 First St. SE, Suite 800<br>Cedar Rapids, IA 52401<br><br>For notice purposes only:<br>Reliable Office Systems<br>4442 Arthur Kill Road<br>Staten Island, NY 10309 | Lease of ImageRUNNER ADVANCE C3325i and any related items<br><br>Lease of ImagePROGRAF iPF770 MFP L36 and any related items | Date of Entry of the Order<br><br>Date of Entry of the Order |
| Pitney Bowes Inc.<br>PO Box 371887<br>Pittsburg, PA 15250 | Lease of SendPro 300 and any related items | Date of Entry of the Order |
| SBS Delage Landen<br>PO Box 41602<br>Philadelphia, PA 19101<br><br>For notice purposes only:<br>Sharp Business Systems<br>Lease Processing Center<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Lease of MXM5141N and related items<br><br>Lease of MX5070N and any related items | September 11, 2019<br><br>September 11, 2019 |

| | | |
|---|---|---|
| For notice purposes only:<br>Docutrend Imaging Solutions<br>29J Commerce Way<br>Totowa, NJ 07512 | | |
| Wells Fargo Vendor Financial Services, LLC<br>Wells Fargo Financial Services<br>1010 Thomas Edison Blvd S.W.<br>Cedar Rapids, Iowa 52404<br><br>For notice purposes only:<br>Docutrend Imaging Solutions<br>29J Commerce Way<br>Totowa, NJ 07512 | Leases of the following three (3) Canon imageRUNNER ADVANCE copiers and any related items:<br><br>Account #450-9681825-001<br>    Model # C5550I II<br>Serial #XUG01864 Assets<br>    Model # C5550I II<br>Serial #XUG01872<br>Account #450-9681825-003<br>    Model# C3530i II<br>Serial #2GU04379 | Date of Entry of the Order |

-6-

**Exhibit B**

**Lease Amendment**

37322/3
11/21/2019 205337518.9

## SIXTH AMENDMENT TO STANDARD OFFICE LEASE

**THIS SIXTH AMENDMENT TO STANDARD OFFICE LEASE** (this "*Amendment*") is made as of _____, 2019 (the "*Effective Date*"), by and between **MANE REAL ESTATE, LLC**, a New Jersey limited liability company, having an address c/o Prism Capital Partners, LLC, 200 Broadacres Drive, Bloomfield, New Jersey 07003 ("*Landlord*"), and **HOLLISTER CONSTRUCTION SERVICES, LLC**, a New Jersey limited liability company, having an address at 339 Jefferson Road, Parsippany, New Jersey 07054 ("*Tenant*").

## W I T N E S S E T H:

**WHEREAS**, The Realty Associates Fund VI, L.P. (Landlord's predecessor in title) and Tenant entered into that certain Standard Office Lease dated March 28, 2012 (the "*Original Lease*"), as amended by that certain First Amendment to Standard Office Lease dated as of April 4, 2014 by and between Landlord and Tenant (the "*First Amendment*"), as further amended by that certain Second Amendment to Standard Office Lease dated as of October 14, 2015 by and between Landlord and Tenant (the "*Second Amendment*"), as further amended by that certain Third Amendment to Standard Office Lease dated as of April 15, 2016 by and between Landlord and Tenant (the "*Third Amendment*"), as further amended by that certain Fourth Amendment to Standard Office Lease dated as of March 3, 2017 by and between Landlord and Tenant (the "*Fourth Amendment*"), as further amended by that certain Fifth Amendment to Standard Office Lease dated as of January 30, 2018 by and between Landlord and Tenant (the "*Fifth Amendment*" and, together with the Original Lease, the First Amendment, the Second Amendment, the Third Amendment and the Fourth Amendment, the "*Lease*") whereby Tenant leases from Landlord as of the Effective Date of this Amendment 15,463 rentable square feet located on the first (1st) floor and 5,785 rentable square feet located on the second (2nd) floor (the "*Existing Premises*") of that certain building located at 339 Jefferson Road, Parsippany, New Jersey 07054 (the "*Building*"); and

