| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Mary E. Seymour, Esq.<br>Jennifer B. Kimble, Esq.<br>Arielle B. Adler, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* | Order Filed on December 12, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

### ORDER GRANTING SECOND OMNIBUS MOTION AUTHORIZING THE DEBTOR TO REJECT THE REJECTED CONTRACT AND LEASES

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

**DATED: December 12, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:     2
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Granting Second Omnibus Motion Authorizing the Debtor to Reject the Rejected Contract and Leases

___

     **THIS MATTER** having come before the Court on the motion (the "Motion")[2] of the above-captioned debtor and debtor-in-possession (the "Debtor"), seeking entry of an order pursuant to sections 105(a) and 365(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 6004(h), 6006(a) and 6006(f) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the Debtor to reject the Rejected Contract and Leases, as described in the Motion and on Exhibit A hereto, and related relief; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated as of September 18, 2012 (Simandle, C.J.); and the Court having determined that the relief requested in the Motion is in the best interest of the Debtor, its estate, and its creditors; and it appearing that due and proper notice of the Motion has been provided and that no other or further notice need be provided; and upon the proceedings had before the Court; and good and sufficient cause appearing therefor, it is hereby

**ORDERED**, that:

    1.    The Motion is **GRANTED** as set forth herein.

    2.    The Rejected Contract and Leases are hereby rejected pursuant to Bankruptcy Code § 365(a) effective as of the dates set forth on Exhibit A to this Order.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

Page:      3
Debtor:    Hollister Construction Services, LLC
Case No.:  19-27439 (MBK)
Caption:   Order Granting Second Omnibus Motion Authorizing the Debtor to Reject the Rejected Contract and Leases

___

3. Rejection Claims shall be filed by no later than **30 days after the date of entry of this Order**, *i.e.*, the Rejection Claims Deadline, at the following address:

> Hollister Construction Services Claims Processing Center
> c/o Prime Clerk LLC
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

Claims may also be filed electronically at https://cases.primeclerk.com/hcs/EPOCIndex, but may not be delivered by facsimile, telecopy, electronic mail or other electronic transmission. The failure to file a Rejection Claim on or before the Rejection Claims Deadline shall forever bar any counterparty to any of the Rejected Contract and Leases from asserting a Rejection Claim against the Debtor or its estate or from recovering any distribution on account of any such claim.

4. The Debtor retains the right to object to, dispute, or assert setoffs or defenses against any filed Rejection Claim, including but not limited to challenging the nature, validity, liability, amount, or classification of any such claim.

5. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from this Order.

6. The Debtor is authorized to execute, implement, deliver, and fully perform under any and all instruments and documents necessary, customary or appropriate to the performance of the obligations as contemplated by this Order.

7. Any stay of this Order is waived and this Order is effective immediately upon entry.

**Exhibit A**

| Name and Mailing Address of Party to Contract or Lease | Description of Contract or Lease | Rejection Date |
|---|---|---|
| CS 134 W. 29th Street LLC<br>1350 Broadway, Suite 1010<br>New York, NY 10018 | Sublicense agreement for office space located at 134 West 29th Street, New York, NY 10001 | December 31, 2019 |
| Myrage, LLC c/o Atlantic Management<br>1271 Paterson Plank Road<br>Secaucus, NJ 07094<br><br>Karen L. Thurston, Esq.<br>Feinstein, Raiss, Kelin, Booker & Goldstein, LLC, counsel to Myrage, LLC c/o Atlantic Management<br>290 W. Mt. Pleasant Avenue, Suite 1340<br>Livingston, NJ 07039 | Lease for office space located at 2 Jones Street, Jersey City, New Jersey 07306 | November 30, 2019 |
| Verizon<br>P.O. Box 15124<br>Albany, NY 12212-5124 | Contract for service (Acct. # 2122391004999746) at 134 West 29th Street, New York, NY 10001 | December 31, 2019 |

37322/3
12/03/2019 **205501774**.3

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 19-27439-MBK
Hollister Construction Services, LLC   Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 12, 2019
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2019.
db        +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2019 at the address(es) listed below:
NONE.   TOTAL: 0