UNITED STATES BANKRUPCTY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1

Skolnick Legal Group, P.C.
Martin P. Skolnick, Esq.
103 Eisenhower Parkway, Suite 305
Roseland, New Jersey 07068
973-403-0100

Attorneys for Creditor/Lienor
Stateline Fabricators, LLC

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC

Debtor.

**Order Filed on December 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 11

Case No. 19-27439 (MBK)

Hearing Date: December 12, 2019

Judge: Hon. Michael B. Kaplan

Recommended Local Form:    ☐ Followed    ■ Modified

REVISED

### ORDER VACATING OR MODIFYING STAY

The relief set forth on the following pages, numbered two (2) through and including three (3) is hereby **ORDERED**.

**DATED: December 13, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In re:                                                          Chapter 11

HOLLISTER CONSTRUCTION SERVICES, LLC:            Case No. 19-27439 (MBK)

Debtor.

     **THIS MATTER** having been opened to the Court by Martin P. Skolnick, Esq. of the firm of Skolnick Legal Group, P.C., attorneys for Stateline Fabricators, LLC, one of the creditors in the above matter, and the Court having reviewed the papers submitted and good cause having been made; it is therefore

     **ORDERED** on this date December 13, 2019            , that the automatic stay be and is hereby modified to allow Stateline Fabricators, LLC to commence one or more actions and to join Hollister Construction Services, LLC ("Debtor"), as a necessary and nominal party only in legal proceedings before the New Jersey Superior Court, Essex County, in order to prosecute claims against parties other than the Debtor to fully ascertain and thereafter enforce Construction Lien Claims filed and served by Stateline Fabricators, LLC in connection with the construction project commonly known as the NSA 18th Avenue project and more fully described in the Notice of Motion and accompanying Certification of Edward Esposito, member of Stateline Fabricators, LLC, dated November 20, 2019 and November 15, 2019, respectively; and it is

     **FURTHER ORDERED,** that during the pendency of the bankruptcy proceedings or until further order of the bankruptcy court, Stateline Fabricators, LLC shall not seek to obtain a final judgment against the Debtor in any state court proceeding, nor shall Stateline Fabricators, LLC take any further action against the Debtor or property of Debtor's estate, other than by way of an application or adversary proceeding adverse to Debtor before the bankruptcy court which seeks to

2

obtain any relief available to Stateline Fabricators, LLC in accordance with the rules governing these bankruptcy proceedings; and it is

**FURTHER ORDERED**, that the automatic stay remains in effect in all other respects, but without prejudice to the rights of Stateline Fabricators, LLC to file one or more unsecured proof of claims in this bankruptcy proceeding; and it is

**FURTHER ORDERED,** that notwithstanding anything to the contrary in this Order, Arch Insurance Company and Arch Reinsurance Company (together, "Arch") shall not be prejudiced or be deemed to have waived any and all rights, claims and defenses of Arch, all rights, claims and defenses being expressly reserved, to the extent Stateline Fabricators, LLC asserts any claims against Bonds issued by Arch; and it is

**FURTHER ORDERED**, that nothing contained within this Order constitutes a waiver of any party's rights and defenses, including the Debtor's rights and defenses, to defend against or challenge standing, forum or venue in any subsequent dispute (including lien issues), and all parties' rights, including the Debtor's rights, are hereby reserved; and it is

**FURTHER ORDERED,** that a copy of this Order be served upon all parties in this matter within _____7_____days of this Order.

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-27439-MBK
Hollister Construction Services, LLC                                       Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 13, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db              +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0