**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
*Attorneys for Official Committee of Unsecured
Creditors of Hollister Construction Services, LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC, | Case No. 19-27439 (MBK) |
| Debtor. | |

**ADJOURNMENT REQUEST**

1. I, Sam Della Fera, Jr.,

    ☒ am the attorney for the Official Committee of Unsecured Creditors in the above-captioned case.

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Hearing on Committee's Motion to Compel Debtor and Paul Belair to Comply with Rule 2004 Subpoenas

    Current hearing date and time: December 19, 2019, at 10:00 a.m.

    New date requested: January 23, 2020, at 10:00 a.m.

    Reasons for adjournment request: The parties are negotiating a consensual resolution of this matter.

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):
    .

    I hereby certify under peanlty of perjury that the foregoing is true.

    Date: December 16, 2019            /s/ Sam Della Fera, Jr.
                                        Sam Della Fera, Jr.

**COURT USE ONLY**
_____

The request for adjournment is:

[X]  Granted         New hearing date: January 23, 2020 at 10:00 am         ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐  Denied

**IMPORTANT:**     **If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

4846-9935-0447, v. 1