UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | Case No. 19-27439 (MBK) |
| Debtor. | Hearing Date: 12/19/19 at 10:00 a.m. |
| | Judge: Kaplan |

## ADJOURNMENT REQUEST

1.    I, Arielle B. Adler, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "Debtor"), hereby request an adjournment of the following hearing for the reason set forth below.

Matter: *Motion of Advanced Scaffold Services LLC for an Order: 1. Compelling the Debtor to Assume or Reject an Executory Contract 2. And if the Contract is Rejected, Lifting the Automatic Stay, to the Extent it Applies, to Allow the Removal of Equipment from the Project Located at 285 Madison Avenue, Madison, New Jersey* (the "Motion") [Docket Nos. 583 and 584].

Current Hearing Date:    December 19, 2019 at 10:00 a.m. (ET).

Objection deadline:    December 12, 2019

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3
12/16/2019 205569062.1

-2-

| | |
|---|---|
| New Hearing Date Requested: | <u>January 23, 2020 at 10:00 a.m./Objection Deadline:</u> <u>January 16, 2020 at 4:00 p.m.</u> |
| Reason for adjournment request: | <u>The parties are working to reach a resolution of the</u> <u>Motion without incurring the expense of litigation</u>. |

2. Consent to adjournment:

☒  I have the consent of all parties.     ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: <u>12/16/2019</u>                                                    /s/ *Arielle B. Adler*
                                                                                            Signature

**COURT USE ONLY:**

_____

The request for adjournment is:

☒ Granted          New hearing date:  January 23, 2020 at 10:00 am  ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____  ☐ Peremptory

☐ Denied

   **IMPORTANT: If your request is granted, you must notify interested parties**
   **who are not electronic filers of the new hearing date.**

-2-