UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Objection Deadline:<br>**January 6, 2020 at 4:00 pm (ET)** |

**MONTHLY STAFFING AND COMPENSATION REPORT
OF 10X CEO COACHING, LLC FOR THE PERIOD
NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

In accordance with the *Interim Order Authorizing Debtors to (i) Employ and Retain 10X CEO Coaching, LLC and (ii) Designate Paul Belair as Chief Restructuring Officer for the Debtor Effective as of the Petition Date* entered on October 21, 2019 [Docket No. 350], 10X CEO Coaching, LLC ("10X") hereby submits its Monthly Staffing and Compensation Report (the "Staffing Report") for the period of November 1, 2019 through November 30, 2019 (the "Compensation Period").

During the Compensation Period, 10X incurred $48,867.50 in fees and $0.00 in expenses for a total amount of $48,867.50, as reflected in the attached exhibits.

Dated: December 16, 2019

10X CEO Coaching, LLC
P.O. Box 5117
Youngstown, Ohio 44515

*/s/ Paul Belair*
By:  Paul Belair
    Chief Executive Officer

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Case 19-27439-MBK    Doc 667    Filed 12/16/19    Entered 12/16/19 15:38:46    Desc Main
Document    Page 2 of 20

# EXHIBITS

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of 10X CEO Coaching, LLC for the Period of November 1, 2019 through November 30, 2019

**Exhibit A - Summary of Compensation and Expenses**

**Exhibit B - Summary of Fees and Hours by Professional and Description of Responsibilities of Professional**

**Exhibit C - Summary of Expenses**

## EXHIBIT "A"

**Hollister Construction Services, LLC**
**Summary of Compensation and Expenses**
**November 1, 2019 through November 30, 2019**

| | |
|---|---|
| **Professional Fees:** | $48,867.50 |
| (All professional services were rendered by Paul Belair) | |
| **Expenses:** | $   0.00 |
| **Total Invoice:** | $48,867.50 |

# EXHIBIT "B"

**Hollister Construction Services, LLC**
**Summary of Fees and Hours by Professional and**
**Description of Responsibilities of Professional**
**November 1, 2019 through November 30, 2019**



