**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
|  | ) |
| Debtor. | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Shunte Jones, depose and say that I am employed by Prime Clerk LLC ("**_Prime Clerk_**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On December 11, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Joint Motion of Debtor, Arch Insurance Company and Arch Reinsurance Company for Entry of an Order Approving the Stipulation By and Among the Parties [Docket No. 466]

- Joint Application for Order Shortening Time Period for Notice and Limiting Notice on the Joint Motion of Debtor, Arch Insurance Company and Arch Reinsurance Company for Entry of an Order Approving the Stipulation By and Among the Parties [Docket No. 467]

- Exhibit A to Stipulation Attached as Exhibit A to Joint Motion of Debtor, Arch Insurance Company and Arch Reinsurance Company for Entry of an Order Approving the Stipulation By and Among the Parties [Docket No. 469]

- Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 470]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Dated: December 16, 2019

*[signature]*
Shunte Jones

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 16, 2019, by Shunte Jones, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *[signature]*

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

# **Exhibit A**

# Exhibit A

Notice Parties Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Agra Masonry Inc. | 1967 Wehrle Drive | Suite 1 #086 | Buffalo | NY | 14221 |
| America Enterpise Corp. | 601 Sixth Ave. | | Des Moines | IA | 50309 |
| C-CO Technology Inc. | 87 South Main Street | Unit 4 | Newton | CT | 06470 |
| Citiwide Industries Corp. | 6 CENTRAL DRIVE | | GLEN HEAD | NY | 11545 |
| HNL Kitchens & Bath | 334 County Route 49 | Suite 105 | Middletown | NY | 10940 |
| Kenseal Construction Products | 3400 Cumberland Blvd SE | | Atlanta | GA | 30339 |
| Maximum Material Handling | 750 Edwards Rd | | Parsippany | NJ | 07054 |
| Metropolis Electric Corporation | 1136 31st Ave Ste 1 | | Astoria | NY | 11106-4978 |
| MW Mechanical Inc. | 80 E Industry Ct | | Deer Park | NY | 11729 |
| New Jersey Boom and Erectors | 405 industrial park dr | | Mount Pocono | PA | 18332 |
| RRC Construction Force Service | 260 W Sunrise HWY | Suite 303 | Valley Stream | NY | 11581 |
| Rutgers University | 57 US Highway 1 | | New Brunswick | NJ | 08901-8554 |
| Rutgers University Foundation | 57 US Highway 1 | | New Brunswick | NJ | 08901-8554 |
| Wisberg and Daughter Locksmith | 115 Ocean Ave | | Jersey City | NJ | 07305 |

In re: Hollister Construction Services, LLC

Case No. 19-27439 (MBK)                                            Page 1 of 1