| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Lawrence B. Diener (023901975)<br>Court Plaza North<br>25 Main Street Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201)342-6137<br>Facsimile: (201)341-6126<br>Internet:  LBDiener@optimum.net | **Order Filed on December 17, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Hollister Construction Services, LLC | Case No. 19-27439 (MBK)<br><br>Chapter: 11<br><br>Judge: Michael B. Kaplan |

**ORDER GRANTING THE MOTION OF ADVANCED SCAFFOLD SERVICES MID-ATLANTIC LLC TO (I) COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACT AND (II) UPON REJECTION OF CONTRACT OR WITHIN FIVE (5) DAYS OF THE ENTERING OF THIS ORDER IF THE CONTRACT IS NOT REJECTED OR ACCEPTED WITHIN SAID TIME TO MODIFY THE AUTOMATIC STAY TO ALLOW ADVANCED SCAFFOLD SERVICES MID-ATLANTIC LLC TO REMOVE EQUIPMENT**

The relief set forth on the following pages, numbered two (2) through and including three (3) is hereby ORDERED.

**DATED: December 17, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtor: Hollister Construction Services, LLC
Case No. 19-27439 (MBK)
Caption: Order Granting the Motion of Advanced Scaffold Services Mid-Atlantic LLC to (i) Compel Debtor to Assume or Reject Executory Contract and (ii) Upon Rejection of Contract or Within five (5) days of the Entering of this Order if the Contract is Not Rejected or Accepted within said Time to Allow Advanced Scaffold Services Mid-Atlantic LLC to Remove Equipment.

Upon the Motion of Advanced Scaffold Services Mid-Atlantic LLC [Docket No. 585] (the "Motion"); and it appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and no other or further notice being required; and the Court having considered all responses to the Motion, if any, and all such responses having been either overruled or withdrawn; and upon all proceedings had before the Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore and opportunity for a hearing; it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is GRANTED as set forth herein.

2. The contract between the Debtor and Advanced Scaffold Services Mid-Atlantic LLC dated March 4, 2013, and all exhibits thereto, and all subsequent riders, amendments, change orders and purchase orders related thereto (collectively, the "Contract"), shall be deemed rejected as of November 27, 2019. Advanced Scaffold Services Mid-Atlantic LLC shall be required to file any proof of claim for any alleged damages resulting from the rejection of the Contract by no later than January 20, 2020.

3. The automatic stay imposed by Section 362(a) of the Bankruptcy Code is hereby modified to allow Advanced Scaffold Services Mid-Atlantic LLC to immediately remove its equipment from the Debtor's project located at 110 Edison Place, Newark, New Jersey, commonly referred to as the "Ironside" project.

4.     This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, and enforcement of this Order.