**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 19, 2019 AT 10:00 A.M. (ET)**

**CONTINUED MATTERS**

1. Motion of the Official Committee of Unsecured Creditors to Compel Hollister Construction Services, LLC and Paul Belair to Comply with Rule 2004 Subpoenas [Docket No. 395; Filed 10/31/19]

    Related Documents:

    a) Certificate of Service [Docket No. 414; Filed 11/5/19]

    b) Determination of Adjournment Request (Granted) [Docket No. 490; Filed 11/12/19]

    c) Determination of Adjournment Request (Granted) [Docket No. 604; Filed 12/5/19]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

    d)     Determination of Adjournment Request (Granted) [Docket No. 663; Filed 12/16/19]

Objection Deadline: November 14, 2019 at 4:00 p.m. (ET). Debtor's objection deadline is adjourned.

Responses Received:

    e)     None.

Status: This matter has been adjourned to January 23, 2020 at 10:00 a.m.

2.     Notice of Motion of Advanced Scaffold Services LLC for entry of an order compelling the debtor to assume or reject executory contract pursuant to 11 U.S.C. §365 and if contract is rejected lifting the automatic stay, to the extent it applies, to allow the removal of equipment from the project located at 285 Madison Avenue, Madison, NJ [Docket No. 583; Filed 11/27/19]

Related Documents:

    a)     Document (Motion) [Docket No. 584; Filed 11/27/19]

    b)     Certificate of Service [Docket No. 616; Filed 12/9/19]

    c)     Determination of Adjournment Request (Granted) [Docket No. 666; Filed 12/16/19]

Objection Deadline: Originally, December 12, 2019 at 4:00 p.m. (ET), extended to January 16, 2020 at 4:00 p.m. (ET)

Responses Received:

    d)     None.

Status: This matter has been adjourned to January 23, 2020 at 10:00 a.m.

**CONTESTED MATTERS GOING FORWARD**

3.     Motion of Herc Rentals, Inc. For Entry Of An Order (1) Lifting The Automatic Stay Pursuant To 11 U.S.C. §362 and (2) Permitting Herc Rentals, Inc. To Remove Its Property From Various Projects ("Herc Stay Relief Motion") [Docket No. 368; Filed 10/23/19], with respect to the FDU Pedestrian Bridge, Latitude, and Hub projects, and the Rutgers Fuel Tank, only.

Related Documents:

    a)     Certificate of Service filed by Herc Rentals, Inc. [Docket No. 423; Filed 11/6/19]

    b)     Certificate of Service filed by Arch Insurance Company and Arch Reinsurance Company [Docket No. 465; Filed 11/8/19]

<u>Objection Deadline</u>: Originally, November 8, 2019 at 5:00 p.m. (ET) and extended for the Debtor to November 14, 2019 at 10:00 a.m. (ET)

<u>Responses Received</u>:

    c)    Limited Objection And Reservation Of Rights By Arch Insurance Company And Arch Reinsurance Company to Herc Stay Relief Motion [Docket No. 462; Filed 11/7/19]

    d)    Debtor's Limited Objection to Herc Stay Relief Motion [Docket No. 503; Filed 11/14/19]

<u>Status</u>: This portion of the Herc Stay Relief Motion was adjourned from the 12/12/19 hearing. This matter is going forward.

4. Final Application for Compensation for Parkland Group Inc. [Docket No. 505; Filed 11/14/19].

<u>Related Documents</u>:

    a)    Notice of First and Final Fee Application of the Parkland Group, Inc. as Financial Advisor to the Debtor for the Period September 11, 2019 Through October 24, 2019 [Docket No. 506; Filed 11/14/19]

    b)    Affidavit of Service filed by Prime Clerk LLC [Docket No. 543; Filed 11/19/19]

    c)    Affidavit of Service filed by Prime Clerk LLC [Docket No. 598; Filed 12/03/19]

    d)    Affidavit of Service filed by Prime Clerk LLC [Docket No. 623; Filed 12/10/19]

<u>Objection Deadline</u>: December 5, 2019 at 4:00 p.m. (ET).

<u>Responses Received</u>:

    e)    Committee's Objection to Final Application for Compensation for Parkland Group Inc. [Docket No. 608; Filed 12/5/19]

<u>Status</u>: This matter is going forward.

5. Debtor's Motion For Entry of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling A Final Hearing, And (D) Granting Related Relief [Docket No. 14; Filed 9/11/19].

<u>Related Documents</u>:

    a)    Application for Expedited Consideration of First Day Matters [Docket No. 16; Filed 9/11/19]

b) Order regarding Debtor's Application for Expedited Consideration of First Day Matters [Docket No. 20; Entered 9/11/19]

c) Affidavit of Service filed by Prime Clerk LLC [Docket No. 47; Filed 9/13/19]

d) First Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 90; Entered 9/16/19]

e) Affidavit of Service filed by Prime Clerk LLC [Docket No. 128; Filed 9/20/19]

f) Notice of Filing of Proposed Second Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and, (IV) Granting Related Relief [Docket No. 147; Filed 9/23/19]

g) Second Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and, (IV) Granting Related Relief [Docket No. 158; Entered 9/25/19]

h) Affidavit of Service filed by Prime Clerk LLC [Docket No. 164; Filed 9/25/19]

i) Affidavit of Service filed by Prime Clerk LLC [Docket No. 194; Filed 9/30/19]

