Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19−27439−MBK
        Chapter: 11
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hollister Construction Services, LLC
   339 Jefferson Road
   Parsippany, NJ 07054

Social Security No.:

Employer's Tax I.D. No.:
   74−3135404

**Notice That a Transcript Has Been Filed**

     You are Noticed that a Transcript has been filed on 12/16/19. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: December 16, 2019
JAN:

                                                                                Jeanne Naughton
                                                                                Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-27439-MBK
Hollister Construction Services, LLC                            Chapter 11
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 6              Date Rcvd: Dec 16, 2019
                              Form ID: tsntc           Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
db             +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707
aty            +Boyd Mechanical, LLC,    c/o Rosenberg & Pittinsky, LLP,    232 Madison Avenue,    Suite 906,
                 New York, NY 10016-2937
aty             Brian Bisignani,    Post & Schell,    1869 Charter Lane,    Ste. 102,    POB 10248,
                 Lancaster, PA 17605-0248
aty            +Brian Craig,    400 Garden City Plaza,    Garden City, NY 11530-3322
aty            +Gary M Kushner,    Goetz Fitzpatrick LLP,    One Penn Plaza,    3rd Floor,
                 New York, NY 10119-0196
aty            +Henry J. Jaffe,    Pepper Hamilton LLP,    1313 Market St.,,    Hercules Plaza, Suite 5100,
                 Wilmington, DE 19801-6111
aty            +Mary Joanne Dowd,    Arent Fox LLP,    1717 K Street NW,    Washington, DC 20006-5344
aty            +McManimon, Scotland & Baumann, LLC,    75 Livingston Avenue,    Suite 201,
                 Roseland, NJ 07068-3701
ptcrd          +360 Fire Prevention 360 Fire Prevention LLC,    1061 Paulison Avenue,    Clifton, NJ 07011-3628
cr             +Advanced Scaffold Services Mid-Atlantic LLC,    650 Route 46 West,    Clifton, NJ 07013-1503
cr             +Advanced Scaffold Services, LLC,    620 Oakwood Avenue,    West Hartford, CT 06110-1520
cr             +Air Group, LLC,    c/o Carl J. Soranno, Esq.,    Brach Eichler LLC,    101 Eisenhower Parkway,
                 Roseland, NJ 07068-1053
cr             +Antonio Zarfino,    Bel-Con Construction Services, Inc.,    26 Wallace Street,
                 Belleville, NJ  07109,    UNITED STATES 07109-3526
cr             +Arch Insurance Company and Arch Reinsurance Compan,    c/o Chiesa Shahinian & Giantomasi PC,
                 One Boland Drive,    Attn: Robert E. Nies, Esq.,    West Orange, NJ 07052-3686
cr             +Bridge Builders Newark LLC,    c/o Karen Marques,    211 Warren Street,    Newark, NJ 07103-3568
cr             +CTC Academy,    c/o Wilentz, Goldman & Spitzer, P.A.,    90 Woodbridge Center Drive,
                 Suite 900, Box 10,    Attn: David H. Stein, Esq.,    Woodbridge, NJ 07095-1155
intp           +Christopher Johnson,    c/o Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,
                 Suite 100,    Livingston, NJ 07039-1711
cr             +Columbian Iron Works, Inc.,    332 Vreeland Ave,    Paterson, NJ 07513-1014
cr             +Commonwealth of Pennsylvania Dept. of Labor and In,    651 Boas St.,    Room 925,
                 Harrisburgh, PA 17121-0751
cr             +Dancker,    291 Evans Way,    Somerville, NJ 08876-3766
cr             +Dehn Bros.Fire Protection, Inc.,    C/o Durkin & Durkin, LLC,    1120 Bloomfield Ave.,
                 West Caldwell, NJ 07006-7138
cr              Drobach Equipment Rental Co.,    2240 US-22,    Union, NJ  07083
cr             +EWA Moonachie 77, LLC,    c/o Alan Brody, Greenberg Traurig,    500 Campus Drive,    Suite 400,
                 Florham Park, NJ 07932-1025
cr             +Edison Construction Management,    c/o Riker Danzig,    One Speedwell Avenue,
                 Morristown, NJ 07960-6838
cr             +Encon Mechancial Corp,    3433 Sunset Ave,    PO Box 2293,    Ocean, NJ 07712-2293
cr             +Fabcon Precast,    Post & Schell, P.C.,    1869 Charter Lane,    POB 10248,
                 Lancaster, PA 17605-0248
intp           +Fairleigh Dickinson University,    c/o Walsh Pizzi O'Reilly Falanga LLP,    Three Gateway Center,
                 100 Mulberry Street,    15th Floor,    Newark, NJ 07102-4056
intp           +Grand Maujer Development, LLC,    Cole Schotz P.C.,    Court Plaza North,    25 Main Street,
                 Hackensack, NJ 07601-7083
cr             +Jonasz Precast, Inc.,    829 Delsea Drive,    Westville, NJ 08093-1232
intp           +Kieran Flanagan,    c/o Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,    Suite 100,
                 Livingston, NJ 07039-1711
cr             +L&W Supply Corporation,    c/o Larry Miller,    11722 Taneytown Pike,    Taneytown, MD  21787,
                 UNITED STATES 21787-1165
cr             +Lally Pipe & Tube,    8770 Railroad Drive,    Taylor Mill, KY 41015-9096
cr              Liberty Mutual Insurance Company,    181 Bay Street,    Suite 900,    Toronto(ON),    M5J 2T3,
                 CANADA
cr             +Mayer Weberman,    Orange County Superior Concrete,    149 Elm Street, Suite 102,
                 Monroe, NY  10950,    UNITED STATES 10950-2896
cr              Michaels Electrical Supply Corp.,    456 Merrick Road,    Lynbrook, NY 11563-2448
cr             +Newark Warehouse Redevelopment Company,    c/o Riker Danzig,    One Speedwell Avenue,
                 Morristown, NJ 07960-6838
cr             +Newark Warehouse Urban Renewal, LLC,    c/o Riker Danzig,    One Speedwell Avenue,
                 Morristown, NJ 07960-6838
intp           +Newkirk Realty LLC,    Cole Schotz P.C.,    Court Plaza North,    25 Main Street,
                 Hackensack, NJ 07601-7083
cr             +Nickerson Corporation,    515 Union Ave,    Union Beach, NJ 07735-3130
cr             +Nomad Framing, LLC,    Att: David L. Bruck, Esq.,    Greenbaum, Rowe, Smith & Davis LLP,
                 PO Box 5600,    Woodbridge, NJ 07095-0988
intp           +P. Tamburri Steel,    1401 Industrial Highway,    1401 Industrial Highway,
                 CINNAMINSON, NJ  08077,    UNITED STATES 08077-2589
intp           +P3 Metals, LLC,    1401 Industrial Highway,    CINNAMINSON, NJ  08077,    UNITED STATES 08077-2589
cr              PNC Bank, National Association,    c/o Duane Morris LLP,
                 Attn: James J. Holman and Sommer L. Ross,    222 Delaware Avenue, Suite 1600,
                 Wilmington, DE  19801-1659
op             +Parkland Group Inc,    8110 Devon Court,    Chagrin Falls, OH 44023-5008
op             +Paul Belair,    10x CEO Coaching LLC,    POB 5117,    Youngstown, OH 44514-0117
```

