UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TESSER & COHEN
946 Main Street
Hackensack, New Jersey 07601
Tel: 201.343.1100
Fax: 201.343.0885
LEE M. TESSER, ESQ.
DANIELLE COHEN, ESQ.
Attorneys for Herc Rentals, Inc.

In Re:

HOLLISTER CONSTRUCTION SERVICES, LLC,

Debtor.

Case No.: 19-27439 MBK

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 12/19/2019

Judge: Michael Kaplan

## ADJOURNMENT REQUEST

1. I, _____Danielle Cohen_____,

    ☒ am the attorney for: _____Herc Rentals, Inc._____,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: motion for relief from the automatic stay

    Current hearing date and time: 12/19/2019

    New date requested: 12/26/2019

    Reason for adjournment request: I have a conflict with a court appearance for another matter.

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 12/18/2019                                                              s/ Danielle Cohen
                                                                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 1/2/2020 at 10:00 am            ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____            ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*