UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RAS Citron, LLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Attorneys for Secured Creditor

Laura Egerman, Esq. (LE-8250)

In Re:

MICHAEL DURKIN,

Debtor.

Case No.: __18-21823__

Adv. Pro. No.: _____

Chapter: __11__

Hearing Date: __12/19/2019__

Judge: __Michael B. Kaplan__

## ADJOURNMENT REQUEST

1. I, __Laura Egerman, Esq.__,

   ☒ am the attorney for: __Deutsche Bank National Trust Co as Trustee__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearing on First Modified Disclosure Statement

   Current hearing date and time: 12/19/2019 at 10 a.m.

   New date requested: 01/23/2020 at 10 a.m.

   Reason for adjournment request: to allow parties to resolve oustanding objection

   _____

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 12/18/2019                      /s/ Laura Egerman
                                                                                             Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted                      New hearing date: January 16, 2020 at 10:00am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2