UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Lawrence B. Diener (023901975)
Court Plaza North
25 Main Street Suite 200
Hackensack, New Jersey 07601
Telephone: (201)342-6137
Facsimile: (201)341-6126
Internet: LBDiener@optimum.net

**Order Filed on December 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Hollister Construction Services, LLC

Case No. 19-27439 (MBK)

Chapter: 11

Judge: Michael B. Kaplan

## ORDER GRANTING THE MOTION OF ADVANCED SCAFFOLD SERVICES MID-ATLANTIC LLC TO (I) COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACT AND (II) UPON REJECTION OF CONTRACT OR WITHIN FIVE (5) DAYS OF THE ENTERING OF THIS ORDER IF THE CONTRACT IS NOT REJECTED OR ACCEPTED WITHIN SAID TIME TO MODIFY THE AUTOMATIC STAY TO ALLOW ADVANCED SCAFFOLD SERVICES MID-ATLANTIC LLC TO REMOVE EQUIPMENT

The relief set forth on the following pages, numbered two (2) through and including three (3) is hereby ORDERED.

**DATED: December 17, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtor: Hollister Construction Services, LLC
Case No. 19-27439 (MBK)
Caption: Order Granting the Motion of Advanced Scaffold Services Mid-Atlantic LLC to (i) Compel
Debtor to Assume or Reject Executory Contract and (ii) Upon Rejection of Contract or Within five (5)
days of the Entering of this Order if the Contract is Not Rejected or Accepted within said Time to
Allow Advanced Scaffold Services Mid-Atlantic LLC to Remove Equipment.

Upon the Motion of Advanced Scaffold Services Mid-Atlantic LLC [Docket No. 585] (the

"Motion"); and it appearing that this Court has jurisdiction to consider the Motion and the relief

requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the

relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion

having been provided, and no other or further notice being required; and the Court having considered

all responses to the Motion, if any, and all such responses having been either overruled or withdrawn;

and upon all proceedings had before the Court; and the Court having determined that the legal and

factual bases set forth in the Motion establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefore and opportunity for a hearing; it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1.     The Motion is GRANTED as set forth herein.

2.     The contract between the Debtor and Advanced Scaffold Services Mid-Atlantic LLC dated

March 4, 2013, and all exhibits thereto, and all subsequent riders, amendments, change orders and

purchase orders related thereto (collectively, the "Contract"), shall be deemed rejected as of November

27, 2019.  Advanced Scaffold Services Mid-Atlantic LLC shall be required to file any proof of claim

for any alleged damages resulting from the rejection of the Contract by no later than January 20, 2020.

3.     The automatic stay imposed by Section 362(a) of the Bankruptcy Code is hereby modified to

allow Advanced Scaffold Services Mid-Atlantic LLC to immediately remove its equipment from the

Debtor's project located at 110 Edison Place, Newark, New Jersey, commonly referred to as the

"Ironside" project.

4.      This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, and enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-27439-MBK
Hollister Construction Services, LLC                               Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Dec 17, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
db              +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0