UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TESSER & COHEN
946 Main Street
Hackensack, New Jersey 07601
(201) 343-1100
Lee M. Tesser, Esq.
Danielle Cohen, Esq.
*Attorneys for Herc Rentals, Inc.*

In Re:

Hollister Construction Services, LLC

Case No.:    19-27439-MBK

Chapter:     11

Judge:       Michael Kaplan

## CERTIFICATION CONCERNING ORDER TO BE SUBMITTED

I, **Danielle Cohen, Esq.**, certify that with respect to the order submitted to the court, the following is true and correct to the best of my knowledge.

The matter captioned <u>Motion of Herc Rentals, Inc. (1) Lifting the Automatic Stay Pursuant to 11 U.S.C. § 362 and (2) Permitting Herc Rentals, Inc. to Remove Its Property from Various Projects</u>, filed on October 23, 2019 was marked "order to be submitted," and

☐ The proposed order comports with the Court's ruling, and all interested parties have reviewed the proposed order and consent to its entry.

OR

☒ The parties have resolved this matter, and all interested parties have reviewed the proposed order and consent to its entry.

The parties to the proposed order have been served. Their name and relationship to the case are:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| Click or tap here to enter text. | ☐ Trustee |
| Click or tap here to enter text. | ☐ U.S. Trustee |
| Arielle Adler, Esq. | Counsel for the Debtor |
| Click or tap here to enter text. | Click or tap here to enter text. |
| Click or tap here to enter text. | Click or tap here to enter text. |

I certify under penalty of perjury that the foregoing is true.

Date: December 23, 2019                                        /s/ Danielle Cohen
                                                               Signature

*new.6/21/17*