UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Hollister Construction Services LLC

Case No. 19-27439 (MBK)
Reporting Period: October 1 thru 31, 2019

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date  12/23/19

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

CHRIS JOHNSON
Printed Name of Authorized Individual

Head Coach
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re Hollister Construction Services LLC.
Debtor

Case No. 19-27439 (MBK)
Reporting Period: October 1 thru 31, 2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| | OPER #7598 | OPER #4167 | OPER 7641 | PAYROLL # 1876 | OTHER (Petty Cash) | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 822,547 | - | 26,676 | (26,676) | 500 | 823,047 | 549,952 | 823,047 | 549,952 |
| | | | | | | | | | |
| **RECEIPTS** | | | | | | | | | |
| CASH SALES | - | - | - | - | - | - | - | - | - |
| ACCOUNTS RECEIVABLE | - | 15,027 | - | - | - | 15,027 | 3,973,332 | 15,027 | 3,973,332 |
| LOANS AND ADVANCES | - | - | - | - | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - | - | - | - | - |
| OTHER (ATTACH LIST) | 641,739 | - | 7,438 | - | - | 649,177 | - | 649,177 | - |
| TRANSFERS (FROM ACCT 7641) | 7,897 | - | - | 50,486 | - | 58,383 | - | 58,383 | - |
| TRANSFERS (FROM ACCT 7598) | - | - | 31,708 | - | - | 31,708 | - | 31,708 | - |
| TOTAL RECEIPTS | 649,636 | 15,027 | 39,145 | 50,486 | - | 754,294 | 3,973,332 | 754,294 | 3,973,332 |
| | | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | | |
| NET PAYROLL | 601,033 | - | - | 32,359 | - | 633,391 | 500,000 | 633,391 | 500,000 |
| PAYROLL TAXES | 33,740 | - | - | - | - | 33,740 | 30,000 | 33,740 | 30,000 |
| SALES, USE, & OTHER TAXES | - | - | - | - | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - | - | - | - | - |
| SECURED RENTAL / LEASES | 95,003 | - | - | - | - | 95,003 | 20,000 | 95,003 | 20,000 |
| INSURANCE | 105,327 | - | - | - | - | 105,327 | 250,000 | 105,327 | 250,000 |
| ADMINISTRATIVE | 40,837 | 35 | 1,233 | - | - | 42,104 | 1,003,308 | 42,104 | 1,003,308 |
| SELLING | - | - | - | - | - | - | - | - | - |
| OTHER (ATTACH LIST) | - | - | - | - | - | - | - | - | - |
| OWNER DRAW * | - | - | - | - | - | - | - | - | - |
| TRANSFERS (TO #7641) | 31,708 | - | - | - | - | 31,708 | - | 31,708 | - |
| TRANSFERS (TO #1076) | - | - | 50,486 | - | - | 50,486 | - | 50,486 | - |
| TRANSFERS (TO #7598) | - | - | 7,897 | - | - | 7,897 | - | 7,897 | - |
| PROFESSIONAL FEES | - | - | - | - | - | - | 100,000 | - | 100,000 |
| U.S. TRUSTEE QUARTERLY FEES | 325 | - | - | - | - | 325 | 46,000 | 325 | 46,000 |
| COURT COSTS | - | - | - | - | - | - | 10,000 | - | 10,000 |
| TOTAL DISBURSEMENTS | 907,971 | 35 | 59,616 | 32,359 | - | 999,980 | 1,959,308 | 999,980 | 1,959,308 |
| | | | | | | | | | |
| NET CASH FLOW | (258,335) | 14,992 | (20,471) | 18,128 | - | (245,686) | 2,014,024 | (245,686) | 2,014,024 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | |
| | | | | | | | | | |
| CASH - END OF MONTH | 564,212 | 14,992 | 6,205 | (8,548) | 500 | 577,361 | 2,563,976 | 577,361 | 2,563,976 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 999,980 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 999,980 |

FORM MOR-1
(04/07)

