UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor-in-Possession*

---

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,[1]

Debtor.

Chapter 11

Case No. 19-27439 (MBK)

Hearing Date: 1/2/20 at 10:00 a.m.

Judge: Kaplan

## ADJOURNMENT REQUEST

1. I, Arielle B. Adler, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "Debtor"), hereby request an adjournment of the following hearing for the reason set forth below.

Matter: *Herc Rentals, Inc.'s Amended Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C § 503(b)(1)(A)* (the "Motion") [Docket Nos. 607 (amended) and 546 (original)].

Current Hearing Date: January 2, 2020 at 10:00 a.m. (ET).

Objection deadline: December 26, 2019

New Hearing Date Requested: January 16, 2020 at 10:00 a.m./Objection Deadline: January 9, 2020 at 4:00 p.m.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3
12/24/2019 205624806.1

-2-

Reason for adjournment request: <u>The parties are working to reach a resolution of the Motion without incurring the expense of litigation.</u>

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: <u>12/24/2019</u>    <u>/s/ Arielle B. Adler</u>
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: <u>1/16/20 @10:00am</u>    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**