**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
Anthony Sodono III, Esq. (asodono@msbnj.com)
Andrea Dobin, Esq. (adobin@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

|  |  |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>              Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>(Honorable Michael B. Kaplan) |

**MONTHLY FEE STATEMENT OF McMANIMON, SCOTLAND & BAUMANN, LLC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC, FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

                **McMANIMON, SCOTLAND & BAUMANN, LLC**
                *Attorneys for Official Committee of Unsecured*
                *Creditors of Hollister Construction Services, LLC*


          By:      */s/ Sam Della Fera, Jr.*
                Sam Della Fera, Jr.

**MS&B**  McMANIMON • SCOTLAND • BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

Creditors' Committee - Hollister          CLIENT #          00016030-00001
Construction Services, LLC                INVOICE #         167709
                                          INVOICE DATE:     December 23, 2019

                                          BILLING REF:      SDF


### INVOICE SUMMARY

For professional services rendered through 11/30/19, in connection
with the matter titled:

### Committee Representation

|  |  |
|---|---|
| TOTAL FEES | 53302.50 |
| TOTAL DISBURSEMENTS ADVANCED | 596.00 |
| **TOTAL FOR INVOICE** | **53898.50** |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**  McMANIMON • SCOTLAND • BAUMANN         75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Dec 23, 2019      PAGE   2


                    PROFESSIONAL SERVICES RENDERED

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11/01/19 | SDF | Review notice of appearance filed by counsel for Bohler Engineering NY. | .10 | 47.50 |
| 11/01/19 | SDF | Confer with J. Raymond regarding Debtor's proposed settlement with Tipico, preparation for call with Committee, and motion to convert. | .40 | 190.00 |
| 11/01/19 | SDF | E-mails with Committee regarding comments to motion to convert. | .20 | 95.00 |
| 11/01/19 | SDF | Return call to Debtor's counsel regarding motion to compel. | .20 | 95.00 |
| 11/01/19 | SDF | Telephone call with Creditors' Committee regarding pending matters and motion to convert. | .50 | 237.50 |
| 11/01/19 | SDF | E-mails with L. Bielskie regarding transcription of recording of section 341(a) Meeting. | .20 | 95.00 |
| 11/01/19 | SDF | Review claim filed by Pereira Electrical Contracting. | .10 | 47.50 |
| 11/01/19 | SDF | Review minutes of Committee meeting today. | .20 | 95.00 |
| 11/01/19 | SDF | Review filed certificate of consent regarding motion of Vector Structural Preservation Corp. for stay relief. | .10 | 47.50 |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

MS&B   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019     PAGE   3

| | | | |
|---|---|---|---|
| 11/01/19 | SDF | Review and revise motion to convert case to include objection to Tipico settlement and cross-motion to convert. | 1.80 | 855.00 |
| 11/01/19 | SDF | Telephone call from Committee member AES Lighting regarding pending matters. | .30 | 142.50 |
| 11/01/19 | SDF | Review motion of Grand Majeur Development for an order confirming that automatic stay is not in effect and related application to shorten time and order. | .40 | 190.00 |
| 11/01/19 | JHR | Reviewed Debtor's motion to approve a settlement, drafted Certification in support of motion to convert and revised and edited application ins support of motion to convert. Reviewed 10X Monthly Fee Statement. | 1.20 | 570.00 |
| 11/01/19 | JHR | Conference call with committee re status of motion to approve settlement and motion to convert case. Drafted, revised and edited minutes and discussed strategy for | .80 | 380.00 |
| 11/01/19 | SDF | Review e-mail from Debtor's counsel regarding countersigned confidentiality agreement with Committee. | .10 | 47.50 |
| 11/01/19 | LD | Update case service list. | .10 | 12.50 |
| 11/04/19 | LD | E-file cross-motion to Debtor's motion to approve settlements; send e-mail to Committee regarding same. | .20 | 25.00 |

**MS&B**    McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Dec 23, 2019      PAGE    4

| | | | |
|---|---|---:|---:|
| 11/04/19 | SBP | Update chart with motions and applications | .30 | 82.50 |
| 11/04/19 | JHR | Revised Application and Certification in support of Cross-Motion to convert case to chapter 7. | 1.10 | 522.50 |
| 11/04/19 | JHR | Correspondence reviewed from K. Rosen and Bruce Buechler regarding Debtor's response to Motion to Convert. | .20 | 95.00 |
| 11/04/19 | SDF | Finalize objection to Debtor's settlement motion and Committee's cross-motion to convert case. | 1.60 | 760.00 |
| 11/04/19 | SDF | Review verified statement filed by Stark & Stark and co-counsel pursuant to Bankruptcy Rule 2019. | .20 | 95.00 |
| 11/04/19 | SDF | E-mails with Debtor's counsel regarding Committee's cross-motion to convert; e-mails with Committee regarding same. | .40 | 190.00 |
| 11/04/19 | SDF | Telephone call from A. Calascibetta regarding cross-motion to convert case and other pending matters. | .30 | 142.50 |
| 11/04/19 | SDF | Briefly review recently field general unsecured proofs of claim. | .20 | 95.00 |
| 11/04/19 | SDF | Review and revise current schedule of pending motions and deadlines. | .60 | 285.00 |
| 11/05/19 | JHR | Reviewed status of cross-motion to convert case, timing, notice etc. | .30 | 142.50 |
| 11/05/19 | JHR | Correspondence from and to. Rose McClellan at Pereira electric re reasons for motion to convert. | .20 | 95.00 |

