UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | Case No. 19-27439 (MBK) |
| Debtor. | Hearing Date: <u>1/2/20 at 10:00 a.m.</u> |
| | Judge: <u>Kaplan</u> |

## ADJOURNMENT REQUEST

1.      I, <u>Arielle B. Adler</u>, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "<u>Debtor</u>"), hereby request an adjournment of the following hearing for the reason set forth below.

Matter: *<u>Debtor's Motion for Entry of One or More Orders Approving Various Settlements and Compromises By and Among the Debtor, Project Owners and Subcontractors Pursuant to Fed. R. Bankr. P. 9019 and Granting Related Relief</u>* (the "<u>Motion</u>"), with respect to Saxum Real Estate Companies LLC, SAF 40 Beechwood, LLC, and Energy Capital Partners Management, LP [Docket No. 631].

Current Hearing Date:   <u>January 2, 2020 at 10:00 a.m. (ET).</u>

Objection deadline:   <u>December 26, 2019</u>

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

New Hearing Date Requested:    <u>January 9, 2020 at 10:00 a.m./Objection Deadline:
January 2, 2020 at 4:00 p.m.</u>

Reason for adjournment request:    <u>Counsel for PNC requested the adjournment and
additional time to discuss this matter with the
Debtor and determine its position.</u>

2. Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.


Date: <u>12/26/2019</u>    <u>*/s/ Arielle B. Adler*</u>
                                       Signature

**COURT USE ONLY:**

_____


The request for adjournment is:

☒ Granted    New hearing date: <u>1/9/20 @10:00AM</u>    ☐Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties
who are not electronic filers of the new hearing date.**