

**MS&B**  McMANIMON • SCOTLAND • BAUMANN     75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

**Sam Della Fera, Jr.**
Direct Dial: (973) 721-5019
Facsimile: (973) 681-7233
sdellafera@msbnj.com

16030-0001

December 27, 2019

<u>Via ECF</u>

Honorable Michael B. Kaplan, U.S.B.J.
United States Bankruptcy Court
Clarkson S. Fisher Federal Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   **In re Hollister Construction Services, LLC**
      **Chapter 11 Case No. 19-27439 (MBK)**

Dear Judge Kaplan:

This firm serves as counsel to the Official Committee of Unsecured Creditors (the "Committee") for the estate of the above-referenced Debtor. Please accept this letter in lieu of a more formal response as the Committee's reservation of rights regarding the Monthly Staffing and Compensation Reports of 10X CEO Coaching ("10X") for the Periods of October 1, 2019 through October 31, 2019, and November 1, 2019 through November 30, 2019 (the "10X Invoices") [Docket Nos. 614 and 667].

The 10X Invoices show that, in addition to the $74,588.79 in fees and expenses that 10X incurred over the first 20 days of this case as disclosed in its September invoice, 10X has incurred an additional $103,813.70 and $48,867.50, respectively, in fees and expenses in October and November. Thus, 10X's $220,000 prepetition retainer has been exhausted.

10X has only been retained on an interim basis pursuant to this Court's orders, and the ultimate status of 10X's retention is unknown. Moreover, because the outcome of this chapter 11 case remains substantially in doubt, the value of 10X's services in the broader context of the case is unclear.

By this response, the Committee reserves its rights to object to payment of the 10X Invoices in the event that 10X's retention is not finally approved, and also in light of the ultimate disposition of this case and facts that may be discovered along the way.

Respectfully submitted,

*/s/ Sam Della Fera, Jr.*

Sam Della Fera, Jr.

4823-3163-2301, v. 1