**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | |
| **HOLLISTER CONSTRUCTION SERVICES, LLC**,[1] | Chapter 11 |
| Debtor. | Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 2, 2020 AT 10:00 A.M. (ET)**

**CONTINUED MATTERS**

1. Herc Rentals, Inc. Motion to Compel Payment of Administrative Expenses [Docket No. 546; Filed 11/20/19]

    Related Documents:

    a) Herc Rentals, Inc. Amended Motion to Compel Payment of Administrative Expenses [Docket No. 607; Filed 12/5/19]

    b) Determination of Adjournment Request (Granted) [Docket No. 715; Filed 12/26/19]

    Objection Deadline: Originally, December 26, 2019 at 4:00 p.m. (ET). Extended to January 9, 2020 at 4:00 p.m. (ET).

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Responses Received:

c) None.

Status: This matter has been adjourned to January 16, 2020 at 10:00 a.m.

2. Debtor's Motion for Entry of One or More Orders Approving Various Settlements and Compromises By and Among the Debtor, Project Owners and Subcontractors Pursuant to Fed. R. Bankr. P. 9019 and Granting Related Relief, <u>with respect to Saxum Real Estate Companies LLC, SAF 40 Beechwood, LLC and Energy Capital Partners Management, LP only</u> [Docket No. 631; Filed 12/11/19]

Related Documents:

a) Application for Order Shortening Time [Docket No. 632; Filed 12/11/19]

b) Order Granting Application to Shorten Time [Docket No. 634; Entered 12/12/19]

c) Affidavit of Service [Docket No. 673; Filed 12/17/19]

d) Determination of Adjournment Request (Granted) [Docket No. 717; Filed 12/26/19]

Objection Deadline: January 2, 2020 at 4:00 p.m. (ET).

Responses Received:

e) None received to date.

Status: This matter has been adjourned to January 9, 2020 at 10:00 a.m.

**CONTESTED MATTERS GOING FORWARD**

3. First and Final Application for Compensation and Reimbursement of Expenses of The Parkland Group, Inc. [Docket No. 505; Filed 11/14/19].

Related Documents:

a) Notice of First and Final Fee Application of The Parkland Group, Inc. as Financial Advisor to the Debtor for the Period September 11, 2019 Through October 24, 2019 [Docket No. 506; Filed 11/14/19]

b) Affidavit of Service filed by Prime Clerk LLC [Docket No. 543; Filed 11/19/19]

c) Affidavit of Service filed by Prime Clerk LLC [Docket No. 598; Filed 12/03/19]

d) Affidavit of Service filed by Prime Clerk LLC [Docket No. 623; Filed

12/10/19]

Objection Deadline: December 5, 2019 at 4:00 p.m. (ET).

Responses Received:

e) Committee's Objection to Final Application for Compensation for Parkland Group Inc. [Docket No. 643; Filed 12/12/19]

f) Debtor's Reply to the Objection of the Official Committee of Unsecured Creditors to the First and Final Fee Application of the Parkland Group, Inc. As Financial Advisor to the Debtor [Docket No. 711; Filed 12/24/19]

Status: This matter is going forward.

4. Motion for an Order (I) Confirming That the Automatic Stay Does Not Apply to (A) the General Contract for the Vestry Project, (B) Joffe Lumber & Supply Co., Inc.'s Entry into a Contract with the Vestry Project Owner to Provide Construction Services on the Vestry Project; and (II) Terminating the Automatic Stay as to Joffe Lumber & Supply Co., Inc. for Cause Pursuant to 11 U.S.C. § 362 (d)(1) in Connection with the Accordia Project [D.I. 248; Filed 10/4/19], with respect to Accordia Project only.

Related Documents:

a) Certificate of Service filed by Joffe Lumber & Supply Co., Inc. [Docket No. 252; Filed 10/4/19]

Objection Deadline: Originally, October 24, 2019 at 5:00 p.m. (ET).

Responses Received:

b) Debtor's Objection to Joffe Stay Relief Motion [Docket No. 407; Filed 11/5/19]

c) Cross Motion of 147 Bloomfield Ave., J.V. Seeking Determination that Joffe Lumber & Supply Co., Inc. Does Not Hold A Perfected Lien Against the Vestry Property and Compelling Discharge of Lien [Docket No. 535; Filed 11/18/19]

d) Response of Joffe Lumber & Supply Co., Inc. in Opposition to Cross-Motion of 147 Bloomfield Ave., J.V. LLC Seeking Determination That Joffe Lumber & Supply Co., Inc. Does Not Hold a Perfected Lien Against The Vestry Project and Compelling Discharge of Lien [Docket No. 586; Filed 11/27/19]

Status: This matter was originally scheduled for hearing on December 9, 2019 and was adjourned until January 2, 2020. This matter is going forward.

