RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Tara J. Schellhorn, Esq. (TS-8155)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey  07962-1981
(973) 538-0800

*Counsel to Newark Warehouse Urban Renewal, LLC and*
*Newark Warehouse Redevelopment Company, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>Hollister Construction Services, LLC,<br><br>Debtor. | Hon. Michael B. Kaplan, U.S.B.J.<br><br>Case No. 19-27439 (MBK)<br><br>Chapter 11<br><br>**CERTIFICATION OF SERVICE** |
|---|---|

1.    I, Silva Dechoyan:

☐    represent Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC in the above-captioned matter.

☒    am the secretary/paralegal for Joseph L. Schwartz, who is counsel to Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC in the above-captioned matter.

☐    am the _____ in the above case and am representing myself.

2.    On December 30, 2019, a copy of the following pleadings were served via notice of electronic filing on all parties who have requested to receive electronic notice pursuant to Bankruptcy Rule 2002 and via email (if available) or overnight mail on the parties on the service list attached hereto Exhibit A:

    (i)    Objection of Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC to Debtor's Motion for Entry of an Order Determining that Certain Creditors Have Violated the Automatic Stay, that Certain Asserted Liens filed Post-Petition are Void *AB Initio*, and for Related Relief ("Objection"); [Docket No. 723]; and

    (ii)    Certification of Joseph L. Schwartz in Support of Objection; [Docket No. 723-1].

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 31, 2019                                 /s/ Silva Dechoyan
                                                                               Silva Dechoyan

# Exhibit A

5102710v1

In re: Hollister Construction Services, LLC
Core/2002 Service List
Case No. 19-27439 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| Dehn Bros. Fire Protections, Inc. | Durkn & Durkin, LLC | Attn: M. Murphy Durkin | 1120 Bloomfield Avenue | | West Caldwell | NJ | 07007 | mdurkin@durkinlawfirm.com | Email |
| Drobach Equipment Rental Co. | Schwartz Barkin & Mitchell | Attn: Allen J. Barkin | 1110 Springfield Road | P.O. Box 1339 | Union | NJ | 07083-1339 | abarkin@sbmesq.com | Email |
| FM Construction Group, LLC | Connell Foley LLP | Attn: Philip W. Allogramento III, Mitchell W. Taraschi | 56 Livingston Avenue | | Roseland | NJ | 07068 | pallogramento@connellfoley.com mtaraschi@connellfoley.com | Email |
| Gallant & Wein Corporation | Nord Law | Attn: Adam Nord, Michael Nord | Turnpike Metroplex | 190 State Highway 18, Suite 201 | East Brunswick | NJ | 08816 | anord@nordlaw.legal; mnord@nordlaw.legal | Email |
| Graybar Electric Company | Capehart & Scatchard P.A. | Attn: William G. Wright | 8000 Midlantic Drive | Suite 300S | Mt. Laurel | NJ | 08054 | wwright@capehart.com | Email |
| Herc Rentals, Inc. | Tesser & Cohen | Attn: Danielle Cohen, Lee M. Tesser | 946 Main Street | | Hackensack | NJ | 07601 | dcohen@tessercohen.com ltesser@tessercohen.com | Email |
| Leslie Katchen Steel Construction, Inc. | Christopher E. Hartmann, Esq. | | 1256 Rt. 202-206 North | | Bridgewater | NJ | 08807 | hartmann.christopher@yahoo.com | Email |
| MDS Construction Corp. | Tesser & Cohen | Attn: Danielle Cohen, Lee M. Tesser | 946 Main Street | | Hackensack | NJ | 07601 | dcohen@tessercohen.com ltesser@tessercohen.com | Email |
| Mixonsite USA, Inc. | Cohen Seglias Pallas Greenhall & Furman, PC | Attn: Michael F. McKenna and Daniel E. Fierstein | One Newark Center | 1085 Raymond Blvd, 21st Floor | Newark | NJ | 07102 | dfierstein@cohenseglias.com; mmckenna@cohenseglias.com | Email |
| Starlite Electric LLC | Robert Saul Molnar, Esq. | | 1330 Hamburg Turnpike | | Wayne | NJ | 07470 | molnarrs@aol.com | Email |
| Starlite Electric LLC | Michael S. Wernick, Esq. | | 507 Frank E. Rodgers Blvd. N. | | Harrison | NJ | 07029 | MICHAEL@WERNICK-LAW.COM | Email |
| Surf Fire & Security, Inc. | Richard Fichter, President | | 1433 Highway 34 - Suite C3 | | Wall Township | NJ | 07727 | | Overnight Mail |
| U.S. Electrical Services, Inc. d/b/a Monarch Electric Company | Nord Law | Attn: Adam Nord, Michael Nord | Turnpike Metroplex | 190 State Highway 18, Suite 201 | East Brunswick | NJ | 08816 | anord@nordlaw.legal; mnord@nordlaw.legal | Email |
| United Rentals (North America), Inc. | ANI Management Group, Inc. | Attn: Michael A. Cohen | 15 Ives Road | | Hewlett | NY | 11557 | mcohen@anicollect.com | Emal |