| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br>**Caption in compliance with D. N.J. LBR 9004-1(b)**<br><br>**McCARTER & ENGLISH, LLP**<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Telephone: (973) 622-4444<br>Facsimile:  (973) 624-7070<br>Clement J. Farley cfarley@mccarter.com<br><br>*Counsel to Mercedes-Benz USA, LLC* |

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br><br><br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Hearing Date: January 2, 2020, 10:00 a.m.<br><br>Relates to ECF Doc. # 705 |

**JOINDER BY MERCEDES-BENZ USA, LLC TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENT AGREEMENT BY AND AMONG THE DEBTOR AND MERCEDES-BENZ, LLC AND TO REJECT CERTAIN AGREEMENTS**

Mercedes-Benz USA, LLC ("Mercedes") submits this joinder to Hollister Construction Services, LLC's ("Debtor") *Motion for entry of an Order Approving of (I) a Settlement Agreement by and Among the Debtor and Mercedes-Benz, LLC, and to Reject Certain Agreements, (II) a Settlement Agreement with Mid-Atlantic Mechanical, Inc., and (III) Granting Related Relief* (the "9019 Motion") [ECF Doc. # 705], and respectfully states as follows:

**JOINDER**

1. Mercedes is the owner of certain real property located in Robbinsville, New Jersey (the "Property").

ME1 32269045v.1

2. Debtor and Mercedes are parties to a construction contract pursuant to which Debtor was to make certain improvements to the Property.

3. Debtor filed the 9019 Motion on December 23, 2019.

4. As part of the relief requested in the 9019 Motion, Debtor requests that the Court enter an Order approving the settlement agreement executed between Debtor and Mercedes attached as Exhibit A to the 9019 Motion.

5. In addition, the Debtor seeks to reject all executory contracts and unexpired leases between the Debtor and Mercedes.

6. Mercedes believes that the settlement agreement justly resolves numerous issues relating to the parties' obligations.

7. Mercedes agrees with the substantive arguments raised by Debtor in the 9019 Motion.

**WHEREFORE**, Mercedes hereby joins in the 9019 Motion and respectfully requests that the relief sought therein be fully granted.

Dated: December 31, 2019

**McCARTER & ENGLISH, LLP**

By: /s/ *Clement J. Farley*
Clement J. Farley
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070

*Counsel to Mercedes-Benz USA, LLC*