| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br>Joseph L. Schwartz, Esq. (JS-5525)<br>Tara J. Schellhorn, Esq. (TS-8155)<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>(973) 538-0800<br>jschwartz@riker.com<br>tschellhorn@riker.com<br><br>Counsel to Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC | **Order Filed on January 6, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Hollister Construction Services, LLC,<br><br>                                   Debtor. | Case No. 19-27439 (MBK)<br><br>Hon. Michael B. Kaplan, U.S.B.J.<br><br>Chapter 11 |

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

      The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 6, 2020**

                                                                               _/s/ Michael B. Kaplan_<br>
                                                                               Honorable Michael B. Kaplan<br>
                                                                               United States Bankruptcy Judge

Case 19-27439-MBK    Doc 742    Filed 01/06/20    Entered 01/06/20 16:34:30    Desc Main
Document      Page 2 of 3

| | |
|---|---|
| Debtor: | Hollister Construction Services, LLC |
| Case No.: | 19-27439 (MBK) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE |
| Page: | 2 of 3 |

After review of the application of Newark Warehouse Urban Renewal, LLC ("NWUR") and Newark Warehouse Redevelopment Company, LLC ("NWRC," and together, the "NWR Entities") seeking a reduction of time (the "Application") for a hearing on the NWR Entities' motion for an order (i) determining that certain parties have violated the automatic stay, (ii) that certain asserted liens filed post-petition are void *ab initio*, (iii) confirming the applicability of the automatic stay to pending construction lien litigations and (iv) for related relief (the "Motion") under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on <u>January 9, 2020</u> at <u>10:00am</u> in the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608, Courtroom No. 8.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: <u>Debtor's counsel; U.S. Trustee; the Debtor's Master Service List and all affected parties</u>

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: <u>Debtor's counsel; U.S. Trustee; the Debtor's Master Service List and all affected parties</u>

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☒ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

| | |
|---|---|
| Debtor: | Hollister Construction Services, LLC |
| Case No.: | 19-27439 (MBK) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE |
| Page: | 3 of 3 |

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

   ☒ is not required

   ☐ must be provided to _____

   ☐ on the same day as the date of this Order, or

   ☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

5103182v1