**LOWENSTEIN SANDLER LLP**
Arielle Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Re: Docket Nos. 692 and 730 |

**DECLARATION OF BRUCE BUECHLER IN SUPPORT OF DEBTOR'S REQUEST FOR ATTORNEYS' FEES AND COSTS IN CONNECTION WITH THE COURT'S JANUARY 2, 2020 ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER DETERMINING THAT CERTAIN CREDITORS HAVE VIOLATED THE AUTOMATIC STAY, THAT CERTAIN ASSERTED LIENS FILED POST-PETITION ARE VOID *AB INITIO*, AND GRANTING RELATED RELIEF**

Bruce Buechler, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the law firm of Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC, the above referenced debtor-in-possession (the "Debtor").

2. This Declaration is submitted in support of the Debtor's request for attorneys' fees and costs in connection with the *Debtor's Motion for Entry of an Order Determining That Certain Creditors Have Violated the Automatic Stay, That Certain Asserted Liens Filed Post-*

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

-2-

*Petition are Void Ab Initio, and for Related Relief* (the "Motion")[Docket No. 692]. After a hearing on the Motion held on January 2, 2020, the Court entered an *Order Granting the Debtor's Motion Determining That Certain Creditors Have Violated the Automatic Stay, That Certain Asserted Liens Filed Post-Petition are Void Ab Initio, and Granting Related Relief* on January 2. 2020 (the "Order") [Docket No. 730].

3. Paragraph 4 of the Order granted the Debtor the right to submit a declaration of the attorneys' fees and costs it incurred in the preparation, filing and prosecution of the Motion to be assessed against Midway Glass & Metal Installers, Inc. and Multi Roof Maintenance, LLC under section 362(k) of the Bankruptcy Code for willful violation of the automatic stay.

4. Attached hereto as <u>Exhibit A</u> is an itemization of the attorneys' fees incurred by the Debtor in the preparation, filing and prosecution of the Motion. The costs are the costs incurred by Prime Clerk, the Debtor's claims and noticing agent, for copying and serving the Motion, which were $1,754.25. The Debtor requests that the Court enter an further order awarding it attorneys' fees in the amount of $9,200.00 as itemized on <u>Exhibit A</u> hereto, and costs in the amount of $1,754.25, for a total of $10,954.25, jointly and severally, against against Midway Glass & Metal Installers, Inc. and Multi Roof Maintenance, LLC under section 362(k) of the Bankruptcy Code for willful violation of the automatic stay.

5. I declare under penalty of perjury that to the best of my knowledge, information and belief, that the foregoing is true and correct.

Dated: January 7, 2020

/s/ *Bruce Buechler*
Bruce Buechler, Esq.
Member, Lowenstein Sandler, LLP
Counsel for Debtor
Hollister Construction Services, LLC

-3-

# EXHIBIT A

| Date | Name | Bs Hrs | Amount | Narrative |
|---|---|---|---|---|
| 12/4/2019 | Buechler, Bruce | 0.5 | $447.50 | Review liens on the Mercedes Benz project and draft stay violation letters to the two entities that filed post petition liens |
| 12/4/2019 | Buechler, Bruce | 0.6 | $537.00 | Revise motion to void certain post-petition construction liens |
| 12/9/2019 | Buechler, Bruce | 0.2 | $179.00 | Draft stay violation letter to Multi Roof |
| 12/12/2019 | Buechler, Bruce | 0.3 | $268.50 | Exchange e-mails with J. McDermott and C. Johnson re: post-petition lien claimants concerning the Mercedes-Benz settlement |
| 12/12/2019 | Buechler, Bruce | 0.4 | $358.00 | Revise draft motion seeking order avoiding certain post-petition construction liens |
| 12/13/2019 | Buechler, Bruce | 1.2 | $1,074.00 | Revise motion to avoid certain liens and proposed form of Order; draft and revise Declaration of J. McDermott in support of said motion |
| 12/13/2019 | Buechler, Bruce | 0.2 | $179.00 | Office conference with M. Seymour regarding Janus proposed settlement for New York job and other open projects |
| 12/13/2019 | Buechler, Bruce | 0.1 | $89.50 | Phone call with B. Murray regarding liens on Mercedes project |
| 12/13/2019 | Buechler, Bruce | 0.2 | $179.00 | Exchange e-mails with B. Murray regarding liens on the Mercedes project |
| 12/13/2019 | Buechler, Bruce | 0.1 | $89.50 | Draft e-mail to J. McDermott re: his Declaration |
| 12/16/2019 | Buechler, Bruce | 0.2 | $179.00 | Exchange e-mails with J. McDermott of Hollister re: his declaration |
| 12/16/2019 | Buechler, Bruce | 0.4 | $358.00 | Draft and revise application and order shortening time in connection with motion seeking approval of the Mercedes settlement agreement |
| 12/16/2019 | Buechler, Bruce | 0.7 | $626.50 | Further revisions to motion and proposed form of order seeking a determination that certain post-petition liens are void and for related relief |
| 12/17/2019 | Buechler, Bruce | 0.4 | $358.00 | Revise motion and order seeking to void certain post-petition construction liens |
| 12/20/2019 | Buechler, Bruce | 0.4 | $358.00 | Make final revisions to motion to void certain post-petition filed liens and have motion filed |
| 12/20/2019 | Buechler, Bruce | 0.1 | $89.50 | Exchange e-mails with E. Lawler re: service of motion to void certain post-petition liens |
| 12/20/2019 | Lawler, Beth | 0.9 | $250.00 | Finalize and e-file motion determining that certain creditors have violated the automatic stay (.3), and related application and order shortening tme (.2); prepare e-mail to chambers re: same (.2) review entered order shortening time and coordinate service of same (.2) |
| 1/2/2020 | Buechler, Bruce | 4 | $3,580.00 | Travel to and attend court hearing on motion |
| **Totals** | | **10.9** | **$9,200.00** | |

Buechler rate - $895.00 per hour
Lawler rate (paralegal) - $250.00 per hour