

| Bruce Buechler | One Lowenstein Drive |
| Partner | Roseland, New Jersey 07068 |
| | T: 973 597 2308 |
| | F: 973 597 2309 |
| | E: bbuechler@lowenstein.com |

January 7, 2020

<u>*Via Email*</u>

Honorable Michael B. Kaplan
United States Bankruptcy Court
402 East State Street
Trenton, NJ  08608

    Re:    **Hollister Construction Services, LLC**
            **Case No. 19-27439 (MBK)**

Dear Judge Kaplan:

In accordance with the Court's Order entered on January 2, 2020 *Granting Debtor's Motion Determining that Certain Creditors Have Violated the Automatic Stay, that Certain Asserted Liens Filed Post-Petition are Void Ab Initio, and Granting Related Relief* [Docket No. 730], attached is a copy of a Declaration of Bruce Buechler in support of the Debtor's request for attorneys' fees and costs.

A copy of this letter and the declaration have been mailed to Midway Glass & Metal and Multi Roof Maintenance.

If Your Honor has any questions, please feel free to contact me.

Sincerely yours,

Bruce Buechler

BB/ldf
Enclosure

    cc:    Midway Glass & Metal Installers, Inc.
           Attn:  Joseph Marshall, President
           526 Route 17 South
           Carlstadt, NJ  07072

Honorable Michael B. Kaplan
January 7, 2020
Page 2

Multi Roof Maintenance, LLC
Attention: Chris McDonald, President
5130 W. Hurley Pond Road
Wall, NJ 07727

<u>Via Email Only</u>:
Sam Della Fera, Esq.
Lauren Beilskie, Esq.
Bart Klein, Esq.

