RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Tara J. Schellhorn, Esq. (TS-8155)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey  07962-1981
(973) 538-0800

*Counsel to Newark Warehouse Urban Renewal, LLC and*
*Newark Warehouse Redevelopment Company, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Hollister Construction Services, LLC,<br><br>Debtor. | Hon. Michael B. Kaplan, U.S.B.J.<br><br>Case No. 19-27439 (MBK)<br><br>Chapter 11<br><br>**CERTIFICATION OF SERVICE** |

1.  I, Silva Dechoyan:

☐ represent Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC in the above-captioned matter.

☒ am the secretary/paralegal for Joseph L. Schwartz, who is counsel to Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC in the above-captioned matter.

☐ am the _____ in the above case and am representing myself.

2.  On January 6, 2020, a copy of the following pleadings were served: (i) via notice of electronic filing on all parties who have requested to receive electronic notice pursuant to Bankruptcy Rule 2002, (ii) via email, if available, or via overnight mail on the parties on the Debtor's Master Service List, attached hereto Exhibit A, and (iii) via overnight mail on all

affected parties and via email on their counsel as set forth on the service list attached hereto as Exhibit B:

    (i)    Motion of Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC for Entry of an Order Determining that Certain parties have Violated the Automatic Stay, that Certain Asserted Liens filed Post-Petition are Void *ab initio*, confirming the Applicability of the Automatic Stay to Pending Construction Lien Litigations and for Related Relief ("Motion"), Certification of Joseph L. Schwartz in Support of Motion and Proposed Order [Docket No. 740];

    (ii)    Application for Order Shortening Time for Notice of Hearing on Motion and Proposed Order [Docket No. 741]; and

    (iii)    Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 742].

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 7, 2020                                      /s/ Silva Dechoyan
                                                                                       Silva Dechoyan

