UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and
Debtor-in-Possession*

**Order Filed on January 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>Hollister Construction Services, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF THE
PARKLAND GROUP, INC. AS FINANCIAL ADVISOR TO THE DEBTOR
FOR THE PERIOD SEPTEMBER 11, 2019 THROUGH OCTOBER 24, 2019**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED.**

**DATED: January 7, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtor in this Chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
01/03/2020 205407526.1

Page:     2
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Granting First and Final Application of The Parkland Group, Inc. as Financial Advisor to the Debtor for the Period from September 11, 2019 through October 24, 2019

---

Upon the *First and Final Fee Application of The Parkland Group, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses to Provide Financial Advisory and Related Services to the Liquidating Debtor for the Period from September 11, 2019 through October 24, 2019* (the "<u>Application</u>");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Debtor, and the Court having considered the Objection filed by the Official Committee of Unsecured Creditors [Docket No. 643] and the Debtor's Reply [Docket No. 711], and for the reason set forth by the Court on the record at a hearing held on January 2, 2020,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. The Parkland Group, Inc. is hereby allowed a final allowance of compensation for services rendered to the Debtor in the amount of $9,000.00 and reimbursement

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Page:     3
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Granting First and Final Application of The Parkland Group, Inc. as Financial Advisor to the Debtor for the Period from September 11, 2019 through October 24, 2019

---

of expenses in the amount of $834.77 for a total of $9,834.77 for the period September 11, 2019 through October 24, 2019.

    3.    The Parkland Group, Inc. is authorized and directed to make payment of the amount allowed pursuant to paragraph 2 above from its retainer, and shall then promptly return the unused remainder of its retainer to the Debtor.

    4.    This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.