

**CHIESA SHAHINIAN & GIANTOMASI PC**

ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

csglaw.com

**ROBERT E. NIES**
rnies@csglaw.com
(O) 973.530.2012
(F) 973.530.2212

January 8, 2020

*By ECF*

All ECF Service List Filers

  Re: Hollister Construction Services, LLC
    <u>Case No. 19-27439 (MBK)</u>

Dear ECF Service List Filers:

  This will confirm that Robert Nies has received approval by Judge Kaplan and will appear telephonically before the Court for the hearing on Thursday, January 9, 2020, at 10:00 a.m.

        Very truly yours,

        */s/ Robert E. Nies*

        Robert E. Nies
        Member

REN/mfg