**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | |
| **HOLLISTER CONSTRUCTION SERVICES, LLC**,[1] | Chapter 11 |
| Debtor. | Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 9, 2020 AT 10:00 A.M. (ET)**

**CONTINUED MATTERS**

1. Debtor's Motion for Entry of One or More Orders Approving Various Settlements and Compromises By and Among the Debtor, Project Owners and Subcontractors Pursuant to Fed. R. Bankr. P. 9019 and Granting Related Relief, with respect to Saxum Real Estate Companies LLC, SAF 40 Beechwood, LLC and Energy Capital Partners Management, LP only [Docket No. 631; Filed 12/11/19]

    Related Documents:

    a) Application for Order Shortening Time [Docket No. 632; Filed 12/11/19]

    b) Order Granting Application to Shorten Time [Docket No. 634; Entered 12/12/19]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

    c)     Affidavit of Service [Docket No. 673; Filed 12/17/19]

    d)     Order Granting Debtor's Motion To Approve Of A Settlement Agreement By And Between Hollister Construction Services, LLC, Umdasch Real Estate USA, Ltd. And Subcontractor [Docket No. 691; Entered 12/20/19]

    e)     Determination of Adjournment Request (Granted) [Docket No. 717; Filed 12/26/19]

    f)     Affidavit of Service [Docket No. 718; Filed 12/27/19]

    g)     Determination of Adjournment Request (Granted) [Docket No. 731; Filed 1/3/20]

Objection Deadline: Originally, December 19, 2019, extended to January 9, 2020 at 4:00 p.m. (ET) for the Committee and PNC Bank.

Responses Received:

    h)     None received to date.

Status: This matter has been adjourned to January 16, 2020 at 10:00 a.m. with respect to Saxum Real Estate Companies LLC, SAF 40 Beechwood, LLC and Energy Capital Partners Management, LP only.

**CONTESTED MATTERS GOING FORWARD**

2.     Motion for an Order (I) Confirming That the Automatic Stay Does Not Apply to (A) the General Contract for the Vestry Project, (B) Joffe Lumber & Supply Co., Inc.'s Entry into a Contract with the Vestry Project Owner to Provide Construction Services on the Vestry Project; and (II) Terminating the Automatic Stay as to Joffe Lumber & Supply Co., Inc. for Cause Pursuant to 11 U.S.C. § 362 (d)(1) in Connection with the Accordia Project [D.I. 248; Filed 10/4/19], with respect to Accordia Project only.

Related Documents:

    a)     Certificate of Service filed by Joffe Lumber & Supply Co., Inc. [Docket No. 252; Filed 10/4/19]

    b)     Interim Order Denying Motion of Joffe Lumber & Supply Co., Inc. To the Extent It Seeks An Order That The Automatic Stay Is Terminated As To Joffe Lumber & Supply Co., Inc. for Cause Pursuant To 11 U.S.C. § 362(D)(1) In Connection With The Accordia Projects And Scheduling A Final Hearing [Docket No. 521; Entered 11/15/19]

    c)     Affidavit of Service [Docket No 549; Filed 11/20/19]

Objection Deadline: Originally, October 24, 2019 at 5:00 p.m. (ET).

Responses Received:

    d)     Debtor's Objection to Joffe Stay Relief Motion [Docket No. 407; Filed 11/5/19]

    e)     Cross Motion of 147 Bloomfield Ave., J.V. Seeking Determination that Joffe Lumber & Supply Co., Inc. Does Not Hold A Perfected Lien Against the Vestry Property and Compelling Discharge of Lien [Docket No. 535; Filed 11/18/19]

    f)     Response of Joffe Lumber & Supply Co., Inc. in Opposition to Cross-Motion of 147 Bloomfield Ave., J.V. LLC Seeking Determination That Joffe Lumber & Supply Co., Inc. Does Not Hold a Perfected Lien Against The Vestry Project and Compelling Discharge of Lien [Docket No. 586; Filed 11/27/19]

Status: This matter was most recently adjourned from January 2, 2020. As discussed on the record at the January 2, 2020 hearing, the parties are working on a proposed order resolving this matter and anticipate submitting the proposed order at or in advance of the January 9, 2020 hearing.

3.     Motion of Herc Rentals, Inc. For Entry Of An Order (1) Lifting The Automatic Stay Pursuant To 11 U.S.C. §362 and (2) Permitting Herc Rentals, Inc. To Remove Its Property From Various Projects ("Herc Stay Relief Motion") [Docket No. 368; Filed 10/23/19], with respect to the Latitude, Hub and FDU Projects only.

