| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br>Joseph L. Schwartz, Esq. (JS-5525)<br>Tara J. Schellhorn, Esq. (TS-8155)<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>(973) 538-0800<br>jschwartz@riker.com<br>tschellhorn@riker.com<br><br>Counsel to Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC | Order Filed on January 6, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Hollister Construction Services, LLC,<br><br>                                 Debtor. | Case No.  19-27439 (MBK)<br><br>Hon. Michael B. Kaplan, U.S.B.J.<br><br>Chapter 11 |

### ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3)  is hereby **ORDERED**.

DATED: January 6, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Hollister Construction Services, LLC |
| Case No.: | 19-27439 (MBK) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE |
| Page: | 2 of 3 |

After review of the application of Newark Warehouse Urban Renewal, LLC ("NWUR") and Newark Warehouse Redevelopment Company, LLC ("NWRC," and together, the "NWR Entities") seeking a reduction of time (the "Application") for a hearing on the NWR Entities' motion for an order (i) determining that certain parties have violated the automatic stay, (ii) that certain asserted liens filed post-petition are void *ab initio*, (iii) confirming the applicability of the automatic stay to pending construction lien litigations and (iv) for related relief (the "Motion") under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on January 9, 2020 at 10:00am in the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608, Courtroom No. 8.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Debtor's counsel; U.S. Trustee; the Debtor's Master Service List and all affected parties by ☐ each, ☒ any of the following methods selected by the Court:

   ☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Debtor's counsel; U.S. Trustee; the Debtor's Master Service List and all affected parties by ☐ each, ☒ any of the following methods selected by the Court:

   ☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☒ hand delivery.

4. Service must be made:

   ☒ on the same day as the date of this order, or

Case 19-27439-MBK    Doc 764    Filed 01/08/20    Entered 01/09/20 00:29:15    Desc
Imaged Certificate of Notice    Page 3 of 4

| | |
|---|---|
| Debtor: | Hollister Construction Services, LLC |
| Case No.: | 19-27439 (MBK) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE |
| Page: | 3 of 3 |

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

   ☒ is not required

   ☐ must be provided to _____

   ☐ on the same day as the date of this Order, or

   ☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

5103182v1

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-27439-MBK
Hollister Construction Services, LLC                                    Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1              Date Rcvd: Jan 06, 2020
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2020.
db              +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2020 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0