

**Caption in compliance with D.N.J. LBR 9004-1(b)**
Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ  07631
(201) 871-1333
Attorneys for Imperial Floors, LLC
*By:  John O'Boyle, Esq. (JO - 6337)*
    *joboyle@norgaardfirm.com*

**Order Filed on January 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Chapter 11<br><br>Case No. 19-27439 MBK<br><br>Hearing Date:  December 19, 2019 |
|---|---|

**ORDER RESOLVING MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN DEBTOR, ACCORDIA HARRISON URBAN RENEWAL, LLC AND CERTAIN SUBCONTRACTORS, AND PROVIDING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: January 9, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:  Hollister Construction Services, LLC
Case No.  19-27439 MBK
Caption: *Order Resolving Motion to Approve Settlement Agreement between Debtor, Accordia Harrison Urban Renewal, LLC and Certain Subcontractors, and Providing Related Relief*
_____

THIS MATTER came to the attention of the court upon the Debtor's motion seeking entry of orders approving certain Settlement Agreements under Fed. R. Bankr. P. 9019 (Docket No. 649), including an order approving a settlement agreement by and between the Debtor, Accordia Harrison Urban Renewal, LLC and certain subcontractors (the "HUB Settlement Agreement"), which settlement agreement relates to a construction project known as The Hub at Harrison.  Imperial Floors, LLC filed opposition to the motion (Docket No. 679) and appeared with other parties at the December 19, 2019 hearing to argue objections to the motion.  The Court considered the submissions made in support of and in opposition to the motion and has listened to the arguments of counsel.  The Court finds good cause to make the following order.

It is ORDERED as follows:

1. Subject to the conditions and modifications set forth below, the HUB Settlement Agreement is approved under Fed. R. Bankr. P. 9019.

2. Debtor's Counsel is hereby directed to submit a Certification confirming that all subcontractors referenced in the proposed settlement agreement attached to the motion (Docket No. 649-2) have signed the agreement.  The Court's approval of the HUB Settlement Agreement is conditioned upon submission of such certification.

3. The Debtor is enjoined from prosecution of any adversary proceeding under Bankruptcy Code Sec. 547, 550 and/or 502(d) against any signatory to the HUB Settlement Agreement, regardless of whether such action was commenced prior to the Debtor's motion.  The Debtor may seek relief from this injunction for cause shown upon motion filed and served under Fed. R. Bankr. P. 9013.

4. Subject to the conditions and modifications of this order, the Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and the HUB Settlement Agreement.

5. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes or issues related to or arising from the implementation, interpretation or enforcement of this order.