

**Order Filed on January 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>   Hollister Construction Services, LLC | Case No.: _____19-27439_____<br><br>Chapter: _____11_____<br><br>Hearing Date: _____<br><br>Judge: ___Michael B. Kaplan___ |

### ORDER VACATING

Order Resolving Motion To Approve Settlement Agreement Between Debtor, Accordia Harrison Urban Renewal, LLC and Certain Subcontractors, and Providing Related Relief

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 9, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

Order Resolving Motion To Approve Settlement Agreement Between Debtor, Accordia Harrison Urban Renewal, LLC and Certain Subcontractors, and Providing Related Relief

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated __January 9, 2020_____, be and the same is hereby vacated.

*revised 2/25/14*