RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Tara J. Schellhorn, Esq. (TS-8155)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey  07962-1981
(973) 538-0800

*Counsel to Newark Warehouse Urban Renewal, LLC and*
*Newark Warehouse Redevelopment Company, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Hollister Construction Services, LLC,<br><br><div align="right">Debtor.</div> | Chapter 11<br><br>Case No.  19-27439 (MBK)<br><br>Hon. Michael B. Kaplan, U.S.B.J. |

### NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that the hearing in the on the Motion of Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC, For Entry of an Order Determining that Certain Parties Have Violated the Automatic Stay, That Certain Asserted Liens Filed Post-Petition are Void *Ab Initio*, Confirming the Applicability of the Automatic Stay to the Construction Lien Litigations and Granting Related Relief has been adjourned from January 9, 2020 at 10:00 a.m. to **January 23, 2020 at 10:00 a.m. (Eastern Time)** before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Third Floor, Trenton, New Jersey 08608, Courtroom #8.  Any objections must be filed by **on or before January 16, 2020**.

Dated: January 9, 2020
Morristown, New Jersey

RIKER DANZIG SCHERER HYLAND
& PERRETTI LLP

By:  /s/    *Joseph L. Schwartz*
        Joseph L. Schwartz

Joseph L. Schwartz, Esq. (JS-5525)
Tara J. Schellhorn, Esq. (TS-8155)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey  07962-1981
(973) 538-0800

*Counsel to Newark Warehouse Urban Renewal,*
*LLC and Newark Warehouse Redevelopment*
*Company, LLC*

5103379v1