EisnerAmper LLP
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000
*Accountants and Financial Advisors to the Official Committee of*
*Unsecured Creditors of Hollister Construction Services, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the Matter of:

HOLLISTER CONSTRUCTION SERVICES, LLC,          Case No. 19-27439 (MBK)
                                                Chapter 11
                                                (Honorable Michael B. Kaplan)

                        Debtor.

**FIRST MONTHLY FEE STATEMENT OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF**
<u>**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**</u>

**Hollister Construction Services, LLC**
**TIME SUMMARY BY PROFESSIONAL**
**October 1, 2019 through October 31, 2019**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Anthony R. Calascibetta CPA, CFF, CTP | Partner | 13.2 | $ 570.00 | $ 7,524.00 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 9.2 | 540.00 | 4,968.00 |
| **GRAND TOTAL** | | **22.4** | **$ 557.68** | **$12,492.00** |

* Rates change annually effective August 1st.

FEE TOTALS                                                    $12,492.00
LESS: VOLUNTARY DISCOUNT                                      (2,498.40)

**NET FEE AND EXPENSES REQUESTED**                            **$ 9,993.60**

**Hollister Construction Services, LLC**
**October 1, 2019 through October 31, 2019**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Pederson | 10/01/2019 | Call with A. Calascibetta and T. Van Noy, EisnerAmper, re: document request listing for Committee counsel. | $540.00 | 0.6 | $ 324.00 |
| Anthony Calascibetta | 10/14/2019 | Conference call with counsels to the Committee and W. Pederson, EisnerAmper to discuss status of negotiations, operations and other case matters. | 570.00 | 0.3 | 171.00 |
| William Pederson | 10/14/2019 | Call with Committee counsel re: case update. | 540.00 | 0.3 | 162.00 |
| William Pederson | 10/14/2019 | Review of motions (cash collateral) and prepare for upcoming call with Committee counsel. | 540.00 | 0.5 | 270.00 |
| Anthony Calascibetta | 10/18/2019 | Discussed schedules and statement of financial affairs with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 10/18/2019 | Review of schedules and statement of financial affairs. | 570.00 | 0.9 | 513.00 |
| Anthony Calascibetta | 10/18/2019 | Participated in Committee conference call to discuss hearings, upcoming hearings and the schedules and statement of financial affairs. | 570.00 | 0.9 | 513.00 |
| Anthony Calascibetta | 10/18/2019 | Discussed schedules and statement of financial affairs with S. Della Fera, MSB. | 570.00 | 0.3 | 171.00 |
| William Pederson | 10/18/2019 | Review of Hollister filed Schedules and SOFAs, follow-up call with A. Calascibetta, EisnerAmper. | 540.00 | 1.8 | 972.00 |
| William Pederson | 10/21/2019 | Review of Schedules and SOFAs, prepare for call with counsel re: upcoming 341 mtg. | 540.00 | 1.1 | 594.00 |
| William Pederson | 10/21/2019 | Call with A. Calascibetta, EisnerAmper re: Schedules and SOFAs, next steps. | 540.00 | 0.3 | 162.00 |
| Anthony Calascibetta | 10/22/2019 | Discussed cash collateral hearing, set-up of meeting with Debtor's financial personnel and schedules with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 10/22/2019 | Review of Debtor's schedules and statement of financial affairs. | 570.00 | 0.7 | 399.00 |
| Anthony Calascibetta | 10/22/2019 | Discussed schedules and statement of financial affairs with W. Pederson, EisnerAmper and identified areas of questioning. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 10/22/2019 | Review of cash collateral orders. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 10/23/2019 | Summarize questions from schedules and statement of financial affairs for 341 meeting. | 570.00 | 0.6 | 342.00 |
| Anthony Calascibetta | 10/23/2019 | Conference call with S. Della Fera and J. Raymond, MSB and W. Pederson, EisnerAmper to discuss questions for schedules and the statement of financial affairs and questions for 341 meeting. | 570.00 | 0.8 | 456.00 |
| Anthony Calascibetta | 10/23/2019 | Discussed Hollister accounts receivable and cash collateral budgets with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 10/23/2019 | Conference call with M. Jacoby, Phoenix and W. Pederson, EisnerAmper to discuss general overview of operations of Hollister including accounts receivable. | 570.00 | 0.6 | 342.00 |
| Anthony Calascibetta | 10/23/2019 | Discussed overviewed provided by PNC Bank's financial advisor with S. Della Fera, MSB and W. Pederson, | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 10/23/2019 | Conference call with Unsecured Creditors Committee and Counsels to the Committee to discuss hearings, status of matter, and Debtor's plan for projects. | 570.00 | 1.0 | 570.00 |
| William Pederson | 10/23/2019 | Call with PNC FA and A. Calascibetta, EisnerAmper re: case background and current status. | 540.00 | 0.6 | 324.00 |
| William Pederson | 10/23/2019 | Follow-up call with committee counsel re: call with PNC FA. | 540.00 | 0.3 | 162.00 |
| William Pederson | 10/23/2019 | Call with Committee counsel and A. Calascibetta, EisnerAmper re: questions for use in upcoming 341 meeting, case status and next steps. | 540.00 | 0.8 | 432.00 |
| Anthony Calascibetta | 10/25/2019 | Conference call with Unsecured Creditors Committee and J. Raymond, MSB to discuss 341 meeting and case status. | 570.00 | 0.7 | 399.00 |
| Anthony Calascibetta | 10/28/2019 | Review of document list request and preparation of discussion listing for meeting with the Debtor. | 570.00 | 0.5 | 285.00 |

**Hollister Construction Services, LLC**
**October 1, 2019 through October 31, 2019**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 10/28/2019 | Conference call with S. Della Fera and J. Raymond, MSB and W. Pederson, EisnerAmper to discuss document request list, discussion list and preparation for meeting with Debtor's representatives and counsel. | 570.00 | 0.7 | 399.00 |
| Anthony Calascibetta | 10/28/2019 | Review of September 2019 operating report. | 570.00 | 0.3 | 171.00 |
| William Pederson | 10/28/2019 | Call with committee counsel to discuss document request and topic for upcoming meeting with Debtor. | 540.00 | 0.7 | 378.00 |
| Anthony Calascibetta | 10/29/2019 | Discussed projects, offer components and unsecured debt with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 10/29/2019 | Revised discussion listing for meeting with the Debtor's representatives and counsel. | 570.00 | 0.1 | 57.00 |
| William Pederson | 10/29/2019 | Call with A. Calascibetta, EisnerAmper re: mtg prep and review of schedules/MORs and doc request. | 540.00 | 0.6 | 324.00 |
| William Pederson | 10/29/2019 | Review of document requests and question for Debtor, analysis of schedules and SOFAs for upcoming meeting with Debtors. | 540.00 | 1.6 | 864.00 |
| Anthony Calascibetta | 10/30/2019 | Discussed projects and accounts receivable with S. Della Fera and J. Raymond, MSB and W. Pederson, EisnerAmper. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 10/30/2019 | Meeting at Hollister with their representatives and counsel, S. Della Fera and J. Raymond, MSB and W. Pederson, EisnerAmper to discuss operations, projects, potential settlements, accounts receivable and other estate matters. | 570.00 | 2.7 | 1,539.00 |
| Anthony Calascibetta | 10/30/2019 | Review and finalize supplemental disclosure. | 570.00 | 0.1 | 57.00 |
| | | **Total Hours and Fees** | | **22.4** | 12,492.00 |
| | | Less: Voluntary Discount | | | (2,498.40) |
| | | **Grand Total** | | | **$ 9,993.60** |