EisnerAmper LLP
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000
*Accountants and Financial Advisors to the Official Committee of*
*Unsecured Creditors of Hollister Construction Services, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the Matter of:

HOLLISTER CONSTRUCTION SERVICES, LLC,   Case No. 19-27439 (MBK)
                                        Chapter 11
                                        (Honorable Michael B. Kaplan)

Debtor.

**SECOND MONTHLY FEE STATEMENT OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF <u>NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019</u>**

**Hollister Construction Services, LLC**
**TIME SUMMARY BY PROFESSIONAL**
**November 1, 2019 through November 30, 2019**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Anthony R. Calascibetta CPA, CFF, CTP | Partner | 12.6 | $ 570.00 | $ 7,182.00 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 9.5 | 540.00 | 5,130.00 |
| **GRAND TOTAL** | | **22.1** | **$ 557.10** | **$12,312.00** |

* Rates change annually effective August 1st.

| | |
|---|---:|
| FEE TOTALS | $12,312.00 |
| LESS: VOLUNTARY DISCOUNT | (2,462.40) |
| **NET FEE AND EXPENSES REQUESTED** | **$9,849.60** |

**Hollister Construction Services, LLC**
**November 1, 2019 through November 30, 2019**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 11/01/2019 | Review of proposed project settlement. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 11/01/2019 | Attended Unsecured Creditors Committee call with Committee members and counsels to Committee. | 570.00 | 0.6 | 342.00 |
| Anthony Calascibetta | 11/04/2019 | Discussed status of matter with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 11/04/2019 | Discussed motions filed with bank's financial advisor. | 570.00 | 0.1 | 57.00 |
| William Pederson | 11/04/2019 | Review of motions including motion to approve settlement of Tipico, provide comments to A. Calascibetta, EisnerAmper. | 540.00 | 2.1 | 1,134.00 |
| Anthony Calascibetta | 11/05/2019 | Discussed settlement, cash balance and filings with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 11/05/2019 | Review of 26 week cash flow and other documents provided. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 11/05/2019 | Discussed receipt of documents, 26 week cash flow and upcoming hearing with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 11/05/2019 | Discussed applications and upcoming hearing with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| William Pederson | 11/05/2019 | Call with A.Calascibetta re: settlement agreements and next steps. | 540.00 | 0.4 | 216.00 |
| Anthony Calascibetta | 11/06/2019 | Review of preference schedule and analyses. | 570.00 | 0.6 | 342.00 |
| Anthony Calascibetta | 11/06/2019 | Review of Debtor's response filing. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 11/07/2019 | Discussed hearing, proposed settlements, next hearing and creditor claims with S. Della Fera, MSB. | 570.00 | 0.5 | 285.00 |
| Anthony Calascibetta | 11/08/2019 | Discussed proposed settlements and related potential preferences with W. Pederson, EisnerAmper. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 11/08/2019 | Review of type of documents provided by Debtor. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 11/08/2019 | Discussion with S. Della Fera, MSB and W. Pederson, EisnerAmper relating to settlements, court hearing and gross preference amounts. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 11/08/2019 | Participated in Committee conference call with Counsel to the Committee and W. Pederson, EisnerAmper. | 570.00 | 0.6 | 342.00 |
| William Pederson | 11/08/2019 | Call with counsel and A. Calascibetta, EisnerAmper, re: upcoming committee call and next steps. | 540.00 | 0.5 | 270.00 |
| William Pederson | 11/08/2019 | Attend Creditor Committee call. | 540.00 | 0.6 | 324.00 |
| Anthony Calascibetta | 11/13/2019 | Review of settlement, related cash flow and preferences and discussed with W. Pederson, EisnerAmper. | 570.00 | 0.6 | 342.00 |
| Anthony Calascibetta | 11/13/2019 | Discussed preferences and settlements with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 11/13/2019 | Conference call with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss settlements, related cash flows and potential preference payments. | 570.00 | 1.3 | 741.00 |
| William Pederson | 11/13/2019 | Call with S. Della Fera, MSB and A. Calascibetta, EisnerAmper, re: case update. | 540.00 | 0.5 | 270.00 |
| William Pederson | 11/13/2019 | Review of recent settlements. | 540.00 | 0.4 | 216.00 |
| Anthony Calascibetta | 11/14/2019 | Discussed settlements, cash collateral and preference matters with S. Della Fera, MSB. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 11/14/2019 | Participated in Unsecured Creditors meeting call with counsel to the Committee. | 570.00 | 0.8 | 456.00 |
| Anthony Calascibetta | 11/14/2019 | Discussed preferences and other litigation matters with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| William Pederson | 11/14/2019 | Call with A. Calascibetta, EisnerAmper and S.Della Fera, MSB (Partial) re: projected cash budget and subcontractor preference analysis. | 540.00 | 1.2 | 648.00 |
| William Pederson | 11/14/2019 | Review of subcontractor Preference analysis. | 540.00 | 0.3 | 162.00 |
| Anthony Calascibetta | 11/15/2019 | Discussed hearing, settlements, preferences and cash collateral with S. Della Fera, MSB. | 570.00 | 0.5 | 285.00 |

**Hollister Construction Services, LLC**
**November 1, 2019 through November 30, 2019**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| Anthony Calascibetta | 11/19/2019 | Review of draft outline of settlement with bank and independent director. | 570.00 | 0.3 | 171.00 |
| William Pederson | 11/20/2019 | Attend conference call with Creditors' Committee. | 540.00 | 1.1 | 594.00 |
| Anthony Calascibetta | 11/20/2019 | Discussed draft settlement and independent director agreement with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 11/20/2019 | Discussed Committee call, project settlement status and going forward operations with W. Pederson, EisnerAmper. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 11/21/2019 | Discussed hearing orders, status of project settlements, independent director and motion to convert with S. Della Fera, MSB. | 570.00 | 0.5 | 285.00 |
| Anthony Calascibetta | 11/21/2019 | Conference call with M. Jacoby, Bank's financial advisor and W. Pederson, EisnerAmper to discuss proposed agreement of allocation of certain proceeds between lender and committee, role of independent director, status of project settlements and going forward operations. | 570.00 | 0.7 | 399.00 |
| Anthony Calascibetta | 11/21/2019 | Discussion regarding status of settlements, going forward operations and preferences with W. Pederson, EisnerAmper. | 570.00 | 0.3 | 171.00 |
| William Pederson | 11/21/2019 | Call with M. Jacoby, PNC Adv, re:case update and appt of director. | 540.00 | 0.8 | 432.00 |
| William Pederson | 11/21/2019 | Call with A. Calascibetta, EisnerAmper re: follow up discussion following call with M. Jacoby re:impressions and next steps. | 540.00 | 0.5 | 270.00 |
| William Pederson | 11/22/2019 | Call with counsel and A. Calascibetta, EisnerAmper, re: call with PNC FA and next steps. | 540.00 | 1.1 | 594.00 |
| Anthony Calascibetta | 11/22/2019 | Conference call to discuss parameters of a settlement between the bank and the committee, preferences, settlements to date, potential settlements, operations, insider transactions and independent director with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 570.00 | 1.1 | 627.00 |
| Anthony Calascibetta | 11/25/2019 | Discussed complications relating to independent director and meeting schedule with S. Della Fera, MSB | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 11/27/2019 | Discussed status of independent director with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| | | **Total Hours and Fees** | | **22.1** | 12,312.00 |
| | | Less: Voluntary Discount | | | (2,462.40) |
| | | **Grand Total** | | | **$ 9,849.60** |