EisnerAmper LLP
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000
*Accountants and Financial Advisors to the Official Committee of*
*Unsecured Creditors of Hollister Construction Services, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the Matter of:

HOLLISTER CONSTRUCTION SERVICES, LLC,        Case No. 19-27439 (MBK)
                                              Chapter 11
                                              (Honorable Michael B. Kaplan)

                    Debtor.


**THIRD MONTHLY FEE STATEMENT OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF
<u>DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019</u>**

**Hollister Construction Services, LLC**
**TIME SUMMARY BY PROFESSIONAL**
**December 1, 2019 through December 31, 2019**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Anthony R. Calascibetta CPA, CFF, CTP | Partner | 16.1 | $ 570.00 | $ 9,177.00 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 16.4 | 540.00 | 8,856.00 |
| **GRAND TOTAL** | | **32.5** | **$ 554.86** | **$18,033.00** |

\* Rates change annually effective August 1st.

| | |
|---|---:|
| FEE TOTALS | $18,033.00 |
| LESS: VOLUNTARY DISCOUNT | (3,606.60) |
| **NET FEE AND EXPENSES REQUESTED** | **$14,426.40** |

**Hollister Construction Services, LLC**
**December 1, 2019 through December 31, 2019**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Pederson | 12/03/2019 | Call with Committee counseland A. Calascibetta, EisnerAmper, re:settlement proposal from secured lender. | 540.00 | 0.8 | 432.00 |
| Anthony Calascibetta | 12/03/2019 | Review of lender proposal and discussed with W. Pederson, EisnerAmper. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 12/03/2019 | Discussed lender proposal, avoidance actions, adequate protection and Insider transactions with S. Della Fera and J. Raymond, MSB and W. Pederson, EisnerAmper. | 570.00 | 0.7 | 399.00 |
| Anthony Calascibetta | 12/03/2019 | Review lender settlement proposal and identify questions to discuss with Bank's financial advisor. | 570.00 | 0.3 | 171.00 |
| William Pederson | 12/04/2019 | Call with Committee counsel and A. Calascibetta, EisnerAmper, re: settlement proposal and adequate protection amounts. | 540.00 | 0.4 | 216.00 |
| William Pederson | 12/04/2019 | Call with PNC FA, re: settlement proposal. | 540.00 | 0.8 | 432.00 |
| William Pederson | 12/04/2019 | Call with Committee counsel and A. Calascibetta, EisnerAmper, re: settlement proposal and discussion with secured lender FA. | 540.00 | 0.6 | 324.00 |
| Anthony Calascibetta | 12/04/2019 | Discussed questions and open matters relating to settlement proposal with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 12/04/2019 | Conference call with S. Della Fera and J. Raymond, MSB and W. Pederson, EisnerAmper to discuss settlement proposal, avoidance actions, insider transactions and questions. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 12/04/2019 | Conference call with M. Jacoby, Phoenix and W. Pederson, EisnerAmper to discuss settlement proposal, revisions to proposal and other estate matters. | 570.00 | 0.7 | 399.00 |
| Anthony Calascibetta | 12/04/2019 | Conference call with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss call with bank's financial advisor, revisions to settlement proposal and terms of draft settlement proposal. | 570.00 | 0.6 | 342.00 |
| Anthony Calascibetta | 12/05/2019 | Discussion with M. Jacoby, Bank financial advisor regarding revisions to settlement proposal. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 12/05/2019 | Discussed estimates for potential preference recoveries with M. Jacoby, Phoenix and W. Pederson, EisnerAmper. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 12/05/2019 | Conference call with S. Della Fera, MSB and W. Pederson, EisnerAmper relating to revisions to settlement proposal, settlement proposal, project settlements and potential preferences. | 570.00 | 1.0 | 570.00 |
| Anthony Calascibetta | 12/05/2019 | Discussed bank proposal with W. Pederson, EisnerAmper. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 12/05/2019 | Conference call with J. Holman, Duane , M. Jacoby, Phoenix, S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss settlement proposal. | 570.00 | 0.5 | 285.00 |
| Anthony Calascibetta | 12/05/2019 | Follow-up call with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss settlement call with lender's representatives and preparation for Committee call. | 570.00 | 0.5 | 285.00 |
| Anthony Calascibetta | 12/05/2019 | Attended and participated in Committee conference call. | 570.00 | 1.2 | 684.00 |
| Anthony Calascibetta | 12/05/2019 | Discussed parameters of counter proposal with S. Della Fera, MSB. | 570.00 | 0.4 | 228.00 |
| William Pederson | 12/05/2019 | Call with PNC FA, re: settlement proposal. | 540.00 | 0.3 | 162.00 |
| William Pederson | 12/05/2019 | Call with Committee counsel and A. Calascibetta, EisnerAmper re: settlement terms and prepare for upcoming Committee call. | 540.00 | 1.2 | 648.00 |
| William Pederson | 12/05/2019 | Review of settlement proposal and develop potential counter-proposal. | 540.00 | 1.4 | 756.00 |
| William Pederson | 12/05/2019 | Post Committee call discussion with counsel and A. Calascibetta, EisnerAmper re: next steps and counter proposal. | 540.00 | 0.5 | 270.00 |
| William Pederson | 12/05/2019 | Call with PNC Counsel and Committee counsel and A. Calascibetta, EisnerAmper re: proposed settlement. | 540.00 | 0.5 | 270.00 |
| Anthony Calascibetta | 12/06/2019 | Review of 10 week weekly scorecard and related information request. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 12/06/2019 | Review of draft counterproposal. | 570.00 | 0.2 | 114.00 |

