| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Mary E. Seymour, Esq.<br>Jennifer B. Kimble, Esq.<br>Arielle B. Adler, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br><br>JAN 0 9 2020<br><br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY_____DEPUTY |
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC,**[1]<br><br>        Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**ORDER EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS
TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF
PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE,
AND GRANTING RELATED RELIEF**

        The relief set forth on the following pages, numbered two (2) through and

including three (3), is hereby **ORDERED**.

1/9/20       _____

                MICHAEL B. KAPLAN,
                USBJ

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
12/16/2019 205536994.2

Page:       2
Debtor:     Hollister Construction Services, LLC
Case No.:   19-27439 (MBK)
Caption:    Order Extending the Debtor's Exclusive Periods to File a Chapter 11 Plan and Solicit
            Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code, and Granting
            Related Relief

---

**THIS MATTER** having come before the Court on the motion (the "Motion")[2] of the

above-captioned debtor and debtor-in-possession (the "Debtor"), seeking entry of an order (a)

extending the period during which the Debtor has the exclusive right to file a chapter 11 plan (the

"Exclusive Filing Period") by 90 days, from January 9, 2020 through and including April 8, 2020,

and extending the period during which the Debtor has the exclusive right to solicit votes thereon

(the "Exclusive Solicitation Period," and together with the Exclusive Filing Period, the "Exclusive

Periods") by approximately 90 days, from March 9, 2020 through and including June 8, 2020,

without prejudice to the Debtor's right to seek further extensions of the Exclusive Periods, and (b)

granting related relief; and it appearing that the Court has jurisdiction to consider the Motion and

the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of*

*Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the

District of New Jersey dated as of September 18, 2012 (Simandle, C.J.); and the Court having

determined that the relief requested in the Motion is in the best interest of the Debtor, its estate,

and its creditors; and it appearing that due and proper notice of the Motion has been provided and

that no other or further notice need be provided; and upon the proceedings had before the Court;

and good and sufficient cause appearing therefor, it is hereby

**ORDERED**, that:

    1.    The Motion is **GRANTED** as set forth herein.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

Page:      3
Debtor:    Hollister Construction Services, LLC
Case No.:  19-27439 (MBK)
Caption:   Order Extending the Debtor's Exclusive Periods to File a Chapter 11 Plan and Solicit
           Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code, and Granting
           Related Relief

---

2.     Pursuant to section 1121(d) of the Bankruptcy Code, the Debtor's Exclusive Filing Period under section 1121(b) of the Bankruptcy Code is hereby extended through and including April 8, 2020.

3.     Pursuant to section 1121(d) of the Bankruptcy Code, the Debtor's Exclusive Solicitation Period under section 1121(c) of the Bankruptcy Code is hereby extended through and including June 8, 2020.

4.     Nothing herein shall prejudice (a) the Debtor's right to seek further extensions of the Exclusive Periods consistent with section 1121(d) of the Bankruptcy Code, or (b) the rights of any party in interest to object to any requests for further extensions.

5.     The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

6.     This Order shall be immediately effective and enforceable upon its entry and the stay imposed by any applicable Bankruptcy Rule is hereby waived.

7.     The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8.     This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation, or enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                    Case No. 19-27439-MBK
Hollister Construction Services, LLC                      Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3        User: admin            Page 1 of 1          Date Rcvd: Jan 09, 2020
                            Form ID: pdf903        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db              +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0