|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and Debtor-in-Possession* | Order Filed on January 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>                             Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE OF A SETTLEMENT AGREEMENT BY AND BETWEEN HOLLISTER CONSTRUCTION SERVICES, LLC AND NEWKIRK REALTY URBAN RENEWAL LLC AND AUTHORIZING THE <u>REJECTION OF CERTAIN EXECUTORY CONTRACTS</u>**

       The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

**DATED: January 10, 2020**

                                                                          Honorable Michael B. Kaplan
                                                                          United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
01/02/2020 205588741.1

Page: 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: *Order Granting the Debtor's Motion to Approve a Settlement Agreement By and Between Hollister Construction Services, LLC and Newkirk Realty Urban Renewal LLC Pursuant to Fed. R. Bankr. P. 9019 and Authorizing the Rejection of Certain Executory Contracts*

---

Upon the motion ("Motion) of the above-captioned debtor-in-possession (the "Debtor") seeking the entry of an order approving of a Settlement Agreement (the "Settlement Agreement") by and between the Debtor and Newkirk Realty Urban Renewal LLC ("Newkirk"), pursuant to Fed. R. Bankr. P. 9019 and Authorizing the Rejection of Certain Executory Contracts[2]; and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and the Court having found that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it has the authority to enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and this Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtor, its estate and creditors and other parties-in-interest; and the Court having found that notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and that no other notice of the Motion need be provided; and the Court having received the Motion and having conducted a hearing on the Motion, at which time the Court heard and considered all oral arguments of counsel; and the Court having determined that good cause exists for granting the relief requested,

**IT IS HEREBY ORDERED** as follows:

1.   The Motion is **GRANTED** as set forth herein.

---

[2] Capitalized terms not defined in this Order shall have the meaning ascribed to them in the Settlement Agreement.

Page:     3
Debtors:  Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: *Order Granting the Debtor's Motion to Approve a Settlement Agreement By and Between Hollister Construction Services, LLC and Newkirk Realty Urban Renewal LLC Pursuant to Fed. R. Bankr. P. 9019 and Authorizing the Rejection of Certain Executory Contracts*

_____

2. The Settlement Agreement is hereby approved pursuant to Bankruptcy Rule 9019. The Debtor and Newkirk are authorized and directed to fulfill their respective obligations under the Settlement Agreement and execute all documents necessary to effectuate the Settlement Agreement. The Releases set forth in the Settlement Agreement are hereby approved.

3. Pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, the Debtor's Project Contract with Newkirk is rejected upon the entry of this Order with such rejection being effective as of the Petition Date.

4. Pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, the subcontracts identified on Exhibit A hereto are rejected upon the entry of this Order with such rejection being effective as of the Petition Date.

5. A rejection claim by counter parties to the contracts identified on Exhibit A hereto (a "Rejection Claim") shall be filed no later than **30 days after the date of entry of this Order** (the "Rejection Claims Deadline"), at the following address:

> Hollister Construction Services Claims Processing Center
> c/o Prime Clerk LLC
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

Rejection Claims may also be filed electronically at https://cases.primeclerk.com/hcs/EPOCIndex, but may not be delivered by facsimile, telecopy, electronic mail or other electronic transmission. The failure to file a Rejection Claim on or before the Rejection Claims Deadline shall forever bar any counterparty to any of the subcontracts identified on Exhibit A from asserting a Rejection Claim against the Debtor or its estate or from recovering any distribution on account of any such claim.

Page:     4
Debtors:  Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: *Order Granting the Debtor's Motion to Approve a Settlement Agreement By and Between Hollister Construction Services, LLC and Newkirk Realty Urban Renewal LLC Pursuant to Fed. R. Bankr. P. 9019 and Authorizing the Rejection of Certain Executory Contracts*

_____

6. The Debtor retains the right to object to, dispute, or assert setoffs or defenses against any filed Rejection Claim, including but not limited to challenging the nature, validity, liability, amount, or classification of any such claim.

7. Notice of this Motion as provided is hereby deemed good and sufficient notice and no further notice is required.

8. The Order shall be effective immediately upon its entry and the stay imposed by Bankruptcy Rule 6004(h) and/or 6006(b) or any other Rule are hereby waived.

9. The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

10. The Court shall retain exclusive jurisdiction to hear and decide any and all disputes or issues related to or arising from the implementation, interpretation or enforcement of this Order.

