**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| **HOLLISTER CONSTRUCTION SERVICES, LLC,**[1] | Case No. 19-27439 (MBK) |
| Debtor. | Objection Deadline: **February 5, 2020 at 4:00 p.m. (ET)** |

**MONTHLY STAFFING AND COMPENSATION REPORT**
**OF 10X CEO COACHING, LLC FOR THE PERIOD**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

In accordance with the *Interim Order Authorizing Debtors to (i) Employ and Retain 10X CEO Coaching, LLC and (ii) Designate Paul Belair as Chief Restructuring Officer for the Debtor Effective as of the Petition Date* entered on October 21, 2019 [Docket No. 350], and a *Second Interim Order* entered on November 21, 2019 [Docket No. 559]; 10X CEO Coaching, LLC ("10X"), hereby submits its Monthly Staffing and Compensation Report (the "Staffing Report") for the period of December 1, 2019 through December 31, 2019 (the "Compensation Period").

During the Compensation Period, 10X incurred $24,035.00 in fees and $0.00 in expenses for a total amount of $24,035.00, as reflected in the attached exhibits.

Dated:  January 14, 2020

10X CEO Coaching, LLC
P.O. Box 5117
Youngstown, Ohio 44515

*/s/ Paul Belair*
By:  Paul Belair
        Chief Executive Officer

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

# **EXHIBITS**

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of

10X CEO Coaching, LLC for the Period of December 1, 2019 through December 31, 2019.

**Exhibit A  - Summary of Compensation and Expenses**

**Exhibit B  - Summary of Fees and Hours by Professional and
            Description of Responsibilities of Professional**

**Exhibit C  - Summary of Expenses**

## EXHIBIT "A"

**Hollister Construction Services, LLC**
**Summary of Compensation and Expenses**
**December 1, 2019 through December 31, 2019**

| | |
|---|---|
| **Professional Fees:** | **$24,035.00** |
| **(All professional services were rendered by** | |
| **Paul Belair)** | |
| **Expenses:** | **$      0.00** |
| **Total Invoice:** | **$24,035.00** |

## EXHIBIT "B"

**Hollister Construction Services, LLC**
**Summary of Fees and Hours by Professional and**
**Description of Responsibilities of Professional**
**December 1, 2019 through December 31, 2019**



