# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | ) Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
| Debtor. | ) |

## AFFIDAVIT OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On January 9, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order Resolving Motion to Approve Settlement Agreement between Debtor, Accordia Harrison Urban Renewal, LLC and Certain Subcontractors, and Providing Related Relief [Docket No. 765] (the "*Order Approving Settlement*")

- Order Extending the Debtor's Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and Granting Related Relief [Docket No. 768]

- Order Extending the Deadline to Assume or Reject Unexpired Leases of Non-Residential Real Property [Docket No. 769]

- Order Vacating – Order Resolving Motion to Approve Settlement Agreement between Debtor, Accordia Harrison Urban Renewal, LLC and Certain Subcontractors, and Providing Related Relief [Docket No. 772]

On January 9, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Order Approving Settlement to be served by the method set forth on the Contractor Service List attached hereto as **Exhibit B**.

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Dated: January 14, 2020

*/s/ Nicholas Vass*
Nicholas Vass

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 14, 2020, by Nicholas Vass, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/*

MARK M BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2018 22

SRF 38877

# **Exhibit A**

Case 19-27439-MBK    Doc 797    Filed 01/14/20    Entered 01/14/20 14:55:49    Desc Main
Document      Page 3 of 14

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors | AES Lighting Group | Attn: Jonathan Squilla<br>32 S. Jefferson Road<br>Whippany NJ 07981 | derrick@aes-energy.com<br>jonathan@aes-energy.com | Email |
| Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | Arent Fox LLP | Attn: Mary Joanne Dowd<br>1717 K Street NW<br>Washington DC 20006 | mary.dowd@arentfox.com | Email |
| Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | Arent Fox LLP | Attn: Robert M. Hirsh, Mark A. B<br>1301 Avenue of the Americas<br>Floor 42<br>New York NY 10019 | robert.hirsh@arentfox.com<br>mark.bloom@arentfox.com | Email |
| Counsel to 640 Columbia Owner LLC | Blank Rome LLP | Attn: Adrienne C. Rogove<br>300 Carnegie Center, Suite 220<br>Princeton NJ 08540 | Rogove@BlankRome.com | Email |
| Counsel to Bohler Engineering NY, PL | Bohler Engineering NY, PLLC | Attn: Anna F. Patras<br>35 Technology Drive, Second Floor<br>Warren NJ 07059 | apatras@bohlereng.com | Email |
| Counsel to Air Group, LLC and Industrial Maintenance Industries | Brach Eichler LLC | Attn: Carl J. Soranno and Anthony M. Rainone<br>101 Eisenhower Parkway<br>Roseland NJ 07068-1067 | csoranno@bracheichler.com<br>arainone@bracheichler.com | Email |
| Bridge Builders Newark LLC | Bridge Builders Newark LLC | Attn: Karen Marques<br>211 Warrant St.<br>Newark NJ 07103 | karen.marques@bridgebuildersnewark.com | Email |
| Counsel to Encon Mechanical Corp. | Broege Neumann Fischer & Shaver, L.L.C. | Attn: Peter J. Broege<br>25 Abe Voorhees Drive<br>Manasquan NJ 08736 | | First Class Mail |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to Glass Systems Tech, LLC | Campbell Rocco Law, LLC | Attn: Edmund J. Campbell, Jr.<br>6 Kings Highway East<br>Haddonfield NJ 08033 | ecampbell@campbellroccolaw.com | Email |
| Counsel to Graybar Electric Company, Inc. | Capehart & Scatchard, P.A., A Professional Corporation | Attn: William G. Wright<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel NJ 08054 | wwright@capehart.com | Email |
| Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies<br>11 Times Square, 31st Floor<br>New York NY 10036 | ashahinian@csglaw.com<br>rnies@csglaw.com | Email |
| Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies<br>One Boland Drive<br>West Orange NJ 07052- | ashahinian@csglaw.com<br>rnies@csglaw.com | Email |
| Counsel to Pentel Drywall, Inc., Delcon Builders, Inc. | Ciardi Ciardi & Astin | Attn: Albert A. Ciardi, III, and Nicole M. Nigrelli<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia PA 19103 | aciardi@ciardilaw.com<br>nnigrelli@ciardilaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Pereira Electrical Contracting, Inc. | Cohn Lifland Pearlman Herrmann & Knopf LLP | Attn: Jeffrey W. Herrmann, Andrew R. Macklin, Alex A. Pisarevsky, Charles R. Cohen<br>Park 80 West - Plaza One<br>250 Pehle Ave., Suite 401<br>Saddle Brook NJ 07663 | | First Class Mail |
