UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtors-in-Possession*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |
| NEWARK WAREHOUSE URBAN RENEWAL, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC, *et al.*,<br><br>Defendants. | Adv. Pro. No. 19-02222 (MBK)<br><br>Hearing Date: <u>1/23/20 at 10:00 a.m.</u><br><br>Judge: <u>Michael B. Kaplan</u> |

## ADJOURNMENT REQUEST

1.    I, <u>Arielle B. Adler</u>, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "<u>Debtor</u>"), hereby request an adjournment of the following hearing for the reason set forth below.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

**Adversary Proceeding Case No. 19-02222:**

Matter: *Motion to Remand State Court Action to the Superior Court of New Jersey, Or, In the Alternative, Abstaining from Exercising Jurisdiction Over the State Court Action* (the "Motion") [Docket No. 5].

**Main Case No. 19-27439:**

Matter: *Motion to Remand State Court Action to the Superior Court of New Jersey, Or, In the Alternative, Abstaining from Exercising Jurisdiction Over the State Court Action* (the "Motion") [Docket No. 473].

Current Hearing Date:    1/23/20 at 10:00 a.m. (ET).

Objection deadline:    1/16/20

New Hearing Date Requested:    March 5, 2020 at 10:00 a.m./Objection Deadline: February 27, 2020 at 4:00 p.m.

Reason for adjournment request:    The parties are working to reach a resolution of the Motion without incurring the expense of litigation.

2. Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: 1/14/20 _____        /s/ *Arielle B. Adler* _____
                                                                                            Signature

**COURT USE ONLY:**

_____

The request for adjournment is:

☒ Granted        New hearing date: _3/5/20 @10:00_____        ☐Peremptory

☐ Granted over objection(s)        New hearing date: _____        ☐Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**