| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and Debtor-in-Possession* | **Order Filed on January 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>　　　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: January 15, 2020**

　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
01/14/2020 205567656.1

Page:     2
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Shortening Time Period For Notice, Setting Hearing and Limiting Notice

---

After review of the application of the above-referenced debtor-in-possession Hollister Construction Services, LLC for the reduction of time for and limiting notice of a hearing on the *Debtor's Motion for Entry of an Order Approving the Settlement Agreement By and Among the Debtor, Knopf Leasing Company, L.P., and Subcontractors (the "Motion")* under Fed. R. Bankr. P. 9006(c)(1), it is

**ORDERED** as follows:

1. A hearing shall be conducted on the Motion on **January 23, 2020 at 10:00 .m.** at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Second Floor, Courtroom No. 8, Trenton, New Jersey 08608.

2. The Applicant must serve a copy of this Order, the Motion and all related documents, on the following parties: (i) U.S. Trustee; (2) all interested parties

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,                        ☒ overnight mail,
☒ email,                      ☐ hand delivery
☐ regular mail,

3. The Applicant must also serve a copy of this Order, and all related documents on the following parties: ALL INTERESTED PARTIES

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,                        ☐ overnight mail,
☐ email,                      ☐ hand delivery
☐ regular mail,

4. Service must be made:

-2-

Page:     3
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Shortening Time Period For Notice, Setting Hearing and Limiting Notice

_____

    ☐    on the same day as the date of this Order, or

    ☐    within __1__ day(s) of the date of this Order.

5.    Notice by telephone:

    ☐    is not required

    ☐    must be provided to _____

        ☐    on the same day as the date of this Order; or

        ☐    within _____ days(s) of the date of this Order.

6.    A *Certificate of Service* must be filed prior to the hearing date.

7.    Any objection to the motion/application identified above:

    ☐    must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒    may be presented orally at the hearing.

8.    ☒    Court appearances are required to prosecute the motion/application and any objections.

    ☐    Parties may request to appear by phone by contacting Chambers prior to the return date.