| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtors-in-Possession* |

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Hearing Date: 1/23/20 at 10:00 a.m. |

## ADJOURNMENT REQUEST

1.  I, <u>Arielle B. Adler</u>, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "<u>Debtor</u>"), hereby request an adjournment of the following hearing for the reason set forth below.

> Matter: *Third Omnibus Motion For Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases* (the "<u>Motion</u>"), with respect to Cellco Partnership d/b/a Verizon Wireless only [Docket No. 726].
>
> Current Hearing Date:   <u>January 23, 2020 at 10:00 a.m. (ET).</u>
>
> Objection deadline:   <u>January 16, 2020 at 4:00 p.m. (ET)</u>
>
> New Hearing Date Requested[2]:   <u>February 6, 2020 at 10:00 a.m./Objection Deadline: January 30, 2020 at 4:00 p.m.</u>

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] This adjournment request is made only with respect to Cellco Partnership d/b/a Verizon Wireless. The Motion will go forward on January 23, 2020 with respect to the HSP 81 Halsey LLC lease at issue therein.

37322/2
01/15/2020 205724898.2

-2-

Reason for adjournment request:   <u>The parties are working to reach a resolution of the Motion without incurring the expense of litigation.</u>

2. Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: <u>1/15/20</u>                                     /s/ <u>*Arielle B. Adler*</u>
                                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: <u>2/6/20 @10:00</u>    ☐Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**