**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**ADJOURNMENT REQUEST**

1. I, Sam Della Fera, Jr.,

   ☒ am the attorney for the Official Committee of Unsecured Creditors in the above-captioned case.

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearing on Debtor's Motion to Approve Various Settlements and Compromises by and Among the Debtor, Project Owners and Subcontractors [Docket Entry No. 631], **only** as the Motion relates to approval of settlements with Saxum Real Estate Companies, LLC and SAF 40 Beechwood, LLC.

   Current hearing date and time: January 16, 2020, at 1:00 p.m.

   New date requested: January 23, 2020, at 10:00 a.m.

   Reasons for adjournment request: The Debtor, the Committee and PNC Bank continue to discuss issues relating to the settlement in an effort to resolve certain concerns.

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):
   .

   I hereby certify under peanlty of perjury that the foregoing is true.

   Date: January 15, 2020         /s/ Sam Della Fera, Jr.
                                  Sam Della Fera, Jr.

**COURT USE ONLY**
_____

The request for adjournment is:

☒ Granted        New hearing date: 1/23/20 @10:00        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied


**IMPORTANT:**     **If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

4841-3257-3617, v. 1