UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

TESSER & COHEN
946 Main Street
Hackensack, New Jersey 07601
Tel: 201.343.1100
Fax: 201.343.0885
LEE M. TESSER, ESQ.
DANIELLE COHEN, ESQ.
Attorneys for Herc Rentals, Inc.

In Re:

HOLLISTER CONSTRUCTION SERVICES, LLC,

Debtor.

Case No.: 19-27439 MBK

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 1/16/2020

Judge: Michael Kaplan

## ADJOURNMENT REQUEST

1. I, __Danielle Cohen__,

   ☒ am the attorney for: __Herc Rentals, Inc.__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Relief from Stay; Herc's Amended Expense Claim; debtor's objection deadlines

   Current hearing date and time: 1/16/2020                #368 #607(546)

   New date requested: 1/23/20 @10:00

   Reason for adjournment request: I have a medical emergency
   _____

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 1/15/2020                                            /s/ Danielle Cohen
                                                           Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 1/23/20 @10:00            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____     ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*