## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
|  | ) |
|  | ) |
| Debtor. | ) |
|  | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Exmelihn Reyes, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On January 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on TopLine Drywall, (MMLID 8630654), 11 Jackson Ave., Tuckahoe, NY, 10707-3507:

- Amendment to Schedule D, E or F or List of Creditors [Docket No. 665]

On January 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served on the parties identified on the service list attached hereto as **Exhibit A:**

- Amended Notice of Commencement of Chapter 11 Bankruptcy Case, and Notice of Extension of Last Date to File Proofs of Claim [Docket No. 619]

On January 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served on the parties identified on the service list attached hereto as **Exhibit B***:*

- Notice of First and Final Fee Application of the Parkland Group, Inc. As Financial Advisor to the Debtor for the Period September 11, 2019 Through October 24, 2019 [Docket No. 506]

*[Remainder of page intentionally left blank]*

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Dated: January 15, 2020

_____
Exmelihn Reyes

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 15, 2020 by Exmelihn Reyes, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

22

SRF 38733

## **Exhibit A**

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 8777065 | ABM Enterprises NJ Inc | 605 Front St | | Hollidaysburg | PA` | 16648-1410 |
| 8630767 | Agra Masonry | 2626 E 14th St | Ste 101A | Brooklyn | NY | 11235-3977 |
| 8275214 | CP Flooring | 145 W BURTON AVE | | SALT LAKE CITY | UT | 84115-2610 |
| 8777171 | E. Amboy Sprinkler Systems | 149 S Green St | | Nazareth | PA | 18064-2012 |
| 8321509 | Limbach Facility Services | 175 Titus Ave | Ste 100 | Warrington | PA | 18976-2467 |
| 8275071 | RCC Erectors | 32 Concerto Ct | | Eastport | NY | 11941-1628 |
| 8777379 | Safe Tech USA, Ltd. | 91 Commercial St | Ste 1 | Plainview | NY | 11803-2409 |
| 8321179 | Simpson Roofing Co. | 70 Appleseed Rd | | Sussex | NJ | 07461-4743 |
| 8630654 | TopLine Drywall | 11 Jackson Ave | | Tuckahoe | NY | 10707-3507 |

In re:  Hollister Construction Services, LLC

Case No. 19-27439 (MBK)                                    Page 1 of 1

**<u>Exhibit B</u>**

Exhibit B

Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 8321979 | Bright Star Service Inc | 61 9TH ST STE A2 | Brooklyn | NY | 11215-2710 |
| 8275214 | CP Flooring | 145 W BURTON AVE | SALT LAKE CITY | UT | 84115-2610 |
| 8498070 | Garden on the Wall | 30 WYCHWOOD RD | Livingston | NJ | 07039-3627 |
| 8275242 | Independent LSRP, LLC. | PO BOX 260 | NEWFOUNDLAND | NJ | 07435-0260 |
| 8275867 | Priority Electrical Solutions , Inc. | PO BOX 207 | Marlboro | NJ | 07746-0207 |
| 8630696 | Safe Tech USA, Ltd. | 91 COMMERCIAL ST STE 1 | PLAINVIEW | NY | 11803-2409 |
| 8321179 | Simpson Roofing Co. | 70 Appleseed Rd | Sussex | NJ | 07461-4743 |