# DURKIN & DURKIN, LLC

ATTORNEYS AT LAW

1120 BLOOMFIELD AVENUE

P.O. BOX 1289

WEST CALDWELL, NEW JERSEY 07007-9452

(973) 244-9969

TELECOPIER (973) 227-4676

PARTNER
M. Murphy Durkin, Esq.
(Member of NJ Bar)

FOUNDER
Thomas E. Durkin, Jr.
(1953 - 2014)

January 16, 2020

**_VIA CM/ECF_**

Honorable Michael B. Kaplan, U.S.B.J.
United States Bankrtupcy Court
District of New Jersey
Clarkson S. Fisher U.S. Courthouse, 2nd Floor
402 East State Street
Trenton, NJ 08608

**RE:    Hollister Construction Service, LLC
Case No.: 19-27439-MBK
Our File NO.: 4027-1**

Dear Judge Kaplan:

This office is counsel to Dehn Bros. Fire Protection, Inc. ("Dehn Bros.") as same relates to the Motion filed by the non-debtors, Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC (collectively hereafter "Newark Warehouse") to enforce the Automatic Stay. Please accept this correspondence in further support of Dehn Bros.'s opposition to the involved Motion. Specifically, Dehn Bros. hereby joins in opposition and further opposition filed on behalf of All Glass Systems, LLC dated January 8, 2020 and January 16, 2020, respectively and the opposition filed on behalf of City Contracting, Inc. dated January 16, 2020.

Based on that set forth therein, as well as Dehn Bros.'s initial opposition dated January 8, 2020, it is respectfully requested that the involved Motion filed by Newark Warehouse be denied.

**DURKIN & DURKIN, LLC**
January 16, 2020
Page 2 of 2

      Thanking Your Honor for taking the time and consideration with regard to this matter, I remain…

                      Respectfully Yours,
                      **DURKIN & DURKIN, LLC**

                By: _____
                      M. Murphy Durkin

MMD: mma
Enclosures
Cc:    Dehn Bros. Fire Protection, Inc.
        All Counsel of Record (via cm/ecf)