| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and Debtor-in-Possession* |

**Order Filed on January 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>　　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

### ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: January 15, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
01/14/2020 205567656.1

Page:     2
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Shortening Time Period For Notice, Setting Hearing and Limiting Notice

_____

After review of the application of the above-referenced debtor-in-possession Hollister Construction Services, LLC for the reduction of time for and limiting notice of a hearing on the *Debtor's Motion for Entry of an Order Approving the Settlement Agreement By and Among the Debtor, Knopf Leasing Company, L.P., and Subcontractors (the "Motion")* under Fed. R. Bankr. P. 9006(c)(1), it is

**ORDERED** as follows:

1.   A hearing shall be conducted on the Motion on **January 23, 2020 at 10:00 _.m.** at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Second Floor, Courtroom No. 8, Trenton, New Jersey 08608.

2.   The Applicant must serve a copy of this Order, the Motion and all related documents, on the following parties: (i) U.S. Trustee; (2) all interested parties by ☐ each, ☒ any of the following methods selected by the Court:

   ☒ fax,                    ☒ overnight mail,
   ☒ email,                  ☐ hand delivery
   ☐ regular mail,

3.   The Applicant must also serve a copy of this Order, and all related documents on the following parties:  ALL INTERESTED PARTIES
_____
by ☐ each, ☐ any of the following methods selected by the Court:

   ☐ fax,                    ☐ overnight mail,
   ☐ email,                  ☐ hand delivery
   ☐ regular mail,

4.   Service must be made:

Page:    3
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Shortening Time Period For Notice, Setting Hearing and Limiting Notice

_____

       ☐    on the same day as the date of this Order, or

       ☐    within __1__ day(s) of the date of this Order.

5.    Notice by telephone:

       ☐    is not required

       ☐    must be provided to _____

           ☐    on the same day as the date of this Order; or

           ☐    within _____ days(s) of the date of this Order.

6.    A *Certificate of Service* must be filed prior to the hearing date.

7.    Any objection to the motion/application identified above:

       ☐    must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

       ☒    may be presented orally at the hearing.

8.    ☒    Court appearances are required to prosecute the motion/application and any objections.

       ☐    Parties may request to appear by phone by contacting Chambers prior to the return date.

United States Bankruptcy Court
District of New Jersey

In re:  
Hollister Construction Services, LLC  
    Debtor

Case No. 19-27439-MBK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 15, 2020  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.  
db         +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:  
NONE.                                                                                   TOTAL: 0