UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

LUIS GUERRERO, P.L.L.C.,
434 W. 33rd Street, 13th Floor
New York, N.Y. 10001
(917)997-1116
Luis Guerrero, Esq.
Attorneys for Creditor FELIX MORAN

In re:

Hollister Construction Services, L.L.C.

               Debtor.

Case No. 19-27439 (MBK)

Chapter 11

Hearing Date: 01/16/20

Re: Docket No. 695

FILED
JEANNE A. NAUGHTON, CLERK

JAN 16 2020

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

## <u>ORDER GRANTING MOTION OF FELIX MORAN FOR STAY RELIEF</u>

The relief set forth on the following page, numbered 2, is hereby **ORDERED.**

_Michael B. Kaplan_
MICHAEL B. KAPLAN, USBJ

1/16/20

Page: 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Granting Motion of Felix Moran for Stay Relief

---

**THIS MATTER** having been opened to the Court by Luis Guerrero, Esq. of the firm of

Luis Guerrero, P.L.L.C.C., attorneys for Felix Moran ("Moran"), seeking relief from the automatic

stay of section 362(a) of the Bankruptcy Code to continue with litigation against Hollister

Construction Services, LLC ("Hollister" or the "Debtor") for alleged personal injuries pending in

the Supreme Court of the State of New York, County of Bronx, Index Number 3318/19 (the "New

York State Court Litigation"), and the Court having jurisdiction to enter this Order, and the Debtor

having agreed to the entry of this Order, and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1.   The automatic stay of section 362(a) of the Bankruptcy Code be, and hereby is,
     modified to allow Moran to prosecute the New York State Court Litigation against
     Hollister and other non-debtor parties solely up to the policy limits of all available
     liability insurance covering the Debtor.

2.   Moran waives any right to recover or seek to recover any deductible from the Debtor,
     and Moran waives his right to file or assert any claim or proof of claim against the
     Debtor and its estate.  Any proof of claim filed by Moran against the Debtor and its
     estate will deemed expunged and disallowed.

3.   Counsel for Moran shall serve a copy of this Order upon all parties in this matter within
     three (3) days of the entry of this Order.

-2-

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-27439-MBK
Hollister Construction Services, LLC                                Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 5          Date Rcvd: Jan 17, 2020
                           Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db              +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
              NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
              aciardi@ciardilaw.com,
              sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, LLC
              aciardi@ciardilaw.com,
              sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Alexander F. Barth    on behalf of Defendant    J M Pereira And Sons Inc. abarth@cohenseglias.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
              sandyr@sbmesq.com
              Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
              adobin@msbnj.com
              Andrew B. Cohn    on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
              Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
              wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
              .com;tgraga@kbtlaw.com
              Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
              Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
              Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
              Place Housing Development Fund Corporation stioa@pepperlaw.com
              Anna Patras    on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohlereng.com
              Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
              Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
              arainone@bracheichler.com,
              cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com
              Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
              elawler@lowenstein.com;jkimble@lowenstein.com
              Arielle Adler    on behalf of Plaintiff    Hollister Construction Services, LLC
              aadler@lowenstein.com,  elawler@lowenstein.com;jkimble@lowenstein.com
              Bart J. Klein    on behalf of Creditor    Midway Glass & Metal Installers, Inc.
              bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Unknown Role Type    Reynolds Painting Group NJ, LLC
              bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Unknown Role Type    Apple Coring & Sawing, LLC bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Defendant    Direct Cabinet Sales Of Red Bank Inc.
              bart@bartjkleinlaw.com
              Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com

