Lawrence B. Diener (023901975)
Court Plaza North
25 Main Street Suite 200
Hackensack, New Jersey 07601
Telephone: 201-342-6137
Facsimile: 201-342-6126
Internet:  LBDiener@optimum.net
Attorney for Advanced Scaffold Services LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: Hollister Construction Services LLC | Chapter 11<br><br>Case No.: 19-27439 (MBK)<br><br>Hearing Date: January 23, 2020<br><br>at 10:00 a.m.<br><br>Objection Deadline:<br><br>January 16, 2020 |

**WITHDRAWAL OF MOTION OF ADVANCED SCAFFOLD SERVICES LLC**
**FOR ENTRY OF AN ORDER COMPELLING THE DEBTOR TO ASSUME OR**
**REJECT EXECUTORY CONTRACT PURSUANT TO 11 USC § 365 AND IF**
**CONTRACT IS REJECTED LIFTING THE AUTOMATIC STAY, TO THE EXTENT**
**IT APPLIES, TO ALLOW THE REMOVAL OF EQUIPMENT FROM THE PROJECT**
**LOCATED AT 285 MADISON AVENUE, MADISON, NEW JERSEY.**

Advanced Scaffold Services LLC ("Advanced Scaffold"), by and through its undersigned counsel hereby withdraws the above referenced motion scheduled to he heard January 23, 2020, in view of the court order of January 16, 2020 approving settlement and compromise by and among the debtor, Fairleigh Dickinson University as project owner, and Advanced Scaffold.

<u>/s/ Lawrence B. Diener</u>         Dated: January 21, 2020
Lawrence B. Diener
Attorney for Advanced Scaffold Services LLC