U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2020 JAN 21 A 8: 50
JEANNE A. NAUGHTON
BY:
DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>JAMESON ESQ., LLC<br>1149 Bloomfield Ave, Suite B2<br>Clifton, NJ 07012<br>(862) 295-3311<br>cjameson@jamesonesq.com<br>Curtiss T. Jameson, Esq.<br>Attorney for C Restoration, Inc. | |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC.,<br><br>Debtor. | Case No.: 19-27439<br><br>Chapter 11<br><br>Honorable Michael B. Kaplan |

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of C Restoration, Inc. Request is made that all notices given or required to be given, and all papers saved or required to be served in this case, be given to and served on the undersigned at the following address:

Curtiss T. Jameson, Esq.
Jameson, Esq. LLC
1149 Bloomfield Ave., Suite B2
Clifton, NJ 007012
(862) 295-3311 ph/(862)701-2118fx
cjameson@jamesonesq.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code the forgoing demand includes not only those notices and papers referred to in Rule 2002 but also includes, without limitation, any notice, order, hearing, application, complaint, demand, motion, petition, pleading, request. plan, disclosure, report, answer, reply, brief, or memoranda, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, courier, video, telephone, telegraph, telefax, telecopier, telex, electronic, or otherwise filed or made with regard to the referenced case and proceedings herein.

PLEASE TASKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be intended or deemed to prejudice or waive C Restoration, Inc.'s (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to a trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which C Restoration, Inc., is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

JAMESON ESQ., LLC
Attorney for C Restoration, Inc.

By: _____
Curtiss T. Jameson, Esq.

Dated: January 20, 2020