RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Tara J. Schellhorn, Esq. (TS-8155)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey  07962-1981
(973) 538-0800

*Counsel to Newark Warehouse Urban Renewal, LLC and*
*Newark Warehouse Redevelopment Company, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Hollister Construction Services, LLC,<br><br>　　　　　　　　　　　　　　　　Debtor. | Hon. Michael B. Kaplan, U.S.B.J.<br><br>Case No. 19-27439 (MBK)<br><br>Chapter 11<br><br>**CERTIFICATION OF SERVICE** |

1.　　I, Silva Dechoyan:

☐ represent Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC in the above-captioned matter.

☒ am the secretary/paralegal for Joseph L. Schwartz, who is counsel to Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC in the above-captioned matter.

☐ am the _____ in the above case and am representing myself.

2.　　On January 22, 2020, a copy of the Supplemental Omnibus Reply of Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC in further Response to Oppositions of (I) Apple Coring & Sawing, LLC, (II) Control Services, LLC, (III) Drobach Equipment Rental, Co. (IV) City Contracting, Inc. (V) Allglass Systems, LLC, and (VI)

Dehn Bros, Fire Protection, Inc. to NWR Entities' Motion for Entry of an Order Determining that Certain Parties have Violated the Automatic and for other Relief [Docket No. 844] (the "Supplemental Omnibus Reply") was served: (i) via notice of electronic filing on all parties who have requested to receive electronic notice pursuant to Bankruptcy Rule 2002, and (ii) via email on counsel to affected parties on the service list attached hereto Exhibit A (the "Service List"). On January 23, 2020, a copy of the Omnibus Reply was served via regular mail on the affected parties on the Service List.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 23, 2020                                       /s/ Silva Dechoyan
                                                                Silva Dechoyan

