**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
| Debtor. | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On January 22, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on MDS Construction Corp. (MMLID# 8275523), 328 Burrs Mill Road, Southampton, NJ, 08088:

- Debtor's Motion for Entry of One or More Orders Approving Various Settlements and Compromises by and among the Debtor, Project Owners and Subcontractors and Granting Related Relief [Docket No. 631]

- Application for Order Shortening Time Period for Notice and Limiting Notice on the Debtor's Motion for Entry of One or More Orders Approving Various Settlements and Compromises by and among the Debtor, Project Owners and Subcontractors [Docket No. 632]

- Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 634]

On January 22, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Friends Carpentry & Paint LLC (MMLID# 8275546), 1254 Point Breeze Avenue, Philadelphia, PA, 19146:

- Debtor's Motion for Entry of One or More Orders Approving Various Settlements and Compromises by and among the Debtor, Project Owners, and Certain Subcontractors and Granting Related Relief [Docket No. 649]

- Application for Order Shortening Time Period for Notice and Limiting Notice on the Debtor's Motion for Entry of One or More Orders Approving Various Settlement Agreements and Compromises by and among the Debtor, Project Owners, Certain Subcontractors and Granting Related Relief [Docket No. 650]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

- Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 662]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: January 23, 2020

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 23, 2020, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

MARK M BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2018 22

2

SRF 39120