UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                   Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Kenneth A. Rosen, Esq.<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Counsel for Debtor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>■ Other: E-Mail<br>krosen@lowenstein.com<br>(As authorized by the Court or rule) |
| Arielle B. Adler, Esq.<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Counsel for Debtor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>■ Other: E-Mail<br>aadler@lowenstein.com<br>(As authorized by the Court or rule) |
| Bruce Buechler, Esq.<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Counsel for Debtor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>■ Other: E-Mail<br>bbuechler@lowenstein.com<br>(As authorized by the Court or rule) |
| Joseph J. DiPasquale, Esq.<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Counsel for Debtor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>■ Other: E-Mail<br>jdipasquale@lowenstein.com<br>(As authorized by the Court or rule) |
| Jennifer B. Kimble, Esq.<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Counsel for Debtor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>■ Other: E-Mail<br>jkimble@lowenstein.com<br>(As authorized by the Court or rule) |
| Mary E. Seymour, Esq.<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Counsel for Debtor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>■ Other: E-Mail<br>mseymour@lowenstein.com<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of United States Trustee<br>Attention: Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>■ Other: E-Mail mailto: lauren.bielskie@usdoj.gov<br>(As authorized by the Court or rule) |
| United States Department of Justice<br>Office of the United States Trustee<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102 | Office of the U.S. Trustee | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Chiesa Shahinian & Giantomasi PC<br>Attention: Robert E. Nies, Esq.<br>One Boland Drive<br>West Orange, NJ 07052 | Counsel for Arch Insurance Company and Arch Reinsurance Company | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>■ Other E-Mail rnies@csglaw.com<br>(As authorized by the Court or rule) |
| McManimon, Scotland & Baumann, LLC<br>Attention: Sam Della Fera, Jr., Esq.<br>75 Livingston Ave.<br>Roseland, NJ 07068 | Counsel for Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>■ Other: E-Mail sdellafera@msbnj.com<br>(As authorized by the Court or rule) |
| McManimon, Scotland & Baumann, LLC<br>Attention: Joshua H. Raymond, Esq.<br>75 Livingston Ave.<br>Roseland, NJ 07068 | Counsel for Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>■ Other: E-Mail jraymond@msbnj.com<br>(As authorized by the Court or rule) |
| McManimon, Scotland & Baumann, LLC<br>Attention: Anthony Sodono III, Esq.<br>75 Livingston Ave.<br>Roseland, NJ 07068 | Counsel for Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>■ Other E-Mail asodono@msbnj.com<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| McManimon, Scotland & Baumann, LLC<br>Attention: Andrea Dobin, Esq.<br>427 Riverview Plaza<br>Trenton, NJ  08511 | Counsel for Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>■ Other:  E-Mail<br>adobin@msbnj.com<br>(As authorized by the Court or rule) |
| Wasserman, Jurista & Stolz, P.C.<br>Attention: Daniel M. Stolz, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920 | Counsel for 147 Bloomfield Ave J.V. LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Riker Danzig Scherer Hyland<br>  & Perretti LLP<br>Attention: Joseph L. Schwartz, Esq.,<br>  Tara J. Schellhorn, Esq.<br>Headquarters Plaza, 1 Speedwall Ave.<br>Morristown, NJ  07962-1981 | Counsel for Newark Warehouse Urban Renewal, LLC; Newark Warehouse Redevelopment Company, LLC; and Edison Construction Management, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Greenbaum, Rowe, Smith & Davis LLP<br>Attention: David L. Bruck, Esq.<br>99 Wood Avenue South<br>Iselin, NJ  08830 | Counsel for Nomad Framing, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Rabinowitz, Lubetkin & Tully, LLC<br>Attention: Jay L. Lubetkin, Esq.