| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>LUIS GUERRERO, P.L.L.C.,<br>434 W. 33rd Street, 13th Floor<br>New York, N.Y. 10001<br>(917)997-1116<br>Luis Guerrero, Esq.<br>Attorneys for Creditor FELIX MORAN | **Order Filed on January 27, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Hollister Construction Services, L.L.C.<br><br>　　　　　　　　　　Debtor. | Case No. 19-27439 (MBK)<br><br>Chapter 11<br><br>Hearing Date: 01/16/20<br><br>Re: Docket No. 695 |

# ORDER GRANTING MOTION OF FELIX MORAN FOR STAY RELIEF

The relief set forth on the following page, numbered 2, is hereby **ORDERED.**

**DATED: January 27, 2020**

　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

37322/2
01/15/2020 **205698842.1**

Page: 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Granting Motion of Felix Moran for Stay Relief

_____

**THIS MATTER** having been opened to the Court by Luis Guerrero, Esq. of the firm of Luis Guerrero, P.L.L.C.C., attorneys for Felix Moran ("Moran"), seeking relief from the automatic stay of section 362(a) of the Bankruptcy Code to continue with litigation against Hollister Construction Services, LLC ("Hollister" or the "Debtor") for alleged personal injuries pending in the Supreme Court of the State of New York, County of Bronx, Index Number 3318/19 (the "New York State Court Litigation"), and the Court having jurisdiction to enter this Order, and the Debtor having agreed to the entry of this Order, and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. The automatic stay of section 362(a) of the Bankruptcy Code be, and hereby is, modified to allow Moran to prosecute the New York State Court Litigation against Hollister and other non-debtor parties solely up to the policy limits of all available liability insurance covering the Debtor.

2. Moran waives any right to recover or seek to recover any deductible from the Debtor, and Moran waives his right to file or assert any claim or proof of claim against the Debtor and its estate. Any proof of claim filed by Moran against the Debtor and its estate will deemed expunged and disallowed.

3. Counsel for Moran shall serve a copy of this Order upon all parties in this matter within three (3) days of the entry of this Order.