**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

---

**MONTHLY FEE STATEMENT OF McMANIMON, SCOTLAND & BAUMANN, LLC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC, FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

---

                  **McMANIMON, SCOTLAND & BAUMANN, LLC**
                  *Attorneys for Official Committee of Unsecured*
                  *Creditors of Hollister Construction Services, LLC*

        By:      */s/ Sam Della Fera, Jr.*
                Sam Della Fera, Jr.

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

Creditors' Committee - Hollister          CLIENT #        00016030-00001
Construction Services, LLC                INVOICE #       168478
                                          INVOICE DATE:   January 24, 2020

                                          BILLING REF:    SDF


### INVOICE SUMMARY

For professional services rendered through 12/31/19, in connection
with the matter titled:

### Committee Representation


          TOTAL FEES                        44390.00
          TOTAL DISBURSEMENTS ADVANCED       1180.41
          **TOTAL FOR INVOICE**             **45570.41**


McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jan 24, 2020      PAGE    2


                    PROFESSIONAL SERVICES RENDERED

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12/02/19 | SDF | Review e-mail from Debtor's counsel regarding proposed settlement of preference claim against Direct Cabinet Sales. | .20 | 95.00 |
| 12/02/19 | SDF | Telephone call from B. Katz regarding independent manager agreement. | .20 | 95.00 |
| 12/02/19 | SDF | Review and analyze proposed form of independent manager agreement between Debtor and B. Katz and form of Debtor's resolution. | .40 | 190.00 |
| 12/02/19 | SDF | Review motion of Interlink Transport Technologies for stay relief, related application, and order shortening time. | .30 | 142.50 |
| 12/02/19 | SDF | Review motion of Herc Rentals to compel payment of administrative claim. | .30 | 142.50 |
| 12/02/19 | SDF | Review and revise schedule of pending and completed matters. | .40 | 190.00 |
| 12/02/19 | SDF | E-mails with Debtor's counsel regarding Debtor's retention of independent manager, revised agreement, and status of bank negotiations. | .30 | 142.50 |
| 12/02/19 | SBP | Update chart with motions and applications | .20 | 55.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN      75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jan 24, 2020      PAGE    3

| | | | | |
|---|---|---|---|---|
| 12/03/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 12/03/19 | SDF | Review e-mail from counsel for Interlink Transport Technologies regarding stay relief motion. | .10 | 47.50 |
| 12/03/19 | SDF | Telephone call from J. Holman regarding status of settlement proposal from Bank. | .20 | 95.00 |
| 12/03/19 | SDF | Review e-mails from counsel for Debtor and PNC Bank regarding pending matters. | .20 | 95.00 |
| 12/03/19 | SDF | Review and analyze settlement proposal from Bank. | .50 | 237.50 |
| 12/03/19 | SDF | Conference call with A. Calascibetta, B. Anderson, and J. Raymond (part) regarding settlement proposal from Bank. | .70 | 332.50 |
| 12/03/19 | SDF | Review Debtor's filed amended creditor matrix and order respecting same. | .30 | 142.50 |
| 12/03/19 | JHR | Telephone call with T. Calascibetta, W. Pederson and S Della Fera re settlement proposal from PNC. | .60 | 285.00 |
| 12/03/19 | SDF | E-mails with Debtor's counsel regarding adjournment of Committee's motion to compel discovery. | .20 | 95.00 |
| 12/03/19 | SDF | Confer with J. Raymond regarding pending matters. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN       75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jan 24, 2020      PAGE    4

| | | | |
|---|---|---:|---:|
| 12/03/19 | SDF | Review Debtor's second omnibus motion to reject executory contracts and leases and related application shortening time for hearing. | .40 | 190.00 |
| 12/03/19 | SDF | E-mails with I. Volkov regarding case status. | .20 | 95.00 |
| 12/03/19 | SDF | E-mails with Debtor's counsel regarding unfiled preference actions. | .20 | 95.00 |
| 12/04/19 | SDF | Review e-mails from EisnerAmper regarding discussion points for M. Jacoby; call with EisnerAmper regarding same. | .50 | 237.50 |
| 12/04/19 | SDF | Review filed order shortening time for hearing on Debtor's second omnibus motion to reject contracts and leases. | .10 | 47.50 |
| 12/04/19 | SDF | Review e-mail from Prime Clerk and Debtor regarding unpaid September and October invoices. | .20 | 95.00 |
| 12/04/19 | SDF | E-mails with Committee regarding B. Katz agreement, special counsel retention, and other pending matters. | .50 | 237.50 |
| 12/04/19 | SDF | Confer with J. Raymond regarding matters scheduled for 12/9 hearing. | .40 | 190.00 |
| 12/04/19 | SDF | Review Debtor's application to retain special counsel to prosecute preference actions. | .40 | 190.00 |
| 12/04/19 | SDF | Review request for adjournment of Committee's motion to compel discovery from Debtor. | .10 | 47.50 |

