**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | |
| **HOLLISTER CONSTRUCTION SERVICES, LLC,**[1] | Chapter 11 |
| Debtor. | Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 29, 2020 AT 10:00 A.M. (ET)**

**CONTINUED MATTERS**

1. Motion of Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) for Entry of an Order (I) Granting It Relief from the Automatic Stay to Terminate Construction Contract, or in the Alternative, (II) Compelling the Debtor to Immediately Reject the Construction Contract [Docket No. 591; Filed 12/2/19]

    Related Documents:

    a)  Application for Order Shortening Time [Docket No. 592; Filed 12/2/19]

    b)  Order Granting Application to Shorten Time [Docket No. 593; Entered 12/2/19]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
01/28/2020 205793081.4

    c)    Certificate of Service [Docket No. 595; Filed 12/2/19]

    d)    Determination of Adjournment Request (Granted) [Docket No. 866; Filed 1/28/20]

Objection Deadline: Objections may be presented at the hearing.

Responses Received:

    e)    None.

Status: The Debtor and Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) have agreed to adjourn this evidentiary hearing on the Motion while they continue settlement discussions. This matter is continued to the hearing on February 13, 2020 at 10:00 a.m. (ET).

2. Motion to Compel Debtor and Paul Belair to Respond to and Comply With Rule 2004 Subpoenas [Docket No. 395; Filed 10/31/19]

Related Documents:

    a)    Certificate of Service [Docket No. 414; Filed 11/5/19]

    b)    Determination of Adjournment Request (Granted) [Docket No. 490; Filed 11/12/19]

    c)    Determination of Adjournment Request (Granted) [Docket No. 604; Filed 12/5/19]

    d)    Determination of Adjournment Request (Granted) [Docket No. 663; Filed 12/16/19]

Objection Deadline: Originally, November 14, 2019 at 4:00 p.m. (ET).

Responses Received:

    e)    See Debtor's Objection to Cross-Motion of the Official Committee of Unsecured Creditors to Convert Debtor's Case to Chapter 7 [Docket No. 418; Filed 11/6/19] at pages 3-5.

Status: This motion will either be adjourned or withdrawn by the Committee.

**UNCONTESTED MATTERS GOING FORWARD**

3. Debtor's Motion for Entry of an Order Approving the Settlement and Compromise By and Among the Debtor, Sunstone Hotels Morristown, LLC and Viking Demolition, Inc. Pursuant to Fed. R. Bankr. P. 9019 and For the Rejection of Certain Executory Contracts [Docket No. 825; Filed 1/17/20]

Related Documents:

a) Application for Order Shortening Time [Docket No. 826; Filed 1/17/20]

b) Order Granting Application to Shorten Time [Docket No. 827; Entered 1/17/20]

c) Affidavit of Service [Docket No. 843; Filed 1/22/20]

Objection Deadline: Objections may be presented at the hearing.

Responses Received:

d) No objections received to date.

Status: This matter is going forward.

Dated: January 28, 2020

**LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (pro hac vice)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*