| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**PEPPER HAMILTON LLP**<br>Stephanie L. Jonaitis<br>jonaitis@pepperlaw.com<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543-5276<br>Telephone: (609) 452-0808<br>Facsimile:  (609) 452-1147<br><br>*Attorneys for 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation* |

| | |
|---|---|
| In Re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC[1] | Case No.:   19-27439 (MBK)<br><br>Chapter:     11<br><br>Judge:        Michael B. Kaplan |

**WITHDRAWAL OF APPEARANCE AND *PRO HAC VICE* ADMISSION OF EVELYN J. MELTZER, ESQ.**

Please take notice that attorney Evelyn J. Meltzer, Esq., who was admitted *pro hac vice* in the above-captioned matter, hereby withdraws as counsel for 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation in the above mentioned matter.

Date: January 28, 2020

                                                                                        *by: /s/ Stephanie L. Jonaitis*
                                                                                        Stephanie L. Jonaitis
                                                                                        **PEPPER HAMILTON LLP**
                                                                                        301 Carnegie Center, Suite 400
                                                                                        Princeton, NJ 08543-5276
                                                                                        Telephone: (609) 452-0808
                                                                                        jonaitis@pepperlaw.com

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

#56759620 v1