| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>LUIS GUERRERO, P.L.L.C.,<br>434 W. 33rd Street, 13th Floor<br>New York, N.Y. 10001<br>(917)997-1116<br>Luis Guerrero, Esq.<br>Attorneys for Creditor FELIX MORAN |
| In re:<br><br>Hollister Construction Services, L.L.C.<br><br>                Debtor. |

**Order Filed on January 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 19-27439 (MBK)

Chapter 11

Hearing Date: 01/16/20

Re: Docket No. 695

## ORDER GRANTING MOTION OF FELIX MORAN FOR STAY RELIEF

The relief set forth on the following page, numbered 2, is hereby **ORDERED.**

**DATED: January 27, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

37322/2
01/15/2020 **205698842**.1

Page: 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Granting Motion of Felix Moran for Stay Relief

---

**THIS MATTER** having been opened to the Court by Luis Guerrero, Esq. of the firm of Luis Guerrero, P.L.L.C.C., attorneys for Felix Moran ("Moran"), seeking relief from the automatic stay of section 362(a) of the Bankruptcy Code to continue with litigation against Hollister Construction Services, LLC ("Hollister" or the "Debtor") for alleged personal injuries pending in the Supreme Court of the State of New York, County of Bronx, Index Number 3318/19 (the "New York State Court Litigation"), and the Court having jurisdiction to enter this Order, and the Debtor having agreed to the entry of this Order, and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. The automatic stay of section 362(a) of the Bankruptcy Code be, and hereby is, modified to allow Moran to prosecute the New York State Court Litigation against Hollister and other non-debtor parties solely up to the policy limits of all available liability insurance covering the Debtor.

2. Moran waives any right to recover or seek to recover any deductible from the Debtor, and Moran waives his right to file or assert any claim or proof of claim against the Debtor and its estate. Any proof of claim filed by Moran against the Debtor and its estate will deemed expunged and disallowed.

3. Counsel for Moran shall serve a copy of this Order upon all parties in this matter within three (3) days of the entry of this Order.

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                                Case No. 19-27439-MBK
Hollister Construction Services, LLC                                  Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jan 27, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2020.
db             +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2020 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0