UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

**OKIN HOLLANDER LLC**
Paul S. Hollander, Esq.
Margreta M. Morgulas, Esq.
Glenpointe Centre West, 2nd Floor
500 Frank W. Burr Blvd.
Teaneck, New Jersey 07666
(201) 947-7500
phollander@okinhollander.com
mmorgulas@okinhollander.com

*Counsel to 3L & Company, Inc.*

| In Re: | Case No.: 19-27439 (MBK) |
|---|---|
| | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, INC., | |
| | Judge: Hon. Michael B. Kaplan |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF 3L & COMPANY, INC.

3L & Company, Inc. by and through its undersigned counsel, hereby withdraws its Proof

of Claim against Hollister Construction Services, Inc. filed January 17, 2020 in the amount of

$189,930.85 and assigned Claim No. 505 by the claims agent for the above-captioned debtor and

debtor-in-possession, Prime Clerk.


Dated: January 31, 2020                           /s/ Margreta M. Morgulas
                                        Margreta M. Morgulas, Esq.
                                        Okin Hollander LLC
                                        Glenpointe Centre West, 2nd Floor 500
                                        Frank W. Burr Blvd.
                                        Teaneck, New Jersey 07666
                                        (201) 947-7500
                                        mmorgulas@okinhollander.com

                                        *Counsel to 3L & Company, Inc.*