| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 | |
| **LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and Debtor-in-Possession* | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>**JAN 29 2020**<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY_____DEPUTY |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

## ORDER GRANTING DEBTOR'S MOTION TO APPROVE OF A SETTLEMENT AGREEMENT BY AND BETWEEN HOLLISTER CONSTRUCTION SERVICES, LLC, SAF 40 BEECHWOOD, LLC AND CERTAIN SUBCONTRACTORS

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

*/s/ Michael B. Kaplan*
MICHAEL B. KAPLAN, USBJ

1/29/20

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
01/28/2020 205511762.1

Page: 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: *Order Granting Debtor's Motion to Approve of a Settlement Agreement By and Between Hollister Construction Services, LLC, SAF 40 Beechwood, LLC and certain subcontractors*

---

**THIS MATTER** having been opened to the Court upon the Motion of the above-captioned debtor-in-possession (the "Debtor") seeking the entry of an order approving of a Settlement Agreement by and between the Hollister Construction Services, LLC, (the "Debtor"), SAF 40 Beechwood, LLC ("40 Beechwood"), and certain subcontractors (the "Settlement Agreement"), a copy of which is attached as Exhibit C to the Motion, pursuant to section 363 of the Bankruptcy Code and Fed. R. Bankr. P. 6004 and 9019 (the "Motion")[2]; and the Court having considered the Motion and any objections filed thereto, and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the Motion is determined to be a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtor, its estate and creditors; and the Court having conducted a hearing on the Motion on January 29, 2020, at which time the Court heard and considered all oral argument of counsel; and good and sufficient notice of the Motion having been provided to all interested parties, and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. The Settlement Agreement is hereby approved.

3. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and the Settlement Agreement.

---

[2] Capitalized terms not defined in this Order shall have the meaning ascribed to them in the Settlement Agreement.

Page: 3
Debtors: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: *Order Granting Debtor's Motion to Approve of a Settlement Agreement By and Between Hollister Construction Services, LLC, SAF 40 Beechwood, LLC and certain subcontractors*

---

4. The Order shall be effective immediately upon its entry and the stay imposed by Bankruptcy Rule 6004(h) or any other Rule is hereby waived.

5. The Court shall retain exclusive jurisdiction to hear and decide any and all disputes or issues related to or arising from the implementation, interpretation or enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-27439-MBK
Hollister Construction Services, LLC                                   Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin            Page 1 of 1            Date Rcvd: Jan 29, 2020
                       Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2020.
db             +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2020 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0