| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br><br> **ARENT FOX LLP** <br><br> 1301 Avenue of the Americas, Floor 42 <br> New York, NY 10019 <br> Tel: (212) 484-3900 <br> Fax: (212) 484-3990 <br> ERIC BIDERMAN, ESQ. <br> (eric.biderman@arentfox.com) <br> MARK A. BLOOM, ESQ. <br> (mark.bloom@arentfox.com) <br><br> 1717 K Street NW <br> Washington, DC 20006 <br> Tel: (202) 857-6000 <br> Fax: (202) 857-6395 <br> MARY JOANNE DOWD, ESQ. <br> (mary.dowd@arentfox.com) <br><br> *Counsel for SBLP Princeton, LLC, a Delaware limited liability company* | |
| In Re: <br><br> **HOLLISTER CONSTRUCTION SERVICES, LLC,** <br><br> Debtor. | Case No.: 19-27439 <br><br> Chapter 11 <br><br> The Honorable Michael B. Kaplan |

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Eric Biderman will be substituted as attorney of record for SBLP Princeton, LLC, a Delaware limited liability company, a creditor in this case.[1]

Date: February 3, 2020

/s/ Robert M. Hirsh
Signature of Former Attorney

Date: February 3, 2020

/s/ Eric Biderman
Signature of Substituted Attorney[2]

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.