**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

COHEN, SEGLIAS, PALLAS, GREENHALL, & FURMAN, P.C.
By:  Michael F. McKenna, Esq. (NJ Bar ID: 29351980)
     Alex F. Spilberg, Esq. (NJ Bar ID: 024862011)
     Jeffrey P. Valacer, Esq. (NJ Bar ID: 157842015)
mmckenna@cohenseglias.com
aspilberg@cohenseglias.com
jvalacer@cohenseglias.com
ONE NEWARK CENTER
1085 Raymond Boulevard, 21st Floor
Newark, New Jersey 07102
P. (973) 474 – 5003
*Attorneys for Creditor MixOnSite USA, Inc.*
Caption in Compliance with D.N.J. LBR 9004-1

| In re: | **Chapter 11** |
|---|---|
| HOLLISTER CONSTRUCTION SERVICES, LLC | **Case No. 19-27439 (MBK)** |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **JANUARY 24, 2020** Creditor MixOnSite USA, Inc.'s: (1) Motion for Relief from Stay with all supporting documents, and (2) Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice was served: (i) via notice of electronic filing on all parties who have requested to receive electronic notice pursuant to Bankruptcy Rule 2002, and/or (ii) via electronic mail, on the following Interested Parties in accordance with the Court's January 24, 2020 Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice:

1) Lauren Bielskie, Esq.
   OFFICE OF THE UNITED STATES TRUSTEE
   One Newark Center
   1085 Raymond Boulevard, Suite 2100
   Newark, NJ 07102

2) Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, NJ 07068
*Counsel for Debtor Hollister Construction Services, LLC*

3) Joseph L. Schwartz, Esq.
Tara J. Schellhorn, Esq.
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962
*Counsel for Newark Warehouse Urban Renewal, LLC and Newark Warehouse Development Company, LLC*

4) Jeffrey J. Rea, Esq.
Rea & Associates, LLC
11 Broadway, 2nd Floor
Clark, New Jersey 07066
*Attorneys for City Contracting, Inc.*

5) Michele L. Ross, Esq.
M. Ross & Associates, LLC
440 Sylvan Avenue,
Suite 220
Englewood Cliffs, NJ 07632
*Attorneys for Control Services, LLC*

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

*/s/ Jeffrey P. Valacer*
Jeffrey P. Valacer

Dated: February 5, 2020

5995542.1 55534-0001                               2