**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

COHEN, SEGLIAS, PALLAS, GREENHALL, & FURMAN, P.C.
By:   Michael F. McKenna, Esq. (NJ Bar ID: 29351980)
      Alex F. Spilberg, Esq. (NJ Bar ID: 024862011)
      Jeffrey P. Valacer, Esq. (NJ Bar ID: 157842015)
mmckenna@cohenseglias.com
aspilberg@cohenseglias.com
jvalacer@cohenseglias.com
ONE NEWARK CENTER
1085 Raymond Boulevard, 21st Floor
Newark, New Jersey 07102
P. (973) 474 – 5003
*Attorneys for Creditor MixOnSite USA, Inc.*
Caption in Compliance with D.N.J. LBR 9004-1

| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 19-27439 (MBK)**<br><br>**<u>NOTICE OF APPEARANCE</u>** |
|---|---|

**TO THE CLERK OF COURT:**

Kindly enter the appearance of **Alex F. Spilberg** in the above-captioned action on behalf of Creditor MixOnSite USA, Inc. Counsel requests that all notices, filings, and other papers served or required to be served in this action be given to and served upon the undersigned at the address stated below.

By: */s/ Alex F. Spilberg, Esq.*
Alex F. Spilberg, Esq. (NJ Bar ID: 024862011)
COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.
One Newark Center
1085 Raymond Boulevard, 21st Floor
Newark, NJ 07102
Tel: (973) 474-5003
E-mail: jvalacer@cohenseglias.com
*Attorneys for Creditor MixOnSite USA, Inc.*

**DATED: FEBRUARY 5, 2020**

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, a true and correct copy of the attached Notice of Appearance was served via the Court's electronic case filing system upon counsel.

**COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.**

By: */s/ Jeffrey P. Valacer*
    Jeffrey P. Valacer, Esq. (NJ Attorney ID: 157842015)
    COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.
    One Newark Center
    1085 Raymond Boulevard, 21st Floor
    Newark, NJ 07102
    Tel: (973) 474-5003
    E-mail: jvalacer@cohenseglias.com
    *Attorneys for Creditor MixOnSite USA, Inc.*

**DATED: FEBRUARY 5, 2020**