| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Hearing Date: <u>2/6/20 at 10:00 a.m.</u><br><br>Judge: <u>Kaplan</u> |

## ADJOURNMENT REQUEST

1.   I, <u>Arielle B. Adler</u>, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "<u>Debtor</u>"), hereby request an adjournment of the following hearing for the reason set forth below.

   Matters:

   *(i) Herc Rentals, Inc.'s Amended Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C § 503(b)(1)(A)* [Docket Nos. 607 (amended) and 546 (original)]; and

   *(ii) Motion of Herc Rentals, Inc. for Entry of an Order (1) Lifting the Automatic Stay Pursuant to 11 U.S.C. §362 and (2) Permitting Herc Rentals, Inc. to Remove Its Property from Various Projects* [Docket No. 368]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Current Hearing Date: February 6, 2020 at 10:00 a.m. (ET).

Objection deadline: January 30, 2019 at 12:00 p.m.

New Hearing Date Requested: February 13, 2020 at 10:00 a.m.

Reason for adjournment request: The parties are working to reach a resolution of these motions without incurring the expense of litigation.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: 2/5/2020                                          /s/ Arielle B. Adler
                                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 2/13/2020 at 10:00 am        ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**