UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on February 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Hollister Construction Services, LLC

| | |
|---|---|
| Case No.: | 19-27439 |
| Adv. No.: | |
| Hearing Date: | 2/6/2020 |
| Judge: | Michael B. Kaplan |

# ORDER GRANTING MOTION FOR ENTRY OF AN ORDER, PURSUANT TO LOCAL BANKRUPTCY RULE 9010-2(b), TO WITHDRAW AS ATTORNEY OF RECORD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 6, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.M.J. LBR 9004-2(c) <br> DLA PIPER LLP (US) <br> Stuart M. Brown, Esquire <br> 1201 North Market Street, Suite 2100 <br> Wilmington, Delaware 19801 <br> Telephone:    (302) 468-5700 <br> Facsimile:    (302)394-2341 <br><br> *Attorney for Waypoint Hackensack Urban Renewal Owner LLC* | |
| In re: <br><br> HOLLISTER CONSTRUCTION SERVICES, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-27439-MBK |

### ORDER GRANTING MOTION FOR ENTRY OF AN ORDER, PURSUANT TO LOCAL BANKRUPTCY RULE 9010-2(b), TO WITHDRAW AS ATTORNEY OF RECORD

Upon the *Motion for Entry of an Order, Pursuant To Local Bankruptcy Rule 9010-2(b), to Withdraw as Attorney of Record* (the "Motion");[1] the Court having reviewed the Motion; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion was sufficient under the circumstances, and the Court having found and determined that the relief sought in the Motion is appropriate, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED**, that the Motion is granted as provided herein; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

**ORDERED**, that Attorney Simon, Attorney Brown, and the firm of DLA Piper LLP (US) are withdrawn as attorneys of record on behalf of Waypoint Hackensack Urban Renewal Owner LLC; and it is further

**ORDERED** that Attorney Simon and Attorney Brown shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.