# STANZIALE & STANZIALE

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

---

BENJAMIN A. STANZIALE (1965-1998)
BENJAMIN A. STANZIALE, JR.
ben@stanzialelaw.com

29 NORTHFIELD AVENUE, SUITE 201
WEST ORANGE, NJ 07052

TELEPHONE: (973) 731-9393
FAX:   (973) 731-9401

February 7, 2020

**VIA ECF & EMAIL**
Honorable Michael B. Kaplan, U.S.B.J.
U.S. Bankruptcy Court
402 East State Street
Trenton, New Jersey    08608

    **Re:**    **Debtor:  Hollister Construction Services, LLC**
          **Ch. 7; Case No.  19-27439-MBK**

Dear Judge Kaplan:

    This firm represents Lifetown, Inc. in the above matter.

    I am in receipt of the proposed Order with regard to the stay motion filed by 360 Fire Prevention, LLC which is filed as Document # 910 on the docket. Kindly accept this letter as an objection to the entry of this order.

    Subsequent to Your Honor's orally granting of this Stay Motion back in December 2019, Newark Warehouse Urban Renewal, LLC, filed a Motion to determine if certain parties violated the Automatic Stay (Document # 740). The most recent submission in support of the Motion of Newark Warehouse (Document # 913) makes the same arguments made on behalf of Lifetown, Inc. in opposition to the Stay Motion filed by 360 Fire Prevention, LLC.

    Accordingly it is respectfully requested the Court not enter the Order on the Motion of 360 Fire Prevention until the Court rules on the Motion of Newark Warehouse since, depending upon the outcome of the Newark Warehouse Motion there may be inconsistent orders regarding the Automatic Stay in this case.

                Respectfully submitted,
                **STANZIALE & STANZIALE, P.C.**

                /s/ Benjamin A. Stanziale, Jr.
                Benjamin A. Stanziale, Jr.

BAS,Jr/bas,III
CC: Mario Batelli, Esq. (via ECF)