**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| **HOLLISTER CONSTRUCTION SERVICES, LLC**,[1] | Case No. 19-27439 (MBK) |
| Debtor. | Objection Deadline: March 2, 2020 at 4:00 p.m. |

**MONTHLY STAFFING AND COMPENSATION REPORT
OF 10X CEO COACHING, LLC FOR THE PERIOD
JANUARY 1 THROUGH JANUARY 31, 2020**

In accordance with the *Final Order Authorizing Debtor to (i) Employ and Retain 10X CEO Coaching, LLC and (ii) Designate Paul Belair as Chief Restructuring Officer for the Debtor Effective as of the Petition Date* entered on January 17, 2020 [Docket No. 823], 10X CEO Coaching, LLC ("10X"), hereby submits its Monthly Staffing and Compensation Report (the "Staffing Report") for the period of January 1 through January 31, 2020 (the "Compensation Period").

During the Compensation Period, 10X incurred $29,535.00 in fees and $0.00 in expenses for a total amount of $29,535.00 as reflected in the attached exhibits.

Dated:  February 7, 2020

                                          10X CEO Coaching, LLC
                                          P.O. Box 5117
                                          Youngstown, Ohio 44515

                                          */s/ Paul Belair*
                                          By:  Paul Belair
                                                Chief Executive Officer

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2

# EXHIBITS

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of 10X CEO Coaching, LLC for the period of January 1 through January 31, 2020.

**Exhibit A  - Summary of Compensation and Expenses**

**Exhibit B  - Summary of Fees and Hours by Professional and
             Description of Responsibilities of Professional**

**Exhibit C  - Summary of Expenses**

## EXHIBIT "A"

**Hollister Construction Services, LLC**
**Summary of Compensation and Expenses**
**January 1 through January 31, 2020**

| | |
|---|---|
| **Professional Fees:** | **$29,535.00** |
| (All professional services were rendered by Paul Belair) | |
| **Expenses:** | **$      0.00** |
| **Total Invoice:** | **$29,535.00** |

**EXHIBIT "B"**

**Hollister Construction Services, LLC**
**Summary of Fees and Hours by Professional and**
**Description of Responsibilities of Professional**
**January 1 through January 31, 2020**



P.O. Box 5117
Youngstown, OH 44515

**Paul J. Belair's Time For January 2020**

| Date: | Description: | Total Min @$550/hr | Total $: |
|---|---|---|---|
| 1/2/20 | Call w/Sam Perrotta & Sean Camo Re: SAXUM Settlement Agreement Reconciliation | 0.3 | $165.00 |
| | Call w/Sean Camo Re: SAXUM Settlement Agreement Reconciliation | 0.1 | $55.00 |
| | Call w/Sam Perrotta Re: FDU Exhibit A Changes | 0.1 | $55.00 |
| | Call w/Michael Jacoby Re: Status of Case | 0.1 | $55.00 |
| | Call w/Sean Camo Re: SAXUM Settlement Agreement Reconciliation | 0.1 | $55.00 |
| | Review SAXUM Settlement Agreement Reconciliation & Call w/Sean Camo | 0.4 | $220.00 |
| | Review Interest Calculation on SAXUM Settlement Agreement Inter Company Debt | 0.3 | $165.00 |
| | Review Email to Michael Jacoby Re: SAXUM Settlement Agreement | 0.2 | $110.00 |
| | | **1.6** | **$880.00** |
| 1/3/20 | Call w/Sam Perrotta Re: Delta Bushwick & FDU Settlement Agreement's | 0.1 | $55.00 |
| | Call w/Sean Camo Re: Status Tracker Development | 0.1 | $55.00 |
| | Call w/Sam Perrotta Re: FDU Settlement Changes | 0.1 | $55.00 |
| | Call w/Sean Camo to Review Status Tracker | 0.3 | $165.00 |
| | Call w/Sam Perrotta to Finalize FDU Numbers | 0.1 | $55.00 |
| | Working Reply to Michael Jacoby Email Re: Status of Several Settlement Agreement's | 0.3 | $165.00 |
| | Identify Gross Preference's for FDU & Send to Mary Seymour | 0.2 | $110.00 |
| | Review FDU Exhibits & Sign Off | 0.3 | $165.00 |
| | | **1.5** | **$825.00** |
| 1/6/20 | Call w/Sean Camo Re: Go Forward Job Tracker Status | 0.1 | $55.00 |
| | Call w/Sam Perrotta Re: Michael Jacoby FDU Question | 0.1 | $55.00 |
| | Call w/Sean Camo Re: This Weeks Cash Flow Scorecard | 0.1 | $55.00 |

