UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on February 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: <br> Hollister Construction Services, LLC | Case No.: 19-27439 <br><br> Adv. No.: <br><br> Hearing Date: 2/6/2020 <br><br> Judge: Michael B. Kaplan |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER, PURSUANT TO LOCAL BANKRUPTCY RULE 9010-2(b), TO WITHDRAW AS ATTORNEY OF RECORD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 6, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.M.J. LBR 9004-2(c) |
| DLA PIPER LLP (US) <br> Stuart M. Brown, Esquire <br> 1201 North Market Street, Suite 2100 <br> Wilmington, Delaware 19801 <br> Telephone:   (302) 468-5700 <br> Facsimile:   (302)394-2341 <br><br> *Attorney for Waypoint Hackensack Urban Renewal Owner LLC* |

| | |
|---|---|
| In re: <br><br> HOLLISTER CONSTRUCTION SERVICES, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-27439-MBK |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER, PURSUANT TO LOCAL BANKRUPTCY RULE 9010-2(b), TO WITHDRAW AS ATTORNEY OF RECORD**

Upon the *Motion for Entry of an Order, Pursuant To Local Bankruptcy Rule 9010-2(b), to Withdraw as Attorney of Record* (the "Motion");[1] the Court having reviewed the Motion; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion was sufficient under the circumstances, and the Court having found and determined that the relief sought in the Motion is appropriate, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED**, that the Motion is granted as provided herein; and it is further

---

[1]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

EAST\156860032.2

**ORDERED**, that Attorney Simon, Attorney Brown, and the firm of DLA Piper LLP (US) are withdrawn as attorneys of record on behalf of Waypoint Hackensack Urban Renewal Owner LLC; and it is further

**ORDERED** that Attorney Simon and Attorney Brown shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-27439-MBK
Hollister Construction Services, LLC                                    Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin          Page 1 of 1              Date Rcvd: Feb 06, 2020
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.
db             +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0