UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                              ) Chapter 11
                                                                    )
HOLLISTER CONSTRUCTION SERVICES, LLC,[1]   ) Case No. 19–27439 (MBK)
                                                                    )
                   Debtor.                                 )
                                                                    )

### AFFIDAVIT OF SERVICE

I, Shunte Jones, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On February 5, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Filing of Amended Independent Manager Agreement [Docket No. 903]

- Notice of Agenda of Matters Scheduled for Hearing on February 6, 2020 (ET) [Docket No. 906]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: February 10, 2020

/s/ Shunte Jones
Shunte Jones

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 10, 2020, by Shunte Jones, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20__

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

SRF 39603

# Exhibit A

# Exhibit A
## Core/2002 Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AES Lighting Group | Attn: Jonathan Squilla | derrick@aes-energy.com; jonathan@aes-energy.com |
| Arent Fox LLP | Attn: Robert M. Hirsh, Mark A. B | robert.hirsh@arentfox.com; mark.bloom@arentfox.com |
| Arent Fox LLP | Attn: Mary Joanne Dowd | mary.dowd@arentfox.com |
| Blank Rome LLP | Attn: Adrienne C. Rogove | Rogove@BlankRome.com |
| Bohler Engineering NY, PLLC | Attn: Anna F. Patras | apatras@bohlereng.com |
| Brach Eichler LLC | Attn: Carl J. Soranno and Anthony M. Rainone | csoranno@bracheichler.com; arainone@bracheichler.com |
| Bridge Builders Newark LLC | Attn: Karen Marques | karen.marques@bridgebuildersnewark.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Campbell Rocco Law, LLC | Attn: Edmund J. Campbell, Jr. | ecampbell@campbellroccolaw.com |
| Capehart & Scatchard, P.A., A Professional Corporation | Attn: William G. Wright | wwright@capehart.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies | ashahinian@csglaw.com; rnies@csglaw.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies | ashahinian@csglaw.com; rnies@csglaw.com |
| Ciardi Ciardi & Astin | Attn: Albert A. Ciardi, III, and Nicole M. Nigrelli | aciardi@ciardilaw.com; nnigrelli@ciardilaw.com |
| Cohen Seglias Pallas Greenhall & Furman, P.C. | Attn: Alex F. Spilberg | jvalacer@cohenseglias.com |
| Cole Schotz P.C. | Attn: Michael D. Sirota, Felice R. Yudkin, Jacob S. Frumkin | msirota@coleschotz.com; fyudkin@coleschotz.com;jfrumkin@coleschotz.com |
| Commonwealth of Pennsylvania, Department of Labor and Industry | Attn: Deb Secrest | ra-li-ucts-bankrupt@state.pa.us |
| Connell Foley LLP | Attn: Philip W. Allogramento III, Mitchell W. Taraschi | pallogramento@connellfoley.com; mtaraschi@connellfoley.com |
| DL Thompson, Law, PC | Attn: Donna L. Thompson | Donna.Thompson@DLThompsonlaw.com |
| Drinker Biddle & Reath LLP | Attn: Frank F. Velocci | frank.velocci@dbr.com |
| Duane Morris LLP | Attn: James J. Holman | jjholman@duanemorris.com |

# Exhibit A

Core/2002 Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Duane Morris LLP | Attn: Sommer L. Ross | slross@duanemorris.com |
| Florio Perrucci Steinhardt & Cappelli, LLC | Attn: Brian R. Tipton | btipton@floriolaw.com |
| Fox Rothschild LLP | Attn: Michael R. Herz | mherz@foxrothschild.com |
| Fried Frank Harris Shriver & Jacobson LLP | Attn: Gary Kaplan | Gary.Kaplan@FriedFrank.com |
| Goetz Fitzpatrick LLP | Attn: Gary M. Kushner | gkushner@goetzfitz.com |
| Gorski & Knowlton PC | Attn: Carol L. Knowlton | cknowlton@gorskiknowlton.com; |
| Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck | dbruck@greenbaumlaw.com |
| Greenberg Traurig, LLP | Attn: alan J. Brody | brodya@gtlaw.com |
| Haddad Plumbing & Heating, Inc. | Attn: Joann S. Haddad, Esq. | JHaddad@HaddadPlumbing.com |
| Herrick Feinstein LLP | Attn: Steven B. Smith | ssmith@herrick.com |
| Hill Wallack LLP | Attn: Michael Kahme & Michael J. Shavel | mkahme@hillwallack.com; mshavel@hillwallack.com |
| Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Industrial Maintenance Industries | Attn: Eric Sobel | EricS@RTI-IMI.com |
| Jameson, Esq. LLC | Attn: Curtiss T. Jameson | cjameson@jamesonesq.com |
| Kaplin Stewart Meloff Reiter & Stein , P.C. | Attn: Andrew B. Cohn | acohn@kaplaw.com |
| KF Mechanical | Attn: Kenneth Fritze | KFritze@kfmechanical.com |
| Kone, Inc. | Attn: Kenneth C. Barrows | Kenneth.barrows@kone.com |
| Kroll Heineman Carton | Attn: Seth Ptasiewicz | SPtasiewicz@krollfirm.com |
| Larry L Miller | Attn: Larry L Miller | llmlaw@outlook.com |
| Law Office of James C. DeZao | Attn: James C. Dezao, Kathy Cehelsky, Margaret Meade | jreiser@dezaolaw.com |
| Law Offices of Karen Murray LLC | Attn: Karen M. Murray | kmurray@murraynjlaw.com |
| Lawrence B. Diener | Attn: Lawrence B. Diener | LBDiener@optimum.net |
| Lowenstein Sandler, LLP | Attn:  Arielle Adler, Bruce Buechler, Joseph DiPasquale, Jennifer B. Kimble, Kenneth A. Rosen, Mary E. Seymour | aadler@lowenstein.com; bbuechler@lowenstein.com; jdipasquale@lowenstein.com; jkimble@lowenstein.com; krosen@lowenstein.com; mseymour@lowenstein.com |

