**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
| Debtor. | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On February 6, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be re-served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A** due to the fact that service first occurred on October 2, 2019, and was returned as undeliverable:

- Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Notice of Last Date to File Proofs of Claim [Docket No. 215]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: February 10, 2020

/s/ Nuno Cardoso
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 10, 2020, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Paul Pullo

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 22

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

SRF 39628

# Exhibit A

Exhibit A

Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 8321746 | Farren International | 1881 Route 46 | Ledgewood | NJ | 07852 |
| 8275379 | Going Green Flooring | 35 Woodland Avenue | Rockaway | NJ | 07866 |
| 8321468 | Maximum Material Handling | 750 Edwards Rd | Parsippany | NJ | 07054 |
| 8321197 | Semihandmade | 750 Lexington Ave | New York | NY | 10022 |