UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Tara J. Schellhorn, Esq. (TS-8155)
Tod S. Chasin, Esq. (TC-0122)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey  07962-1981
(973) 538-0800

*Counsel to Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC*

In Re:
Hollister Construction Services, LLC,

Case No.:    19-27439 (MBK)

Chapter:    11

Judge:    Michael B. Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC.  Request is made that all documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Tod S. Chasin, Esq.
Riker Danzig Scherer Hyland & Perretti LLP
500 Fifth Avenue, 49th Floor

tchasin@riker.com

DOCUMENTS:

x    All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐    All documents and pleadings of any nature.

Date:  February 10, 2020            *s/ Tod S. Chasin*
                                        Signature

*new.8/1/15*