**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>In re:<br><br>HOLLISTER CONSTRUCTION<br>SERVICES, LLC,<br><br>                        Debtor. | Case No.: 19-27439<br><br>Chapter: 11<br><br>Hearing Date: February 13, 2020<br><br>Judge: The Honorable<br>      Michael B. Kaplan, U.S.B.J. |

## ADJOURNMENT REQUEST

1. I, Joseph L. Schwartz, Esq.,

    ☒ am the attorney for: Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC (the "NWR Entities")

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter:    MixOnSite USA, Inc.'s ("MixOnSite") Motion for Relief from Stay  [Doc. No. 848]

    Current hearing date and time:    February 13, 2020 at 10:00 a.m.

    New date requested:    To Be Determined

    Reason for adjournment request:    Counsel for MixOnSite contacted me earlier today and requested an adjournment of its Motion for Relief from Stay [Docket No. 848] until the Court has reached its decision on the NWR Entities' Motion to Enforce the Automatic Stay [Docket No. 740]. I consented to MixOnSite's adjournment request, and advised that I would submit this form to the Court.

2. <u>Consent to adjournment:</u>

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:  February 11, 2020                     /s/ Joseph L. Schwartz

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted            New hearing date: _____   ☐ Peremptory

☐ Granted over objection(s) New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2