UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TESSER & COHEN
946 Main Street
Hackensack, New Jersey 07601
Tel: 201.343.1100
Fax: 201.343.0885
LEE M. TESSER, ESQ.
DANIELLE COHEN, ESQ.
Attorneys for Herc Rentals, Inc.

In Re:

HOLLISTER CONSTRUCTION SERVICES, LLC,

Debtor.

Case No.: 19-27439 MBK
Adv. Pro. No.:
Chapter: 11
Hearing Date: 2/13/2020
Judge: Michael Kaplan

## ADJOURNMENT REQUEST

1. I, Danielle Cohen,

    [X] am the attorney for: Herc Rentals, Inc.,

    [ ] am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Herc's Motion for Relief from Stay; Herc's Amended Expense Claim

    Current hearing date and time: 2/13/2020

    New date requested: 3/5/2020

    Reason for adjournment request: The parties are working to reach a resolution of these motions without incurring the expense of litigation.

2. Consent to adjournment:

    [X] I have the consent of all parties.    [ ] I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 2/11/2020

/s/ Danielle Cohen
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 3/5/2020 at 10:00 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*