| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Hearing Date: 2/13/20 at 10:00 a.m.<br><br>Judge: Kaplan |

## ADJOURNMENT REQUEST

1.  I, Mary E. Seymour, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "Debtor"), hereby request an adjournment of the following hearing for the reason set forth below.

> Matter: *Motion of Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) for Entry of an Order (I) Granting It Relief from the Automatic Stay to Terminate Construction Contract, or in the Alternative, (II) Compelling the Debtor to Immediately Reject the Construction Contract* (the "Motion") [Docket No. 591].
>
> Current Hearing Date:   February 13, 2020 at 10:00 a.m. (ET).
>
> Objection deadline:   Adjourned by mutual agreement of the parties.
>
> New Hearing Date Requested:   March 12, 2020 at 10:00 a.m.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
02/11/2020 205887203.1

Reason for adjournment request: <u>The Debtor and Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) have agreed to adjourn this evidentiary hearing on the Motion while they continue settlement discussions.</u>

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: <u>2/11/2020</u>             <u>/s/ Mary E. Seymour</u>
                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: <u>3/12/2020 at 10:00 am</u>    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

-2-