**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
| | ) |
| Debtor. | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On February 12, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be re-served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A** due to the fact that service first occurred on October 2, 2019, and was returned as undeliverable:

- Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Notice of Last Date to File Proofs of Claim [Docket No. 215]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document(s) via electronic service.

Dated: February 13, 2020

/s/ Nuno Cardoso
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 13, 2020, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20__

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

SRF 39764

## Exhibit A

Case 19-27439-MBK    Doc 935    Filed 02/13/20    Entered 02/13/20 12:01:14    Desc Main
Document      Page 2 of 3

## Exhibit A

# Exhibit A

Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 8322048 | Arc Interior Construction | 1384 Broadway, Suite 604 | New York | NY | 10018 |
| 8321686 | Green Path Corp | 800 Denow Rd., Ste. C 349 | Pennington | NJ | 08534 |
| 8321666 | Halpern & Sons | 111 St. Joseph Terrace | Woodbridge | NJ | 07095 |
| 8274862 | Investors Bank | 500 Clifton Ave | Clifton | NJ | 07011 |
| 8275441 | MW Mechanical Inc. | 80 E Industry Ct | Deer Park | NY | 11729 |
| 8321389 | New York Electrical Power Services/DBA NYEPS | 101 Avenue of the Americas FL 8 | New York | NY | 10013-1905 |
| 8321063 | Valcourt Building Services of New Jersey | 1300 Rike Drive | Millstone | NJ | 08535 |