GURBIR S. GREWAL
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 106
Trenton, New Jersey 08625

Attorney for State of New Jersey,
 Division of Taxation

By:  Heather Lynn Anderson (015962003)
     Deputy Attorney General
     (609) 376-2892
     Heather.Anderson@law.njoag.gov

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| HOLLISTER CONSTRUCTION SERVICES, LLC, | ) ) | Case No. 19-27439 (MBK) |
| | ) | ENTRY OF APPEARANCE |
| Debtor. | ) ) | |

     Kindly enter my appearance as counsel on behalf of the State of New Jersey, Division of Taxation and Department of Labor.

                         Respectfully submitted,

                         GURBIR S. GREWAL
                         ATTORNEY GENERAL OF NEW JERSEY

                 By:  /s/ Heather Lynn Anderson
                       Heather Lynn Anderson (015962003)
                       Deputy Attorney General

Dated: February 14, 2020