**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**CERTIFICATION OF NO OBJECTION REGARDING THE FIRST MONTHLY FEE
STATEMENT OF LOWENSTEIN SANDLER LLP
<u>FOR THE PERIOD OF SEPTEMBER 11, 2019 THROUGH SEPTEMBER 30, 2019</u>**

I, Mary E. Seymour, hereby certify that Lowenstein Sandler LLP has received no answer, objection, or other responsive pleading with respect to the *First Monthly Fee Statement of Lowenstein Sandler LLP for the Period of September 11, 2019 through September 30, 2019* (the "<u>First Monthly Statement</u>") filed on January 31, 2020 [Docket No. 888].

I further certify that my staff, under my direction, has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading with respect to the First Monthly

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
02/18/2020 205907391.1

Statement appears thereon. Pursuant to the First Monthly Statement, objections to the First Monthly Statement were to be filed and served no later than February 14, 2020.

Pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* entered on October 8, 2019 [Docket No. 284], the Debtors are authorized to pay Lowenstein Sandler LLP 80% of its fees, in the amount of $329,362.00, and 100% of is expenses, in the amount of $3,925.99, for a total amount of $333,287.99 as requested in the First Monthly Statement upon the filing and service of this Certification of No Objection and without the need for entry of a Court order approving the First Monthly Statement.

Dated:  February 18, 2020                              **LOWENSTEIN SANDLER LLP**

/s/ *Mary E. Seymour*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (pro hac vice)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*