UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
| | ) |
| Debtor. | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On February 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be re-served via First Class Mail on NYC Department of Building (MMLID#8321367), 280 Broadway, 1st Floor, New York, NY, 10007 due to the fact that service first occurred on October 2, 2019, and was returned as undeliverable:

- Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Notice of Last Date to File Proofs of Claim [Docket No. 215]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document(s) via electronic service.

Dated: February 19, 2020

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 19, 2020, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

SRF 39849