**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

---

**MONTHLY FEE STATEMENT OF McMANIMON, SCOTLAND & BAUMANN, LLC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC, FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

---

        **McMANIMON, SCOTLAND & BAUMANN, LLC**
        *Attorneys for Official Committee of Unsecured*
        *Creditors of Hollister Construction Services, LLC*


      By:   */s/ Sam Della Fera, Jr.*
           Sam Della Fera, Jr.

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

Creditors' Committee - Hollister          CLIENT #        00016030-00001
Construction Services, LLC                INVOICE #       169313
                                          INVOICE DATE:   February 21, 2020

                                          BILLING REF:    SDF


### INVOICE SUMMARY

For professional services rendered through 01/31/20, in connection
with the matter titled:

### Committee Representation

| | |
|---|---|
| TOTAL FEES | 49745.00 |
| TOTAL DISBURSEMENTS ADVANCED | 960.61 |
| **TOTAL FOR INVOICE** | **50705.61** |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Feb 21, 2020      PAGE   2

### PROFESSIONAL SERVICES RENDERED

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/02/20 | SDF | Travel to/from hearing in Trenton. | 2.60 | 1235.00 |
| 01/02/20 | SDF | Attend and appear at hearing on various matters. | 2.20 | 1045.00 |
| 01/02/20 | SDF | Review filed order granting Debtor's motion determining that certain creditors violated stay and that construction liens are void ab initio. | .10 | 47.50 |
| 01/02/20 | SDF | Review and reply to e-mail from J. Lemkin regarding status of settlement discussions. | .20 | 95.00 |
| 01/02/20 | SDF | Telephone calls and e-mails with J. Holman regarding settlement negotiations, Debtor's motion to approve settlement with Saxum/40 Beechwood. | .30 | 142.50 |
| 01/02/20 | SDF | E-mails with Debtor's counsel regarding status of settlement negotiations with Bank and adjournment of Debtor's motion to approve Saxum and 40 Beechwood settlements. | .30 | 142.50 |
| 01/02/20 | SDF | Confer with J. Raymond regarding outcome of hearing today and related matters. | .20 | 95.00 |
| 01/02/20 | SDF | Review e-mail to court from Debtor's counsel regarding revised form of order granting first and final fee application of The Parkland Group. | .20 | 95.00 |

MS&B    McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Feb 21, 2020      PAGE   3


| | | | | |
|---|---|---|---|---|
| 01/02/20 | SDF | Review e-mail from B. Steele of Prime Clerk to L. Bielskie regarding U.S. Trustee's informal objection to November invoice. | .10 | 47.50 |
| 01/02/20 | SDF | Review e-mail to court from Debtor's counsel regarding form of order approving Debtor's settlements with Mercedes-Benz and Mid-Atlantic Mechanical. | .20 | 95.00 |
| 01/02/20 | SDF | Review e-mail to court from Debtor's counsel regarding proposed form of order granting Debtor's motion to approve settlement with Newkirk Realty Urban Renewal. | .20 | 95.00 |
| 01/02/20 | SDF | Review e-mail to court from Debtor's counsel regarding proposed form of order granting motion to approve settlement with 345 Main Street Owner. | .20 | 95.00 |
| 01/02/20 | SBP | Update chart with motions and applications | .40 | 110.00 |
| 01/03/20 | LD | Prepare adjournment request for motion to approve settlements with project owners and subcontractors; send e-mail to Judge Kaplan regarding same. | .20 | 25.00 |
| 01/03/20 | AS1 | Analyze motion to life stay/settlement | .50 | 237.50 |
| 01/03/20 | SDF | Return call to B. Katz regarding pending matters. | .30 | 142.50 |
| 01/03/20 | SDF | Review e-mails from Debtor's counsel regarding settlement negotiations and other pending matters | .80 | 380.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020      PAGE   4

| | | | | |
|---|---|---|---|---|
| 01/03/20 | SDF | Review and analyze Debtor's motion to approve settlement with FDU Project Owner and subcontractors. | .50 | 237.50 |
| 01/03/20 | SDF | Follow-up call with EisnerAmper regarding Bank's settlement negotiations. | 1.10 | 522.50 |
| 01/03/20 | SDF | Telephone call with J. Holman regarding Bank settlement negotiations and related matters. | .50 | 237.50 |
| 01/03/20 | SDF | Telephone call with EisnerAmper regarding Bank settlement negotiations. | .30 | 142.50 |
| 01/03/20 | SDF | Send e-mail to J. Holman requesting information for settlement negotiations. | .20 | 95.00 |
| 01/03/20 | SDF | Review request to adjourn hearing on Saxum/40 Beechwood/ECP settlements and court's determination. | .20 | 95.00 |
| 01/06/20 | AS1 | Analyze Newark Warehouse pleadings--Order Shortening Time/violation of automatic stay | .30 | 142.50 |
| 01/06/20 | SDF | E-mails and call with J. Holman regarding settlement negotiations, revised bank proposal, and call today. | .30 | 142.50 |
| 01/06/20 | SDF | E-mails among U.S. Trustee attorney, Prime Clerk, and Debtor's counsel regarding informal objection o Prime Clerk's November invoice and call to discuss. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020      PAGE   5

| 01/06/20 SDF | Review e-mail from J. Holman to court and counsel regarding PNC Bank's revised settlement proposal; analyze proposal. | .30 | 142.50 |

| 01/06/20 SDF | Telephone call with J. Raymond and EisnerAmper regarding analysis of Bank's revised settlement proposal; preparation for settlement conference tomorrow. | 2.40 | 1140.00 |

| 01/06/20 SDF | Review filed order shortening time for hearing on Debtor's motion to approve settlement with FDU Project Owner and subcontractors. | .10 | 47.50 |

| 01/06/20 SDF | Review filed order granting Debtor' motion to approve settlement agreements with Mercedes-Benz and Mid-Atlantic Mechanical. | .10 | 47.50 |

