EisnerAmper LLP
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000
*Accountants and Financial Advisors to the Official Committee of*
*Unsecured Creditors of Hollister Construction Services, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the Matter of:

HOLLISTER CONSTRUCTION SERVICES, LLC,            Case No. 19-27439 (MBK)
                                                 Chapter 11
                                                 (Honorable Michael B. Kaplan)
                        Debtor.

**FOURTH MONTHLY FEE STATEMENT OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF
JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

**Hollister Construction Services, LLC**
**TIME SUMMARY BY PROFESSIONAL**
**January 1, 2020 through January 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Anthony R. Calascibetta CPA, CFF, CTP | Partner | 20.3 | $ 570.00 | $ 11,571.00 |
| Anthony R. Calascibetta @50% Travel Rate | Partner | 1.0 | 285.00 | 285.00 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 8.7 | 540.00 | 4,698.00 |
| Henry Vargas, CPA | Staff II | 0.6 | 255.00 | 153.00 |
| Daniel Castillo | Staff I | 34.5 | 205.00 | 7,072.50 |
| DelMarie Velazquez | Paraprofessional | 1.2 | 130.00 | 156.00 |
| **GRAND TOTAL** | | **66.3** | **$ 361.02** | **$23,935.50** |

* Rates change annually effective August 1st.

| | |
|---|---:|
| FEE TOTALS | $23,935.50 |
| LESS: 20% VOLUNTARY DISCOUNT | (4,787.10) |
| SUBTOTAL: | 19,148.40 |
| PLUS: EXPENSES | 32.04 |
| **NET FEE AND EXPENSES REQUESTED** | **$19,180.44** |

**Hollister Construction Services, LLC**
**January 1, 2020 through January 31, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| Anthony Calascibetta | 01/03/2020 | Conference call with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss additional project settlements and settlement proposals with secured lender. | $ 570.00 | 0.6 | $ 342.00 |
| William Pederson | 01/03/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: upcoming settlement conference and case update. | 540.00 | 0.2 | 108.00 |
| Anthony Calascibetta | 01/05/2020 | Conference call with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss components of settlement proposals with secured lender. | 570.00 | 1.1 | 627.00 |
| William Pederson | 01/05/2020 | Call to discuss upcoming settlement conference and recent proposed terms with counsel and A. Calascibetta, EisnerAmper. | 540.00 | 1.1 | 594.00 |
| Anthony Calascibetta | 01/06/2020 | Review of revised settlement proposal from the secured lender. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 01/06/2020 | Analyzed and discussed secured lender's revised settlement proposal with W. Pederson, EisnerAmper. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 01/06/2020 | Conference call with S. Della Fera and J. Raymond, MSB and W. Pederson, EisnerAmper relating bank's revised settlement proposal, discussed terms, project settlements, potential preferences, potential avoidance actions against insiders, budget and potential counter proposal terms. | 570.00 | 2.3 | 1,311.00 |
| Anthony Calascibetta | 01/06/2020 | Review and summarize questions relating to bank's revised settlement proposal. | 570.00 | 0.2 | 114.00 |
| William Pederson | 01/06/2020 | Conf call with counsel re: upcoming settlement proposal and upcoming settlement conference. | 540.00 | 2.3 | 1,242.00 |
| Anthony Calascibetta | 01/07/2020 | Attended and participated in settlement conference at Trenton courthouse. | 570.00 | 1.5 | 855.00 |
| Anthony Calascibetta | 01/07/2020 | Discussed bank settlement proposal and settlement conference with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 01/07/2020 | Discussed terms of bank's revised settlement proposal with M. Jacoby, Phoenix. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 01/07/2020 | Discussed bank's revised settlement proposal terms, settlement conference, operating report questions, updated 26 week cash flow and insider related actions with S. Della Fera, MSB. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 01/08/2020 | Review of amended Schedule "F" filed and correspondences. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 01/14/2020 | Conference call with P. Belair, CEO Coaching and M. Jacoby, Phoenix to discuss Saxum proposed settlement. | 570.00 | 0.6 | 342.00 |
| Anthony Calascibetta | 01/14/2020 | Review of Saxum proposed settlement. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 01/14/2020 | Discussed Saxum settlement and insider investigations with S. Della Fera, MSB. | 570.00 | 0.6 | 342.00 |
| William Pederson | 01/22/2020 | Pre-Committee call with counsel and A. Calscibetta, EisnerAmper, re: 26 week budget and PNC proposal status. | 540.00 | 0.2 | 108.00 |
| Anthony Calascibetta | 01/27/2020 | Conference call with B. Katz, J. Holman, Duane, M. Jacoby, Phoenix and S. Della Fera, MSB to discuss proposed Saxum settlement. | 570.00 | 0.6 | 342.00 |
| William Pederson | 01/27/2020 | Conf call with lender counsel and FA along with counsel and A. Calascibetta, EisnerAmper, re: 26 week budget and potential settlement. | 540.00 | 0.7 | 378.00 |
| William Pederson | 01/27/2020 | Call with counsel and A. Calascibetta, EisnerAmper re: Saxum settlement and next steps. | 540.00 | 0.4 | 216.00 |
| Anthony Calascibetta | 01/28/2020 | Review of Saxum settlement memorandum prepared by B. Katz. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 01/28/2020 | Discussed 26 week budget, settlement alternatives and project settlements and receivable projected collections. | 570.00 | 0.6 | 342.00 |
| Anthony Calascibetta | 01/28/2020 | Discussed agenda and presentation for hearing with S. Della Fera and J. Raymond, MSB. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 01/29/2020 | Discussed hearing matters with J. Raymond, MSB. | 570.00 | 0.2 | 114.00 |
| William Pederson | 01/29/2020 | Call with A. Calascibetta, EisnerAmper, re: upcoming settlement conference and next steps. | 540.00 | 0.2 | 108.00 |
| | | **Asset Analysis & Recovery Total** | | **15.6** | **8,739.00** |

