**MS&B** McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

**Sam Della Fera, Jr.**
Direct Dial: (973) 721-5019
Facsimile: (973) 681-7233
sdellafera@msbnj.com

16030-0001

March 2, 2020

**Via ECF**

Honorable Michael B. Kaplan, U.S.B.J.
United States Bankruptcy Court
Clarkson S. Fisher Federal Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   **In re Hollister Construction Services, LLC**
      **Chapter 11 Case No. 19-27439 (MBK)**

Dear Judge Kaplan:

This firm serves as counsel to the Official Committee of Unsecured Creditors (the "Committee") for the estate of the above-referenced Debtor. Please accept this letter in lieu of a more formal response as the Committee's reservation of rights regarding the Monthly Staffing and Compensation Reports of 10X CEO Coaching ("10X") for the Period January 1, 2020 through January 31, 2020 (the "10X Invoice") [Docket No. 917].

Based upon its previously filed monthly invoices, 10X long ago exhausted its $220,000 prepetition retainer. On this date, the Committee is renewing its motion to convert the Debtor's chapter 11 case to chapter 7, in large part due to the Debtor's administratively insolvent financial condition. Because the outcome of this chapter 11 case remains substantially in doubt, the value of 10X's services in the broader context of the case is unclear.

By this response, the Committee reserves its rights to object to payment of the 10X Invoice in light of the ultimate disposition of this case and facts that may be discovered along the way.

Respectfully submitted,

/s/ Sam Della Fera, Jr.

Sam Della Fera, Jr.

4848-1255-1606, v. 1