

**CHIESA SHAHINIAN & GIANTOMASI PC**

ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

csglaw.com

**ROBERT E. NIES**
rnies@csglaw.com
(O) 973.530.2012
(F) 973.530.2212

March 3, 2020

***By ECF***

All ECF Service List Filers

> Re:    Hollister Construction Services, LLC
>        Case No. 19-27439 (MBK)

Dear ECF Service List Filers:

This Firm represents Arch Insurance Company and Arch Reinsurance Company.  This will confirm that Robert Nies has received approval by Judge Kaplan and will appear telephonically before the Court for the hearing on Thursday, March 5, 2020, at 10:00 a.m.

Very truly yours,

*/s/ Robert E. Nies*

Robert E. Nies
Member

REN/mfg

**NEW JERSEY**                                        **NEW YORK**