UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| **HOLLISTER CONSTRUCTION SERVICES, LLC**,[1] | Case No. 19-27439 (MBK) |
| Debtor. | Objection Deadline: **March 30, 2020 at 4:00 p.m.** |

# MONTHLY STAFFING AND COMPENSATION REPORT OF 10X CEO COACHING, LLC FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

In accordance with the *Final Order Authorizing Debtor to (i) Employ and Retain 10X CEO Coaching, LLC and (ii) Designate Paul Belair as Chief Restructuring Officer for the Debtor Effective as of the Petition Date* entered on January 17, 2020 [Docket No. 823], 10X CEO Coaching, LLC ("10X"), hereby submits its Monthly Staffing and Compensation Report (the "Staffing Report") for the period of February 1, 2020 through February 29, 2020 (the "Compensation Period").

During the Compensation Period, 10X incurred $15,895.00 in fees and $0.00 in expenses for a total amount of $15,895.00 as reflected in the attached exhibits.

Dated: March 3, 2020

        10X CEO Coaching, LLC
        P.O. Box 5117
        Youngstown, Ohio 44515

        By: */s/ Paul Belair*
            Paul Belair, Chief Executive Officer

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3

03/03/2020 **205995586**.1

# EXHIBITS

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of 10X CEO Coaching, LLC for the Period of February 1, 2020 through February 29, 2020.

**Exhibit A - Summary of Compensation and Expenses**

**Exhibit B - Summary of Fees and Hours by Professional and Description of Responsibilities of Professional**

**Exhibit C - Summary of Expenses**

Case 19-27439-MBK    Doc 971    Filed 03/03/20    Entered 03/03/20 11:56:38    Desc Main
Document    Page 2 of 11

## EXHIBIT "A"

**Hollister Construction Services, LLC**
**Summary of Compensation and Expenses**
**February 1, 2020 through February 29, 2020**

| | |
|---|---:|
| **Professional Fees:** | **$15,895.00** |
| (All professional services were rendered by Paul Belair) | |
| **Expenses:** | **$     0.00** |
| **Total Invoice:** | **$15,895.00** |

# EXHIBIT "B"

**Hollister Construction Services, LLC**
**Summary of Fees and Hours by Professional and**
**Description of Responsibilities of Professional**
**February 1, 2020 through February 29, 2020**

**10X CEO COACHING**

P.O. Box 5117
Youngstown, OH 44515

### Paul J. Belair's Time For February 2020

| Date: | Description: | Total Min @$550/hr | Total $: |
|---|---|---|---|
| 2/1/20 | Call w/Michael Jacoby to Discuss Status of Case | 0.5 | $275.00 |
| | Call w/Ken Rosen to Discuss Status of Case | 0.5 | $275.00 |
| | Call w/Michael Ochs to Discuss Status of Case | 0.7 | $385.00 |
| | Call w/Chris Johnson to Discuss Status of Case | 0.4 | $220.00 |
| | | **2.1** | **$1,155.00** |
| | | | |
| 2/3/20 | Call w/Sean Camo to Discuss Next CCO | 0.1 | $55.00 |
| | | **0.1** | **$55.00** |
| | | | |
| 2/4/20 | Call w/Sean Camo to Review Procore Settlement & Deferred Compensation Plan | 0.2 | $110.00 |
| | Call w/Chris Johnson & Sean Camo Re: Preferences & Proof of Claim | 0.5 | $275.00 |
| | Call w/Dana Garfinkel & Sam Perrotta Re: Issues at the HUB | 0.2 | $110.00 |
| | Call w/Sam Camo to Review Preferences | 0.1 | $55.00 |
| | Read & Review MSC Settlement Agreement & Correspond w/Mary Seymour Re: Same | 0.3 | $165.00 |
| | Call w/Sean Camo to Review A/R for Assignment to a Contingent Law Firm | 0.3 | $165.00 |
| | | **1.6** | **$880.00** |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/5/20 | Numerous Calls w/Sean Camo Re: Finalizing 13th CCO | 0.4 | $220.00 |
| | | **0.4** | **$220.00** |
| | | | |
| 2/6/20 | Call w/Chris Johnson Re: Collection Efforts | 0.2 | $110.00 |
| | Call w/Sean Camo Re: Procore Resolution | 0.1 | $55.00 |
| | Call w/Jennifer Kimble Re: An Insider Issue | 0.1 | $55.00 |
| | Call w/Sean Camo Re: Updating Proof of Claim Report | 0.1 | $55.00 |
| | Call w/Hollister Team to Review Status of Open Items | 0.7 | $385.00 |
| | Joint Call w/Hollister/Lowenstein Team to Review Status of Open Items | 0.4 | $220.00 |
| | Call w/Michael Ochs to Discuss NY Fines & Resolution Plan | 0.2 | $110.00 |
| | Call w/Chris Johnson Re: Kerp | 0.2 | $110.00 |
| | Respond to Michael Jacoby's Question Re: Murray's Compensation | 0.3 | $165.00 |
| | | **2.3** | **$1,100.00** |
| | | | |
| 2/7/20 | Read, Review & Approve Lifetown Settlement Agreement & Correspond w/Michael Jacoby Re: Same | 0.6 | $330.00 |
| | Call w/Sean Camo Re: Preference Actions | 0.2 | $110.00 |
| | | **0.8** | **$440.00** |
| | | | |
| 2/8/20 | Read Preferences on NSA | 0.2 | $110.00 |
| | Review Michael Jacoby Questions & Prepare Draft Response | 0.3 | $165.00 |
| | | **0.5** | **$275.00** |
| | | | |
| 2/10/20 | Discussion w/Ken Rosen Re: Status of Case | 0.2 | $110.00 |
| | Numerous Calls w/Sean Camo Re: Amendment to the 13th CCO, Preferences & Collections | 0.4 | $220.00 |
| | Call w/Steven Mitnick & Arielle Adler Re: Next Round of Preferences to Pursue | 0.4 | $220.00 |
| | Calls w/Sean Camo & Sam Perrotta Re: Latz on FDU Park Job In Preparation for Call w/Michael Jacoby | 0.3 | $165.00 |

