| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D. N.J. LBR 9004-1(b)<br><br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>Joseph L. Schwartz, Esq. (JS-5525)<br>Tara J. Schellhorn, Esq. (TS-8155)<br>Tod S. Chasin, Esq.(TC-0122)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, New Jersey  07962-1981<br>Telephone: (973) 538-0800<br>Facsimile: (973) 538-1984<br>jschwartz@riker.com<br>tschellhorn@riker.com<br>tchasin@riker.com<br><br>*Counsel to Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC* | |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Case No.: 19-27439<br><br>Chapter: 11<br><br>Hearing Date: March 5, 2020 |

AMENDED<br><u>**ADJOURNMENT REQUEST**</u>

1. I, Joseph L. Schwartz, Esq.,

    ☒    am the attorney for: Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC (together, the "NWR Parties")

    ☐    am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter:    MixOnSite USA, Inc.'s ("MixOnSite") Motion for Relief from Stay [Doc. No. 848] (the "MixOnSite Motion")

|  |  |
|---|---|
| Current Hearing Date: | March 5, 2020 at 10:00 a.m. |
| New Date Requested: | To Be Determined. |
| Reason for adjournment request: | The NWR Parties have filed opposition to the MixOnSite Motion.  MixOnSite and the NWR Parties previously agreed to adjourn the hearing on the MixOnSite Motion until such time as the Court renders a decision on the NWR Entities' Motion to Enforce the Automatic Stay [Docket No. 740] (the "NWR Motion").  Since the NWR Motion is still pending, MixOnSite and the NWR Parties have agreed to a further adjournment of the MixOnSite Motion. |

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: March 2, 2020                    /s/ Joseph L. Schwartz

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: 3/18/2020 at 11:00 am    ☐ Peremptory

☐ Granted over objection(s) New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

5116898v1