| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D. N.J. LBR 9004-1(b)<br><br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>Joseph L. Schwartz, Esq. (JS-5525)<br>Tara J. Schellhorn, Esq. (TS-8155)<br>Tod S. Chasin, Esq.(TC-0122)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, New Jersey  07962-1981<br>Telephone: (973) 538-0800<br>Facsimile: (973) 538-1984<br>jschwartz@riker.com<br>tschellhorn@riker.com<br>tchasin@riker.com<br><br>*Counsel to Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC* | |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Adv. No.: 19-2222<br><br>Case No.: 19-27439<br><br>Chapter: 11<br><br>Hearing Date: March 5, 2020 |

AMENDED<br><b><u>ADJOURNMENT REQUEST</u></b>

1. I, Joseph L. Schwartz, Esq.,

    ☒ am the attorney for: Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC (together, the "<u>NWR Parties</u>")

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    **Adversary Proceeding Case No. 19-02222**:

    <u>Matter</u>: Motion to Remand State Court Action to the Superior Court of New Jersey, Or, In the Alternative, Abstaining from Exercising Jurisdiction Over the State Court Action [Docket No. 5].

**Main Case No. 19-27439:**

<u>Matter</u>: Motion to Remand State Court Action to the Superior Court of New Jersey, Or, In the Alternative, Abstaining from Exercising Jurisdiction Over the State Court Action [Docket No. 473].

| | |
|---|---|
| <u>Current Hearing Date</u>: | March 5, 2020 at 10:00 a.m. |
| <u>New Date Requested</u>: | The NWR Parties request at least a two-week adjournment of the above-referenced matter, depending on the Court's availability. |
| <u>Reason for adjournment request</u>: | As the Court is aware, the parties have been engaged in ongoing discussions regarding a potential global settlement of these matters. In connection with these ongoing global settlement discussions, the NWR Entities previously agreed to the Debtor's requests on multiple occasions to adjourn the above-referenced matter. Several weeks ago, the NWR Entities made a settlement offer to the Debtor, but only received a response to that offer from the Debtor this past weekend. As a result, the NWR Entities requested an adjournment from the Debtor of the above-referenced matter for at least two weeks. In response, the Debtor advised that it would not consent to the NWR Entities' adjournment request. The NWR Parties now seek at least a two week adjournment from the Court. |

2. <u>Consent to adjournment</u>:

☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below): As is reflected above, the NWR Parties requested the Debtor's consent to an adjournment of the above-references matter; however the Debtor refused to consent to this adjournment request.

I certify under penalty of perjury that the foregoing is true.

Date:   March 2, 2020                                   /s/ Joseph L. Schwartz

2

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date  3/18/2020 at 11:00 a.m.    ☐ Peremptory

☐ Granted over objection(s) New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

5116765v1