**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 5, 2020 AT 10:00 A.M. (ET)**

**CONTINUED MATTERS**

1. Motion to Remand State Court Action to the Superior Court of New Jersey, Or, In The Alternative, Abstaining From Exercising Jurisdiction Over the State Court Action [Docket No. 473, Adv. Proc. No. 19-2222 Docket No. 5]

    Related Documents:

    a) Determination of Adjournment Request (Granted) [Docket No. 605; Filed 12/5/19]

    b) Determination of Adjournment Request (Granted) [Docket No. 800; Filed 1/15/20]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

    c)    Determination of Adjournment Request (Granted) [Adv. Proc. No. 19-2222, Docket No. 11; Filed 3/3/20]

    d)    Determination of Adjournment Request (Granted) [Docket No. 978; Filed 3/4/20]

Objection Deadline: Originally, December 5, 2019 at 4:00 p.m. (ET), extended to February 27, 2020 at 4:00 p.m. (ET)

Responses Received:

    e)    Debtor's Opposition To the NWR Entities' Motion For An Order Remanding State Court Action To The Superior Court Of New Jersey, Or, In The Alternative, Abstaining From Exercising Jurisdiction Over The State Court Action [Docket No. 960; Filed 2/27/20].

Status:  The parties are working to reach a resolution of this matter without incurring the expense of litigation.  This matter is continued to a hearing on March 18, 2020 at 11:00 a.m. (ET).

2.    Herc Rentals, Inc.'s Amended Application For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) [Docket No. 607; Filed 12/5/19]

Related Documents:

    a)    Application For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) [Docket No. 546; Filed 11/20/19]

    b)    Determination of Adjournment Request (Granted) [Docket No 715; Filed 12/26/19]

    c)    Determination of Adjournment Request (Granted) [Docket No 810; Filed 1/15/20]

    d)    Determination of Adjournment Request (Granted) [Docket No 845; Filed 1/23/20]

    e)    Affidavit of Service [Docket No.865; Filed 1/27/20]

    f)    Determination of Adjournment Request (Granted) [Docket No. 904; Filed 2/5/20

    g)    Determination of Adjournment Request (Granted) [Docket No. 933; Filed 2/13/20]

Objection Deadline: Originally, December 26, 2019 at 4:00 p.m. (ET), extended for the Debtor to January 22, 2020 at 12:00 p.m. (ET).

Responses Received:

    h)      Debtor's Objection to Herc Rentals, Inc.'s Application For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) [Docket No. 839; Filed 1/22/20].

Status: The parties are working to reach a resolution of this motion without incurring the expense of litigation. An adjournment request seeking to adjourn this matter to a hearing on March 12, 2020 at 10:00 a.m. has been submitted to the Court and is pending.

3.      MixOnSite USA, Inc.'s Motion to Modify Stay to Permit Prosecution of Previously-Filed Construction Lien Claim Foreclosure Action (the "MixOnSite Motion") [Docket No. 848; Filed 1/23/20]

    Related Documents:

    a)      Application to Shorten Time [Docket No. 849; Filed 1/23/20]

    b)      Amended Application to Shorten Time [Docket No. 851; Filed 1/24/20]

    c)      Order Granting Application to Shorten Time [Docket No. 854; Entered 1/24/20]

    d)      Certificate of Service [Docket No. 900; Filed 2/5/20]

    e)      Determination of Adjournment Request (Granted) [Docket No. 972; Filed 3/3/20]

    f)      Amended Determination of Adjournment Request (Granted) [Docket No. 977; Filed 3/4/20]

Objection Deadline: Objections may be presented orally at the hearing.

Responses Received:

    g)      Objection of Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC (the "NWR Parties") to Motion of MixOnSite USA, Inc. ("MixOnSite") to Modify Stay to Permit Prosecution of Construction Lien Claim Foreclosure Action [Docket No. 925; Filed 2/10/20]

Status: MixOnSite and the NWR Parties previously agreed to adjourn the hearing on the MixOnSite Motion until such time as the Court renders a decision on the NWR Entities' Motion to Enforce the Automatic Stay [Docket No. 740] (the "NWR Motion"). Since the NWR Motion is still pending, MixOnSite and the NWR Parties have agreed to a further adjournment of the MixOnSite Motion to a hearing on March 18, 2020 at 11:00 a.m. (ET).

