**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) ) Chapter 11 ) |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) ) ) |
| Debtor. | ) ) ) |

## AFFIDAVIT OF SERVICE

I, Shunte Jones, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On March 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the Core/2002 Service List attached hereto as **Exhibit A**:

- Debtor's Motion for Entry of an Order Determining That Certain Asserted Liens Filed Post-petition on the Hub Project Are Void *ab initio* and Granting Related Relief [Docket No. 974] (the "***Motion for Order Holding Post-Petition Liens Void***")

- Application for Order Shortening Time Period for Notice and Limiting Notice on the Debtor's Motion for Entry of an Order Determining That Certain Asserted Liens Filed Post-Petition on the Hub Project Are Void *ab initio* and Granting Related Relief [Docket No. 975] (the "***Application for Order Shortening Time***")

- Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 976] (the "***Order Shortening Time***")

- Notice of Agenda of Matters Scheduled for Hearing on March 5, 2020 at 10:00 a.m. (ET) [Docket No. 980]

On March 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Motion for Order Holding Post-Petition Liens Void, Application for Order Shortening Time and Order Shortening Time to be served by the method set forth on the Notice Party Service List attached hereto as **Exhibit B**.

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document(s) via electronic service.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Dated: March 4, 2020

_____
Shunte Jones

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 4, 2020, by Shunte Jones, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

# **Exhibit A**

Exhibit A

Core/2002 Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AES Lighting Group | Attn: Jonathan Squilla | derrick@aes-energy.com; jonathan@aes-energy.com |
| Arent Fox LLP | Attn: Andrew Silfen, Mark A. B | andrew.silfen@arentfox.com; mark.bloom@arentfox.com |
| Arent Fox LLP | Attn: Mary Joanne Dowd | mary.dowd@arentfox.com |
| Attorney General of the State of New Jersey | Attn: Gurbir S. Grewal, Heather Lynn Anderson | Heather.Anderson@law.njoag.gov |
| Blank Rome LLP | Attn: Adrienne C. Rogove | Rogove@BlankRome.com |
| Bohler Engineering NY, PLLC | Attn: Anna F. Patras | apatras@bohlereng.com |
| Brach Eichler LLC | Attn: Carl J. Soranno and Anthony M. Rainone | csoranno@bracheichler.com; arainone@bracheichler.com |
| Bridge Builders Newark LLC | Attn: Karen Marques | karen.marques@bridgebuildersnewark.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Campbell Rocco Law, LLC | Attn: Edmund J. Campbell, Jr. | ecampbell@campbellroccolaw.com |
| Capehart & Scatchard, P.A., A Professional Corporation | Attn: William G. Wright | wwright@capehart.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies | ashahinian@csglaw.com; rnies@csglaw.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies | ashahinian@csglaw.com; rnies@csglaw.com |
| Ciardi Ciardi & Astin | Attn: Albert A. Ciardi, III, and Nicole M. Nigrelli | aciardi@ciardilaw.com; nnigrelli@ciardilaw.com |
| Cohen Seglias Pallas Greenhall & Furman, P.C. | Attn: Alex F. Spilberg | aspilberg@cohenseglias.com jvalacer@cohenseglias.com |
| Cole Schotz P.C. | Attn: Michael D. Sirota, Felice R. Yudkin, Jacob S. Frumkin | msirota@coleschotz.com; fyudkin@coleschotz.com;jfrumkin@coleschotz.com |
| Commonwealth of Pennsylvania, Department of Labor and Industry | Attn: Deb Secrest | ra-li-ucts-bankrupt@state.pa.us |
| Connell Foley LLP | Attn: Philip W. Allogramento III, Mitchell W. Taraschi | pallogramento@connellfoley.com; mtaraschi@connellfoley.com |
| DL Thompson, Law, PC | Attn: Donna L. Thompson | Donna.Thompson@DLThompsonlaw.com |
| Drinker Biddle & Reath LLP | Attn: Frank F. Velocci | frank.velocci@dbr.com |
| Duane Morris LLP | Attn: James J. Holman | jjholman@duanemorris.com |
| Duane Morris LLP | Attn: Sommer L. Ross | slross@duanemorris.com |
| Florio Perrucci Steinhardt & Cappelli, LLC | Attn: Brian R. Tipton | btipton@floriolaw.com |
| Fox Rothschild LLP | Attn: Michael R. Herz | mherz@foxrothschild.com |
| Fried Frank Harris Shriver & Jacobson LLP | Attn: Gary Kaplan | Gary.Kaplan@FriedFrank.com |
| Goetz Fitzpatrick LLP | Attn: Gary M. Kushner | gkushner@goetzfitz.com |
| Gorski & Knowlton PC | Attn: Carol L. Knowlton | cknowlton@gorskiknowlton.com; |
| Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck | dbruck@greenbaumlaw.com |
| Greenberg Traurig, LLP | Attn: alan J. Brody | brodya@gtlaw.com |

