**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> **HOLLISTER CONSTRUCTION SERVICES, LLC**,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 12, 2020 AT 10:00 A.M. (ET)**

**CONTINUED MATTERS**

1. Herc Rentals, Inc.'s Amended Application For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) [Docket No. 607; Filed 12/5/19]

    Related Documents:

    a) Application For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) [Docket No. 546; Filed 11/20/19]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
03/11/2020 206030229.3

    b)    Determination of Adjournment Request (Granted) [Docket No 715; Filed 12/26/19]

    c)    Determination of Adjournment Request (Granted) [Docket No 810; Filed 1/15/20]

    d)    Determination of Adjournment Request (Granted) [Docket No 845; Filed 1/23/20]

    e)    Affidavit of Service [Docket No.865; Filed 1/27/20]

    f)    Determination of Adjournment Request (Granted) [Docket No. 904; Filed 2/5/20

    g)    Determination of Adjournment Request (Granted) [Docket No. 933; Filed 2/13/20]

    h)    Determination of Adjournment Request (Granted) [Docket No. 1002; Filed 3/11/20]

Objection Deadline: Originally, December 26, 2019 at 4:00 p.m. (ET), extended for the Debtor to January 22, 2020 at 12:00 p.m. (ET).

Responses Received:

    i)    Debtor's Objection to Herc Rentals, Inc.'s Application For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) [Docket No. 839; Filed 1/22/20].

Status: The parties are working to reach a resolution of this motion without incurring the expense of litigation. This matter has been adjourned to a hearing on March 19, 2020 at 10:00 a.m.

2. Motion of Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) for Entry of an Order (I) Granting It Relief from the Automatic Stay to Terminate Construction Contract, or in the Alternative, (II) Compelling the Debtor to Immediately Reject the Construction Contract [Docket No. 591; Filed 12/2/19]

Related Documents:

    a)    Application to Shorten Time [Docket No. 592; Filed 12/2/19]

    b)    Order Granting Application to Shorten Time [Docket No. 593; Entered 12/2/19]

    c)    Certificate of Service [Docket No. 595; Filed 12/2/19]

    d)    Determination of Adjournment Request (Granted) [Docket No. 866; Filed 1/28/20]

    e)    Determination of Adjournment Request (Granted) [Docket No. 934; Filed 2/13/20]

Objection Deadline: Originally, objections to be heard at the January 29, 2020 hearing. The objection deadline has been adjourned by mutual agreement of the parties.

Responses Received:

    f)    None.

Status: The Debtor and MSC are working on a settlement that will resolve this motion and anticipate filing a motion to approve the settlement in advance of the adjourned hearing date. An adjournment request seeking to adjourn this motion to a hearing on March 19, 2020 at 10:00 a.m. has been submitted to the Court and is pending.

## UNCONTESTED MATTERS GOING FORWARD

3.    Debtor's Motion For Entry Of An Order Approving Settlement And Compromise By And Among The Debtor, Project Owner, And Certain Subcontractors Pursuant To Fed. R. Bankr. P. 9019 And Granting Related Relief (re: CTC Academy) [Docket No. 966; Filed 3/2/20]

Related Documents:

    a)    Application To Shorten Time [Docket No. 967; Filed 3/2/20]

    b)    Order Granting Application To Shorten Time [Docket No. 970; Entered 3/3/20]

    c)    Affidavit Of Service [Docket No. 985; Filed 3/6/20]

Objection Deadline: Objections may be presented orally at the hearing.

Responses Received:

    d)    None.

Status: This matter is going forward by telephonic appearance. Parties wishing to appear at this hearing should make arrangements to appear telephonically through Court Solutions, http://www.Court-Solutions.com.

Dated: March 11, 2020                                     **LOWENSTEIN SANDLER LLP**

                                                                /s/ *Kenneth A. Rosen*
                                                                 Kenneth A. Rosen, Esq.
                                                                 Bruce Buechler, Esq.

Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (pro hac vice)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*

-4-