UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on March 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

 HOLLISTER CONSTRUCTION SERVICES, LLC,

Debtor.

| | |
|---|---|
| Case No.: | 19-27439 (MBK) |
| Chapter: | 11 |
| Hearing Date: | January 23, 2020 |
| Judge: | Michael B. Kaplan |

**ORDER GRANTING IN PART AND DENYING IN PART NEWARK WAREHOUSE URBAN RENEWAL, LLC's MOTION FOR ENTRY OF AN ORDER DETERMINING THAT CERTAIN PARTIES HAVE VIOLATED THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through ____2____ is **ORDERED**.

**DATED: March 13, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on a Motion (ECF No. 740) filed by Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC (collectively, "NWR") seeking an Order determining: (1) that certain parties have violated the automatic stay under 11 U.S.C. § 362(a); (2) that certain asserted liens filed post-petition are void ab initio; and (3) that the automatic stay applies to ongoing state litigation involving enforcement of certain construction liens.  The Court having reviewed fully the parties' submissions—including the post-hearing briefs—and having considered fully the arguments; and for good cause shown; it is hereby

.

ORDERED that NWR's Motion (ECF No. 740) is GRANTED IN PART and DENIED IN PART for the reasons set forth in the accompanying Opinion; and it is further

.

ORDERED that any construction liens filed post-petition with regards to amounts due by the Debtor are void ab initio; and it is further

.

ORDERED that all parties are guided by the Court's Opinion with respect to continued litigation and collection efforts.