UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on March 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 19-27439 (MBK) |
| HOLLISTER CONSTRUCTION SERVICES, LLC, | Chapter: 11 |
| Debtor. | Hearing Date: January 23, 2020 |
| | Judge: Michael B. Kaplan |

### ORDER GRANTING IN PART AND DENYING IN PART NEWARK WAREHOUSE URBAN RENEWAL, LLC's MOTION FOR ENTRY OF AN ORDER DETERMINING THAT CERTAIN PARTIES HAVE VIOLATED THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

**DATED: March 13, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on a Motion (ECF No. 740) filed by Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC (collectively, "NWR") seeking an Order determining: (1) that certain parties have violated the automatic stay under 11 U.S.C. § 362(a); (2) that certain asserted liens filed post-petition are void ab initio; and (3) that the automatic stay applies to ongoing state litigation involving enforcement of certain construction liens.  The Court having reviewed fully the parties' submissions—including the post-hearing briefs—and having considered fully the arguments; and for good cause shown; it is hereby
.
ORDERED that NWR's Motion (ECF No. 740) is GRANTED IN PART and DENIED IN PART for the reasons set forth in the accompanying Opinion; and it is further
.
ORDERED that any construction liens filed post-petition with regards to amounts due by the Debtor are void ab initio; and it is further
.
ORDERED that all parties are guided by the Court's Opinion with respect to continued litigation and collection efforts.

United States Bankruptcy Court
District of New Jersey

In re:  
Hollister Construction Services, LLC  
      Debtor

Case No. 19-27439-MBK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 13, 2020  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2020.  
db      +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2020 at the address(es) listed below:  
NONE.      TOTAL: 0