| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D. N.J. LBR 9004-1(b)<br><br>RIKER DANZIG SCHERER HYLAND &<br>PERRETTI LLP<br>Joseph L. Schwartz, Esq. (JS-5525)<br>Tara J. Schellhorn, Esq. (TS-8155)<br>Tod S. Chasin, Esq.(TC-0122)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, New Jersey  07962-1981<br>Telephone: (973) 538-0800<br>Facsimile: (973) 538-1984<br>jschwartz@riker.com<br>tschellhorn@riker.com<br>tchasin@riker.com<br><br>*Counsel to Newark Warehouse Urban Renewal,<br>LLC and Newark Warehouse Redevelopment<br>Company, LLC* | |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>　　　　　　Debtor. | Case No.: 19-27439<br><br>Chapter: 11<br><br>Hearing Date: March 5, 2020 |

## ADJOURNMENT REQUEST

1.　　I, Joseph L. Schwartz, Esq.,

　　　☒　　am the attorney for: Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC (together, the "NWR Parties")

　　　☐　　am self represented,

　　and request an adjournment of the following hearing for the reason set forth below.

　　Matter:　　MixOnSite USA, Inc.'s ("MixOnSite") Motion for Relief from Stay [Doc. No. 848] (the "MixOnSite Motion")

| | | |
|---|---|---|
| | Current Hearing Date: | March 18, 2020 at 11:00 a.m. |
| | New Date Requested: | March 26, 2020 at 11:00 a.m. |
| | Reason for adjournment request: | The NWR Parties have filed opposition to the MixOnSite Motion. MixOnSite and the NWR Parties previously agreed to adjourn the hearing on the MixOnSite Motion until such time as the Court renders a decision on the NWR Entities' Motion to Enforce the Automatic Stay [Docket No. 740] (the "NWR Motion"). The Court recently issued an opinion and entered an order on the NWR Motion. In light of the Court's decision, MixOnSite and the NWR Parties are discussing a potential resolution and have agreed to a further adjournment of the MixOnSite Motion. |

2. Consent to adjournment:

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: March 16, 2020                              /s/ Joseph L. Schwartz

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: 3/26/20 at 11:00 am      ☐ Peremptory

☐ Granted over objection(s) New hearing date: _____      ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

5116898v2

2