| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D. N.J. LBR 9004-1(b)<br><br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>Joseph L. Schwartz, Esq. (JS-5525)<br>Tara J. Schellhorn, Esq. (TS-8155)<br>Tod S. Chasin, Esq.(TC-0122)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, New Jersey  07962-1981<br>Telephone: (973) 538-0800<br>Facsimile: (973) 538-1984<br>jschwartz@riker.com<br>tschellhorn@riker.com<br>tchasin@riker.com<br><br>*Counsel to Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC* | |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Adv. No.: 19-2222<br>Case No.: 19-27439<br>Chapter: 11<br>Hearing Date: March 5, 2020 |

## ADJOURNMENT REQUEST

1. I, Joseph L. Schwartz, Esq.,

    ☒ am the attorney for: Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC (together, the "NWR Parties")

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    **Adversary Proceeding Case No. 19-02222:**

    Matter: Motion to Remand State Court Action to the Superior Court of New Jersey, Or, In the Alternative, Abstaining from Exercising Jurisdiction Over the State Court Action [Docket No. 5].

**Main Case No. 19-27439:**

Matter: Motion to Remand State Court Action to the Superior Court of New Jersey, Or, In the Alternative, Abstaining from Exercising Jurisdiction Over the State Court Action [Docket No. 473].

Current Hearing Date: March 18, 2020 at 11:00 a.m.

New Date Requested: March 26, 2020 at 11:00 a.m.

Reason for adjournment request: As the Court is aware, the parties have been engaged in ongoing discussions regarding a potential global settlement of these matters. As a result, parties request a further adjournment of the hearing on the Motion to Remand.

2. Consent to adjournment:

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:  March 16, 2020                          /s/ Joseph L. Schwartz

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: 3/26/20 at 11:00 am        ☐ Peremptory

☐ Granted over objection(s) New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

5120058v1

2