**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**NOTICE OF ADJOURNMENT OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 19, 2020 AT 10:00 A.M. (ET)[2]**

**PLEASE TAKE NOTICE** that the following matters, which were scheduled for hearing on March 19, 2020 at 10:00 a.m. (ET) have been adjourned to a hearing on **March 26, 2020 at 11:00 a.m. (ET):**

a) *Debtor's Motion For Entry of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling A Final Hearing, And (D) Granting Related Relief (with respect to the Fourteenth Interim Order)* [Docket No. 14, 986];

b) *Motion of Interlink Transport Technologies, Inc. (dba MSC Technology (North America, Inc.) for Entry of an Order (I) Granting It Relief from the Automatic Stay*

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] This hearing will be conducted telephonically. Parties who wish to appear at the March 26, 2020 hearing must make arrangements through Court Solutions at http://www.Court-Solutions.com.

37322/2
03/17/2020 206071122.1

*to Terminate Construction Contract, or in the Alternative, (II) Compelling the Debtor to Immediately Reject the Construction Contract* [Docket No. 591];

c) *Motion to Compel Payment of Administrative Expenses of Herc Rentals, Inc.* [Docket No. 546, 607 (amended)]; and

d) *Third Omnibus Motion For Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired, with respect to Cellco Partnership d/b/a Verizon Wireless only* [Docket No. 726].

Dated:  March 17, 2020        **LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (pro hac vice)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile) krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*