Order Filed on March 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Mario A. Batelli, Esq.
FOSTER & MAZZIE, LLC
10 Furler Street
Totowa, New Jersey 07512
Phone: 973.785.4000 Fax: 973.785.9220
Mbatelli@FosterMazzieLaw.com
Attorney(s) for Creditor, *360 Fire Prevention, LLC*

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,

*Debtor in Possession*

Chapter 11

Case No. 19-27439 (MBK)

Hearing Date: Dec. 12, 2019

Judge: Michael B. Kaplan

## ORDER GRANTING MODIFICATION OF AUTOMATIC STAY OF PROCEEDINGS

The relief set forth on page numbered two (2) is hereby ***ORDERED***.

**DATED: March 17, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court, having reviewed the Movant, 360 Fire Prevention, LLC's, Motion to Modify the Automatic Stay of Proceedings, as well as any related responses or objections, it is hereby on this _____ day of _____ 2020,

**ORDERED** that:

1. The Automatic Stay in accordance with 11 U.S.C. § 362(a) in the above-captioned matter, and reflected in the Order of this Court dated, September 20, 2019, is hereby modified to permit Movant, 360 Fire Prevention, LLC, to pursue any and all claims against Non-Debtor entity, Life Town, Inc., in any State or Federal Court of appropriate jurisdiction and that the § 362 stay shall not be construed by any Court as a bar to such claims.