| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Hearing Date: 3/19/20 at 10:00 a.m. |

## ADJOURNMENT REQUEST

1. I, Mary E. Seymour, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "Debtor"), hereby request an adjournment of the following hearing for the reason set forth below.

> Matter: *Third Omnibus Motion For Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases* (the "Motion"), with respect to Cellco Partnership d/b/a Verizon Wireless only [Docket No. 726].
>
> Current Hearing Date:    March 19, 2020 at 10:00 a.m. (ET).
>
> New Hearing Date Requested[2]:    March 26, 2020 at 11:00 a.m

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] This adjournment request is made only with respect to Cellco Partnership d/b/a Verizon Wireless. The Court entered an Order resolving the Motion with respect to the HSP 81 Halsey LLC lease at issue therein on January 27, 2020.

37322/2
03/17/2020 206074729.1

-2-

Reason for adjournment request: All matters scheduled for hearing on 3/19/20 are being adjourned to telephonic hearing on 3/26/20 at suggestion of the Court.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: 3/17/20                                         /s/ *Mary E. Seymour*
                                                      Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted              New hearing date: 3/26/2020 at 11:00 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**