**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES,<br>LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**MONTHLY FEE STATEMENT OF McMANIMON, SCOTLAND & BAUMANN, LLC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC, FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

**McMANIMON, SCOTLAND & BAUMANN, LLC**
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

By:＿＿＿＿＿＿ */s/ Sam Della Fera, Jr.*＿＿＿＿＿＿＿
＿＿＿＿＿＿＿Sam Della Fera, Jr.

**MS&B** McMANIMON · SCOTLAND · BAUMANN

75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
Creditors' Committee - Hollister      CLIENT #        00016030-00001
Construction Services, LLC            INVOICE #       170053
                                      INVOICE DATE:   March 17, 2020

                                      BILLING REF:    SDF
```

### INVOICE SUMMARY

For professional services rendered through 02/29/20, in connection
with the matter titled:

### Committee Representation

```
     TOTAL FEES                          31577.50
     TOTAL DISBURSEMENTS ADVANCED          299.80
     TOTAL FOR INVOICE                   31877.30
```

**MS&B**    McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Mar 17, 2020        PAGE    2

PROFESSIONAL SERVICES RENDERED

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/03/20 | SDF | Review Debtor's filed application to approve settlement stipulation with Vestry project owner; review email to court from B. Buechler regarding same; and review filed order. | .20 | 95.00 |
| 02/03/20 | SDF | E-mails with Committee regarding Debtor's counsel's September monthly fee statement, status of Bank settlement negotiations, and call tomorrow. | .40 | 190.00 |
| 02/03/20 | SDF | Review filed declaration of M. Seymour in support of Debtor's motion to approve settlement with Accordia/Hub at Harrison project owners and subcontractors. | .30 | 142.50 |
| 02/03/20 | SDF | Review and revise schedule of pending and completed matters and deadlines. | .30 | 142.50 |
| 02/03/20 | SDF | Confer with J. Raymond regarding pending matters. | .20 | 95.00 |
| 02/03/20 | SDF | Review follow-up e-mails from counsel for Debtor and Vestry project owner regarding final form of settlement stipulation and payment. | .40 | 190.00 |
| 02/03/20 | SDF | Review e-mail and call with J. Holman regarding settlement conference with court and revised Bank proposal; e-mails with J. Holman and K. Rosen regarding same. | .40 | 190.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Mar 17, 2020      PAGE   3

| | | | | |
|---|---|---|---|---|
| 02/03/20 | SDF | Telephone call with Eisner Amper regarding Bank settlement issues and related matters. | .40 | 190.00 |
| 02/03/20 | SDF | Review filed notice of substitution of attorney for SBLP Princeton, LLC. | .10 | 47.50 |
| 02/03/20 | JHR | Reviewed status of when PNC will present a revised settlement offer and reviewed correspondence from J. Holman and K. Rosen regarding a possible settlement conference. | .20 | 95.00 |
| 02/03/20 | SBP | Update chart with applications and motions | .20 | 55.00 |
| 02/04/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 02/04/20 | JHR | Conducted conference call with Committee to discuss settlement options with PNC and whether to move to convert to chapter 7. | .70 | 332.50 |
| 02/04/20 | SDF | Telephone call with EisnerAmper regarding Bank's revised global settlement proposal, settlement conference tomorrow, and Committee call. | .50 | 237.50 |
| 02/04/20 | SDF | Telephone call with Committee regarding Bank's revised global settlement proposal and other pending matters. | .70 | 332.50 |
| 02/04/20 | SDF | Return call to J. Holman regarding Bank's revised global settlement proposal and settlement conference tomorrow. | .10 | 47.50 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Mar 17, 2020     PAGE   4

| | | | | |
|---|---|---|---|---|
| 02/04/20 | SDF | Prepare for Committee call and post-call discussion with J. Raymond. | .30 | 142.50 |
| 02/04/20 | SDF | Prepare for settlement conference with court tomorrow. | .40 | 190.00 |
| 02/04/20 | SDF | Review Debtor's proposed settlement agreement among DO & Co. project owner and subcontractors; related e-mails with M. Seymour and J. Holman. | .40 | 190.00 |
| 02/04/20 | SDF | E-mails with counsel for Debtor and PNC Bank regarding settlement conference with court tomorrow. | .30 | 142.50 |
| 02/04/20 | SDF | Review and analyze PNC Bank's revised global settlement proposal; send e-mail to Committee and EisnerAmper regarding same. | .50 | 237.50 |
