UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Mario A. Batelli, Esq.
FOSTER & MAZZIE, LLC
10 Furler Street
Totowa, New Jersey 07512
Phone: 973.785.4000 Fax: 973.785.9220
Mbatelli@FosterMazzieLaw.com
Attorney(s) for Creditor, *360 Fire Prevention, LLC*

**Order Filed on March 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,

*Debtor in Possession*

Chapter 11

Case No. 19-27439 (MBK)

Hearing Date: Dec. 12, 2019

Judge: Michael B. Kaplan

**ORDER GRANTING MODIFICATION OF AUTOMATIC STAY OF PROCEEDINGS**

The relief set forth on page numbered two (2) is hereby **ORDERED**.

**DATED: March 17, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court, having reviewed the Movant, 360 Fire Prevention, LLC's, Motion to Modify the Automatic Stay of Proceedings, as well as any related responses or objections, it is hereby on this _____ day of _____ 2020,

**ORDERED** that:

1. The Automatic Stay in accordance with 11 U.S.C. § 362(a) in the above-captioned matter, and reflected in the Order of this Court dated, September 20, 2019, is hereby modified to permit Movant, 360 Fire Prevention, LLC, to pursue any and all claims against Non-Debtor entity, Life Town, Inc., in any State or Federal Court of appropriate jurisdiction and that the § 362 stay shall not be construed by any Court as a bar to such claims.

United States Bankruptcy Court
District of New Jersey

In re:  
Hollister Construction Services, LLC  
      Debtor

Case No. 19-27439-MBK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 17, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2020.  
db        +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:  
NONE.                                            TOTAL: 0