UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | Case No. 19-27439 (MBK) |
| Debtor. | Hearing Date: <u>3/26/20 at 11:00 a.m.</u> |

## ADJOURNMENT REQUEST

1.      I, <u>Mary E. Seymour</u>, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "<u>Debtor</u>"), hereby request an adjournment of the following hearing for the reason set forth below.

Matter: *<u>Third Omnibus Motion For Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases</u>* (the "<u>Motion</u>"), with respect to Cellco Partnership d/b/a Verizon Wireless only [Docket No. 726].

Current Hearing Date:   <u>March 26, 2020 at 11:00 a.m. (ET).</u>

New Hearing Date Requested[2]:   <u>April 16, 2020 at 10:00 a.m</u>

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] This adjournment request is made only with respect to Cellco Partnership d/b/a Verizon Wireless.  The Court entered an Order resolving the Motion with respect to the HSP 81 Halsey LLC lease at issue therein on January 27, 2020.

Reason for adjournment request:    <u>The parties are continuing to engage in negotiations to resolve this matter without the expense of litigation.</u>

2. Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: <u>3/25/20</u>                        <u>/s/ Mary E. Seymour</u>
                                        Signature

**COURT USE ONLY:**

_____

The request for adjournment is:

☒ Granted            New hearing date: <u>4/16/20 at 10:00 am</u>        ☐Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**