UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and
Debtor-in-Possession*

---

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,[1]

Debtor.

Chapter 11

Case No. 19-27439 (MBK)

Hearing Date: 3/26/20 at 11:00 a.m.

Judge: Kaplan

## ADJOURNMENT REQUEST

1.    I, Mary E. Seymour, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "Debtor"), hereby request an adjournment of the following hearing for the reason set forth below.

> Matter: *Herc Rentals, Inc.'s Amended Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C § 503(b)(1)(A)* [Docket Nos. 607 (amended) and 546 (original)]
>
> Current Hearing Date:    March 26, 2020 at 11:00 a.m. (ET).
>
> New Hearing Date Requested: April 16, 2020 at 10:00 a.m.
>
> Reason for adjournment request:    The parties are working to reach a resolution of this motion without incurring the expense of litigation.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
03/25/2020 206123349.1

-2-

2. Consent to adjournment:

☒  I have the consent of all parties.     ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: 3/25/2020                                           */s/ Mary E. Seymour*
                                                                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: 4/16/20 at 10:00 am        ☐Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**