UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | Case No. 19-27439 (MBK) |
| Debtor. | Hearing Date: <u>3/26/20 at 11:00 a.m.</u> |
| | Judge: <u>Kaplan</u> |

## **ADJOURNMENT REQUEST**

1.      I, <u>Joseph J. DiPasquale</u>, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "<u>Debtor</u>"), hereby request an adjournment of the following hearing for the reason set forth below.

Matter: Motion to Remand State Court Action to the Superior Court of New Jersey, Or, In The Alternative, Abstaining From Exercising Jurisdiction Over the State Court Action [Docket No. 473 and Adv. Proc. No. 19-2222 Docket No. 5]

Current Hearing Date:    <u>March 26, 2020 at 11:00 a.m. (ET).</u>

New Hearing Date Requested: <u>April 16, 2020 at 10:00 a.m.</u>

Reason for adjournment request:    <u>The parties are working to resolve this motion without the expense of litigation.</u>

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
03/25/2020 206123477.1

2. Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.


Date: 3/25/2020                              /s/ Joseph J. DiPasquale
                                             Signature

**COURT USE ONLY:**

_____

The request for adjournment is:

☒ Granted           New hearing date: April 16, 2020 at 10:00 am ☐Peremptory

☐ Granted over objection(s)   New hearing date: _____ ☐Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties
who are not electronic filers of the new hearing date.**