**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | |
| **HOLLISTER CONSTRUCTION SERVICES, LLC,**[1] | Chapter 11 |
| Debtor. | Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 26, 2020 AT 11:00 A.M. (ET)[2]**

**MATTERS GOING FORWARD**

1.  Debtor's Motion For Entry of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling A Final Hearing, And (D) Granting Related Relief [Docket No. 14; Filed 9/11/19].

    Related Documents[3]:

    a) Second Fourteenth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] This hearing will be conducted telephonically. Parties who wish to appear at the March 26, 2020 hearing must make arrangements through Court Solutions at http://www.Court-Solutions.com.

[3] Docket entries related to this motion, objections, responses and prior interim orders can be found on the Court's docket and the case website at https://cases.primeclerk.com/hcs/Home-Index.

37322/2
03/25/2020 206111102.1

>   Hearing and (IV) Granting Related Relief [Docket No. 1037; Entered 3/23/20]
>
>   Status: The Debtor is working on a consensual order to be submitted at or prior to tomorrow's hearing. This matter is going forward.

**CONTINUED MATTERS**

2. Motion to Remand State Court Action to the Superior Court of New Jersey, Or, In The Alternative, Abstaining From Exercising Jurisdiction Over the State Court Action [Docket No. 473, Adv. Proc. No. 19-2222 Docket No. 5]

   a) Determination of Adjournment Request (Granted) [Docket No. 800; Filed 1/15/20]

   b) Determination of Adjournment Request (Granted) [Adv. Proc. No. 19-2222, Docket No. 11; Filed 3/3/20]

   c) Determination of Adjournment Request (Granted) [Docket No. 978; Filed 3/4/20]

   d) Determination of Adjournment Request (Granted) [Docket No. 1022; Filed 3/17/20

   e) Determination of Adjournment Request (Granted) [Docket No. 1045; Filed 3/25/20]

   Objection Deadline: Originally, December 5, 2019 at 4:00 p.m. (ET), extended to February 27, 2020 at 4:00 p.m. (ET)

   Responses Received:

   f) Debtor's Opposition To The NWR Entities' Motion For An Order Remanding State Court Action To The Superior Court Of New Jersey, Or, In The Alternative, Abstaining From Exercising Jurisdiction Over The State Court Action [Docket No. 960; Filed 2/27/20]

   g) Reply to Objection Of The Debtor And In Further Support Of Motion Of Newark Warehouse Urban Renewal, LLC And Newark Warehouse Redevelopment Company, LLC For And Order Remanding State Court Action To The Superior Court Of New Jersey, Or, In The Alternative, Abstaining From Exercising Jurisdiction Over State Court Action [Docket No. 1019; Filed 3/16/20].

   Status: The parties are working to resolve this motion without the expense of litigation. This matter has been adjourned to a hearing on April 16, 2020 at 10:00 a.m.

3. Motion of Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) for Entry of an Order (I) Granting It Relief from the Automatic

  Stay to Terminate Construction Contract, or in the Alternative, (II) Compelling the Debtor to Immediately Reject the Construction Contract [Docket No. 591; Filed 12/2/19]

  Related Documents:

  a) Application to Shorten Time [Docket No. 592; Filed 12/2/19]

  b) Order Granting Application to Shorten Time [Docket No. 593; Entered 12/2/19]

  c) Certificate of Service [Docket No. 595; Filed 12/2/19]

  d) Determination of Adjournment Request (Granted) [Docket No. 866; Filed 1/28/20]

  e) Determination of Adjournment Request (Granted) [Docket No. 934; Filed 2/13/20]

  f) Determination of Adjournment Request (Granted) [Docket No. 1005; Filed 3/11/20]

  g) Determination of Adjournment Request (Granted) [Docket No. 1029; Filed 3/18/20]

  h) Determination of Adjournment Request (Granted) [Docket No. 1041; Filed 3/24/20]

  Objection Deadline: Originally, objections to be heard at the January 29, 2020 hearing. The objection deadline has been adjourned by mutual agreement of the parties.

  Responses Received:

  i) None.

  Status: The Debtor has filed a motion to approve a settlement with MSC that will resolve this motion, which is scheduled for hearing on April 2, 2020 at 10:00 a.m. This matter is adjourned to a hearing on April 2, 2020 at 10:00 a.m.

