EisnerAmper LLP
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000
*Accountants and Financial Advisors to the Official Committee of*
*Unsecured Creditors of Hollister Construction Services, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the Matter of:

HOLLISTER CONSTRUCTION SERVICES, LLC,    Case No. 19-27439 (MBK)
                                          Chapter 11
                                          (Honorable Michael B. Kaplan)

Debtor.

**FIFTH MONTHLY FEE STATEMENT OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

**Hollister Construction Services, LLC**
**TIME SUMMARY BY PROFESSIONAL**
**February 1, 2020 through February 29, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Anthony R. Calascibetta CPA, CFF, CTP | Partner | 14.7 | $ 570.00 | $ 8,379.00 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 17.2 | 540.00 | 9,288.00 |
| William Pederson @50% Travel Rate | Director | 1.5 | 270.00 | 405.00 |
| Daniel Castillo | Staff I | 8.6 | 205.00 | 1,763.00 |
| DelMarie Velazquez | Paraprofessional | 1.0 | 130.00 | 130.00 |
| **GRAND TOTAL** | | **43.0** | **$ 464.30** | **$19,965.00** |

* Rates change annually effective August 1st.

| | |
|---|---|
| FEE TOTALS | $19,965.00 |
| LESS: 20% VOLUNTARY DISCOUNT | (3,993.00) |
| **NET FEE AND EXPENSES REQUESTED** | **$15,972.00** |

**Hollister Construction Services, LLC**
**February 1, 2020 through February 29, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 02/03/2020 | Discussed status of revised settlement proposal from the bank and discussed 26 week budget with S. Della Fera, EisnerAmper. | $ 570.00 | 0.4 | $ 228.00 |
| William Pederson | 02/03/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: Saxum settlement. | 540.00 | 0.3 | 162.00 |
| Anthony Calascibetta | 02/04/2020 | Review of revised proposed settlement proposal received from the bank's attorney. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 02/04/2020 | Discussed revised settlement proposal from the bank with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 570.00 | 0.6 | 342.00 |
| Anthony Calascibetta | 02/04/2020 | Discussed revised settlement offer with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| William Pederson | 02/04/2020 | Call with re: upcoming settlement conference and recent | 540.00 | 0.2 | 108.00 |
| Anthony Calascibetta | 02/05/2020 | Discussed settlement conference with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 02/05/2020 | Discussed revised draft settlement parameters with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| William Pederson | 02/10/2020 | Settlement conference preparation including claims analysis. | 540.00 | 0.8 | 432.00 |
| Anthony Calascibetta | 02/10/2020 | Discussed status of settlement proposal and claims base components with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 570.00 | 0.4 | 228.00 |
| William Pederson | 02/10/2020 | Call with Committee counsel and , EisnerAmper, re: follow-up discussion following settlement conference call. | 540.00 | 0.4 | 216.00 |
| William Pederson | 02/10/2020 | Settlement conference call with Judge Kaplan, Debtor's counsel, Bank's counsel and Committee counsel. | 540.00 | 0.7 | 378.00 |
| William Pederson | 02/14/2020 | Review of claim amounts and filings, draft initial analysis related to pending motion. | 540.00 | 1.2 | 648.00 |
| William Pederson | 02/14/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: next | 540.00 | 0.5 | 270.00 |
| William Pederson | 02/14/2020 | Call with counsel re: potential motion and needed analysis. | 540.00 | 0.2 | 108.00 |
| William Pederson | 02/18/2020 | Call with counsel follow-up on draft motion. | 540.00 | 0.3 | 162.00 |
| William Pederson | 02/19/2020 | Update budget analysis for use in draft motion. | 540.00 | 2.8 | 1,512.00 |
| Anthony Calascibetta | 02/19/2020 | Discussed settled project cash receipts and disbursements and budget versus actual with W. Pederson, EisnerAmper. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 02/20/2020 | Review and discuss 26 week budget and related collections and disbursements with W. Pederson, EisnerAmper. | 570.00 | 0.6 | 342.00 |
| William Pederson | 02/20/2020 | Call with counsel draft motion. | 540.00 | 0.2 | 108.00 |
| William Pederson | 02/21/2020 | Review/edit potential motion for counsel. | 540.00 | 0.6 | 324.00 |
| William Pederson | 02/25/2020 | Review of PNC settlement proposal. | 540.00 | 0.2 | 108.00 |
| Anthony Calascibetta | 02/25/2020 | Review of revised bank settlement proposal. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 02/25/2020 | Review of revised settlement proposal received from the Bank. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 02/25/2020 | Conference call with S. Della Fera and J. Raymond, MSB to review, analyze and discuss revised settlement proposal received from the Bank. | 570.00 | 1.5 | 855.00 |
| Anthony Calascibetta | 02/25/2020 | Follow-up discussion with S. Della Fera, MSB relating to revised settlement proposal received from the Bank. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 02/26/2020 | Discussed terms and components of revised settlement proposal from the Bank with M. Jacoby, Phoenix. | 570.00 | 0.7 | 399.00 |
| Anthony Calascibetta | 02/26/2020 | Discussed clarification of Banks revised settlement proposal with S. Della Fera, MSB. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 02/27/2020 | Discussed Bank's revised proposal and 26 week budget with W. Pederson, EisnerAmper. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 02/27/2020 | Discussed most recent settlement proposal from the Bank and summary of professional fees schedule with S. Della Fera and J. Raymond, MSB. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 02/27/2020 | Discussed follow-up relating to clarified settlement proposal from the Bank and updated budget with S. Della Fera, MSB. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 02/28/2020 | Discussed status of Bank's clarified settlement offer with J. Raymond, MSB. | 570.00 | 0.1 | 57.00 |

