**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON APRIL 2, 2020 AT 10:00 A.M. (ET)[2]**

**UNCONTESTED MATTERS GOING FORWARD**

1. Debtor's Motion For Entry Of (A) An Order Further Extending The Debtor's Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof Pursuant To The Bankruptcy Code, And Granting Related Relief; And (B) An Order Extending The Deadline To Assume Or Reject Unexpired Leases Of Nonresidential Real Property Pursuant To Section 365(d)(4) Of The Bankruptcy Code And Granting Related Relief [Docket No. 1008; Filed 3/12/20]

   Related Documents:

   a)   Affidavit Of Service [Docket No. 1025; Filed 3/17/20]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] This hearing will be conducted telephonically. Parties who wish to appear at the March 26, 2020 hearing must make arrangements through Court Solutions at http://www.Court-Solutions.com.

<u>Objection Deadline</u>: March 26, 2020 at 4:00 p.m. (ET)

<u>Responses Received</u>:

b) None.

<u>Status</u>: Proposed orders granting the relief sought in this motion were submitted to chambers on March 31, 2020. This matter is going forward.

2. Debtor's Motion For Entry Of An Order Further Enlarging The Period Within Which The Debtor May Remove Actions [Docket No. 1009; Filed 3/12/20]

   <u>Related Documents</u>:

   a) Affidavit Of Service [Docket No. 1025; Filed 3/17/20]

   <u>Objection Deadline</u>: March 26, 2020 at 4:00 p.m. (ET)

   <u>Responses Received</u>:

   b) None.

   <u>Status</u>: This matter is going forward.

3. Debtor's Motion For Entry Of Order Approving Settlement And Compromise By And Between The Debtor And Interlink Transport Technologies, Inc. (D/B/A MSC Technology (North America) Inc.) Pursuant To Fed. R. Bankr. P. 9019 And For The Assumption And Rejection Of Certain Executory Contracts And Related Relief (the "<u>MSC 9019 Motion</u>") [Docket No. 1038; Filed 3/23/20]

   <u>Related Documents</u>:

   a) Application For Order Shortening Time [Docket No. 1039; Filed 3/23/20]

   b) Order Granting Application For Order Shortening Time [Docket No. 1040; Entered 3/23/20]

   c) Affidavit Of Service [Docket No. 1051; Filed 3/26/20]

   <u>Objection Deadline</u>: Objections may be presented orally at the hearing.

   <u>Responses Received</u>:

   d) None received to date.

   <u>Status</u>: This matter is going forward.

**RESOLVED MATTERS**

4. Motion of Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) for Entry of an Order (I) Granting It Relief from the Automatic Stay to Terminate Construction Contract, or in the Alternative, (II) Compelling the Debtor to Immediately Reject the Construction Contract [Docket No. 591; Filed 12/2/19]

    Related Documents:

    a) Application to Shorten Time [Docket No. 592; Filed 12/2/19]

    b) Order Granting Application to Shorten Time [Docket No. 593; Entered 12/2/19]

    c) Certificate of Service [Docket No. 595; Filed 12/2/19]

    d) Determination of Adjournment Request (Granted) [Docket No. 866; Filed 1/28/20]

    e) Determination of Adjournment Request (Granted) [Docket No. 934; Filed 2/13/20]

    f) Determination of Adjournment Request (Granted) [Docket No. 1005; Filed 3/11/20]

    g) Determination of Adjournment Request (Granted) [Docket No. 1029; Filed 3/18/20]

    h) Determination of Adjournment Request (Granted) [Docket No. 1041; Filed 3/24/20]

    Objection Deadline: Originally, objections to be heard at the January 29, 2020 hearing. The objection deadline has been adjourned by mutual agreement of the parties.

    Responses Received:

    i) None.

    Status: The MSC 9019 Motion resolves this motion.

Dated: March 31, 2020              **LOWENSTEIN SANDLER LLP**

                                   /s/ *Kenneth A. Rosen*
                                   Kenneth A. Rosen, Esq.
                                   Bruce Buechler, Esq.
                                   Joseph J. DiPasquale, Esq.
                                   Mary E. Seymour, Esq.
                                   Jennifer B. Kimble, Esq. (*pro hac vice*)

Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*