Boyd Mechanical Hollister Withdrawal POC.docx

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)
---------------------------------------------------------X

In re:  Chapter 11

HOLLISTER CONSTRUCTION  Case No.: *19-27439-MBK*
SERVICES, LLC,

**NOTICE OF WITHDRAWAL**
**OF PROOF OF CLAIM**

Debtor.
---------------------------------------------------------X

**PLEASE TAKE NOTICE** that creditor Boyd Mechanical LLC hereby withdraws its Proof of Claim dated October 9, 2019 (Claim No. 10) and authorizes the Clerk of this Court or any duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above referenced debtor.

Dated:   New York, New York
April 1, 2020

Yours, etc.

Rosenberg & Pittinsky, LLP


By:   /s/ *Laurence D. Pittinsky*
Laurence D. Pittinsky, Esq.
Attorneys for Creditor
Boyd Mechanical, LLC
Rosenberg & Pittinsky, LLP
232 Madison Avenue, Suite 906
New York, New York 10016
Tel.: (212) 286-6100
Fax.: (212) 286-6818
Email: larry@rpllplaw.com