**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Objection Deadline:<br>**April 28, 2020 at 4:00 p.m.** |

**MONTHLY STAFFING AND COMPENSATION REPORT
OF 10X CEO COACHING, LLC FOR THE PERIOD
MARCH 1, 2020 THROUGH MARCH 31, 2020**

In accordance with the *Final Order Authorizing Debtor to (i) Employ and Retain 10X CEO Coaching, LLC and (ii) Designate Paul Belair as Chief Restructuring Officer for the Debtor Effective as of the Petition Date* entered on January 17, 2020 [Docket No. 823], 10X CEO Coaching, LLC ("10X") hereby submits its Monthly Staffing and Compensation Report (the "Staffing Report") for the period of March 1, 2020 through March 31, 2020 (the "Compensation Period").

During the Compensation Period, 10X incurred $13,695.00 in fees and $0.00 in expenses for a total amount of $13,695.00 as reflected in the attached exhibits.

Dated: April 7, 2020

        10X CEO Coaching, LLC
        P.O. Box 5117
        Youngstown, Ohio 44515

        */s/ Paul Belair*
        By:  Paul Belair
               Chief Executive Officer

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3

04/07/2020 **206205282**.1

# **EXHIBITS**

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of 10X CEO Coaching, LLC for the Period of March 1, 2020 through March 31, 2020.

**Exhibit A  - Summary of Compensation and Expenses**

**Exhibit B  - Summary of Fees and Hours by Professional and Description of Responsibilities of Professional**

**Exhibit C  - Summary of Expenses**

-3-

# EXHIBIT "A"

**Hollister Construction Services, LLC**
**Summary of Compensation and Expenses**
**March 1, 2020 through March 31, 2020**

| | |
|---|---|
| **Professional Fees:** | **$13,695.00** |
| (All professional services were rendered by Paul Belair) | |
| **Expenses:** | **$     0.00** |
| **Total Invoice:** | **$13,695.00** |

# EXHIBIT "B"

**Hollister Construction Services, LLC**
**Summary of Fees and Hours by Professional and**
**Description of Responsibilities of Professional**
**March 1, 2020 through March 31, 2020**



