**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**NOTICE OF PRIVATE SALE OF 225,000 SHARES OF COMMON STOCK OF**
**ON TARGET TECHNOLOGIES, INC.**

The above captioned Chapter 11 debtor and debtor in possession (the "**Debtor**") is conducting a private sale of its 225,000 shares of common stock of On Target Technologies, Inc. (the "**Stock**") to PSG Misc. Co-Invests, LLC for $45,000.00, subject to higher and better offers.

The hearing with respect to the sale of the Stock will be held before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court,

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
04/10/2020 205329383.1

4813-9320-2604.v2

United States Court House, 402 East State Street, Trenton, New Jersey, on May 14, 2020 at 10:00 a.m. (the "**Hearing**").  Higher and better offers must be submitted to the Debtor's Chief Restructuring Officer Paul Belair, paul@10xceocoaching.com, and counsel to the Debtor Lowenstein Sandler LLP Attn: Kenneth A. Rosen, Esq., krosen@lowenstein.com, Mary E, Seymour, Esq., mseymour@lowenstein.com, and Jennifer B. Kimble, Esq., jkimble@lowenstein.com, by 5:00 p.m. prevailing Eastern time on the date that is two business days prior to the Hearing.

Dated:  April 10, 2020

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (admitted *pro hac vice*)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and
Debtor-in-Possession*