UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Arielle Adler, Esq.
Bruce Buechler, Esq.
Jennifer B. Kimble, Esq.
Joseph DiPasquale, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,[1]

Debtor.

Chapter 11

Case No. 19-27439 (MBK)

**SUPPLEMENTAL CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Joseph H. Lemkin, Esq., being of full age, certify as follows

1. I am a Shareholder with Stark & Stark, PC, which is seeking to be retained as special collection counsel pursuant to section 327(e) of the of the Bankruptcy Code to pursue the collection of certain accounts receivable on behalf of the Debtor. I submit this supplemental certification in further support of Stark & Stark's previously filed retention application.

2. Stark and Stark will not handle any matters adverse to the following entities: Conewago Enterprises, Inc.; Fabcon Precast, LLC; and High Concrete Group, LLC.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 13, 2020  /s/ *Joseph Lemkin*
Joseph H. Lemkin, Esq.

-2-