UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Arielle Adler, Esq.
Bruce Buechler, Esq.
Jennifer B. Kimble, Esq.
Joseph DiPasquale, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

Order Filed on April 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,[1]

Debtor.

Chapter 11

Case No. 19-27439 (MBK)

Recommended Local Form:   ☑ Followed   ☐ Modified

## ORDER AUTHORIZING THE RETENTION OF STARK & STARK AS SPECIAL COUNSEL

The relief set forth on the following pages, numbered two (2) and three (3) is hereby ORDERED.

**DATED: April 16, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:    2
Debtor:  Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Authorizing the Retention of Stark & Stark as Special Counsel

---

(check all that apply) ☐ Trustee:  ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☑ Debtor:  ☑ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:    Stark & Stark

Address of Professional:   993 Lenox Drive
Lawrenceville, NJ 08648
Attn: Joseph H. Lemkin, Esq.
Phone: 609-896-9060
Facsimile: 609-896-0629

☐ Attorney for (check all that apply):

  ☐ Trustee    ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Accountant for:

  ☐ Trustee    ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☑ Other Professional:

  ☐ Realtor

  ☐ Appraiser

  ☑ Special Counsel: special counsel pursuant to section 327(e) of the Bankruptcy Code to collect certain accounts receivable in accordance with the hybrid fee arrangement set forth in the Application.

  Auctioneer

  ☐ Other (specify): _____

Page:     3
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Authorizing the Retention of Stark & Stark as Special Counsel

___

    Upon the Debtor's request for authorization to retain Stark & Stark as special counsel, it is hereby ORDERED as follows:

1. The Debtor is authorized to retain Stark & Stark as special counsel pursuant to section 327(e) of the Bankruptcy Code to collect certain accounts receivable.

2. Stark & Stark will be compensated to collect certain accounts receivable in accordance with the hybrid fee arrangement set forth in the Application.

3. The effective date of the retention of Stark & Stark is the date the Application was filed with the Court.

4. This Order shall be immediately effective upon its entry on the Court's docket.