| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle Adler, Esq.<br>Bruce Buechler, Esq.<br>Jennifer B. Kimble, Esq.<br>Joseph DiPasquale, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* | **Order Filed on April 16, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>                                  Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER AUTHORIZING THE RETENTION OF STARK & STARK AS SPECIAL COUNSEL

The relief set forth on the following pages, numbered two (2) and three (3) is hereby ORDERED.

**DATED: April 16, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Authorizing the Retention of Stark & Stark as Special Counsel

___

(check all that apply) ☐ Trustee: ☐ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☑ Debtor: ☑ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:    Stark & Stark

Address of Professional:    993 Lenox Drive
Lawrenceville, NJ 08648
Attn: Joseph H. Lemkin, Esq.
Phone: 609-896-9060
Facsimile: 609-896-0629

☐ Attorney for (check all that apply):

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☑ Other Professional:

☐ Realtor

☐ Appraiser

☑ Special Counsel: special counsel pursuant to section 327(e) of the Bankruptcy Code to collect certain accounts receivable in accordance with the hybrid fee arrangement set forth in the Application.

Auctioneer

☐ Other (specify): _____

Page: 3
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Authorizing the Retention of Stark & Stark as Special Counsel

___

  Upon the Debtor's request for authorization to retain Stark & Stark as special counsel, it is hereby ORDERED as follows:

1. The Debtor is authorized to retain Stark & Stark as special counsel pursuant to section 327(e) of the Bankruptcy Code to collect certain accounts receivable.

2. Stark & Stark will be compensated to collect certain accounts receivable in accordance with the hybrid fee arrangement set forth in the Application.

3. The effective date of the retention of Stark & Stark is the date the Application was filed with the Court.

4. This Order shall be immediately effective upon its entry on the Court's docket.

United States Bankruptcy Court
District of New Jersey

In re:  
Hollister Construction Services, LLC  
      Debtor

Case No. 19-27439-MBK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 16, 2020  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2020.  
db          +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2020 at the address(es) listed below:  
NONE.        TOTAL: 0