

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

Order Filed on April 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor-in-Possession*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>         Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

## ORDER APPROVING FIRST AMENDMENT TO AMENDED STIPULATION OF SETTLEMENT WITH VETERANS ROAD SPE LLC <u>AND CERTAIN SUBCONTRACTORS</u>

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: April 22, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
04/22/2020 206037376.1

Debtor:  Hollister Construction Services, Inc.
Case No.:  19-27439 (MBK)
Caption:  *Order Approving First Amendment to Amended Stipulation of Settlement with Veterans Road SPE LLC and Certain Subcontractors*

---

**THIS MATTER** having been brought before the Court upon the Application of Hollister Construction Services, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), seeking the entry of an order approving a First Amendment to Amended Stipulation of Settlement (the "First Amendment") by and between the Debtor; Veterans Road SPE LLC as Owner ("Owner" ); and each of the subcontractors that are identified on Exhibit A to the First Amendment (the "Subcontractors", and collectively with the Debtor and Owner, the "Parties") to an Amended Stipulation of Settlement (the "Stipulation")[2] that was previously approved by this Court by Order entered on October 10, 2019 [Docket No. 291](the "October Order"); and the Court having read the Application, and it appearing that the relief requested is in the best interests of the Debtor, its estate and its creditors; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.      The First Amendment is hereby approved.

2.      The Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and the terms of the First Amendment.

3.      Except to the extent expressly modified by the First Amendment, the terms of the Stipulation and the October Order shall remain in full force and effect.

4.      Notwithstanding the applicability of any of the Bankruptcy Rules, the terms and conditions of this Order and the First Amendment shall be immediately effective and enforceable upon the entry of this Order.

5.      This Court retains exclusive jurisdiction to hear and decide any disputes related to, arising under or from the implementation, interpretation, and/or enforcement of this Order.

---

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Stipulation.

Debtor:  Hollister Construction Services, Inc.
Case No.:  19-27439 (MBK)
Caption:  *Order Approving First Amendment to Amended Stipulation of Settlement with Veterans Road SPE LLC and Certain Subcontractors*

_____

# EXHIBIT A

# FIRST AMENDMENT