EisnerAmper LLP
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000
*Accountants and Financial Advisors to the Official Committee of*
*Unsecured Creditors of Hollister Construction Services, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the Matter of:

HOLLISTER CONSTRUCTION SERVICES, LLC,         Case No. 19-27439 (MBK)
                                              Chapter 11
                                              (Honorable Michael B. Kaplan)
                Debtor.

**SIXTH MONTHLY FEE STATEMENT OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF
MARCH 1, 2020 THROUGH MARCH 31, 2020**

## Hollister Construction Services, LLC
## TIME SUMMARY BY PROFESSIONAL
## March 1, 2020 through March 31, 2020

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Anthony R. Calascibetta CPA, CFF, CTP | Partner | 14.0 | $ 570.00 | $ 7,980.00 |
| Anthony R. Calascibetta @ Travel Rate | Partner | 1.5 | 285.00 | 427.50 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 4.6 | 540.00 | 2,484.00 |
| Daniel Castillo | Staff I | 4.2 | 205.00 | 861.00 |
| DelMarie Velazquez | Paraprofessional | 1.0 | 130.00 | 130.00 |
| **GRAND TOTAL** | | **25.3** | **$ 469.66** | **$11,882.50** |

* Rates change annually effective August 1st.

| | |
|---|---:|
| FEE TOTALS | $11,882.50 |
| LESS: 20% VOLUNTARY DISCOUNT | (2,376.50) |
| SUBTOTAL | 9,506.00 |
| PLUS EXPENSE: MILEAGE | 34.22 |
| PLUS EXPENSE: PARKING/TOLLS | 10.00 |
| **NET FEE AND EXPENSES REQUESTED** | **$9,550.22** |

# ~ Exhibit A ~

## Hollister Construction Services, LLC
### March 1, 2020 through March 31, 2020
### Professional Time by Work Code

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 03/01/2020 | Review of draft motion. | $ 570.00 | 0.6 | $ 342.00 |
| Anthony Calascibetta | 03/01/2020 | Discussed budget, professional fees analysis and claims with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| William Pederson | 03/02/2020 | Review of Motion to Convert and claims analysis. | 540.00 | 0.80 | 432.00 |
| William Pederson | 03/02/2020 | Call with A.Calascibetta re: claims analysis and motion to convert. | 540.00 | 0.3 | 162.00 |
| Anthony Calascibetta | 03/02/2020 | Discussed motion to convert and claims summary with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 03/02/2020 | Discussed motion to convert with M. Jacoby, Phoenix. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 03/02/2020 | Discussion with S. Della Fera, MSB regarding discussions with interested parties, settlement offer and status of case. | 570.00 | 0.3 | 171.00 |
| Daniel Castillo | 03/02/2020 | Update summary analysis of claim schedule for review with A. Calascibetta, EisnerAmper. | 205.00 | 1.6 | 328.00 |
| Daniel Castillo | 03/03/2020 | Update summary analysis of claim schedule. | 205.00 | 1.0 | 205.00 |
| Anthony Calascibetta | 03/04/2020 | Review of 26 week budget, professional fees analyses provided by Bank's financial advisor and reviewed and summarized draft settlement proposal. | 570.00 | 1.2 | 684.00 |
| William Pederson | 03/04/2020 | Call with A.Calascibetta, EisnerAmper, re: Upcoming hearing - Motion to Convert. | 540.00 | 1.2 | 648.00 |
| Anthony Calascibetta | 03/04/2020 | Review of 26 week budget and motion to convert and discussed asset collections, preferences, professional fees and other recoveries with W. Pederson, EisnerAmper. | 570.00 | 1.2 | 684.00 |
| Anthony Calascibetta | 03/05/2020 | Attended settlement conference with Judge and counsel for Debtor, Bank, Committee and Arch. | 570.00 | 0.8 | 456.00 |
| Anthony Calascibetta | 03/05/2020 | Discussed settlement conference and settlement issues with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| William Pederson | 03/05/2020 | Call with A. Calascibetta, EinserAmper, re: hearing update. | 540.00 | 0.2 | 108.00 |
| Anthony Calascibetta | 03/12/2020 | Discussed work performed by independent director, conference call with Arch, unsecured claims base and potential recoveries with S. Della Fera, MSB. | 570.00 | 0.7 | 399.00 |
| Anthony Calascibetta | 03/13/2020 | Discussed status of matter including analysis of insiders with S. Della Fera, MSB. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 03/17/2020 | Discussed hearings, timing of independent director report and settlement offer matters with S. Della Fera, MSB. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 03/23/2020 | Review of Independent Directors draft report. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 03/23/2020 | Discussed Independent Director's draft report with W. Pederson, EisnerAmper. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 03/23/2020 | Conference call with S. Della Fera and J. Raymond, MSB and W. Pederson, EisnerAmper to discuss Independent Director's draft report and related questions. | 570.00 | 0.9 | 513.00 |
| Anthony Calascibetta | 03/23/2020 | Preparation of questions related to draft report of Independent Director relating to insiders. | 570.00 | 0.3 | 171.00 |
| William Pederson | 03/23/2020 | Review of B.Katz report. | 540.00 | 0.4 | 216.00 |
| William Pederson | 03/23/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: B. Katz report. | 540.00 | 0.8 | 432.00 |
| William Pederson | 03/23/2020 | Call with A. Calascibetta, EisnerAmper, re: B. Katz report. | 540.00 | 0.4 | 216.00 |
| Anthony Calascibetta | 03/24/2020 | Review and discuss listing of questions relating to Independent Director draft report with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 03/24/2020 | Conference call with Independent Director and counsel for Debtor, Counsel and financial advisor to the Bank and S. Della Fera, MSB to listen to presentation of Independent Director's draft report. | 570.00 | 1.0 | 570.00 |
| Anthony Calascibetta | 03/24/2020 | Follow-up discussion with S. Della Fera, MSB relating to Independent Director's draft report. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 03/24/2020 | Discussed insiders' assets disclosed in the Independent Director's draft report with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 03/24/2020 | Conference call with B. Katz, Independent Director and S. Della Fera, MSB to discuss draft report. | 570.00 | 0.9 | 513.00 |

