| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Hearing Date: 4/23/20 at 10:00 a.m. |

## ADJOURNMENT REQUEST

1. I, <u>Arielle B. Adler</u>, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "<u>Debtor</u>"), hereby request an adjournment of the following hearing for the reason set forth below.

    Matter: *Third Omnibus Motion For Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases* (the "<u>Motion</u>"), with respect to Cellco Partnership d/b/a Verizon Wireless only [Docket No. 726].

    Current Hearing Date:    <u>April 23, 2020 at 10:00 a.m. (ET).</u>

    New Hearing Date Requested[2]:    <u>April 30, 2020 at 10:00 a.m</u>

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] This adjournment request is made only with respect to Cellco Partnership d/b/a Verizon Wireless. The Court entered an Order resolving the Motion with respect to the HSP 81 Halsey LLC lease at issue therein on January 27, 2020.

37322/2
04/22/2020 206290682.1

-2-

Reason for adjournment request: <u>The parties are continuing to engage in negotiations to resolve this matter without the expense of litigation.</u>

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: <u>4/22/20</u>        <u>/s/ *Arielle B. Adler*</u>
                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: <u>4/30/20 @ 10:00 am</u>    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**