LOWENSTEIN SANDLER LLP
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | |
| **HOLLISTER CONSTRUCTION SERVICES, LLC**,[1] | Chapter 11 |
| Debtor. | Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON APRIL 23, 2020 AT 10:00 A.M. (ET)[2]**

**MATTERS GOING FORWARD**

1. Debtor's Motion For Entry of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling A Final Hearing, And (D) Granting Related Relief [Docket No. 14; Filed 9/11/19].

    Related Documents[3]:

    a) Fifteenth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV)

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] This hearing will be conducted telephonically. Parties who wish to appear at the April 23, 2020 hearing must make arrangements through Court Solutions at http://www.Court-Solutions.com.

[3] Docket entries related to this motion, objections, responses and prior interim orders can be found on the Court's docket and the case website at https://cases.primeclerk.com/hcs/Home-Index.

37322/2
04/22/2020 206285798.1

Granting Related Relief [Docket No. 1058; Entered 3/30/20]

Status: The Debtor is working on a consensual order to be submitted at or prior to tomorrow's hearing. This matter is going forward.

**CONTINUED MATTERS**

2. Herc Rentals, Inc.'s Amended Application For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) [Docket No. 607; Filed 12/5/19]

    Related Documents:

    a) Application For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) [Docket No. 546; Filed 11/20/19]

    b) Determination of Adjournment Request (Granted) [Docket No 715; Filed 12/26/19]

    c) Determination of Adjournment Request (Granted) [Docket No 810; Filed 1/15/20]

    d) Determination of Adjournment Request (Granted) [Docket No 845; Filed 1/23/20]

    e) Affidavit of Service [Docket No.865; Filed 1/27/20]

    f) Determination of Adjournment Request (Granted) [Docket No. 904; Filed 2/5/20

    g) Determination of Adjournment Request (Granted) [Docket No. 933; Filed 2/13/20]

    h) Determination of Adjournment Request (Granted) [Docket No. 1002; Filed 3/11/20]

    i) Determination of Adjournment Request (Granted) [Docket No. 1027; Filed 3/18/20]

    j) Determination of Adjournment Request (Granted) [Docket No. 1044; Filed 3/25/20]

    k) Determination of Adjournment Request (Granted) [Docket No. 1083; Filed 4/14/20]

    l) Determination of Adjournment Request (Granted) [Docket No. 1102; Filed 4/22/20]

    Objection Deadline: Originally, December 26, 2019 at 4:00 p.m. (ET), extended for the Debtor to January 22, 2020 at 12:00 p.m. (ET).

<u>Responses Received</u>:

m)  Debtor's Objection to Herc Rentals, Inc.'s Application For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) [Docket No. 839; Filed 1/22/20].

Status:  The parties are working to resolve this motion without the expense of litigation.  This matter has been adjourned to a hearing on April 30, 2020 at 10:00 a.m.

3. Third Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases [Docket No. 726; Filed 12/31/19] (with respect to Cellco Partnership d/b/a Verizon Wireless only).

<u>Related Documents</u>:

a)  Affidavit of Service [Docket No. 733; Filed 1/3/20]

b)  Determination of Adjournment Request (Granted) with respect to Cellco Partnership d/b/a Verizon Wireless only [Docket No. 808; Filed 1/15/20]

c)  Order Granting Third Omnibus Motion Authorizing the Debtor to Reject Certain Contracts and Leases as to the Halsey Street Office Lease [Docket No. 861; Entered 1/27/20]

d)  Determination of Adjournment Request (Granted) [Docket No. 905; Filed 2/5/20]

e)  Determination of Adjournment Request (Granted) [Docket No. 951; Filed 2/24/20]

f)  Determination of Adjournment Request (Granted) [Docket No. 979; Filed 3/4/20]

g)  Determination of Adjournment Request (Granted) [Docket No. 1028; Filed 3/18/20]

h)  Determination of Adjournment Request (Granted) [Docket No. 1042; Filed 3/25/20]

i)  Determination of Adjournment Request (Granted) [Docket No. 1085; Filed 4/15/20]

j)  Determination of Adjournment Request (Granted) [Docket No. 1103; Filed 4/22/20]

<u>Objection Deadline</u>:  Originally, January 16, 2020. Extended for Cellco Partnership d/b/a Verizon Wireless to March 4, 2020 at 12:00 noon (ET).

<u>Responses Received</u>:

k)  Objection Of Cellco Partnership D/B/A/ Verizon Wireless To Third Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases [Docket No. 979; Filed 3/4/20]

<u>Status</u>:  The Debtor and Verizon Wireless are negotiating a resolution of this matter, with the goal of submitting a stipulation/consent order at or prior to the hearing.  This matter has been adjourned to a hearing on April 30, 2020 at 10:00 a.m.

Dated:  April 22, 2020

**LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (*pro hac vice*)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*