**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**MONTHLY FEE STATEMENT OF McMANIMON, SCOTLAND & BAUMANN, LLC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC, FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

        **McMANIMON, SCOTLAND & BAUMANN, LLC**
        *Attorneys for Official Committee of Unsecured*
        *Creditors of Hollister Construction Services, LLC*

        By:    */s/ Sam Della Fera, Jr.*
                  Sam Della Fera, Jr.

4827-7511-3131v.1



```
Creditors' Committee - Hollister         CLIENT #        00016030-00001
Construction Services, LLC               INVOICE #       170986
                                         INVOICE DATE:   April 22, 2020

                                         BILLING REF:    SDF
```

### INVOICE SUMMARY

For professional services rendered through 03/31/20, in connection with the matter titled:

### Committee Representation

```
TOTAL FEES                                  23172.50
TOTAL DISBURSEMENTS ADVANCED                  333.51
TOTAL FOR INVOICE                           23506.01
```



McMANIMON • SCOTLAND • BAUMANN                75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Apr 22, 2020        PAGE    2


                    PROFESSIONAL SERVICES RENDERED

    DATE      ATTY                 DESCRIPTION                      HOURS        AMOUNT

    03/02/20  SDF  Telephone call from Committee member              .20          95.00
                   Sanray Construction regarding motion
                   to convert and related matters.

    03/02/20  SDF  Send e-mail to court regarding                    .40         190.00
                   renewed motion to convert and
                   scheduling; review e-mail from K.
                   Rosen regarding same.

    03/02/20  SDF  Return calls to A. Calscibetta                    .80         380.00
                   regarding claims analysis and motion
                   to convert issues.

    03/02/20  SDF  Telephone calls and e-mails with K.               .80         380.00
                   Rosen regarding motion to convert and
                   related matters.

    03/02/20  SDF  Confer with J. Raymond regarding                  .20          95.00
                   motion to convert and related matters.

    03/02/20  SDF  Telephone call to B. Katz regarding               .20          95.00
                   motion to convert and related matters.

    03/02/20  SDF  Review e-mail from J. Holman                      .20          95.00
                   regarding Bank's clarified settlement
                   proposal.

    03/02/20  SDF  Return call to L. Bielskie regarding              .30         142.50
                   motion to convert and related matters.

    03/02/20  SDF  Review and analyze Debtor's motion to             .40         190.00
                   approve settlement with CTC Academy
                   Project Owner and certain related
                   subcontractors, together with
                   application to shorten time for
                   hearing.
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York



MS&B  McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Apr 22, 2020         PAGE     3


    03/02/20 SDF  Send e-mails to Committee regarding        .20       95.00
                  filed motion to convert case to
                  Chapter 7.

    03/02/20 JHR  Revised, edited and supplemented           .70      332.50
                  Motion to Convert.

    03/02/20 SBP  Update chart with motions and              .20       55.00
                  applications

    03/03/20 SBP  Update chart with motions and              .20       55.00
                  applications

    03/03/20 SDF  Telephone call from B. Katz regarding      .30      142.50
                  analysis of insider claims and
                  related matters.

    03/03/20 SDF  E-mails with A. Calascibetta               .20       95.00
                  regarding settlement conference
                  tomorrow on motion to convert.

    03/03/20 SDF  Review filed order shortening time         .10       47.50
                  for hearing on Debtor's motion to
                  approve settlement with CTC Academy
                  project owner and subcontractors.

    03/03/20 SDF  Review e-mails form Prime Clerk            .20       95.00
                  regarding January invoice for
                  services and outstanding amount due.

    03/03/20 SDF  Review and reply to e-mails from           .50      237.50
                  court and counsel regarding
                  scheduling of adjourned hearings and
                  settlement conferences; telephone
                  call with J. Schwartz regarding same.

    03/03/20 SDF  Review e-mail from K. Rosen regarding      .20       95.00
                  insurance premium refund due to
                  Debtor.
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York



MS&B  McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Apr 22, 2020        PAGE    4


    03/03/20 SDF Review February 2020 monthly staffing          .20      95.00
                 and compensation report filed by 10X
                 CEO Coaching.

