EisnerAmper LLP
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000
*Accountants and Financial Advisors to the Official Committee of*
*Unsecured Creditors of Hollister Construction Services, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the Matter of:

HOLLISTER CONSTRUCTION SERVICES, LLC,    Case No. 19-27439 (MBK)
                                          Chapter 11
                                          (Honorable Michael B. Kaplan)

Debtor.

**SIXTH MONTHLY FEE STATEMENT OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF MARCH 1, 2020 THROUGH MARCH 31, 2020**

EisnerAmper LLP

By: /s/ Anthony Calascibetta
    Anthony Calascibetta