UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor-in-Possession*

**Order Filed on April 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,[1]

Debtor.

Chapter 11

Case No. 19-27439 (MBK)

## ORDER APPROVING FIRST AMENDMENT TO AMENDED STIPULATION OF SETTLEMENT WITH VETERANS ROAD SPE LLC <u>AND CERTAIN SUBCONTRACTORS</u>

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: April 22, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

_____

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Debtor:  Hollister Construction Services, Inc.
Case No.:  19-27439 (MBK)
Caption:  *Order Approving First Amendment to Amended Stipulation of Settlement with Veterans Road SPE LLC and Certain Subcontractors*

---

**THIS MATTER** having been brought before the Court upon the Application of Hollister Construction Services, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), seeking the entry of an order approving a First Amendment to Amended Stipulation of Settlement (the "First Amendment") by and between the Debtor; Veterans Road SPE LLC as Owner ("Owner" ); and each of the subcontractors that are identified on Exhibit A to the First Amendment (the "Subcontractors", and collectively with the Debtor and Owner, the "Parties") to an Amended Stipulation of Settlement (the "Stipulation")[2] that was previously approved by this Court by Order entered on October 10, 2019 [Docket No. 291](the "October Order"); and the Court having read the Application, and it appearing that the relief requested is in the best interests of the Debtor, its estate and its creditors; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.      The First Amendment is hereby approved.

2.      The Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and the terms of the First Amendment.

3.      Except to the extent expressly modified by the First Amendment, the terms of the Stipulation and the October Order shall remain in full force and effect.

4.      Notwithstanding the applicability of any of the Bankruptcy Rules, the terms and conditions of this Order and the First Amendment shall be immediately effective and enforceable upon the entry of this Order.

5.      This Court retains exclusive jurisdiction to hear and decide any disputes related to, arising under or from the implementation, interpretation, and/or enforcement of this Order.

---

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Stipulation.

-2-

Debtor:  Hollister Construction Services, Inc.
Case No.:  19-27439 (MBK)
Caption:  *Order Approving First Amendment to Amended Stipulation of Settlement with Veterans Road SPE LLC and Certain Subcontractors*

---

# EXHIBIT A

# FIRST AMENDMENT

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-27439-MBK
Hollister Construction Services, LLC                            Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Apr 22, 2020
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2020.
db             +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2020 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0