**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| **HOLLISTER CONSTRUCTION SERVICES, LLC**,[1] | Case No. 19-27439 (MBK) |
| Debtor. | Re: Docket No. 644 and 903 |

**NOTICE OF REVISION TO CERTAIN OF THE TERMS OF THE AMENDED INDEPENDENT MANAGER AGREEMENT**

The above-captioned debtor and debtor-in-possession, Hollister Construction Services, LLC (the "Debtor"), by and through its counsel, hereby files this notice of the revision of certain terms and the scope of the services to be provided by Bernard Katz as the Debtor's independent manager under the Amended Independent Manager Agreement (the "Agreement") that was filed with the Court on February 5, 2020 [Docket No. 903].

1. The scope of services to be provided by independent manager set forth in paragraph 1 of the Agreement is hereby expanded to include work (i) in connection with the adversary proceeding commenced by the Debtor against Orion Interiors, Inc., Adv.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
04/29/2020 206273239.1

Pro. No. 19-2233 (MBK); and (ii) assisting the Debtor in the review and evaluation of a potential malpractice claim.

2. The independent manager's term as set forth in section 6(a) of the Agreement is hereby revised to read June 30, 2020, and not March 31, 2020.

3. The compensation to be paid to the independent manager under paragraph 4 of the Agreement is hereby revised to read $25,000 per month for the months of April, May and June 2020.

4. All other terms of the Agreement shall remain in effect unless expressly modified by this Notice of Revision.

Dated:  April 29, 2020

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq. (admitted *pro hac vice*)
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
aadler@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
jkimble@lowenstein.com
krosen@lowenstein.com
mseymour@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*