**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>                                                    Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON APRIL 30, 2020 AT 10:00 A.M. (ET)[2]**

**RESOLVED  MATTERS**

1.      Herc Rentals, Inc.'s Amended Application For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) [Docket No. 607; Filed 12/5/19]

         Related Documents:

         a)      Application For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) [Docket No. 546; Filed 11/20/19]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] This hearing will be conducted telephonically. Parties who wish to appear at the April 30, 2020 hearing must make arrangements through Court Solutions at http://www.Court-Solutions.com.

b)  Determination of Adjournment Request (Granted) [Docket No 715; Filed 12/26/19]

c)  Determination of Adjournment Request (Granted) [Docket No 810; Filed 1/15/20]

d)  Determination of Adjournment Request (Granted) [Docket No 845; Filed 1/23/20]

e)  Affidavit of Service [Docket No.865; Filed 1/27/20]

f)  Determination of Adjournment Request (Granted) [Docket No. 904; Filed 2/5/20

g)  Determination of Adjournment Request (Granted) [Docket No. 933; Filed 2/13/20]

h)  Determination of Adjournment Request (Granted) [Docket No. 1002; Filed 3/11/20]

i)  Determination of Adjournment Request (Granted) [Docket No. 1027; Filed 3/18/20]

j)  Determination of Adjournment Request (Granted) [Docket No. 1044; Filed 3/25/20]

k)  Determination of Adjournment Request (Granted) [Docket No. 1083; Filed 4/14/20]

l)  Determination of Adjournment Request (Granted) [Docket No. 1102; Filed 4/22/20]

<u>Objection Deadline</u>: Originally, December 26, 2019 at 4:00 p.m. (ET), extended for the Debtor to January 22, 2020 at 12:00 p.m. (ET).

<u>Responses Received</u>:

m)  Debtor's Objection to Herc Rentals, Inc.'s Application For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) [Docket No. 839; Filed 1/22/20].

Status:  Herc Rentals, Inc.'s counsel has advised Lowenstein Sandler that they are withdrawing *Herc Rentals, Inc.'s Amended Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C § 503(b)(1)(A)* [Docket Nos. 607 (amended) and 546 (original)] without prejudice and will be submitting the appropriate documents.

2.    Third Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases [Docket No. 726; Filed 12/31/19] (with respect to Cellco Partnership d/b/a Verizon Wireless only).

Related Documents:

a)    Affidavit of Service [Docket No. 733; Filed 1/3/20]

b)    Determination of Adjournment Request (Granted) with respect to Cellco Partnership d/b/a Verizon Wireless only [Docket No. 808; Filed 1/15/20]

c)    Order Granting Third Omnibus Motion Authorizing the Debtor to Reject Certain Contracts and Leases as to the Halsey Street Office Lease [Docket No. 861; Entered 1/27/20]

d)    Determination of Adjournment Request (Granted) [Docket No. 905; Filed 2/5/20]

e)    Determination of Adjournment Request (Granted) [Docket No. 951; Filed 2/24/20]

f)    Determination of Adjournment Request (Granted) [Docket No. 979; Filed 3/4/20]

g)    Determination of Adjournment Request (Granted) [Docket No. 1028; Filed 3/18/20]

h)    Determination of Adjournment Request (Granted) [Docket No. 1042; Filed 3/25/20]

i)    Determination of Adjournment Request (Granted) [Docket No. 1085; Filed 4/15/20]

j)    Determination of Adjournment Request (Granted) [Docket No. 1103; Filed 4/22/20]

Objection Deadline: Originally, January 16, 2020. Extended for Cellco Partnership d/b/a Verizon Wireless to March 4, 2020 at 12:00 noon (ET).

Responses Received:

k)    Objection Of Cellco Partnership D/B/A/ Verizon Wireless To Third Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases [Docket No. 979; Filed 3/4/20]

Status:  The Debtor and Verizon Wireless have reached a resolution of this matter and an order will be submitted to the Court.

**CONTINUED MATTERS**

3.  Motion of Herc Rentals, Inc. For Entry Of An Order (1) Lifting the Automatic Stay Pursuant to 11 U.S.C. §362 and (2) Permitting Herc Rentals, Inc. to Remove its Property from Various Projects ("Herc Stay Relief Motion") [Docket No. 368; Filed 10/23/19], with respect to the Latitude, Hub and FDU Projects only.

    Related Documents:

    a)  Certificate of Service filed by Herc Rentals, Inc. [Docket No. 423; Filed 11/6/19]

    b)  Certificate of Service filed by Arch Insurance Company and Arch Reinsurance Company [Docket No. 465; Filed 11/8/19]

    c)  Determination of Adjournment Request (Granted) [Docket No. 685; Filed 12/19/19]

    d)  Order Granting in Part the Motion of Herc Rentals, Inc. (1) Lifting the Automatic Stay Pursuant to 11 U.S.C. § 362 and (2) Permitting Herc Rentals, Inc. to Remove its Property from Various Projects ("Order Granting Herc's Motion in Part") [Docket No. 704; Entered 12/23/19]

    e)  Determination of Adjournment Request (Granted) [Docket No. 722; Filed 12/30/19]

    f)  Determination of Adjournment Request (Granted) [Docket No. 758; Filed 1/8/20]

    g)  Determination of Adjournment Request (Granted) [Docket No. 810; Filed 1/15/20]

    h)  Determination of Adjournment Request (Granted) [Docket No. 904; Filed 2/5/20]

    i)  Determination of Adjournment Request (Granted) [Docket No. 933; Filed 2/13/20]

    Objection Deadline: Originally, November 8, 2019 at 5:00 p.m. (ET) and extended for the Debtor to November 14, 2019 at 10:00 a.m. (ET)

    Responses Received:

    j)  Limited Objection and Reservation of Rights by Arch Insurance Company and Arch Reinsurance Company to Herc Stay Relief Motion [Docket No. 462; Filed 11/7/19]

    k)  Debtor's Limited Objection to Herc Stay Relief Motion [Docket No. 503; Filed 11/14/19]

Status:  The Debtor and Herc are negotiating a resolution of this matter, with the goal of submitting a consent order at or prior to the hearing.  A request to adjourn this matter to a hearing on May 6, 2020 at 10:00 a.m. has been submitted to the Court and is pending.

The portion of the Herc Stay Relief Motion concerning the Rutgers Fuel Tank only was withdrawn under the Order Granting Herc's Motion in Part [Docket No. 704].

Dated:  April 29, 2020

**LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (*pro hac vice*)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*