| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 |
| **LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br>Adv. No. 19-2222<br>Hearing Date: 5/7/20 at 10:00 a.m.<br><br>Judge: Kaplan |

## ADJOURNMENT REQUEST

1.  I, Joseph J. DiPasquale, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "Debtor"), hereby request an adjournment of the following matters for the reason set forth below.

Matters:

a. Motion to Remand State Court Action to the Superior Court of New Jersey, Or, In The Alternative, Abstaining From Exercising Jurisdiction Over the State Court Action [Docket No. 473 and Adv. Proc. No. 19-2222 Docket No. 5]

b. Status Conference – Adv. Proc No. 19-22222

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
05/04/2020 206359430.1

-2-

    Current Hearing Date:   <u>May 7, 2020 at 10:00 a.m. (ET).</u>

    New Hearing Date Requested: <u>May 21, 2020 at 10:00 a.m.</u>

    Reason for adjournment request:   <u>The parties are working to resolve these matters without the expense of litigation.</u>

2. Consent to adjournment:

☒  I have the consent of all parties.   ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.


Date: <u>May 4, 2020</u>            <u>/s/ Joseph J. DiPasquale</u>
                                                          Signature

**COURT USE ONLY:**

___

The request for adjournment is:

☒ Granted                    New hearing date: <u>5/21/20 @ 10:00 am</u>   ☐Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐Peremptory

☐ Denied

    **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**