**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| **HOLLISTER CONSTRUCTION SERVICES, LLC**,[1] | Case No. 19-27439 (MBK) |
| Debtor. | Objection Deadline: **May 18, 2020 at 4:00** |

**MONTHLY STAFFING AND COMPENSATION REPORT
OF 10X CEO COACHING, LLC FOR THE PERIOD
APRIL 1, 2020 THROUGH APRIL 30, 2020**

In accordance with the *Final Order Authorizing Debtor to (i) Employ and Retain 10X CEO Coaching, LLC and (ii) Designate Paul Belair as Chief Restructuring Officer for the Debtor Effective as of the Petition Date* entered on January 17, 2020 [Docket No. 823], 10X CEO Coaching, LLC ("10X") hereby submits its Monthly Staffing and Compensation Report (the "Staffing Report") for the period of April 1, 2020 through April 30, 2020 (the "Compensation Period").

During the Compensation Period, 10X incurred $13,255.00 in fees and $0.00 in expenses for a total amount of $13,255.00 as reflected in the attached exhibits.

Dated: May 4, 2020

                                          10X CEO Coaching, LLC
                                          P.O. Box 5117
                                          Youngstown, Ohio 44515

                                          */s/ Paul Belair*
                                        By:  Paul Belair
                                                Chief Executive Officer

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2

05/04/2020 **206359979**.1

-2-

# EXHIBITS

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of 10X CEO Coaching, LLC for the Period of April 1, 2020 through April 30, 2020.

**Exhibit A  - Summary of Compensation and Expenses**

**Exhibit B  - Summary of Fees and Hours by Professional and
           Description of Responsibilities of Professional**

**Exhibit C  - Summary of Expenses**

-3-

## EXHIBIT "A"

**Hollister Construction Services, LLC**
**Summary of Compensation and Expenses**
**April 1, 2020 through April 30, 2020**

| | |
|---|---|
| **Professional Fees:** | **$13,255.00** |
| (All professional services were rendered by Paul Belair) | |
| **Expenses:** | **$     0.00** |
| **Total Invoice:** | **$13,255.00** |

**EXHIBIT "B"**

**Hollister Construction Services, LLC**
**Summary of Fees and Hours by Professional and**
**Description of Responsibilities of Professional**
**April 1, 2020 through April 30, 2020**



