**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and
Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 7, 2020 AT 10:00 A.M. (ET)**

**THERE ARE NO MATTERS GOING FORWARD. THIS HEARING IS CANCELLED.**

**CONTINUED MATTERS**

    1.    Motion to Remand State Court Action to the Superior Court of New Jersey, Or, In The Alternative, Abstaining From Exercising Jurisdiction Over the State Court Action [Docket No. 473, Adv. Proc. No. 19-2222 Docket No. 5]

        a)    Determination of Adjournment Request (Granted) [Docket No. 800; Filed 1/15/20]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

b) Determination of Adjournment Request (Granted) [Adv. Proc. No. 19-2222, Docket No. 11; Filed 3/3/20]

c) Determination of Adjournment Request (Granted) [Docket No. 978; Filed 3/4/20]

d) Determination of Adjournment Request (Granted) [Docket No. 1022; Filed 3/17/20

e) Determination of Adjournment Request (Granted) [Docket No. 1045; Filed 3/25/20

f) Determination of Adjournment Request (Granted) [Docket No. 1086; Filed 4/15/20]

g) Determination of Adjournment Request (Granted) [Docket No. 18, Adv. Proc. No. 19-2222; Filed 5/4/20]

Objection Deadline: Originally, December 5, 2019 at 4:00 p.m. (ET), extended to February 27, 2020 at 4:00 p.m. (ET)

Responses Received:

h) Debtor's Opposition To The NWR Entities' Motion For An Order Remanding State Court Action To The Superior Court Of New Jersey, Or, In The Alternative, Abstaining From Exercising Jurisdiction Over The State Court Action [Docket No. 960; Filed 2/27/20]

i) Reply to Objection Of The Debtor And In Further Support Of Motion Of Newark Warehouse Urban Renewal, LLC And Newark Warehouse Redevelopment Company, LLC For And Order Remanding State Court Action To The Superior Court Of New Jersey, Or, In The Alternative, Abstaining From Exercising Jurisdiction Over State Court Action [Docket No. 1019; Filed 3/16/20].

Status: The parties are working to resolve this motion without the expense of litigation. This matter has been adjourned to a hearing on May 21, 2020 at 10:00 a.m.

2. MixOnSite USA, Inc.'s Motion to Modify Stay to Permit Prosecution of Previously-Filed Construction Lien Claim Foreclosure Action (the "MixOnSite Motion") [Docket No. 848; Filed 1/23/20]

Related Documents:

a) Application to Shorten Time [Docket No. 849; Filed 1/23/20]

b) Amended Application to Shorten Time [Docket No. 851; Filed 1/24/20]

    c)    Order Granting Application to Shorten Time [Docket No. 854; Entered 1/24/20]

    d)    Certificate of Service [Docket No. 900; Filed 2/5/20]

    e)    Determination of Adjournment Request (Granted) [Docket No. 972; Filed 3/3/20]

    f)    Amended Determination of Adjournment Request (Granted) [Docket No. 977; Filed 3/4/20]

    g)    Determination of Adjournment Request (Granted) [Docket No. 1021; Filed 3/17/20]

    h)    Determination of Adjournment Request (Granted) [Docket No. 1043; Filed 3/25/20]

    i)    Determination of Adjournment Request (Granted) [Docket No. 1087; Filed 4/15/20]

    j)    Determination of Adjournment Request (Granted) [Docket No. 1124; Filed 5/4/20]

Objection Deadline: Objections may be presented orally at the hearing.

Responses Received:

    k)    Objection of Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC (the "NWR Parties") to Motion of MixOnSite USA, Inc. ("MixOnSite") to Modify Stay to Permit Prosecution of Construction Lien Claim Foreclosure Action [Docket No. 925; Filed 2/10/20]

Status: MixOnSite and the NWR Parties are continuing to engage in settlement discussions. This matter has been adjourned to a hearing on May 21, 2020 at 10:00 a.m.

3.    Status Conference re: Newark Warehouse Urban Renewal , LLC and Newark Warehouse Redevelopment Company v. Hollister Construction Services, LLC, *et al*. [Adv. Proc. No. 19-2222]

Related Documents:

    a)    District Court Order of Referral [Docket No. 1; Entered 10/29/19]

    b)    Answer to Complaint [Docket No. 3; Filed 10/29/20]

    c)    Determination of Adjournment Request (Granted) [Docket No. 6; Filed 11/20/19]

    d)    Determination of Adjournment Request (Granted) [Docket No. 9;

        Filed 1/22/20]

    e)    Determination of Adjournment Request (Granted) [Docket No. 18; Filed 5/4/20]

    <u>Scheduling Order</u>:

    f)    None.

 <u>Status</u>:  The parties are continuing to engage in settlement discussions. This matter has been adjourned to a hearing on May 21, 2020 at 10:00 a.m.

Dated: May 5, 2020                **LOWENSTEIN SANDLER LLP**

                                        /s/ *Kenneth A. Rosen*
                                        Kenneth A. Rosen, Esq.
                                        Bruce Buechler, Esq.
                                        Joseph J. DiPasquale, Esq.
                                        Mary E. Seymour, Esq.
                                        Jennifer B. Kimble, Esq. (*pro hac vice*)
                                        Arielle B. Adler, Esq.
                                        One Lowenstein Drive
                                        Roseland, New Jersey 07068
                                        (973) 597-2500 (Telephone)
                                        (973) 597-2400 (Facsimile)
                                        krosen@lowenstein.com
                                        bbuechler@lowenstein.com
                                        jdipasquale@lowenstein.com
                                        mseymour@lowenstein.com
                                        jkimble@lowenstein.com
                                        aadler@lowenstein.com

                                        *Counsel to the Debtor and Debtor-in-Possession*