THOMAS D. MCKEON
570 Kearny Avenue
P.O. Box 452
Kearny, NJ 07032
201-997-2700
Email:tmckeonlaw@aol.com
Attorney for FN Dynamic, Inc., Creditor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of | : Case No: 19-27439-MBK |
| | : |
| Hollister Construction Services, LLC | : |
| | : Chapter 13 |
| Debtor(s) | : |

**NOTICE OF MOTION TO ALLOW** Filing of a Proof of Claim

TO: Lowenstein Sandler, LLP
One Lowenstein Drive
Roseland, New Jersey 07068

PLEASE NOTICE, that on _____, 2020 at _____

o'clock in the forenoon, or as soon thereafter as counsel may be heard, Thomas D. McKeon,

Attorney for Creditor FN Dynamic, Inc. shall make application to the United States

Bankruptcy Court, 50 Walnut Street, Newark, New Jersey, for an Order Allowing FN

Dynamic, Inc. to file a Proof of Claim.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the

attached Certification of the creditor. Oral argument is waived unless opposition is

received.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is attached
hereto.

Dated: May 4, 2020          /s/ Thomas D. McKeon, Esquire