UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Thomas D. McKeon, Esq.
570 Kearny Avenue
Kearny, NJ 07032
(201)997-2700
Attorney for Creditor FN Dynamic, Inc.


IN RE: Hollister Construction Services, LLC          Case #19-27439

                                                     Chapter 13

                                                     Certification

Rui Neto certifies as follows:

1.  I am president of FN Dynamic, Inc.

2.  My company performed services for the debtor.

3.  We were advised by representatives of the debtor that our services would be paid by a third party.  Therefore we did not have to worry that we would get paid despite the debtor having filed for bankruptcy.

4.  I recently contacted an attorney about the debt that the debtor owes my company.

5.  The attorney advised me that we need to file a Proof of Claim.

6.  I ask the court to allow us to file the attached proof of claim.

7.  It is late because we relied upon the representations of the debtor.

8.  The Court can see that the amount owed which totals $114,093.10 is a significant sum.  My company would not be able to withstand such a loss. Especially at this time.

I certify that the foregoing statements are true.  I am aware that if any of the forgoing statements are willfully false I am subject to punishment.

-----------_____-----------
Rui Neto

Dated: