UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Thomas D. McKeon, Esq.
NJ Bar #007111981
570 Kearny Avenue
Kearny, NJ 07032
(201)997-2700
Attorney for the Creditor FN Dynamic, Inc.
TMcKeonLaw@aol.com

IN RE: Hollister Construction Services, LLC                Case #19-27439-MBK
                                                           Chapter 13

Certification of Service

Thomas D. McKeon, Esq. certifies as follows:

1. I am the attorney for the creditor FN Dynamic, Inc. in the above captioned matter.

2. On May 4, 2020 I sent a copy of the following documents to the parties listed below:

   Notice of Motion for Order to allow filing of proof of claim
   Certification
   Exhibit A – Proof of Claim
   Proposed Order
   Certificate of Service

   To: Marie-Ann Greenberg, Esq.
   US Trustee
   30 Two Bridges Road
   Suite 330
   Fairfield, NJ 07004
   Via ECourts & US Mail

   Lowenstein Sandler, Esqs.
   One Lowenstein Drive
   Roseland, NJ 07068
   Attorneys for Debtor
   Via ECourts & US Mail

I certify that the foregoing statements made by me be are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 5/4/2020

Thomas D. McKeon, Esq.