**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thomas D. McKeon, Esq.
570 Kearny Avenue
Kearny, NJ 07032
201-997-2700
Attorney for FN Dynamic, Inc., Creditor

| | |
|---|---|
| IN RE:<br>Hollister Construction Services, LLC | Chapter 13 Case No. 19-27439<br><br>Hearing Date:<br><br>Judge:  MBK |

## ORDER ALLOWING CREDITOR TO FILE A PROOF OF CLAIM

The relief set forth on the following pages, numbered two is hereby **ORDERED**.

This matter having been opened to the Court by Thomas D. McKeon, Esq., attorney for the creditor FN Dynamic, Inc. on a Motion to File a Late Proof of Claim and the Court having considered the pleadings in this matter, the arguments set forth and for good Cause shown, it is

ORDERED that the creditor's Motion to File a Late Proof of Claim is hereby granted.