**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
|  | ) |
| Debtor. | ) |

**AFFIDAVIT OF SERVICE**

I, Shunte Jones, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On May 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Fifth Monthly Fee Statement of Lowenstein Sandler LLP for the Period January 1, 2020 through January 31, 2020 [Docket No. 1121]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

*[Remainder of page intentionally left blank]*

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Dated: May 6, 2020

                                                                                                   */s/ Shunte Jones*
                                                                                                   Shunte Jones

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 6, 2020, by Shunte Jones, proved to me on the basis of satisfactory evidence to be the person who appeared before me.


Signature: */s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

SRF 41883

# **Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors | AES Lighting Group | Attn: Jonathan Squilla<br>32 S. Jefferson Road<br>Whippany NJ 07981 | derrick@aes-energy.com<br>jonathan@aes-energy.com | Email |
| Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | Arent Fox LLP | Attn: Andrew Silfen, Mark A. B<br>1301 Avenue of the Americas<br>Floor 42<br>New York NY 10019 | andrew.silfen@arentfox.com<br>mark.bloom@arentfox.com | Email |
| Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | Arent Fox LLP | Attn: Mary Joanne Dowd<br>1717 K Street NW<br>Washington DC 20006 | mary.dowd@arentfox.com | Email |
| Counsel to New Jersey Division of Taxation and Department of Labor | Attorney General of the State of New Jersey | Attn: Gurbir S. Grewal, Heather Lynn Anderson<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 106<br>Trenton NJ 08625 | Heather.Anderson@law.njoag.gov | Email |
| Counsel to 640 Columbia Owner LLC | Blank Rome LLP | Attn: Adrienne C. Rogove<br>300 Carnegie Center, Suite 220<br>Princeton NJ 08540 | Rogove@BlankRome.com | Email |
| Counsel to Bohler Engineering NY, PL | Bohler Engineering NY, PLLC | Attn: Anna F. Patras<br>35 Technology Drive, Second Floor<br>Warren NJ 07059 | apatras@bohlereng.com | Email |
| Counsel to Air Group, LLC and Industrial Maintenance Industries | Brach Eichler LLC | Attn: Carl J. Soranno and Anthony M. Rainone<br>101 Eisenhower Parkway<br>Roseland NJ 07068-1067 | csoranno@bracheichler.com<br>arainone@bracheichler.com | Email |
| Bridge Builders Newark LLC | Bridge Builders Newark LLC | Attn: Karen Marques<br>211 Warrant St.<br>Newark NJ 07103 | karen.marques@bridgebuildersnewark.com | Email |
| Counsel to Encon Mechanical Corp. | Broege Neumann Fischer & Shaver, L.L.C. | Attn: Peter J. Broege<br>25 Abe Voorhees Drive<br>Manasquan NJ 08736 | pbroege@bnfsbankruptcy.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to Glass Systems Tech, LLC | Campbell Rocco Law, LLC | Attn: Edmund J. Campbell, Jr.<br>6 Kings Highway East<br>Haddonfield NJ 08033 | ecampbell@campbellroccolaw.com | Email |
| Counsel to Graybar Electric Company, Inc. | Capehart & Scatchard, P.A., A Professional Corporation | Attn: William G. Wright<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel NJ 08054 | wwright@capehart.com | Email |
| Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies<br>11 Times Square, 31st Floor<br>New York NY 10036 | ashahinian@csglaw.com<br>rnies@csglaw.com | Email |
| Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Armen Shahinian and Robert Nies<br>One Boland Drive<br>West Orange NJ 07052- | ashahinian@csglaw.com<br>rnies@csglaw.com | Email |
