SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens
*Counsel to Creditor, All Brands Elevator Industries, Inc., &*
*Atlantic Engineering Laboratories of NY, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:*<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC.<br><br>                    Debtor. | Case No. 19-27439-MBK<br><br>Chapter 13<br><br>Judge:  Hon. Michael B. Kaplan. |

**SUBSTITUTION OF ATTORNEY**

The undersigned hereby consents to the substitution of the law offices of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, Wayne, New Jersey, as attorneys for Creditor, All Brands Elevator Industries, Inc., and Atlantic Engineering Laboratories of NY, Inc. in the above captioned case.

Dated:  May 8, 2020        /s/ David E. Sklar
                           David E. Sklar, Esq.
                           Withdrawing Counsel


Dated:  May 8, 2020        /s/ David L. Stevens
                           David L. Stevens, Esq.
                           Substituting Attorney