IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

NOTICE OF WITHDRAWAL
OF PROOF OF CLAIM NO. 39 OF BOHLER
ENGINEERING NY, PLLC

Bohler Engineering NY, PLLC ("Bohler") by and through its undersigned counsel, hereby withdraws its Proof of Claim against the above-captioned debtor, filed November 14, 2019 in the amount of $30,000.00 and assigned Claim No. 39 by the claims agent, Prime Clerk.

Dated: May 8, 2020

/s/ Anna F. Patras
Anna F. Patras (NJ Bar ID 8352004)
Bohler Engineering NY, PLLC
30 Independence Blvd., Suite 200
Warren, NJ 07059
Direct Dial: (732) 762-1628
apatras@bohlereng.com

Counsel to Bohler Engineering NY, PLLC