| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY <br><br> **BECKER LLC** <br> Eisenhower Plaza II <br> 354 Eisenhower Parkway, Suite 1500 <br> Livingston, New Jersey 07039 <br> Telephone number: (973) 422-1100 <br> Fax number (973) 422-9122 <br> Attorneys for Creditor Horizon Blue Cross Blue Shield of New Jersey <br> ALLEN J. UNDERWOOD, II, ESQ. <br> E-mail address: ajunderwood@becker.legal | |
| In re: <br><br><br><br> HOLLISTER CONSTRUCTION SERVICES, LLC,[1]. <br><br> Debtor. | Case No. 19-27439 (MBK) <br><br> Chapter 11 <br><br> Judge: Honorable Michael B. Kaplan |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICE AND SERVICE OF PAPERS

TO:            CLERK, UNITED STATES BANKRUPTCY COURT
               Clarkson S. Fisher US Courthouse
               402 East State Street
               Trenton, New Jersey 08608

Name of Party in Interest:    **Creditor Horizon Blue Cross Blue Shield of New Jersey**

Address For Notices:          **ALLEN J. UNDERWOOD, II ESQ.**
                              **ajunderwood@becker.legal**
                              **Becker LLC**
                              **354 Eisenhower Parkway**
                              **Plaza II, Suite 1500**
                              **Livingston, NJ  07039**

---

[1] The Debtors in these chapter 11 cases and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5405).

**PLEASE TAKE NOTICE** that pursuant to *Bankruptcy Rules* 2002 and 9010, Becker LLC hereby appears in the above-captioned case and requests that copies of all notices given or required to be given and all papers served or required to be served (except process) in this case be given and served as indicated above.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in *Bankruptcy Rules* 2002 and 9010, and also includes, without limitation, any plan of reorganization and objections thereto, monthly reports, statements, schedules, lists, notices of any kind, orders, pleadings, briefs, applications, notices of appearance, motions, applications, affidavits, adversary complaints, demands, hearings, requests or petitions, disclosure statements, answers, reply papers, memoranda, trustee reports and any other documents brought before the Court with respect to this case.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance* is a limited appearance for purposes of notice and service only.  Accordingly, this *Notice of Appearance* is not to be construed as a waiver of any rights, including, but not limited to, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

                    **BECKER LLC**
                    **Attorneys for Creditor Horizon Blue Cross Blue Shield of New Jersey**

                    By:  /s/   Allen J. Underwood II
                            Allen J. Underwood II

Dated:  May 8, 2020

## CERTIFICATE OF SERVICE

I, Allen J. Underwood II, Esq. hereby certify that on May 8, 2020, a true and correct copy of the foregoing *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* was served by electronically filing it with the Court using the CM/ECF system, which sent a notification to all parties of interest participating in the CM/ECF system.

/s/ Allen J. Underwood II, Esq.
Allen J. Underwood II, Esq.
**BECKER LLC**
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
Telephone: (973) 422-1100
Facsimile: (973) 422-9122
Attorneys for Creditor, Horizon Blue Cross Blue Shield of New Jersey