UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Thomas D. McKeon, Esq.
570 Kearny Avenue
PO Box 452
Kearny, NJ 07032
201-997-2700
TMcKeonLaw@aol.com
Attorney for FN Dynamic, Inc. Creditor

In Re:
Hollister Construction Services, LLC, Debtor

Case No.: 19-27439-MBK
Chapter: 11
Judge: Hon. Michael Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____FN Dynamic, Inc._____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 570 Kearny Avenue
PO Box 452
Kearny, NJ 07032

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: May 9, 2020

Thomas D. McKeon, Esq.
Signature

new.8/1/15

Please take notice that pursuant to Bankruptcy Rules 2002 and 9010, Thomas D. McKeon, Esq. hereby appears in the above captioned case and requests that copies of all notices given or required to be given and all papers served or required to be served in this case be given and served as indicated above.

Please take further notice that the foregoing request includes notices and papers referred to in Bankruptcy Rule 2002 and 9010, and also includes, without limitation, any plan of reorganization and objects thereto, monthly reports, statements, schedules, lists, notices of any kind, orders, pleadings, briefs, applications, notices of appearance, motions, applications, affidavits, adversary complaints, demands, hearings, requests or petitions, disclosure statements, answers, reply documents, memoranda, trustee reports and any other documents brought before the Court with respect to this case.

Please take further notice that this Notice of Appearance is a limited appearance for purposes of notice and service only. Accordingly this Notice of Appearance is not to be construed as a waiver of any rights, including but not limited to the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

*[signature]*

Thomas D. McKeon
Attorney for FN Dynamic, Inc. Creditor

5/9/2020

CERTIFICATE OF SERVICE

I, Thomas D. McKeon, Esq. hereby certify that on May 9, 2020, a true and correct copy of the foregoing Notice of Appearance and Request for Service Pursuant to Federal Rule P. 2020 was served by electronically filing it with the US Bankruptcy Court using the CM/ECT system which sent a notification to all parties of interest participating in the CM/ECF system.

_____
Thomas D. McKeon
Attorney for FN Dynamic Inc.
Creditor

5/9/2020