UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor-in-Possession*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

## CERTIFICATION OF CONSENT REGARDING STIPULATION AND CONSENT ORDER RESOLVING THIRD OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AS TO CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS

I, Arielle B. Adler, hereby certify that with respect to the *Stipulation and Consent Order Resolving Third Omnibus Motion For Entry Of An Order Authorizing The Debtor To Reject Certain Executory Contracts And Unexpired Leases As To Cellco Partnership d/b/a Verizon Wireless* (the "Stipulation and Consent Order") that will be submitted to the Court on the date hereof, the following conditions have been met:

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
05/08/2020 **206390404**.2

(a)     The terms of the copy of the captioned Stipulation and Consent Order are identical to those set forth in the original Stipulation and Consent Order;

(b)     The signatures represented by the /s/ on the copy of the Stipulation and Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Stipulation and Consent Order;

(c)     I will retain the original Stipulation and Consent Order for a period of seven (7) years from the date of closing of the case.

(d)     I will make the original Stipulation and Consent Order available for inspection upon request of the Court or any party in interest; and

(e)     I will simultaneously electronically file this certification with the Court, by use of my login or password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

Dated: May 11, 2020            **LOWENSTEIN SANDLER LLP**

/s/ *Arielle B. Adler*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (pro hac vice)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*