B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Hollister Construction Services, LLC ,    Case No. 19-27439-MBK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Graybar Electric Company, Inc. | Starlite Electric, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o William G. Wright Esq. | Capehart & Scatchard, 8000 Midlantic Dr., Ste. 300S, Mt Laurel, NJ 08054

Court Claim # (if known): 66
Amount of Claim: $1,479,195.35
Date Claim Filed: 11/19/2019

Phone: 856-234-6800
Last Four Digits of Acct #: _____

Phone: 973-694-2900 Robert Molnar Esq
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: William G. Wright, Attorney for Transferee    Date: 05/06/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.