**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | |
| **HOLLISTER CONSTRUCTION SERVICES, LLC**,[1] | Chapter 11 |
| Debtor. | Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 14, 2020 AT 10:00 A.M. (ET)[2]**

**CONTINUED MATTERS**

1.  Pre-Trial Conference re: Hollister Construction Services, LLC v. KR Masonry L.L.C. [Adv. Proc. No. 19-02244]

    Related Documents:

    a) Complaint [Docket No. 1; Filed 11/7/19]

    b) Summons Issued [Docket No. 2; Filed 11/8/19]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] This hearing will be conducted telephonically. Parties who wish to appear at the May 14, 2020 hearing must make arrangements through Court Solutions at http://www.Court-Solutions.com.

37322/2
05/13/2020 206408717.1

c) Notice of Adjournment of Pre-Trial Conference [Docket No. 3; Filed 11/25/19]

d) Affidavit of Service [Docket No. 4; Filed 12/2/19]

e) Certificate of Service [Docket No. 5; Filed 12/6/19]

f) Determination of Adjournment Request (Granted) [Docket No. 9; Filed 1/21/20]

g) Determination of Adjournment Request (Granted) [Docket No. 11; Filed 2/3/20]

h) Determination of Adjournment Request (Granted) [Docket No. 13; Filed 2/13/20]

i) Determination of Adjournment Request (Granted) [Docket No. 16; Filed 4/6/20]

j) Determination of Adjournment Request (Granted) [Docket No. 18; Filed 5/12/20]

Answer Deadline: Originally, December 9, 2019. Extended to June 15, 2020 by mutual agreement of the parties.

Scheduling Order: None.

Status: The parties are continuing to engage in settlement discussions. This matter has been adjourned to a hearing on June 18, 2020 at 10:00 a.m.

## MATTERS GOING FORWARD

2. Debtor's Motion for Entry of an Order (I) Authorizing The Private Sale Of Certain Assets Of the Debtor Free And Clear Of Liens, Claims, And Encumbrances, Subject To Higher And Better Offers, And (II) Granting Related Relief [Docket No. 1079; Filed 4/10/20]

Related Documents:

a) Notice of Proposed Private Sale [Docket No. 1080; Filed 4/10/20]

b) Affidavit of Service [Docket No. 1089; Filed 4/15/20]

c) Certification of No Objection [Docket No. 1130; Filed 5/8/20]

Objection Deadline: May 7, 2020 at 4:00 p.m.

Responses Received:

d) None.

Status:  This matter is going forward.

Dated:  May 13, 2020

**LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (*pro hac vice*)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*