| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and Debtor-in-Possession* | **Order Filed on May 18, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>                           Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE PRIVATE SALE OF CERTAIN ASSETS OF THE DEBTOR FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES, SUBJECT TO HIGHER AND BETTER OFFERS, AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: May 18, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 19-27439-MBK    Doc 1148    Filed 05/20/20    Entered 05/21/20 00:28:21    Desc
Imaged Certificate of Notice    Page 2 of 8

Page: 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: *Order Granting Debtor's Motion for Entry of an Order (I) Authorizing the Private Sale of Certain Assets of the Debtor Free and Clear of Liens, Claims and Encumbrances, Subject to Higher and Better Offers, and (II) Granting Related Relief*

___

**THIS MATTER** having been opened to the Court upon the Motion of the above-captioned debtor-in-possession (the "**Debtor**") seeking the entry of an order authorizing the private sale of certain assets of the Debtor to PSG Misc Co-Invests, LLC ("**Purchaser**") free and clear of liens, claims and encumbrances, pursuant to that certain Share Purchase and Sale Agreement, dated March 15, 2020 (the "**Agreement**"), pursuant to sections 363(a), (f) and (m) of the Bankruptcy Code and Fed. R. Bankr. P. 6004 and 9019 (the "Motion")[2]; and the Court having considered the Motion and any objections filed thereto, and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the Motion is determined to be a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtor, its estate and creditors; and the Court having conducted a hearing on the Motion, at which time the Court heard and considered all oral argument of counsel; and good and sufficient notice of the Motion having been provided to all interested parties, and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. The sale of the Stock to Purchaser is hereby approved, and said sale is free and clear of any and all liens, claims (as defined in section 101(5) of the Bankruptcy Code) and encumbrances of any and every kind, nature and description pursuant to sections 363(a) and (f) of the Bankruptcy Code.

---

[2] Capitalized terms not defined in this Order shall have the meaning ascribed to them in the Agreement.

Page:      3
Debtors:   Hollister Construction Services, LLC
Case No.:  19-27439 (MBK)
Caption:   *Order Granting Debtor's Motion to Approve of an Agreement for Sale of Equity and Settlement Agreement By and Between Hollister Construction Services, LLC, Just Below 70 MLK, LLC and 306 MLK Urban Renewal, LLC*

___

      3.      Purchaser is hereby determined to be a good faith purchaser of the Stock pursuant to section 363(m) of the Bankruptcy Code.

      4.      The Agreement is hereby approved.

      5.      The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and the Agreement.

      6.      The Order shall be effective immediately upon its entry and the stay imposed by Bankruptcy Rule 6004(h) is hereby waived.

