EisnerAmper LLP
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000
*Accountants and Financial Advisors to the Official Committee of*
*Unsecured Creditors of Hollister Construction Services, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the Matter of:

HOLLISTER CONSTRUCTION SERVICES, LLC,     Case No. 19-27439 (MBK)
                                          Chapter 11
                                          (Honorable Michael B. Kaplan)

Debtor.

**SEVENTH MONTHLY FEE STATEMENT OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF <u>APRIL 1, 2020 THROUGH APRIL 30, 2020</u>**

EisnerAmper LLP

By: /s/ Anthony R. Calascibetta

**Hollister Construction Services, LLC**
**TIME SUMMARY BY PROFESSIONAL**
**April 1, 2020 through April 30, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Anthony R. Calascibetta CPA, CFF, CTP | Partner | 6.6 | $ 570.00 | $ 3,762.00 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 7.3 | 540.00 | 3,942.00 |
| DelMarie Velazquez | Paraprofessional | 1.0 | 130.00 | 130.00 |
| **GRAND TOTAL** | | **14.9** | **$ 525.77** | **$7,834.00** |

* Rates change annually effective August 1st.

| | |
|---|---:|
| FEE TOTALS | $7,834.00 |
| LESS: 20% VOLUNTARY DISCOUNT | (1,566.80) |
| SUBTOTAL | 6,267.20 |
| PLUS EXPENSE: PACER Charges | 7.50 |
| **NET FEE AND EXPENSES REQUESTED** | **$6,274.70** |

# ~ Exhibit A ~

**Hollister Construction Services, LLC**
**April 1, 2020 through April 30, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 04/01/2020 | Discussed settlement call and potential asset recoveries and related claims with S. Della Fera, MSB. | $ 570.00 | 0.4 | $ 228.00 |
| Anthony Calascibetta | 04/08/2020 | Discussed potential allocations if asset recoveries with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| William Pederson | 04/08/2020 | Call with A. Calascibetta, EisnerAmper, re: Insider settlement and next steps. | 540.00 | 0.4 | 216.00 |
| Anthony Calascibetta | 04/14/2020 | Discussed proposed asset sale with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 04/14/2020 | Discussed litigation matters included in Independent Director presentation with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| William Pederson | 04/14/2020 | Call with A. Calascibetta, EisnerAmper, re: B. Katz, Independent Director, report and comments. | 540.00 | 0.4 | 216.00 |
| Anthony Calascibetta | 04/15/2020 | Discussed insider claims analysis by Independent Director, Arch claim and other potential causes of action with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 570.00 | 0.6 | 342.00 |
| William Pederson | 04/15/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: case update and avenues of recovery. | 540.00 | 0.5 | 270.00 |
| William Pederson | 04/23/2020 | Call with A. Calascibetta, EisnerAmper, re: preferences and next steps. | 540.00 | 0.4 | 216.00 |
| | | **Asset Analysis & Recovery Total** | | **3.3** | **1,830.00** |
| Anthony Calascibetta | 04/22/2020 | Review of cash collateral budget. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 04/22/2020 | Review of February operating report. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 04/23/2020 | Discussed cash collateral budget and 26 week budget with S, Della Fera and J. Raymond, MSB and W. Pederson, | 570.00 | 0.6 | 342.00 |
| Anthony Calascibetta | 04/23/2020 | Discussed transactions posted to escrow account analysis with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 04/23/2020 | Discussed reconciliation of escrow account, updated 26 week budget and professional fees with S. Della Fera and J. Raymond, MSB and W. Pederson, EisnerAmper. | 570.00 | 0.4 | 228.00 |
| William Pederson | 04/23/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: Hearing update - 16th cash collateral order, B.Katz and accounting claim. | 540.00 | 0.4 | 216.00 |
| William Pederson | 04/23/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: upcoming hearing. | 540.00 | 0.6 | 324.00 |
| William Pederson | 04/24/2020 | Review of escrow account activity and comparison to 26 week budget, email to A. Calascibetta, EisnerAmper. | 540.00 | 1.6 | 864.00 |
| William Pederson | 04/30/2020 | Review of Feb MOR and case docket. | 540.00 | 0.4 | 216.00 |
| | | **Business Operations Total** | | **4.7** | **2,589.00** |
| Anthony Calascibetta | 04/07/2020 | Discussed Committee conference call, set-up of call with Independent Director and potential allocation of asset collections. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 04/07/2020 | Conference call with Committee members, counsels to Committee and W. Pederson, EisnerAmper to discuss status of case and report of Independent Director. | 570.00 | 0.9 | 513.00 |
| William Pederson | 04/07/2020 | Attend Creditor Committee call. | 540.00 | 0.8 | 432.00 |
| William Pederson | 04/07/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: issues and upcoming Creditor Committee call. | 540.00 | 0.4 | 216.00 |
| Anthony Calascibetta | 04/14/2020 | Attended conference call with Committee members, counsels to Committee members, Counsels to the Committee and W. Pederson, EisnerAmper - presentation by B. Katz, Independent Director. | 570.00 | 1.2 | 684.00 |
| William Pederson | 04/14/2020 | Call with A. Calascibetta, EisnerAmper re:upcoming Committee call with B. Katz, Independent Director. | 540.00 | 0.2 | 108.00 |

**Hollister Construction Services, LLC**
**April 1, 2020 through April 30, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Pederson | 04/14/2020 | Attend Committee call with B. Katz, Independent Director. | 540.00 | 1.2 | 648.00 |
| | | **Client Meeting Total** | | **5.1** | **2,829.00** |
| Anthony Calascibetta | 04/01/2020 | Attended status and settlement conference call with Judge Kaplan, Counsels to the Debtor, Arch representative and counsel to Arch, Counsel and financial advisor to bank and S. Della Fera, MSB. | 570.00 | 0.3 | 171.00 |
| | | **Court Hearings Total** | | **0.3** | **171.00** |
| DelMarie Velazquez | 04/09/2020 | Preparation of March 2020 report. | 130.00 | 1.0 | 130.00 |
| Anthony Calascibetta | 04/20/2020 | Preparation of March monthly fee statement. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 04/21/2020 | Preparation of March monthly fee statement. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 04/22/2020 | Preparation of March monthly fee statement. | 570.00 | 0.1 | 57.00 |
| | | **Fee/Employment Application Total** | | **1.5** | **415.00** |
| | | Total Hours and Fees | | 14.9 | 7,834.00 |
| | | Less: Voluntary Discount | | | (1,566.80) |
| | | Subtotal | | | 6,267.20 |
| | | Plus: PACER Charges | | | 7.50 |
| | | **Grand Total** | | | $ **6,274.70** |

# ~ Exhibit B ~

**Hollister Construction Services, LLC**
**ITEMIZED EXPENSES INCURRED**

| Date | Name | Amount | Category | Description |
|---|---|---|---|---|
| 4/30/2020 | Anthony Calascibetta | $ 7.50 | PACER | 75 pages @ .10 cemts |
| | **PACER** | 7.50 | | |
| | **Grand Total** | $ 7.50 | | |