**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**MONTHLY FEE STATEMENT OF McMANIMON, SCOTLAND & BAUMANN, LLC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC, FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020**

        **McMANIMON, SCOTLAND & BAUMANN, LLC**
        *Attorneys for Official Committee of Unsecured*
        *Creditors of Hollister Construction Services, LLC*

        By:    */s/ Sam Della Fera, Jr.*
               Sam Della Fera, Jr.

4827-7511-3131v.1



McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
Creditors' Committee - Hollister        CLIENT #        00016030-00001
Construction Services, LLC              INVOICE #       171615
                                        INVOICE DATE:   May 20, 2020

                                        BILLING REF:    SDF
```

### INVOICE SUMMARY

For professional services rendered through 04/30/20, in connection with the matter titled:

**Committee Representation**

```
TOTAL FEES                                  17735.00
TOTAL DISBURSEMENTS ADVANCED                  241.30
TOTAL FOR INVOICE                           17976.30
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B** McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    May 20, 2020            PAGE    2
```

### PROFESSIONAL SERVICES RENDERED

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/20 | SDF | E-mail and telephone call with K. Rosen regarding Katz analysis and settlement issues. | .40 | 190.00 |
| 04/01/20 | SDF | Settlement conference call with court, B. Katz and counsel for Debtor, PNC Bank and Arch. | .40 | 190.00 |
| 04/01/20 | SDF | Telephone call with A. Calascibetta regarding settlement conference post-mortem and next steps. | .40 | 190.00 |
| 04/01/20 | SDF | Review filed order extending Debtor's deadline to assume/reject leases. | .20 | 95.00 |
| 04/01/20 | SDF | Review filed order extending Debtor's plan exclusivity periods. | .20 | 95.00 |
| 04/01/20 | SDF | Review certification of no objection to firm's February 2020 monthly fee statement. | .20 | 95.00 |
| 04/02/20 | SDF | Telephonic appearance at Bankruptcy Court hearing. | .20 | 95.00 |
| 04/02/20 | SDF | Review filed order extending Debtor's deadline to remove actions. | .20 | 95.00 |
| 04/02/20 | SDF | Review March fee invoice of ordinary course professional Hedinger & Lawless. | .20 | 95.00 |
| 04/02/20 | SDF | Review filed order approving Debtor's settlement with Interlink Transport (MSC). | .20 | 95.00 |



75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   May 20, 2020        PAGE    3


   04/02/20 SBP  Update chart with motions and              .20        55.00
                 applications

   04/02/20 LD   Prepare and e-file certificate of no       .20        25.00
                 objection to MSB's February 2020
                 monthly fee statement.

   04/03/20 SDF  Review withdrawal of claim filed by        .10        47.50
                 Boyd Mechanical.

   04/03/20 SDF  E-mails with Committee regarding case      .60       285.00
                 status and call next week.

   04/03/20 SDF  E-mails with M. Seymour regarding          .20        95.00
                 Lifetown project settlement.

   04/07/20 SDF  Review filed March 2020 monthly            .30       142.50
                 staffing report of 10X CEO Coaching.

   04/07/20 SDF  Telephone call to B. Katz regarding        .20        95.00
                 status of updated analysis of insider
                 claims and settlement recommendation,
                 and related matters.

   04/07/20 SDF  Telephone call to K., Rosen regarding      .30       142.50
                 case status, negotiations with PNC
                 Bank, Arch and insiders, and other
                 pending matters.

   04/07/20 SDF  Telephone call with Committee              .90       427.50
                 regarding case status, Katz analysis
                 of insider claims, and other pending
                 matters.

   04/07/20 SBP  Update chart with motions and              .10        27.50
                 applications

   04/07/20 SDF  Telephone calls with EisnerAmper           .80       380.00
                 regarding status of settlement.
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York



75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    May 20, 2020       PAGE    4


    04/07/20 SDF  Review Debtor's filed application to         .40      190.00
                  retain Stark & Stark as special
                  counsel; e-mails with Debtor's
                  counsel regarding same.

    04/07/20 JHR  Committee conference call to discuss         .90      427.50
                  status of possible recoveries, Judge
                  request Plan to be filed.

    04/08/20 JHR  Reviewed and revised minutes to              .60      285.00
                  conference call with committee
                  members. Distributed same to all
                  committee members.

    04/08/20 SDF  Review and revise minutes of                 .30      142.50
                  yesterday's Committee call; e-mails
                  with J. Raymond regarding same.

    04/08/20 SDF  Follow-up call with B. Katz regarding        .40      190.00
                  Committee questions and call; e-mails
                  with Committee regarding same.

    04/08/20 SDF  Review e-mail from Debtor's counsel          .30      142.50
                  regarding exploration of claims
                  against Debtor's
                  auditors/accountants; e-mail and call
                  with A. Calascibetta regarding same.

    04/08/20 SDF  Telephone call to R. Nies regarding          .20       95.00
                  Arch claim and related matters.

    04/09/20 SDF  E-mails with Committee regarding             .40      190.00
                  questions for B. Katz regarding
                  analysis of claims against insiders.

    04/10/20 SBP  Update chart with motions and                .10       27.50
                  applications

    04/13/20 SBP  Update chart with motions and                .10       27.50
                  applications
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York



75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    May 20, 2020         PAGE    5


      04/13/20 SDF  Review and reply to e-mail from R.           .60      285.00
                    Nies regarding Debtor's motion to
                    sell stock in Target Technologies and
                    guaranties of PNC Bank debt by
                    Debtor's principal.

      04/13/20 SDF  Review Debtor's motion to approve            .40      190.00
                    private sale of stock in On Target
                    Technologies.

      04/13/20 SDF  Review Debtor's notice of private            .20       95.00
                    sale of stock in On Target
                    Technologies.

      04/13/20 SDF  Review supplemental certification of         .20       95.00
                    J. Lemkin in support of Debtor's
                    retention of special counsel Stark &
                    Stark.

      04/13/20 SDF  Telephone call to K. Rosen regarding         .20       95.00
                    impact of state shutdown on
                    construction projects on Debtor's
                    business and cash collateral.

      04/13/20 SDF  Send e-mail to EIsnerAmper regarding         .20       95.00
                    debtor's proposed sale of stock and
                    valuation.

      04/14/20 SDF  Telephone call from A. Calascibetta          .30      142.50
                    regarding call with Committee today,
                    Debtor's motion to sell stock, and
                    other pending matters.

      04/14/20 SDF  Review court's determination of              .10       47.50
                    adjournment of Herc Rentals' motion
                    for payment of administrative expense
                    claim.

      04/14/20 SDF  E-mails and call with B. Katz                .20       95.00
                    regarding call with Committee.
```



