| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>            Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Hearing Date: <u>6/2/20 at 9:00 a.m.</u><br><br>Judge: <u>Kaplan</u> |

## ADJOURNMENT REQUEST

1.    I, <u>Arielle B. Adler</u>, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "<u>Debtor</u>"), hereby request an adjournment of the following hearing for the reason set forth below.

　　　　Matter: *FN Dynamic, Inc.'s Motion For An Order Allowing FN Dynamic, Inc. To File A Proof Of Claim* [Docket No. 1127]

　　　　Current Hearing Date:    <u>June 2, 2020 at 9:00 a.m. (ET).</u>

　　　　Current Objection Deadline: <u>May 26, 2020 at 4:00 p.m.</u>

　　　　New Hearing Date Requested: <u>June 11, 2020 at 10:00 a.m.</u>

　　　　New Objection Deadline Requested: <u>June 4, 2020 at 4:00 p.m.</u>

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
05/26/2020 206487564.1

-2-

Reason for adjournment request:   <u>The parties are working to reach a resolution of this motion without incurring the expense of litigation.</u>

2. Consent to adjournment:

☒  I have the consent of all parties.     ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: <u>May 26, 2020</u>                                          <u>/s/ Arielle B. Adler</u>
                                                                                       Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted                    New hearing date:  <u>6/11/20 @ 10:00 am</u>     ☐Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**