UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-27439/MBK |
| Hollister Construction Services, LLC | Chapter: | 11 |
| | Judge: | Michael B. Kaplan |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

Hollister Construction Services, LLC, Plaintiff/ Debtor, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:**    Clarkson S. Fisher US Courthouse, 402 East State Street, Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on July 2, 2020 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 8, 402 East State Street, Trenton, NJ 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:**  A preference action was filed against Delcon Builders Inc seeking recovery of monies due the Estate totaling the sum of $47,125.80.

**Pertinent terms of settlement:** Delcon Builders Inc. shall remit payment to the Plaintiff/ Debtor in the sum of $8,000.00 in a check made payable to "Hollister Construction Services, LLC". In addition, Defendant waives any right to file a proof of claim for the Settlement Payment under Section 502(h) of the Bankruptcy Code or any other provision of the Bankruptcy Code and/or the Bankruptcy Rules. Defendant further agrees that, to the extent Defendant filed or files a proof of claim in the Debtor's Chapter 11 Case, any such claim shall be deemed disallowed and expunged and there shall be no distribution on account of any such claim. The Plaintiff/ Debtor feels that this settlement is in the best interest of the Estate in light of the defenses raised and reviewed and the cost of the litigation of the within action.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | Steven Mitnick, Esq., SM Law PC |
| Address: | P.O. Box 530, Oldwick, New Jersey 08858 |
| Telephone No.: | 908-572-7275 |

```
                       United States Bankruptcy Court
                            District of New Jersey

In re:                                                        Case No. 19-27439-MBK
Hollister Construction Services, LLC                          Chapter 11
      Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin              Page 1 of 10          Date Rcvd: May 29, 2020
                            Form ID: pdf905          Total Noticed: 242


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
db         +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707
aty        +Boyd Mechanical, LLC,    c/o Rosenberg & Pittinsky, LLP,    232 Madison Avenue,   Suite 906,
             New York, NY 10016-2937
aty         Brian Bisignani,    Post & Schell,    1869 Charter Lane,   Ste. 102,   POB 10248,
             Lancaster, PA 17605-0248
aty        +Brian Craig,    400 Garden City Plaza,    Garden City, NY 11530-3322
aty        +Gary M Kushner,    Goetz Fitzpatrick LLP,    One Penn Plaza,    3rd Floor,
             New York, NY 10119-0196
aty        +Henry J. Jaffe,    Pepper Hamilton LLP,    1313 Market St.,,   Hercules Plaza, Suite 5100,
             Wilmington, DE 19801-6111
aty        +Luis Guerrero,    434 W. 33rd Street 13th Floor,    New York, NY 10001-2601
aty        +Mary Joanne Dowd,    Arent Fox LLP,    1717 K Street NW,   Washington, DC 20006-5344
aty         McManimon, Scotland & Baumann, LLC,    75 Livingston Avenue,    Suite 201,
             Roseland, NJ 07068-3701
ptcrd      +360 Fire Prevention 360 Fire Prevention LLC,    1061 Paulison Avenue,    Clifton, NJ 07011-3628
cr         +3L & Company, Inc.,    c/o Okin Hollander LLC,    Glenpointe Centre West, 2d Floor,
             500 Frank W. Burr Blvd.,    Teaneck, NJ 07666-6805
cr         +Advanced Scaffold Services Mid-Atlantic LLC,    650 Route 46 West,    Clifton, NJ 07013-1503
cr         +Advanced Scaffold Services, LLC,    620 Oakwood Avenue,    West Hartford, CT 06110-1520
cr         +Air Group, LLC,    c/o Carl  J. Soranno, Esq.,    Brach Eichler LLC,    101 Eisenhower Parkway,
             Roseland, NJ 07068-1053
cr         +Allglass Systems, LLC,    Allglass Systems, LLC,    34B Noeland Avenue,    Penndel, PA 19047-5272
cr         +Antonio Zarfino,    Bel-Con Construction Services, Inc.,    26 Wallace Street,
             Belleville, NJ  07109,   UNITED STATES 07109-3526
cr         +Arch Insurance Company and Arch Reinsurance Compan,    c/o Chiesa Shahinian & Giantomasi PC,
             One Boland Drive,    Attn: Robert E. Nies, Esq.,    West Orange, NJ 07052-3686
cr         +Bridge Builders Newark LLC,    c/o Karen Marques,    211 Warren Street,   Newark, NJ 07103-3568
cr         +CTC Academy,    c/o Wilentz, Goldman & Spitzer, P.A.,    90 Woodbridge Center Drive,
             Suite 900, Box 10,    Attn: David H. Stein, Esq.,    Woodbridge, NJ 07095-1155
cr         +Cellco Partnership d/b/a Verizon Wireless,    c/o McCarter & English, LLP,
             Attn: James A. Kellar, Esq.,    Four Gateway Center,    100 Mulberry Street,
             Newark, NJ 07102-4056
intp       +Christopher Johnson,    c/o Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,
             Suite 100,    Livingston, NJ 07039-1711
cr         +Commonwealth of Pennsylvania Dept. of Labor and In,    651 Boas St.,    Room 925,
             Harrisburgh, PA 17121-0751
cr         +Dancker,    291 Evans Way,    Somerville, NJ 08876-3766
cr          Drobach Equipment Rental Co.,    2240 US-22,    Union, NJ  07083
cr         +EWA Moonachie 77, LLC,    c/o Alan Brody, Greenberg Traurig,    500 Campus Drive,   Suite 400,
             Florham Park, NJ 07932-1025
cr         +Edison Construction Management,    c/o Riker Danzig,    One Speedwell Avenue,
             Morristown, NJ 07960-6838
cr         +Encon Mechancial Corp,    3433 Sunset Ave,    PO Box 2293,    Ocean, NJ 07712-2293
cr         +FN Dynamic Inc,    C/O Thomas D. McKeon, Esquire,    570 Kearny Avenue,   P.O. Box 452,
             Kearny, NJ 07032-0452
cr         +FN Dynamic, Inc,    C/O Thomas D. McKeon, Esq,    570 Kearny Avenue,   P.O. Box 452,
             Kearny, NJ 07032-0452
cr         +Fabcon Precast,    Post & Schell, P.C.,    1869 Charter Lane,    POB 10248,
             Lancaster, PA 17605-0248
intp       +Fairleigh Dickinson University,    c/o Walsh Pizzi O'Reilly Falanga LLP,    Three Gateway Center,
             100 Mulberry Street,    15th Floor,    Newark, NJ 07102-4056
intp       +Grand Maujer Development, LLC,    Cole Schotz P.C.,    Court Plaza North,   25 Main Street,
             Hackensack, NJ 07601-7083
cr         +Horizon Blue Cross Blue Shield of New Jersey,    c/o Becker LLC,    354 Eisenhower Parkway,
             Plaza Two,Suite 1500,    Livingston, NJ 07039-1023
intp       +Kieran Flanagan,    c/o Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,   Suite 100,
