UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Thomas D. McKeon, Esq.
570 Kearny Avenue
Kearny, NJ 07032
(201) 997-2700
Fax (201) 997-4557
Attorney for FN Dynamic, Inc.

In Re:

Hollister Construction Services, LLC

Case No.: 19-27439-MBK

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 6/11/20

Judge: Kaplan

## ADJOURNMENT REQUEST

1. I, __Thomas D. McKeon, Esq.__,

   ☒ am the attorney for: __FN Dynamic, Inc.__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: FN Dynamic, Inc's Motion for an Order allowing it to file a Proof of Claim (1127)

   Current hearing date and time: 6/11/2020 at 10:00 AM

   New date requested: 6/25/2020 at 10:00 AM

   Reason for adjournment request: The parties are working to reach a resolution of this matter without incurring the expense of litigation. Creditor will provide more information.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 6/2/2020

Thomas D. McKeon, Esq.
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 6/25/20 at 10:00 am            ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____            ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

new.9/23/15