UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Objection Deadline:<br>**June 25, 2020 at 4:00 p.m.** |

**MONTHLY STAFFING AND COMPENSATION REPORT
OF 10X CEO COACHING, LLC FOR THE PERIOD
MAY 1, 2020 THROUGH MAY 31, 2020**

In accordance with the *Final Order Authorizing Debtor to (i) Employ and Retain 10X CEO Coaching, LLC and (ii) Designate Paul Belair as Chief Restructuring Officer for the Debtor Effective as of the Petition Date* entered on January 17, 2020 [Docket No. 823], 10X CEO Coaching, LLC ("10X") hereby submits its Monthly Staffing and Compensation Report (the "Staffing Report") for the period of May 1, 2020 through May 31, 2020 (the "Compensation Period").

During the Compensation Period, 10X incurred $8,965.00 in fees and $0.00 in expenses for a total amount of $8.965.00 as reflected in the attached exhibits.

Dated:  June 9, 2020

                                        10X CEO Coaching, LLC
                                        P.O. Box 5117
                                        Youngstown, Ohio 44515

                                          */s/ Paul Belair*
                                      By:   Paul Belair
                                             Chief Executive Officer

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3

06/09/2020 **206564769**.1

## EXHIBITS

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of 10X CEO Coaching, LLC for the Period of May 1, 2020 through May 31, 2020.

**Exhibit A - Summary of Compensation and Expenses**

**Exhibit B - Summary of Fees and Hours by Professional and Description of Responsibilities of Professional**

**Exhibit C - Summary of Expenses**

## EXHIBIT "A"

**Hollister Construction Services, LLC**
**Summary of Compensation and Expenses**
**May 1, 2020 through May 31, 2020**

| | |
|---|---|
| **Professional Fees:** | **$8,965.00** |
| (All professional services were rendered by Paul Belair) | |
| **Expenses:** | **$     0.00** |
| **Total Invoice:** | **$8,965.00** |

**EXHIBIT "B"**

**Hollister Construction Services, LLC**
**Summary of Fees and Hours by Professional and**
**Description of Responsibilities of Professional**
**May 1, 2020 through May31, 2020**



P.O. Box 5117
Youngstown, OH 44515

**Paul J. Belair's Time For May 2020**

| Date: | Description: | Total Min @$550/hr | Total $: |
|---|---|---|---|
| 5/1/20 | Call w/Woodbury Re: a Preference Matter | 0.1 | $55.00 |
| | Call w/Sean Camo Re: Prioritizing Work to Complete Open Settlement Agreement's | 0.3 | $165.00 |
| | Call w/Katz Re: a Preference Matter | 0.1 | $55.00 |
| | Call w/Michael Jacoby Re: Ironside, Sale of PSL's & Independent Managers New Scope of Work | 0.2 | $110.00 |
| | Call w/Katz to Revise Exhibit B for a Preference Matter | 0.1 | $55.00 |
| | | **0.8** | **$440.00** |
| 5/5/20 | Call w/Sam Perrotta to Review Veterans Prepetition Payments & Discuss a Preference Matter | 0.2 | $110.00 |
| | Call w/Katz to Discuss a Preference Matter | 0.1 | $55.00 |
| | Call w/Michael Jacoby & Michael Ochs to Review the Ironside Potential Settlement | 1.1 | $605.00 |
| | Call w/Katz to Review an Amended Preference Response | 0.4 | $220.00 |
| | | **1.8** | **$990.00** |
| 5/6/20 | Call w/Katz to Discuss a Preference Matter | 0.1 | $55.00 |
| | Call w/Michael Ochs to Discuss a Preference Matter | 0.1 | $55.00 |
| | Call w/Sean Camo to Review Responses to Michael Jacoby's Questions on Certain Late Payments by Owners & Discuss A/R Collections | 0.2 | $110.00 |
| | | **0.4** | **$220.00** |
| 5/7/20 | Call w/Chris Johnson, Michael Ochs & Katz Re: a Preference Matter | 0.9 | $495.00 |
| | Call w/Michael Jacoby to Review Status of Case | 0.3 | $165.00 |
| | Call w/Katz Re: a Revised Preference Complaint | 0.2 | $110.00 |
| | | **1.4** | **$770.00** |
| 5/8/20 | Numerous Calls w/Katz Re: a Preference Matter | 0.7 | $385.00 |
| | Call w/Ken Rosen Re: Strategy for the Case | 0.2 | $110.00 |
| | Call w/Steven Mitnick Re: a Preference Matter | 0.2 | $110.00 |

