# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Hollister Construction Services, LLC

Case No.: 19-27439

Hearing Date: _____

Chapter: 11

Judge: Michael B. Kaplan

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Michael B. Kaplan__, United States Bankruptcy Judge.

**Reason for Hearing:** Motion for Relief from Stay re: STATE COURT PERSONAL INJURY CASE

**Location of Hearing:** Courtroom No. 8
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

Telephonic Hearing

**Date and Time:** July 2, 2020 at 10:00 am, or as soon thereafter as counsel may be heard.

***PLEASE ARRANGE WITH COURT SOLUTIONS: WWW.COURT-SOLUTIONS.COM or (917) 746-7476 FOR TELEPHONIC HEARING.

**COURT APPEARANCES:**  ☒ ARE REQUIRED  ☐ ARE NOT REQUIRED

DATE: June 9, 2020

JEANNE A. NAUGHTON, Clerk

By: Wendy Romero
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __June 9__, 20__20__ this notice was served on the following: Debtor, Debtor's Attorney, Wilmer O. Rodriguez, John Ratkowitz and U.S. Trustee.

JEANNE A. NAUGHTON, Clerk

By: Wendy Romero
Deputy Clerk

*rev.1/4/17*