# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | | |
|---|---|---|
| Hollister Construction Services, LLC | Case No.: | 19-27439 |
| | Hearing Date: | 7/2/20 at 10:00 am |
| | Chapter: | 11 |
| | Judge: | Michael B. Kaplan |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Michael B. Kaplan__, United States Bankruptcy Judge.

**Reason for Hearing:** Motion for Relief from Stay re: PROCEED WITH STATE COURT PERSONAL INJURY CLAIM LITIGATION

**Location of Hearing:** Courtroom No. __8__
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

**Date and Time:** July 2, 2020 at 10:00 am, or as soon thereafter as counsel may be heard.

***PLEASE ARRANGE WITH COURT SOLUTIONS: WWW-COURT-SOLUTIONS.COM or (917) 746-7476 FOR TELEPHONIC HEARING***

**COURT APPEARANCES:**    ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: June 10, 2020

JEANNE A. NAUGHTON, Clerk

By: Wendy Romero
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_____ this notice was served on the following:

JEANNE A. NAUGHTON, Clerk

By: Wendy Romero
Deputy Clerk

*rev.1/4/17*