**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Hollister Construction Services, LLC

Case No.: 19-27439
Hearing Date:
Chapter: 11
Judge: Michael B. Kaplan

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable Michael B. Kaplan, United States Bankruptcy Judge.

**Reason for Hearing:** Motion for Relief from Stay re: STATE COURT PERSONAL INJURY CASE

**Location of Hearing:** Courtroom No. 8
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

Telephonic Hearing

**Date and Time:** July 2, 2020 at 10:00 am, or as soon thereafter as counsel may be heard.

***PLEASE ARRANGE WITH COURT SOLUTIONS: WWW.COURT-SOLUTIONS.COM or (917) 746-7476 FOR TELEPHONIC HEARING.

COURT APPEARANCES:  ☒ ARE REQUIRED  ☐ ARE NOT REQUIRED

DATE: June 9, 2020

JEANNE A. NAUGHTON, Clerk

By: Wendy Romero
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on June 9, 2020 this notice was served on the following: Debtor, Debtor's Attorney, Wilmer O. Rodriguez, John Ratkowitz and U.S. Trustee.

JEANNE A. NAUGHTON, Clerk

By: Wendy Romero
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 19-27439-MBK
Hollister Construction Services, LLC                                     Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 5              Date Rcvd: Jun 09, 2020
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2020.
db          +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707
aty         +John Ratkowitz,    Ginarte,Gallardo Gonzalez & Winograd LLP,    400 Market Street,
              Newark, NJ 07105-2274

