**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>Hollister Construction Services, LLC | Case No.: 19-27439<br>Hearing Date: 7/2/20 at 10;00 AM<br>Chapter: 11<br>Judge: Michael B. Kaplan |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable **Michael B. Kaplan**, United States Bankruptcy Judge.

**Reason for Hearing:** Motion for Relief from Stay re: PROCEED WITH STATE COURT PERSONAL INJURY CLAIM LITIGATION

**Location of Hearing:** Courtroom No. 8
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

**Date and Time:** July 2, 2020 at 10:00 am, or as soon thereafter as counsel may be heard.

***PLEASE ARRANGE WITH COURT SOLUTIONS: WWW.COURT-SOLUTIONS.COM or (917) 746-7476 FOR TELEPHONIC HEARING***

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: June 9, 2020

JEANNE A. NAUGHTON, Clerk

By: Wendy Romero
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on June 9, 20 20 this notice was served on the following: Debtor, Debtor's Attorney, John Ratkowitz attorney for Leonardo Dapia, U.S. Trustee.

JEANNE A. NAUGHTON, Clerk

By: Wendy Romero
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-27439-MBK
Hollister Construction Services, LLC                                      Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 5              Date Rcvd: Jun 09, 2020
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2020.
db          +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707
aty         +John Ratkowitz,    Ginarte,Gallardo Gonzalez & Winograd LLP,    400 Market Street,
              Newark, NJ 07105-2274

