EisnerAmper LLP
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000
*Accountants and Financial Advisors to the Official Committee of*
*Unsecured Creditors of Hollister Construction Services, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the Matter of:

HOLLISTER CONSTRUCTION SERVICES, LLC,　　　　Case No. 19-27439 (MBK)
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　　(Honorable Michael B. Kaplan)

　　　　　　　　　　Debtor.

**EIGHTH MONTHLY FEE STATEMENT OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF
MAY 1, 2020 THROUGH MAY 31, 2020**

EisnerAmper LLP

By: */s/ Anthony R. Calascibetta*
　　　Anthony R. Calascibetta

**Hollister Construction Services, LLC**
**TIME SUMMARY BY PROFESSIONAL**
**May 1, 2020 through May 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Anthony R. Calascibetta CPA, CFF, CTP | Partner | 2.7 | $ 570.00 | $ 1,539.00 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 1.3 | 540.00 | 702.00 |
| DelMarie Velazquez | Paraprofessional | 1.0 | 130.00 | 130.00 |
| **GRAND TOTAL** | | **5.0** | **$ 474.20** | **$2,371.00** |

\* Rates change annually effective August 1st.

| | |
|---|---|
| FEE TOTALS | $2,371.00 |
| LESS: 20% VOLUNTARY DISCOUNT | (474.20) |
| **NET FEE AND EXPENSES REQUESTED** | **$1,896.80** |

# ~ Exhibit A ~

**Hollister Construction Services, LLC**
**May 1, 2020 through May 31, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| Anthony Calascibetta | 05/04/2020 | Discussed escrow account with S. Della Fera, MSB. | $ 570.00 | 0.2 | $ 114.00 |
| Anthony Calascibetta | 05/05/2020 | Discussed budget with W. Pederson, EisnerAmper. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 05/07/2020 | Discussed request for updated budget, escrow account and projects updates with S. Della Fera, MSB. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 05/20/2020 | Discussed status of operations and cash collateral budget with S. Della Fera, MSB. | 570.00 | 0.2 | 114.00 |
| William Pederson | 05/26/2020 | Call with counsel re: case status and next steps. | 540.00 | 0.1 | 54.00 |
| Anthony Calascibetta | 05/26/2020 | Discussed status of updated budget with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss status of updated budget. | 570.00 | 0.1 | 57.00 |
| William Pederson | 05/28/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: case update, upcoming Committee call and next steps. | 540.00 | 0.7 | 378.00 |
| Anthony Calascibetta | 05/28/2020 | Discussion with S. Della Fera, MSB and W. Pederson, EisnerAmper relating to potential settlement with insiders, Arch claim, escrow account and updated budget. | 570.00 | 0.7 | 399.00 |
| Anthony Calascibetta | 05/28/2020 | Discussed 26 week budget with W. Pederson, EisnerAmper. | 570.00 | 0.1 | 57.00 |
| | | **Business Operations Total** | | **2.5** | **1,401.00** |
| William Pederson | 05/28/2020 | Attend Creditor Committee call. | 540.00 | 0.5 | 270.00 |
| Anthony Calascibetta | 05/28/2020 | Attended Committee conference call. | 570.00 | 0.6 | 342.00 |
| | | **Client Meeting Total** | | **1.1** | **612.00** |
| DelMarie Velazquez | 05/11/2020 | Preparation of April monthly fee statement. | 130.00 | 1.0 | 130.00 |
| Anthony Calascibetta | 05/11/2020 | Preparation of monthly fee statement. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 05/19/2020 | Preparation of April monthly fee statement. | 570.00 | 0.2 | 114.00 |
| | | **Fee/Employment Application Total** | | **1.4** | **358.00** |
| | | Total Hours and Fees | | 5.0 | 2,371.00 |
| | | Less: 20% Voluntary Discount | | | (474.20) |
| | | **Grand Total** | | | **$ 1,896.80** |