| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* |

**Order Filed on June 24, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,[1]
Debtor.

Chapter 11

Case No. 19-27439 (MBK)

**Hearing Date: June 25, 2020 at 10:00 a.m. (ET)**

# ORDER RESOLVING FN DYNAMIC, INC.'S
# <u>MOTION TO FILE A LATE PROOF OF CLAIM</u>

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: June 24, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3
06/24/2020 206652050.1

Page:     2
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Resolving FN Dynamic, Inc.'s Motion to File a Late Proof of Claim

___

Upon the motion (the "Motion")[2] of FN Dynamic, Inc. ("FN Dynamic"), for entry of an order allowing it to file a late proof of claim in the general unsecured amount of $114,093.10 after expiration of the January 20, 2020 general claims bar date [Docket No. 1127]; and the Debtor having scheduled FN Dynamic as having a general unsecured claim in the amount of $56,242.71; and FN Dynamic and the Debtor having resolved the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, as amended on September 18, 2012; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.   FN Dynamic has an allowed, general unsecured claim in the amount of $75,000.00.

2.   This Order supersedes Proof of Claim # 538, which FN Dynamic filed on May 6, 2020. FN Dynamic shall receive no distribution on account of Proof of Claim #538, which shall be deemed disallowed and expunged.

3.   FN Dynamic waives any right to assert any other or further claim, or to or file any other or further proof of claim, against the Debtor and/or its estate.

4.   Prime Clerk shall modify the claims register in accordance with this Order.

5.   The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.   This Order is effective immediately upon entry.

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

Page:      3
Debtor:    Hollister Construction Services, LLC
Case No.:  19-27439 (MBK)
Caption:   Order Resolving FN Dynamic, Inc.'s Motion to File a Late Proof of Claim
_____

       7.      This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation or enforcement of this Order.