UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on June 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Hollister Construction Services, LLC

Case No.: 19-27439

Hearing Date: 7/23/20 @ 10:00 am

Judge: Michael B. Kaplan

# ORDER AND NOTICE ON DISCLOSURE STATEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 22, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having noted that a Plan and Disclosure Statement have been filed by _____Kenneth A. Rosen_____ as attorney(s) for the _____debtor_____ and for good cause shown, it is

ORDERED that pursuant to the provisions of Bankruptcy Rule 3017 (a), hearing on the adequacy of the Disclosure Statement shall be held before Chief Judge _____Michael B. Kaplan_____ at the following time and place:

| | |
|---|---|
| DATE AND TIME: | July 23, 2020 at 10:00 am |
| COURTROOM: | #8 |
| PLACE: | United States Bankruptcy Court |
| | 402 East State Street |
| | Trenton, New Jersey 08608 |

ORDERED that notice of said hearing shall be sent by the Clerk of the Bankruptcy Court in accordance with the provisions of Bankruptcy Rule 3017 (a) at least 28 days prior to the hearing date. Written objections to the adequacy of the Disclosure Statement shall be filed with the Clerk of this Court and served upon counsel for the Debtor, Counsel for the Creditor's Committee and upon the United States Trustee no later than 14 days prior to the hearing before this Court, unless otherwise directed by the court; and it is further

ORDERED that copies of the Disclosure Statement and Plan, together with copies of this Notice and Order, shall be served by the proponent of the Disclosure Statement and Plan on the Debtor, United State Trustee, Counsel for the Creditor's Committee, and the Securities and Exchange Commission.  Such copies shall also be provided by the proponent to any party in interest, upon written request; and it is further

