UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor-in-Possession*

---

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,[1]

Debtor.

Chapter 11

Case No. 19-27439 (MBK)

Hearing Date: 7/2/20 at 10:00 a.m.

Judge: Kaplan

## ADJOURNMENT REQUEST

1.   I, Arielle B. Adler, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "Debtor"), hereby request an adjournment of the following hearings for the reason set forth below.

Matters:

- *Wilmer O. Rodriguez Hernandez's Motion For Relief From The Automatic Stay To Continue With State Court Personal Injury Claim Litigation To The Extent Of Insurance Proceeds* [Docket No. 1176]

- *Leonardo Dapia's Motion For Relief From The Automatic Stay To Continue With State Court Personal Injury Claim Litigation To The Extent Of Insurance Proceeds* [Docket No. 1179]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

-2-

- *Bartolo Chajchalac's Motion For Relief From The Automatic Stay To Continue With State Court Personal Injury Claim Litigation To The Extent Of Insurance Proceeds* [Docket No. 1181]

Current Hearing Date:  July 2, 2020 at 10:00 a.m. (ET).

New Hearing Date Requested: July 16, 2020 at 10:00 a.m.

Current Objection Deadline: June 25, 2020 at 4:00 p.m.

New Objection Deadline: July 9, 2020 at 4:00 p.m.

Reason for adjournment request:  The parties are working to reach a resolution of these motions without incurring the expense of litigation.

2. Consent to adjournment:

☒  I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: June 26, 2020                                              /s/ Arielle B. Adler
                                                                             Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date:  7/16/2020 at 10:00 am    ☐Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**