**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
| Debtor. | ) |

## AFFIDAVIT OF SERVICE

I, Nathan Chien, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On June 24, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) via email on the Core/2002 Service List attached hereto as **Exhibit A**; (2) via first class mail and email on Charles Hall Construction, LLC (MMLID: 8748764), Attn: Charles G. Hall IV, 601 Oakmont Lane, Suite 400, Westmont, IL 60559, C4build@hallmanagement.com; and (3) via first class mail and email on Much Shelist, P.C. (MMLID:10729066), Attn: Jeffrey M. Schwartz, 191 North Wacker Drive, Suite 1800, Chicago, IL 60606, jschwartz@muchlaw.com:

- Debtor's Motion for Entry of an Order Approving Settlement with Charles Hall Construction, LLC of Outstanding Account Receivable and Granting Related Relief [Docket No. 1207]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

*[Remainder of page intentionally left blank]*

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Dated: June 29, 2020

<div style="text-align: right">*/s/ Nathan Chien*
Nathan Chien</div>

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 29, 2020, by Nathan Chien, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

# **<u>Exhibit A</u>**

# Exhibit A

Core/2002 Service List

Served via email

| NAME | EMAIL |
|---|---|
| AES Lighting Group | derrick@aes-energy.com<br>jonathan@aes-energy.com |
| Arent Fox LLP | andrew.silfen@arentfox.com<br>mark.bloom@arentfox.com |
| Arent Fox LLP | mary.dowd@arentfox.com |
| Attorney General of the State of New Jersey | Heather.Anderson@law.njoag.gov |
| Becker LLC | ajunderwood@becker.legal |
| Blank Rome LLP | Rogove@BlankRome.com |
| Bohler Engineering NY, PLLC | apatras@bohlereng.com |
| Brach Eichler LLC | csoranno@bracheichler.com<br>arainone@bracheichler.com |
| Bridge Builders Newark LLC | karen.marques@bridgebuildersnewark.com |
| Broege Neumann Fischer & Shaver, L.L.C. | pbroege@bnfsbankruptcy.com |
| Buchalter, A Professional Corporation | schristianson@buchalter.com |
| Campbell Rocco Law, LLC | ecampbell@campbellroccolaw.com |
| Capehart & Scatchard, P.A., A Professional Corporation | wwright@capehart.com |
| Chiesa Shahinian & Giantomasi PC | ashahinian@csglaw.com<br>rnies@csglaw.com |
| Chiesa Shahinian & Giantomasi PC | ashahinian@csglaw.com<br>rnies@csglaw.com |
| Ciardi Ciardi & Astin | aciardi@ciardilaw.com<br>nnigrelli@ciardilaw.com |
| Cohen Seglias Pallas Greenhall & Furman, P.C. | aspilberg@cohenseglias.com<br>jvalacer@cohenseglias.com |

## Exhibit A

Core/2002 Service List
Served via email

|  |  |
|---|---|
| Cohn Lifland Pearlman Herrmann & Knopf LLP | jwh@njlawfirm.com<br>arm@njlawfirm.com<br>ap@njlawfirm.com<br>crc@njlawfirm.com |
| Cole Schotz P.C. | msirota@coleschotz.com<br>fyudkin@coleschotz.com<br>jfrumkin@coleschotz.com |
| Commonwealth of Pennsylvania, Department of Labor and Industry | ra-li-ucts-bankrupt@state.pa.us |
| Connell Foley LLP | pallogramento@connellfoley.com<br>mtaraschi@connellfoley.com |
| DL Thompson, Law, PC | Donna.Thompson@DLThompsonlaw.com |
| Drinker Biddle & Reath LLP | frank.velocci@dbr.com |
| Duane Morris LLP | jjholman@duanemorris.com |
| Duane Morris LLP | slross@duanemorris.com |
| Florio Perrucci Steinhardt & Cappelli, LLC | btipton@floriolaw.com |
| Fox Rothschild LLP | mherz@foxrothschild.com |
| Fried Frank Harris Shriver & Jacobson LLP | Gary.Kaplan@FriedFrank.com |
| Goetz Fitzpatrick LLP | gkushner@goetzfitz.com |
| Gorski & Knowlton PC | cknowlton@gorskiknowlton.com |
| Greenbaum, Rowe, Smith & Davis LLP | dbruck@greenbaumlaw.com |
| Greenberg Traurig, LLP | brodya@gtlaw.com |
| Haddad Plumbing & Heating, Inc. | JHaddad@HaddadPlumbing.com |
| Herrick Feinstein LLP | ssmith@herrick.com |
| Hill Wallack LLP | mkahme@hillwallack.com<br>mshavel@hillwallack.com |

In re: Hollister Construction Services, LLC
Case No. 19-27439 (MBK)                                                       Page 2 of 6

