LOWENSTEIN SANDLER LLP
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 2, 2020 AT 10:00 A.M. (ET)[2]**

**MATTERS GOING FORWARD**

1. Debtor's Motion For Entry of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling A Final Hearing, And (D) Granting Related Relief [Docket No. 14; Filed 9/11/19].

    Related Documents[3]:

    a) Nineteenth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV)

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] This hearing will be conducted telephonically. Parties who wish to appear at the July 2, 2020 hearing must make arrangements through Court Solutions at http://www.Court-Solutions.com.

[3] Docket entries related to this motion, objections, responses and prior interim orders can be found on the Court's docket and the case website at https://cases.primeclerk.com/hcs/Home-Index.

37322/2
07/01/2020 206701871.2

      Granting Related Relief [Docket No. 1194; Entered 6/18/20]

Status:  The Debtor is working on a consensual order to be submitted at or prior to the July 2, 2020 hearing. This matter is going forward.

## CONTINUED MATTERS

2. Motion to Remand State Court Action to the Superior Court of New Jersey, Or, In The Alternative, Abstaining From Exercising Jurisdiction Over the State Court Action [Docket No. 473, Adv. Proc. No. 19-2222 Docket No. 5]

    a) Determination of Adjournment Request (Granted) [Docket No. 800; Filed 1/15/20]

    b) Determination of Adjournment Request (Granted) [Adv. Proc. No. 19-2222, Docket No. 11; Filed 3/3/20]

    c) Determination of Adjournment Request (Granted) [Docket No. 978; Filed 3/4/20]

    d) Determination of Adjournment Request (Granted) [Docket No. 1022; Filed 3/17/20

    e) Determination of Adjournment Request (Granted) [Docket No. 1045; Filed 3/25/20]

    f) Determination of Adjournment Request (Granted) [Docket No. 1086; Filed 4/15/20]

    g) Determination of Adjournment Request (Granted) [Docket No. 18, Adv. Proc. No. 19-2222; Filed 5/4/20]

    h) Determination of Adjournment Request (Granted) [Docket No. 19; Filed 5/19/20]

    i) Determination of Adjournment Request (Granted) [Docket No. 20; Filed 6/9/20]

    j) Determination of Adjournment Request (Granted) [Docket No. 21; Filed 7/1/20]

Objection Deadline: Originally, December 5, 2019 at 4:00 p.m. (ET), extended to February 27, 2020 at 4:00 p.m. (ET)

Responses Received:

    k) Debtor's Opposition To The NWR Entities' Motion For An Order Remanding State Court Action To The Superior Court Of New Jersey, Or, In The Alternative, Abstaining From Exercising Jurisdiction Over The State Court Action [Docket No. 960; Filed 2/27/20]

l) Reply to Objection Of The Debtor And In Further Support Of Motion Of Newark Warehouse Urban Renewal, LLC And Newark Warehouse Redevelopment Company, LLC For And Order Remanding State Court Action To The Superior Court Of New Jersey, Or, In The Alternative, Abstaining From Exercising Jurisdiction Over State Court Action [Docket No. 1019; Filed 3/16/20].

Status: The parties are working to resolve this motion without the expense of litigation. This matter has been adjourned to a hearing on July 23, 2020 at 10:00 a.m.

3. MixOnSite USA, Inc.'s Motion to Modify Stay to Permit Prosecution of Previously-Filed Construction Lien Claim Foreclosure Action (the "MixOnSite Motion") [Docket No. 848; Filed 1/23/20]

