| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**STARK & STARK, P.C.**<br>Joseph H. Lemkin, Esq. (JL-2490)<br>jlemkin@stark-stark.com<br>993 Lenox Drive, Bldg. 2<br>Lawrenceville, NJ 08648<br>Direct: (609) 791-7022<br>Facsimile: (609) 895-7395<br>*Special Counsel to Debtor* | **Order Filed on June 30, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

### ORDER APPROVING OF SETTLEMENT AGREEMENT WITH ALL MY FRIENDS, LLC

  The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: June 30, 2020**

                    */s/ Michael B. Kaplan*
                    Honorable Michael B. Kaplan
                    United States Bankruptcy Judge

Debtor: Hollister Construction Services, Inc.
Case No.: 19-27439 (MBK)
Caption: *Order Approving of Settlement Agreement with All My Friends, LLC*

___

**THIS MATTER** having been brought before the Court upon the Application of Hollister Construction Services, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), seeking the entry of an order approving a Settlement Agreement (the "Agreement") by and between the Debtor and All My Friends, LLC ("AMF") resolving an open account receivable; and the Court having reviewed the Application, and it appearing that the relief requested therein is in the best interests of the Debtor, its estate and its creditors; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. The Agreement with AMF is hereby approved.

2. The Debtor and AMF are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and the terms of the Agreement.

3. Notwithstanding the applicability of any of the Bankruptcy Rules, the terms and conditions of this Order and the Agreement shall be immediately effective and enforceable upon the entry of this Order.

4. This Court retains exclusive jurisdiction to hear and decide any disputes related to, arising under or from the implementation, interpretation, and/or enforcement of this Order and the Agreement.

# EXHIBIT A

# SETTLEMENT AGREEMENT

## SETTLEMENT AGREEMENT

**WHEREAS, All My Friends, LLC** ("**AMF**")**,** 10 Maple Street, Summit, New Jersey, retained **Hollister Construction Services, LLC** ("**Hollister**")**,** having a principal place of business at 339 Jefferson Road, Parsippany, New Jersey 07054, to provide construction services in connection with Bar Bocoa restaurant located in Summit, New Jersey (**"Project"**);

**WHEREAS, Hollister** performed services, in connection with the **Project;**

**WHEREAS,** on September 11, 2019, **Hollister** filed a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Coder in the United States Bankruptcy Court for the District of New Jersey (Trenton) and such petition is pending bearing Case No. 19-27439;

**WHEREAS,** a dispute has arisen as to the balance of payment that is due and owing, if any, by **AMF** to **Hollister** in connection with the **Project;**

**WHEREAS,** after negotiations, **AMF** and **Hollister** resolved their disputes and want to memorialize their agreement in a writing for formal execution in accord with applicable law;

**WHEREAS,** no party hereto is an infant or an incompetent person for whom a committee or conservatee has been appointed;

1

**IT IS HEREBY AGREED,** between the respective parties hereto that, in consideration of, among other things, the mutual obligations of the parties as set forth below, the receipt and sufficiency of such consideration the parties expressly acknowledge and accept, the parties agree as follows:

1. **AMF** agrees to remit a total payment in the amount of **Six Thousand Five Hundred Dollars and 00/100** ($6,500) ("Total Settlement Sum") to **Hollister** in accord with the remaining terms of this Agreement.

2. **AMF** agrees to remit the Total Settlement Sum to **Hollister** within ten (10) days of **AMF's Counsel's** receipt of documentation evidencing the court's approval of this Agreement.

3. **Hollister** agrees to forbear the filing, or causing of the filing, of any lawsuit, Mechanic's Lien, or other encumbrance as and against **AMF** and/or its property (real or otherwise) in connection with the **Project.**

4. **Hollister** and **AMF** agree that any contract or agreement between **Hollister** and **AMF** relating to the **Project** is terminated.

5. Excepting actions the parties may take to enforce the terms of this Agreement, **Hollister** hereby generally and unconditionally releases and discharges **AMF** from any and all liabilities, liens, claims, demands, causes of action, obligations, accounts, losses, and damages, known or unknown, that **Hollister** now has, or may come to have in the future, arising directly or indirectly out of the **Project.**

6. Excepting actions the parties may take to enforce the terms of this Agreement, **AMF** hereby generally and unconditionally releases and discharges **Hollister** from any and all liabilities, liens, claims, demands, causes of action, obligations, accounts, losses, and damages, known or unknown, that **AMF** now has, or may come to have in the future, arising directly or indirectly out of the **Project.**

7. The parties have entered into this Agreement in good faith. The parties agree and acknowledge that they understood that they had the right to legal counsel of their own choosing for the negotiations and preparation of this Agreement.

