**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| **HOLLISTER CONSTRUCTION SERVICES, LLC,**[1] | Case No. 19-27439 (MBK) |
| Debtor. | Objection Deadline:<br>**July 23, 2020 at 4:00** |

**MONTHLY STAFFING AND COMPENSATION REPORT**
**OF 10X CEO COACHING FOR THE PERIOD**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

In accordance with the *Final Order Authorizing Debtor to (i) Employ and Retain 10X CEO Coaching, LLC and (ii) Designate Paul Belair as Chief Restructuring Officer for the Debtor Effective as of the Petition Date* entered on January 17, 2020 [Docket No. 823], 10X CEO Coaching ("10X") hereby submits its Monthly Staffing and Compensation Report (the "Staffing Report") for the period of June 1, 2020 through June 30, 2020 (the "Compensation Period").

During the Compensation Period, 10X incurred $3,300.00 in fees and $0.00 in expenses for a total amount of $3,300.00 as reflected in the attached exhibits.

Dated: July 9, 2020

10X CEO Coaching
P.O. Box 5117
Youngstown, Ohio 44515


*/s/ Paul Belair*
By: Paul Belair
    Chief Executive Officer

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

# **EXHIBITS**

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of 10X CEO Coaching, LLC for the Period of June 1, 2020 through June 30, 2020.

**Exhibit A - Summary of Compensation and Expenses**

**Exhibit B - Summary of Fees and Hours by Professional and Description of Responsibilities of Professional**

**Exhibit C - Summary of Expenses**

## EXHIBIT "A"

**Hollister Construction Services, LLC**
**Summary of Compensation and Expenses**
**June 1, 2020 through June 30, 2020**

| | |
|---|---|
| **Professional Fees:** | **$3,300.00** |
| **(All professional services were rendered by** | |
| **Paul Belair)** | |
| **Expenses:** | **$      0.00** |
| **Total Invoice:** | **$3,300.00** |

## EXHIBIT "B"

**Hollister Construction Services, LLC**
**Summary of Fees and Hours by Professional and**
**Description of Responsibilities of Professional**
**June 1, 2020 through June 30, 2020**



P.O. Box 5117
Youngstown, OH 44515

## Paul J. Belair's Time For June 2020

| Date: | Description: | Total Min @$550/hr | Total $: |
|---|---|---|---|
| 6/1/20 | Zoom Call w/Hollister Team to Review the Status of All Open Items | **0.6** | **$330.00** |
| 6/3/20 | Zoom Call w/Chris Johnson & Michael Jacoby to Review Staffing in the 26 Week Cash Flow | **0.4** | **$220.00** |
| 6/4/20 | Call w/Rich Stobel Re: D&O Renewal | **0.4** | **$220.00** |
| 6/8/20 | Zoom Call w/Hollister Team to Review Status of Each Open Job | **1.0** | **$550.00** |
| 6/10/20 | Call w/Michael Ochs & Sam Perrotta to Review Do&Co's Cash Flow | 0.3 | $165.00 |
| | Call w/Sean Camo & Sam Perrotta to Review GC's by Job and Do&Co | 0.2 | $110.00 |
| | | **0.5** | **$275.00** |
| 6/15/20 | Call w/Chris Johnson & D&O Agent Re: Tail Policy Renewal | 0.3 | $165.00 |
| | Call w/Hollister Team to Review Status of Each Job | 1.0 | $550.00 |
| | | **1.3** | **$715.00** |
| 6/18/20 | Call w/Sean Camo and Sam Perrotta to Review FLACS Settlement Agreement and Cash Flow | **0.3** | **$165.00** |
| 6/22/20 | Call w/Chris Johnson Re: Michael Jacoby Questions | 0.1 | $55.00 |
| | Call w/Michael Jacoby to Discuss Plan & Disclosure Statement | 0.1 | $55.00 |
| | Zoom Call w/Hollister Team to Review Status of Each Open Job | 0.8 | $440.00 |
| | | **1.0** | **$550.00** |
| 6/29/20 | Zoom Call w/Hollister Team to Review Open Items and the Next CCO | **0.5** | **$275.00** |
| | **Total for Month of June** | **6.0** | **$3,300.00** |

**<u>EXHIBIT "C"</u>**

**Hollister Construction Services, LLC
Summary of Expenses
June 1, 2020 through June 30, 2020**

**\*\*THERE WERE NO EXPENSES INCURRED THIS PERIOD**