**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**MONTHLY FEE STATEMENT OF McMANIMON, SCOTLAND & BAUMANN, LLC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC, FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020**

          **McMANIMON, SCOTLAND & BAUMANN, LLC**
          *Attorneys for Official Committee of Unsecured*
          *Creditors of Hollister Construction Services, LLC*

          By:    */s/ Sam Della Fera, Jr.*
                 Sam Della Fera, Jr.

4827-7511-3131v.1



75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
Creditors' Committee - Hollister        CLIENT #        00016030-00001
Construction Services, LLC              INVOICE #       172406
                                        INVOICE DATE:   June 17, 2020

                                        BILLING REF:    SDF
```

**INVOICE SUMMARY**

For professional services rendered through 05/31/20, in connection with the matter titled:

**Committee Representation**

```
    TOTAL FEES                                  10040.00
    TOTAL DISBURSEMENTS ADVANCED                  184.60
    TOTAL FOR INVOICE                           10224.60
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B** McMANIMON · SCOTLAND · BAUMANN

75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Jun 17, 2020    PAGE    2

## PROFESSIONAL SERVICES RENDERED

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/01/20 | SDF | Review Debtor's counsel's filed monthly fee statement for January 2020. | .50 | 237.50 |
| 05/01/20 | SDF | E-mails with S. Mitnick regarding status of avoidance actions claim information. | .20 | 95.00 |
| 05/01/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 05/01/20 | LD | Arrange for S. Della Fera's telephonic appearance at 5/7/2020 hearing. | .10 | 12.50 |
| 05/04/20 | SDF | Review filed April 2020 monthly staffing and compensation report of 10X CEO Consulting. | .30 | 142.50 |
| 05/04/20 | SDF | Review April 2020 invoices from Debtor's ordinary course professional Hedinger & Lawless. | .30 | 142.50 |
| 05/04/20 | JHR | Reviewed preference actions and status of demands. | .50 | 237.50 |
| 05/04/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 05/04/20 | SDF | Conference call with counsel for Debtor and PNC Bank regarding payment of professional fees and status of project settlements. | .40 | 190.00 |

**MS&B** McMANIMON • SCOTLAND • BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jun 17, 2020        PAGE    3


   05/04/20 SDF  Telephone call with A. Calascibetta          .30      142.50
                 regarding pending matters.

   05/04/20 SDF  Review e-mail from special counsel           .40      190.00
                 regarding avoidance action claims
                 analysis; confer with J. Raymond
                 regarding same.

   05/04/20 SDF  Review court's notice of                     .10       47.50
                 determination of adjournment
                 regarding MixOnSite's motion for stay
                 relief.

   05/05/20 SDF  Review Debtor's filed agenda for             .20       95.00
                 hearing tomorrow (canceled).

   05/05/20 SDF  Draft e-mail to Debtor's counsel             .20       95.00
                 regarding current 26-week cash flow
                 projection.

   05/05/20 SDF  Review and revise schedule of pending        .30      142.50
                 and completed deadlines and motions.

   05/06/20 SDF  Review motion filed by FN Dynamics           .30      142.50
                 for leave to file a proof of claim.

   05/06/20 SBP  Update chart with motions and                .10       27.50
                 applications

   05/06/20 SDF  Call with A. Calascibetta regarding          .20       95.00
                 payment of professional fees and
                 related matters.

