**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | |
| **HOLLISTER CONSTRUCTION SERVICES, LLC**,[1] | Chapter 11 |
| Debtor. | Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 16, 2020 AT 10:00 A.M. (ET)[2]**

**CONTINUED MATTERS**

1. Motion Of Leonardo Dapia For Relief From The Automatic Stay To Continue With State Court Personal Injury Claim Litigation To The Extent Of Insurance Proceeds [Docket No. 1179]

    Related Documents:

    a) Notice of Hearing [Docket No. 1180; Filed 6/9/20]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] This hearing will be conducted telephonically. Parties who wish to appear at the July 16, 2020 hearing must make arrangements through Court Solutions at http://www.Court-Solutions.com.

37322/2
07/15/2020 206781500.1

    b)    Determination of Adjournment Request (Granted) [Docket No. 1221; Filed 6/29/20]

Objection Deadline: Originally, June 25, 2020 at 4:00 p.m. (ET), extended to July 9, 2020 at 4:00 p.m. (ET)

Responses Received:

    c)    None to date.

Status: The parties are working to reach a resolution of this matter without incurring the expense of litigation. A request to continue this matter to a hearing on July 23, 2020 at 10:00 a.m. (ET) has been submitted to the Court and is pending.

## RESOLVED MATTERS

2.    Motion Of Wilmer O. Rodriguez Hernandez For Relief From The Automatic Stay To Continue With State Court Personal Injury Claim Litigation To The Extent Of Insurance Proceeds [Docket No. 1176]

Related Documents:

    a)    Notice of Hearing [Docket No. 1177; Filed 6/9/20]

    b)    Determination of Adjournment Request (Granted) [Docket No. 1221; Filed 6/29/20]

Objection Deadline: Originally, June 25, 2020 at 4:00 p.m. (ET), extended to July 9, 2020 at 4:00 p.m. (ET)

Responses Received:

    c)    None to date.

Status: Resolved, order to be submitted.

3.    Motion Of Bartolo Chajchalac For Relief From The Automatic Stay To Continue With State Court Personal Injury Claim Litigation To The Extent Of Insurance Proceeds [Docket No. 1181]

Related Documents:

    a)    Notice of Hearing [Docket No. 1182; Filed 6/9/20]

    b)    Determination of Adjournment Request (Granted) [Docket No. 1221; Filed 6/29/20]

Objection Deadline: Originally, June 25, 2020 at 4:00 p.m. (ET), extended to July 9, 2020 at 4:00 p.m. (ET)

Responses Received:

c) None to date.

Status:  Resolved, order to be submitted.

**MATTERS GOING FORWARD**

4. Debtor's Motion For Entry of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling A Final Hearing, And (D) Granting Related Relief [Docket No. 14; Filed 9/11/19].

    Related Documents[3]:

    a) Twentieth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 1228; Entered 7/2/20]

    Status:  The Debtor is working on a consensual order to be submitted at or prior to the July 16, 2020 hearing. This matter is going forward.

5. Debtors' Motion For Entry Of An Order Approving Settlement With Charles Hall Construction, LLC Of Outstanding Account Receivable Pursuant To Red. R. Bankr. P. 9019 And Granting Related Relief [Docket No. 1207]

    Related Documents:

    a) Affidavit of Service [Docket No. 1224; Filed 6/30/20]

    Objection Deadline: July 9, 2020 at 4:00 p.m. (ET)

    Responses Received:

    b) None to date.

    Status:  This matter is going forward.

Dated:  July 15, 2020

**LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (*pro hac vice*)
Arielle B. Adler, Esq.

---

[3] Docket entries related to this motion, objections, responses and prior interim orders can be found on the Court's docket and the case website at https://cases.primeclerk.com/hcs/Home-Index.

One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com
*Counsel to the Debtor and Debtor-in-Possession*

-4-