UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | Case No. 19-27439 (MBK) |
| Debtor. | Hearing Date: <u>7/16/20 at 10:00 a.m.</u> |
| | Judge: <u>Kaplan</u> |

## ADJOURNMENT REQUEST

1.      I, <u>Arielle B. Adler</u>, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "<u>Debtor</u>"), hereby request an adjournment of the following hearing for the reason set forth below.

Matter: *Motion Of Leonardo Dapia For Relief From The Automatic Stay To Continue With State Court Personal Injury Claim Litigation To The Extent Of Insurance Proceeds [Docket No. 1179]*

Current Hearing Date:   <u>July 16, 2020 at 10:00 a.m. (ET).</u>

New Hearing Date Requested: <u>July 23, 2020 at 10:00 a.m.</u>

Reason for adjournment request:   <u>The parties are working to reach a resolution of this motion without incurring the expense of litigation.</u>

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
07/15/2020 206786904.1

2. Consent to adjournment:

☒  I have the consent of all parties.      ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.


Date: <u>July 15, 2020</u>                          */s/ Arielle B. Adler*
                                        Signature

**COURT USE ONLY:**

---

The request for adjournment is:

☒ Granted                New hearing date: <u>7/23/20 @ 10:00 am</u>      ☐Peremptory

☐ Granted over objection(s)    New hearing date: _____      ☐Peremptory

☐ Denied

> **IMPORTANT: If your request is granted, you must notify interested parties
> who are not electronic filers of the new hearing date.**