Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−27439−MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hollister Construction Services, LLC
   339 Jefferson Road
   Parsippany, NJ 07054

Social Security No.:

Employer's Tax I.D. No.:
   74−3135404

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on July 16, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 1249 − 1181
ORDER RESOLVING BARTOLO CHAJCHALACS MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE WITH STATE COURT PERSONAL INJURY CLAIM LITIGATION TO THE EXTENT OF INSURANCE PROCEEDS re: PROCEED WITH STATE COURT PERSONAL INJURY CLAIM LITIGATION TO THE EXTEND OF INSURANCE PROCEEDS. (Related Doc # 1181). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/16/2020. (wir)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 16, 2020
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-27439-MBK
Hollister Construction Services, LLC                                  Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 5              Date Rcvd: Jul 16, 2020
                              Form ID: orderntc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.
db          +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707
aty         +John Ratkowitz,   Ginarte,Gallardo Gonzalez & Winograd LLP,   400 Market Street,
              Newark, NJ 07105-2274

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:

          Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
          Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
           NJLitDock@gtlaw.com
          Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
           aciardi@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
          Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
           aciardi@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
          Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com.
          Alexander F. Barth    on behalf of Defendant    J M Pereira And Sons Inc. abarth@cohenseglias.com
          Allen I Gorski    on behalf of Creditor    Leader Electric Co., Inc. agorski@gorskiknowlton.com
          Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
           sandyr@sbmesq.com
          Allen J. Underwood, II    on behalf of Creditor    Horizon Blue Cross Blue Shield of New Jersey
           ajunderwood@beckermeisel.com,    ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
          Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           adobin@msbnj.com
          Andrew B. Cohn    on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
          Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
           wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
           .com;tgraga@kbtlaw.com
          Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
          Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
           Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC angelo.stio@troutman.com
          Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
           Place Housing Development Fund Corporation angelo.stio@troutman.com
          Anna Patras    on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohlereng.com
          Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors asodono@msbnj.com
          Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
           arainone@bracheichler.com,
           cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com
          Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
           elawler@lowenstein.com;jkimble@lowenstein.com
          Arielle Adler    on behalf of Plaintiff    Hollister Construction Services, LLC
           aadler@lowenstein.com,    elawler@lowenstein.com;jkimble@lowenstein.com
          Bart J. Klein    on behalf of Creditor    Midway Glass & Metal Installers, Inc.
           bart@bartjkleinlaw.com

```
District/off: 0312-3                  User: admin                    Page 2 of 5                    Date Rcvd: Jul 16, 2020
                                      Form ID: orderntc              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Bart J. Klein    on behalf of Unknown Role Type    Reynolds Painting Group NJ, LLC bart@bartjkleinlaw.com
    Bart J. Klein    on behalf of Unknown Role Type    Apple Coring & Sawing, LLC bart@bartjkleinlaw.com
    Bart J. Klein    on behalf of Defendant    Direct Cabinet Sales Of Red Bank Inc. bart@bartjkleinlaw.com
    Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
    Brett Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
    Brian Gregory Hannon    on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
    Brian R Tipton    on behalf of Defendant    State Line Construction Co. btipton@fpsflawfirm.com
    Brian R Tipton    on behalf of Creditor    State Line Construction Company, Inc. btipton@fpsflawfirm.com
    Brian W. Hofmeister    on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com, j119@ecfcbis.com
    Bruce D. Buechler    on behalf of Debtor    Hollister Construction Services, LLC bbuechler@lowenstein.com
    Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
    Carl J. Soranno    on behalf of Defendant    Haddad Heating & Plumbing Inc. csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
    Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
    Carl J. Soranno    on behalf of Defendant    Air Group, LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
    Carl J. Soranno    on behalf of Defendant    Industrial Maintenance, Inc. csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
    Carol L. Knowlton    on behalf of Creditor    KSS Architects cknowlton@gorskiknowlton.com
    Charles A. Gruen    on behalf of Creditor    Michaels Electrical Supply Corp. cgruen@gruenlaw.com
    Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
    Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
    Christopher P. Coval    on behalf of Creditor    Allglass Systems, LLC ccoval@fsdc-law.com
    Clement J Farley    on behalf of Creditor    Mercedes-Benz USA, LLC cfarley@mccarter.com
    Curtiss T. Jameson    on behalf of Creditor    C Restoration, Inc. cjameson@jamesonesq.com
    Daniel Stolz    on behalf of Interested Party    Latitude West Owner, LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
    Daniel Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
    Daniel Stolz    on behalf of Interested Party    Latitude East Owner, LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
    Danielle Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
    Danielle Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
    Danielle Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com, ddelucia@tessercohen.com
    Danielle Cohen    on behalf of Defendant    MDS Construction Corp. dcohen@tessercohen.com, ddelucia@tessercohen.com
    Danielle Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
    Danielle Cohen    on behalf of Defendant    Global Development Contractors, L.L.C. dcohen@tessercohen.com, ddelucia@tessercohen.com
    Danielle Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
    Danielle Cohen    on behalf of Creditor    Global Development Contractors, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
    Danielle Cohen    on behalf of Defendant    Herc Rentals, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
    Darren R. Marks    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC dmarks@borahgoldstein.com, nagwu@borahgoldstein.com
    David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com, ciarkowski@wilentz.com
    David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
    David L. Stevens    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc. dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
    David L. Stevens    on behalf of Creditor    All Brands Elevator Industries, Inc. dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
    Donald B. Veix, Jr.    on behalf of Creditor    Bohler Engineering NY, PLLC donveixlaw@gmail.com, dveix@hartylawgroup.com
    Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO donna.thompson@dlthompsonlaw.com, dlthompsonlaw@aol.com
    Douglas Clagett Gray    on behalf of Defendant    Carson Corporation dgray@mdsfirm.com
    Edmund Campbell    on behalf of Creditor    Glass Systems Tech, LLC aweisenberger@campbellroccolaw.com
    Eric Biderman    on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability company eric.biderman@arentfox.com

