|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br>*Counsel to the Debtor and<br>Debtor-in-Possession* | **Order Filed on July 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>**Hearing Date: July 16, 2020 at 10:00 a.m. (ET)** |

**ORDER RESOLVING WILMER O. RODRIGUEZ HERNANDEZ'S MOTION FOR
RELIEF FROM THE AUTOMATIC STAY TO CONTINUE WITH
STATE COURT PERSONAL INJURY CLAIM LITIGATION
TO THE EXTENT OF INSURANCE PROCEEDS**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: July 16, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:     2
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Resolving Wilmer O. Rodriguez Hernandez's Motion for Relief from the Automatic Stay to Continue with State Court Personal Injury Claim Litigation to the Extent of Insurance Proceeds

_____

Upon the motion (the "Motion") of Wilmer O. Rodriguez Hernandez ("Mr. Rodriguez Hernandez"), for entry of an order lifting the automatic stay to allow a certain state court personal injury action filed under Docket No. ESX-L-2926-18 (the "State Court Action") to proceed on the condition that the plaintiff in that action limits his damages against the Debtor to available insurance proceeds [Docket No. 1176]; and Mr. Rodriguez Hernandez and the Debtor having resolved the Motion; and the non-Debtor parties in the State Court Action having received notice of the proposed form of this Order and having made no objection thereto; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, as amended on September 18, 2012; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The automatic stay of section 362(a) of the Bankruptcy Code be, and hereby is, modified to allow Mr. Rodriguez Hernandez to prosecute the State Court Action against the Debtor solely up to the policy limits of all available liability insurance covering the Debtor inclusive of any self-insured deductible of the Debtor.

2. Said automatic stay is modified further to allow the non-Debtor parties in the State Court Action to prosecute their cross-claims and counterclaims against the Debtor, if any, solely up to the policy limits of all available liability insurance covering the Debtor inclusive of any self-insured deductible of the Debtor.

Page: 3
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Resolving Wilmer O. Rodriguez Hernandez's Motion for Relief from the Automatic Stay to Continue with State Court Personal Injury Claim Litigation to the Extent of Insurance Proceeds
_____

3. Mr. Rodriguez Hernandez and the non-Debtor parties in the State Court Action waive any right to recover or seek to recover any deductible from the Debtor, and they waive their right to file or assert any claim or proof of claim against the Debtor and its estate. Any proof of claim filed by Mr. Rodriguez Hernandez or the non-Debtor parties regarding the State Court Action against the Debtor and its estate shall be deemed expunged and disallowed upon entry of this Order.

4. In the event there is insufficient insurance coverage to satisfy in full all claims, recoveries, settlements, judgments, and any and all other sums awarded in connection with all claims asserted against the Debtor's insurance policy for the same applicable policy year as the claims asserted by Mr. Rodriguez Hernandez and the non-Debtor parties in the State Court Action, Mr. Rodriguez Hernandez and the non-Debtor parties in the State Court Action agree to share the available insurance proceeds *pro rata* with any other claimants whose claims are asserted against or implicated the same policy year.

