UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Hollister Construction Services LLC

Case No. 19-27439 (MBK)
Reporting Period: May 1 thru 31, 2020

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____        _____
Signature of Debtor                     Date  6/23/20

_____        _____
Signature of Joint Debtor               Date

_____        _____
Signature of Authorized Individual*     Date

_____        _____
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re Hollister Construction Services LLC
Debtor

Case No. 19-27439 (MBK)
Reporting Period: May 1 thru 31, 2020

# SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | OTHER | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| | OPER #7598 | OPER #4167 | OPER# 7641 | PAYROLL # 1876 | (Petty Cash) | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 482,652 | 825,559 | (483) | - | 500 | 1,308,228 | 17,374,156 | 1,312,577 | 1,376,292 |
| **RECEIPTS** | | | | | | | | | |
| CASH SALES | | | | | | - | - | - | - |
| ACCOUNTS RECEIVABLE | 15,000 | | | | | 15,000 | - | 2,115,872 | 27,293,252 |
| LOANS AND ADVANCES | | | | | | | - | - | |
| SALE OF ASSETS | | | | | | - | - | 1,500 | - |
| OTHER (ATTACH LIST) | 62,652 | | | | | 62,652 | - | 3,733,732 | - |
| TRANSFERS (FROM ACCT 7641) | | | | | | - | - | 93,522 | - |
| TRANSFERS (FROM ACCT 4167) | | | | | | - | - | 823,425 | - |
| TRANSFERS (FROM ACCT 1876) | | | | | | - | - | 1,694 | - |
| TRANSFERS (FROM ACCT 7598) | | | | | | - | - | 695,022 | - |
| **TOTAL RECEIPTS** | 77,652 | - | - | - | - | 77,652 | - | 7,464,767 | 27,293,252 |
| **DISBURSEMENTS** | | | | | | | | | |
| NET PAYROLL | 203,246 | | | | | 203,246 | - | 3,077,531 | 1,813,302 |
| PAYROLL TAXES | 15,081 | | | | | 15,081 | - | 228,012 | 109,174 |
| SALES, USE, & OTHER TAXES | | | | | | - | - | - | - |
| INVENTORY PURCHASES | | | | | | - | - | - | |
| SECURED/ RENTAL/ LEASES | 43,738 | | | | | 43,738 | - | 725,315 | 100,000 |
| INSURANCE | 159,450 | | | | | 159,450 | - | 1,114,253 | 1,315,476 |
| ADMINISTRATIVE | 22,745 | 12 | | | | 22,757 | - | 713,363 | 6,716,540 |
| SELLING | | | | | | - | - | - | - |
| OTHER (ATTACH LIST) | | | | | | - | - | 991 | - |
| OWNER DRAW * | | | | | | - | - | - | |
| TRANSFERS (TO #7641) | | | | | | - | - | 33,401 | - |
| TRANSFERS (TO #1876) | | | | | | - | - | 60,728 | - |
| TRANSFERS (TO #4167) | | | | | | - | - | 654,767 | - |
| TRANSFERS (TO #7598) | | | | | | - | - | 864,767 | - |
| PROFESSIONAL FEES | 57,125 | | | | | 57,125 | - | 363,953 | 700,000 |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | - | - | 55,779 | 500,896 |
| COURT COSTS | | | | | | - | - | - | 40,000 |
| TOTAL DISBURSEMENTS | 501,385 | 12 | - | - | - | 501,398 | - | 7,892,862 | 11,295,388 |
| **NET CASH FLOW** | (423,733) | (12) | - | - | - | (423,746) | - | (428,095) | 15,997,864 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | |
| **CASH - END OF MONTH** | 58,918 | 825,547 | (483) | - | 500 | 884,482 | 17,374,156 | 884,482 | 17,374,156 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 501,398 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | - |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 501,398 |

