| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |

Order Filed on July 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>Suneet Arora and Janet Arora | Case No.: 14-28073 |
|---|---|
| | Hearing Date: |
| S.P. Richards Company, et al. | Adv. No.: 18-01047 |
| | Judge: Michael B. Kaplan |
| **Plaintiff(s)**<br>v.<br>Suneet Arora, Janet Arora, et al.<br><br>**Defendant(s)** | |

ORDER ON MOTION TO COMPEL DEPOSITION OF NON-PARTY A GENERAL SEWER SERVICE, INC.

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED:** July 17, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Michael H. Ansell, Esq.**<br>**BRACH EICHLER LLC**<br>101 Eisenhower Parkway<br>Roseland, New Jersey 07068-1067<br>Tel No.: (973) 364-8330<br>Fax No.: (973) 348-3091<br>mansell@bracheichler.com<br>*Attorneys for Plaintiff/Creditor S.P. Richards Company*<br><br>   AND<br><br>**Karen E. Bezner, Esq.**<br>556 Park Avenue, Ste. 103<br>Scotch Plains, NJ 07076<br>Scotch Plains, NJ 07076<br>Tel No.: (908) 322-8484<br>Fax No.: (908) 322-0560<br>kbez@bellatlantic.net<br>Chapter 7 Trustee | |
| In Re:<br><br>SUNEET ARORA and JANET ARORA,<br><br>                Debtors. | Case No.:   14-28073 (MBK)<br><br>Chapter 7<br><br>Hon. Michael B. Kaplan, U.S.B.J. |
| S.P. RICHARDS COMPANY; and KAREN E. BEZNER, Chapter 7 Trustee for the Estate of Suneet and Janet Arora<br>                Plaintiffs,<br><br>   v.<br><br>SUNEET ARORA; JANET ARORA; ACTION OFFICE SUPPLIES, INC.; CHEAP OFFICE SUPPLIES, INC.; JJS ASSOCIATES, LLC; JERSEY DELIVERY SERVICE, INC.; JEFFREY GREEN; JOSEPH SODANO; ADVANCED OFFICE SOFTWARE, LLC; ONLINE VENTURES USA, LLC; SPARKEN IT SOLUTIONS PVT. LTD d/b/a DEALER | Adv No.:   18-01047 (MBK) |

BE:11088802.1/GEN181-273788

Debtor(s)             Suneet Arora and Janet Arora
Case No.:             14-28073(MBK)
Adv No.:              18-01047(MBK)
Caption of Order:     Order On Motion to Compel Deposition of Non-Party A-General Sewer Service, Inc.

---

COMMANDER, TONER COMMANDER AND/OR QUOTES COMMANDER; PHAZLE TSIAMWALA; MIDTOWN OFFICE SUPPLIES, INC.; DEPENDABLE OFFICE SUPPLIES, INC., a New York Corporation, DEPENDABLE OFFICE PRODUCTS, INC.; a Florida Corporation, CREATIVE SAAS, LLC; ZEHRA PROPERTIES, LLC, and REENA AGGARWAL;

Defendants.

---

ORDER

The relief set forth on the following page, numbered three (3) is hereby ORDERED.

2

| | |
|---|---|
| Debtor(s) | Suneet Arora and Janet Arora |
| Case No.: | 14-28073(MBK) |
| Adv No.: | 18-01047(MBK) |
| Caption of Order: | Order On Motion to Compel Deposition of Non-Party A-General Sewer Service, Inc. |

**THIS MATTER** having come before the Court by way Plaintiffs', S.P. Richards Company ("SPR") and Karen E. Bezner, Chapter 7 Trustee of the Estate of Suneet and Janet Arora (collectively, "Plaintiffs"), Motion for an order compelling subpoenaed non-party A-General Sewer Service, Inc. ("A-General") to appear for deposition and produce documents in response to the Subpoena served upon him by Plaintiffs; and the Court having reviewed the submission by Plaintiffs and opposition by A-General or any other party to this matter (if any); and for good cause shown:

**IT IS ON THIS \_\_\_\_\_ OF JULY, 2020, HEREBY ORDERED** as follows:

1. Plaintiffs' Motion is hereby **GRANTED**;

2. A-General is hereby required to appear for deposition on July 30, 2020, in response to the Subpoena served upon it by Plaintiffs. The deposition shall be conducted remotely via Zoom or similar teleconferencing platform.

3. A-General is hereby required to produce to Plaintiffs the documents outlined in Plaintiffs' Subpoena no later than three (3) days before the scheduled deposition.

3