EisnerAmper LLP
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000
*Accountants and Financial Advisors to the Official Committee of*
*Unsecured Creditors of Hollister Construction Services, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the Matter of:

HOLLISTER CONSTRUCTION SERVICES, LLC,         Case No. 19-27439 (MBK)
                                              Chapter 11
                                              (Honorable Michael B. Kaplan)

                    Debtor.

**NINTH MONTHLY FEE STATEMENT OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF
JUNE 1, 2020 THROUGH JUNE 30, 2020**

**Hollister Construction Services, LLC**
**TIME SUMMARY BY PROFESSIONAL**
**June 1, 2020 through June 30, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Anthony R. Calascibetta CPA, CFF, CTP | Partner | 11.9 | $ 570.00 | $ 6,783.00 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 14.6 | 540.00 | 7,884.00 |
| DelMarie Velazquez | Paraprofessional | 0.8 | 130.00 | 104.00 |
| **GRAND TOTAL** | | **27.3** | **$ 541.06** | **$14,771.00** |

* Rates change annually effective August 1st.

| | |
|---|---|
| FEE TOTALS | $14,771.00 |
| LESS: 20% VOLUNTARY DISCOUNT | (2,954.20) |
| **NET FEES REQUESTED** | **$11,816.80** |

# ~ Exhibit A ~

**Hollister Construction Services, LLC**
**June 1, 2020 through June 30, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 06/01/2020 | Discussed current settlements, status of insider settlement discussions, updated budget, claims base and allocation of certain asset recoveries between interested parties. | $ 570.00 | 0.7 | $ 399.00 |
| Anthony Calascibetta | 06/02/2020 | Reviewed correspondence and discussed status of matter with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 06/04/2020 | Discussed updated 26 week budget, potential settlement with insiders and other recoveries with M. Jacoby, Phoenix. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 06/04/2020 | Discussed updated 26 week cash budget and escrow account matters with S. Della Fera, MSB. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 06/04/2020 | Discussed 26 week updated budget with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 06/04/2020 | Review of updated 26 week budget. | 570.00 | 0.7 | 399.00 |
| Anthony Calascibetta | 06/04/2020 | Discussed settlement status with lender, updated budget and claims base with S. Della Fera, MSB. | 570.00 | 0.3 | 171.00 |
| William Pederson | 06/05/2020 | Call with A. Calascibetta re: review of revised 26 wk cash flow projection. | 540.00 | 0.6 | 324.00 |
| Anthony Calascibetta | 06/05/2020 | Review and discuss updated 26 week cash flow with W. Pederson, EisnerAmper. | 570.00 | 0.6 | 342.00 |
| Anthony Calascibetta | 06/05/2020 | Review of updated budget. | 570.00 | 0.3 | 171.00 |
| William Pederson | 06/05/2020 | Review of 26 wk cash flow and summarize monthly MORs. | 540.00 | 1.3 | 702.00 |
| William Pederson | 06/05/2020 | Call with A. Calascibetta re: potential settlement with insiders. | 540.00 | 0.3 | 162.00 |
| William Pederson | 06/08/2020 | Analysis of professional fee activity following call with bank's financial advisor. | 540.00 | 0.4 | 216.00 |
| William Pederson | 06/08/2020 | Prepare for upcoming call with M. Jacoby, Phoenix re: revised 26 week cash flow. | 540.00 | 0.4 | 216.00 |
| William Pederson | 06/08/2020 | Call with S. Della Fera, MSB, re: revised 26 wk cash flow and discussion with M. Jacoby, Phoenix. | 540.00 | 0.6 | 324.00 |
| William Pederson | 06/08/2020 | Call with M. Jacoby, Phoenix and A. Calascibetta, EisnerAmper, re: revised 26 wk cash flow budget. | 540.00 | 0.7 | 378.00 |
| William Pederson | 06/08/2020 | Call with M. Jacoby, Phoenix and A. Calascibetta, EisnerAmper, re: revised 26 wk cash flow projection. | 540.00 | 0.7 | 378.00 |
| Anthony Calascibetta | 06/08/2020 | Conference call with M. Jacoby, Phoenix and W. Pederson, EisnerAmper to discuss updated 26 week budget. | 570.00 | 0.7 | 399.00 |
| Anthony Calascibetta | 06/08/2020 | Discussed call with bank's financial advisor and 26 week cash flow with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 570.00 | 0.4 | 228.00 |
| William Pederson | 06/08/2020 | Analysis of 26 wk cash flow following call with M. Jacoby, Phoenix. | 540.00 | 0.4 | 216.00 |
| William Pederson | 06/08/2020 | Call with S. Della Fera, MSB, and A. Calascibetta re: case update and upcoming hearing. | 540.00 | 0.6 | 324.00 |
| William Pederson | 06/08/2020 | Follow-up call with A. Calascibetta, EisnerAmper, following FA and counsel call. | 540.00 | 0.2 | 108.00 |
| William Pederson | 06/09/2020 | Revise 26 wk cash flow analysis - bank fees. | 540.00 | 0.4 | 216.00 |
| William Pederson | 06/09/2020 | Review of 26 wk cash flow in preparation of upcoming call with M. Jacoby, Phoenix. | 540.00 | 0.5 | 270.00 |
| Anthony Calascibetta | 06/09/2020 | Conference call with J. Holman, Duane, M. Jacoby, Phoenix, S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss updated 26 week budget and other case matters. | 570.00 | 0.7 | 399.00 |
| Anthony Calascibetta | 06/09/2020 | Discussed discussion with bank's professionals with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 570.00 | 0.4 | 228.00 |
| William Pederson | 06/09/2020 | Call with bank representatives re: case update and next steps. | 540.00 | 0.7 | 378.00 |
| William Pederson | 06/09/2020 | Follow-up call with S. Della Fera, MSB and A. Calascibetta after discussion with bank. | 540.00 | 0.3 | 162.00 |
| Anthony Calascibetta | 06/10/2020 | Discussed previous cash collateral budgets and 26 week budget with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| William Pederson | 06/10/2020 | Call with A. Calascibetta, EisnerAmper, re: case status and next steps. | 540.00 | 0.5 | 270.00 |
| Anthony Calascibetta | 06/17/2020 | Review of correspondence to Committee and other counsel correspondences. | 570.00 | 0.2 | 114.00 |

