UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Case No.:    19-27439/MBK
Hollister Construction Services, LLC    Chapter:    11
    Judge:    Michael B. Kaplan

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Hollister Construction Services, LLC, Plaintiff/ Debtor, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:**   Clarkson S. Fisher US Courthouse, 402 East State Street, Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on August 27, 2020 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 8, 402 East State Street, Trenton, NJ 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:**  A preference action was filed against Bailey's Square Janitorial Service, Inc. seeking recovery of monies due the Estate totaling the sum of $121,313.87.

**Pertinent terms of settlement:**  Bailey's Square Janitorial Service, Inc. shall remit payment to the Plaintiff/ Debtor in the sum of $5,000.00 in a check made payable to "SM Law PC Attorney Trust Account". The Plaintiff/ Debtor feels that this settlement is in the best interest of the Estate in light of the defenses raised and reviewed and the cost of the litigation of the within action.

Objections must be served on, and requests for additional information directed to:

Name:    Steven Mitnick, Esq., SM Law PC

Address:    P.O. Box 530, Oldwick, New Jersey 08858

Telephone No.: 908-572-7275