**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**MONTHLY FEE STATEMENT OF McMANIMON, SCOTLAND & BAUMANN, LLC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC, FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020**

                                      **McMANIMON, SCOTLAND & BAUMANN, LLC**
                                      *Attorneys for Official Committee of Unsecured*
                                      *Creditors of Hollister Construction Services, LLC*

By:     */s/ Sam Della Fera, Jr.*
           Sam Della Fera, Jr.

4827-7511-3131v.1

**MS&B** McMANIMON • SCOTLAND • BAUMANN     75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
Creditors' Committee - Hollister       CLIENT #        00016030-00001
Construction Services, LLC              INVOICE #       173300
                                        INVOICE DATE:   July 27, 2020

                                        BILLING REF:    SDF
```

### INVOICE SUMMARY

For professional services rendered through 06/30/20, in connection with the matter titled:

#### Committee Representation

```
TOTAL FEES                              16892.50
TOTAL DISBURSEMENTS ADVANCED              270.07
TOTAL FOR INVOICE                       17162.57
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**  McMANIMON • SCOTLAND • BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jul 27, 2020        PAGE    2
```

## PROFESSIONAL SERVICES RENDERED

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/20 | SDF | E-mails with Committee regarding call with Debtor's counsel, status of pending matters, and draft Plan and Disclosure Statement. | .50 | 237.50 |
| 06/01/20 | SDF | Telephone call with A. Calscibetta regarding call with Debtor's counsel, status of settlement negotiations, Plan and Disclosure Statement. | .70 | 332.50 |
| 06/01/20 | SDF | Confer with J. Raymond regarding pending matters. | .20 | 95.00 |
| 06/01/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 06/02/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 06/02/20 | JHR | Call with Moshe Mirsky re City Store Gates mechanics lien filed against 1956 Atlantic Avenue - Urban Sers Atlantic LLC Surety bond posted. | .20 | 95.00 |
| 06/02/20 | SDF | Review notice of Debtor's proposed settlement of avoidance action litigation against JM Pereira and Sons. | .20 | 95.00 |
| 06/02/20 | SDF | Review notice of Debtor's proposed settlement of avoidance action litigation against Paratek LLC. | .20 | 95.00 |

**MS&B** McMANIMON • SCOTLAND • BAUMANN        75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Jul 27, 2020        PAGE    3


    06/02/20 SDF  Review May 2020 invoices of ordinary          .20       95.00
                  course professional Hedinger &
                  Lawless.

    06/03/20 SDF  Review notice of court's                      .10       47.50
                  determination of request to adjourn
                  motion of Dynamic to file proof of
                  claim.

    06/03/20 SBP  Update chart with motions and                 .10       27.50
                  applications

    06/04/20 SBP  Update chart with motions and                 .10       27.50
                  applications

    06/04/20 SDF  Review proposed form of 18th interim          .50      237.50
                  cash collateral order and budget;
                  related e-mails with counsel and
                  Committee.

    06/04/20 SDF  Attend telephonic hearing on cash             .30      142.50
                  collateral.

    06/04/20 SDF  Review e-mail to court form Debtor's          .20       95.00
                  counsel regarding agreed form of 18th
                  interim cash collateral order and
                  budget.

    06/04/20 SDF  Telephone calls with A. Calascibetta          .40      190.00
                  regarding cash collateral and call
                  with Bank next week.

    06/04/20 SDF  Return call to J. Holman regarding            .20       95.00
                  Debtor's updated 26-week budget and
                  call with professionals next week.

    06/04/20 SDF  Review Debtor's March 2020 monthly            .40      190.00
                  operating report' send e-mail to
                  EisnerAmper regarding same.
```

**MS&B** McMANIMON • SCOTLAND • BAUMANN        75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Jul 27, 2020        PAGE    4


     06/04/20 SDF  Review and analyze Debtor's updated        .50      237.50
                   26-week budget and related e-mail
                   from Debtor; send e-mail to
                   EisnerAmper regarding same.

     06/05/20 SDF  E-mails with J. Holman regarding call      .20       95.00
                   next week to discuss Debtor's 26-week
                   budget and related issues.

