| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| | Order Filed on July 17, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Suneet Arora and Janet Arora | Case No.: 14-28073<br><br>Hearing Date: |
| S.P. Richards Company, et al.<br><br><br><br>Plaintiff(s)<br>v.<br>Suneet Arora, Janet Arora, et al.<br><br><br><br>Defendant(s) | Adv. No.: 18-01047<br><br>Judge: Michael B. Kaplan |

ORDER ON MOTION TO COMPEL DEPOSITION OF NON-PARTY A GENERAL SEWER SERVICE, INC.

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: July 17, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Michael H. Ansell, Esq.**<br>**BRACH EICHLER LLC**<br>101 Eisenhower Parkway<br>Roseland, New Jersey 07068-1067<br>Tel No.: (973) 364-8330<br>Fax No.: (973) 348-3091<br>mansell@bracheichler.com<br>*Attorneys for Plaintiff/Creditor S.P. Richards Company*<br><br>   AND<br><br>**Karen E. Bezner, Esq.**<br>556 Park Avenue, Ste. 103<br>Scotch Plains, NJ  07076<br>Scotch Plains, NJ  07076<br>Tel No.: (908) 322-8484<br>Fax No.: (908) 322-0560<br>kbez@bellatlantic.net<br>Chapter 7 Trustee | |
|---|---|
| In Re:<br><br>SUNEET ARORA and JANET ARORA,<br><br>                      Debtors. | Case No.:    14-28073 (MBK)<br><br>Chapter 7<br><br>Hon. Michael B. Kaplan, U.S.B.J. |
| S.P. RICHARDS COMPANY; and KAREN E. BEZNER, Chapter 7 Trustee for the Estate of Suneet and Janet Arora<br>                      Plaintiffs,<br><br>   v.<br><br>SUNEET ARORA; JANET ARORA; ACTION OFFICE SUPPLIES, INC.; CHEAP OFFICE SUPPLIES, INC.; JJS ASSOCIATES, LLC; JERSEY DELIVERY SERVICE, INC.; JEFFREY GREEN; JOSEPH SODANO; ADVANCED OFFICE SOFTWARE, LLC; ONLINE VENTURES USA, LLC; SPARKEN IT SOLUTIONS PVT. LTD d/b/a DEALER | Adv No.:    18-01047 (MBK) |

BE:11088802.1/GEN181-273788

Debtor(s)         Suneet Arora and Janet Arora
Case No.:         14-28073(MBK)
Adv No.:          18-01047(MBK)
Caption of Order: Order On Motion to Compel Deposition of Non-Party A-General Sewer Service, Inc.

> COMMANDER, TONER COMMANDER AND/OR QUOTES COMMANDER; PHAZLE TSIAMWALA; MIDTOWN OFFICE SUPPLIES, INC.; DEPENDABLE OFFICE SUPPLIES, INC., a New York Corporation, DEPENDABLE OFFICE PRODUCTS, INC.; a Florida Corporation, CREATIVE SAAS, LLC; ZEHRA PROPERTIES, LLC, and REENA AGGARWAL;
>
> Defendants.

ORDER

The relief set forth on the following page, numbered three (3) is hereby ORDERED.

Debtor(s)         Suneet Arora and Janet Arora
Case No.:         14-28073(MBK)
Adv No.:          18-01047(MBK)
Caption of Order: Order On Motion to Compel Deposition of Non-Party A-General Sewer Service, Inc.

**THIS MATTER** having come before the Court by way Plaintiffs', S.P. Richards Company ("SPR") and Karen E. Bezner, Chapter 7 Trustee of the Estate of Suneet and Janet Arora (collectively, "Plaintiffs"), Motion for an order compelling subpoenaed non-party A-General Sewer Service, Inc. ("A-General") to appear for deposition and produce documents in response to the Subpoena served upon him by Plaintiffs; and the Court having reviewed the submission by Plaintiffs and opposition by A-General or any other party to this matter (if any); and for good cause shown:

**IT IS ON THIS \_\_\_\_\_ OF JULY, 2020, HEREBY ORDERED** as follows:

1.  Plaintiffs' Motion is hereby **GRANTED**;

2.  A-General is hereby required to appear for deposition on July 30, 2020, in response to the Subpoena served upon it by Plaintiffs. The deposition shall be conducted remotely via Zoom or similar teleconferencing platform.

3.  A-General is hereby required to produce to Plaintiffs the documents outlined in Plaintiffs' Subpoena no later than three (3) days before the scheduled deposition.

United States Bankruptcy Court
District of New Jersey

In re:  
Hollister Construction Services, LLC  
     Debtor

Case No. 19-27439-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 27, 2020  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2020.  
db         +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2020 at the address(es) listed below:  
NONE.                                     TOTAL: 0