**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |

**<u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>**

I, Xavi Flores, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On July 21, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **<u>Exhibit A</u>**:

- Notice of Debtor's Motion for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling a Plan Confirmation Hearing and Deadline for Filing Objections to Confirmation of the Plan, and (F) Approving the Related Form of Notice [Docket No. 1197]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Dated: July 29, 2020

/s/ Xavi Flores_
Xavi Flores

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 29, 2020, by Xavi Flores, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

2

SRF 44046

## Exhibit A

## Exhibit A
### Supplemental Service List
#### Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 8275240 | ALBA | 240 W 52ND ST | | NEW YORK | NY | 10019-5802 |
| 8777083 | AQUA PLUMBING AND HEATING | JPK DRAFTING | 4 VILLAGE ROW | NEW HOPE | PA | 18938-1061 |
| 8777089 | AURA SPECIALTIES LLC | 42 JOHN ST APT 1B | | BLOOMFIELD | NJ | 07003-5148 |
| 8321905 | COMCAST | PO BOX 70219 | | PHILADELPHIA | PA | 19176-0219 |
| 8321855 | CYPRESS RESTORATION CORP. | 5105 34TH ST | | LONG IS CITY | NY | 11101-3262 |
| 8777163 | DOME TECHNOLOGIES | 44 MARJORIE ST | | STATEN ISLAND | NY | 10309-1428 |
| 8277791 | DRD WATERPROOFING | 1365 N RAILROAD AVE | | STATEN ISLAND | NY | 10306-2348 |
| 8777210 | GASEK, SHELBY | ADDRESS ON FILE | | | | |
| 8321556 | JM ZONING | 225 BROADWAY STE 1300 | | NEW YORK | NY | 10007-3772 |
| 8274980 | JOHNNY ON THE SPOT | PO BOX 130 | | KEASBEY | NJ | 08832-0130 |
| 8321482 | MANHATTAN NEON SIGN CORP. | 650 NEWARK ST | | HOBOKEN | NJ | 07030-6009 |
| 8275899 | MIDTOWN GREEN CONSTRUCTION INC. | CHRIS VOUZIANAS | 37 GREENPOINT AVE STE 288 | BROOKLYN | NY | 11222-1552 |
| 8777310 | MOZY OFFSITE BACKUP | 4225 W LAKE PARK BLVD STE 400 | | W VALLEY CITY | UT | 84120-5577 |
| 8321411 | MS SIGNS INC | 280 N MIDLAND AVE STE 128 | | SADDLE BROOK | NJ | 07663-5751 |
| 8498017 | NOMAD FRAMING | 57 STATION RD | | CRANBURY | NJ | 08512-3152 |
| 8275846 | NORTHEAST LANDSCAPE & MASONRY ASSOCIATES, INC. | 84 CALVERT ST STE 1 | | HARRISON | NY | 10528-3240 |
| 8321350 | OVERHEAD DOOR CO. OF CENTRAL J | 952 US HIGHWAY 202 S | | BRANCHBURG | NJ | 08876-3732 |
| 8321338 | PARKING LOT SERVICES INC. | PO BX 220 | | HIBERNIA | NJ | 07842-0220 |
| 8321281 | PRO ACCESS SOLUTIONS, INC. | 1091 INVESTMENT BLVD | | APEX | NC | 27502-1799 |
| 8321218 | SAMPAUL CONTRACTING, INC | 352 MONMOUTH RD | | MILLSTONE TWP | NJ | 08510-7938 |
| 8275199 | STRAIGHT EDGE STRIPING, INC. | 201 WILSON AVE | | MIDDLESEX | NJ | 08846-2561 |
| 8321091 | TRI-STATE LUMBER INC. | 37 MILTON ST | | BROOKLYN | NY | 11222-2010 |
| 8275487 | TROON ELECTRIC OF NY, LLC | 307 7TH AVE RM 1204 | | NEW YORK | NY | 10001-6061 |
| 8840909 | TRUEPHONIC, LLC | 228 PARK AVE S # 89339 | | NEW YORK | NY | 10003-1502 |
| 8777439 | TWO WAY RADIO GEAR INC | 3245 OKEECHOBEE RD | | FORT PIERCE | FL | 34947-4618 |
| 8321074 | V&V LINE STRIPING, INC. | PO BOX 220 | | HIBERNIA | NJ | 07842-0220 |
| 8321048 | WEINSTEIN & HOLTZMAN | PO BOX 1289 | | QUOGUE | NY | 11959-1289 |