| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* | **Order Filed on July 28, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br>                    Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>**Hearing Date: July 23, 2020 at 10:00 a.m. (ET)** |

**ORDER RESOLVING LEONARDO DAPIA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE WITH STATE COURT PERSONAL INJURY CLAIM LITIGATION TO THE EXTENT OF INSURANCE PROCEEDS**

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

**DATED: July 28, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Page:       2
Debtor:    Hollister Construction Services, LLC
Case No.:  19-27439 (MBK)
Caption:   Order Resolving Leonardo Dapia's Motion for Relief from the Automatic Stay to Continue with State Court Personal Injury Claim Litigation to the Extent of Insurance Proceeds
_____

Upon the motion (the "Motion") of Leonardo Dapia ("Mr. Dapia"), for entry of an order lifting the automatic stay to allow a certain state court personal injury action filed under Docket No. ESX-L-5761-19 (the "State Court Action") to proceed on the condition that the plaintiff in that action limits his damages against the Debtor to available insurance proceeds [Docket No. 1179]; and Mr. Dapia and the Debtor having resolved the Motion; and Custom Steel Contractors, Inc. ("Custom Steel"), a co-defendant with the Debtor in the State Court Action, having received notice of the proposed form of this Order and having made no objection thereto; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, as amended on September 18, 2012; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The automatic stay of section 362(a) of the Bankruptcy Code be, and hereby is, modified to allow Mr. Dapia to proceed with the State Court Action against the Debtor for the limited and sole purpose of pursuing and/or collecting any judgment from the proceeds of any applicable insurance coverage, provided that: (a) nothing contained herein shall be deemed a waiver of any rights or defenses to coverage of any insurer under any insurance policies issued to the Debtor that may be implicated by the State Court Action; (b) nothing herein shall be deemed or interpreted to expand the insurance coverage or applicability of such coverage that may be available with respect to the State Court Action; and (c) any self-insured retention provisions of any such insurance policies shall remain in full force and effect, provided that the Debtor's estates

Page:    3
Debtor:    Hollister Construction Services, LLC
Case No.:  19-27439 (MBK)
Caption:   Order Resolving Leonardo Dapia's Motion for Relief from the Automatic Stay to Continue with State Court Personal Injury Claim Litigation to the Extent of Insurance Proceeds

___

shall have no obligation under any of the insurance policies to spend any money or incur any cost in defense of the State Court Action.

2. Said automatic stay is modified further to allow Custom Steel to proceed with its claims against the Debtor in the State Court Action, if any, for the limited and sole purpose of pursuing and/or collecting any judgment from the proceeds of any applicable insurance coverage and subject to the limitations in Paragraph 1 above.

3. Mr. Dapia and Custom Steel waive any right to recover or seek to recover any deductible from the Debtor, and they waive their right to file or assert any claim or proof of claim against the Debtor and its estate with respect to the State Court Action and/or Mr. Dapia's claim(s) asserted therein. Any proof of claim filed by Mr. Dapia or Custom Steel against the Debtor and its estate shall be deemed expunged and disallowed upon entry of this Order.

4. In the event there is insufficient insurance coverage to satisfy in full all claims, recoveries, settlements, judgments, and any and all other sums awarded in connection with all claims asserted against the Debtor's insurance policy for the same applicable policy year as the claims asserted by Mr. Dapia and Custom Steel, Mr. Dapia and Custom Steel agree to share the available insurance proceeds *pro rata* with any other claimants whose claims are asserted against or implicated the same policy year.

5. Should the court in the State Court Action award defense costs to the Debtor in connection with the State Court Action, the Debtor acknowledges that such award is for the benefit of its insurance carrier(s) that incurred the costs of the Debtor's defense in the State Court Action.

6. This Order shall be immediately effective and enforceable upon its entry.

7. The parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

Page:    4
Debtor:    Hollister Construction Services, LLC
Case No.:    19-27439 (MBK)
Caption:    Order Resolving Leonardo Dapia's Motion for Relief from the Automatic Stay to Continue with State Court Personal Injury Claim Litigation to the Extent of Insurance Proceeds

_____

        8.      This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation or enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Hollister Construction Services, LLC  
    Debtor

Case No. 19-27439-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 28, 2020  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.  
db    +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:  
NONE.    TOTAL: 0