

**CHIESA SHAHINIAN & GIANTOMASI PC**

ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

csglaw.com

**ROBERT E. NIES**
rnies@csglaw.com
(O) 973.530.2012
(F) 973.530.2212

July 31, 2020

***By ECF***

All ECF Service List Filers

    Re:    Hollister Construction Services, LLC
            <u>Case No. 19-27439 (MBK)</u>

Dear ECF Service List Filers:

    This Firm represents Arch Insurance Company and Arch Reinsurance Company. This will confirm that Robert Nies has received approval by Judge Kaplan and will appear telephonically before the Court for the hearings taking place on Wednesday, August 19, 2020 at 10:00 a.m. and Thursday, August 20, 2020, at 10:00 a.m.

            Very truly yours,

            */s/ Robert E. Nies*

            Robert E. Nies
            Member

REN/mfg