# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

Order Filed on August 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Gregg A. Ilardi, Esq.
The Law Offices of Greg A. Ilardi LLC
174 Delawanna Avenue
Clifton, NJ 07014
Phone: 973-507-7822 – Fax: 973-883-8816
gilardi@ilardilaw.com
Attorney for Creditor, Latz, Inc.

| | |
|---|---|
| HOLLISTER CONSTRUCTION SERVICES, LLC, *Debtor in Possession* | Chapter 11<br>Case No. 19-27439 (MBK)<br>Judge: Michael B. Kaplan |

### Order Granting Modification of Automatic Stay of Proceedings

The Relief set forth on page numbered two (2) is hereby ***Ordered.***

**DATED: August 3, 2020**

*[signature]*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

37322/3
08/03/2020 **206902640.1**

Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Granting Modification of Automatic Stay of Proceedings

The Court, having reviewed the Movant Latz Inc.'s Motion to Modify the Automatic Stay of Proceedings, as well as any related responses or objections, it is hereby

**ORDERED that:**

1. The Automatic Stay in accordance with 11 U.S.C. 362(d) in the above-captioned matter, and reflected in the Order of this Court dated, September 20, 2019, is hereby modified to permit Movant, Latz Inc., to pursue any and all claims against Non-Debtor entity, Meridia Transit Plaza Urban Renewal Dover, LLC and United States Surety Company in any State or Federal Court of appropriate jurisdiction and that the 362 stay shall not be construed by any Court as a bar to such claims. This Order does not permit Latz, Inc., Meridia Transit Plaza Urban Renewal Dover, LLC and/or United States Surety Company to take any action against the Debtor or its property, and the Debtor reserves all of its rights, claims and defenses.