# HARDIN, KUNDLA, McKEON & POLETTO

COUNSELLORS AT LAW

A PROFESSIONAL CORPORATION

673 MORRIS AVENUE

SPRINGFIELD, NEW JERSEY 07081

(973) 912-5222

FAX (973) 912-9212

www.HKMPP.com

**Michael A. Cifelli**
mcifelli@hkmpp.com

**NEW YORK OFFICE**
110 William Street
New York, New York 10038
(212) 571-0111
FAX (212) 571-1117

**PENNSYLVANIA OFFICE**
60 West Broad Street
Suite 102
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

FILED
JEANNE A. NAUGHTON, CLERK
AUG - 3 2020
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

July 28, 2020

Honorable Michael B. Kaplan, J.U.S.B.C.
U.S. Bankruptcy Court
U.S. Courthouse, 2nd Floor
402 East State Street
Trenton, New Jersey 08608

RE:  Hollister Construction Services, LLC
     Case No.: 19-27439
     File No.: 9443.46397

Dear Judge Kaplan:

Please be advised that this office represents claimed creditor, Meridia Transit Plaza Urban Renewal, Dover, LLC ("Meridia") in a separate legal/administrative proceeding. Please accept this letter in response to the Motion for Relief filed by Lutz, Inc. Meridia takes no position as to the merits of the motion but objects to the factual allegations asserted therein.

Otherwise, we note that it is questionable whether Lutz will be able to proceed at arbitration. Meridia has no contract with Lutz and Meridia has reserved its right to object to any direct claim by Lutz in the AAA proceeding.

Otherwise, whether Lutz's motion is meritorious under applicable law is within the jurisdiction of this Court.

Respectfully Submitted,

*Michael A. Cifelli/s*
Michael A. Cifelli

MAC:lrp
cc:  Robert T. Lawless, Esq.
     Greg Trif, Esq.
     Gregg A. Ilardi, Esq.
     Mary E. Seymour, Esq.