# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

**Order Filed on August 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Gregg A. Ilardi, Esq.
The Law Offices of Greg A. Ilardi LLC
174 Delawanna Avenue
Clifton, NJ 07014
Phone: 973-507-7822 – Fax: 973-883-8816
gilardi@ilardilaw.com
Attorney for Creditor, Latz, Inc.

| | |
|---|---|
| HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>*Debtor in Possession* | Chapter 11<br>Case No. 19-27439 (MBK)<br>Judge: Michael B. Kaplan |

### Order Granting Modification of Automatic Stay of Proceedings

The Relief set forth on page numbered two (2) is hereby ***Ordered.***

**DATED: August 3, 2020**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

37322/3
08/03/2020 **206902640**.1

Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Granting Modification of Automatic Stay of Proceedings

The Court, having reviewed the Movant Latz Inc.'s Motion to Modify the Automatic Stay of Proceedings, as well as any related responses or objections, it is hereby

**ORDERED that:**

1. The Automatic Stay in accordance with 11 U.S.C. 362(d) in the above-captioned matter, and reflected in the Order of this Court dated, September 20, 2019, is hereby modified to permit Movant, Latz Inc., to pursue any and all claims against Non-Debtor entity, Meridia Transit Plaza Urban Renewal Dover, LLC and United States Surety Company in any State or Federal Court of appropriate jurisdiction and that the 362 stay shall not be construed by any Court as a bar to such claims. This Order does not permit Latz, Inc., Meridia Transit Plaza Urban Renewal Dover, LLC and/or United States Surety Company to take any action against the Debtor or its property, and the Debtor reserves all of its rights, claims and defenses.

United States Bankruptcy Court
District of New Jersey

In re:  
Hollister Construction Services, LLC  
    Debtor

Case No. 19-27439-MBK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 03, 2020  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2020.  
db          +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2020 at the address(es) listed below:  
NONE.                                                                                            TOTAL: 0