UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor-in-Possession*

---

In re:

HOLLISTER CONSTRUCTION SERVICES, LLC,[1]

Debtor.

Chapter 11

Case No. 19-27439 (MBK)

Hearing Date: 8/13/20 at 10:00 a.m.

Judge: Kaplan

## ADJOURNMENT REQUEST

1. I, Mary E. Seymour, an attorney with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "Debtor"), hereby request an adjournment of the following hearing for the reason set forth below.

- *Motion of Herc Rentals, Inc. to Enforce the Settlement Agreement Between Herc Rentals, Inc. and Hollister Construction Services, LLC* [Docket No. 1276]

Current Hearing Date:    August 6, 2020 at 10:00 a.m. (ET).

New Hearing Date Requested:    August 13, 2020 at 10:00 a.m.

Reason for adjournment request:    The Debtor requested additional time to respond to the motion.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
08/05/2020 206927931.1

-2-

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: 8/5/2020                                         /s/ Mary E. Seymour
                                                      Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 8/13/20 at 10:00 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**