UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Objection Deadline:<br>**August 31, 2020 at 4:00 p.m.** |

**MONTHLY STAFFING AND COMPENSATION REPORT
OF 10X CEO COACHING, LLC FOR THE PERIOD
JULY 1, 2020 THROUGH JULY 31, 2020**

In accordance with the *Final Order Authorizing Debtor to (i) Employ and Retain 10X CEO Coaching, LLC and (ii) Designate Paul Belair as Chief Restructuring Officer for the Debtor Effective as of the Petition Date* entered on January 17, 2020 [Docket No. 823], 10X CEO Coaching, LLC ("10X") hereby submits its Monthly Staffing and Compensation Report (the "Staffing Report") for the period of July 1, 2020 through July 31, 2020 (the "Compensation Period").

During the Compensation Period, 10X incurred $1,265.00 in fees and $0.00 in expenses for a total amount of $1,265.00 as reflected in the attached exhibits.

Dated: August 10, 2020

        10X CEO Coaching, LLC
        P.O. Box 5117
        Youngstown, Ohio 44515

        */s/ Paul Belair*
        By:  Paul Belair
             Chief Executive Officer

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3

08/10/2020 **206950138**.1

-2-

# EXHIBITS

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of 10X CEO Coaching, LLC for the Period of July 1, 2020 through July 31, 2020.

**Exhibit A  - Summary of Compensation and Expenses**

**Exhibit B  - Summary of Fees and Hours by Professional and
            Description of Responsibilities of Professional**

**Exhibit C  - Summary of Expenses**

## EXHIBIT "A"

**Hollister Construction Services, LLC**
**Summary of Compensation and Expenses**
**July 1, 2020 through July 31, 2020**

| | |
|---|---|
| **Professional Fees:** | **$1,265.00** |
| (All professional services were rendered by Paul Belair) | |
| **Expenses:** | **$     0.00** |
| **Total Invoice:** | **$1,265.00** |

**EXHIBIT "B"**

**Hollister Construction Services, LLC**
**Summary of Fees and Hours by Professional and**
**Description of Responsibilities of Professional**
**July 1, 2020 through July 31, 2020**



P.O. Box 5117
Youngstown, OH 44515

**Paul J. Belair's Time For July 2020**

| Date: | Description: | Total Min @$550/hr | Total $: |
|---|---|---|---|
| 7/6/20 | Call w/Steven Mitnick & Michael Jacoby to Review Status of all Preference Matters | 0.3 | $165.00 |
| 7/7/20 | Zoom Call w/the Hollister Team to Review the Status of Each Outstanding Job | 1.2 | $660.00 |
| 7/21/20 | Zoom Call w/the Hollister Team to Review Status of Open Items | 0.6 | $330.00 |
| 7/28/20 | Zoom Call w/the Hollister Team to Review the Status of Certain Jobs | 0.2 | $110.00 |
| | **Total for Month of July** | **2.3** | **$1,265.00** |

-5-

# EXHIBIT "C"

**Hollister Construction Services, LLC**
**Summary of Expenses**
**July 1, 2020 through July 31, 2020**

**\*\*THERE WERE NO EXPENSES INCURRED THIS PERIOD**