|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1** | |
| **LOWENSTEIN SANDLER LLP** <br> Arielle B. Adler, Esq. <br> Bruce Buechler, Esq. <br> Joseph J. DiPasquale, Esq. <br> Jennifer B. Kimble, Esq. <br> Kenneth A. Rosen, Esq. <br> Mary E. Seymour, Esq. <br> One Lowenstein Drive <br> Roseland, New Jersey 07068 <br> (973) 597-2500 (Telephone) <br> (973) 597-2400 (Facsimile) <br> *Counsel to the Debtor and Debtor-in-Possession* | |
| In re: <br><br> HOLLISTER CONSTRUCTION SERVICES, LLC,[1] <br><br> Debtor. | Adv. Case 19-2222 and 20-1396 <br><br> Chapter 11 <br><br> Case No. 19-27439 (MBK) <br><br> Hearing Date: 8/20/20 at 10:00 a.m. <br><br> Judge: Kaplan |

## ADJOURNMENT REQUEST

1.   I, Joseph J. DiPasquale, a partner with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "Debtor"), hereby request an adjournment of the following matters for the reason set forth below.

Matters:
  a. Motion to Remand State Court Action to the Superior Court of New Jersey, Or, In The Alternative, Abstaining From Exercising Jurisdiction Over the State Court Action [Docket No. 473 and Adv. Proc. No. 19-2222 Docket No. 5];

  b. Joint Motion of Debtor and Newark Warehouse Urban Renewal, LLC/Newark Warehouse Redevelopment Company, LLC For Entry Of An Order Approving Settlement And Compromise Pursuant To Fed.R.Bankr.P. 9019 [Docket No. 1263]; and

  c. Status Conference – Adv. Proc No. 19-2222

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
08/13/2020 206974982.1

-2-

Current Hearing Date:    August 20, 2020 at 10:00 a.m. (ET).

New Hearing Date Requested: September 10, 2020 at 10:00 a.m.

Reason for adjournment request:    The parties have reached a resolution subject to approval of the filed settlement motion [Docket 1263] and adjudication of the order to show case [Adv. Proc. No. 20-01396, Docket No. 5].

2. Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.


Date: August 13, 2020                             /s/ Joseph J. DiPasquale
                                                  Signature

**COURT USE ONLY:**

_____

The request for adjournment is:

☒ Granted            New hearing date: 9/10/20 @ 10:00 am       ☐Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐Peremptory

☐ Denied

   **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**