**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)
**CHIESA SHAHINIAN & GIANTOMASI PC**
One Boland Drive
West Orange, NJ  07052
(973) 530-2052
*Jonathan Bondy, Esq. (jbondy@csglaw.com)*

*Attorneys for Arch Insurance Company and Arch
Reinsurance Company*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Case No.: 19-27439<br><br>Chapter 11<br><br>Honorable Michael B. Kaplan |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICE AND SERVICE OF PAPERS

   **PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code

and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Arch Insurance

Company and Arch Reinsurance Company (collectively, "Arch"), through its attorneys, Chiesa

Shahinian & Giantomasi PC, appears in the above-captioned case and requests that all notices

given or required to be given, and all papers served or required to be served in this case, be given

to and served upon the following:

> CHIESA SHAHINIAN & GIANTOMASI PC
> One Boland Drive
> West Orange, NJ  07052
> Attn:   Jonathan Bondy, Esq.
> Tel:    (973) 530-2052
> Fax:    (973) 530-2252
> E-Mail:  jbondy@csglaw.com

4812-9536-4517.v1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, and, pursuant to Section 1109(b) of the Bankruptcy Code, also includes, without limitation, any notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, plans, disclosure statements, reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit Arch to the jurisdiction of the Court and it is without prejudice to its rights, remedies and claims against other entities.  This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs or recoupments to which Arch is or may be entitled are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for

Notice and Service of Papers does not constitute an agreement to accept service of initial process

under Fed. R. Civ. P. 4 or Fed. R. Bankr. P. 7004, nor shall it result in undersigned counsel being

deemed to be the agent of Arch Insurance Company or Arch Reinsurance Company for such

purpose.

**CHIESA SHAHINIAN & GIANTOMASI PC**
Attorneys for Arch Insurance Company and Arch
Reinsurance Company


By: /s/ *Jonathan Bondy*
    JONATHAN BONDY

Dated: August 14, 2020