| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>CONNELL FOLEY LLP<br>Philip W. Allogramento III, Esq.<br>Mitchell W. Taraschi, Esq.<br>56 Livingston Avenue<br>Roseland, NJ 07068<br>Telephone: (973) 535-0500<br>Facsimile: (973) 535-9217<br>PAllogramento@connellfoley.com<br>MTaraschi@connellfoley.com<br>*Counsel to Creditor FM Construction Group, LLC* | |
| In re:<br><br>Hollister Construction Services, LLC,[1]<br><br>        Debtor. | Bankr. Case No.: 19-27439 (MBK)<br><br>Hon. Michael B. Kaplan, U.S.B.J.<br><br>Chapter 11<br><br>Motion Date/Time: September 10, 2020<br><br>Objection Date: September 3, 2020<br><br>Oral Argument Requested if Opposition is Filed |

## CERTIFICATION OF SERVICE

PHILIP W. ALLOGRAMENTO III, being duly sworn, deposes and says:

    I am over 18 years old, am not a party to this action, and reside in Morris County, New Jersey. On August 18, 2020, I caused to be served a copy of FM Construction Group, LLC's ("FM") Notice of Motion for Modification of the Automatic Stay, Memorandum of Law in Support of FM's Motion for Modification of the Automatic Stay, Certification of Philip W. Allogramento III in Support of FM's Motion for Modification of the Automatic Stay with Exhibits, and Proposed Form of Order Granting FM's Motion for Modification of the Automatic

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Stay upon the following parties via ECF:

To:  Arielle Adler
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
*Counsel for the Debtor,*
*Hollister Construction Services, LLC*

Bruce D. Buechler
Lowenstein Sandler
One Lowenstein Drive
Roseland, NJ 07068
*Counsel for the Debtor, Hollister Construction Services, LLC*

Joseph J. DiPasquale
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
*Counsel for the Debtor, Hollister Construction Services, LLC*

Joseph H. Lemkin
Stark & Stark
993 Lenox Drive
Building 2
Lawrenceville, NJ 08648
*Counsel for the Debtor, Hollister Construction Services, LLC*

Kenneth A. Rosen
Lowenstein Sandler
One Lowenstein Drive
Roseland, NJ 07068
*Counsel for the Debtor, Hollister Construction Services, LLC*

Mary E. Seymour
Lowenstein Sandler
One Lowenstein Drive
Roseland, NJ 07068
*Counsel for the Debtor, Hollister Construction Services, LLC*

Lauren Bielski
DOJ-Ust
One Newark Center
Suite 2100
Newark, NJ 07102
*U.S. Trustee*

Sam Della Fera
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue
Roseland, NJ 07068
*Committee of Unsecured Creditors*

Andrea Dobin
McManimon Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, NJ 08611
*Committee of Unsecured Creditors*

Andrea Dobin
McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, NJ 08611
*Committee of Unsecured Creditors*

Joshua H. Raymond
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue
Roseland, NJ 07068
*Committee of Unsecured Creditors*

Anthony Sodono, III
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue
Roseland, NJ 07068
*Committee of Unsecured Creditors*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                         By:     /s/ *Philip W. Allogramento III*
                                                                     Philip W. Allogramento III, Esq.

Date: August 19, 2020