EisnerAmper LLP
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000
*Accountants and Financial Advisors to the Official Committee of*
*Unsecured Creditors of Hollister Construction Services, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the Matter of:

HOLLISTER CONSTRUCTION SERVICES, LLC,         Case No. 19-27439 (MBK)
                                              Chapter 11
                                              (Honorable Michael B. Kaplan)
                        Debtor.


**TENTH MONTHLY FEE STATEMENT OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF
<u>JULY 1, 2020 THROUGH JULY 31, 2020</u>**

                                              EisnerAmper LLP


                                              By:  /s/ Anthony R. Calascibetta
                                                     Anthony R. Calascibetta

**Hollister Construction Services, LLC**
**TIME SUMMARY BY PROFESSIONAL**
**July 1, 2020 through July 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Anthony R. Calascibetta CPA, CFF, CTP | Partner | 5.8 | $ 570.00 | $ 3,306.00 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 5.8 | 540.00 | 3,132.00 |
| DelMarie Velazquez | Paraprofessional | 1.0 | 130.00 | 130.00 |
| **GRAND TOTAL** | | **12.6** | **$ 521.27** | **$6,568.00** |

* Rates change annually effective August 1st.

|   |   |
|---|---|
| FEE TOTALS | $6,568.00 |
| LESS: 20% VOLUNTARY DISCOUNT | (1,313.60) |
| **NET FEES REQUESTED** | $5,254.40 |
| PLUS EXPENSE: PACER Charges | 37.00 |
| **GRAND TOTAL** | **$5,291.40** |

# ~ Exhibit A ~

**Hollister Construction Services, LLC**
**July 1, 2020 through July 31, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 07/07/2020 | Conference call with J. Holman, Duane, M. Jacoby, Phoenix , S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss remaining potential asset collections and prior proposed settlement agreement. | $ 570.00 | 0.8 | $ 456.00 |
| Anthony Calascibetta | 07/07/2020 | Discussion with S. Della Fera, MSB and W. Pederson, EisnerAmper relating to discussion with Bank's representatives, remaining potential asset collections and prior settlement proposal. | 570.00 | 0.5 | 285.00 |
| Anthony Calascibetta | 07/07/2020 | Discussed prior proposal recalculation with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 07/07/2020 | Review of settlement proposal. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 07/07/2020 | Discussed settlement proposal and calculation of amounts potentially calculated with W. Pederson, EisnerAmper. | 570.00 | 0.5 | 285.00 |
| William Pederson | 07/07/2020 | Call with J. Holman, M. Jacoby, S. Della Fera and A. Calascibetta, EisnerAmper, re: settlement discussions. | 540.00 | 0.9 | 486.00 |
| William Pederson | 07/07/2020 | Follow-up call with counsel and A. Calascibetta re: settlement proposal. | 540.00 | 0.5 | 270.00 |
| William Pederson | 07/07/2020 | Call with A. Calascibetta, EisnerAmper, re: proposed settlement and potential recovery. | 540.00 | 0.5 | 270.00 |
| Anthony Calascibetta | 07/08/2020 | Conference call with B. Katz, Independent Director, J. Holman, Duane, M. Jacoby, Phoenix, S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss Insider potential settlement, Arch claims and other potential asset collections. | 570.00 | 1.0 | 570.00 |
| Anthony Calascibetta | 07/08/2020 | Discussed Arch claims and potential asset collections with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 07/08/2020 | Discussed calculation of recoveries per proposed bank settlement with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| William Pederson | 07/08/2020 | Call with J. Holman, B. Katz, M. Jacoby, counsel and A. Calascibetta, EisnerAmper, re: case status. | 540.00 | 1.0 | 540.00 |
| William Pederson | 07/08/2020 | Follow-up call with counsel and A. Calascibetta re: case status. | 540.00 | 0.2 | 108.00 |
| Anthony Calascibetta | 07/09/2020 | Discussed calculation of draft settlement proceeds with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| William Pederson | 07/09/2020 | Review of settlement proposal and prepare payout analysis. | 540.00 | 1.4 | 756.00 |
| William Pederson | 07/09/2020 | Call with A. Calascibetta re: proposed settlement payout analysis. | 540.00 | 0.2 | 108.00 |
| Anthony Calascibetta | 07/13/2020 | Discussed calculation of proceeds from Bank settlement proposal with W. Pederson, EisnerAmper. | 570.00 | 0.2 | 114.00 |
| William Pederson | 07/29/2020 | Prepare for upcoming call with counsel re: MOR and scorecard. | 540.00 | 0.4 | 216.00 |
| | | **Asset Analysis & Recovery Total** | | **9.1** | **5,034.00** |
| Anthony Calascibetta | 07/15/2020 | Review of proposed cash collateral budget and discuss with S. Della Fera, MSB. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 07/17/2020 | Discussed cash collateral hearing and Arch claim with S. Della Fera, MSB. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 07/29/2020 | Review of cash collateral budget. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 07/29/2020 | Discussed cash collateral budget, Arch claim, potential recoveries and status of settlement discussions with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 570.00 | 0.7 | 399.00 |
| William Pederson | 07/29/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: recent MOR and next steps. | 540.00 | 0.7 | 378.00 |
| | | **Business Operations Total** | | **2.3** | **1,290.00** |
| DelMarie Velazquez | 07/08/2020 | Preparation of monthly fee application. | 130.00 | 1.0 | 130.00 |

**Hollister Construction Services, LLC**
**July 1, 2020 through July 31, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 07/27/2020 | Preparation of monthly fee statement. | 570.00 | 0.2 | 114.00 |
|  |  | **Fee/Employment Application Total** |  | **1.2** | **244.00** |
|  |  | Total Hours and Fees |  | 12.6 | 6,568.00 |
|  |  | Less: 20% Voluntary Discount |  |  | (1,313.60) |
|  |  | Subtotal |  |  | 5,254.40 |
|  |  | Plus: PACER |  |  | 37.00 |
|  |  | **Grand Total** |  |  | **$ 5,291.40** |

# ~ Exhibit B ~

**Hollister Construction Services, LLC**
**ITEMIZED EXPENSES INCURRED**

| Date | Name | Amount | Category | Description |
|---|---|---|---|---|
| 7/31/2020 | Anthony Calascibetta | $ 37.00 | PACER | 370 pages @ .10 cents |
| | **PACER** | 37.00 | | |
| | **Grand Total** | **$ 37.00** | | |