| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>Hollister Construction Services, LLC | Case No.: _____19-27439_____<br><br>Chapter:    11<br><br>Chief Judge: \_\_\_Michael B. Kaplan\_\_\_ |

## NOTICE OF CHAPTER 11 STATUS CONFERENCE

The within matter has been filed as a Chapter 11 case. Pursuant to 11 U.S.C. § 105(d), the Court will hold a status conference on \_\_\_\_September 3, 2020\_\_\_\_ at \_\_\_\_\_11:30 a.m.\_\_\_\_\_ at \_\_\_U.S. Bankruptcy Court 402 East State Street, Trenton, New Jersey 08608\_\_\_\_ in Courtroom \_\_8\_ before Chief _____Judge Michael B. Kaplan.

**ATTENDANCE BY THE DEBTOR IS REQUIRED
AND INTERESTED PARTIES ARE ENCOURAGED TO ATTEND.**

The purpose of this status conference is to promote the efficient administration of the case. At the status conference, counsel for the debtor shall be prepared to discuss matters relating to the debtor's business, its financial affairs and anticipated issues in the case. If applicable, the debtor and other interested parties should be prepared to address the following:

1. the debtor's capital structure (secured and unsecured debt, tax claims, unliquidated claims, etc.);

2. the debtor's post-petition operations and sources of revenue including use of cash collateral and/or debtor in possession financing;

3. significant motions or litigation anticipated by the debtor or other parties;

4. whether the use of the Court's mediation program will assist in the resolution of disputed matters;

5. projected Chapter 11 administrative expenses (ordinary course and professionals) and how they will be satisfied;

6. proof of claim bar dates;

7. anticipated date to file Chapter 11 Plan;

8. compliance with Chapter 11 administrative duties – monthly operating reports, retention of professionals, insurance, payment of U.S. Trustee fees, DIP bank accounts, etc.;

9. the scheduling of future status conferences; and

10. other matters unique to the case.

