**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | |
|---|---|
| **HOLLISTER CONSTRUCTION SERVICES, LLC**,[1] | Chapter 11 |
| Debtor. | Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 27, 2020 AT 10:00 A.M. (ET)[2]**

**CONTESTED MATTERS GOING FORWARD**

    1.    Motion To Approve Settlement With Orion Interiors [Docket No. 1264; Filed 7/22/20]

    Related Documents:

    a)    Certificate of Service [Docket No. 1265; Filed 7/22/20]

    Objection Deadline: August 13, 2020 at 4:00 p.m.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] This hearing will be conducted telephonically. Parties who wish to appear at the August 27, 2020 hearing must make arrangements through Court Solutions at http://www.Court-Solutions.com.

Responses Received:

b)  Limited Objection And Reservation Of Rights By Arch Insurance Company And Arch Reinsurance Company To Debtor's Motion To Approve Settlement With Orion Interiors [Docket No. 1334; Filed 8/13/20]

c)  Debtor's Reply To Objection To Motion To Approve Of Settlement With Orion Interiors, Inc. [Docket No. 1357; Filed 8/24/20]

d)  Joinder And Reply In Support Of Debtor's Motion To Approve Settlement Agreement With Orion Interiors, Inc. [Docket No. 1359; Filed 8/24/20]

Status:  This matter is going forward.

**UNCONTESTED MATTERS GOING FORWARD**

2. Debtor's Third Motion For Entry Of An Order Further Enlarging The Period Within Which The Debtor May Remove Actions [Docket No. 1303; Filed 8/6/20]

    Related Documents:

    a)  Bridge Order Further Enlarging The Period Within Which The Debtor May Remove Actions [Docket No. 1306; Entered 8/7/20

    b)  Affidavit of Service [Docket No. 1330; Filed 8/12/20]

    c)  Affidavit of Service [Docket No. 1336; Filed 8/13/20]

    Objection Deadline: August 20, 2020 at 4:00 p.m.

    Responses Received: None to date.

    Status:  This matter is going forward.

**RESOLVED MATTERS**

3. Motion Of Leonardo Dapia For Relief From The Automatic Stay To Continue With State Court Personal Injury Claim Litigation To The Extent Of Insurance Proceeds [Docket No. 1179]

    Related Documents:

    a)  Notice of Hearing [Docket No. 1180; Filed 6/9/20]

    b)  Determination of Adjournment Request (Granted) [Docket No. 1221; Filed 6/29/20]

    c)  Determination of Adjournment Request (Granted) [Docket No. 1247; Filed 7/16/20]

    d)    Determination of Adjournment Request (Granted) [Docket No. 1272; Filed 7/24/20

    e)    Order Resolving Leonardo Dapia's Motion For Relief From The Automatic Stay To Continue With State Court Personal Injury Claim Litigation To The Extent Of Insurance Proceeds [Docket No. 1361; Entered 8/26/20]

<u>Objection Deadline</u>: Originally, June 25, 2020 at 4:00 p.m. (ET), extended to July 9, 2020 at 4:00 p.m. (ET)

<u>Responses Received</u>:

    f)    None to date.

<u>Status</u>:  An order resolving this motion has been entered.

Dated:  August 26, 2020                                  **LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (*pro hac vice*)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*