**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>                   Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**MONTHLY FEE STATEMENT OF McMANIMON, SCOTLAND & BAUMANN, LLC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC, FOR THE PERIOD JULY 1, 2020 THROUGH JULY 31, 2020**

**McMANIMON, SCOTLAND & BAUMANN, LLC**
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

By: _____/s/ Sam Della Fera, Jr._____
       Sam Della Fera, Jr.

4827-7511-3131v.1

**MS&B**  MCMANIMON · SCOTLAND · BAUMANN

Creditors' Committee - Hollister
Construction Services, LLC

CLIENT #        00016030-00001
INVOICE #       174058
INVOICE DATE:  August 25, 2020

BILLING REF:   SDF

## INVOICE SUMMARY

For professional services rendered through 07/31/20, in connection
with the matter titled:

### Committee Representation

| | |
|---|---|
| TOTAL FEES | 12522.50 |
| TOTAL DISBURSEMENTS ADVANCED | 229.60 |
| **TOTAL FOR INVOICE** | **12752.10** |



CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Aug 25, 2020      PAGE    2

### PROFESSIONAL SERVICES RENDERED

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/01/20 | SDF | Review Debtor's notice of proposed settlement of avoidance action against SP Builders Contractors. | .20 | 95.00 |
| 07/01/20 | SDF | E-mails with Debtor's counsel regarding hearing tomorrow. | .10 | 47.50 |
| 07/01/20 | SDF | Review Debtor's filed notice of agenda for hearing tomorrow. | .20 | 95.00 |
| 07/01/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 07/02/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 07/02/20 | LD | Set up 7/2/20 court appearance for S. Della Fera. | .10 | 12.50 |
| 07/02/20 | SDF | Review e-mail to court from Debtor's counsel regarding proposed form of twentieth interim cash collateral order. | .20 | 95.00 |
| 07/02/20 | SDF | Attend telephonic hearing on Debtor's continued use of cash collateral. | .50 | 237.50 |
| 07/02/20 | SDF | Review court's determination of adjournment of hearing on Mix On Site's motion for stay relief. | .10 | 47.50 |
| 07/02/20 | SDF | Telephone call with B. Katz regarding Arch claim negotiation and other pending matters. | .30 | 142.50 |

McM ... B ... LLC
N wark ...



CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Aug 25, 2020      PAGE   3


07/02/20 SDF Review filed twentieth interim cash          .10      47.50
             collateral order.

07/06/20 SDF E-mails with J. Holman and A.                .20      95.00
             Calascibetta regarding call tomorrow.

07/06/20 SDF Review June 2020 invoices from               .20      95.00
             special counsel Hedinger & Lawless.

07/06/20 SDF Review filed certifications of no            .30     142.50
             objection to certain avoidance action
             settlements.

07/06/20 SDF Return call to creditor counsel J.           .40     190.00
             Lemkin regarding case status and
             Debtor's Disclosure Statement and
             Plan.

07/06/20 SDF Review and analyze Debtor's verified         .50     237.50
             complaint for declaratory judgment
             and related relief regarding Newark
             Warehouse lien claims.

07/06/20 SBP Update chart with motions and                .10      27.50
             applications

07/07/20 SBP Update chart with motions and                .10      27.50
             applications

07/07/20 SDF Review eek 41 scorecard to Bank from         .30     142.50
             Debtor' send e-mail to EisnerAmper
             regarding same.

07/07/20 SDF Conference call with J. Holman, M.           .90     427.50
             Jacoby and EisnerAmper regarding
             settlement negotiations.

07/07/20 SDF Telephone call with EisnerAmper              .50     237.50
             regarding settlement negotiations and
             related matters.

McManimon Scotland & Baumann LLC
Newark • Roseland • Trenton • New York



CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Aug 25, 2020      PAGE    4


  07/07/20 SDF  E-mails with Debtor's counsel           .30      142.50
       regarding adjournment of confirmation
       hearing and related matters; review
       adjournment request.

  07/07/20 SDF  Confer with J. Raymond regarding case    .20       95.00
       status, Debtor's complaint against
       Newark Warehouse lienholders, and
       other pending matters.

  07/07/20 SDF  Review Debtor's notice of proposed        .20       95.00
       settlement of avoidance action claim
       against Empire Lumber and Millwork.

  07/07/20 JHR  Reviewed status of Complaint for          .20       95.00
       declaratory judgment and status of
       settlement with Newark Warehouse. and
       liens against that project.

