Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 19–27439–MBK
                Chapter: 11
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hollister Construction Services, LLC
   339 Jefferson Road
   Parsippany, NJ 07054

Social Security No.:

Employer's Tax I.D. No.:
   74–3135404

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on August 26, 2020, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 1361 – 1179
ORDER RESOLVING LEONARDO DAPIAS MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE WITH STATE COURT PERSONAL INJURY CLAIM LITIGATION TO THE EXTENT OF INSURANCE PROCEEDS (related document:1179 Motion for Relief from Stay re: PROCEED WITH STATE COURT PERSONAL INJURY CLAIM LITIGATION TO THE EXTEND OF INSURANCE PROCEEDS. Receipt Number 623728, Fee Amount $ 181. Filed by John Ratkowitz on behalf of Leonardo Dapia. (Attachments: # 1 Certification In Support # 2 Exhibit A # 3 Exhibit B # 4 Proposed Order # 5 Certificate of Service) (wir) filed by Creditor Leonardo Dapia). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/26/2020. (wir)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 26, 2020
JAN: wir

                                                          Jeanne Naughton
                                                          Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                             Case No. 19-27439-MBK
Hollister Construction Services, LLC                               Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 6              Date Rcvd: Aug 26, 2020
                              Form ID: orderntc          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db             +Hollister Construction Services, LLC,   339 Jefferson Road,   Parsippany, NJ 07054-3707
aty            +John Ratkowitz,    Ginarte,Gallardo Gonzalez & Winograd LLP,   400 Market Street,
                 Newark, NJ 07105-2274

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:

```
          Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
          Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
           NJLitDock@gtlaw.com
          Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
           aciardi@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
          Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
           aciardi@ciardilaw.com,
           sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
          Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com.
          Alexander F. Barth    on behalf of Defendant    J M Pereira And Sons Inc. abarth@cohenseglias.com
          Allen I Gorski    on behalf of Creditor    Leader Electric Co., Inc. agorski@gorskiknowlton.com
          Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
           sandyr@sbmesq.com
          Allen J. Underwood, II    on behalf of Creditor    Horizon Blue Cross Blue Shield of New Jersey
           ajunderwood@beckermeisel.com,  ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
          Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           adobin@msbnj.com
          Andrew B. Cohn    on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
          Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
           wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
           .com;tgraga@kbtlaw.com
          Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
          Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
           Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC angelo.stio@troutman.com
          Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
           Place Housing Development Fund Corporation angelo.stio@troutman.com
          Anna Patras    on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohlereng.com
          Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors asodono@msbnj.com
          Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
           arainone@bracheichler.com,
           cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com
          Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
           elawler@lowenstein.com;jkimble@lowenstein.com;cmaker@lowenstein.com
          Arielle Adler    on behalf of Plaintiff    Hollister Construction Services, LLC
           aadler@lowenstein.com,  elawler@lowenstein.com;jkimble@lowenstein.com;cmaker@lowenstein.com
          Bart J. Klein    on behalf of Creditor    Midway Glass & Metal Installers, Inc.
           bart@bartjkleinlaw.com
```

```
District/off: 0312-3                  User: admin                    Page 2 of 6                   Date Rcvd: Aug 26, 2020
                                      Form ID: orderntc               Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Bart J. Klein   on behalf of Unknown Role Type   Reynolds Painting Group NJ, LLC bart@bartjkleinlaw.com
      Bart J. Klein   on behalf of Unknown Role Type   Apple Coring & Sawing, LLC bart@bartjkleinlaw.com
      Bart J. Klein   on behalf of Defendant   Direct Cabinet Sales Of Red Bank Inc. bart@bartjkleinlaw.com
      Benjamin A. Stanziale, Jr.   on behalf of Creditor   Life Town Inc. ben@stanzialelaw.com
      Brett Berman   on behalf of Creditor   Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
      Brian Gregory Hannon   on behalf of Creditor   Imperial Floors, LLC bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
