| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* | **Order Filed on August 26, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>**Hearing Date: July 23, 2020 at 10:00 a.m. (ET)** |

**ORDER RESOLVING LEONARDO DAPIA'S MOTION FOR RELIEF FROM THE
AUTOMATIC STAY TO CONTINUE WITH STATE COURT PERSONAL INJURY
<u>CLAIM LITIGATION TO THE EXTENT OF INSURANCE PROCEEDS</u>**

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

**DATED: August 26, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:    2
Debtor:  Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Resolving Leonardo Dapia's Motion for Relief from the Automatic Stay to Continue with State Court Personal Injury Claim Litigation to the Extent of Insurance Proceeds
_____

Upon the motion (the "Motion") of Leonardo Dapia ("Mr. Dapia"), for entry of an order lifting the automatic stay to allow a certain state court personal injury action filed under Docket No. ESX-L-5761-19 (the "State Court Action") to proceed on the condition that the plaintiff in that action limits his damages against the Debtor to available insurance proceeds [Docket No. 1179]; and Mr. Dapia and the Debtor having resolved the Motion; and Custom Steel Contractors, Inc. ("Custom Steel"), a co-defendant with the Debtor in the State Court Action, having received notice of the proposed form of this Order and having made no objection thereto; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, as amended on September 18, 2012; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.    The automatic stay of section 362(a) of the Bankruptcy Code be, and hereby is, modified to allow Mr. Dapia to proceed with the State Court Action against the Debtor for the limited and sole purpose of pursuing and/or collecting any judgment from the proceeds of any applicable insurance coverage, provided that: (a) nothing contained herein shall be deemed a waiver of any rights or defenses to coverage of any insurer under any insurance policies issued to the Debtor that may be implicated by the State Court Action; (b) nothing herein shall be deemed or interpreted to expand the insurance coverage or applicability of such coverage that may be available with respect to the State Court Action; and (c) any self-insured retention provisions of any such insurance policies shall remain in full force and effect, provided that the Debtor's estates

Page:       3
Debtor:     Hollister Construction Services, LLC
Case No.:   19-27439 (MBK)
Caption:    Order Resolving Leonardo Dapia's Motion for Relief from the Automatic Stay to Continue with State Court Personal Injury Claim Litigation to the Extent of Insurance Proceeds
_____

shall have no obligation under any of the insurance policies to spend any money or incur any cost in defense of the State Court Action.

      2.    Said automatic stay is modified further to allow Custom Steel to proceed with its claims against the Debtor in the State Court Action, if any, for the limited and sole purpose of pursuing and/or collecting any judgment from the proceeds of any applicable insurance coverage and subject to the limitations in Paragraph 1 above.

      3.    Mr. Dapia and Custom Steel waive any right to recover or seek to recover any deductible from the Debtor, and they waive their right to file or assert any claim or proof of claim against the Debtor and its estate with respect to the State Court Action and/or Mr. Dapia's claim(s) asserted therein. Any proof of claim filed by Mr. Dapia or Custom Steel against the Debtor and its estate shall be deemed expunged and disallowed upon entry of this Order.

      4.    In the event there is insufficient insurance coverage to satisfy in full all claims, recoveries, settlements, judgments, and any and all other sums awarded in connection with all claims asserted against the Debtor's insurance policy for the same applicable policy year as the claims asserted by Mr. Dapia and Custom Steel, Mr. Dapia and Custom Steel agree to share the available insurance proceeds *pro rata* with any other claimants whose claims are asserted against or implicated the same policy year.

      5.    Should the court in the State Court Action award defense costs to the Debtor in connection with the State Court Action, the Debtor acknowledges that such award is for the benefit of its insurance carrier(s) that incurred the costs of the Debtor's defense in the State Court Action.

