**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON SEPTEMBER 3, 2020 AT 10:00 A.M. (ET)[2]

**UNCONTESTED MATTERS GOING FORWARD**

1. Debtor's Motion For Entry of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling A Final Hearing, And (D) Granting Related Relief [Docket No. 14; Filed 9/11/19].

    Related Documents[3]:

    a) Twenty-Third Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] This hearing will be conducted telephonically. Parties who wish to appear at the September 3, 2020 hearing must make arrangements through Court Solutions at http://www.Court-Solutions.com.

[3] Docket entries related to this motion, objections, responses and prior interim orders can be found on the Court's docket and the case website at https://cases.primeclerk.com/hcs/Home-Index.

37322/2
09/02/2020 207115070.1

(IV) Granting Related Relief [Docket No. 1347; Entered 8/20/20]

Status:  The Debtor is working on a consensual order to be submitted at or prior to the September 3, 2020 hearing. This matter is going forward.

2. Debtor's Motion For Entry Of An Order Extending The Debtor's Exclusive Solicitation Period [Docket No. 1333; Filed 8/13/20]

Related Documents:

a) Affidavit of Service [Docket No. 1360; Filed 8/2520]

Objection Deadline: Originally, August 27, 2020 at 4:00 p.m. (ET)

Responses Received:

b) None to date.

Status:  This matter is going forward.

3. Debtor's Motion For Entry Of An Order Determining That Certain Asserted Construction Liens Filed On The Lifetown Project Pre-Petition Are Invalid And Granting Related Relief [Docket No. 1352; Filed 8/21/20]

Related Documents:

a) Application To Shorten Time [Docket No. 1353; Filed 8/21/20]

b) Order Granting Application To Shorten Time [Docket No. 1356; Entered 8/24/20]

c) Affidavit Of Service [Docket No. 1375; Filed 8/3120]

Objection Deadline: Objections may be presented orally at the hearing.

Responses Received:

d) None to date.

Status:  This matter is going forward.

**RESOLVED MATTERS**

4. Debtor's Motion For Entry Of An Order Authorizing Request To File Certain Exhibits Under Seal [Docket No. 1329; Filed 8/12/20]

Related Documents:

a) Debtor's Objection To Motion Of Herc Rentals, Inc. To Enforce The Settlement Agreement Between Herc Rentals, Inc. and Hollister Construction Services, LLC [Docket No. 1328; Filed 8/12/20]

    b)    Motion of Herc Rentals, Inc. To Enforce The Settlement Agreement Between Herc Rentals, Inc. And Hollister Construction Services, LLC (the "<u>Herc Motion</u>") [Docket No. 1276; Filed 7/27/20]

<u>Objection Deadline</u>: August 27, 2020 at 4:00 p.m. (ET)

<u>Responses Received</u>:

    c)    None to date.

<u>Status</u>:  This motion was granted orally during the August 13, 2020 hearing on the Herc Motion.

Dated:  September 2, 2020

**LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (*pro hac vice*)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*