| | |
|---|---|
| **From:** | Robert Travis <rgtravis34@yahoo.com> |
| **Sent:** | Thursday, September 3, 2020 10:53 AM |
| **To:** | Chambers_of MBK |
| **Subject:** | Ptiority Elec. Solutions vs Hollister |
| | |
| **Categories:** | Blue category |

Judge Kaplan

Priority E.S. was never served anything on this case until Thursday last week.  The owner James Bevan has the same phone number and email address as always.  Ryan Travis has the same email address that he used to communicate with Hollister during and after the last half of the project.  Their attorney has the same phone number and email as during the project and they were able to forward an extensive package of doc's late last week to him.  The idea that they were unable to serve anyone in March is just no true.

That being said we searched ( having just 4 business days to comply ) to find an attorney to file our motion.  We contacted 5 attorneys, all of whom had conflicts because of past dealings with Hollister.  I was instructed yesterday by Mary Seymour of Lowensein, that I need not file, that I could call in at 10am today and be conferenced in to the hearing to plead the case with you.  Her instructions were followed and access was denied.

Priority Elec. Serv was repeatedly lied to by both Lifetown and Hollister. These fraudulant promises caused huge stress and financial difficulties to Priority. Financially so that Priority,s owner and officers decided that they could not take on any new work. They continued to collect any $ owed and paid their vendors, including all one the Lifetown project.

Due to the continued lies, not being served until a few days ago, and the damages incurred to the total mismangement and losses caused on this project by Kollister and the owners of Lifetown , and the fact that we followed instructions to be heard via phone today and we denied access, we are asking that you please include Priority on any settlement that has been agreed to.

Thank you for your anticipated consideration.

Robert Travis

assistant helping Priority