Order Filed on September 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 |
|---|
| **LOWENSTEIN SANDLER LLP**<br>Bruce Buechler, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br>*Counsel to the Debtor and Debtor-in-Possession* |

| In re: | Chapter 11 |
|---|---|
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | Case No. 19-27439 (MBK) |
| Debtor. | |

**ORDER APPROVING PARTIAL RESOLUTION OF (I) MOTION OF HERC RENTALS, INC. FOR ENTRY OF AN ORDER (1) LIFTING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND (2) PERMITTING HERC RENTALS, INC. TO REMOVE ITS PROPERTY FROM VARIOUS PROJECTS, AND (II) MOTION OF HERC RENTALS, INC. TO ENFORCE SETTLEMENT AGREEMENT BETWEEN HERC RENTALS, INC. AND HOLLISTER CONSTRUCTION SERVICES, LLC**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: September 4, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3
09/03/2020 207060552.2

Page:       2
Debtor:     Hollister Construction Services, LLC
Case No.:   19-27439 (MBK)
Caption:    Order Approving Partial Resolution of (I) Motion of Herc Rentals, Inc. for Entry of an Order (1) Lifting the Automatic Stay Pursuant to 11 U.S.C. § 362 and (2) Permitting Herc Rentals, Inc. to Remove Its Property from Various Projects; and (II) Motion of Herc Rentals, Inc. to Enforce the Settlement Agreement Between Herc Rentals, Inc. and Hollister Construction Services, LLC

---

THIS MATTER, having been brought before the Court by Herc Rentals, Inc. ("Herc") upon the filing of (I) *Motion Of Herc Rentals, Inc. For Entry of an Order (1) Lifting The Automatic Stay Pursuant to 11 U.S.C. § 362 And Permitting Herc Rentals, Inc. To Remove Its Property From Various Projects* [Docket No. 368] and (II) *Motion Of Herc Rentals, Inc. To Enforce The Settlement Agreement Between Herc Rentals, Inc. And Hollister Construction Services, LLC* [Docket No. 1276] (together, the "Motions") filed in the chapter 11 case of the above-captioned debtor and debtor-in-possession (the "Debtor"); and the Debtor having filed objections to both Motions; and Herc and the Debtor having engaged in settlement discussions on both Motions, as well as participating in a settlement conference with the Court; and the Court having considered the Motions and the objections thereto; and good and sufficient cause appearing therefore:

**IT IS HEREBY ORDERED THAT:**

1. The Motions are partially resolved as set forth herein.

2. Herc acknowledges that the Debtor previously returned the rental equipment on the following projects to Herc on the following dates: FDU Project - November 19, 2019; Latitude Project - April 10, 2020.

3. The Debtor shall pay Herc the following amounts for post-petition rental equipment charges: FDU Project - $5,565.36; Latitude Project - $21,460.60. The Debtor shall make the foregoing payments to Herc within five (5) days after entry of this Order.

Page: 3
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Approving Partial Resolution of (I) Motion of Herc Rentals, Inc. for Entry of an Order (1) Lifting the Automatic Stay Pursuant to 11 U.S.C. § 362 and (2) Permitting Herc Rentals, Inc. to Remove Its Property from Various Projects; and (II) Motion of Herc Rentals, Inc. to Enforce the Settlement Agreement Between Herc Rentals, Inc. and Hollister Construction Services, LLC

---

4. Nothing herein shall be intended or construed as affecting, discharging or otherwise withdrawing Herc's Motions as to the HUB Project located at 700 Frank E. Rogers Boulevard South, Harrison, New Jersey.

5. This Court retains jurisdiction with respect to all matters arising under, from or related to the implementation, enforcement, and/or interpretation of this Order.

6. This Order is effective immediately upon entry.