

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* | |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>**Hearing Date: September 3, 2020 at 10:00 a.m. (ET)** |

**Order Filed on September 4, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey**

### ORDER EXTENDING THE DEBTOR'S EXCLUSIVE PERIOD TO SOLICIT ACCEPTANCES OF ITS PLAN OF LIQUIDATION PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: September 4, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
08/13/2020 206970931.1

Page:      2
Debtor:    Hollister Construction Services, LLC
Case No.:  19-27439 (MBK)
Caption:   Order Extending The Debtor's Time To Exclusively Solicit Acceptances Of Its Plan Of Liquidation Pursuant To Section 1121 Of The Bankruptcy Code

---

Upon the motion (the "Motion")[2] of the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order, pursuant to 28 U.S.C. § 157 and 1334(b) and Bankruptcy Rules 9006(b) and 9027, extending the Debtor's time to exclusively solicit acceptances of its Plan of Liquidation (the "Exclusivity Period") for an additional 90 days from September 8, 2020 through and including December 7, 2020; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, as amended on September 18, 2012; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, its estate and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Exclusivity Period is hereby extended through and including December 7, 2020 without prejudice to the Debtor's right to seek further extensions of its time within which to exclusively solicit acceptances of its Plan of Liquidation.

3. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. This Order is effective immediately upon entry.

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

Page:     3
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Extending The Debtor's Time To Exclusively Solicit Acceptances Of Its Plan Of Liquidation Pursuant To Section 1121 Of The Bankruptcy Code

_____

      6.     This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation or enforcement of this Order.