**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**CERTIFICATION OF NO OBJECTION REGARDING THE EIGHTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD OF APRIL 1, 2020 THROUGH APRIL 30, 2020**

I, Mary E. Seymour, hereby certify that Lowenstein Sandler LLP has received no answer, objection, or other responsive pleading with respect to the *Eighth Monthly Fee Statement of Lowenstein Sandler LLP for the Period of April 1, 2020 through April 30, 2020* (the "Eighth Monthly Statement") filed on August 20, 2020 [Docket No. 1345].

I further certify that my staff, under my direction, has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading with respect to the Eighth

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Monthly Statement appears thereon. Pursuant to the Eighth Monthly Statement, objections to the Eighth Monthly Statement were to be filed and served no later than September 3, 2020.

Pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* entered on October 8, 2019 [Docket No. 284], the Debtors are authorized to pay Lowenstein Sandler LLP 80% of its fees, in the amount of $137,120.00, and 100% of is expenses, in the amount of $174.83, for a total amount of $137,294.83 as requested in the Eighth Monthly Statement upon the filing and service of this Certification of No Objection and without the need for entry of a Court order approving the Eighth Monthly Statement.

Dated:  September 4, 2020                **LOWENSTEIN SANDLER LLP**

/s/ *Mary E. Seymour*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (pro hac vice)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*