

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Bruce Buechler, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* | **Order Filed on September 4, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>              Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**ORDER APPROVING PARTIAL RESOLUTION OF (I) MOTION OF
HERC RENTALS, INC. FOR ENTRY OF AN ORDER (1) LIFTING THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND (2)
PERMITTING HERC RENTALS, INC. TO REMOVE ITS PROPERTY
FROM VARIOUS PROJECTS, AND (II) MOTION OF HERC RENTALS,
INC. TO ENFORCE SETTLEMENT AGREEMENT BETWEEN HERC
RENTALS, INC. AND HOLLISTER CONSTRUCTION SERVICES, LLC**

   The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: September 4, 2020**

                              */s/ Michael B. Kaplan*
                             Honorable Michael B. Kaplan
                             United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3
09/03/2020 207060552.2

Page:     2
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Approving Partial Resolution of (I) Motion of Herc Rentals, Inc. for Entry of an Order (1) Lifting the Automatic Stay Pursuant to 11 U.S.C. § 362 and (2) Permitting Herc Rentals, Inc. to Remove Its Property from Various Projects; and (II) Motion of Herc Rentals, Inc. to Enforce the Settlement Agreement Between Herc Rentals, Inc. and Hollister Construction Services, LLC

_____

THIS MATTER, having been brought before the Court by Herc Rentals, Inc. ("Herc") upon the filing of (I) *Motion Of Herc Rentals, Inc. For Entry of an Order (1) Lifting The Automatic Stay Pursuant to 11 U.S.C. § 362 And Permitting Herc Rentals, Inc. To Remove Its Property From Various Projects* [Docket No. 368] and (II) *Motion Of Herc Rentals, Inc. To Enforce The Settlement Agreement Between Herc Rentals, Inc. And Hollister Construction Services, LLC* [Docket No. 1276] (together, the "Motions") filed in the chapter 11 case of the above-captioned debtor and debtor-in-possession (the "Debtor"); and the Debtor having filed objections to both Motions; and Herc and the Debtor having engaged in settlement discussions on both Motions, as well as participating in a settlement conference with the Court; and the Court having considered the Motions and the objections thereto; and good and sufficient cause appearing therefore:

**IT IS HEREBY ORDERED THAT:**

1. The Motions are partially resolved as set forth herein.

2. Herc acknowledges that the Debtor previously returned the rental equipment on the following projects to Herc on the following dates: FDU Project - November 19, 2019; Latitude Project - April 10, 2020.

3. The Debtor shall pay Herc the following amounts for post-petition rental equipment charges: FDU Project - $5,565.36; Latitude Project - $21,460.60. The Debtor shall make the foregoing payments to Herc within five (5) days after entry of this Order.

Page:      3
Debtor:    Hollister Construction Services, LLC
Case No.:  19-27439 (MBK)
Caption:   Order Approving Partial Resolution of (I) Motion of Herc Rentals, Inc. for Entry of an Order (1) Lifting the Automatic Stay Pursuant to 11 U.S.C. § 362 and (2) Permitting Herc Rentals, Inc. to Remove Its Property from Various Projects; and (II) Motion of Herc Rentals, Inc. to Enforce the Settlement Agreement Between Herc Rentals, Inc. and Hollister Construction Services, LLC

_____

4.  Nothing herein shall be intended or construed as affecting, discharging or otherwise withdrawing Herc's Motions as to the HUB Project located at 700 Frank E. Rogers Boulevard South, Harrison, New Jersey.

5.  This Court retains jurisdiction with respect to all matters arising under, from or related to the implementation, enforcement, and/or interpretation of this Order.

6.  This Order is effective immediately upon entry.

United States Bankruptcy Court
District of New Jersey

In re:  
Hollister Construction Services, LLC  
    Debtor

Case No. 19-27439-MBK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 04, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2020.  
db          +Hollister Construction Services, LLC,    339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2020 at the address(es) listed below:  
NONE.                                                                                                     TOTAL: 0