UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq.
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and
Debtor-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | Case No. 19-27439 (MBK) |
| Debtor. | Hearing Date: 9/10/20 at 10:00 a.m. |
| | Judge: Kaplan |

## ADJOURNMENT REQUEST

1. I, Joseph J. DiPasquale, a partner with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "Debtor"), hereby request an adjournment of the following matters for the reason set forth below.

    Matter:

        MixOnSite USA, Inc.'s Motion to Modify Stay to Permit Prosecution of Previously-Filed Construction Lien Claim Foreclosure Action (the "MixOnSite Motion") [Docket No. 848]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

-2-

Current Hearing Date:   September 10, 2020 at 10:00 a.m. (ET).

New Hearing Date Requested: October 1, 2020 at 10:00 a.m.

Reason for adjournment request:   The parties have reached a tentative resolution.

2. Consent to adjournment:

☒  I have the consent of all parties.   ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.


Date: September 8, 2020                             /s/ Joseph J. DiPasquale
                                                    Signature

**COURT USE ONLY:**

_____


The request for adjournment is:

☒ Granted              New hearing date:   10/1/20 at 10:00 a.m.    ☐Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**