## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| **HOLLISTER CONSTRUCTION SERVICES, LLC,**[1] | Case No. 19-27439 (MBK) |
| Debtor. | Objection Deadline: **September 29, 2020 at 4:00 p.m.** |

## MONTHLY STAFFING AND COMPENSATION REPORT
## OF 10X CEO COACHING, LLC FOR THE PERIOD
## AUGUST 1, 2020 THROUGH AUGUST 31, 2020

In accordance with the *Final Order Authorizing Debtor to (i) Employ and Retain 10X CEO Coaching, LLC and (ii) Designate Paul Belair as Chief Restructuring Officer for the Debtor Effective as of the Petition Date* entered on January 17, 2020 [Docket No. 823], 10X CEO Coaching, LLC ("10X") hereby submits its Monthly Staffing and Compensation Report  (the "Staffing Report") for the period of August 1, 2020 through August 31, 2020 (the "Compensation Period").

During the Compensation Period, 10X incurred $1,045.00 in fees and $0.00 in expenses for a total amount of $1,045.00 as reflected in the attached exhibits.

Dated:  September 9, 2020

10X CEO Coaching
P.O. Box 5117
Youngstown, Ohio 44515

*/s/ Paul Belair*

By:  Paul Belair
     Chief Executive Officer

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3

09/09/2020 **207162479.1**

# **EXHIBITS**

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of

10X CEO Coaching, LLC for the Period of August 1, 2020 through August 31, 2020.

**Exhibit A - Summary of Compensation and Expenses**

**Exhibit B - Summary of Fees and Hours by Professional and
       Description of Responsibilities of Professional**

**Exhibit C - Summary of Expenses**

### EXHIBIT "A"

**Hollister Construction Services, LLC**
**Summary of Compensation and Expenses**
**August 1, 2020 through August 31, 2020**

| | |
|---|---|
| **Professional Fees:** | **$1,045.00** |
| **(All professional services were rendered by** | |
| **Paul Belair)** | |
| **Expenses:** | **$     0.00** |
| **Total Invoice:** | **$1,045.00** |

<u>**EXHIBIT "B"**</u>

**Hollister Construction Services, LLC**
**Summary of Fees and Hours by Professional and**
**Description of Responsibilities of Professional**
**August 1, 2020 through August 31, 2020**



P.O. Box 5117
Youngstown, OH 44515

### Paul J. Belair's Time For August 2020

| Date: | Description: | Time: | Total $: |
|---|---|---|---|
| 8/3/20 | Zoom Call w/Hollister Team to Review Status of Each Open Job | 4:00 - 4:31 | **$330.00** |
| 8/5/20 | Review FLACS SA and Tie Out to Exhibit A and Cash Flow | 12:20 - 12:52 | **$330.00** |
| | Finalize FLACS Documents and Send to Jacoby for Approval | 2:35 - 2:58 | **$220.00** |
| 8/13/20 | Zoom w/John Mitnick Re: Level of Billing | 3:31 - 3:49 | **$165.00** |
| | **Total for Month of August** | | **$1,045.00** |

<u>**EXHIBIT "C"**</u>

**Hollister Construction Services, LLC**
**Summary of Expenses**
**August 1, 2020 through August 31, 2020**

**\*\*THERE WERE NO EXPENSES INCURRED THIS PERIOD**