

**CHIESA SHAHINIAN & GIANTOMASI PC**

ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

csglaw.com

**ROBERT E. NIES**
rnies@csglaw.com
(O) 973.530.2012
(F) 973.530.2212

September 9, 2020

***By ECF***

All ECF Service List Filers

    Re:    Hollister Construction Services, LLC
             Case No. 19-27439 (MBK)

Dear ECF Service List Filers:

      This Firm represents Arch Insurance Company and Arch Reinsurance Company.  This will confirm that Robert Nies has received approval by Judge Kaplan and will appear telephonically before the Court for the hearing taking place on Thursday, October 8, 2020 at 10:00 a.m.

                    Very truly yours,

                    */s/ Robert E. Nies*

                    Robert E. Nies
                    Member

REN/mfg