**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
| Debtor. | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Ironside Service List attached hereto as **Exhibit A**:

- Joint Motion of Debtor and Newark Warehouse Urban Renewal, LLC/Newark Warehouse Redevelopment Company, LLC for Entry of an Order Approving Settlement and Compromise [Docket No. 1263]

Dated: September 14, 2020

*/s/Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 14, 2020, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

SRF 45831

**<u>Exhibit A</u>**

# Exhibit A

Ironside Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 11144226 | Bridge Builders Newark LLC | PO Box 22590 | Newark | NJ | 07101 |
| 11144233 | Elevation1 Inc. (Elevation 1, Inc.) | 10845 Train Court | Houston | TX | 77041 |
| 11144234 | Environmental Devices Inc. | 4 Wilder Drive Bldg. 15 | Plaistow | NH | 03865 |
| 11144241 | Johnny on the Spot, Inc | PO Box 130 | Keasbey | NJ | 08832-0130 |
| 11144250 | Nordic Contracting Inc. | 111 Howard Boulevard | Ledgewood | NJ | 07852 |