**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 17, 2020 AT 10:00 A.M. (ET)**[2]

**UNCONTESTED MATTERS GOING FORWARD**

1. Debtor's Motion For Entry of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling A Final Hearing, And (D) Granting Related Relief [Docket No. 14; Filed 9/11/19].

    Related Documents[3]:

    a) Twenty-Fourth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] This hearing will be conducted telephonically. Parties who wish to appear at the August 17, 2020 hearing must make arrangements through Court Solutions at http://www.Court-Solutions.com.

[3] Docket entries related to this motion, objections, responses and prior interim orders can be found on the Court's docket and the case website at https://cases.primeclerk.com/hcs/Home-Index.

37322/2
09/16/2020 207214376.1

    (IV) Granting Related Relief [Docket No. 1383; Entered 9/4/20]

  Responses Received: None to date.

  Status:  The Debtor is working on a consensual order to be submitted at or prior to the September 17, 2020 hearing. This matter is going forward.

2. FM Construction Group, LLC's Motion For An Order To Modify The Automatic Stay Of Proceedings [Docket No. 1342; Filed 8/18/20].

  Related Documents:

  a) Certificate of Service [Docket No. 1343; Filed 8/19/20]

  Objection Deadline: September 3, 2020 at 10:00 a.m.

  Responses Received: None to date.

  Status:  Consent order to be submitted.

## CONTINUED MATTERS

3. Debtor's Motion For Entry Of An Order (A) Approving The Disclosure Statement, (B) Establishing Procedures For Solicitation And Tabulation Of Votes To Accept Or Reject The Plan, (C) Approving The Form Of Ballot And Solicitation Materials, (D) Establishing The Voting Record Date, (E) Scheduling A Plan Confirmation Hearing And Deadline For Filing Objections To Confirmation Of The Plan, And (F) Approving The Related Form Of Notice [Docket No. 1197; Filed 6/19/20]

  Related Documents:

  a) Disclosure Statement [Docket No. 1195; Filed 6/29/20]

  b) Affidavit of Service  [Docket No. 1211; Filed 6/25/20]

  c) Notice of Adjournment of Debtors Motion for Entry of an Order Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling a Plan Confirmation Hearing and Deadline for Filing Objections to Confirmation of the Plan, and (F) Approving the Related Form of Notice [Docket No. 1244; Entered 7/13/20]

  d) Affidavit of Service [Docket No. 1268; Filed 7/22/20]

  e) Affidavit of Service [Docket No. 1292; Filed 7/30/20]

  f) Notice of Adjournment of Debtors Motion for Entry of an Order Approving the Disclosure Statement, (B) Establishing Procedures for

    Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling a Plan Confirmation Hearing and Deadline for Filing Objections to Confirmation of the Plan, and (F) Approving the Related Form of Notice [Docket No. 1335; Entered 8/13/20]

g)    Affidavit of Service [Docket No. 1360; Filed 8/25/20]

h)    Notice of Adjournment of Debtors Motion for Entry of an Order Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling a Plan Confirmation Hearing and Deadline for Filing Objections to Confirmation of the Plan, and (F) Approving the Related Form of Notice [Docket No. 1384; Entered 9/4/20]

i)    Affidavit of Service [Docket No. 1403; Filed 9/11/20]

<u>Objection Deadline</u>: October 1, 2020.

<u>Responses Received</u>: None to date.

<u>Status</u>:  This matter is continued to a hearing on October 8, 2020 at 10:00 a.m.

Dated:  September 16, 2020                 **LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
Jennifer B. Kimble, Esq. (*pro hac vice*)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*