EisnerAmper LLP
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000
*Accountants and Financial Advisors to the Official Committee of*
*Unsecured Creditors of Hollister Construction Services, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the Matter of:

HOLLISTER CONSTRUCTION SERVICES, LLC,         Case No. 19-27439 (MBK)
                                              Chapter 11
                                              (Honorable Michael B. Kaplan)
                    Debtor.

**ELEVENTH MONTHLY FEE STATEMENT OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

                                              EisnerAmper LLP

                                              By:  /s/ Anthony R. Calascibetta
                                                   Anthony R. Calascibetta

**Hollister Construction Services, LLC**
**TIME SUMMARY BY PROFESSIONAL**
**August 1, 2020 through August 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Anthony R. Calascibetta CPA, CFF, CTP | Partner | 9.9 | $ 585.00 | $ 5,791.50 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 8.4 | 555.00 | 4,662.00 |
| **GRAND TOTAL** | | **18.3** | **$ 571.23** | **$10,453.50** |

* Rates change annually effective August 1st.

| | |
|---|---:|
| FEE TOTALS | $10,453.50 |
| LESS: 20% VOLUNTARY DISCOUNT | ( 2,090.70) |
| **GRAND TOTAL** | **$8,362.80** |

# ~ Exhibit A ~

**Hollister Construction Services, LLC**
**August 1, 2020 through August 31, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 08/03/2020 | Discussed escrow account allocation, proposed insider settlement and allocations between interested parties. | $ 585.00 | 0.2 | $ 117.00 |
| Anthony Calascibetta | 08/18/2020 | Review of insider settlement proposal. | 585.00 | 0.2 | 117.00 |
| Anthony Calascibetta | 08/19/2020 | Conference call with Debtor's counsels, Arch's counsel, Insider's' counsel, J. Holman, Duane, M. Jacoby, Phoenix, B. Katz, Independent Director and S.Della Fera, MSB to discuss insider settlement, global settlement and Arch claim. | 585.00 | 1.0 | 585.00 |
| Anthony Calascibetta | 08/19/2020 | Review of insider settlement proposal. | 585.00 | 0.1 | 58.50 |
| William Pederson | 08/19/2020 | Call with A. Calascibetta, EisnerAmper, re: D&O coverage, professional fees, and insider settlements. | 555.00 | 0.4 | 222.00 |
| William Pederson | 08/19/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: escrow account analysis, professional fees, recoveries and adjournment of status conference. | 555.00 | 1.1 | 610.50 |
| Anthony Calascibetta | 08/20/2020 | Discussed insider proposal and Arch claims with W. Pederson, EisnerAmper. | 585.00 | 0.4 | 234.00 |
| Anthony Calascibetta | 08/20/2020 | Discussed Insider settlement proposal, court hearing and other actions with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 585.00 | 0.4 | 234.00 |
| Anthony Calascibetta | 08/20/2020 | Discussed Arch claim with S. Della Fera, MSB. | 585.00 | 0.1 | 58.50 |
| William Pederson | 08/20/2020 | Review of E&O policy from counsel. | 555.00 | 0.4 | 222.00 |
| William Pederson | 08/20/2020 | Call with A. Calascibetta, EisnerAmper, re: case update following evening call with Debtor and counsel. | 555.00 | 0.4 | 222.00 |
| Anthony Calascibetta | 08/26/2020 | Discussed status of settlement proposal with S. Della Fera, MSB. | 585.00 | 0.2 | 117.00 |
| Anthony Calascibetta | 08/28/2020 | Discussed call with Independent Director with S. Della Fera, MSB. | 585.00 | 0.2 | 117.00 |
| William Pederson | 08/28/2020 | Update professional fee analysis. | 555.00 | 0.2 | 111.00 |
| | | **Asset Analysis & Recovery Total** | | **5.3** | **3,025.50** |
| William Pederson | 08/03/2020 | Follow-up call with A. Calascibetta, EisnerAmper, following Committee call re: upcoming hearing date and Draft Plan and Disclosure Stmt. | 555.00 | 0.3 | 166.50 |
| Anthony Calascibetta | 08/12/2020 | Conference call with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss budget, Arch claim, unsecured claims base, professional fees and plan process. | 585.00 | 0.7 | 409.50 |
| William Pederson | 08/13/2020 | Update budget/fee analysis. | 555.00 | 0.4 | 222.00 |
| Anthony Calascibetta | 08/17/2020 | Discussed Arch claim, plan status and professional fees with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 585.00 | 0.5 | 292.50 |
| William Pederson | 08/17/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: case update and open issues. | 555.00 | 0.5 | 277.50 |
| William Pederson | 08/17/2020 | Update Hollister budget and fee analysis. | 555.00 | 0.7 | 388.50 |
| Anthony Calascibetta | 08/18/2020 | Conference call with M. Jacoby, Phoenix and W. Pederson, EisnerAmper to discuss current status of matter, Arch claim, insider settlement and budget matters. | 585.00 | 0.6 | 351.00 |
| William Pederson | 08/18/2020 | Call with M. Jacoby and A. Calascibetta, EisnerAmper, re: case update and status. | 555.00 | 0.5 | 277.50 |
| William Pederson | 08/18/2020 | Follow-up call with A. Calascibetta, EinserAmper, re: next steps. | 555.00 | 0.4 | 222.00 |
| Anthony Calascibetta | 08/19/2020 | Discussed budget and upcoming hearing with W. Pederson, EisnerAmper. | 585.00 | 0.2 | 117.00 |
| William Pederson | 08/19/2020 | Call with A. Calascibetta, EisnerAmper, re: cash collateral orders and professional fee reconciliation - prepare for upcoming call with counsel. | 555.00 | 0.4 | 222.00 |
| William Pederson | 08/20/2020 | Call with counsel and A. Calascibetta, re: case update and upcoming settlement conference. | 555.00 | 0.4 | 222.00 |

