**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**MONTHLY FEE STATEMENT OF McMANIMON, SCOTLAND & BAUMANN, LLC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC, FOR THE PERIOD AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

        **McMANIMON, SCOTLAND & BAUMANN, LLC**
        *Attorneys for Official Committee of Unsecured*
        *Creditors of Hollister Construction Services, LLC*

        By:      */s/ Sam Della Fera, Jr.*
                  Sam Della Fera, Jr.

4827-7511-3131v.1

**MS&B** McMANIMON • SCOTLAND • BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
Creditors' Committee - Hollister          CLIENT #        00016030-00001
Construction Services, LLC                INVOICE #       174891
                                          INVOICE DATE:   September 18, 2020

                                          BILLING REF:    SDF
```

### INVOICE SUMMARY

For professional services rendered through 08/31/20, in connection with the matter titled:

#### Committee Representation

```
TOTAL FEES                                      15937.50
TOTAL DISBURSEMENTS ADVANCED                      258.60
TOTAL FOR INVOICE                               16196.10
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**  McMANIMON • SCOTLAND • BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Sep 18, 2020    PAGE    2

PROFESSIONAL SERVICES RENDERED

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/03/20 | SDF | Review filed order modifying stay for creditor Latz Inc.; review e-mail from B. Buechler to counsel regarding same. | .20 | 95.00 |
| 08/03/20 | SDF | Telephone call with EisnerAmper regarding preparation for Committee call and other pending matters. | .30 | 142.50 |
| 08/03/20 | SDF | Conference call with Committee regarding pending matters (includes preparation). | 1.20 | 570.00 |
| 08/03/20 | SDF | Review letter to court from creditor Meridia Transit Plaza Urban Renewal, Dover regarding Latz Inc.'s motion for stay relief. | .10 | 47.50 |
| 08/03/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 08/03/20 | JHR | Reviewed memo on status of case in advance of conference call with committee. | .10 | 47.50 |
| 08/03/20 | JHR | Conference call with committee | .90 | 427.50 |
| 08/04/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 08/04/20 | SDF | Review withdrawal of claim by Carson Corporation. | .10 | 47.50 |

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Sep 18, 2020        PAGE    3


    08/04/20 SDF Review e-mail from Debtor's counsel           .20       95.00
                 regarding week 45 scorecard to PNC
                 Bank; send e-mail to EisnerAmper
                 regarding same.

    08/06/20 SBP Update chart with motions and                 .10       27.50
                 applications

    08/06/20 SDF Review July 2020 invoices of ordinary         .20       95.00
                 course professional Hedinger &
                 Lawless, from Debtor's counsel.

    08/06/20 SDF Attend telephonic hearing on Debtor's         .40      190.00
                 continued use of cash collateral and
                 other pending matters.

    08/06/20 SDF Review court's notice of rescheduled          .10       47.50
                 hearing scheduled on Herc Rentals'
                 motion to enforce settlement with
                 Debtor.

    08/06/20 SDF Review court's notice of status               .10       47.50
                 conference hearing scheduled for
                 8/20/20.

    08/06/20 SDF Review Debtor's third motion for              .30      142.50
                 order further enlarging period within
                 which Debtor may remove actions.

    08/06/20 SDF Review e-mails form Debtor's counsel          .40      190.00
                 to court regarding proposed form of
                 twenty-second interim cash collateral
                 order; review e-mail from R. Nies
                 regarding same.

    08/07/20 SBP Update chart with motions and                 .10       27.50
                 applications
```

**MS&B** McMANIMON · SCOTLAND · BAUMANN   75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Sep 18, 2020        PAGE    4


    08/07/20 SDF  Review filed bridge order further             .10       47.50
                  enlarging period within which the
                  Debtor may remove actions.

    08/07/20 SDF  Review filed twenty-second interim            .10       47.50
                  cash collateral order.

    08/07/20 SDF  Review amended claim filed by SP              .20       95.00
                  Builders Contractors.

    08/10/20 SDF  Review July 2020 monthly staffing and         .20       95.00
                  compensation report of 10X CEO
                  Coaching.

    08/10/20 SDF  Review filed certification of no              .10       47.50
                  objection to Debtor's counsel's March
                  2020 monthly fee statement.

    08/10/20 SDF  Review letter from counsel for Haddad         .20       95.00
                  Heating & Plumbing to Debtor's
                  special counsel regarding proposed
                  resolution of preference claim and
                  special counsel's response.

    08/10/20 SDF  Telephone call to J. Holman regarding         .20       95.00
                  case status.

    08/10/20 SDF  Review response and reservation of            .20       95.00
                  rights filed by Benco, Inc. to
                  Debtor's order to show cause for
                  channeling injunction regarding
                  Ironside project.

    08/10/20 SDF  Review answers to Debtor's amended            .20       95.00
                  complaint in Ironside channeling
                  injunction action, filed by City
                  Contracting, Inc. and Mix On Site USA.
```