**WHEREAS**, the current expiration date of the Lease is October 31, 2020; and

**WHEREAS**, Tenant wishes to, among other things, (i) surrender all of the 15,463 rentable square feet of the Existing Premises located on the first (1st) floor of the Building (the "*Surrender Premises*"), and (ii) retain all of the 5,785 rentable square feet of the Existing Premises located on the second (2nd) floor of the Building (the "*Remaining Premises*"); and

**WHEREAS**, Landlord is willing to (i) accept the surrender of the Surrender Premises, and (ii) agree to the continuation of Tenant's tenancy in the Remaining Premises, in each case, on the terms and conditions contained herein; and

**WHEREAS**, Landlord and Tenant each wish to amend the Lease as of the Effective Date in accordance with, and subject to, the provisions of this Amendment.

**NOW, THEREFORE**, in consideration of the sum of Ten ($10.00) Dollars and other good and valuable consideration exchanged by Landlord and Tenant, the receipt and legal sufficiency of which hereby expressly are acknowledged, the parties hereto covenant and agree as follows:

1. **Recitals; Defined Terms**. The recitals set forth above are hereby incorporated herein by reference as if set forth in full in the body of this Amendment. All words and phrases used herein with initial capital case letters and not otherwise defined in this Amendment shall have the respective meanings ascribed to them in the Lease.

2. **Surrender of the Surrender Premises**. Tenant hereby surrenders, grants, gives up, delivers and yields unto Landlord as of 12:01 A.M. on October 1, 2019 (the "*Surrender Effective Date*"), as if said date were the date specified in the Lease for the expiration thereof, all of its right, title and interest in and to the Surrender Premises, together with all alterations, additions or improvements upon or in the Surrender Premises, to the intent and purpose that all of Tenant's estate in and to the Surrender Premises shall be wholly extinguished as of the Surrender Effective Date; and Landlord hereby accepts from Tenant as of the Surrender Effective Date, such surrender of all of Tenant's right, title and interest in and to the Surrender Premises; and the parties hereby declare and agree that, if Tenant surrenders the Surrender Premises broom clean, with all of Tenant's furniture, fixtures, equipment and other items of personal property removed from the Surrender Premises on or before November 1, 2019 (the "*Clean-Out Date*"), the Surrender Premises shall be released and discharged from the operation of the Lease as of the Surrender Effective Date. Tenant shall retain a right of access to the Surrender Premises until 11:59 P.M. on the Clean-Out Date in order to comply with its obligations set forth in the immediately preceding sentence. If Tenant fails to surrender the Surrender Premises to Landlord on the Clean-Out Date in such condition, all applicable provisions of the Lease will apply to the Surrender Premises. From and after the Surrender Effective Date, the term "*Premises*" as used in the Lease, as amended hereby, shall mean the Remaining Premises. For the avoidance of doubt, the expiration date of the Lease with respect to the Remaining Premises shall continue to be October 31, 2020.

3. **Amendments to the Lease**.

(a) From and after the Surrender Effective Date, Paragraph 1.2 of the Basic Lease Provisions of the Lease shall be deleted in its entirety and replaced with the following: "1.2 Premises: A portion of the second (2nd) floor of the Building as shown on *Exhibit A* attached to the Sixth Amendment (the " *Remaining Premises*")."

(b) From and after the Surrender Effective Date, the reference to "21,248 rentable square feet" in Paragraph 1.3 of the Basic Lease Provisions of the Lease, as amended through the Fourth Amendment, shall be deleted in its entirety and replaced with "5,785 rentable square feet on the second (2nd) floor of the Building".