P.O. Box 5117
Youngstown, OH 44515

**Paul J. Belair's Time For Nov**

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| 11/1/19 | Read & Review Motion From UCC | 0.2 | $110.00 | | |
| | Read & Review Motion Re: TIPICO | 0.4 | $220.00 | | |
| | Zoom w/Hollister Team Re: Status of Case | 0.6 | $330.00 | | |
| | Call w/Dana Garfinkel Re: HUB Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Chris Johnson Re: Latitude Settlement | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta Re: HUB Settlement | 0.1 | $55.00 | | |
| | Call w/Michael Ochs Re: Timing of 2nd Payment in Settlement Agreement | 0.3 | $165.00 | | |
| | Call w/Chris Johnson Re: Latitude Settlement | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta Re: Cash Flow on HUB | 0.2 | $110.00 | | |
| | Call w/Vince Solano Re: Ricoh & Latitude | 0.1 | $55.00 | | |
| | Call w/Michael Ochs & Brendan Murray Re: HUB Settlement Agreement | 0.2 | $110.00 | | |
| | Call w/Chris Johnson Re: Status of Case | 0.1 | $55.00 | | |
| | Zoom Call w/Hollister Team Re: Status of Settlement Agreement's | 0.5 | $275.00 | | |
| | Call w/Lowenstein & Hollister Team Re: Status of Case | 0.4 | $220.00 | | |
| | | 3.4 | $1,870.00 | 0.0 | $0.00 |
| 11/3/19 | Call w/Michael Ochs to Discuss Status of Case & Organizing for Week | 0.8 | $440.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Call w/Bruce Buechler Re: Status of Case & Latitude | 0.6 | $330.00 | | |
| | Read & Review Redline of Draft Escrow Agreement | 0.1 | $55.00 | | |
| | | **1.5** | **$825.00** | **0.0** | **$0.00** |
| | | | | | |
| 11/4/19 | Call w/Chris Johnson to Review Status of Settlement Agreement's | 0.2 | $110.00 | | |
| | Call w/Sean Camo to Review Next Cash Collateral Order Preparation | 0.3 | $165.00 | | |
| | Call w/Sean Camo to Discuss Michael Jacoby Questions | 0.1 | $55.00 | | |
| | Call w/Michael Jacoby to Review Status of Settlement Agreement's | 0.2 | $110.00 | | |
| | Zoom Call w/Hollister Team to Review Status of Settlement Agreement's & Collections | 0.8 | $440.00 | | |
| | Call w/Mary Seymour Re: HUB Settlement Agreement | 0.1 | $55.00 | | |
| | Zoom Call w/Hollister Team Re: Status of Settlement Agreement's | 0.2 | $110.00 | | |
| | Conference Call w/Lowenstein & Hollister Teams to Discuss Status of Case | 0.4 | $220.00 | | |
| | Call w/Chris Johnson & Michael Ochs Re: Status of Case | 0.2 | $110.00 | | |
| | Call w/Michael Jacoby Re: Next Cash Collateral Motion | 0.2 | $110.00 | | |
| | Read & Review Creditors Committee Motion Including Call w/Gina Karnick Re: Same | 0.5 | $275.00 | | |
| | | **3.2** | **$1,760.00** | **0.0** | **$0.00** |
| | | | | | |
| 11/5/19 | Call w/Chris Johnson Re: Latitude Settlement | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta Re: Latitude Settlement | 0.1 | $55.00 | | |
| | Call w/Sean Camo Re: Cash Collateral | 0.1 | $55.00 | | |
| | Zoom Call w/Hollister Team to Review Status of Settlement Agreement's | 0.3 | $165.00 | | |
| | Call w/Michael Jacoby Re: Cash Collateral & Status of | 0.1 | $55.00 | | |
| | Call w/Sean Camo Re: UCC Requests | 0.1 | $55.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Call w/Michael Ochs Re: Status of HUB Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Chris Johnson to Discuss Status of Latitude | 0.1 | $55.00 | | |
| | Read & Review Weekly Scorecard for PNC | 0.2 | $110.00 | | |
| | Call w/Chris Johnson Re: Latitude Settlement | 0.1 | $55.00 | | |