j) Third Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and, (IV) Granting Related Relief [Docket No. 219; Entered 10/2/19]

k) Notice of Filing of Proposed Fourth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 267; Filed 10/7/19]

l) Fourth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 338; Entered 10/17/19]

m) Fifth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 359; Entered 10/22/19]

n) Sixth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 463; Entered 11/8/19]

o)     Affidavit of Service filed by Prime Clerk LLC [Docket No. 500; Filed 11/13/19]

p)     Seventh Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 556; Entered 11/21/19]

q)     Notice of Filing of Proposed Form Of Eighth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief [Docket No 629; Filed 12/11/19]

r)     Eighth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief [Docket No 639; Entered 12/12/19

s)     Affidavit of Service file by Prime Clerk [Docket No. 670; Filed 12/16/19]

<u>Objection Deadline</u>: N/A.

<u>Responses Received</u>:

t)     Arch Insurance Company and Arch Reinsurance Company's Limited Objection to Limited Objection to Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 32; Filed 9/12/19]

u)     Jordan Electric Inc.'s Limited Objection to Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 72; Filed 9/15/19]

v)     Delcon Builders, Inc. and Pentel Drywall, Inc.'s Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 73; Filed 9/15/19]

w)     Sparwick Contracting Inc.'s Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 86; Filed 9/16/19]

x)     10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation's Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 141; Filed 9/23/19]

    y)    5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC's Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 142; Filed 9/23/19]

    z)    Delcon Builders, Inc. and Pentel Drywall, Inc.'s Supplemental Objection and Reservation of Rights To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 143; Filed 9/23/19]

    aa)    Nomad Framing Inc.'s Objection and Reservation of Rights to Debtor's Continued Motion for Use of Cash Collateral [Docket No. 179; Filed 9/27/19]

    bb)    DeSesa Engineering Company, Inc.'s Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 211; Filed 10/2/19]

    cc)    Objection and Reservation of Rights By Nomad Framing LLC with Respect to Debtor's Fourth Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral; (B) Granting Adequate Protection; (C) Scheduling Final Hearing; And (D) Granting Related Relief [Docket No. 268; Filed 10/7/19]

Status: This matter is going forward. It is anticipated that a consensual order further extending the Debtor's use of cash collateral on an interim basis will be presented to the Court.

6.    Motion of Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) for Entry of an Order (I) Granting It Relief from the Automatic Stay to Terminate Construction Contract, or in the Alternative, (II) Compelling the Debtor to Immediately Reject the Construction Contract (the "Interlink Stay Relief Motion") [Docket No. 591; Filed 12/2/19]

    Related Documents:

    a)    Application for Order Shortening Time on the Interlink Stay Relief Motion [Docket No. 592; Filed 12/2/19]

    b)    Order Granting Application to Shorten Time on the Interlink Stay Relief Motion [Docket No 593; Entered 12/2/19]

    c)    Certificate of Service [Docket No. 595; Filed 12/2/19]

Objection Deadline: December 12, 2019 at 10:00 a.m. (orally at the original 12/12/19 hearing)

Responses Received:

d) The Debtor objected at the December 12, 2019 hearing.

Status: This matter was continued from December 12, 2019 at 10:00 a.m. This matter is going forward.

**UNCONTESTED MATTERS GOING FORWARD**

7. Debtor's Motion for Entry of One or More Orders Approving Various Settlements and Compromises By and Among the Debtor, Project Owners and Subcontractors Pursuant to Fed. R. Bankr. P. 9019 and Granting Related Relief (the "DOKA, Saxum, 40 Beechwood and ECP 9019 Motion") [Docket No. 631; Filed 12/11/19]

   Related Documents:

   a) Application for Order Shortening Time [Docket No. 632; Filed 12/11/19]

   b) Order Granting Application to Shorten Time [Docket No. 634; Entered 12/12/19]

   Objection Deadline: Objections may be presented orally at the hearing.

   Responses Received:

   c) None received to date.

   Status: This matter is going forward.

8. Debtor's Motion for Entry of an Order Approving Agreement for Sale of Equity and Settlement Agreement By and Among the Debtor, Just Below 70 MLK, LLC and 306 MLK Blvd. Urban Renewal, LLC, to Reject Certain Agreements and Granting Related Relief [Docket No. 635; Filed 12/12/19]

   Related Documents:

   a) Application for Order Shortening Time [Docket No. 636; Filed 12/12/19]

   b) Order Granting Application to Shorten Time [Docket No. 637; Entered 12/14/19]

   Objection Deadline: Objections may be presented orally at the hearing.

   Responses Received:

   c) None received to date.

   Status: This matter is going forward.

9. Debtor's Motion for Entry of One or More Orders Approving Various Settlements and Compromises By and Among the Debtor, Project Owners and Subcontractors Pursuant to Fed. R. Bankr. P. 9019 and Granting Related Relief (the "345 Main and Hub 9019 Motion") [Docket No. 649; Filed 12/13/19]

Related Documents:

a) Application for Order Shortening Time [Docket No. 650; Filed 12/13/19]

b) Order Granting Application to Shorten Time [Docket No. 662; Entered 12/16/19]

Objection Deadline: Objections may be presented orally at the hearing.

Responses Received:

c) None received to date.

Status: This matter is going forward.

Dated: December 17, 2019        **LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (pro hac vice)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*