```
District/off: 0312-3               User: admin              Page 2 of 6              Date Rcvd: Dec 16, 2019
                                   Form ID: tsntc           Total Noticed: 61

cr              +Pereira Electrical Contracting, Inc.,    c/o Cohn Lifland Pearlman Herrmann,
                  Park 80 West - Plaza One,    250 Pehle Ave., Suite 401,    Saddle Brook, NJ 07663-5832
op              +Prime Clerk LLC,    One Grand Central Place,    60 East 42nd Street,    Suite 1440,
                  New York, NY 10165-1446
intp            +RH 537 Building Owner LLC,    2 Park Ave, 14th Floor,    New York, NY 10016-5702
cr              +Rexel, Inc.,    14951 Dallas Parkway,    Dallas, TX 75254-6784
sp              +SM LAW PC,    PO Box 530,    49 Old Turnpike Road,    Oldwick, NJ 08858-7001
cr              +Schindler Elevator Corporation,    Three Gateway Center,    100 Mulberry Street,    15th Floor,
                  Newark, NJ  07102,    UNITED STATES 07102-4056
cr              +Schnell Contracting Systems, LLC,    c/o The Kelly Firm, P.C.,    1011 Highway 71, Suite 200,
                  Spring Lake, NJ 07762-3232
cr             #+State Line Construction Company, Inc.,    234 Pacific Street,    Newark, NJ 07114-2830
cr              +Sunstone Hotels Morristown, LLC,    c/o Riker Danzig,    One Speedwell Avenue,
                  Morristown, NJ 07960-6838
cr              +Troon Electric of New Jersey LLC,    555 North Ave,    Fort Lee, NJ 07024-2404
cr             #+Vector Structural Preservation Corp.,    21 Willowdale Ave.,    Port Washington, NY 11050-3716
cr              +Ware Malcomb,    Attn: Tobin Slone, CFO,    10 Edelman,    Irvine, CA 92618-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 16 2019 23:46:34       U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 16 2019 23:46:32       United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
acc             +E-mail/Text: delmarie.velazquez@eisneramper.com Dec 16 2019 23:47:05       Eisner Amper LLP,
                  111 Wood Avenue South,    Iselin, NJ 08830-2874
cr              +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Dec 16 2019 23:45:41       LEG Acquisition LLC,
                  C/O Corporation Service Company,    2711 Centerville Road,    Suite 400,    Wilmington, DE  19808,
                  UNITED STATES 19808-1645
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
op               10X CEO Coaching
cr               c/o Marguerite M. Unique Scaffolding Systems, LLC,    Unique Scaffolding, LLC, N.A.,
                  150 Morristown Road, Suite 105,    Shain Schaffer PC, 150 Morristown Road,,    Bernardsville,
                  UNITED STATES
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2019 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               adobin@msbnj.com
```