In re Hollister Construction Services LLC
Debtor

Case No. **19-27439 (MBK)**
Reporting Period: **October 1 thru 31, 2019**

**CASH DISBURSEMENTS JOURNAL**

| Bank Account | Date | Amount | Description | Check Number | Date |
|---|---|---|---|---|---|
| 4167 | 10/31/2019 | $ 35.00 | PNC Bank Fees | Auto-Debit | 10/31/2019 |
| 7641 | 10/15/2019 | $ 1,232.55 | TD Bank Fees | Auto-Debit | 10/15/2019 |
| 7598 | 10/28/2019 | $ 31,153.68 | PNC Term Loan Payment | Auto-Debit | 10/28/2019 |
| 7598 | 10/31/2019 | $ 47,017.34 | PNC Line of Credit Payment | Auto-Debit | 10/31/2019 |
| 7598 | 10/31/2019 | $ 7,369.87 | PNC Bank Fees | Auto-Debit | 10/31/2019 |
| 7598 | 10/31/2019 | $ 500.08 | UPS Shipping | Auto-Debit | 10/31/2019 |
| 7598 | 10/3/2019 | $ 484.79 | Cloudnexa Inc | 14008 | 10/3/2019 |
| 7598 | 10/3/2019 | $ 600.00 | JMA Consultants , LLC | 14009 | 10/3/2019 |
| 7598 | 10/3/2019 | $ 82.56 | Paul Gorga | 14010 | 10/3/2019 |
| 7598 | 10/9/2019 | $ 11,831.63 | Mane Real Estate, LLC | 14011 | 10/9/2019 |
| 7598 | 10/14/2019 | $ 9,137.50 | Derby Consulting | 14012 | 10/14/2019 |
| 7598 | 10/14/2019 | $ 325.00 | U.S. Trustee | 14013 | 10/14/2019 |
| 7598 | 10/23/2019 | $ 804.25 | Brennan, Ryan | 14014 | 10/23/2019 |
| 7598 | 10/23/2019 | $ 100.00 | John Cervino | 14015 | 10/23/2019 |
| 7598 | 10/23/2019 | $ 453.64 | Miguel Diaz | 14016 | 10/23/2019 |
| 7598 | 10/23/2019 | $ 500.03 | Ed Gore | 14018 | 10/23/2019 |
| 7598 | 10/23/2019 | $ 1,500.00 | Luis Gutierrez | 14019 | 10/23/2019 |
| 7598 | 10/23/2019 | $ 891.41 | Jay McDermott | 14020 | 10/23/2019 |
| 7598 | 10/23/2019 | $ 500.03 | Richard Morro | 14021 | 10/23/2019 |
| 7598 | 10/23/2019 | $ 760.49 | Vincent Solano | 14022 | 10/23/2019 |
| 7598 | 10/23/2019 | $ 1,000.10 | Robert Unice | 14023 | 10/23/2019 |
| 7598 | 10/23/2019 | $ 1,389.96 | David Williams | 14024 | 10/23/2019 |
| 7598 | 10/23/2019 | $ 779.00 | Esposito, Joseph | 14025 | 10/23/2019 |
| 7598 | 10/23/2019 | $ 292.17 | Pitney Bowes | 14026 | 10/23/2019 |
| 7598 | 10/23/2019 | $ 565.67 | Purchase Power | 14027 | 10/23/2019 |
| 7598 | 10/23/2019 | $ 1,360.13 | Chase Mastercard | 14028 | 10/23/2019 |
| 7598 | 10/25/2019 | $ 5,000.00 | CS 134 W. 29th Street LLC | 14029 | 10/25/2019 |
| 7598 | 10/29/2019 | $ 9,137.50 | Derby Consulting | 14030 | 10/29/2019 |
| 7598 | 10/30/2019 | $ 1,102.93 | Cardella Waste | 14031 | 10/30/2019 |
| 7598 | 10/30/2019 | $ 807.08 | Sree Rathan Chadalavada | 14032 | 10/30/2019 |
| 7598 | 10/30/2019 | $ 437.32 | Cloudnexa Inc | 14033 | 10/30/2019 |
| 7598 | 10/30/2019 | $ 280.00 | NYC DOT | 14034 | 10/30/2019 |
| 7598 | 10/1/2019 | $ 92,832.23 | Horizon BCBS | ACH | 10/1/2019 |
| 7598 | 10/1/2019 | $ 7,155.06 | Guardian Insurance | ACH | 10/1/2019 |
| 7598 | 10/31/2019 | $ 5,339.33 | Guardian Insurance | ACH | 10/31/2019 |
| | | $ 242,758.33 | | | |

**OTHER CASH RECEIPTS DETAIL**

| Bank Account | Date | Amount | Description |
|---|---|---|---|
| 7641 | 10/16/2019 | $ 7,437.73 | Cobra deposit from a former employee for healthcare benefits received through Beneflex, the Debtor's plan adminstrator. |
| 7598 | 10/7/2019 | $ 81,124.66 | Top Safety - payment of inter-company receivable balance |
| 7598 | 10/10/2019 | $ 232,227.19 | Arch Insurance - 10/15 Bonded Job Payroll Funding |
| 7598 | 10/11/2019 | $ 80,941.96 | The Parkland Group - Balance of Retainer Return |
| 7598 | 10/17/2019 | $ 23,425.00 | JCPR - Balance of Retainer Return |
| 7598 | 10/23/2019 | $ 2,960.00 | Sharp Consulting - Sale of Laptops & Monitors |
| 7598 | 10/23/2019 | $ 200.73 | Ferrell Gas - Account Refund |
| 7598 | 10/23/2019 | $ 299.24 | JRC Transportation - Account Refund |
| 7598 | 10/23/2019 | $ 4,160.59 | Top Safety - payment of inter-company receivable balance |
| 7598 | 10/23/2019 | $ 2,500.00 | Schools that Can - Reimbursement of Sponsorship |
| 7598 | 10/23/2019 | $ 5.69 | American Express - Closed Account Credit Balance Refund |
| 7598 | 10/23/2019 | $ 0.01 | PNC Bank - Closed MM Account Proceeds |
| 7598 | 10/30/2019 | $ 213,893.70 | Arch Insurance - 10/31 Bonded Job Payroll Funding |
| | | $ 649,176.50 | |