**MS&B**    McMANIMON • SCOTLAND • BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Dec 23, 2019     PAGE    5

| | | |
|---|---|---|
| 11/05/19 SDF Telephone call with J. Holman regarding cash collateral issues and Committee's cross-motion to convert case. | .60 | 285.00 |
| 11/05/19 SDF E-mails with creditor Pereira Electric regarding cross-motion to convert case. | .20 | 95.00 |
| 11/05/19 SDF Review Debtor's objection to motion of Joffe Lumber & Supply regarding application of automatic stay to contracts for Vestry and Accordia projects. | .20 | 95.00 |
| 11/05/19 SDF E-mails with Debtor's counsel regarding cross-motion to convert case and production of documents. | .30 | 142.50 |
| 11/05/19 SDF Telephone calls and e-mails with A. Calascibetta regarding Debtor's reaction to cross-motion to convert case. | .40 | 190.00 |
| 11/05/19 JHR Revised and edited minutes to November 1, 2019 conference call with Committee and circulated same. | .10 | 47.50 |
| 11/05/19 JHR Review of documents produced by Debtor's counsel and discussed same with S Della Fera. | .80 | 380.00 |
| 11/05/19 JHR With B. Stanziale re status of Motion to Convert. | .10 | 47.50 |
| 11/05/19 SDF Review Debtor's limited objection to Sunstone Hotels' motion to lift stay or compel rejection of GMP contract. | .20 | 95.00 |

**MS&B** McMANIMON • SCOTLAND • BAUMANN         75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE   6

| | | |
|---|---|---|
| 11/05/19 SDF Review Debtor's limited objection to motion of City Contracting to modify stay regarding construction lien claim foreclosure actions. | .20 | 95.00 |
| 11/05/19 SDF Review application for pro hac vice admission of E. Meltzer for 10 Minerva Place Owner. | .20 | 95.00 |
| 11/05/19 SDF Review declaration and disclosure statement of R. McEwan, Esq. on behalf of ordinary course professional Littler Mendelson, P.C. | .20 | 95.00 |
| 11/05/19 SDF Review declaration and disclosure statement of R. Lawless on behalf of ordinary course professional Hedinger & Lawless, LLC. | .20 | 95.00 |
| 11/05/19 SDF Confer with J. Raymond regarding document production by Debtor, Debtor's reaction to cross-motion, and other pending matters. | .40 | 190.00 |
| 11/05/19 SDF Return call to B. Buechler regarding document production by Debtor. | .20 | 95.00 |
| 11/05/19 SDF Review filed notice of appearance of counsel for Ware Malcomb. | .10 | 47.50 |
| 11/05/19 SDF Review and reply to e-mail from Debtor's counsel regarding cross-motion to convert and related matters. | .50 | 237.50 |
| 11/05/19 SDF E-mails with I. Volkov regarding cross-motion to convert case. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019     PAGE   7

| | | | |
|---|---|---|---|
| 11/05/19 SDF | Begin review and analysis of documents produced by Debtor, including insider loan documents, preference analysis and project information. | 1.40 | 665.00 |
| 11/05/19 SBP | Update chart with motions and applications | .20 | 55.00 |
| 11/05/19 LD | Draft and e-file certification of service of Committee's motion to compel compliance with Rule 2004 subpoenas; review list of parties receiving ECF notice. | .50 | 62.50 |
| 11/05/19 LD | Draft and efile certification of service of Committee's cross-motion to convert case. | .30 | 37.50 |
| 11/06/19 SBP | Update chart with motions and applications | .20 | 55.00 |
| 11/06/19 SDF | Review notices of appearance filed by counsel for Bohler Engineering and STMR Ins. | .10 | 47.50 |
| 11/06/19 SDF | E-mails with Committee regarding Debtor's objection to Committee's cross-motion to convert case. | .20 | 95.00 |
| 11/06/19 SDF | Review filed consent order modifying stay to permit Vector Structural Preservation Corp. to prosecute foreclosure against mechanic's lien discharge bonds. | .20 | 95.00 |
| 11/06/19 SDF | Review objection of U.S. Trustee to Debtor's motion to approve settlement. | .20 | 95.00 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN      75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE    8

| | | | |
|---|---|---|---|
| 11/06/19 SDF | Telephone call from Committee member regarding settlement issues and other pending matters. | .30 | 142.50 |
| 11/06/19 SDF | Telephone call with EisnerAmper regarding hearing tomorrow, new settlement motion, and other pending matters. | .30 | 142.50 |
| 11/06/19 SDF | Review certification of D. Genova filed in support of motion of Joffe Lumber for stay relief. | .20 | 95.00 |
| 11/06/19 SDF | Review e-mal from counsel for Arch regarding telephonic appearance tomorrow. | .10 | 47.50 |
| 11/06/19 SDF | E-mails and call with counsel for PNC Bank regarding cash collateral and other issues pending for hearing tomorrow. | .30 | 142.50 |
| 11/06/19 SDF | Review Debtor's objection to Committee's cross-motion to convert case. | .20 | 95.00 |
| 11/06/19 SDF | Confer with J. Raymond regarding Debtor's objection to cross-motion and other pending matters. | .30 | 142.50 |
| 11/06/19 SDF | Continue review and analysis of documents produced by Debtor. | .40 | 190.00 |
| 11/06/19 SDF | Prepare for hearing tomorrow on various matters. | .90 | 427.50 |
| 11/06/19 SDF | Review joinder of PNC Bank in support of Debtor's objection to Committee's cross-motion to convert case. | .20 | 95.00 |