5. Motion of Herc Rentals, Inc. For Entry Of An Order (1) Lifting The Automatic Stay Pursuant To 11 U.S.C. §362 and (2) Permitting Herc Rentals, Inc. To Remove Its Property From Various Projects ("<u>Herc Stay Relief Motion</u>") [Docket No. 368; Filed 10/23/19], <u>with respect to the Latitude, Hub and FDU Projects only</u>.

<u>Related Documents</u>:

a) Certificate of Service filed by Herc Rentals, Inc. [Docket No. 423; Filed 11/6/19]

b) Certificate of Service filed by Arch Insurance Company and Arch Reinsurance Company [Docket No. 462; Filed 11/8/19]

c) Order Granting in Part the Motion of Herc Rentals, Inc. (1) Lifting the Automatic Stay Pursuant to 11 U.S.C. § 362 and (2) Permitting Herc Rentals, Inc. to Remove its Property from Various Projects ("<u>Order Granting Herc's Motion in Part</u>") [Docket No. 704; Entered 12/23/19]

d) Determination of Adjournment Request (Granted) [Docket No. 685; Filed 12/19/19]

<u>Objection Deadline</u>: Originally, November 8, 2019 at 5:00 p.m. (ET) and extended for the Debtor to November 14, 2019 at 10:00 a.m. (ET)

<u>Responses Received</u>:

e) Limited Objection And Reservation Of Rights By Arch Insurance Company And Arch Reinsurance Company to Herc Stay Relief Motion [Docket No. 462; Filed 11/7/19]

f) Debtor's Limited Objection to Herc Stay Relief Motion [Docket No. 503; Filed 11/14/19]

<u>Status</u>:  This portion of the Herc Stay Relief Motion was adjourned from the 12/19/19 hearing.  The Debtor and Herc are negotiating a resolution of this matter, with the goal of submitting a consent order at or before the hearing.

The portion of the Herc Stay Relief Motion concerning the Rutgers Fuel Tank only was withdrawn under the Order Granting Herc's Motion in Part.

**UNCONTESTED MATTERS GOING FORWARD**

6. Debtor's Motion for Entry of One or More Orders Approving Various Settlements and Compromises By and Among the Debtor, Project Owners and Subcontractors Pursuant to Fed. R. Bankr. P. 9019 and Granting Related Relief, <u>with respect to the 345 Main Street JV Settlement only</u> (the "<u>345 Main 9019 Motion</u>") [Docket No. 649; Filed 12/13/19]

    Related Documents:

    a) Application for Order Shortening Time [Docket No. 650; Filed 12/13/19]

    b) Order Granting Application to Shorten Time [Docket No. 662; Entered 12/16/19]

    c) Affidavit of Service [Docket No. 682; Filed 12/18/19]

    Objection Deadline: Objections may be presented orally at the hearing.

    Responses Received:

    d) None received to date.

    Status: This matter is going forward with respect to the 345 Main Street JV Settlement only.

7. Debtor's Motion for Entry of an Order Approving the Settlement and Compromise By and Among the Debtor and Newkirk Realty Urban Renewal LLC Pursuant to Fed. R. Bankr. P. 9019 and for the Rejection of Certain Executory Contracts [Docket No. 675; Filed 12/18/19]

    Related Documents:

    a) Application for Order Shortening Time [Docket No. 676; Filed 12/18/19]

    b) Order Granting Application to Shorten Time [Docket No. 677; Entered 12/18/19]

    c) Affidavit of Service [Docket No. 708; Filed 12/23/19]

    Objection Deadline: Objections may be presented orally at the hearing.

    Responses Received:

    d) None received to date.

    Status: This matter is going forward.

8. Debtor's Motion for Entry of an Order Determining that Certain Creditors Have Violated the Automatic Stay, That Certain Liens Filed Post-Petition Are Void *Ab Initio*, and For Related Relief [Docket No. 692; Filed 12/20/19]

    Related Documents:

    a) Application for Order Shortening Time [Docket No. 693; Filed 12/20/19]

    b) Order Granting Application to Shorten Time [Docket No. 694; Entered 12/20/19]

    c) Affidavit of Service [Docket No. 718; Filed 12/27/19]

    Objection Deadline: Objections may be presented orally at the hearing.

    Responses Received:

    d) None received to date.

    Status: This matter is going forward.

9. Debtor's Motion for Entry of An Order Approving of (I) a Settlement Agreement By and Among the Debtor and Mercedes-Benz, LLC, and to Reject Certain Agreements, (II) A Settlement Agreement with Mid-Atlantic Mechanical, Inc.; and (III) Granting Related Relief [Docket No. 705; Filed 12/23/19]

    Related Documents:

    a) Application for Order Shortening Time [Docket No. 706; Filed 12/23/19]

    b) Order Granting Application to Shorten Time [Docket No. 707; Entered 12/23/19]

    c) Affidavit of Service [Docket No. 720; Filed 12/27/19]

    Objection Deadline: Objections may be presented orally at the hearing.

    Responses Received:

    d) None received to date.

    Status: This matter is going forward.

Dated: December 30, 2019      **LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (pro hac vice)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*