# EXHIBIT A

In re: Hollister Construction Services, LLC
Core/2002 Service List
Case No. 19-27439 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | AES Lighting Group | Attn: Jonathan Squilla | 32 S. Jefferson Road | | Whippany | NJ | 07981 | | 973-515-2090 | | derrick@aes-energy.com  jonathan@aes-energy.com |
| Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | Arent Fox LLP | Attn: Mary Joanne Dowd | 1717 K Street NW | | Washington | DC | 20006 | | 202-857-6000 | 202-857-6395 | mary.dowd@arentfox.com |
| Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | Arent Fox LLP | Attn: Robert M. Hirsh, Mark A. B | 1301 Avenue of the Americas | Floor 42 | New York | NY | 10019 | | 212-484-3900 | 21-484-3990 | robert.hirsh@arentfox.com  mark.bloom@arentfox.com |
| Counsel to 640 Columbia Owner LLC | Blank Rome LLP | Attn: Adrienne C. Rogove | 300 Carnegie Center, Suite 220 | | Princeton | NJ | 08540 | | 609-750-2648 | 609-897-7288 | Rogove@BlankRome.com |
| Counsel to Bohler Engineering NY, PL | Bohler Engineering NY, PLLC | Attn: Anna F. Patras | 35 Technology Drive, Second Floor | | Warren | NJ | 07059 | | 732-593-8248 | | apatras@bohlereng.com |
| Counsel to Air Group, LLC and Industrial Maintenance Industries | Brach Eichler LLC | Attn: Carl J. Soranno and Anthony M. Rainone | 101 Eisenhower Parkway | | Roseland | NJ | 07068-1067 | | 973-228-5700 | 973-618-5972 | csoranno@bracheichler.com  arainone@bracheichler.com |
| Bridge Builders Newark LLC | Bridge Builders Newark LLC | Attn: Karen Marques | 211 Warrant St. | | Newark | NJ | 07103 | | 888-398-9423 | | karen.marques@bridgebuildersnewark.com |
| Counsel to Encon Mechanical Corp. | Broege Neumann Fischer & Shaver, L.L.C. | Attn: Peter J. Broege | 25 Abe Voorhees Drive | | Manasquan | NJ | 08736 | | 732-722-5763 | 877-571-5074 | |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second Street, 17th Floor | | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |
| Counsel to Glass Systems Tech, LLC | Campbell Rocco Law, LLC | Attn: Edmund J. Campbell, Jr. | 6 Kings Highway East | | Haddonfield | NJ | 08033 | | 856-470-1076 | 610-337-5585 | ecampbell@campbellroccolaw.com |
| Counsel to Graybar Electric Company, Inc. | Capehart & Scatchard, P.A., A Professional Corporation | Attn: William G. Wright | 8000 Midlantic Drive, Suite 300 S | | Mt. Laurel | NJ | 08054 | | 856-234-6800 | 856-235-2786 | wwright@capehart.com |
| Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies | 11 Times Square, 31st Floor | | New York | NY | 10036 | | 973-530-2002 | 973-530-2202 | ashahinian@csglaw.com  rnies@csglaw.com |
| Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies | One Boland Drive | | West Orange | NJ | 07052- | | 973-530-2012 | 973-530-2212 | ashahinian@csglaw.com  rnies@csglaw.com |
| Counsel to Pentel Drywall, Inc., Delcon Builders, Inc. | Ciardi Ciardi & Astin | Attn: Albert A. Ciardi, III, and Nicole M. Nigrelli | One Commerce Square | 2005 Market Street, Suite 3500 | Philadelphia | PA | 19103 | | 215-557-3550 | 215-557-3551 | aciardi@ciardilaw.com  nnigrelli@ciardilaw.com |
| Counsel to Pereira Electrical Contracting, Inc. | Cohn Lifland Pearlman Herrmann & Knopf LLP | Attn: Jeffrey W. Herrmann, Andrew R. Macklin, Alex A. Pisarevsky, Charles R. Cohen | Park 80 West - Plaza One | 250 Pehle Ave., Suite 401 | Saddle Brook | NJ | 07663 | | 201-845-9600 | | |
| Counsel to Newkirk Realty LLC | Cole Schotz P.C. | Attn: Michael D. Sirota, Felice R. Yudkin, Jacob S. Frumkin | Court Plaza North | 25 Main St | Hackensack | NJ | 07601 | | 201-525-6262 | 201-678-6262 | msirota@coleschotz.com  fyudkin@coleschotz.com  jfrumkin@coleschotz.com |
| Commonwealth of Pennsylvania Office of Attorney General | Commonwealth of Pennsylvania Office of Attorney General | Attn: Bankruptcy Department | 16th Floor, Strawberry Square | | Harrisburg | PA | 17120 | | | | |
| Counsel to Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania, Department of Labor and Industry | Attn: Deb Secrest | Collections Support Unit | 651 Boas Street, Room 925 | Harrisburg | PA | 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to FM Construction Group, LLC and Environmental Devices, Inc | Connell Foley LLP | Attn: Philip W. Allogramento III, Mitchell W. Taraschi | 56 Livingston Avenue | | Roseland | NJ | 07068 | | 973-535-0500 | 973-535-9217 | pallogramento@connellfoley.com  mtaraschi@connellfoley.com |
| Counsel to Prendimano Electrical Maintenance Col, Inc. t/a PEMCO | DL Thompson, Law, PC | Attn: Donna L. Thompson | P.O. Box 679 | | Allenwood | NJ | 08720 | | 732-292-3000 | 732-292-3004 | Donna.Thompson@DLThompsonlaw.com |
| Counsel to Waypoint Hackensack Urban Renewal Owner LLC | DLA Piper LLP (US) | Attn: Daniel M. Simon | 1201 West Peachtree Street | Suite 2800 | Atlanta | GA | 30309-3450 | | 404-736-7800 | 404-682-7800 | daniel.simon@us.dlapiper.com  daniel.simon@dlapiper.com |
| Counsel to NSA 18th Avenue, LLC | Drinker Biddle & Reath LLP | Attn: Frank F. Velocci | 600 Campus Drive | | Florham Park | NJ | 07932-1047 | | 973-549-7000 | 973-360-9831 | frank.velocci@dbr.com |
| Counsel to PNC Bank, National Association | Duane Morris LLP | Attn: James J. Holman | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1530 | 215-689-2562 | jjholman@duanemorris.com |