    Related Documents:

    a)     Certificate of Service filed by Herc Rentals, Inc. [Docket No. 423; Filed 11/6/19]

    b)     Certificate of Service filed by Arch Insurance Company and Arch Reinsurance Company [Docket No. 465; Filed 11/8/19]

    c)     Determination of Adjournment Request (Granted) [Docket No. 685; Filed 12/19/19]

    d)     Order Granting in Part the Motion of Herc Rentals, Inc. (1) Lifting the Automatic Stay Pursuant to 11 U.S.C. § 362 and (2) Permitting Herc Rentals, Inc. to Remove its Property from Various Projects ("Order Granting Herc's Motion in Part") [Docket No. 704; Entered 12/23/19]

    e)     Determination Of Adjournment Request Granted [Docket No. 722; Filed 12/30/19]

Objection Deadline: Originally, November 8, 2019 at 5:00 p.m. (ET) and extended for the Debtor to November 14, 2019 at 10:00 a.m. (ET)

Responses Received:

f) Limited Objection And Reservation Of Rights By Arch Insurance Company And Arch Reinsurance Company to Herc Stay Relief Motion [Docket No. 462; Filed 11/7/19]

g) Debtor's Limited Objection to Herc Stay Relief Motion [Docket No. 503; Filed 11/14/19]

Status: This portion of the Herc Stay Relief Motion was adjourned from the 1/2/20 hearing. The Debtor and Herc are negotiating a resolution of this matter, with the goal of submitting a consent order at or prior to the hearing.

The portion of the Herc Stay Relief Motion concerning the Rutgers Fuel Tank only was withdrawn under the Order Granting Herc's Motion in Part [Docket No. 704].

4. Debtor's Motion For Entry of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling A Final Hearing, And (D) Granting Related Relief [Docket No. 14; Filed 9/11/19].

Related Documents:

a) Application for Expedited Consideration of First Day Matters [Docket No. 16; Filed 9/11/19]

b) Order regarding Debtor's Application for Expedited Consideration of First Day Matters [Docket No. 20; Entered 9/11/19]

c) Affidavit of Service filed by Prime Clerk LLC [Docket No. 47; Filed 9/13/19]

d) First Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 90; Entered 9/16/19]

e) Affidavit of Service filed by Prime Clerk LLC [Docket No. 128; Filed 9/20/19]

f) Notice of Filing of Proposed Second Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and, (IV) Granting Related Relief [Docket No. 147; Filed 9/23/19]

g) Second Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and, (IV) Granting Related Relief [Docket No. 158; Entered 9/25/19]

h) Affidavit of Service filed by Prime Clerk LLC [Docket No. 164; Filed 9/25/19]

    i)    Affidavit of Service filed by Prime Clerk LLC [Docket No. 194; Filed 9/30/19]

    j)    Third Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and, (IV) Granting Related Relief [Docket No. 219; Entered 10/2/19]

    k)    Notice of Filing of Proposed Fourth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 267; Filed 10/7/19]

    l)    Fourth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 338; Entered 10/17/19]

    m)    Fifth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 359; Entered 10/22/19]

    n)    Sixth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 463; Entered 11/8/19]

    o)    Affidavit of Service filed by Prime Clerk LLC [Docket No. 500; Filed 11/13/19]

    p)    Seventh Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 556; Entered 11/21/19]

    q)    Eighth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 639; Entered 12/12/19]

    r)    Affidavit of Service [Docket No. 712; Filed 12/24/19]

    s)    Notice Of Filing Of Proposed Form Of Ninth Interim Order (I) Authorizing The Use Of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief [Docket No. 680; Filed 12/18/19]

    t)    Ninth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 688; Entered 12/19/19]

<u>Objection Deadline</u>: January 7, 2020 at 12:00 p.m.

Responses Received:

u) Arch Insurance Company and Arch Reinsurance Company's Limited Objection to Limited Objection to Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 32; Filed 9/12/19]

v) Jordan Electric Inc.'s Limited Objection to Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 72; Filed 9/15/19]

w) Delcon Builders, Inc. and Pentel Drywall, Inc.'s Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 73; Filed 9/15/19]

x) Sparwick Contracting Inc.'s Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 86; Filed 9/16/19]

y) 10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation's Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 141; Filed 9/23/19]

z) 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC's Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 142; Filed 9/23/19]

aa) Delcon Builders, Inc. and Pentel Drywall, Inc.'s Supplemental Objection and Reservation of Rights To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 143; Filed 9/23/19]

bb) Nomad Framing Inc.'s Objection and Reservation of Rights to Debtor's Continued Motion for Use of Cash Collateral [Docket No. 179; Filed 9/27/19]

cc) DeSesa Engineering Company, Inc.'s Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 211; Filed 10/2/19]

  dd) Objection and Reservation of Rights By Nomad Framing LLC with Respect to Debtor's Fourth Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral; (B) Granting Adequate Protection; (C) Scheduling Final Hearing; And (D) Granting Related Relief [Docket No. 268; Filed 10/7/19]

Status: This matter is going forward.