**Hollister Construction Services, LLC**
**December 1, 2019 through December 31, 2019**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 12/06/2019 | Discussed draft counterproposal with S. Della Fera and J. Raymond, MSB. | 570.00 | 0.7 | 399.00 |
| Anthony Calascibetta | 12/09/2019 | Review of committee member responses and revised settlement proposal. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 12/09/2019 | Discussed revisions to settlement proposal with W. Pederson, EisnerAmper. | 570.00 | 0.1 | 57.00 |
| William Pederson | 12/09/2019 | Review of revised settlement proposal. | 540.00 | 0.4 | 216.00 |
| Anthony Calascibetta | 12/10/2019 | Discussed counter proposal terms with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 12/10/2019 | Review of counter proposal for meeting with Bank's financial advisor. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 12/11/2019 | Conference call with M. Jacoby, Phoenix and W. Pederson, EisnerAmper to discuss terms of counter proposal. | 570.00 | 0.5 | 285.00 |
| Anthony Calascibetta | 12/11/2019 | Discussed conference call with Bank's financial advisor and terms of counter proposal with W. Pederson, EisnerAmper. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 12/11/2019 | Conference call with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss call with Bank's financial advisor and counter proposal terms. | 570.00 | 0.6 | 342.00 |
| William Pederson | 12/11/2019 | Call with Committee counsel and A. Calascibetta, EisnerAmper re: call with PNC FA, settlement terms with PNC. | 540.00 | 0.5 | 270.00 |
| William Pederson | 12/11/2019 | Call with PNC FA and A. Calascibetta re: settlement counter-proposal. | 540.00 | 0.5 | 270.00 |
| Anthony Calascibetta | 12/16/2019 | Review of correspondence from Committee counsel regarding hearings. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 12/17/2019 | Review of settlement proposal chart. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 12/17/2019 | Discussion with W. Pederson, EisnerAmper and follow-up discussion with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss and revise settlement proposal chart. | 570.00 | 1.5 | 855.00 |
| Anthony Calascibetta | 12/17/2019 | Participated in conference call with Unsecured Creditors Committee and Counsels to the Committee. | 570.00 | 1.1 | 627.00 |
| Anthony Calascibetta | 12/17/2019 | Discussed sale of equity interest with W. Pederson, EisnerAmper. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 12/17/2019 | Discussed other asset recoveries and sale of equity interest with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| William Pederson | 12/17/2019 | Call with counsel and A. Calascibetta, EisnerAmper re: settlement terms and upcoming settlement conference. | 540.00 | 1.5 | 810.00 |
| William Pederson | 12/17/2019 | Attend unsecured creditor committee call. | 540.00 | 1.1 | 594.00 |
| William Pederson | 12/17/2019 | Follow up call with counsel and A. Calascibetta, EisnerAmper re: Committee call and next steps. | 540.00 | 0.3 | 162.00 |
| Anthony Calascibetta | 12/18/2019 | Reviewed and discussed proposed settlements with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 12/18/2019 | Conference call with M. Jacoby, Phoenix and W. Pederson, EisnerAmper to discuss equity sale settlement and other project settlements. | 570.00 | 0.6 | 342.00 |
| Anthony Calascibetta | 12/18/2019 | Conference call with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss proposed equity investment settlement and other project settlements. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 12/18/2019 | Discussed other asset collections with S. Della Fera, MSB. | 570.00 | 0.1 | 57.00 |
| William Pederson | 12/18/2019 | Call with M. Jacoby, Phoenix, re: 306MLK settlement and other pending settlements. | 540.00 | 0.6 | 324.00 |
| William Pederson | 12/18/2019 | Obtain/review of settlement motions to date, prepare for upcoming settlement conference. | 540.00 | 2.6 | 1,404.00 |
| William Pederson | 12/18/2019 | Call with counsel and A. Calascibetta, EisnerAmper re: recent settlements and upcoming settlement conference. | 540.00 | 0.5 | 270.00 |
| Anthony Calascibetta | 12/19/2019 | Discussed settlement discussions with Judge and interested parties with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |

**Hollister Construction Services, LLC**
**December 1, 2019 through December 31, 2019**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Pederson | 12/19/2019 | Call with M. Jacoby, Phoenix, re: MLK6 transaction. | 540.00 | 0.2 | 108.00 |
| William Pederson | 12/19/2019 | Attend settlement conference in Judge Kaplan's chambers. | 540.00 | 1.0 | 540.00 |
| Anthony Calascibetta | 12/20/2019 | Discussed various groupings of potential recoveries and adequate protection lien with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 12/20/2019 | Conference call with S. Della Fera and J. Raymond, MSB and W. Pederson, EisnerAmper relating to collection groups and proposed settlement outline. | 570.00 | 0.8 | 456.00 |
| William Pederson | 12/20/2019 | Call with counsel and A. Calascibetta, EisnerAmper re: settlement with secured lender and next steps. | 540.00 | 0.7 | 378.00 |
| Anthony Calascibetta | 12/30/2019 | Review of filings relating to insiders. | 570.00 | 0.1 | 57.00 |
| | | **Total Hours and Fees** | | **32.5** | 18,033.00 |
| | | Less: Voluntary Discount | | | (3,606.60) |
| | | **Grand Total** | | | **$ 14,426.40** |