**EXHIBIT A – Rejected Subcontracts**

| Number | Type | Contract Title | Vendor | Vendor Street | Vendor City | Vendor State | Vendor Zip Code | Vendor Phone | Vendor Fax |
|---|---|---|---|---|---|---|---|---|---|
| SC-15280-08 | Subcontract | Fire Protection | 360 Fire Prevention | 1061 Paulison Avenue | Clifton | New Jersey | 07011 | | 973-882-4999 |
| 15280CLE09 | Subcontract | EIFS / DRYVIT | Ades Group LLC | 222 Passaic Avenue | Fairfield | New Jersey | 07004 | 973-882-8444 | |
| PO-15280-32 | Purchase Order | Lacava Sinks | AF Supply | 1000 South 2nd St | Harrison | New Jersey | 07029 | (973)481-7500 | (862)772-4129 |
| SC-15280-09 | Subcontract | Plumbing | Air Group, LLC | 1 Prince Rd | Whippany | New Jersey | 07981 | 973-929-2242 | 973-887-9265 |
| PO-15280-06 | Purchase Order | Concrete cutting | Americore Drilling | 12-11 38th Ave | Long Island City | New York | 11101 | (718)392-1313 | (718)392-1310 |
| PO-15280-09 | Purchase Order | Core Drilling | Americore Drilling | 12-11 38th Ave | Long Island City | New York | 11101 | (718)392-1313 | (718)392-1310 |
| PO-15280-31 | Purchase Order | Appliances | Appliance Brokers Inc. | 2B Corn Road | Dayton | New Jersey | 08810 | | |
| PO-15280-33 | Purchase Order | Roofing Paver Material | Archatrak | 1288 N 14th Ave | Bozeman | Montana | 59715 | (866)206-8316 | |
| PO-15280-02 | Purchase Order | Testing and Inspections | Atlantic Engineering Laboratories, Inc. 21 Randolph Ave. | Avenel | New Jersey | 07001 | (732) 815-0400 | (732) 815-0422 |
| PO-15280-11 | Purchase Order | Testing and Inspection | Atlantic Engineering Laboratories, Inc. 21 Randolph Ave. | Avenel | New Jersey | 07001 | (732) 815-0400 | (732) 815-0422 |
| PO-15280-27 | Purchase Order | Balcony Dr. Temp Protection | Bailey's Square Janitorial Services, Inc | 11 Marcy Street | Freehold | New Jersey | 07728 | 732-462-2706 | 732-462-2703 |
| SC-15280-20 | Subcontract | Closet Shelving | Bailey's Square Janitorial Services, Inc | 11 Marcy Street | Freehold | New Jersey | 07728 | 732-462-2706 | 732-462-2703 |
| PO-15280-34 | Purchase Order | Specialties | Benco Inc. | 10 Madison Road Unit E | Fairfield | New Jersey | 07004 | 973.575.4440 | 973.575.4558 |
| PO-15280-13 | Purchase Order | Labor for Site Cleaning | Bridge Builders Newark | 211 Warren St., #23 | Newark | New Jersey | 07103 | | |
| PO-15280-16 | Purchase Order | Labor for Site Cleaning | Bridge Builders Newark | 211 Warren St., #23 | Newark | New Jersey | 07103 | | |
| 15280CLE01 | Subcontract | Plumbing | Clearflow | 15 Roberts Road | Warren, NJ | New Jersey | 07059 | (908)542-0500 | |
| 15280CLE02 | Subcontract | HVAC | Clearflow | 15 Roberts Road | Warren, NJ | New Jersey | 07059 | (908)542-0500 | |
| 15280CONT01 | Purchase Order | Stakeout | Control Point Associates, Inc. | 351 Technology Drive | Warren | New Jersey | 07059 | (908) 668-0099 | (908) 668-9595 |
| PO-15280-04 | Purchase Order | Internal Purchase Order | Coral Latam LLC | 390 Broadway 4th Floor | New York | New York | 10013 | | |
| PO-15280-23 | Purchase Order | Plumbing Trench Concrete Infil | Crete Concrete Construction | 835 Ringwood Avenue | Haskell | New Jersey | 07420 | (201)445-3500 | |
| PO-15280-20 | Purchase Order | Payment Owed Contracted Work | Crete Concrete Construction | 835 Ringwood Avenue | Haskell | New Jersey | 07420 | (201)445-3500 | |