P.O. Box 5117
Youngstown, OH 44515

### Paul J. Belair's Time For December

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| 12/2/19 | Review SAXUM & Related Settlement Agreement's | 0.4 | $220.00 | | |
| | Call w/Sean Camo & Sam Perrotta Re: Organizing Work Flow for the Week | 0.2 | $110.00 | | |
| | Call w/Michael Ochs Re: SAXUM Settlement Agreement's | 0.1 | $55.00 | | |
| | Call w/Lowenstein to Review Motion to Reject Certain Jobs | 0.5 | $275.00 | | |
| | Call w/Jay McDermott & Sean Camo Re: Collections | 0.2 | $110.00 | | |
| | Work w/Sam Perrotta on Finalizing Numbers for the Lockwood Settlement Agreement | 0.4 | $220.00 | | |
| | Call w/Lowenstein to Discuss Status of Settlement Agreement's | 0.7 | $385.00 | | |
| | Prepare and Distribute Follow-up Notes & To Do's From the Lowenstein/Hollister Call | 0.5 | $275.00 | | |
| | Call w/Jennifer Kimble Re: On Target Investment | 0.1 | $55.00 | | |
| | Call w/Sean Camo Re: A/R | 0.3 | $165.00 | | |
| | Review & Update CTC Cash Flow & Settlement Agreement | 0.3 | $165.00 | | |
| | Call w/Sean Camo Re: Payment of Latitude SUBS | 0.4 | $220.00 | | |
| | Call w/Michael Jacoby Re: Status of Case | 0.3 | $165.00 | | |
| | | **4.4** | **$2,035.00** | **0** | **$0.00** |
| 12/3/19 | Call w/Michael Jacoby to get the SAXUM Package Approved | 0.1 | $55.00 | | |
| | Call w/Mary Seymour to Address HUB Owner Questions on the Settlement Agreement | 1 | $550.00 | | |
| | Call w/Sean Camo to Discuss 26 Week Cash Flow | 0.1 | $55.00 | | |
| | Zoom Call w/Hollister Team to Review Open Settlement Agreement's | 0.5 | $275.00 | | |
| | Joint Lowenstein/Hollister Call to Review Case Status | 0.5 | $275.00 | | |
| | Complete Analysis of Changes to HUB's Settlement Agreement & Email to Mary Seymour Summarizing Same | 0.9 | $495.00 | | |
| | | **3.1** | **$1,705.00** | **0** | **$0.00** |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| 12/4/19 | Call w/Sean Camo Re: 26 Week Cash Flow | 0.1 | $55.00 | | |
| | Call w/Chris Johnson & Brendan Murray Re: Newkirk Settlement | 0.1 | $55.00 | | |
| | Call w/Sean Camo Re: 26 Week Cash Flow | 0.1 | $55.00 | | |
| | Call w/Sean Camo to Review & Update the 26 Week Cash Flow | 0.5 | $275.00 | | |
| | Call w/Sam Perrotta to Discuss FDU Settlement Agreement & Cash Flow's | 0.1 | $55.00 | | |
| | | **0.9** | **$495.00** | **0** | **$0.00** |
| | | | | | |
| 12/5/19 | Call w/Sam Perrotta to Finalize Lockwood's Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Sean Camo to Review 26 Week Cash Flow | 0.1 | $55.00 | | |
| | Call w/Vince Solano Re: Issues w/Ricoh Payments | 0.1 | $55.00 | | |
| | Work on Responding to Questions from The HUB Re: Numbers on the Settlement Agreement | 0.5 | $275.00 | | |
| | Call w/Sean Camo & Sam Perrotta Re: Latitude First Post Petition Billing | 0.1 | $55.00 | | |
| | Zoom Call w/Hollister Team to Discuss Status of Settlement Agreement's | 0.5 | $275.00 | | |
| | Joint Lowenstein/Hollister Call to Discuss Status of Settlement Agreement's | 0.5 | $275.00 | | |
| | Call w/Michael Ochs to Discuss SAXUM, Lockwood & 345 Main Settlement Agreement's | 0.4 | $220.00 | | |
| | | **2.3** | **$1,265.00** | **0** | **$0.00** |
| | | | | | |
| 12/6/19 | Call w/Sean Camo Re: Revisions to 24 Week Cash Flow | 0.1 | $55.00 | | |
| | Call w/Jennifer Kimble & Sean Camo Re: Strategy for Next CCO | 0.3 | $165.00 | | |
| | Call w/Sean Camo to Adjust Cash Flow Forecast | 0.3 | $165.00 | | |
| | Call w/Michael Jacoby to Review 24 Cash Flow Forecast | 0.5 | $275.00 | | |
| | | **1.2** | **$660.00** | **0** | **$0.00** |
| | | | | | |
| 12/8/19 | Review Status of Settlement Agreement's & Send Summary Email to Lowenstein/Hollister Teams Identifying To Do's for Each Open Settlement Agreement | 0.8 | $440.00 | | |
| | | **0.8** | **$440.00** | **0** | **$0.00** |
| | | | | | |
| 12/9/19 | Call w/Sean Camo Re: The One Week Cash Collateral Budget | 0.2 | $110.00 | | |
| | Call w/Vince Solano Re: Latitude November Billing | 0.2 | $110.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Call w/Sean Camo Re: Issues w/The Long Term Cash Collateral Forecast | 0.1 | $55.00 | | |
| | Call w/Dana Garfinkel Re: The HUB Settlement Agreement & Resolving Owner Issues | 0.2 | $110.00 | | |
| | Prepare for HUB Settlement Agreement Owner Call | 0.4 | $220.00 | | |
| | HUB Settlement Agreement Owner Call w/Mary Seymour, Brendan Murray & Accordia | 0.2 | $110.00 | | |