| Counsel to Newkirk Realty LLC | Cole Schotz P.C. | Attn: Michael D. Sirota, Felice R. Yudkin, Jacob S. Frumkin<br>Court Plaza North<br>25 Main St<br>Hackensack NJ 07601 | msirota@coleschotz.com<br>fyudkin@coleschotz.com<br>jfrumkin@coleschotz.com | Email |
| Commonwealth of Pennsylvania Office of Attorney General | Commonwealth of Pennsylvania Office of Attorney General | Attn: Bankruptcy Department<br>16th Floor, Strawberry Square<br>Harrisburg PA 17120 | | First Class Mail |
| Counsel to Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania, Department of Labor and Industry | Attn: Deb Secrest<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg PA 17121 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Counsel to FM Construction Group, LLC and Environmental Devices, Inc | Connell Foley LLP | Attn: Philip W. Allogramento III, Mitchell W. Taraschi<br>56 Livingston Avenue<br>Roseland NJ 07068 | pallogramento@connellfoley.com<br>mtaraschi@connellfoley.com | Email |
| Counsel to Prendimano Electrical Maintenance Col, Inc. t/a PEMCO | DL Thompson, Law, PC | Attn: Donna L. Thompson<br>P.O. Box 679<br>Allenwood NJ 08720 | Donna.Thompson@DLThompsonlaw.com | Email |
| Counsel to Waypoint Hackensack Urban Renewal Owner LLC | DLA Piper LLP (US) | Attn: Daniel M. Simon<br>1201 West Peachtree Street<br>Suite 2800<br>Atlanta GA 30309-3450 | daniel.simon@us.dlapiper.com<br>daniel.simon@dlapiper.com | Email |
| Counsel to NSA 18th Avenue, LLC | Drinker Biddle & Reath LLP | Attn: Frank F. Velocci<br>600 Campus Drive<br>Florham Park NJ 07932-1047 | frank.velocci@dbr.com | Email |
| Counsel to PNC Bank, National Association | Duane Morris LLP | Attn: James J. Holman<br>30 South 17th Street<br>Philadelphia PA 19103-4196 | jjholman@duanemorris.com | First Class Mail and Email |
| Counsel to PNC Bank, National Association | Duane Morris LLP | Attn: Sommer L. Ross<br>222 Delaware Avenue, Suite 1600<br>Wilmington DE 19801-1659 | slross@duanemorris.com | Email |
| Counsel to Dehn Bros. Fire Protection, Inc. | Durkin & Durkin, LLC | Attn: M. Murphy Durkin<br>1120 Bloomfield Avenue<br>P.O. Box 1289<br>West Caldwell NJ 07007 | | First Class Mail |
| Counsel to State Line Construction Company, Inc | Florio Perrucci Steinhardt & Cappelli, LLC | Attn: Brian R. Tipton<br>235 Broubalow Way<br>Phillipsburg NJ 08865 | btipton@floriolaw.com | Email |
| Counsel to Marc and Amy Lebovitz and Troon Electric of New Jersey, LLC | Fox Rothschild LLP | Attn: Michael R. Herz<br>49 Market Street<br>Morristown NJ 07960 | mherz@foxrothschild.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to 640 Columbia Owner LLC | Fried Frank Harris Shriver & Jacobson LLP | Attn: Gary Kaplan<br>One New York Plaza<br>New York NY 10004 | Gary.Kaplan@FriedFrank.com | Email |
| Counsel to Infinity Painting Co., Inc. | Goetz Fitzpatrick LLP | Attn: Gary M. Kushner<br>One Penn Plaza, 31st Floor<br>New York NY 10119 | gkushner@goetzfitz.com | Email |
| Counsel to KSS Architects | Gorski & Knowlton PC | Attn: Carol L. Knowlton<br>311 Whitehorse Avenue, Suite A<br>Hamilton NJ 08610 | cknowlton@gorskiknowlton.com | Email |
| Counsel to Nomad Framing, LLC | Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck<br>99 Wood Avenue South<br>Iselin NJ 08830 | dbruck@greenbaumlaw.com | Email |
| Counsel to EWA Moonachie 77, LLC | Greenberg Traurig, LLP | Attn: alan J. Brody<br>500 Campus Drive<br>Florham Park NJ 07932 | brodya@gtlaw.com | Email |
| Official Committee of Unsecured Creditors | Haddad Plumbing & Heating, Inc. | Attn: Joann S. Haddad, Esq.<br>1223 Broad Street<br>Newark NJ 07114 | JHaddad@HaddadPlumbing.com | Email |
| Counsel to CS Utica & Remsen LLC | Herrick Feinstein LLP | Attn: Steven B. Smith<br>Two Park Avenue<br>New York NY 10016 | ssmith@herrick.com | Email |
| Counsel to Accordia Harrison Urban Renewal, LLC | Hill Wallack LLP | Attn: Michael Kahme & Michael J. Shavel<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton NJ 08543 | mkahme@hillwallack.com<br>mshavel@hillwallack.com | Email |
| Counsel to Ocean Steel Corporation | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran<br>28 State Street<br>Boston MA 02109 | jdoran@hinckleyallen.com | Email |