District/off: 0312-3            User: admin              Page 2 of 5              Date Rcvd: Jan 17, 2020
                               Form ID: pdf903          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Brett Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
          Brian Gregory Hannon    on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Brian R Tipton    on behalf of Defendant    State Line Construction Co. btipton@fpsflawfirm.com
          Brian R Tipton    on behalf of Creditor    State Line Construction Company, Inc.
           btipton@fpsflawfirm.com
          Bruce D. Buechler    on behalf of Debtor    Hollister Construction Services, LLC
           bbuechler@lowenstein.com
          Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
          Carl J. Soranno    on behalf of Defendant    Air Group, LLC csoranno@bracheichler.com,
           dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
          Carl J. Soranno    on behalf of Defendant    Industrial Maintenance, Inc. csoranno@bracheichler.com,
           dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
          Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
           dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
          Carl J. Soranno    on behalf of Defendant    Haddad Heating & Plumbing Inc.
           csoranno@bracheichler.com,
           dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
          Carol L. Knowlton    on behalf of Creditor    KSS Architects cknowlton@gorskiknowlton.com
          Charles A. Gruen    on behalf of Creditor    Michaels Electrical Supply Corp. cgruen@gruenlaw.com
          Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
          Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
          Christopher P. Coval    on behalf of Creditor    Allglass Systems, LLC ccoval@fsdc-law.com
          Clement J Farley    on behalf of Creditor    Mercedes-Benz USA, LLC cfarley@mccarter.com
          Daniel Stolz    on behalf of Interested Party    Latitude West Owner, LLC dstolz@wjslaw.com,
           dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
          Daniel Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
           dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
          Daniel Stolz    on behalf of Interested Party    Latitude East Owner, LLC dstolz@wjslaw.com,
           dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
          Danielle Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc.
           dcohen@tessercohen.com, ddelucia@tessercohen.com
          Danielle Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com,
           ddelucia@tessercohen.com
          Danielle Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com,
           ddelucia@tessercohen.com
          Danielle Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com,
           ddelucia@tessercohen.com
          Danielle Cohen    on behalf of Defendant    Global Development Contractors, L.L.C.
           dcohen@tessercohen.com, ddelucia@tessercohen.com
          Danielle Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com,
           ddelucia@tessercohen.com
          Danielle Cohen    on behalf of Creditor    Global Development Contractors, LLC
           dcohen@tessercohen.com, ddelucia@tessercohen.com
          Darren R. Marks    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
           dmarks@borahgoldstein.com, nagwu@borahgoldstein.com
          David E. Sklar    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc.
           dsklar@scuramealey.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@n
           otify.bestcase.com;agouveia@scura.com
          David E. Sklar    on behalf of Creditor    All Brands Elevator Industries, Inc.
           dsklar@scuramealey.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@n
           otify.bestcase.com;agouveia@scura.com
          David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com, ciarkowski@wilentz.com
          David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
          Donald B. Veix, Jr.    on behalf of Creditor    Bohler Engineering NY, PLLC donveixlaw@gmail.com,
           dveix@hartylawgroup.com
          Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO
           donna.thompson@dlthompsonlaw.com, dlthompsonlaw@aol.com
          Douglas Clagett Gray    on behalf of Defendant    Carson Corporation dgray@mdsfirm.com
          Edmund Campbell    on behalf of Creditor    Glass Systems Tech, LLC
           aweisenberger@campbellroccolaw.com
          Eric J. Hughes    on behalf of Creditor    Liberty Mutual Insurance Company ehughes@mdmc-law.com
          Ericka Fredricks Johnson    on behalf of Interested Party    Interlink Transport Technologies, Inc.
           (dba MSC Technology (North America) Inc.) ErJohnson@wcsr.com,
           Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
          Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com,
           fpisano@coleschotz.com
          Frank F. Velocci    on behalf of Creditor    NSA 18th Avenue, LLC frank.velocci@dbr.com,
           brian.morgan@dbr.com
          Grant Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com,
           lschindler@wbny.com
          Greg Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com, gtrif@triflaw.com
          Greg Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com, gtrif@triflaw.com
          Greg Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com,
           gtrif@triflaw.com
          Greg Trif    on behalf of Defendant    K R Masonry L.L.C. gtrif@triflaw.com, gtrif@triflaw.com