# Exhibit A

5106935v1

| DESCRIPTION | PARTY ADDRESS | COUNSEL | COUNSEL | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| Ace Wire & Cable Co., Inc. | 72-01 51st Avenue, Woodside, NY 11377 | Nord Law | Attn: Adam Nord, Michael Nord | Turnpike Metroplex | 190 State Highway 18, Suite 201 | East Brunswick | NJ | 08816 | anord@nordlaw.legal; mnord@nordlaw.legal |
| Allglass Systems, LLC | 34B Noeland Avenue, Penndel, PA 19047 | Fenningham, Dempster & Coval LLP | Attn: Christopher P. Coval | 5 Neshaminy Interplex | Suite 315 | Trevose | PA | 19053 | ccoval@fsdc-law.com |
| Apple Coring & Sawing, LLC | 350 Market Street, Kenilworth, NJ 07033 | Law Office of Bart J. Klein | Attn: Bart J. Klein | 2066 Millburn Avenue | Suite 101 | Maplewood | NJ | 07040 | bart@bartjkleinlaw.com |
| Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | | Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies | One Boland Drive | | West Orange | NJ | 07052- | ashahinian@csglaw.com rnies@csglaw.com |
| City Contracting, Inc. | 62 Bog and Valley Lane, Lincoln Park, NJ 07035 | Rea & Associates, LLC | Attn: Jeffrey J. Rea | 11 Broadway, 2nd Floor | | Clark | NJ | 07066 | jeffrea@aol.com; JREA@REA-LAWFIRM.COM |
| Control Services, LLC | P.O. Box 269, Bayonne, NJ 07002 | M. Ross & Associates, LLC | Attn: Michele L. Ross, Esq. | 440 Sylvan Avenue | Suite 220 | Englewood Cliffs | NJ | 07632 | MICHELE@MROSSLLC.COM |
| Dehn Bros. Fire Protections, Inc. | 5 Theta Drive, Unit E, Vernon, NJ 07462 | Durkn & Durkin, LLC | Attn: M. Murphy Durkin | 1120 Bloomfield Avenue | | West Caldwell | NJ | 07007 | mdurkin@durkinlawfirm.com |
| Drobach Equipment Rental Co. | 2240 US Rt. 22 East, Union Township, NJ 07083 | Schwartz Barkin & Mitchell | Attn: Allen J. Barkin | 1110 Springfield Road | P.O. Box 1339 | Union | NJ | 07083-1339 | abarkin@sbmesq.com |
| FM Construction Group, LLC | 100 Dr. Martin Luther King Jr. Blvd., East Orange, NJ 07017 | Connell Foley LLP | Attn: Philip W. Allogramento III, Mitchell W. Taraschi | 56 Livingston Avenue | | Roseland | NJ | 07068 | pallogramento@connellfoley.com mtaraschi@connellfoley.com |
| Gallant & Wein Corporation | 11-20 43rd Raod, Long Island City, NY 11101 | Nord Law | Attn: Adam Nord, Michael Nord | Turnpike Metroplex | 190 State Highway 18, Suite 201 | East Brunswick | NJ | 08816 | anord@nordlaw.legal; mnord@nordlaw.legal |
| Graybar Electric Company | Raritan Plaza II, 105 Fieldcrest Ave.,Suite 202, Edison, NJ | Capehart & Scatchard P.A. | Attn: William G. Wright | 8000 Midlantic Drive | Suite 300S | Mt. Laurel | NJ | 08054 | wwright@capehart.com |
| Herc Rentals, Inc. | 41-85 Doremus Avenue, Newark, NJ 07105 | Tesser & Cohen | Attn: Danielle Cohen, Lee M. Tesser | 946 Main Street | | Hackensack | NJ | 07601 | dcohen@tessercohen.com ltesser@tessercohen.com |
| Leslie Katchen Steel Construction, Inc. | 300 Buckelew Avenue, Suite 109, Jamesburg, NJ 08831 | Christopher E. Hartmann, Esq. | | 1256 Rt. 202-206 North | | Bridgewater | NJ | 08807 | hartmann.christopher@yahoo.com |
| MDS Construction Corp. | 102B US Route 46 E, Saddle Brook, NJ 07663 | Tesser & Cohen | Attn: Danielle Cohen, Lee M. Tesser | 946 Main Street | | Hackensack | NJ | 07601 | dcohen@tessercohen.com ltesser@tessercohen.com |
| Mixonsite USA, Inc. | 1501 Abbot Court, Buffalo Grove, IL 60089 | Cohen Seglias Pallas Greenhall & Furman, PC | Attn: Michael F. McKenna and Daniel E. Fierstein | One Newark Center | 1085 Raymond Blvd, 21st Floor | Newark | NJ | 07102 | dfierstein@cohenseglias.com; mmckenna@cohenseglias.com |
| Starlite Electric LLC | 260 Main St., Suite #1, Keansburg, NJ 07734 | Robert Saul Molnar, Esq. | | 1330 Hamburg Turnpike | | Wayne | NJ | 07470 | molnarrs@aol.com |
| Starlite Electric LLC | 260 Main St., Suite #1, Keansburg, NJ 07734 | Michael S. Wernick, Esq. | | 507 Frank E. Rodgers Blvd. N. | | Harrison | NJ | 07029 | MICHAEL@WERNICK-LAW.COM |
| Surf Fire & Security, Inc. | 1433 State Route 34 South, Wall Township, NJ 07727 | Richard Fichter, President | | 1433 Highway 34 - Suite C3 | | Wall Township | NJ | 07727 | |
| U.S. Electrical Services, Inc. d/b/a Monarch Electric Company | 30 Plymouth Street, Fairfield, NJ 07004 | Nord Law | Attn: Adam Nord, Michael Nord | Turnpike Metroplex | 190 State Highway 18, Suite 201 | East Brunswick | NJ | 08816 | anord@nordlaw.legal; mnord@nordlaw.legal |
| United Rentals (North America), Inc. | Branch A122844 College Point Blvd., Flushing, NY 11354 | ANI Management Group, Inc. | Attn: Michael A. Cohen | 15 Ives Road | | Hewlett | NY | 11557 | mcohen@anicollect.com |