<br>293 Eisenhower Parkway, Ste. 100<br>Livingston, NJ  07039 | Counsel for C. Johnson & K. Flanagan | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Wilentz, Goldman & Spitzer, P.A.<br>Attention: David H. Stein, Esq. and<br>  Meredith I. Friedman, Esq.<br>90 Woodbridge Ctr. Dr., Ste. 900, #10<br>Woodbridge, NJ  07095 | Counsel for CSC Academy | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Hill Wallack LLP<br>Attention: Michael Kahme, Esq. and Michael J. Shavel, Esq.<br>21 Roszel Road<br>Princeton, NJ 08540 | Counsel for Accordia Harrison Urban Renewal, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Capehart & Scatchard, P.A.<br>Attention: William G. Wright, Esq.<br>8000 Midlantic Dr., Ste. 300 S<br>Mt. Laurel, NJ 08054 | Counsel for Graybar Electric Company, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Schwartz Barkin & Mitchell<br>Attention: Allen J. Barkin, Esq.<br>1110 Springfield Rd.<br>PO Box 1339<br>Union, NJ 07083-1339 | Counsel for Drobach Equipment Rental Co. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Trif Law LLC<br>Attention: Greg Trif, Esq.<br>89 Headquarters Plaza<br>North Tower, Ste. 201<br>Morristown, NJ 07960 | Counsel for Sparwick Contracting, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Nicoll Davis & Spinella LLP<br>Attention: Christopher M. Santomassimo, Esq.<br>1 Gatehall Dr., Ste. 100<br>Parsippany, NJ 07054 | Counsel for Dancker | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Kroll Heineman Carton LLC<br>Attention: Seth Ptasiewicz, Esq.<br>Metro Corporate Campus I<br>99 Wood Ave. South, Ste. 307<br>Iselin, NJ 08830 | Counsel for Creditors New Jersey Building Laborers' Statewide Benefit Funds | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Broege, Neumann, Fischer & Shaver, L.L.C.<br>Attention: Peter J. Broege, Esq.<br>25 Abe Voorhees Drive<br>Manasquan, NJ  08736 | Counsel for Encon Mechanical Corp. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Arent Fox LLP<br>Attention: Robert M. Hirsh, Esq. and Mark A. Bloom, Esq.<br>1301 Avenue of the Americas, Floor 42<br>New York, NY  10019 | Counsel for SBLP Princeton, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Arent Fox LLP<br>Attention: Mary Joanne Dowd, Esq.<br>1717 K Street NW<br>Washington, DC  20006 | Counsel for SBLP Princeton, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Tesser & Cohen<br>Attention: Danielle Cohen, Esq. and Lee M. Tesser, Esq.<br>946 Main Street<br>Hackensack, NJ  07601 | Counsel for Herc Rentals, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Tesser & Cohen<br>Attention: Danielle Cohen, Esq. and Lee M. Tesser, Esq.<br>946 Main Street<br>Hackensack, NJ  07601 | Counsel for Samph Contracting, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Tesser & Cohen<br>Attention: Danielle Cohen, Esq. and Lee M. Tesser, Esq.<br>946 Main Street<br>Hackensack, NJ  07601 | Counsel for MDS Construction | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Tesser & Cohen<br>Attention: Danielle Cohen, Esq. and Lee M. Tesser, Esq.<br>946 Main Street<br>Hackensack, NJ 07601 | Counsel for Global Development Contractors, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Tesser & Cohen<br>Attention: Danielle Cohen, Esq. and Lee M. Tesser, Esq.<br>946 Main Street<br>Hackensack, NJ 07601 | Counsel for Orion Interiors, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| DL Thompson, Law, PC<br>Attention: Donna L. Thompson, Esq.<br>PO Box 679<br>Allenwood, NJ 08720 | Counsel for Prendimano Electrical Maintenance Col, Inc., t/a PEMCO | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Stanziale & Stanziale, P.C.<br>Attention: Benjamin A. Stanziale, Jr., Esq.<br>29 Northfield Ave., Ste. 201<br>West Orange, NJ 07052-5468 | Counsel for Life Town, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Greenberg Traurig, LLP<br>Attention: Alan J. Brody, Esq.<br>500 Campus Dr.<br>Forham Park, NJ 07932 | Counsel for EWA Moonachie 77, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Tesser & Cohen<br>Attention: Danielle Cohen, Esq. and Lee M. Tesser, Esq.<br>946 Main Street<br>Hackensack, NJ 07601 | Counsel for National Fireproofing & Insulation Co., Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Walsh Pizzi O'Reilly Falanga LLP<br>Attention: Sydney J. Darling, Esq. and Stephen V. Falanga, Esq.