MS&B    McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jan 24, 2020       PAGE    5

| | | | |
|---|---|---:|---:|
| 12/04/19 SDF | Follow-up call with EisnerAmper regarding their call with M. Jacoby for PNC Bank. | .60 | 285.00 |
| 12/04/19 SDF | Review and analyze schedules of insider transfers and preferences waived by project settlements, from M. Jacoby. | .40 | 190.00 |
| 12/04/19 SDF | Review and reply to e-mail from Debtor's counsel to court regarding matters scheduled for hearing on 12/9 and status; send e-mail to J. Raymond regarding same. | .20 | 95.00 |
| 12/04/19 JHR | With Doug Fisher from Selective Insurance regarding insurance claim and deadline for filing Proof of claim. | .10 | 47.50 |
| 12/04/19 JHR | Review of motion pending for hearing to be covered on December 9, 2019. | .30 | 142.50 |
| 12/04/19 SBP | Update chart with motions and applications | .20 | 55.00 |
| 12/04/19 LD | Prepare second adjournment request for Committee's motion to compel; send e-mail to Judge Kaplan regarding same. | .20 | 25.00 |
| 12/05/19 SBP | Update chart with motions and applications | .20 | 55.00 |
| 12/05/19 JHR | Reviewed status of pending motions, reviewed amended schedules. | .20 | 95.00 |
| 12/05/19 JHR | Conference call with committee members to discuss motions and possible settlement with PNC Bank. | 1.10 | 522.50 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jan 24, 2020      PAGE   6

| | | | |
|---|---|---|---|
| 12/05/19 AS1 | Analyze Order on Creditors' Motion, Creditors' Committee Minutes, Order rejecting leases, Motion extending time, removal actions. order shortening time, Scaffolding adversary, Joffe Lumber response, case update, motion to compel, lift stay, sixth omnibus objection | 2.70 | 1282.50 |
| 12/05/19 SDF | E-mails with Committee regarding call today and related matters. | .20 | 95.00 |
| 12/05/19 SDF | Review amended motion of Herc Rentals to compel payment of administrative expense claim. | .20 | 95.00 |
| 12/05/19 SDF | Telephone calls with EisnerAmper regarding PNC Bank's settlement proposal, analysis and proposed counter-offer. | 1.40 | 665.00 |
| 12/05/19 SDF | Review updated Bank settlement term sheet and comments from EisnerAmper; prepare for call with Committee. | .40 | 190.00 |
| 12/05/19 SDF | Conference call with counsel for PNC Bank, M. Jacoby, and EisnerAmper. | .50 | 237.50 |
| 12/05/19 SDF | Follow-up call from A. Calascibetta regarding Committee's counter-proposal to PNC Bank and related matters. | .40 | 190.00 |
| 12/05/19 AS1 | Review Hollister status update/docket | .50 | 237.50 |
| 12/05/19 SDF | Review revised October invoice and November invoice of ordinary course professional Hedinger & Lawless PC. | .30 | 142.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

---

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jan 24, 2020     PAGE   7

| | | | |
|---|---|---|---|
| 12/05/19 SDF | Review Debtor's objection to motion of 360 Fire Prevention for stay relief. | .20 | 95.00 |
| 12/05/19 SDF | Review e-mail from M. Jacoby regarding week 10 scorecard of Debtor's cash disbursements. | .20 | 95.00 |
| 12/05/19 SDF | Conference call with Committee regarding PNC Bank's settlement proposal and other pending matters. | 1.30 | 617.50 |
| 12/05/19 SDF | Review opposition filed by Lifetown, Inc. to motion of 360 Fire Prevention for relief from stay. | .20 | 95.00 |
| 12/05/19 SDF | Review court's determination of adjournment request on Committee's motion to compel discovery from Debtor. | .10 | 47.50 |
| 12/05/19 SDF | E-mails with J. Holman regarding call today. | .20 | 95.00 |
| 12/05/19 SDF | Telephone call to L. Bielskie regarding U.S. Trustee's motion to compel Debtor to amend schedules and to extend bar date and other pending matters. | .30 | 142.50 |
| 12/05/19 SDF | Review e-mail from court regarding 12/9/19 hearing (no appearances). | .10 | 47.50 |
| 12/05/19 SDF | Confer with J. Raymond regarding call with Committee today, bank settlement proposal, and other pending matters. | .30 | 142.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**    McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jan 24, 2020      PAGE    8