| Date: | Description: | Total Min @$550/hr | Total $: |
|---|---|---|---|
| | Call w/Vince Solano Re: Latitude Construction Progress | 0.1 | $55.00 |
| | Joint Call w/Lowenstein/Hollister on Status of Settlement Agreement's | 0.5 | $275.00 |
| | Call w/Chris Johnson & Sam Perrotta Re: Ironside Claim | 0.3 | $165.00 |
| | Read & Review Latitude Settlement Agreement & Conversation w/Vince Solano & Email to Hollister Team | 0.6 | $330.00 |
| | | **1.8** | **$990.00** |
| 1/7/20 | Numerous Calls w/Sean Camo to Review 26 Week Cash | 0.7 | $385.00 |
| | Call w/Sam Perrotta to Review Delta Bushwick's Settlement Agreement | 0.1 | $55.00 |
| | Call w/Sam Perrotta to Review FDU Settlement Agreement & Cash Flow | 0.1 | $55.00 |
| | Call w/Michael Jacoby to Discuss Status of Case | 0.2 | $110.00 |
| | Call w/Steven Mitnick to Discuss Preference Actions | 0.1 | $55.00 |
| | Call w/Sean Camo to Discuss Preference Information | 0.1 | $55.00 |
| | Call w/Carmen Katz Re: CCO on Fees | 0.1 | $55.00 |
| | Call w/Ken Rosen Re: Status of Case | 0.3 | $165.00 |
| | Call w/Chris Johnson to Review Status of Case | 0.3 | $165.00 |
| | | **2.0** | **$1,100.00** |
| 1/8/20 | Call w/Sean Camo Re: Preference Tracking | 0.2 | $110.00 |
| | Call w/Sam Perrotta Re: Delta Bushwick Final Analysis | 0.1 | $55.00 |
| | Call w/Sean Camo to Discuss 1 Week Cash Flow Forecast | 0.1 | $55.00 |
| | Call w/Steven Mitnick Re: Preference Claims | 0.2 | $110.00 |
| | Research Other Preference Potential w/respect to Imperial Floors & Advice Steven Mitnick Accordingly | 0.5 | $275.00 |
| | Review 1 Week Cash Flow For the Next CCA | 0.4 | $220.00 |
| | Internal Call w/Hollister Team on Status of Each Matter | 1 | $550.00 |
| | Call w/Sean Camo & Jennifer Kimble Re: CCO | 0.2 | $110.00 |
| | Call w/Sean Camo Re: His To Do's For Tomorrow | 0.1 | $55.00 |
| | Joint Lowenstein/Hollister Team Call to Review Status of Settlement Agreement's | 0.6 | $330.00 |
| | Call w/Sean Camo to Review 26 Week Cash Flow | 0.1 | $55.00 |
| | | **3.5** | **$1,925.00** |
| 1/9/20 | Review 26 Week Cash Flow including Call w/Sean Camo & Email w/Jennifer Kimble | 0.7 | $385.00 |
| | Call w/Sean Camo & Jennifer Kimble Re: 26 Week Cash Flow | 0.3 | $165.00 |
| | Call w/Sean Camo to Review 26 Week Cash Flow | 0.9 | $495.00 |
| | Call w/Michael Jacoby to Review Status of Case | 0.6 | $330.00 |