Exhibit A

Core/2002 Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Eric J. Hughes | ehughes@mdmc-law.com |
| McGrail & Bensinger LLP | Attn: Ilana Volkov, Pearl Shah | ivolkov@mcgrailbensinger.com; pshah@mcgrailbensinger.com |
| McManimon, Scotland & Baumann, LLC | Attn: Sam Della, Fera Jr., Joshua H. Raymond, Anthony Sodono III | sdellafera@msbnj.com; jraymond@msbnj.com; asodono@msbnj.com |
| McManimon, Scotland & Baumann, LLC | Attn: Andrea Dobin | adobin@msbnj.com |
| Mortitt Hock & Hamroff LLP | Attn: Brian P. Craig | bcraig@moritthock.com |
| Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC | Attn: Pasquale Suriano | pasquales@edprop.com |
| Nicoll Davis & Spinella LLP | Attn: Christopher M. Santomassimo | csantomassimo@ndslaw.com |
| Nordlaw | Attn: Michael J. Stafford | mjstafford@nordlaw.legal |
| Norgaard O'Boyle | Attn: Brian G. Hannon, John O'Boyle | bhannon@norgaardfirm.com; joboyle@norgaardfirm.com |
| Norris McLaughlin, P.A. | Attn: Melissa A. Pena | mapena@norris-law.com; msbauer@norris-law.com |
| O'Toole Scrivo, LLC | Attn: Joshua A. Zielinski, R. Brant Forrest | jzielinski@oslaw.com; rforrest@oslaw.com |
| Office of the United States Attorney of New Jersey | Attn: Eamonn O'Hagan, Assistant U.S. Attorney | Eamonn.OHagan@usdoj.gov |
| Office of the United States Trustee for the District of New Jersey | Attn: Lauren Bielskie, Esq. | lauren.bielskie@usdoj.gov |
| Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak | jaffeh@pepperlaw.com; listwakk@pepperlaw.com |
| Pepper Hamilton LLP | Attn: Stephanie L. Jonaitis, Robyn R. English-Mezzino | jonaitiss@pepperlaw.com; englishr@pepperlaw.com |
| Post & Schell, P.C. | Attn: Brian W. Bisignani | bbisignani@postschell.com |
| Rabinowitz, Lubetkin & Tully, LLC | Attn: Jay L. Lubetkin | jlubetkin@rltlawfirm.com |
| Rea & Associates, LLC | Attn: Jeffrey J. Rea | jeffrea@aol.com |
| Reddin Masri, LLC | Attn: Hisham I. Masri | hmasri@reddinmasrilaw.com |

Exhibit A
Core/2002 Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Riker, Danzig, Scherer, Hyland & Perretti LLP | Attn: Joseph L. Schwartz, Tara J. Schellhorn | jschwartz@riker.com; tschellhorn@riker.com |
| Rivkin Radler LLP | Attn: Yale A. Leber | yale.leber@rivkin.com |
| Robert Saul Molnar | | molnarrs@aol.com |
| Rosenberg & Pittinsky L.L.P. | Attn: Laurence D. Pittinsky | larry@rpllplaw.com |
| Sanray Construction, Inc. | Attn: Robert Ardolino | sanrayconstruct@optimum.net |
| Schiller, Pittenger & Galvin, P.C. | Attn: K. Joseph Vyzas | jvyzas@schiller.law |
| Schwartz Barkin & Mitchell | Attn: Allen J. Barkin | abarkin@sbmesq.com |
| Shain Schaffer PC | Attn: Marguerite M. Schaffer | mschaffer@shainlaw.com |
| Skolnick Legal Group, P.C. | Attn: Martin P. Skolnick | martin@skolnicklegalgroup.com |
| SM Law PC | Attn: Steven Mitnick, Marc D. Miceli | smitnick@sm-lawpc.com; mmiceli@sm-lawpc.com |
| Stark & Stark | Attn: Joseph H. Lemkin | jlemkin@stark-stark.com |
| Tarter Krinsky & Drogin LLP | Attn: Rocco A. Cavaliere, Scott Markowitz | rcavaliere@tarterkrinsky.com; smarkowitz@tarterkrinsky.com |
| Tesser & Cohen | Attn: Danielle Cohen, Lee M. Tesser | dcohen@tessercohen.com; ltesser@tessercohen.com |
| The Kelly Firm, P.C. | Attn: Andrew J. Kelly, Esq. | akelly@kbtlaw.com |
| Trif Law LLC | Attn: Greg Trif | gtrif@triflaw.com |
| Troon Electric of NY, LLC | Attn: Paul Benevenuto | pbenvenuto@troonelectric.com |
| Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Sydney J. Darling | sdarling@walsh.law; sfalanga@walsh.law |
| Warshaw Burstein, L.L.P. | Attn: Grant R. Cornehls, Maxwell J. Rubin | gcornehls@wbny.com; mrubin@wbny.com |
| Wasserman, Jurista & Stolz, P.C. | Attn: Daniel M. Stolz, Esq. | DStolz@wjslaw.com |
| Weltman & Moskowitz, LLP | Attn: Richard E. Weltman, Michele K. Jaspan | rew@weltmosk.com; mkj@weltmosk.com |
| Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: Mickee M. Hennessy, John Westerman | mhennessy@westermanllp.com; jwesterman@westermanllp.com |
| Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Meredith I. Friedman | dstein@wilentz.com; mfriedman@wilentz.com |