| 01/06/20 SDF | Review e-mail from Debtor's counsel regarding notice of payment to Rocco's Landscaping and to Fraco authorized by Arch Insurance on Light House Retail bonded project. | .20 | 95.00 |

| 01/06/20 SDF | Review filed order shortening time for hearing on Debtor's motion to approve settlements with FDU and project subcontractors. | .10 | 47.50 |

| 01/06/20 SDF | Review motion of Newark Warehouse entities for order determining that post-petition construction liens violated automatic stay, and for related relief; review related application and order shortening time. | .40 | 190.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Feb 21, 2020      PAGE   6

| | | | |
|---|---|---|---|
| 01/06/20 SBP | Update chart with motions and applications | .20 | 55.00 |
| 01/06/20 JHR | Reviewed PNC's revised settlement proposal and forwarded same to A. Calascibetta and W. Pederson. | .20 | 95.00 |
| 01/06/20 JHR | Conference call with S. Della Fera , A. Calascibetta and W. Pederson. to review PNC's revised settlement proposal. | 2.10 | 997.50 |
| 01/07/20 JHR | Reviewed status of settlement options with PNC. | .30 | 142.50 |
| 01/07/20 JHR | Telephone call with B. Katz regarding status of subpoenas served on insiders and status of investigation of claims against insiders. | .50 | 237.50 |
| 01/07/20 SBP | Update chart with motions and applications | .20 | 55.00 |
| 01/07/20 SDF | Travel to and from case settlement conference in Trenton. | 2.50 | 1187.50 |
| 01/07/20 SDF | Attend case settlement conference with court, counsel for Debtor, and counsel for PNC Bank. | 2.00 | 950.00 |
| 01/07/20 SDF | Review letters to court filed by counsel for Debtor and Newark Warehouse entities regarding Debtor's objection to application to shorten time for hearing. | .30 | 142.50 |
| 01/07/20 SDF | Send e-mail to Committee regarding settlement conference today and matters scheduled for hearing on 1/9. | .50 | 237.50 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020        PAGE    7

01/07/20 SDF Conference call with B. Katz and J.         .50      237.50
             Raymond regarding role of Debtor's
             independent manager, discovery from
             and investigation of Debtor's
             principals.

01/07/20 SDF Review and reply to e-mails from            .20       95.00
             Debtor's counsel regarding proposed
             investigation of Debtor's insiders by
             B. Katz.

01/07/20 SDF Telephone call from A. Calascibetta         .30      142.50
             regarding follow-up to settlement
             conference today.

01/07/20 SDF Review e-mail to court from L.              .10       47.50
             Bielskie requesting court's
             consideration of Debtor's engagement
             of independent manager at January 9
             hearing.

01/07/20 SDF Review filed order granting Debtor's        .10       47.50
             motion to approve settlement with 345
             Main Street JV Owner and
             subcontractors.

01/07/20 SDF Review filed order granting first and       .10       47.50
             final fee applications of The
             Parkland Group.

01/07/20 SDF Confer with J. Raymond regarding            .20       95.00
             outcome of settlement conference
             today and next steps.

01/07/20 SDF Review letter to court and related          .20       95.00
             declaration of B. Buechler in support
             of Debtor's request for attorney's
             fees and costs regarding stay
             violations motions.

**MS&B** McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Feb 21, 2020      PAGE    8

| | | | |
|---|---|---|---|
| 01/07/20 SDF | Review letter to court from counsel for Apple Coring & Sawing in opposition to motion of Newark Warehouse entities for determination of stay violation. | .30 | 142.50 |
| 01/07/20 SDF | Telephone call from creditor Premier Compaction Systems regarding payment due from Debtor or bonding company for 2 compactors delivered to Rutgers project. | .20 | 95.00 |
| 01/07/20 SDF | Review December 2019 invoice of Hedinger & Lawless, Debtor's ordinary course professional, from Debtor's counsel. | .20 | 95.00 |
| 01/07/20 SDF | Telephone call from Debtor's counsel regarding Committee's Rule 2004 subpoenas; confer with J. Raymond regarding same. | .20 | 95.00 |
| 01/08/20 SDF | Prepare for hearing tomorrow. | .50 | 237.50 |
| 01/08/20 SDF | Review and revise current schedule of pending and completed motions and deadlines. | .40 | 190.00 |
| 01/08/20 SDF | Follow-up call and e-mail from Premier Compaction Systems regarding payment due on bonded Rutgers project. | .40 | 190.00 |
| 01/08/20 SDF | Review and rely to e-mail from I. Volkov regarding case status and committee call. | .40 | 190.00 |
| 01/08/20 SDF | Review e-mail to court from Debtor's counsel regarding status of proposed order approving settlement with Newkirk. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN                75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020        PAGE    9

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/20 | AS1 | Review Dehn Bros.' Opposition to Newark Warehouse; review documents and exhibits | .20 | 95.00 |
| 01/08/20 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 01/08/20 | JHR | Reviewed status of various pending motions and hearings to be covered. | .10 | 47.50 |
| 01/08/20 | SDF | Review omnibus reply of Newark Warehouse Entities to opposition to motion to enforce automatic stay against construction lienholders. | .30 | 142.50 |
| 01/08/20 | SDF | Review December invoice and revised November invoice of Prime Clerk, and related e-mail from Prime Clerk. | .40 | 190.00 |
| 01/08/20 | SDF | Review Debtor's filed notice of agenda of matters scheduled for hearing tomorrow. | .20 | 95.00 |
| 01/08/20 | SDF | Review court's notice of adjournment of hearing on motion of Herc Rentals or stay relief. | .10 | 47.50 |
| 01/08/20 | SDF | Review notice of rescheduled time for 1/11/20 hearing. | .10 | 47.50 |
| 01/08/20 | SDF | Review opposition filed by Control Services, All Glass Systems, and Dehn Bros. Fire Protection to motion of Newark Warehouse Entities to enforce stay. | .20 | 95.00 |
| 01/08/20 | SDF | Review e-mial to court and proposed form of order from counsel for Imperial Flooring regarding Debtor's motion to approve settlement with Hub at Harrison/Accordia. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN                75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020       PAGE   10


01/09/20 SDF  Travel to and from Trenton Bankruptcy        2.50     1187.50
              Court for hearing.