**Hollister Construction Services, LLC**
**January 1, 2020 through January 31, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 01/08/2020 | Discussed amended schedule "F" filed and claims bar date with S. Della Fera, MSB. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 01/13/2020 | Discussed analysis of claims filed and schedules with D. Castillo, EisnerAmper. | 570.00 | 0.1 | 57.00 |
| Daniel Castillo | 01/14/2020 | Create a spreadsheet for claim schedule. | 205.00 | 3.0 | 615.00 |
| Daniel Castillo | 01/14/2020 | Match claims from schedule to the claims in the register. | 205.00 | 4.0 | 820.00 |
| Anthony Calascibetta | 01/14/2020 | Reviewed and discussed claims analysis with D. Castillo, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Daniel Castillo | 01/15/2020 | Update claim schedule. | 205.00 | 4.0 | 820.00 |
| Daniel Castillo | 01/16/2020 | Update secured claims on schedule. | 205.00 | 1.5 | 307.50 |
| Daniel Castillo | 01/17/2020 | Update the current claim schedule with the claims register from Prime Clerk LLP and begin data analysis. | 205.00 | 4.0 | 820.00 |
| Anthony Calascibetta | 01/17/2020 | Review of claims analysis and discussed with D. Castillo, EisnerAmper. | 570.00 | 0.3 | 171.00 |
| Henry Vargas | 01/17/2020 | Analyzing claims schedule. | 255.00 | 0.6 | 153.00 |
| Daniel Castillo | 01/20/2020 | Updating claim schedule. | 205.00 | 6.0 | 1,230.00 |
| Anthony Calascibetta | 01/21/2020 | Reviewed claims information with D. Castillo, EisnerAmper. | 570.00 | 0.3 | 171.00 |
| Daniel Castillo | 01/21/2020 | Updating claim schedule. | 205.00 | 5.0 | 1,025.00 |
| Anthony Calascibetta | 01/22/2020 | Discussed claims filed and claims base reconciliation with S. Della Fera, MSB. | 570.00 | 0.3 | 171.00 |
| Daniel Castillo | 01/22/2020 | Updating claim schedule. | 205.00 | 1.0 | 205.00 |
| Daniel Castillo | 01/24/2020 | Updating claim schedule. | 205.00 | 2.5 | 512.50 |
| Daniel Castillo | 01/27/2020 | Update claim schedule. | 205.00 | 3.5 | 717.50 |
| | | **Claims Admin & Objections Total** | | **36.4** | **7,966.50** |
| William Pederson | 01/22/2020 | Attend credit committee call. | 540.00 | 0.5 | 270.00 |
| Anthony Calascibetta | 01/22/2020 | Conference call with Committee members, counsels to the Committee and W. Pederson, EisnerAmper to discuss current status of case, upcoming hearing and 26 week budget. | 570.00 | 0.5 | 285.00 |
| William Pederson | 01/28/2020 | Prepare for upcoming Committee call. | 540.00 | 0.3 | 162.00 |
| William Pederson | 01/28/2020 | Attend Creditors' Committee call. | 540.00 | 0.9 | 486.00 |
| Anthony Calascibetta | 01/28/2020 | Participated in Committee call with Creditors representatives, counsel to Committee and W. Pederson, EisnerAmper to discuss 26 week budget and settlement offer/discussion developments. | 570.00 | 0.9 | 513.00 |
| | | **Client Meeting Total** | | **3.1** | **1,716.00** |
| DelMarie Velazquez | 01/07/2020 | Preparation of 1st, 2nd, and 3rd monthly fee statement. | 130.00 | 1.2 | 156.00 |
| | | **Fee/Employment Application Total** | | **1.2** | **156.00** |
| Anthony Calascibetta | 01/03/2020 | Review of monthly operating reports. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 01/06/2020 | Review of October and November operating reports. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 01/06/2020 | Review of September, October and November 2019 operating reports. | 570.00 | 0.8 | 456.00 |
| Anthony Calascibetta | 01/07/2020 | Discussed September, October and November operating report questions with M. Jacoby, Phoenix. | 570.00 | 0.2 | 114.00 |
| | | **Operating Reports Total** | | **1.5** | **855.00** |