| | | | | |
|---|---|---|---|---|
| | | Call w/Michael Jacoby Re: Status of Case | 0.5 | $275.00 |
| | | | **1.3** | **$715.00** |
| | | | | |
| | 2/11/20 | Numerous Calls w/Sean Camo to Review MOR Outstanding Questions | 0.4 | $220.00 |
| | | Call w/Michael Ochs & Chris Johnson Re: Solving for Ironside Issues | 0.5 | $275.00 |
| | | Zoom Call w/Hollister Team to Review Status of Outstanding Matters | 1.0 | $550.00 |
| | | Call w/Sam Perrotta to Review NSA Exhibit A | 0.2 | $110.00 |
| | | | **2.1** | **$1,155.00** |
| | | | | |
| | 2/12/20 | Call w/Sean Camo to Discuss NY Office Closure | 0.1 | $55.00 |
| | | Call w/Steven Mitnick & Mary Seymour Re: Preferences | 0.5 | $275.00 |
| | | Call w/Sean Camo Re: Preference Follow-Up | 0.1 | $55.00 |
| | | Call w/Chris Johnson Re: Status of Case | 0.3 | $165.00 |
| | | Review NSA Exhibit A for Preference Comparisons | 0.2 | $110.00 |
| | | Study & Review Potential Outside Audit Firm Issues | 0.7 | $385.00 |
| | | | **1.9** | **$1,045.00** |
| | | | | |
| | 2/13/20 | Call w/Sean Camo to Research Audit Issues | 0.2 | $110.00 |
| | | Research Audit Issues | 0.9 | $495.00 |
| | | Read & Review Draft KERP Plan | 0.2 | $110.00 |
| | | Continue Research of Audit Issues Including Discussion w/Mary Seymour | 0.8 | $440.00 |
| | | | **2.1** | **$1,155.00** |
| | | | | |
| | 2/14/20 | Call w/Sean Camo Re: Audit Issues | 0.2 | $110.00 |
| | | Call w/Katz to Coordinate Insider Activities | 0.2 | $110.00 |
| | | | **0.4** | **$220.00** |
| | | | | |
| | 2/18/20 | Call w/Sean Camo to Review Audit Issues | 0.1 | $55.00 |
| | | Call w/Chris Johnson to Update the KERP | 0.2 | $110.00 |
| | | Call w/Sean Camo to Update the KERP Schedule for Mary Seymour | 0.1 | $55.00 |
| | | Call w/Sean Camo to Update the Audit Issue Review | 0.1 | $55.00 |