**UNCONTESTED MATTERS GOING FORWARD**

4.    Debtor's Motion For Entry Of An Order Approving Settlement Of Adversary Proceeding Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure [Docket No. 923; Filed 2/10/20]

Related Documents:

a)    None.

Objection Deadline: February 27, 2020.

Responses Received:

b)    None.

Status: This matter is going forward.

5.    Debtor's Motion For Entry Of An Order Determining That Certain Asserted Liens Filed Post-Petition On The HUB Project Are Void *Ab Initio* And Granting Related Relief [Docket No. 974; Filed 3/4/20]

Related Documents:

a)    Application for Order Shortening Time [Docket 975; Filed 3/4/20]

b)    Order Shortening Time [Docket No. 976; Entered 3/4/20]

Objection Deadline: Objections may be presented at the hearing.

Responses Received:

c)    None.

**CONTESTED MATTERS GOING FORWARD**

6.    Debtor's Motion For Entry of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling A Final Hearing, And (D) Granting Related Relief [Docket No. 14; Filed 9/11/19].

Related Documents:

a)    Application for Expedited Consideration of First Day Matters [Docket No. 16; Filed 9/11/19]

b)    Order regarding Debtor's Application for Expedited Consideration of First Day Matters [Docket No. 20; Entered 9/11/19]

c)    Affidavit of Service [Docket No. 47; Filed 9/13/19]

d)    First Interim Order (I) Authorizing the Use of Cash Collateral, (II)

Case 19-27439-MBK    Doc 980    Filed 03/04/20    Entered 03/04/20 16:09:39    Desc Main
Document      Page 5 of 11

<blockquote>

Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 90; Entered 9/16/19]

e)     Affidavit of Service [Docket No. 128; Filed 9/20/19]

f)     Notice of Filing of Proposed Second Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and, (IV) Granting Related Relief [Docket No. 147; Filed 9/23/19]

g)     Second Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and, (IV) Granting Related Relief [Docket No. 158; Entered 9/25/19]

h)     Affidavit of Service [Docket No. 164; Filed 9/25/19]

i)     Affidavit of Service [Docket No. 194; Filed 9/30/19]

j)     Third Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and, (IV) Granting Related Relief [Docket No. 219; Entered 10/2/19]

k)     Notice of Filing of Proposed Fourth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 267; Filed 10/7/19]

l)     Fourth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 338; Entered 10/17/19]

m)     Fifth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 359; Entered 10/22/19]

n)     Sixth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 463; Entered 11/8/19]

o)     Affidavit of Service [Docket No. 500; Filed 11/13/19]

p)     Seventh Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 556; Entered 11/21/19]

q)     Eighth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 639; Entered 12/12/19]

r)     Affidavit of Service [Docket No. 712; Filed 12/24/19]

</blockquote>

s) Notice of Filing of Proposed Form of Ninth Interim Order (I) Authorizing The Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, And (IV) Granting Related Relief [Docket No. 680; Filed 12/18/19]

t) Ninth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 688; Entered 12/19/19]

u) Affidavit of Service [Docket No. 708; Filed 12/23/19]

v) Affidavit of Service [Docket No. 712; Filed 12/24/19]

w) Tenth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 776; Entered 1/10/20]

x) Notice Of Filing Of Eleventh Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 812; Filed 1/15/20]

y) Eleventh Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 821; Entered 1/16/20]

z) Notice of Filing of Proposed Twelfth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 842; Filed 1/22/20]

aa) Twelfth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 855; Entered 1/24/20]

bb) Affidavit of Service [Docket No. 879; Filed 1/29/20]

cc) Amended Twelfth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 885; Entered 1/31/20]

dd) Thirteenth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 915; Entered 2/7/20]

ee) Affidavit of Service [Docket No. 930; Filed 2/12/20]

ff) Affidavit of Service [Docket No. 955; Filed 2/25/20]

Objection Deadline: Objections may be presented at the hearing.