Exhibit A

Core/2002 Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Haddad Plumbing & Heating, Inc. | Attn: Joann S. Haddad, Esq. | JHaddad@HaddadPlumbing.com |
| Herrick Feinstein LLP | Attn: Steven B. Smith | ssmith@herrick.com |
| Hill Wallack LLP | Attn: Michael Kahme & Michael J. Shavel | mkahme@hillwallack.com; mshavel@hillwallack.com |
| Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Industrial Maintenance Industries | Attn: Eric Sobel | EricS@RTI-IMI.com |
| Jameson, Esq. LLC | Attn: Curtiss T. Jameson | cjameson@jamesonesq.com |
| Kaplin Stewart Meloff Reiter & Stein , P.C. | Attn: Andrew B. Cohn | acohn@kaplaw.com |
| KF Mechanical | Attn: Kenneth Fritze | KFritze@kfmechanical.com |
| Kone, Inc. | Attn: Kenneth C. Barrows | Kenneth.barrows@kone.com |
| Kroll Heineman Carton | Attn: Seth Ptasiewicz | SPtasiewicz@krollfirm.com |
| Larry L Miller | Attn: Larry L Miller | llmlaw@outlook.com |
| Law Office of James C. DeZao | Attn: James C. Dezao, Kathy Cehelsky, Margaret Meade | jreiser@dezaolaw.com |
| Law Offices of Karen Murray LLC | Attn: Karen M. Murray | kmurray@murraynjlaw.com |
| Lawrence B. Diener | Attn: Lawrence B. Diener | LBDiener@optimum.net |
| Lowenstein Sandler, LLP | Attn: Arielle Adler, Bruce Buechler, Joseph DiPasquale, Jennifer B. Kimble, Kenneth A. Rosen, Mary E. Seymour | aadler@lowenstein.com; bbuechler@lowenstein.com; jdipasquale@lowenstein.com; jkimble@lowenstein.com; krosen@lowenstein.com; mseymour@lowenstein.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Eric J. Hughes | ehughes@mdmc-law.com |
| McGrail & Bensinger LLP | Attn: Ilana Volkov, Pearl Shah | ivolkov@mcgrailbensinger.com; pshah@mcgrailbensinger.com |
| McManimon, Scotland & Baumann, LLC | Attn: Sam Della, Fera Jr., Joshua H. Raymond, Anthony Sodono III | sdellafera@msbnj.com; jraymond@msbnj.com; asodono@msbnj.com |
| McManimon, Scotland & Baumann, LLC | Attn: Andrea Dobin | adobin@msbnj.com |
| Mortitt Hock & Hamroff LLP | Attn: Brian P. Craig | bcraig@moritthock.com |
| Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC | Attn: Pasquale Suriano | pasquales@edprop.com |
| Nicoll Davis & Spinella LLP | Attn: Christopher M. Santomassimo | csantomassimo@ndslaw.com |
| Nordlaw | Attn: Michael J. Stafford | mjstafford@nordlaw.legal |
| Norgaard O'Boyle | Attn: Brian G. Hannon, John O'Boyle | bhannon@norgaardfirm.com; joboyle@norgaardfirm.com |
| Norris McLaughlin, P.A. | Attn: Melissa A. Pena | mapena@norris-law.com; msbauer@norris-law.com |
| O'Toole Scrivo, LLC | Attn: Joshua A. Zielinski, R. Brant Forrest | jzielinski@oslaw.com; rforrest@oslaw.com |
| Office of the United States Attorney of New Jersey | Attn: Eamonn O'Hagan, Assistant U.S. Attorney | Eamonn.OHagan@usdoj.gov |
| Office of the United States Trustee for the District of New Jersey | Attn: Lauren Bielskie, Esq. | lauren.bielskie@usdoj.gov |
| Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak | jaffeh@pepperlaw.com; listwakk@pepperlaw.com |