| 02/04/20 | SDF | Telephone call to M. Seymour regarding Hub at Harrison settlement order, FDU settlement issue, and Do & Co. settlement. | .30 | 142.50 |
| 02/04/20 | SDF | E-mails with Committee regarding call tomorrow. | .20 | 95.00 |
| 02/04/20 | AS1 | Review 147 Bloomfield Stipulation | .20 | 95.00 |
| 02/05/20 | JHR | Reviewed settlement options, possible motion to convert, issues for preference demands and defenses and discussed same with S. Della Fera. Revised and edited minutes to conference calls with committee members. | .60 | 285.00 |
| 02/05/20 | JHR | Participated in Conference call with committee and drafted minutes. | .80 | 380.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Mar 17, 2020      PAGE    5

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/05/20 | SDF | Telephone call with Creditors' Committee, B. Pederson, and J. Raymond regarding outcome of settlement conference today and strategy. | .80 | 380.00 |
| 02/05/20 | SDF | Review notice of appearance filed by counsel for MixOnSite USA, Inc. | .10 | 47.50 |
| 02/05/20 | SDF | Review Debtor's notice of filing of amended independent manager agreement. | .40 | 190.00 |
| 02/05/20 | SDF | Review Debtor's filed agenda for hearing tomorrow. | .20 | 95.00 |
| 02/05/20 | SDF | Telephone call from A. Calascibetta regarding status of global settlement negotiations. | .20 | 95.00 |
| 02/05/20 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 02/05/20 | SDF | Travel to/from Trenton Bankruptcy Court for case settlement conference. | 2.50 | 1187.50 |
| 02/05/20 | SDF | Attend case settlement conference with court and counsel for Debtor and PNC Bank, and financial advisors. | 2.00 | 950.00 |
| 02/05/20 | SDF | Confer with J. Raymond regarding outcome of settlement conference today, hearing tomorrow, and cash collateral. | .40 | 190.00 |
| 02/05/20 | SDF | Review e-mail to court from Debtor's counsel regarding proposed order approving settlement with Accordia/Hub at Harrison Owner and subcontractors; review filed order. | .30 | 142.50 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN     75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Mar 17, 2020      PAGE    6

| Date | Init | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 02/05/20 | SDF | Telephone call from Committee member Sanray Construction regarding status of Bank settlement negotiations. | .40 | 190.00 |
| 02/05/20 | SDF | Review court's notice of adjournment of hearings on Herc Rentals' motions for stay relief and for payment of administrative expense, and Debtor's rejection motion. | .20 | 95.00 |
| 02/06/20 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 02/06/20 | SDF | Return call to J. Holman regarding cash collateral, Bank settlement, and related issues. | .40 | 190.00 |
| 02/06/20 | SDF | Appear telephonically at hearing on cash collateral and other pending matters. | .60 | 285.00 |
| 02/06/20 | SDF | Review January 2020 invoice of ordinary course professional Hedinger & Lawless; related correspondence. | .20 | 95.00 |
| 02/06/20 | SDF | Review supplemental letter brief filed by City Contracting, Inc. in opposition to motion of Newark Warehouse entities to enforce automatic stay. | .30 | 142.50 |
| 02/06/20 | SDF | Review filed order approving withdrawal of counsel for Waypoint Hackensack Urban Renewal. | .10 | 47.50 |
| 02/06/20 | SDF | Telephone call from B. Pederson regarding status of claims analysis and other pending matters. | .20 | 95.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Mar 17, 2020        PAGE    7


| 02/06/20 | SDF | Review Debtor's proposed thirteenth interim cash collateral order and budget; e-mails with counsel for Debtor, US Trustee, Arch and PNC Bank regarding same. | .40 | 190.00 |
| 02/06/20 | SDF | Review response/proposed form of order granting modification of automatic stay, filed by 360 Fire Prevention. | .20 | 95.00 |
| 02/06/20 | SDF | Review supplemental opposition to motion of Newark Warehouse entities to enforce stay, field by Control Services, LLC. | .20 | 95.00 |
| 02/06/20 | SDF | Review and reply to e-mail from M. Seymour regarding modification to settlement agreement for FDU project. | .20 | 95.00 |
| 02/06/20 | SDF | Review second supplemental omnibus reply filed by Newark Warehouse entities to opposition o motion to enforce stay. | .20 | 95.00 |