4. Herc Rentals, Inc.'s Amended Application For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) [Docket No. 607; Filed 12/5/19]

  Related Documents:

  a) Application For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) [Docket No. 546; Filed 11/20/19]

    b)    Determination of Adjournment Request (Granted) [Docket No 715; Filed 12/26/19]

    c)    Determination of Adjournment Request (Granted) [Docket No 810; Filed 1/15/20]

    d)    Determination of Adjournment Request (Granted) [Docket No 845; Filed 1/23/20]

    e)    Affidavit of Service [Docket No.865; Filed 1/27/20]

    f)    Determination of Adjournment Request (Granted) [Docket No. 904; Filed 2/5/20

    g)    Determination of Adjournment Request (Granted) [Docket No. 933; Filed 2/13/20]

    h)    Determination of Adjournment Request (Granted) [Docket No. 1002; Filed 3/11/20]

    i)    Determination of Adjournment Request (Granted) [Docket No. 1027; Filed 3/18/20]

    j)    Determination of Adjournment Request (Granted) [Docket No. 1044; Filed 3/25/20]

Objection Deadline: Originally, December 26, 2019 at 4:00 p.m. (ET), extended for the Debtor to January 22, 2020 at 12:00 p.m. (ET).

Responses Received:

    k)    Debtor's Objection to Herc Rentals, Inc.'s Application For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) [Docket No. 839; Filed 1/22/20].

Status: The parties are working to resolve this motion without the expense of litigation. This matter has been adjourned to a hearing on April 16, 2020 at 10:00 a.m.

5.    Third Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases [Docket No. 726; Filed 12/31/19] (with respect to Cellco Partnership d/b/a Verizon Wireless only).

Related Documents:

    a)    Affidavit of Service [Docket No. 733; Filed 1/3/20]

    b)    Determination of Adjournment Request (Granted) with respect to Cellco Partnership d/b/a Verizon Wireless only [Docket No. 808; Filed 1/15/20]

    c)    Order Granting Third Omnibus Motion Authorizing the Debtor to Reject

    Certain Contracts and Leases as to the Halsey Street Office Lease [Docket No. 861; Entered 1/27/20]

  d) Determination of Adjournment Request (Granted) [Docket No. 905; Filed 2/5/20]

  e) Determination of Adjournment Request (Granted) [Docket No. 951; Filed 2/24/20]

  f) Determination of Adjournment Request (Granted) [Docket No. 979; Filed 3/4/20]

  g) Determination of Adjournment Request (Granted) [Docket No. 1028; Filed 3/18/20]

  h) Determination of Adjournment Request (Granted) [Docket No. 1042; Filed 3/25/20]

Objection Deadline: Originally, January 16, 2020. Extended for Cellco Partnership d/b/a Verizon Wireless to March 4, 2020 at 12:00 noon (ET).

Responses Received:

  i) Objection Of Cellco Partnership D/B/A/ Verizon Wireless To Third Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases [Docket No. 979; Filed 3/4/20]

Status: The Debtor and Verizon Wireless are negotiating a resolution of this matter, with the goal of submitting a stipulation/consent order at or prior to the hearing. This matter has been adjourned to a hearing on April 16, 2020 at 10:00 a.m.

6. MixOnSite USA, Inc.'s Motion to Modify Stay to Permit Prosecution of Previously-Filed Construction Lien Claim Foreclosure Action (the "MixOnSite Motion") [Docket No. 848; Filed 1/23/20]

Related Documents:

  a) Application to Shorten Time [Docket No. 849; Filed 1/23/20]

  b) Amended Application to Shorten Time [Docket No. 851; Filed 1/24/20]

  c) Order Granting Application to Shorten Time [Docket No. 854; Entered 1/24/20]

  d) Certificate of Service [Docket No. 900; Filed 2/5/20]

  e) Determination of Adjournment Request (Granted) [Docket No. 972; Filed 3/3/20]

    f)    Amended Determination of Adjournment Request (Granted) [Docket No. 977; Filed 3/4/20]

    g)    Determination of Adjournment Request (Granted) [Docket No. 1021; Filed 3/17/20]

    h)    Determination of Adjournment Request (Granted) [Docket No. 1043; Filed 3/25/20]

<u>Objection Deadline</u>: Objections may be presented orally at the hearing.

<u>Responses Received</u>:

    i)    Objection of Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC (the "<u>NWR Parties</u>") to Motion of MixOnSite USA, Inc. ("<u>MixOnSite</u>") to Modify Stay to Permit Prosecution of Construction Lien Claim Foreclosure Action [Docket No. 925; Filed 2/10/20]

<u>Status</u>: MixOnSite and the NWR Parties are continuing to engage in settlement discussions. This matter has been adjourned to a hearing on April 16, 2020 at 10:00 a.m.

Dated: March 25, 2020        **LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (pro hac vice)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*