**Hollister Construction Services, LLC**
**February 1, 2020 through February 29, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| Anthony Calascibetta | 02/28/2020 | Review of Bank's clarified settlement proposal. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 02/28/2020 | Discussed Bank's clarified settlement proposal with M. Jacoby, Phoenix. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 02/28/2020 | Discussed Bank's clarified proposal with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| | | **Asset Analysis & Recovery Total** | | **16.3** | **9,039.00** |
| Anthony Calascibetta | 02/06/2020 | Discussed summarization of claims base with D. Castillo and W. Pederson, EisnerAmper. | 570.00 | 0.4 | 228.00 |
| Daniel Castillo | 02/06/2020 | Phone call with W. Pederson, EisnerAmper, relating to claims base analysis. | 205.00 | 0.7 | 143.50 |
| Daniel Castillo | 02/06/2020 | Phone call with W. Pederson and A. Calascibetta, EisnerAmper, relating to classifications of various claims group. | 205.00 | 0.4 | 82.00 |
| Daniel Castillo | 02/06/2020 | Updating claim schedule. | 205.00 | 3.0 | 615.00 |
| William Pederson | 02/06/2020 | Call with staff D. Castillo, EisnerAmper, re: claims analysis. | 540.00 | 0.7 | 378.00 |
| William Pederson | 02/06/2020 | Call with A. Calascibetta and staff, re: claims analysis. | 540.00 | 0.4 | 216.00 |
| Anthony Calascibetta | 02/07/2020 | Review of claims summarization process and revisions. | 570.00 | 0.2 | 114.00 |
| Daniel Castillo | 02/07/2020 | Updating claim schedule. | 205.00 | 2.0 | 410.00 |
| Anthony Calascibetta | 02/09/2020 | Review of claims base analyses and summarize claims base. | 570.00 | 2.0 | 1,140.00 |
| William Pederson | 02/10/2020 | Call with A. Calascibetta, EisnerAmper, re: settlement call preparation and claims analysis. | 540.00 | 0.5 | 270.00 |
| Anthony Calascibetta | 02/10/2020 | Discussed claims base reconciliations and various types of claims with W. Pederson, EisnerAmper. | 570.00 | 0.4 | 228.00 |
| Daniel Castillo | 02/10/2020 | Phone call with W. Pederson, EisnerAmper to discuss claims analysis. | 205.00 | 0.4 | 82.00 |
| Daniel Castillo | 02/10/2020 | Updating claims analysis. | 205.00 | 0.6 | 123.00 |
| Anthony Calascibetta | 02/11/2020 | Reviewed claims, schedule and claims analyses, reconcile claims base and discuss with D. Castillo, EisnerAmper. | 570.00 | 0.5 | 285.00 |
| Daniel Castillo | 02/11/2020 | Meeting with A. Calascibetta, EisnerAmper to discuss the data analysis that was done for claims. | 205.00 | 0.5 | 102.50 |
| Anthony Calascibetta | 02/18/2020 | Review and discuss payments to bank, project receipts and other expenditures reflected in projections with W. Pederson, EisnerAmper. | 570.00 | 0.5 | 285.00 |
| William Pederson | 02/18/2020 | Update 26 week CF analysis, review of settlement motions filed, prepare for upcoming committee call. | 540.00 | 2.8 | 1,512.00 |
| William Pederson | 02/20/2020 | Update claims analysis and pending motion for counsel. | 540.00 | 1.4 | 756.00 |
| Daniel Castillo | 02/27/2020 | Format claim schedule for review with A. Calascibetta, EisnerAmper. | 205.00 | 1.0 | 205.00 |
| Anthony Calascibetta | 02/27/2020 | Review of claims base information. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 02/28/2020 | Review of claims schedules. | 570.00 | 0.2 | 114.00 |
| | | **Claims Admin & Objections Total** | | **18.8** | **7,403.00** |
| Anthony Calascibetta | 02/04/2020 | Participated in Committee conference call with Committee members, S. Della Fera and J. Raymond, MSB and W. Pederson, EisnerAmper relating to revised settlement proposal from the Bank. | 570.00 | 0.6 | 342.00 |
| William Pederson | 02/04/2020 | Attend Creditor Committee call. | 540.00 | 0.6 | 324.00 |
| William Pederson | 02/05/2020 | Attend settlement conference with Judge Kaplan. | 540.00 | 0.7 | 378.00 |
| William Pederson | 02/05/2020 | Attend Creditor Committee call. | 540.00 | 0.7 | 378.00 |
| Anthony Calascibetta | 02/18/2020 | Attended Committee conference call with Committee members, Counsels to the Committee and W. Pederson, EisnerAmper. | 570.00 | 0.5 | 285.00 |