P.O. Box 5117
Youngstown, OH 44515

**Paul J. Belair's Time For March 2020**

| Date: | Description: | Total Min @$550/hr | Total $: |
|---|---|---|---|
| 3/2/20 | Call w/Chris Johnson to Review My Comments on Veterans Settlement Agreement | 0.1 | $55.00 |
| | Numerous Calls w/Sean Camo to Discuss Changes to the Next 26 Week Cash Flow Model | 0.3 | $165.00 |
| | Call w/Ken Rosen to Discuss Status of Case | 0.3 | $165.00 |
| | Call w/Chris Johnson On Game Plan Re: Committees Motion | 0.1 | $55.00 |
| | | **0.8** | **$440.00** |
| 3/3/20 | Call w/Michael Jacoby Re: Creditor Committees Motion to Convert & the Next Collateral Order | 0.2 | $110.00 |
| | Numerous Calls w/Sean Camo to Do a Detailed Review of the 26 Week Cash Forecast | 0.6 | $330.00 |
| | Zoom Call w/Hollister Team to Review Status of Open Jobs | 0.5 | $275.00 |
| | Call w/Sam Perrotta & Sean Camo Re: NSA & 26 Week Cash Flow Review | 0.4 | $220.00 |
| | Call w/Ken Rosen to Discuss Status of Case | 0.2 | $110.00 |
| | | **1.9** | **$1,045.00** |
| 3/4/20 | Call w/Chris Johnson Re: Riverwalk Preferences & Demand Letter Timing | 0.1 | $55.00 |
| | Analyze & Review the 26 Week Cash Flow & Bridge from Last Version w/including Calls w/Sean Camo Re: Same | 1.0 | $550.00 |
| | Call w/ Chris Johnson to Review Cash Collateral | 0.2 | $110.00 |
| | | **1.3** | **$715.00** |
| 3/5/20 | Answer Jacoby Questions on Cash & Call w/Sean Camo Re: Same | 0.3 | $165.00 |
| | Call w/Lynda Bennett to Review Potential Audit Issues | 0.2 | $110.00 |
| | Call w/Ken Rosen to Discuss Status of Case | 0.1 | $55.00 |
| | | **0.6** | **$330.00** |
| 3/6/20 | Call w/Chris Johnson Re: Status of Settlement Discussions | 0.1 | $55.00 |
| | Call w/Sean Camo to Review Riverwalk Preferences | 0.1 | $55.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| | Read & Review Veterans & FLAC's Settlement Agreement \in Preparation for Call | 0.3 | $165.00 |
| | Zoom Call w/Sam Perrotta & Sean Camo to Review FLACS & Veterans Settlement Agreements | 0.4 | $220.00 |
| | Call w/Dom Aquilina Re: Veterans Exhibit A | 0.1 | $55.00 |
| | Call w/Jennifer Kimble to Review 26 Week Cash Forecast | 0.6 | $330.00 |
| | | **1.6** | **$880.00** |
| 3/9/20 | Complete Changes on Veterans First Amendment | 0.5 | $275.00 |
| | Review Changes to the FLACS Settlement Agreement, Exhibit A & Cash Flow | 0.3 | $165.00 |
| | Zoom Call w/Hollister Team to Review Status of Remaining Open Items | 0.6 | $330.00 |
| | Call w/Bruce Buechler Re: Question on Veterans First Amendment | 0.1 | $55.00 |
| | Joint Hollister/Lowenstein Call to Review Status of Open Items | 0.5 | $275.00 |
| | Review Changes to NSA's Settlement, Exhibit A & Cash Flow | 0.3 | $165.00 |
| | | **2.3** | **$1,265.00** |
| 3/10/20 | Call w/Sam Perrotta Re: Finalizing the FLACS Settlement Agreement | 0.1 | $55.00 |
| | Call w/Michael Ochs to Discuss Strategy of the Case | 0.7 | $385.00 |
| | Read & Review Changes to Veterans Amended Settlement Agreement & Correspondence w/Dom Aquilina | 0.3 | $165.00 |
| | | **1.1** | **$605.00** |
| 3/11/20 | Call w/Sean Camo to Review Stark & Stark's Proposal | 0.3 | $165.00 |
| | Call w/Michael Jacoby to Review the Status of the Case | 0.5 | $275.00 |
| | | **0.8** | **$440.00** |
| 3/12/20 | Call w/Hollister Team to Review Status of Open Matters | 0.7 | $385.00 |
| | | **0.7** | **$385.00** |
| 3/17/20 | Call w/Chris Johnson to Discuss Virus Protection at the Job Sites & In Office | 0.2 | $110.00 |
| | Call w/Chris Johnson to Discuss Contingency Plans if Jobs Sites are Shutdown - Notice to Owners | 0.1 | $55.00 |
| | Call w/Sean Camo to Review Status of Each Open Item Including the Plan for the Next 26 Week Cash Flow/COO | 0.7 | $385.00 |
| | Read & Review The Stock Purchase Agreement for "On Target" & Correspondence w/Michael Ochs | 0.2 | $110.00 |
| | Call w/Ken Rosen & Chris Johnson to Discuss Impact of Virus on Case | 0.2 | $110.00 |
| | Call w/Michael Jacoby to Review Virus Impact | 0.1 | $55.00 |