**Hollister Construction Services, LLC**
**March 1, 2020 through March 31, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| William Pederson | 03/24/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: B.Katz report and follow-up questions. | 540.00 | 0.2 | 108.00 |
| William Pederson | 03/24/2020 | Follow-up call with A. Calascibetta, EisnerAmper, re: additional questions for B.Katz. | 540.00 | 0.3 | 162.00 |
| Anthony Calascibetta | 03/27/2020 | Discussed Independent Director draft report and additional information requests with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 03/31/2020 | Discussed settlement conference, Independent Director draft report, potential recoveries from insiders, other recoveries and settlement outline relating to Bank with S. Della Fera, MSB. | 570.00 | 0.5 | 285.00 |
| Anthony Calascibetta | 03/31/2020 | Review of 26 week cash flow, professional fees analyses, project recoveries and related potential preferences. | 570.00 | 0.4 | 228.00 |
| | | **Asset Analysis & Recovery Total** | | **19.1** | **9,800.00** |
| Anthony Calascibetta | 03/01/2020 | Review of claims analyses and summarize claims base. | 570.00 | 0.8 | 456.00 |
| Daniel Castillo | 03/02/2020 | Summary analysis of claim schedule for review with A.Calascibetta, EisnerAmper. | 205.00 | 0.4 | 82.00 |
| Anthony Calascibetta | 03/02/2020 | Review of claims schedules and claims summary. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 03/04/2020 | Review of claims base analyses. | 570.00 | 0.2 | 114.00 |
| Daniel Castillo | 03/10/2020 | Update claim schedule per request of A. Calascibetta, EisnerAmper. | 205.00 | 0.8 | 164.00 |
| Daniel Castillo | 03/11/2020 | Update claim schedule per request of A. Calascibetta, EisnerAmper. | 205.00 | 0.4 | 82.00 |
| | | **Claims Admin & Objections Total** | | **2.8** | **1,012.00** |
| Anthony Calascibetta | 03/05/2020 | Attended Court hearing. | 570.00 | 0.7 | 399.00 |
| | | **Court Hearings Total** | | **0.7** | **399.00** |
| DelMarie Velazquez | 03/19/2020 | Preparation of February 2020 Report. | 130.00 | 1.0 | 130.00 |
| Anthony Calascibetta | 03/24/2020 | Review and preparation of monthly fee statement. | 570.00 | 0.2 | 114.00 |
| | | **Fee/Employment Application Total** | | **1.2** | **244.00** |
| Anthony Calascibetta | 03/05/2020 | Travel to/from Court hearing/settlement conference. | 285.00 | 1.5 | 427.50 |
| | | **Travel Time Total** | | **1.5** | **427.50** |
| | | Total Hours and Fees | | 25.3 | 11,882.50 |
| | | Less: Voluntary Discount | | | (2,376.50) |
| | | Subtotal | | | 9,506.00 |
| | | Plus: Mileage | | | 34.22 |
| | | Plus: Parking/Tolls | | | 10.00 |
| | | **Grand Total** | | | **$ 9,550.22** |

# ~ Exhibit B ~

**Hollister Construction Services, LLC**
**ITEMIZED EXPENSES INCURRED**

| Date | Name | Amount | Category | Description |
|---|---|---|---|---|
| 3/5/2020 | Anthony Calascibetta | $ 34.22 | Mileage | Mileage |
| | **Mileage** | **34.22** | | |
| 3/5/2020 | Anthony Calascibetta | 10.00 | Parking/Tolls | Parking/Tolls |
| | **Parking/Tolls** | **10.00** | | |
| | **Grand Total** | **$ 44.22** | | |