    03/04/20 SBP Update chart with motions and                  .20      55.00
                 applications

    03/04/20 SDF Review e-mail from Debtor's counsel            .30     142.50
                 regarding February 2020 invoices from
                 ordinary course professional Hedinger
                 & Lawless.

    03/04/20 SDF Telephone call to L. Bielskie                  .20      95.00
                 regarding motion to convert and
                 settlement conference.

    03/04/20 SDF Review objection filed by                      .20      95.00
                 Cellco/Verizon Wireless to Debtor's
                 third omnibus motion to reject
                 contracts and leases.

    03/04/20 SDF Return call to J. Holman regarding             .10      47.50
                 motion to convert and related matters.

    03/04/20 SDF Review Debtor's motion for order               .40     190.00
                 determining that post-petition liens
                 filed against Acordia/Hub at Marlton
                 project are void, and related
                 application and order shortening time.

    03/04/20 SDF E-mail and call with A. Calascibetta           .20      95.00
                 regarding settlement conference
                 tomorrow.

    03/04/20 SDF Prepare for hearing and settlement             .40     190.00
                 conference tomorrow.

    03/04/20 SDF Review Debtor's filed notice of                .20      95.00
                 agenda for hearing tomorrow.
```



McMANIMON • SCOTLAND • BAUMANN

75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Apr 22, 2020        PAGE    5


    03/05/20 SDF  Review and revise updated schedule of          .40     190.00
                  pending and completed deadlines and
                  motions.

    03/05/20 SDF  Travel to and from Trenton Bankruptcy         2.40    1140.00
                  Court for hearing and settlement
                  conference.

    03/05/20 SDF  Attend and appear at hearing and              2.50    1187.50
                  settlement conference.

    03/05/20 SDF  Confer with J. Raymond regarding               .20      95.00
                  outcome of hearing and settlement
                  conference today.

    03/05/20 SDF  Send e-mail to Committee regarding             .40     190.00
                  outcome of hearing and settlement
                  conference today.

    03/05/20 SDF  Telephone call to B. Katz regarding            .40     190.00
                  outcome of settlement conference
                  today, call with parties and court
                  next week, and related matters.

    03/05/20 SDF  Review filed order granting Debtor's           .10      47.50
                  motion to determine that
                  post-petition liens filed against
                  Accordia/Hub at Harrison property are
                  void.

    03/06/20 SDF  E-mails with Debtor's counsel and              .30     142.50
                  Bank's counsel regarding final form
                  of fourteenth interim cash collateral
                  order; review filed order.

    03/06/20 SDF  Review and reply to e-mails from K.            .30     142.50
                  Rosen regarding discussions with B.
                  Katz and updated cash flow budget.
```



```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Apr 22, 2020        PAGE    6


    03/06/20 SBP Update chart with motions and                    .20      55.00
                 applications

    03/06/20 SDF Review filed order approving                     .10      47.50
                 stipulation for turnover of estate
                 property (executive non-qualified
                 plan).

    03/06/20 SDF Review filed order approving                     .10      47.50
                 settlement of avoidance action
                 against Direct Cabinet Sales.

    03/06/20 SDF Review Debtor's amended October and              .40     190.00
                 November 2019 operating report filed
                 today.

    03/09/20 SBP Update chart with motions and                    .10      27.50
                 applications

    03/09/20 SDF Review withdrawal of claim filed by              .10      47.50
                 Anvil Craft Corp.

    03/09/20 SDF E-mails with M. Seymour regarding                .20      95.00
                 settlement conference with court this
                 week and B. Katz's availability.

    03/09/20 SDF Telephone call to B. Katz regarding              .20      95.00
                 settlement conference this week.

    03/09/20 SDF E-mails with B. Buechler regarding               .40     190.00
                 Debtor's proposed stipulation
                 approving insurance premium refunds
                 from Cove and Reliant; call to B.
                 Buechler regarding same.

    03/09/20 SDF Review Debtor's December 2019 and                .30     142.50
                 January 2020 operating reports filed
                 today.
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York



```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Apr 22, 2020        PAGE    7


    03/09/20 SDF  Send e-mail to EisnerAmper regarding         .20      95.00
                  Debtor's amended October 2019 and
                  amended November 2019, December 2019
                  and January 2020 operating reports.