P.O. Box 5117
Youngstown, OH 44515

**Paul J. Belair's Time For April 2020**

| Date: | Description: | Total Min @$550/hr | Total $: |
|---|---|---|---|
| 4/1/20 | Call w/Sean Camo Re: Late Payment to Horizon for Health Insurance | 0.1 | $55.00 |
| | Conference Call w/Judge, UCC,PNC & Debtor Re: Status of Settlement Discussions | 0.3 | $165.00 |
| | Call w/Luis Gutierrez Re: Plan for NJ Job Shutdown (If Required) | 0.3 | $165.00 |
| | Call w/Lemkin Re: A Preference Matter | 0.4 | $220.00 |
| | | **1.1** | **$605.00** |
| 4/3/20 | Call w/Sean Camo to Set Up Tickets for Sale | 0.1 | $55.00 |
| | Review FLACS & CHC Settlement Agreements, Cashflow & Exhibit A Including Calls w/Sam Perrotta Regarding Same | 0.6 | $330.00 |
| | Call w/Stark & Stark Re: A Preference Matter | 0.5 | $275.00 |
| | Call w/Sean Camo & Sam Perrotta Re: The Above Referenced Preference Matter | 0.2 | $110.00 |
| | | **1.4** | **$770.00** |
| 4/6/20 | Call w/Sam Perrotta to Discuss Analysis for A Preference Matter | 0.1 | $55.00 |
| | Call w/Sean Camo to Review & Approve PNC Scorecard & Discuss Horizon Funding | 0.1 | $55.00 |
| | Call w/Steven Mitnick to Plan for a Preference Response | 0.7 | $385.00 |
| | Call w/Sam Perrotta to Discuss A Preference Matter Strategy | 0.2 | $110.00 |
| | Call w/Stark & Stark to Review Strategy of Each A/R Collection Matters | 0.3 | $165.00 |
| | Zoom Call w/Hollister Team to Review The Status of Each Open Job | 0.7 | $385.00 |
| | | **2.1** | **$1,155.00** |
| 4/7/20 | Read, Review & Edit Analysis of Supporting Documents For A Preference Matter Including Calls w/Sean Camo & Sam Perrotta Re: Same | 0.5 | $275.00 |
| | | **0.5** | **$275.00** |
| 4/8/20 | Read & Review On-Target Motion & Correspond w/Michael Jacoby for PNC Approved Re: Same | 0.4 | $220.00 |
| | Call w/Chris Johnson Re: NJ Shut Down Plan | 0.1 | $55.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| | Call w/Sean Camo Re: NJ Shut Down Plan | 0.1 | $55.00 |
| | Call w/Katz to Discuss Potential Claims | 0.2 | $110.00 |
| | Review My Previous Analysis On The 12/31/18 Audit & Preparation for Call w/Katz | 0.8 | $440.00 |
| | Call w/Chris Johnson to Approve NJ Shut Down Plan | 0.1 | $55.00 |
| | | **1.7** | **$935.00** |
| 4/9/20 | Numerous Calls w/Chris Johnson to Plan for NJ Shutdown Communication | 0.5 | $275.00 |
| | Read & Review Steven Mitnick's Response to a Preference Matter | 0.3 | $165.00 |
| | Call w/Lowenstein & Steven Mitnick to Discuss a Preference Matter | 0.3 | $165.00 |
| | Call w/Lowenstein, Michael Ochs & Chris Johnson Re: NWUR Settlement Proposal | 0.5 | $275.00 |
| | Read & Review Declaration Re: A Preference Matter | 0.5 | $275.00 |
| | | **2.1** | **$1,155.00** |
| 4/10/20 | Read & Review Declaration For A Preference Matter & Prepare for Call Regarding Same Scheduled for Next Day | 0.6 | $330.00 |
| | | **0.6** | **$330.00** |
| 4/11/20 | Call w/Chris Johnson, Sean Camo & Sam Perrotta Re: Hollister's Response to A Preference Matter | 0.4 | $220.00 |
| | Call w/Steven Mitnick & Hollister Team to Finalize Hollister's Response to A Preference Matter | 0.6 | $330.00 |
| | | **1.0** | **$550.00** |
| 4/13/20 | Read, Review & Edit Memorandum of Law In Support of Plaintiff's Opposition in Preference Matter Including Call w/Sam Perrotta | 0.4 | $220.00 |
| | Call w/Steve Mitnick Re: A Preference Matter | 0.2 | $110.00 |
| | Call w/Michael Och's Re: Strategy for A Preference Matter | 0.3 | $165.00 |
| | Call w/Katz to Review My Analysis of the Possible Professional Liability Matter | 0.5 | $275.00 |
| | | **1.4** | **$770.00** |
| 4/14/20 | Numerous Discussions w/Sean Camo, Chris Johnson & Jennifer Kimble Re: Budgets for the 15th CCO | 0.3 | $165.00 |
| | | **0.3** | **$165.00** |
| 4/15/20 | Call w/Sean Camo & Sam Perrotta Re: A Preference Matter & Engaging Firm to Collect Outstanding Deposits w/Municipalities | 0.3 | $165.00 |
| | | **0.3** | **$165.00** |
| 4/16/20 | Call w/Sam Perrotta to Review Delta Bushwick Lack of Timely Payment | 0.1 | $55.00 |
| | Call w/Sean Camo to Review NJ Shutdown Furloughs | 0.2 | $110.00 |