| Counsel to Pentel Drywall, Inc., Delcon Builders, Inc. | Ciardi Ciardi & Astin | Attn: Albert A. Ciardi, III, and Nicole M. Nigrelli<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia PA 19103 | aciardi@ciardilaw.com<br>nnigrelli@ciardilaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to MixOnSite USA, Inc. | Cohen Seglias Pallas Greenhall & Furman, P.C. | Attn: Alex F. Spilberg<br>One Newark Center<br>1085 Raymond Boulevard, 21st Floor<br>Newark NJ 07102 | aspilberg@cohenseglias.com<br>jvalacer@cohenseglias.com | Email |
| Counsel to Pereira Electrical Contracting, Inc. | Cohn Lifland Pearlman Herrmann & Knopf LLP | Attn: Jeffrey W. Herrmann, Andrew R. Macklin, Alex A. Pisarevsky, Charles R. Cohen<br>Park 80 West - Plaza One<br>250 Pehle Ave., Suite 401<br>Saddle Brook NJ 07663 | jwh@njlawfirm.com<br>arm@njlawfirm.com<br>ap@njlawfirm.com<br>crc@njlawfirm.com | Email |
| Counsel to Newkirk Realty LLC | Cole Schotz P.C. | Attn: Michael D. Sirota, Felice R. Yudkin, Jacob S. Frumkin<br>Court Plaza North<br>25 Main St<br>Hackensack NJ 07601 | msirota@coleschotz.com<br>fyudkin@coleschotz.com<br>jfrumkin@coleschotz.com | Email |
| Commonwealth of Pennsylvania Office of Attorney General | Commonwealth of Pennsylvania Office of Attorney General | Attn: Bankruptcy Department<br>16th Floor, Strawberry Square<br>Harrisburg PA 17120 | | First Class Mail |
| Counsel to Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania, Department of Labor and Industry | Attn: Deb Secrest<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg PA 17121 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Counsel to FM Construction Group, LLC and Environmental Devices, Inc | Connell Foley LLP | Attn: Philip W. Allogramento III, Mitchell W. Taraschi<br>56 Livingston Avenue<br>Roseland NJ 07068 | pallogramento@connellfoley.com<br>mtaraschi@connellfoley.com | Email |
| Counsel to Prendimano Electrical Maintenance Col, Inc. t/a PEMCO | DL Thompson, Law, PC | Attn: Donna L. Thompson<br>P.O. Box 679<br>Allenwood NJ 08720 | Donna.Thompson@DLThompsonlaw.com | Email |
| Counsel to NSA 18th Avenue, LLC | Drinker Biddle & Reath LLP | Attn: Frank F. Velocci<br>600 Campus Drive<br>Florham Park NJ 07932-1047 | frank.velocci@dbr.com | Email |
| Counsel to PNC Bank, National Association | Duane Morris LLP | Attn: James J. Holman<br>30 South 17th Street<br>Philadelphia PA 19103-4196 | jjholman@duanemorris.com | First Class Mail and Email |
| Counsel to PNC Bank, National Association | Duane Morris LLP | Attn: Sommer L. Ross<br>222 Delaware Avenue, Suite 1600<br>Wilmington DE 19801-1659 | slross@duanemorris.com | Email |
| Counsel to Dehn Bros. Fire Protection, Inc. | Durkin & Durkin, LLC | Attn: M. Murphy Durkin<br>1120 Bloomfield Avenue<br>P.O. Box 1289<br>West Caldwell NJ 07007 | | First Class Mail |
| Counsel to State Line Construction Company, Inc | Florio Perrucci Steinhardt & Cappelli, LLC | Attn: Brian R. Tipton<br>235 Broubalow Way<br>Phillipsburg NJ 08865 | btipton@floriolaw.com | Email |
| Counsel to Marc and Amy Lebovitz and Troon Electric of New Jersey, LLC | Fox Rothschild LLP | Attn: Michael R. Herz<br>49 Market Street<br>Morristown NJ 07960 | mherz@foxrothschild.com | Email |
| Counsel to 640 Columbia Owner LLC | Fried Frank Harris Shriver & Jacobson LLP | Attn: Gary Kaplan<br>One New York Plaza<br>New York NY 10004 | Gary.Kaplan@FriedFrank.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Infinity Painting Co., Inc. | Goetz Fitzpatrick LLP | Attn: Gary M. Kushner<br>One Penn Plaza, 31st Floor<br>New York NY 10119 | gkushner@goetzfitz.com | Email |