      7.      The Court shall retain exclusive jurisdiction to hear and decide any and all disputes or issues related to or arising from the implementation, interpretation or enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-27439-MBK
Hollister Construction Services, LLC                                    Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 5           Date Rcvd: May 18, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
db            +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Alexander F. Barth    on behalf of Defendant    J M Pereira And Sons Inc. abarth@cohenseglias.com
              Allen I Gorski    on behalf of Creditor    Leader Electric Co., Inc. agorski@gorskiknowlton.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Allen J. Underwood, II    on behalf of Creditor    Horizon Blue Cross Blue Shield of New Jersey
               ajunderwood@beckermeisel.com,    ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
              Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               adobin@msbnj.com
              Andrew B. Cohn    on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
              Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
               .com;tgraga@kbtlaw.com
              Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
              Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation stioa@pepperlaw.com
              Anna Patras    on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohlereng.com
              Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
               arainone@bracheichler.com,
               cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com
              Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com;jkimble@lowenstein.com
              Arielle Adler    on behalf of Plaintiff    Hollister Construction Services, LLC
               aadler@lowenstein.com,    elawler@lowenstein.com;jkimble@lowenstein.com
              Bart J. Klein    on behalf of Creditor    Midway Glass & Metal Installers, Inc.
               bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Unknown Role Type    Reynolds Painting Group NJ, LLC
               bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Unknown Role Type    Apple Coring & Sawing, LLC bart@bartjkleinlaw.com

```
District/off: 0312-3          User: admin              Page 2 of 5           Date Rcvd: May 18, 2020
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Bart J. Klein    on behalf of Defendant    Direct Cabinet Sales Of Red Bank Inc. bart@bartjkleinlaw.com
        Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
        Brett Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
        Brian Gregory Hannon    on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Brian R Tipton    on behalf of Defendant    State Line Construction Co. btipton@fpsflawfirm.com
        Brian R Tipton    on behalf of Creditor    State Line Construction Company, Inc. btipton@fpsflawfirm.com
        Bruce D. Buechler    on behalf of Debtor    Hollister Construction Services, LLC bbuechler@lowenstein.com
        Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
        Carl J. Soranno    on behalf of Defendant    Haddad Heating & Plumbing Inc. csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
        Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
        Carl J. Soranno    on behalf of Defendant    Air Group, LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
        Carl J. Soranno    on behalf of Defendant    Industrial Maintenance, Inc. csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
        Carol L. Knowlton    on behalf of Creditor    KSS Architects cknowlton@gorskiknowlton.com
        Charles A. Gruen    on behalf of Creditor    Michaels Electrical Supply Corp. cgruen@gruenlaw.com
        Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
        Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
        Christopher P. Coval    on behalf of Creditor    Allglass Systems, LLC ccoval@fsdc-law.com
        Clement J Farley    on behalf of Creditor    Mercedes-Benz USA, LLC cfarley@mccarter.com
        Curtiss T. Jameson    on behalf of Creditor    C Restoration, Inc. cjameson@jamesonesq.com
        Daniel Stolz    on behalf of Interested Party    Latitude West Owner, LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
        Daniel Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
        Daniel Stolz    on behalf of Interested Party    Latitude East Owner, LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
        Danielle Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc. dcohen@tessercohen.com,  ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Defendant    Global Development Contractors, L.L.C. dcohen@tessercohen.com,  ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Global Development Contractors, LLC dcohen@tessercohen.com,  ddelucia@tessercohen.com
        Darren R. Marks    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC dmarks@borahgoldstein.com,  nagwu@borahgoldstein.com
        David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com,  ciarkowski@wilentz.com
        David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
        David L. Stevens    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc. dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
        David L. Stevens    on behalf of Creditor    All Brands Elevator Industries, Inc. dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
        Donald B. Veix, Jr.    on behalf of Creditor    Bohler Engineering NY, PLLC donveixlaw@gmail.com, dveix@hartylawgroup.com
        Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO donna.thompson@dlthompsonlaw.com,  dlthompsonlaw@aol.com
        Douglas Clagett Gray    on behalf of Defendant    Carson Corporation dgray@mdsfirm.com
        Edmund Campbell    on behalf of Creditor    Glass Systems Tech, LLC aweisenberger@campbellroccolaw.com
        Eric Biderman    on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability company eric.biderman@arentfox.com
        Eric J. Hughes    on behalf of Creditor    Liberty Mutual Insurance Company ehughes@mdmc-law.com
        Ericka Fredricks Johnson    on behalf of Interested Party    Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) ErJohnson@wcsr.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
        Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com, fpisano@coleschotz.com
        Frank F. Velocci    on behalf of Creditor    NSA 18th Avenue, LLC frank.velocci@faegredrinker.com, brian.morgan@dbr.com