MS&B  McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   May 20, 2020        PAGE     6


     04/14/20 SDF  Conference call with Committee,            1.30      617.50
                   EisnerAmper and B. Katz.

     04/14/20 SDF  Review filed order granting pro hac         .10       47.50
                   vice admission to counsel for
                   Interlink Transport (MSC).

     04/14/20 SDF  Confer with J. Raymond regarding            .20       95.00
                   Committee call with B. Katz and next
                   steps.

     04/14/20 JHR  Committee conference call with B.          1.40      665.00
                   Katz re potential claims against
                   insiders and potential recovery.

     04/14/20 SBP  Update chart with motions and               .10       27.50
                   applications

     04/15/20 SBP  Update chart with motions and               .20       55.00
                   applications

     04/15/20 LD   Set up telephonic court appearances         .10       12.50
                   for S. Della Fera for 4/16/20 and
                   4/23/20 hearings.

     04/15/20 SDF  Review court's notices of adjournment       .20       95.00
                   of hearing on Debtor's motion to
                   reject Cellco contract, Newark
                   Warehouse's remand motion and
                   Mix-On-Site's stay relief motion.

     04/15/20 SDF  Review e-mail from chambers regarding       .10       47.50
                   new time for tomorrow's hearing.

     04/15/20 SDF  Telephone call with EisnerAmper             .60      285.00
                   regarding Committee call post-mortem
                   and next steps.