             Livingston, NJ 07039-1711
cr         +L&W Supply Corporation,    c/o Larry Miller,    11722 Taneytown Pike,    Taneytown, MD  21787,
             UNITED STATES 21787-1165
cr         +Lally Pipe & Tube,    8770 Railroad Drive,    Taylor Mill, KY 41015-9096
cr         +Leader Electric Co., Inc.,    c/o Gorski & Knowlton PC,    Allen I. Gorski, Esquire,
             311 Whitehorse Avenue,    Suite A,    Hamilton, NJ 08610-1430
cr         +Mayer Weberman,    Orange County Superior Concrete,    149 Elm Street, Suite 102,
             Monroe, NY  10950,    UNITED STATES 10950-2896
cr         +Mercedes-Benz USA, LLC,    c/o McCarter & English, LLP,    Attn: Clement J. Farley, Esq.,
             Four Gateway Center,    100 Mulberry Street,    Newark, NJ 07102-4056
cr         +Michaels Electrical Supply Corp.,    456 Merrick Road,    Lynbrook, NY 11563-2448
cr         +Myrage LLC,    Feinstein Raiss Kelin Booker & Goldstein,    290 W. Mt. Pleasant Ave.,
             Suite 1340,    Livingston, NJ 07039-2763
cr         +Newark Warehouse Redevelopment Company,    c/o Riker Danzig,    One Speedwell Avenue,
             Morristown, NJ 07960-6838
cr         +Newark Warehouse Urban Renewal, LLC,    c/o Riker Danzig,    One Speedwell Avenue,
             Morristown, NJ 07960-6838
```

```
District/off: 0312-3                  User: admin                   Page 2 of 10                 Date Rcvd: May 29, 2020
                                      Form ID: pdf905               Total Noticed: 242


intp           +Newkirk Realty LLC,    Cole Schotz P.C.,    Court Plaza North,    25 Main Street,
                 Hackensack, NJ 07601-7083
cr             +Nickerson Corporation,    515 Union Ave,    Union Beach, NJ 07735-3130
cr             +Nomad Framing, LLC,    Att: David L. Bruck, Esq.,    Greenbaum, Rowe, Smith & Davis LLP,
                 PO Box 5600,   Woodbridge, NJ 07095-0988
intp           +P. Tamburri Steel,    1401 Industrial Highway,    1401 Industrial Highway,
                 CINNAMINSON, NJ  08077,    UNITED STATES 08077-2589
intp           +P3 Metals, LLC,    1401 Industrial Highway,    CINNAMINSON, NJ  08077,    UNITED STATES 08077-2589
cr              PNC Bank, National Association,    c/o Duane Morris LLP,
                 Attn: James J. Holman and Sommer L. Ross,    222 Delaware Avenue, Suite 1600,
                 Wilmington, DE  19801-1659
op             +Parkland Group Inc,    8110 Devon Court,    Chagrin Falls, OH 44023-5008
op             +Paul Belair,    10x CEO Coaching LLC,    POB 5117,    Youngstown, OH 44514-0117
cr             +Pereira Electrical Contracting, Inc.,    c/o Cohn Lifland Pearlman Herrmann,
                 Park 80 West - Plaza One,    250 Pehle Ave., Suite 401,    Saddle Brook, NJ 07663-5832
op             +Prime Clerk LLC,    One Grand Central Place,    60 East 42nd Street,    Suite 1440,
                 New York, NY 10165-1446
intp           +RH 537 Building Owner LLC,    2 Park Ave, 14th Floor,    New York, NY 10016-5702
cr             +Rexel, Inc.,    14951 Dallas Parkway,    Dallas, TX 75254-6784
sp             +SM LAW PC,    PO Box 530,    49 Old Turnpike Road,    Oldwick, NJ 08858-7001
cr             +Schindler Elevator Corporation,    Three Gateway Center,    100 Mulberry Street,    15th Floor,
                 Newark, NJ  07102,    UNITED STATES 07102-4056
cr             +Schnell Contracting Systems, LLC,    c/o The Kelly Firm, P.C.,    1011 Highway 71, Suite 200,
                 Spring Lake, NJ 07762-3232
sp             +Stark & Stark,    Stark & Stark,    993 Lenox Drive,    Lawrenceville, NJ 08648-2389
cr             +Sunstone Hotels Morristown, LLC,    c/o Riker Danzig,    One Speedwell Avenue,
                 Morristown, NJ 07960-6838
cr             +Troon Electric of New Jersey LLC,    555 North Ave,    Fort Lee, NJ 07024-2404
cr            #+Vector Structural Preservation Corp.,    21 Willowdale Ave.,    Port Washington, NY 11050-3716
cr             +Ware Malcomb,    Attn: Tobin Slone, CFO,    10 Edelman,    Irvine, CA 92618-4312
518576800      +147 Bloomfield Ave JV, LLC,    c/o Wasserman, Jurista & Stolz, PC,    Attn: Daniel M. Stolz, Esq.,
                 110 Allen Road, Suite 304,    Basking Ridge, NJ 07920-4500
518580335      +360 Fire Prevention,    10 Furler St.,    Totowa, NJ 07512-1842
518578565      +360 Fire Prevention LLC,    1061 Paulison Avenue,    Clifton, NJ 07011-3628
518456125      +AES Lighting Group,    32 S Jefferson Rd. Suite 2,    Whippany, NJ 07981-1001,
                 Attn: Jonathan Squilla
518568393      +Accordia Harrison Urban Renewal, LLC,    c/o Hill Wallack LLP,    21 Roszel Road, P.O. Box 5226,
                 Princeton, NJ 08543-5226
518547399       Acme Drapemaster of America, Inc.,    P.O. Box 192,    Keasbey, New Jersey 08832-0192
518664985      +Advanced Roofing & Sheet Metal, Inc.,    Tesser & Cohen,    c/o Danielle Cohen/Lee Tesser,
                 946 Main Street,    Hackensack, NJ 07601-5100
518573483      +Advanced Scaffold Services,    c/o Lawrence B. Diener,    25 Main Street Suite 200,
                 Hackensack, New Jersey 07601-7085
518573531      +Advanced Scaffold Services Mid Atlantic LLC,    c/o Lawrence B. Diener,
                 25 Main Street Suite 200,    Hackensack, New Jersey 07601-7085
518567636      +Air Group LLC,    Carl J. Soranno, Esq.,    101 Eisenhower Parkway,    Roseland, NJ 07068-1032
518456110      +Air Group, LLC,    1 Prince Rd,    Whippany, NJ 07981-2100,    Attn: Christina Perez
518508337      +All Brands Elevator Industries, Inc.,    David E. Sklar, Esq.,    1599 Hamburg Turnpike,
                 Wayne, NJ 07470-4093
518505631      +All Brands Elevator Industries, Inc.,    990 Soldier Hill Road,    Emerson, NJ 07630-1434
518568383       American Express Travel Related Services Company,,    Inc.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
518574819      +American Pile and Foundation LLC,    61 County Line Road,    Somerville, NJ 08876-3400
518576383      +American Pile and Foundation LLC,    Greg Trif, Esq.,    89 Headquaters Plz., North, Ste .1201,
                 Morristown, NJ 07960-6834
518578592      +Anco Concrete LLC,    c/o Philip W. Allogramento, Esq.,    Connell Foley LLP,
                 56 Livingston Avenue,    Roseland, New Jersey 07068-1733
518469739      +Anvil Craft Corp.,    c/o NordLaw,    190 State Highway 18, Suite 201,
                 East Brunswick, NJ 08816-1407
518575235      +Atlantic Building Specialties,    4000 Bordentown Avenue, Suite 11,    Sayreville, NJ 08872-2752