| | | | |
|---|---|---:|---:|
| | Call w/Sean Camo Re: A/R Collection Matters | 0.1 | $55.00 |
| | Call w/Chris Johnson Re: Status of Case | 0.1 | $55.00 |
| | | **1.3** | **$715.00** |
| 5/12/20 | Zoom w/Sam Perrotta & Sean Camo to Review Lemkin A/R Follow-up Questions | 0.5 | $275.00 |
| | Call w/Katz Re: a Revised Preference Matter | 0.1 | $55.00 |
| | | **0.6** | **$330.00** |
| 5/13/20 | Numerous Calls w/Katz Re: a Preference Matter | 0.4 | $220.00 |
| | Zoom Call w/Hollister Team Re: A/R Collections | 0.3 | $165.00 |
| | | **0.7** | **$385.00** |
| 5/18/20 | Call w/Katz Re: a Preference Matter | 0.1 | $55.00 |
| | Zoom Call w/Hollister Team to Review The Status of each go forward Job & To Do | 0.4 | $220.00 |
| | Call w/Sean Camo to Review Drat of the 17th CCO | 0.2 | $110.00 |
| | | **0.7** | **$385.00** |
| 5/19/20 | Numerous Calls w/Sean Camo to Prepare 17th CCO | 1.0 | $550.00 |
| | Call w/Joseph Lemkin A/R Collections | 0.1 | $55.00 |
| | Call w/Katz Re: a Preference Matter | 0.2 | $110.00 |
| | Call w/Chris Johnson to Review 17th CCO | 0.4 | $220.00 |
| | | **1.7** | **$935.00** |
| 5/20/20 | Call w/Sam Perrotta & Sean Camo to Review GC's by Job | 0.3 | $165.00 |
| | Call w/Sean Camo to Prepare for Michael Jacoby Call | 0.2 | $110.00 |
| | Call w/Michael Jacoby & Jennifer Kimble to Review Michael's Cash Questions | 0.7 | $385.00 |
| | | **1.2** | **$660.00** |
| 5/21/20 | Call w/Steven Mitnick Re: GC's in Escrow | 0.2 | $110.00 |
| | Call w/Katz Re: a Preference Matter | 0.2 | $110.00 |
| | Call w/Michael Ochs Re: Legal Matters Re: Case | 0.3 | $165.00 |
| | | **0.7** | **$385.00** |
| 5/26/20 | Call w/Katz Re: a Preference Matter | 0.1 | $55.00 |
| | Zoom Call w/Hollister Team to Review Status of Each Open Item | 0.8 | $440.00 |
| | Call w/Chris Johnson & Sean Camo Re: Insurance Tail Coverage | 0.1 | $55.00 |
| | | **1.0** | **$550.00** |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/27/20 | Call w/Sean Camo to Review an Updated Cashflow Forecast | 1.2 | $660.00 |
| | Call w/Katz Re: a Preference Matter | 0.1 | $55.00 |
| | | **1.3** | **$715.00** |
| 5/28/20 | Numerous Calls w/Sean Camo Re: D&O Renewal Including Call w/Sobal to Confirm Extension | 0.3 | $165.00 |
| | Conference Call w/Lemkin to Review Status of A/R Collections Assigned to S&S | 0.3 | $165.00 |
| | Zoom Call w/Sean Camo & Chris Johnson to Review Staffing for the Cash Forecast | 0.3 | $165.00 |
| | | **0.9** | **$495.00** |
| 5/29/20 | Numerous Calls w/Sean Camo to Review 26 Week Cashflow Forecast | 0.3 | $165.00 |
| | Call w/Jennifer Kimble to Review 26 Week Cashflow Forecast | 0.8 | $440.00 |
| | Call w/Mary Seymour to Review Draft of Liquidation Plan | 0.7 | $385.00 |
| | | **1.8** | **$990.00** |
| | | **14.5** | **$8,965.00** |

-5-

# EXHIBIT "C"

**Hollister Construction Services, LLC**
**Summary of Expenses**
**May 1, 2020 through May 31, 2020**

**\*\*THERE WERE NO EXPENSES INCURRED THIS PERIOD**