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2020 at the address(es) listed below:
          Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
          Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
           NJLitDock@gtlaw.com
          Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
           aciardi@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
          Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
           aciardi@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
          Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
          Alexander F. Barth    on behalf of Defendant    J M Pereira And Sons Inc. abarth@cohenseglias.com
          Allen I Gorski    on behalf of Creditor    Leader Electric Co., Inc. agorski@gorskiknowlton.com
          Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
           sandyr@sbmesq.com
          Allen J. Underwood, II    on behalf of Creditor    Horizon Blue Cross Blue Shield of New Jersey
           ajunderwood@beckermeisel.com,    ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
          Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           adobin@msbnj.com
          Andrew B. Cohn    on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
          Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
           wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
           .com;tgraga@kbtlaw.com
          Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
          Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
           Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
          Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
           Place Housing Development Fund Corporation stioa@pepperlaw.com
          Anna Patras    on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohlereng.com
          Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors asodono@msbnj.com
          Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
           arainone@bracheichler.com,
           cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com
          Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
           elawler@lowenstein.com;jkimble@lowenstein.com
          Arielle Adler    on behalf of Plaintiff    Hollister Construction Services, LLC
           aadler@lowenstein.com,    elawler@lowenstein.com;jkimble@lowenstein.com
          Bart J. Klein    on behalf of Unknown Role Type    Reynolds Painting Group NJ, LLC
           bart@bartjkleinlaw.com

```
District/off: 0312-3             User: admin              Page 2 of 5            Date Rcvd: Jun 09, 2020
                                 Form ID: pdf900          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Bart J. Klein    on behalf of Creditor   Midway Glass & Metal Installers, Inc.
               bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Unknown Role Type    Apple Coring & Sawing, LLC bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Defendant   Direct Cabinet Sales Of Red Bank Inc.
               bart@bartjkleinlaw.com
              Benjamin A. Stanziale, Jr.    on behalf of Creditor   Life Town Inc. ben@stanzialelaw.com
              Brett Berman    on behalf of Creditor   Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
              Brian Gregory Hannon    on behalf of Creditor   Imperial Floors, LLC bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Brian R Tipton    on behalf of Defendant   State Line Construction Co. btipton@fpsflawfirm.com
              Brian R Tipton    on behalf of Creditor   State Line Construction Company, Inc.
               btipton@fpsflawfirm.com
              Bruce D. Buechler    on behalf of Debtor   Hollister Construction Services, LLC
               bbuechler@lowenstein.com
              Bryce Wallace Newell    on behalf of Creditor   LEG Acquisition LLC bnewell@rosenbergestis.com
              Carl J. Soranno    on behalf of Defendant   Haddad Heating & Plumbing Inc.
               csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
              Carl J. Soranno    on behalf of Creditor   Air Group, LLC csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
              Carl J. Soranno    on behalf of Defendant   Air Group, LLC csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
              Carl J. Soranno    on behalf of Defendant   Industrial Maintenance, Inc. csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
              Carol L. Knowlton    on behalf of Creditor    KSS Architects cknowlton@gorskiknowlton.com
              Charles A. Gruen    on behalf of Creditor   Michaels Electrical Supply Corp. cgruen@gruenlaw.com
              Charles R Cohen    on behalf of Creditor   Pereira Electrical Contracting, Inc. crc@njlawfirm.com
              Christopher M. Santomassimo    on behalf of Creditor   Dancker csantomassimo@ndslaw.com
              Christopher P. Coval    on behalf of Creditor   Allglass Systems, LLC ccoval@fsdc-law.com
              Clement J Farley    on behalf of Creditor   Mercedes-Benz USA, LLC cfarley@mccarter.com
              Curtiss T. Jameson    on behalf of Creditor   C Restoration, Inc. cjameson@jamesonesq.com
              Daniel Stolz    on behalf of Interested Party   Latitude West Owner, LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel Stolz    on behalf of Creditor   147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel Stolz    on behalf of Interested Party   Latitude East Owner, LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Danielle Cohen    on behalf of Creditor   National Fireproofing & Insulation Co., Inc.
               dcohen@tessercohen.com,  ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor   Herc Rentals, Inc. dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor   MDS Construction dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor   Samph Contracting, LLC dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Defendant   Global Development Contractors, L.L.C.
               dcohen@tessercohen.com,  ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor   Orion Interiors, Inc. dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle Cohen    on behalf of Creditor   Global Development Contractors, LLC
               dcohen@tessercohen.com,  ddelucia@tessercohen.com
              Darren R. Marks    on behalf of Creditor   Accordia Harrison Urban Renewal, LLC
               dmarks@borahgoldstein.com,  nagwu@borahgoldstein.com
              David H. Stein    on behalf of Creditor   CTC Academy dstein@wilentz.com,  ciarkowski@wilentz.com
              David L. Bruck    on behalf of Creditor   Nomad Framing, LLC bankruptcy@greenbaumlaw.com
              David L. Stevens    on behalf of Creditor   Atlantic Engineering Laboratories of NY, Inc.
               dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              David L. Stevens    on behalf of Creditor   All Brands Elevator Industries, Inc.
               dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              Donald B. Veix, Jr.    on behalf of Creditor   Bohler Engineering NY, PLLC donveixlaw@gmail.com,
               dveix@hartylawgroup.com
              Donna L. Thompson    on behalf of Creditor   Prendimano Electrical Maintenance Co. t/a PEMCO
               donna.thompson@dlthompsonlaw.com,  dlthompson@aol.com
              Douglas Clagett Gray    on behalf of Defendant   Carson Corporation dgray@mdsfirm.com
              Edmund Campbell    on behalf of Creditor   Glass Systems Tech, LLC
               aweisenberger@campbellroccolaw.com
              Eric Biderman    on behalf of Creditor   SBLP Princeton, LLC, a Delaware limited liability
               company eric.biderman@arentfox.com
              Eric J. Hughes    on behalf of Creditor   Liberty Mutual Insurance Company ehughes@mdmc-law.com
              Ericka Fredricks Johnson    on behalf of Interested Party   Interlink Transport Technologies, Inc.
                (dba MSC Technology (North America) Inc.) ErJohnson@wcsr.com,
               Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
              Felice R. Yudkin    on behalf of Interested Party   Newkirk Realty LLC fyudkin@coleschotz.com,
               fpisano@coleschotz.com