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2020 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Alexander F. Barth    on behalf of Defendant    J M Pereira And Sons Inc. abarth@cohenseglias.com
              Allen I Gorski    on behalf of Creditor    Leader Electric Co., Inc. agorski@gorskiknowlton.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Allen J. Underwood, II    on behalf of Creditor    Horizon Blue Cross Blue Shield of New Jersey
               ajunderwood@beckermeisel.com,    ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
              Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               adobin@msbnj.com
              Andrew B. Cohn    on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
              Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
               .com;tgraga@kbtlaw.com
              Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
              Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation stioa@pepperlaw.com
              Anna Patras    on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohlereng.com
              Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
               arainone@bracheichler.com,
               cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com
              Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com;jkimble@lowenstein.com
              Arielle Adler    on behalf of Plaintiff    Hollister Construction Services, LLC
               aadler@lowenstein.com,    elawler@lowenstein.com;jkimble@lowenstein.com
              Bart J. Klein    on behalf of Unknown Role Type    Reynolds Painting Group NJ, LLC
               bart@bartjkleinlaw.com

```
District/off: 0312-3              User: admin                  Page 2 of 5              Date Rcvd: Jun 09, 2020
                                  Form ID: pdf900              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Bart J. Klein  on behalf of Creditor  Midway Glass & Metal Installers, Inc. bart@bartjkleinlaw.com
    Bart J. Klein  on behalf of Unknown Role Type  Apple Coring & Sawing, LLC bart@bartjkleinlaw.com
    Bart J. Klein  on behalf of Defendant  Direct Cabinet Sales Of Red Bank Inc. bart@bartjkleinlaw.com
    Benjamin A. Stanziale, Jr.  on behalf of Creditor  Life Town Inc. ben@stanzialelaw.com
    Brett Berman  on behalf of Creditor  Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
    Brian Gregory Hannon  on behalf of Creditor  Imperial Floors, LLC bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
    Brian R Tipton  on behalf of Defendant  State Line Construction Co. btipton@fpsflawfirm.com
    Brian R Tipton  on behalf of Creditor  State Line Construction Company, Inc. btipton@fpsflawfirm.com
    Bruce D. Buechler  on behalf of Debtor  Hollister Construction Services, LLC bbuechler@lowenstein.com
    Bryce Wallace Newell  on behalf of Creditor  LEG Acquisition LLC bnewell@rosenbergestis.com
    Carl J. Soranno  on behalf of Defendant  Haddad Heating & Plumbing Inc. csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
    Carl J. Soranno  on behalf of Creditor  Air Group, LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
    Carl J. Soranno  on behalf of Defendant  Air Group, LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
    Carl J. Soranno  on behalf of Defendant  Industrial Maintenance, Inc. csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
    Carol L. Knowlton  on behalf of Creditor  KSS Architects cknowlton@gorskiknowlton.com
    Charles A. Gruen  on behalf of Creditor  Michaels Electrical Supply Corp. cgruen@gruenlaw.com
    Charles R Cohen  on behalf of Creditor  Pereira Electrical Contracting, Inc. crc@njlawfirm.com
    Christopher M. Santomassimo  on behalf of Creditor  Dancker csantomassimo@ndslaw.com
    Christopher P. Coval  on behalf of Creditor  Allglass Systems, LLC ccoval@fsdc-law.com
    Clement J Farley  on behalf of Creditor  Mercedes-Benz USA, LLC cfarley@mccarter.com
    Curtiss T. Jameson  on behalf of Creditor  C Restoration, Inc. cjameson@jamesonesq.com
    Daniel Stolz  on behalf of Interested Party  Latitude West Owner, LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
    Daniel Stolz  on behalf of Creditor  147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
    Daniel Stolz  on behalf of Interested Party  Latitude East Owner, LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
    Danielle Cohen  on behalf of Creditor  National Fireproofing & Insulation Co., Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
    Danielle Cohen  on behalf of Creditor  Herc Rentals, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
    Danielle Cohen  on behalf of Creditor  MDS Construction dcohen@tessercohen.com, ddelucia@tessercohen.com
    Danielle Cohen  on behalf of Creditor  Samph Contracting, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
    Danielle Cohen  on behalf of Defendant  Global Development Contractors, L.L.C. dcohen@tessercohen.com, ddelucia@tessercohen.com
    Danielle Cohen  on behalf of Creditor  Orion Interiors, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
    Danielle Cohen  on behalf of Creditor  Global Development Contractors, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
    Darren R. Marks  on behalf of Creditor  Accordia Harrison Urban Renewal, LLC dmarks@borahgoldstein.com, nagwu@borahgoldstein.com
    David H. Stein  on behalf of Creditor  CTC Academy dstein@wilentz.com, ciarkowski@wilentz.com
    David L. Bruck  on behalf of Creditor  Nomad Framing, LLC bankruptcy@greenbaumlaw.com
    David L. Stevens  on behalf of Creditor  Atlantic Engineering Laboratories of NY, Inc. dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
    David L. Stevens  on behalf of Creditor  All Brands Elevator Industries, Inc. dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
    Donald B. Veix, Jr.  on behalf of Creditor  Bohler Engineering NY, PLLC donveixlaw@gmail.com, dveix@hartylawgroup.com
    Donna L. Thompson  on behalf of Creditor  Prendimano Electrical Maintenance Co. t/a PEMCO donna.thompson@dlthompsonlaw.com, dlthompson@aol.com
    Douglas Clagett Gray  on behalf of Defendant  Carson Corporation dgray@mdsfirm.com
    Edmund Campbell  on behalf of Creditor  Glass Systems Tech, LLC aweisenberger@campbellroccolaw.com
    Eric Biderman  on behalf of Creditor  SBLP Princeton, LLC, a Delaware limited liability company eric.biderman@arentfox.com
    Eric J. Hughes  on behalf of Creditor  Liberty Mutual Insurance Company ehughes@mdmc-law.com
    Ericka Fredricks Johnson  on behalf of Interested Party  Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) ErJohnson@wcsr.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
    Felice R. Yudkin  on behalf of Interested Party  Newkirk Realty LLC fyudkin@coleschotz.com, fpisano@coleschotz.com

```
District/off: 0312-3              User: admin                    Page 3 of 5                      Date Rcvd: Jun 09, 2020
                                  Form ID: pdf900                Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Frank F. Velocci    on behalf of Creditor    NSA 18th Avenue, LLC frank.velocci@faegredrinker.com, brian.morgan@dbr.com

        Grant Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com, lschindler@wbny.com

        Greg Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com, gtrif@triflaw.com

        Greg Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com, gtrif@triflaw.com

        Greg Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com, gtrif@triflaw.com

        Greg Trif    on behalf of Defendant    K R Masonry L.L.C. gtrif@triflaw.com, gtrif@triflaw.com

        Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us

        Hisham I. Masri    on behalf of Creditor    Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com, m.duran@hmasrilaw.com

        Ilana Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com, fpisano@coleschotz.com;ssallie@coleschotz.com

        Jacob Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC jfrumkin@coleschotz.com

        James A. Kellar    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless jkellar@mccarter.com

        James C. Dezao, III    on behalf of Creditor Antonio    Zarfino gerald@dezaolaw.com

        James C. Dezao, III    on behalf of Creditor Mayer    Weberman gerald@dezaolaw.com

        Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

        Jay L. Lubetkin    on behalf of Interested Party Kieran    Flanagan jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com