ORDERED that no creditor or other party in interest shall be heard in opposition to the adequacy of the Disclosure Statement without good cause, unless such party shall have served and filed such objection within the aforementioned time and effected service upon the parties named above.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:                                                                               Case No. 19-27439-MBK
Hollister Construction Services, LLC                                                 Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 5           Date Rcvd: Jun 22, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
db             +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Alexander F. Barth    on behalf of Defendant    J M Pereira And Sons Inc. abarth@cohenseglias.com
              Allen I Gorski    on behalf of Creditor    Leader Electric Co., Inc. agorski@gorskiknowlton.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Allen J. Underwood, II    on behalf of Creditor    Horizon Blue Cross Blue Shield of New Jersey
               ajunderwood@beckermeisel.com,    ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
              Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               adobin@msbnj.com
              Andrew B. Cohn    on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
              Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
               .com;tgraga@kbtlaw.com
              Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
              Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation stioa@pepperlaw.com
              Anna Patras    on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohleneng.com
              Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
               arainone@bracheichler.com,
               cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com
              Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com;jkimble@lowenstein.com
              Arielle Adler    on behalf of Plaintiff    Hollister Construction Services, LLC
               aadler@lowenstein.com,    elawler@lowenstein.com;jkimble@lowenstein.com
              Bart J. Klein    on behalf of Creditor    Midway Glass & Metal Installers, Inc.
               bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Unknown Role Type    Reynolds Painting Group NJ, LLC
               bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Unknown Role Type    Apple Coring & Sawing, LLC bart@bartjkleinlaw.com

```
District/off: 0312-3                  User: admin                Page 2 of 5                  Date Rcvd: Jun 22, 2020
                                      Form ID: pdf903            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

       Bart J. Klein    on behalf of Defendant    Direct Cabinet Sales Of Red Bank Inc.
       bart@bartjkleinlaw.com
       Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
       Brett Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
       Brian Gregory Hannon    on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com,
       sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
       Brian R Tipton    on behalf of Defendant    State Line Construction Co. btipton@fpsflawfirm.com
       Brian R Tipton    on behalf of Creditor    State Line Construction Company, Inc.
       btipton@fpsflawfirm.com
       Brian W. Hofmeister    on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com,
       j119@ecfcbis.com
       Bruce D. Buechler    on behalf of Debtor    Hollister Construction Services, LLC
       bbuechler@lowenstein.com
       Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
       Carl J. Soranno    on behalf of Defendant    Haddad Heating & Plumbing Inc.
       csoranno@bracheichler.com,
       dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
       Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
       dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
       Carl J. Soranno    on behalf of Defendant    Air Group, LLC csoranno@bracheichler.com,
       dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
       Carl J. Soranno    on behalf of Defendant    Industrial Maintenance, Inc. csoranno@bracheichler.com,
       dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
       Carol L. Knowlton    on behalf of Creditor    KSS Architects cknowlton@gorskiknowlton.com
       Charles A. Gruen    on behalf of Creditor    Michaels Electrical Supply Corp. cgruen@gruenlaw.com
       Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
       Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
       Christopher P. Coval    on behalf of Creditor    Allglass Systems, LLC ccoval@fsdc-law.com
       Clement J Farley    on behalf of Creditor    Mercedes-Benz USA, LLC cfarley@mccarter.com
       Curtiss T. Jameson    on behalf of Creditor    C Restoration, Inc. cjameson@jamesonesq.com
       Daniel Stolz    on behalf of Interested Party    Latitude West Owner, LLC dstolz@wjslaw.com,
       dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
       Daniel Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
       dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
       Daniel Stolz    on behalf of Interested Party    Latitude East Owner, LLC dstolz@wjslaw.com,
       dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
       Danielle Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc.
       dcohen@tessercohen.com,    ddelucia@tessercohen.com
       Danielle Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com,
       ddelucia@tessercohen.com
       Danielle Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com,
       ddelucia@tessercohen.com
       Danielle Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com,
       ddelucia@tessercohen.com
       Danielle Cohen    on behalf of Defendant    Global Development Contractors, L.L.C.
       dcohen@tessercohen.com,    ddelucia@tessercohen.com
       Danielle Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com,
       ddelucia@tessercohen.com
       Danielle Cohen    on behalf of Creditor    Global Development Contractors, LLC
       dcohen@tessercohen.com,    ddelucia@tessercohen.com
       Darren R. Marks    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
       dmarks@borahgoldstein.com,    nagwu@borahgoldstein.com
       David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com,    ciarkowski@wilentz.com
       David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
       David L. Stevens    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc.
       dstevens@scura.com,
       ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
       om
       David L. Stevens    on behalf of Creditor    All Brands Elevator Industries, Inc.
       dstevens@scura.com,
       ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
       om
       Donald B. Veix, Jr.    on behalf of Creditor    Bohler Engineering NY, PLLC donveixlaw@gmail.com,
       dveix@hartylawgroup.com
       Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO
       donna.thompson@dlthompsonlaw.com,    dlthompsonlaw@aol.com
       Douglas Clagett Gray    on behalf of Defendant    Carson Corporation dgray@mdsfirm.com
       Edmund Campbell    on behalf of Creditor    Glass Systems Tech, LLC
       aweisenberger@campbellroccolaw.com
       Eric Biderman    on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability
       company eric.biderman@arentfox.com
       Eric J. Hughes    on behalf of Creditor    Liberty Mutual Insurance Company ehughes@mdmc-law.com
       Ericka Fredricks Johnson    on behalf of Interested Party    Interlink Transport Technologies, Inc.
       (dba MSC Technology (North America) Inc.) ErJohnson@wcsr.com,
       Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
       Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com,
       fpisano@coleschotz.com