# Exhibit A

Core/2002 Service List
Served via email

| | |
|---|---|
| Hinckley, Allen & Snyder LLP | jdoran@hinckleyallen.com |
| Industrial Maintenance Industries | EricS@RTI-IMI.com |
| Jameson, Esq. LLC | cjameson@jamesonesq.com |
| Kaplin Stewart Meloff Reiter & Stein , P.C. | acohn@kaplaw.com |
| KF Mechanical | KFritze@kfmechanical.com |
| Kone, Inc. | Kenneth.barrows@kone.com |
| Kroll Heineman Carton | SPtasiewicz@krollfirm.com |
| Larry L Miller | llmlaw@outlook.com |
| Law Office of James C. DeZao | jreiser@dezaolaw.com |
| Law Offices of Charles A. Gruen | cgruen@gruenlaw.com |
| Law Offices of Karen Murray LLC | kmurray@murraynjlaw.com |
| Lawrence B. Diener | LBDiener@optimum.net |
| Lowenstein Sandler, LLP | aadler@lowenstein.com<br>bbuechler@lowenstein.com<br>jdipasquale@lowenstein.com<br>jkimble@lowenstein.com<br>krosen@lowenstein.com<br>mseymour@lowenstein.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | ehughes@mdmc-law.com |
| McGrail & Bensinger LLP | ivolkov@mcgrailbensinger.com<br>pshah@mcgrailbensinger.com |
| McKeon Law | tmckeonlaw@aol.com |
| McManimon, Scotland & Baumann, LLC | adobin@msbnj.com |
| McManimon, Scotland & Baumann, LLC | sdellafera@msbnj.com<br>jraymond@msbnj.com<br>asodono@msbnj.com |

# Exhibit A
Core/2002 Service List
Served via email

| | |
|---|---|
| Mellinger, Sanders & Kartzman, LLC | jzapata@msklaw.net |
| Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC | pasquales@edprop.com |
| Nicoll Davis & Spinella LLP | csantomassimo@ndslaw.com |
| Nordlaw | mjstafford@nordlaw.legal |
| Norgaard O'Boyle | bhannon@norgaardfirm.com<br>joboyle@norgaardfirm.com |
| Norris McLaughlin, P.A. | mapena@norris-law.com<br>msbauer@norris-law.com |
| O'Toole Scrivo, LLC | jzielinski@oslaw.com<br>rforrest@oslaw.com |
| Office of the United States Attorney of New Jersey | Eamonn.OHagan@usdoj.gov |
| Office of the United States Trustee for the District of New Jersey | lauren.bielskie@usdoj.gov |
| Pepper Hamilton LLP | jaffeh@pepperlaw.com<br>listwakk@pepperlaw.com |
| Pepper Hamilton LLP | jonaitiss@pepperlaw.com<br>englishr@pepperlaw.com |
| Post & Schell, P.C. | bbisignani@postschell.com |
| Rabinowitz, Lubetkin & Tully, LLC | jlubetkin@rltlawfirm.com |
| Rea & Associates, LLC | jeffrea@aol.com |
| Reddin Masri, LLC | hmasri@reddinmasrilaw.com |
| Riker Danzig Scherer Hyland & Perretti LLP | tchasin@riker.com |
| Riker, Danzig, Scherer, Hyland & Perretti LLP | jschwartz@riker.com<br>tschellhorn@riker.com |
| Rivkin Radler LLP | yale.leber@rivkin.com |

# Exhibit A

Core/2002 Service List

Served via email

| | |
|---|---|
| Robert Saul Molnar | molnarrs@aol.com |
| Rosenberg & Pittinsky L.L.P. | larry@rpllplaw.com |
| Sanray Construction, Inc. | sanrayconstruct@optimum.net |
| Schiller, Pittenger & Galvin, P.C. | jvyzas@schiller.law |
| Schwartz Barkin & Mitchell | abarkin@sbmesq.com |
| Scura, Wigfield, Heyer, Stevens & Cammarota | dsklar@scuramealey.com |
| Shain Schaffer PC | mschaffer@shainlaw.com |
| Skolnick Legal Group, P.C. | martin@skolnicklegalgroup.com |
| SM Law PC | smitnick@sm-lawpc.com<br>mmiceli@sm-lawpc.com |
| Stanziale & Stanziale, P.C. | ben@stanzialelaw.com |
| Stark & Stark | jlemkin@stark-stark.com |
| Tarter Krinsky & Drogin LLP | rcavaliere@tarterkrinsky.com<br>smarkowitz@tarterkrinsky.com |
| Tesser & Cohen | dcohen@tessercohen.com<br>ltesser@tessercohen.com |
| The Kelly Firm, P.C. | akelly@kbtlaw.com |
| Trif Law LLC | gtrif@triflaw.com |
| Troon Electric of NY, LLC | pbenvenuto@troonelectric.com |
| Walsh Pizzi O'Reilly Falanga LLP | sdarling@walsh.law<br>sfalanga@walsh.law |
| Warshaw Burstein, L.L.P. | gcornehls@wbny.com<br>mrubin@wbny.com |
| Wasserman, Jurista & Stolz, P.C. | DStolz@wjslaw.com |
| Weltman & Moskowitz, LLP | rew@weltmosk.com<br>mkj@weltmosk.com |

# Exhibit A

Core/2002 Service List
Served via email

| | |
|---|---|
| Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | mhennessy@westermanllp.com<br>jwesterman@westermanllp.com |
| Wilentz, Goldman & Spitzer, P.A. | dstein@wilentz.com<br>mfriedman@wilentz.com |