Related Documents:

a) Application to Shorten Time [Docket No. 849; Filed 1/23/20]

b) Amended Application to Shorten Time [Docket No. 851; Filed 1/24/20]

c) Order Granting Application to Shorten Time [Docket No. 854; Entered 1/24/20]

d) Certificate of Service [Docket No. 900; Filed 2/5/20]

e) Determination of Adjournment Request (Granted) [Docket No. 972; Filed 3/3/20]

f) Amended Determination of Adjournment Request (Granted) [Docket No. 977; Filed 3/4/20]

g) Determination of Adjournment Request (Granted) [Docket No. 1021; Filed 3/17/20]

h) Determination of Adjournment Request (Granted) [Docket No. 1043; Filed 3/25/20]

i) Determination of Adjournment Request (Granted) [Docket No. 1087; Filed 4/15/20]

j) Determination of Adjournment Request (Granted) [Docket No. 1124; Filed 5/4/20

k) Determination of Adjournment Request (Granted) [Docket No. 1146, Filed 5/19/20]

l) Determination of Adjournment Request (Granted) [Docket No. 1178; Filed 6/9/20]

Objection Deadline: Objections may be presented orally at the hearing.

Responses Received:

m) Objection of Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC (the "NWR Parties") to Motion of MixOnSite USA, Inc. ("MixOnSite") to Modify Stay to Permit Prosecution of Construction Lien Claim Foreclosure Action [Docket No. 925; Filed 2/10/20]

Status: MixOnSite and the NWR Parties are continuing to engage in settlement discussions. A request to adjourn this matter to a hearing on July 23, 2020 at 10:00 a.m. has been submitted to the Court and is pending.

4. Motion Of Wilmer O. Rodriguez Hernandez For Relief From The Automatic Stay To Continue With State Court Personal Injury Claim Litigation To The Extent Of Insurance Proceeds [Docket No. 1176]

Related Documents:

a) Notice of Hearing [Docket No. 1177; Filed 6/9/20]

b) Determination of Adjournment Request (Granted) [Docket No. 1221; Filed 6/29/20]

Objection Deadline: Originally, June 25, 2020 at 4:00 p.m. (ET), extended to July 9, 2020 at 4:00 p.m. (ET)

Responses Received:

c) None to date.

Status: The parties are working to resolve this motion without the expense of litigation. This matter has been adjourned to a hearing on July 16, 2020 at 10:00 a.m.

5. Motion Of Leonardo Dapia For Relief From The Automatic Stay To Continue With State Court Personal Injury Claim Litigation To The Extent Of Insurance Proceeds [Docket No. 1179]

Related Documents:

a) Notice of Hearing [Docket No. 1180; Filed 6/9/20]

b) Determination of Adjournment Request (Granted) [Docket No. 1221; Filed 6/29/20]

Objection Deadline: Originally, June 25, 2020 at 4:00 p.m. (ET), extended to July 9, 2020 at 4:00 p.m. (ET)

Responses Received:

c) None to date.

    Status:  The parties are working to resolve this motion without the expense of litigation. This matter has been adjourned to a hearing on July 16, 2020 at 10:00 a.m.

6. Motion Of Bartolo Chajchalac For Relief From The Automatic Stay To Continue With State Court Personal Injury Claim Litigation To The Extent Of Insurance Proceeds [Docket No. 1181]

    Related Documents:

    a) Notice of Hearing [Docket No. 1182; Filed 6/9/20]

    b) Determination of Adjournment Request (Granted) [Docket No. 1221; Filed 6/29/20]

    Objection Deadline: Originally, June 25, 2020 at 4:00 p.m. (ET), extended to July 9, 2020 at 4:00 p.m. (ET)

    Responses Received:

    c) None to date.

    Status:  The parties are working to resolve this motion without the expense of litigation. This matter has been adjourned to a hearing on July 16, 2020 at 10:00 a.m.