8. The parties acknowledge that they have not executed this Agreement in reliance on any representation, inducement, promise, agreement or warranty which is not contained herein. The parties further agree that any purported supplements, modifications, waivers or terminations of this Agreement shall not be valid or binding, unless executed in writing by all parties or their duly appointed legal representative

9. All prior understandings, negotiations, and agreements between the parties are merged in this Agreement. This Agreement completely expresses each party's full understanding and agreement as to the resolution of the parties' dispute and the above captioned lawsuit. Neither party has relied upon statements or representations, regardless of the source, that are not set forth in this Agreement.

10. The language used in this Agreement will be deemed to be the language chosen by the parties to express their mutual intent, and no rules of strict construction will be applied against any party.

11. A party's breach of this Agreement shall immediately relieve all other parties from any obligations imposed by this Agreement.

12. Nothing in this Agreement shall be deemed to hinder the parties' respective right to enforce the terms of this Agreement in the bankruptcy court to the extent applicable.

13. This Agreement may not be changed except in writing duly executed by the parties hereto or their duly appointed representative.

14. This Agreement shall be governed by, interpreted, and construed in accordance with the laws of the State of New Jersey.

15. Failure by any party to insist upon strict performance of any obligation hereunder shall not be deemed a waiver, abandonment, or compromise of any right or right of action otherwise arising therefrom.

16. If any provision of this Agreement shall be deemed unenforceable, void, and/or illegal by a court of competent jurisdiction, the remainder of the Agreement's provisions shall be unaffected and remain in full force and effect.

17. Each of the signatories to this Agreement represents and confirms that they are duly authorized to execute and thereby bind the respective entities to this Agreement. All parties acknowledge and agree that all parties are relying on this representation as an inducement to execute this Agreement.

18. All provisions of this Agreement shall survive the Agreement's execution.

19. This Agreement may be signed in counterparts by facsimile each of which shall be deemed the equivalent of an original; but all parties shall receive copies of all executed signature pages

IN WITNESS WHEREOF, the parties hereto have set their hands and seal:

/s/
**All My Friends, LLC**

Dated: June 4, 2020

/s/ Chris Johnson
**Hollister Construction Services, LLC**
By: Chris Johnson, Head Coach
Dated: June 4, 2020