   05/07/20 SDF  Telephone call with B. Katz.                 .40      190.00

   05/07/20 SDF  Review e-mail from Debtor's counsel          .20       95.00
                 regarding 26-week cash flow budget.
```

**MS&B** McMANIMON • SCOTLAND • BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Jun 17, 2020        PAGE    4

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 05/07/20 | SDF | Review certification of no objection to EisnerAmper's March 2020 monthly fee statement; send e-mail to A. Calascibetta regarding same. | .20 | 95.00 |
| 05/08/20 | LD | Prepare and e-file certificate of no objection to EisnerAmper's March 2020 fee statement. | .20 | 25.00 |
| 05/08/20 | SDF | Review Debtor's filed certificate of no objection to private sale of On Target stock. | .20 | 95.00 |
| 05/08/20 | SDF | Review filed substitution of attorney for counsel for All Brands Elevator Industries and Atlantic Engineering Labs of NY. | .20 | 95.00 |
| 05/08/20 | SDF | Review filed notice of withdrawal of proof of claim of Bohler Engineering. | .10 | 47.50 |
| 05/08/20 | SDF | Review notice of appearance filed by counsel for Horizon BC/BS. | .20 | 95.00 |
| 05/08/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 05/11/20 | SDF | Review notice of appearance filed by counsel for creditor FN Dynamic, Inc. | .20 | 95.00 |
| 05/11/20 | SDF | Review Debtor's filed certificate of consent regarding motion to reject contract with Cellco d/b/a Verizon Wireless. | .20 | 95.00 |
| 05/11/20 | SDF | Review e-mail to court from Debtor's counsel and attached proposed form of consent order rejecting contract with Cellco. | .40 | 190.00 |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**  MCMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jun 17, 2020        PAGE    5


    05/11/20 SDF  Review filed notice of transfer of            .20        95.00
                  claim of Starlite Electric to Graybar
                  Electric.

    05/11/20 SDF  Review April 2020 prebill for monthly         .30       142.50
                  fee statement.

    05/12/20 SDF  Review additional filed notice of             .10        47.50
                  transfer of claim of Starlite
                  Electric to Graybar Electric Co.

    05/12/20 SDF  Review field consent order resolving          .10        47.50
                  Debtor's motion o reject contract
                  with Celleco d/b/a Verizon Wireless.

    05/12/20 SDF  Legal research regarding security            1.30       617.50
                  interests in insurance proceeds.

    05/12/20 JHR  Review of preference status charts.           .20        95.00

    05/13/20 SDF  Review Debtor's filed agenda for              .20        95.00
                  hearing tomorrow.

    05/14/20 SDF  Appear telephonically at hearing on           .20        95.00
                  Debtor's motion o sell stock in On
                  Target, Inc.

    05/14/20 SDF  Review certification of no objection          .20        95.00
                  to firm's March 2020 monthly fee
                  statement.

    05/14/20 SDF  Review e-mails from J. Raymond and            .20        95.00
                  escrow agent's office regarding
                  schedule of avoidance action claims.

    05/14/20 SDF  Review e-mail from Prime Clerk                .20        95.00
                  regarding outstanding fees for
                  services rendered through April 2020.
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jun 17, 2020      PAGE    6


   05/14/20 LD   Prepare and e-file certificate of no          .20      25.00
                 objection to MSB's March 2020 monthly
                 fee statement.

   05/14/20 SBP  Update chart with motions and                 .10      27.50
                 applications

   05/15/20 SDF  Review and revise schedule of pending         .30     142.50
                 and completed deadlines and motions.

   05/15/20 SDF  Conduct additional legal research             .40     190.00
                 regarding security interests in
                 insurance proceeds.

   05/18/20 SDF  Review filed order granting Debtor's          .20      95.00
                 motion to sell shares of stock in On
                 Target Technologies.

   05/18/20 SDF  Review court's determination of               .10      47.50
                 request to adjourn Mix-On-Site USA's
                 motion for stay relief.

   05/18/20 SDF  Telephone call to M. Seymour                  .20      95.00
                 regarding status of Debtor's
                 liquidation plan.

   05/18/20 SDF  Telephone call to B. Katz regarding           .20      95.00
                 status of settlement negotiations
                 with insiders.

   05/18/20 SBP  Update chart with motions and                 .10      27.50
                 applications

   05/19/20 SBP  Update chart with motions and                 .20      55.00
                 applications

   05/19/20 LD   Register S. Della Fera for 5/21/20            .10      12.50
                 hearing through Court Call.
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B** McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Jun 17, 2020         PAGE    7


   05/19/20 SDF  Review court's amended notice of              .10       47.50
                 hearing on Mix-On-SIte's motion for
                 stay relief.

   05/19/20 SDF  Review Debtor's filed agenda for              .20       95.00
                 matters scheduled for hearing on
                 5/21/20.

   05/19/20 SDF  Return call to A. Calascibetta                .30      142.50
                 regarding pending matters.

   05/19/20 SDF  Return call to creditor regarding             .20       95.00
                 case status and sale of assets.

   05/19/20 SDF  Review EisnerAmper's monthly fee              .30      142.50
                 statement for filing.

   05/20/20 SDF  Review proposed form of 17th interim          .50      237.50
                 cash collateral order; related
                 e-mails with Debtor's counsel, A.
                 Calascibetta and other counsel.

   05/21/20 SDF  Review e-mail to court from J. Kimble         .20       95.00
                 regarding agreed form of cash
                 collateral order.

   05/21/20 SDF  Attend cash collateral hearing via            .40      190.00
                 Court Solutions.

   05/21/20 SDF  E-mails with M. Seymour regarding             .20       95.00
                 status of Debtor's liquidating plan.

   05/21/20 SDF  Review filed 17th interim cash                .20       95.00
                 collateral order, related notice and
                 scheduled hearing date.

   05/21/20 SDF  E-mails with Committee regarding              .30      142.50
                 meeting next week.
```