```
District/off: 0312-3                  User: admin                    Page 3 of 5                    Date Rcvd: Jul 16, 2020
                                      Form ID: orderntc              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Eric J. Hughes   on behalf of Creditor   Liberty Mutual Insurance Company ehughes@mdmc-law.com
      Ericka Fredricks Johnson   on behalf of Interested Party   Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) ErJohnson@wcsr.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
      Felice R. Yudkin   on behalf of Interested Party   Newkirk Realty LLC fyudkin@coleschotz.com, fpisano@coleschotz.com
      Frank F. Velocci   on behalf of Creditor   NSA 18th Avenue, LLC frank.velocci@faegredrinker.com, brian.morgan@dbr.com
      Grant Cornehls   on behalf of Creditor   Nickerson Corporation gcornehls@wbny.com, lschindler@wbny.com
      Greg Trif   on behalf of Creditor   KR Masonry LLC gtrif@triflaw.com, gtrif@triflaw.com
      Greg Trif   on behalf of Creditor   Jordano Electric Inc. gtrif@triflaw.com, gtrif@triflaw.com
      Greg Trif   on behalf of Creditor   Sparwick Contracting, Inc. gtrif@triflaw.com, gtrif@triflaw.com
      Greg Trif   on behalf of Defendant   K R Masonry L.L.C. gtrif@triflaw.com, gtrif@triflaw.com
      Heather Lynn Anderson   on behalf of Creditor   State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us
      Hisham I. Masri   on behalf of Creditor   Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com, m.duran@hmasrilaw.com
      Ilana Volkov   on behalf of Creditor   Kone Inc. ivolkov@mcgrailbensinger.com, fpisano@coleschotz.com;ssallie@coleschotz.com
      Jacob Frumkin   on behalf of Interested Party   Grand Maujer Development, LLC jfrumkin@coleschotz.com
      James A. Kellar   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless jkellar@mccarter.com
      James C. Dezao, III   on behalf of Creditor Antonio Zarfino gerald@dezaolaw.com
      James C. Dezao, III   on behalf of Creditor Mayer Weberman gerald@dezaolaw.com
      Jason C Manfrey   on behalf of Creditor   Joffe Lumber & Supply Co., Inc. jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
      Jay L. Lubetkin   on behalf of Interested Party Christopher Johnson jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
      Jay L. Lubetkin   on behalf of Interested Party Kieran Flanagan jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
      Jeffrey J. Rea   on behalf of Creditor   City Contracting, Inc. jeffrea@aol.com
      Jeffrey J. Rea   on behalf of Defendant   City Contracting, Inc. jeffrea@aol.com
      Jeffrey J. Rea   on behalf of Creditor   Lienor City Contracting, Inc. jeffrea@aol.com
      Jeffrey Paul Valacer   on behalf of Creditor   MixOnSite USA, Inc. jvalacer@cohenseglias.com
      Jeffrey Paul Valacer   on behalf of Defendant   MixOnSite USA, Inc. jvalacer@cohenseglias.com
      Jeffrey W. Herrmann   on behalf of Creditor   Pereira Electrical Contracting, Inc. jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
      Jenny R. Kasen   on behalf of Defendant   SP Builders Contractors Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com
      Jenny R. Kasen   on behalf of Defendant   Bailey's Square Janitorial Service, Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com
      John O'Boyle   on behalf of Defendant   Bender Enterprises, Inc. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
      John O'Boyle   on behalf of Creditor   Imperial Floors, LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
      John O'Boyle   on behalf of Defendant   Imperial Floors Limited Liability Company joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
      Josef W. Mintz   on behalf of Creditor   640 Columbia Owner LLC mintz@blankrome.com, ecf-fe4957a0ba6a@ecf.pacerpro.com
      Joseph Cicala   on behalf of Defendant   Tore Electric Company jcicala@gpmlegal.com, jcicala@gpmlegal.com
      Joseph H. Lemkin   on behalf of Creditor   Conewago Enterprises, Inc. jlemkin@stark-stark.com
      Joseph H. Lemkin   on behalf of Debtor   Hollister Construction Services, LLC jlemkin@stark-stark.com
      Joseph H. Lemkin   on behalf of Creditor   Fabcon Precast jlemkin@stark-stark.com
      Joseph H. Lemkin   on behalf of Creditor   High Concrete Group, LLC jlemkin@stark-stark.com
      Joseph J. DiPasquale   on behalf of 3rd Party Plaintiff   Hollister Construction Services, LLC jdipasquale@lowenstein.com, jkimble@lowenstein.com
      Joseph J. DiPasquale   on behalf of Defendant   Hollister Construction Services, LLC jdipasquale@lowenstein.com, jkimble@lowenstein.com
      Joseph J. DiPasquale   on behalf of Debtor   Hollister Construction Services, LLC jdipasquale@lowenstein.com, jkimble@lowenstein.com
      Joseph L. Schwartz   on behalf of Creditor   Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
      Joseph L. Schwartz   on behalf of Creditor   Edison Construction Management jschwartz@riker.com
      Joseph L. Schwartz   on behalf of Creditor   Sunstone Hotels Morristown, LLC jschwartz@riker.com
      Joseph L. Schwartz   on behalf of Plaintiff   Newark Warehouse Redevelopment Company, LLC jschwartz@riker.com
      Joseph L. Schwartz   on behalf of Counter-Defendant   Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
      Joseph L. Schwartz   on behalf of Counter-Defendant   Newark Warehouse Redevelopment Company, LLC jschwartz@riker.com