5. This Order shall be immediately effective and enforceable upon its entry.

6. The parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation or enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 19-27439-MBK
Hollister Construction Services, LLC                                Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3        User: admin              Page 1 of 5            Date Rcvd: Jul 16, 2020
                            Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db             +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Alexander F. Barth    on behalf of Defendant    J M Pereira And Sons Inc. abarth@cohenseglias.com
              Allen I Gorski    on behalf of Creditor    Leader Electric Co., Inc. agorski@gorskiknowlton.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Allen J. Underwood, II    on behalf of Creditor    Horizon Blue Cross Blue Shield of New Jersey
               ajunderwood@beckermeisel.com,   ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
              Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               adobin@msbnj.com
              Andrew B. Cohn    on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
              Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
               .com;tgraga@kbtlaw.com
              Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC angelo.stio@troutman.com
              Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation angelo.stio@troutman.com
              Anna Patras    on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohlereng.com
              Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
               arainone@bracheichler.com,
               cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com
              Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com;jkimble@lowenstein.com
              Arielle Adler    on behalf of Plaintiff    Hollister Construction Services, LLC
               aadler@lowenstein.com,   elawler@lowenstein.com;jkimble@lowenstein.com
              Bart J. Klein    on behalf of Creditor    Midway Glass & Metal Installers, Inc.
               bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Unknown Role Type    Reynolds Painting Group NJ, LLC
               bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Unknown Role Type    Apple Coring & Sawing, LLC bart@bartjkleinlaw.com

```
District/off: 0312-3                   User: admin                    Page 2 of 5                    Date Rcvd: Jul 16, 2020
                                       Form ID: pdf903                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Bart J. Klein    on behalf of Defendant    Direct Cabinet Sales Of Red Bank Inc.
               bart@bartjkleinlaw.com
              Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
              Brett Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
              Brian Gregory Hannon    on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Brian R Tipton    on behalf of Defendant    State Line Construction Co. btipton@fpslawfirm.com
              Brian R Tipton    on behalf of Creditor    State Line Construction Company, Inc.
               btipton@fpslawfirm.com
              Brian W. Hofmeister    on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com,
               j119@ecfcbis.com
              Bruce D. Buechler    on behalf of Debtor    Hollister Construction Services, LLC
               bbuechler@lowenstein.com
              Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
              Carl J. Soranno    on behalf of Defendant    Haddad Heating & Plumbing Inc.
               csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
              Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
              Carl J. Soranno    on behalf of Defendant    Air Group, LLC csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
              Carl J. Soranno    on behalf of Defendant    Industrial Maintenance, Inc. csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
              Carol L. Knowlton    on behalf of Creditor    KSS Architects cknowlton@gorskiknowlton.com
              Charles A. Gruen    on behalf of Creditor    Michaels Electrical Supply Corp. cgruen@gruenlaw.com
              Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
              Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
              Christopher P. Coval    on behalf of Creditor    Allglass Systems, LLC ccoval@fsdc-law.com
              Clement J Farley    on behalf of Creditor    Mercedes-Benz USA, LLC cfarley@mccarter.com
              Curtiss T. Jameson    on behalf of Creditor    C Restoration, Inc. cjameson@jamesonesq.com
              Daniel  Stolz     on behalf of Interested Party    Latitude West Owner, LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel  Stolz     on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Daniel  Stolz     on behalf of Interested Party    Latitude East Owner, LLC dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              Danielle  Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc.
               dcohen@tessercohen.com,    ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Defendant    MDS Construction Corp. dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Defendant    Global Development Contractors, L.L.C.
               dcohen@tessercohen.com,    ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Creditor    Global Development Contractors, LLC
               dcohen@tessercohen.com,    ddelucia@tessercohen.com
              Danielle  Cohen    on behalf of Defendant    Herc Rentals, Inc. dcohen@tessercohen.com,
               ddelucia@tessercohen.com
              Darren R. Marks    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
               dmarks@borahgoldstein.com,    nagwu@borahgoldstein.com
              David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com,    ciarkowski@wilentz.com
              David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
              David L. Stevens    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc.
               dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              David L. Stevens    on behalf of Creditor    All Brands Elevator Industries, Inc.
               dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              Donald B. Veix, Jr.    on behalf of Creditor    Bohler Engineering NY, PLLC donveixlaw@gmail.com,
               dveix@hartylawgroup.com
              Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO
               donna.thompson@dlthompsonlaw.com,    dlthompsonlaw@aol.com
              Douglas Clagett Gray    on behalf of Defendant    Carson Corporation dgray@mdsfirm.com
              Edmund  Campbell    on behalf of Creditor    Glass Systems Tech, LLC
               aweisenberger@campbellroccolaw.com
              Eric  Biderman    on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability
               company eric.biderman@arentfox.com
              Eric J. Hughes    on behalf of Creditor    Liberty Mutual Insurance Company ehughes@mdmc-law.com
```

```
District/off: 0312-3                  User: admin                    Page 3 of 5                  Date Rcvd: Jul 16, 2020
                                      Form ID: pdf903                Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Ericka Fredricks Johnson    on behalf of Interested Party    Interlink Transport Technologies, Inc.
               (dba MSC Technology (North America) Inc.) ErJohnson@wcsr.com,
               Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
              Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com,
               fpisano@coleschotz.com
              Frank F. Velocci    on behalf of Creditor    NSA 18th Avenue, LLC frank.velocci@faegredrinker.com,
               brian.morgan@dbr.com
              Grant  Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com,
               lschindler@wbny.com
              Greg   Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com,   gtrif@triflaw.com
              Greg   Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com,   gtrif@triflaw.com
              Greg   Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com,
               gtrif@triflaw.com
              Greg   Trif    on behalf of Defendant    K R Masonry L.L.C. gtrif@triflaw.com,   gtrif@triflaw.com