In re Hollister Construction Services LLC
Debtor

Case No. **19-27439 (MBK)**
Reporting Period: **May 1 thru 31, 2020**

### CASH DISBURSEMENTS JOURNAL

| Bank Account | Date | Amount | Description | Check Number | Check Date |
|---|---|---|---|---|---|
| 7598 | 5/6/2020 | $ 15,166.53 | Mane Real Estate, LLC | 14216 | 5/6/2020 |
| 7598 | 5/26/2020 | $ 1,610.00 | Exigent Technologies LLC | 14217 | 5/26/2020 |
| 7598 | 5/26/2020 | $ 476.15 | Cloudnexa Inc | 14218 | 5/26/2020 |
| 7598 | 5/26/2020 | $ - | ** Voided ** | 14219 | 5/26/2020 |
| 7598 | 5/27/2020 | $ - | ** Voided ** | 14220 | 5/27/2020 |
| 7598 | 5/27/2020 | $ 7,526.02 | United Site Services | 14221 | 5/27/2020 |
| 7598 | 5/1/2020 | $ 47,688.15 | Horizon Blue Cross Blue Shield | ACH-Debit | 5/1/2020 |
| 7598 | 5/1/2020 | $ 2,715.12 | Guardian Insurance | ACH-Debit | 5/1/2020 |
| 7598 | 5/1/2020 | $ 108,283.90 | Travelers Insurance | ACH-Debit | 5/1/2020 |
| 7598 | 5/1/2020 | $ 152.48 | Optimum | ACH-Debit | 5/1/2020 |
| 7598 | 5/6/2020 | $ 56.62 | UPS Shipping | ACH-Debit | 5/6/2020 |
| 7598 | 5/6/2020 | $ 10,000.00 | Prime Clerk | Electronic | 5/6/2020 |
| 7598 | 5/12/2020 | $ 10,000.00 | Prime Clerk | Electronic | 5/12/2020 |
| 7598 | 5/12/2020 | $ 62,782.56 | May 15, 2020 Payroll | Electronic | 5/12/2020 |
| 7598 | 5/15/2020 | $ 2,007.25 | May 15, 2020 Payroll - 401K Employee Deferrals via Nationwide | ACH-Debit | 5/15/2020 |
| 7598 | 5/28/2020 | $ 150,409.37 | May 31, 2020 Payroll | Electronic | 5/28/2020 |
| 7598 | 5/28/2020 | $ 3,128.04 | May 31, 2020 Payroll - 401K Employee Deferrals via Nationwide | ACH-Debit | 5/28/2020 |
| 7598 | 5/21/2020 | $ 10,000.00 | Prime Clerk | Electronic | 5/21/2020 |
| 7598 | 5/26/2020 | $ 5,000.00 | Prime Clerk | Electronic | 5/26/2020 |
| 7598 | 5/26/2020 | $ 22,125.00 | BAK Advisors, Inc. | Electronic | 5/26/2020 |
| 7598 | 5/26/2020 | $ 28,571.39 | PNC Term Loan Payment | Auto-Debit | 5/26/2020 |
| 7598 | 5/27/2020 | $ 3,700.00 | PM Web, Inc. | Electronic | 5/27/2020 |
| 7598 | 5/28/2020 | $ 8,516.61 | Verizon Wireless | ACH-Debit | 5/28/2020 |
| 7598 | 5/29/2020 | $ 763.00 | Cook, Maran & Associates, Inc. | Electronic | 5/29/2020 |
| 7598 | 5/29/2020 | $ 707.05 | PNC Bank Fees | Auto-Debit | 5/29/2020 |
| 4167 | 5/29/2020 | $ 12.39 | PNC Bank Fees | Auto-Debit | 5/29/2020 |
| | | $ 501,397.63 | | | |

### OTHER CASH RECEIPTS DETAIL

| Bank Account | Date | Amount | Description |
|---|---|---|---|
| 7598 | 5/12/2020 | $ 21,273.00 | Arch Insurance - 5/15 Bonded Job Payroll Funding |
| 7598 | 5/13/2020 | $ 11,105.92 | Cobra deposit from former employees for healthcare benefits received through Clarity/Beneflex, the Debtor's plan administrator. |
| 7598 | 5/28/2020 | $ 30,273.00 | Arch Insurance - 5/31 Bonded Job Payroll Funding |
| | | | |
| | | $ 62,651.92 | |

In re Hollister Construction Services LLC

Debtor

Case No. 19-27439 (MBK)

Reporting Period: May 1 thru 31, 2020

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Operating | | Operating | | Payroll | |
|---|---|---|---|---|---|---|---|---|
| | # 7598 | | # 4167 | | #7641 | | #1876 | |
| **BALANCE PER BOOKS** | $ 58,918.21 | | $ 825,546.91 | | $ (483.06) | | $ - | |
| | | | | | | | | |
| BANK BALANCE *(Footnote #1 & #2)* | $ 75,072.65 | | $ 825,546.91 | | $ - | | $ - | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | $ - | | $ - | | $ - | | $ - | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | $ (13,026.40) | | $ - | | $ - | | $ - | |
| OTHER  (ATTACH EXPLANATION) | $ (3,128.04) | | $ - | | $ (483.06) | | $ - | |
| ADJUSTED BANK BALANCE * | $ 58,918.21 | | $ 825,546.91 | | $ (483.06) | | $ - | |
| * Adjusted bank balance must equal | $ 0.00 | | $ - | | $ - | | $ - | |
| balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | 14180 | $ 84.23 | | | | | | |
| | 14212 | $ 3,330.00 | | | | | | |
| | 14217 | $ 1,610.00 | | | | | | |
| | 14218 | $ 476.15 | | | | | | |
| | 14221 | $ 7,526.02 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | Date | Amount | | | | | | |
| 401K Employee Deferrals from 5/31/20 Payroll not deducted via ACH until 6/1/20 (Paid to Nationwide, the Debtor's 401k Plan administrator). | 5/31/2020 | $ 3,128.04 | | | | | | |
| TD Bank issued adjustments to account # 7641 totalling $483.06 which the Debtor has not recorded on their books as of 3/31/20. (Footnote #2) | | | | | | 483.06 | | |