**Hollister Construction Services, LLC**
**June 1, 2020 through June 30, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| Anthony Calascibetta | 06/18/2020 | Settlement conference update and discuss with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| William Pederson | 06/18/2020 | Call with A. Calascibetta, EisnerAmper, re: upcoming settlement conference. | 540.00 | 0.2 | 108.00 |
| Anthony Calascibetta | 06/22/2020 | Review of budget related correspondence. | 570.00 | 0.1 | 57.00 |
| William Pederson | 06/25/2020 | Review of prior settlement term sheet, prepare for upcoming settlement conference. | 540.00 | 0.5 | 270.00 |
| Anthony Calascibetta | 06/26/2020 | Discussed rescheduling of settlement conference with S. Della Fera, MSB. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 06/26/2020 | Discussed professional fees analysis with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 570.00 | 0.3 | 171.00 |
| | | **Business Operations Total** | | **16.3** | **9,012.00** |
| William Pederson | 06/16/2020 | Call with M. Jacoby, Phoenix re: weekly scorecards. | 540.00 | 0.1 | 54.00 |
| Anthony Calascibetta | 06/23/2020 | Review of escrow schedules provided by escrow agent. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 06/23/2020 | Discussed deposits, payments and balances included in escrow agent schedules. | 570.00 | 0.6 | 342.00 |
| Anthony Calascibetta | 06/23/2020 | Review of escrow agent schedule of deposits, disbursements and balances. | 570.00 | 0.7 | 399.00 |
| William Pederson | 06/23/2020 | Review of escrow reports provided by counsel. | 540.00 | 0.4 | 216.00 |
| William Pederson | 06/23/2020 | Call with S. Della Fera, MSB and A. Calascibetta, EisnerAmper, re: Escrow accounting and subaccounts. | 540.00 | 0.6 | 324.00 |
| Anthony Calascibetta | 06/24/2020 | Review and discuss escrow agent schedules with W. Pederson, EisnerAmper. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 06/24/2020 | Discussed escrow agent schedules and questions and upcoming settlement conference with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 570.00 | 1.0 | 570.00 |
| William Pederson | 06/24/2020 | Review of subaccount analysis provided by Debtor's FA. | 540.00 | 0.3 | 162.00 |
| William Pederson | 06/24/2020 | Call with S. Della Fera, MSB and A. Calascibetta, EisnerAmper re: escrow subaccount analysis, professional fee shortfall and upcoming settlement conference. | 540.00 | 1.0 | 540.00 |
| Anthony Calascibetta | 06/25/2020 | Review of professional fees applications and analysis. | 570.00 | 0.6 | 342.00 |
| Anthony Calascibetta | 06/26/2020 | Preparation of professional fees analysis through November 2020. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 06/26/2020 | Discussed schedule with W. Pederson, EisnerAmper and revised professional fees schedule. | 570.00 | 0.4 | 228.00 |
| William Pederson | 06/26/2020 | Call with S. Della Fera, MSB and A. Calascibetta, EisnerAmper, re: upcoming settlement mtg. | 540.00 | 0.3 | 162.00 |
| William Pederson | 06/26/2020 | Follow-up call with A. Calascibetta, EisnerAmper, re: professional fees and litigation trust funding. | 540.00 | 0.2 | 108.00 |
| | | **Data Analysis Total** | | **7.2** | **4,017.00** |
| DelMarie Velazquez | 06/08/2020 | Preparation of May 2020 MFS. | 130.00 | 0.8 | 104.00 |
| Anthony Calascibetta | 06/17/2020 | Review of monthly fee statement information. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 06/18/2020 | Review of monthly fee statement. | 570.00 | 0.2 | 114.00 |
| | | **Fee/Employment Application Total** | | **1.2** | **332.00** |
| Anthony Calascibetta | 06/23/2020 | Review of April operating report. | 570.00 | 0.2 | 114.00 |

**Hollister Construction Services, LLC**
**June 1, 2020 through June 30, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Pederson | 06/29/2020 | Review of scorecard/MOR analysis. | 540.00 | 1.2 | 648.00 |
| | | **Operating Reports Total** | | **1.4** | **762.00** |
| William Pederson | 06/02/2020 | Review of draft Plan and Disclosure Statement. | 540.00 | 0.8 | 432.00 |
| William Pederson | 06/02/2020 | Call with A. Calascibetta, EisnerAmper, re: draft Plan & Disclosure Statement. | 540.00 | 0.4 | 216.00 |
| | | **Plan & Disclosure Statement Total** | | **1.2** | **648.00** |
| | | Total Hours and Fees | | 27.3 | 14,771.00 |
| | | Less: 20% Voluntary Discount | | | (2,954.20) |
| | | **Grand Total** | | | $ **11,816.80** |