     06/05/20 SDF  Confer with J. Raymond regarding           .30      142.50
                   Debtor's updated 26-week budget
                   projections.

     06/05/20 SDF  Review certification of no objection       .20       95.00
                   to EisnerAmper's April 2020 monthly
                   fee statement; e-mails with
                   EisnerAmper regarding same.

     06/05/20 SDF  E-mails with A. Calascibetta               .20       95.00
                   regarding Debtor's 260week budget.

     06/05/20 JHR  Reviewed Debtor's 26 week budget           .50      237.50
                   projections.

     06/05/20 JHR  Reviewed status of hearings, Motion        .30      142.50
                   to dismiss and Debtor's budget
                   projections with S. Della Fera.
                   review next steps.

     06/05/20 SBP  Update chart with motions and              .10       27.50
                   applications

     06/05/20 LD   Prepare and e-file certificate of no       .20       25.00
                   objection to EisnerAmper's April 2020
                   monthly fee statement.

     06/08/20 LD   Prepare and e-file certificate of no       .20       25.00
                   objection to MSB's April 2020 monthly
                   fee statement.
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**  McMANIMON • SCOTLAND • BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jul 27, 2020      PAGE    5


    06/08/20 SBP Update chart with motions and                .10      27.50
                 applications

    06/08/20 SDF Telephone call with EisnerAmper              .60     285.00
                 regarding discussions with M Jacoby
                 on Debtor's 26-week budget.

    06/08/20 SDF Review certification of no objection         .20      95.00
                 to MSB's April 2020 monthly fee
                 statement.

    06/08/20 SDF Review follow-up e-mail from Debtor's        .20      95.00
                 counsel to court regarding proposed
                 18th interim cash collateral order.

    06/08/20 SDF Review and revise schedule of pending        .40     190.00
                 and completed deadlines and
                 applications.

    06/09/20 SDF Review filed eighteenth interim cash         .20      95.00
                 collateral order; send e-mail to
                 EisnerAmper regarding same.

    06/09/20 SDF Conference call with J. Holman, M.           .80     380.00
                 Jacoby, and A. Calascibetta regarding
                 Debtor's 26-week budget and other
                 pending matters.

    06/09/20 SDF Telephone call with EisnerAmper              .40     190.00
                 regarding Bank call post-mortem and
                 next steps.

    06/09/20 SDF Review Debtor's notice of proposed           .20      95.00
                 settlement of avoidance action claim
                 against KB Painting.

    06/09/20 SDF Review monthly staffing and                  .30     142.50
                 compensation report of 10X CEO
                 Coaching for May 2020.
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**  McMANIMON • SCOTLAND • BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jul 27, 2020      PAGE    6


    06/09/20 SDF Review motion for stay relief by          .40     190.00
                 personal injury plaintiff and related
                 notice of hearing (Rodriguez
                 Herhandez).

    06/09/20 SDF Review court's notice of adjournment      .10      47.50
                 of hearing on motion of Mix On Site
                 for stay relief.

    06/09/20 SDF Review motion for stay relief by          .40     190.00
                 personal injury plaintiff (Dapia) and
                 related notice of hearing.

    06/09/20 SBP Update chart with motions and             .20      55.00
                 applications

    06/10/20 SBP Update chart with motions and             .20      55.00
                 applications

    06/10/20 SDF E-mails with Committee member             .30     142.50
                 regarding status of Debtor's
                 settlement with Newark Warehouse..

    06/10/20 SDF Review amended proof of claim filed       .20      95.00
                 by IRS today.z

    06/10/20 SDF Review motion for stay relief by          .40     190.00
                 personal injury plaintiff Chajchalac
                 and related notice of hearing.

    06/10/20 SDF Telephone calls with Debtor's counsel     .30     142.50
                 regarding status of State of New
                 Jersey priority tax claim, accounting
                 from escrow agent, and other pending
                 matters.