Date: August 20, 2020                    JEANNE A. NAUGHTON, Clerk

                                         BY: Wendy I. Romero

*new.6/9/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-27439-MBK
Hollister Construction Services, LLC                                      Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 6              Date Rcvd: Aug 20, 2020
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db          +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Alexander F. Barth    on behalf of Defendant    J M Pereira And Sons Inc. abarth@cohenseglias.com
              Allen I Gorski    on behalf of Creditor    Leader Electric Co., Inc. agorski@gorskiknowlton.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Allen J. Underwood, II    on behalf of Creditor    Horizon Blue Cross Blue Shield of New Jersey
               ajunderwood@beckermeisel.com,    ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
              Andrea Dobin     on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               adobin@msbnj.com
              Andrew B. Cohn    on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
              Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
               .com;tgraga@kbtlaw.com
              Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC angelo.stio@troutman.com
              Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation angelo.stio@troutman.com
              Anna Patras    on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohlereng.com
              Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
               arainone@bracheichler.com,
               cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com
              Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com;jkimble@lowenstein.com;cmaker@lowenstein.com
              Arielle Adler    on behalf of Plaintiff    Hollister Construction Services, LLC
               aadler@lowenstein.com,    elawler@lowenstein.com;jkimble@lowenstein.com;cmaker@lowenstein.com
              Bart J. Klein    on behalf of Creditor    Midway Glass & Metal Installers, Inc.
               bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Unknown Role Type    Reynolds Painting Group NJ, LLC
               bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Unknown Role Type    Apple Coring & Sawing, LLC bart@bartjkleinlaw.com

```
District/off: 0312-3                  User: admin                    Page 2 of 6                    Date Rcvd: Aug 20, 2020
                                      Form ID: pdf900                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Bart J. Klein    on behalf of Defendant    Direct Cabinet Sales Of Red Bank Inc.
           bart@bartjkleinlaw.com
          Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
          Brett Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
          Brian Gregory Hannon    on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
          Brian R Tipton    on behalf of Defendant    State Line Construction Co. btipton@fpsflawfirm.com
          Brian R Tipton    on behalf of Creditor    State Line Construction Company, Inc.
           btipton@fpsflawfirm.com
          Brian W. Hofmeister    on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com,
           j119@ecfcbis.com
          Bruce D. Buechler    on behalf of Debtor    Hollister Construction Services, LLC
           bbuechler@lowenstein.com
          Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
          Carl J. Soranno    on behalf of Defendant    Haddad Heating & Plumbing Inc.
           csoranno@bracheichler.com,
           dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
          Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com,
           dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
          Carl J. Soranno    on behalf of Defendant    Air Group, LLC csoranno@bracheichler.com,
           dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
          Carl J. Soranno    on behalf of Defendant    Industrial Maintenance, Inc. csoranno@bracheichler.com,
           dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
          Carol L. Knowlton    on behalf of Creditor    KSS Architects cknowlton@gorskiknowlton.com
          Charles A. Gruen    on behalf of Creditor    Michaels Electrical Supply Corp. cgruen@gruenlaw.com
          Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
          Christopher E. Hartmann    on behalf of Defendant    Katchen Steel Construction, Inc.
           aavellino@rocketmail.com,    hartmann.christopher@yahoo.com
          Christopher E. Hartmann    on behalf of Defendant    Leslie Katchen Steel Construction, Inc.
           hartmann.christopher@yahoo.com,    hartmann.christopher@yahoo.com
          Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
          Christopher P. Coval    on behalf of Creditor    Allglass Systems, LLC ccoval@fsdc-law.com
          Clement J Farley    on behalf of Creditor    Mercedes-Benz USA, LLC cfarley@mccarter.com
          Curtiss T. Jameson    on behalf of Creditor    C Restoration, Inc. cjameson@jamesonesq.com
          Daniel Stolz    on behalf of Interested Party    Latitude West Owner, LLC dstolz@wjslaw.com,
           dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
          Daniel Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com,
           dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
          Daniel Stolz    on behalf of Interested Party    Latitude East Owner, LLC dstolz@wjslaw.com,
           dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
          Danielle Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc.
           dcohen@tessercohen.com,    ddelucia@tessercohen.com
          Danielle Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com,
           ddelucia@tessercohen.com
          Danielle Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com,
           ddelucia@tessercohen.com
          Danielle Cohen    on behalf of Defendant    MDS Construction Corp. dcohen@tessercohen.com,
           ddelucia@tessercohen.com
          Danielle Cohen    on behalf of Defendant    Global Development Contractors, L.L.C.
           dcohen@tessercohen.com,    ddelucia@tessercohen.com
          Danielle Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com,
           ddelucia@tessercohen.com
          Danielle Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com,
           ddelucia@tessercohen.com
          Danielle Cohen    on behalf of Creditor    Global Development Contractors, LLC
           dcohen@tessercohen.com,    ddelucia@tessercohen.com
          Danielle Cohen    on behalf of Defendant    Herc Rentals, Inc. dcohen@tessercohen.com,
           ddelucia@tessercohen.com
          Darren R. Marks    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
           dmarks@borahgoldstein.com,    nagwu@borahgoldstein.com
          David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com,    ciarkowski@wilentz.com
          David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
          David L. Stevens    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc.
           dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
           om
          David L. Stevens    on behalf of Creditor    All Brands Elevator Industries, Inc.
           dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
           om
          Donald B. Veix, Jr.    on behalf of Creditor    Bohler Engineering NY, PLLC donveixlaw@gmail.com,
           dveix@hartylawgroup.com
          Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO
           donna.thompson@dlthompsonlaw.com,    dlthompsonlaw@aol.com
          Douglas Clagett Gray    on behalf of Creditor    Carson Corporation dgray@mdsfirm.com
          Douglas Clagett Gray    on behalf of Defendant    Carson Corporation dgray@mdsfirm.com
          Edmund Campbell    on behalf of Creditor    Glass Systems Tech, LLC
           aweisenberger@campbellroccolaw.com