  07/07/20 JHR  Reviewed Hollister complaint for          .20       95.00
       declaratory Judgment for liens to
       attach to Escrowed Settlement
       proceeds. .

  07/08/20 SDF  Conference call with B. Katz, J.         1.00      475.00
       Holman, M. Jacoby, and EisnerAmper
       regarding status of insiders
       settlement and related matters.

  07/08/20 SDF  Telephone call with EisnerAmper           .20       95.00
       regarding conference call post-mortem
       and next steps.

  07/08/20 SDF  Telephone call from K. Rosen              .30      142.50
       regarding pending matters.

  07/08/20 SDF  E-mails from K. Rosen regarding           .40      190.00
       Arch's position on recovery from
       insiders and related settlement
       issues.



CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Aug 25, 2020      PAGE    5


07/09/20 SDF Review June 2020 Monthly Staffing and      .20      95.00
             Compensation Report Fund by 10X CEO
             Coaching.

07/09/20 SDF Review E-mails from Counsel for            .30     142.50
             Debtor and Arch re: Settlement
             issues, conference, Arch claim.

07/09/20 SDF Review E-mail from Debtor's counsel        .20      95.00
             re: Adjournment of Disclosure
             Statement Hearing two weeks.

07/09/20 SDF Review filed Certificate of No             .10      47.50
             Objection to Eisner Amper's May 2020
             Fee Statement.

07/09/20 SDF Call from Stuart Komrower re: Orion        .40     190.00
             settlement issues.

07/09/20 SBP Update chart with motions and             .10      27.50
             applications

07/09/20 LD  Prepare and e-file certificate of no       .20      25.00
             objection to EisnerAmper's May 2020
             fee statement.

07/10/20 SDF Review correspondence to counsel for       .20      95.00
             creditor re: Case status.

07/10/20 SDF Review Firm's May 2020 Invoice for         .20      95.00
             Monthly Fee Statement.

07/13/20 SDF E-mails with Mary Seymour re: Notice       .20      95.00
             of Adjournment of Disclosure
             Statement Hearing.

07/13/20 SDF Review and reply to E-mail from            .20      95.00
             Michael Herz re: Adjournment of
             Disclosure Statement Hearing.

**MS&B**  McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Aug 25, 2020       PAGE    6


| | | | | |
|---|---|---|---|---|
| 07/13/20 | SDF | Review Motion of Latz Inc. to Modify Stay. | .40 | 190.00 |
| 07/13/20 | SDF | Review E-mail from Debtor's counsel re: Week 42 Scorecard sent to PNC Bank; E-mail to Eisner Amper re: Same. | .30 | 142.50 |
| 07/13/20 | SDF | Review Notice of Adjournment of Hearing on Debtor's Disclosure Statement. | .20 | 95.00 |
| 07/13/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 07/14/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 07/14/20 | SDF | Review court's text order regarding adjournment of hearing on Debtor's application for declaratory judgment in adv. proc. no. 20-1396. | .10 | 47.50 |
| 07/14/20 | SDF | Review current case docket in adv. proc. no. 20-1396, order to show cause, and City Contracting's motion to extend time to respond. | .40 | 190.00 |
| 07/14/20 | SDF | Return call to A. Siperk, counsel for defendant subcontractor in Ironside lien litigation. | .40 | 190.00 |
| 07/15/20 | SDF | Review firm's filed May 2020 monthly fee statement and objection deadline. | .20 | 95.00 |
| 07/15/20 | SDF | E-mails with Debtor's counsel and others regarding proposed form of 21st interim cash collateral order and budget; e-mails with EisnerAmper regarding same. | .40 | 190.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Aug 25, 2020      PAGE   7