      Brian R Tipton   on behalf of Defendant   State Line Construction Co. btipton@fpsflawfirm.com
      Brian R Tipton   on behalf of Creditor   State Line Construction Company, Inc. btipton@fpsflawfirm.com
      Brian W. Hofmeister   on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com, j119@ecfcbis.com
      Bruce D. Buechler   on behalf of Debtor   Hollister Construction Services, LLC bbuechler@lowenstein.com
      Bryce Wallace Newell   on behalf of Creditor   LEG Acquisition LLC bnewell@rosenbergestis.com
      Carl J. Soranno   on behalf of Defendant   Haddad Heating & Plumbing Inc. csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
      Carl J. Soranno   on behalf of Creditor   Air Group, LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
      Carl J. Soranno   on behalf of Defendant   Air Group, LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
      Carl J. Soranno   on behalf of Defendant   Industrial Maintenance, Inc. csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
      Carol L. Knowlton   on behalf of Creditor   KSS Architects cknowlton@gorskiknowlton.com
      Charles A. Gruen   on behalf of Creditor   Michaels Electrical Supply Corp. cgruen@gruenlaw.com
      Charles R Cohen   on behalf of Creditor   Pereira Electrical Contracting, Inc. crc@njlawfirm.com
      Christopher E. Hartmann   on behalf of Defendant   Katchen Steel Construction, Inc. aavellino@rocketmail.com, hartmann.christopher@yahoo.com
      Christopher E. Hartmann   on behalf of Defendant   Leslie Katchen Steel Construction, Inc. hartmann.christopher@yahoo.com, hartmann.christopher@yahoo.com
      Christopher M. Santomassimo   on behalf of Creditor   Dancker csantomassimo@ndslaw.com
      Christopher P. Coval   on behalf of Creditor   Allglass Systems, LLC ccoval@fsdc-law.com
      Clement J Farley   on behalf of Creditor   Mercedes-Benz USA, LLC cfarley@mccarter.com
      Curtiss T. Jameson   on behalf of Creditor   C Restoration, Inc. cjameson@jamesonesq.com
      Daniel Stolz   on behalf of Interested Party   Latitude West Owner, LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
      Daniel Stolz   on behalf of Creditor   147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
      Daniel Stolz   on behalf of Interested Party   Latitude East Owner, LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
      Danielle Cohen   on behalf of Creditor   National Fireproofing & Insulation Co., Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
      Danielle Cohen   on behalf of Creditor   Herc Rentals, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
      Danielle Cohen   on behalf of Creditor   MDS Construction dcohen@tessercohen.com, ddelucia@tessercohen.com
      Danielle Cohen   on behalf of Defendant   MDS Construction Corp. dcohen@tessercohen.com, ddelucia@tessercohen.com
      Danielle Cohen   on behalf of Defendant   Global Development Contractors, L.L.C. dcohen@tessercohen.com, ddelucia@tessercohen.com
      Danielle Cohen   on behalf of Creditor   Samph Contracting, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
      Danielle Cohen   on behalf of Creditor   Orion Interiors, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
      Danielle Cohen   on behalf of Creditor   Global Development Contractors, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
      Danielle Cohen   on behalf of Defendant   Herc Rentals, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
      Darren R. Marks   on behalf of Creditor   Accordia Harrison Urban Renewal, LLC dmarks@borahgoldstein.com, nagwu@borahgoldstein.com
      David H. Stein   on behalf of Creditor   CTC Academy dstein@wilentz.com, ciarkowski@wilentz.com
      David L. Bruck   on behalf of Creditor   Nomad Framing, LLC bankruptcy@greenbaumlaw.com
      David L. Stevens   on behalf of Creditor   Atlantic Engineering Laboratories of NY, Inc. dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr93878@notify.bestcase.com
      David L. Stevens   on behalf of Creditor   All Brands Elevator Industries, Inc. dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr93878@notify.bestcase.com
      Donald B. Veix, Jr.   on behalf of Creditor   Bohler Engineering NY, PLLC donveixlaw@gmail.com, dveix@hartylawgroup.com
      Donna L. Thompson   on behalf of Creditor   Prendimano Electrical Maintenance Co. t/a PEMCO donna.thompson@dlthompsonlaw.com, dlthompsonlaw@aol.com
      Douglas Clagett Gray   on behalf of Creditor   Carson Corporation dgray@mdsfirm.com

```
District/off: 0312-3                  User: admin                  Page 3 of 6                  Date Rcvd: Aug 26, 2020
                                      Form ID: orderntc            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Douglas Clagett Gray    on behalf of Defendant    Carson Corporation dgray@mdsfirm.com
      Edmund Campbell    on behalf of Creditor    Glass Systems Tech, LLC aweisenberger@campbellroccolaw.com
      Eric Biderman    on behalf of Creditor    SBLP Princeton, LLC, a Delaware limited liability company eric.biderman@arentfox.com
      Eric J. Hughes    on behalf of Creditor    Liberty Mutual Insurance Company ehughes@mdmc-law.com