      6.    This Order shall be immediately effective and enforceable upon its entry.

      7.    The parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

Page:      4
Debtor:    Hollister Construction Services, LLC
Case No.:  19-27439 (MBK)
Caption:   Order Resolving Leonardo Dapia's Motion for Relief from the Automatic Stay to
Continue with State Court Personal Injury Claim Litigation to the Extent of Insurance Proceeds
_____

        8.      This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation or enforcement of this Order.

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 19-27439-MBK
Hollister Construction Services, LLC                                Chapter 11
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 6          Date Rcvd: Aug 26, 2020
                              Form ID: pdf903            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db             +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:

              Adrienne C Rogove    on behalf of Creditor    640 Columbia Owner LLC rogove@blankrome.com
              Alan J. Brody    on behalf of Creditor    EWA Moonachie 77, LLC brodya@gtlaw.com,
               NJLitDock@gtlaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Pentel Drywall, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Albert A. Ciardi, III    on behalf of Interested Party    Delcon Builders, Inc.
               aciardi@ciardilaw.com,
               sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com;aaecf-pa@ciardilaw.com
              Alex A Pisarevsky    on behalf of Creditor    Pereira Electrical Contracting, Inc. ap@njlawfirm.com
              Alexander F. Barth    on behalf of Defendant    J M Pereira And Sons Inc. abarth@cohenseglias.com
              Allen I Gorski    on behalf of Creditor    Leader Electric Co., Inc. agorski@gorskiknowlton.com
              Allen J Barkin    on behalf of Creditor    Drobach Equipment Rental Co. abarkin@sbmesq.com,
               sandyr@sbmesq.com
              Allen J. Underwood, II    on behalf of Creditor    Horizon Blue Cross Blue Shield of New Jersey
               ajunderwood@beckermeisel.com,    ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
              Andrea Dobin    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               adobin@msbnj.com
              Andrew B. Cohn    on behalf of Creditor    Jonasz Precast, Inc. acohn@kaplaw.com
              Andrew J. Kelly    on behalf of Creditor    Schnell Contracting Systems, LLC akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
               .com;tgraga@kbtlaw.com
              Andrew R. Macklin    on behalf of Creditor    Pereira Electrical Contracting, Inc. arm@njlawfirm.com
              Angelo Anthony Stio, III    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
               Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC angelo.stio@troutman.com
              Angelo Anthony Stio, III    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
               Place Housing Development Fund Corporation angelo.stio@troutman.com
              Anna Patras    on behalf of Creditor    Bohler Engineering NY, PLLC apatras@bohlereng.com
              Anthony Sodono, III    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors asodono@msbnj.com
              Anthony M. Rainone    on behalf of Creditor    Industrial Maintenance Industries
               arainone@bracheichler.com,
               cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com
              Arielle Adler    on behalf of Debtor    Hollister Construction Services, LLC aadler@lowenstein.com,
               elawler@lowenstein.com;jkimble@lowenstein.com;cmaker@lowenstein.com
              Arielle Adler    on behalf of Plaintiff    Hollister Construction Services, LLC
               aadler@lowenstein.com,   elawler@lowenstein.com;jkimble@lowenstein.com;cmaker@lowenstein.com
              Bart J. Klein    on behalf of Creditor    Midway Glass & Metal Installers, Inc.
               bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Unknown Role Type    Reynolds Painting Group NJ, LLC
               bart@bartjkleinlaw.com
              Bart J. Klein    on behalf of Unknown Role Type    Apple Coring & Sawing, LLC bart@bartjkleinlaw.com

```
District/off: 0312-3              User: admin               Page 2 of 6                  Date Rcvd: Aug 26, 2020
                                  Form ID: pdf903           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Bart J. Klein    on behalf of Defendant    Direct Cabinet Sales Of Red Bank Inc. bart@bartjkleinlaw.com
        Benjamin A. Stanziale, Jr.    on behalf of Creditor    Life Town Inc. ben@stanzialelaw.com