**Hollister Construction Services, LLC**
**August 1, 2020 through August 31, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 08/28/2020 | Discussed proposed settlement offer from insiders with S. Della Fera, MSB. | 585.00 | 0.2 | 117.00 |
| Anthony Calascibetta | 08/28/2020 | Conference call with B. Katz, Independent Director and S. Della Fera, MSB to discuss addressing Arch's concerns and proposed settlement offer from insiders. | 585.00 | 0.3 | 175.50 |
| | | **Business Operations Total** | | **6.1** | **3,460.50** |
| Anthony Calascibetta | 08/03/2020 | Discussed estimate of Arch claim with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 585.00 | 0.3 | 175.50 |
| Anthony Calascibetta | 08/03/2020 | Discussed claims base with W. Pederson, EisnerAmper. | 585.00 | 0.1 | 58.50 |
| | | **Claims Admin & Objections Total** | | **0.4** | **234.00** |
| Anthony Calascibetta | 08/03/2020 | Participated in conference call with creditors committee members, S. Della Fera, MSB and W. Pederson, EisnerAmper. | 585.00 | 1.0 | 585.00 |
| William Pederson | 08/03/2020 | Call with counsel re: upcoming committee call. | 555.00 | 0.2 | 111.00 |
| William Pederson | 08/03/2020 | Attend Creditor Committee call. | 555.00 | 1.0 | 555.00 |
| | | **Client Meeting Total** | | **2.2** | **1,251.00** |
| William Pederson | 08/12/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: fees and upcoming hearing. | 555.00 | 0.7 | 388.50 |
| Anthony Calascibetta | 08/13/2020 | Review of professional fees schedule and 26 week budget. | 585.00 | 0.2 | 117.00 |
| Anthony Calascibetta | 08/17/2020 | Discussed professional fees analysis and open case matters with W. Pederson, EisnerAmper. | 585.00 | 0.2 | 117.00 |
| Anthony Calascibetta | 08/18/2020 | Discussed professional fees analysis, professional fees carve out and claim base with W. Pederson, EisnerAmper. | 585.00 | 0.4 | 234.00 |
| William Pederson | 08/18/2020 | Update professional fee analysis. | 555.00 | 0.4 | 222.00 |
| Anthony Calascibetta | 08/19/2020 | Review of professional fees schedule and discussed with W. Pederson, EisnerAmper. | 585.00 | 0.5 | 292.50 |
| Anthony Calascibetta | 08/19/2020 | Review of budget, professional fees schedule and insider settlement proposal. | 585.00 | 0.3 | 175.50 |
| Anthony Calascibetta | 08/19/2020 | Discussed professional fees schedule, budget and carve outs and related analyses with W. Pederson, EisnerAmper. | 585.00 | 0.4 | 234.00 |
| Anthony Calascibetta | 08/19/2020 | Conference call with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss insider settlement proposal, professional fees analyses, budget, cash collateral budget and other recoveries. | 585.00 | 1.1 | 643.50 |

**Hollister Construction Services, LLC**
**August 1, 2020 through August 31, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 08/28/2020 | Review of professionals fee application and professional fees summary. | 585.00 | 0.1 | 58.50 |
| | | **Data Analysis Total** | | **4.3** | **2,482.50** |
| | | Total Hours and Fees | | 18.3 | 10,453.50 |
| | | Less: 20% Voluntary Discount | | | (2,090.70) |
| | | **Grand Total** | | | **$ 8,362.80** |

6