MS&B  McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Sep 18, 2020        PAGE    5


     08/10/20 SDF  Review reservation of rights to order      .20      95.00
                   to show cause in Ironside litigation,
                   filed by City Contracting, Inc. and
                   Mix On Site USA.

     08/10/20 SDF  Review objection filed by Dehn Bros.       .10      47.50
                   Fire Protection to order to show
                   cause in Ironside litigation.

     08/10/20 SDF  Review objection field by Leslie           .30     142.50
                   Katchen Steel Construction Inc. to
                   order to show cause in Ironside
                   litigation.

     08/10/20 SBP  Update chart with motions and              .10      27.50
                   applications

     08/11/20 SDF  Review e-mail from Debtor's counsel        .20      95.00
                   regarding proposed form of stipulated
                   order allowing late-filed claim of
                   Belmont Glass & Mirror Co.

     08/11/20 SDF  Review Debtor's week 46 scorecard to       .30     142.50
                   PNC Bank; e-mails with EisnerAmper
                   regarding same.

     08/11/20 SDF  E-mails with L. Bielskie regarding         .30     142.50
                   status of global settlement
                   negotiations and Disclosure Statement
                   hearing.

     08/11/20 SDF  Telephone call from counsel for            .30     142.50
                   Advanced Scaffold Services regarding
                   status of global settlement
                   negotiations.

     08/11/20 SDF  Telephone call with Committee chair        .30     142.50
                   regarding pending matters.
```

**MS&B**  McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Sep 18, 2020      PAGE    6


   08/12/20 SDF Conference call with EisnerAmper         .70     332.50
                regarding pending matters.

   08/12/20 SBP Update chart with motions and            .30      82.50
                applications

   08/12/20 JHR Reviewed various preference              .10      47.50
                complaints filed.

   08/12/20 SDF Review Debtor's filed preference         .20      95.00
                complaint against America Enterprise
                Corp.

   08/12/20 SDF Review Debtor's filed preference         .20      95.00
                complaint against James Floor
                Covering Co.

   08/12/20 SDF Review Debtor's filed preference         .20      95.00
                complaint against Multi Proof
                Maintenance.

   08/12/20 SDF Review Debtor's filed preference         .20      95.00
                complaint against New Society
                Cleaning, LLC.

   08/12/20 SDF Review Debtor's filed preference         .20      95.00
                complaint against Bens Masonry LLC.

   08/12/20 SDF Review Debtor's filed preference         .20      95.00
                complaint against Alessandra
                Miscellaneous Metalworks.

   08/12/20 SDF Review Debtor's filed preference         .20      95.00
                complaint against Empire Excavating.

   08/12/20 SDF Review Debtor's filed preference         .20      95.00
                complaint against Acies Group.

   08/12/20 SDF Review Debtor's filed preference         .20      95.00
                complaint against Danch Floors.
```

MS&B  McMANIMON · SCOTLAND · BAUMANN         75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Sep 18, 2020        PAGE    7


   08/12/20 SDF  Review Debtor's filed preference                  .20      95.00
                 complaint against BBS Construction.

   08/12/20 SDF  Review Debtor's filed preference                  .20      95.00
                 complaint against Essex Mechanical.

   08/12/20 SDF  Review Debtor's filed preference                  .20      95.00
                 complaint against Grandview
                 Waterproofing.

   08/12/20 SDF  Review Debtor's filed preference                  .20      95.00
                 complaint against Hanson Build Group.