(c) (i) From and after the Surrender Effective Date, Paragraph 1.8 of the Basic Lease Provisions of the Lease shall be amended to reflect that Tenant shall pay Base Rent to Landlord with respect to the Remaining Premises in monthly installments in accordance with the following Base Rent schedule:

| **Period or Months of Term** | **Annual Base Rent (annualized amount)** | **Monthly Base Rent** | **Annual Base Rent per rentable square foot** |
|---|---|---|---|
| The Surrender Effective Date until October 31, 2020: | $130,162.56 | $10,846.88 | $22.50 |

(ii)    Tenant shall continue to be liable for and shall pay, at the times and in the manner specified in the Lease, all other rent or additional rent (including but not limited to the Electric Energy Charge, $1.75psf) due pursuant to the Lease with respect to the Remaining Premises.

(d)    From and after the Surrender Effective Date, Paragraph 1.11 of the Basic Lease Provisions of the Lease shall be deleted in its entirety and replaced with the following: "1.11    Tenant's Share (i.e. proportionate share for purposes of Operating Expenses and Real Property Taxes): 5.66%, based upon the Remaining Premises containing 5,785 rentable square feet and the Building containing 102,287 rentable square feet."

(e)    From and after the Surrender Effective Date, Paragraph 1.12 of the Basic Lease Provisions of the Lease shall be amended to provide that with respect to the Remaining Premises, the Base Year shall be calendar year 2016.

(f)    From and after the Surrender Effective Date, the reference to "Unreserved Spaces: Fifty-Seven (57)" in Paragraph 1.13 of the Basic Lease Provisions of the Lease, as amended through the Fourth Amendment, shall be deleted in its entirety and replaced with "Unreserved Spaces: Sixteen (16)".

(g)    From and after the Surrender Effective Date, the reference to "Exhibit A – "Premises"" in Paragraph 1.16 of the Basic Lease Provisions of the Lease shall be deleted in its entirety and replaced with "Exhibit A to this Amendment – "Remaining Premises"".

4.    **Brokers**.  Landlord and Tenant each represents and warrants to the other that it has dealt with no broker, finder or like agent in connection with this Amendment.

5.    **Ratification of Lease**.  Except as modified by this Amendment, the Lease and all of the covenants, agreements, terms, provisions and conditions thereof shall remain in full force and effect and are hereby ratified and affirmed. The covenants, agreements, terms, provisions and conditions contained in this Amendment shall bind the parties hereto and their respective successors and assigns and shall inure to the benefit of the parties hereto and their respective permitted successors and assigns. In the event of any conflict between the provisions of this Amendment and the Lease, the provisions contained in this Amendment shall prevail and be paramount.

3
104209169.v2

6. **Counterparts**. This Amendment may be executed in any number of counterparts and in PDF or other comparable electronic format, each of which shall constitute an original and together a single instrument, with the same effect as if the signatures thereto and hereto were upon the same instrument.

7. **Binding Effect**. This Amendment shall become binding and be effective only upon execution and delivery of this Amendment by each of Landlord and Tenant to the other.

8. **Authority/Representations**. Landlord and Tenant represent, warrant and covenant to each other that (a) each has the right, power, legal capacity and authority to execute, deliver and perform under this Amendment (and, that with respect to both Landlord and Tenant, no other authority or approval, including, but not limited to, the approval of any lender, mortgagee or trustee is required or if such consent is required, all such required consents have been obtained), and (b) this Amendment constitutes the entire agreement between the parties with respect to the matters herein contained.

THE REMAINDER OF THIS PAGE IS LEFT INTENTIONALLY BLANK

   **IN WITNESS WHEREOF**, the parties hereto have caused this Amendment to be duly executed as of the day and year first above written.

**LANDLORD:**

**MANE REAL ESTATE, LLC**, a New Jersey limited liability company

By: _____
Name:
Title:

**TENANT:**

**HOLLISTER CONSTRUCTION SERVICES, LLC**, a New Jersey limited liability company

By: _____
  Name:
  Title:

EXHIBIT A
REMAINING PREMISES

[SEE ATTACHED]