| | Call w/Hollister Team to Review Status of Settlement Agreement's | 0.2 | $110.00 | | |
| | Call w/Kieran Flanagan to Discuss SAXUM | 0.2 | $110.00 | | |
| | Call w/Lowenstein & Hollister Team Re: Status of Settlement Agreement's | 0.6 | $330.00 | | |
| | Call w/Jennifer Kimble Re: Cash Collections | 0.1 | $55.00 | | |
| | Call w/Chris Johnson Re: Bonded Jobs | 0.1 | $55.00 | | |
| | | **2.5** | **$1,375.00** | **0.0** | **$0.00** |
| 11/6/19 | Call w/Chris Johnson to Discuss Latitude Settlement Agreement's | 0.1 | $55.00 | 0.0 | $0.00 |
| | Call w/Hollister Team Re: Status of Settlement Agreement's | 0.4 | $220.00 | | |
| | Call w/Sam Perrotta to Discuss HUB Schedule A | 0.1 | $55.00 | | |
| | Call w/Michael Jacoby to Discuss CCA | 0.1 | $55.00 | | |
| | Call w/Jennifer Kimble to Discuss CCA | 0.1 | $55.00 | | |
| | Call w/Tina Girardo to Discuss Remsen Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta & Vince Solano to Discuss Latitude Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Joseph DiPasquale & Hollister Team to Discuss Remsen Settlement Agreement | 0.2 | $110.00 | | |
| | Read & Review the Debtor's Cross Motion Reply | 0.4 | $220.00 | | |
| | Call w/Chris Johnson Re: Latitude Settlement | 0.1 | $55.00 | | |
| | Call w/Bruce Buechler Re: Latitude Settlement Agreement | 0.1 | $55.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Call w/Hollister Team to Discuss Status of Settlement Agreement's | 0.3 | $165.00 | | |
| | Call w/Lowenstein & Hollister Teams to Discuss Status of Settlement Agreement's | 0.6 | $330.00 | | |
| | Call w/Chris Johnson to Discuss Tomorrow Hearing | 0.2 | $110.00 | | |
| | Call w/Michael Ochs to Discuss SAXUM Agreement | 0.2 | $110.00 | | |
| | Call w/Mary Seymour to Discuss Status of Settlement Agreement's | 0.2 | $110.00 | | |
| | Call w/Jennifer Kimble to Discuss CCA | 0.1 | $55.00 | | |
| | | **3.4** | **$1,870.00** | **0.0** | **$0.00** |
| 11/7/19 | Call w/Sean Camo Re: CCA | 0.1 | $55.00 | 0.0 | $0.00 |
| | Call w/Chris Johnson Re: Latitude Settlement Agreement & Preference Claim | 0.2 | $110.00 | | |
| | Call w/Sam Perrotta to Review Michael Jacoby Additional Questions on Latitude | 0.1 | $55.00 | | |
| | Call w/Michael Jacoby to Review Cash Flow on Latitude Again | 0.5 | $275.00 | | |
| | Call w/Michael Ochs to Discuss Preference Claims | 0.1 | $55.00 | | |
| | Additional Call w/Michael Ochs to Review Preference Claims | 0.2 | $110.00 | | |
| | Call w/Joseph DiPasquale to Review Remsen Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta to Tie Out Cash Flow for Latitude | 0.2 | $110.00 | | |
| | Read & Review Remsen Settlement Agreement | 0.5 | $275.00 | | |
| | Call w/Vince Solano to Review Latitude Settlement Agreement Business Terms | 0.3 | $165.00 | | |
| | Call w/Tina Girardo Re: Remsen Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Joseph DiPasquale to Review Remsen Settlement Agreement | 0.3 | $165.00 | | |
| | Call w/Tina Girardo Re: Remsen Settlement Agreement | 0.1 | $55.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Call w/Tina Girardo Re: Remsen Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Chris Johnson to Review Hearing Outcome | 0.2 | $110.00 | | |
| | Call w/Sam Perrotta Re: Remsen Cash Flow | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta Re: Latitude Cash Flow | 0.1 | $55.00 | | |