```
District/off: 0312-3                  User: admin                    Page 3 of 6                      Date Rcvd: Dec 16, 2019
                                      Form ID: tsntc                 Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Andrew B. Cohn    on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
              Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
               .com;tgraga@kbtlaw.com
              Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
              Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation stioa@pepperlaw.com
              Anna Patras    on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohleneng.com
              Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
               arainone@bracheichler.com,
               cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com
              Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com;jkimble@lowenstein.com
              Arielle Adler    on behalf of Plaintiff    Hollister Construction Services, LLC
               aadler@lowenstein.com,    elawler@lowenstein.com;jkimble@lowenstein.com
              Bart J. Klein    on behalf of Defendant    Direct Cabinet Sales Of Red Bank Inc.
               bart@bartjkleinlaw.com
              Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
              Brett Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
              Brian Gregory Hannon    on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Brian R Tipton    on behalf of Creditor    State Line Construction Company, Inc.
               btipton@fpsflawfirm.com
              Bruce D. Buechler    on behalf of Debtor    Hollister Construction Services, LLC
               bbuechler@lowenstein.com
              Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
              Carl J. Soranno    on behalf of Defendant    Air Group, LLC csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
              Carl J. Soranno    on behalf of Defendant    Industrial Maintenance, Inc. csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
              Carl J. Soranno    on behalf of Defendant    Haddad Heating & Plumbing Inc.
               csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
              Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
              Carol L. Knowlton    on behalf of Creditor    KSS Architects cknowlton@gorskiknowlton.com
              Charles A. Gruen    on behalf of Creditor    Michaels Electrical Supply Corp. cgruen@gruenlaw.com
              Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
              Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
              Daniel Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel Stolz    on behalf of Interested Party    Latitude East Owner, LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel Stolz    on behalf of Interested Party    Latitude West Owner, LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Danielle Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor    Global Development Contractors, LLC
               dcohen@tessercohen.com,    ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc.
               dcohen@tessercohen.com,    ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Defendant    Global Development Contractors, L.L.C.
               dcohen@tessercohen.com,    ddelucia@tessercohen.com
              Darren R. Marks    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
               dmarks@borahgoldstein.com,    nagwu@borahgoldstein.com
              David E. Sklar    on behalf of Creditor    All Brands Elevator Industries, Inc.
               dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@n
               otify.bestcase.com;agouveia@scura.com
              David E. Sklar    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc.
               dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@n
               otify.bestcase.com;agouveia@scura.com
              David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com,    ciarkowski@wilentz.com
              David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
              Donald B. Veix, Jr.    on behalf of Creditor    Bohler Engineering NY, PLLC donveixlaw@gmail.com,
               dveix@hartylawgroup.com

```
District/off: 0312-3              User: admin               Page 4 of 6             Date Rcvd: Dec 16, 2019
                                  Form ID: tsntc            Total Noticed: 61


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO
               donna.thompson@dlthompsonlaw.com, dlthompsonlaw@aol.com
              Douglas Clagett Gray    on behalf of Defendant    Carson Corporation dgray@mdsfirm.com
              Edmund Campbell    on behalf of Creditor    Glass Systems Tech, LLC
               aweisenberger@campbellroccolaw.com
              Eric J. Hughes    on behalf of Creditor    Liberty Mutual Insurance Company ehughes@mdmc-law.com
              Ericka Fredricks Johnson    on behalf of Interested Party    Interlink Transport Technologies, Inc.
               (dba MSC Technology (North America) Inc.) ErJohnson@wcsr.com,
               Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;matthew.ward@wbd-us.com
              Evan A. Blaker    on behalf of Defendant    J M Pereira And Sons Inc. eblaker@cohenseglias.com,
               mjaskolka@cohenseglias.com
              Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com,
               fpisano@coleschotz.com
              Frank F. Velocci    on behalf of Creditor    NSA 18th Avenue, LLC frank.velocci@dbr.com,
               brian.morgan@dbr.com
              Grant Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com,
               lschindler@wbny.com
              Greg Trif    on behalf of Defendant    K R Masonry L.L.C. gtrif@triflaw.com, gtrif@triflaw.com
              Greg Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com, gtrif@triflaw.com
              Greg Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com, gtrif@triflaw.com
              Greg Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com,
               gtrif@triflaw.com
              Hisham I. Masri    on behalf of Creditor    Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com,
               m.duran@hmasrilaw.com
              Ilana Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com,
               fpisano@coleschotz.com;ssallie@coleschotz.com
              Jacob Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC
               jfrumkin@coleschotz.com
              James C. Dezao, III    on behalf of Creditor Antonio  Zarfino gerald@dezaolaw.com
              James C. Dezao, III    on behalf of Creditor Mayer  Weberman gerald@dezaolaw.com
              Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc.
               jmanfrey@foxrothschild.com,
               jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              Jay L. Lubetkin    on behalf of Interested Party Christopher  Johnson jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Interested Party Kieran  Flanagan jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
              Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
              Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc.
               jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
              Jenny R. Kasen    on behalf of Defendant    SP Builders Contractors Inc. jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              John O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John O'Boyle    on behalf of Defendant    Imperial Floors Limited Liability Company
               joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John O'Boyle    on behalf of Defendant    Bender Enterprises, Inc. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com,
               ecf-fe4957a0ba6a@ecf.pacerpro.com
              Joseph Cicala    on behalf of Defendant    Tore Electric Company jcicala@gpmlegal.com,
               jcicala@gpmlegal.com
              Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Creditor    Fabcon Precast jlemkin@stark-stark.com
              Joseph J. DiPasquale    on behalf of Debtor    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com, jkimble@lowenstein.com
              Joseph J. DiPasquale    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com, jkimble@lowenstein.com
              Joseph J. DiPasquale    on behalf of Defendant    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com, jkimble@lowenstein.com
              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Sunstone Hotels Morristown, LLC jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Redevelopment Company, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Redevelopment Company, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph R Zapata, Jr.    on behalf of Creditor     STMR, Inc. jzapata@msklaw.net
```

```
District/off: 0312-3          User: admin              Page 5 of 6              Date Rcvd: Dec 16, 2019
                              Form ID: tsntc           Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph R. Fischer    on behalf of Defendant    Nordic Contracting Company, Inc.
           jfischer@kiernanstrenk.com
          Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           jraymond@msbnj.com
          K. Joseph Vyzas    on behalf of Creditor    Rexel, Inc. joe@carlawyernj.com
          Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com,
           kdilks@cvmlawoffices.com
          Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com,
           kdilks@cvmlawoffices.com
          Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC
           krosen@lowenstein.com,    dclaussen@lowenstein.com
          Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC
           krosen@lowenstein.com,    dclaussen@lowenstein.com
          Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
          Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
          Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services, LLC LBDiener@optimum.net
          Lawrence B. Diener    on behalf of Defendant    Advanced Scaffold Services Mid-Atlantic LLC
           LBDiener@optimum.net
          Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services Mid-Atlantic LLC
           LBDiener@optimum.net
          Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing
           mmiceli@sm-lawpc.com,    lindsay@sm-lawpc.com
          Marguerite  Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
           mschaffer@shainlaw.com
          Mario A. Batelli    on behalf of Petitioning Creditor 360 Fire Prevention    360 Fire Prevention LLC
           mbatelli@fostermazzielaw.com
          Mark E. Felger    on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com,
           sshidner@cozen.com
          Martin P. Skolnick    on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware
           mskolnick@gmail.com
          Martin P. Skolnick    on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
          Mary E. Seymour    on behalf of Debtor    Hollister Construction Services, LLC
           mseymour@lowenstein.com
          Melissa A. Pena    on behalf of Creditor    Target Fire Protection mapena@norris-law.com,
           pfreda@nmmlaw.com
          Meredith I. Friedman    on behalf of Creditor    CTC Academy mfriedman@wilentz.com,
           ciarkowski@wilentz.com
          Michael  Kahme    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
           mkahme@hillwallack.com,    fmansmann@hillwallack.com
          Michael  Stafford    on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal,
           norddemaio@aol.com;adamnorddemaio@aol.com
          Michael D. Sirota    on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com,
           fpisano@coleschotz.com
          Michael J. Shavel    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
           mshavel@hillwallack.com
          Michael R. Herz    on behalf of Creditor    Troon Electric of New Jersey LLC
           mherz@foxrothschild.com,    cbrown@foxrothschild.com
          Michele Lane Ross    on behalf of Creditor    Control Services, LLC sterry@mrossllc.com
          Mitchell  Malzberg    on behalf of Creditor    Vector Structural Preservation Corp.
           mmalzberg@mjmalzberglaw.com,    dlapham@mjmalzberglaw.com
          Morris S. Bauer    on behalf of Creditor    Ware Malcomb msbauer@nmmlaw.com,
           rjacome@norris-law.com,relikens@nmmlaw.com
          Murphy  Durkin    on behalf of Creditor    Dehn Bros.Fire Protection, Inc. maresta@durkinlawfirm.com
          Nicholas  Verna    on behalf of Interested Party    Interlink Transport Technologies, Inc. (dba MSC
           Technology (North America) Inc.) nick.verna@wbd-us.com
          Nicole M. Nigrelli    on behalf of Interested Party    Delcon Builders, Inc.
           nnigrelli@ciardilaw.com,    sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli    on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli    on behalf of Defendant    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli    on behalf of Defendant    Delcon Builders Inc. nnigrelli@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Pearl  Shah    on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
          Peter  Broege    on behalf of Creditor    Encon Mechanical Corp pbroege@bnfsbankruptcy.com,
           G1580@notify.cincompass.com
          Philip William Allogramento    on behalf of Creditor    Environmental Devices, Inc.
           pallogramento@connellfoley.com
          Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC
           pallogramento@connellfoley.com
          Richard Brant Forrest    on behalf of Creditor    DeSesa Engineering Company, Inc.
           rforrest@oslaw.com
          Richard E. Weltman    on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com,
           mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
          Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company
           rnies@csglaw.com