In re Hollister Construction Services LLC
Debtor

Case No. 19-27439 (MBK)
Reporting Period: October 1 thru 31, 2019

## BANK RECONCILIATIONS
Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Operating | | Operating | | Payroll | |
|---|---|---|---|---|---|---|---|---|
| | # 7598 | | # 4167 | | #7641 | | #1876 | |
| **BALANCE PER BOOKS** | $    564,211.81 | | $ 14,991.96 | | $    6,205.18 | | $ (8,547.90) | |
| | | | | | | | | |
| BANK BALANCE | $    584,111.86 | | $ 14,991.96 | | $    6,205.18 | | $    - | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | $    - | | $    - | | $    - | | $    - | |
| (+) OUTSTANDING CHECKS (ATTACH LIST) | $    (19,900.05) | | $    - | | $    - | | $    - | |
| OTHER  (ATTACH EXPLANATION) | $    - | | $    - | | $    - | | $ (8,547.96) | |
| ADJUSTED BANK BALANCE * | $    564,211.81 | | $ 14,991.96 | | $    6,205.18 | | $ (8,547.96) | |
| * Adjusted bank balance must equal | | | | | | | | |
|    balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | 13983 | $    38.25 | | | | | | |
| | 14015 | $    100.00 | | | | | | |
| | 14025 | $    779.00 | | | | | | |
| | 14026 | $    292.17 | | | | | | |
| | 14027 | $    565.67 | | | | | | |
| | 14028 | $    1,360.13 | | | | | | |
| | 14029 | $    5,000.00 | | | | | | |
| | 14030 | $    9,137.50 | | | | | | |
| | 14031 | $    1,102.93 | | | | | | |
| | 14032 | $    807.08 | | | | | | |
| | 14033 | $    437.32 | | | | | | |
| | 14034 | $    280.00 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| Nationwide 401K Employee Deferrals from 10/31/19 Payroll. Electronic payment to Nationwide processed on 11/1/9. | | | | | | | ACH | -8547.96 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In re Hollister Construction Services LLC
Debtor

Case No. **19-27439 (MBK)**
Reporting Period: **October 1 thru 31, 2019**

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID (Footnote 1)
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

<u>Footnotes</u>
(1) Debtor did not pay any professional fees or expenses during this Reporting Period.

In re Hollister Construction Services LLC
    Debtor

Case No. 19-27439 (MBK)
Reporting Period: October 1 thru 31, 2019

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | | Cumulative Filing to Date | |
|---|---|---|---|---|
| Gross Revenues | $ | - | $ | - |
| Less: Returns and Allowances | $ | - | $ | - |
| **Net Revenue** | **$** | **-** | **$** | **-** |
| **COST OF GOODS SOLD** | | | | |
| Beginning Inventory | $ | - | $ | - |
| Add: Purchases | $ | - | $ | 14,734 |
| Add: Cost of Labor | $ | 221,250 | $ | 315,052 |
| Add: Other Costs (attach schedule) | $ | - | $ | - |
| Less: Ending Inventory | $ | - | $ | - |
| **Cost of Goods Sold** | **$** | **221,250** | **$** | **329,786** |
| **Gross Profit** | **$** | **(221,250)** | **$** | **(329,786)** |
| **OPERATING EXPENSES** | | | | |
| Advertising | $ | - | $ | - |
| Auto and Truck Expense | $ | - | $ | - |
| Bad Debts | $ | - | $ | - |
| Contributions | $ | - | $ | - |
| Employee Benefits Programs | $ | 4,017 | $ | 4,017 |
| Insider Compensation* | $ | 84,167 | $ | 132,083 |
| Insurance (Footnote 1) | $ | (432,479) | $ | (0) |
| Management Fees/Bonuses | $ | - | $ | - |
| Office Expense | $ | 31,534 | $ | 31,965 |
| Pension & Profit-Sharing Plans | $ | - | $ | - |
| Repairs and Maintenance | $ | - | $ | - |
| Rent and Lease Expense | $ | 18,283 | $ | 18,283 |
| Salaries/Commissions/Fees | $ | 116,972 | $ | 155,286 |
| Supplies | $ | - | $ | - |
| Taxes - Payroll | $ | 37,545 | $ | 64,704 |
| Taxes - Real Estate | $ | - | $ | - |
| Taxes - Other | $ | - | $ | - |
| Travel and Entertainment | $ | 24,581 | $ | 24,581 |
| Utilities | $ | 9,578 | $ | 14,578 |
| Other (attach schedule) | $ | 7,289 | $ | 8,556 |
| **Total Operating Expenses Before Depreciation** | **$** | **(98,513)** | **$** | **454,053** |
| Depreciation/Depletion/Amortization | $ | 21,360 | $ | 30,463 |
| **Net Profit (Loss) Before Other Income & Expenses** | **$** | **(144,097)** | **$** | **(814,302)** |
| **OTHER INCOME AND EXPENSES** | | | | |
| Other Income (attach schedule) | $ | - | $ | - |
| Interest Expense | $ | 51,504 | $ | 98,261 |
| Other Expense (attach schedule) | $ | - | $ | - |
| **Net Profit (Loss) Before Reorganization Items** | **$** | **(195,601)** | **$** | **(912,563)** |
| **REORGANIZATION ITEMS** | | | | |
| Professional Fees | $ | 581,968 | $ | 1,166,922 |
| U. S. Trustee Quarterly Fees | $ | - | $ | 325 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | $ | - | $ | - |
| Gain (Loss) from Sale of Equipment | $ | 2,960 | $ | 2,960 |
| Other Reorganization Expenses (attach schedule) | $ | - | $ | - |
| **Total Reorganization Expenses** | **$** | **584,928** | **$** | **1,170,207** |
| Income Taxes | $ | - | $ | - |
| **Net Profit (Loss)** | **$** | **(780,529)** | **$** | **(2,082,770)** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**Footnotes:**

(1) Insurance - Credit is correction to prior period Insurance expense. Expense should have been recorded to Prepaid Expense account on Balance Sheet.