**MS&B**  McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019       PAGE    9

| | | | |
|---|---|---|---|
| 11/06/19 SDF | Review and analyze Debtor's motion to approve settlement with owner and subcontractors regarding Latitude Projects, and related application to shorten time for hearing. | .40 | 190.00 |
| 11/06/19 SDF | Send e-mails to EisnerAmper and Committee regarding recently filed pleadings. | .30 | 142.50 |
| 11/06/19 SDF | Review Debtor's filed notice of agenda of matters scheduled for hearing tomorrow. | .20 | 95.00 |
| 11/06/19 SDF | Review avoidance action complaints filed by Debtor to recover preferences from Orion Interiors; Kone, Inc.; PSG Interiors Corp.; and Industrial Maintenance, Inc. | .40 | 190.00 |
| 11/06/19 JHR | Reviewed Debtor's Objection to Cross-Motion to Convert | .70 | 332.50 |
| 11/07/19 JHR | Reviewed various complaints filed by debtor. Reviewed status of moron to convert and cash collateral. | .20 | 95.00 |
| 11/07/19 SDF | Travel to/from Bankruptcy Court hearing. | 2.60 | 1235.00 |
| 11/07/19 SDF | Attend and appear at Bankruptcy Court hearing on cash collateral, case conversion, settlement, and other pending matters. | 4.10 | 1947.50 |
| 11/07/19 SDF | Telephone call from M. Bauer, counsel for subcontractor Ware Malcomb, regarding hearing today and case status. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN     75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019     PAGE  10

| | | | |
|---|---|---|---|
| 11/07/19 SDF | Telephone call to A. Calascibetta regarding outcome of hearing today and next steps. | .40 | 190.00 |
| 11/07/19 SDF | Review filed notice of appearance by counsel for Dehn Bros. Fire Protection. | .10 | 47.50 |
| 11/07/19 SDF | Review filed order granting motion of Minerva Place Owner for stay relief. | .10 | 47.50 |
| 11/07/19 SDF | Send e-mail to Committee regarding outcome of hearing today and call tomorrow. | .40 | 190.00 |
| 11/07/19 SDF | E-mails with counsel for Debtor and PNC Bank regarding form of sixth interim cash collateral order and budget. | .20 | 95.00 |
| 11/07/19 SDF | Return call to A. DiTrolio, counsel for subcontractors, regarding avoidance action filed by Debtor and outcome of hearing today. | .20 | 95.00 |
| 11/07/19 SDF | Review court's filed order shortening time for notice of hearing on Debtor's motion to approve Latitude Project settlement. | .10 | 47.50 |
| 11/07/19 SBP | Update chart with motions and applications | .10 | 27.50 |
| 11/08/19 SBP | Update chart with motions, applications, and adversary proceedings | .30 | 82.50 |
| 11/08/19 SDF | E-mails with Debtor's counsel regarding form of order approving Tipico settlement. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Dec 23, 2019        PAGE   11

| | | | |
|---|---|---|---|
| 11/08/19 | SDF | Revise form of order on Committee's application to retain EisnerAmper as financial advisors; send e-mails to counsel for Debtor, U.S. Trustee, PNC Bank and clients regarding same. | .40      190.00 |
| 11/08/19 | SDF | Review Debtor's filed supplement to motion to approve settlement with Latitude Project Owner. | .20       95.00 |
| 11/08/19 | AS1 | Review and analyze pleadings: PNC's Limited Objection; US Trustee's Objection; Lienor City Contracting's relief from stay; DeSea's Objection; Cash Collateral Order; Supplemental Motion of Professionals; 10X Objection; 9019 Settlement; Joffe Objection; Newark Warehouse Objection; Motion to Compel Belair to Comply with Discovery; Co-Unique; Rosen Response; Final Order; Vector Structural; Columbia St. Project; Richoh USA; 537 Columbia St. Project; 4th Cash Collateral; meeting with Sam Della Fera re strategy/position | 3.90     1852.50 |
| 11/08/19 | SDF | Legal research regarding avoidability of transfers to subcontractors with statutory lien rights. | .30      142.50 |
| 11/08/19 | SDF | Review motion of 360 Fire Prevention for stay relief to foreclose pre-petition construction lien on Lifetown Project. | .30      142.50 |
| 11/08/19 | SDF | Review e-mail to court from Debtor's counsel regarding revised form of order approving Tipico Project settlement. | .10       47.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Dec 23, 2019      PAGE   12

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 11/08/19 | SDF | Review motion of Newark Warehouse to remand state court action against Debtor, or for abstention. | .50 | 237.50 |
| 11/08/19 | SDF | Review and analyze Debtor's motion to approve settlement agreement with C.S. Utica and Remsen LLC. | .50 | 237.50 |
| 11/08/19 | SDF | Review joint motion of Debtor and Arch Insurance to approve settlement stipulation between those parties. | .50 | 237.50 |
| 11/08/19 | SDF | E-mails with Debtor's counsel regarding Committee's motion to compel discovery, preference claims, and other pending matters. | .30 | 142.50 |
| 11/08/19 | SDF | Review e-mail from Debtor's counsel regarding proposed form of interim order denying motion of Joffe Lumber or stay relief. | .20 | 95.00 |
| 11/08/19 | SDF | Review filed sixth interim cash collateral order. | .20 | 95.00 |
| 11/08/19 | SDF | Telephone calls with A. Calascibetta and B. Pederson regarding follow-up to hearing yesterday, Committee call today, and other pending matters. | .50 | 237.50 |
| 11/08/19 | SDF | Prepare for Committee conference call today. | .30 | 142.50 |
| 11/08/19 | SDF | Committee conference call regarding pending matters. | .60 | 285.00 |
| 11/08/19 | SDF | Review U.S. Trustee's motion to compel Debtor to amend schedules, to extend claims bar date, and to re-notice filing of petition; send e-mail to Committee regarding same. | .50 | 237.50 |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE  13

| | | | |
|---|---|---|---|
| 11/08/19 SDF | Review limited objection and reservation of rights field by Arch to motion of Herc Rentals for stay relief. | .20 | 95.00 |
| 11/08/19 SDF | Review e-mail from Debtor's counsel regarding demand letters sent by Debtor to collect upon accounts receivable; compare to spreadsheet previously produced by Debtor. | .30 | 142.50 |
| 11/08/19 SDF | Return call to J. Lemkin, counsel for subcontractors, regarding outcome of hearing yesterday and related matters. | .30 | 142.50 |
| 11/08/19 SDF | Review 10 avoidance action complaints filed yesterday by Debtor against subcontractors. | .50 | 237.50 |
| 11/08/19 SDF | E-mails with Debtor's counsel and U.S. Trustee attorney regarding proposed amendment to Ricoh settlement agreement and comments, revised amendment and form of order. | .40 | 190.00 |
| 11/11/19 SDF | Return call to J. Schwartz regarding pending matters. | .40 | 190.00 |
| 11/11/19 SDF | Review e-mail to Debtor from Prime Clerk regarding October monthly invoice. | .20 | 95.00 |
| 11/11/19 JHR | Reviewed correspondence regarding committee's request for the names of counsel for the principals and affiliated entities of the Debtor. | .20 | 95.00 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Dec 23, 2019      PAGE   14