In re: Hollister Construction Services, LLC
Core/2002 Service List
Case No. 19-27439 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to PNC Bank, National Association | Duane Morris LLP | Attn: Sommer L. Ross | 222 Delaware Avenue, Suite 1600 | | Wilmington | DE | 19801-1659 | | 302-657-4900 | 302-657-4901 | slross@duanemorris.com |
| Counsel to Dehn Bros. Fire Protection, Inc. | Durkin & Durkin, LLC | Attn: M. Murphy Durkin | 1120 Bloomfield Avenue | P.O. Box 1289 | West Caldwell | NJ | 07007 | | 973-244-9969 | | |
| Counsel to State Line Construction Company, Inc | Florio Perrucci Steinhardt & Cappelli, LLC | Attn: Brian R. Tipton | 235 Broubalow Way | | Phillipsburg | NJ | 08865 | | 908-454-8300 | 908-454-5827 | btipton@floriolaw.com |
| Counsel to Marc and Amy Lebovitz and Troon Electric of New Jersey, LLC | Fox Rothschild LLP | Attn: Michael R. Herz | 49 Market Street | | Morristown | NJ | 07960 | | 973-548-3330; 973-992-4800 | 973-992-9125 | mherz@foxrothschild.com |
| Counsel to 640 Columbia Owner LLC | Fried Frank Harris Shriver & Jacobson LLP | Attn: Gary Kaplan | One New York Plaza | | New York | NY | 10004 | | 212-859-8812 | 212-859-4000 | Gary.Kaplan@FriedFrank.com |
| Counsel to Infinity Painting Co., Inc. | Goetz Fitzpatrick LLP | Attn: Gary M. Kushner | One Penn Plaza, 31st Floor | | New York | NY | 10119 | | 212-695-8100 | 212-629-4013 | gkushner@goetzfitz.com |
| Counsel to KSS Architects | Gorski & Knowlton PC | Attn: Carol L. Knowlton | 311 Whitehorse Avenue, Suite A | | Hamilton | NJ | 08610 | | 609-964-4000 | | cknowlton@gorskiknowlton.com |
| Counsel to Nomad Framing, LLC | Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck | 99 Wood Avenue South | | Iselin | NJ | 08830 | | 732-476-2442 | 732-549-1881 | dbruck@greenbaumlaw.com |
| Counsel to EWA Moonachie 77, LLC | Greenberg Traurig, LLP | Attn: alan J. Brody | 500 Campus Drive | | Florham Park | NJ | 07932 | | 973-443-3543 | | brodya@gtlaw.com |
| Official Committee of Unsecured Creditors | Haddad Plumbing & Heating, Inc. | Attn: Joann S. Haddad, Esq. | 1223 Broad Street | | Newark | NJ | 07114 | | 973-424-1177 | 973-424-1002 | JHaddad@HaddadPlumbing.com |
| Counsel to CS Utica & Remsen LLC | Herrick Feinstein LLP | Attn: Steven B. Smith | Two Park Avenue | | New York | NY | 10016 | | 212-592-1400 | 212-592-1500 | ssmith@herrick.com |
| Counsel to Accordia Harrison Urban Renewal, LLC | Hill Wallack LLP | Attn: Michael Kahme & Michael J. Shavel | 21 Roszel Road | P.O. Box 5226 | Princeton | NJ | 08543 | | 609-924-0808 | | mkahme@hillwallack.com mshavel@hillwallack.com |
| Counsel to Ocean Steel Corporation | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | 28 State Street | | Boston | MA | 02109 | | 617-345-9000 | 617-345-9020 | jdoran@hinckleyallen.com |
| Debtors | Hollister Construction Services, LLC | c/o Lowenstein Sandler, LLP | Attn Kenneth A. Rosen, Bruce Buechler | One Lowenstein Drive | Roseland | NJ | 07068 | | | | |