5. Motion Of Newark Warehouse Urban Renewal, LLC And Newark Warehouse Redevelopment Company For Entry Of An Order Determining That Certain Parties Have Violated The Automatic Stay, That Certain Asserted Liens Filed Post-Petition Are Void Ab Initio, Confirming The Applicability Of The Automatic Stay To Pending Construction Lien Litigations And For Related Relief [Docket No. 740; Filed 1/6/20]

Related Documents:

 a) Application for Order Shortening Time [Docket No. 741; Filed 1/6/20]

 b) Order Granting Application to Shorten Time [Docket No. 742; Entered 1/6/20]

 c) Certificate of Service [Docket No. 749; Filed 1/7/20]

Objection Deadline: Objections may be presented orally at the hearing.

Responses Received:

 d) Debtor's Objection To Newark Warehouse Urban Renewal, LLC's Application To Shorten Time [Docket No. 743; Filed 1/6/20]

 e) Response to Objection To Newark Warehouse Urban Renewal, LLC's Application To Shorten Time [Docket No. 744; Filed 1/6/20]

 f) Letter In Opposition To Motion Of Newark Warehouse Urban Renewal, LLC And Newark Warehouse Redevelopment Company For Entry Of An Order Determining That Certain Parties Have Violated The Automatic Stay, That Certain Asserted Liens Filed Post-Petition Are Void Ab Initio, Confirming The Applicability Of The Automatic Stay To Pending Construction Lien Litigations And For Related Relief [Docket No. 745; Filed 1/7/20]

 g) Letter from Joseph L. Schwartz to Court [Docket No. 746; Filed 1/7/20]

Status: This matter is going forward.

**UNCONTESTED MATTERS GOING FORWARD**

6. Motion for Orders Extending The Debtor's Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof Pursuant To Section 1121 Of The Bankruptcy Code, And Granting Related Relief; And (B) Extending The Deadline To Assume Or Reject Unexpired Leases Of Non-Residential Real Property Pursuant To Section 365(d)(4) Of The Bankruptcy Code And Granting Related Relief [Docket No. 669; Filed 12/16/19]

    Related Documents:

    a) Affidavit of Service [Docket No. 682; Filed 12/18/19]

    Objection Deadline: January 2, 2020

    Responses Received:

    b) None received to date.

    Status:  This matter is going forward.

7. Debtor's Motion For One Or More Orders Approving (I) Various Settlements And Compromises By And Among The Debtor, Fairleigh Dickinson University As Project Owner, And Certain Subcontractors On Go-Forward Projects Pursuant To Fed. R. Bankr. P. 9019, (II) Termination Of Certain Projects By And Between The Debtor And Fairleigh Dickinson University And Rejection Of All Executory Contracts And Unexpired Leases Related To Terminated Projects; And (III) Settlement And Payment Of Outstanding Accounts Receivable Due To Debtor [Docket No. 735; Filed 1/3/20]

    Related Documents:

    a) Application for Order Shortening Time [Docket No. 736; Filed 1/3/20]

    b) Order Granting Application to Shorten Time [Docket No. 738; Entered 1/6/20]

    Objection Deadline: Objections may be presented orally at the hearing.

    Responses Received:

    c) None received to date.

    Status: This matter is going forward.

| | |
|---|---|
| Dated: January 8, 2020 | **LOWENSTEIN SANDLER LLP** |
| | /s/ *Kenneth A. Rosen* |
| | Kenneth A. Rosen, Esq. |
| | Bruce Buechler, Esq. |
| | Joseph J. DiPasquale, Esq. |
| | Mary E. Seymour, Esq. |
| | Jennifer B. Kimble, Esq. (pro hac vice) |
| | Arielle B. Adler, Esq. |
| | One Lowenstein Drive |
| | Roseland, New Jersey 07068 |
| | (973) 597-2500 (Telephone) |
| | (973) 597-2400 (Facsimile) |
| | krosen@lowenstein.com |
| | bbuechler@lowenstein.com |
| | jdipasquale@lowenstein.com |
| | mseymour@lowenstein.com |
| | jkimble@lowenstein.com |
| | aadler@lowenstein.com |
| | *Counsel to the Debtor and Debtor-in-Possession* |