| SC-15280-11 | Subcontract | Kitchen Millwork and Cabinetry | Direct Cabinet Sales | 180 Herrod Blvd. | Dayton | New Jersey | 08110 | | |
| PO-15280-03 | Purchase Order | Internal Purchase Order | Empire Lumber & Millwork Co | P.O. Box 2070 | Newark | New Jersey | 07114 | (973) 242-2700 | (973) 242-2700 |
| PO-15280-07 | Purchase Order | Hollow Metal Doors & Frames | Empire Lumber & Millwork Co | P.O. Box 2070 | Newark | New Jersey | 07114 | (973) 242-2700 | (973) 242-2700 |
| PO-15280-29 | Purchase Order | Site Security - Epoxy | Epoxy, Inc. | 68 East First Street | Freeport | New Jersey | 11520 | | |
| PO-15280-20 | Purchase Order | Demo Rubbish Removal | Evergreen Recycling Solutions | 11 Dundar Road Suite 210 | Springfield | New Jersey | 07081 | (973) 242-3030 | (973) 242-3080 |
| 15280FEDE02 | Purchase Order | Fence rental - not to exce | Federal Rent-A-Fence | 127 Haddon Ave | West Berlin | New Jersey | 08091 | (856) 719-8004 | (800) 256-4783 |
| SC-15280-13 | Subcontract | COMPOSITE WOOD WALL PANELS | FM Construction Group, LLC | 100 Dr. Martin Luther King Jr. Blvd. | East Orange | New Jersey | 07017 | (973) 989-1616 | (862) 520-1905 |
| 15280CLE07 | Subcontract | Final Cleaning | H & H Cleaning Services, LLC | 841 8th St. | Secaucus | New Jersey | 07094 | (201)766-1122 | |
| SC-15280-04 | Subcontract | Electrical and Fire Alarm | Haddad Electric | 62 Jackson Place | Moonachie | New Jersey | 07074 | (201)438-4242 | |
| SC-15280-14 | Subcontract | Glass Railings | Hanson Build Group | 8805 26th Avenue | Brooklyn | New York | 11214 | (347)416-6112 | |
| SC-15280-10 | Subcontract | HVAC | HCS Heating & Cooling | 1889 Rt 9, Unit 98-99 | Toms River | New Jersey | 08755 | (732)904-7365 | |
| PO-15280-05 | Purchase Order | Herc Rentals | Herc Rentals, Inc. | P.O. Box 936257 | Atlanta | Georgia | 31193 | (973)522-3400 | |
| SC-15280-17 | Purchase Order | Equipment Rental | Herc Rentals, Inc. | P.O. Box 936257 | Atlanta | Georgia | 31193 | (973)522-3400 | |
| SC-15280-12 | Subcontract | Flooring Package | Imperial Floors | 1578 Sussex Turnpike | Randolph | New Jersey | 07869 | (862)244-8040 | (862)244-8080 |
| SC-15280-17 | Subcontract | Fencing and Gates | In House Group | 390 Broadway, 4th Floor | New York | New York | 10013 | (212)965-0917 | |
| SC-15280-19 | Subcontract | Pavers | In House Group | 390 Broadway, 4th Floor | New York | New York | 10013 | (212)965-0917 | |
| SC-15280-07 | Subcontract | Painting Subcontract | Industrial Maintenance Industries, LLC, 843 King Georges Road | Fords | New Jersey | 08863 | 732-661-6828 | |
| PO-15280-01 | Purchase Order | Office Cleaning PO | Ironbound Cleaning Services | PO Box 3422 | Union | New Jersey | 07083 | (973) 578-8443 | |
| SC-15280-16 | Subcontract | Gypcrete | JM Pereira and Sons, Inc | 2330 Big Oak Rd | Langhorne | Pennsylvania | 19047 | (215)702-9871 | |
| PO-15280-21 | Purchase Order | Temp Toilets | Johnny On The Spot | 3168 Bordentown Ave | Old Bridge | New Jersey | 08857 | (732) 721-3443 | (732) 721-8698 |
| PO-15280-22 | Purchase Order | HVAC Equipment | Johnstone Supply | 1001 Corporate Circle, Suite 2 | Toms River | New Jersey | 08755 | (732)575-1010 | (732)575-1011 |
| SC-15280-04 | Subcontract | Glazing Subcontract | KIP Enterprises Inc. | 200 Keen Street | Paterson | New Jersey | 07514 | (973) 553-1521 | |
| PO-15280-28 | Purchase Order | Site Security - Maverick | Maverick Building Services | 22 Chestnut Street | Rutherford | New Jersey | 07070 | 201-939-2611 | 201-939-1061 |