| | Call w/Hollister Team to Discuss November Pencil Copies For Go Forward Jobs | 0.3 | $165.00 | | |
| | Joint Lowenstein/Hollister Status Update Call | 0.5 | $275.00 | | |
| | Call w/Michael Ochs to Review Status of Case | 0.6 | $330.00 | | |
| | Read, Review & Comment on Newkirk Settlement | 0.3 | $165.00 | | |
| | | **3.0** | **$1,650.00** | **0** | **$0.00** |
| 12/10/19 | Call w/Michael Ochs, Sam Perrotta & Brendan Murray to Resolve HUB Settlement Agreement | 0.2 | $110.00 | | |
| | Call w/Sam Perrotta to Finalize HUB Settlement Agreement Cash Flow | 0.1 | $55.00 | | |
| | Call w/Mary Seymour to Review HUB Settlement Agreement Changes | 0.2 | $110.00 | | |
| | Call w/Jennifer Kimble to Discuss Strategy for Newkirk Job | 0.4 | $220.00 | | |
| | Call w/Sean Camo to Discuss Three Week Cash Flow Forecast Issues | 0.1 | $55.00 | | |
| | Call w/Lowenstein/Hollister Re: FDU Strategy | 0.4 | $220.00 | | |
| | Call w/Mediterranean Owner Trying to Reach a Settlement | 0.6 | $330.00 | | |
| | Call w/Ken Rosen Re: Case Strategy | 0.2 | $110.00 | | |
| | | **2.2** | **$1,210.00** | **0** | **$0.00** |
| 12/11/19 | Joint Lowenstein/Hollister Call Re: Status of Settlement Agreement's to File Today/Tomorrow | 0.5 | $275.00 | | |
| | Review & Respond to Questions on HUB's Settlement Agreement Cash Flow & ECP/40 Beechwood Numbers | 0.5 | $275.00 | | |
| | Call w/Michael Ochs Re: Owner Signature Pages for SAXUM & Cash Flow for 345 Main | 0.1 | $55.00 | | |
| | Call w/Hollister Team to Review Status of Settlement Agreement's Close to Filing | 0.4 | $220.00 | | |
| | | **1.5** | **$825.00** | **0** | **$0.00** |
| 12/12/19 | Review Numbers for The FDU Settlement Agreement & Submit to Mary Seymour | 0.3 | $165.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Call w/Mary Seymour to Discuss Mediterranean Settlement & Motion | 0.1 | $55.00 | | |
| | Call w/Lowenstein & CTC to Resolve Issues Related to Finalizing the Settlement Agreement | 0.5 | $275.00 | | |
| | Call w/ Sam Perrotta & Dana Garfinkel Re: CTC Issues | 0.2 | $110.00 | | |
| | Call w/Mary Seymour Re: Court Hearing Summary | 0.2 | $110.00 | | |
| | Call w/Hollister Team Re: Status of Settlement Agreement's | 0.3 | $165.00 | | |
| | Analyze & Update Numbers for The HUB Settlement Agreement | 1.1 | $605.00 | | |
| | | **2.7** | **$1,485.00** | **0** | **$0.00** |
| | | | | | |
| 12/13/19 | Call w/Mary Seymour Re: FDU Settlement Agreement | 0.1 | $55.00 | | |
| | Review & Update Delta Bushwick Settlement Agreement and Call w/Dom Aquilina | 0.3 | $165.00 | | |
| | Call w/Mary Seymour & Hollister Re: FDU Settlement Agreement | 0.2 | $110.00 | | |
| | Review FDU Settlement Agreement & Check All Numbers | 0.6 | $330.00 | | |
| | Review FDU Exhibit & Respond to Mary Seymour | 0.3 | $165.00 | | |
| | | **1.5** | **$825.00** | **0** | **$0.00** |
| | | | | | |
| 12/15/19 | Read, Review & Comment on CTC's Settlement Agreement | 0.6 | $330.00 | | |
| | | **0.6** | **$330.00** | **0** | **$0.00** |
| | | | | | |
| 12/16/19 | Review & Comment on CTC Settlement Agreement, Cash Flow & Exhibit A | 0.4 | $220.00 | | |
| | Read, Review & Comment on Lifetown Settlement Agreement, Exhibit A & Cash Flow | 0.7 | $385.00 | | |
| | Call w/Mary Seymour To Discuss FDU Settlement | 0.1 | $55.00 | | |
| | Read, Review & Comment on Newkirk Settlement Agreement | 0.2 | $110.00 | | |
| | Call w/Sean Camo Re: 3 Week CCO | 0.1 | $55.00 | | |
| | Call w/Michael Ochs & Mary Seymour to Review CTC Settlement Agreement | 0.4 | $220.00 | | |
| | | **1.9** | **$1,045.00** | **0** | **$0.00** |
| | | | | | |
| 12/17/19 | Call w/Sean Camo Re: 3 Week CCO | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta Re: FDU Settlement Agreement & Exhibits | 0.2 | $110.00 | | |
| | Call w/Chris Johnson Re: FDU Settlement Agreement | 0.2 | $110.00 | | |
| | Call w/ Ken Rosen Re: FDU Settlement Agreement | 0.1 | | | |
| | Call w/Mary Seymour Re: FDU Settlement Agreement | 0.4 | $220.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Call w/Michael Jacoby to Review Status of Case | 0.1 | $55.00 | | |
| | Call w/Michael Ochs Re: Lifetown Settlement Agreement | 0.2 | $110.00 | | |
| | Call w/Jennifer Kimble & Escrow Agent Re: Payment of GC's/GR's | 0.5 | $275.00 | | |
| | | **1.8** | **$935.00** | **0** | **$0.00** |
| 12/18/19 | Read & Review Lockwood's Settlement Agreement & Cash Flow | 0.4 | $220.00 | | |