| Official Committee of Unsecured Creditors | Industrial Maintenance Industries | Attn: Eric Sobel<br>843 King Georges Road<br>Fords NJ 08863 | EricS@RTI-IMI.com | Email |
| The Internal Revenue Service | Internal Revenue Service | Attn: Bankruptcy Department<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 |  | First Class Mail |
| Counsel to Jonasz Precast, Inc. | Kaplin Stewart Meloff Reiter & Stein , P.C. | Attn: Andrew B. Cohn<br>910 Harvest Drive<br>PO Box 3037<br>Blue Bell PA 19422-0765 | acohn@kaplaw.com | Email |
| Top 20 Creditor | KF Mechanical | Attn: Kenneth Fritze<br>10 Stewart Place<br>Fairfield NJ 07004 | KFritze@kfmechanical.com | Email |
| Official Committee of Unsecured Creditors | Kone, Inc. | Attn: Kenneth C. Barrows<br>4736 36th Street<br>Long Island City NY 11101 | Kenneth.barrows@kone.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to New Jersey Building Laborers' Statewide Benefit Funds | Kroll Heineman Carton | Attn: Seth Ptasiewicz<br>Metro Corporate Campus<br>99 Wood Avenue South, Suite 307<br>Iselin NJ 08830 | SPtasiewicz@krollfirm.com | Email |
| Counsel to L & W Supply Corporation | Larry L Miller | Attn: Larry L Miller<br>11722 Taneytown Pike<br>Taneytown MD 21787 | llmlaw@outlook.com | Email |
| Counsel to Orange County Superior Concrete, Bel-Con Construction Services | Law Office of James C. DeZao | Attn: James C. Dezao, Kathy Cehelsky, Margaret Meade<br>322 Route 46 West<br>Suite 120<br>Parsippany NJ 07054 | jreiser@dezaolaw.com | Email |
| Counsel to Michaels Electrical Supply Corp. | Law Offices of Charles A. Gruen | Attn: Charles A. Gruen<br>381 Broadway<br>Suite 300<br>Westwood NJ 07675 | | First Class Mail |
| Counsel to P. Tamburri Steel LLC and P3 Metals LLC | Law Offices of Karen Murray LLC | Attn: Karen M. Murray<br>8 East Main Street<br>Moorestown NJ 08057 | kmurray@murraynjlaw.com | Email |
| Counsel to Advanced Scaffold Services LLC and Advanced Scaffold Services Mid-Atlantic LLC | Lawrence B. Diener | Attn: Lawrence B. Diener<br>Court Plaza North<br>25 Main Street Suite 200<br>Hackensack NJ 07601 | LBDiener@optimum.net | Email |
| Counsel to the Debtor | Lowenstein Sandler, LLP | Attn: Arielle Adler, Bruce Buechler, Joseph DiPasquale, Jennifer B. Kimble, Kenneth A. Rosen, Mary E. Seymour<br>One Lowenstein Drive<br>Roseland NJ 07068 | aadler@lowenstein.com<br>bbuechler@lowenstein.com<br>jdipasquale@lowenstein.com<br>jkimble@lowenstein.com<br>krosen@lowenstein.com<br>mseymour@lowenstein.com | Email |
| Counsel to Control Services, LLC | M. Ross & Associates, LLC | Attn: Michele L. Ross, Esq.<br>440 Sylvan Avenue<br>Suite 220<br>Englewood Cliffs NJ 07632 | | First Class Mail |
| Counsel to Liberty Mutual Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Eric J. Hughes<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown NJ 07962 | ehughes@mdmc-law.com | First Class Mail and Email |
| Counsel to Kone Inc. | McGrail & Bensinger LLP | Attn: Ilana Volkov, Pearl Shah<br>888-C 8th Avenue #107<br>New York NY 10019 | ivolkov@mcgrailbensinger.com<br>pshah@mcgrailbensinger.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | McManimon, Scotland & Baumann, LLC | Attn: Andrea Dobin<br>427 Riverview Plaza<br>Trenton NJ 08511 | adobin@msbnj.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | McManimon, Scotland & Baumann, LLC | Attn: Sam Della, Fera Jr., Joshua H. Raymond, Anthony Sodono III<br>75 Livingston Avenue<br>Roseland NJ 07068 | sdellafera@msbnj.com<br>jraymond@msbnj.com<br>asodono@msbnj.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to STMR, Inc. | Mellinger, Sanders & Kartzman, LLC | Attn: Joseph R. Zapata, Jr.<br>101 Gibraltar Drive, Suite 2F<br>Morris Plains NJ 07950 | | First Class Mail |
| Counsel to Fort Hill Industries, Inc. | Mortitt Hock & Hamroff LLP | Attn: Brian P. Craig<br>400 Garden City Plaza<br>Garden City NY 11530 | bcraig@moritthock.com | Email |
| Attorney General of the State of New Jersey | New Jersey Attorney General's Office | Attn: Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton NJ 08625-0112 | | First Class Mail |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Attn: Compliance and Enforcement<br>Bankruptcy Unit<br>50 Barrack Street, 9th Floor<br>Trenton NJ 08695 | | First Class Mail |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Office of Counsel<br>Building 9, W A Harriman Campus<br>Albany NY 12224-0341 | | First Class Mail |