District/off: 0312-3          User: admin            Page 3 of 5              Date Rcvd: Jan 17, 2020
                             Form ID: pdf903         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Hisham I. Masri   on behalf of Creditor   Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com,
          m.duran@hmasrilaw.com
          Ilana  Volkov   on behalf of Creditor   Kone Inc. ivolkov@mcgrailbensinger.com,
          fpisano@coleschotz.com;ssallie@coleschotz.com
          Jacob  Frumkin   on behalf of Interested Party   Grand Maujer Development, LLC
          jfrumkin@coleschotz.com
          James C. Dezao, III   on behalf of Creditor Antonio  Zarfino gerald@dezaolaw.com
          James C. Dezao, III   on behalf of Creditor Mayer  Weberman gerald@dezaolaw.com
          Jason C Manfrey   on behalf of Creditor   Joffe Lumber & Supply Co., Inc.
          jmanfrey@foxrothschild.com,
          jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          Jay L. Lubetkin   on behalf of Interested Party Kieran  Flanagan jlubetkin@rltlawfirm.com,
          rgaydos@rltlawfirm.com
          Jay L. Lubetkin   on behalf of Interested Party Christopher  Johnson jlubetkin@rltlawfirm.com,
          rgaydos@rltlawfirm.com
          Jeffrey J. Rea   on behalf of Creditor   City Contracting, Inc. jeffrea@aol.com
          Jeffrey J. Rea   on behalf of Creditor   Lienor City Contracting, Inc. jeffrea@aol.com
          Jeffrey W. Herrmann   on behalf of Creditor   Pereira Electrical Contracting, Inc.
          jwh@njlawfirm.com,  ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
          Jenny R. Kasen   on behalf of Defendant   SP Builders Contractors Inc. jkasen@kasenlaw.com,
          dkasen@kasenlaw.com
          John  O'Boyle   on behalf of Defendant   Bender Enterprises, Inc. joboyle@norgaardfirm.com,
          sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          John  O'Boyle   on behalf of Creditor   Imperial Floors, LLC joboyle@norgaardfirm.com,
          sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          John  O'Boyle   on behalf of Defendant   Imperial Floors Limited Liability Company
          joboyle@norgaardfirm.com,
          sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Josef W. Mintz   on behalf of Creditor   640 Columbia Owner LLC mintz@blankrome.com,
          ecf-fe4957a0ba6a@ecf.pacerpro.com
          Joseph  Cicala   on behalf of Defendant   Tore Electric Company jcicala@gpmlegal.com,
          jcicala@gpmlegal.com
          Joseph H. Lemkin   on behalf of Creditor   Conewago Enterprises, Inc. jlemkin@stark-stark.com
          Joseph H. Lemkin   on behalf of Creditor   Fabcon Precast jlemkin@stark-stark.com
          Joseph H. Lemkin   on behalf of Creditor   High Concrete Group, LLC jlemkin@stark-stark.com
          Joseph J. DiPasquale   on behalf of 3rd Party Plaintiff   Hollister Construction Services, LLC
          jdipasquale@lowenstein.com,  jkimble@lowenstein.com
          Joseph J. DiPasquale   on behalf of Defendant   Hollister Construction Services, LLC
          jdipasquale@lowenstein.com,  jkimble@lowenstein.com
          Joseph J. DiPasquale   on behalf of Debtor   Hollister Construction Services, LLC
          jdipasquale@lowenstein.com,  jkimble@lowenstein.com
          Joseph L. Schwartz   on behalf of Creditor   Newark Warehouse Urban Renewal, LLC
          jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Creditor   Edison Construction Management jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Creditor   Sunstone Hotels Morristown, LLC jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Plaintiff   Newark Warehouse Redevelopment Company, LLC
          jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Counter-Defendant   Newark Warehouse Redevelopment Company, LLC
          jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Counter-Defendant   Newark Warehouse Urban Renewal, LLC
          jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Plaintiff   Newark Warehouse Urban Renewal, LLC
          jschwartz@riker.com
          Joseph L. Schwartz   on behalf of Creditor   Newark Warehouse Redevelopment Company
          jschwartz@riker.com
          Joseph R Zapata, Jr.   on behalf of Creditor   STMR, Inc. jzapata@msklaw.net
          Joseph R. Fischer   on behalf of Defendant   Nordic Contracting Company, Inc.
          jfischer@kiernantrenk.com
          Joshua H. Raymond   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          jraymond@msbnj.com
          K. Joseph Vyzas   on behalf of Creditor   Rexel, Inc. joe@carlawyernj.com
          Karen L Thurston   on behalf of Creditor   Myrage LLC kthurston@frkblaw.com
          Karen M Murray   on behalf of Interested Party   P. Tamburri Steel kmurray@murraynjlaw.com,
          kdilks@cvmlawoffices.com
          Karen M Murray   on behalf of Interested Party   P3 Metals, LLC kmurray@murraynjlaw.com,
          kdilks@cvmlawoffices.com
          Kenneth A. Rosen   on behalf of Plaintiff   Hollister Construction Services, LLC
          krosen@lowenstein.com,  dclaussen@lowenstein.com
          Kenneth A. Rosen   on behalf of Debtor   Hollister Construction Services, LLC
          krosen@lowenstein.com,  dclaussen@lowenstein.com
          Larry L. Miller   on behalf of Creditor   L&W Supply Corporation llmlaw@outlook.com
          Lauren Bielskie   on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov
          Laurence D. Pittinsky   on behalf of Attorney   Boyd Mechanical, LLC larry@rpllplaw.com
          Lawrence B. Diener   on behalf of Defendant   Advanced Scaffold Services Mid-Atlantic LLC
          LBDiener@optimum.net
          Lawrence B. Diener   on behalf of Creditor   Advanced Scaffold Services Mid-Atlantic LLC
          LBDiener@optimum.net
          Lawrence B. Diener   on behalf of Creditor   Advanced Scaffold Services, LLC LBDiener@optimum.net