<br>Three Gateway Center<br>100 Mulberry St., 15th Fl.<br>Newark, NJ  07102 | Counsel for Fairleigh Dickinson University | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Trif Law LLC<br>Attention: Greg Trif, Esq.<br>89 Headquarters Plaza<br>North Tower, Ste. 201<br>Morristown, NJ  07960 | Counsel for Jordano Electric, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Herrick Feinstein LLP<br>Attention: Steven B. Smith, Esq.<br>Two Park Avenue<br>New York, NY  10016 | Counsel for CS Utica & Remsen LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Ciardi Ciardi & Astin<br>Attention: Albert A. Ciardi, Esq. and Nicole M. Nigrelli, Esq.<br>One Commerce Square<br>2005 Market St., Ste. 3500<br>Philadelphia, PA  19103 | Counsel for Pentel Drywall, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Ciardi Ciardi & Astin<br>Attention: Albert A. Ciardi, Esq. and Nicole M. Nigrelli, Esq.<br>One Commerce Square<br>2005 Market St., Ste. 3500<br>Philadelphia, PA  19103 | Counsel for Delcon Builders, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Pepper Hamilton LLP<br>Attention: Stephanie L. Jonaitis, Esq. and Robyn R. English-Mezzino, Esq.<br>301 Carnegie Center, Ste. 400<br>Princeton, NJ  08543-5276 | Counsel for 10 Minerva Place, L.P. and Minerva Place Housing Development Fund Corporation | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |

)

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pepper Hamilton LLP<br>Attention:  Henry J. Jaffe, Esq. and Kenneth A. Listwak, Esq.<br>Hercules Plaza<br>1313 N. Market St., Ste. 5100<br>Wilmington, DE  19801 | Counsel for 10 Minerva Place, L.P. and Minerva Place Housing Development Fund Corporation | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Cohn Lifland Pearlmanm Hermann & Knopf LLP<br>Attention:  Jeffrey W. Hermann, Esq., Andrew R. Macklin, Esq., Alex A. Pisarevsky, Esq. and Charles R. Cohen, Esq.<br>Park 80 West – Plaza One<br>250 Pehle Ave., Ste. 401<br>Saddle Brook, NJ  07663 | Counsel for Pereira Electrical Contracting, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Bridge Builders Newark, LLC<br>Attention:  Karen Marques<br>211 Warren Street<br>Newark, NJ  07103 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Rosenberg & Estis, P.C.<br>Attention:  Bryce W. Newell, Esq.<br>733 Third Ave.<br>New York, NY  10017 | Counsel for LEG Acquisition LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Larry L. Miller, Esquire<br>11722 Taneytown Pike<br>Taneytown, MD  21787 | Counsel for L & W Supply Corporation | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Hinckley, Allen & Snyder LLP<br>Attention:  Jennifer V. Doran, Esq.<br>28 State Street<br>Boston, MA  02109 | Counsel for Ocean Steel Corporation | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Skolnick Legal Group, P.C.<br>Attention: Martin P. Skolnick, Esq.<br>103 Eisenhower Parkway, Ste. 305<br>Roseland, NJ  07068 | Counsel for Stateline Fabricators, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Skolnick Legal Group, P.C.<br>Attention: Martin P. Skolnick, Esq.<br>103 Eisenhower Parkway, Ste. 305<br>Roseland, NJ  07068 | Counsel for ArchMills LLC d/b/a Arch Mills Doors and Hardware | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Blank Rome LLP<br>Attention: Adrienne C. Rogove, Esq.<br>300 Carnegie Ctr., Ste. 220<br>Princeton, NJ  08540 | Counsel for 640 Columbia Owner LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Fried Frank Harris Shriver & Jacobson LLP<br>Attention: Gary L. Kaplan, Esq.<br>One New York Plaza<br>New York, NY  10004 | Counsel for 640 Columbia Owner LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Commonwealth of Pennsylvania Dept. of Labor and Industry – Collections Support<br>Attention: Deb Secrest<br>651 Boas St., Room 925<br>Harrisburg, PA  17121 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Shain Schaffer PC<br>Attention: Marguerite M. Schaffer, Esq.<br>150 Morristown Rd., Ste. 150<br>Bernardsville, NJ  07924 | Counsel for Unique Scaffolding, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Moritt Hock & Hamroff LLP<br>Attention:  Brian P. Craig, Esq.