| | | | |
|---|---|---|---|
| 12/05/19 | SDF | E-mails with Debtor's counsel regarding status of settlement negotiations with bank and other pending matters. | .30    142.50 |
| 12/06/19 | SDF | Telephone call with B. Katz regarding proposed form of agreement with Debtor. | .20     95.00 |
| 12/06/19 | SDF | Draft Committee's settlement counter-proposal to PNC Bank; send e-mail to Committee regarding same. | 1.20    570.00 |
| 12/06/19 | SDF | Review and revise Committee minutes from yesterday's meeting. | .20     95.00 |
| 12/06/19 | SDF | Review filed certificate of no objection to firm's October monthly fee statement. | .10     47.50 |
| 12/06/19 | SDF | Review and reply to e-mail from M. Jacoby regarding Bank's adequate protection lien analysis and settlement negotiations. | .30    142.50 |
| 12/06/19 | SDF | E-mails with Debtor's counsel regarding B. Katz agreement. | .20     95.00 |
| 12/06/19 | SDF | Telephone call with EisnerAmper and J. Raymond regarding Committee's settlement counter-proposal. | .80    380.00 |
| 12/06/19 | JHR | Revised and edited minutes from Committee Conference call. Discussed settlement option with S. Della Fera. | .40    190.00 |
| 12/06/19 | SBP | Update chart with motions and applications | .10     27.50 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jan 24, 2020      PAGE    9

| | | | |
|---|---|---|---|
| 12/06/19 JHR | Conference call with Tony Calascibetta and S Della Fera re revising settlement terms with PNC. | .70 | 332.50 |
| 12/09/19 SBP | Update chart with motions and applications | .20 | 55.00 |
| 12/09/19 SDF | Telephone call from J. Holman regarding status of settlement negotiations, hearing this week, and related matters. | .20 | 95.00 |
| 12/09/19 SDF | E-mails with Committee regarding settlement counter-proposal to Bank; revise counter-proposal per same. | 1.10 | 522.50 |
| 12/09/19 AS1 | Review Order extending time; Monthly Staffing and Compensation Report; review Meridia arbitration | .80 | 380.00 |
| 12/09/19 SDF | Review Debtor's filed amended notice of commencement of case. | .20 | 95.00 |
| 12/09/19 SDF | Review Debtor's proposed form of stipulation nd consent order for rejection of Vestry contract; e-mails with M. Seymour regarding same. | .40 | 190.00 |
| 12/09/19 SDF | Review Debtor's application and proposed form of consent order among parties in Meridia Transit Plaza Urban Renewal Dover granting stay relief. | .40 | 190.00 |
| 12/09/19 SDF | Review filed order enlarging period within which Debtor may remove actions. | .10 | 47.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jan 24, 2020      PAGE   10

| | | | |
|---|---|---|---|
| 12/09/19 SDF | Review October monthly staffing and compensation report filed by 10X CEO Coaching. | .30 | 142.50 |
| 12/09/19 SDF | Telephone calls and e-mails with Debtor's counsel regarding engagement of B. Katz. | .40 | 190.00 |
| 12/09/19 SDF | E-mails with J. Holman regarding Committee's settlement counter-proposal. | .30 | 142.50 |
| 12/09/19 SDF | Review U.S. Trustee's filed certification concerning order to be submitted regarding motion for amended schedules and extended bar date. | .10 | 47.50 |
| 12/09/19 SDF | Review withdrawal of cross-motion by 147 Bloomfield Ave. JV to Joffe Lumber's motion. | .10 | 47.50 |
| 12/10/19 SDF | Review filed order extending claims bar date and compelling Prime Clerk to renotice case to creditors. | .20 | 95.00 |
| 12/10/19 SDF | Review and revise Committee's objection to Parkland Group's fee application. | .90 | 427.50 |
| 12/10/19 SDF | Review e-mail to court from Debtor's counsel and attached proposed order resolving motion of Stateline Fabricators for stay relief. | .20 | 95.00 |
| 12/10/19 SDF | Telephone call from K. Rosen regarding status of Bank settlement negotiations and other pending matters. | .30 | 142.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jan 24, 2020     PAGE  11

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/10/19 | SDF | Telephone call from J. Holman regarding status of Bank settlement negotiations, cash collateral, hearing on 12/12, and other pending matters. | .20 | 95.00 |
| 12/10/19 | SDF | Telephone call to A. Calascibetta regarding Bank settlement negotiations and other pending matters. | .20 | 95.00 |
| 12/10/19 | SDF | Review e-mail from Debtor's counsel regarding proposed form of eighth interim cash collateral order; review proposed order. | .30 | 142.50 |
| 12/10/19 | SDF | Review e-mail from J. Holman regarding cash collateral and case status issues. | .10 | 47.50 |
| 12/10/19 | AS1 | Analyze numerous settlements/orders, cash collateral; lift stay | 1.20 | 570.00 |
| 12/10/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 12/11/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 12/11/19 | JHR | Reviewed status of motions and settlement with PNC and scheduled call with Judge Kaplan regarding PNC's alleged lien on avoidance actions and the amount. Reviewed Objection to Parkland Fee Application. | .60 | 285.00 |
| 12/11/19 | AS1 | Analyze Stateline Fabricators motion/order; review motion agenda; analyze Declaration in further support of cash collateral order/8th interim order | .90 | 427.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**   McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jan 24, 2020      PAGE   12