| Date: | Description: | Total Min @$550/hr | Total $: |
|---|---|---|---|
| | Call w/Chris Johnson to Review Outcome from Hearing | 0.4 | $220.00 |
| | Call w/Sean Camo, Sam Perrotta & Michael Ochs to Review A/R Collections | 0.9 | $495.00 |
| | Call w/Jennifer Kimble to Review 26 Week Cash Flow | 0.2 | $110.00 |
| | Call w/Jennifer Kimble & Sean Camo Re: 26 Week Cash Flow | 0.2 | $110.00 |
| | Call w/Chris Johnson & Sean Camo Re: Weekly Staffing | 0.8 | $440.00 |
| | | **5.0** | **$2,750.00** |
| | | | |
| 1/10/20 | Review Outstanding SUBS for the HUB Settlement Agreement & Correspondence w/Chris Johnson & Dana | 0.6 | $330.00 |
| | Review SAXUM Charges & Respond to Bruce Buechler's Questions | 0.6 | $330.00 |
| | Call w/Sean Camo Re: Preference Master Sheet | 0.1 | $55.00 |
| | Call w/Mary Seymour Re: HUB Settlement Agreement SUB Signatures | 0.2 | $110.00 |
| | Call w/Sean Camo Re: 26 Week Cash Flow Review | 0.4 | $220.00 |
| | Call w/Mary Seymour & Hollister Team Re: HUB Settlement Agreement SUB Signatures | 0.5 | $275.00 |
| | Call w/Michael Ochs Re: Ironside Settlement & Discussions | 0.3 | $165.00 |
| | Read & Review the Ironside Analysis | 0.4 | $220.00 |
| | Read & Review the Preference Analysis | 0.6 | $330.00 |
| | Call w/Chris Johnson Re: Status of Case | 0.4 | $220.00 |
| | | **4.1** | **$2,255.00** |
| | | | |
| 1/13/20 | Call w/Sean Camo to Discuss Changes to the 26 Week Cash Flow | 0.6 | $330.00 |
| | Call w/Lowenstein Re: Delta Bushwick Settlement | 0.1 | $55.00 |
| | Call w/Arielle Adler Re: Preference Claims | 0.1 | $55.00 |
| | Call w/Jennifer Kimble Re: 26 Week Cash Flow | 0.1 | $55.00 |
| | Review 26 Week Cash Flow Changes Requested by Jennifer Kimble | 1.2 | $660.00 |
| | Call w/Bruce Buechler Re: SAXUM Settlement Agreement | 0.1 | $55.00 |
| | Internal Hollister Team Call to Review Status of Settlement Agreement's | 0.6 | $330.00 |
| | Call w/Sam Perrotta Re: Delta Bushwick Settlement Agreement | 0.1 | $55.00 |
| | Call w/Sam Perrotta Re: Delta Bushwick Settlement Agreement | 0.1 | $55.00 |
| | Joint Lowenstein/Hollister Call to Review Settlement Agreement Status | 0.6 | $330.00 |
| | Call w/Sean Camo to Discuss Preference's | 0.1 | $55.00 |