01/09/20 SDF  Attend and appear at Bankruptcy Court        2.00      950.00
              hearing on various matters.

01/09/20 SDF  Review e-mails from counsel for              .30      142.50
              Debtor, Arch Insurance and
              Minerva/Bay Street entities regarding
              proposed form of tenth cash
              collateral order.

01/09/20 SDF  Review filed order resolving motion          .20       95.00
              to approve Accordia/Hub at Harrison
              settlement agreement and filed order
              vacating same.

01/09/20 SDF  Review filed order granting motion of        .10       47.50
              Joffe Lumber for stay relief.

01/09/20 SDF  E-mails with A. Calascibetta                 .20       95.00
              regarding EisnerAmper's fees to date
              for bank settlement analysis and
              committee call.

01/09/20 SDF  Confer with J. Raymond regarding             .20       95.00
              outcome of hearing today, next steps,
              and committee call.

01/09/20 SDF  Review filed order extending Debtor's        .10       47.50
              deadline to assume or reject leases.

01/09/20 SDF  Review filed order extending Debtor's        .10       47.50
              plan exclusivity periods.

01/09/20 SDF  Review letter and supporting                 .30      142.50
              certifications filed by Midway Grass
              & Metal Installers in opposition to
              award of Debtor's counsel fees for
              stay violation.

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020       PAGE   11

| | | | | |
|---|---|---|---|---|
| 01/09/20 | SDF | Review motion of counsel for Waypoint Hackensack Urban Renewal to withdraw. | .20 | 95.00 |
| 01/09/20 | SDF | Reivew notice of rescheduled hearing on motion of Newark Warehouse entities to enforce stay. | .10 | 47.50 |
| 01/09/20 | SDF | Review letter from counsel for Chris Johnson regarding Rule 2004 subpoena; discuss with J. Raymond. | .20 | 95.00 |
| 01/09/20 | JHR | Reviewed payments made to charitable organizations pre-petition. | .20 | 95.00 |
| 01/09/20 | JHR | Correspondence reviewed from J. Lubetkin regarding Rule 2004 Subpoena served upon Chris Johnson. | .10 | 47.50 |
| 01/09/20 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 01/10/20 | LD | E-file monthly fee statements of EisnerAmper for October, November, and December 2019. | .30 | 37.50 |
| 01/10/20 | LD | Prepare and e-file certification of no objection to MSB's monthly fee statement for November 2019. | .20 | 25.00 |
| 01/10/20 | JHR | Reviewed status of various motions, settlements and status of settlement with PNC. | .20 | 95.00 |
| 01/10/20 | AS1 | Review Order approving settlement with Newkirk Realty | .20 | 95.00 |
| 01/10/20 | AS1 | Analyze Tenth Interim Cash Collateral Order; Saxum settlement | .20 | 95.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN                          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Feb 21, 2020      PAGE   12

| | | | | |
|---|---|---|---|---|
| 01/10/20 | SDF | Review proof of claim requests for payment of administrative expense filed by Chris Johnson, Debtor's principal. | .20 | 95.00 |
| 01/10/20 | SDF | Review Debtor's filed settlement agreement for FDU project with subcontractor signatures. | .30 | 142.50 |
| 01/10/20 | SDF | Review filed order granting Debtor's motion to approve settlement with Newkirk Realty Urban Renewal. | .10 | 47.50 |
| 01/10/20 | SDF | Review filed third interim cash collateral order. | .20 | 95.00 |
| 01/10/20 | SDF | Review notice of Debtor's filing of revised amended settlement agreement with Saxum Real Estate Companies. | .30 | 142.50 |
| 01/10/20 | SDF | Review filed certification of no objection to MSB's November monthly fee statement. | .10 | 47.50 |
| 01/10/20 | SDF | Telephone call from B. Buechler regarding status of motion to approve Saxum/40 Beechwood/ECP settlement and other pending matters. | .50 | 237.50 |
| 01/10/20 | SDF | Review October, November and December monthly fee statements of EisnerAmper for filing. | .30 | 142.50 |
| 01/10/20 | SDF | Review MSB's December 2019 invoice for monthly fee statement. | .30 | 142.50 |
| 01/10/20 | SDF | Telephone call and e-mail to R. Nies regarding claim of Premier Compaction Systems (PCS) to payment due from Arch Insurance on Rutgers bonded job; e-mails with PCS regarding same. | .50 | 237.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Feb 21, 2020      PAGE  13

| | | | | |
|---|---|---|---|---|
| 01/10/20 | SDF | Telephone call to J. Holman regarding Saxum settlement issues and other pending matters. | .20 | 95.00 |
| 01/10/20 | SDF | Review opposition filed by Drobach Equipment Rental to motion of Newark Warehouse entities to enforce bankruptcy stay. | .20 | 95.00 |
| 01/13/20 | SDF | Review e-mail from R. Nies regarding status of payment due to Premier Compaction Systems on bonded Rutgers Newark project; e-mails with creditor regarding same. | .40 | 190.00 |
| 01/13/20 | SDF | Review e-mail to court from counsel for Imperial Floors regarding proposed form of order approving settlement of Accordia/Hub at Harrison project and chambers' reply. | .20 | 95.00 |
| 01/13/20 | SDF | Telephone call from K. Rosen regarding bank settlement negotiations and related matters. | .20 | 95.00 |
| 01/13/20 | SDF | Review Debtor's filed response to objection of Midway Glass & Metal Installers' objection to Debtor's request for costs and fees relating to motion to enforce stay. | .20 | 95.00 |
| 01/13/20 | SDF | Review e-mail from B. Katz regarding his investigation of insiders in response to Committee's subpoenas; call with B. Katz regarding same. | .30 | 142.50 |
| 01/13/20 | SBP | Update chart with motions and applications | .20 | 55.00 |

**MS&B**    McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Feb 21, 2020      PAGE  14


01/14/20 SBP  Update chart with motions and          .20      55.00
              applications

01/14/20 JHR  Reviewed status of Motions and         .10      47.50
              hearing schedule.