**Hollister Construction Services, LLC**
**January 1, 2020 through January 31, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 01/17/2020 | Discussed with S. Della Fera, MSB relating to Court hearing, project settlements and status of financial model. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 01/20/2020 | Conference call with M. Jacoby, Phoenix and W. Pederson, EisnerAmper to discuss budget/model, project settlements, preferences, settlement proposals and other estate matters. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 01/20/2020 | Discussion with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss budget/model, projected asset recoveries and settlement proposal. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 01/20/2020 | Discussed budget/model and other asset recoveries with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 01/22/2020 | Review of 26 week budget. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 01/22/2020 | Discussed 26 week budget with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 01/22/2020 | discussed comparison of activities to date with revised 26 week budget with W. Pederson, EisnerAmper. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 01/23/2020 | Review of 26 week budget and discussions with W. Pederson, EisnerAmper and S. Della Fera, MSB. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 01/24/2020 | Review of 26 week budget. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 01/24/2020 | Conference call with M. Jacoby, Phoenix and W. Pederson, EisnerAmper to discuss componets of budget, asset collection estimate reductions, additional disbursements and settlement proposal. | 570.00 | 0.8 | 456.00 |
| Anthony Calascibetta | 01/24/2020 | Discussions with W. Pederson, EisnerAmper relating to the updated 26 week budget. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 01/24/2020 | Conference call with S. Della Fera, MSB and W. Pederson, EisnerAmper relating to updated 26 week budget, specific estimated asset collections, additional disbursements and overall budget results. | 570.00 | 0.4 | 228.00 |
| William Pederson | 01/24/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: 26 week cash budget and next steps. | 540.00 | 0.3 | 162.00 |
| William Pederson | 01/24/2020 | Call with A. Calascibetta, EisnerAmper, following call with bank FA re: 26 week cash budget issues and next steps. | 540.00 | 0.2 | 108.00 |
| | 01/24/2020 | Call with bank FA and A. Calascibetta, EisnerAmper, re: review of 26 week cash flow budget worksheet. | 540.00 | 0.8 | 432.00 |
| Anthony Calascibetta | 01/27/2020 | Conference call with J. Holman, Duane, M. Jacoby, Phoenix, S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss updated budget and potential settlement framework. | 570.00 | 0.8 | 456.00 |
| Anthony Calascibetta | 01/27/2020 | Discussion with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss settlement framework proposal and proposed Saxum settlement. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 01/27/2020 | Discussions with W. Pederson, EisnerAmper relating to updated budget and settlement framework proposal. | 570.00 | 0.2 | 114.00 |
| William Pederson | 01/28/2020 | Call with A. Calascibetta, EisnerAmper, re: Saxum settlement, 26 week budget and next steps. | 540.00 | 0.6 | 324.00 |
| Anthony Calascibetta | 01/28/2020 | Discussed 26 budget updates relating to asset collections and administrative expenses and agenda for committee call. | 570.00 | 0.4 | 228.00 |
| | | **Projections, Etc. Total** | | **7.5** | **4,218.00** |

**Hollister Construction Services, LLC**
**January 1, 2020 through January 31, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 01/07/2020 | Travel to/from Bankruptcy court in Trenton, NJ relating to settlement conference. | 285.00 | 1.0 | 285.00 |
| | | **Travel Time Total** | | **1.0** | **285.00** |
| | | **Grand Total** | | **66.3** | 23,935.50 |
| | | Less: Voluntary Discount | | | (4,787.10) |
| | | | | | 19,148.40 |
| | | Plus: Mileage | | | 22.04 |
| | | Plus: Parking/Tolls | | | 10.00 |
| | | **Grand Total** | | | **$ 19,180.44** |

**Hollister Construction Services, LLC**
**ITEMIZED EXPENSES INCURRED**

| Date | Name | Amount | Category | Description |
|---|---|---|---|---|
| 1/7/2020 | Anthony Calascibetta | $ 22.04 | Mileage | Mileage |
| | **Mileage** | 22.04 | | |
| 10/31/2017 | Anthony Calascibetta | 10.00 | Parking/Tolls | Parking/Tolls |
| | **PACER** | 10.00 | | |
| | **Grand Total** | $ 32.04 | | |