| | | | | |
|---|---|---|---|---|
| | | Follow-Up w/Mary Seymour Re: Proof of Claim Analysis Status | 0.1 | $55.00 |
| | | Follow-Up w/Arielle Adler Re: MOR | 0.1 | $55.00 |
| | | Compose Email Summarizing Audit Issues for Mary Seymour & Call w/Sean Camo Re: Same | 1.0 | $550.00 |
| | | | **1.7** | **$935.00** |
| | 2/19/20 | Call w/Sean Camo to Further Refine Issues | 0.3 | $165.00 |
| | | Call w/Chris Johnson to Review Dom Aquilina Loan Matter | 0.1 | $55.00 |
| | | Call w/Lowenstein Re: NJ Tax Audit Matter | 0.3 | $165.00 |
| | | Call w/Drew Podolski (Stark & Stark) Re: Taking over the Collection Matters | 0.2 | $110.00 |
| | | Call w/Hollister Team to Review Status of Remaining Settlement Agreement's | 0.2 | $110.00 |
| | | Revise Audit Issues Correspondence | 0.6 | $330.00 |
| | | | **1.7** | **$935.00** |
| | 2/20/20 | Read & Review CHC Settlement & Compose Email to Michael Jacoby Re: Approval of Same | 0.6 | $330.00 |
| | | Call w/Sean Camo to Begin Preparing Final CCO | 0.1 | $55.00 |
| | | Finalize Audit Issues Report | 0.6 | $330.00 |
| | | Call w/Chris Johnson to Review Audit Issues Report | 0.4 | $220.00 |
| | | Call w/Michael Jacoby to Review Status of Case | 0.5 | $275.00 |
| | | | **2.2** | **$1,210.00** |
| | 2/21/20 | Call w/Sean Camo to Begin Review of NSA Preferences | 0.1 | $55.00 |
| | | Review NSA Preference Analysis & Determine Next Steps | 0.5 | $275.00 |
| | | Call w/Arielle Adler & Sean Camo to Review a Preference Matter & The MOR's | 0.8 | $440.00 |
| | | Call w/Mary Seymour to Review Status of Case | 0.4 | $220.00 |
| | | Call w/Steven Mitnick to Discuss Preference Matters | 0.1 | $55.00 |
| | | | **1.9** | **$1,045.00** |

|  |  |  |  |  |
|---|---|---|---|---|
| 2/24/20 | Call w/Sean Camo to Discuss NSA Preference Analysis | 0.1 | $55.00 |  |
|  | Read, Review & Approve the Week 22 PNC Scorecard | 0.1 | $55.00 |  |
|  | Call w/Sean Camo & Chris Johnson to Review Staffing Levels | 0.4 | $220.00 |  |
|  | Call w/Hollister to Review Open Jobs & Status of Go Forward Jobs | 0.9 | $495.00 |  |
|  | Call w/Sean Camo Re: Next CCO | 0.1 | $55.00 |  |
|  | Call w/Sam Perrotta Re: FLACS Settlement Agreement Status | 0.2 | $110.00 |  |
|  | Call w/Michael Ochs Re: Status of Case | 0.4 | $220.00 |  |
|  |  | **2.2** | **$1,210.00** |  |
|  |  |  |  |  |
| 2/25/20 | Calls w/Sean Camo Re: Michael Jacoby Question Responses | 0.2 | $110.00 |  |
|  | Review Brendan Murray's Time Submission & Advise to Amend & Resubmit | 0.2 | $110.00 |  |
|  | Review Steven Mitnick's Preference Tracker & Send to Michael Jacoby | 0.2 | $110.00 |  |
|  | Review Hollister Protest Letter to NJ Division of Taxation & Email Michael Jacoby Re: Same | 0.2 | $110.00 |  |
|  | Read & Review Bender's Subcontract at RW and Email Mary Seymour Re: Same | 0.2 | $110.00 |  |
|  |  | **1.0** | **$550.00** |  |
|  |  |  |  |  |
| 2/26/20 | Call w/Sean Camo & Sam Perrotta Re: Cash Flow Tracking by Job to the Estate | 0.5 | $275.00 |  |
|  | Review & Approve a Preference Action w/Steven Mitnick | 0.2 | $110.00 |  |
|  | Call w/Mary Seymour to Discuss the Status of the Case | 0.4 | $220.00 |  |
|  | Call w/Woodbury Re: Arch Payroll Funding | 0.1 | $55.00 |  |
|  | Review January MOR & Revised October - December MOR's | 0.1 | $55.00 |  |
|  |  | **1.3** | **$715.00** |  |
|  |  |  |  |  |
| 2/27/20 | Call w/Sean Camo Re: Next 26 Week Cash Flow Planning | 0.1 | $55.00 |  |
|  | Call w/Bruce Buechler Re: Veterins Road Closeout Issues | 0.1 | $55.00 |  |
|  | Research & Respond to Michael Jacoby's Question on CHC Settlement | 0.1 | $55.00 |  |

| | | | | |
|---|---|---|---|---|
| | | Call w/Sean Camo to Review Bonded Company Labor & Overhead Allocation | 0.2 | $110.00 |
| | | Call w/Stark & Stark to Review Collection Matters | 0.7 | $385.00 |
| | | | **1.2** | **$660.00** |
| | | | | |
| | 2/28/20 | Call w/Michael Jacoby to Review Status of Case | 0.4 | $220.00 |
| | | | **0.4** | **$220.00** |
| | | | | |
| | | | **29.2** | **$15,895.00** |

## EXHIBIT "C"

**Hollister Construction Services, LLC**
**Summary of Expenses**
**February 1, 2020 through February 29, 2020**

**\*\*THERE WERE NO EXPENSES INCURRED THIS PERIOD**