Responses Received:

gg)  Arch Insurance Company and Arch Reinsurance Company's Limited Objection to Limited Objection to Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 32; Filed 9/12/19]

hh)  Jordan Electric Inc.'s Limited Objection to Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 72; Filed 9/15/19]

ii)  Delcon Builders, Inc. and Pentel Drywall, Inc.'s Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 73; Filed 9/15/19]

jj)  Sparwick Contracting Inc.'s Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 86; Filed 9/16/19]

kk)  10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation's Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 141; Filed 9/23/19]

ll)  5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC's Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 142; Filed 9/23/19]

mm)  Delcon Builders, Inc. and Pentel Drywall, Inc.'s Supplemental Objection and Reservation of Rights To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 143; Filed 9/23/19]

nn)  Nomad Framing Inc.'s Objection and Reservation of Rights to Debtor's Continued Motion for Use of Cash Collateral [Docket No. 179; Filed 9/27/19]

oo)  DeSesa Engineering Company, Inc.'s Limited Objection To Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash

        Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 211; Filed 10/2/19]

   pp)   Objection and Reservation of Rights By Nomad Framing LLC with Respect to Debtor's Fourth Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral; (B) Granting Adequate Protection; (C) Scheduling Final Hearing; And (D) Granting Related Relief [Docket No. 268; Filed 10/7/19]

Status: This matter is going forward.

7.   Motion of Herc Rentals, Inc. For Entry Of An Order (1) Lifting the Automatic Stay Pursuant to 11 U.S.C. §362 and (2) Permitting Herc Rentals, Inc. to Remove its Property from Various Projects ("Herc Stay Relief Motion") [Docket No. 368; Filed 10/23/19], with respect to the Latitude, Hub and FDU Projects only.

Related Documents:

   a)   Certificate of Service filed by Herc Rentals, Inc. [Docket No. 423; Filed 11/6/19]

   b)   Certificate of Service filed by Arch Insurance Company and Arch Reinsurance Company [Docket No. 465; Filed 11/8/19]

   c)   Determination of Adjournment Request (Granted) [Docket No. 685; Filed 12/19/19]

   d)   Order Granting in Part the Motion of Herc Rentals, Inc. (1) Lifting the Automatic Stay Pursuant to 11 U.S.C. § 362 and (2) Permitting Herc Rentals, Inc. to Remove its Property from Various Projects ("Order Granting Herc's Motion in Part") [Docket No. 704; Entered 12/23/19]

   e)   Determination of Adjournment Request (Granted) [Docket No. 722; Filed 12/30/19]

   f)   Determination of Adjournment Request (Granted) [Docket No. 758; Filed 1/8/20

   g)   Determination of Adjournment Request (Granted) [Docket No. 810; Filed 1/15/20]

   h)   Determination of Adjournment Request (Granted) [Docket No. 904; Filed 2/5/20

   i)   Determination of Adjournment Request (Granted) [Docket No. 933; Filed 2/13/20]

Objection Deadline: Originally, November 8, 2019 at 5:00 p.m. (ET) and extended for the Debtor to November 14, 2019 at 10:00 a.m. (ET)

Responses Received:

j) Limited Objection and Reservation of Rights by Arch Insurance Company and Arch Reinsurance Company to Herc Stay Relief Motion [Docket No. 462; Filed 11/7/19]

k) Debtor's Limited Objection to Herc Stay Relief Motion [Docket No. 503; Filed 11/14/19]

Status: This portion of the Herc Stay Relief Motion was adjourned from the 1/16/20 hearing. The Debtor and Herc are negotiating a resolution of this matter, with the goal of submitting a consent order at or prior to the hearing. This matter is going forward.

The portion of the Herc Stay Relief Motion concerning the Rutgers Fuel Tank only was withdrawn under the Order Granting Herc's Motion in Part [Docket No. 704].