Exhibit A
Core/2002 Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Pepper Hamilton LLP | Attn: Stephanie L. Jonaitis, Robyn R. English-Mezzino | jonaitiss@pepperlaw.com; englishr@pepperlaw.com |
| Post & Schell, P.C. | Attn: Brian W. Bisignani | bbisignani@postschell.com |
| Rabinowitz, Lubetkin & Tully, LLC | Attn: Jay L. Lubetkin | jlubetkin@rltlawfirm.com |
| Rea & Associates, LLC | Attn: Jeffrey J. Rea | jeffrea@aol.com |
| Reddin Masri, LLC | Attn: Hisham I. Masri | hmasri@reddinmasrilaw.com |
| Riker Danzig Scherer Hyland & Perretti LLP | Attn: Tod S. Chasin | tchasin@riker.com |
| Riker, Danzig, Scherer, Hyland & Perretti LLP | Attn: Joseph L. Schwartz, Tara J. Schellhorn | jschwartz@riker.com; tschellhorn@riker.com |
| Rivkin Radler LLP | Attn: Yale A. Leber | yale.leber@rivkin.com |
| Robert Saul Molnar | | molnarrs@aol.com |
| Rosenberg & Pittinsky L.L.P. | Attn: Laurence D. Pittinsky | larry@rpllplaw.com |
| Sanray Construction, Inc. | Attn: Robert Ardolino | sanrayconstruct@optimum.net |
| Schiller, Pittenger & Galvin, P.C. | Attn: K. Joseph Vyzas | jvyzas@schiller.law |
| Schwartz Barkin & Mitchell | Attn: Allen J. Barkin | abarkin@sbmesq.com |
| Shain Schaffer PC | Attn: Marguerite M. Schaffer | mschaffer@shainlaw.com |
| Skolnick Legal Group, P.C. | Attn: Martin P. Skolnick | martin@skolnicklegalgroup.com |
| SM Law PC | Attn: Steven Mitnick, Marc D. Miceli | smitnick@sm-lawpc.com; mmiceli@sm-lawpc.com |
| Stark & Stark | Attn: Joseph H. Lemkin | jlemkin@stark-stark.com |
| Tarter Krinsky & Drogin LLP | Attn: Rocco A. Cavaliere, Scott Markowitz | rcavaliere@tarterkrinsky.com; smarkowitz@tarterkrinsky.com |
| Tesser & Cohen | Attn: Danielle Cohen, Lee M. Tesser | dcohen@tessercohen.com; ltesser@tessercohen.com |
| The Kelly Firm, P.C. | Attn: Andrew J. Kelly, Esq. | akelly@kbtlaw.com |
| Trif Law LLC | Attn: Greg Trif | gtrif@triflaw.com |
| Troon Electric of NY, LLC | Attn: Paul Benevenuto | pbenvenuto@troonelectric.com |
| Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Sydney J. Darling | sdarling@walsh.law; sfalanga@walsh.law |
| Warshaw Burstein, L.L.P. | Attn: Grant R. Cornehls, Maxwell J. Rubin | gcornehls@wbny.com; mrubin@wbny.com |
| Wasserman, Jurista & Stolz, P.C. | Attn: Daniel M. Stolz, Esq. | DStolz@wjslaw.com |
| Weltman & Moskowitz, LLP | Attn: Richard E. Weltman, Michele K. Jaspan | rew@weltmosk.com; mkj@weltmosk.com |
| Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: Mickee M. Hennessy, John Westerman | mhennessy@westermanllp.com; jwesterman@westermanllp.com |
| Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Meredith I. Friedman | dstein@wilentz.com; mfriedman@wilentz.com |

In re: Hollister Construction Services, LLC
Case No. 19-27439 (MBK)

# **Exhibit B**

## Exhibit B
Notice Party Service List
Served as set forth below

| NAME | NOTICE NAME | EMAIL | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| Cardella Trucking Co., Inc. | Attn: Michele Van Orden, President | aschieppe@cardellawaste.com; druffini@cardellawaste.com | 201-867-9047 | Email and Fax |
| Kevin P. Kelly, Esq. | Attn: General Counsel | kkelly@kkmtlegal.com | 201-368-7723 | Email and Fax |
| Meli Plumbing & Heating, Inc. | Attn: Frank Meli | fjmeli@optonline.net | 201-343-2572 | Email and Fax |
| ULE Group NJ Corp. | Attn: Mark Goldman, President | info@ulegrp.com; ar@ulegrp.com | 201-968-5291 | Email and Fax |