| 02/06/20 | AS1 | Review Opposition to Newark Warehouse's Motion to Determine Certain Parties Violated Stay and Order Granting Modification of Automatic Stay to 360 Fire Protection | .20 | 95.00 |
| 02/07/20 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 02/07/20 | SDF | Review e-mail to court from Debtor's counsel regarding proposed form of thirteenth interim cash collateral order; review final order. | .30 | 142.50 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Mar 17, 2020       PAGE    8

| | | | | |
|---|---|---|---|---|
| 02/07/20 | SDF | Review letter to court from counsel for Lifetown regarding objection to entry of proposed order granting stay relief to 360 Fire Protection. | .20 | 95.00 |
| 02/07/20 | SDF | Review filed January 2020 monthly staffing report filed by 10X CEO Coaching; draft Committee's limited objection. | .40 | 190.00 |
| 02/07/20 | SDF | E-mails with L. Bielskie regarding amended B. Katz engagement agreement. | .20 | 95.00 |
| 02/07/20 | SDF | E-mails with I. Volkov regarding amended B. Katz engagement agreement. | .20 | 95.00 |
| 02/07/20 | SDF | Review and revise schedule of pending and completed motions and deadlines. | .40 | 190.00 |
| 02/10/20 | SDF | Telephone call to L. Bielskie regarding Debtor's amended agreement with B. Katz. | .10 | 47.50 |
| 02/10/20 | SDF | Review Debtor's motion to approve settlement of preference action against Direct Cabinet Sales. | .30 | 142.50 |
| 02/10/20 | SDF | Review notice of appearance filed by T. Walsh for Newark Warehouse entities. | .10 | 47.50 |
| 02/10/20 | SDF | Review objection filed by Newark Warehouse entities to motion of MixOnSite for stay relief to prosecute construction lien foreclosure action. | .20 | 95.00 |
| 02/10/20 | SDF | Telephone call from B. Pederson regarding preparation for settlement conference call today. | .30 | 142.50 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Mar 17, 2020      PAGE   9

| | | | | |
|---|---|---|---|---|
| 02/10/20 | SDF | Participate in settlement conference call with court and counsel for Debtor and PNC Bank. | .80 | 380.00 |
| 02/10/20 | SDF | Conference call with EisnerAmper regarding settlement conference post mortem and next steps. | .70 | 332.50 |
| 02/10/20 | SDF | E-mails with Committee regarding settlement conference today, related matters, and next steps. | .60 | 285.00 |
| 02/10/20 | JHR | Reviewed status of settlements with PNC and Debtor regarding minimum recovery for unsecured creditors. | .20 | 95.00 |
| 02/11/20 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 02/11/20 | SDF | E-mails and telephone call with J. Lemkin regarding status of Bank settlement negotiations and potential retention as special counsel. | .40 | 190.00 |
| 02/11/20 | SDF | E-mails regarding adjournment of MixOnSite's motion for stay relief. | .20 | 95.00 |
| 02/11/20 | SDF | Review proof of priority tax claim filed by NJ Division of Taxation. | .20 | 95.00 |
| 02/11/20 | SDF | Review October 2019 monthly fee statement filed by Debtor's counsel. | .40 | 190.00 |
| 02/11/20 | LD | Prepare and e-file certification of no objection to MSB's December 2019 fee statement. | .20 | 25.00 |
| 02/12/20 | SDF | Review Debtor's filed notices of agenda for hearing tomorrow. | .30 | 142.50 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Mar 17, 2020     PAGE   10

| | | | | |
|---|---|---|---|---|
| 02/12/20 | SDF | Return call to J. Zapata, subcontractor's counsel, regarding case status. | .20 | 95.00 |
| 02/12/20 | SDF | Telephone call to J. Holman regarding hearing tomorrow and pending matters. | .10 | 47.50 |
| 02/12/20 | SDF | E-mail with EisnerAmper regarding Lowenstein Sandler's October 2019 monthly fee statement. | .20 | 95.00 |
| 02/12/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 02/12/20 | SDF | Telephone call from A. Calascibetta regarding Bank settlement negotiations and professional fees. | .20 | 95.00 |
| 02/12/20 | SDF | Review certification of no objection to MSB's December 2019 monthly fee statement. | .10 | 47.50 |
| 02/13/20 | SDF | Review notices of court's adjournment of matters scheduled for hearing today; review e-mail from A. Adler regarding same. | .20 | 95.00 |
| 02/13/20 | SDF | Review letter to court and revised form of order from counsel for Leader Electric regarding motion for stay relief. | .20 | 95.00 |
| 02/13/20 | SDF | Telephone call to M. Seymour regarding NJ Division of Taxation's claim and other pending matters. | .20 | 95.00 |