**Hollister Construction Services, LLC**
**February 1, 2020 through February 29, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| William Pederson | 02/18/2020 | Attend creditor committee call. | 540.00 | 0.5 | 270.00 |
| Anthony Calascibetta | 02/27/2020 | Attended and participated in Committee conference call with creditor representatives and counsels to Committee and W. Pederson, EisnerAmper. | 570.00 | 0.5 | 285.00 |
| William Pederson | 02/27/2020 | Attend Committee conference call. | 540.00 | 0.5 | 270.00 |
| | | **Client Meeting Total** | | **4.6** | **2,532.00** |
| DelMarie Velazquez | 02/10/2020 | Processing of January fee statement. | 130.00 | 1.0 | 130.00 |
| | | **Fee/Employment Application Total** | | **1.0** | **130.00** |
| Anthony Calascibetta | 02/12/2020 | Discussed tax claim filed by the State of New Jersey with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 02/13/2020 | Review and discuss tax claim filed with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 02/14/2020 | Discussed tax claim and cash collateral budget with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 02/18/2020 | Discussed response by Debtor relating to tax claim filed with S. Della Fera, MSB. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 02/18/2020 | Discussed tax claim and support included with filed claim with W. Pederson, EisnerAmper. | 570.00 | 0.1 | 57.00 |
| | | **Tax Issues Total** | | **0.8** | **456.00** |
| William Pederson | 02/05/2020 | Travel time to/from Trenton to attend settlement conference. | 270.00 | 1.5 | 405.00 |
| | | **Travel Time Total** | | **1.5** | **405.00** |
| | | Total Hours and Fees | | 43.0 | 19,965.00 |
| | | Less: Voluntary Discount | | | (3,993.00) |
| | | **Grand Total** | | | **$ 15,972.00** |