| | | **1.5** | **$825.00** |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/18/20 | Zoom Call w/Hollister Team to Review Status of Every Job & All Open Items | 1.2 | $660.00 |
| | | **1.2** | **$660.00** |
| 3/19/20 | Call w/Chris Johnson & Steven Mitnick to Review Strategy on Orion Preference | 0.7 | $385.00 |
| | Read & Review Stark & Stark's Proposal and Correspondence w/Michael Jacoby | 0.2 | $110.00 |
| | Read & Review February MOR | 0.3 | $165.00 |
| | | **1.2** | **$660.00** |
| 3/20/20 | Numerous Calls w/Sean Camo Re: The HUB Payment for Reynolds | 0.3 | $165.00 |
| | Call w/Chris Johnson Re: the Payment to Reynolds | 0.1 | $55.00 |
| | Call w/Sam Perrotta Re: Orion Preference Review | 0.1 | $55.00 |
| | Worked on HUB Reynolds Payment w/Correspondence to Michael Jacoby | 0.3 | $165.00 |
| | Call w/Michael Jacoby to get Reynolds Payment Approval | 0.2 | $110.00 |
| | | **1.0** | **$550.00** |
| 3/23/20 | Numerous Call's w/Chris Johnson to Discuss Overhead Reduction Plan | 0.3 | $165.00 |
| | Call w/Ken Rosen to Discuss Status of Case | 0.1 | $55.00 |
| | Call w/Sean Camo to Discuss 14th CCO Refiling | 0.1 | $55.00 |
| | Call w/Michael Jacoby to Discuss Overhead Reduction Plan Re: COVID19 | 0.1 | $55.00 |
| | Call w/Michael Jacoby to Discuss Stark & Stark's Proposal | 0.1 | $55.00 |
| | Call w/Michael Jacoby & Steven Mitnick to Review Preferences | 0.4 | $220.00 |
| | Call w/Lemkin & Michael Jacoby Re: Stark's Proposal | 0.1 | $55.00 |
| | | **1.2** | **$660.00** |
| 3/24/20 | Read & Review The PNC Scorecard & Approve Sean Camo to Send | 0.1 | $55.00 |
| | Read & Review Veterans Revised Settlement Agreement | 0.3 | $165.00 |
| | Call w/Dom Aquilina Re: His Note Due | 0.2 | $110.00 |
| | Call w/Ken Rosen, PNC, ARCH & UCC Re: Insider Settlement Discussions | 0.5 | $275.00 |
| | Call w/Sean Camo Re: Next 4 Week CCO Preparation | 0.1 | $55.00 |
| | Call w/Mary Seymour Re: NSA Preference Payments | 0.2 | $110.00 |
| | | **1.4** | **$770.00** |
| 3/25/20 | Zoom w/Chris Johnson to Review Staffing for Next CCO | 0.5 | $275.00 |
| | Read, Review & Approve 15th CCO Cashflow 4 Week Forecast | 0.3 | $165.00 |
| | | **0.8** | **$440.00** |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/26/20 | Read & Review NSA Final & Correct Cashflow & Exhibit A | 0.3 | $165.00 |
| | Call w/Sam Perrotta to Fix NSA Cashflow & Exhibit A | 0.1 | $55.00 |
| | Review Michael Jacoby Questions Re: CCO & Call w/Sean Camo to Craft Responses | 0.6 | $330.00 |
| | Respond to Emails Related to CCO & Prime Clerk Payments | 0.3 | $165.00 |
| | Call w/Jennifer Kimble & Mary Seymour Re: CCO Issues | 0.5 | $275.00 |
| | | **1.8** | **$990.00** |
| 3/27/20 | Call w/Sean Camo Re: Analyzing Costs to Date by Ongoing Jobs | 0.2 | $110.00 |
| | Call w/Michael Jacoby Re: CCO & Veterans Settlement Agreement Revision | 0.2 | $110.00 |
| | Call w/Chris Johnson Re: COVID-19 Impact to NY Job Sites | 0.2 | $110.00 |
| | Call w/Bruce Buechler Re: Veterans Revised Settlement Agreement & Status of Case | 0.3 | $165.00 |
| | | **0.9** | **$495.00** |
| 3/30/20 | Read & Approve Weekly Cash Scorecard | 0.1 | $55.00 |
| | Call w/Jennifer Kimble & Mary Seymour to Review the Latest Version of the 26 Week Cashflow | 0.8 | $440.00 |
| | Zoom Call w/Hollister Team to Review Status of Each Open Item | 0.8 | $440.00 |
| | Call w/Steven Mitnick & Chris Johnson to Review Orion Preference Claim | 0.5 | $275.00 |
| | | **2.2** | **$1,210.00** |
| 3/31/20 | Call w/Chris Johnson Re: Cost Reduction Plan If NJ Jobs are Shut Down | 0.1 | $55.00 |
| | Call w/Mary Seymour Re: Orion Preference Claim | 0.2 | $110.00 |
| | Call w/Mary Seymour Re: Extension of Orion Response | 0.1 | $55.00 |
| | Call w/Steven Mitnick Re: Extension of Orion Response | 0.1 | $55.00 |
| | Call w/Mary Seymour Re: Orion Strategy | 0.1 | $55.00 |
| | | **0.6** | **$330.00** |
| | | **24.9** | **$13,695.00** |

-5-

# EXHIBIT "C"

**Hollister Construction Services, LLC**
**Summary of Expenses**
**March 1, 2020 through March 31, 2020**

**\*\*THERE WERE NO EXPENSES INCURRED THIS PERIOD**