    03/10/20 SBP  Update chart with motions and                .20      55.00
                  applications

    03/10/20 LD   Draft and e-file certificate of no           .20      25.00
                  objection to MSB's January 2020
                  monthly fee statement.

    03/10/20 SDF  E-mail and call from J. Holman               .20      95.00
                  regarding pending matters.

    03/10/20 SDF  Send e-mail to EisnerAmper regarding         .20      95.00
                  passage of government claims bar date
                  and analysis.

    03/10/20 SDF  Telephone calls from B. Katz                 .20      95.00
                  regarding analysis of insider claims
                  and call with parties and court.

    03/10/20 SDF  Confer with T. Walsh regarding Bank's        .30     142.50
                  security interests in insurance
                  premium refund; send e-mal to B.
                  Buechler regarding same.

    03/10/20 SDF  Review e-mails from M. Seymour               .30     142.50
                  regarding calls with B. Katz and
                  availability for March 12 call.

    03/10/20 SDF  Review certification of no objection         .40     190.00
                  to firm's January fee statement;
                  analyze amount due to date.

    03/10/20 SDF  Review Debtor's counsel's filed              .20      95.00
                  certifications of no objections to
                  monthly fee statements.
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York



MS&B   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Apr 22, 2020         PAGE    8


    03/10/20 SDF Review and revise schedule of              .40      190.00
                 completed and pending matters and
                 deadlines.

    03/11/20 SBP Update chart with motions and              .20       55.00
                 applications

    03/11/20 SDF Review e-mail from B. Buechler             .10       47.50
                 regarding Debtor's receipt of funds
                 from termination/liquidation of
                 deferred compensation plan.

    03/11/20 SDF Telephone call from L. Bielskie            .40      190.00
                 regarding status of motion to convert
                 and settlement negotiations.

    03/11/20 SDF E-mail and telephone call with S.          .20       95.00
                 Darling regarding motion to convert
                 status and hearing tomorrow.

    03/11/20 SDF Review court's notice of adjournment       .10       47.50
                 of Herc Rentals' amended motion for
                 administrative expense.

    03/11/20 SDF Review court's notice of adjournment       .10       47.50
                 of Interlink's stay relief motion
                 evidentiary hearing.

    03/11/20 SDF E-mails with M. Seymour regarding          .20       95.00
                 hearing tomorrow.

    03/11/20 SDF Review Debtor's filed notice of            .20       95.00
                 agenda for matters scheduled tomorrow.

    03/11/20 SDF Review e-mail from Prime Clerk to          .20       95.00
                 Debtor regarding outstanding invoices.

    03/12/20 SDF Appear telephonically at hearing on        .50      237.50
                 motion to approve Debtor's settlement
                 with CTC Academy.
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York



MS&B  McMANIMON · SCOTLAND · BAUMANN            75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Apr 22, 2020      PAGE    9


   03/12/20 SDF Return call to B. Katz regarding              .20       95.00
                investigation of insiders.

   03/12/20 SDF Review e-mail to Judge Kaplan and             .30      142.50
                proposed form of order resolving
                Myrage's motion for stay relief, from
                Debtor's counsel; review filed order.

   03/12/20 SDF Review firm's February prebill for            .30      142.50
                preparation of monthly fee statement.

   03/12/20 SBP Update chart with motions and                 .20       55.00
                applications

   03/12/20 SDF Conference calls with B. Katz,               1.40      665.00
                counsel for Debtor, PNC Bank and
                Arch, and court (part), regarding
                investigation of insider claims and
                settlement negotiations.

   03/12/20 SDF Telephone call to A. Calascibetta             .60      285.00
                regarding outcome of conference calls
                today.

   03/12/20 SDF Send email to Committee regarding             .50      237.50
                case status and motion to convert.

   03/12/20 SDF Review Debtor's motion to further             .30      142.50
                extend exclusive period to file a
                plan, and deadline to assume or
                reject contracts and leases.

   03/12/20 SDF Review filed order approving Debtor's         .10       47.50
                settlement with CTC Academy.