| | | | |
|---|---|---:|---:|
| | Call w/Chris Johnson to Review NJ Furloughs | 0.2 | $110.00 |
| | Review the Latest Version of the 26 Week Cashflow in Preparation for the 16th CCO & Correspond w/Michael Jacoby Re: Same | 0.3 | $165.00 |
| | Call w/Mary Seymour Re: Status of Case | 0.2 | $110.00 |
| | Call w/Sam Perrotta to Review Escrow Sub Payment Tracking to Estimate | 0.1 | $55.00 |
| | | **1.1** | **$605.00** |
| 4/17/20 | Call w/Katz to Review Potential Recovery Amounts Re: A Preference Matter | 0.2 | $110.00 |
| | Call w/Sean Camo to Research Payments for A Preference Matter | 0.1 | $55.00 |
| | Call w/Lemkin Re: Starting A/R Collections | 0.1 | $55.00 |
| | Review Analysis on Payments Re: A Preference Matter Including Calls w/Sam Perrotta & Correspondence w/Katz | 0.6 | $330.00 |
| | Call w/Katz to Review A Preference Matter | 0.7 | $385.00 |
| | Call w/Sam Perrotta to Research Payments Re: A Preference Matter | 0.2 | $110.00 |
| | | **1.9** | **$1,045.00** |
| 4/18/20 | Call w/Katz to Review A Preference Matter | 0.1 | $55.00 |
| | Numerous Calls w/Sam Perrotta Re: Analysis for Katz on Re: A Preference Matter | 0.6 | $330.00 |
| | | **0.7** | **$385.00** |
| 4/19/20 | Summarize Analysis for Katz & Correspondence w/Sam Perrotta Re: Same | 0.5 | $275.00 |
| | Review The 16th CCO & Provide Questions to Sean Camo | 0.4 | $220.00 |
| | | **0.9** | **$495.00** |
| 4/20/20 | Numerous Calls w/Sean Camo To Review 16th CCO | 0.3 | $165.00 |
| | Call w/Katz to Prepare For Upcoming Conference Call | 0.1 | $55.00 |
| | Call w/Steve Mitnick & Katz Re: A Preference Matter | 0.7 | $385.00 |
| | Call w/Ken Rosen To Discuss Strategy of the Case | 0.2 | $110.00 |
| | Zoom Call w/Hollister Team to Review Status of Case | 0.9 | $495.00 |
| | | **2.2** | **$1,210.00** |
| 4/21/20 | Numerous Calls w/Sean Camo, Chris Johnson & Sam Perrotta to Discuss Responses to Michael Jacoby's CCO Questions | 0.7 | $385.00 |
| | Zoom Call w/Hollister to Review Answers to Michael Jacoby's Questions Re: 16th CCO | 0.3 | $165.00 |
| | Craft Response to Michael Jacoby's 16th CCO Questions | 0.4 | $220.00 |
| | | **1.4** | **$770.00** |
| 4/22/20 | Numerous Calls w/Sean Camo & Chris Johnson Re: The 16th CCO | 0.7 | $385.00 |
| | Call w/Jennifer Kimble Re: 16th CCO | 0.2 | $110.00 |
| | Call w/Michael Jacoby Re: Payroll Within The CCO | 0.7 | $385.00 |

|         |                                                                                           |     |            |
|---------|-------------------------------------------------------------------------------------------|-----|------------|
|         |                                                                                           | **1.6** | **$880.00** |
| 4/27/20 | Zoom Call w/Hollister to Review the Status of Open Matters                                | 0.6 | $330.00    |
|         |                                                                                           | **0.6** | **$330.00** |
| 4/28/20 | Call w/Chris Johnson to Discuss A Preference Matter & Staffing Issues                     | 0.2 | $110.00    |
|         | Call w/Katz to Discuss A Preference Matter                                                | 0.1 | $55.00     |
|         | Call w/Lemkin & Katz to Discuss A Preference Matter                                       | 0.4 | $220.00    |
|         |                                                                                           | **0.7** | **$385.00** |
| 4/29/20 | Numerous Calls w/Katz Re: A Preference Matter Including Correspondence w/Sam Perrotta    | 0.2 | $110.00    |
|         |                                                                                           | **0.2** | **$110.00** |
| 4/30/20 | Call w/Ken Rosen Re: Independent Managers Scope of Work                                   | 0.1 | $55.00     |
|         | Call w/Chris Johnson Re: Strategy Of Case                                                 | 0.1 | $55.00     |
|         | Call w/Katz Re: A Preference Matter & His Scope of Work                                   | 0.1 | $55.00     |
|         |                                                                                           | **0.3** | **$165.00** |
|         |                                                                                           | **24.1** | **$13,255.00** |

## EXHIBIT "C"

**Hollister Construction Services, LLC**
**Summary of Expenses**
**April 1, 2020 through April 30, 2020**

**\*\*THERE WERE NO EXPENSES INCURRED THIS PERIOD**