| Counsel to KSS Architects | Gorski & Knowlton PC | Attn: Carol L. Knowlton<br>311 Whitehorse Avenue, Suite A<br>Hamilton NJ 08610 | cknowlton@gorskiknowlton.com | Email |
| Counsel to Nomad Framing, LLC | Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck<br>99 Wood Avenue South<br>Iselin NJ 08830 | dbruck@greenbaumlaw.com | Email |
| Counsel to EWA Moonachie 77, LLC | Greenberg Traurig, LLP | Attn: alan J. Brody<br>500 Campus Drive<br>Florham Park NJ 07932 | brodya@gtlaw.com | Email |
| Official Committee of Unsecured Creditors | Haddad Plumbing & Heating, Inc. | Attn: Joann S. Haddad, Esq.<br>1223 Broad Street<br>Newark NJ 07114 | JHaddad@HaddadPlumbing.com | Email |
| Counsel to CS Utica & Remsen LLC | Herrick Feinstein LLP | Attn: Steven B. Smith<br>Two Park Avenue<br>New York NY 10016 | ssmith@herrick.com | Email |
| Counsel to Accordia Harrison Urban Renewal, LLC | Hill Wallack LLP | Attn: Michael Kahme & Michael J. Shavel<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton NJ 08543 | mkahme@hillwallack.com<br>mshavel@hillwallack.com | Email |
| Counsel to Ocean Steel Corporation | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran<br>28 State Street<br>Boston MA 02109 | jdoran@hinckleyallen.com | Email |
| Official Committee of Unsecured Creditors | Industrial Maintenance Industries | Attn: Eric Sobel<br>843 King Georges Road<br>Fords NJ 08863 | EricS@RTI-IMI.com | Email |
| The Internal Revenue Service | Internal Revenue Service | Attn: Bankruptcy Department<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Counsel to C Restoration, Inc. | Jameson, Esq. LLC | Attn: Curtiss T. Jameson<br>1149 Bloomfield Ave<br>Suite B2<br>Clifton NJ 07012 | cjameson@jamesonesq.com | Email |
| Counsel to Jonasz Precast, Inc. | Kaplin Stewart Meloff Reiter & Stein , P.C. | Attn: Andrew B. Cohn<br>910 Harvest Drive<br>PO Box 3037<br>Blue Bell PA 19422-0765 | acohn@kaplaw.com | Email |
| Top 20 Creditor | KF Mechanical | Attn: Kenneth Fritze<br>10 Stewart Place<br>Fairfield NJ 07004 | KFritze@kfmechanical.com | Email |
| Official Committee of Unsecured Creditors | Kone, Inc. | Attn: Kenneth C. Barrows<br>4736 36th Street<br>Long Island City NY 11101 | Kenneth.barrows@kone.com | Email |
| Counsel to New Jersey Building Laborers' Statewide Benefit Funds | Kroll Heineman Carton | Attn: Seth Ptasiewicz<br>Metro Corporate Campus<br>99 Wood Avenue South, Suite 307<br>Iselin NJ 08830 | SPtasiewicz@krollfirm.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to L & W Supply Corporation | Larry L Miller | Attn: Larry L Miller<br>11722 Taneytown Pike<br>Taneytown MD 21787 | llmlaw@outlook.com | Email |
| Counsel to Orange County Superior Concrete, Bel-Con Construction Services | Law Office of James C. DeZao | Attn: James C. Dezao, Kathy Cehelsky, Margaret Meade<br>322 Route 46 West<br>Suite 120<br>Parsippany NJ 07054 | jreiser@dezaolaw.com | Email |
| Counsel to Michaels Electrical Supply Corp. | Law Offices of Charles A. Gruen | Attn: Charles A. Gruen<br>381 Broadway<br>Suite 300<br>Westwood NJ 07675 | cgruen@gruenlaw.com | Email |
| Counsel to P. Tamburri Steel LLC and P3 Metals LLC | Law Offices of Karen Murray LLC | Attn: Karen M. Murray<br>8 East Main Street<br>Moorestown NJ 08057 | kmurray@murraynjlaw.com | Email |
| Counsel to Advanced Scaffold Services LLC and Advanced Scaffold Services Mid-Atlantic LLC | Lawrence B. Diener | Attn: Lawrence B. Diener<br>Court Plaza North<br>25 Main Street Suite 200<br>Hackensack NJ 07601 | LBDiener@optimum.net | Email |