```
District/off: 0312-3          User: admin            Page 3 of 5           Date Rcvd: May 18, 2020
                              Form ID: pdf903        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Grant  Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com, lschindler@wbny.com
        Greg  Trif    on behalf of Creditor     KR Masonry LLC gtrif@triflaw.com,  gtrif@triflaw.com
        Greg  Trif    on behalf of Creditor     Jordano Electric Inc. gtrif@triflaw.com,  gtrif@triflaw.com
        Greg  Trif    on behalf of Creditor     Sparwick Contracting, Inc. gtrif@triflaw.com, gtrif@triflaw.com
        Greg  Trif    on behalf of Defendant    K R Masonry L.L.C. gtrif@triflaw.com,  gtrif@triflaw.com
        Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us
        Hisham I. Masri    on behalf of Creditor    Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com, m.duran@hmasrilaw.com
        Ilana  Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com, fpisano@coleschotz.com;ssallie@coleschotz.com
        Jacob  Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC jfrumkin@coleschotz.com
        James A. Kellar    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless jkellar@mccarter.com
        James C. Dezao, III    on behalf of Creditor Antonio  Zarfino gerald@dezaolaw.com
        James C. Dezao, III    on behalf of Creditor Mayer  Weberman gerald@dezaolaw.com
        Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
        Jay L. Lubetkin    on behalf of Interested Party Kieran  Flanagan jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
        Jay L. Lubetkin    on behalf of Interested Party Christopher  Johnson jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
        Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
        Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
        Jeffrey Paul Valacer    on behalf of Creditor    MixOnSite USA, Inc. jvalacer@cohenseglias.com
        Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc. jwh@njlawfirm.com,  ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
        Jenny R. Kasen    on behalf of Defendant    SP Builders Contractors Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com
        Jenny R. Kasen    on behalf of Defendant    Bailey's Square Janitorial Service, Inc. jkasen@kasenlaw.com,  dkasen@kasenlaw.com
        John  O'Boyle    on behalf of Defendant    Bender Enterprises, Inc. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        John  O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        John  O'Boyle    on behalf of Defendant    Imperial Floors Limited Liability Company joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com, ecf-fe4957a0ba6a@ecf.pacerpro.com
        Joseph  Cicala    on behalf of Defendant    Tore Electric Company jcicala@gpmlegal.com, jcicala@gpmlegal.com
        Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
        Joseph H. Lemkin    on behalf of Creditor    Fabcon Precast jlemkin@stark-stark.com
        Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
        Joseph J. DiPasquale    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC jdipasquale@lowenstein.com,  jkimble@lowenstein.com
        Joseph J. DiPasquale    on behalf of Defendant    Hollister Construction Services, LLC jdipasquale@lowenstein.com,  jkimble@lowenstein.com
        Joseph J. DiPasquale    on behalf of Debtor    Hollister Construction Services, LLC jdipasquale@lowenstein.com,  jkimble@lowenstein.com
        Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Creditor    Sunstone Hotels Morristown, LLC jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Redevelopment Company, LLC jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Redevelopment Company, LLC jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company jschwartz@riker.com
        Joseph R Zapata, Jr.    on behalf of Creditor    STMR, Inc. jzapata@msklaw.net
        Joseph R. Fischer    on behalf of Defendant    Nordic Contracting Company, Inc. jfischer@kiernanstrenk.com
        Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors jraymond@msbnj.com
        K. Joseph Vyzas    on behalf of Creditor    Rexel, Inc. joe@carlawyernj.com
        Karen L Thurston    on behalf of Creditor    Myrage LLC kthurston@frkblaw.com
        Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com

```
District/off: 0312-3          User: admin               Page 4 of 5              Date Rcvd: May 18, 2020
                              Form ID: pdf903           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Karen M Murray   on behalf of Interested Party   P. Tamburri Steel kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com
    Kenneth A. Rosen   on behalf of Plaintiff   Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
    Kenneth A. Rosen   on behalf of Debtor   Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
    Kenneth A. Rosen   on behalf of Attorney   Lowenstein Sandler LLP krosen@lowenstein.com, dclaussen@lowenstein.com
    Kenneth A. Rosen   on behalf of Defendant   Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
    Kenneth A. Rosen   on behalf of 3rd Party Plaintiff   Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
    Larry L. Miller   on behalf of Creditor   L&W Supply Corporation llmlaw@outlook.com
    Lauren Bielskie   on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov
    Laurence D. Pittinsky   on behalf of Attorney   Boyd Mechanical, LLC larry@rpllplaw.com
    Lawrence B. Diener   on behalf of Defendant   Advanced Scaffold Services Mid-Atlantic LLC LBDiener@optimum.net
    Lawrence B. Diener   on behalf of Creditor   Advanced Scaffold Services Mid-Atlantic LLC LBDiener@optimum.net
    Lawrence B. Diener   on behalf of Creditor   Advanced Scaffold Services, LLC LBDiener@optimum.net
    Marc D. Miceli   on behalf of Plaintiff   Hollister Construction Services, LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
    Marc D. Miceli   on behalf of Interested Party   R. Cipollini, Inc. t/a Cipollini Roofing mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
    Margreta Morgulas   on behalf of Creditor   3L & Company, Inc. mmorgulas@okinhollander.com
    Marguerite Schaffer   on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC mschaffer@shainlaw.com
    Mario A. Batelli   on behalf of Petitioning Creditor 360 Fire Prevention   360 Fire Prevention LLC mbatelli@fostermazzielaw.com
    Mark E. Felger   on behalf of Interested Party   Ricoh USA, Inc. mfelger@cozen.com, sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
    Martin P. Skolnick   on behalf of Creditor   Archmills LLC d/b/a ArchMills Doors and Hardware mskolnick@gmail.com
    Martin P. Skolnick   on behalf of Creditor   Stateline Fabricators, LLC mskolnick@gmail.com
    Mary E. Seymour   on behalf of Debtor   Hollister Construction Services, LLC mseymour@lowenstein.com
    Mary E. Seymour   on behalf of Attorney   Lowenstein Sandler LLP mseymour@lowenstein.com
    Melissa A. Pena   on behalf of Creditor   Target Fire Protection mapena@norris-law.com, pfreda@nmmlaw.com
    Meredith I. Friedman   on behalf of Creditor   CTC Academy mfriedman@wilentz.com, ciarkowski@wilentz.com
    Michael Kahme   on behalf of Creditor   Accordia Harrison Urban Renewal, LLC mkahme@hillwallack.com, fmansmann@hillwallack.com
    Michael Stafford   on behalf of Creditor   Anvil Craft Corp. mjstafford@nordlaw.legal, norddemaio@aol.com;adamnorddemaio@aol.com
    Michael D. Sirota   on behalf of Interested Party   Newkirk Realty LLC msirota@coleschotz.com, fpisano@coleschotz.com
    Michael J. Shavel   on behalf of Creditor   Accordia Harrison Urban Renewal, LLC mshavel@hillwallack.com
    Michael R. Herz   on behalf of Creditor   Troon Electric of New Jersey LLC mherz@foxrothschild.com, cbrown@foxrothschild.com
    Michele Lane Ross   on behalf of Creditor   Control Services, LLC sterry@mrossllc.com, arivera@mrossllc.com
    Mitchell Malzberg   on behalf of Creditor   Vector Structural Preservation Corp. mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
    Morris S. Bauer   on behalf of Creditor   Ware Malcomb msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com
    Murphy Durkin   on behalf of Creditor   Dehn Bros.Fire Protection, Inc. maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com
    Nicholas Verna   on behalf of Interested Party   Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) nick.verna@wbd-us.com
    Nicole M. Nigrelli   on behalf of Interested Party   Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
    Nicole M. Nigrelli   on behalf of Defendant   Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
    Nicole M. Nigrelli   on behalf of Defendant   Delcon Builders Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
    Nicole M. Nigrelli   on behalf of Interested Party   Delcon Builders, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
    Pearl Shah   on behalf of Creditor   Kone Inc. pshah@mcgrailbensinger.com
    Peter Broege   on behalf of Creditor   Encon Mechanical Corp pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com
    Philip William Allogramento   on behalf of Creditor   Environmental Devices, Inc. pallogramento@connellfoley.com
    Philip William Allogramento   on behalf of Creditor   FM Construction Group, LLC pallogramento@connellfoley.com
    Richard Brant Forrest   on behalf of Creditor   DeSesa Engineering Company, Inc. rforrest@oslaw.com