     04/15/20 SDF  Review Debtor's filed agenda for            .20       95.00
                   hearing tomorrow.
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York



75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   May 20, 2020        PAGE    7


    04/16/20 SDF  Telephone call from L. Bielskie           .20         95.00
                  regarding hearing today and status of
                  Committee settlement negotiations.

    04/16/20 SDF  Attend telephonic hearing on Lifetown     .80        380.00
                  settlement motion.

    04/16/20 SDF  Review e-mail from Prime Clerk to         .20         95.00
                  Debtor regarding invoices for
                  services through March 31, 2020.

    04/16/20 SDF  Confer with J. Raymond regarding          .20         95.00
                  Debtor's avoidance action against
                  Orion Interiors and related matters.

    04/16/20 SDF  Telephone call from M. Stoma, Esq.        .40        190.00
                  regarding subcontractor legal
                  malpractice claim for construction
                  lien.

    04/16/20 SDF  Review filed order authorizing            .10         47.50
                  Debtor's retention of Stark & Stark
                  as special counsel.

    04/16/20 SDF  Review Debtor's complaint against         .20         95.00
                  Orion Interiors.

    04/16/20 SDF  Review and update schedule of pending     .40        190.00
                  and completed matters.

    04/16/20 JHR  Reviewed docket and Complaint filed       .40        190.00
                  in matter - Hollister v. Orion
                  Interiors.

    04/17/20 JHR  Reviewed Orion's motion for summary       .60        285.00
                  judgment. Call with S. Mitnick and
                  then with S. Della Fera re status of
                  opposition to motion for summary
                  judgment.
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York



MS&B  McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   May 20, 2020        PAGE    8


   04/17/20 SDF  Telephone call with special counsel,          .20      95.00
                 J. Lemkin, regarding accounts
                 receivable collections.

   04/17/20 SDF  Review filed order approving Debtor's         .20      95.00
                 settlement with Lifetown project
                 owners and subcontractors.

   04/17/20 SDF  Review Debtor's filed operating               .40     190.00
                 report for February 2020; send e-mail
                 to EisnerAmper regarding same.

   04/17/20 SDF  Confer with J. Raymond regarding              .20      95.00
                 status of summary judgment motion and
                 opposition in Orion Interiors
                 adversary proceeding.

   04/17/20 SBP  Update chart with motions and                 .10      27.50
                 applications

   04/20/20 SBP  Update chart with motions and                 .10      27.50
                 applications

   04/20/20 LD   Prepare and e-file certificate of no          .20      25.00
                 objection to EisnerAmper's February
                 2020 monthly fee statement.

   04/20/20 SDF  Review certification of no objection          .20      95.00
                 to EisnerAmper's February 2020
                 monthly fee statement; e-mails with
                 EisnerAmper regarding same.

   04/21/20 SDF  Review prebill for March 2020 monthly         .30     142.50
                 fee statement.