518500058      +Atlantic Engineering Laboratories of NY, Inc.,    David E. Sklar, Esq.,    1599 Hamburg Tpke.,
                 Wayne, NJ 07470-4093
518496411       Atlantic Engineering Laboratories, Inc.,    21 Randolph Avenue,    Avenel, NJ 07001-2404
518583416      +Bender Enterprises, Inc.,    Norgaard, O’Boyle & Hannon,    184 Grand Avenue,
                 Englewood, NJ 07631-3578
518579531      +Bender Enterprises, Inc.,    1 Milltown Court,    Union, NJ 07083-8108
518569888       Bohler Engineering NY, PLLC,    14 Penn Plz., 225 W. 35th St.. Ste. 84,    New York, NY  10122
518569388      +Bohler Engineering NY, PLLC,    35 Technology Drive,    Warren, New Jersey 07059-5172
518580336      +Bost Concrete & Construction, LLC,    c/o Carl J. Soranno, Esq.,    Brach Eichler LLC,
                 101 Eisenhower Parkway,    Roseland, NJ 07068-1053
518505693      +Boyd Mechanical LLC,    717B East 135th Street,    Bronx, NY 10454-3436
518530082      +Brach Eichler LLC,    c/o Carl J. Soranno, Esq.,    101 Eisenhower Parkway,
                 Roseland, NJ 07068-1053
518666539      +Brendan T. Murray,    c/o Cohn Lifland Pearlman Herrmann & Kno,    Park 80 West - Plaza One,
                 250 Pehle Ave., Suite 401,    Saddle Brook, NJ 07663-5832
518570850      +Brian Trematore Plumbing & Heating, Inc.,    5 Daniel Road East,
                 Fairfield, New Jersey 07004-2506
518671839      +C. Restoration, Inc.,    Curtiss T. Jameson, Esq,    1149 Bloomfield Ave, Suite B2,
                 Clifton, NJ 07012-2314
518584230      +CMC Composites LLC,    870 Route 530 Ste. 12,    Whiting, NJ 08759-3546
```

```
District/off: 0312-3          User: admin              Page 3 of 10           Date Rcvd: May 29, 2020
                              Form ID: pdf905          Total Noticed: 242


518576950      +CTC Academy,    c/o Wilentz, Goldman & Spitzer, P.A.,     90 Woodbridge Center Drive, Suite 900, B,
                 Woodbridge, NJ 07095-1146,     Attn: David H. Stein, Esq.
518650520      +Carson Corporation,    Morris, Downing & Sherred, LLP,    One Main St.,    Newton, NJ 07860-2062
518650196      +Carson Corporation,    171 Route 94,    Lafayette, New Jersey 07848-4614
518656589      +Christopher Johnson,    15 Balbrook Drive,    Mendham, NJ 07945-2900
518505651      +City Contracting, Inc.,    62 Bog & Valley Lane,    Lincoln Park, New Jersey 07035-1400
518508342      +City Contracting, Inc.,    Rea & Assoc.,    11 Broadway, 2nd Fl.,    Clark, NJ 07066-2532
518545181      +Columbian Iron Works, Inc,    332 Vreeland Ave,    Paterson, NJ 07513-1014
518549894      +Columbian Iron Works, Inc.,    485 Totowa Rd,    Totowa, NJ 07512-2078
518456117      +Commercial Technology,    Contractors Inc,    152 Huron Avenue,    Clifton, NJ 07013-2949,
                 Attn: Michael   Martone
518466614      +Commonwealth of PA-UCTS,    Dept. of Labor and Industry,    651 Boas St., Rm. 925,
                 Harrisburg, PA 17121-0751
518579360      +Control Services, LLC,    c/o M. Ross & Associates, LLC,    440 Sylvan Avenue, Suite 220,
                 Englewood Cliffs, New Jersey 07632-2700
518557998      +Dehn Bros. Fire Protection, Inc.,    C/o Durkin & Durkin, LLC,    1120 Bloomfield Avenue,
                 West Caldwell, NJ 07006-7138
518575067      +Delcon Builders, Inc.,    c/o Nicole M. Nigrelli, Esquire,    Ciardi Ciardi & Astin,
                 One Commerce Square,    2005 Market Street, Suite 3500,    Philadelphia, PA 19103-7013
518457716      +Drobach Equipment Rental Co.,    Allen J. Barkin, Esq.,    POB 1339,    Union, NJ 07083-1339
518578643      +EWA Moonachie, LLC,    c/o Alan J. Brody, Esq.,    Greenberg Traurig, LLP,
                 500 Campus Drive, Suite 400,    Florham Park, New Jersey 07932-1025
518498779      +East Coast Elevator LLC,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
518576781      +Elyon Systems,    c/o Carl J. Soranno, Esq.,    Brach Eichler LLC,    101 Eisenhower Parkway,
                 Roseland, NJ 07068-1053
518579544      +Environmental Devices, Inc.,    c/o Philip W. Allogramento, Esq.,    Connell Foley LLP,
                 56 Livingston Avenue,    Roseland, New Jersey 07068-1733
518579304      +FM Construction Group, LLC,    c/o Philip W. Allogramento, Esq.,    Connell Foley LLP,
                 56 Livingston Avenue,    Roseland, New Jersey 07068-1733
518456113       FM Construction Group, LLC,    100 Dr. Martin Luther,    King Jr. Blvd.,    East Orange, NJ, 07017,
                 Attn: Keith Chebuske
518456111      +Fabcon,    12520 Quentin Avenue South,    Suite 200,    Savage, MN 55378-1376,
                 Attn: Bryan Hummer
518520056       Fabcon Precast,    Brian Bisognari,    Post & Schell,    1869 Charter Lane, POB 10248,
                 Lancaster, PA    17605-0248
518602292      +Ferry Carpets, Inc.,    195 Lafayette St.,    Newark, NJ 07105-1864
518456114      +FortHill Industries Inc,    1980 Route 112,    Suite 3,    Coram, NY 11727-3093,
                 Attn: Tony Uliano
518547794       Fromkin Brothers, Inc.,    P.O. Box 316,    Keasbey, New Jersey 08832-0316
518510182      +Glass Systems Tech, LLC,    465 Veit Road,    Huntingdon Valley, PA 19006-1632
518576444      +Glass Tech Inc.,    Greg Trif, Esq.,    89 Headquaters Plz., North, Ste. 1201,
                 Morristown, NJ 07960-6834
518574823      +Glass Tech Inc.,    2300 S. Clinton Avenue,    South Plainfield, NJ 07080-1498
518576834      +Global Development Contractors, LLC,    946 Main St.,    Hackensack, NJ 07601-5136
518575561      +Global Development Contractors, LLC,    3498 Route 22,    Branchburg, NJ 08876-3446
518831214      +Graybar Electric Company, Inc.,    c/o William G. Wright, Esquire,
                 8000 Midlantic Drive, Suite 300S,    Mount Laurel, NJ 08054-1526
518831215      +Graybar Electric Company, Inc.,    c/o William G. Wright, Esquire,
                 8000 Midlantic Drive, Suite 300S,    Mount Laurel, NJ  08054,    Graybar Electric Company, Inc.,
                 c/o William G. Wright, Esquire 08054-1526
518607509      +Hackensack Investors, LLC,    123 Prospect St.,    Ridgewood, NJ 07450-4435
518456121       Haddad Heating & Plumbing Inc.,    1223 Broad Street,    Newark, NJ, 07114,
                 Attn: Shallan Haddad
518569887      +Haddad Heating & Plumbing, Inc.,    Carl J. Soranno, Esq.,    101 Eisenhower Parkway,
                 Roseland, NJ 07068-1032
518578721      +Herc Rentals, Inc.,    c/o Tesser & Cohen,    946 Main Street,    Hackensack, NJ 07601-5100,
                 Attn: Danielle Cohen, Esq.