```
District/off: 0312-3              User: admin             Page 3 of 5              Date Rcvd: Jun 09, 2020
                                  Form ID: pdf900         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Frank F. Velocci    on behalf of Creditor    NSA 18th Avenue, LLC frank.velocci@faegredrinker.com, brian.morgan@dbr.com
        Grant  Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com, lschindler@wbny.com
        Greg   Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com,   gtrif@triflaw.com
        Greg   Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com,   gtrif@triflaw.com
        Greg   Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com, gtrif@triflaw.com
        Greg   Trif    on behalf of Defendant    K R Masonry L.L.C. gtrif@triflaw.com,   gtrif@triflaw.com
        Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us
        Hisham I. Masri    on behalf of Creditor    Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com, m.duran@hmasrilaw.com
        Ilana  Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com, fpisano@coleschotz.com;ssallie@coleschotz.com
        Jacob  Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC jfrumkin@coleschotz.com
        James A. Kellar    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless jkellar@mccarter.com
        James C. Dezao, III    on behalf of Creditor Antonio   Zarfino gerald@dezaolaw.com
        James C. Dezao, III    on behalf of Creditor Mayer   Weberman gerald@dezaolaw.com
        Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
        Jay L. Lubetkin    on behalf of Interested Party Kieran   Flanagan jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
        Jay L. Lubetkin    on behalf of Interested Party Christopher   Johnson jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
        Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
        Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
        Jeffrey Paul Valacer    on behalf of Creditor    MixOnSite USA, Inc. jvalacer@cohenseglias.com
        Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc. jwh@njlawfirm.com,   ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
        Jenny R. Kasen    on behalf of Defendant    SP Builders Contractors Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com
        Jenny R. Kasen    on behalf of Defendant    Bailey's Square Janitorial Service, Inc. jkasen@kasenlaw.com,   dkasen@kasenlaw.com
        John  O'Boyle    on behalf of Defendant    Bender Enterprises, Inc. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        John  O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        John  O'Boyle    on behalf of Defendant    Imperial Floors Limited Liability Company joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com, ecf-fe4957a0ba6a@ecf.pacerpro.com
        Joseph  Cicala    on behalf of Defendant    Tore Electric Company jcicala@gpmlegal.com, jcicala@gpmlegal.com
        Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
        Joseph H. Lemkin    on behalf of Creditor    Fabcon Precast jlemkin@stark-stark.com
        Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
        Joseph J. DiPasquale    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC jdipasquale@lowenstein.com,   jkimble@lowenstein.com
        Joseph J. DiPasquale    on behalf of Defendant    Hollister Construction Services, LLC jdipasquale@lowenstein.com,   jkimble@lowenstein.com
        Joseph J. DiPasquale    on behalf of Debtor    Hollister Construction Services, LLC jdipasquale@lowenstein.com,   jkimble@lowenstein.com
        Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Creditor    Sunstone Hotels Morristown, LLC jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Redevelopment Company, LLC jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Redevelopment Company, LLC jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company jschwartz@riker.com
        Joseph R Zapata, Jr.    on behalf of Creditor    STMR, Inc. jzapata@msklaw.net
        Joseph R. Fischer    on behalf of Defendant    Nordic Contracting Company, Inc. jfischer@kiernantrenk.com
        Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors jraymond@msbnj.com
        K. Joseph Vyzas    on behalf of Creditor    Rexel, Inc. joe@carlawyernj.com
        Karen L Thurston    on behalf of Creditor    Myrage LLC kthurston@frkblaw.com

```
District/off: 0312-3              User: admin              Page 4 of 5              Date Rcvd: Jun 09, 2020
                                  Form ID: pdf900          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com,
           kdilks@cvmlawoffices.com
          Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com,
           kdilks@cvmlawoffices.com
          Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC
           krosen@lowenstein.com, dclaussen@lowenstein.com
          Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC
           krosen@lowenstein.com, dclaussen@lowenstein.com
          Kenneth A. Rosen    on behalf of Other Prof.    10X CEO Coaching krosen@lowenstein.com,
           dclaussen@lowenstein.com
          Kenneth A. Rosen    on behalf of Attorney    Lowenstein Sandler LLP krosen@lowenstein.com,
           dclaussen@lowenstein.com
          Kenneth A. Rosen    on behalf of Defendant    Hollister Construction Services, LLC
           krosen@lowenstein.com, dclaussen@lowenstein.com
          Kenneth A. Rosen    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC
           krosen@lowenstein.com, dclaussen@lowenstein.com
          Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
          Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
          Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services, LLC LBDiener@optimum.net
          Lawrence B. Diener    on behalf of Defendant    Advanced Scaffold Services Mid-Atlantic LLC
           LBDiener@optimum.net
          Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services Mid-Atlantic LLC
           LBDiener@optimum.net
          Marc D. Miceli    on behalf of Plaintiff    Hollister Construction Services, LLC
           mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
          Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing
           mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
          Margreta Morgulas    on behalf of Creditor    3L & Company, Inc. mmorgulas@okinhollander.com
          Marguerite Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
           mschaffer@shainlaw.com
          Mario A. Batelli    on behalf of Petitioning Creditor 360 Fire Prevention    360 Fire Prevention LLC
           mbatelli@fostermazzielaw.com
          Mark E. Felger    on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com,
           sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Martin P. Skolnick    on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware
           mskolnick@gmail.com
          Martin P. Skolnick    on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
          Mary E. Seymour    on behalf of Debtor    Hollister Construction Services, LLC
           mseymour@lowenstein.com
          Mary E. Seymour    on behalf of Attorney    Lowenstein Sandler LLP mseymour@lowenstein.com
          Melissa A. Pena    on behalf of Creditor    Target Fire Protection mapena@norris-law.com,
           pfreda@nmmlaw.com
          Meredith I. Friedman    on behalf of Creditor    CTC Academy mfriedman@wilentz.com,
           ciarkowski@wilentz.com
          Michael Kahme    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
           mkahme@hillwallack.com, fmansmann@hillwallack.com
          Michael Stafford    on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal,
           norddemaio@aol.com;adamnorddemaio@aol.com
          Michael D. Sirota    on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com,
           fpisano@coleschotz.com
          Michael J. Shavel    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
           mshavel@hillwallack.com
          Michael R. Herz    on behalf of Creditor    Troon Electric of New Jersey LLC
           mherz@foxrothschild.com, cbrown@foxrothschild.com
          Michele Lane Ross    on behalf of Creditor    Control Services, LLC sterry@mrossllc.com,
           arivera@mrossllc.com
          Mitchell Malzberg    on behalf of Creditor    Vector Structural Preservation Corp.
           mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
          Morris S. Bauer    on behalf of Creditor    Ware Malcomb msbauer@nmmlaw.com,
           rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com
          Murphy Durkin    on behalf of Creditor    Dehn Bros.Fire Protection, Inc.
           maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com
          Nicholas Verna    on behalf of Interested Party    Interlink Transport Technologies, Inc. (dba MSC
           Technology (North America) Inc.) nick.verna@wbd-us.com
          Nicole M. Nigrelli    on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli    on behalf of Defendant    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli    on behalf of Defendant    Delcon Builders Inc. nnigrelli@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli    on behalf of Interested Party    Delcon Builders, Inc.
           nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Pearl Shah    on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
          Peter Broege    on behalf of Creditor    Encon Mechanical Corp pbroege@bnfsbankruptcy.com,
           G1580@notify.cincompass.com
          Philip William Allogramento    on behalf of Creditor    Environmental Devices, Inc.
           pallogramento@connellfoley.com
```

```
District/off: 0312-3                  User: admin                       Page 5 of 5                  Date Rcvd: Jun 09, 2020
                                      Form ID: pdf900                   Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC pallogramento@connellfoley.com
          Richard Brant Forrest    on behalf of Creditor    DeSesa Engineering Company, Inc. rforrest@oslaw.com
          Richard E. Weltman    on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com, mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
          Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company rnies@csglaw.com
          Robert Saul Molnar    on behalf of Creditor    Starlite Electric LLC molnarrs@aol.com
          Rocco A. Cavaliere    on behalf of Creditor    Titan Industrial Services Corp. rcavaliere@tarterkrinsky.com
          Ryan M. Ernst    on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
          Sam Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors sdellafera@msbnj.com
          Seth Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds (the "Funds") sptasiewicz@krollfirm.com
          Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com, AutoDocketWILM@duanemorris.com
          Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation jonaitis@pepperlaw.com, balaa@pepperlaw.com
          Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com, balaa@pepperlaw.com
          Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
          Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
          Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com
          Steven J. Mitnick    on behalf of Plaintiff    Hollister Construction Services, LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com
          Stuart Komrower    on behalf of Defendant    Orion Interiors, Inc. skomrower@coleschotz.com, fpisano@coleschotz.com
          Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University sdarling@walsh.law, mvargas@walsh.law
          Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law, mvargas@walsh.law
          Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company tschellhorn@riker.com
          Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tschellhorn@riker.com
          Thomas D. McKeon    on behalf of Creditor    FN Dynamic, Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
          Thomas D. McKeon    on behalf of Creditor    FN Dynamic Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
          Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Redevelopment Company tchasin@riker.com
          Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tchasin@riker.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com, jlafferty@capehart.com
          Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com

TOTAL: 182