        Jay L. Lubetkin    on behalf of Interested Party Christopher    Johnson jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com

        Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com

        Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com

        Jeffrey Paul Valacer    on behalf of Creditor    MixOnSite USA, Inc. jvalacer@cohenseglias.com

        Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc. jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com

        Jenny R. Kasen    on behalf of Defendant    SP Builders Contractors Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com

        Jenny R. Kasen    on behalf of Defendant    Bailey's Square Janitorial Service, Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com

        John O'Boyle    on behalf of Defendant    Bender Enterprises, Inc. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com

        John O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com

        John O'Boyle    on behalf of Defendant    Imperial Floors Limited Liability Company joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com

        Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com, ecf-fe4957a0ba6a@ecf.pacerpro.com

        Joseph Cicala    on behalf of Defendant    Tore Electric Company jcicala@gpmlegal.com, jcicala@gpmlegal.com

        Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com

        Joseph H. Lemkin    on behalf of Creditor    Fabcon Precast jlemkin@stark-stark.com

        Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com

        Joseph J. DiPasquale    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC jdipasquale@lowenstein.com, jkimble@lowenstein.com

        Joseph J. DiPasquale    on behalf of Defendant    Hollister Construction Services, LLC jdipasquale@lowenstein.com, jkimble@lowenstein.com

        Joseph J. DiPasquale    on behalf of Debtor    Hollister Construction Services, LLC jdipasquale@lowenstein.com, jkimble@lowenstein.com

        Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC jschwartz@riker.com

        Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com

        Joseph L. Schwartz    on behalf of Creditor    Sunstone Hotels Morristown, LLC jschwartz@riker.com

        Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Redevelopment Company, LLC jschwartz@riker.com

        Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Urban Renewal, LLC jschwartz@riker.com

        Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Redevelopment Company, LLC jschwartz@riker.com

        Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Urban Renewal, LLC jschwartz@riker.com

        Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company jschwartz@riker.com

        Joseph R Zapata, Jr.    on behalf of Creditor    STMR, Inc. jzapata@msklaw.net

        Joseph R. Fischer    on behalf of Defendant    Nordic Contracting Company, Inc. jfischer@kiernantrenk.com

        Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors jraymond@msbnj.com

        K. Joseph Vyzas    on behalf of Creditor    Rexel, Inc. joe@carlawyernj.com

        Karen L Thurston    on behalf of Creditor    Myrage LLC kthurston@frkblaw.com

```
District/off: 0312-3              User: admin              Page 4 of 5              Date Rcvd: Jun 09, 2020
                                  Form ID: pdf900          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Karen M Murray    on behalf of Interested Party   P3 Metals, LLC kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Kenneth A. Rosen    on behalf of Plaintiff   Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Debtor   Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Other Prof.   10X CEO Coaching krosen@lowenstein.com,
               dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Attorney   Lowenstein Sandler LLP krosen@lowenstein.com,
               dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Defendant   Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of 3rd Party Plaintiff   Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Larry L. Miller    on behalf of Creditor   L&W Supply Corporation llmlaw@outlook.com
              Lauren Bielskie    on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov
              Laurence D. Pittinsky    on behalf of Attorney   Boyd Mechanical, LLC larry@rpllplaw.com
              Lawrence B. Diener    on behalf of Creditor   Advanced Scaffold Services, LLC LBDiener@optimum.net
              Lawrence B. Diener    on behalf of Defendant   Advanced Scaffold Services Mid-Atlantic LLC
               LBDiener@optimum.net
              Lawrence B. Diener    on behalf of Creditor   Advanced Scaffold Services Mid-Atlantic LLC
               LBDiener@optimum.net
              Marc D. Miceli    on behalf of Plaintiff   Hollister Construction Services, LLC
               mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
              Marc D. Miceli    on behalf of Interested Party   R. Cipollini, Inc. t/a Cipollini Roofing
               mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
              Margreta Morgulas    on behalf of Creditor    3L & Company, Inc. mmorgulas@okinhollander.com
              Marguerite Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
               mschaffer@shainlaw.com
              Mario A. Batelli    on behalf of Petitioning Creditor 360 Fire Prevention   360 Fire Prevention LLC
               mbatelli@fostermazzielaw.com
              Mark E. Felger    on behalf of Interested Party   Ricoh USA, Inc. mfelger@cozen.com,
               sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
              Martin P. Skolnick    on behalf of Creditor   Archmills LLC d/b/a ArchMills Doors and Hardware
               mskolnick@gmail.com
              Martin P. Skolnick    on behalf of Creditor   Stateline Fabricators, LLC mskolnick@gmail.com
              Mary E. Seymour    on behalf of Debtor   Hollister Construction Services, LLC
               mseymour@lowenstein.com
              Mary E. Seymour    on behalf of Attorney   Lowenstein Sandler LLP mseymour@lowenstein.com
              Melissa A. Pena    on behalf of Creditor   Target Fire Protection mapena@norris-law.com,
               pfreda@nmmlaw.com
              Meredith I. Friedman    on behalf of Creditor   CTC Academy mfriedman@wilentz.com,
               ciarkowski@wilentz.com
              Michael Kahme    on behalf of Creditor   Accordia Harrison Urban Renewal, LLC
               mkahme@hillwallack.com, fmansmann@hillwallack.com
              Michael Stafford    on behalf of Creditor   Anvil Craft Corp. mjstafford@nordlaw.legal,
               norddemaio@aol.com;adamnorddemaio@aol.com
              Michael D. Sirota    on behalf of Interested Party   Newkirk Realty LLC msirota@coleschotz.com,
               fpisano@coleschotz.com
              Michael J. Shavel    on behalf of Creditor   Accordia Harrison Urban Renewal, LLC
               mshavel@hillwallack.com
              Michael R. Herz    on behalf of Creditor   Troon Electric of New Jersey LLC
               mherz@foxrothschild.com, cbrown@foxrothschild.com
              Michele Lane Ross    on behalf of Creditor   Control Services, LLC sterry@mrossllc.com,
               arivera@mrossllc.com
              Mitchell Malzberg    on behalf of Creditor   Vector Structural Preservation Corp.
               mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
              Morris S. Bauer    on behalf of Creditor   Ware Malcomb msbauer@nmmlaw.com,
               rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com
              Murphy Durkin    on behalf of Creditor   Dehn Bros.Fire Protection, Inc.
               maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com
              Nicholas Verna    on behalf of Interested Party   Interlink Transport Technologies, Inc. (dba MSC
               Technology (North America) Inc.) nick.verna@wbd-us.com
              Nicole M. Nigrelli    on behalf of Interested Party   Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
              Nicole M. Nigrelli    on behalf of Defendant   Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
              Nicole M. Nigrelli    on behalf of Defendant   Delcon Builders Inc. nnigrelli@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
              Nicole M. Nigrelli    on behalf of Interested Party   Delcon Builders, Inc.
               nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
              Pearl Shah    on behalf of Creditor   Kone Inc. pshah@mcgrailbensinger.com
              Peter Broege    on behalf of Creditor   Encon Mechanical Corp pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Philip William Allogramento    on behalf of Creditor   Environmental Devices, Inc.
               pallogramento@connellfoley.com

```
District/off: 0312-3              User: admin              Page 5 of 5              Date Rcvd: Jun 09, 2020
                                  Form ID: pdf900          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC pallogramento@connellfoley.com
        Richard Brant Forrest    on behalf of Creditor    DeSesa Engineering Company, Inc. rforrest@oslaw.com
        Richard E. Weltman    on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com, mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
        Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company rnies@csglaw.com
        Robert Saul Molnar    on behalf of Creditor    Starlite Electric LLC molnarrs@aol.com
        Rocco A. Cavaliere    on behalf of Creditor    Titan Industrial Services Corp. rcavaliere@tarterkrinsky.com
        Ryan M. Ernst    on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
        Sam Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors sdellafera@msbnj.com
        Seth Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds (the "Funds") sptasiewicz@krollfirm.com
        Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com, AutoDocketWILM@duanemorris.com
        Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation jonaitis@pepperlaw.com, balaa@pepperlaw.com
        Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com, balaa@pepperlaw.com
        Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
        Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
        Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com
        Steven J. Mitnick    on behalf of Plaintiff    Hollister Construction Services, LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com
        Stuart Komrower    on behalf of Defendant    Orion Interiors, Inc. skomrower@coleschotz.com, fpisano@coleschotz.com
        Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University sdarling@walsh.law, mvargas@walsh.law
        Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law, mvargas@walsh.law
        Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company tschellhorn@riker.com
        Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tschellhorn@riker.com
        Thomas D. McKeon    on behalf of Creditor    FN Dynamic, Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
        Thomas D. McKeon    on behalf of Creditor    FN Dynamic Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
        Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Redevelopment Company tchasin@riker.com
        Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tchasin@riker.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com, jlafferty@capehart.com
        Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com

                                                                                                                TOTAL: 182