```
District/off: 0312-3                User: admin              Page 3 of 5              Date Rcvd: Jun 22, 2020
                                    Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Frank F. Velocci    on behalf of Creditor    NSA 18th Avenue, LLC frank.velocci@faegredrinker.com,
               brian.morgan@dbr.com
              Grant  Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com,
               lschindler@wbny.com
              Greg   Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com,  gtrif@triflaw.com
              Greg   Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com,  gtrif@triflaw.com
              Greg   Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com,
               gtrif@triflaw.com
              Greg   Trif    on behalf of Defendant    K R Masonry L.L.C. gtrif@triflaw.com,  gtrif@triflaw.com
              Heather Lynn  Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Hisham I. Masri    on behalf of Creditor    Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com,
               m.duran@hmasrilaw.com
              Ilana  Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com,
               fpisano@coleschotz.com;ssallie@coleschotz.com
              Jacob  Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC
               jfrumkin@coleschotz.com
              James A. Kellar    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
               jkellar@mccarter.com
              James C. Dezao, III    on behalf of Creditor Antonio   Zarfino gerald@dezaolaw.com
              James C. Dezao, III    on behalf of Creditor Mayer   Weberman gerald@dezaolaw.com
              Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc.
               jmanfrey@foxrothschild.com,
               jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              Jay L. Lubetkin    on behalf of Interested Party Kieran   Flanagan jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Interested Party Christopher   Johnson jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
              Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
              Jeffrey Paul Valacer    on behalf of Creditor    MixOnSite USA, Inc. jvalacer@cohenseglias.com
              Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc.
               jwh@njlawfirm.com,  ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
              Jenny R. Kasen    on behalf of Defendant    SP Builders Contractors Inc. jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Jenny R. Kasen    on behalf of Defendant    Bailey's Square Janitorial Service, Inc.
               jkasen@kasenlaw.com,  dkasen@kasenlaw.com
              John  O'Boyle    on behalf of Defendant    Bender Enterprises, Inc. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John  O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John  O'Boyle    on behalf of Defendant    Imperial Floors Limited Liability Company
               joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com,
               ecf-fe4957a0ba6a@ecf.pacerpro.com
              Joseph  Cicala    on behalf of Defendant    Tore Electric Company jcicala@gpmlegal.com,
               jcicala@gpmlegal.com
              Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Debtor    Hollister Construction Services, LLC
               jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Creditor    Fabcon Precast jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
              Joseph J. DiPasquale    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com,  jkimble@lowenstein.com
              Joseph J. DiPasquale    on behalf of Defendant    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com,  jkimble@lowenstein.com
              Joseph J. DiPasquale    on behalf of Debtor    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com,  jkimble@lowenstein.com
              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Sunstone Hotels Morristown, LLC jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Redevelopment Company, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Redevelopment Company, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company
               jschwartz@riker.com
              Joseph R Zapata, Jr.    on behalf of Creditor    STMR, Inc. jzapata@msklaw.net
              Joseph R. Fischer    on behalf of Defendant    Nordic Contracting Company, Inc.
               jfischer@kiernanstrenk.com
              Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jraymond@msbnj.com
```