7. Status Conference re: Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company v. Hollister Construction Services, LLC, *et al.* [Adv. Proc. No. 19-2222]

    Related Documents:

    a) District Court Order of Referral [Docket No. 1; Entered 10/29/19]

    b) Answer to Complaint [Docket No. 3; Filed 10/29/20]

    c) Determination of Adjournment Request (Granted) [Docket No. 6; Filed 11/20/19]

    d) Determination of Adjournment Request (Granted) [Docket No. 9; Filed 1/22/20]

    e) Determination of Adjournment Request (Granted) [Docket No. 18; Filed 5/4/20

    f) Determination of Adjournment Request (Granted) [Docket No. 19; Filed 5/19/20]

    g)    Determination of Adjournment Request (Granted) [Docket No. 20; Filed 6/9/20]

    h)    Determination of Adjournment Request (Granted) [Docket No. 21; Filed 7/1/20]

Scheduling Order:

    i)    None.

Status:  The parties are continuing to engage in settlement discussions. This matter has been adjourned to a hearing on July 23, 2020 at 10:00 a.m.

8. Pre-Trial Conference on Complaint re: Hollister Construction Services, LLC v. KR Masonry L.L.C.  [Adv. Proc. No. 19-02244]

Related Documents:

    a)    Adversary Complaint of Hollister Construction Services, LLC [Docket No. 1; Filed 11/7/19]

    b)    Summons [Docket No. 2; Issued 11/8/19]

    c)    Notice of Adjournment of Pre-Trial Conference [Docket No. 3; Filed 11/25/19]

    d)    Affidavit of Service [Docket No 3; Filed 12/2/19]

    e)    Stipulation Extending Time for Defendant to Answer or Otherwise Respond to Adversary Complaint [Docket No. 6; Filed 12/11/19]

    f)    Stipulation Extending Time for Defendant to Answer or Otherwise Respond to Adversary Complaint [Docket No. 7; Filed 12/26/19]

    g)    Stipulation Extending Time for Defendant to Answer or Otherwise Respond to Adversary Complaint [Docket No. 8; Filed 1/8/20]

    h)    Stipulation Extending Time for Defendant to Answer or Otherwise Respond to Adversary Complaint [Docket No. 9; Filed 1/21/20]

    i)    Determination of Adjournment Request (Granted) [Docket No. 10; Filed 1/21/20]

    j)    Determination of Adjournment Request (Granted) [Docket No. 11; Filed 2/3/20]

    k)    Stipulation Extending Time for Defendant to Answer or Otherwise Respond to Adversary Complaint [Docket No. 12; Filed 2/3/20]

    l)    Determination of Adjournment Request (Granted) [Docket No. 13; Filed 2/13/20]

m) Stipulation Extending Time for Defendant to Answer or Otherwise Respond to Adversary Complaint [Docket No. 14; Filed 2/18/20]

n) Stipulation Extending Time for Defendant to Answer or Otherwise Respond to Adversary Complaint [Docket No. 15; Filed 3/30/20]

o) Determination of Adjournment Request (Granted) [Docket No. 16; Filed 4/6/20]

p) Stipulation Extending Time for Defendant to Answer or Otherwise Respond to Adversary Complaint [Docket No. 17; Filed 4/28/20]

q) Determination of Adjournment Request (Granted) [Docket No. 18; Filed 5/12/20]

r) Stipulation Extending Time for Defendant to Answer or Otherwise Respond to Adversary Complaint [Docket No. 19; Filed 5/13/20]

s) Stipulation Extending Time for Defendant to Answer or Otherwise Respond to Adversary Complaint [Docket No. 20; Filed 6/12/20]

t) Determination of Adjournment Request (Granted) [Docket No. 21; Filed 6/16/20]

Response/Answer Deadline: Originally, December 9, 2019.  Extended to June 29, 2020 by agreement of the parties.

u) Answer to Complaint [Docket No. 22; Filed 6/29/20]

Scheduling Order:

v) Joint Scheduling Order [Docket No. 24; Filed 6/30/20]

w) Mediation Order [Docket No. 23; Filed 6/30/20]

Status:  The Defendant filed its Answer on June 29, 2020.  The Court entered a Joint Scheduling Order and Mediation Order on June 30, 2020.

Dated:  July 1, 2020                                                    **LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (*pro hac vice*)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com

bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*