5

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-27439-MBK
Hollister Construction Services, LLC                                                Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 5              Date Rcvd: Jun 30, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
db              +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Alexander F. Barth    on behalf of Defendant    J M Pereira And Sons Inc. abarth@cohenseglias.com
              Allen I Gorski    on behalf of Creditor    Leader Electric Co., Inc. agorski@gorskiknowlton.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Allen J. Underwood, II    on behalf of Creditor    Horizon Blue Cross Blue Shield of New Jersey
               ajunderwood@beckermeisel.com,    ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
              Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               adobin@msbnj.com
              Andrew B. Cohn    on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
              Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
               .com;tgraga@kbtlaw.com
              Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stioa@pepperlaw.com
              Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation stioa@pepperlaw.com
              Anna Patras    on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohleneng.com
              Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
               arainone@bracheichler.com,
               cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com
              Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com;jkimble@lowenstein.com
              Arielle Adler    on behalf of Plaintiff    Hollister Construction Services, LLC
               aadler@lowenstein.com,    elawler@lowenstein.com;jkimble@lowenstein.com
              Bart J. Klein    on behalf of Creditor    Midway Glass & Metal Installers, Inc.
               bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Unknown Role Type    Reynolds Painting Group NJ, LLC
               bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Unknown Role Type    Apple Coring & Sawing, LLC bart@bartjkleinlaw.com

```
District/off: 0312-3                  User: admin                 Page 2 of 5                  Date Rcvd: Jun 30, 2020
                                      Form ID: pdf903             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
               Bart J. Klein     on behalf of Defendant    Direct Cabinet Sales Of Red Bank Inc.
                bart@bartjkleinlaw.com
               Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
               Brett Berman     on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
               Brian Gregory Hannon     on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com,
                sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
               Brian R Tipton     on behalf of Defendant    State Line Construction Co. btipton@fpsflawfirm.com
               Brian R Tipton     on behalf of Creditor    State Line Construction Company, Inc.
                btipton@fpsflawfirm.com
               Brian W. Hofmeister     on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com,
                j119@ecfcbis.com
               Bruce D. Buechler     on behalf of Debtor    Hollister Construction Services, LLC
                bbuechler@lowenstein.com
               Bryce Wallace Newell     on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
               Carl J. Soranno     on behalf of Defendant    Haddad Heating & Plumbing Inc.
                csoranno@bracheichler.com,
                dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
               Carl J. Soranno     on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
                dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
               Carl J. Soranno     on behalf of Defendant    Air Group, LLC csoranno@bracheichler.com,
                dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
               Carl J. Soranno     on behalf of Defendant    Industrial Maintenance, Inc. csoranno@bracheichler.com,
                dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
               Carol L. Knowlton     on behalf of Creditor    KSS Architects cknowlton@gorskiknowlton.com
               Charles A. Gruen     on behalf of Creditor    Michaels Electrical Supply Corp. cgruen@gruenlaw.com
               Charles R Cohen     on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
               Christopher M. Santomassimo     on behalf of Creditor    Dancker csantomassimo@ndslaw.com
               Christopher P. Coval     on behalf of Creditor    Allglass Systems, LLC ccoval@fsdc-law.com
               Clement J Farley     on behalf of Creditor    Mercedes-Benz USA, LLC cfarley@mccarter.com
               Curtiss T. Jameson     on behalf of Creditor    C Restoration, Inc. cjameson@jamesonesq.com
               Daniel  Stolz     on behalf of Interested Party    Latitude West Owner, LLC dstolz@wjslaw.com,
                dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
               Daniel  Stolz     on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
                dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
               Daniel  Stolz     on behalf of Interested Party    Latitude East Owner, LLC dstolz@wjslaw.com,
                dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
               Danielle  Cohen     on behalf of Creditor    National Fireproofing & Insulation Co., Inc.
                dcohen@tessercohen.com,    ddelucia@tessercohen.com
               Danielle  Cohen     on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com,
                ddelucia@tessercohen.com
               Danielle  Cohen     on behalf of Creditor    MDS Construction dcohen@tessercohen.com,
                ddelucia@tessercohen.com
               Danielle  Cohen     on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com,
                ddelucia@tessercohen.com
               Danielle  Cohen     on behalf of Defendant    Global Development Contractors, L.L.C.
                dcohen@tessercohen.com,    ddelucia@tessercohen.com
               Danielle  Cohen     on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com,
                ddelucia@tessercohen.com
               Danielle  Cohen     on behalf of Creditor    Global Development Contractors, LLC
                dcohen@tessercohen.com,    ddelucia@tessercohen.com
               Darren R. Marks     on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