MS&B   McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jun 17, 2020      PAGE    8


   05/21/20 SBP  Update chart with motions and              .20      55.00
                 applications

   05/22/20 SBP  Update chart with motions and              .20      55.00
                 applications

   05/22/20 LD   Prepare and e-file MSB's April 2020        .20      25.00
                 fee statement.

   05/26/20 SBP  Update chart with motions and              .20      55.00
                 applications

   05/26/20 SDF  Review firm's filed April 2020 fee         .30     142.50
                 statement and objection deadline.

   05/26/20 SDF  Review court's determination of            .10      47.50
                 adjournment request regarding motion
                 of FN Dynamics for leave to file late
                 proof of claim.

   05/27/20 SDF  Follow-up call to B. Katz regarding        .10      47.50
                 status of settlement with insiders
                 and related matters.

   05/28/20 SDF  Telephone call with J. Holman              .20      95.00
                 regarding case status and related
                 matters.

   05/28/20 SDF  Telephone call with EisnerAmper            .80     380.00
                 regarding preparation for Committee
                 call today.

   05/28/20 SDF  Telephone call with Debtor's counsel       .40     190.00
                 regarding case status and related
                 maters.

   05/28/20 SDF  Conference call with Committee             .60     285.00
                 regarding case status and related
                 matters.
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B** McMANIMON · SCOTLAND · BAUMANN                 75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jun 17, 2020      PAGE    9


  05/28/20 JHR  Conference call with Committee            .60      285.00
                members re status of Debtor's Plan

  05/29/20 SBP  Update chart with motions and             .20       55.00
                applications

  05/29/20 SDF  Telephone call with K. Rosen              .40      190.00
                regarding pending matters.

  05/29/20 SDF  Review and analyze notice of Debtor's     .20       95.00
                proposed settlement with Advanced
                Scaffold.

  05/29/20 SDF  Review and analyze notice of Debtor's     .20       95.00
                proposed settlement with Delcon
                Builders.

  05/29/20 SDF  Review and analyze notice of Debtor's     .20       95.00
                proposed settlement with Concrete
                Systems.

  05/29/20 SDF  Review and analyze notice of Debtor's     .20       95.00
                proposed settlement with Cooper
                Electric.

  05/29/20 SDF  Review and analyze notice of Debtor's     .20       95.00
                proposed settlement with Blue Line
                Drywall and Insulation.

  05/29/20 SDF  Send e-mail to J. Holman regarding        .30      142.50
                call with K. Rosen and next steps.

  05/29/20 SDF  Review February 2020 monthly fee          .40      190.00
                statement filed by Debtor's counsel.

  05/29/20 SDF  Review e-mail from M. Seymour             .80      380.00
                regarding Debtor's draft disclosure
                statement and plan of liquidation;
                begin review and analysis of
                documents.
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York



75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Jun 17, 2020        PAGE   10


   TOTAL FEES:                                               22.40   10040.00


   DATE       CODE                    DESCRIPTION                    AMOUNT

   05/31/20 Inside Duplicating                                        34.60
   05/14/20 Miscellaneous Expenses    Miscellaneous                   50.00
                                      Expenses-CourtSolutions
   05/14/20 Miscellaneous Expenses    Miscellaneous Expenses -        50.00
                                      CourtSolutions
   05/21/20 Miscellaneous Expenses    Miscellaneous Expenses -        50.00
                                      CourtSolutions

   TOTAL DISBURSEMENTS                                                184.60
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York