```
District/off: 0312-3                User: admin                Page 4 of 5                Date Rcvd: Jul 16, 2020
                                    Form ID: orderntc          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph L. Schwartz   on behalf of Plaintiff   Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
        Joseph L. Schwartz   on behalf of Creditor   Newark Warehouse Redevelopment Company jschwartz@riker.com
        Joseph R Zapata, Jr.   on behalf of Creditor   STMR, Inc. jzapata@msklaw.net
        Joseph R. Fischer   on behalf of Defendant   Nordic Contracting Company, Inc. jfischer@kiernantrenk.com
        Joshua H. Raymond   on behalf of Creditor Committee   Official Committee of Unsecured Creditors jraymond@msbnj.com
        K. Joseph Vyzas   on behalf of Creditor   Rexel, Inc. joe@carlawyernj.com
        Karen L Thurston   on behalf of Creditor   Myrage LLC kthurston@frkblaw.com
        Karen M Murray   on behalf of Interested Party   P3 Metals, LLC kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com
        Karen M Murray   on behalf of Interested Party   P. Tamburri Steel kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com
        Kenneth A. Rosen   on behalf of 3rd Party Plaintiff   Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen   on behalf of Plaintiff   Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen   on behalf of Debtor   Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen   on behalf of Other Prof.   10X CEO Coaching krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen   on behalf of Attorney   Lowenstein Sandler LLP krosen@lowenstein.com, dclaussen@lowenstein.com
        Kenneth A. Rosen   on behalf of Defendant   Hollister Construction Services, LLC krosen@lowenstein.com, dclaussen@lowenstein.com
        Larry L. Miller   on behalf of Creditor   L&W Supply Corporation llmlaw@outlook.com
        Lauren Bielskie   on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov
        Laurence D. Pittinsky   on behalf of Attorney   Boyd Mechanical, LLC larry@rpllplaw.com
        Lawrence B. Diener   on behalf of Creditor   Advanced Scaffold Services, LLC LBDiener@optimum.net
        Lawrence B. Diener   on behalf of Defendant   Advanced Scaffold Services Mid-Atlantic LLC LBDiener@optimum.net
        Lawrence B. Diener   on behalf of Creditor   Advanced Scaffold Services Mid-Atlantic LLC LBDiener@optimum.net
        Marc D. Miceli   on behalf of Plaintiff   Hollister Construction Services, LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
        Marc D. Miceli   on behalf of Interested Party   R. Cipollini, Inc. t/a Cipollini Roofing mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
        Margreta Morgulas   on behalf of Creditor   3L & Company, Inc. mmorgulas@okinhollander.com
        Marguerite Schaffer   on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC mschaffer@shainlaw.com
        Mario A. Batelli   on behalf of Petitioning Creditor 360 Fire Prevention   360 Fire Prevention LLC mbatelli@fostermazzielaw.com
        Mark E. Felger   on behalf of Interested Party   Ricoh USA, Inc. mfelger@cozen.com, sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
        Martin P. Skolnick   on behalf of Creditor   Archmills LLC d/b/a ArchMills Doors and Hardware mskolnick@gmail.com
        Martin P. Skolnick   on behalf of Creditor   Stateline Fabricators, LLC mskolnick@gmail.com
        Mary E. Seymour   on behalf of Debtor   Hollister Construction Services, LLC mseymour@lowenstein.com
        Mary E. Seymour   on behalf of Attorney   Lowenstein Sandler LLP mseymour@lowenstein.com
        Melissa A. Pena   on behalf of Creditor   Target Fire Protection mapena@norris-law.com, pfreda@nmmlaw.com
        Meredith I. Friedman   on behalf of Creditor   CTC Academy mfriedman@wilentz.com, ciarkowski@wilentz.com
        Michael Kahme   on behalf of Creditor   Accordia Harrison Urban Renewal, LLC mkahme@hillwallack.com, fmansmann@hillwallack.com
        Michael Stafford   on behalf of Creditor   Anvil Craft Corp. mjstafford@nordlaw.legal, norddemaio@aol.com;adamnorddemaio@aol.com
        Michael D. Sirota   on behalf of Interested Party   Newkirk Realty LLC msirota@coleschotz.com, fpisano@coleschotz.com
        Michael J. Shavel   on behalf of Creditor   Accordia Harrison Urban Renewal, LLC mshavel@hillwallack.com, shavelmr99123@notify.bestcase.com
        Michael R. Herz   on behalf of Creditor   Troon Electric of New Jersey LLC mherz@foxrothschild.com, cbrown@foxrothschild.com
        Michele Lane Ross   on behalf of Creditor   Control Services, LLC sterry@mrossllc.com, arivera@mrossllc.com
        Mitchell Malzberg   on behalf of Creditor   Vector Structural Preservation Corp. mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
        Morris S. Bauer   on behalf of Creditor   Ware Malcomb msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com
        Murphy Durkin   on behalf of Creditor   Dehn Bros.Fire Protection, Inc. maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com
        Nicholas Verna   on behalf of Interested Party   Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) nick.verna@wbd-us.com
        Nicole M. Nigrelli   on behalf of Interested Party   Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Imaged Certificate of Notice    Page 6 of 6