              Heather Lynn  Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Hisham I. Masri    on behalf of Creditor    Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com,
               m.duran@hmasrilaw.com
              Ilana  Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com,
               fpisano@coleschotz.com;ssallie@coleschotz.com
              Jacob  Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC
               jfrumkin@coleschotz.com
              James A. Kellar    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
               jkellar@mccarter.com
              James C. Dezao, III    on behalf of Creditor Antonio  Zarfino gerald@dezaolaw.com
              James C. Dezao, III    on behalf of Creditor Mayer  Weberman gerald@dezaolaw.com
              Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc.
               jmanfrey@foxrothschild.com,
               jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              Jay L. Lubetkin    on behalf of Interested Party Kieran  Flanagan jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Interested Party Christopher  Johnson jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
              Jeffrey J. Rea    on behalf of Defendant    City Contracting, Inc. jeffrea@aol.com
              Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
              Jeffrey Paul Valacer    on behalf of Creditor    MixOnSite USA, Inc. jvalacer@cohenseglias.com
              Jeffrey Paul Valacer    on behalf of Defendant    MixOnSite USA, Inc. jvalacer@cohenseglias.com
              Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc.
               jwh@njlawfirm.com,   ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
              Jenny R. Kasen    on behalf of Defendant    SP Builders Contractors Inc. jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Jenny R. Kasen    on behalf of Defendant    Bailey's Square Janitorial Service, Inc.
               jkasen@kasenlaw.com,   dkasen@kasenlaw.com
              John  O'Boyle    on behalf of Defendant    Bender Enterprises, Inc. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John  O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John  O'Boyle    on behalf of Defendant    Imperial Floors Limited Liability Company
               joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com,
               ecf-fe4957a0ba6a@ecf.pacerpro.com
              Joseph  Cicala    on behalf of Defendant    Tore Electric Company jcicala@gpmlegal.com,
               jcicala@gpmlegal.com
              Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Debtor    Hollister Construction Services, LLC
               jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Creditor    Fabcon Precast jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
              Joseph J. DiPasquale    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com,   jkimble@lowenstein.com
              Joseph J. DiPasquale    on behalf of Defendant    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com,   jkimble@lowenstein.com
              Joseph J. DiPasquale    on behalf of Debtor    Hollister Construction Services, LLC
               jdipasquale@lowenstein.com,   jkimble@lowenstein.com
              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Sunstone Hotels Morristown, LLC jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Redevelopment Company, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Redevelopment Company, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
```

```
District/off: 0312-3              User: admin                Page 4 of 5                Date Rcvd: Jul 16, 2020
                                  Form ID: pdf903            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company
               jschwartz@riker.com
              Joseph R Zapata, Jr.    on behalf of Creditor    STMR, Inc. jzapata@msklaw.net
              Joseph R. Fischer    on behalf of Defendant    Nordic Contracting Company, Inc.
               jfischer@kiernanstrenk.com
              Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jraymond@msbnj.com
              K. Joseph Vyzas    on behalf of Creditor    Rexel, Inc. joe@carlawyernj.com
              Karen L Thurston    on behalf of Creditor    Myrage LLC kthurston@frkblaw.com
              Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Kenneth A. Rosen    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Other Prof.    10X CEO Coaching krosen@lowenstein.com,
               dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Attorney    Lowenstein Sandler LLP krosen@lowenstein.com,
               dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Defendant    Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
              Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
              Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services, LLC LBDiener@optimum.net
              Lawrence B. Diener    on behalf of Defendant    Advanced Scaffold Services Mid-Atlantic LLC
               LBDiener@optimum.net
              Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services Mid-Atlantic LLC
               LBDiener@optimum.net
              Marc D. Miceli    on behalf of Plaintiff    Hollister Construction Services, LLC
               mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
              Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing
               mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
              Margreta Morgulas    on behalf of Creditor    3L & Company, Inc. mmorgulas@okinhollander.com
              Marguerite Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
               mschaffer@shainlaw.com
              Mario A. Batelli    on behalf of Petitioning Creditor 360 Fire Prevention    360 Fire Prevention LLC
               mbatelli@fostermazzielaw.com
              Mark E. Felger    on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com,
               sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
              Martin P. Skolnick    on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware
               mskolnick@gmail.com
              Martin P. Skolnick    on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
              Mary E. Seymour    on behalf of Debtor    Hollister Construction Services, LLC
               mseymour@lowenstein.com
              Mary E. Seymour    on behalf of Attorney    Lowenstein Sandler LLP mseymour@lowenstein.com
              Melissa A. Pena    on behalf of Creditor    Target Fire Protection mapena@norris-law.com,
               pfreda@nmmlaw.com
              Meredith I. Friedman    on behalf of Creditor    CTC Academy mfriedman@wilentz.com,
               ciarkowski@wilentz.com
              Michael Kahme    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
               mkahme@hillwallack.com, fmansmann@hillwallack.com
              Michael Stafford    on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal,
               norddemaio@aol.com;adamnorddemaio@aol.com
              Michael D. Sirota    on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com,
               fpisano@coleschotz.com
              Michael J. Shavel    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
               mshavel@hillwallack.com, shavelmr99123@notify.bestcase.com
              Michael R. Herz    on behalf of Creditor    Troon Electric of New Jersey LLC
               mherz@foxrothschild.com, cbrown@foxrothschild.com
              Michele Lane Ross    on behalf of Creditor    Control Services, LLC sterry@mrossllc.com,
               arivera@mrossllc.com
              Mitchell Malzberg    on behalf of Creditor    Vector Structural Preservation Corp.
               mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
              Morris S. Bauer    on behalf of Creditor    Ware Malcomb msbauer@nmmlaw.com,
               rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com
              Murphy Durkin    on behalf of Creditor    Dehn Bros.Fire Protection, Inc.
               maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com
              Nicholas Verna    on behalf of Interested Party    Interlink Transport Technologies, Inc. (dba MSC
               Technology (North America) Inc.) nick.verna@wbd-us.com
              Nicole M. Nigrelli    on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
              Nicole M. Nigrelli    on behalf of Defendant    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