### Footnotes

(1) Debtor has not received a bank statement for account # 1876 since the January 2020 reporting period. TD Bank was unable to locate the account in their system when contacted by the Debtor through their telephone helpline. The Debtor continues to work with TD Bank to determine if they closed the account due to inactivity. Debtor will inform the US Trustee of additional information as they learn more from TD Bank.'

(2) TD Bank closed account # 7641 and sent the attached final bank statement.  The Debtor was unaware that TD Bank would be closing the account but does not require usage of the account in the future.  As evident in the final bank statement, bank fees were assessed by TD Bank before the account was closed which the Debtor intends to pay.

In re Hollister Construction Services LLC  
Debtor

Case No. 19-27439 (MBK)  
Reporting Period: May 1 thru 31, 2020

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Prime Clerk | 9/11/19 - 9/30/19 | $ 35,425.04 | Hollister Construction Services | Wire Debit | 12/06/19 | $ 26,414.07 | $ 9,010.97 | | |
| Prime Clerk | 10/01/19 - 10/31/19 | $ 40,389.50 | Hollister Construction Services | Wire Debit | 12/30/19 | $ 28,178.79 | $ 12,210.71 | | |
| Prime Clerk | 11/01/19 - 11/30/19 | $ 102,402.26 | Hollister Construction Services | Wire Debit | 04/03/20 | $ 25,000.00 | $ - | | |
| Prime Clerk | 11/01/19 - 11/30/19 | $ - | Hollister Construction Services | Wire Debit | 04/09/20 | $ 25,000.00 | $ - | | |
| Prime Clerk | 11/01/19 - 11/30/19 | $ - | Hollister Construction Services | Wire Debit | 04/24/20 | $ 12,676.57 | $ 37,323.43 | | |
| Prime Clerk | 11/01/19 - 11/30/19 | $ - | Hollister Construction Services | Wire Debit | 04/28/20 | $ 2,402.06 | $ - | | |
| Prime Clerk | 12/01/19 - 12/31/19 | $ 42,597.74 | Hollister Construction Services | Wire Debit | 04/28/20 | $ 7,597.94 | $ - | | |
| Prime Clerk | 12/01/19 - 12/31/19 | $ - | Hollister Construction Services | Wire Debit | 05/06/20 | $ 5,000.00 | $ 5,000.00 | | |
| Prime Clerk | 12/01/19 - 12/31/19 | $ - | Hollister Construction Services | Wire Debit | 05/12/20 | $ 5,000.00 | $ 5,000.00 | | |
| Prime Clerk | 12/01/19 - 12/31/19 | $ - | Hollister Construction Services | Wire Debit | 05/21/20 | $ 4,490.08 | $ 5,509.92 | | |
| Prime Clerk | 12/01/19 - 12/31/19 | $ - | Hollister Construction Services | Wire Debit | 05/26/20 | $ - | $ 5,000.00 | $ 141,759.51 | $ 79,055.03 |
| BAK Advisors Inc. | 1/01/20 - 1/31/20 (Deposit) | $ 25,000.00 | Hollister Construction Services | Wire Debit | 01/22/20 | $ 25,000.00 | $ - | | |
| BAK Advisors Inc. | 1/01/20 - 1/31/20 (True-Up) | $ 21,642.90 | Hollister Construction Services | 14135 | 02/05/20 | $ (3,775.00) | $ 417.90 | | |
| BAK Advisors Inc. | 11/18/19 - 12/31/19 | $ - | Hollister Construction Services | 14135 | 02/05/20 | $ 10,000.00 | $ - | | |
| BAK Advisors Inc. | 2/01/20 - 2/29/20 (Deposit) | $ - | Hollister Construction Services | 14135 | 02/05/20 | $ 15,000.00 | | | |
| BAK Advisors Inc. | 2/01/20 - 2/29/20 (Deposit) | $ 25,000.00 | Hollister Construction Services | 14136 | 02/05/20 | $ 25,000.00 | $ - | | |
| BAK Advisors Inc. | 2/01/20 - 2/29/20 (True-Up) | $ 21,041.00 | Hollister Construction Services | 14168 | 03/05/20 | $ 20,700.00 | $ 341.00 | | |
| BAK Advisors Inc. | 3/01/20 - 3/31/20 (Deposit) | $ 25,000.00 | Hollister Construction Services | Wire Debit | 04/30/20 | $ 25,000.00 | $ - | | |
| BAK Advisors Inc. | 3/01/20 - 3/31/20 (True-Up) | $ 3,330.00 | Hollister Construction Services | 14212 | 04/30/20 | $ 2,675.00 | $ 655.00 | | |
| BAK Advisors Inc. | 4/01/20 - 4/30/20 (Deposit) | $ 25,000.00 | Hollister Construction Services | Wire Debit | 05/26/20 | $ 25,000.00 | $ - | | |
| BAK Advisors Inc. | 4/01/20 - 4/30/20 (True-Up) | $ (2,875.00) | Hollister Construction Services | Wire Debit | 05/26/20 | $ (2,875.00) | $ - | $ 141,725.00 | $ 1,413.90 |