    06/10/20 SDF Send e-mail to escrow agent regarding     .20      95.00
                 accounting of project settlement
                 funds.
```

**MS&B**  McMANIMON · SCOTLAND · BAUMANN       75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jul 27, 2020        PAGE    7


    06/10/20 SDF  E-mails with Debtor's counsel and J.          .20        95.00
                  Schwartz regarding rescheduled
                  hearing on Newark Warehouse entities'
                  motion to remand action.

    06/11/20 SDF  Telephone call from J. Holman                 .20        95.00
                  regarding D&O insurance issues.

    06/11/20 SDF  Review and finalize May 2020 prebill          .30       142.50
                  for monthly fees statement.

    06/11/20 SDF  Telephone call from counsel for AES           .20        95.00
                  regarding status of Debtor's
                  settlement with Newark Warehouse
                  entities.

    06/11/20 SDF  Review Debtor's filed notice of               .20        95.00
                  settlement of avoidance action
                  against Imperial Floors.

    06/11/20 SDF  Review Debtor's filed notice of               .20        95.00
                  settlement of avoidance action
                  against Midway Glass & Metal
                  Installers.

    06/11/20 SDF  Review and revise schedule of pending         .40       190.00
                  and completed deadlines and
                  applications.

    06/11/20 SBP  Update chart with motions and                 .20        55.00
                  applications

    06/12/20 SBP  Update chart with motions and                 .10        27.50
                  applications

    06/12/20 SDF  Review letter to Debtor from PNC Bank         .20        95.00
                  regarding notice of potential claims
                  under D&O insurance policy, and
                  related e-mail from J. Holman.
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**    McMANIMON • SCOTLAND • BAUMANN      75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jul 27, 2020        PAGE    8


     06/12/20 SDF Draft notice to Debtor of potential         .40      190.00
                  D&O claims by Committee and estate;
                  send e-mails to Debtor and counsel
                  regarding same.

     06/12/20 SDF Review Debtor's revised notice of           .20       95.00
                  settlement of avoidance action
                  against Imperial Floors.

     06/12/20 SDF Review e-mail and letter from               .20       95.00
                  Debtor's counsel to insurance carrier
                  regarding Committee's D&O claim.

     06/15/20 SDF Review correspondence from Debtor's         .20       95.00
                  counsel to Debtor's insurance broker
                  regarding Committee's D&O insurance
                  claim.

     06/15/20 SDF Review e-mail to Debtor from Prime          .20       95.00
                  Clerk regarding May 2020 invoice and
                  total outstanding balance due.

     06/16/20 SDF Review Debtor's D&O carrier's               .20       95.00
                  acknowledgment of claims, from
                  Debtor's counsel.

     06/16/20 SDF E-mails with M. Seymour regarding           .20       95.00
                  draft Disclosure Statement and Plan.

     06/16/20 SDF Telephone call with J. Holman               .20       95.00
                  regarding status.

     06/16/20 SDF Emails with B. Pederson regarding           .20       95.00
                  Debtor's budget-to-actual variances.

     06/17/20 SDF Send e-mail to M. Seymour regarding         .70      332.50
                  comments to draft forms of Disclosure
                  Statement and Plan.
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B** McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jul 27, 2020       PAGE    9


   06/17/20 SDF  Review Debtor's proposed form of              .50      237.50
                 nineteenth interim cash collateral
                 order; related e-mails with counsel.

   06/17/20 SDF  Send e-mail to Committee regarding            .30      142.50
                 proposed form of nineteenth interim
                 cash collateral order, status
                 conference tomorrow, and other
                 pending matters.

   06/17/20 SDF  E-mails with Debtor's counsel                 .30      142.50
                 regarding weekly score cards shared
                 by Debtor with PNC Bank; e-mails with
                 EisnerAmper regarding same.

   06/17/20 JHR  Reviewed cash collateral budget and           .20       95.00
                 status of various settlements and
                 renewed motion to convert and status
                 conference scheduled by Judge Kaplan

   06/18/20 SBP  Update chart with motions and                 .10       27.50
                 applications

   06/18/20 SDF  Attend telephonic hearing on Debtor's         .90      427.50
                 use of cash collateral and status
                 conference.

   06/18/20 SDF  Review e-mail to court from Debtor's          .20       95.00
                 counsel regarding proposed agreed
                 form of nineteenth interim cash
                 collateral order.

   06/18/20 SDF  Review e-mail from Debtor's counsel           .40      190.00
                 regarding additional weekly
                 scorecards; e-mails with EisnerAmper
                 regarding same.

   06/18/20 SDF  Review filed nineteenth interim cash          .10       47.50
                 collateral order.
```

MS&B  McMANIMON • SCOTLAND • BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jul 27, 2020         PAGE   10


   06/18/20 SDF  Send e-mail to Committee regarding            .50      237.50
                 outcome of hearing, status conference
                 today, and upcoming settlement
                 conference.