```
District/off: 0312-3           User: admin               Page 3 of 6            Date Rcvd: Aug 20, 2020
                               Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Eric Biderman    on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability company eric.biderman@arentfox.com
          Eric J. Hughes    on behalf of Creditor    Liberty Mutual Insurance Company ehughes@mdmc-law.com
          Ericka Fredricks Johnson    on behalf of Interested Party    Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) ErJohnson@wcsr.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
          Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com, fpisano@coleschotz.com
          Frank F. Velocci    on behalf of Creditor    NSA 18th Avenue, LLC frank.velocci@faegredrinker.com, brian.morgan@dbr.com
          Grant Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com, lschindler@wbny.com
          Greg Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com, gtrif@triflaw.com
          Greg Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com, gtrif@triflaw.com
          Greg Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com, gtrif@triflaw.com
          Greg Trif    on behalf of Defendant    K R Masonry L.L.C. gtrif@triflaw.com, gtrif@triflaw.com
          Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us
          Hisham I. Masri    on behalf of Creditor    Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com, m.duran@hmasrilaw.com
          Ilana Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com, fpisano@coleschotz.com;ssallie@coleschotz.com
          Jacob Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC jfrumkin@coleschotz.com
          James A. Kellar    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless jkellar@mccarter.com
          James C. Dezao, III    on behalf of Creditor Antonio Zarfino gerald@dezaolaw.com
          James C. Dezao, III    on behalf of Creditor Mayer Weberman gerald@dezaolaw.com
          Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          Jay L. Lubetkin    on behalf of Interested Party Christopher Johnson jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Interested Party Kieran Flanagan jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
          Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
          Jeffrey J. Rea    on behalf of Defendant    City Contracting, Inc. jeffrea@aol.com
          Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
          Jeffrey Paul Valacer    on behalf of Creditor    MixOnSite USA, Inc. jvalacer@cohenseglias.com
          Jeffrey Paul Valacer    on behalf of Defendant    MixOnSite USA, Inc. jvalacer@cohenseglias.com
          Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc. jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
          Jenny R. Kasen    on behalf of Defendant    SP Builders Contractors Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com
          Jenny R. Kasen    on behalf of Defendant    Bailey's Square Janitorial Service, Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com
          John O'Boyle    on behalf of Defendant    Bender Enterprises, Inc. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
          John O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
          John O'Boyle    on behalf of Defendant    Imperial Floors Limited Liability Company joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
          Jonathan S. Bondy    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company jbondy@csglaw.com
          Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com, ecf-fe4957a0ba6a@ecf.pacerpro.com
          Joseph Cicala    on behalf of Defendant    Tore Electric Company jcicala@gpmlegal.com, jcicala@gpmlegal.com
          Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
          Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
          Joseph H. Lemkin    on behalf of Debtor    Hollister Construction Services, LLC jlemkin@stark-stark.com
          Joseph H. Lemkin    on behalf of Creditor    Fabcon Precast jlemkin@stark-stark.com
          Joseph J. DiPasquale    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC jdipasquale@lowenstein.com
          Joseph J. DiPasquale    on behalf of Defendant    Hollister Construction Services, LLC jdipasquale@lowenstein.com
          Joseph J. DiPasquale    on behalf of Debtor    Hollister Construction Services, LLC jdipasquale@lowenstein.com
          Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
          Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com
          Joseph L. Schwartz    on behalf of Creditor    Sunstone Hotels Morristown, LLC jschwartz@riker.com
          Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Redevelopment Company, LLC jschwartz@riker.com

```
District/off: 0312-3          User: admin              Page 4 of 6              Date Rcvd: Aug 20, 2020
                              Form ID: pdf900          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Redevelopment Company, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company
               jschwartz@riker.com
              Joseph R Zapata, Jr.    on behalf of Creditor    STMR, Inc. jzapata@msklaw.net
              Joseph R. Fischer    on behalf of Defendant    Nordic Contracting Inc. jfischer@kiernanstrenk.com
              Joseph R. Fischer    on behalf of Defendant    Nordic Contracting Company, Inc.
               jfischer@kiernanstrenk.com
              Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jraymond@msbnj.com
              K. Joseph Vyzas    on behalf of Creditor    Rexel, Inc. joe@carlawyernj.com
              Karen L Thurston    on behalf of Creditor    Myrage LLC kthurston@frkblaw.com
              Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Kenneth A. Rosen    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Other Prof.    10X CEO Coaching krosen@lowenstein.com,
               dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Attorney    Lowenstein Sandler LLP krosen@lowenstein.com,
               dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Defendant    Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
              Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
              Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services, LLC LBDiener@optimum.net
              Lawrence B. Diener    on behalf of Defendant    Advanced Scaffold Services Mid-Atlantic LLC
               LBDiener@optimum.net
              Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services Mid-Atlantic LLC
               LBDiener@optimum.net
              Marc D. Miceli    on behalf of Plaintiff    Hollister Construction Services, LLC
               mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
              Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing
               mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
              Margreta Morgulas    on behalf of Creditor    3L & Company, Inc. mmorgulas@okinhollander.com
              Marguerite Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
               mschaffer@shainlaw.com
              Mario A. Batelli    on behalf of Creditor 360 Fire Prevention    360 Fire Prevention LLC
               mbatelli@fostermazzielaw.com