| | | | |
|---|---|---|---:|
| 07/15/20 SDF | Telephone call with A. Calascibetta regarding cash collateral issues and other pending matters. | .40 | 190.00 |
| 07/15/20 SDF | Review and revise June 2020 prebill for monthly fee statement. | .20 | 95.00 |
| 07/15/20 SDF | Review Debtor's filed notice of agenda for hearing tomorrow. | .20 | 95.00 |
| 07/15/20 SDF | Review e-mail to court from Debtor's counsel regarding proposed form of order resolving motion of personal injury plaintiff Rodriguez Hernandez for stay relief. | .20 | 95.00 |
| 07/15/20 SDF | Review e-mail to court from Debtor's counsel regarding proposed form of order resolving motion of personal injury plaintiff Chajchalac for stay relief. | .20 | 95.00 |
| 07/15/20 SBP | Update chart with motions and applications | .10 | 27.50 |
| 07/15/20 LD | Register S. Della Fera for 7/16/20 hearing through Court Solutions. | .10 | 12.50 |
| 07/15/20 LD | Prepare and e-file MSB's monthly fee statement for May 2020. | .20 | 25.00 |
| 07/16/20 SBP | Update chart with motions and applications | .20 | 55.00 |
| 07/16/20 SDF | Review field order resolving motion of Chajchalac for stay relief. | .10 | 47.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Aug 25, 2020      PAGE   8

```
07/16/20 SDF Review filed twenty-first interim          .20      95.00
             cash collateral order and e-mail to
             court from Debtor's counsel regarding
             same (missing exhibits).

07/16/20 SDF Review and revise schedule of pending      .30     142.50
             and completed hearings and deadlines.

07/16/20 SDF Review court's determination of            .10      47.50
             adjournment request regarding
             personal injury Plaintiff's motion
             for stay relief.

07/16/20 SDF Send e-mail to court from Debtor's         .20      95.00
             counsel regarding proposed form of
             21st interim cash collateral order.

07/16/20 SDF Attend telephonic hearing on cash          .40     190.00
             collateral and other matters.

07/16/20 SDF Review filed order resolving motion        .10      47.50
             of Rodriguez Hernandez for stay
             relief.

07/17/20 SDF Review filed amended proof of claim        .20      95.00
             of Advanced Scaffold Services.

07/17/20 SDF Review filed corrected twenty-first        .10      47.50
             interim cash collateral order.

07/17/20 SDF Review filed certifications of no          .20      95.00
             objections to settlements of
             avoidance action claims against
             Nordic Contracting and Carson Corp.

07/17/20 SBP Update chart with motions and              .10      27.50
             applications
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN                75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Aug 25, 2020        PAGE    9

| | | | | |
|---|---|---|---|---|
| 07/17/20 | SDF | Telephone call from A. Calascibetta regarding outcome of hearing yesterday and Arch claim issues. | .50 | 237.50 |
| 07/17/20 | SDF | Review and analyze Lowenstein Sandler's March 2020 monthly fee statement. | .50 | 237.50 |
| 07/20/20 | SDF | Review Debtor's week 43 scorecard to PNC Bank; send e-mail to EisnerAmper regarding same. | .20 | 95.00 |
| 07/20/20 | SDF | Review Prime Clerk's invoice through June 30, 2020. | .20 | 95.00 |
| 07/20/20 | SDF | Review and analyze joint motion of Debtor and Newark Warehouse entities to approve settlement. | .50 | 237.50 |
| 07/20/20 | SDF | Review and reply to e-mail from counsel for Mix On Site regarding Debtor's order to show cause related to the Newark Warehouse settlement. | .20 | 95.00 |
| 07/21/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 07/22/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 07/22/20 | SDF | Telephone call from counsel for United Site Services regarding post-petition claim and case status. | .40 | 190.00 |
| 07/22/20 | SDF | Review and analyze Debtor's motion to approve settlement with Orion Interiors; review pleadings in adversary proceeding. | .50 | 237.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Aug 25, 2020      PAGE  10

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 07/22/20 | SDF | Review e-mail to court from Debtor's counsel regarding proposed form of order resolving motion of personal injury plaintiff Dapia for stay relief. | .20 | 95.00 |
| 07/22/20 | SDF | E-mails with Debtor's counsel regarding hearing tomorrow. | .20 | 95.00 |
| 07/22/20 | SDF | Review Debtor's filed notice of agenda for hearing tomorrow. | .20 | 95.00 |
| 07/22/20 | SDF | Review Debtor's field May 2020 operating report; send e-mail to EisnerAmper regarding same. | .30 | 142.50 |
| 07/23/20 | SDF | Review Debtor's motion to reject lease with Dousign. | .30 | 142.50 |