      Ericka Fredricks Johnson    on behalf of Interested Party    Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) ErJohnson@wcsr.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
      Felice R. Yudkin    on behalf of Interested Party    Newkirk Realty LLC fyudkin@coleschotz.com, fpisano@coleschotz.com
      Frank F. Velocci    on behalf of Creditor    NSA 18th Avenue, LLC frank.velocci@faegredrinker.com, brian.morgan@dbr.com
      Grant Cornehls    on behalf of Creditor    Nickerson Corporation gcornehls@wbny.com, lschindler@wbny.com
      Greg Trif    on behalf of Creditor    KR Masonry LLC gtrif@triflaw.com, gtrif@triflaw.com
      Greg Trif    on behalf of Creditor    Jordano Electric Inc. gtrif@triflaw.com, gtrif@triflaw.com
      Greg Trif    on behalf of Creditor    Sparwick Contracting, Inc. gtrif@triflaw.com, gtrif@triflaw.com
      Greg Trif    on behalf of Defendant    K R Masonry L.L.C. gtrif@triflaw.com, gtrif@triflaw.com
      Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us
      Hisham I. Masri    on behalf of Creditor    Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com, m.duran@hmasrilaw.com
      Ilana Volkov    on behalf of Creditor    Kone Inc. ivolkov@mcgrailbensinger.com, fpisano@coleschotz.com;ssallie@coleschotz.com
      Jacob Frumkin    on behalf of Interested Party    Grand Maujer Development, LLC jfrumkin@coleschotz.com
      James A. Kellar    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless jkellar@mccarter.com
      James C. Dezao, III    on behalf of Creditor Antonio    Zarfino gerald@dezaolaw.com
      James C. Dezao, III    on behalf of Creditor Mayer    Weberman gerald@dezaolaw.com
      Jason C Manfrey    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
      Jay L. Lubetkin    on behalf of Interested Party Christopher    Johnson jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
      Jay L. Lubetkin    on behalf of Interested Party Kieran    Flanagan jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
      Jeffrey J. Rea    on behalf of Creditor    City Contracting, Inc. jeffrea@aol.com
      Jeffrey J. Rea    on behalf of Defendant    City Contracting, Inc. jeffrea@aol.com
      Jeffrey J. Rea    on behalf of Creditor    Lienor City Contracting, Inc. jeffrea@aol.com
      Jeffrey Paul Valacer    on behalf of Creditor    MixOnSite USA, Inc. jvalacer@cohenseglias.com
      Jeffrey Paul Valacer    on behalf of Defendant    MixOnSite USA, Inc. jvalacer@cohenseglias.com
      Jeffrey W. Herrmann    on behalf of Creditor    Pereira Electrical Contracting, Inc. jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
      Jenny R. Kasen    on behalf of Defendant    SP Builders Contractors Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com
      Jenny R. Kasen    on behalf of Defendant    Bailey's Square Janitorial Service, Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com
      John O'Boyle    on behalf of Defendant    Bender Enterprises, Inc. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
      John O'Boyle    on behalf of Creditor    Imperial Floors, LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
      John O'Boyle    on behalf of Defendant    Imperial Floors Limited Liability Company joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
      Jonathan S. Bondy    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company jbondy@csglaw.com
      Josef W. Mintz    on behalf of Creditor    640 Columbia Owner LLC mintz@blankrome.com, ecf-fe4957a0ba6a@ecf.pacerpro.com
      Joseph Cicala    on behalf of Defendant    Tore Electric Company jcicala@gpmlegal.com, jcicala@gpmlegal.com
      Joseph H. Lemkin    on behalf of Creditor    High Concrete Group, LLC jlemkin@stark-stark.com
      Joseph H. Lemkin    on behalf of Creditor    Conewago Enterprises, Inc. jlemkin@stark-stark.com
      Joseph H. Lemkin    on behalf of Debtor    Hollister Construction Services, LLC jlemkin@stark-stark.com
      Joseph H. Lemkin    on behalf of Creditor    Fabcon Precast jlemkin@stark-stark.com
      Joseph J. DiPasquale    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC jdipasquale@lowenstein.com
      Joseph J. DiPasquale    on behalf of Defendant    Hollister Construction Services, LLC jdipasquale@lowenstein.com
      Joseph J. DiPasquale    on behalf of Debtor    Hollister Construction Services, LLC jdipasquale@lowenstein.com
      Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC jschwartz@riker.com
      Joseph L. Schwartz    on behalf of Creditor    Edison Construction Management jschwartz@riker.com
      Joseph L. Schwartz    on behalf of Creditor    Sunstone Hotels Morristown, LLC jschwartz@riker.com

```
District/off: 0312-3                  User: admin                    Page 4 of 6                    Date Rcvd: Aug 26, 2020
                                      Form ID: orderntc               Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Redevelopment Company, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Redevelopment Company, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company
               jschwartz@riker.com
              Joseph R Zapata, Jr.    on behalf of Creditor    STMR, Inc. jzapata@msklaw.net
              Joseph R. Fischer    on behalf of Defendant    Nordic Contracting Inc. jfischer@kiernanstrenk.com
              Joseph R. Fischer    on behalf of Defendant    Nordic Contracting Company, Inc.