        Brett Berman    on behalf of Creditor    Joffe Lumber & Supply Co., Inc. bberman@foxrothschild.com
        Brian Gregory Hannon    on behalf of Creditor    Imperial Floors, LLC bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
        Brian R Tipton    on behalf of Defendant    State Line Construction Co. btipton@fpslawfirm.com
        Brian R Tipton    on behalf of Creditor    State Line Construction Company, Inc. btipton@fpslawfirm.com
        Brian W. Hofmeister    on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com, j119@ecfcbis.com
        Bruce D. Buechler    on behalf of Debtor    Hollister Construction Services, LLC bbuechler@lowenstein.com
        Bryce Wallace Newell    on behalf of Creditor    LEG Acquisition LLC bnewell@rosenbergestis.com
        Carl J. Soranno    on behalf of Defendant    Haddad Heating & Plumbing Inc. csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
        Carl J. Soranno    on behalf of Creditor    Air Group, LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
        Carl J. Soranno    on behalf of Defendant    Air Group, LLC csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
        Carl J. Soranno    on behalf of Defendant    Industrial Maintenance, Inc. csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com
        Carol L. Knowlton    on behalf of Creditor    KSS Architects cknowlton@gorskiknowlton.com
        Charles A. Gruen    on behalf of Creditor    Michaels Electrical Supply Corp. cgruen@gruenlaw.com
        Charles R Cohen    on behalf of Creditor    Pereira Electrical Contracting, Inc. crc@njlawfirm.com
        Christopher E. Hartmann    on behalf of Defendant    Katchen Steel Construction, Inc. aavellino@rocketmail.com, hartmann.christopher@yahoo.com
        Christopher E. Hartmann    on behalf of Defendant    Leslie Katchen Steel Construction, Inc. hartmann.christopher@yahoo.com, hartmann.christopher@yahoo.com
        Christopher M. Santomassimo    on behalf of Creditor    Dancker csantomassimo@ndslaw.com
        Christopher P. Coval    on behalf of Creditor    Allglass Systems, LLC ccoval@fsdc-law.com
        Clement J Farley    on behalf of Creditor    Mercedes-Benz USA, LLC cfarley@mccarter.com
        Curtiss T. Jameson    on behalf of Creditor    C Restoration, Inc. cjameson@jamesonesq.com
        Daniel Stolz    on behalf of Interested Party    Latitude West Owner, LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
        Daniel Stolz    on behalf of Creditor    147 Bloomfield Ave J.V. LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
        Daniel Stolz    on behalf of Interested Party    Latitude East Owner, LLC dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
        Danielle Cohen    on behalf of Creditor    National Fireproofing & Insulation Co., Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Herc Rentals, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    MDS Construction dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Defendant    MDS Construction Corp. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Defendant    Global Development Contractors, L.L.C. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Samph Contracting, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Orion Interiors, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Creditor    Global Development Contractors, LLC dcohen@tessercohen.com, ddelucia@tessercohen.com
        Danielle Cohen    on behalf of Defendant    Herc Rentals, Inc. dcohen@tessercohen.com, ddelucia@tessercohen.com
        Darren R. Marks    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC dmarks@borahgoldstein.com, nagwu@borahgoldstein.com
        David H. Stein    on behalf of Creditor    CTC Academy dstein@wilentz.com, ciarkowski@wilentz.com
        David L. Bruck    on behalf of Creditor    Nomad Framing, LLC bankruptcy@greenbaumlaw.com
        David L. Stevens    on behalf of Creditor    Atlantic Engineering Laboratories of NY, Inc. dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr93878@notify.bestcase.com
        David L. Stevens    on behalf of Creditor    All Brands Elevator Industries, Inc. dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr93878@notify.bestcase.com
        Donald B. Veix, Jr.    on behalf of Creditor    Bohler Engineering NY, PLLC donveixlaw@gmail.com, dveix@hartylawgroup.com
        Donna L. Thompson    on behalf of Creditor    Prendimano Electrical Maintenance Co. t/a PEMCO donna.thompson@dlthompsonlaw.com, dlthompsonlaw@aol.com
        Douglas Clagett Gray    on behalf of Creditor    Carson Corporation dgray@mdsfirm.com
        Douglas Clagett Gray    on behalf of Defendant    Carson Corporation dgray@mdsfirm.com
        Edmund Campbell    on behalf of Creditor    Glass Systems Tech, LLC aweisenberger@campbellroccolaw.com