   08/12/20 SDF  Telephone call to B. Katz regarding               .20      95.00
                 status of insider settlement
                 negotiations.

   08/12/20 SDF  E-mails with counsel for Debtor, U.S.             .30     142.50
                 Trustee, and PNC Bank regarding
                 stipulation allowing late filed claim
                 of Belmont Glass & Mirror Co.; review
                 filed application for entry and
                 e-mail to court.

   08/12/20 SDF  Review and reply to e-mail from M.                .20      95.00
                 Kerz regarding case status and
                 Disclosure Statement hearing.

   08/12/20 SDF  E-mails with Debtor's counsel                     .20      95.00
                 regarding Disclosure Statement
                 hearing; e-mail with U.S. Trustee
                 attorney regarding same.

   08/12/20 SDF  Review Debtor's objection to motion               .30     142.50
                 of Herc Rentals to enforce settlement
                 agreement.
```

**MS&B** McMANIMON · SCOTLAND · BAUMANN                75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Sep 18, 2020        PAGE    8


   08/12/20 SDF  Review Debtor's motion for order               .20      95.00
                 authorizing filing exhibits under
                 seal regarding objection to Herc
                 Rentals' motion to enforce settlement.

   08/13/20 SDF  Review filed stipulation and order             .10      47.50
                 allowing late filed claim of Belmont
                 Glass & Mirror Co.

   08/13/20 SDF  Attend telephonic hearing on Herc              .80     380.00
                 Rentals' motion to enforce settlement
                 and Debtor's motion to reject
                 contract.

   08/13/20 SDF  Review certification of no objection           .20      95.00
                 to firm's June 2020 monthly fee
                 statement.

   08/13/20 SDF  E-mails with M. Herz regarding                 .20      95.00
                 adjournment of Disclosure Statement
                 hearing and related objection
                 deadline.

   08/13/20 SDF  Review Debtor's motion to extend               .30     142.50
                 exclusive Plan solicitation period.

   08/13/20 SDF  Review limited objection of Arch               .20      95.00
                 Insurance Co. to Debtor's settlement
                 with Orion Interiors.

   08/13/20 SDF  Review Debtor's filed notice of                .20      95.00
                 adjournment of Disclosure Statement
                 hearing.

   08/13/20 LD   Set up telephonic court appearance             .10      12.50
                 for S. Della Fera at 8/13/20 hearing.

   08/13/20 LD   Prepare and e-file certification of            .20      25.00
                 no objection to MSB's June 2020 fee
                 statement.
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B** McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Sep 18, 2020      PAGE    9


    08/13/20 SBP Update chart with motions and                  .20      55.00
                 applications

    08/14/20 SBP Update chart with motions and                  .10      27.50
                 applications

    08/14/20 SDF Review court's notice of                       .10      47.50
                 determination of adjournment of joint
                 motion to approve settlement between
                 Debtor and Newark Warehouse entities.

    08/14/20 SDF Review notice of appearance of                 .10      47.50
                 additional counsel for Arch Insurance
                 Co.

    08/14/20 SDF E-mails with J. Schwartz regarding             .20      95.00
                 Debtor's proposed settlement with
                 Orion Interiors.

    08/14/20 SDF Send e-mail to Committee regarding             .50     237.50
                 adjournment of Disclosure Statement
                 and Newark Warehouse settlement
                 hearings and other pending matters.

    08/14/20 SDF E-mails with Debtor's counsel                  .20      95.00
                 regarding status conference next week
                 and order to show cause hearing
                 regarding Ironside settlement
                 litigation.

    08/14/20 SDF Review court's notice of                       .10      47.50
                 determination of adjournment of Mix
                 On Site USA's stay relief motion.

    08/17/20 SDF Telephone call with EisnerAmper                .50     237.50
                 regarding case status an preparation
                 for status conference.
```

**MS&B** McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Sep 18, 2020      PAGE   10


  08/17/20 SDF  E-mails with escrow agent regarding          .40     190.00
                current project settlement escrow
                account information.

  08/17/20 SDF  Review late filed claim of personal          .20      95.00
                injury plaintiff Amaris Jackson-Munoz.

  08/18/20 SDF  Telephone call to B. Katz regarding          .30     142.50
                status of settlement negotiations.