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 19-27439-MBK
Hollister Construction Services, LLC                        Chapter 11
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 5              Date Rcvd: Dec 12, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
db             +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               adobin@msbnj.com
              Andrew B. Cohn    on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
              Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
               .com;tgraga@kbtlaw.com
              Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
              Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation stioa@pepperlaw.com
              Anna Patras    on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohlereng.com
              Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
               arainone@bracheichler.com,
               cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com
              Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com;jkimble@lowenstein.com
              Arielle Adler    on behalf of Plaintiff    Hollister Construction Services, LLC
               aadler@lowenstein.com,  elawler@lowenstein.com;jkimble@lowenstein.com
              Bart J. Klein    on behalf of Defendant    Direct Cabinet Sales Of Red Bank Inc.
               bart@bartjkleinlaw.com
              Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
              Brett Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
              Brian Gregory Hannon    on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Brian R Tipton    on behalf of Creditor    State Line Construction Company, Inc.
               btipton@fpslawfirm.com

```
District/off: 0312-3                  User: admin                     Page 2 of 5                   Date Rcvd: Dec 12, 2019
                                      Form ID: pdf903                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Bruce D. Buechler    on behalf of Debtor    Hollister Construction Services, LLC
               bbuechler@lowenstein.com
              Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
              Carl J. Soranno    on behalf of Defendant    Air Group, LLC csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
              Carl J. Soranno    on behalf of Defendant    Industrial Maintenance, Inc. csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
              Carl J. Soranno    on behalf of Defendant    Haddad Heating & Plumbing Inc.
               csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
              Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
              Carol L. Knowlton    on behalf of Creditor    KSS Architects cknowlton@gorskiknowlton.com
              Charles A. Gruen    on behalf of Creditor    Michaels Electrical Supply Corp. cgruen@gruenlaw.com
              Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
              Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
              Daniel  Stolz    on behalf of Interested Party    Latitude West Owner, LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel  Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel  Stolz    on behalf of Interested Party    Latitude East Owner, LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Danielle  Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Defendant    Global Development Contractors, L.L.C.
               dcohen@tessercohen.com,   ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Creditor    Global Development Contractors, LLC
               dcohen@tessercohen.com,   ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc.
               dcohen@tessercohen.com,   ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Darren R. Marks    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
               dmarks@borahgoldstein.com,   nagwu@borahgoldstein.com
              David E. Sklar    on behalf of Creditor    All Brands Elevator Industries, Inc.
               dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@n
               otify.bestcase.com;agouveia@scura.com
              David E. Sklar    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc.
               dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@n
               otify.bestcase.com;agouveia@scura.com
              David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com,   ciarkowski@wilentz.com
              David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
              Donald B. Veix, Jr.    on behalf of Creditor    Bohler Engineering NY, PLLC donveixlaw@gmail.com,
               dveix@hartylawgroup.com
              Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO
               donna.thompson@dlthompsonlaw.com,   dlthompsonlaw@aol.com
              Douglas Clagett Gray    on behalf of Defendant    Carson Corporation dgray@mdsfirm.com
              Edmund  Campbell    on behalf of Creditor    Glass Systems Tech, LLC
               aweisenberger@campbellroccolaw.com
              Eric J. Hughes    on behalf of Creditor    Liberty Mutual Insurance Company ehughes@mdmc-law.com
              Ericka Fredricks Johnson    on behalf of Interested Party    Interlink Transport Technologies, Inc.
               (dba MSC Technology (North America) Inc.) ErJohnson@wcsr.com,
               Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;matthew.ward@wbd-us.com
              Evan A. Blaker    on behalf of Defendant    J M Pereira And Sons Inc. eblaker@cohenseglias.com,
               mjaskolka@cohenseglias.com
              Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com,
               fpisano@coleschotz.com
              Frank F. Velocci    on behalf of Creditor    NSA 18th Avenue, LLC frank.velocci@dbr.com,
               brian.morgan@dbr.com
              Grant  Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com,
               lschindler@wbny.com
              Greg  Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com,   gtrif@triflaw.com
              Greg  Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com,   gtrif@triflaw.com
              Greg  Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com,
               gtrif@triflaw.com
              Greg  Trif    on behalf of Defendant    K R Masonry L.L.C. gtrif@triflaw.com,   gtrif@triflaw.com
              Hisham I. Masri    on behalf of Creditor    Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com,
               m.duran@hmasrilaw.com
              Ilana  Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com,
               fpisano@coleschotz.com;ssallie@coleschotz.com
              Jacob  Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC
               jfrumkin@coleschotz.com