| | Call w/Michael Jacoby to Review Status of Settlement Agreement's | 0.4 | $220.00 | | |
| | Zoom Call w/Hollister Team to Review Status of Settlement Agreement's | 0.3 | $165.00 | | |
| | Call w/Chris Johnson to Review Latitude Settlement Agreement Clarifications | 0.2 | $110.00 | | |
| | Call w/Sean Camo to Review Escrow Agreement | 0.1 | $55.00 | | |
| | Call w/Chris Johnson to Prioritize Future Settlement Agreement Submissions | 0.1 | $55.00 | | |
| | Review CTC Settlement Agreement, Cash Flow & Calls w/Dana Garfinkel & Sam Perrotta Re: Same | 0.4 | $220.00 | | |
| | Work on Remsen & CTC Settlement Agreement's Exhibit A's & Cash Flow Plus Multiple Calls w/Sam Perrotta, Joseph DiPasquale & Tina Girardo Re: Same | 1.5 | $825.00 | | |
| | Call w/Bruce Buechler to Discuss Latitude Settlement Agreement | 0.3 | $165.00 | | |
| | Call w/Chris Johnson & Vince Solano Re: Latitude Settlement Agreement | 0.2 | $110.00 | | |
| | Call w/Joseph DiPasquale to Review Remsen Settlement Agreement | 0.2 | $110.00 | | |
| | | 7.0 | $3,850.00 | 0.0 | $0.00 |
| 11/8/19 | Call w/Sam Perrotta to Review Remsen Cash Flow | 0.1 | $55.00 | | |
| | Call w/Dom Aquilina to Discuss Remsen Additional Billing | 0.1 | $55.00 | | |
| | Call w/Sean Camo Re: Preferences | 0.1 | $55.00 | | |
| | Call w/Dana Garfinkel to Discuss Preference Actions | 0.2 | $110.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Call w/Tina Girardo Re: Remsen Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta to Finalize Remsen's Cash Flow | 0.1 | $55.00 | | |
| | Call w/Sean Camo to Discuss Preferences | 0.2 | $110.00 | | |
| | Call w/Hollister Team to Discuss Status of Settlement Agreement's & Collections | 0.9 | $495.00 | | |
| | Call w/Michael Jacoby to Approve Remsen Deal | 0.1 | $55.00 | | |
| | Call w/Michael Jacoby to Discuss Next Round of Settlement Agreement's | 0.2 | $110.00 | | |
| | Call w/Chris Johnson to Discuss Status of Case | 0.3 | $165.00 | | |
| | Call w/Michael Jacoby to Review & Approve Ricoh Amendment | 0.1 | $55.00 | | |
| | Read & Review Delta Bushwick Settlement Agreement & Provide Comments | 0.5 | $275.00 | | |
| | | 3.0 | $1,650.00 | 0.0 | $0.00 |
| 11/9/19 | Schedule SAXUM Review w/Michael Jacoby, Michael Ochs & Chris Johnson | 0.2 | $110.00 | | |
| | Plan Next Round of Settlement Agreement's & Send Mary Seymour Email Re: Same | 0.3 | $165.00 | | |
| | Read & Review DOKA & Send Michael Ochs & Mary Seymour My Changes | 0.5 | $275.00 | | |
| | | 1.0 | $550.00 | 0.0 | $0.00 |
| 11/11/19 | Call w/Chris Johnson to Discuss Latitude Settlement Agreement | 0.1 | $55.00 | | |
| | Summarize Updated Wording Re: Latitude Settlement Agreement | 0.5 | $275.00 | | |
| | Call w/Bruce Buechler Re: Latitude Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Chris Johnson to Discuss Latitude Settlement Agreement | 0.1 | $55.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Call w/Sam Perrotta to Discuss Latitude Cash Flow | 0.1 | $55.00 | | |
| | Call w/Sean Camo Re: Escrow Account | 0.1 | $55.00 | | |
| | Call w/Chris Johnson Re: SAXUM | 0.1 | $55.00 | | |
| | Read & Review SAXUM Agreements | 0.6 | $330.00 | | |
| | Zoom Call w/Michael Jacoby to Review SAXUM Agreements | 0.5 | $275.00 | | |
| | Read & Review Revised Latitude Agreement | 0.4 | $220.00 | | |
| | Joint Call w/Lowenstein & Hollister to Review Status of Case | 0.4 | $220.00 | | |