```
District/off: 0312-3                  User: admin                    Page 6 of 6                  Date Rcvd: Dec 16, 2019
                                      Form ID: tsntc                 Total Noticed: 61


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert M Hirsh    on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability
               company hirsh.robert@arentfox.com,
               indelicato.lisa@arentfox.com;Mary.Dowd@arentfox.com;Mark.Bloom@arentfox.com;Jackson.Toof@arentfox
               .com;adam.ruttenberg@arentfox.com;alyssa.fiorentino@arentfox.com
              Robert Saul Molnar    on behalf of Creditor    Starlite Electric LLC molnarrs@aol.com
              Rocco A. Cavaliere    on behalf of Creditor    Titan Industrial Services Corp.
               rcavaliere@tarterkrinsky.com
              Ryan M. Ernst    on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
              Sam  Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               sdellafera@msbnj.com
              Seth  Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds
               (the "Funds") sptasiewicz@krollfirm.com
              Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com,
               AutoDocketWILM@duanemorris.com
              Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com,
               balaa@pepperlaw.com;molitorm@pepperlaw.com
              Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation jonaitis@pepperlaw.com,
               balaa@pepperlaw.com;molitorm@pepperlaw.com
              Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University
               sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
              Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation
               sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
              Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com,
               courtnotices@herrick.com;lporetsky@herrick.com
              Stuart  Komrower    on behalf of Defendant    Orion Interiors, Inc. skomrower@coleschotz.com,
               fpisano@coleschotz.com
              Stuart M. Brown    on behalf of Interested Party    Waypoint Hackensack Urban Renewal Owner LLC
               stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
              Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University
               sdarling@walsh.law, mvargas@walsh.law
              Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law,
               mvargas@walsh.law
              Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company
               tschellhorn@riker.com
              Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
               tschellhorn@riker.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com,
               jlafferty@capehart.com
              Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com
                                                                                             TOTAL: 157
```