FORM MOR-2
(04/07)

In re Hollister Construction Services LLC
Debtor

Case No. 19-27439 (MBK)
Reporting Period: October 1 thru 31, 2019

**STATEMENT OF OPERATIONS - continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Month | | Cumulative Filing to Date | |
|---|---|---|---|---|
| **Other Costs** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Other Operational Expenses** | | | | |
| Bank Fees | $ | 7,289 | $ | 8,556 |
| | | | | |
| | | | | |
| TOTAL OTHER OPERATIONAL EXPENSES | $ | 7,289 | $ | 8,556 |
| **Other Income** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Other Expenses** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Other Reorganization Expenses** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 CONT'D
(04/07)

In re Hollister Construction Services LLC
Debtor

Case No **19-27439 (MBK)**
Reporting Period: **October 1 thru 31, 2019**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 577,361 | 1,376,792 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | - | - |
| Accounts Receivable (Net) | 80,108,589 | 80,692,098 |
| Notes Receivable | 137,582 | 140,332 |
| Inventories | - | - |
| Prepaid Expenses | 4,375,047 | 2,015,509 |
| Professional Retainers | 134,811 | 1,162,834 |
| Other Current Assets (attach schedule) | 1,008,438 | 1,109,006 |
| TOTAL CURRENT ASSETS | 86,341,829 | 86,496,571 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | - | - |
| Machinery and Equipment | - | - |
| Furniture, Fixtures and Office Equipment | 944,560 | 944,560 |
| Leasehold Improvements | 359,753 | 359,753 |
| Vehicles | 95,494 | 95,494 |
| Less Accumulated Depreciation | (1,217,534) | (1,180,928) |
| TOTAL PROPERTY & EQUIPMENT | 182,273 | 218,879 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | 3,282,185 | 3,282,185 |
| Other Assets (attach schedule) | 661,356 | 661,356 |
| TOTAL OTHER ASSETS | 3,943,541 | 3,943,541 |
| **TOTAL ASSETS** | 90,467,643 | 90,658,991 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | - | - |
| Taxes Payable (refer to FORM MOR-4) | - | - |
| Wages Payable | - | - |
| Notes Payable | - | - |
| Rent / Leases - Building/Equipment | - | - |
| Secured Debt / Adequate Protection Payments | - | - |
| Professional Fees | - | - |
| Amounts Due to Insiders* | - | - |
| Other Postpetition Liabilities (attach schedule) | - | - |
| TOTAL POSTPETITION LIABILITIES | - | - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | 15,253,333 | 15,280,000 |
| Priority Debt | - | - |
| Unsecured Debt | 95,945,882 | 95,330,034 |
| TOTAL PRE-PETITION LIABILITIES | 111,199,216 | 110,610,034 |
| **TOTAL LIABILITIES** | 111,199,216 | 110,610,034 |
| **OWNER EQUITY** | | |
| Capital Stock | 2,416,026 | 2,416,026 |
| Additional Paid-In Capital | - | - |
| Partners' Capital Account | - | - |
| Owner's Equity Account | - | - |
| Retained Earnings - Pre-Petition | (22,367,069) | (22,367,069) |
| Retained Earnings - Postpetition | (780,530) | - |
| Adjustments to Owner Equity (attach schedule) | - | - |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | - | - |
| NET OWNER EQUITY | (20,731,573) | (19,951,043) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 90,467,643 | 90,658,991 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(04/07)

In re    Hollister Construction Services LLC
         Debtor

Case No. 19-27439 (MBK)
Reporting Period: October 1 thru 31, 2019

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Current Assets** | | |
| Employee Deferred Compensation Plan | $ 237,000 | $ 237,000 |
| Receivable – Ci | $ 5,000 | $ 5,000 |
| Receivable – SX | $ 457,227 | $ 489,712 |
| Receivable – TS | $ - | $ 68,082 |
| Receivable – MG | $ 109,179 | $ 109,179 |
| Receivable – HS | $ 200,033 | $ 200,033 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER CURRENT ASSETS | $ 1,008,438 | $ 1,109,006 |
| **Other Assets** | | |
| Security Deposits | $ 35,667 | $ 35,667 |
| Investments | $ 625,689 | $ 625,689 |
| | | |
| | | |
| | | |
| TOTAL OTHER ASSETS | $ 661,356 | $ 661,356 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Postpetition Liabilities** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Adjustments to Owner Equity** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Postpetition Contributions (Distributions) (Draws)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re Hollister Construction Services LLC
Debtor