| | | | | |
|---|---|---|---|---|
| 11/11/19 | JHR | Review status of Settlements and motion to approve settlements. Reviewed status of motion to convert and possible preference action to be filed. | .20 | 95.00 |
| 11/11/19 | SDF | Review e-mail from counsel for Sunstone Hotels Morristown regarding form of consent order granting stay relief as submitted to court. | .20 | 95.00 |
| 11/11/19 | SDF | Telephone call with K. Rosen and B. Katz regarding global settlement proposal. | 1.50 | 712.50 |
| 11/11/19 | SDF | Review e-mail from Debtor's counsel regarding notice of agreed bonded payments on Hebrew Learning Academy/American Dream school project. | .20 | 95.00 |
| 11/11/19 | SDF | Review withdrawal of notice of appearance of counsel for Bohler Engineering. | .10 | 47.50 |
| 11/11/19 | SDF | Telephone call from B. Katz regarding issues relating to proposed retention as independent director. | .30 | 142.50 |
| 11/11/19 | SDF | Review Debtor's filed supplement to motion to approve settlement with CS Utica & Remsen LLC; e-mails with Debtor's counsel regarding same. | .50 | 237.50 |
| 11/11/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 11/12/19 | LD | Prepare adjournment request for Committee's motion to compel compliance with subpoenas; send e-mail to chambers regarding same. | .30 | 37.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**    McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Dec 23, 2019      PAGE   15

| | | | | |
|---|---|---|---|---|
| 11/12/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 11/12/19 | JHR | Meeting with S. Della Fera to review pending motions and status of and need to review documents previously produced. | .50 | 237.50 |
| 11/12/19 | JHR | Reviewed Directors and Officers insurance policy. | .80 | 380.00 |
| 11/12/19 | SDF | Review and reply to e-mail from counsel for unsecured creditor Fort Hill Industries regarding claims bar date. | .20 | 95.00 |
| 11/12/19 | SDF | Send e-mail to Committee regarding Prime Clerk's October invoice. | .20 | 95.00 |
| 11/12/19 | SDF | Review filed order granting pro hac vice application of B. Bisignani as special counsel. | .10 | 47.50 |
| 11/12/19 | SDF | Confer with J.. Raymond regarding pending matters. | .50 | 237.50 |
| 11/12/19 | SDF | E-mails with Debtor's counsel regarding motion to compel and adjournment. | .20 | 95.00 |
| 11/12/19 | SDF | Review court's filed order shortening time for hearing on Debtor's motion to approve settlement with CS Utica & Remsen. | .10 | 47.50 |
| 11/12/19 | SDF | Review filed consent order granting motion of Sunstone Hotels Morristown for stay relief to terminate GMP contract. | .10 | 47.50 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE   16

| | | |
|---|---|---|
| 11/12/19 SDF  Review alleged priority proof of claim filed by Air Group. | .20 | 95.00 |
| 11/12/19 SDF  Review request to adjourn hearing on Committee's motion to compel discovery from Debtor and court's determination. | .20 | 95.00 |
| 11/12/19 SDF  Review filed order approving retention of EisnerAmper; send e-mail to A. Calascibetta regarding same. | .20 | 95.00 |
| 11/12/19 SDF  Review filed stipulation approving Debtor's settlement with Tipico project owners and subcontractors. | .10 | 47.50 |
| 11/12/19 SDF  Review filed order confirming that automatic stay applies only to claims against Debtor in state court action by Grand Majeur Development. | .10 | 47.50 |
| 11/12/19 SDF  Review notice of appearance filed by counsel for NSA 18th Avenue LLC. | .10 | 47.50 |
| 11/12/19 SDF  Review e-mail from Debtor's counsel responding to request for additional information regarding settlement with CS Utica & Remsen project owner and subs. | .30 | 142.50 |
| 11/13/19 SDF  Review withdrawal of notice of appearance filed by counsel for 10 Minerva Place. | .10 | 47.50 |
| 11/13/19 SDF  Return call to creditor Bost Concrete regarding case question. | .30 | 142.50 |
| 11/13/19 SDF  Return call to Debtor's counsel regarding pending matters. | .40 | 190.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019     PAGE  17

| | | | | |
|---|---|---|---|---|
| 11/13/19 | SDF | Review filed order granting pro hac vice application of E. Meltzer as special counsel. | .10 | 47.50 |
| 11/13/19 | SDF | E-mails with Committee regarding call tomorrow and agenda. | .20 | 95.00 |
| 11/13/19 | SDF | E-mails and calls with EisnerAmper regarding analysis of Debtor's proposed settlements with Latitude and Remsen project owners and subs, and related matters. | 1.10 | 522.50 |
| 11/13/19 | SDF | Review filed order granting pro hac vice application of I. Schulman as special counsel. | .10 | 47.50 |
| 11/13/19 | SDF | E-mails with Debtor's counsel regarding supplemental information on Latitude settlement. | .40 | 190.00 |
| 11/13/19 | SDF | Telephone call from Debtor's counsel regarding pending matters. | .30 | 142.50 |
| 11/13/19 | SDF | Review reply of Newark Warehouse Owner to Debtor's objection to Committee's cross=motion to convert case. | .20 | 95.00 |
| 11/13/19 | SDF | Review Debtor's filed notice of agenda of matters scheduled for hearing on 11/15. | .20 | 95.00 |
| 11/13/19 | SDF | Review Debtor's supplemental objection to Committee's cross-motion to convert case to Chapter 7. | .20 | 95.00 |
| 11/13/19 | LD | Update service list. | .10 | 12.50 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Dec 23, 2019      PAGE   18