| Official Committee of Unsecured Creditors | Industrial Maintenance Industries | Attn: Eric Sobel | 843 King Georges Road | | Fords | NJ | 08863 | | 732-661-6828 | 973-607-3313 | EricS@RTI-IMI.com |
| The Internal Revenue Service | Internal Revenue Service | Attn: Bankruptcy Department | 2970 Market Street | Mail Stop 5-Q30.133 | Philadelphia | PA | 19104-5016 | | | | |
| Counsel to Jonasz Precast, Inc. | Kaplin Stewart Meloff Reiter & Stein, P.C. | Attn: Andrew B. Cohn | 910 Harvest Drive | PO Box 3037 | Blue Bell | PA | 19422-0765 | | 610-941-2459 | 610-684-2007 | acohn@kaplaw.com |
| Top 20 Creditor | KF Mechanical | Attn: Kenneth Fritze | 10 Stewart Place | | Fairfield | NJ | 07004 | | 973-852-0417 | 973-439-9406 | KFritze@kfmechanical.com |
| Official Committee of Unsecured Creditors | Kone, Inc. | Attn: Kenneth C. Barrows | 4736 36th Street | | Long Island City | NY | 11101 | | 917-731-3460 | 718-361-9078 | Kenneth.barrows@kone.com |
| Counsel to New Jersey Building Laborers' Statewide Benefit Funds | Kroll Heineman Carton | Attn: Seth Ptasiewicz | Metro Corporate Campus | 99 Wood Avenue South, Suite 307 | Iselin | NJ | 08830 | | 732-491-2100 | 732-491-2120 | SPtasiewicz@krollfirm.com |
| Counsel to L & W Supply Corporation | Larry L Miller | Attn: Larry L Miller | 11722 Taneytown Pike | | Taneytown | MD | 21787 | | 301-447-6644 | | llmlaw@outlook.com |
| Counsel to Orange County Superior Concrete, Bel-Con Construction Services | Law Office of James C. DeZao | Attn: James C. Dezao, Kathy Cehelsky, Margaret Meade | 322 Route 46 West | Suite 120 | Parsippany | NJ | 07054 | | 973-808-8900 | 973-808-8648 | jreiser@dezaolaw.com |
| Counsel to Michaels Electrical Supply Corp. | Law Offices of Charles A. Gruen | Attn: Charles A. Gruen | 381 Broadway | Suite 300 | Westwood | NJ | 07675 | | 201-342-1212 | | |
| Counsel to P. Tamburri Steel LLC and P3 Metals LLC | Law Offices of Karen Murray LLC | Attn: Karen M. Murray | 8 East Main Street | | Moorestown | NJ | 08057 | | 856-778-4002 | | kmurray@murraynjlaw.com |
| Counsel to Advanced Scaffold Services LLC and Advanced Scaffold Services Mid-Atlantic LLC | Lawrence B. Diener | Attn: Lawrence B. Diener | Court Plaza North | 25 Main Street Suite 200 | Hackensack | NJ | 07601 | | 201-342-6137 | 201-342-6126 | LBDiener@optimum.net |
| Counsel to the Debtor | Lowenstein Sandler, LLP | Attn: Arielle Adler, Bruce Buechler, Joseph DiPasquale, Jennifer B. Kimble, Kenneth A. Rosen, Mary E. Seymour | One Lowenstein Drive | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | aadler@lowenstein.com bbuechler@lowenstein.com jdipasquale@lowenstein.com jkimble@lowenstein.com krosen@lowenstein.com mseymour@lowenstein.com |
| Counsel to Control Services, LLC | M. Ross & Associates, LLC | Attn: Michele L. Ross, Esq. | 440 Sylvan Avenue | Suite 220 | Englewood Cliffs | NJ | 07632 | | | | |
| Counsel to Liberty Mutual Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Eric J. Hughes | 1300 Mount Kemble Avenue | P.O. Box 2075 | Morristown | NJ | 07962 | | 973-993-8100; 973-993-9100 | 973-425-0161 | ehughes@mdmc-law.com |