| PO-15280-11 | Purchase Order | Site Office Rent | Myrage LLC | 1271 Paterson Plank Road | Secaucus | New Jersey | 07094 | (201) 223-1737 | |
| PO-15280-15 | Purchase Order | Internal PO _ Site Office | Myrage LLC | 1271 Paterson Plank Road | Secaucus | New Jersey | 07094 | (201) 223-1737 | |
| PO-15280-25 | Purchase Order | Napco Invoices - Printing | Napco | 1000 Wall Street West PO Box 234 | Lyndhurst | New Jersey | 07071 | (201)438-1500 | (201)438-0243 |
| 15280CLE08 | Subcontract | ROOFING | P. Cippollini, Inc. | 171 E. Blackwell Street | Dover | New Jersey | 07801 | (973) 989-1110 | 973-989-1542 |
| 15280PETI01 | Purchase Order | Water Barriers | Petillo Inc. | 167 Flanders Netcong Road | Flanders | New Jersey | 07836 | | |
| SC-15280-21 | Subcontract | Caulking | PHES Building Services | 395 Mt Prospect Avenue | Newark | New Jersey | 07104 | 973-573-6449 | 973-482-1097 |
| SC-15280-05 | Subcontract | Structural Steel Subcontract | Portuguese Structural Steel | 255 South Street | Newark | New Jersey | 07114 | 973-344-1342 | 973-344-1730 |
| PO-15280-18 | Purchase Order | Internal PO _ Site Supplies | Power Fast Inc. | 63 Dell Glen Avenue | Lodi | New Jersey | 07644 | (973) 772-4090 | (973) 772-5217 |
| PO-15280-30 | Purchase Order | Site Office Supplies | Premier Supplies | P.O. Box 21352 | New York | New York | 10087-1352 | | |
| 15280CLE03 | Purchase Order | Misc Metals | Prestige Contracting | 43 Montgomery Street | Belleville | New Jersey | 07109 | (973)450-0082 | (973)491-9286 |
| PO-15280-24 | Purchase Order | Water Cooler - Site Supplies | Ready Refresh | 215 6661 Dixie Hwy Suite | Louisville | Kentucky | 40258 | | |
| 15280CLE06 | Subcontract | Framing PA | Samph Contracting | 4750 Blue Church Road | Coopersburg | Pennsylvania | 18036 | (215) 783-4436 | (610) 282-9566 |
| 15280CLE05 | Subcontract | ELEVATOR | Schindler Elevator NJ | 20 Whippany Road | Morristown | New Jersey | 07960 | (973) 397-3660 | (973) 397-6503 |
| PO-15280-14 | Purchase Order | Subgrade Waterproofing | Schmell Contracting Systems, | 919 Route 33 Unit 37 | Freehold | New Jersey | 07728 | (732) 845-9801 | (732) 845-9821 |
| SC-15280-15 | Subcontract | Trim & Trellis | SP Builders Contractors Inc | 431 Saint Mihiel Dr suite 104 | Riverside | New Jersey | 08075 | (267)333-1124 | (856)544-3760 |
| PO-15280-10 | Purchase Order | Dumpster Permit Reimbursement | ST Expediting LLC | 663 Liberty Avenue | Jersey City | New Jersey | 07307 | | |
| PO-15280-08 | Purchase Order | Temporary Heating | Suburban Propane | 915 Delancy St | Newark | New Jersey | 07105 | (973) 589-3030 | |
| 15280TERC01 | Subcontract | Project Agreement | Terco Construction LLC | 10 Southdown Drive | Lafayette | New Jersey | 07848 | (973) 862-5343 | (973) 862-5342 |
| SC-15280-06 | Subcontract | Masonry Subcontract | TG Basile, Inc. | 136 E. Westfield Avenue | Roselle Park | New Jersey | 07204 | | |
| PO-15280-35 | Purchase Order | Fireproofing in Basement | United Fireproofing, Inc. | PO Box 400 | Long Valley | New Jersey | 07853 | (908) 876-5454 | (908) 876-5450 |

United States Bankruptcy Court
District of New Jersey

In re:
Hollister Construction Services, LLC
    Debtor

Case No. 19-27439-MBK
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 10, 2020
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.
db          +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:
NONE.     TOTAL: 0