| | Verify that Delta Bushwick's Settlement Agreement Exhibit A is Correct | 0.3 | $165.00 | | |
| | Read & Review the 8th CCO | 0.6 | $330.00 | | |
| | Call w/Chris Johnson Re: SAXUM Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta Re: Delta Bushwick Exhibit A | 0.1 | $55.00 | | |
| | Review Delta Bushwick's Cash Flow & Tie Into Exhibit A & Settlement Agreement Paragraph 1 | 0.4 | $220.00 | | |
| | Call w/Sean Camo Re: Michael Jacoby Questions | 0.1 | $55.00 | | |
| | Review SAXUM 4 Year Payments Including Discussion w/Sean Camo | 0.6 | $330.00 | | |
| | Call w/Michael Jacoby Re: Outstanding Questions | 0.2 | $110.00 | | |
| | Call w/Sean Camo Re: 8th CCO | 0.1 | $55.00 | | |
| | Call w/Tina Gerardo Re: Remsen Escrow Payments | 0.1 | $55.00 | | |
| | Call w/Chris Johnson Re: SAXUM Deal | 0.2 | $110.00 | | |
| | Call w/Sean Camo Re: Michael Jacoby Questions | 0.1 | $55.00 | | |
| | Call w/Bruce Buechler Re: Mercedes & SAXUM | 0.2 | $110.00 | | |
| | Call w/Sean Camo Re: Michael Jacoby Questions | 0.2 | $110.00 | | |
| | Call w/Michael Jacoby to Review Questions on Certain Settlement Agreement's | 0.2 | $110.00 | | |
| | Call w/Lowenstein/Hollister Team Re: Status of Case | 0.5 | $275.00 | | |
| | Call w/Sean Camo Re: Michael Jacoby Questions | 0.2 | $110.00 | | |
| | Call w/Michael Ochs Re: MLK Settlement Agreement | 0.2 | $110.00 | | |
| | | **4.8** | **$2,640.00** | **0** | **$0.00** |
| 12/19/19 | Call w/Chris Johnson Re: HUB Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Mary Seymour Re: HUB Settlement Agreement | 0.2 | $110.00 | | |
| | Call w/Sam Perrotta Re: HUB Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Chris Johnson Re: SAXUM Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Michael Ochs & Sean Camo Re: SAXUM Agreement | 0.2 | $110.00 | | |
| | Call w/Michael Ochs Re: SAXUM Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta Re: HUB Settlement Agreement Exhibit | 0.1 | $55.00 | | |
| | Call w/Chris Johnson To Review Outcome of Hearing | 0.1 | $55.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Call w/Sean Camo & Michael Jacoby Re: SAXUM Settlement Agreement | 0.3 | $165.00 | | |
| | Call w/Chris Johnson Re: SAXUM Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Michael Ochs Re: SAXUM Settlement Agreement | 0.2 | $110.00 | | |
| | | **1.6** | **$880.00** | **0** | **$0.00** |
| 12/20/19 | Call w/Ken Rosen Re: Case Status | 0.4 | $220.00 | | |
| | Call w/Sean Camo Re: Michael Jacoby Questions | 0.1 | $55.00 | | |
| | Joint Lowenstein/Hollister Call Re: Status of Case | 0.5 | $275.00 | | |
| | Call w/Ken Rosen, Michael Ochs & Chris Johnson Re: SAXUM Settlement Agreement | 0.5 | $275.00 | | |
| | Review November MOR | 0.5 | $275.00 | | |
| | | **2.0** | **$1,100.00** | **0** | **$0.00** |
| 12/23/19 | Read & Review Changes to FDU Settlement Agreement | 0.4 | $220.00 | | |
| | Call w/Sean Camo & Sam Perrotta to Review SAXUM Settlement Agreement | 0.3 | $165.00 | | |
| | Call w/Michael Jacoby to Review Outstanding Issues | 0.2 | $110.00 | | |
| | Call w/Sean Camo to Review Michael Jacoby Questions | 0.1 | $55.00 | | |
| | Call w/Michael Ochs to Review SAXUM Settlement Agreement | 0.2 | $110.00 | | |
| | Call w/Chris Johnson to Review SAXUM Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Mary Seymour Re: CTC & FDU Settlement | 0.6 | $330.00 | | |
| | Call w/Michael Jacoby, Escrow & Michael Ochs Re: Payments to SUBS | 0.3 | $165.00 | | |
| | Call w/Sean Camo & Michael Ochs Re: Title Search's | 0.1 | $55.00 | | |
| | Call w/Sam Perrotta Re: SAXUM Settlement Agreement | 0.1 | $55.00 | | |
| | Read & Review FDU Final Changes & Tie Out Cash Flow | 0.4 | $220.00 | | |
| | Review & Tie Out SAXUM Settlement Agreement Numbers | 0.4 | $220.00 | | |
| | | **3.2** | **$1,760.00** | **0** | **$0.00** |
| 12/26/19 | Call w/Sean Camo to Discuss SAXUM Settlement Agreement | 0.1 | $55.00 | | |
| | Call w/Mary Seymour Re: FDU Settlement Agreement | 0.1 | $55.00 | | |
| | Review FDU Final Settlement Agreement, Identify Preference Amounts for Terminated/Completed Jobs & Communicate to Michael Jacoby & Mary Seymour | 0.8 | $440.00 | | |
| | Read & Review Cambria Settlement Agreement | 0.2 | $110.00 | | |
| | | **1.2** | **$660.00** | **0** | **$0.00** |
| 12/27/19 | Call w/Chris Johnson Re: SAXUM Settlement Agreement | 0.1 | $55.00 | | |