| Official Committee of Unsecured Creditors | Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC | Attn: Pasquale Suriano<br>110 Edison Place, Suite 300<br>Newark NJ 07102 | pasquales@edprop.com | Email |
| Counsel to Dancker | Nicoll Davis & Spinella LLP | Attn: Christopher M. Santomassimo<br>1 Gatehall Drive, Suite 100<br>Parsippany NJ 07054 | csantomassimo@ndslaw.com | Email |
| Counsel to Anvil Craft Corp. | Nordlaw | Attn: Michael J. Stafford<br>Turnpike Metroplex, Suite 201<br>190 State Highway 18<br>East Brunswick NJ 08816 | mjstafford@nordlaw.legal | Email |
| Counsel to Imperial Floors, LLC | Norgaard O'Boyle | Attn: Brian G. Hannon, John O'Boyle<br>184 Grand Avenue<br>Englewood NJ 07631 | bhannon@norgaardfirm.com<br>joboyle@norgaardfirm.com | Email |
| Counsel to Target Fire Protection and Ware Malcomb | Norris McLaughlin, P.A. | Attn: Melissa A. Pena<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater NJ 08807 | mapena@norris-law.com<br>msbauer@norris-law.com | Email |
| Counsel to DeSesa Engineering Company, Inc. | O'Toole Scrivo, LLC | Attn: Joshua A. Zielinski, R. Brant Forrest<br>14 Village Park Road<br>Cedar Grove NJ 07009 | jzielinski@oslaw.com<br>rforrest@oslaw.com | Email |
| United States Attorney | Office of the United States Attorney of New Jersey | Attn: Eamonn O'Hagan, Assistant U.S. Attorney<br>970 Broad Street, Suite 700<br>Newark NJ 07102 | Eamonn.OHagan@usdoj.gov | First Class Mail and Email |
| United States Trustee | Office of the United States Trustee for the District of New Jersey | Attn: Lauren Bielskie, Esq.<br>One Newark Center<br>Suite 2100<br>Newark NJ 07102 | lauren.bielskie@usdoj.gov | First Class Mail and Email |
| Pennsylvania Department of Revenue | Pennsylvania Department of Revenue | Attn: Bankruptcy Division<br>P.O. Box 2809467<br>Harrisburg PA 17127-0946 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak<br>Hercules Plaza<br>1313 N. Market St., Suite 5100<br>Wilmington DE 19801 | jaffeh@pepperlaw.com<br>listwakk@pepperlaw.com | Email |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase, 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Stephanie L. Jonaitis, Robyn R. English-Mezzino<br>301 Carnegie Center, Suite 400<br>Princeton NJ 08543-5276 | jonaitiss@pepperlaw.com<br>englishr@pepperlaw.com | Email |
| Counsel to High Concrete Group, LLC, Conewago Enterprises, Inc. and Fabcon Precast | Post & Schell, P.C. | Attn: Brian W. Bisignani<br>1869 Charter Lane, Suite 102<br>P.O. Box 10248<br>Lancaster PA 17605-0248 | bbisignani@postschell.com | Email |
| Counsel to Christopher Johnson and Kieran Flanagan | Rabinowitz, Lubetkin & Tully, LLC | Attn: Jay L. Lubetkin<br>293 Eisenhower Parkway<br>Suite 100<br>Livingston NJ 07039 | jlubetkin@rltlawfirm.com | Email |
| Counsel to City Contracting, Inc. | Rea & Associates, LLC | Attn: Jeffrey J. Rea<br>11 Broadway, 2nd Floor<br>Clark NJ 07066 | jeffrea@aol.com | Email |
| Columbian Iron Works, Inc. | Reddin Masri, LLC | Attn: Hisham I. Masri<br>485 Totowa Road<br>Totowa NJ 07512 | hmasri@reddinmasrilaw.com | Email |
| Counsel to Newark Warehouse Urban Renewal, LLC; Newark Warehouse Redevelopment Company, LLC; and Edison Construction Management, LLC | Riker, Danzig, Scherer, Hyland & Perretti LLP | Attn: Joseph L. Schwartz, Tara J. Schellhorn<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown NJ 07962 | jschwartz@riker.com<br>tschellhorn@riker.com | Email |
| Counsel to RH 537 Building Owner LLC | Rivkin Radler LLP | Attn: Yale A. Leber<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack NJ 07601-7082 | yale.leber@rivkin.com | Email |
| Counsel to Starlite Electric LLC | Robert Saul Molnar | 1330 Hamburg Turnpike<br>Wayne NJ 07470 | molnarrs@aol.com | Email |
| Counsel to Boyd Mechanical, LLC | Rosenberg & Pittinsky L.L.P. | Attn: Laurence D. Pittinsky<br>232 Madison Avenue, Suite 906<br>New York NY 10016 | larry@rpllplaw.com | Email |
| Official Committee of Unsecured Creditors | Sanray Construction, Inc. | Attn: Robert Ardolino<br>201 Columbia Turnpike<br>Florham Park NJ 07932 | sanrayconstruct@optimum.net | Email |
| Counsel to Rexel, Inc. | Schiller, Pittenger & Galvin, P.C. | Attn: K. Joseph Vyzas<br>1771 Front Street<br>Scotch Plains NJ 07076 | jvyzas@schiller.law | Email |