District/off: 0312-3          User: admin                Page 4 of 5              Date Rcvd: Jan 17, 2020
                             Form ID: pdf903             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Marc D. Miceli   on behalf of Interested Party   R. Cipollini, Inc. t/a Cipollini Roofing
          mmiceli@sm-lawpc.com,   lindsay@sm-lawpc.com
          Marguerite  Schaffer   on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
          mschaffer@shainlaw.com
          Mario A. Batelli   on behalf of Petitioning Creditor 360 Fire Prevention   360 Fire Prevention LLC
          mbatelli@fostermazzielaw.com
          Mark E. Felger   on behalf of Interested Party   Ricoh USA, Inc. mfelger@cozen.com,
          sshidner@cozen.com
          Martin P. Skolnick   on behalf of Creditor   Archmills LLC d/b/a ArchMills Doors and Hardware
          mskolnick@gmail.com
          Martin P. Skolnick   on behalf of Creditor   Stateline Fabricators, LLC mskolnick@gmail.com
          Mary E. Seymour   on behalf of Debtor   Hollister Construction Services, LLC
          mseymour@lowenstein.com
          Melissa A. Pena   on behalf of Creditor   Target Fire Protection mapena@norris-law.com,
          pfreda@nmmlaw.com
          Meredith I. Friedman   on behalf of Creditor   CTC Academy mfriedman@wilentz.com,
          ciarkowski@wilentz.com
          Michael  Kahme   on behalf of Creditor   Accordia Harrison Urban Renewal, LLC
          mkahme@hillwallack.com,   fmansmann@hillwallack.com
          Michael  Stafford   on behalf of Creditor   Anvil Craft Corp. mjstafford@nordlaw.legal,
          norddemaio@aol.com;adammorddemaio@aol.com
          Michael D. Sirota   on behalf of Interested Party   Newkirk Realty LLC msirota@coleschotz.com,
          fpisano@coleschotz.com
          Michael J. Shavel   on behalf of Creditor   Accordia Harrison Urban Renewal, LLC
          mshavel@hillwallack.com
          Michael R. Herz   on behalf of Creditor   Troon Electric of New Jersey LLC
          mherz@foxrothschild.com,   cbrown@foxrothschild.com
          Michele Lane Ross   on behalf of Creditor   Control Services, LLC sterry@mrossllc.com,
          arivera@mrossllc.com
          Mitchell  Malzberg   on behalf of Creditor   Vector Structural Preservation Corp.
          mmalzberg@mjmalzberglaw.com,   dlapham@mjmalzberglaw.com
          Morris S. Bauer   on behalf of Creditor   Ware Malcomb msbauer@nmmlaw.com,
          rjacome@norris-law.com,relikens@nmmlaw.com
          Murphy  Durkin   on behalf of Creditor   Dehn Bros.Fire Protection, Inc.
          maresta@durkinlawfirm.com,   mdurkin@durkinlawfirm.com
          Nicholas  Verna   on behalf of Interested Party   Interlink Transport Technologies, Inc. (dba MSC
          Technology (North America) Inc.) nick.verna@wbd-us.com
          Nicole M. Nigrelli   on behalf of Interested Party   Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
          sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli   on behalf of Defendant   Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
          sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli   on behalf of Defendant   Delcon Builders Inc. nnigrelli@ciardilaw.com,
          sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli   on behalf of Interested Party   Delcon Builders, Inc.
          nnigrelli@ciardilaw.com,   sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Pearl  Shah   on behalf of Creditor   Kone Inc. pshah@mcgrailbensinger.com
          Peter  Broege   on behalf of Creditor   Encon Mechancial Corp pbroege@bnfsbankruptcy.com,
          G1580@notify.cincompass.com
          Philip William Allogramento   on behalf of Creditor   Environmental Devices, Inc.
          pallogramento@connellfoley.com
          Philip William Allogramento   on behalf of Creditor   FM Construction Group, LLC
          pallogramento@connellfoley.com
          Richard Brant Forrest   on behalf of Creditor   DeSesa Engineering Company, Inc.
          rforrest@oslaw.com
          Richard E. Weltman   on behalf of Creditor   Reliance Mechanical, Inc. rew@weltmosk.com,
          mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
          Robert E. Nies   on behalf of Creditor   Arch Insurance Company and Arch Reinsurance Company
          rnies@csglaw.com
          Robert M Hirsh   on behalf of Creditor   SBLP Princeton, LLC, a Delaware limited liability
          company hirsh.robert@arentfox.com,
          indelicato.lisa@arentfox.com;Mary.Dowd@arentfox.com;Mark.Bloom@arentfox.com;Jackson.Toof@arentfox
          .com;adam.ruttenberg@arentfox.com;alyssa.fiorentino@arentfox.com;Phillip.Khezri@arentfox.com
          Robert Saul Molnar   on behalf of Creditor   Starlite Electric LLC molnarrs@aol.com
          Rocco A. Cavaliere   on behalf of Creditor   Titan Industrial Services Corp.
          rcavaliere@tarterkrinsky.com
          Ryan M. Ernst   on behalf of Creditor   Lally Pipe & Tube rernst@oeblegal.com,   mjoyce@oelegal.com
          Sam  Della Fera   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          sdellafera@msbnj.com
          Seth  Ptasiewicz   on behalf of Creditor   New Jersey Building Laborers Statewide Benefit Funds
          (the "Funds") sptasiewicz@krollfirm.com
          Sommer Leigh Ross   on behalf of Creditor   PNC Bank, National Association slross@duanemorris.com,
          AutoDocketWILM@duanemorris.com
          Stephanie L. Jonaitis   on behalf of Interested Party   10 Minerva Place, L.P. and 10 Minerva
          Place Housing Development Fund Corporation jonaitis@pepperlaw.com,
          balaa@pepperlaw.com;molitorm@pepperlaw.com
          Stephanie L. Jonaitis   on behalf of Interested Party   5 Bay Street Phase 1 LLC, 5 Bay Street
          Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com,
          balaa@pepperlaw.com;molitorm@pepperlaw.com