<br>400 Garden City Plaza<br>Garden City, NY  11530 | Counsel for Fort Hill Industries, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Scura, Wigfield, Heyer, Stevens & Cammarota, LLP<br>Attention:  David E. Sklar, Esq.<br>1599 Hamburg Turnpike<br>Wayne, NJ  07470 | Counsel for Atlantic Engineering Laboratories of NY, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Brach Eichler L.L.C.<br>Attention:  Carl J. Soranno, Esq.<br>101 Eisenhower Parkway<br>Roseland, NJ  07068-1067 | Counsel for Air Group, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Warshaw Burstein, LLP<br>Attention: Grant R. Cornehls, Esq.<br>575 Lexington Ave., 7th Fl.<br>New York, NY  10022 | Counsel for Nickerson Corporation | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| NordLaw<br>Attention:  Michael J. Stafford, Esq.<br>Turnpike Metroplex, Ste. 201<br>190 State Highway 18<br>East Brunswick, NJ  08816 | Counsel for Anvil Craft Corp. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Rosenberg & Pittinsky, LLP<br>Attention:  Laurence D. Pittinsky, Esq.<br>232 Madison Ave., Ste. 906<br>New York, NY  10016 | Counsel for Boyd Mechanical, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| James J. Holman, Esq.<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | Counsel to PNC Bank, National Association | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Sommer L. Ross, Esq.<br>Duane Morris LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659 | Counsel to PNC Bank, National Association | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Walsh Pizzi O'Reilly Falanga LLP<br>Attention: Sydney J. Darling, Esq. and Stephen V. Falanga, Esq.<br>Three Gateway Center<br>100 Mulberry St., 15th Floor<br>Newark, NJ 01702 | Counsel for Schindler Elevator Corporation | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Brach Eichler L.L.C.<br>Attention: Anthony M. Rainone, Esq.<br>101 Eisenhower Parkway<br>Roseland, NJ 07068-1067 | Counsel for Industrial Maintenance Industries | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Pepper Hamilton LLP<br>Attention: Stephanie L. Jonaitis, Esq.<br>301 Carnegie Center, Ste. 400<br>Princeton, NJ 08543-5276 | Counsel for 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Westerman Ball Ederer Miller Zucker & Sharfstein, LLP<br>Attention:  Mickee M. Hennessy, Esq. and John Westerman, Esq.<br>1201 RXR Plaza<br>Uniondale, NY  11556 | Counsel for Veteran's Road SPE, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| DLA Piper LLP<br>Attention:  Daniel M. Simon, Esq. and Stuart M. Brown, Esq.<br>1201 Peachtree Street, Ste. 2800<br>Atlanta, GA  30309-3450 | Counsel for Waypoint Hackensack Urban Renewal Owner LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Connell Foley LLP<br>Attention:  Philip W. Allogramento III, Esq. and Mitchell W. Taraschi, Esq.<br>56 Livingston Ave.<br>Roseland, NJ  07068 | Counsel for FM Construction Group, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Connell Foley LLP<br>Attention:  Philip W. Allogramento III, Esq. and Mitchell W. Taraschi, Esq.<br>56 Livingston Ave.<br>Roseland, NJ  07068 | Counsel for FM Construction Group, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Cole Schotz P.C.<br>Attention: Michael D. Sirota, Esq. and Felice R. Yudkin, Esq.<br>Court Plaza North<br>25 Main St.<br>Hackensack, NJ  07601 | Counsel for Newkirk Realty LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Fox Rothschild LLP<br>Attention:  Jason C. Manfrey, Esq. and Brett Berman, Esq.<br>2000 Market St., 20th Fl.<br>Philadelphia, PA  19103-3222 | Counsel for Joffe Lumber & Supply Co., Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| McGrail & Bensinger LLP<br>Attention:  Ilana Volkov, Esq.<br>888-C 8th Ave., #107<br>New York, NY  10019 | Counsel for Kone Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| McGrail & Bensinger LLP<br>Attention:  Pearl Shah, Esq.<br>888-C 8th Ave., #107<br>New York, NY  10019 | Counsel for Kone Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| O'Toole Scrivo, LLC<br>Attention:  Joshua A. Zielinski, Esq. and R. Brant Forrest, Esq.