| | | | |
|---|---|---:|---:|
| 12/11/19 SDF | Review e-mail to court from Debtor's counsel regarding revised form of order for retention of SM Law as special counsel; review filed order. | .30 | 142.50 |
| 12/11/19 SDF | Prepare for hearing tomorrow. | .40 | 190.00 |
| 12/11/19 SDF | E-mails with Debtor's counsel regarding further adjournment of Committee's motion to compel discovery from Debtor/Paul Belair. | .20 | 95.00 |
| 12/11/19 SDF | Telephone call from Debtor's counsel regarding proposed form of eighth interim cash collateral order. | .10 | 47.50 |
| 12/11/19 SDF | Telephone call from A. Calascibetta and B. Pederson regarding discussion of Committee's counter-proposal with M. Jacoby. | .70 | 332.50 |
| 12/11/19 SDF | Review declaration of M. Higgins in support of Debtor's application to pay prepetition amount due to independent contractor. | .20 | 95.00 |
| 12/11/19 SDF | Review Debtor's application for entry of consent order authorizing rejection of contract with 147 Bloomfield Ave. JV and granting stay relief, proposed order, and e-mail to court. | .20 | 95.00 |
| 12/11/19 SDF | Confer with J. Raymond regarding hearing tomorrow, settlement conference call with court, and other pending matters. | .30 | 142.50 |

MS&B   McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jan 24, 2020      PAGE   13

12/11/19 SDF  Review Debtor's filed notice of          .20      95.00
              filing of proposed form of eighth
              interim cash collateral order.

12/11/19 SDF  Review Debtor's filed notice of          .20      95.00
              agenda of matters scheduled for
              hearing tomorrow.

12/11/19 SDF  Review e-mails from counsel for          .20      95.00
              Debtor, U.S. Trustee, Arch and Bay
              Street/Minerva entities regarding
              cash collateral order.

12/11/19 SDF  E-mails and telephone call from J.       .30     142.50
              Holman regarding hearing tomorrow,
              status of cash collateral, request
              for settlement conference with Judge
              Kaplan, and related matters.

12/11/19 SDF  Review follow-up e-mails from            .20      95.00
              Debtor's counsel regarding form of
              consent order and application
              granting limited stay relief in
              Meridia arbitration.

12/11/19 SDF  Send e-mail to court requesting          .50     237.50
              status/settlement conference among
              Committee, PNC Bank and Debtor;
              telephone call and e-mail from court
              regarding same.

12/11/19 SDF  Review e-mails from counsel for          .20      95.00
              Stateline Fabricators and court
              regarding hearing tomorrow on stay
              relief motion.

12/11/19 SDF  Telephone call from U.S. Trustee         .30     142.50
              attorneys regarding Debtor's
              agreement to engage B. Katz as
              independent manager.

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jan 24, 2020      PAGE   14

| | | | |
|---|---|---|---|
| 12/12/19 SDF | Review Debtor's notice of filing of independent manager agreement and related resolution. | .30 | 142.50 |
| 12/12/19 SDF | Review and analyze Debtor' motion to approve sale of equity and settlement agreement among Debtor and MLK project parties, related application to shorten time, and filed order. | .50 | 237.50 |
| 12/12/19 SDF | Review and analyze Debtor's motion to approve settlements with Umdasch/Doka, Saxum, 40 Beechwood, and ECP, application to shorten time for hearing, and filed order. | .90 | 427.50 |
| 12/12/19 SDF | Review filed stipulation and consent order authorizing rejection of contract with 147 Bloomfield Ave JV LLC and granting stay relief. | .10 | 47.50 |
| 12/12/19 SDF | Review filed order vacating stay in favor of Stateline Fabricators and e-mail to court from Debtor's counsel regarding revised form of order. | .20 | 95.00 |
| 12/12/19 SDF | Review filed order authorizing Debtor to reject certain contracts and leases and enter into lease agreement. | .10 | 47.50 |
| 12/12/19 SDF | Review filed order granting second omnibus motion authorizing Debtor to reject certain contracts and leases. | .10 | 47.50 |
| 12/12/19 SDF | Review filed eighth interim cash collateral order. | .10 | 47.50 |
| 12/12/19 SDF | Return call to Debtor's counsel regarding pending matters. | .40 | 190.00 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN     75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jan 24, 2020      PAGE   15