| Date: | Description: | Total Min @$550/hr | Total $: |
|---|---|---|---|
| | Call w/Sean Camo to Answer Jennifer Kimble Questions on the 26 Week Cash Flow | 0.1 | $55.00 |
| | Call w/Arielle Adler & Steven Mitnick Re: Preferences | 0.1 | $55.00 |
| | Call w/Arielle Adler Re: Preference | 0.1 | $55.00 |
| | | **4.0** | **$2,200.00** |
| 1/14/20 | Review Steven Mitnick's Additional Preference List | 0.6 | $330.00 |
| | Call w/Sean Camo to Review 26 Week Cash Flow | 0.1 | $55.00 |
| | Call w/Ken Rosen to Discuss Case Strategy | 0.2 | $110.00 |
| | Call w/Sean Camo to Review 25 Preference Claim Targets | 0.3 | $165.00 |
| | Prepare for A SAXUM Call w/Michael Jacoby & VCC | 0.5 | $275.00 |
| | Call w/Michael Jacoby & UCC Re: SAXUM | 0.6 | $330.00 |
| | Respond to VCC Questions Re: SAXUM & Call w/Chris Johnson to Discuss SAXUM | 0.3 | $165.00 |
| | Call w/Chris Johnson to Discuss SAXUM | 0.1 | $55.00 |
| | Call w/Sean Camo to Review 11th CCO | 0.1 | $55.00 |
| | | **2.8** | **$1,540.00** |
| 1/15/20 | Work on Reviewing Priority, ADMIN & 503(b)(9) Claims & Call w/Michael Jacoby Re: Same | 1.3 | $715.00 |
| | Research & Report on SAXUM, 40 Beachwood & ECP Preferences, Strategy & Calls w/Mary Seymour & Chris Johnson Re: Same | 0.6 | $330.00 |
| | Call w/Sean Camo Re: Preference Tracker | 0.1 | $55.00 |
| | Call w/Steven Mitnick Re: Preferences | 0.1 | $55.00 |
| | Review Total 90 Day Payments For Additional Preference Claim Possibilities Per Steven Mitnick's Recommendation | 0.8 | $440.00 |
| | Call w/Chris Johnson & Michael Ochs to Review Claims | 0.3 | $165.00 |
| | | **3.2** | **$1,760.00** |
| 1/16/20 | Call w/Sean Camo to Review Michael Jacoby Questions Re: 26 Week Cash Flow | 0.4 | $220.00 |
| | Review, Research & Draft Response to Michael Jacoby's Cash Flow Questions & Calls w/Sean Camo Re: Same | 0.9 | $495.00 |
| | Call w/Chris Johnson to Solve HUB Settlement Agreement Contractor Matters | 0.1 | $55.00 |
| | Call w/Sam Perrotta Re: HUB Settlement Agreement Contractor Matters | 0.1 | $55.00 |
| | Call w/Hollister Team to Review Job Tracker | 0.9 | $495.00 |
| | Joint Lowenstein/Hollister Call to Review Status of | 0.7 | $385.00 |

| Date: | Description: | Total Min @$550/hr | Total $: |
|---|---|---|---|
| | Continue Work on Identifying the New Round of Preference Claims to Pursue & Call w/Steven Mitnick Re: Same | 0.5 | $275.00 |
| | | **3.6** | **$1,980.00** |
| 1/17/20 | Call w/Sean Camo Re: MOR For December | 0.2 | $110.00 |
| | Call w/Chris Johnson Re: Solving for HUB Settlement Agreement Issues | 0.1 | $55.00 |
| | Call w/Mary Seymour Re: HUB Settlement Agreement Issues | 0.1 | $55.00 |
| | Call w/Jennifer Kimble Re: 26 Week Cash Flow | 0.1 | $55.00 |
| | Call w/Sean Camo Re: Michael Jacoby Questions Re: 26 Week Cash Flow | 0.2 | $110.00 |
| | Call w/Michael Jacoby Re: His Questions on the 26 Cash Flow | 1 | $550.00 |
| | | **1.7** | **$935.00** |
| 1/18/20 | Call w/Carmen Katz to Review SAXUM Settlement | 0.1 | $55.00 |
| | | **0.1** | **$55.00** |
| 1/20/20 | Call w/Jennifer Kimble to Discuss Michael Jacoby's Cash Flow Questions | 0.1 | $55.00 |
| | Call w/Sean Camo to Discuss Another 2 Week CCO | 0.1 | $55.00 |
| | Call w/Hollister Team to Review Priority Claims | 0.3 | $165.00 |
| | Call w/Sean Camo Re: MOR | 0.2 | $110.00 |
| | Review 2 Week CCO Draft | 0.5 | $275.00 |
| | Call w/Chris Johnson Re: Cash Flow Recovery Potential Improvements | 0.3 | $165.00 |
| | | **1.5** | **$825.00** |
| 1/21/20 | Call w/Sean Camo Re: MOR Status | 0.1 | $55.00 |
| | Call w/Arielle Adler & Sam Perrotta Re: HERC Motion Response | 0.2 | $110.00 |
| | Call w/Sam Perrotta Re: RICOH Job Reconciliation | 0.1 | $55.00 |
| | Request SUB Contractor Funding of PNC Including Research & Drafting Request | 0.5 | $275.00 |
| | Call w/Ken Rosen Re: Status of Case | 0.3 | $165.00 |
| | Call w/Michael Jacoby to Review the HUB Settlement Agreement | 0.3 | $165.00 |
| | Call w/Hollister Team to Review Status of Settlement Agreement & Collection Efforts | 0.7 | $385.00 |
| | Call w/Lowenstein/Hollister Teams to Review Status of Open Settlement Agreement's | 0.7 | $385.00 |
| | | **2.9** | **$1,595.00** |