01/14/20 AS1  Review Fairleigh Dickinson and Energy  .70     332.50
              Cap settlements; review 11th Cash
              Collateral Order; CEO retention

01/14/20 SDF  Return call to B. Katz regarding       .20      95.00
              investigation of insiders and Saxum.

01/14/20 SDF  Review December monthly staffing and   .30     142.50
              compensation report of 10X CEO
              Coaching, LLC.

01/14/20 SDF  Telephone call to J. Holman regarding  .10      47.50
              proposed Saxum settlement.

01/14/20 SDF  Review e-mail to court from Debtor's   .30     142.50
              counsel and proposed form of order
              resolving motion of Felix Moran for
              stay relief.

01/14/20 SDF  E-mails with B. Buechler regarding     .40     190.00
              request to adjourn hearing on motion
              to approve Saxum settlement; call
              from B. Buechler regarding same.

01/14/20 SDF  Review e-mail to court from J.         .20      95.00
              O'Boyle regarding proposed order
              resolving Debtor's motion to approve
              Accordia/Hub at Harrison settlement.

01/14/20 SDF  Telephone call from A. Calascibetta    .50     237.50
              regarding Saxum settlement; call with
              P. Belair and M. Jacoby regarding
              same, and other pending matters.

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020        PAGE   15

| | | | |
|---|---|---|---|
| 01/14/20 SDF | Review Debtor's filed notice of agenda for January 16 hearing. | .30 | 142.50 |
| 01/15/20 SDF | Review proof of claim and request for payment of administrative expense filed by Debtor's principal Kieran Flanagan. | .20 | 95.00 |
| 01/15/20 SDF | Review e-mail to court from M. Seymour regarding Debtor's proposed form of order approving Accordia/Hub at Harrison settlement, objection to competing form, and related e-mails. | .40 | 190.00 |
| 01/15/20 SDF | Review opposition filed by Control Services, LLC to motion of Newark Warehouse entities to enforce the automatic stay. | .20 | 95.00 |
| 01/15/20 SDF | Confer with J. Raymond regarding hearing tomorrow and other pending matters. | .20 | 95.00 |
| 01/15/20 SDF | Telephone calls and e-mails with J. Holman regarding ECP settlement issues. | .30 | 142.50 |
| 01/15/20 SDF | Review court's determination of request to adjourn motion of Herc Rentals for stay relief. | .10 | 47.50 |
| 01/15/20 SDF | Review brief of Apple Coring & Sawing in further opposition to motion of Newark Warehouse entities to enforce automatic stay and supporting certification of B. Klein. | .30 | 142.50 |
| 01/15/20 SDF | Review an analyze Debtor's motion to approve settlement with Knopf Leasing and related subcontractors. | .40 | 190.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN      75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020      PAGE   16

| | | | |
|---|---|---|---|
| 01/15/20 SDF | Return call to M. Seymour regarding proposed form of order approving Accordia/Hub at Harrison settlement and related matters. | .30 | 142.50 |
| 01/15/20 SDF | Review November/December invoice of B. Katz from Debtor's counsel; review e-mail from L. Bielskie regarding same. | .20 | 95.00 |
| 01/15/20 SDF | Review court's determinations of adjournments of motions of Newark Warehouse entities to remand Debtor litigation to state court and Debtor's third omnibus rejection motion. | .20 | 95.00 |
| 01/15/20 SDF | Prepare for hearing tomorrow. | .40 | 190.00 |
| 01/15/20 SDF | Review adjournment request for hearing on Saxum and 40 Beechwood settlement motions and determination. | .20 | 95.00 |
| 01/15/20 SDF | Review Debtor's notice of withdrawal of supplement to motion to approve settlement regarding FDU project. | .20 | 95.00 |
| 01/15/20 SDF | Review Debtor's proposed form of eleventh interim cash collateral order; related e-mails with counsel; review filed notice of filing of proposed order. | .40 | 190.00 |
| 01/15/20 SDF | Review Debtor's notice of filing of executed settlement agreement regarding FDU project; e-mails with M. Seymour regarding same. | .30 | 142.50 |
| 01/15/20 SBP | Update chart with motions and applications | .20 | 55.00 |

**MS&B** McMANIMON · SCOTLAND · BAUMANN      75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Feb 21, 2020     PAGE   17

| | | | |
|---|---|---|---|
| 01/15/20 LD | Prepare and submit second adjournment request regarding Debtor's motion to approve various settlements (Saxum Real Estate and SAF 40 Beachwood). | .20 | 25.00 |
| 01/16/20 SBP | Update chart with motions and applications | .20 | 55.00 |
| 01/16/20 JHR | Correspondence drafted to to J. Lubetkin in response to his correspondence in response to subpoena served on C. Johnson. Reviewed Proof for claims filed by C. Johnson. | 1.60 | 760.00 |
| 01/16/20 AS1 | Review Brief (w/exs.) in Opposition to Reynolds | .40 | 190.00 |
| 01/16/20 SDF | Review e-mail from K. Rosen responding to U.S. Trustee's concerns about B. Katz's retention. | .10 | 47.50 |
| 01/16/20 SDF | Review e-mail from Debtor's counsel regarding court's change to hearing time today; review e-mail from J. Holman regarding same. | .20 | 95.00 |
| 01/16/20 SDF | Travel to/from Bankruptcy Court in Trenton for hearing. | 2.60 | 1235.00 |
| 01/16/20 SDF | Review e-mail from B. Steele of Prime Clerk to L. Bielskie regarding invoices and follow-up. | .10 | 47.50 |
| 01/16/20 SDF | Review and revise letter to counsel for C. Johnson regarding Rule 2004 subpoena; confer with J. Raymond regarding same. | .20 | 95.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020      PAGE   18