8. Motion of Myrage, LLC c/o Atlantic Management for Relief from the Automatic Stay [Docket No. 725; Filed 12/31/19]

Related Documents:

a) None.

Objection Deadline: Originally, January 16, 2020 at 4:00 p.m., extended to January 20, 2020 at 4:00 p.m. by consent of the parties.

Responses Received:

b) Debtor's Objection to Myrage, LLC c/o Atlantic Management for Relief from the Automatic Stay [Docket No. 835; Filed 1/20/20].

Status: This matter is going forward.

9. Third Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases [Docket No. 726; Filed 12/31/19] (with respect to Cellco Partnership d/b/a Verizon Wireless only).

Related Documents:

a) Affidavit of Service [Docket No. 733; Filed 1/3/20]

b) Determination of Adjournment Request (Granted) with respect to Cellco Partnership d/b/a Verizon Wireless only [Docket No. 808; Filed 1/15/20]

c) Order Granting Third Omnibus Motion Authorizing the Debtor to Reject Certain Contracts and Leases as to the Halsey Street Office Lease [Docket No. 861; Entered 1/27/20]

d) Determination of Adjournment Request (Granted) [Docket No. 905; Filed

        2/5/20]

    e)    Determination of Adjournment Request (Granted) [Docket No. 951; Filed 2/24/20]

Objection Deadline: Originally, January 16, 2020. Extended for Cellco Partnership d/b/a Verizon Wireless to March 4, 2020 at 12:00 noon (ET).

Responses Received:

    f)    Objection Of Cellco Partnership D/B/A/ Verizon Wireless To Third Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases [Docket No. 979; Filed 3/4/20]

Status: The Debtor and Verizon Wireless are negotiating a resolution of this matter, with the goal of submitting a stipulation/consent order at or prior to the hearing. This matter is going forward.

## SETTLEMENT CONFERENCE GOING FORWARD

10.    Cross-Motion Of The Official Committee Of Unsecured Creditors To Convert Debtor's Case To Chapter 7 [Docket No. 406; Filed 11/4/19]

Related Documents:

    a)    Certificate of Service [Docket No. 419; Filed 11/6/19]

    b)    Order Denying Without Prejudice Cross-Motion Of The Official Committee Of Unsecured Creditors To Convert Debtor's Case To Chapter 7 [Docket No. 564; Entered 11/22/19]

    c)    Renewed Motion To Convert Debtor's Case To Chapter 7 [Docket No. 964; Filed 3/2/20]

Objection Deadline: November 13, 2020 at 4:00 p.m.

Responses Received:

    d)    Debtor's Objection To Cross-Motion Of The Official Committee Of Unsecured Creditors To Convert Debtor's Case To Chapter 7 [Docket No. 418; Filed 11/6/20]

    e)    Debtor's Supplemental Objection to Cross-Motion of the Official Committee of Unsecured Creditors to Convert Debtor's Case to Chapter 7 [Docket No 497; Filed 11/13/19]

Status: The Court has set a settlement conference for Debtor's counsel, counsel for PNC Bank, counsel for Arch and counsel to the Official Committee of Unsecured Creditors.

| | |
|---|---|
| Dated: March 4, 2020 | **LOWENSTEIN SANDLER LLP** |
| | /s/ *Kenneth A. Rosen* |
| | Kenneth A. Rosen, Esq. |
| | Bruce Buechler, Esq. |
| | Joseph J. DiPasquale, Esq. |
| | Mary E. Seymour, Esq. |
| | Jennifer B. Kimble, Esq. (pro hac vice) |
| | Arielle B. Adler, Esq. |
| | One Lowenstein Drive |
| | Roseland, New Jersey 07068 |
| | (973) 597-2500 (Telephone) |
| | (973) 597-2400 (Facsimile) |
| | krosen@lowenstein.com |
| | bbuechler@lowenstein.com |
| | jdipasquale@lowenstein.com |
| | mseymour@lowenstein.com |
| | jkimble@lowenstein.com |
| | aadler@lowenstein.com |
| | *Counsel to the Debtor and Debtor-in-Possession* |