| 02/13/20 | SDF | Telephone call to J. Haddad, Committee Chair, regarding case status. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Mar 17, 2020      PAGE   11

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 02/13/20 | SDF | Review reservation of rights filed by Newark Warehouse Entities regarding motion of Leader Electric for stay relief. | .10 | 47.50 |
| 02/13/20 | SDF | Follow-up call to J. Holman regarding pending matters. | .10 | 47.50 |
| 02/13/20 | SDF | Review and revise January pre-bill for monthly fee statement. | .30 | 142.50 |
| 02/13/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 02/13/20 | JHR | Telephone call with J. Haddad and S. Della Fera re status of settlement options with PNC and Debtor. Status of various projects. | .20 | 95.00 |
| 02/13/20 | JHR | Reviewed status of various motions and settlement negotiation terms and options. | .20 | 95.00 |
| 02/14/20 | JHR | Reviewed budget projections, basis for motion to convert and discussed same with S. Della Fera and Called W. Pederson to request additional detail. | .40 | 190.00 |
| 02/14/20 | JHR | Drafted notice of motion, certification and application and order to convert | 1.10 | 522.50 |
| 02/14/20 | SDF | Review notice of appearance filed by counsel for State of NJ, Division of Taxation. | .10 | 47.50 |
| 02/14/20 | SDF | E-mails with Committee regarding status of Bank settlement negotiations, motion to convert, and call next week. | .80 | 380.00 |

MS&B  McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Mar 17, 2020      PAGE  12


| 02/14/20 | SDF | Confer with J. Raymond regarding renewed motion to convert case to Chapter 7 and Debtor's 26-week cash projection. | .40 | 190.00 |
|---|---|---|---|---|
| 02/14/20 | SDF | Telephone call with EisnerAmper regarding status of settlement negotiations and related matters. | .50 | 237.50 |
| 02/14/20 | SDF | Review November 2019 fee statement filed by Lowenstein Sandler. | .30 | 142.50 |
| 02/17/20 | JHR | Continued to draft application in support of motion to convert. | .20 | 95.00 |
| 02/18/20 | JHR | Drafted, revised, edited and supplemented motion to convert. Forwarded draft to W. Pederson for review and supplementation. | 2.30 | 1092.50 |
| 02/18/20 | JHR | Call with B. Pederson , revised, edited and supplemented motion to convert. | .70 | 332.50 |
| 02/18/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 02/18/20 | JHR | Participated in conference call with committee members and S. Della Fera. and W. Pederson. | .50 | 237.50 |
| 02/18/20 | SDF | Review and revise schedule of pending and completed motions and deadlines. | .30 | 142.50 |
| 02/18/20 | SDF | Confer with J. Raymond regarding motion to convert and Committee call. | .40 | 190.00 |
| 02/18/20 | SDF | Telephone call with A. Calascibetta regarding status of Bank settlement negotiations. | .20 | 95.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**   McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Mar 17, 2020      PAGE   13

| | | | | |
|---|---|---|---|---|
| 02/18/20 | SDF | Telephone call with J. Holman regarding Bank settlement negotiations and other pending matters. | .40 | 190.00 |
| 02/18/20 | SDF | E-mails and calls with Debtor's counsel regarding status of Arch claim, NJ tax claim, B. Katz's investigation and other pending matters. | .60 | 285.00 |
| 02/18/20 | SDF | Review and revise draft form of renewed Committee motion to convert case to Chapter 7. | 1.20 | 570.00 |
| 02/18/20 | SDF | Review Debtor's filed certification of no objection to September monthly fee statement. | .10 | 47.50 |
| 02/18/20 | SDF | Review proposed form of amended thirteenth interim cash collateral order and budget, from Debtor's counsel; related e-mails with counsel. | .40 | 190.00 |
| 02/18/20 | SDF | Prepare for Committee call today. | .30 | 142.50 |
| 02/18/20 | SDF | Telephone call from L. Bielskie regarding status of Bank settlement negotiations and other pending matters. | .50 | 237.50 |
| 02/18/20 | SDF | Conference call with Creditors' Committee regarding status of Bank settlement negotiations and other pending matters. | .60 | 285.00 |
| 02/19/20 | SDF | Review and reply to e-mail from Debtor's counsel regarding cash collateral order and budget and B. Katz's engagement terms. | .30 | 142.50 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN

75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Mar 17, 2020    PAGE   14