   03/12/20 SDF Review Debtor's motion to further             .30      142.50
                enlarge period within which to remove
                actions.
```



```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Apr 22, 2020      PAGE   10


    03/13/20 SDF  Review certification of no objection         .20       95.00
                  to January monthly fee statement
                  filed by EisnerAmper; send e-mail to
                  A. Calascibetta regarding same.

    03/13/20 SDF  Review filed order granting in part          .50      237.50
                  and denying in part motion of Newark
                  Warehouse entities to enforce
                  automatic stay and related opinion.

    03/13/20 SBP  Update chart with motions and                .20       55.00
                  applications

    03/13/20 LD   Draft and e-file certification of no         .20       25.00
                  objection to EisnerAmper's monthly
                  fee statement.

    03/16/20 SBP  Update chart with motions and                .20       55.00
                  applications

    03/16/20 JHR  Reviewed status of recovery of claims        .20       95.00
                  against insiders, amount of
                  governmental claims and Arch claim
                  and will they agree to waive same.

    03/16/20 SDF  E-mails with counsel and court               .20       95.00
                  regarding Newark Warehouse's remand
                  motion settlement conference today.

    03/16/20 SDF  Review Debtor's application to               .30      142.50
                  approve stipulation authorizing
                  refund of certain insurance premiums
                  to Debtor; review related e-mail to
                  court from Debtor's counsel.

    03/16/20 SDF  Review e-mail from Debtor's counsel          .20       95.00
                  regarding B. Katz's investigation.
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

 McMANIMON • SCOTLAND • BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Apr 22, 2020      PAGE   11


    03/16/20 SDF Telephone call to A. Adler regarding         .10      47.50
                 form of order on Debtor's motion to
                 further extend plan exclusive periods.

    03/16/20 SDF Review filed order approving                 .10      47.50
                 stipulation authorizing refund of
                 certain insurance premiums to Debtor.

    03/16/20 SDF Review e-mail from Debtor's counsel          .30     142.50
                 regarding proposed first amendment to
                 Debtor's amended settlement
                 stipulation with Veterans Road
                 project owner; review amendment.

    03/16/20 SDF Review reply filed by Newark                 .60     285.00
                 Warehouse entities to Debtor's
                 objection to motion to remand
                 litigation.

    03/17/20 SDF Review court's notices of adjournment        .20      95.00
                 of hearing on motion of MixOnSIte for
                 stay relief and Newark Warehouse's
                 motion to remand litigation.

    03/17/20 SDF Telephone call with A. Calascibetta          .20      95.00
                 regarding status.

    03/17/20 SDF Review Debtor's filed notice of              .20      95.00
                 adjournment of matters scheduled for
                 hearing on March 19.

    03/17/20 SDF Telephone call to B. Katz regarding          .50     237.50
                 analysis of insider claims and
                 recovery range.

    03/17/20 SDF Review filed order modifying                 .10      47.50
                 automatic stay to allow 360 Fire
                 Prevention to prosecute claims
                 against Lifetown project owner.
```



MS&B  McMANIMON · SCOTLAND · BAUMANN     75 Livingston Avenue. Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Apr 22, 2020       PAGE   12


      03/17/20 SDF  Review e-mail from Debtor's counsel             .20       95.00
                    regarding potential impact on Corona
                    virus fallout on Debtor's ongoing
                    construction projects; send e-mail to
                    Committee regarding same.

      03/17/20 SBP  Update chart with motions and                   .20       55.00
                    applications

      03/18/20 SBP  Update chart with motions and                   .20       55.00
                    applications

      03/18/20 LD   E-file MSB's monthly fee statement              .20       25.00
                    for February 2020.

      03/18/20 SDF  Review court's filed determinations             .20       95.00
                    of adjournment requests for matters
                    scheduled for hearing on 3/19/20.

      03/18/20 SDF  E-mails with Debtor's counsel                   .30      142.50
                    regarding settlement negotiations,
                    Katz analysis and updated 26-week
                    cash flow.

      03/18/20 SDF  Review firm's February monthly fee              .30      142.50
                    statement for filing.

      03/18/20 SDF  Review and revise schedule of pending           .40      190.00
                    and completed dates and deadlines.

      03/19/20 SDF  E-mails with Debtor's counsel                   .20       95.00
                    regarding status of B. Katz's report.

      03/19/20 SDF  Review e-mail to court from J. Kimble           .20       95.00
                    regarding form of amended fourteenth
                    interim cash collateral order.
```



75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Apr 22, 2020      PAGE   13


    03/19/20 SDF  Review proposed form of amended            .40     190.00
                  fourteenth interim cash collateral
                  order and budget from Debtor's
                  counsel and related e-mails with
                  counsel.