| Counsel to the Debtor | Lowenstein Sandler, LLP | Attn: Arielle Adler, Bruce Buechler, Joseph DiPasquale, Jennifer B. Kimble, Kenneth A. Rosen, Mary E. Seymour<br>One Lowenstein Drive<br>Roseland NJ 07068 | aadler@lowenstein.com<br>bbuechler@lowenstein.com<br>jdipasquale@lowenstein.com<br>jkimble@lowenstein.com<br>krosen@lowenstein.com<br>mseymour@lowenstein.com | Email |
| Counsel to Control Services, LLC | M. Ross & Associates, LLC | Attn: Michele L. Ross, Esq.<br>440 Sylvan Avenue<br>Suite 220<br>Englewood Cliffs NJ 07632 | | First Class Mail |
| Counsel to Liberty Mutual Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Eric J. Hughes<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown NJ 07962 | ehughes@mdmc-law.com | First Class Mail and Email |
| Counsel to Kone Inc. | McGrail & Bensinger LLP | Attn: Ilana Volkov, Pearl Shah<br>888-C 8th Avenue #107<br>New York NY 10019 | ivolkov@mcgrailbensinger.com<br>pshah@mcgrailbensinger.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | McManimon, Scotland & Baumann, LLC | Attn: Andrea Dobin<br>427 Riverview Plaza<br>Trenton NJ 08511 | adobin@msbnj.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | McManimon, Scotland & Baumann, LLC | Attn: Sam Della, Fera Jr., Joshua H. Raymond, Anthony Sodono III<br>75 Livingston Avenue<br>Roseland NJ 07068 | sdellafera@msbnj.com<br>jraymond@msbnj.com<br>asodono@msbnj.com | Email |
| Counsel to STMR, Inc. | Mellinger, Sanders & Kartzman, LLC | Attn: Joseph R. Zapata, Jr.<br>101 Gibraltar Drive, Suite 2F<br>Morris Plains NJ 07950 | jzapata@msklaw.net | Email |
| Attorney General of the State of New Jersey | New Jersey Attorney General's Office | Attn: Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton NJ 08625-0112 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| New Jersey Division of Taxation | New Jersey Division of Taxation | Attn: Compliance and Enforcement<br>Bankruptcy Unit<br>50 Barrack Street, 9th Floor<br>Trenton NJ 08695 | | First Class Mail |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Office of Counsel<br>Building 9, W A Harriman Campus<br>Albany NY 12224-0341 | | First Class Mail |
| Official Committee of Unsecured Creditors | Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC | Attn: Pasquale Suriano<br>110 Edison Place, Suite 300<br>Newark NJ 07102 | pasquales@edprop.com | Email |
| Counsel to Dancker | Nicoll Davis & Spinella LLP | Attn: Christopher M. Santomassimo<br>1 Gatehall Drive, Suite 100<br>Parsippany NJ 07054 | csantomassimo@ndslaw.com | Email |
| Counsel to Anvil Craft Corp. | Nordlaw | Attn: Michael J. Stafford<br>Turnpike Metroplex, Suite 201<br>190 State Highway 18<br>East Brunswick NJ 08816 | mjstafford@nordlaw.legal | Email |
| Counsel to Imperial Floors, LLC | Norgaard O'Boyle | Attn: Brian G. Hannon, John O'Boyle<br>184 Grand Avenue<br>Englewood NJ 07631 | bhannon@norgaardfirm.com<br>joboyle@norgaardfirm.com | Email |
| Counsel to Target Fire Protection and Ware Malcomb | Norris McLaughlin, P.A. | Attn: Melissa A. Pena<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater NJ 08807 | mapena@norris-law.com<br>msbauer@norris-law.com | Email |
| Counsel to DeSesa Engineering Company, Inc. | O'Toole Scrivo, LLC | Attn: Joshua A. Zielinski, R. Brant Forrest<br>14 Village Park Road<br>Cedar Grove NJ 07009 | jzielinski@oslaw.com<br>rforrest@oslaw.com | Email |
| United States Attorney | Office of the United States Attorney of New Jersey | Attn: Eamonn O'Hagan, Assistant U.S. Attorney<br>970 Broad Street, Suite 700<br>Newark NJ 07102 | Eamonn.OHagan@usdoj.gov | First Class Mail and Email |
| United States Trustee | Office of the United States Trustee for the District of New Jersey | Attn: Lauren Bielskie, Esq.<br>One Newark Center<br>Suite 2100<br>Newark NJ 07102 | lauren.bielskie@usdoj.gov | First Class Mail and Email |