```
District/off: 0312-3              User: admin               Page 5 of 5                  Date Rcvd: May 18, 2020
                                  Form ID: pdf903           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

 Richard E. Weltman on behalf of Creditor Reliance Mechanical, Inc. rew@weltmosk.com, mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
 Robert E. Nies on behalf of Creditor Arch Insurance Company and Arch Reinsurance Company rnies@csglaw.com
 Robert Saul Molnar on behalf of Creditor Starlite Electric LLC molnarrs@aol.com
 Rocco A. Cavaliere on behalf of Creditor Titan Industrial Services Corp. rcavaliere@tarterkrinsky.com
 Ryan M. Ernst on behalf of Creditor Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
 Sam Della Fera on behalf of Creditor Committee Official Committee of Unsecured Creditors sdellafera@msbnj.com
 Seth Ptasiewicz on behalf of Creditor New Jersey Building Laborers Statewide Benefit Funds (the "Funds") sptasiewicz@krollfirm.com
 Sommer Leigh Ross on behalf of Creditor PNC Bank, National Association slross@duanemorris.com, AutoDocketWILM@duanemorris.com
 Stephanie L. Jonaitis on behalf of Interested Party 10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation jonaitis@pepperlaw.com, balaa@pepperlaw.com
 Stephanie L. Jonaitis on behalf of Interested Party 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com, balaa@pepperlaw.com
 Stephen V. Falanga on behalf of Interested Party Fairleigh Dickinson University sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
 Stephen V. Falanga on behalf of Creditor Schindler Elevator Corporation sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
 Steven B Smith on behalf of Interested Party CS Utica & Remsen LLC ssmith@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com
 Steven J. Mitnick on behalf of Plaintiff Hollister Construction Services, LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com
 Stuart Komrower on behalf of Defendant Orion Interiors, Inc. skomrower@coleschotz.com, fpisano@coleschotz.com
 Sydney J. Darling on behalf of Creditor Schindler Elevator Corporation sdarling@walsh.law, mvargas@walsh.law
 Sydney J. Darling on behalf of Interested Party Fairleigh Dickinson University sdarling@walsh.law, mvargas@walsh.law
 Tara J. Schellhorn on behalf of Creditor Newark Warehouse Redevelopment Company tschellhorn@riker.com
 Tara J. Schellhorn on behalf of Creditor Newark Warehouse Urban Renewal, LLC tschellhorn@riker.com
 Thomas D. McKeon on behalf of Creditor FN Dynamic, Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
 Thomas D. McKeon on behalf of Creditor FN Dynamic Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
 Tod S. Chasin, I on behalf of Creditor Newark Warehouse Redevelopment Company tchasin@riker.com
 Tod S. Chasin, I on behalf of Creditor Newark Warehouse Urban Renewal, LLC tchasin@riker.com
 U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov
 William G. Wright on behalf of Creditor Graybar Electric Company, Inc. wwright@capehart.com, jlafferty@capehart.com
 Yale A. Leber on behalf of Interested Party RH 537 Building Owner LLC yale.leber@rivkin.com

                               TOTAL: 181