   04/21/20 SDF  Analyze Committee's professionals'            .70     332.50
                 fees due to date, and aggregate
                 carveout amount in cash collateral
                 orders.
```



75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   May 20, 2020        PAGE    9


    04/21/20 SDF  Confer with J. Raymond regarding         .20         95.00
                  litigation against Orion Interiors,
                  summary judgment motion, and
                  opposition.

    04/21/20 SDF  E-mails with Debtor's counsel.           .20         95.00

    04/21/20 SDF  Review Debtor's application and          .30        142.50
                  proposed order for approval of first
                  amendment to amended settlement
                  stipulation with Veterans Road
                  Project Owner and certain
                  subcontractors.

    04/21/20 SDF  Review e-mail to court from Debtor's     .10         47.50
                  counsel regarding proposed
                  stipulation amending Veterans Road
                  settlement.

    04/21/20 JHR  Reviewed Motion for Summary Judgment     .80        380.00
                  by Orion and Opposition by Hollister.

    04/22/20 SDF  E-mails with EisnerAmper regarding       .30        142.50
                  March 2020 monthly fee statement;
                  review statement and prepare for
                  filing.

    04/22/20 SDF  Review filed order approving Debtor's    .10         47.50
                  first amendment to amended settlement
                  stipulation with Veterans Road
                  Project Owner and subcontractor.

    04/22/20 SDF  Calls and e-mails with Debtor's          .30        142.50
                  counsel regarding matters scheduled
                  for hearing tomorrow and cash
                  collateral issues.

    04/22/20 SDF  Confer with J. Raymond regarding         .30        142.50
                  hearing tomorrow and other pending
                  matters.
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York



75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   May 20, 2020       PAGE   10


  04/22/20 SDF  Review firm's March 2020 filed              .20       95.00
                monthly fee statement.

  04/22/20 SDF  Review court's notices of adjournment       .20       95.00
                of hearings on Herc Rentals' motion
                for administrative claim and Debtor's
                motion to reject Verizon contract.

  04/22/20 SDF  Review Debtor's filed agenda for            .20       95.00
                hearing tomorrow.

  04/22/20 LD   E-file EisnerAmper's monthly fee            .10       12.50
                statement for March 2020.

  04/22/20 LD   Prepare and e-file MSB's monthly fee        .20       25.00
                statement for March 2020.

  04/22/20 SBP  Update chart with motions and               .10       27.50
                applications

  04/22/20 SDF  Review e-mail from K. Rosen regarding       .20       95.00
                extension of B. Katz's scope of
                services; send e-mail to EisnerAmper
                regarding same.

  04/22/20 SDF  Review proposed form of sixteenth           .50      237.50
                interim cash collateral order and
                budget from Debtor's counsel; e-mails
                with EisnerAmper regarding same.

  04/22/20 JHR  With S Della Fera re pending motions,       .40      190.00
                cash collateral hearing, carve out
                for professional fees and status of
                settlement and possible liquidating
                plan

  04/22/20 JHR  Review of hearing agenda and pleading       .10       47.50
                in advance of Cash Collateral hearing.
```



75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   May 20, 2020        PAGE   11


    04/23/20 JHR  Reviewed sixteenth interim Cash              .10       47.50
                  Collateral Order.

    04/23/20 JHR  Conference calls with S Della Fera           .80      380.00
                  and T. Calascibetta re status of Cash
                  Collateral order and status of case
                  and projects.

    04/23/20 JHR  Telephonic appearance before Judge          1.10      522.50
                  Kaplan with L Bielskie and J Kimble
                  re Cash Collateral hearing

    04/23/20 JHR  Correspondence reviewed from J.              .40      190.00
                  Kimble re Cash collateral order and
                  possible confernce call to discuss
                  payment of professional fees.
                  Correspondence to S Della Fera and T.
                  Calacibetta re follow up on cash
                  collateral hearing.

    04/23/20 SBP  Update chart with motions and                .20       55.00
                  applications

    04/23/20 SDF  Review e-mail from L. Bielskie               .10       47.50
                  regarding no objection by U.S.
                  Trustee to proposed 16th interim cash
                  collateral order.

    04/23/20 SDF  Conference call with J. Raymond and          .70      332.50
                  EisnerAmper regarding proposed cash
                  collateral order, budget, carveout,
                  and expanded Katz analysis.

    04/23/20 SDF  E-mails with Debtor's counsel and            .40      190.00
                  others regarding Debtor's proposed
                  final form of sixteenth interim cash
                  collateral order; call to discuss
                  payment of fees.
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York



75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   May 20, 2020       PAGE   12


    04/23/20 SDF  Confer with J. Raymond regarding        .30      142.50
                  hearing today and next steps, status
                  of preference actions and demands;
                  review e-mail from J. Raymond
                  regarding same.

    04/23/20 SDF  Follow-up call with J. Raymond and      .40      190.00
                  EisnerAmper regarding hearing today,
                  professional fees due, and related
                  matters.

    04/23/20 JHR  Calls with S Della Fera and with S      .40      190.00
                  Mitnick re status of preference
                  actions and cash collateral and
                  payment of professional fees.

    04/24/20 SDF  Review filed sixteenth interim cash     .10       47.50
                  collateral order.

    04/24/20 SDF  Review e-mail from A. Calascibetta      .20       95.00
                  regarding summary of EisnerAmper fees
                  and expenses through March 31, 2020.

    04/24/20 SDF  Review Debtor's application to          .40      190.00
                  approve settlement with Wagner
                  College and related e-mails to court
                  from Debtor's counsel.