518575335      +High Concrete Group LLC,    Att: Terry Warco,    125 Denver Road,    Denver, PA 17517-9314
518576463      +Higj Concrete Group LLC,    Post & Schell P.C.,    1869 Charter Ln., POB 10248,
                 Lancaster, PA 17601-5898
518456119      +Imperial Floors,    1578 Sussex Turnpike,    Randolph, NJ 07869-1837,    Attn: James Weathersby
518569431      +Imperial Floors, LLC,    1578 Sussex Turnpike,    Randolph, NJ 07869-1837
518569889      +Imperial Floors, LLC,    Norgaard O’Boyle & Hannon,    184 Grand Avenue,
                 Englewood, NJ 07631-3578
518575619      +Industrial Maintenance, Inc.,    c/o Carl J. Soranno, Esq.,    Brach Eichler LLC,
                 101 Eisenhower Parkway,    Roseland, NJ 07068-1053
518577326      +Infinity Electrical LLC,    c/o Steven P. Kartzman,    MELLINGER SANDERS KARTZMAN,
                 101 Gibraltar Drive, Suite 2F,    Morris Plains, New Jersey 07950-1287
518456124      +Island Exterior Fabricators,    1101 Scott Avenue,    Calverton, NY 11933-3056,
                 Attn: Ron VanSteekelenburg
518577024      +J. Fletcher Creamer & Son, Inc.,    c/o Philip W. Allogramento, Esq.,    Connell Foley LLP,
                 56 Livingston Avenue,    Roseland, New Jersey 07068-1733
518666388      +J. Rapaport Wood Flooring, LLC,    158 Linwood Plaza, Ste. 201,    Fort Lee, NJ 07024-3704
518661916      +J.M. Pereira & Sons, Inc.,    2330 Big Oak Road,    Langhorne, PA 19047-1910
518665041      +JM. Pereira & Sons, Inc,    Alexander F. Barth, Esquire,    30 South 17th Street, 19th Floor,
                 Philadelphia, PA 19103-4010
518466121      +Joffe Lumber & Supply Co., Inc.,    Attn: Steven Wolf,    18 Burns Avenue,
                 Vineland, NJ 08360-7799
518526103      +Jonasz Precast, Inc.,    829 Delsea Drive,    Westville, NJ 08093-1232
```

```
District/off: 0312-3            User: admin              Page 4 of 10                  Date Rcvd: May 29, 2020
                                Form ID: pdf905          Total Noticed: 242


518574857         +Jordano Electric Inc.,    200 Hudson Street,    Hackensack, New Jersey 07601-6840
518576448         +Jordano Electric, Inc.,    Greg Trif, Esq.,    89 Headquaters Plz., North, Ste. 1201,
                    Morristown, NJ 07960-6834
518456123         +KR Masonry,   363 East Greystone Road,    Old Bridge, NJ 08857-4024,    Attn: Josh K.R.
518574859         +KR Masonry LLC,    363 East Greystone Road,    Old Bridge, NJ 08857-4024
518576454         +KR Masonry LLC,    Greg Trif, Esq.,    89 Headquaters Plz., North, Ste. 1201,
                    Morristown, NJ 07960-6834
518661590         +Kieran Flanagan,    339 Jefferson Road,    Parsippany, NJ 07054-3707
518456127         +Kone, Inc.,   47-36 36th Street,    Long Island City, NY 11101-1824,    Attn: Chris Rowe
518577327         +LAN Exterior Consulting LLC d/b/a LAN Exteriors,      P.O. Box 9018,   Morristown, NJ 07963-9018
518580305         +LAN Exterior Consulting, LLC,    Greg Trif, Esq.,    89 Headquaters Plz. North, Ste. 1201,
                    Morristown, NJ 07960-6834
518577387         +LIFETOWN, INC,    c/o Stanziale & Stanziale. PC,    29 Northfield Ave,
                    West Orange NJ 07052-5358
518580301         +Liberty Mutual Ins. Co.,    Louis Modugno, Esq.,    1300 Mt. Kemble Ave.,
                    Morristown, NJ 07960-8009
518577125          Liberty Mutual Insurance Company,    181 Bay Street, Suite 900,    Toronto (ON) M5J 2T3,    Canada
518580280         +Liberty Stone & Affgegatesm LLC,    Tesser & Cohen,    946 Main St.,    Hackensack, NJ 07601-5136
518456120          Linphill Electrical Contractor,    97-07 Horace Harding Expwy,    Suite 2C,
                    Corona, NY, 11368-4128,    Attn: Jason Reyes
518575563         +Lukach Interiors, Inc.,    208 River Rd,    Clifton, NJ 07014-1519
518580337         +MDS Construcstion,    Tesser & Cohen,    946 Main St.,    Hackensack, NJ 07601-5136
518578574          MDS Construction,    102B US Route 46 East,    Saddle Brook, New Jersey 07663
518664586         +Matt Higgins,    6 Hillcrest Avenue,    Mendham, NJ 07945-1628
518578632         +Maverick Building Services,    c/o Philip W. Allogramento, Esq.,    Connell Foley LLP,
                    56 Livingston Avenue,    Roseland, New Jersey 07068-1733
518580677         +Michaels Electrical Supply Corp.,     Charles Gruen, Esq.,    381 Broadway, Ste 300,
                    Westwood, NJ 07675-2239
518583418         +Michales Electrical Supple Corp.,     Charles Gruen, Esq.,    381 Broadway, Ste 300,
                    Westwood, NJ 07675-2239
518576850         +Mid Atlantic Mechanical Inc.,    946 Main St.,    Hackensack, NJ 07601-5136
518575564         +Mid-Atlantic Mechanical,    1500 Rike Drive,    P.O. Box 249,
                    Millstone Township, New Jersey 08535-0249
518518079          NY State Tax and Finance,    POB 5300,    Albany, NY  12205-0300
518575555         +National Fireproofing Insulation Co., Inc.,    139 Van Winkle Avenue,    Garfield, NJ 07026-2966
518557245         +Nickerson Corp,    Warshaw Burstein, LLP,    c/o Maxwell Rubin, Es,   575 Lexington Ave, 7th Fl,
                    New York, NY 10022-6138
518555846         +Nickerson Corporation,    11 Moffitt Blvd.,    Bay Shore, New York 11706-7006
518576779         +Northeast Carpenters Funds,    c/o Kroll Heieneman Carton LLC,    99 Wood Avenue South, Suite 307,
                    Iselin, New Jersey 08830-2715
518463943         +Ocean Steel Corp.,    Jennifer V. Doran, Esq.,    28 State St.,    Boston, MA 02109-1775
518456122          Ocean Steel Corporation,    400 Chesley Drive,    Saint John, NB, E2K 5L,    Attn: Jeff Keith
518516471         +Oracle America, Inc.,    c/o Shawn M. Christianson, Esq.,
                    Buchalter, a Professional Corporation,    55 2nd St., 17th Fl.,    San Francisco, CA 94105-3493
518580297         +Orion Interiors, Inc.,    Tesser & Cohen,    946 Main Street,    Hackensack, NJ 07601-5136
518456109         +Orion Interiors, Inc.,    600 US Highway Route 206,    Raritan, NJ 08869-1360
518556020         +P. Cipillini, Inc.,    Marc D. Micelli, Esq.,    POB 530,    Oldwick, NJ 08858-0530
518553731         +P. Cipollini, Inc. t/a Cipollini Roofing,    171 E. Blackwell Street,    Dover, NJ 07801-4168