```
District/off: 0312-3                  User: admin                  Page 4 of 5                  Date Rcvd: Jun 22, 2020
                                      Form ID: pdf903              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        K. Joseph Vyzas    on behalf of Creditor    Rexel, Inc. joe@carlawyernj.com
        Karen L Thurston    on behalf of Creditor    Myrage LLC kthurston@frkblaw.com
        Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com
        Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com
        Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen    on behalf of Other Prof.    10X CEO Coaching krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen    on behalf of Attorney    Lowenstein Sandler LLP krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen    on behalf of Defendant    Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
        Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
        Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
        Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services, LLC LBDiener@optimum.net
        Lawrence B. Diener    on behalf of Defendant    Advanced Scaffold Services Mid-Atlantic LLC LBDiener@optimum.net
        Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services Mid-Atlantic LLC LBDiener@optimum.net
        Marc D. Miceli    on behalf of Plaintiff    Hollister Construction Services, LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
        Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
        Margreta Morgulas    on behalf of Creditor    3L & Company, Inc. mmorgulas@okinhollander.com
        Marguerite Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC mschaffer@shainlaw.com
        Mario A. Batelli    on behalf of Petitioning Creditor 360 Fire Prevention    360 Fire Prevention LLC mbatelli@fostermazzielaw.com
        Mark E. Felger    on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com, sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
        Martin P. Skolnick    on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware mskolnick@gmail.com
        Martin P. Skolnick    on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
        Mary E. Seymour    on behalf of Debtor    Hollister Construction Services, LLC mseymour@lowenstein.com
        Mary E. Seymour    on behalf of Attorney    Lowenstein Sandler LLP mseymour@lowenstein.com
        Melissa A. Pena    on behalf of Creditor    Target Fire Protection mapena@norris-law.com, pfreda@nmmlaw.com
        Meredith I. Friedman    on behalf of Creditor    CTC Academy mfriedman@wilentz.com, ciarkowski@wilentz.com
        Michael Kahme    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC mkahme@hillwallack.com, fmansmann@hillwallack.com
        Michael Stafford    on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal, norddemaio@aol.com;adamnorddemaio@aol.com
        Michael D. Sirota    on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com, fpisano@coleschotz.com
        Michael J. Shavel    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC mshavel@hillwallack.com
        Michael R. Herz    on behalf of Creditor    Troon Electric of New Jersey LLC mherz@foxrothschild.com, cbrown@foxrothschild.com
        Michele Lane Ross    on behalf of Creditor    Control Services, LLC sterry@mrossllc.com, arivera@mrossllc.com
        Mitchell Malzberg    on behalf of Creditor    Vector Structural Preservation Corp. mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
        Morris S. Bauer    on behalf of Creditor    Ware Malcomb msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com
        Murphy Durkin    on behalf of Creditor    Dehn Bros.Fire Protection, Inc. maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com
        Nicholas Verna    on behalf of Interested Party    Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) nick.verna@wbd-us.com
        Nicole M. Nigrelli    on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Nicole M. Nigrelli    on behalf of Defendant    Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Nicole M. Nigrelli    on behalf of Defendant    Delcon Builders Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Nicole M. Nigrelli    on behalf of Interested Party    Delcon Builders, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Pearl Shah    on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
        Peter Broege    on behalf of Creditor    Encon Mechancial Corp pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com

```
District/off: 0312-3          User: admin               Page 5 of 5              Date Rcvd: Jun 22, 2020
                              Form ID: pdf903           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Philip William Allogramento    on behalf of Creditor    Environmental Devices, Inc. pallogramento@connellfoley.com
        Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC pallogramento@connellfoley.com
        Richard Brant Forrest    on behalf of Creditor    DeSesa Engineering Company, Inc. rforrest@oslaw.com
        Richard E. Weltman    on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com, mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
        Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company rnies@csglaw.com
        Robert Saul Molnar    on behalf of Creditor    Starlite Electric LLC molnarrs@aol.com
        Rocco A. Cavaliere    on behalf of Creditor    Titan Industrial Services Corp. rcavaliere@tarterkrinsky.com
        Ryan M. Ernst    on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
        Sam Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors sdellafera@msbnj.com
        Seth Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds (the "Funds") sptasiewicz@krollfirm.com
        Sommer Leigh Ross    on behalf of Creditor     PNC Bank, National Association slross@duanemorris.com, AutoDocketWILM@duanemorris.com
        Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation jonaitis@pepperlaw.com,  balaa@pepperlaw.com
        Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com, balaa@pepperlaw.com
        Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University sfalanga@thewalshfirm.com,  chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
        Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation sfalanga@thewalshfirm.com,  chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
        Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com
        Steven J. Mitnick    on behalf of Plaintiff    Hollister Construction Services, LLC smitnick@sm-lawpc.com,  lindsay@sm-lawpc.com
        Stuart Komrower    on behalf of Defendant    Orion Interiors, Inc. skomrower@coleschotz.com, fpisano@coleschotz.com
        Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University sdarling@walsh.law,  mvargas@walsh.law
        Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law, mvargas@walsh.law
        Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company tschellhorn@riker.com
        Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tschellhorn@riker.com
        Thomas D. McKeon    on behalf of Creditor    FN Dynamic, Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
        Thomas D. McKeon    on behalf of Creditor    FN Dynamic Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
        Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tchasin@riker.com
        Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Redevelopment Company tchasin@riker.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com, jlafferty@capehart.com
        Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com

        TOTAL: 184