                dmarks@borahgoldstein.com,    nagwu@borahgoldstein.com
               David H. Stein     on behalf of Creditor    CTC Academy dstein@wilentz.com,    ciarkowski@wilentz.com
               David L. Bruck     on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
               David L. Stevens     on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc.
                dstevens@scura.com,
                ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
                om
               David L. Stevens     on behalf of Creditor    All Brands Elevator Industries, Inc.
                dstevens@scura.com,
                ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
                om
               Donald B. Veix, Jr.    on behalf of Creditor    Bohler Engineering NY, PLLC donveixlaw@gmail.com,
                dveix@hartylawgroup.com
               Donna L. Thompson     on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO
                donna.thompson@dlthompsonlaw.com,    dlthompsonlaw@aol.com
               Douglas Clagett Gray     on behalf of Defendant    Carson Corporation dgray@mdsfirm.com
               Edmund  Campbell     on behalf of Creditor    Glass Systems Tech, LLC
                aweisenberger@campbellroccolaw.com
               Eric  Biderman     on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability
                company eric.biderman@arentfox.com
               Eric J. Hughes     on behalf of Creditor    Liberty Mutual Insurance Company ehughes@mdmc-law.com
               Ericka Fredricks Johnson     on behalf of Interested Party    Interlink Transport Technologies, Inc.
                (dba MSC Technology (North America) Inc.) ErJohnson@wcsr.com,
                Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
               Felice R. Yudkin     on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com,
                fpisano@coleschotz.com
```

```
District/off: 0312-3              User: admin                Page 3 of 5                  Date Rcvd: Jun 30, 2020
                                  Form ID: pdf903            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Frank F. Velocci    on behalf of Creditor    NSA 18th Avenue, LLC frank.velocci@faegredrinker.com, brian.morgan@dbr.com
      Grant  Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com, lschindler@wbny.com
      Greg  Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com,   gtrif@triflaw.com
      Greg  Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com,   gtrif@triflaw.com
      Greg  Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com, gtrif@triflaw.com
      Greg  Trif    on behalf of Defendant    K R Masonry L.L.C. gtrif@triflaw.com,   gtrif@triflaw.com
      Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us
      Hisham I. Masri    on behalf of Creditor    Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com, m.duran@hmasrilaw.com
      Ilana  Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com, fpisano@coleschotz.com;ssallie@coleschotz.com
      Jacob  Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC jfrumkin@coleschotz.com
      James A. Kellar    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless jkellar@mccarter.com
      James C. Dezao, III    on behalf of Creditor Antonio  Zarfino gerald@dezaolaw.com
      James C. Dezao, III    on behalf of Creditor Mayer  Weberman gerald@dezaolaw.com
      Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
      Jay L. Lubetkin    on behalf of Interested Party Kieran  Flanagan jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
      Jay L. Lubetkin    on behalf of Interested Party Christopher  Johnson jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
      Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
      Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
      Jeffrey Paul Valacer    on behalf of Creditor    MixOnSite USA, Inc. jvalacer@cohenseglias.com
      Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc. jwh@njlawfirm.com,   ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
      Jenny R. Kasen    on behalf of Defendant    SP Builders Contractors Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com
      Jenny R. Kasen    on behalf of Defendant    Bailey's Square Janitorial Service, Inc. jkasen@kasenlaw.com,   dkasen@kasenlaw.com
      John  O'Boyle    on behalf of Defendant    Bender Enterprises, Inc. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
      John  O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
      John  O'Boyle    on behalf of Defendant    Imperial Floors Limited Liability Company joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
      Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com, ecf-fe4957a0ba6a@ecf.pacerpro.com
      Joseph  Cicala    on behalf of Defendant    Tore Electric Company jcicala@gpmlegal.com, jcicala@gpmlegal.com
      Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
      Joseph H. Lemkin    on behalf of Debtor    Hollister Construction Services, LLC jlemkin@stark-stark.com
      Joseph H. Lemkin    on behalf of Creditor    Fabcon Precast jlemkin@stark-stark.com
      Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
      Joseph J. DiPasquale    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC jdipasquale@lowenstein.com,   jkimble@lowenstein.com
      Joseph J. DiPasquale    on behalf of Defendant    Hollister Construction Services, LLC jdipasquale@lowenstein.com,   jkimble@lowenstein.com
      Joseph J. DiPasquale    on behalf of Debtor    Hollister Construction Services, LLC jdipasquale@lowenstein.com,   jkimble@lowenstein.com
      Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
      Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com
      Joseph L. Schwartz    on behalf of Creditor    Sunstone Hotels Morristown, LLC jschwartz@riker.com
      Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Redevelopment Company, LLC jschwartz@riker.com
      Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
      Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Redevelopment Company, LLC jschwartz@riker.com
      Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
      Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company jschwartz@riker.com
      Joseph R Zapata, Jr.    on behalf of Creditor    STMR, Inc. jzapata@msklaw.net
      Joseph R. Fischer    on behalf of Defendant    Nordic Contracting Company, Inc. jfischer@kiernanstrenk.com
      Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors jraymond@msbnj.com