```
District/off: 0312-3                  User: admin                    Page 5 of 5                  Date Rcvd: Jul 16, 2020
                                      Form ID: orderntc               Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Nicole M. Nigrelli    on behalf of Defendant    Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
Nicole M. Nigrelli    on behalf of Defendant    Delcon Builders Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
Nicole M. Nigrelli    on behalf of Interested Party    Delcon Builders, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
Pearl Shah    on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
Peter Broege    on behalf of Creditor    Encon Mechanical Corp pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com
Philip William Allogramento    on behalf of Creditor    Environmental Devices, Inc. pallogramento@connellfoley.com
Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC pallogramento@connellfoley.com
Richard Brant Forrest    on behalf of Creditor    DeSesa Engineering Company, Inc. rforrest@oslaw.com
Richard E. Weltman    on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com, mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company rnies@csglaw.com
Robert Saul Molnar    on behalf of Creditor    Starlite Electric LLC molnarrs@aol.com
Rocco A. Cavaliere    on behalf of Creditor    Titan Industrial Services Corp. rcavaliere@tarterkrinsky.com
Ryan M. Ernst    on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
Sam Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors sdellafera@msbnj.com
Seth Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds (the "Funds") sptasiewicz@krollfirm.com
Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com, AutoDocketWILM@duanemorris.com
Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation stephanie.jonaitis@troutman.com, balaa@pepperlaw.com
Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stephanie.jonaitis@troutman.com, balaa@pepperlaw.com
Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com
Steven J. Mitnick    on behalf of Plaintiff    Hollister Construction Services, LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com
Stuart Komrower    on behalf of Defendant    Orion Interiors, Inc. skomrower@coleschotz.com, fpisano@coleschotz.com
Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University sdarling@walsh.law, mvargas@walsh.law
Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law, mvargas@walsh.law
Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company tschellhorn@riker.com
Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tschellhorn@riker.com
Thomas D. McKeon    on behalf of Creditor    FN Dynamic, Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
Thomas D. McKeon    on behalf of Creditor    FN Dynamic Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Redevelopment Company tchasin@riker.com
Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tchasin@riker.com
U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
William G. Wright    on behalf of Defendant    Graybar Electric Company, Inc. wwright@capehart.com, jlafferty@capehart.com
William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com, jlafferty@capehart.com
Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com
                                                                                                            TOTAL: 189