```
District/off: 0312-3          User: admin               Page 5 of 5              Date Rcvd: Jul 16, 2020
                              Form ID: pdf903           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Nicole M. Nigrelli    on behalf of Defendant    Delcon Builders Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
      Nicole M. Nigrelli    on behalf of Interested Party    Delcon Builders, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
      Pearl Shah    on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
      Peter Broege    on behalf of Creditor    Encon Mechanical Corp pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com
      Philip William Allogramento    on behalf of Creditor    Environmental Devices, Inc. pallogramento@connellfoley.com
      Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC pallogramento@connellfoley.com
      Richard Brant Forrest    on behalf of Creditor    DeSesa Engineering Company, Inc. rforrest@oslaw.com
      Richard E. Weltman    on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com, mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
      Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company rnies@csglaw.com
      Robert Saul Molnar    on behalf of Creditor    Starlite Electric LLC molnarrs@aol.com
      Rocco A. Cavaliere    on behalf of Creditor    Titan Industrial Services Corp. rcavaliere@tarterkrinsky.com
      Ryan M. Ernst    on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
      Sam Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors sdellafera@msbnj.com
      Seth Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds (the "Funds") sptasiewicz@krollfirm.com
      Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com, AutoDocketWILM@duanemorris.com
      Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation stephanie.jonaitis@troutman.com, balaa@pepperlaw.com
      Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stephanie.jonaitis@troutman.com, balaa@pepperlaw.com
      Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
      Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
      Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com
      Steven J. Mitnick    on behalf of Plaintiff    Hollister Construction Services, LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com
      Stuart Komrower    on behalf of Defendant    Orion Interiors, Inc. skomrower@coleschotz.com, fpisano@coleschotz.com
      Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University sdarling@walsh.law, mvargas@walsh.law
      Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law, mvargas@walsh.law
      Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company tschellhorn@riker.com
      Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tschellhorn@riker.com
      Thomas D. McKeon    on behalf of Creditor    FN Dynamic, Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
      Thomas D. McKeon    on behalf of Creditor    FN Dynamic Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
      Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tchasin@riker.com
      Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Redevelopment Company tchasin@riker.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William G. Wright    on behalf of Defendant    Graybar Electric Company, Inc. wwright@capehart.com, jlafferty@capehart.com
      William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com, jlafferty@capehart.com
      Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com

      TOTAL: 189