In re Hollister Construction Services LLC
        Debtor

Case No. 19-27439 (MBK)
Reporting Period: May 1 thru 31, 2020

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | | Cumulative Filing to Date |
|---|---|---|---|
| Gross Revenues | $ | 1,627,430 | $ 6,836,790 |
| Less:  Returns and Allowances | $ | - | $ - |
| **Net Revenue** | **$** | **1,627,430** | **$ 6,836,790** |
| **COST OF GOODS SOLD** | | | |
| Beginning Inventory | $ | - | $ - |
| Add: Purchases | $ | 1,383,367 | $ 4,510,752 |
| Add: Cost of Labor | $ | 86,972 | $ 1,303,255 |
| Add: Other Costs (attach schedule) | $ | - | $ - |
| Less: Ending Inventory | $ | - | $ - |
| **Cost of Goods Sold** | **$** | **1,470,339** | **$ 5,814,006** |
| **Gross Profit** | **$** | **157,091** | **$ 1,022,784** |
| **OPERATING EXPENSES** | | | |
| Advertising | $ | - | $ - |
| Auto and Truck Expense | $ | - | $ - |
| Bad Debts | $ | - | $ - |
| Contributions | $ | - | $ - |
| Employee Benefits Programs | $ | 984 | $ 15,413 |
| Insider Compensation* | $ | 35,017 | $ 582,759 |
| Insurance | $ | - | $ (0) |
| Management Fees/Bonuses | $ | - | $ - |
| Office Expense *Footnote #1* | $ | (12,788) | $ (64,394) |
| Pension & Profit-Sharing Plans | $ | - | $ - |
| Repairs and Maintenance | $ | - | $ - |
| Rent and Lease Expense | $ | 15,993 | $ 126,253 |
| Salaries/Commissions/Fees | $ | 66,781 | $ 731,542 |
| Supplies | $ | - | $ - |
| Taxes - Payroll | $ | 38,744 | $ 315,609 |
| Taxes - Real Estate | $ | - | $ - |
| Taxes - Other | $ | - | $ - |
| Travel and Entertainment | $ | 1,471 | $ 31,305 |
| Utilities | $ | 1,559 | $ 61,220 |
| Other (attach schedule) | $ | 720 | $ 18,641 |
| **Total Operating Expenses Before Depreciation** | **$** | **148,541** | **$ 1,818,347** |
| Depreciation/Depletion/Amortization | $ | 13,219 | $ 123,201 |
| **Net Profit (Loss) Before Other Income & Expenses** | **$** | **(4,669)** | **$ (918,764)** |
| **OTHER INCOME AND EXPENSES** | | | |
| Other Income (attach schedule) | $ | - | $ 16,414 |
| Interest Expense | $ | 26,882 | $ 388,005 |
| Other Expense (attach schedule) | $ | - | $ - |
| **Net Profit (Loss) Before Reorganization Items** | **$** | **(31,551)** | **$ (1,290,355)** |
| **REORGANIZATION ITEMS** | | | |
| Professional Fees | $ | 195,134 | $ 4,709,154 |
| U. S. Trustee Quarterly Fees (Footnote #2) | $ | (20,192) | $ 69,264 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | $ | - | $ - |
| Gain (Loss) from Sale of Equipment | $ | - | $ 2,960 |
| Other Reorganization Expenses (attach schedule) | $ | - | $ - |
| **Total Reorganization Expenses** | **$** | **174,942** | **$ 4,781,379** |
| Income Taxes | $ | - | $ - |
| **Net Profit (Loss)** | **$** | **(206,493)** | **$ (6,071,734)** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**Footnotes**
(1) ($20,454.97) credit from Arch, the Debtor's Bonding Company, for their share of Overhead expenses is recorded to Office Expense.

(2) Current Month credit in US Trustee Quarterly Fees is a result of the Debtor adjusting their year-to-date accrual.