   06/19/20 SDF  Review and reply to e-mail from R.            .70      332.50
                 Nies regarding settlement conference
                 with court and parties.

   06/19/20 SDF  Review May 2020 monthly fee statement         .20       95.00
                 of EisnerAmper for filing.

   06/19/20 SDF  Review and reply to e-mails from K.           .50      237.50
                 Rosen, J. Holman and other counsel
                 regarding settlement conference.

   06/19/20 SDF  Telephone call to A. Calascibetta             .20       95.00
                 regarding settlement conference with
                 court.

   06/19/20 SDF  Call from Committee member Sanray             .40      190.00
                 Construction regarding case status
                 and related matters.

   06/19/20 SDF  Review and analyze Debtor's                   .30      142.50
                 application to approve settlement of
                 account receivable due from All My
                 Friends, LLC; e-mails with special
                 counsel regarding same.

   06/19/20 SDF  Review and analyze Debtor's                   .30      142.50
                 application to approve settlement of
                 account receivable due from New
                 Jersey Community Capital; e-mails
                 with special counsel regarding same.

   06/19/20 SDF  Review and analyze Debtor's filed             .70      332.50
                 Disclosure Statement for Plan of
                 Liquidation.
```

MS&B   McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Jul 27, 2020        PAGE   11


    06/19/20 SDF Review and analyze Debtor's filed          .50     237.50
                 Plan of Liquidation.

    06/19/20 SDF Review and analyze Debtor's motion to     1.10     522.50
                 approve Disclosure Statement,
                 establish Plan solicitation
                 procedures, approve form of ballot an
                 Plan solicitation materials, schedule
                 confirmation hearing and approve
                 notice.

    06/19/20 SBP Update chart with motions and              .20      55.00
                 applications

    06/22/20 SBP Update chart with motions and              .20      55.00
                 applications

    06/22/20 SDF Review filed order and notice on           .20      95.00
                 Disclosure Statement.

    06/22/20 SDF Review e-mail from Debtor's counsel        .20      95.00
                 regarding week 39 scorecard from
                 Debtor to PNC Bank; send e-mail to
                 EisnerAmper regarding same.

    06/22/20 SDF Telephone call from B. Katz regarding      .30     142.50
                 case status and settlement conference.

    06/22/20 SDF Review Debtor's notice of proposed         .20      95.00
                 settlement of avoidance action
                 against Nordic Contracting Co.

    06/23/20 SDF Review e-mails from Debtor's counsel,      .50     237.50
                 escrow agent, and counsel for Arch
                 regarding accounting of escrow funds;
                 review accounting; e-mails with
                 EisnerAmper regarding same.
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

MS&B   McMANIMON • SCOTLAND • BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Jul 27, 2020        PAGE   12


     06/23/20 SDF  Review Debtor's filed operating                 .30      142.50
                   report for April 2020; send e-mail to
                   EisnerAmper regarding same..

     06/23/20 SDF  Review e-mail from special counsel              .20       95.00
                   regarding proposed settlement of
                   receivables.

     06/23/20 SBP  Update chart with motions and                   .10       27.50
                   applications

     06/23/20 LD   E-file EisnerAmper's monthly fee                .10       12.50
                   statement for May 2020.

     06/24/20 SBP  Update chart with motions and                   .10       27.50
                   applications

     06/24/20 SDF  Review e-mails from court and                   .30      142.50
                   Debtor's counsel regarding proposed
                   form of order resolving motion of FN
                   Dynamics to file a late claim and
                   hearing tomorrow.

     06/24/20 SDF  Telephone call with EisnerAmper               1.00       475.00
                   regarding preparation for settlement
                   conference, analysis of score cards
                   and escrow agent accounting.

     06/24/20 SDF  Review filed order allowing claim of            .10       47.50
                   FN Dynamics.

     06/24/20 SDF  Review and analyze Debtor's motion to           .40      190.00
                   approve settlement with Charles Hall
                   Construction.

     06/24/20 SDF  Draft e-mail to Committee regarding             .80      380.00
                   case status, upcoming settlement
                   conference, pending avoidance action
                   and account receivable settlements,
                   and other pending matters.
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B** McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Jul 27, 2020        PAGE   13


   06/24/20 SDF  Review Debtor's filed Disclosure              .50       237.50
                 Statement and Plan for Committee
                 e-mail.

   06/25/20 SDF  Review e--mails from A. Calascibetta          .20        95.00
                 and J. Holman regarding settlement
                 conference.

   06/25/20 SDF  Review and reply to e-mails from M.           .50       237.50
                 Herz regarding Debtor's filed Plan
                 and Disclosure Statement and status
                 of settlement with insiders.

   06/25/20 SDF  Send e-mail to Debtor's counsel               .20        95.00
                 regarding settlement with Charles
                 Hall Construction.

   06/25/20 SDF  Review notice of Debtor's proposed            .20        95.00
                 settlement of avoidance action claim
                 against Carson Corporation.

   06/25/20 SBP  Update chart with motions and                 .10        27.50
                 applications

   06/26/20 SDF  Review filed certificates of no               .20        95.00
                 objection to Debtor's proposed
                 settlement of seven avoidance actions.

   06/26/20 SDF  Prepare for settlement conference on          .40       190.00
                 6/29/20.

   06/26/20 SDF  Review EisnerAmper's analysis of              .60       285.00
                 professional call with EisnerAmper
                 regarding same.

   06/26/20 SDF  Review e-mail from J. Holman                  .20        95.00
                 regarding rescheduling of settlement
                 conference; e-mails with EisnerAmper
                 regarding same.
```