              Mark E. Felger    on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com,
               sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
              Martin P. Skolnick    on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware
               mskolnick@gmail.com
              Martin P. Skolnick    on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
              Mary E. Seymour    on behalf of Debtor    Hollister Construction Services, LLC
               mseymour@lowenstein.com, jkimble@lowenstein.com
              Mary E. Seymour    on behalf of Attorney    Lowenstein Sandler LLP mseymour@lowenstein.com,
               jkimble@lowenstein.com
              Melissa A. Pena    on behalf of Creditor    Target Fire Protection mapena@norris-law.com,
               pfreda@nmmlaw.com
              Meredith I. Friedman    on behalf of Creditor    CTC Academy mfriedman@wilentz.com,
               ciarkowski@wilentz.com
              Michael Kahme    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
               mkahme@hillwallack.com, fmansmann@hillwallack.com
              Michael Stafford    on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal,
               norddemaio@aol.com;adamnorddemaio@aol.com
              Michael D. Sirota    on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com,
               fpisano@coleschotz.com
              Michael J. Shavel    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
               mshavel@hillwallack.com, shavelmr99123@notify.bestcase.com
              Michael R. Herz    on behalf of Defendant    Benco Inc. mherz@foxrothschild.com,
               cbrown@foxrothschild.com
              Michael R. Herz    on behalf of Creditor    Troon Electric of New Jersey LLC
               mherz@foxrothschild.com, cbrown@foxrothschild.com
              Michele Lane Ross    on behalf of Creditor    Control Services, LLC sterry@mrossllc.com,
               arivera@mrossllc.com
              Mitchell Malzberg    on behalf of Creditor    Vector Structural Preservation Corp.
               mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
```

```
District/off: 0312-3          User: admin              Page 5 of 6              Date Rcvd: Aug 20, 2020
                              Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Morris S. Bauer    on behalf of Creditor    Ware Malcomb msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com
        Murphy Durkin    on behalf of Defendant    Dehn Bros. Fire Protection, Inc. maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com
        Murphy Durkin    on behalf of Creditor    Dehn Bros.Fire Protection, Inc. maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com
        Nicholas Verna    on behalf of Interested Party    Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) nick.verna@wbd-us.com
        Nicole M. Nigrelli    on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Nicole M. Nigrelli    on behalf of Defendant    Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Nicole M. Nigrelli    on behalf of Defendant    Delcon Builders Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Nicole M. Nigrelli    on behalf of Interested Party    Delcon Builders, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Pearl Shah    on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
        Peter Broege    on behalf of Creditor    Encon Mechancial Corp pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com
        Philip William Allogramento    on behalf of Defendant    Environmental Devices, Inc. pallogramento@connellfoley.com
        Philip William Allogramento    on behalf of Defendant    FM Construction Group, LLC pallogramento@connellfoley.com
        Philip William Allogramento    on behalf of Creditor    Environmental Devices, Inc. pallogramento@connellfoley.com
        Philip William Allogramento    on behalf of Defendant    Sunny Brook Pressed Concrete pallogramento@connellfoley.com
        Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC pallogramento@connellfoley.com
        Philip William Allogramento    on behalf of Defendant    Maverick Building Services, Inc. pallogramento@connellfoley.com
        Richard Brant Forrest    on behalf of Creditor    DeSesa Engineering Company, Inc. rforrest@oslaw.com
        Richard E. Weltman    on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com, mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
        Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company rnies@csglaw.com
        Robert Saul Molnar    on behalf of Creditor    Starlite Electric LLC molnarrs@aol.com
        Rocco A. Cavaliere    on behalf of Creditor    Titan Industrial Services Corp. rcavaliere@tarterkrinsky.com
        Ryan M. Ernst    on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
        Sam Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors sdellafera@msbnj.com
        Seth Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds (the "Funds") sptasiewicz@krollfirm.com
        Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com, AutoDocketWILM@duanemorris.com
        Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation stephanie.jonaitis@troutman.com, balaa@pepperlaw.com
        Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stephanie.jonaitis@troutman.com, balaa@pepperlaw.com
        Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
        Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
        Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com
        Steven J. Mitnick    on behalf of Plaintiff    Hollister Construction Services, LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com
        Stuart Komrower    on behalf of Defendant    Orion Interiors, Inc. skomrower@coleschotz.com, fpisano@coleschotz.com
        Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University sdarling@walsh.law, mvargas@walsh.law
        Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law, mvargas@walsh.law
        Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company tschellhorn@riker.com
        Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tschellhorn@riker.com
        Thomas D. McKeon    on behalf of Creditor    FN Dynamic Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
        Thomas D. McKeon    on behalf of Creditor    FN Dynamic, Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
        Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tchasin@riker.com
        Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Redevelopment Company tchasin@riker.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-3                  User: admin                    Page 6 of 6                  Date Rcvd: Aug 20, 2020
                                      Form ID: pdf900                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        William G. Wright    on behalf of Defendant    Graybar Electric Company, Inc. wwright@capehart.com, jlafferty@capehart.com
        William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com, jlafferty@capehart.com
        Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com
                                                                                                                                               TOTAL: 200