| 07/23/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 07/24/20 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 07/24/20 | SDF | Review notice of Debtor's proposed settlement of avoidance action claim against Higgins Fire Protection. | .20 | 95.00 |
| 07/24/20 | SDF | Review court's notices of determination of adjournment of hearings on Mix-On-Site's stay relief and Newark Warehouse's remand motions. | .10 | 47.50 |
| 07/24/20 | SDF | Review June 2020 monthly fee statement of EisnerAmper for filing. | .20 | 95.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

MS&B   McMANIMON · SCOTLAND · BAUMANN                75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Aug 25, 2020      PAGE   11

| Date | Init | Description | Hours | Amount |
|------|------|-------------|------|--------|
| 07/27/20 | SDF | Review notice of Debtor's proposed settlement of preference claim against Balley's Square Janitorial Service. | .20 | 95.00 |
| 07/27/20 | SDF | Review motion filed by Herc Rentals to enforce settlement agreement with Debtor, related application, and order shortening time. | .40 | 190.00 |
| 07/27/20 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 07/27/20 | LD | E-file EisnerAmper's June 2020 monthly fee statement. | .10 | 12.50 |
| 07/28/20 | LD | Prepare and e-file MSB's June 2020 monthly fee statement. | .20 | 25.00 |
| 07/28/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 07/28/20 | SDF | Review Debtor's week 44 scorecard to PNC Bank; e-mails with EisnerAmper regarding same. | .30 | 142.50 |
| 07/28/20 | SDF | Review Debtor's filed June 2020 operating report; send e-mail to EisnerAmper regarding same. | .30 | 142.50 |
| 07/28/20 | SDF | Review firm's June 2020 monthly fee statement. | .20 | 95.00 |
| 07/28/20 | SDF | Review filed order approving Debtor's settlement with Charles Hall Construction. | .10 | 47.50 |
| 07/28/20 | SDF | Review filed order resolving stay relief motion by personal injury plaintiff. | .10 | 47.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Aug 25, 2020      PAGE   12

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/29/20 | SDF | Review e-mail to court from Debtor's counsel regarding proposed form of amended twenty-first interim cash collateral order; send e-mail to EisnerAmper regarding same. | .30 | 142.50 |
| 07/29/20 | SDF | Telephone call with Eisner Amper regarding pending matters. | .50 | 237.50 |
| 07/29/20 | SDF | Review filed amended twenty-first interim cash collateral order. | .10 | 47.50 |
| 07/29/20 | SDF | Telephone call with R. Nies regarding Arch claim. | .20 | 95.00 |
| 07/29/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 07/30/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 07/30/20 | LD | Prepare and e-file certificate of no objection to MSB's May 2020 fee statement. | .20 | 25.00 |
| 07/30/20 | SDF | Review certification of no objection to firm's May 2020 fee statement. | .10 | 47.50 |
| 07/31/20 | SDF | Review filed certification of no objection to proposed settlement with SP Business Contractors. | .10 | 47.50 |
| 07/31/20 | SDF | Review opposition to order to show cause in Newark Warehouse litigation filed by Nordic Contracting. | .20 | 95.00 |
| 07/31/20 | SDF | Review filed certification of no objection to proposed settlement with Empire Lumber & Millwork. | .10 | 47.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Aug 25, 2020        PAGE   13

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 07/31/20 | SDF | Return call to creditor regarding case status. | .20 | 95.00 |
| 07/31/20 | SDF | Review e-mail to court from Debtor's counsel regarding proposed form of order resolving Latz stay relief motion. | .20 | 95.00 |
| 07/31/20 | SDF | Review first and second amended complaints filed by Debtor against lienholders and other claimants against Newark Warehouse project. | .40 | 190.00 |
| 07/31/20 | SDF | Review reservations of rights field to order to show cause in Newark Warehouse litigation by Maverick Building Services, FM Construction, and Sunny Brook Pressed Concrete and Environmental Devices. | .30 | 142.50 |
| 07/31/20 | SDF | Review brief in opposition to order to show cause in Newark Warehouse litigation filed by Herc Rentals and MDS Construction Corp. | .30 | 142.50 |
| 07/31/20 | SBP | Update chart with motions and applications | .10 | 27.50 |

TOTAL FEES:                                          28.10   12522.50

| DATE | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 07/31/20 | Inside Duplicating | | 79.60 |
| 07/02/20 | Miscellaneous Expenses | Miscellaneous Expenses: CourtSolutions | 50.00 |
| 07/02/20 | Miscellaneous Expenses | Miscellaneous Expenses: CourtSolutions | 50.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Aug 25, 2020      PAGE   14


   07/16/20 Miscellaneous Expenses      Miscellaneous Expenses:        50.00
                                        CourtSolutions

   TOTAL DISBURSEMENTS                                                229.60

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York