               jfischer@kiernanstrenk.com
              Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jraymond@msbnj.com
              K. Joseph Vyzas     on behalf of Creditor    Rexel, Inc. joe@carlawyernj.com
              Karen L Thurston    on behalf of Creditor    Myrage LLC kthurston@frkblaw.com
              Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Kenneth A. Rosen    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Other Prof.    10X CEO Coaching krosen@lowenstein.com,
               dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Attorney    Lowenstein Sandler LLP krosen@lowenstein.com,
               dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Defendant    Hollister Construction Services, LLC
               krosen@lowenstein.com, dclaussen@lowenstein.com
              Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
              Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
              Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services, LLC LBDiener@optimum.net
              Lawrence B. Diener    on behalf of Defendant    Advanced Scaffold Services Mid-Atlantic LLC
               LBDiener@optimum.net
              Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services Mid-Atlantic LLC
               LBDiener@optimum.net
              Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing
               mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
              Marc D. Miceli    on behalf of Plaintiff    Hollister Construction Services, LLC
               mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
              Margreta  Morgulas    on behalf of Creditor    3L & Company, Inc. mmorgulas@okinhollander.com
              Marguerite  Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
               mschaffer@shainlaw.com
              Mario A. Batelli    on behalf of Creditor 360 Fire Prevention    360 Fire Prevention LLC
               mbatelli@fostermazzielaw.com
              Mark E. Felger    on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com,
               sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
              Martin P. Skolnick    on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware
               mskolnick@gmail.com
              Martin P. Skolnick    on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
              Mary E. Seymour    on behalf of Debtor    Hollister Construction Services, LLC
               mseymour@lowenstein.com, jkimble@lowenstein.com
              Mary E. Seymour    on behalf of Attorney    Lowenstein Sandler LLP mseymour@lowenstein.com,
               jkimble@lowenstein.com
              Melissa A. Pena    on behalf of Creditor    Target Fire Protection mapena@norris-law.com,
               pfreda@nmmlaw.com
              Meredith I. Friedman    on behalf of Creditor    CTC Academy mfriedman@wilentz.com,
               ciarkowski@wilentz.com
              Michael  Kahme    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
               mkahme@hillwallack.com, fmansmann@hillwallack.com
              Michael  Stafford    on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal,
               norddemaio@aol.com;adamnorddemaio@aol.com
              Michael D. Sirota    on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com,
               fpisano@coleschotz.com
              Michael J. Shavel    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
               mshavel@hillwallack.com, shavelmr99123@notify.bestcase.com
              Michael R. Herz    on behalf of Creditor    Troon Electric of New Jersey LLC
               mherz@foxrothschild.com, cbrown@foxrothschild.com
              Michael R. Herz    on behalf of Defendant    Benco Inc. mherz@foxrothschild.com,
               cbrown@foxrothschild.com
              Michele Lane Ross    on behalf of Creditor    Control Services, LLC sterry@mrossllc.com,
               arivera@mrossllc.com
```

```
District/off: 0312-3                  User: admin                    Page 5 of 6                    Date Rcvd: Aug 26, 2020
                                      Form ID: orderntc               Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Mitchell Malzberg   on behalf of Creditor   Vector Structural Preservation Corp. mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
        Morris S. Bauer   on behalf of Creditor   Ware Malcomb msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com
        Murphy Durkin   on behalf of Defendant   Dehn Bros. Fire Protection, Inc. maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com
        Murphy Durkin   on behalf of Creditor   Dehn Bros.Fire Protection, Inc. maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com
        Nicholas Verna   on behalf of Interested Party   Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.) nick.verna@wbd-us.com