```
District/off: 0312-3              User: admin               Page 3 of 6                  Date Rcvd: Aug 26, 2020
                                  Form ID: pdf903           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Eric Biderman    on behalf of Creditor   SBLP Princeton, LLC, a Delaware limited liability
           company eric.biderman@arentfox.com
          Eric J. Hughes    on behalf of Creditor    Liberty Mutual Insurance Company ehughes@mdmc-law.com
          Ericka Fredricks Johnson    on behalf of Interested Party   Interlink Transport Technologies, Inc.
           (dba MSC Technology (North America) Inc.) ErJohnson@wcsr.com,
           Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
          Felice R. Yudkin    on behalf of Interested Party   Newkirk Realty LLC fyudkin@coleschotz.com,
           fpisano@coleschotz.com
          Frank F. Velocci    on behalf of Creditor   NSA 18th Avenue, LLC frank.velocci@faegredrinker.com,
           brian.morgan@dbr.com
          Grant Cornehls    on behalf of Creditor   Nickerson Corporation gcornehls@wbny.com,
           lschindler@wbny.com
          Greg Trif    on behalf of Creditor   KR Masonry LLC gtrif@triflaw.com, gtrif@triflaw.com
          Greg Trif    on behalf of Creditor   Jordano Electric Inc. gtrif@triflaw.com, gtrif@triflaw.com
          Greg Trif    on behalf of Creditor   Sparwick Contracting, Inc. gtrif@triflaw.com,
           gtrif@triflaw.com
          Greg Trif    on behalf of Defendant   K R Masonry L.L.C. gtrif@triflaw.com, gtrif@triflaw.com
          Heather Lynn Anderson    on behalf of Creditor   State Of New Jersey Division Of Taxation
           heather.anderson@law.dol.lps.state.nj.us
          Hisham I. Masri    on behalf of Creditor   Columbian Iron Works, Inc. hmasri@reddinmasrilaw.com,
           m.duran@hmasrilaw.com
          Ilana Volkov    on behalf of Creditor   Kone Inc. ivolkov@mcgrailbensinger.com,
           fpisano@coleschotz.com;ssallie@coleschotz.com
          Jacob Frumkin    on behalf of Interested Party   Grand Maujer Development, LLC
           jfrumkin@coleschotz.com
          James A. Kellar    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
           jkellar@mccarter.com
          James C. Dezao, III    on behalf of Creditor Antonio Zarfino gerald@dezaolaw.com
          James C. Dezao, III    on behalf of Creditor Mayer Weberman gerald@dezaolaw.com
          Jason C Manfrey    on behalf of Creditor   Joffe Lumber & Supply Co., Inc.
           jmanfrey@foxrothschild.com,
           jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          Jay L. Lubetkin    on behalf of Interested Party Christopher Johnson jlubetkin@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Interested Party Kieran Flanagan jlubetkin@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jeffrey J. Rea    on behalf of Creditor   City Contracting, Inc. jeffrea@aol.com
          Jeffrey J. Rea    on behalf of Defendant   City Contracting, Inc. jeffrea@aol.com
          Jeffrey J. Rea    on behalf of Creditor   Lienor City Contracting, Inc. jeffrea@aol.com
          Jeffrey Paul Valacer    on behalf of Creditor   MixOnSite USA, Inc. jvalacer@cohenseglias.com
          Jeffrey Paul Valacer    on behalf of Defendant   MixOnSite USA, Inc. jvalacer@cohenseglias.com
          Jeffrey W. Herrmann    on behalf of Creditor   Pereira Electrical Contracting, Inc.
           jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
          Jenny R. Kasen    on behalf of Defendant   SP Builders Contractors Inc. jkasen@kasenlaw.com,
           dkasen@kasenlaw.com
          Jenny R. Kasen    on behalf of Defendant   Bailey's Square Janitorial Service, Inc.
           jkasen@kasenlaw.com, dkasen@kasenlaw.com
          John O'Boyle    on behalf of Defendant   Bender Enterprises, Inc. joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
          John O'Boyle    on behalf of Creditor   Imperial Floors, LLC joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
          John O'Boyle    on behalf of Defendant   Imperial Floors Limited Liability Company
           joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
          Jonathan S. Bondy    on behalf of Creditor   Arch Insurance Company and Arch Reinsurance Company
           jbondy@csglaw.com
          Josef W. Mintz    on behalf of Creditor   640 Columbia Owner LLC mintz@blankrome.com,
           ecf-fe4957a0ba6a@ecf.pacerpro.com
          Joseph Cicala    on behalf of Defendant   Tore Electric Company jcicala@gpmlegal.com,
           jcicala@gpmlegal.com
          Joseph H. Lemkin    on behalf of Creditor   High Concrete Group, LLC jlemkin@stark-stark.com