  08/18/20 SDF  Review e-mail from Prime Clerk               .20      95.00
                regarding July 2020 invoice and
                balance due.

  08/18/20 SDF  E-mails with counsel for Debtor,             .30     142.50
                Bank, and Arch regarding settlement
                conference call.

  08/18/20 SDF  Review e-mail from B. Katz regarding         .30     142.50
                current settlement proposal from
                insiders.

  08/18/20 SDF  Review Debtor's week 47 scorecard to         .30     142.50
                PNC Bank; send e-mails to EisnerAmper
                regarding same and analysis of
                administrative and priority claims.

  08/18/20 SDF  Review motion of FM Construction for         .40     190.00
                stay relief.

  08/18/20 SBP  Update chart with motions and                .10      27.50
                applications

  08/18/20 LD   Set up court appearance for August           .10      12.50
                20, 2020 for Sam Della Fera.

  08/19/20 SDF  Telephone call with EisnerAmper            1.20     570.00
                regarding analysis of professional
                fees and carve-out, proposed
                settlement terms with Arch and
                insiders, and related matters.
```

MS&B  McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Sep 18, 2020       PAGE   11


   08/19/20 SDF Review e-mails from Debtor's counsel            .40      190.00
               and others regarding proposed form of
               twenty-third interm cash collateral
               order and redline; e-mail to
               EisnerAmper regarding same.

   08/19/20 SDF Return call to D. Cohen regarding               .30      142.50
               Ironside settlement, estate claims
               against insiders, and other pending
               matters.

   08/19/20 SDF Review analysis of professional fees            .30      142.50
               from EisnerAmper.

   08/19/20 SDF Conference call with counsel for              1.00       475.00
               Debtor, PNC Bank, Arch, and insiders
               regarding case status, settlement
               negotiations, and related matters.

   08/19/20 SDF Review EisnerAmper's priority and               .20       95.00
               unsecured claims analysis.

   08/19/20 SDF Telephone call form K. Rosen                    .20       95.00
               regarding proposed settlement with
               insiders and Arch, and professional
               fee issue.

   08/20/20 SDF Review EisnerAmper's July 2020                  .20       95.00
               monthly fee statement for filing.

   08/20/20 SDF Attend telephonic case hearing and              .70      332.50
               status conference (includes
               preparation).

   08/20/20 SDF Review Debtor's errors and omissions            .40      190.00
               insurance policy from Berkeley
               Assurance Co.
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN

75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Sep 18, 2020        PAGE   12


   08/20/20 SDF  Telephone call with J. Holman                .30      142.50
                 regarding settlement issues and next
                 steps.

   08/20/20 SDF  Review e-mail to court from Debtor's         .20       95.00
                 counsel regarding proposed form of
                 twenty=third cash collateral order;
                 review filed order.

   08/20/20 SDF  Telephone call with EisnerAmper              .40      190.00
                 regarding outcome of status
                 conference today, scheduled
                 settlement conference, and next steps.

   08/20/20 SDF  Review Debtor's counsel's filed              .30      142.50
                 monthly fee statement for April 2020;
                 send e-mail to EisnerAmper regarding
                 same.

   08/20/20 SDF  Review firm's July prebill in                .20       95.00
                 preparation for monthly fee statement.

   08/20/20 LD   E-file EisnerAmper's monthly fee             .20       25.00
                 statement for July 2020.

   08/20/20 SBP  Update chart with motions and                .20       55.00
                 applications

   08/21/20 SDF  Review Debtor's July 2020 monthly            .30      142.50
                 operating reports; send e-mail to
                 EisnerAmper regarding same.

   08/21/20 SDF  Review clerk's certification of no           .10       47.50
                 objection to Debtor's settlement with
                 Higgins Fire Protection.

   08/21/20 SDF  Review clerk's certification of no           .10       47.50
                 objection to Debtor's settlement with
                 Bailey's Janitorial Services.
```

**MS&B**  McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Sep 18, 2020        PAGE   13


    08/21/20 SDF Review e-mail from court regarding              .10       47.50
                 zoom invitation for status conference.

    08/21/20 SDF Review and analyze Debtor's motion to           .40      190.00
                 invalidate prepetition construction
                 liens on Lifetown project.