```
District/off: 0312-3                  User: admin                    Page 3 of 5                  Date Rcvd: Dec 12, 2019
                                      Form ID: pdf903                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              James C. Dezao, III    on behalf of Creditor Mayer  Weberman gerald@dezaolaw.com
              James C. Dezao, III    on behalf of Creditor Antonio  Zarfino gerald@dezaolaw.com
              Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc.
               jmanfrey@foxrothschild.com,
               jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              Jay L. Lubetkin    on behalf of Interested Party Kieran  Flanagan jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Interested Party Christopher  Johnson jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
              Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
              Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc.
               jwh@njlawfirm.com,  ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
              Jenny R. Kasen    on behalf of Defendant    SP Builders Contractors Inc. jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              John  O'Boyle    on behalf of Defendant    Bender Enterprises, Inc. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John  O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John  O'Boyle    on behalf of Defendant    Imperial Floors Limited Liability Company
               joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com,
               ecf-fe4957a0ba6a@ecf.pacerpro.com
              Joseph  Cicala    on behalf of Defendant    Tore Electric Company jcicala@gpmlegal.com,
               jcicala@gpmlegal.com
              Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Creditor    Fabcon Precast jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
              Joseph J. DiPasquale    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com,   jkimble@lowenstein.com
              Joseph J. DiPasquale    on behalf of Defendant    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com,   jkimble@lowenstein.com
              Joseph J. DiPasquale    on behalf of Debtor    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com,   jkimble@lowenstein.com
              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Sunstone Hotels Morristown, LLC jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Redevelopment Company, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Redevelopment Company, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company
               jschwartz@riker.com
              Joseph R Zapata, Jr.    on behalf of Creditor    STMR, Inc. jzapata@msklaw.net
              Joseph R. Fischer    on behalf of Defendant    Nordic Contracting Company, Inc.
               jfischer@kiernantrenk.com
              Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jraymond@msbnj.com
              K. Joseph Vyzas    on behalf of Creditor    Rexel, Inc. joe@carlawyernj.com
              Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC
               krosen@lowenstein.com,   dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC
               krosen@lowenstein.com,   dclaussen@lowenstein.com
              Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
              Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
              Lawrence B. Diener    on behalf of Defendant    Advanced Scaffold Services Mid-Atlantic LLC
               LBDiener@optimum.net
              Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services Mid-Atlantic LLC
               LBDiener@optimum.net
              Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services, LLC LBDiener@optimum.net
              Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing
               mmiceli@sm-lawpc.com,   lindsay@sm-lawpc.com
              Marguerite  Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
               mschaffer@shainlaw.com
              Mario A. Batelli    on behalf of Petitioning Creditor 360 Fire Prevention  360 Fire Prevention LLC
               mbatelli@fostermazzielaw.com
```