| | Call w/Michael Ochs & Chris Johnson Re: Latitude Settlement Agreement | 0.2 | $110.00 | | |
| | Read, Review & Edit the Latitude Settlement Agreement & Provide Bruce Buechler w/Comments | 1.1 | $605.00 | | |
| | | **4.3** | **$2,365.00** | **0.0** | **$0.00** |
| 11/12/19 | Work on Revisions to Latitude Settlement Agreement | 1.1 | $605.00 | | |
| | Call w/Michael Jacoby Re: Latitude | 0.1 | $55.00 | | |
| | Continued to Work on Latitude Settlement Agreement | 0.6 | $330.00 | | |
| | Work on VCC Questions Re: Remsen | 0.5 | $275.00 | | |
| | Work on Remsen & Latitude Comments From Michael Jacoby & VCC | 0.8 | $440.00 | | |
| | Call w/Sam Perrotta Re: Cash Flow on Latitude Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Mary Seymour Re: Status of Settlement Agreement's | 0.1 | $55.00 | | |
| | Call w/Sean Camo Re: SAXUM Jobs | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta Re: Latitude Cash Flow | 0.1 | $55.00 | | |
| | Call w/Vince Solano Re: Latitude Settlement | 0.1 | $55.00 | | |
| | Call w/Bruce Buechler Re: Latitude Settlement Agreement | 0.1 | $55.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Call with Michael Ochs Re: SAXUM Settlement Agreement's | 0.2 | $110.00 | | |
| | Joint Lowenstein & Hollister Call Re: Settlement Agreement Status | 0.3 | $165.00 | | |
| | Read, Review & Comment on 345 Main Settlement Agreement | 0.6 | $330.00 | | |
| | | **4.8** | **$2,640.00** | **0** | **$0.00** |
| 11/13/19 | Read, Review & Comment on Objection to VCC Motion | 0.3 | $165.00 | | |
| | Read & Review Latest Latitude Settlement Agreement | 0.3 | $165.00 | | |
| | Proof Changes to DOTEA Settlement Agreement | 0.2 | $110.00 | | |
| | Read & Review Charles Hall Company Settlement Agreement | 0.3 | $165.00 | | |
| | Call w/Sean Camo Re: Preferences | 0.1 | $55.00 | | |
| | Call w/Chris Johnson Re: Status of Settlement Agreement's | 0.2 | $110.00 | | |
| | Call w/Sam Perrotta Re: Latitude, DOKA & 345 Cash Flow's | 0.2 | $110.00 | | |
| | Read & Review Charles Hall Company Settlement Agreement & Research Related A/R | 0.2 | $110.00 | | |
| | Read & Review the Offer to Sell On Target Investment | 0.2 | $110.00 | | |
| | Call w/Sam Perrotta & Sean Camo Re: DOKA & 345 Settlement Agreement's | 0.1 | $55.00 | | |
| | Read & Review Latitude Settlement Agreement from STOLZ | 0.7 | $385.00 | | |
| | Call w/Bruce Buechler Re: Latitude Settlement Agreement | 0.2 | $110.00 | | |
| | Call w/Mary Seymour Re: DOKA Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Michael Ochs Re: Latitude Settlement | 0.2 | $110.00 | | |
| | Call w/Lowenstein & Michael Ochs Re: Latitude Settlement Agreement | 0.3 | $165.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Call w/Michael Ochs Re: SAXUM Settlement | 0.1 | $55.00 | | |
| | Finalize 345 Settlement Agreement & Related Calls w/Jennifer Kimble & Sam Perrotta | 0.4 | $220.00 | | |
| | Read, Review & Comment on Aeroframs Settlement Agreement | 0.3 | $165.00 | | |
| | Call w/ Chris Johnson Re: SAXUM Settlement | 0.2 | $110.00 | | |
| | Read & Review Latitude Settlement Agreement | 0.3 | $165.00 | | |
| | Call w/Michael Jacoby Re: Latitude Settlement Agreement | 0.2 | $110.00 | | |
| | Work on SAXUM & Related Jobs Settlement | 0.4 | $220.00 | | |
| | Work on Latitude Settlement Agreement's | 0.8 | $440.00 | | |
| | Zoom Call w/Hollister Team Re: Status of Settlement Agreement's | 0.6 | $330.00 | | |