Case No. 19-27439 (MBK)
Reporting Period: October 1 thru 31, 2019

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $ - | $ - | $ - | $ - | $ - | $ - |
| FICA-Employee | $ - | $ - | $ - | $ - | $ - | $ - |
| FICA-Employer | $ - | $ - | $ - | $ - | $ - | $ - |
| Unemployment | $ - | $ - | $ - | $ - | $ - | $ - |
| Income | $ - | $ - | $ - | $ - | $ - | $ - |
| Other: | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Federal Taxes | $ - | $ - | $ - | $ - | $ - | $ - |
| **State and Local** | | | | | | |
| Withholding | $ - | $ - | $ - | $ - | $ - | $ - |
| Sales | $ - | $ - | $ - | $ - | $ - | $ - |
| Excise | $ - | $ - | $ - | $ - | $ - | $ - |
| Unemployment | $ - | $ - | $ - | $ - | $ - | $ - |
| Real Property | $ - | $ - | $ - | $ - | $ - | $ - |
| Personal Property | $ - | $ - | $ - | $ - | $ - | $ - |
| Other: | $ - | $ - | $ - | $ - | $ - | $ - |
| Total State and Local | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Taxes** | $ - | $ - | $ - | $ - | $ - | $ - |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | Number of Days Past Due 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Wages Payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Taxes Payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Rent/Leases-Building (Footnote 3) | $ 3,000 | $ 3,000 | $ - | $ - | $ - | $ - |
| Rent/Leases-Equipment (Footnote 1) | $ 19,390 | $ 20,250 | $ - | $ - | $ - | $ - |
| Secured Debt/Adequate Protection Payments | $ - | $ - | $ - | $ - | $ - | $ - |
| Professional Fees (Footnote 2) | $ 40,390 | $ 35,425 | $ - | $ - | $ - | $ - |
| Amounts Due to Insiders* | $ - | $ - | $ - | $ - | $ - | $ - |
| Other: | $ - | $ - | $ - | $ - | $ - | $ - |
| Other: | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Postpetition Debts** | $ 62,779 | $ 58,675 | $ - | $ - | $ - | $ - |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

**Footnotes:**

(1) Equipment Rent/Leases - Amounts past due are related to Herc Rentals. The Debtor and Herc Rentals are negotiating a Settlement Agreement that will address these open amounts.

(2) Professional Fees - Amounts past due are related to Prime Clerk. Debtor expects to pay in December when the Cash Collateral Orders covering these disbursements are approved.

(3) Building Rent/Leases - Amounts relate to the rent on a job site office for a bonded project that has been transitioned to Arch.

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

In re  Hollister Construction Services LLC
                Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ | 80,611,013 | (1) |
| + Amounts billed during the period | $ | - |
| - Amounts collected during the period | $ | (15,027) |
| Total Accounts Receivable at the end of the reporting period | $ | 80,595,986 |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | $ | 32,240,564 | (2) |
| 31 - 60 days old | $ | 6,754,243 |
| 61 - 90 days old | $ | 8,779,836 |
| 91+ days old | $ | 32,821,343 |
| Total Accounts Receivable | $ | 80,595,986 |
| Amount considered uncollectible (Bad Debt) | $ | 13,691,877 | (3) |
| Accounts Receivable (Net) | $ | 66,904,109 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No | |
|---|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X | |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X | |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | X | | (4) |

**Footnotes:**
(1) Includes Bonded job receivables and Retainage Receivables.
(2) 0-30 Days A/R is the total open Retainage balance.
(3) Estimated uncollectible amount.  Has not been booked to Bad Debt on Debtor's books.
(4) The Debtor opened account # 8026-44-4167 at PNC Bank for all non-bonded job related activity.

# Corporate Business Account Statement

**◉ PNC BANK**

Account number: ▉4167

Page 1 of 3

**For the period 10/01/2019 to 10/31/2019**

010595                                    008224166    HSP  97

HOLLISTER CONSTRUCTION SERVICES
LLC
DEBTOR IN POSSESSION
CASE NUMBER 19-27439
339 JEFFERSON RD
PARSIPPANY NJ 07054-3707

Number of enclosures: 0
Tax ID Number: 74-3135404

☎ For Client Services:
   Call 1-800-669-1518

🖥 Visit us at PNC.com/treasury

✉ Write to: Treas Mgmt Client Care
   One Financial Parkway
   Locator Z1-Yb42-03-1
   Kalamazoo , MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 0.00 | 38,451.96 | 23,460.00 | 14,991.96 |

### October is National Cyber Security Awareness Month

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at 1-800-762-2035, select 1 for personal account or 2 for a business account, then select option 3.

### Holidays Can Bring Increased Scams

Watch out for Phishing, Vishing, and SMiShing scams, which often increase during the busy holiday season. These scams target potential victims via email, telephone, and text message, and are social engineering attempts to harvest sensitive personal information or to install malware onto your computer or mobile device. If a message looks suspicious, do not respond to it and do not open attachments and don't click links. Forward the message to PNC at abuse@pnc.com.