| | | | |
|---|---|---|---|
| 11/14/19 | SBP | Update chart of motions and applications | .20 |
| | | | 55.00 |
| 11/14/19 | JHR | With S. Della Fera to review status of various motion and settlements and information shared with the Committee members. | .20 |
| | | | 95.00 |
| 11/14/19 | JHR | Reviewed Fee Application of Parkland. Forwarded Application to Committee Members, Drafted objection to fee application | .40 |
| | | | 190.00 |
| 11/14/19 | AS1 | Analyze/review Order Shortening Time re 9019 settlement/lender settlement; review S. Della Fera email to Committee re conversion; review Order approving Latitude settlement; Joffe Lumber | 1.50 |
| | | | 712.50 |
| 11/14/19 | SDF | Review filed proof of claim of American Express. | .20 |
| | | | 95.00 |
| 11/14/19 | SDF | Telephone call to J. Holman regarding Committee's concerns. | .10 |
| | | | 47.50 |
| 11/14/19 | SDF | Review Debtor's supplement and notice of filing of amended settlement agreement with Latitude project owners and subcontractors. | .30 |
| | | | 142.50 |
| 11/14/19 | SDF | Review limited objection of Bay Street Entities to joint motion to approve settlement between Debtor and Arch Insurance. | .30 |
| | | | 142.50 |
| 11/14/19 | SDF | Prepare for hearing tomorrow. | .40 |
| | | | 190.00 |

**MS&B**    McMANIMON · SCOTLAND · BAUMANN            75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Dec 23, 2019      PAGE   19

| | | | |
|---|---|---|---|
| 11/14/19 SDF | Review e-mail to court form Debtor's counsel regarding proposed form of interim order denying Joffe Lumber's stay relief motion as to Accordia (HUB). | .20 | 95.00 |
| 11/14/19 SDF | Review limited objection of 10 Minerva Place Owners to joint motion to approve settlement between Debtor and Arch Insurance. | .20 | 95.00 |
| 11/14/19 SDF | Review notice of appearance filed by Advanced Scaffold Services Mid-Atlantic. | .10 | 47.50 |
| 11/14/19 SDF | Review first and final application of The Parkland Group as Debtor's financial advisor. | .20 | 95.00 |
| 11/14/19 SDF | Confer with J. Raymond regarding pending matters. | .30 | 142.50 |
| 11/14/19 SDF | Review joinder o Latitude Project Owner in Debtor's opposition to cross-motion to convert. | .10 | 47.50 |
| 11/14/19 SDF | Review Debtor's limited objection to motion of Herc Rentals for stay relief and proposed form of stipulation and order; review related e-mails from counsel for Debtor and Arch Insurance. | .40 | 190.00 |
| 11/14/19 SDF | Review certification of L. Bielskie in support of U.S. Trustee's motion to compel Debtor to amend schedules, extend bar date, etc. | .30 | 142.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE  20

| | | | |
|---|---|---|---|
| 11/14/19 | SDF | Telephone call from B. Hofmeister, counsel for creditor, regarding bar date and other pending matters. | .20 | 95.00 |

11/14/19 SDF  Telephone call from B. Hofmeister, counsel for creditor, regarding bar date and other pending matters.                .20      95.00

11/14/19 SDF  Review filed proof of claim of Committee member Haddad Heating & Plumbing.                .10      47.50

11/14/19 SDF  Telephone call with K. Rosen and court regarding motion to convert issues.                .20      95.00

11/14/19 SDF  Review e-mail from Debtor's counsel regarding response to Committee's inquiry about release of preference claim against High Concrete Group in Latitude settlement.                .20      95.00

11/14/19 SDF  Telephone call from B. Katz regarding global settlement issues.                .30      142.50

11/14/19 SDF  E-mails with Debtor's counsel regarding global settlement issues and hearing tomorrow.                .30      142.50

11/14/19 SDF  Telephone call with Debtor's counsel regarding settlement negotiations.                .20      95.00

11/14/19 SDF  Telephone call with A. Calascibetta regarding pending Debtor settlements and global settlement negotiations.                .50      237.50

11/14/19 SDF  Prepare for status conference call with Committee.                .30      142.50

11/14/19 SDF  Conference call with Committee regarding pending matters.                .80      380.00

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

MS&B   McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE  21


| | | | | |
|---|---|---|---|---|
| 11/14/19 | SDF | Review e-mails from I. Volkov and counsel for Arch regarding Kone's objection to form of ratification agreement in Arch settlement. | .20 | 95.00 |
| 11/14/19 | SDF | Draft Committee's response to Debtor's supplemental objection. | 1.30 | 617.50 |
| 11/15/19 | SDF | Review letter to court from counsel for City Contracting regarding motion for stay relief. | .20 | 95.00 |
| 11/15/19 | SDF | Review filed order granting Debtor's motion to approve amended settlement agreement with Latitude project owners. | .10 | 47.50 |
| 11/15/19 | SDF | Review filed interim order denying Joffe Lumber's motion to terminate stay regarding Accordia project and scheduling final hearing. | .20 | 95.00 |
| 11/15/19 | SDF | Review filed order approving settlement stipulation between Debtor and Arch Insurance. | .10 | 47.50 |
| 11/15/19 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 11/18/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 11/18/19 | SDF | Review e-mails from Debtor's counsel regarding draft term sheet for global settlement and form of Debtor's agreement with B. Katz. | .40 | 190.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**   McMANIMON • SCOTLAND • BAUMANN     75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019     PAGE  22