**In re: Hollister Construction Services, LLC**
Core/2002 Service List
Case No. 19-27439 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Kone Inc. | McGrail & Bensinger LLP | Attn: Ilana Volkov, Pearl Shah | 888-C 8th Avenue #107 | | New York | NY | 10019 | | 201-931-6910; 908-801-6056 | | ivolkov@mcgrailbensinger.com pshah@mcgrailbensinger.com |
| Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | McManimon, Scotland & Baumann, LLC | Attn: Andrea Dobin | 427 Riverview Plaza | | Trenton | NJ | 08511 | | 609-695-6070 | 609-695-6071 | adobin@msbnj.com |
| Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | McManimon, Scotland & Baumann, LLC | Attn: Sam Della, Fera Jr., Joshua H. Raymond, Anthony Sodono III | 75 Livingston Avenue | | Roseland | NJ | 07068 | | 973-622-1800 | 973-681-7233 | sdellafera@msbnj.com jraymond@msbnj.com asodono@msbnj.com |
| Counsel to STMR, Inc. | Mellinger, Sanders & Kartzman, LLC | Attn: Joseph R. Zapata, Jr. | 101 Gibraltar Drive, Suite 2F | | Morris Plains | NJ | 07950 | | 973-267-0220 | | |
| Counsel to Fort Hill Industries, Inc. | Mortitt Hock & Hamroff LLP | Attn: Brian P. Craig | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | bcraig@moritthock.com |
| Attorney General of the State of New Jersey | New Jersey Attorney General's Office | Attn: Division of Law | Richard J. Hughes Justice Complex | 25 Market Street | Trenton | NJ | 08625-0112 | | | | |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Attn: Compliance and Enforcement | Bankruptcy Unit | 50 Barrack Street, 9th Floor | Trenton | NJ | 08695 | | | | |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Office of Counsel | Building 9, W A Harriman Campus | | Albany | NY | 12224-0341 | | | | |
| Official Committee of Unsecured Creditors | Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC | Attn: Pasquale Suriano | 110 Edison Place, Suite 300 | | Newark | NJ | 07102 | | 973-849-2613 | 973-643-2256 | pasquales@edprop.com |
| Counsel to Dancker | Nicoll Davis & Spinella LLP | Attn: Christopher M. Santomassimo | 1 Gatehall Drive, Suite 100 | | Parsippany | NJ | 07054 | | 201-712-1616 | 201-712-9444 | csantomassimo@ndslaw.com |
| Counsel to Anvil Craft Corp. | Nordlaw | Attn: Michael J. Stafford | Turnpike Metroplex, Suite 201 | 190 State Highway 18 | East Brunswick | NJ | 08816 | | 732-214-0303 | | mjstafford@nordlaw.legal |
| Counsel to Imperial Floors, LLC | Norgaard O'Boyle | Attn: Brian G. Hannon, John O'Boyle | 184 Grand Avenue | | Englewood | NJ | 07631 | | 201-871-1333 | 201-871-3161 | bhannon@norgaardfirm.com joboyle@norgaardfirm.com |
| Counsel to Target Fire Protection and Ware Malcomb | Norris McLaughlin, P.A. | Attn: Melissa A. Pena | 400 Crossing Boulevard, 8th Floor | | Bridgewater | NJ | 08807 | | 908-722-0700 | | mapena@norris-law.com msbauer@norris-law.com |
| Counsel to DeSesa Engineering Company, Inc. | O'Toole Scrivo, LLC | Attn: Joshua A. Zielinski, R. Brant Forrest | 14 Village Park Road | | Cedar Grove | NJ | 07009 | | 973-239-5700 | 973-239-3400 | jzielinski@oslaw.com rforrest@oslaw.com |
| United States Attorney | Office of the United States Attorney of New Jersey | Attn: Eamonn O'Hagan, Assistant U.S. Attorney | 970 Broad Street, Suite 700 | | Newark | NJ | 07102 | | | | Eamonn.OHagan@usdoj.gov |
| United States Trustee | Office of the United States Trustee for the District of New Jersey | Attn: Lauren Bielskie, Esq. | One Newark Center | Suite 2100 | Newark | NJ | 07102 | | 973-645-3014 | | lauren.bielskie@usdoj.gov |
| Pennsylvania Department of Revenue | Pennsylvania Department of Revenue | Attn: Bankruptcy Division | P.O. Box 2809467 | | Harrisburg | PA | 17127-0946 | | | | |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak | Hercules Plaza | 1313 N. Market St., Suite 5100 | Wilmington | DE | 19801 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com listwakk@pepperlaw.com |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase, 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Stephanie L. Jonaitis, Robyn R. English-Mezzino | 301 Carnegie Center, Suite 400 | | Princeton | NJ | 08543-5276 | | 609-452-0808 | 609-452-1147 | jonaitiss@pepperlaw.com englishr@pepperlaw.com |
| Counsel to High Concrete Group, LLC, Conewago Enterprises, Inc. and Fabcon Precast | Post & Schell, P.C. | Attn: Brian W. Bisignani | 1869 Charter Lane, Suite 102 | P.O. Box 10248 | Lancaster | PA | 17605-0248 | | 717-612-6041 | 717-291-4532 | bbisignani@postschell.com |
| Claims Agent | Prime Clerk LLC | Attn: Richard M. Allen | 60 East 42nd Street | Suite 1440 | New York | NY | 10165 | | 212-257-5450 | 212-257-5452 | hcsteam@primeclerk.com ServiceQA@primeclerk.com |
| Counsel to Christopher Johnson and Kieran Flanagan | Rabinowitz, Lubetkin & Tully, LLC | Attn: Jay L. Lubetkin | 293 Eisenhower Parkway | Suite 100 | Livingston | NJ | 07039 | | 973-597-9100 | 973-597-9119 | jlubetkin@rltlawfirm.com |