| Date: | Description: | Total Min @$550/hr | Total $: | Total Mins @$275/hr | Total $: |
|---|---|---|---|---|---|
| | Respond to Michael Jacoby's Sunstone Settlement Question | 0.2 | $110.00 | | |
| | Respond to Michael Jacoby's FDU Questions | 0.5 | $275.00 | | |
| | | **0.8** | **$440.00** | **0** | **$0.00** |
| 12/30/19 | Zoom Call w/Hollister to Review SAXUM Settlement Agreement | 0.8 | $440.00 | | |
| | Call w/Sean Camo to Review Escrow | 0.1 | $55.00 | | |
| | | **0.9** | **$495.00** | **0** | **$0.00** |
| 12/31/19 | Zoom Call w/Chris Johnson Re: SAXUM Settlement Agreement | 0.3 | $165.00 | | |
| | Zoom Call w/Sam Perrotta & Kieran  Flanagan Re: SAXUM Settlement Agreement | 0.1 | $55.00 | | |
| | Zoom Call w/Chris Johnson Re: SAXUM Settlement Agreement | 0.3 | $165.00 | | |
| | Review BSR's & Related Information on the SAXUM Settlement Agreement Jobs including Calls w/Chris Johnson, Sam Perrotta and Sean Camo | 1.4 | $770.00 | | |
| | | **2.1** | **$1,155.00** | **0** | **$0.00** |
| | **Grand Total** | **44.5** | **$24,035.00** | **0.0** | **$0.00** |

## EXHIBIT "C"

**Hollister Construction Services, LLC**
**Summary of Expenses**
**December 1, 2019 through December 31, 2019**


**\*\*THERE WERE NO EXPENSES INCURRED BY 10X IN THE COMPENSATION PERIOD**