| Counsel to Drobach Equipment Rental Co. | Schwartz Barkin & Mitchell | Attn: Allen J. Barkin<br>1110 Springfield Road<br>P.O. Box 1339<br>Union NJ 07083-1339 | abarkin@sbmesq.com | Email |
| Attorneys for Atlantic Engineering Laboratories of NY, Inc. and All Brands Elevator Industries, Inc. | Scura, Wigfield, Heyer, Stevens & Cammarota | Attn: David E. Sklar<br>1599 Hamburg Turnpike<br>Wayne NJ 07470 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Unique Scaffolding, LLC N.A. | Shain Schaffer PC | Attn: Marguerite M. Schaffer<br>150 Morristown Road, Suite 105<br>Bernardsville NJ 07924 | mschaffer@shainlaw.com | Email |
| Counsel to Stateline Fabricators, LLC, ArchMills LLC d/b/a ArchMills Doors and Hardware | Skolnick Legal Group, P.C. | Attn: Martin P. Skolnick<br>103 Eisenhower Parkway, Suite 305<br>Roseland NJ 07068 | martin@skolnicklegalgroup.com | Email |
| Counsel to P. Cipollini, Inc. t/a Cipollini Roofing | SM Law PC | Attn: Steven Mitnick, Marc D. Miceli<br>P.O. Box 530<br>49 Old Turnpike Road<br>Oldwick NJ 08858 | smitnick@sm-lawpc.com<br>mmiceli@sm-lawpc.com | Email |
| Counsel to Life Town Inc. | Stanziale & Stanziale, P.C. | Attn: Benjamin A. Stanziale, Jr.<br>29 Northfield Avenue, Suite 201<br>West Orange NJ 07052-5468 | | First Class Mail |
| Counsel to High Concrete Group, LLC, Conewago Enterprises, Inc., Fabcon Precast | Stark & Stark | Attn: Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | jlemkin@stark-stark.com | Email |
| Attorney General of the State of New York | State of New York Office of the Attorney General | Attn: Bankruptcy Department<br>The Capitol<br>Albany NY 12224-0341 | | First Class Mail |
| Counsel to Titan Industrial Services Corp. | Tarter Krinsky & Drogin LLP | Attn: Rocco A. Cavaliere, Scott Markowitz<br>1350 Broadway, 11th Floor<br>New York NY 10018 | rcavaliere@tarterkrinsky.com<br>smarkowitz@tarterkrinsky.com | Email |
| Counsel to Herc Rentals, Inc., Samph Contracting, LLC, MDS Construction, Global Development Contractors, LLC, Orion Interiors, Inc., National Fireproofing & Insulation Co., Inc. | Tesser & Cohen | Attn: Danielle Cohen, Lee M. Tesser<br>946 Main Street<br>Hackensack NJ 07601 | dcohen@tessercohen.com<br>ltesser@tessercohen.com | Email |
| Counsel to Schnell Contracting Systems, LLC | The Kelly Firm, P.C. | Attn: Andrew J. Kelly, Esq.<br>1011 Highway 71<br>Suite 200<br>Spring Lake NJ 07762 | akelly@kbtlaw.com | Email |
| Counsel to Sparwick Contracting, Inc., Jordano Electric, Inc. and KR Masonry | Trif Law LLC | Attn: Greg Trif<br>89 Headquarters Plaza<br>North Tower, Suite 201<br>Morristown NJ 07960 | gtrif@triflaw.com | Email |
| Official Committee of Unsecured Creditors | Troon Electric of NY, LLC | Attn: Paul Benevenuto<br>307 7th Avenue, Suite 1204<br>New York NY 10001 | pbenvenuto@troonelectric.com | Email |
| Counsel to Fairleigh Dickinson University, Fairleigh Dickinson and Schindler Elevator Corporation University | Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Sydney J. Darling<br>Three Gateway Center<br>100 Mulberry St, 15th Fl<br>Newark NJ 07102 | sdarling@walsh.law<br>sfalanga@walsh.law | Email |
| Counsel to Nickerson Corporation | Warshaw Burstein, L.L.P. | Attn: Grant R. Cornehls, Maxwell J. Rubin<br>575 Lexington Avenue, 7th Floor<br>New York NY 10022 | gcornehls@wbny.com<br>mrubin@wbny.com | Email |
| Counsel to 147 Bloomfield Ave J.V. LLC | Wasserman, Jurista & Stolz, P.C. | Attn: Daniel M. Stolz, Esq.<br>110 Allen Road<br>Suite 304<br>Basking Ridge NJ 07920 | DStolz@wjslaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Reliance Mechanical, Inc. | Weltman & Moskowitz, LLP | Attn: Richard E. Weltman, Michele K. Jaspan<br>18 Columbia Turnpike, Suite 200<br>Florham Park NJ 07932-2266 | rew@weltmosk.com<br>mkj@weltmosk.com | Email |
| Counsel to Veteran's Road SPE, LLC | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: Mickee M. Hennessy, John Westerman<br>1201 RXR Plaza<br>Uniondale NY 11556 | mhennessy@westermanllp.com<br>jwesterman@westermanllp.com | Email |
| Counsel to CTC Academy | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Meredith I. Friedman<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge NJ 07095 | dstein@wilentz.com<br>mfriedman@wilentz.com | Email |