District/off: 0312-3          User: admin               Page 5 of 5              Date Rcvd: Jan 17, 2020
                              Form ID: pdf903           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Stephen V. Falanga   on behalf of Interested Party   Fairleigh Dickinson University
            sfalanga@thewalshfirm.com,  chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
          Stephen V. Falanga   on behalf of Creditor   Schindler Elevator Corporation
            sfalanga@thewalshfirm.com,  chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
          Steven B Smith   on behalf of Interested Party   CS Utica & Remsen LLC ssmith@herrick.com,
            courtnotices@herrick.com;lporetsky@herrick.com
          Steven J. Mitnick   on behalf of Plaintiff   Hollister Construction Services, LLC
            smitnick@sm-lawpc.com,  lindsay@sm-lawpc.com
          Stuart Komrower   on behalf of Defendant   Orion Interiors, Inc. skomrower@coleschotz.com,
            fpisano@coleschotz.com
          Stuart M. Brown   on behalf of Interested Party   Waypoint Hackensack Urban Renewal Owner LLC
            stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
          Sydney J. Darling   on behalf of Creditor   Schindler Elevator Corporation sdarling@walsh.law,
            mvargas@walsh.law
          Sydney J. Darling   on behalf of Interested Party   Fairleigh Dickinson University
            sdarling@walsh.law,  mvargas@walsh.law
          Tara J. Schellhorn   on behalf of Interested Party   Newark Warehouse Redevelopment Company
            tschellhorn@riker.com
          Tara J. Schellhorn   on behalf of Creditor   Newark Warehouse Urban Renewal, LLC
            tschellhorn@riker.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William G. Wright   on behalf of Creditor   Graybar Electric Company, Inc. wwright@capehart.com,
            jlafferty@capehart.com
          Yale A. Leber   on behalf of Interested Party   RH 537 Building Owner LLC yale.leber@rivkin.com
                                                                              TOTAL: 165