<br>14 Village Park Road<br>Cedar Grove, NJ  07009 | Counsel for DeSesa Engineering Company, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Campbell Rocco Law, LLC<br>Attention:  Edmund J. Campbell, Jr., Esq.<br>6 Kings Highway East<br>Haddonfield, NJ  08033 | Counsel for Glass Systems Tech, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Law Offices of James C. DeZao, P.A.<br>Attention:  James C. DeZao, Esq.; Kathy Cehelsky, Esq.; and Margaret Meade, Esq.<br>322 Route 46 West, Ste. 120<br>Parsippany, NJ  07054 | Counsel for Orange County Superior Concrete | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Law Offices of James C. DeZao, P.A.<br>Attention:  James C. DeZao, Esq.; Kathy Cehelsky, Esq.; and Margaret Meade, Esq.<br>322 Route 46 West, Ste. 120<br>Parsippany, NJ  07054 | Counsel for Bel-Con Construction Services, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Stark & Stark<br>Attention:  Joseph H. Lemkin, Esq.<br>PO Box 5315<br>Princeton, NJ  08543-5315 | Counsel for High Concrete Group, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Stark & Stark<br>Attention: Joseph H. Lemkin, Esq.<br>PO Box 5315<br>Princeton, NJ 08543-5315 | Counsel for Conewago Enterprises, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Tarter Krinsky & Drogin LLP<br>Attention: Rocco A. Cavaliere, Esq.<br>1350 Broadway, 11th Floor<br>New York, NY 10018 | Counsel for Titan Industrial Services Corp. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Rivkin Radler LLP<br>Attention: Yale A. Leber, Esq.<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, NJ 07601-7082 | Counsel for RH 537 Building Owner LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Norgaard O'Boyle<br>Attention: John O'Boyle, Esq. and<br>  Brian G. Hannon, Esq.<br>184 Grand Avenue<br>Englewood, NJ 07631 | Counsel for Imperial Floors, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Florio Perrucci Steinhardt &<br>  Cappelli, LLC<br>Attention: Brian R. Tipton, Esq.<br>235 Broubalow Way<br>Phillipsburg, NJ 08865 | Counsel for State Line Construction Company, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Lawrence B. Diener, Esq.<br>25 Main Street<br>Court Plaza North, Ste. 200<br>Hackensack, NJ 07601 | Counsel for Advanced Scaffold Services LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fox Rothschild LLP<br>Attention:  Michael R. Herz, Esq.<br>49 Market Street<br>Morristown, NJ  07960 | Counsel for Troon Electric of New Jersey, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Post & Schell, P.C.<br>Attention: Brian W. Bisignani, Esq.<br>1869 Charter Lane, Suite 102<br>PO Box 10248<br>Lancaster, PA  17605-0248 | Counsel for High Concrete Group, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Rea & Associates, LLC<br>Attention:  Jeffrey J. Rea, Esq.<br>11 Broadway, 2nd Fl.<br>Clark, NJ  07066 | Counsel for City Contracting, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Post & Schell, P.C.<br>Attention: Brian W. Bisignani, Esq.<br>1869 Charter Lane, Suite 102<br>PO Box 10248<br>Lancaster, PA  17605-0248 | Counsel for Conewago Enterprises, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Trif Law LLC<br>Attention:   Greg Trif, Esq.<br>89 Headquarters Plaza<br>North Tower, Ste. 201<br>Morristown, NJ  07960 | Counsel for KR Masonry LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Scura, Wigfield, Heyer, Stevens & Cammarota, LLP<br>Attention:  David E. Sklar, Esq.<br>1599 Hamburg Turnpike<br>Wayne, NJ  07470 | Counsel for All Brands Elevator Industries, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Weltman & Moskowitz, LLP<br>Attention:  Richard E. Weltman, Esq.<br>  and Michele K. Jaspan, Esq.<br>18 Columbia Turnpike, Ste. 200<br>Florham Park, NJ  07932 | Counsel for Reliance Mechanical, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| The Kelly Firm, P.C.<br>Attention: Andrew J. Kelly, Esq.<br>1011 Highway 71, Ste. 200<br>Spring Lake, NJ 07762 | Counsel for Schnell Contracting Systems, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Cole Schotz P.C.<br>Attention: Jacob S. Frumkin, Esq.<br>25 Main Street<br>Hackensack, NJ 07601 | Counsel for Grand Maujer Development, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Law Offices of Karen Murray LLC<br>Attention: Karen M. Murray, Esq.