| | | | |
|---|---|---|---|
| 12/12/19 | SDF | Travel to and from hearing in Bankruptcy Court. | 2.50 | 1187.50 |
| 12/12/19 | SDF | Attend and appear at hearing in Bankruptcy Court on various motions and applications. | 2.00 | 950.00 |
| 12/12/19 | SDF | Review Prime Clerk's invoice through November and related correspondence. | .20 | 95.00 |
| 12/12/19 | JHR | Finalized objection to Parkland Fee Application and organized filing. | .40 | 190.00 |
| 12/12/19 | JHR | Reviewed status of various motions and status of settlement negotiations with PNC. | .20 | 95.00 |
| 12/12/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 12/13/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 12/13/19 | AS1 | Analyze Statewide Fabricators, motion to reject, 9019 MLK, cash collateral order, and all exhibits | 1.60 | 760.00 |
| 12/13/19 | SDF | Review filed revised order granting stay relief to Satellite Fabricators LLC. | .10 | 47.50 |
| 12/13/19 | SDF | Review e-mail from B. Buechler responding to Committee's objection to fee application of The Parkland Group. | .20 | 95.00 |
| 12/13/19 | SDF | Review proposed form of order granting Debtor's wage motion supplement regarding payment of prepetition amount to independent contractor, and related e-mail to | .20 | 95.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**    McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jan 24, 2020      PAGE  16

| | | | |
|---|---|---|---|
| | court; review filed order. | | |
| 12/13/19 SDF | Review and analyze Debtor's motion to approve settlements with 345 Main Street and Accordia/Hub at Harrison project owners, along with application to shorten time for hearing. | .50 | 237.50 |
| 12/13/19 SDF | E-mails with J. Schwartz and Committee regarding Debtor's filing of B. Katz's engagement letter and related matters. | .20 | 95.00 |
| 12/16/19 SDF | Participate in case settlement conference call with court, counsel for PNC Bank, and Debtor's counsel. | .50 | 237.50 |
| 12/16/19 SDF | Confer with J. Raymond regarding status of Bank settlement negotiations, 12/19 hearing, and other pending matters. | .20 | 95.00 |
| 12/16/19 SDF | Review Debtor's filed Amendment to Schedule F; compare to original. | .30 | 142.50 |
| 12/16/19 SDF | E-mails with Committee regarding case status and call tomorrow. | .60 | 285.00 |
| 12/16/19 SDF | Review and reply to e-mail form K. Rosen regarding B. Katz's involvement in non-insider receivables collection. | .20 | 95.00 |
| 12/16/19 SDF | Review and analyze November monthly staffing report of 10X CEO Coaching. | .30 | 142.50 |
| 12/16/19 SDF | Review and reply to e-mail from J. Lemkin, counsel for unsecured creditor, regarding case status. | .20 | 95.00 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jan 24, 2020     PAGE   17

| 12/16/19 SDF | Telephone calls from J. Holman regarding settlement negotiations between Bank and Committee and chart of parties' respective proposals. | .30 | 142.50 |
| 12/16/19 SDF | Review filed order shortening time for hearing on Debtor's motion to approve settlements with 345 Main Street and Accordia/Hub at Harrison project owner and subcontractors. | .10 | 47.50 |
| 12/16/19 SDF | Review request for further adjournment of Committee's motion to compel discovery from Debtor and court's notice of determination of request. | .20 | 95.00 |
| 12/16/19 SDF | Review Debtor's motion to extent plan exclusivity period and time to assume or reject leases. | .40 | 190.00 |
| 12/16/19 SBP | Update chart with motions and applications | .20 | 55.00 |
| 12/16/19 JHR | Conference call with Judge Kaplan, Counsel for the Debtor and PNC regarding general outline of settlement terms being negotiated by and between PNC and the Committee and status of Motion to Convert. | .60 | 285.00 |
| 12/16/19 JHR | Telephone call with J. Haddad and forwarded her and her counsel a copy of the Motion to approve settlement with Hub at Harrison Project. | .40 | 190.00 |
| 12/16/19 LD | Prepare third adjournment request for Committee's motion to compel; send e-mail to Judge Kaplan regarding same. | .20 | 25.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jan 24, 2020    PAGE  18

| | | | | |
|---|---|---|---|---|
| 12/17/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 12/17/19 | AS1 | Review Monthly Staffing and Compensation Report | .20 | 95.00 |
| 12/17/19 | JHR | Conference call with Committee members. | 1.10 | 522.50 |
| 12/17/19 | SDF | Review Debtor's filed notice of agenda of matters scheduled for hearing on 12/19/19. | .20 | 95.00 |
| 12/17/19 | SDF | Telephone call from I. Volkov regarding follow-up to Committee call today. | .30 | 142.50 |
| 12/17/19 | SDF | Follow-up call with EisnerAmper regarding pending matters. | .20 | 95.00 |
| 12/17/19 | SDF | Review filed order granting motion of Advanced Scaffold Services Mid-Atlantic. | .10 | 47.50 |
| 12/17/19 | SDF | Telephone call with EisnerAmper regarding proposed chart describing respective settlement proposals of Bank and Committee, and related matters. | 1.40 | 665.00 |
| 12/17/19 | SDF | E-mails with Debtor's counsel regarding Committee's position on matters scheduled for hearing this week and Debtor's response. | .50 | 237.50 |
| 12/17/19 | SDF | Prepare for conference call with Committee today. | .40 | 190.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jan 24, 2020    PAGE  19