| Date: | Description: | Total Min @$550/hr | Total $: |
|---|---|---|---|
| 1/22/20 | Call w/Sean Camo to Review MOR Progress | 0.1 | $55.00 |
| | Call w/Sam Perrotta to Review Changes to HUB's Settlement Agreement Cash Flow Worksheet | 0.1 | $55.00 |
| | Review Latitude General Contractor's Prepare Reply to Luis Gutierrez & Sam Perrotta | 0.2 | $110.00 |
| | Read & Review December's MOR & Call w/Sean Camo Re: Same | 0.6 | $330.00 |
| | Call w/Joseph DiPasquale Re: Issues at Veterans | 0.1 | $55.00 |
| | Call w/Tina Girardo Re: Issues at Veterans | 0.1 | $55.00 |
| | Call w/Mary Seymour Re: Solving For HUB Settlement Agreement Issue | 0.2 | $110.00 |
| | Call w/Chris Johnson Re: Resolving HUB Settlement Agreement Matter | 0.2 | $110.00 |
| | Call w/Michael Ochs Re: Case Issues | 0.3 | $165.00 |
| | Call w/Sean Camo & Michael Ochs Re: Michael Jacoby Questions | 0.8 | $440.00 |
| | | **2.7** | **$1,485.00** |
| 1/23/20 | Call w/Sam Perrotta to Review Request from Jennifer | 0.1 | $55.00 |
| | Call w/Sean Camo & Chris Johnson to Review A/R Upside | 0.6 | $330.00 |
| | Call w/Sean Camo to Review 26 Week Cash Flow Changes | 0.2 | $110.00 |
| | Call w/Sean Camo to Review Responses to Michael Jacoby's 26 Week Cash Flow Questions | 0.6 | $330.00 |
| | Call w/Mary Seymour to Discuss the Outcomes of the Court Actions & Related Follow-Up | 0.2 | $110.00 |
| | | **1.7** | **$935.00** |
| 1/24/20 | Call w/Sean Camo to Review Michael Jacoby Questions Re: MOR & Proof of Claims | 0.2 | $110.00 |
| | Call w/Sam Perrotta Re: SAXUM Settlement Agreement | 0.1 | $55.00 |
| | Call w/Michael Ochs Re: SAXUM Settlement Agreement | 0.2 | $110.00 |
| | Call w/Michael Ochs Re: Status of Case | 0.1 | $55.00 |
| | | **0.6** | **$330.00** |
| 1/25/20 | Call w/Chris Johnson Re: SAXUM Settlement Agreement & Case Issues | 0.2 | $110.00 |
| | Call w/Ken Rosen Re: Status of Case | 0.5 | $275.00 |
| | | **0.7** | **$385.00** |
| 1/26/20 | Call w/Mary Seymour Re: 26 Week Cash Flow | 0.9 | $495.00 |
| | | **0.9** | **$495.00** |