| 01/16/20 | SDF | Review opposition filed by City Contracting, Inc. to motion of Newark Warehouse entities to confirm automatic stay. | .20 | 95.00 |
|---|---|---|---|---|
| 01/16/20 | SDF | Attend Bankruptcy Court hearing on various matters. | 1.50 | 712.50 |
| 01/16/20 | SDF | Review and analyze opposition filed by Reynolds Painting Group to Accordia/Hub at Harrison settlement agreement. | .30 | 142.50 |
| 01/16/20 | SDF | Review brief of Allglass Systems in further opposition to motion of Newark Warehouse entities to confirm automatic stay. | .20 | 95.00 |
| 01/16/20 | SDF | Review amended proof of claim filed by Debtor's principal Kieran Flanagan. | .20 | 95.00 |
| 01/16/20 | SDF | Review proof of claim and requests for payment of administrative expense claim filed by Debtor's principal Matt Higgins. | .20 | 95.00 |
| 01/16/20 | SDF | Review letter from counsel for Dehn Bros. Fire Protection in opposition to motion of Newark Warehouse entities to confirm automatic stay. | .10 | 47.50 |
| 01/17/20 | SDF | Telephone calls and e-mails with A. Calascibetta regarding bank negotiations, Saxum settlement, and other pending matters. | .70 | 332.50 |
| 01/17/20 | SDF | Review e-mails from L. Bielskie and K. Rosen regarding B. Katz's retention issues. | .20 | 95.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

MS&B   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Feb 21, 2020      PAGE  19

| 01/17/20 | SDF | Review filed order approving Debtor's settlement with FDU project owner and subcontractors. | .20 | 95.00 |
|---|---|---|---|---|
| 01/17/20 | SDF | Telephone call from B. Katz regarding Saxum investigation and other pending matters. | .20 | 95.00 |
| 01/17/20 | SDF | Review and analyze Debtor's motion to approve settlement with Sunstone Hotels and Viking Demolition, related application to shorten time and filed order. | .50 | 237.50 |
| 01/17/20 | SDF | Review and revise current schedule of pending and completed matters and deadlines. | .40 | 190.00 |
| 01/17/20 | SDF | Review filed eleventh interim cash collateral order. | .20 | 95.00 |
| 01/17/20 | SDF | Review filed order granting stay relief to Felix Moran to pursue personal injury action. | .10 | 47.50 |
| 01/17/20 | SDF | Review e-mail from L. Bielskie regarding communications with Debtor's counsel about date of B. Katz's commencement of services. | .20 | 95.00 |
| 01/17/20 | SDF | Review filed final order authorizing Debtor's retention of 10X CEO Coaching and P. Belair as CRO. | .20 | 95.00 |
| 01/17/20 | SDF | Confer with J. Raymond regrading status of discovery from Debtor's principals and follow-up. | .30 | 142.50 |
| 01/17/20 | SDF | Review proof of claim filed by Debtor's principal Brendon Murray. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020      PAGE   20

| | | | |
|---|---|---|---:|
| 01/17/20 | JHR | Revised correspondence to J. Lubetkin re compel C. Johnson to comply with Subpoena. | .30   142.50 |
| 01/17/20 | JHR | Reviewed correspondence form K. Rosen re status of subpoena served upon C. Johnson. | .10   47.50 |
| 01/17/20 | JHR | Reviewed status of service of various subpoenas and drafted letters requesting immediate production of documents. Drafted letters to K,. Flanagan, B. Murray, J. Furey and M. Higgins. | 1.30   617.50 |
| 01/17/20 | SBP | Update chart with motions and applications | .20   55.00 |
| 01/20/20 | AS1 | Review Sunstone Hotel settlement; objection | .20   95.00 |
| 01/20/20 | SDF | Review e-mail from K. Rosen to L. Bielskie regarding filing of Katz affidavit of disinterestedness. | .10   47.50 |
| 01/20/20 | SDF | Telephone call from EisnerAmper regarding discussion today with M. Jacoby regarding bank settlement negotiations. | .30   142.50 |
| 01/20/20 | SDF | Review Debtor's objection to motion of Myrage LLC/Atlantic Management for stay relief. | .20   95.00 |
| 01/21/20 | SDF | Review and analyze claims register post-extended bar date. | .40   190.00 |
| 01/21/20 | SDF | Telephone call to J. Holman regarding upcoming hearing, cash collateral issues, and Saxum settlement. | .10   47.50 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020        PAGE   21

| | | | |
|---|---|---|---|
| 01/21/20 SDF | Review filed withdrawal of motion of Advanced Scaffold to compel Debtor's assumption or rejection of contract and for related relief. | .20 | 95.00 |
| 01/21/20 SDF | Review follow-up letters from J. Raymond to Debtor's non-responsive principals regarding outstanding Rule 2004 discovery and Debtor's counsel's response. | .30 | 142.50 |
| 01/21/20 SDF | Confer with J. Raymond regarding outstanding discovery from Debtor's financials and January 29 hearing. | .20 | 95.00 |
| 01/21/20 SDF | Review and revise schedule of pending and completed matters and deadlines. | .30 | 142.50 |
| 01/21/20 SBP | Update chart with motions and applications | .20 | 55.00 |
| 01/21/20 JHR | Finalized, revised and edited and arranged for follow up letters to be served on Murrary, Higgins, Furey and Flanagan regarding Rule 2004 Subpoenas. Reviewed various proof of claims filed by B. Murray and C. Johnson | .60 | 285.00 |
| 01/21/20 JHR | From K. Rosen re response to follow up letters requesting compliance with Rule 2004 Subpoenas. Reviewed possible appropriate responses. | .20 | 95.00 |
| 01/22/20 JHR | Drafted correspondence to K Rosen regarding status of subpoenas served upon Debtor's principals. | .40 | 190.00 |

 McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Feb 21, 2020     PAGE  22

| | | | |
|---|---|---|---|
| 01/22/20 JHR | Reviewed correspondence from J. Lubetkin and K. Rosen regarding status of response to Subpoenas by C. Johnson and other principals of the Debtor. | .30 | 142.50 |
| 01/22/20 JHR | Conference call with Committee members and their counsel regarding status up date. Drafted and revised and edited minutes. | .60 | 285.00 |
| 01/22/20 JHR | Reviewed cash collateral projections and status of various motions. | .20 | 95.00 |
| 01/22/20 SBP | Update chart with motions and applications | .20 | 55.00 |
| 01/22/20 AS1 | Analyze proposed Twelfth Interim Order Authorizing Use of Cash Collateral with exhibits | .20 | 95.00 |
| 01/22/20 SDF | Review e-mails from L. Bielskie and B. Steele regarding proposed resolution of U.S. Trustee's informal objection to Prime Clerk's fee invoices. | .20 | 95.00 |
| 01/22/20 SDF | Review Debtor's notice of filing of proposed twelfth interim cash collateral order. | .20 | 95.00 |
| 01/22/20 SDF | Review supplemental omnibus reply of Newark Warehouse entities to objections to motion o enforce automatic stay. | .30 | 142.50 |
| 01/22/20 SDF | Review Debtor's objection to Herc Rentals' amended application for payment of administrative expense claim. | .30 | 142.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**    McMANIMON · SCOTLAND · BAUMANN      75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020      PAGE   23

| 01/22/20 | SDF | E-mails with Committee regarding call today and next week. | .20 | 95.00 |
|---|---|---|---|---|
| 01/22/20 | SDF | Review Debtor's filed agenda for hearing tomorrow. | .30 | 142.50 |
| 01/22/20 | SDF | Prepare for hearing tomorrow on various matters. | .50 | 237.50 |
| 01/22/20 | SDF | Conference call with Committee regarding status of global settlement negotiations and other pending matters (includes preparation). | .80 | 380.00 |
| 01/22/20 | SDF | Telephone calls with EisnerAmper regarding analysis of Debtor's 26-week budget, filed claims, and other pending matters. | .60 | 285.00 |
| 01/22/20 | SDF | Telephone calls from J. Holman regarding status of global settlement agreement discussions, 26-week cash flow, hearing tomorrow, and other pending matters. | .50 | 237.50 |
| 01/22/20 | SDF | Review e-mail from J. Holman regarding Bank's questions to B. Katz about Saxum settlement; send e-mail to EisnerAmper regarding same. | .30 | 142.50 |
| 01/22/20 | SDF | Review e-mail from Debtor's counsel regarding proposed form of twelfth interim cash collateral order and budget; related e-mails with counsel for Debtor, Arch, U.S. Trustee, By Street, and Minerva entities. | .40 | 190.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**   McMANIMON · SCOTLAND · BAUMANN            75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Feb 21, 2020      PAGE  24

| | | | |
|---|---|---|---|
| 01/22/20 SDF | Review and analyze draft 26-week budget and related information from Debtor's counsel; send e-mail to EisnerAmper regarding same. | .50 | 237.50 |
| 01/22/20 SDF | Telephone call from M. Seymour regarding hearing tomorrow and other pending matters. | .20 | 95.00 |
| 01/22/20 SDF | Review notice of appearance filed by counsel for C Restoration. | .10 | 47.50 |
| 01/23/20 SDF | Travel to/from Bankruptcy Court for hearing. | 2.50 | 1187.50 |
| 01/23/20 SDF | Attend and appear at Bankruptcy Court hearing on various matters. | 2.50 | 1187.50 |
| 01/23/20 SDF | Confer with J. Raymond regarding hearing post-mortem, Rule 2004 discovery from Debtor's principals, and B. Katz's investigation of Saxum transaction. | .40 | 190.00 |
| 01/23/20 SDF | Review e-mail from L. Bielskie to K. Rosen regarding B. Katz's retention issue. | .10 | 47.50 |
| 01/23/20 SDF | E-mails with M. Jacoby and A. Calascibetta regarding call Monday to continue Bank settlement discussions. | .20 | 95.00 |
| 01/23/20 SDF | Review and reply to e-mail from Debtor's counsel regarding revised form of twelfth interim cash collateral order; review related e-mails from other counsel regarding no objection. | .30 | 142.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020      PAGE  25

| | | | | |
|---|---|---|---|---|
| 01/23/20 | SDF | Review e-mails from J. Raymond and K. Rosen regarding Rule 2004 discovery from Debtor's principals; review letter from J. Lubetkin regarding same. | .30 | 142.50 |
| 01/23/20 | SDF | Telephone call from B. Katz regarding investigation of Debtor's insiders and subpoenas to Debtor's principals. | .20 | 95.00 |
| 01/23/20 | SDF | Review e-mail from B. Steele of Prime Clerk to L. Bielskie in response to U.S. Trustee's request for additional disclosures in monthly invoices. | .10 | 47.50 |
| 01/23/20 | JHR | Call with B. Katz re status of Saxum investigation, status of receipt of documents. | .20 | 95.00 |
| 01/23/20 | JHR | With Sam Della Fera to review status of Court hearing and pending motions. Discussed investigation being performed by B,. Katz and status of subpoenas served on Debtor's principals and revised correspondence to K. Rosen. | .70 | 332.50 |
| 01/24/20 | JHR | Reviewed status of settlement negotiations with PNC and pending motions. | .10 | 47.50 |
| 01/24/20 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 01/24/20 | SDF | Telephone call from EisnerAmper regarding analyses of Debtor's 26-week budget with PNC Bank. | .50 | 237.50 |
| 01/24/20 | SDF | Telephone call from B. Katz regarding Saxum investigation. | .20 | 95.00 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020       PAGE   26