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/19/20 | SDF | Telephone call to B. Katz regarding status of investigation of insiders and related matters. | .20 | 95.00 |
| 02/19/20 | SDF | E-mails with J. Raymond and B. Pederson regarding motion o convert case and call tomorrow. | .20 | 95.00 |
| 02/19/20 | JHR | Continued to review and revise and edit Motion to Convert | .20 | 95.00 |
| 02/20/20 | JHR | Conference call with S. Della Fera and W. Pederson re revisions to Motion to Convert. | .30 | 142.50 |
| 02/20/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 02/20/20 | SDF | Telephone call from B. Stanziale regarding case status and motion to enforce stay against claims of subcontractors against project owners. | .30 | 142.50 |
| 02/20/20 | SDF | Conference call with J. Raymond and B. Pederson regarding motion to convert case. | .30 | 142.50 |
| 02/20/20 | SDF | Review Debtor's notice of filing of executed settlement agreement with FDU and certain subcontractors on Park Avenue project. | .30 | 142.50 |
| 02/20/20 | SDF | Review fourth monthly fee statement (December 2019) filed by Lowenstein Sandler. | .30 | 142.50 |
| 02/20/20 | SDF | Review e-mail to court from Debtor's counsel regarding proposed form of amended thirteenth interim cash collateral order. | .30 | 142.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Mar 17, 2020      PAGE   15


| 02/21/20 | SDF | Review e-mail from Debtor's counsel regarding status of B. Katz's investigation into Debtor's insiders. | .20 | 95.00 |
| 02/21/20 | SDF | Review filed order modifying stay to allow Leader Electric to prosecute NY construction lien claims. | .20 | 95.00 |
| 02/21/20 | SDF | Review filed amended thirteenth interim cash collateral order. | .20 | 95.00 |
| 02/21/20 | SDF | Telephone call to J. Norman regarding status of bank settlement. | .10 | 47.50 |
| 02/21/20 | SDF | Review e-mail and attached draft stipulation from Debtor's counsel regarding termination of Debtor's deferred compensation plan. | .30 | 142.50 |
| 02/21/20 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 02/24/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 02/24/20 | JHR | Reviewed revisions to motion to convert. | .20 | 95.00 |
| 02/24/20 | SDF | Review court's determination of request to adjourn hearing on Debtor's third omnibus motion to reject contracts. | .10 | 47.50 |
| 02/24/20 | SDF | E-mails with J. HOlman regarding status of Bank's settlement proposal and call tomorrow. | .30 | 142.50 |
| 02/24/20 | SDF | Review January 2020 monthly fee statement for filing. | .30 | 142.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN

75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Mar 17, 2020      PAGE  16

| | | | | |
|---|---|---|---|---|
| 02/24/20 | SDF | Continue drafting and research for renewed motion to convert case. | 1.40 | 665.00 |
| 02/24/20 | LD | Prepare and e-file MSB's monthly fee statement for January 2020. | .20 | 25.00 |
| 02/25/20 | SDF | Conference call with A. Calascibetta and J. Raymond regarding analysis of Bank's revised settlement proposal and related matters. | 1.60 | 760.00 |
| 02/25/20 | SDF | Review and revise motion to convert case to Chapter 7. | 1.30 | 617.50 |
| 02/25/20 | SDF | Review Debtor's motion for entry of stipulation for turnover of property to the estate (executive non-qualified plan); review Debtor's counsel's e-mail to court regarding same and courts notice of objection deadline. | .30 | 142.50 |
| 02/25/20 | SDF | Review revised bank settlement proposal and related e-mail from J. Holman; e-mails with EisnerAmper regarding same. | .30 | 142.50 |
| 02/25/20 | SDF | Telephone call with J. Holman regarding revised bank settlement proposal. | .40 | 190.00 |
| 02/25/20 | SDF | Review January 2020 monthly fee statement of EisnerAmper. | .20 | 95.00 |
| 02/25/20 | SDF | E-mails with J. Holman and K. Rosen regarding status of settlement negotiations and conference with court. | .20 | 95.00 |

**MS&B**    McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Mar 17, 2020      PAGE  17

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/25/20 | SDF | Review Debtor's protest letter to NJ Division of Taxation. | .30 | 142.50 |
| 02/25/20 | JHR | Reviewed Settlement proposal submitted by PNC Bank | .20 | 95.00 |
| 02/25/20 | JHR | Conference call with A. Calascibetta and S. Della Fera re review of PNC's settlement proposal, review professional fees,, 26 week budget projections and possible settlement options and/or motion to convert. | 1.50 | 712.50 |