    03/19/20 SBP  Update chart with motions and              .20      55.00
                  applications

    03/20/20 SDF  Telephone call from B. Katz regarding      .20      95.00
                  analysis of claims against insiders.

    03/23/20 SDF  Review filed first and second amended      .30     142.50
                  14th interim cash collateral order
                  and corrected form, and related
                  e-mails from counsel.

    03/23/20 SDF  Review and reply to Debtor's counsel       .40     190.00
                  regarding Katz report; review related
                  e-mails from counsel.

    03/23/20 SDF  Review e-mails from Debtor's counsel       .50     237.50
                  regarding Katz report on analysis of
                  claims against insiders; review and
                  analyze report.

    03/23/20 SDF  E-mails and call with J. Raymond and      1.10     522.50
                  EisnerAmper regarding Katz analysis
                  of insider claims.

    03/23/20 SDF  E-mail and call from J. Lemkin             .40     190.00
                  regarding case status, motion to
                  convert and related matters.

    03/23/20 SDF  Review Debtor's motion to approve          .50     237.50
                  settlement with Interlink Transport,
                  and for assumption, assignment and
                  rejection of contract, together with
                  related application and order
                  shortening time.
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York



MS&B  McMANIMON · SCOTLAND · BAUMANN           75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Apr 22, 2020        PAGE   14


     03/23/20 SDF Telephone call from B. Katz regarding       .20       95.00
                  report on claims against insiders.

     03/23/20 SBP Update chart with motions and               .20       55.00
                  applications

     03/23/20 JHR Reviewed B. Katz investigation report      1.20      570.00
                  of insider payments and
                  correspondence form K. Rosen,
                  correspondence to and from S Della
                  Fera and A Calascibetta re review of
                  B. Katz report. Conference call to
                  review same and settlement options
                  with Bank and Arch etc.

     03/24/20 SBP Update chart with motions and               .20       55.00
                  applications

     03/24/20 SDF Telephone calls and e-mail with             .50      237.50
                  EisnerAmper regarding issues to be
                  raised on call with B. Katz today and
                  post-mortem.

     03/24/20 SDF Conference call with B. Katz, A.           1.20      570.00
                  Calscibetta, M. Jacoby, and counsel
                  for PNC Bank and Debtor.

     03/24/20 SDF Conference call with B. Katz and A.         .90      427.50
                  Calscibetta regarding analysis of
                  claims against insiders and potential
                  recovery.

     03/24/20 SDF Review court's determination of             .10       47.50
                  request to adjourn hearing on
                  Interlink's motion for stay relief.

     03/24/20 SDF Review and revise schedule of pending       .40      190.00
                  and completed motions and deadlines.
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York



McMANIMON • SCOTLAND • BAUMANN

75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Apr 22, 2020        PAGE    15


    03/24/20 SDF  Calls and e-mails with EisnerAmper            .50        237.50
                  regarding issues to be raised on call
                  with B. Katz today; post-mortem.

    03/25/20 SDF  Review court's determination of               .30        142.50
                  adjournment of Debtor's third omnibus
                  motion to reject contracts and
                  leases, MixOnSite stay relief and
                  other matters.

    03/25/20 SDF  E-mails with counsel for Veterans             .40        190.00
                  Road project owner, Debtor and U.S.
                  Trustee regarding final form of first
                  amendment to amended settlement
                  stipulation.

    03/25/20 SDF  Review Debtor's filed notice of               .20         95.00
                  agenda of matters scheduled for
                  hearing tomorrow.

    03/25/20 SDF  Review e-mails from B. Katz and K.            .30        142.50
                  Rosen regarding follow up to
                  discussion yesterday about analysis
                  of claims against insiders.