| Pennsylvania Department of Revenue | Pennsylvania Department of Revenue | Attn: Bankruptcy Division<br>P.O. Box 2809467<br>Harrisburg PA 17127-0946 | | First Class Mail |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Kenneth A. Listwak<br>Hercules Plaza<br>1313 N. Market St., Suite 5100<br>Wilmington DE 19801 | jaffeh@pepperlaw.com<br>listwakk@pepperlaw.com | Email |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase, 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | Attn: Stephanie L. Jonaitis, Robyn R. English-Mezzino<br>301 Carnegie Center, Suite 400<br>Princeton NJ 08543-5276 | jonaitiss@pepperlaw.com<br>englishr@pepperlaw.com | Email |
| Counsel to High Concrete Group, LLC, Conewago Enterprises, Inc. and Fabcon Precast | Post & Schell, P.C. | Attn: Brian W. Bisignani<br>1869 Charter Lane, Suite 102<br>P.O. Box 10248<br>Lancaster PA 17605-0248 | bbisignani@postschell.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Christopher Johnson and Kieran Flanagan | Rabinowitz, Lubetkin & Tully, LLC | Attn: Jay L. Lubetkin<br>293 Eisenhower Parkway<br>Suite 100<br>Livingston NJ 07039 | jlubetkin@rltlawfirm.com | Email |
| Counsel to City Contracting, Inc. | Rea & Associates, LLC | Attn: Jeffrey J. Rea<br>11 Broadway, 2nd Floor<br>Clark NJ 07066 | jeffrea@aol.com | Email |
| Columbian Iron Works, Inc. | Reddin Masri, LLC | Attn: Hisham I. Masri<br>485 Totowa Road<br>Totowa NJ 07512 | hmasri@reddinmasrilaw.com | Email |
| Counsel to Newark Warehouse Urban Renewal LLC and Newark Warehouse Redevelopment Company, LLC | Riker Danzig Scherer Hyland & Perretti LLP | Attn: Tod S. Chasin<br>500 Fifth Avenue, 49th Floor<br>New York NY 10110 | tchasin@riker.com | Email |
| Counsel to Newark Warehouse Urban Renewal, LLC; Newark Warehouse Redevelopment Company, LLC; and Edison Construction Management, LLC | Riker, Danzig, Scherer, Hyland & Perretti LLP | Attn: Joseph L. Schwartz, Tara J. Schellhorn<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown NJ 07962 | jschwartz@riker.com<br>tschellhorn@riker.com | Email |
| Counsel to RH 537 Building Owner LLC | Rivkin Radler LLP | Attn: Yale A. Leber<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack NJ 07601-7082 | yale.leber@rivkin.com | Email |
| Counsel to Starlite Electric LLC | Robert Saul Molnar | 1330 Hamburg Turnpike<br>Wayne NJ 07470 | molnarrs@aol.com | Email |
| Counsel to Boyd Mechanical, LLC | Rosenberg & Pittinsky L.L.P. | Attn: Laurence D. Pittinsky<br>232 Madison Avenue, Suite 906<br>New York NY 10016 | larry@rpllplaw.com | Email |
| Official Committee of Unsecured Creditors | Sanray Construction, Inc. | Attn: Robert Ardolino<br>201 Columbia Turnpike<br>Florham Park NJ 07932 | sanrayconstruct@optimum.net | Email |
| Counsel to Rexel, Inc. | Schiller, Pittenger & Galvin, P.C. | Attn: K. Joseph Vyzas<br>1771 Front Street<br>Scotch Plains NJ 07076 | jvyzas@schiller.law | Email |
| Counsel to Drobach Equipment Rental Co. | Schwartz Barkin & Mitchell | Attn: Allen J. Barkin<br>1110 Springfield Road<br>P.O. Box 1339<br>Union NJ 07083-1339 | abarkin@sbmesq.com | Email |
| Attorneys for Atlantic Engineering Laboratories of NY, Inc. and All Brands Elevator Industries, Inc. | Scura, Wigfield, Heyer, Stevens & Cammarota | Attn: David E. Sklar<br>1599 Hamburg Turnpike<br>Wayne NJ 07470 | dsklar@scuramealey.com | Email |
| Counsel to Unique Scaffolding, LLC N.A. | Shain Schaffer PC | Attn: Marguerite M. Schaffer<br>150 Morristown Road, Suite 105<br>Bernardsville NJ 07924 | mschaffer@shainlaw.com | Email |