    04/24/20 SDF  Review filed order approving Debtor's   .10       47.50
                  settlement agreement with Wagner
                  College.

    04/24/20 SDF  Review and analyze e-mail from          .30      142.50
                  Debtor's counsel regarding settlement
                  agreement between non-debtor
                  affiliate of Debtor and Arch
                  Insurance.

    04/24/20 SDF  Review and revise schedule of pending   .40      190.00
                  and completed deadlines and motions.
```



```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   May 20, 2020        PAGE   13


    04/24/20 SBP  Update chart with motions and              .10       27.50
                  applications

    04/27/20 SDF  Review Rule 2004 subpoena from             .40      190.00
                  Appliance Brokers to Energy Capital
                  Partners Management; confer with J.
                  Raymond regarding same.

    04/27/20 SDF  Review and reply to e-mail from S.         .30      142.50
                  Mitnick regarding avoidance actions
                  status and additional claims
                  information; confer with J. Raymond
                  regarding same.

    04/27/20 SDF  Telephone clal with B> Katz regarding      .30      142.50
                  ongoing and expanded investigations
                  and related matters.

    04/27/20 JHR  Reviewed Rule 2004 Examination Notice      .10       47.50
                  issued for service upon third party
                  Energy Capital Partners Management, LP

    04/27/20 JHR  From and to. S Mitnick re production       .10       47.50
                  of information on preference claim
                  status.

    04/29/20 JHR  Reviewed status of Rule 2004               .30      142.50
                  Examination Notice issued for service
                  upon third party Energy Capital
                  Partners. Reviewed status of
                  conference call to discuss payment of
                  professional fees. Reviewed status of
                  preferrence demands.

    04/29/20 SDF  E-mails with counsel for Debtor and        .30      142.50
                  PNC Bank regarding discussion of
                  updated legal fees; e-mails with A.
                  Calascibetta regarding same.
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B** McMANIMON • SCOTLAND • BAUMANN                 75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   May 20, 2020      PAGE   14


   04/29/20 SDF  E-mails with J. Raymond and counsel         .20      95.00
                 for Appliance Brokers regarding Rule
                 2005 subpoena to ECP.

   04/29/20 SDF  Review Debtor's filed revision to           .20      95.00
                 certain terms of amended independent
                 manager agreement.

   04/29/20 SDF  Review Debtor's filed agenda for            .20      95.00
                 hearing tomorrow.

   04/29/20 SBP  Update chart with motions and               .10      27.50
                 applications

   04/30/20 SBP  Update chart with motions and               .10      27.50
                 applications

   04/30/20 SDF  Appear telephonically at hearing            .20      95.00
                 today.

   04/30/20 SDF  Confer with J. Raymond regarding Rule       .20      95.00
                 2004 subpoena to Debtor from
                 Appliance Brokers.

   04/30/20 SDF  Send e-mail to Committee regarding          .40     190.00
                 status and revision to Debtor's
                 independent management agreement.

   04/30/20 SDF  Review and revise schedule of pending       .40     190.00
                 and completed deadlines and motions.

   04/30/20 SDF  Send e-mail to S. Mitnick regarding         .10      47.50
                 status of disclosure of avoidance
                 action information.

   04/30/20 JHR  Call with R. Suriano and C. Sorano re       .20      95.00
                 Appliance Brokers subpoena

TOTAL FEES:                                                38.60   17735.00
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York



```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   May 20, 2020        PAGE    15


   DATE       CODE                         DESCRIPTION                    AMOUNT

   04/30/20 Inside Duplicating                                              47.60
   04/03/20 Miscellaneous Expenses    Miscellaneous Expenses-               50.00
                                      Court Call
   04/23/20 Miscellaneous Expenses    Miscellaneous                         50.00
                                      Expenses-CourtSolutions
                                      LLC
   04/27/20 PACER                     PACER- 1st Quarter Pacer              43.70
   04/30/20 Miscellaneous Expenses    Miscellaneous                         50.00
                                      Expenses-Court Solutions

   TOTAL DISBURSEMENTS                                                     241.30
```