518508645         +P. Tamburri Steel LLC,    c/o Law Offices of Karen Murray LLC,    8 East Main St.,
                    Moorestown, NJ 08057-3310
518508656         +P3 Metals, LLC,    c/o Law Offices of Karen Murray LLC,    8 East Main Street,
                    Moorestown, NJ 08057-3310
518576502          PSE&G,   Attn: Bankruptcy Dept.,    PO Box 709,    Newark NJ 07101-0709
518456116         +PSG Interiors,    120 20th Ave,    Paterson, NJ 07501-3424,    Attn: Sal Dunia
518567744         +PWD-NJ/NY Inc. d/b/a Pella Windows and Doors,     c/o: Law Offices Of Mitchell J. Malzberg,
                    PO Box 5122,    Clinton, NJ 08809-0122
518519621         +Peckar & Abramson, P.C.,    70 Grand Avenue,    River Edge, NJ 07661-1934
518575065         +Pentel Drywall, Inc.,    c/o Nicole M. Nigrelli, Esquire,    Ciardi Ciardi & Astin,
                    One Commerce Square,    2005 Market Street, Suite 3500,    Philadelphia, PA 19103-7013
518456118         +Pereira Electric,    205 Liberty St.,    Metuchen, NJ 08840-1217
518550306         +Pereira Electrical Contracting, Inc.,    c/o Cohn Lifland Pearlman Herrmann & Kno,
                    Park 80 West-Plaza One,    250 Pehle Ave., Suite 401,    Saddle Brook, NJ 07663-5832
518580277         +Plymouth Industries, LLC,    Tesser & Cohen,    946 Main St.,    Hackensack, NJ 07601-5136
518625327         +Portuguese Structural Steel Inc,    255 South Street,    Newark, NJ 07114-2910
518518903         +Precise Services Corp.,    c/o Brach Eichler LLC,    Attn: Carl J. Soranno, Esq.,
                    101 Eisenhower Parkway,    Roseland, NJ 07068-1053
518578624         +RBH Projects LLC,    c/o Alan J. Brody, Esq,    Greenberg Traurig, LLP,
                    500 Campus Drive, Suite 400,    Florham Park, New Jersey 07932-1025
518580542         +RMS Industries of New York Inc.,     d/b/a Reliance Mechanical Services,    95-F Hoffman Lane,
                    Islandia, New York 11749-5020
518575569         +RTI Restoration Tech, Inc.,    c/o Carl J. Soranno, Esq.,    Brach Eichler LLC,
                    101 Eisenhower Parkway,    Roseland, NJ 07068-1053
518577192         +Rexel, Inc.,    14951 Dallas Parkway,    Dallas, Texas 75254-6784
518580304         +Rexel, Inc.,    K. Johnson Vyzas, Esq.,    1771 Front St.,    Scotch Plains, NJ 07076-1154
518510176         +Reynolds Painting Group NJ LLC,    60 Amwell Road,    Flemington, N.J. 08822-1986
518516799         +Reynolds Painting Group NJ, LLC,    c/o Bart J. Klein, Esq.,    2066 Millburn Ave., Suite 101,
                    Maplewood, NJ 07040-3722
518660550         +S&S Roofing, Inc.,    c/o Tesser & Cohen,    946 Main Street,    Hackensack, NJ 07601-5100,
                    Attn: Danielle Cohen, Esq.
```

```
District/off: 0312-3                  User: admin                       Page 5 of 10                          Date Rcvd: May 29, 2020
                                      Form ID: pdf905                   Total Noticed: 242


518666968         +SP Builders Contractors, Inc.,    c/o Jenny R. Kasen, Esq.,    1874 E. Marlton Pike, Suite 3,
                   Cherry Hill, NJ 08003-2038
518665978         +SP Builders Contractors, Inc.,    431 Saint Mihiel Drive, Suite 104,    Riverside, NJ 08075-3030
518708625        ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Department of Treasury,
                   Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
518558418         +STMR, Inc.,    c/o Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive, Suite 2F,
                   Morris Plains, NJ 07950-1287
518576833         +Samph Contracting,    946 Main St,    Hackensack, NJ 07601-5136
518575557         +Samph Contracting, LLC,    4750 Blue Church Road,    Coopersburg, PA 18036-9503
518564773         +Sanitary Construction Co.,    73 North Main St.,    Cranbury, NJ 08512-3242
518563676        #+Sanitary Construction Company,    271 Route 46 West,    Fairfield, New Jersey 07004-2430
518576795         +Sauder Manufacturing Co.,    c/o Joseph M. Garemore, Esq.,    Brown & Connery, LLP,
                   6 North Broad Street, Suite 100,    Woodbury, NJ 08096-4635
518573638         +Schenck, Price, Smith & King, LLP,    220 Park Avenue,    Florham Park, New Jersey 07932-1047
518580303         +Schnell Contracting Systems, LLC,    The Kelly Firm, PC,    1011 Hwy. 71,
                   Spring Lake, NJ 07762-3231
518576890         +Schnell Contracting Systems, LLC,    919 Rte. 33 Unit #37,    Freehold, NJ 07728-8471
518580191        #+South Shore Iron Works, Inc.,    407 W. 109th Street,    Chicago, Illinois 60628-3216
518583417         +South Shore Iron Works, Inc.,    Kevin Russell, Esq.,    921 Summit Ave.,
                   Jersey City, NJ 07307-3740
518574856         +Sparwick Contracting Inc.,    21 Sunset Inn Road,    Lafayette Township, NJ 07848-4051
518576447         +Sparwick Contracting, Inc.,    Greg Trif, Esq.,    89 Headquaters Plz., North, Ste. 1201,
                   Morristown, NJ 07960-6834
518576087         +Starlite Electric, LLC,    c/o Robert Saul Molnar, Esq.,    1330 Hamburg Turnpike,
                   Wayne, NJ 07470-4057
518496786          State Line Construction Co., Inc.,    Florio Perucci et als,    218 Rte. 17, No., Ste. 410,
                   Rochelle Park, NJ  07662
518495249        #+State Line Construction Company, Inc.,    234 Pacific Street,    Newark, NJ 07114-2830
518456115        #+Stateline Construction Co, Inc,    234 Pacific Street,    Newark, NJ 07114-2830,
                   Attn: Paula Cecere
518518935         +Strategic Contract Brands, Inc. d/b/a Autostone/Au,    c/o Brach Eichler LLC,
                   Attn: Carl J. Soranno, Esq.,    101 Eisenhower Parkway,    Roseland, NJ 07068-1053
518578667         +Sunny Brook Pressed Concrete Co., Inc.,    c/o Philip W. Allogramento, Esq.,    Connell Foley LLP,
                   56 Livingston Avenue,    Roseland, New Jersey 07068-1733
518498895         +Support of Excavation,    c/o Fein Such Kahn & Shepard, PC,    7 Century Dr., Suite 201,
                   Parsippany, NJ 07054-4609
518579529         +Target Fire Protection,    c/o Norris McLaughlin, P.A.,    400 Crossing Boulevard, 8th Floor,
                   Bridgewater, NJ 08807-2863,    Attn:  Melissa A. Pena, Esq.