```
District/off: 0312-3              User: admin              Page 4 of 5              Date Rcvd: Jun 30, 2020
                                  Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        K. Joseph Vyzas    on behalf of Creditor    Rexel, Inc. joe@carlawyernj.com
        Karen L Thurston    on behalf of Creditor    Myrage LLC kthurston@frkblaw.com
        Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com
        Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com
        Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen    on behalf of Other Prof.    10X CEO Coaching krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen    on behalf of Attorney    Lowenstein Sandler LLP krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen    on behalf of Defendant    Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
        Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
        Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
        Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services, LLC LBDiener@optimum.net
        Lawrence B. Diener    on behalf of Defendant    Advanced Scaffold Services Mid-Atlantic LLC LBDiener@optimum.net
        Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services Mid-Atlantic LLC LBDiener@optimum.net
        Marc D. Miceli    on behalf of Plaintiff    Hollister Construction Services, LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
        Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
        Margreta Morgulas    on behalf of Creditor    3L & Company, Inc. mmorgulas@okinhollander.com
        Marguerite Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC mschaffer@shainlaw.com
        Mario A. Batelli    on behalf of Petitioning Creditor 360 Fire Prevention    360 Fire Prevention LLC mbatelli@fostermazzielaw.com
        Mark E. Felger    on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com, sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
        Martin P. Skolnick    on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware mskolnick@gmail.com
        Martin P. Skolnick    on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
        Mary E. Seymour    on behalf of Debtor    Hollister Construction Services, LLC mseymour@lowenstein.com
        Mary E. Seymour    on behalf of Attorney    Lowenstein Sandler LLP mseymour@lowenstein.com
        Melissa A. Pena    on behalf of Creditor    Target Fire Protection mapena@norris-law.com, pfreda@nmmlaw.com
        Meredith I. Friedman    on behalf of Creditor    CTC Academy mfriedman@wilentz.com, ciarkowski@wilentz.com
        Michael Kahme    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC mkahme@hillwallack.com, fmansmann@hillwallack.com
        Michael Stafford    on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal, norddemaio@aol.com;adamnorddemaio@aol.com
        Michael D. Sirota    on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com, fpisano@coleschotz.com
        Michael J. Shavel    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC mshavel@hillwallack.com
        Michael R. Herz    on behalf of Creditor    Troon Electric of New Jersey LLC mherz@foxrothschild.com, cbrown@foxrothschild.com
        Michele Lane Ross    on behalf of Creditor    Control Services, LLC sterry@mrossllc.com, arivera@mrossllc.com
        Mitchell Malzberg    on behalf of Creditor    Vector Structural Preservation Corp. mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
        Morris S. Bauer    on behalf of Creditor    Ware Malcomb msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com
        Murphy Durkin    on behalf of Creditor    Dehn Bros.Fire Protection, Inc. maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com
        Nicholas Verna    on behalf of Interested Party    Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) nick.verna@wbd-us.com
        Nicole M. Nigrelli    on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Nicole M. Nigrelli    on behalf of Defendant    Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Nicole M. Nigrelli    on behalf of Defendant    Delcon Builders Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Nicole M. Nigrelli    on behalf of Interested Party    Delcon Builders, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Pearl Shah    on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
        Peter Broege    on behalf of Creditor    Encon Mechancial Corp pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com

```
District/off: 0312-3           User: admin              Page 5 of 5                 Date Rcvd: Jun 30, 2020
                               Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Philip William Allogramento    on behalf of Creditor    Environmental Devices, Inc. pallogramento@connellfoley.com
         Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC pallogramento@connellfoley.com
         Richard Brant Forrest    on behalf of Creditor    DeSesa Engineering Company, Inc. rforrest@oslaw.com
         Richard E. Weltman    on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com, mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
         Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company rnies@csglaw.com
         Robert Saul Molnar    on behalf of Creditor    Starlite Electric LLC molnarrs@aol.com
         Rocco A. Cavaliere    on behalf of Creditor    Titan Industrial Services Corp. rcavaliere@tarterkrinsky.com
         Ryan M. Ernst    on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
         Sam  Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors sdellafera@msbnj.com
         Seth  Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds (the "Funds") sptasiewicz@krollfirm.com
         Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com, AutoDocketWILM@duanemorris.com
         Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation jonaitis@pepperlaw.com, balaa@pepperlaw.com
         Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jonaitis@pepperlaw.com, balaa@pepperlaw.com
         Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
         Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
         Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com
         Steven J. Mitnick    on behalf of Plaintiff    Hollister Construction Services, LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com
         Stuart  Komrower    on behalf of Defendant    Orion Interiors, Inc. skomrower@coleschotz.com, fpisano@coleschotz.com
         Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University sdarling@walsh.law, mvargas@walsh.law
         Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law, mvargas@walsh.law
         Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company tschellhorn@riker.com
         Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tschellhorn@riker.com
         Thomas D. McKeon    on behalf of Creditor    FN Dynamic, Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
         Thomas D. McKeon    on behalf of Creditor    FN Dynamic Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
         Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tchasin@riker.com
         Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Redevelopment Company tchasin@riker.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com, jlafferty@capehart.com
         Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com

                                                                                                                                       TOTAL: 184