In re Hollister Construction Services LLC                    Case No. 19-27439 (MBK)
           Debtor                    Reporting Period: May 1 thru 31, 2020

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | | Cumulative Filing to Date |
|---|---|---|---|
| | | | |
| **Other Costs** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Operational Expenses** | | | |
| Bank Fees | $ | 720 | $ 18,641 |
| | | | |
| | | | |
| | | | |
| TOTAL OTHER OPERATIONAL EXPENSES | $ | 720 | $ 18,641 |
| **Other Income** | | | |
| Sharp Consulting LLC - Sale of Office Chairs | $ | - | $ 1,500 |
| Interest Charged to Saxum Real Estate for Inter-Company Balance | $ | - | $ 7,263 |
| Net Proceeds from Principal Life Insurance's Return of Deferred Comp | $ | - | $ 7,381 |
| Marilyn Speidell - Sale of Computer HW | $ | - | $ 270 |
| | $ | - | $ - |
| TOTAL OTHER INCOME | $ | - | $ 16,414 |
| **Other Expenses** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Reorganization Expenses** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re Hollister Construction Services LLC
Debtor

Case No. **19-27439 (MBK)**
Reporting Period: **May 1 thru 31, 2020**

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 884,482 | 1,376,792 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | - | |
| Accounts Receivable (Net) | 79,990,846 | 80,692,098 |
| Notes Receivable | 130,082 | 140,332 |
| Inventories | - | |
| Prepaid Expenses | 3,508,021 | 2,015,509 |
| Professional Retainers | 848,573 | 1,162,834 |
| Other Current Assets (attach schedule) | 314,211 | 1,109,006 |
| *TOTAL CURRENT ASSETS* | 85,676,216 | 86,496,571 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | - | - |
| Machinery and Equipment | - | - |
| Furniture, Fixtures and Office Equipment | 944,560 | 944,560 |
| Leasehold Improvements | 359,753 | 359,753 |
| Vehicles | 95,494 | 95,494 |
| Less Accumulated Depreciation | (1,310,272) | (1,180,928) |
| *TOTAL PROPERTY & EQUIPMENT* | 89,535 | 218,879 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | 3,282,185 | 3,282,185 |
| Other Assets (attach schedule) | 330,356 | 661,356 |
| *TOTAL OTHER ASSETS* | 3,612,541 | 3,943,541 |
| **TOTAL ASSETS** | 89,378,293 | 90,658,991 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | - | - |
| Taxes Payable (refer to FORM MOR-4) | - | - |
| Wages Payable | - | - |
| Notes Payable | - | - |
| Rent / Leases - Building/Equipment (Footnote 1) | 152,136.91 | - |
| Secured Debt / Adequate Protection Payments | - | - |
| Professional Fees (Footnote 2) | 4,087,723.15 | - |
| Amounts Due to Insiders* | - | - |
| Other Postpetition Liabilities (attach schedule) | - | - |
| *TOTAL POSTPETITION LIABILITIES* | 4,239,860.06 | - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 15,066,667 | 15,280,000 |
| Priority Debt | - | - |
| Unsecured Debt | 96,094,543 | 95,330,034 |
| *TOTAL PRE-PETITION LIABILITIES* | 111,161,210 | 110,610,034 |
| *TOTAL LIABILITIES* | 115,401,070 | 110,610,034 |
| *OWNER EQUITY* | | |
| Capital Stock | 2,416,026 | 2,416,026 |
| Additional Paid-In Capital | | |
| Partners' Capital Account | - | - |
| Owner's Equity Account | - | - |
| Retained Earnings - Pre-Petition | (22,367,069) | (22,367,069) |
| Retained Earnings - Postpetition | (6,071,734) | |
| Adjustments to Owner Equity (attach schedule) | - | - |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | - | - |
| *NET OWNER EQUITY* | (26,022,777) | (19,951,043) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 89,378,293 | 90,658,991 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**Footnotes:**
(1) Equipment Rent/Leases - Amounts past due are related to Herc Rentals.  The Debtor and Herc Rentals are negotiating a Settlement Agreement that will address these open amounts.

(2) Professional Fees - Debtor expects to pay as the Cash Collateral Orders covering these disbursements are approved.

In re  <u>Hollister Construction Services LLC</u>
Debtor

Case No. <u>19-27439 (MBK)</u>
Reporting Period: <u>May 1 thru 31, 2020</u>

### BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Current Assets** | | |
| Employee Deferred Compensation Plan | $ - | $ 237,000 |
| Receivable - Ci | $ 5,000 | $ 5,000 |
| Receivable - SX | $ - | $ 489,712 |
| Receivable - TS | $ - | $ 68,082 |
| Receivable - MG | $ 109,179 | $ 109,179 |
| Receivable - HS | $ 200,033 | $ 200,033 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER CURRENT ASSETS | $ 314,211 | $ 1,109,006 |
| **Other Assets** | | |
| Security Deposits | $ 24,667 | $ 35,667 |
| Investments | $ 305,689 | $ 625,689 |
| | | |
| | | |
| | | |
| TOTAL OTHER ASSETS | $ 330,356 | $ 661,356 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Postpetition Liabilities** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Adjustments to Owner Equity** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Postpetition Contributions (Distributions) (Draws)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re <u>Hollister Construction Services LLC</u>
Debtor