**MS&B** McMANIMON · SCOTLAND · BAUMANN           75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Jul 27, 2020       PAGE   14


   06/29/20 SDF E-mails with Debtor's counsel                    .50      237.50
                regarding Debtor's weekly scorecards
                sent to PNC Bank; e-mails with
                EisnerAmper regarding same.

   06/29/20 SDF Review court's determination of                  .10       47.50
                adjournment request regarding
                personal injury Plaintiffs' stay
                relief motions.

   06/29/20 SDF Telephone call to J. Holman regarding            .10       47.50
                status conference.

   06/29/20 SBP Update chart with motions and                    .10       27.50
                applications

   06/30/20 SBP Update chart with motions and                    .10       27.50
                applications

   06/30/20 SDF Review filed order approving Debtor's            .10       47.50
                account receivable settlement with
                All My Friends, LLC.

   06/30/20 SDF Review filed order approving Debtor's            .10       47.50
                account receivable settlement with NJ
                Community Capital.

   06/30/20 SDF Review proposed form of twentieth                .40      190.00
                interim cash collateral order from
                Debtor's counsel; related e-mails
                with counsel for parties-in-interest
                and EisnerAmper.

   06/30/20 SDF Review and reply to e-mail from I.               .30      142.50
                Volkov regarding Debtor's Disclosure
                Statement and Plan, and related
                matters.

TOTAL FEES:                                                   36.90    16892.50
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Jul 27, 2020        PAGE    15

| DATE | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 06/30/20 | Inside Duplicating | | 151.80 |
| 06/12/20 | Overnight Express Mail | Overnight Express Mail Delivered to Christopher Johnson @ Hollister Construction Services in Parsippany NJ from Sam Della Fera @ MSB in Roseland NJ | 14.97 |
| 06/18/20 | Miscellaneous Expenses | Miscellaneous Expenses-Court Solutions | 50.00 |
| 06/30/20 | PACER | PACER-2nd Qtr Pacer | 53.30 |
| TOTAL DISBURSEMENTS | | | 270.07 |