        Nicole M. Nigrelli   on behalf of Interested Party   Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Nicole M. Nigrelli   on behalf of Defendant   Pentel Drywall, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Nicole M. Nigrelli   on behalf of Defendant   Delcon Builders Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Nicole M. Nigrelli   on behalf of Interested Party   Delcon Builders, Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
        Pearl Shah   on behalf of Creditor   Kone Inc. pshah@mcgrailbensinger.com
        Peter Broege   on behalf of Creditor   Encon Mechanical Corp pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com
        Philip William Allogramento   on behalf of Defendant   Environmental Devices, Inc. pallogramento@connellfoley.com
        Philip William Allogramento   on behalf of Defendant   FM Construction Group, LLC pallogramento@connellfoley.com
        Philip William Allogramento   on behalf of Creditor   Environmental Devices, Inc. pallogramento@connellfoley.com
        Philip William Allogramento   on behalf of Defendant   Sunny Brook Pressed Concrete pallogramento@connellfoley.com
        Philip William Allogramento   on behalf of Creditor   FM Construction Group, LLC pallogramento@connellfoley.com
        Philip William Allogramento   on behalf of Defendant   Maverick Building Services, Inc. pallogramento@connellfoley.com
        Richard Brant Forrest   on behalf of Creditor   DeSesa Engineering Company, Inc. rforrest@oslaw.com
        Richard E. Weltman   on behalf of Creditor   Reliance Mechanical, Inc. rew@weltmosk.com, mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
        Robert E. Nies   on behalf of Creditor   Arch Insurance Company and Arch Reinsurance Company rnies@csglaw.com
        Robert Saul Molnar   on behalf of Creditor   Starlite Electric LLC molnarrs@aol.com
        Rocco A. Cavaliere   on behalf of Creditor   Titan Industrial Services Corp. rcavaliere@tarterkrinsky.com
        Ryan M. Ernst   on behalf of Creditor   Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
        Sam Della Fera   on behalf of Creditor Committee   Official Committee of Unsecured Creditors sdellafera@msbnj.com
        Seth Ptasiewicz   on behalf of Creditor   New Jersey Building Laborers Statewide Benefit Funds (the "Funds") sptasiewicz@krollfirm.com
        Sommer Leigh Ross   on behalf of Creditor   PNC Bank, National Association slross@duanemorris.com, AutoDocketWILM@duanemorris.com
        Stephanie L. Jonaitis   on behalf of Interested Party   10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation stephanie.jonaitis@troutman.com, balaa@pepperlaw.com
        Stephanie L. Jonaitis   on behalf of Interested Party   5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stephanie.jonaitis@troutman.com, balaa@pepperlaw.com
        Stephen V. Falanga   on behalf of Interested Party   Fairleigh Dickinson University sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
        Stephen V. Falanga   on behalf of Creditor   Schindler Elevator Corporation sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
        Steven B Smith   on behalf of Interested Party   CS Utica & Remsen LLC ssmith@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com
        Steven J. Mitnick   on behalf of Plaintiff   Hollister Construction Services, LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com
        Stuart Komrower   on behalf of Defendant   Orion Interiors, Inc. skomrower@coleschotz.com, fpisano@coleschotz.com
        Stuart Komrower   on behalf of Creditor   Orion Interiors, Inc. skomrower@coleschotz.com, fpisano@coleschotz.com
        Sydney J. Darling   on behalf of Interested Party   Fairleigh Dickinson University sdarling@walsh.law, mvargas@walsh.law
        Sydney J. Darling   on behalf of Creditor   Schindler Elevator Corporation sdarling@walsh.law, mvargas@walsh.law
        Tara J. Schellhorn   on behalf of Creditor   Newark Warehouse Redevelopment Company tschellhorn@riker.com
        Tara J. Schellhorn   on behalf of Creditor   Newark Warehouse Urban Renewal, LLC tschellhorn@riker.com
        Thomas D. McKeon   on behalf of Creditor   FN Dynamic Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com
        Thomas D. McKeon   on behalf of Creditor   FN Dynamic, Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com

```
District/off: 0312-3              User: admin              Page 6 of 6              Date Rcvd: Aug 26, 2020
                                  Form ID: orderntc        Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Tod S. Chasin, I   on behalf of Creditor   Newark Warehouse Redevelopment Company tchasin@riker.com
        Tod S. Chasin, I   on behalf of Creditor   Newark Warehouse Urban Renewal, LLC tchasin@riker.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        William G. Wright   on behalf of Defendant   Graybar Electric Company, Inc. wwright@capehart.com, jlafferty@capehart.com
        William G. Wright   on behalf of Creditor   Graybar Electric Company, Inc. wwright@capehart.com, jlafferty@capehart.com
        Yale A. Leber   on behalf of Interested Party   RH 537 Building Owner LLC yale.leber@rivkin.com
        TOTAL: 201