          Joseph H. Lemkin    on behalf of Creditor   Conewago Enterprises, Inc. jlemkin@stark-stark.com
          Joseph H. Lemkin    on behalf of Debtor   Hollister Construction Services, LLC
           jlemkin@stark-stark.com
          Joseph H. Lemkin    on behalf of Creditor   Fabcon Precast jlemkin@stark-stark.com
          Joseph J. DiPasquale    on behalf of 3rd Party Plaintiff   Hollister Construction Services, LLC
           jdipasquale@lowenstein.com
          Joseph J. DiPasquale    on behalf of Defendant   Hollister Construction Services, LLC
           jdipasquale@lowenstein.com
          Joseph J. DiPasquale    on behalf of Debtor   Hollister Construction Services, LLC
           jdipasquale@lowenstein.com
          Joseph L. Schwartz    on behalf of Creditor   Newark Warehouse Urban Renewal, LLC
           jschwartz@riker.com
          Joseph L. Schwartz    on behalf of Creditor   Edison Construction Management jschwartz@riker.com
          Joseph L. Schwartz    on behalf of Creditor   Sunstone Hotels Morristown, LLC jschwartz@riker.com
          Joseph L. Schwartz    on behalf of Plaintiff   Newark Warehouse Redevelopment Company, LLC
           jschwartz@riker.com

```
District/off: 0312-3               User: admin                 Page 4 of 6                Date Rcvd: Aug 26, 2020
                                   Form ID: pdf903             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Counter-Defendant    Newark Warehouse Redevelopment Company, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Plaintiff    Newark Warehouse Urban Renewal, LLC
               jschwartz@riker.com
              Joseph L. Schwartz    on behalf of Creditor    Newark Warehouse Redevelopment Company
               jschwartz@riker.com
              Joseph R Zapata, Jr.    on behalf of Creditor    STMR, Inc. jzapata@msklaw.net
              Joseph R. Fischer    on behalf of Defendant    Nordic Contracting Inc. jfischer@kiernanstrenk.com
              Joseph R. Fischer    on behalf of Defendant    Nordic Contracting Company, Inc.
               jfischer@kiernanstrenk.com
              Joshua H. Raymond    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jraymond@msbnj.com
              K. Joseph Vyzas    on behalf of Creditor    Rexel, Inc. joe@carlawyernj.com
              Karen L Thurston    on behalf of Creditor    Myrage LLC kthurston@frkblaw.com
              Karen M Murray    on behalf of Interested Party    P3 Metals, LLC kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Karen M Murray    on behalf of Interested Party    P. Tamburri Steel kmurray@murraynjlaw.com,
               kdilks@cvmlawoffices.com
              Kenneth A. Rosen    on behalf of 3rd Party Plaintiff    Hollister Construction Services, LLC
               krosen@lowenstein.com,    dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Plaintiff    Hollister Construction Services, LLC
               krosen@lowenstein.com,    dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Debtor    Hollister Construction Services, LLC
               krosen@lowenstein.com,    dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Other Prof.    10X CEO Coaching krosen@lowenstein.com,
               dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Attorney    Lowenstein Sandler LLP krosen@lowenstein.com,
               dclaussen@lowenstein.com
              Kenneth A. Rosen    on behalf of Defendant    Hollister Construction Services, LLC
               krosen@lowenstein.com,    dclaussen@lowenstein.com
              Larry L. Miller    on behalf of Creditor    L&W Supply Corporation llmlaw@outlook.com
              Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Laurence D. Pittinsky    on behalf of Attorney    Boyd Mechanical, LLC larry@rpllplaw.com
              Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services, LLC LBDiener@optimum.net
              Lawrence B. Diener    on behalf of Defendant    Advanced Scaffold Services Mid-Atlantic LLC
               LBDiener@optimum.net
              Lawrence B. Diener    on behalf of Creditor    Advanced Scaffold Services Mid-Atlantic LLC
               LBDiener@optimum.net
              Marc D. Miceli    on behalf of Interested Party    R. Cipollini, Inc. t/a Cipollini Roofing
               mmiceli@sm-lawpc.com,    lindsay@sm-lawpc.com
              Marc D. Miceli    on behalf of Plaintiff    Hollister Construction Services, LLC
               mmiceli@sm-lawpc.com,    lindsay@sm-lawpc.com
              Margreta Morgulas    on behalf of Creditor    3L & Company, Inc. mmorgulas@okinhollander.com