    08/21/20 SDF Review Debtor's application and                 .20       95.00
                 proposed order to shorten time on
                 motion to invalidate prepetition
                 construction liens on Lifetown
                 project.

    08/24/20 SDF Review Debtor's reply to Arch's                 .30      142.50
                 objection to motion to approve Orion
                 Interiors settlement.

    08/24/20 SDF Review e-mail from Debtor's counsel             .10       47.50
                 regarding zoom video status
                 conference on September 3, 2020.

    08/24/20 SDF Review joinder and reply of Orion               .20       95.00
                 Interiors regarding motion to approve
                 settlement.

    08/24/20 SBP Update chart with motions and                   .10       27.50
                 applications

    08/24/20 SDF Review filed order shortening time              .10       47.50
                 for hearing on Debtor's motion to
                 invalidate construction liens on
                 Lifetown project.

    08/25/20 SDF Review Debtor's week 49 scorecard to            .30      142.50
                 PC Ban; send e-mail to EisnerAmper
                 regarding same.
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Sep 18, 2020        PAGE   14


     08/25/20 SDF  Telephone call with A. Calascibetta       .20       95.00
                   regarding status of Arch settlement
                   negotiations and other pending
                   matters.

     08/25/20 SDF  Telephone call to B. Katz regarding       .30      142.50
                   status of Arch settlement
                   negotiations and related matters.

     08/26/20 SBP  Update chart with motions and             .10       27.50
                   applications

     08/27/20 SBP  Update chart with motions and             .10       27.50
                   applications

     08/27/20 SDF  Review Debtor's notice of agenda of       .20       95.00
                   matters scheduled for hearing today.

     08/27/20 SDF  E-mails with M. Herz regarding            .20       95.00
                   adjournment of Disclosure Statement
                   hearing.

     08/27/20 SDF  Review filed order resolving motion       .20       95.00
                   of personal injury plaintiff L.
                   Dapias for stay relief.

     08/27/20 SDF  Attend telephonic court hearing on        .30      142.50
                   Orion Interiors settlement and
                   extension of time for Debtor to
                   remove actions.

     08/27/20 SDF  Review filed certificates of no           .20       95.00
                   objection to Debtor's counsel's
                   January and February monthly fee
                   statements.

     08/27/20 SDF  Review proposed form of revised           .30      142.50
                   agreed order approving Debtor's
                   settlement with Orion Interiors.
```

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE  Sep 18, 2020       PAGE   15


  08/27/20 SDF Telephone call with B. Buechler              .60      285.00
               regarding global settlement issues.

  08/27/20 SDF Review filed order extending Debtor's        .10       47.50
               time to remove actions.

  08/27/20 SDF Review filed revised order approving         .10       47.50
               settlement with Orion Interiors.

  08/28/20 SDF Telephone calls with B. Katz and A.          .70      332.50
               Calascibettta regarding global
               settlement issues.

  08/28/20 SDF Review firm's July 2020 monthly fee          .30      142.50
               statement for filing.

  08/28/20 SDF Review Debtor's counsel's monthly fee        .30      142.50
               statement for May 2020.

  08/28/20 LD  Prepare and e-file MSB's July 2020           .20       25.00
               fee statement.

  08/31/20 SBP Update chart with motions and                .10       27.50
               applications

  08/31/20 SDF Telephone call from K. Rosen                 .40      190.00
               regarding global settlement issues.

  08/31/20 SDF Review motion for stay relief filed          .40      190.00
               by personal injury plaintiff A.
               Jackson-Munoz.

TOTAL FEES:                                              34.90    15937.50


DATE         CODE                    DESCRIPTION                  AMOUNT

08/31/20 Inside Duplicating                                       108.60
08/06/20 Miscellaneous Expenses      Miscellaneous                 50.00
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Sep 18, 2020    PAGE   16


                                         Expenses-court Solutions
    08/13/20 Miscellaneous Expenses      Miscellaneous                    50.00
                                         Expenses-Court Solutions
    08/27/20 Miscellaneous Expenses      Miscellaneous                    50.00
                                         Expenses-Court Solutions

 TOTAL DISBURSEMENTS                                                     258.60
```