```
District/off: 0312-3          User: admin              Page 4 of 5          Date Rcvd: Dec 12, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Mark E. Felger    on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com,
           sshidner@cozen.com
          Martin P. Skolnick    on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware
           mskolnick@gmail.com
          Martin P. Skolnick    on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
          Mary E. Seymour    on behalf of Debtor    Hollister Construction Services, LLC
           mseymour@lowenstein.com
          Melissa A. Pena    on behalf of Creditor    Target Fire Protection mapena@norris-law.com,
           pfreda@nmmlaw.com
          Meredith I. Friedman    on behalf of Creditor    CTC Academy mfriedman@wilentz.com,
           ciarkowski@wilentz.com
          Michael Kahme    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
           mkahme@hillwallack.com,    fmansmann@hillwallack.com
          Michael Stafford    on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal,
           norddemaio@aol.com;adamnorddemaio@aol.com
          Michael D. Sirota    on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com,
           fpisano@coleschotz.com
          Michael J. Shavel    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
           mshavel@hillwallack.com
          Michael R. Herz    on behalf of Creditor    Troon Electric of New Jersey LLC
           mherz@foxrothschild.com,    cbrown@foxrothschild.com
          Michele Lane Ross    on behalf of Creditor    Control Services, LLC sterry@mrossllc.com
          Mitchell Malzberg    on behalf of Creditor    Vector Structural Preservation Corp.
           mmalzberg@mjmalzberglaw.com,    dlapham@mjmalzberglaw.com
          Morris S. Bauer    on behalf of Creditor    Ware Malcomb msbauer@nmmlaw.com,
           rjacome@norris-law.com,relikens@nmmlaw.com
          Murphy Durkin    on behalf of Creditor    Dehn Bros.Fire Protection, Inc. maresta@durkinlawfirm.com
          Nicholas Verna    on behalf of Interested Party    Interlink Transport Technologies, Inc. (dba MSC
           Technology (North America) Inc.) nick.verna@wbd-us.com
          Nicole M. Nigrelli    on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli    on behalf of Defendant    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli    on behalf of Defendant    Delcon Builders Inc. nnigrelli@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli    on behalf of Interested Party    Delcon Builders, Inc.
           nnigrelli@ciardilaw.com,    sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Pearl Shah    on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
          Peter Broege    on behalf of Creditor    Encon Mechancial Corp pbroege@bnfsbankruptcy.com,
           G1580@notify.cincompass.com
          Philip William Allogramento    on behalf of Creditor    Environmental Devices, Inc.
           pallogramento@connellfoley.com
          Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC
           pallogramento@connellfoley.com
          Richard Brant Forrest    on behalf of Creditor    DeSesa Engineering Company, Inc.
           rforrest@oslaw.com
          Richard E. Weltman    on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com,
           mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
          Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company
           rnies@csglaw.com
          Robert M Hirsh    on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability
           company hirsh.robert@arentfox.com,
           indelicato.lisa@arentfox.com;Mary.Dowd@arentfox.com;Mark.Bloom@arentfox.com;Jackson.Toof@arentfox
           .com;adam.ruttenberg@arentfox.com;alyssa.fiorentino@arentfox.com
          Robert Saul Molnar    on behalf of Creditor    Starlite Electric LLC molnarrs@aol.com
          Rocco A. Cavaliere    on behalf of Creditor    Titan Industrial Services Corp.
           rcavaliere@tarterkrinsky.com
          Ryan M. Ernst    on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com,    mjoyce@oelegal.com
          Sam Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           sdellafera@msbnj.com
          Seth Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds
           (the "Funds") sptasiewicz@krollfirm.com
          Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com,
           AutoDocketWILM@duanemorris.com
          Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
           Place Housing Development Fund Corporation jonaitis@pepperlaw.com,
           balaa@pepperlaw.com;molitorm@pepperlaw.com
          Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
           Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com,
           balaa@pepperlaw.com;molitorm@pepperlaw.com
          Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University
           sfalanga@thewalshfirm.com,    chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
          Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation
           sfalanga@thewalshfirm.com,    chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
          Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com,
           courtnotices@herrick.com;lporetsky@herrick.com
          Stuart Komrower    on behalf of Defendant    Orion Interiors, Inc. skomrower@coleschotz.com,
           fpisano@coleschotz.com

```
District/off: 0312-3          User: admin              Page 5 of 5              Date Rcvd: Dec 12, 2019
                              Form ID: pdf903          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Stuart M. Brown    on behalf of Interested Party    Waypoint Hackensack Urban Renewal Owner LLC
               stuart.brown@dlapiper.com,    stuart-brown-7332@ecf.pacerpro.com
              Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law,
               mvargas@walsh.law
              Sydney J. Darling     on behalf of Interested Party    Fairleigh Dickinson University
               sdarling@walsh.law,   mvargas@walsh.law
              Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company
               tschellhorn@riker.com
              Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
               tschellhorn@riker.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com,
               jlafferty@capehart.com
              Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com
                                                                                             TOTAL: 157
```