| | Call w/Chris Johnson & Michael Ochs Re: 345 Settlement Agreement | 0.2 | $110.00 | | |
| | Call w/Lowenstein & Hollister Team Re: Status of Settlement Agreement's | 0.6 | $330.00 | | |
| | Evaluate Latitude Settlement Agreement Number Changes & Reconcile to Previous Draft & Comment | 1.3 | $715.00 | | |
| | | 9.0 | $4,950.00 | 0 | $0.00 |
| 11/14/19 | Finalize Latitude Cash Flow & Settlement Agreement & Call w/Hollister Team Re: Same | 1.4 | $770.00 | | |
| | Review Michael Jacoby's Preference Questions | 0.5 | $275.00 | | |
| | Finalize Latitude Cash Flow to Settlement Agreement w/Bruce Buechler | 1.3 | $715.00 | | |
| | Continued to Work On Finalizing Latitude Cash Flow & Settlement Agreement Including Calls w/Owner, Hollister Team & Bruce Buechler | 1.9 | $1,045.00 | | |
| | Read, Review & Comment on Deta Bushwick Settlement Agreement | 0.7 | $385.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Read, Review & Comment on Lockwood Settlement Agreement | 0.7 | $385.00 | | |
| | Read, Review & Comment on Deta Bushwick | 0.4 | $220.00 | | |
| | Joint Lowenstein/Hollister Call Re: Status of Settlement Agreement's | 0.6 | $330.00 | | |
| | Read & Review Committee's Reply | 0.2 | $110.00 | | |
| | Call w/Bruce Buechler Re: Committee's Reply | 0.2 | $110.00 | | |
| | Travel to NJ | 0 | $0.00 | 4.0 | $1,100.00 |
| | | **7.9** | **$4,345.00** | **4.0** | **$1,100.00** |
| | | | | | |
| 11/15/19 | Travel to Court | 0 | $0.00 | 1.9 | $522.50 |
| | Attend Court Hearing & Meeting w/PNC, Creditors Committee, Hollister Team & Lowenstein Afterword's | 3 | $1,650.00 | | |
| | Travel Home | 0 | $0.00 | 4.0 | $1,100.00 |
| | | **3.0** | **$1,650.00** | **5.9** | **$1,622.50** |
| | | | | | |
| 11/16/19 | Call w/Chris Johnson Re: Status of Case | 0.1 | $55.00 | | |
| | Call w/Dana Garfinkel Re: The Status of HUB | 0.1 | $55.00 | | |
| | Work on 13 Week Cash Budget | 0.7 | $385.00 | | |
| | Call w/Jennifer Kimble Re: 13 Week Cash Budget | 0.3 | $165.00 | | |
| | Call w/Sean Camo Re: 13 Week Cash Budget | 0.5 | $275.00 | | |
| | Call w/Chris Johnson Re: 13 Week Cash Flow | 0.2 | $110.00 | | |
| | Call w/Sean Camo Re: 13 Week Cash Flow | 0.9 | $495.00 | | |
| | | **2.8** | **$1,540.00** | **0** | **$0.00** |
| | | | | | |
| 11/17/19 | Review Sean Camo's 13 Week Worksheet | 0.4 | $220.00 | | |
| | Call w/Sean Camo Re: 13 Week Budget | 0.8 | $440.00 | | |
| | Review Sean Camo's Revised 13 Week Cash Flow | 0.7 | $385.00 | | |
| | Call w/Sean Camo To Review the Revised 13 Week Cash Flow | 0.3 | $165.00 | | |
| | | **2.2** | **$1,210.00** | **0** | **$0.00** |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| 11/18/19 | Call w/Sean Camo Re: 13 Week Budget | 0.1 | $55.00 | | |
| | Call w/Michael Jacoby Re: 13 Week Budget | 0.3 | $165.00 | | |
| | Call w/Sean Camo Re: 13 Week Budget | 0.2 | $110.00 | | |
| | Call w/Chris Johnson Re: 13 Week Budget | 0.1 | $55.00 | | |
| | Call w/Sean Camo Re: 13 Week Budget | 0.1 | $55.00 | | |
| | Call w/Jennifer Kimble Re: 13 Week Budget | 0.2 | $110.00 | | |
| | Call w/Ken Rosen Re: Status of Case | 0.3 | $165.00 | | |
| | Review Sean Camo's 26 Week Cash Flow For Michael Jacoby | 0.9 | $495.00 | | |
| | Call w/Jennifer Kimble To Review 13 Week | 0.5 | $275.00 | | |
| | Call w/Sean Camo Re: 13 Week Cash Flow | 0.1 | $55.00 | | |
| | Call w/Jennifer Kimble Re: 13 Week Cash Flow | 0.1 | $55.00 | | |