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 1 | 15,026.96 | Checks | 0 | 0.00 |
| National Lockbox | 0 | 0.00 | Returned Items | 0 | 0.00 |
| ACH Credits | 0 | 0.00 | ACH Debits | 0 | 0.00 |
| Funds Transfers In | 1 | 23,425.00 | Funds Transfers Out | 0 | 0.00 |
| Trade Services | 0 | 0.00 | Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 | Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 | Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 | Adjustments | 0 | 0.00 |
| Other Credits | 0 | 0.00 | Other Debits | 2 | 23,460.00 |
| Total | 2 | 38,451.96 | Total | 2 | 23,460.00 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 10/01 | 0.00 | 10/17 | 0.00 | 10/31 | 14,991.96 |
| 10/07 | 23,425.00 | 10/23 | 15,026.96 | | |



# Corporate Business Account Statement

HOLLISTER CONSTRUCTION SERVICES
LLC

**For the period 10/01/2019 to 10/31/2019**

Account number: ███████4167

Page 2 of 3

## Deposits and Other Credits

### Deposits — 1 transaction for a total of $ 15,026.96

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/23 | 15,026.96 | Deposit | 052344456 |

### Funds Transfers In — 1 transaction for a total of $ 23,425.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/07 | 23,425.00 | Fed Wire In 19A7K4841B3L2Q9E | W19A7K4841B3L2Q9E |

## Checks and Other Debits

### Other Debits — 2 transactions for a total of $ 23,460.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/17 | 23,425.00 | Account Transfer To ███████7598 | HOLLISTER CONST |
| 10/31 | 35.00 | Corporate Account Analysis Charge | 0000000000000039544 |

## Reviewing Your Statement

**PNC BANK**

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your accounts(s);
* your name or address is incorrect;
* you have a business account and your tax identification number is missing or incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement          $ _____

Add deposits and other additions not recorded    Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance     = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions about Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC          Equal Housing Lender



**TD Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

000023771 01 AV    0.380  FTD01040110219117813 0026 03 02
HOLLISTER CONSTRUCTI SERVICES LLC
PAYROLL ACCOUNT
339 JEFFERSON RD
PARSIPPANY NJ  07054-3707

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Oct 01 2019-Oct 31 2019 |
| Cust Ref #: | 3451471876-408-T-*** |
| Primary Account #: | ████1876 |

## TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### Business Analysis

HOLLISTER CONSTRUCTI SERVICES LLC
PAYROLL ACCOUNT

Account #██████876

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Statement Balance as of 10/01 | | | 0.00 |
| Plus | 3 | Deposits and Other Credits | 53,873.69 |
| Less | 4 | Checks and Other Debits | 53,873.69 |
| Statement Balance as of 10/31 | | | 0.00 |

ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 10/01 | ZBA CREDIT TRANSFER,<br>ZBA XFER FROM CHECKING ACCT ████7641 | | 33,578.85 | 33,578.85 |
| 10/01 | ACH DEBIT, NW TRUST CONTRIB 350-80572 | 31,707.61 | | 1,871.24 |
| 10/01 | CCD DEBIT,<br>HOLLISTER CONSTR CHLD SUPRT TD Bank | 1,871.24 | | 0.00 |
| 10/02 | CCD DEPOSIT, HOLLISTER CONSTR MANUAL TD Bank | | 1,693.64 | 1,693.64 |
| 10/02 | ZBA DEBIT TRANSFER,<br>ZBA XFER TO CHECKING ACCT ████7641 | 1,693.64 | | 0.00 |
| 10/03 | ZBA CREDIT TRANSFER,<br>ZBA XFER FROM CHECKING ACCT ████7641 | | 18,601.20 | 18,601.20 |
| 10/03 | ACH DEBIT, NW TRUST CONTRIB 350-80572 | 18,601.20 | | 0.00 |

INTEREST SUMMARY

| | |
|---|---|
| Beginning Interest Rate | 0.00% |
| Number of days in this Statement Period | 31 |
| Interest Earned this Statement Period | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Interest Paid Year to date | 0.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠



# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance                    0.00

❷ Total Deposits    +

❸ Sub Total

❹ Total Withdrawals    -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The Daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

E   STATEMENT OF ACCOUNT

HOLLISTER CONSTRUCTI SERVICES LLC
339 JEFFERSON RD
PARSIPPANY NJ 07054-3707

Page:                       1 of 3
Statement Period:    Oct 01 2019-Oct 31 2019
Cust Ref #:              4351337641-408-E-###
Primary Account #:                        641

## TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Business Analysis

HOLLISTER CONSTRUCTI SERVICES LLC                    Account #        7641

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 26,675.79 | Average Collected Balance | 5,836.80 |
| Electronic Deposits | 7,437.73 | Interest Earned This Period | 0.00 |
| Other Credits | 33,401.25 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 61,309.59 | Days in Period | 31 |
| Ending Balance | 6,205.18 | | |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/16 | ACH DEPOSIT, BENEFLEX COBRA HOLLISTER-COBRA | 7,437.73 |
| | Subtotal: | 7,437.73 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | WIRE TRANSFER INCOMING, HOLLISTER CONSTRUCTION #19-27439 | 31,707.61 |
| 10/02 | ZBA CREDIT TRANSFER, ZBA XFER FROM CHECKING ACCT 1876 | 1,693.64 |
| | Subtotal: | 33,401.25 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | ZBA DEBIT TRANSFER, ZBA XFER TO CHECKING ACCT 1876 | 33,578.85 |
| 10/03 | ZBA DEBIT TRANSFER, ZBA XFER TO CHECKING ACCT 1876 | 18,601.20 |
| 10/07 | WIRE TRANSFER OUTGOING, Hollister Construction Services | 7,896.99 |
| 10/15 | SERVICE CHARGE, ANALYSIS FEES | 1,232.55 |
| | Subtotal: | 61,309.59 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance        6,205.18

❷ Total Deposits      +

❸ Sub Total

❹ Total Withdrawals   -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number;
- The dollar amount of the suspected error;
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