| | | | |
|---|---|---|---|
| 11/18/19 SDF | Review Debtor's motion to approve settlement with SBLP Princeton, Aerofarms and KSS for walk-away jobs, related application and order shortening time. | .40 | 190.00 |
| 11/18/19 SDF | Review recently filed proof of claim. | .20 | 95.00 |
| 11/18/19 SDF | Review and reply to e-mails from creditor attorney Aldo DiTrolio regarding outcome of 11/15 hearing. | .20 | 95.00 |
| 11/18/19 SDF | Review filed order approving Debtor's motion to approve settlement with CS Utica and Remsen. | .20 | 95.00 |
| 11/18/19 SDF | Review e-mails from counsel for Debtor and Arch Insurance regarding proposed form of consent order resolving in part Herc Rentals' stay relief motion. | .20 | 95.00 |
| 11/18/19 SDF | Review and revise schedule of pending motions and deadlines. | .40 | 190.00 |
| 11/18/19 SDF | Review cross-motion of 147 Bloomfield Avenue and J.V. Owner regarding determination of Joffe Lumber lien on Vestry property. | .20 | 95.00 |
| 11/18/19 SDF | Review Debtor's executed escrow agreement with SM Financial for PNC Bank project settlement escrow account. | .30 | 142.50 |
| 11/19/19 SDF | Review alleged priority proofs of claim filed by Industrial Maintenance, Inc., Infinity Electrical, and RTI Restoration Tech, Inc. | .30 | 142.50 |

**MS&B** McMANIMON • SCOTLAND • BAUMANN       75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE   23

| | | | |
|---|---|---|---|
| 11/19/19 SDF | Confer with J. Raymond regarding filed claims and deadline tomorrow. | .20 | 95.00 |
| 11/19/19 SDF | Send e-mail to Committee regarding draft settlement term sheet, Katz agreement with Debtor, and call tomorrow. | .40 | 190.00 |
| 11/19/19 SDF | Review certification of no objection to MS&B's September 2019 monthly fee statement. | .20 | 95.00 |
| 11/19/19 SDF | Review alleged secured claim filed by Atlantic Building Specialties. | .10 | 47.50 |
| 11/19/19 SDF | Review proof of claim filed by Orion Interiors. | .20 | 95.00 |
| 11/19/19 SDF | Review Debtor's filed agenda for matters scheduled for hearing on 11/21/19. | .20 | 95.00 |
| 11/19/19 SDF | Review notices of appearance filed by counsel for Liberty Mutual Insurance Co. and Rexel, Inc. | .20 | 95.00 |
| 11/19/19 SDF | Review Debtor's filed application for order authorizing Debtor to enter into first amended settlement agreement with Ricoh Project Owner and subs and related e-mail to court. | .20 | 95.00 |
| 11/19/19 SDF | Review and reply to e-mail from counsel for Fort Hill Industries regarding filing proof of claim. | .20 | 95.00 |
| 11/19/19 SDF | E-mails with Debtor's counsel regarding proposed forms of global settlement term sheet and independent director agreement with B. Katz; review document. | .60 | 285.00 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE   24

| | | | |
|---|---|---|---:|
| 11/19/19 | SDF | E-mails with EisnerAmper regarding Debtor's proposed global settlement terms and B. Katz agreement. | .20   95.00 |
| 11/19/19 | SDF | Review alleged secured claims filed by Starlite Electric;, Rexel Inc., National Fireproofing Insulation Co., and Mid-Atlantic Mechanical. | .30   142.50 |
| 11/19/19 | SDF | Review e-mail from counsel for Arch Insurance regarding revised form of order on Herc Rentals' motion for stay relief. | .20   95.00 |
| 11/19/19 | SDF | Review alleged priority claims filed by NJ Building Laborers' Statewide Benefit Fund and Northeast Carpenters Fund. | .20   95.00 |
| 11/19/19 | LD | Update case service list. | .10   12.50 |
| 11/19/19 | AS1 | Analyze Term Sheet re independent director Katz; discuss with S. Della Fera | .50   237.50 |
| 11/19/19 | AS1 | Analyze Herc Rental's Motion for Stay Relief; pleadings re Bloomfield Ave. J.V. LLC and Newark Warehouse Redevelopment; Amended Settlement Agreement; 5 Bay St. Phase 1; 10 Minerva Place; analyze various adversaries--Scanlon, Allstate, Penter Drywall, Haddad Heating, Newark Urban, Orion, Kore, PSG, Industrial, Baily's Global, Latz, Direct Cabinet, Nordic, Imperial, Delcon, Advanced Scaffolding, Terco, Tore, SP Builders, Waterproof Properties, Air Group, KR Masonry, Bender Enterprises, Carson, State | 3.70   1757.50 |

MS&B  McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE  25


                    Line, and Joffe Cross-Motion

| 11/20/19 AS1 | Analyze Nies objection to Herc Rentals | .30 | 142.50 |
| 11/20/19 JHR | Reviewed fee application of Paul Belair drafted reservation of rights. | .30 | 142.50 |
| 11/20/19 JHR | Conference call with Committee members to discuss pending motions and possible settlements | 1.10 | 522.50 |
| 11/20/19 JHR | Drafted letter to Judge Kaplan reserving the Committee's rights to object to the fee application of 10X | .60 | 285.00 |
| 11/20/19 JHR | Reviewed settlement options with Debtor and PNC and status of preference actions and possible transfer of causes of action to the Committee. to pursue,. | .50 | 237.50 |
| 11/20/19 SBP | Update chart with motions and applications | .20 | 55.00 |
| 11/20/19 SDF | Conference call with Committee regarding hearing tomorrow and other pending matters. | 1.10 | 522.50 |
| 11/20/19 SDF | Review proposed form of second interim order on Debtor's motion to employ 10X CEO Coaching and Paul Belair as CRO. | .20 | 95.00 |
| 11/20/19 SDF | Review notices of appearance filed by counsel for Control Services, LLC and Michaels Electrical Supply Corp. | .10 | 47.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