In re: Hollister Construction Services, LLC
Core/2002 Service List
Case No. 19-27439 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to City Contracting, Inc. | Rea & Associates, LLC | Attn: Jeffrey J. Rea | 11 Broadway, 2nd Floor | | Clark | NJ | 07066 | | 732-943-2570 | | jeffrea@aol.com |
| Columbian Iron Works, Inc. | Reddin Masri, LLC | Attn: Hisham I. Masri | 485 Totowa Road | | Totowa | NJ | 07512 | | 973-553-0004 | 973-553-0005 | hmasri@reddinmasrilaw.com |
| Counsel to Newark Warehouse Urban Renewal, LLC; Newark Warehouse Redevelopment Company, LLC; and Edison Construction Management, LLC | Riker, Danzig, Scherer, Hyland & Perretti LLP | Attn: Joseph L. Schwartz, Tara J. Schellhorn | Headquarters Plaza | One Speedwell Avenue | Morristown | NJ | 07962 | | 973-538-0800 | 973-538-1984 | jschwartz@riker.com tschellhorn@riker.com |
| Counsel to RH 537 Building Owner LLC | Rivkin Radler LLP | Attn: Yale A. Leber | 25 Main Street | Court Plaza North, Suite 501 | Hackensack | NJ | 07601-7082 | | 201-287-2460 | 201-489-0495 | yale.leber@rivkin.com |
| Counsel to Starlite Electric LLC | Robert Saul Molnar | | 1330 Hamburg Turnpike | | Wayne | NJ | 07470 | | 973-694-2900 | 973-696-6029 | molnarrs@aol.com |
| Counsel to Boyd Mechanical, LLC | Rosenberg & Pittinsky L.L.P. | Attn: Laurence D. Pittinsky | 232 Madison Avenue, Suite 906 | | New York | NY | 10016 | | 212-286-6100 | 212-286-6818 | larry@rpllplaw.com |
| Official Committee of Unsecured Creditors | Sanray Construction, Inc. | Attn: Robert Ardolino | 201 Columbia Turnpike | | Florham Park | NJ | 07932 | | 973-417-7156 | 973-377-3060 | sanrayconstruct@optimum.net |
| Counsel to Rexel, Inc. | Schiller, Pittenger & Galvin, P.C. | Attn: K. Joseph Vyzas | 1771 Front Street | | Scotch Plains | NJ | 07076 | | 908-490-0444 | 908-490-0420 | jvyzas@schiller.law |
| Counsel to Drobach Equipment Rental Co. | Schwartz Barkin & Mitchell | Attn: Allen J. Barkin | 1110 Springfield Road | P.O. Box 1339 | Union | NJ | 07083-1339 | | 908-688-1644 | 908-855-9621 | abarkin@sbmesq.com |
| Attorneys for Atlantic Engineering Laboratories of NY, Inc. and All Brands Elevator Industries, Inc. | Scura, Wigfield, Heyer, Stevens & Cammarota | Attn: David E. Sklar | 1599 Hamburg Turnpike | | Wayne | NJ | 07470 | | 973-696-8391 | | |
| Counsel to Unique Scaffolding, LLC N.A. | Shain Schaffer PC | Attn: Marguerite M. Schaffer | 150 Morristown Road, Suite 105 | | Bernardsville | NJ | 07924 | | 908-953-9300 | 908-953-2969 | mschaffer@shainlaw.com |
| Counsel to Stateline Fabricators, LLC, ArchMills LLC d/b/a ArchMills Doors and Hardware | Skolnick Legal Group, P.C. | Attn: Martin P. Skolnick | 103 Eisenhower Parkway, Suite 305 | | Roseland | NJ | 07068 | | 973-409-0100 | | martin@skolnicklegalgroup.com |
| Counsel to P. Cipollini, Inc. t/a Cipolini Roofing | SM Law PC | Attn: Steven Mitnick, Marc D. Miceli | P.O. Box 530 | 49 Old Turnpike Road | Oldwick | NJ | 08858 | | 908-572-7275 | | smitnick@sm-lawpc.com mmiceli@sm-lawpc.com |