## **Exhibit B**

Exhibit B
Contractor Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8777063 | 345 Main St JV LLC | 345 Main St | | | | Madison | NJ | 07940 | | | First Class Mail |
| 8498131 | Able Rolling Steel Door Inc | 9 Romanelli Ave | | | | S. Hackensack | NJ | 07606 | | abledoor@yahoo.com; chris@ablerollingdoor.com | First Class Mail and Email |
| 8515745 | Accordia Harrison Urban Renewal LLC | Borah, Goldstein, Altschuler, Nahins & Goidel, P.C. | Attn: Darren R Marks, Esq | 377 Broadway | 7th Floor | New York | NY | 10013 | | dmarks@borahgoldstein.com | First Class Mail and Email |
| 8746447 | Accordia Harrison Urban Renewal LLC | Kevin Yu | 353 Lexington Ave 5th Floor | | | New York | NY | 10016 | | | First Class Mail |
| 8829903 | Accordia Harrison Urban Renewal LLC | Kevin Yu | 130 E 40th St 5th Fl | | | New York | NY | 10016 | | | First Class Mail |
| 8746447 | Accordia Harrison Urban Renewal, LLC | Hill Wallack LLP | Attn: Michael Kahme, Esq. | 21 Roszel Road | P.O. Box 5226 | Princeton | NJ | 08543 | | mkahme@hillwallack.com; mshavel@hillwallack.com | First Class Mail and Email |
| 8275885 | Air Group LLC | John Conforti | 1 Prince Rd | | | Whippany | NJ | 07981 | | christina.perez@airgroupllc.com; pete.ballotta@airgroupllc.com; bill.struck@airgroupllc.com | First Class Mail and Email |
| 8277760 | Air Group LLC | Brach Eichler LLC | C Soranno 101 Eisenhower Pkwy | | | Roseland | NJ | 70681067 | | csoranno@bracheichler.com | First Class Mail and Email |
| 8612088 | Atlantic Building Specialties | Attn Nick Cerniglia | 4000 Bordentown Ave Ste 11 | | | Sayreville | NJ | 08872 | | | First Class Mail |
| 8630725 | Bailey's Square Janitorial | 11 Marcy St | | | | Freehold | NJ | 07728 | | | First Class Mail |
| 8498109 | Benco Inc | 10 Madison Rd | Unit E | | | Fairfield | NJ | 07004 | | bill@bencoinc.com | First Class Mail and Email |
| 8762096 | Benco Inc | Karen Pyonin | 10 Madison Rd Unit E | | | Fairfield | NJ | 07004 | | karen@bencoinc.com | First Class Mail and Email |
| 8762096 | Benco Inc | Michael R. Herz, Esq. | Fox Rothschild LLP | 49 Market Street | | Morristown | NJ | 07960 | | mherz@foxrothschild.com | First Class Mail and Email |
| 8321807 | Dyer Insulations Inc. | 70 Cobb Street | PO Box 675 | | | Rockaway | NJ | 07866 | | rdyer@dyerinsulations.com | First Class Mail and Email |
| 8321789 | Edgeboro International Inc. | PO Box 520 | | | | Milltown | NJ | 08850 | | | First Class Mail |
| 8275364 | Esposito Construction LLC | 253 Main St Ste 385 | | | | Matawan | NJ | 07747-3222 | | pe@espocon.net | First Class Mail and Email |
| 8498079 | FM Construction Group LLC | 144 North Clinton St | | | | East Orange | NJ | 07017 | | estimates@fmhome.us | First Class Mail and Email |
| 8275887 | FM Construction Group LLC | Keith Chebuske | 100 Dr Martin Luther King Jr Blvd | | | East Orange | NJ | 07017 | | keith@fmconstructiongroup.com | First Class Mail and Email |
| 8772181 | FM Construction Group LLC | Thomas Zutkowski | 100 Dr Martin Luther King Jr Blvd | | | East Orange | NJ | 07017 | | pallogramento@connellfoley.com | First Class Mail and Email |