<br>8 East Main Street<br>Moorestown, NJ 08057 | Counsel for P. Tamburri Steel LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Law Offices of Karen Murray LLC<br>Attention: Karen M. Murray, Esq.<br>8 East Main Street<br>Moorestown, NJ 08057 | Counsel for P3 Metals LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Connell Foley LLP<br>Attention: Philip William Allogramento, III, Esq. and Mitchell W. Taraschi, Esq.<br>56 Livingston Avenue<br>Roseland, NJ 07068 | Counsel for Environmental Devices, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| SM Law LLC<br>Attention: Marc D. Miceli, Esq. and Steven Mitnick, Esq.<br>PO Box 530, 49 Old Turnpike Road<br>Oldwick, NJ 08858 | Counsel for P. Cipollini, Inc. t/a Cipollini Roofing | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Buckalter, a Professional Corporation<br>Attention: Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493 | Counsel for Oracle America, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Post & Schell, P.C.<br>Attention: Brian W. Bisignani, Esq.<br>1869 Charter Lane, Suite 102<br>PO Box 10248<br>Lancaster, PA 17605-0248 | Counsel for Fabcon Precast | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Goetz Fitzpatrick LLP<br>Attention: Gary M Kushner, Esq. and Joshua G. Oberman, Esq.<br>One Penn Plaza, 31st Floor<br>New York, NY 10119 | Counsel for Infinity Painting Co., Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Kaplin Stewart Meloff Reiter & Stein, P.C.<br>Attention: Andrew B. Cohn, Esq.<br>910 Harvest Dr., PO Box 3037<br>Blue Bell, PA 19422-0765 | Counsel for Jonasz Precast, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Stark & Stark<br>Attention: Joseph H. Lemkin, Esq.<br>PO Box 5315<br>Princeton, NJ 08543-5315 | Counsel for Fabcon Precast | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Norris McLaughlin, P.A.<br>Attention: Melissa A. Pena, Esq.<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807 | Counsel for Target Fire Protection | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| GORSKI & KNOWLTON PC<br>Attention: Carol L. Knowlton, Esq.<br>311 Whitehorse Avenue, Suite A<br>Hamilton, NJ 08610 | Counsel for KSS Architects | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Frank F. Velocci<br>Drinker Biddle & Reath LLP<br>600 Campus Drive<br>Florham Park, NJ 07932 | Counsel for NSA 18th Avenue, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Lawrence B. Diener<br>Court Plaza North<br>25 Main Street Suite 200<br>Hackensack, New Jersey 07601 | Counsel for Advanced Scaffold Services LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Eric J. Hughes, Esq.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075 | Counsel for Creditor, Liberty Mutual Ins Company | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Joseph Vyzas, Esquire<br>Schiller, Pittenger & Galvin, PC<br>1771 Front Street<br>Scotch Plains, NJ 07076 | Counsel for Rexel, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Michele L. Ross, Esq.<br>M. Ross & Associates, LLC<br>440 Sylvan Avenue, Suite 220<br>Englewood Cliffs, New Jersey 07632 | Counsel for Control Services, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Charles A. Gruen, Esquire<br>381 Broadway, Suite 300<br>Westwood, NJ 07675 | Counsel for Micheals Electrical Supply Corp. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Curtiss T. Jameson, Esquire<br>1149 Bloomfield Avenue; Suite B2<br>Clifton, NJ 07012 | Counsel for C Restoration, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
| Mario A. Baelli, Esquire<br>Foster & Mazzie LLC<br>10 Furler Street<br>PO Box 209<br>Totowa, NJ 07512 | Counsel for Petitioning Creditor, 360 Fire Prevention LLC | ■Regular Mail<br>  Certified Mail/RR<br>■Notice of electronic Filing<br>■ other _____<br>(As authorized by the Court or rule) |
|  |  | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
|  |  | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
|  |  | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |
|  |  | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>■ Notice of Electronic Filing<br>☐ Other _____<br>(As authorized by the Court or rule) |