| | | |
|---|---:|---:|
| 12/17/19 SDF Conference call with Committee regarding matters scheduled for hearing on 12/19, status of settlement negotiations with Bank, and other pending matters. | 1.10 | 522.50 |
| 12/17/19 SDF Telephone call from J. Boyle regarding creditor client's concern with Debtor's pending settlement motions. | .60 | 285.00 |
| 12/17/19 SDF Review e-mail to court from Debtor's counsel and attached proposed revised and agreed order resolving motion of Advanced Scaffold Mid-Atlantic. | .20 | 95.00 |
| 12/17/19 SDF E-mails with J. Holman regarding draft form of chart describing status of settlement discussions. | .40 | 190.00 |
| 12/17/19 SDF Telephone call with B. Buechler regarding matters scheduled for hearing on 12/19 and Committee's concerns and requests for information. | .70 | 332.50 |
| 12/18/19 SDF E-mails with J. Holman regarding chart describing settlement proposals of Bank and Committee; e-mails with court and Debtor's counsel regarding same. | .40 | 190.00 |
| 12/18/19 SDF Review filed order respecting Debtor's amendments to schedules. | .10 | 47.50 |
| 12/18/19 SDF Review e-mail from Debtor's counsel and proposed form of ninth interim cash collateral order; send e-mail to counsel regarding Committee's comments; review Arch's comments. | .40 | 190.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN     75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jan 24, 2020     PAGE  20

| | | | |
|---|---|---|---|
| 12/18/19 SDF | Review and revise minutes of Committee meeting yesterday. | .20 | 95.00 |
| 12/18/19 SDF | Review and analyze limited objection of Joffe Lumber to Debtor's motion to approve settlement with Accordia/HUB at Harrison owner and subcontractors. | .30 | 142.50 |
| 12/18/19 SDF | Review Debtor's notice of filing of proposed form of ninth interim cash collateral order. | .20 | 95.00 |
| 12/18/19 SDF | Prepare for hearing tomorrow. | .50 | 237.50 |
| 12/18/19 SDF | Review and analyze loan documents between Debtor and Saxum Real Estate Companies, from Debtor's counsel. | .40 | 190.00 |
| 12/18/19 SDF | Review and analyze opposition filed by Imperial Flooring to Debtor's motion to approve settlement with Accordia/HUB at Harrison owner and subcontractors. | .30 | 142.50 |
| 12/18/19 SDF | Telephone call to L. Bielskie regarding hearing tomorrow and other pending matters. | .30 | 142.50 |
| 12/18/19 SDF | E-mails with counsel for Arch regarding cash collateral and adjournment of motion to approve settlements with Saxum/40 Beechwood/ECP. | .20 | 95.00 |
| 12/18/19 SDF | Telephone call from B. Buechler regarding matters scheduled for hearing tomorrow. | .60 | 285.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN      75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jan 24, 2020     PAGE  21

| | | | |
|---|---|---|---|
| 12/18/19 SDF | Telephone call from EisnerAmper regarding hearing tomorrow and related matters. | .30 | 142.50 |
| 12/18/19 SDF | Send e-mails to Committee regarding status of matters scheduled for hearing tomorrow. | .60 | 285.00 |
| 12/18/19 SDF | E-mails with Debtor's counsel regarding hearing tomorrow and related matters. | .30 | 142.50 |
| 12/18/19 SDF | Review Debtor's motion to approve settlement with Newkirk Realty Urban Renewal and for rejection of certain contracts, application and order shortening time. | .40 | 190.00 |
| 12/18/19 SBP | Update chart with motions and applications | .20 | 55.00 |
| 12/18/19 AS1 | Analyze 9019 settlement, Newkirk, wages, Batalli, 360 Fire, Accordia settlement and opposition; review cash collateral, 70 MLK sale | .80 | 380.00 |
| 12/19/19 SBP | Update chart with motions and applications | .20 | 55.00 |
| 12/19/19 JHR | Reviewed correspondence from committee memebers and their counsel with regard to status of settlement with PNC and correspodence form PNC and Debtor | .40 | 190.00 |
| 12/19/19 JHR | Reviewed settlement options with PNC, reviewed status of court's approval of various settlement on projects and reviewed need for subpoenas to be drafted. | .40 | 190.00 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN           75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jan 24, 2020      PAGE   22