| Date: | Description: | Total Min @$550/hr | Total $: |
|---|---|---|---|
| 1/27/20 | Call w/Sean Camo to Discuss Michael Jacoby Responses on 26 Week Cash Flow | 0.1 | $55.00 |
| | Call w/Sam Perrotta & Dana Garfinkel to Resolve a Subcontractor Issue on the HUB Settlement Agreement | 0.2 | $110.00 |
| | Call w/Gina Karnick to Discuss Proof of Claim Filings | 0.2 | $110.00 |
| | Call w/Sean Camo to Finalize Responses to Michael Jacoby's 26 Week Cash Flow Questions | 0.7 | $385.00 |
| | Call w/Lowenstein/Hollister Teams to Discuss Status of Settlement Agreement's | 0.4 | $220.00 |
| | Call w/Sean Camo to Discuss Proof of Claims Analysis | 0.2 | $110.00 |
| | | **1.8** | **$990.00** |
| 1/28/20 | Call w/Sean Camo to Review Michael Jacoby's MOR Questions | 0.1 | $55.00 |
| | Call w/Steven Mitnick to Review Preference Actions | 0.1 | $55.00 |
| | Call w/Sam Perrotta to Review FCACS Settlement Agreement | 0.1 | $55.00 |
| | Call w/Sean Camo to Review 26 Week Cash Flow | 0.1 | $55.00 |
| | Read & Review the HUB Final Order & Respond to Mary Seymour | 0.3 | $165.00 |
| | Call w/Sean Camo to Review Bridge From New vs Old 26 Week Cash Flow | 0.2 | $110.00 |
| | Call w/Hollister Team to Review Issues & Progress w/the Go Forward Jobs & Status of Outstanding Settlement Agreement's | 0.6 | $330.00 |
| | | **1.5** | **$825.00** |
| 1/29/20 | Call w/Sean Camo to Discuss Proof of Claims | 0.1 | $55.00 |
| | Call w/Sean Camo to Discuss Next CCO | 0.1 | $55.00 |
| | Call w/Sam Perrotta to Review Latitude Job Cost | 0.1 | $55.00 |
| | Call w/Sean Camo & Michael Jacoby to Review His 26 Week Cash Flow Questions | 1 | $550.00 |
| | Review Extension of CCO | 0.2 | $110.00 |
| | Review Gross Preferences to Identify the Next Ones Steven Mitnick Should Pursue | 0.4 | $220.00 |
| | Review SOFA & Begin Quantifying Upsides on Other Assets | 0.6 | $330.00 |
| | | **2.5** | **$1,045.00** |

| Date: | Description: | Total Min @$550/hr | Total $: |
|---|---|---|---|
| 1/30/20 | Call w/Sean Camo to Review Potential Improvements to The Estate Recovery | 0.1 | $55.00 |
| | Call w/Sean Camo to Continue Reviewing Potential Improvements to the Estate Recovery | 0.1 | $55.00 |
| | Call w/Sean Camo to Discuss CTC Settlement Agreement | 0.1 | $55.00 |
| | Read & Review CTC's Settlement Agreement, Cash Flow & Exhibit A | 0.6 | $330.00 |
| | | **0.9** | **$495.00** |
| 1/31/20 | Call w/Sean Camo Re: Changes to the 26 Week Cash Flow Forecast | 0.1 | $55.00 |
| | Call w/Sam Perrotta Re: Latitude Job Issues | 0.1 | $55.00 |
| | Call w/Sean Camo Re: Preference Analysis | 0.1 | $55.00 |
| | Call w/Sean Camo Re: Further Preference Analysis | 0.1 | $55.00 |
| | Review Newly Added Proof of Claims for Secured Consideration | 0.3 | $165.00 |
| | Review Newly Developed Non Waiver Preference Opportunity List | 0.4 | $220.00 |
| | Review Employee Loans & Follow-Up w/Michael Ochs on Demand Letters | 0.2 | $110.00 |
| | Respond to Mary Seymour's Inquiry Re: Bender's Preference Amount | 0.4 | $220.00 |
| | | **1.7** | **$935.00** |
| | **Grand Total** | **54.3** | **$29,535.00** |

-5-

# EXHIBIT "C"

**Hollister Construction Services, LLC**
**Summary of Expenses**
**January 1 through January 31, 2020**

**\*\*THERE WERE NO EXPENSES INCURRED THIS PERIOD**