| | | |
|---|---|---|
| 01/24/20 SDF Review motion of Leader Electric Co. for stay relief to pursue bond claims for project at 33 Peck Slip, NY. | .40 | 190.00 |
| 01/24/20 SDF Review e-mails from L. Bielskie and B. Steele regarding additional disclosures to be made by Prime Clerk in monthly invoices. | .10 | 47.50 |
| 01/24/20 SDF Review e-mail to court from Debtor's counsel regarding proposed modified form of twelfth interim cash collateral order; review filed order. | .20 | 95.00 |
| 01/24/20 SDF Review letter to court from counsel for Reynolds Printing regarding consent to Accordia/Hub at Harrison project settlement per attached proposed form of order. | .20 | 95.00 |
| 01/24/20 SDF Review motion of MixOnSite USA for stay relief to prosecute construction lien foreclosure action, related application to shorten time for hearing, and filed order shortening time. | .40 | 190.00 |
| 01/24/20 SDF Review second notice of Debtor's filing of executed FDU project settlement agreements. | .20 | 95.00 |
| 01/24/20 SDF Review e-mail from M. Seymour regarding proposed resolution of Imperial Flooring's acceptance of Accordia/Hub at Harrison settlement; e-mails with Bank's counsel nd EisnerAmper regarding same. | .30 | 142.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

MS&B  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020      PAGE   27

| | | | |
|---|---|---:|---:|
| 01/27/20 SDF | Review filed order authorizing Debtor's rejection of Halsey Street office lease. | .10 | 47.50 |
| 01/27/20 SDF | Review filed order approving Debtor's settlement agreement with Knopf Leasing project owner and subcontractors. | .20 | 95.00 |
| 01/27/20 SDF | Review filed second order granting in part Debtor's motion to approve settlements with FDU project owner and subcontractors, and for related relief. | .20 | 95.00 |
| 01/27/20 SDF | Telephone call with EisnerAmper regarding revised bank settlement concept and B. Katz's analysis of Saxum settlement. | .40 | 190.00 |
| 01/27/20 SDF | Send e-mails to Committee regarding rescheduled call, B. Katz's memo on Saxum settlement investigation, and status of Bank settlement negotiations. | .30 | 142.50 |
| 01/27/20 SDF | Follow-up e-mails with M. Seymour regarding modified terms of Accordia/Hub at Harrison settlement to waive additional gross preference claims against Imperial Flooring. | .20 | 95.00 |
| 01/27/20 SDF | Telephone calls from M. Seymour and B. Buechler regarding matters scheduled for hearing this week and Committee's position. | .20 | 95.00 |
| 01/27/20 SDF | Telephone calls with B. Katz regarding Saxum investigation outcome and approval motion hearing. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN                75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Feb 21, 2020      PAGE  28

| | | | | |
|---|---|---|---|---|
| 01/27/20 | SDF | Review e-mail from B. Buechler regarding second amended Saxum settlement agreement. | .20 | 95.00 |
| 01/27/20 | SDF | Review e-mail from Prime Clerk to P. Belair regarding revised November 2019 invoice and December 2019 invoice. | .10 | 47.50 |
| 01/27/20 | SDF | Review filed order granting motion of Felix Moran for stay relief to pursue personal injury litigation against insurance coverage. | .10 | 47.50 |
| 01/27/20 | SDF | Review firm's December 2019 monthly fee statement for filing. | .20 | 95.00 |
| 01/27/20 | SDF | Conference call with J. Holman, M. Jacoby and EisnerAmper regarding global settlement negotiations and analysis of 26-week cash flow budget. | .80 | 380.00 |
| 01/27/20 | SDF | Conference call with B. Katz, Bank's professionals and A. Calascibetta regarding Katz analysis of Saxum settlement terms. | .70 | 332.50 |
| 01/27/20 | SDF | Review memoranda from B. Katz regarding investigation of Saxum settlement terms and recommendation for approval; send e-mails to EisnerAmper regarding same. | .30 | 142.50 |
| 01/27/20 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 01/27/20 | AS1 | Review Knopt Order; motion to reject Halsey St. | .20 | 95.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020      PAGE   29

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 01/28/20 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 01/28/20 | LD | Prepare and e-file MSB's monthly fee statement for December 2019. | .20 | 25.00 |
| 01/28/20 | JHR | Reviewed status of various settlements and pending motions. | .20 | 95.00 |
| 01/28/20 | JHR | Conference call with Committee members and drafted meeting minutes and prepared for Motion hearing and status of settlements. | 1.70 | 807.50 |
| 01/28/20 | SDF | Telephone call with A. Calascibetta regarding topics for discussion with Committee today. | .40 | 190.00 |
| 01/28/20 | SDF | Telephone call to S. Mitnick regarding status of preference actions and analysis of additional claims. | .20 | 95.00 |
| 01/28/20 | SDF | Telephone call with Creditors' Committee and professionals regarding hearing tomorrow and other pending matters (includes preparation). | 1.30 | 617.50 |
| 01/28/20 | SDF | Follow-up call with A. Calascibetta and J. Raymond regarding Committee meeting post-mortem, hearing tomorrow and next steps. | .40 | 190.00 |
| 01/28/20 | SDF | Review Debtor's notice of filing of second amended Saxum settlement agreement and related e-mail from B. Buechler. | .20 | 95.00 |