| 02/25/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 02/26/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 02/26/20 | JHR | Correspondence reviewed from Committee members regarding status of motion to convert. Reviewed correspondence to and form K Rosen re status of Arch claim and how professional fees will be satisfied. | .70 | 332.50 |
| 02/26/20 | SDF | Review and reply to e-mails from Debtor's counsel regarding status of Bank settlement negotiations. | .40 | 190.00 |
| 02/26/20 | SDF | Send e-mail to J. Holman regarding Bank settlement proposal. | .20 | 95.00 |
| 02/26/20 | SDF | Review filed certificate of no objection to Debtor's counsel's October 2019 monthly fee statement. | .10 | 47.50 |
| 02/26/20 | SDF | Confer with J. Raymond regarding Bank settlement proposal and related matters. | .20 | 95.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**    McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Mar 17, 2020      PAGE   18

| 02/26/20 SDF | Review and revise renewed motion to convert case to Chapter 7. | 1.30 | 617.50 |
| 02/26/20 SDF | Review and rely to e-mails from Committee regarding status. | .40 | 190.00 |
| 02/26/20 SDF | Review filed third order granting in further part the Debtor's motion to approve settlement with FDU project owner and certain subcontractors. | .20 | 95.00 |
| 02/26/20 SDF | Telephone calls with A. Calascibetta regarding analysis of Bank's settlement proposal and related matters. | .80 | 380.00 |
| 02/26/20 SDF | Telephone call from Committee member regarding pending matters. | .20 | 95.00 |
| 02/26/20 SDF | E-mails with counsel for Debtor, U.S. Trustee, and Bank regarding no objection to proposed stipulation terminating employee benefit plan. | .30 | 142.50 |
| 02/26/20 SDF | Telephone call to K. Rosen regarding case issues and Bank settlement negotiations. | .40 | 190.00 |
| 02/27/20 SDF | E-mails with Committee members regarding authorization to file motion to convert case to Chapter 7. | .40 | 190.00 |
| 02/27/20 SDF | Review e-mail form Debtor's counsel regarding stipulation for turnover of property of estate (executive non-qualified plan); review filed order. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN         75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Mar 17, 2020      PAGE  19

| | | | | |
|---|---|---|---|---|
| 02/27/20 | SDF | Review e-mail from A. Calascibetta regarding PNC Bank's analysis of accrued professional fees. | .30 | 142.50 |
| 02/27/20 | SDF | Telephone call with A. Calascibetta and J. Raymond regarding analysis of professional fees and preparation for Committee call. | .40 | 190.00 |
| 02/27/20 | SDF | Committee conference call; post-mortem call with J. Raymond and A. Calscibetta. | 1.00 | 475.00 |
| 02/27/20 | SDF | Review Debtor's opposition to motion of Newark Warehouse entities to remand state court action to NJ superior court. | .40 | 190.00 |
| 02/27/20 | JHR | With S. Della Fera and T. Calicabetta to review professional fees and basis for continuing settlement discussions and/or moving to convert, and call with Committee members. | 1.40 | 665.00 |
| 02/27/20 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 02/28/20 | JHR | Correspondence from T. Calascibetta re clarified offer from PNC and call to discuss same. Correspondence to and from committee members re motion to convert. | .30 | 142.50 |
| 02/28/20 | SDF | E-mails with A. Calascibetta and J. Raymond regarding status of Bank's settlement proposal and claims analysis. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN

75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Mar 17, 2020      PAGE   20

| Date | | Description | | |
|---|---|---|---|---|
| 02/28/20 | SDF | Review and analyze clarified Bank settlement proposal; send e-mail to Committee regarding same. | .40 | 190.00 |
| 02/28/20 | SDF | Telephone call with A. Calascibetta regarding Bank's clarified settlement proposal. | .30 | 142.50 |
| 02/28/20 | SDF | Telephone call to J. Holman regarding motion to convert case. | .10 | 47.50 |
| 02/28/20 | SDF | Review, revise, and finalize motion to convert case. | 1.30 | 617.50 |

TOTAL FEES:                                              67.70   31577.50

| DATE | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 02/29/20 | Inside Duplicating | | 249.80 |
| 02/06/20 | Filing Fee | Filing Fee- Court Solutions | 50.00 |

TOTAL DISBURSEMENTS                                              299.80