    03/25/20 SBP  Update chart with motions and                 .10         27.50
                  applications

    03/26/20 SBP  Update chart with motions and                 .20         55.00
                  applications

    03/26/20 SDF  Telephonic appearance at hearing on           .20         95.00
                  Debtor's continued use of cash
                  collateral.

    03/26/20 SDF  E-mails with Debtor's counsel                 .40        190.00
                  regarding proposed form of fifteenth
                  interim cash collateral order and
                  budget.
```



75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Apr 22, 2020       PAGE   16


    03/26/20 SDF Review February 2020 monthly fee              .20      95.00
                 statement of EisnerAmper for filing.

    03/27/20 SDF Review e-mails from M. Jacoby and B.          .20      95.00
                 Buechler regarding proposed amendment
                 to first amended settlement agreement
                 with Veteran's Road.

    03/27/20 SDF Telephone call with A. Calascibetta           .30     142.50
                 regarding B. Katz's analysis of
                 insider claims.

    03/27/20 SDF Send e-mail to B. Katz regarding              .20      95.00
                 questions about analysis of claims
                 against insiders.

    03/27/20 SDF Review and reply to e-mails from              .50     237.50
                 Debtor's counsel regarding proposed
                 form of fifteenth interim cash
                 collateral order; related e-mails
                 with other counsel.

    03/27/20 SDF Review and analyze Debtor's motion to         .50     237.50
                 approve settlement with Lifetown
                 project owner and certain
                 subcontractors, related application
                 and order shortening time for hearing.

    03/27/20 SBP Update chart with motions and                 .20      55.00
                 applications

    03/30/20 SBP Update chart with motions and                 .10      27.50
                 applications

    03/30/20 SDF Review e-mails to court from counsel          .30     142.50
                 for Debtor and U.S. Trustee regarding
                 proposed form of fifteenth interim
                 cash collateral order.
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York



**McMANIMON · SCOTLAND · BAUMANN**

75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Apr 22, 2020      PAGE   17


    03/30/20 SDF  E-mails with M. Seymour regarding            .20      95.00
                  revised form of order extending
                  Debtor's plan exclusivity periods.

    03/30/20 SDF  Review filed fifteenth interim cash          .20      95.00
                  collateral order.

    03/30/20 SDF  Return call to B. Katz regarding             .10      47.50
                  insider claims analysis.

    03/30/20 SDF  Review court's notice of hearing             .10      47.50
                  scheduled on Debtor's continued use
                  of cash collateral.

    03/30/20 SDF  E-mails with Debtor's counsel                .20      95.00
                  regarding Lifetown settlement net
                  benefit to estate.

    03/30/20 SDF  Review e-mail from Debtor's counsel          .10      47.50
                  regarding B. Katz's investigation
                  follow-up.

    03/31/20 SDF  Telephone call with B. Katz regrading        .30     142.50
                  questions related to analysis of
                  claims against insiders.

    03/31/20 SDF  E-mails with all counsel regarding           .20      95.00
                  settlement conference call with court
                  tomorrow.

    03/31/20 SDF  Review application for pro hac vice          .20      95.00
                  admission of counsel for Interlink
                  transport.

    03/31/20 SDF  Telephone call and e-mails from A.           .60     285.00
                  Calascibetta regarding settlement
                  conference tomorrow.
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York



```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Apr 22, 2020      PAGE   18


   03/31/20 SDF Review Debtor's filed notice of              .20        95.00
               agenda for hearing scheduled for
               April 2.

   03/31/20 SDF Review and revise schedule of pending        .40       190.00
               and completed motions and deadlines.

   TOTAL FEES:                                             50.70     23172.50


   DATE       CODE                        DESCRIPTION              AMOUNT

   03/31/20 Inside Duplicating                                      148.20
   03/05/20 Travel/Parking Expenses    Travel/Parking                85.31
                                       Expenses-Sam Della Fera
                                       tolls and parking @ court
                                       hearing
   03/13/20 Miscellaneous Expenses     Miscellaneous                 50.00
                                       Expenses-Court Call
   03/26/20 Miscellaneous Expenses     Miscellaneous                 50.00
                                       Expenses-Court Solutions

   TOTAL DISBURSEMENTS                                              333.51
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York