| Counsel to Stateline Fabricators, LLC, ArchMills LLC d/b/a ArchMills Doors and Hardware | Skolnick Legal Group, P.C. | Attn: Martin P. Skolnick<br>103 Eisenhower Parkway, Suite 305<br>Roseland NJ 07068 | martin@skolnicklegalgroup.com | Email |
| Counsel to P. Cipollini, Inc. t/a Cipollini Roofing | SM Law PC | Attn: Steven Mitnick, Marc D. Miceli<br>P.O. Box 530<br>49 Old Turnpike Road<br>Oldwick NJ 08858 | smitnick@sm-lawpc.com<br>mmiceli@sm-lawpc.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Life Town Inc. | Stanziale & Stanziale, P.C. | Attn: Benjamin A. Stanziale, Jr.<br>29 Northfield Avenue, Suite 201<br>West Orange NJ 07052-5468 | ben@stanzialelaw.com | Email |
| Counsel to High Concrete Group, LLC, Conewago Enterprises, Inc., Fabcon Precast | Stark & Stark | Attn: Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | jlemkin@stark-stark.com | Email |
| Attorney General of the State of New York | State of New York Office of the Attorney General | Attn: Bankruptcy Department<br>The Capitol<br>Albany NY 12224-0341 | | First Class Mail |
| Counsel to Titan Industrial Services Corp. | Tarter Krinsky & Drogin LLP | Attn: Rocco A. Cavaliere, Scott Markowitz<br>1350 Broadway, 11th Floor<br>New York NY 10018 | rcavaliere@tarterkrinsky.com<br>smarkowitz@tarterkrinsky.com | Email |
| Counsel to Herc Rentals, Inc., Samph Contracting, LLC, MDS Construction, Global Development Contractors, LLC, Orion Interiors, Inc., National Fireproofing & Insulation Co., Inc. | Tesser & Cohen | Attn: Danielle Cohen, Lee M. Tesser<br>946 Main Street<br>Hackensack NJ 07601 | dcohen@tessercohen.com<br>ltesser@tessercohen.com | Email |
| Counsel to Schnell Contracting Systems, LLC | The Kelly Firm, P.C. | Attn: Andrew J. Kelly, Esq.<br>1011 Highway 71<br>Suite 200<br>Spring Lake NJ 07762 | akelly@kbtlaw.com | Email |
| Counsel to Sparwick Contracting, Inc., Jordano Electric, Inc. and KR Masonry | Trif Law LLC | Attn: Greg Trif<br>89 Headquarters Plaza<br>North Tower, Suite 201<br>Morristown NJ 07960 | gtrif@triflaw.com | Email |
| Official Committee of Unsecured Creditors | Troon Electric of NY, LLC | Attn: Paul Benevenuto<br>307 7th Avenue, Suite 1204<br>New York NY 10001 | pbenvenuto@troonelectric.com | Email |
| Counsel to Fairleigh Dickinson University, Fairleigh Dickinson and Schindler Elevator Corporation University | Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Sydney J. Darling<br>Three Gateway Center<br>100 Mulberry St, 15th Fl<br>Newark NJ 07102 | sdarling@walsh.law<br>sfalanga@walsh.law | Email |
| Counsel to Nickerson Corporation | Warshaw Burstein, L.L.P. | Attn: Grant R. Cornehls, Maxwell J. Rubin<br>575 Lexington Avenue, 7th Floor<br>New York NY 10022 | gcornehls@wbny.com<br>mrubin@wbny.com | Email |
| Counsel to 147 Bloomfield Ave J.V. LLC | Wasserman, Jurista & Stolz, P.C. | Attn: Daniel M. Stolz, Esq.<br>110 Allen Road<br>Suite 304<br>Basking Ridge NJ 07920 | DStolz@wjslaw.com | Email |
| Counsel to Reliance Mechanical, Inc. | Weltman & Moskowitz, LLP | Attn: Richard E. Weltman, Michele K. Jaspan<br>18 Columbia Turnpike, Suite 200<br>Florham Park NJ 07932-2266 | rew@weltmosk.com<br>mkj@weltmosk.com | Email |
| Counsel to Veteran's Road SPE, LLC | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: Mickee M. Hennessy, John Westerman<br>1201 RXR Plaza<br>Uniondale NY 11556 | mhennessy@westermanllp.com<br>jwesterman@westermanllp.com | Email |
| Counsel to CTC Academy | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Meredith I. Friedman<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge NJ 07095 | dstein@wilentz.com<br>mfriedman@wilentz.com | Email |