518575566         +The Gillespie Group,    5 Chris Court, Suite G,    Dayton, New Jersey 08810-1544
518576851         +The Gillespie Group, Inc,,    946 Main St.,    Hackensack, NJ 07601-5136
518456108         +Tore Electric Company,    85 Franklin Road,    Units 4A & 5A,    Dover, NJ 07801-5632
518576025         +Unique Scaffolding, LLC,    c/o Greg Pasquale, Esq.,    Shain Schaffer PC,
                   150 Morristown Road, Suite 105,    Bernardsville, New Jersey 07924-2626
518668840         +Universal Systems, Inc.,    c/o McLoughlin O’Hara,    250 Park Ave, Fl. 7,
                   New York, NY 10177-0799
518572069         +Vector Structural Preservation Corp.,    c/o: Law Offices of Mitchell J. Malzberg,    PO Box 5122,
                   Clinton, NJ 08809-0122
518572272         +Ware Malcomb, Inc.,    10 Edelman,    Irvine CA 92618-4312
518513709         +Wells Fargo Financial Leasing, Inc.,    800 Walnut St.,    MAC F0005-055,
                   Des Moines, IA 50309-3605
518608493         +Woodlawn Electrical Supply, Inc.,    Attn Christopher T. Bonante, Esq.,
                   14 Mamaroneck Avenue, 3rd Floor,    White Plains, NY 10601-3319
518456126         +Zabransky Mechanical,    44 Mehrhof Road,    Little Ferry, NJ, 07643,
                   Nelson Zabransky 07643-2023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: sbse.cio.bnc.mail@irs.gov May 30 2020 00:27:54      Dist Dir of IRS,
                   Insolvency Function,    PO Box 724,    Springfield, NJ 07081-0724
smg               E-mail/Text: usanj.njbankr@usdoj.gov May 30 2020 00:28:38      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2020 00:28:34      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
acc              +E-mail/Text: delmarie.velazquez@eisneramper.com May 30 2020 00:29:16      Eisner Amper LLP,
                   111 Wood Avenue South,    Iselin, NJ 08830-2874
cr               +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM May 30 2020 00:27:25      LEG Acquisition LLC,
                   C/O Corporation Service Company,    2711 Centerville Road,    Suite 400,    Wilmington, DE  19808,
                   UNITED STATES 19808-1645
518580460        +E-mail/Text: rnies@wolffsamson.com May 30 2020 00:27:34
                   Arch Insurance Company & Arch Reinsurance Company,    c/o Robert E. Nies, Esq.,
                   Chiesa Shahinian & Giantomasi PC,    1 Boland Drive,    West Orange, NJ 07052-3686
518576780        +E-mail/Text: kkemple@njblsfunds.org May 30 2020 00:26:20
                   New Jersey Building Laborers’ Statewide Benefit Fu,    c/o Kroll Heieneman Carton LLC,
                   99 Wood Avenue South, Suite 307,    Iselin, New Jersey 08830-2715
518563678         E-mail/Text: bankruptcies@willscot.com May 30 2020 00:26:14      Williams Scotsman Inc,
                   901 S. Bond St,    STE 600/ Bankruptcy,    Baltimore, MD 21231
                                                                                              TOTAL: 8
```

```
District/off: 0312-3          User: admin              Page 6 of 10              Date Rcvd: May 29, 2020
                              Form ID: pdf905          Total Noticed: 242

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
op              10X CEO Coaching
acc             EisnerAmper LLP
intp            Waypoint Hackensack Urban Renewal Owner LLC
cr              c/o Marguerite M. Unique Scaffolding Systems, LLC,   Unique Scaffolding, LLC, N.A.,
                 150 Morristown Road, Suite 105,   Shain Schaffer PC, 150 Morristown Road,,   Bernardsville,
                 UNITED STATES
518472911       Veteran's Road SPE, LLC,    c/o Westerman Ball Ederer Miller Zucker,
                 1201 RXR Plaza, Uniondale, New York 1155,   Attention: Mickee H. Hennessy, Esq.,
                 John E. Westerman, Esq.
cr*            +Columbian Iron Works, Inc.,    332 Vreeland Ave,    Paterson, NJ 07513-1014
cr*            +Dehn Bros.Fire Protection, Inc.,   C/o Durkin & Durkin, LLC,    1120 Bloomfield Ave.,
                 West Caldwell, NJ 07006-7138
cr*            +Jonasz Precast, Inc.,   829 Delsea Drive,   Westville, NJ 08093-1232
cr*             Liberty Mutual Insurance Company,   181 Bay Street,   Suite 900,   Toronto(ON),   M5J 2T3,
                 CANADA
cr*            +State Line Construction Company, Inc.,    234 Pacific Street,   Newark, NJ 07114-2830
518576193*     +Air Group LLC,    Carl J. Soranno, Esq.,   101 Eisenhower Parkway,   Roseland, NJ 07068-1032
518656654*     +Christopher Johnson,    15 Balbrook Drive,   Mendham, NJ 07945-2900
518579450*     +Control Services, LLC,    c/o M. Ross & Associates, LLC,   440 Sylvan Avenue, Suite 220,
                 Englewood Cliffs, New Jersey 07632-2700
518456562*     +Department of Treasury,    Internal Revenue Service,   P O Box 7346,
                 Philadelphia, PA 19101-7346
518661591*     +Kieran Flanagan,    339 Jefferson Road,    Parsippany, NJ 07054-3707
518664616*     +Matt Higgins,   6 Hillcrest Avenue,    Mendham, NJ 07945-1628
518576806     ##+Liberty Stone & Aggregates,    86 Lavergne Street,   Belleville, NJ 07109-1300
518576804     ##+Plymouth Industries, LLC,   86 Lavergne Street,   Belleville, NJ 07109-1300
                                                                                         TOTALS: 5, * 11, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2020 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody     on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Alexander F. Barth    on behalf of Defendant    J M Pereira And Sons Inc. abarth@cohenseglias.com
              Allen I Gorski    on behalf of Creditor    Leader Electric Co., Inc. agorski@gorskiknowlton.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
```

```
District/off: 0312-3              User: admin              Page 7 of 10              Date Rcvd: May 29, 2020
                                  Form ID: pdf905          Total Noticed: 242
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Allen J. Underwood, II   on behalf of Creditor   Horizon Blue Cross Blue Shield of New Jersey ajunderwood@beckermeisel.com, ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
        Andrea Dobin   on behalf of Creditor Committee   Official Committee of Unsecured Creditors adobin@msbnj.com
        Andrew B. Cohn   on behalf of Creditor   Jonasz Precast, Inc. acohn@kaplaw.com
        Andrew J. Kelly   on behalf of Creditor   Schnell Contracting Systems, LLC akelly@kbtlaw.com, wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw.com;tgraga@kbtlaw.com
        Andrew R. Macklin   on behalf of Creditor   Pereira Electrical Contracting, Inc. arm@njlawfirm.com
        Angelo Anthony Stio, III   on behalf of Interested Party   10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation stioa@pepperlaw.com
        Angelo Anthony Stio, III   on behalf of Interested Party   5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
        Anna Patras   on behalf of Creditor   Bohler Engineering NY, PLLC apatras@bohlereng.com
        Anthony Sodono, III   on behalf of Creditor Committee   Official Committee of Unsecured Creditors asodono@msbnj.com
        Anthony M. Rainone   on behalf of Creditor   Industrial Maintenance Industries arainone@bracheichler.com, cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com
        Arielle Adler   on behalf of Debtor   Hollister Construction Services, LLC aadler@lowenstein.com, elawler@lowenstein.com;jkimble@lowenstein.com
        Arielle Adler   on behalf of Plaintiff   Hollister Construction Services, LLC aadler@lowenstein.com, elawler@lowenstein.com;jkimble@lowenstein.com
        Bart J. Klein   on behalf of Creditor   Midway Glass & Metal Installers, Inc. bart@bartjkleinlaw.com
        Bart J. Klein   on behalf of Unknown Role Type   Apple Coring & Sawing, LLC bart@bartjkleinlaw.com
        Bart J. Klein   on behalf of Defendant   Direct Cabinet Sales Of Red Bank Inc. bart@bartjkleinlaw.com
        Bart J. Klein   on behalf of Unknown Role Type   Reynolds Painting Group NJ, LLC bart@bartjkleinlaw.com
        Benjamin A. Stanziale, Jr.   on behalf of Creditor   Life Town Inc. ben@stanzialelaw.com
        Brett Berman   on behalf of Creditor   Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
        Brian Gregory Hannon   on behalf of Creditor   Imperial Floors, LLC bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Brian R Tipton   on behalf of Defendant   State Line Construction Co. btipton@fpsflawfirm.com