Case No. <u>19-27439 (MBK)</u>
Reporting Period: <u>May 1 thru 31, 2020</u>

## STATUS OF POSTPETITION TAXES (Footnote #1)

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $ - | $ 30,456 | $ 30,456 | 5/12/20 & 5/28/20 | EFT | $ - |
| FICA-Employee | $ - | $ 11,877 | $ 11,877 | 5/12/20 & 5/28/20 | EFT | $ - |
| FICA-Employer | $ - | $ 11,877 | $ 11,877 | 5/12/20 & 5/28/20 | EFT | $ - |
| Unemployment | $ - | $ - | $ - | | | $ - |
| Income | $ - | $ - | $ - | | | $ - |
| Other: | $ - | $ - | $ - | | | $ - |
| Total Federal Taxes | $ - | $ 54,210 | $ 54,210 | | | $ - |
| **State and Local** | | | | | | |
| Withholding | $ - | $ 9,418 | $ 9,418 | 5/12/20 & 5/28/20 | EFT | $ - |
| Sales | $ - | $ - | $ - | | | $ - |
| Excise | $ - | $ - | $ - | | | $ - |
| Unemployment | $ - | $ 340 | $ 340 | 5/12/20 & 5/28/20 | EFT | $ - |
| Real Property | $ - | $ - | $ - | | | $ - |
| Personal Property | $ - | $ - | $ - | | | $ - |
| Other: | $ - | $ - | $ - | | | $ - |
| Total State and Local | $ - | $ 9,758 | $ 9,758 | | | $ - |
| **Total Taxes** | $ - | $ 63,967 | $ 63,967 | | | $ - |

**Footnotes:**

(1) The Debtor utilizes a third party payroll processing company, Beyond Pay, to process their semi-monthly payroll.  As part of this process, the Debtor pays all employee and employer taxes to Beyond Pay who is then responsible for paying these taxes to the appropriate government agency and the associated payroll tax filings..

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Wages Payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Taxes Payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Rent/Leases-Building | $ - | $ - | $ - | $ - | $ - | $ - |
| Rent/Leases-Equipment (Footnote 1) | $ 15,016 | $ 15,016 | $ 15,016 | $ 15,016 | $ 92,074 | $ 152,137 |
| Secured Debt/Adequate Protection Payments | $ - | $ - | $ - | $ - | $ - | $ - |
| Professional Fees (Footnote 2) | $ 189,662 | $ 274,757 | $ 289,609 | $ 354,246 | $ 2,979,450 | $ 4,087,723 |
| Amounts Due to Insiders* | $ - | $ - | $ - | $ - | $ - | $ - |
| Other: | $ - | $ - | $ - | $ - | $ - | $ - |
| Other: | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Postpetition Debts** | $ 204,678 | $ 289,772 | $ 304,624 | $ 369,262 | $ 3,071,524 | $ 4,239,860 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

**Footnotes:**

(1) Equipment Rent/Leases - Amounts past due are related to Herc Rentals.  The Debtor and Herc Rentals are negotiating a Settlement Agreement that will address these open amounts.
(2) Professional Fees - Debtor expects to pay as the Cash Collateral Orders covering these disbursements are approved.

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re  Hollister Construction Services LLC
Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ | 78,604,218 | (1) |
| + Amounts billed / adjusted during the period | $ | 1,401,628 |
| - Amounts collected during the period | $ | (15,000) |
| Total Accounts Receivable at the end of the reporting period | $ | 79,990,846 |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | $ | 33,682,132 | (2) |
| 31 - 60 days old | $ | - |
| 61 - 90 days old | $ | 912,199 |
| 91+ days old | $ | 45,396,515 |
| Total Accounts Receivable | $ | 79,990,846 |
| Amount considered uncollectible (Bad Debt) | $ | 12,356,027 | (3) |
| Accounts Receivable (Net) | $ | 67,634,818 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No | |
|---|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X | |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | X | (4) |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X | |

**Footnotes:**
(1) Includes Bonded job receivables and Retainage Receivables.
(2) 0-30 Days A/R includes the total open Retainage balance of $32,280,503.67.
(3) Estimated uncollectible amount.  Has not been booked to Bad Debt on Debtor's books.
(4) State of New Jersey Quarterly Sales Tax returns for quarters 2-4 of 2019 were filed in February, 2020.  Debtor calculated zero taxes due for these periods..