              Marguerite Schaffer    on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
               mschaffer@shainlaw.com
              Mario A. Batelli    on behalf of Creditor 360 Fire Prevention    360 Fire Prevention LLC
               mbatelli@fostermazzielaw.com
              Mark E. Felger    on behalf of Interested Party    Ricoh USA, Inc. mfelger@cozen.com,
               sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
              Martin P. Skolnick    on behalf of Creditor    Archmills LLC d/b/a ArchMills Doors and Hardware
               mskolnick@gmail.com
              Martin P. Skolnick    on behalf of Creditor    Stateline Fabricators, LLC mskolnick@gmail.com
              Mary E. Seymour    on behalf of Debtor    Hollister Construction Services, LLC
               mseymour@lowenstein.com,    jkimble@lowenstein.com
              Mary E. Seymour    on behalf of Attorney    Lowenstein Sandler LLP mseymour@lowenstein.com,
               jkimble@lowenstein.com
              Melissa A. Pena    on behalf of Creditor    Target Fire Protection mapena@norris-law.com,
               pfreda@nmmlaw.com
              Meredith I. Friedman    on behalf of Creditor    CTC Academy mfriedman@wilentz.com,
               ciarkowski@wilentz.com
              Michael Kahme    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
               mkahme@hillwallack.com,    fmansmann@hillwallack.com
              Michael Stafford    on behalf of Creditor    Anvil Craft Corp. mjstafford@nordlaw.legal,
               norddemaio@aol.com;adamnorddemaio@aol.com
              Michael D. Sirota    on behalf of Interested Party    Newkirk Realty LLC msirota@coleschotz.com,
               fpisano@coleschotz.com
              Michael J. Shavel    on behalf of Creditor    Accordia Harrison Urban Renewal, LLC
               mshavel@hillwallack.com,    shavelmr99123@notify.bestcase.com
              Michael R. Herz    on behalf of Defendant    Benco Inc. mherz@foxrothschild.com,
               cbrown@foxrothschild.com
              Michael R. Herz    on behalf of Creditor    Troon Electric of New Jersey LLC
               mherz@foxrothschild.com,    cbrown@foxrothschild.com
              Michele Lane Ross    on behalf of Creditor    Control Services, LLC sterry@mrossllc.com,
               arivera@mrossllc.com
              Mitchell Malzberg    on behalf of Creditor    Vector Structural Preservation Corp.
               mmalzberg@mjmalzberglaw.com,    dlapham@mjmalzberglaw.com
```

```
District/off: 0312-3                  User: admin                Page 5 of 6                  Date Rcvd: Aug 26, 2020
                                      Form ID: pdf903            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Morris S. Bauer    on behalf of Creditor    Ware Malcomb msbauer@nmmlaw.com,
          rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com
          Murphy Durkin    on behalf of Defendant    Dehn Bros. Fire Protection, Inc.
          maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com
          Murphy Durkin    on behalf of Creditor    Dehn Bros.Fire Protection, Inc.
          maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com
          Nicholas Verna    on behalf of Interested Party    Interlink Transport Technologies, Inc. (dba MSC
          Technology (North America) Inc.) nick.verna@wbd-us.com
          Nicole M. Nigrelli    on behalf of Interested Party    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
          sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli    on behalf of Defendant    Pentel Drywall, Inc. nnigrelli@ciardilaw.com,
          sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli    on behalf of Defendant    Delcon Builders Inc. nnigrelli@ciardilaw.com,
          sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Nicole M. Nigrelli    on behalf of Interested Party    Delcon Builders, Inc.
          nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          Pearl Shah    on behalf of Creditor    Kone Inc. pshah@mcgrailbensinger.com
          Peter Broege    on behalf of Creditor    Encon Mechancial Corp pbroege@bnfsbankruptcy.com,
          G1580@notify.cincompass.com
          Philip William Allogramento    on behalf of Defendant    Environmental Devices, Inc.
          pallogramento@connellfoley.com
          Philip William Allogramento    on behalf of Defendant    FM Construction Group, LLC
          pallogramento@connellfoley.com
          Philip William Allogramento    on behalf of Creditor    Environmental Devices, Inc.
          pallogramento@connellfoley.com