| | Call w/Sean Camo Re: 13 Week Cash Flow & Send to Michael Jacoby | 0.1 | $55.00 | | |
| | Call w/Hollister Team to Discuss Status of Settlement Agreement's | 0.6 | $330.00 | | |
| | Call w/Lowenstein & Hollister to Discuss Status of Settlement Agreement's | 0.5 | $275.00 | | |
| | Call w/Chris Johnson Re: Status of Case | 0.3 | $165.00 | | |
| | Call w/Sean Camo Re: 13 Week | 0.1 | $55.00 | | |
| | Call w/Bernie Katz Re: Overview of Case | 1.3 | $715.00 | | |
| | | **5.8** | **$3,190.00** | **0** | **$0.00** |
| 11/19/19 | Call w/Sean Camo Re: 13 Week Cash Flow | 0.2 | $110.00 | | |
| | Call w/Sam Perrotta Re: Cash Flow's | 0.2 | $110.00 | | |
| | Call w/Chris Johnson Re: Bonded Jobs | 0.2 | $110.00 | | |
| | Call w/Sean Camo Re: Cash Flow Budget | 0.1 | $55.00 | | |
| | Call w/Sean Camo Re: Cash Flow Budget | 0.2 | $110.00 | | |
| | Call w/Bernie Katz Re: 26 Week Cash Flow Review | 0.9 | $495.00 | | |
| | Call w/Jennifer Kimble Re: 13 Week Cash Flow | 0.2 | $110.00 | | |
| | Call w/Michael Jacoby Re: Cash Flow | 0.4 | $220.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Call w/Bernie Katz Cash Flow | 0.1 | $55.00 | | |
| | Joint Lowenstein/Hollister Call to Discuss Status of Case | 0.5 | $275.00 | | |
| | Call w/Mary Seymour Re: Thursday Hearing | 0.1 | $55.00 | | |
| | Call w/Ken Rosen Re: Status of Case | 0.2 | $110.00 | | |
| | | 3.3 | $1,815.00 | 0 | $0.00 |
| 11/20/19 | Review 26 Week Cash Flow & the Revised 3 Week For the CCO | 0.9 | $495.00 | | |
| | Call w/Ken Rosen Re: Status of Case | 0.1 | $55.00 | | |
| | Call w/Jennifer Kimble Re: CCO | 0.1 | $55.00 | | |
| | Call w/VCC, Bernie Katz, Lowenstein & PNC Re: Global Settlement Terms | 0.6 | $330.00 | | |
| | Operational Call w/Hollister Team to Discuss Implementations of Go Forward Processes | 1.1 | $605.00 | | |
| | Call w/Chris Johnson Re: FDU Settlement Agreement | 0.2 | $110.00 | | |
| | Call w/Michael Ochs Re: SAXUM Settlement | 0.2 | $110.00 | | |
| | Joint Call w/Lowenstein & Hollister Teams Re: Status of Case | 0.2 | $110.00 | | |
| | Call w/Sean Camo Re: MOR Review | 0.2 | $110.00 | | |
| | Call w/Ken Rosen Re: Status of Case | 0.2 | $110.00 | | |
| | Call w/Sean Camo Re: MOR Review | 0.2 | $110.00 | | |
| | | 4 | $2,200.00 | 0 | $0.00 |
| 11/21/19 | Call w/Michael Jacoby Re: FDU & Status of Case | 0.3 | $165.00 | | |
| | Call w/Chris Johnson Re: FDU Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Sean Camo Re: Accounting For FDU | 0.1 | $55.00 | | |
| | Call w/Chris Johnson Re: Outcome of Court Hearing | 0.2 | $110.00 | | |
| | Call w/Mary Seymour Re: Status of Case | 0.1 | $55.00 | | |
| | Call w/Michael Jacoby Re: FDU Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Ken Rosen & Chris Johnson Re: FDU, Vestry, Newkirk | 0.2 | $110.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Call w/Chris Johnson Re: FDU Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Bernie Katz Re: Status of Case | 0.1 | $55.00 | | |
| | Call w/Hollister Re: Options for Go Forward Jobs | 0.4 | $220.00 | | |
| | Call w/Hollister Team to Discuss & Review Status of Settlement Agreement's | 0.6 | $330.00 | | |
| | | **2.3** | **$1,265.00** | **0** | **$0.00** |
| 11/22/19 | Call w/Michael Jacoby to Discuss Letter of Credit | 0.2 | $110.00 | | |
| | Call w/Chris Johnson to Discuss FDU Settlement Agreement | 0.2 | $110.00 | | |
| | Call w/Michael Jacoby to Discuss Next Cash Collateral Score Card | 0.1 | $55.00 | | |