HOLLISTER CONSTRUCTI SERVICES LLC

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Oct 01 2019-Oct 31 2019 |
| Cust Ref #: | 4351337641-408-E-### |
| Primary Account #: | 7641 |

---

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 09/30 | 28,675.79 | 10/07 | 0.00 |
| 10/01 | 24,804.55 | 10/15 | -1,232.55 |
| 10/02 | 26,498.19 | 10/16 | 6,205.18 |
| 10/03 | 7,896.99 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# Corporate Business Account Statement

 **PNCBANK**

For the period 10/01/2019 to 10/31/2019

010594                        000196128    UZ

HOLLISTER CONSTRUCTION #19-27439
SERVICES LLC
OPERATING ACCOUNT
DEBTOR IN POSSESSION
339 JEFFERSON RD
PARSIPPANY NJ 07054-3707

Account number:          ▮▮-7598

Page 1 of 4

Number of enclosures: 0
Tax ID Number: 74-3135404

☎ For Client Services:
   Call 1-800-669-1518

🖥 Visit us at PNC.com/treasury

✉ Write to: Treas Mgmt Client Care
   One Financial Parkway
   Locator Z1-Yb42-03-1
   Kalamazoo , MI 49009

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 847,080.64 | 650,626.83 | 913,595.61 | 584,111.86 |

### October is National Cyber Security Awareness Month

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at 1-800-762-2035, select 1 for personal account or 2 for a business account, then select option 3.

### Holidays Can Bring Increased Scams

Watch out for Phishing, Vishing, and SMiShing scams, which often increase during the busy holiday season. These scams target potential victims via email, telephone, and text message, and are social engineering attempts to harvest sensitive personal information or to install malware onto your computer or mobile device. If a message looks suspicious, do not respond to it and do not open attachments and don't click links. Forward the message to PNC at abuse@pnc.com.

### Deposits and Other Credits

| Description | Items | Amount |
|---|---|---|
| Deposits | 3 | 172,192.88 |
| National Lockbox | 0 | 0.00 |
| ACH Credits | 0 | 0.00 |
| Funds Transfers In | 3 | 454,017.88 |
| Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 |
| Other Credits | 2 | 24,416.07 |
| Total | 8 | 650,626.83 |

### Checks and Other Debits

| Description | Items | Amount |
|---|---|---|
| Checks | 40 | 48,645.06 |
| Returned Items | 0 | 0.00 |
| ACH Debits | 7 | 117,451.09 |
| Funds Transfers Out | 6 | 661,551.40 |
| Trade Services | 4 | 3,241.26 |
| Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 |
| Other Debits | 4 | 82,706.80 |
| Total | 61 | 913,595.61 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 10/01 | 712,099.24 | 10/10 | 1,021,758.60 | 10/24 | 757,344.90 |
| 10/02 | 707,085.28 | 10/11 | 764,853.21 | 10/25 | 755,844.90 |
| 10/03 | 706,475.73 | 10/15 | 750,144.58 | 10/28 | 720,707.52 |
| 10/04 | 706,077.90 | 10/17 | 761,945.19 | 10/29 | 719,116.82 |
| 10/07 | 792,000.46 | 10/18 | 749,946.29 | 10/30 | 640,990.35 |
| 10/08 | 788,540.34 | 10/21 | 749,005.25 | 10/31 | 584,111.86 |
| 10/09 | 789,531.41 | 10/23 | 759,131.51 | | |



# Corporate Business Account Statement

HOLLISTER CONSTRUCTION #19-27439
SERVICES LLC

**For the period 10/01/2019 to 10/31/2019**

Account number: 7598

Page 2 of 4

## Deposits and Other Credits

### Deposits — 3 transactions for a total of $ 172,192.88

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/07 | 81,124.66 | Deposit | 054179245 |
| 10/11 | 80,941.96 | Deposit | 004578264 |
| 10/23 | 10,126.26 | Deposit | 052344458 |

### Funds Transfers In — 3 transactions for a total of $ 454,017.88

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/07 | 7,896.99 | Fed Wire In 19A7E390932M9Xhw | W19A7E390932M9XHW |
| 10/10 | 232,227.19 | Fed Wire In 19Aag4632Cpn0Eqt | W19AAG4632CPN0EQT |
| 10/30 | 213,893.70 | Fed Wire In 19Aui03169Yy1Z82 | W19AUI03169YY1Z82 |

### Other Credits — 2 transactions for a total of $ 24,416.07

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/09 | 991.07 | Suspicious Item Return Ck 000000000012438 Value Date 10-08-19 | 083455397 |
| 10/17 | 23,425.00 | Account Transfer From 4167 | HOLLISTER CONST |