MS&B    McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE  26

| | | | |
|---|---|---|---|
| 11/20/19 SDF | Conference call with counsel for Debtor and Bank, and B. Katz, regarding global settlement negotiations and hearing tomorrow. | .60 | 285.00 |
| 11/20/19 SDF | Telephone call from B. Buechler regarding hearing tomorrow and related matters. | .20 | 95.00 |
| 11/20/19 SDF | Review and revise Committee's reservation of rights regarding 10X's September invoice. | .40 | 190.00 |
| 11/20/19 SDF | E-mails with counsel for Debtor and PNC Bank regarding settlement call today. | .20 | 95.00 |
| 11/20/19 SDF | E-mails with Committee regarding status conference call today. | .20 | 95.00 |
| 11/20/19 SDF | Telephone call with K. Rosen regarding settlement negotiations and related issues. | .30 | 142.50 |
| 11/20/19 SDF | Send e-mail to counsel for Debtor and PNC Bank, and B. Katz regarding comments to form of independent director agreement. | .20 | 95.00 |
| 11/20/19 SDF | Prepare for conference call with Committee regarding hearing tomorrow and other pending matters. | .40 | 190.00 |
| 11/20/19 SDF | Confer with J. Raymond regarding Committee call today; call with Debtor, bank and B. Katz regarding limited objection to 10X CEO Coaching's September invoice. | .40 | 190.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

MS&B   McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE  27

| | | | |
|---|---|---|---|
| 11/20/19 SDF | Review e-mails form counsel for Debtor, Herc Rentals and Arch Insurance regarding further revised form of order on Herc Rentals' motion for stay relief. | .30 | 142.50 |
| 11/20/19 SDF | Review alleged secured claims filed by 360 Fire Prevention, MDS Construction, Herc Rentals, Bender Enterprises, Environmental Devices, Michaels Electrical Supply and Arch Insurance. | .50 | 237.50 |
| 11/20/19 SDF | Telephone call with J. Homan regarding bank settlement negotiations. | .40 | 190.00 |
| 11/20/19 SDF | Review and analyze Debtor's amended and restated operating agreement and August 2019 amendment. | .40 | 190.00 |
| 11/20/19 SDF | Review Debtor's proposed form of seventh interim cash collateral order and budget; related e-mails. | .40 | 190.00 |
| 11/20/19 SDF | Review motion of Stateline Fabricators to modify stay to permit foreclosure of construction lien claim. | .30 | 142.50 |
| 11/20/19 SDF | Review filed order approving first amendment to Debtor's settlement agreement with Ricoh USA. | .10 | 47.50 |
| 11/20/19 SDF | Review firm's monthly fee statement for October 2019. | .30 | 142.50 |
| 11/21/19 SDF | Prepare for hearing today on cash collateral, motion to convert, etc. | .40 | 190.00 |

**MS&B** McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE  28


| 11/21/19 | SDF | Review proposed form of order denying without prejudice Committee's motion to convert; e-mails with Debtor's counsel regarding same. | .30 | 142.50 |
|---|---|---|---|---|
| 11/21/19 | SDF | E-mails with B. Katz regarding meeting next week. | .20 | 95.00 |
| 11/21/19 | SDF | Review e-mails from counsel for Debtor and Arch Insurance regarding status of form of order on Herc Rentals' motion for relief from stay. | .10 | 47.50 |
| 11/21/19 | SDF | Review filed second interim order authorizing Debtor to retain 10X and designate Paul Belair as CRO. | .10 | 47.50 |
| 11/21/19 | SDF | Review filed order granting Debtor's motion to approve settlement with SBLP Princeton. | .10 | 47.50 |
| 11/21/19 | SDF | Review filed seventh interim cash collateral order. | .10 | 47.50 |
| 11/21/19 | SDF | Travel to/from hearing in Trenton. | 2.60 | 1235.00 |
| 11/21/19 | SDF | Attend and appear at hearing on cash collateral, motion to convert case, and other matters. | 1.60 | 760.00 |
| 11/21/19 | SDF | Review court's claims register. | .30 | 142.50 |
| 11/21/19 | SDF | Telephone call with A. Calascibetta. | .60 | 285.00 |
| 11/21/19 | SDF | Confer with J. Raymond regarding outcome of hearing today and next steps. | .20 | 95.00 |

MS&B    McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE  29

| | | | | |
|---|---|---|---|---|
| 11/21/19 | SDF | Send e-mail to Committee regarding outcome of hearing today and next steps. | .30 | 142.50 |
| 11/21/19 | SDF | Review filed order granting Debtor's motion to approve settlement with Aerofarms and KSS Architects. | .10 | 47.50 |
| 11/21/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 11/21/19 | JHR | Review and revise Minutes to Committee Conference call. | .20 | 95.00 |
| 11/21/19 | AS1 | Analyze and review motion to reject, monthly fee statements, Herc Rental stay motion; response to 10XCEO Coaching's fee application; Comp. Report and various responses; settlements with Just Greens and SBLP Princeton; Second Interim Order; 7th Cash Collateral; issues re independent director; Ricoh USA; KSS; Order and Application Shortening Time | 3.10 | 1472.50 |
| 11/22/19 | JHR | With D. Stein re status of motion to convert and status of various settlements. Reviewed status of settlement and possible negotiations with PNC. | .40 | 190.00 |
| 11/22/19 | JHR | Revised and finalized Minutes to Committee Conference call and forwarded same to Committee members. | .10 | 47.50 |
| 11/22/19 | SBP | Update chart with motions and applications | .20 | 55.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE  30