| Counsel to Life Town Inc. | Stanziale & Stanziale, P.C. | Attn: Benjamin A. Stanziale, Jr. | 29 Northfield Avenue, Suite 201 | | West Orange | NJ | 07052-5468 | | 973-731-9393 | | |
| Counsel to High Concrete Group, LLC, Conewago Enterprises, Inc., Fabcon Precast | Stark & Stark | Attn: Joseph H. Lemkin | P.O. Box 5315 | | Princeton | NJ | 08543-5315 | | 609-791-7022 | 609-895-7395 | jlemkin@stark-stark.com |
| Attorney General of the State of New York | State of New York Office of the Attorney General | Attn: Bankruptcy Department | The Capitol | | Albany | NY | 12224-0341 | | | | |
| Counsel to Titan Industrial Services Corp. | Tarter Krinsky & Drogin LLP | Attn: Rocco A. Cavaliere, Scott Markowitz | 1350 Broadway, 11th Floor | | New York | NY | 10018 | | 212-216-8000 | 212-216-8001 | rcavaliere@tarterkrinsky.com smarkowitz@tarterkrinsky.com |
| Counsel to Herc Rentals, Inc., Samph Contracting, LLC, MDS Construction, Global Development Contractors, LLC, Orion Interiors, Inc., National Fireproofing & Insulation Co., Inc. | Tesser & Cohen | Attn: Danielle Cohen, Lee M. Tesser | 946 Main Street | | Hackensack | NJ | 07601 | | 201-343-1100 | | dcohen@tessercohen.com ltesser@tessercohen.com |
| Counsel to Schnell Contracting Systems, LLC | The Kelly Firm, P.C. | Attn: Andrew J. Kelly, Esq. | 1011 Highway 71 | Suite 200 | Spring Lake | NJ | 07762 | | 732-449-0525 | | akelly@kbtlaw.com |
| Counsel to Sparwick Contracting, Inc., Jordano Electric, Inc. and KR Masonry | Trif Law LLC | Attn: Greg Trif | 89 Headquarters Plaza | North Tower, Suite 201 | Morristown | NJ | 07960 | | 973-860-2030 | 974-554-1220 | gtrif@triflaw.com |
| Official Committee of Unsecured Creditors | Troon Electric of NY, LLC | Attn: Paul Benevenuto | 307 7th Avenue, Suite 1204 | | New York | NY | 10001 | | 212-457-0922 | | pbenvenuto@troonelectric.com |
| Counsel to Fairleigh Dickinson University, Fairleigh Dickinson and Schindler Elevator Corporation University | Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Sydney J. Darling | Three Gateway Center | 100 Mulberry St, 15th Fl | Newark | NJ | 07102 | | 973-757-1100 | 973-757-1090 | sdarling@walsh.law sfalanga@walsh.law |
| Counsel to Nickerson Corporation | Warshaw Burstein, L.L.P. | Attn: Grant R. Cornehls, Maxwell J. Rubin | 575 Lexington Avenue, 7th Floor | | New York | NY | 10022 | | 212-984-7700 | 212-972-9150 | gcornehls@wbny.com mrubin@wbny.com |
| Counsel to 147 Bloomfield Ave J.V. LLC | Wasserman, Jurista & Stolz, P.C. | Attn: Daniel M. Stolz, Esq. | 110 Allen Road | Suite 304 | Basking Ridge | NJ | 07920 | | 973-467-2700 | 973-467-8126 | DStolz@wjslaw.com |
| Counsel to Reliance Mechanical, Inc. | Weltman & Moskowitz, LLP | Attn: Richard E. Weltman, Michele K. Jaspan | 18 Columbia Turnpike, Suite 200 | | Florham Park | NJ | 07932-2266 | | 201-794-7500 | 201-625-6475 | rew@weltmosk.com mkj@weltmosk.com |