| 8772181 | FM Construction Group LLC | Connell Foley LLP | Phillip W. Allogramento | 56 Livingston Avenue | | Roseland | NJ | 07068 | | pallogramento@connellfoley.com | First Class Mail and Email |
| 8275546 | Friends Carpentry & Paint LLC | 1528 Wharton St | | | | Philadelphia | PA | 19146 | | friendscarpentryandpaint@gmail.com | First Class Mail and Email |
| 8777205 | Friends Carpentry & Paint LLC | 2700 Riverton Rd | | | | Cinnaminson | NJ | 08077 | | | First Class Mail |
| 8746459 | Haddad Heating & Plumbing Inc | Brach Eichler LLC | C Soranno | 101 Eisenhower Pkwy | | Roseland | NJ | 07068 | | csoranno@bracheichler.com | First Class Mail and Email |
| 8275928 | Haddad Heating & Plumbing Inc | Shallan Haddad | 1223 Broad St | | | Newark | NJ | 07114 | | shaddad@haddadplumbing.com | First Class Mail and Email |
| 8498060 | Imperial Floors | 1578 Sussex Turnpike | | | | Randolph | NJ | 07869 | | jweathersbyflooring@gmail.com; sdoyleflooring@gmail.com | First Class Mail and Email |
| 8275927 | Imperial Floors | James Weathersby | 1578 Sussex Turnpike | | | Randolph | NJ | 07869 | | lloportoflooring@gmail.com | First Class Mail and Email |
| 8768465 | Industrial Maintenance Inc | Brach Eichler LLC | 101 Eisenhower Parkway | | | Roseland | NJ | 07068 | | csoranno@bracheichler.com | First Class Mail and Email |
| 8498051 | Industrial Maintenance Inc | 843 King Georges Rd | | | | Fords | NJ | 08863 | | erind@rti-imi.com | First Class Mail and Email |
| 8737059 | Iron Works and Design | 89 BRdway | | | | Elizabeth | NJ | 07206 | | ironworksanddesign@gmail.com; rolando@iwdnj.com | First Class Mail and Email |
| 8737059 | Iron Works and Design | Peter Liloia III | 117 Sunrise Terrace | | | Washington | NJ | 07882 | | PL3Esq@comcast.net | First Class Mail and Email |
| 8275226 | James Dean Custom Carpentry | 115 Darien Rd | | | | Howell | NJ | 07731 | | | First Class Mail |
| 8735553 | JM Pereira And Sons Inc | Attn President | 2330 Big Oak Rd | | | Langhorne | PA | 19047 | | | First Class Mail |
| 8275908 | Joffe Lumber & Supply Co Inc | Anthony Gaglione | 18 Burns Ave | | | Vineland | NJ | 08360 | | agaglione@joffemillwork.com | First Class Mail and Email |
| 8275388 | Kemsco Construction | 139 Harper St | | | | Newark | NJ | 07114 | | kemscoinc@aol.com | First Class Mail and Email |
| 8275898 | Kone Inc | Chris Rowe | 47 36 36th St | | | Long Island City | NY | 11101 | | christopher.rowe@kone.com | First Class Mail and Email |
| 8498049 | Kone Inc | 124 West Main | | | | High Bridge | NJ | 08829 | | julie.loosbrock@kone.com | First Class Mail and Email |
| 8321465 | MASA Architectural Canopies | 250 Stelton Rd | Ste 1 | | | Piscataway | NJ | 08854 | | | First Class Mail |
| 8772220 | Maverick Building Services | c/o Connell Foley LLP | Phillip W. Allogramento | 56 Livingston Avenue | | Roseland | NJ | 07068 | | pallogramento@connellfoley.com | First Class Mail and Email |
| 8772220 | Maverick Building Services | Jason O Donnell | 22 Chestnut St | | | Rutherford | NJ | 07070 | | | First Class Mail |