| | | |
|---|---|---|
| 12/19/19 SDF Travel to and from Bankruptcy Court for settlement conference and hearing. | 2.80 | 1330.00 |
| 12/19/19 SDF Attend and appear at settlement conference and hearing on various matters. | 3.80 | 1805.00 |
| 12/19/19 SDF Review e-mail from counsel for Herc Rentals and attached proposed form of order granting stay relief in part. | .20 | 95.00 |
| 12/19/19 SDF Review e-mail to court from Debtor's counsel regarding revised form of order approving settlement with and sale to 306 MLK, LLC; review filed order. | .20 | 95.00 |
| 12/19/19 SDF Review filed ninth interim cash collateral order. | .10 | 47.50 |
| 12/19/19 SDF Confer with J. Raymond regarding outcome of settlement conference and hearing today, and next steps. | .40 | 190.00 |
| 12/19/19 SDF Review e-mail to court from Debtor's counsel regarding proposed form of order approving settlement with Umdasch owner and subs. | .20 | 95.00 |
| 12/20/19 SDF E-mails with Debtor's counsel requesting information regarding Saxum loan and related settlements. | .20 | 95.00 |
| 12/20/19 SDF Review filed stipulation nd consent order authorizing rejection of Debtor's contract with 147 Bloomfield Avenue JV and granting stay relief. | .10 | 47.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jan 24, 2020      PAGE   23

| | | | |
|---|---|---|---|
| 12/20/19 SDF | Review Debtor's motion for determination that certain creditors violated stay, and certain post-petition construction liens are void; review application and order shortening time. | .40 | 190.00 |
| 12/20/19 SDF | Review e-mail from B. Buechler regarding documents related to formation of JB70 and Debtor's acquisition of interest in 306 MLK. | .50 | 237.50 |
| 12/20/19 SDF | Review filed order approving Debtor's settlement with Umdasch/Doka project owners and subcontractors. | .10 | 47.50 |
| 12/20/19 SDF | Review e-mail from Debtor's counsel regarding comments to Herc Rentals' proposed form of order granting stay relief; related e-mails. | .20 | 95.00 |
| 12/20/19 SDF | Telephone call with EisnerAmper regarding Bank settlement agreement terms and related issues. | .70 | 332.50 |
| 12/20/19 SDF | Confer with J. Raymond regarding Rule 2004 discovery from Debtor's principals. | .30 | 142.50 |
| 12/20/19 SDF | Telephone call from Committee member Sanray Construction regarding settlement issues. | .20 | 95.00 |
| 12/20/19 SDF | Review motion of Felix Moran to prosecute personal injury claim against Debtor in state court to extent of liability insurance coverage. | .20 | 95.00 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jan 24, 2020      PAGE   24

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/20/19 | JHR | Reviewed motion determining that certain creditors have violated the automatic stay. | .20 | 95.00 |
| 12/20/19 | JHR | Drafted various 2004 Subpoenas | 1.90 | 902.50 |
| 12/20/19 | JHR | Call with S. Della Fera, T. Calascibetta and W. Pederson re possible revised settlement terms with PNC. | .70 | 332.50 |
| 12/20/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 12/20/19 | AS1 | Review stay violations Order Shortening Time; analyze financials | .70 | 332.50 |
| 12/23/19 | AS1 | Analyze miscellaneous settlements and Order Shortening Time | .60 | 285.00 |
| 12/23/19 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 12/23/19 | SDF | Review filed order granting in part motion of Herc Rentals for stay relief. | .10 | 47.50 |
| 12/23/19 | SDF | Review and analyze Debtor's motion to approve settlements with Mercedes-Benz and Mid-Atlantic Mechanical, related deposition, and order shortening time. | .50 | 237.50 |
| 12/24/19 | SDF | Review Debtor's filed operating reports for October and November; send e-mail to EisnerAmper regarding same. | .40 | 190.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

MS&B    McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jan 24, 2020      PAGE   25

| | | | | |
|---|---|---|---|---|
| 12/24/19 | SDF | Review November prebill for monthly fee statement; review November fee statement for filing. | .40 | 190.00 |
| 12/24/19 | SDF | Review e-mail from B. Buechler regarding adjournment of hearing on proposed settlement with Saxum, 40 Beechwood and ECP. | .10 | 47.50 |
| 12/24/19 | SDF | Review Debtor's reply to Committee's objection to fee application of The Parkland Group. | .20 | 95.00 |
| 12/24/19 | AS1 | Analyze Operating Reports for October and November; review objections; review objection to Parkland fees | 1.10 | 522.50 |
| 12/26/19 | LD | Prepare and e-file MSB's monthly fee statement for November 2019. | .20 | 25.00 |
| 12/26/19 | SDF | Review court's determination of request to adjourn hearing on motion of Herc Rentals to compel payment of administrative claim. | .10 | 47.50 |
| 12/26/19 | SDF | Review court's determination of adjournment request for hearing on Debtor's motion to approve settlements with Saxum, 40 Beechwood and ECP. | .10 | 47.50 |
| 12/26/19 | SDF | Review letter form J. Schwartz to M. Durkin regarding construction lien claim of Dehn Bros. Fire Protection against Newark Warehouse entities. | .20 | 95.00 |
| 12/26/19 | SDF | Review and revise form of Rule 2004 subpoena to Debtor's principals. | .20 | 95.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

MS&B   MCMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jan 24, 2020      PAGE  26


12/26/19 SDF Draft Committee's limited objection          .30      142.50
             to October and November monthly
             invoices filed by 10X CEO Consulting.