**MS&B**    McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Feb 21, 2020     PAGE   30

| 01/28/20 SDF | Review and reply to e-mail from creditor Bost Concrete regarding case status and related matters. | .30 | 142.50 |
|---|---|---|---|
| 01/28/20 SDF | Review court's determination of adjournment request for Interlink Transport evidentiary hearing. | .10 | 47.50 |
| 01/28/20 SDF | Review filed withdrawal of appearance of counsel for 10 Minerva Place entities. | .10 | 47.50 |
| 01/28/20 SDF | Review Debtor's filed notices of agenda of matters scheduled for hearing tomorrow; confer with J. Raymond regarding same. | .50 | 237.50 |
| 01/28/20 SDF | E-mails and calls with Debtor's counsel regarding Saxum settlement motion, withdrawal of Committee's motion to compel discovery, and Hub at Harrison settlement issue. | .40 | 190.00 |
| 01/28/20 SDF | E-mails with J. Holman and Debtor's counsel regarding matters scheduled for hearing tomorrow and Committee's concerns. | .40 | 190.00 |
| 01/28/20 SDF | Review e-mails from Debtor's counsel and court regarding hearing on motion to approve Saxum settlement. | .20 | 95.00 |
| 01/29/20 SDF | Confer with J. Raymond regarding outcome of hearing today. | .20 | 95.00 |
| 01/29/20 SDF | Review e-mail from L. Bielskie to K. Rosen regarding filing of Katz affidavit and November invoice. | .10 | 47.50 |

MS&B  McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Feb 21, 2020      PAGE  31

| | | | | |
|---|---|---|---|---|
| 01/29/20 | SDF | Telephone call to M. Seymour regarding Hub at Harrison settlement issue with Imperial Flooring. | .10 | 47.50 |
| 01/29/20 | SDF | Review filed declaration of B. Katz of no connections. | .20 | 95.00 |
| 01/29/20 | SDF | Telephone call from J. Holman regarding hearing today and Committee's position on conversion of case. | .20 | 95.00 |
| 01/29/20 | SDF | Review withdrawal of Committee's motion to compel discovery from Debtor. | .20 | 95.00 |
| 01/29/20 | SDF | Review certification of no objections to EisnerAmper monthly fee statements. | .20 | 95.00 |
| 01/29/20 | SDF | Review filed order approving Debtor's settlement with 40 Beechwood and related subcontractors. | .10 | 47.50 |
| 01/29/20 | SDF | Review filed order approving Debtor's settlement with Saxum Real Estate. | .20 | 95.00 |
| 01/29/20 | SDF | Review filed order approving Debtor's settlement with Sunstone Hotels and Viking Demolition. | .10 | 47.50 |
| 01/29/20 | JHR | Court appearance before Judge Kaplan re Motions to approve various settlements, withdraw motion to compel and report to court Committee';s concerns with viability of Chapter 11 Case. Travel to and from Trenton and call with Anthony Calascibetta status of potential settlement conference. | 4.30 | 2042.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B** McMANIMON · SCOTLAND · BAUMANN     75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020      PAGE   32

| | | | | |
|---|---|---|---|---|
| 01/29/20 | LD | Prepare and e-file notice of withdrawal of Committee's motion to compel Debtor and P. Belair to comply with subpoenas. | .20 | 25.00 |
| 01/29/20 | SBP | Update chart with motions and application s | .20 | 55.00 |
| 01/30/20 | SDF | E-mails with counsel for Debtor and PNC Bank regarding status of cash collateral and settlement conference with court next week. | .30 | 142.50 |
| 01/30/20 | SDF | Telephone call with M. Seymour regarding cash collateral, settlement conference with court, and Hub at Harrison settlement; send e-mail to M. Seymour regarding same. | .30 | 142.50 |
| 01/30/20 | SDF | Review proposed form of amended twelfth interim cash collateral order; e-mails with counsel regarding same. | .40 | 190.00 |
| 01/30/20 | SDF | Telephone call from J. O'Boyle regarding proposed treatment of Imperial Flooring in Acordia/Hub at Harrison settlement. | .40 | 190.00 |
| 01/30/20 | SDF | Review e-mail to court from Debtor's counsel regarding proposed form of amended twelfth interim cash collateral order and no call tomorrow. | .20 | 95.00 |
| 01/31/20 | SDF | Review filed amended twelfth interim cash collateral order. | .10 | 47.50 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN      75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Feb 21, 2020      PAGE  33

01/31/20 SDF  Review e-mails from Debtor's counsel      .40      190.00
              and D. Stolz regarding proposed forms
              of settlement stipulation and order
              with Vestry project owner.

01/31/20 SDF  Review first monthly fee statement of      .50      237.50
              Debtor's counsel for September 2019;
              send e-mail to Committee regarding
              same.

01/31/20 SDF  Review filed withdrawal of proof of        .10       47.50
              claim of 3L & Co.

01/31/20 SBP  Update chart with motions and              .20       55.00
              applications

TOTAL FEES:                                          107.20    49745.00

| DATE | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01/31/20 | Inside Duplicating | | 360.60 |
| 01/31/20 | Postage | | 68.00 |
| 01/02/20 | Travel/Parking Expenses | Travel/Parking Expenses-Sam DellaFera parking, tolls and travel (121.2 miles @ .575/mile) to attend Court | 85.54 |
| 01/07/20 | Travel/Parking Expenses | Travel/Parking Expenses-Sam Della Fera tolls, parking and travel Westfield-Trenton-Roseland (121.2 miles @ .575/mile) to attend settlement conferece | 85.54 |

MS&B   McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Feb 21, 2020      PAGE   34

| | | |
|---|---|---|
| 01/09/20 Travel/Parking Expenses | Travel/Parking Expenses-Sam Della Fera parking, tolls and travel Westfield-Trenton-Roseland (121.2 miles @ .575/mile) to attend court hearing | 85.54 |
| 01/16/20 Travel/Parking Expenses | Travel/Parking Expenses-Sam DellaFera parking, tolls and travel Roseland-Trenton-Roseland (136 miles @ .575/mile) to attend Bankruptcy Court for hearing | 94.50 |
| 01/23/20 Travel/Parking Expenses | Travel/Parking Expenses-Sam DellaFera parking, tolls and travel (121.2 miles @ .575/mile) to attend Bankruptcy Court for hearing. | 85.54 |
| 01/29/20 Travel/Parking Expenses | Travel/Parking Expenses-Joshua Raymond parking, tolls and travel Roseland-Trenton-Roseland (138 miles @ .575/mile) to attend  Court Hearing | 95.35 |

TOTAL DISBURSEMENTS                                                  960.61