        Brian R Tipton   on behalf of Creditor   State Line Construction Company, Inc. btipton@fpsflawfirm.com
        Bruce D. Buechler   on behalf of Debtor   Hollister Construction Services, LLC bbuechler@lowenstein.com
        Bryce Wallace Newell   on behalf of Creditor   LEG Acquisition LLC bnewell@rosenbergestis.com
        Carl J. Soranno   on behalf of Creditor   Air Group, LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
        Carl J. Soranno   on behalf of Defendant   Air Group, LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
        Carl J. Soranno   on behalf of Defendant   Industrial Maintenance, Inc. csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
        Carl J. Soranno   on behalf of Defendant   Haddad Heating & Plumbing Inc. csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
        Carol L. Knowlton   on behalf of Creditor   KSS Architects cknowlton@gorskiknowlton.com
        Charles A. Gruen   on behalf of Creditor   Michaels Electrical Supply Corp. cgruen@gruenlaw.com
        Charles R Cohen   on behalf of Creditor   Pereira Electrical Contracting, Inc. crc@njlawfirm.com
        Christopher M. Santomassimo   on behalf of Creditor   Dancker csantomassimo@ndslaw.com
        Christopher P. Coval   on behalf of Creditor   Allglass Systems, LLC ccoval@fsdc-law.com
        Clement J Farley   on behalf of Creditor   Mercedes-Benz USA, LLC cfarley@mccarter.com
        Curtiss T. Jameson   on behalf of Creditor   C Restoration, Inc. cjameson@jamesonesq.com
        Daniel Stolz   on behalf of Creditor   147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
        Daniel Stolz   on behalf of Interested Party   Latitude East Owner, LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
        Daniel Stolz   on behalf of Interested Party   Latitude West Owner, LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
        Danielle Cohen   on behalf of Creditor   Orion Interiors, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen   on behalf of Creditor   Global Development Contractors, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen   on behalf of Creditor   National Fireproofing & Insulation Co., Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen   on behalf of Creditor   Herc Rentals, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen   on behalf of Creditor   MDS Construction dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen   on behalf of Creditor   Samph Contracting, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen   on behalf of Defendant   Global Development Contractors, L.L.C. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Darren R. Marks   on behalf of Creditor   Accordia Harrison Urban Renewal, LLC dmarks@borahgoldstein.com, nagwu@borahgoldstein.com

```
District/off: 0312-3          User: admin              Page 8 of 10            Date Rcvd: May 29, 2020
                              Form ID: pdf905          Total Noticed: 242
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com, ciarkowski@wilentz.com
        David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
        David L. Stevens    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc. dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
        David L. Stevens    on behalf of Creditor    All Brands Elevator Industries, Inc. dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
        Donald B. Veix, Jr.    on behalf of Creditor    Bohler Engineering NY, PLLC donveixlaw@gmail.com, dveix@hartylawgroup.com
        Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO donna.thompson@dlthompsonlaw.com, dlthompsonlaw@aol.com
        Douglas Clagett Gray    on behalf of Defendant    Carson Corporation dgray@mdsfirm.com
        Edmund Campbell    on behalf of Creditor    Glass Systems Tech, LLC aweisenberger@campbellroccolaw.com
        Eric Biderman    on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability company eric.biderman@arentfox.com
        Eric J. Hughes    on behalf of Creditor    Liberty Mutual Insurance Company ehughes@mdmc-law.com
        Ericka Fredricks Johnson    on behalf of Interested Party    Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) ErJohnson@wcsr.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
        Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com, fpisano@coleschotz.com
        Frank F. Velocci    on behalf of Creditor    NSA 18th Avenue, LLC frank.velocci@faegredrinker.com, brian.morgan@dbr.com
        Grant Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com, lschindler@wbny.com
        Greg Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com, gtrif@triflaw.com
        Greg Trif    on behalf of Defendant    K R Masonry L.L.C. gtrif@triflaw.com, gtrif@triflaw.com
        Greg Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com, gtrif@triflaw.com
        Greg Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com, gtrif@triflaw.com
        Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us
        Hisham I. Masri    on behalf of Creditor    Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com, m.duran@hmasrilaw.com
        Ilana Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com, fpisano@coleschotz.com;ssallie@coleschotz.com
        Jacob Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC jfrumkin@coleschotz.com
        James A. Kellar    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless jkellar@mccarter.com
        James C. Dezao, III    on behalf of Creditor Antonio Zarfino gerald@dezaolaw.com
        James C. Dezao, III    on behalf of Creditor Mayer Weberman gerald@dezaolaw.com
        Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
        Jay L. Lubetkin    on behalf of Interested Party Christopher Johnson jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
        Jay L. Lubetkin    on behalf of Interested Party Kieran Flanagan jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
        Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
        Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
        Jeffrey Paul Valacer    on behalf of Creditor    MixOnSite USA, Inc. jvalacer@cohenseglias.com
        Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc. jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
        Jenny R. Kasen    on behalf of Defendant    SP Builders Contractors Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com
        Jenny R. Kasen    on behalf of Defendant    Bailey's Square Janitorial Service, Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com
        John O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        John O'Boyle    on behalf of Defendant    Imperial Floors Limited Liability Company joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        John O'Boyle    on behalf of Defendant    Bender Enterprises, Inc. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com, ecf-fe4957a0ba6a@ecf.pacerpro.com
        Joseph Cicala    on behalf of Defendant    Tore Electric Company jcicala@gpmlegal.com, jcicala@gpmlegal.com
        Joseph H. Lemkin    on behalf of Creditor    Fabcon Precast jlemkin@stark-stark.com
        Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
        Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
        Joseph J. DiPasquale    on behalf of Debtor    Hollister Construction Services, LLC jdipasquale@lowenstein.com, jkimble@lowenstein.com

```
District/off: 0312-3              User: admin                Page 9 of 10                  Date Rcvd: May 29, 2020
                                  Form ID: pdf905            Total Noticed: 242

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joseph J. DiPasquale    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com, jkimble@lowenstein.com
              Joseph J. DiPasquale    on behalf of Defendant    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com, jkimble@lowenstein.com
              Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Sunstone Hotels Morristown, LLC jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Redevelopment Company, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Redevelopment Company, LLC
               jschwartz@riker.com
              Joseph R Zapata, Jr.    on behalf of Creditor    STMR, Inc. jzapata@msklaw.net
              Joseph R. Fischer    on behalf of Defendant    Nordic Contracting Company, Inc.