# Corporate Business Account Statement

**PNC BANK**

|  |  |
|---|---|
| **For the period 05/01/2020 to 05/29/2020** | Account number: ▓▓▓▓-7598 |
| 010342                           000204848    UZ | Page 1 of 4 |
| HOLLISTER CONSTRUCTION #19-27439 | Number of enclosures: 0 |
| SERVICES LLC | Tax ID Number: 74-3135404 |
| OPERATING ACCOUNT | |
| DEBTOR IN POSSESSION | ☎ For Client Services: |
| 339 JEFFERSON RD | Call 1-800-669-1518 |
| PARSIPPANY NJ 07054-3707 | 💻 Visit us at PNC.com/treasury |

✉ Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo , MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 500,023.60 | 77,651.92 | 502,602.87 | 75,072.65 |

### Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at **1-800-762-2035**, select 1 for personal account or 2 for a business account, then select option 3.

### Deposits and Other Credits

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 15,000.00 |
| National Lockbox | 0 | 0.00 |
| ACH Credits | 1 | 11,105.92 |
| Funds Transfers In | 2 | 51,546.00 |
| Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 |
| Other Credits | 0 | 0.00 |
| **Total** | **4** | **77,651.92** |

### Checks and Other Debits

| Description | Items | Amount |
|---|---|---|
| Checks | 9 | 27,117.12 |
| Returned Items | 0 | 0.00 |
| ACH Debits | 8 | 171,427.38 |
| Funds Transfers Out | 13 | 274,779.93 |
| Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 |
| Other Debits | 2 | 29,278.44 |
| **Total** | **32** | **502,602.87** |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/01 | 339,176.70 | 05/13 | 281,326.07 | 05/26 | 208,895.68 |
| 05/05 | 337,476.70 | 05/15 | 264,152.29 | 05/27 | 205,195.68 |
| 05/06 | 326,931.92 | 05/18 | 259,592.07 | 05/28 | 76,542.70 |
| 05/11 | 318,568.08 | 05/19 | 274,592.07 | 05/29 | 75,072.65 |
| 05/12 | 270,220.15 | 05/21 | 264,592.07 | | |

## Deposits and Other Credits

### Deposits

**1 transaction for a total of $ 15,000.00**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/19 | 15,000.00 | Deposit | 049270278 |



# Corporate Business Account Statement

HOLLISTER CONSTRUCTION #19-27439
SERVICES LLC

**For the period 05/01/2020 to 05/29/2020**

Account number: ████-7598

Page 2 of 4

---

## Deposits and Other Credits - *continued*

### ACH Credits
**1 transaction for a total of $ 11,105.92**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/13 | 11,105.92 | ACH Credit Cobra Beneflex Hollister-Cobra | 00020134011637199 |

### Funds Transfers In
**2 transactions for a total of $ 51,546.00**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/12 | 21,273.00 | Fed Wire In 205Ch5626F5740Za | W205CH5626F5740ZA |
| 05/28 | 30,273.00 | Fed Wire In 205Sg17070In4Fw3 | W205SG17070IN4FW3 |

---

## Checks and Other Debits

### Checks and Substitute Checks
**9 transactions for a total of $ 27,117.12**

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/05 | 14203 | 1,700.00 | 083102157 | 05/11 | 14214 | 4,122.00 | 085412465 | 05/12 | 14211 | 433.20 | 086573006 |
| 05/06 | 14209 | 488.16 | 083542206 | 05/11 | 14215 | 292.17 | 085528783 | 05/12 | 14210 | 965.39 | 086725142 |
| 05/11 | 14208 | 2,898.43 | 085392253 | 05/11 | 14213 | 1,051.24 | 086144373 | 05/15 | 14216 | 15,166.53 | 084469841 |

### ACH Debits
**8 transactions for a total of $ 171,427.38**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 | 108,283.90 | ACH Web-Single Bus Insur<br>Travelers Bpitbi022882185 | 00020122009497900 |
| 05/01 | 47,688.15 | ACH Tel-Single Billing En<br>Bcbs Primary 745051862 | 00020121006483658 |
| 05/01 | 2,715.12 | Corporate ACH May Gp Ins<br>The Guardian 56336700Be20000 | 00020121007438016 |
| 05/01 | 2,007.25 | ACH Debit Contrib NW Trust 350-80572 | 00020121006728689 |
| 05/01 | 152.48 | ACH Debit Cable Pmnt Optimum 7836 36673302 | 00020121006734515 |
| 05/06 | 56.62 | Corporate ACH UPS Bill U. P. S. 201160000Rx0270 | 00020126003148506 |
| 05/15 | 2,007.25 | ACH Debit Contrib NW Trust 350-80572 | 00020135005396627 |
| 05/28 | 8,516.61 | ACH Web-Single Bill Pymnt Achma Visb 4090807 | 00020148005529435 |