          Philip William Allogramento    on behalf of Defendant    Sunny Brook Pressed Concrete
          pallogramento@connellfoley.com
          Philip William Allogramento    on behalf of Creditor    FM Construction Group, LLC
          pallogramento@connellfoley.com
          Philip William Allogramento    on behalf of Defendant    Maverick Building Services, Inc.
          pallogramento@connellfoley.com
          Richard Brant Forrest    on behalf of Creditor    DeSesa Engineering Company, Inc.
          rforrest@oslaw.com
          Richard E. Weltman    on behalf of Creditor    Reliance Mechanical, Inc. rew@weltmosk.com,
          mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
          Robert E. Nies    on behalf of Creditor    Arch Insurance Company and Arch Reinsurance Company
          rnies@csglaw.com
          Robert Saul Molnar    on behalf of Creditor    Starlite Electric LLC molnarrs@aol.com
          Rocco A. Cavaliere    on behalf of Creditor    Titan Industrial Services Corp.
          rcavaliere@tarterkrinsky.com
          Ryan M. Ernst    on behalf of Creditor    Lally Pipe & Tube rernst@oeblegal.com, mjoyce@oelegal.com
          Sam Della Fera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          sdellafera@msbnj.com
          Seth Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds
          (the "Funds") sptasiewicz@krollfirm.com
          Sommer Leigh Ross    on behalf of Creditor    PNC Bank, National Association slross@duanemorris.com,
          AutoDocketWILM@duanemorris.com
          Stephanie L. Jonaitis    on behalf of Interested Party    10 Minerva Place, L.P. and 10 Minerva
          Place Housing Development Fund Corporation stephanie.jonaitis@troutman.com, balaa@pepperlaw.com
          Stephanie L. Jonaitis    on behalf of Interested Party    5 Bay Street Phase 1 LLC, 5 Bay Street
          Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC stephanie.jonaitis@troutman.com,
          balaa@pepperlaw.com
          Stephen V. Falanga    on behalf of Interested Party    Fairleigh Dickinson University
          sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
          Stephen V. Falanga    on behalf of Creditor    Schindler Elevator Corporation
          sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;mvargas@thewalshfirm.com
          Steven B Smith    on behalf of Interested Party    CS Utica & Remsen LLC ssmith@herrick.com,
          courtnotices@herrick.com;lporetsky@herrick.com
          Steven J. Mitnick    on behalf of Plaintiff    Hollister Construction Services, LLC
          smitnick@sm-lawpc.com, lindsay@sm-lawpc.com
          Stuart Komrower    on behalf of Defendant    Orion Interiors, Inc. skomrower@coleschotz.com,
          fpisano@coleschotz.com
          Stuart Komrower    on behalf of Creditor    Orion Interiors, Inc. skomrower@coleschotz.com,
          fpisano@coleschotz.com
          Sydney J. Darling    on behalf of Interested Party    Fairleigh Dickinson University
          sdarling@walsh.law, mvargas@walsh.law
          Sydney J. Darling    on behalf of Creditor    Schindler Elevator Corporation sdarling@walsh.law,
          mvargas@walsh.law
          Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Redevelopment Company
          tschellhorn@riker.com
          Tara J. Schellhorn    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC
          tschellhorn@riker.com
          Thomas D. McKeon    on behalf of Creditor    FN Dynamic Inc tmckeonlaw@aol.com,
          lesliebrown.paralegal@gmail.com
          Thomas D. McKeon    on behalf of Creditor    FN Dynamic, Inc tmckeonlaw@aol.com,
          lesliebrown.paralegal@gmail.com
          Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Urban Renewal, LLC tchasin@riker.com

```
District/off: 0312-3          User: admin              Page 6 of 6             Date Rcvd: Aug 26, 2020
                              Form ID: pdf903          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tod S. Chasin, I    on behalf of Creditor    Newark Warehouse Redevelopment Company
               tchasin@riker.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William G. Wright    on behalf of Defendant    Graybar Electric Company, Inc. wwright@capehart.com,
               jlafferty@capehart.com
              William G. Wright    on behalf of Creditor    Graybar Electric Company, Inc. wwright@capehart.com,
               jlafferty@capehart.com
              Yale A. Leber    on behalf of Interested Party    RH 537 Building Owner LLC yale.leber@rivkin.com
                                                                                              TOTAL: 201
```