| | Call w/Dom Aquilina to Review Remsen & Delta B | 0.1 | $55.00 | | |
| | Work on MLK, Charles Hall Co & Metro Self Storage Settlement Agreement's | 1.3 | $715.00 | | |
| | Call w/Mary Seymour, Michael Ochs & Sam Perrotta Re: Hub Settlement Agreement | 0.3 | $165.00 | | |
| | Call w/Dana Garfinkle & Sam Perrotta Re: HUB Settlement Agreement | 0.3 | $165.00 | | |
| | Call w/Mary Seymour Re: HUB & FDU | 0.1 | $55.00 | | |
| | Call w/Michael Ochs Re: The HUB Settlement | 0.1 | $55.00 | | |
| | Work on ECP & Lockwood Settlement Agreement | 0.5 | $275.00 | | |
| | Call w/Perrotta to Review The HUB Settlement Agreement & Cash Flow | 0.1 | $55.00 | | |
| | Call w/Chris Johnson to Review FDU Settlement Agreement & Preferences | 0.3 | $165.00 | | |
| | Call w/Michael Jacoby Re: FDU Preference's | 0.1 | $55.00 | | |
| | Call w/Chris Johnson Re: FDU Strategy | 0.1 | $55.00 | | |
| | Call w/Mary Seymour Re: Case Strategy | 0.2 | $110.00 | | |
| | | **4** | **$2,200.00** | **0.0** | **$0.00** |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| 11/25/19 | Call w/Sean Camo Re: Set Up of Escrow Account to Receive Funds | 0.1 | $55.00 | | |
| | Zoom Call w/Hollister Team to Reassign To Do's on Collection Matters | 0.4 | $220.00 | | |
| | Call w/Michael Ochs & Mary Seymour Re: HUB Settlement Agreement | 0.4 | $220.00 | | |
| | Call w/Sam Perrotta to Work on HUB's Cash Flow | 0.2 | $110.00 | | |
| | Call w/Mary Seymour to Work on HUB's Settlement Agreement | 0.3 | $165.00 | | |
| | Call w/Sam Perrotta to Work on HUB's Cash Flow | 0.3 | $165.00 | | |
| | Call w/Arielle Adler to Discuss Moonachie Motion | 0.1 | $55.00 | | |
| | Compose Email, Tieing out HUB's Cash Flows for the Settlement Agreement Section 1 | 0.1 | $55.00 | | |
| | Call w/Sean Camo to Discuss Receipt of Funds into Escrow | 0.2 | $110.00 | | |
| | Call w/Mary Seymour to Review Changes to HUB Settlement Agreement | 0.5 | $275.00 | | |
| | | **2.6** | **$1,430.00** | **0** | **$0.00** |
| 11/26/19 | Call w/Sean Camo & Jay McDermott Re: Collections on Go Forward Jobs | 0.4 | $220.00 | | |
| | Call w/Mary Seymour to Finalize HUB's Settlement Agreement | 0.2 | $110.00 | | |
| | | **0.6** | **$330.00** | **0** | **$0.00** |
| 11/27/19 | Call w/Sean Camo Re: Cash Collateral | 0.1 | $55.00 | | |
| | Joint Call w/Lowenstein & Hollister Re: Status of Settlement Agreement's | 0.4 | $220.00 | | |
| | Joint Call w/Lowenstein & Hollister Re: Status of Settlement Agreement's | 0.5 | $275.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Zoom Call w/Hollister Internal Re: Status of Settlement Agreement's | 0.2 | $110.00 | | |
| | Call w/Michael Ochs Re: Settlement Agreement's for 345 Main & Lockwood | 0.2 | $110.00 | | |
| | Call w/Accordia Re: HUB Settlement Agreement | 0.1 | $55.00 | | |
| | Update Call w/Mary Seymour Re: HUB Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Dana Garfinkel to Discuss a Disputed CO on The HUB | 0.2 | $110.00 | | |
| | Work on HUB Correspondence to Resolve Disputed CO Including Call w/Mary Seymour & Chris Johnson | 0.5 | $275.00 | | |
| | | 2.3 | $1,265.00 | 0 | $0.00 |
| | | 83.9 | $46,145.00 | 9.9 | $2,722.50 |
| | **Grand Total** | **93.8** | **$48,867.50** | | |

## EXHIBIT "C"

**Hollister Construction Services, LLC**
**Summary of Expenses**
**November 1, 2019 through November 30, 2019**

**\*\*THERE WERE NO EXPENSES INCURRED THIS PERIOD**

5