## Checks and Other Debits

### Checks and Substitute Checks — 40 transactions for a total of $ 48,645.06

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01 | 13978 | 584.17 | 086704128 | 10/08 | 13995 | 495.52 | 086840213 | 10/24 | 13984 | 526.09 | 084797638 |
| 10/01 | 13974 | 495.24 | 086833111 | 10/08 | 13991 | 116.94 | 077476257 | 10/24 | 14021 | 500.03 | 084718895 |
| 10/01 | 13979 | 500.03 | 086871723 | 10/08 | 12438 | 991.07 | 083455397 | 10/24 | 14022 | 760.49 | 084833817 |
| 10/01 | 13980 | 1,038.38 | 083141146 | 10/08 | 13999 | 1,856.59 | 083362515 | 10/25 | 14019 | 1,500.00 | 085285376 |
| 10/01 | 13987 | 85.56 | 083140239 | 10/11 | 13982 | 23.73 | 085057142 | 10/28 | 14020 | 891.41 | 086019157 |
| 10/01 | 14003 | 583.12 | 083140365 | 10/15 | 13990 | 285.60 | 086283582 | 10/28 | 14023 | 1,000.10 | 085884721 |
| 10/02 | 14005 | 5,000.00 | 083778072 | 10/15 | 13977 | 912.39 | 085779081 | 10/28 | 13986 | 127.20 | 086519356 |
| 10/03 | 13994 | 144.13 | 083804768 | 10/15 | 13975 | 464.32 | 083126517 | 10/28 | 13985 | 75.00 | 086797705 |
| 10/03 | 13973 | 465.42 | 084379746 | 10/15 | 13981 | 198.81 | 083188227 | 10/28 | 14018 | 500.03 | 086649319 |
| 10/04 | 13988 | 315.27 | L085271492 | 10/15 | 14009 | 600.00 | 083193929 | 10/28 | 14024 | 1,389.96 | 086608188 |
| 10/04 | 14010 | 82.56 | 085148556 | 10/15 | 14012 | 9,137.50 | 083102224 | 10/29 | 14014 | 804.25 | 083471086 |
| 10/07 | 13993 | 262.50 | 086034454 | 10/18 | 14011 | 11,851.68 | 085518474 | 10/29 | 14016 | 453.64 | 083473121 |
| 10/07 | 13992 | 2,345.69 | 086236194 | 10/21 | 14008 | 484.79 | 086380732 | | | | |
| 10/07 | 13976 | 490.90 | 086469469 | 10/21 | 14013 | 325.00 | 086522465 | | | | |

### ACH Debits — 7 transactions for a total of $ 117,451.09

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/01 | 92,832.23 | ACH Tel-Single Billing En Bcbs Primary 745051862 | 00019274001986236 |
| 10/01 | 7,155.06 | Corporate ACH Oct Gp Ins The Guardian 56358700Be20000 | 00019273009440640 |
| 10/17 | 11,624.39 | ACH Debit Contrib NW Trust 350-80572 | 00019289010589721 |
| 10/18 | 123.86 | Corporate ACH UPS Bill U. P. S. 192780000Rx0270 | 00019290006689421 |
| 10/18 | 43.41 | Corporate ACH UPS Bill U. P. S. 192780000Rx0270 | 00019290005689437 |
| 10/29 | 332.81 | Corporate ACH UPS Bill U. P. S. 192920000Rx0270 | 00019301006832552 |
| 10/31 | 5,339.33 | Corporate ACH Nov Gp Ins The Guardian 56338700Be20000 | 00019303010329780 |

# Corporate Business Account Statement

HOLLISTER CONSTRUCTION #19-27439
SERVICES LLC

**⦿ PNCBANK**

**For the period 10/01/2019 to 10/31/2019**

Account number: ▮▮▮-7598

Page 3 of 4

## Checks and Other Debits - *continued*

### Funds Transfers Out — 6 transactions for a total of $ 661,551.40

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/01 | ✕ 31,707.61 | Fed Wire Out 19A1E14526Il23X7 | W19A1E14526IL23X7 |
| 10/11 | 243,338.55 | Fed Wire Out 19Abj33189Al5Cyh | W19ABJ33189AL5CYH |
| 10/11 | 92,281.93 | Fed Wire Out 19Abj1534Rml81Ek | W19ABJ1534RML81EK |
| 10/11 | 2,203.14 | Fed Wire Out 19Abk14128Kn7Szz | W19ABK14128KN7SZZ |
| 10/30 | 213,934.43 | Fed Wire Out 19Auf3730Cax19Vf | W19AUF3730CAX19VF |
| 10/30 | 78,085.74 | Fed Wire Out 19Auf3729Gqy4Rc8 | W19AUF3729GQY4RC8 |

### Trade Services — 4 transactions for a total of $ 3,241.26

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/15 | 2,151.68 | Standby L/C Debit 18128654-00 | GTSREF - 18128654-00 |
| 10/15 | 958.33 | Standby L/C Debit 18131227-00 | GTSREF - 18131227-00 |
| 10/21 | 100.00 | Standby L/C Debit 18131227-00 | GTSREF - 18131227-00 |
| 10/21 | 31.25 | Standby L/C Debit 18131227-00 | GTSREF - 18131227-00 |

### Other Debits — 4 transactions for a total of $ 82,706.80

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/02 | 13.96 | Corporate Account Analysis Charge Value Date 09-30-19 | 000000000000039317 |
| 10/28 | 31,153.68 | PNC Bank- NJ Loan Pmts 608049237 | 0003115 |
| 10/31 | 47,017.34 | PNC Bank- NJ Loan Pmts 607920273 | 0002831 |
| 10/31 | 4,521.82 | Corporate Account Analysis Charge | 000000000000039543 |

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your accounts(s);
* your name or address is incorrect;
* you have a business account and your tax identification number is missing or incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement      $ _____

Add deposits and other additions not recorded   Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance   = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions about Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC           Equal Housing Lender