| | | | |
|---|---|---|---|
| 11/22/19 SDF | Telephone call with EisnerAmper regarding outcome of call with M. Jacoby. | 1.10 | 522.50 |
| 11/22/19 SDF | Review filed notice of substitution of attorney for creditor DeSesa Engineering. | .10 | 47.50 |
| 11/22/19 SDF | Review and revise minutes of Committee's 11/20/19 meeting; review e-mail to Committee regarding same. | .30 | 142.50 |
| 11/22/19 SDF | Review filed order modifying stay for City Contracting, Inc. to commence construction lien foreclosure proceedings. | .10 | 47.50 |
| 11/22/19 SDF | Review filed order denying without prejudice Committee's cross-motion to convert case to Chapter 7. | .10 | 47.50 |
| 11/22/19 SDF | Confer with J. Raymond regarding call with EisnerAmper and meeting with M. Jacoby, meeting next week with B. Katz, and related matters. | .20 | 95.00 |
| 11/22/19 SDF | Review and analyze Debtor's motion to reject certain contracts and leases and enter into lease amendment. | .40 | 190.00 |
| 11/22/19 SDF | Send e-mail to counsel for Debtor and Bank requesting payment on firm's September monthly fee statement. | .30 | 142.50 |
| 11/22/19 SDF | Review e-mail from Debtor's counsel regarding payment approved by Debtor and Arch Insurance on Bedford boned project. | .20 | 95.00 |

**MS&B**    McMANIMON · SCOTLAND · BAUMANN                75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE   31

| | | | | |
|---|---|---|---|---|
| 11/22/19 | SDF | Review Debtor's motion to enlarge period within which Debtor may remove civil actions. | .30 | 142.50 |
| 11/22/19 | SDF | Review and revise schedule of pending hearings and deadlines. | .40 | 190.00 |
| 11/25/19 | SDF | Telephone calls with B. Katz and A. Calascibetta regarding status of Katz agreement with Debtor and meeting this week. | .20 | 95.00 |
| 11/25/19 | SDF | Review Debtor's application for order shortening time for hearing on motion to enlarge time period for Debtor to remove actions and proposed form of order. | .20 | 95.00 |
| 11/25/19 | SDF | Review certification of P. Belair in support of Debtor's motion to enlarge time period for Debtor to remove actions. | .20 | 95.00 |
| 11/25/19 | SDF | Review e-mail from Debtor's counsel regarding proposed terms to retain counsel to prosecute preference actions. | .20 | 95.00 |
| 11/25/19 | SDF | Review e-mail from Debtor's counsel regarding proposal for retention of special counsel to pursue non-insider preference actions. | .20 | 95.00 |
| 11/25/19 | SDF | Telephone call from J. Lemkin regarding avoidance actions. | .20 | 95.00 |
| 11/25/19 | SBP | Update chart with motions and applications | .20 | 55.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

MS&B   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE  32

| 11/26/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 11/26/19 | AS1 | Analyze various pleadings | 1.20 | 570.00 |
| 11/26/19 | JHR | Review status of pending motion and hearing dates an possible appointment of B. Katz. | .20 | 95.00 |
| 11/26/19 | SDF | Review filed order shortening time on Debtor's motion to enlarge period within which to remove actions. | .10 | 47.50 |
| 11/26/19 | SDF | Telephone call with B. Katz regarding status of engagement by Debtor and meeting; e-mails with A. Calascibetta regarding same. | .30 | 142.50 |
| 11/26/19 | SDF | Review courts' notices of rescheduled hearings for matters previously scheduled for 12/5. | .20 | 95.00 |
| 11/26/19 | SDF | Confer with J. Raymond regarding rescheduled hearings on matters returnable December 5 and other pending matters. | .30 | 142.50 |
| 11/26/19 | SDF | Review and reply to e-mails from I. Volkov regarding pending matters. | .30 | 142.50 |
| 11/26/19 | SDF | Review October 2019 invoice of ordinary course professional Hedinger & Lawless; send e-mail to parties regarding same. | .30 | 142.50 |
| 11/26/19 | SDF | Telephone calls from K. Rosen regarding B. Katz's declination of independent manager role; e-mails regarding same and alternative candidates. | .50 | 237.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN                75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019       PAGE   33

| | | | | |
|---|---|---|---|---|
| 11/27/19 | SDF | Telephone calls with J. Holman regarding settlement negotiations and related matters. | .70 | 332.50 |
| 11/27/19 | SDF | Review motions of Advanced Scaffold Service to compel Debtor to assume or reject contract and for related relief (FDU and Ironside). | .40 | 190.00 |
| 11/27/19 | SDF | Review response of Joffe Lumber to cross-motion of 147 Bloomfield Ave J.V. regarding lien against Vestry project. | .20 | 95.00 |
| 11/27/19 | SDF | Review and revise schedule of pending motions and deadlines. | .30 | 142.50 |
| 11/27/19 | SDF | Review draft objection to first and final fee application of The Parkland Group. | .40 | 190.00 |
| 11/27/19 | SDF | Conference call with Debtor's counsel and D> Mack regarding prospective independent manager role. | .50 | 237.50 |
| 11/27/19 | SDF | Telephone call from K. Rosen regarding pending matters. | .20 | 95.00 |
| 11/27/19 | SDF | Telephone call from A. Calascibetta regarding pending matters. | .20 | 95.00 |
| 11/27/19 | SDF | E-mails with Debtor's counsel regarding pending matters. | .40 | 190.00 |
| 11/27/19 | SDF | E-mails with B. Katz regarding independent manager agreement issues. | .20 | 95.00 |
| 11/27/19 | SDF | Review e-mail from prospective independent manager regarding personal background information. | .20 | 95.00 |

**MS&B**   McMANIMON • SCOTLAND • BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Dec 23, 2019      PAGE  34

| | | | | |
|---|---|---|---|---|
| 11/27/19 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 11/29/19 | JHR | Drafted opposition to Parkland's First and Final Fee application | 1.60 | 760.00 |

TOTAL FEES:                                114.70  53302.50

| DATE | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 11/30/19 | Inside Duplicating | | 596.00 |
| TOTAL DISBURSEMENTS | | | 596.00 |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York