**In re: Hollister Construction Services, LLC**
Core/2002 Service List
Case No. 19-27439 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Veteran's Road SPE, LLC | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: Mickee M. Hennessy, John Westerman | 1201 RXR Plaza | | Uniondale | NY | 11556 | | 516-622-9200 | 516-622-9212 | mhennessy@westermanllp.com jwesterman@westermanllp.com |
| Counsel to CTC Academy | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Meredith I. Friedman | 90 Woodbridge Center Drive | Suite 900, Box 10 | Woodbridge | NJ | 07095 | | 732-855-6126 | 732-726-6570 | dstein@wilentz.com mfriedman@wilentz.com |

# EXHIBIT B

In re: Hollister Construction Services, LLC
Affected Parties
Case No. 19-27439 (MBK)

| DESCRIPTION | PARTY ADDRESS | COUNSEL | COUNSEL | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| Ace Wire & Cable Co., Inc. | 72-01 51st Avenue, Woodside, NY 11377 | Nord Law | Attn: Adam Nord, Michael Nord | Turnpike Metroplex | 190 State Highway 18, Suite 201 | East Brunswick | NJ | 08816 | anord@nordlaw.legal; mnord@nordlaw.legal |
| Allglass Systems, LLC | 34B Noeland Avenue, Penndel, PA 19047 | Fenningham, Dempster & Coval LLP | Attn: Christopher P. Coval | 5 Neshaminy Interplex | Suite 315 | Trevose | PA | 19053 | ccoval@fsdc-law.com |
| Apple Coring & Sawing, LLC | 350 Market Street, Kenilworth, NJ 07033 | Law Office of Bart J. Klein | Attn: Bart J. Klein | 2066 Millburn Avenue | Suite 101 | Maplewood | NJ | 07040 | bart@bartjkleinlaw.com |
| Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | | Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies | One Boland Drive | | West Orange | NJ | 07052- | ashahinian@csglaw.com rnies@csglaw.com |
| City Contracting, Inc. | 62 Bog and Valley Lane, Lincoln Park, NJ 07035 | Rea & Associates, LLC | Attn: Jeffrey J. Rea | 11 Broadway, 2nd Floor | | Clark | NJ | 07066 | jeffrea@aol.com; JREA@REA-LAWFIRM.COM |
| Control Services, LLC | P.O. Box 269, Bayonne, NJ 07002 | M. Ross & Associates, LLC | Attn: Michele L. Ross, Esq. | 440 Sylvan Avenue | Suite 220 | Englewood Cliffs | NJ | 07632 | MICHELE@MROSSLLC.COM |
| Dehn Bros. Fire Protections, Inc. | 5 Theta Drive, Unit E, Vernon, NJ 07462 | Durkn & Durkin, LLC | Attn: M. Murphy Durkin | 1120 Bloomfield Avenue | | West Caldwell | NJ | 07007 | mdurkin@durkinlawfirm.com |
| Drobach Equipment Rental Co. | 2240 US Rt. 22 East, Union Township, NJ 07083 | Schwartz Barkin & Mitchell | Attn: Allen J. Barkin | 1110 Springfield Road | P.O. Box 1339 | Union | NJ | 07083-1339 | abarkin@sbmesq.com |
| FM Construction Group, LLC | 100 Dr. Martin Luther King Jr. Blvd., East Orange, NJ 07017 | Connell Foley LLP | Attn: Philip W. Allogramento III, Mitchell W. Taraschi | 56 Livingston Avenue | | Roseland | NJ | 07068 | pallogramento@connellfoley.com mtaraschi@connellfoley.com |
| Gallant & Wein Corporation | 11-20 43rd Raod, Long Island City, NY 11101 | Nord Law | Attn: Adam Nord, Michael Nord | Turnpike Metroplex | 190 State Highway 18, Suite 201 | East Brunswick | NJ | 08816 | anord@nordlaw.legal; mnord@nordlaw.legal |
| Graybar Electric Company | Raritan Plaza II, 105 Fieldcrest Ave.,Suite 202, Edison, NJ | Capehart & Scatchard P.A. | Attn: William G. Wright | 8000 Midlantic Drive | Suite 300S | Mt. Laurel | NJ | 08054 | wwright@capehart.com |
| Herc Rentals, Inc. | 41-85 Doremus Avenue, Newark, NJ 07105 | Tesser & Cohen | Attn: Danielle Cohen, Lee M. Tesser | 946 Main Street | | Hackensack | NJ | 07601 | dcohen@tessercohen.com ltesser@tessercohen.com |
| Leslie Katchen Steel Construction, Inc. | 300 Buckelew Avenue, Suite 109, Jamesburg, NJ 08831 | Christopher E. Hartmann, Esq. | | 1256 Rt. 202-206 North | | Bridgewater | NJ | 08807 | hartmann.christopher@yahoo.com |
| MDS Construction Corp. | 102B US Route 46 E, Saddle Brook, NJ 07663 | Tesser & Cohen | Attn: Danielle Cohen, Lee M. Tesser | 946 Main Street | | Hackensack | NJ | 07601 | dcohen@tessercohen.com ltesser@tessercohen.com |
| Mixonsite USA, Inc. | 1501 Abbot Court, Buffalo Grove, IL 60089 | Cohen Seglias Pallas Greenhall & Furman, PC | Attn: Michael F. McKenna and Daniel E. Fierstein | One Newark Center | 1085 Raymond Blvd, 21st Floor | Newark | NJ | 07102 | dfierstein@cohenseglias.com; mmckenna@cohenseglias.com |
| Starlite Electric LLC | 260 Main St., Suite #1, Keansburg, NJ 07734 | Robert Saul Molnar, Esq. | | 1330 Hamburg Turnpike | | Wayne | NJ | 07470 | molnarrs@aol.com |
| Starlite Electric LLC | 260 Main St., Suite #1, Keansburg, NJ 07734 | Michael S. Wernick, Esq. | | 507 Frank E. Rodgers Blvd. N. | | Harrison | NJ | 07029 | MICHAEL@WERNICK-LAW.COM |
| Surf Fire & Security, Inc. | 1433 State Route 34 South, Wall Township, NJ 07727 | Richard Fichter, President | | 1433 Highway 34 - Suite C3 | | Wall Township | NJ | 07727 | |
| U.S. Electrical Services, Inc. d/b/a Monarch Electric Company | 30 Plymouth Street, Fairfield, NJ 07004 | Nord Law | Attn: Adam Nord, Michael Nord | Turnpike Metroplex | 190 State Highway 18, Suite 201 | East Brunswick | NJ | 08816 | anord@nordlaw.legal; mnord@nordlaw.legal |
| United Rentals (North America), Inc. | Branch A122844 College Point Blvd., Flushing, NY 11354 | ANI Management Group, Inc. | Attn: Michael A. Cohen | 15 Ives Road | | Hewlett | NY | 11557 | mcohen@anicollect.com |