Exhibit B
Contractor Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8275920 | Meli Plumbing and Heating | Mike Meli | P.O. Box 100 | | | Hackensack | NJ | 07602 | | mtb0621@gmail.com; paulo@melicorp.com; fjmeli@optonline.net | First Class Mail and Email |
| 8275902 | Midway Glass & Metal Installer | Star Avallone | 526 Route 17 S | | | Carlstadt | NJ | 07072 | | accounting @midwayglass.com | First Class Mail and Email |
| 8498031 | Midway Glass & Metal Installer | 526 Route 17 S | | | | Carlstadt | NJ | 07072 | | jwm@midwayglass.com | First Class Mail and Email |
| 8498021 | Mito Insulation, Inc. | 1290 Third Avenue | PO Box 711 | | | New Kensington | PA | 15068 | | michelle@mitoinsulation.com | First Class Mail and Email |
| 8275901 | Mr Concrete Corp | John Silva | 396 Whitehead Ave | | | South River | NJ | 08882 | | silvajohn54@gmail.com; mrc@mrconcretecorp.com | First Class Mail and Email |
| 8321407 | Narva Millwork | 101 Victory Rd | | | | Springfield | NJ | 07081 | | | First Class Mail |
| 8498017 | Nomad Framing | 1095 Cranbury S River Rd | | | | Monroe Township | NJ | 08831 | | dawn@framingthefuture.com; lara@framingthefuture.com | First Class Mail and Email |
| 8321377 | Nomad Framing | 57 Station Rd | | | | Cranbury | NJ | 08512 | | | First Class Mail |
| 8275544 | Nomad Supply | 1095 Cranbury S River Rd | Ste21 | | | Monroe | NJ | 08831 | | dawn@framingthefuture.com; lara@framingthefuture.com | First Class Mail and Email |
| 8321378 | Nomad Supply | 57 Station Road | | | | Cranbury | NJ | 08512 | | | First Class Mail |
| 8498011 | Ocean Steel Corporation | Jonathan Westphal | 400 Chesley Drive | | | Saint John | NB | E2K 5L6 | CA | keith.jeff@oceansteel.com | First Class Mail and Email |
| 8275896 | Ocean Steel Corporation | Jeff Keith | 400 Chesley Drive | | | Saint John | NB | E2K 5L6 | CA | keith.jeff@oceansteel.com | First Class Mail and Email |
| 8259879 | Ocean Steel Corporation | Hinckley Allen & Snyder LLP | J Doran 28 State St | | | Boston | MA | 02109 | | wright.juliana@oscogroup.com; westphal.jonathan@oscogroup.com; jdoran@hinckleyallen.com | First Class Mail and Email |
| 8498007 | Pella Windows and Doors | 4 Dedrick Place | | | | West Caldwell | NJ | 07006 | | rschnabel@njpella.com | First Class Mail and Email |
| 8630755 | Pella Windows and Doors | P.O. Box 788287 | | | | Philadelphia | PA | 191788287 | | | First Class Mail |
| 8497997 | Pentel Drywall Inc | 32 Ironside Court | | | | Willingboro | NJ | 08046 | | anthony@penteldrywall.com; Daniel@penteldrywall.com | First Class Mail and Email |
| 8275913 | Pentel Drywall Inc | Daniel Santos | 32 Ironside Court | | | Willingboro | NJ | 08046 | | daniel@penteldrywall.com | First Class Mail and Email |
| 8497998 | Pereira Electric | 205 Liberty St | | | | Metuchen | NJ | 08840 | | bhendricksen2@gmail.com; Info@pereiraelectric.com | First Class Mail and Email |
| 8275925 | PSG Interiors | Sal Dunia | 120 20th Ave | | | Paterson | NJ | 07501 | | sal@psginterior.com | First Class Mail and Email |
| 8497992 | Reynolds Painting Group NJ | 60A Amwell Rd | | | | Flemington | NJ | 08822 | | | First Class Mail |
| 8612099 | Schnell Contracting Systems | Attn A Newman | 919 Rt 33 Unit 37 | | | Freehold | NJ | 07728 | | david@reynoldspaintinggroup.com | First Class Mail and Email |
| 8630686 | Schnell Contracting Systems | 919 Route 33 Unit 37 | | | | Freehold | NJ | 07728 | | | First Class Mail |
| 8275064 | Sea Box | 1 Sea Box Drive | | | | Cinnaminson | NJ | 08077 | | | First Class Mail |
| 8735489 | SP Builders Contractors Inc | Attn President | 431 Saint Mihiel Dr Ste 104 | | | Riverside | NJ | 08075 | | | First Class Mail |
| 8275046 | Stone Creek Construction Grp | 253 Main St | | | | Matawan | NJ | 07747 | | | First Class Mail |
| 8275452 | Target Fire Protection Inc. | 321 Changebridge Road | Box 9 | | | Pine Brook | NJ | 07058 | | marcos@targetfireprotection.com | First Class Mail and Email |
| 8321123 | Taylor Oil | 77 2nd St | | | | Somerville | NJ | 08876 | | | First Class Mail |