12/30/19 SDF Review Debtor's filed agenda for             .20       95.00
             1/2/20 hearing.

12/30/19 SDF Confer with J. Raymond regarding Rule        .20       95.00
             2004 subpoenas to Debtor's
             principals; review e-mail to
             Committee regarding same.

12/30/19 SDF E-mails with counsel for Debtor and          .20       95.00
             PNC Bank regarding status of
             settlement negotiations and
             conference with court.

12/30/19 SDF Review notice of court's                     .10       47.50
             determination of adjournment request
             for Herc Rentals' motion for stay
             relief.

12/30/19 SDF Review objection filed by Newark             .40      190.00
             Warehouse entities to Debtor's motion
             for determination that certain
             construction lien creditors violated
             the automatic stay.

12/30/19 SDF Review letter and Rule 2004 subpoenas        .30      142.50
             to Debtor's principals; related
             e-mails with Debtor's counsel.

12/30/19 JHR Revised and edited Subpoeans and            1.60      760.00
             cover letters drafted to C. Johnson,
             J. Furey, M Higgins, B. Murray and K.
             Flanagan and organized service of
             same.

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jan 24, 2020      PAGE   27

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/30/19 | JHR | Correspondence to and from Debtor's counsel regarding Subpoena served on Debtor's Principals. | .10 | 47.50 |
| 12/31/19 | SDF | Review U.S. Trustee's informal objection to Prime Clerk's November invoice, and Prime Clerk's reply e-mail. | .20 | 95.00 |
| 12/31/19 | SDF | Prepare for 1/2/20 hearing. | .50 | 237.50 |
| 12/31/19 | SDF | Review motion of Myrage LLC, Debtor's Jersey City landlord, for stay relief. | .30 | 142.50 |
| 12/31/19 | SDF | Review Debtor's third omnibus motion to reject certain contracts and leases. | .30 | 142.50 |
| 12/31/19 | SDF | Review joinder by Mercedes-Benz to Debtor's motion to approve settlement. | .10 | 47.50 |
| 12/31/19 | SDF | Review joinder by Mercedes-Benz to Debtor's motion for determination that certain construction lien claimants violated the stay. | .10 | 47.50 |

TOTAL FEES:                                           95.20   44390.00

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 12/31/19 | Inside Duplicating | | 308.20 |
| 12/31/19 | Postage | | 52.15 |
| 09/24/19 | Travel/Parking Expenses | Travel/Parking Expenses-Sam DellaFera tolls and travel Roseland-Trenton-Roseland (140 miles @ .58/mile) to attend Court hearing | 87.20 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

MS&B    McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jan 24, 2020    PAGE  28


| | | |
|---|---|---|
| 10/08/19 Travel/Parking Expenses | Travel/Parking Expenses-Sam DellaFera tolls and travel Roseland-Trenton-Roseland (140 miles @ .58/mile) to attend court hearing | 8.20 |
| 10/17/19 Travel/Parking Expenses | Travel/Parking Expenses-Sam DellaFera tolls and travel Roseland-Trenton-Roseland (140 miles @ .58/mile) to attend court hearing | 87.20 |
| 10/22/19 Travel/Parking Expenses | Travel/Parking Expenses-Sam DellaFera tolls and travel Roseland-Trenton-Roseland (140 miles @ .58/mile) to attend court hearing | 87.20 |
| 10/30/19 Travel/Parking Expenses | Travel/Parking Expenses-Sam DellaFera travel Roseland-Hollister-Roseland (17 miles @ .58/mile) to attend meeting | 9.86 |
| 11/07/19 Travel/Parking Expenses | Travel/Parking Expenses-Sam DellaFera tolls and travel Roseland-Trenton-Roseland (140 miles @ .58/mile) to attend Court Hearing | 87.20 |
| 11/15/19 Travel/Parking Expenses | Travel/Parking Expenses-Sam DellaFera tolls and travel Roseland-Trernton-Roseland (140 miles @ .58/mile) to attend Courth hearing | 87.20 |
| 11/21/19 Travel/Parking Expenses | Travel/Parking Expenses-Sam DellaFera tolls and travel Roseland-Trenton-Roseland (140 miles @ .58/mile) to | 87.20 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jan 24, 2020     PAGE  29

|  |  |  |  |
|---|---|---|---|
|  |  | attend Court hearing |  |
| 12/12/19 | Travel/Parking Expenses | Travel/Parking Expenses-Sam DellaFera tolls and travel Roseland-Trenton-Roseland (140 miles @ .58/mile) to attend Court hearing | 87.20 |
| 12/19/19 | PACER | PACER  4th Qtr 2019 | 104.40 |
| 12/19/19 | Travel/Parking Expenses | Travel/Parking Expenses-Sam DellaFera tolls and travel Roseland-Trenton-Roseland (140 miles @ .58/mile) to attend Court hearing | 87.20 |

TOTAL DISBURSEMENTS                                               1180.41

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York