               jfischer@kiernanstrenk.com
              Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jraymond@msbnj.com
              K. Joseph Vyzas    on behalf of Creditor    Rexel, Inc. joe@carlawyernj.com
              Karen L Thurston    on behalf of Creditor    Myrage LLC kthurston@frkblaw.com
              Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Kenneth A. Rosen    on behalf of Attorney    Lowenstein Sandler LLP krosen@lowenstein.com,
               dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Defendant    Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
              Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
              Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services, LLC LBDiener@optimum.net
              Lawrence B. Diener    on behalf of Defendant    Advanced Scaffold Services Mid-Atlantic LLC
               LBDiener@optimum.net
              Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services Mid-Atlantic LLC
               LBDiener@optimum.net
              Marc D. Miceli    on behalf of Plaintiff    Hollister Construction Services, LLC
               mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
              Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing
               mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
              Margreta Morgulas    on behalf of Creditor    3L & Company, Inc. mmorgulas@okinhollander.com
              Marguerite Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
               mschaffer@shainlaw.com
              Mario A. Batelli    on behalf of Petitioning Creditor 360 Fire Prevention    360 Fire Prevention LLC
               mbatelli@fostermazzielaw.com
              Mark E. Felger    on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com,
               sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
              Martin P. Skolnick    on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware
               mskolnick@gmail.com
              Martin P. Skolnick    on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
              Mary E. Seymour    on behalf of Attorney    Lowenstein Sandler LLP mseymour@lowenstein.com
              Mary E. Seymour    on behalf of Debtor    Hollister Construction Services, LLC
               mseymour@lowenstein.com
              Melissa A. Pena    on behalf of Creditor    Target Fire Protection mapena@norris-law.com,
               pfreda@nmmlaw.com
              Meredith I. Friedman    on behalf of Creditor    CTC Academy mfriedman@wilentz.com,
               ciarkowski@wilentz.com
              Michael Kahme    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
               mkahme@hillwallack.com, fmansmann@hillwallack.com
              Michael Stafford    on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal,
               norddemaio@aol.com;adamnorddemaio@aol.com
              Michael D. Sirota    on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com,
               fpisano@coleschotz.com
              Michael J. Shavel    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
               mshavel@hillwallack.com
              Michael R. Herz    on behalf of Creditor    Troon Electric of New Jersey LLC
               mherz@foxrothschild.com, cbrown@foxrothschild.com
```

```
District/off: 0312-3          User: admin              Page 10 of 10              Date Rcvd: May 29, 2020
                              Form ID: pdf905          Total Noticed: 242
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Michele Lane Ross    on behalf of Creditor    Control Services, LLC sterry@mrossllc.com,
               arivera@mrossllc.com
              Mitchell Malzberg    on behalf of Creditor    Vector Structural Preservation Corp.
               mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
              Morris S. Bauer    on behalf of Creditor    Ware Malcomb msbauer@nmmlaw.com,
               rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com
              Murphy Durkin    on behalf of Creditor    Dehn Bros.Fire Protection, Inc.
               maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com
              Nicholas Verna    on behalf of Interested Party    Interlink Transport Technologies, Inc. (dba MSC
               Technology (North America) Inc.) nick.verna@wbd-us.com
              Nicole M. Nigrelli    on behalf of Defendant    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
              Nicole M. Nigrelli    on behalf of Defendant    Delcon Builders Inc. nnigrelli@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
              Nicole M. Nigrelli    on behalf of Interested Party    Delcon Builders, Inc.
               nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
              Nicole M. Nigrelli    on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
              Pearl Shah    on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
              Peter Broege    on behalf of Creditor    Encon Mechancial Corp pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC
               pallogramento@connellfoley.com
              Philip William Allogramento    on behalf of Creditor    Environmental Devices, Inc.
               pallogramento@connellfoley.com
              Richard Brant Forrest    on behalf of Creditor    DeSesa Engineering Company, Inc.
               rforrest@oslaw.com
              Richard E. Weltman    on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com,
               mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
              Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company
               rnies@csglaw.com
              Robert Saul Molnar    on behalf of Creditor    Starlite Electric LLC molnarrs@aol.com
              Rocco A. Cavaliere    on behalf of Creditor    Titan Industrial Services Corp.
               rcavaliere@tarterkrinsky.com
              Ryan M. Ernst    on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
              Sam Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               sdellafera@msbnj.com
              Seth Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds
               (the "Funds") sptasiewicz@krollfirm.com
              Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com,
               AutoDocketWILM@duanemorris.com
              Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com,
               balaa@pepperlaw.com
              Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation jonaitis@pepperlaw.com, balaa@pepperlaw.com
              Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University
               sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
              Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation
               sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
              Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com,
               courtnotices@herrick.com;lporetsky@herrick.com
              Steven J. Mitnick    on behalf of Plaintiff    Hollister Construction Services, LLC
               smitnick@sm-lawpc.com, lindsay@sm-lawpc.com
              Stuart Komrower    on behalf of Defendant    Orion Interiors, Inc. skomrower@coleschotz.com,
               fpisano@coleschotz.com
              Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University
               sdarling@walsh.law, mvargas@walsh.law
              Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law,
               mvargas@walsh.law
              Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company
               tschellhorn@riker.com
              Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
               tschellhorn@riker.com
              Thomas D. McKeon    on behalf of Creditor    FN Dynamic, Inc tmckeonlaw@aol.com,
               lesliebrown.paralegal@gmail.com
              Thomas D. McKeon    on behalf of Creditor    FN Dynamic Inc tmckeonlaw@aol.com,
               lesliebrown.paralegal@gmail.com
              Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tchasin@riker.com
              Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Redevelopment Company
               tchasin@riker.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com,
               jlafferty@capehart.com
              Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com
                                                                                                TOTAL: 181
```