---

## Funds Transfers Out
**13 transactions for a total of $ 274,779.93**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/06 | 10,000.00 | Fed Wire Out 2056C324230S96H5 | W2056C324230S96H5 |
| 05/12 | 16,957.72 | Fed Wire Out 205Cj3004O898H3P | W205CJ3004O898H3P |
| 05/12 | 10,000.00 | Fed Wire Out 205Cj3005Lb75Jib | W205CJ3005LB75JIB |
| 05/12 | 41,264.62 | Fed Wire Out 205Cj30084W75Jii | W205CJ30084W75JII |
| 05/18 | 1,169.82 | Fed Wire Out 205Ig0003Myn360F | W205IG0003MYN360F |
| 05/18 | 3,390.40 | Fed Wire Out 205Ig010549M3M8D | W205IG010549M3M8D |
| 05/21 | 10,000.00 | Fed Wire Out 205Lk4831Rjo7Ee0 | W205LK4831RJO7EE0 |
| 05/26 | 5,000.00 | Fed Wire Out 205Qe4830Nkn851C | W205QE4830NKN851C |
| 05/26 | 22,125.00 | Fed Wire Out 205Qi2706Q0O9Pof | W205QI2706Q0O9POF |
| 05/27 | 3,700.00 | Fed Wire Out 205Rc5115Fkn4No9 | W205RC5115FKN4NO9 |
| 05/28 | 103,402.43 | Fed Wire Out 205SD5649E5M7D65 | W205SD5649E5M7D65 |
| 05/28 | 47,006.94 | Fed Wire Out 205SD5649Mam8R67 | W205SD5649MAM8R67 |
| 05/29 | 763.00 | Fed Wire Out 205Te3301Dzm0Ae3 | W205TE3301DZM0AE3 |

# Corporate Business Account Statement

**◆PNC BANK**

HOLLISTER CONSTRUCTION #19-27439
SERVICES LLC

**For the period 05/01/2020 to 05/29/2020**

Account number: ▮▮▮▮▮▮7598

Page 3 of 4

---

## Checks and Other Debits - *continued*

### Other Debits    **2 transactions for a total of $ 29,278.44**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/26 | 28,571.39 | PNC Bank- NJ    Loan Pmts    608049237 | 0002737 |
| 05/29 | 707.05 | Corporate Account Analysis Charge | 000000000000033322 |

0-0

36468820.3

COLR501F 1116 5008 127 87 20200530 PG 2 OF 2 80204648



## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your accounts(s);
* your name or address is incorrect;
* you have a business account and your tax identification number is missing or incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement                                     $ _____

Add deposits and other additions not recorded        Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded  Total B - $ _____

The result should equal your account register balance        = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of this statement.

## In Case of Errors or Questions about Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC                                    Equal Housing Lender

# Corporate Business Account Statement



**For the period 05/01/2020 to 05/29/2020**

010343                              000232711   MSP  89

HOLLISTER CONSTRUCTION SERVICES
LLC
DEBTOR IN POSSESSION
CASE NUMBER 19-27439
339 JEFFERSON RD
PARSIPPANY NJ 07054-3707

Account number: ████-4167

Page 1 of 2

Number of enclosures: 0
Tax ID Number: 74-3135404

☎ For Client Services:
Call 1-800-669-1518

🖥 Visit us at PNC.com/treasury

✉ Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo , MI 49009

---

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 825,559.30 | 0.00 | 12.39 | 825,546.91 |

### Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at **1-800-762-2035**, select 1 for personal account or 2 for a business account, then select option 3.

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 0 | 0.00 | Checks | 0 | 0.00 |
| National Lockbox | 0 | 0.00 | Returned Items | 0 | 0.00 |
| ACH Credits | 0 | 0.00 | ACH Debits | 0 | 0.00 |
| Funds Transfers In | 0 | 0.00 | Funds Transfers Out | 0 | 0.00 |
| Trade Services | 0 | 0.00 | Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 | Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 | Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 | Adjustments | 0 | 0.00 |
| Other Credits | 0 | 0.00 | Other Debits | 1 | 12.39 |
| **Total** | **0** | **0.00** | **Total** | **1** | **12.39** |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 05/01 | 825,559.30 | 05/29 | 825,546.91 |

---

## Checks and Other Debits

### Other Debits                          1 transaction for a total of $ 12.39

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/29 | 12.39 | Corporate Account Analysis Charge | 0000000000000033324 |



## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records.  Call the telephone number on the upper right side of the first page of this statement if:

* you have any questions regarding your accounts(s);
* your name or address is incorrect;
* you have a business account and your tax identification number is missing or incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement.  Remember to begin with the ending date of your last statement.  (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement                    $ _____

Add deposits and other additions not recorded        Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded  Total B - $ _____

The result should equal your account register balance        = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions about Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   (1) Tell us your name and account number (if any).
   (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC                    Equal Housing Lender