UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

TESSER & COHEN
946 Main Street
Hackensack, New Jersey 07601
(201) 343-1100
Lee M. Tesser, Esq.
Danielle Cohen, Esq.
*Attorneys for Herc Rentals, Inc.*

In Re:

Hollister Construction Services, LLC

Case No.: 19-27439-MBK

Chapter: 11

Judge: Michael Kaplan

Hearing Date: November 14, 2019 at 10am

## ORDER (1) LIFTING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND (2) PERMITTING HERC RENTALS, INC. TO REMOVE ITS PROPERTY FROM VARIOUS PROJECTS

The relief set forth on the following page, numbered two (2), is **ORDERED**.

_____
MICHAEL B. KAPLAN,
USBJ

9/23/2020

Page 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Granting Motion of Herc Rentals, Inc. for Entry of an Order Lifting the
Automatic Stay Pursuant to 11 U.S.C. § 362

THIS MATTER having been opened to the Court upon the Motion of Herc Rentals, Inc. ("Herc") for an ordering lifting the automatic stay pursuant to 11 U.S.C. § 362 and permitting Herc to remove its property from the various projects within ~~two (2)~~ four (4) weeks of the date of this Order; and good and sufficient notice of the motion having been provided and after consideration of the pleadings and a hearing if applicable, and for good cause shown:

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The automatic stay is hereby lifted pursuant to 11 U.S.C. § 362 related to the property listed below:

   a. 2865 Creston, Bronx, New York: **Telehandler 5500lb 16-20ft Lift Rops**
   b. Fairleigh Dickinson, Teaneck, New Jersey: **(2) Light Tower Elec Mast 23ft LED Cart 120V**
   c. The Vestry, 147 Bloomfield Avenue, Montclair, New Jersey: **Pallet Lift 5500lb W/B Manual**
   d. 174 Kings Highway, Brooklyn, New York: **40 KW Generator DSL, Spider Box Cable 66/4 50ft 50A CS**
   e. Red Hook, New York: **20 KW Generator DSL**
   f. 2880 Jerome Avenue, Bronx, New York: **175KW Generator DSL, (3) Cable 2 50ft Camlock 5 Banded; (10) Male Pigtail 4/0 under 10ft; (12) Cable 4/0 50ft Camlock**
   g. 369 Interpace Parkway, Parsippany, New Jersey: **Telehandler 600lb 34-36ft Lift Rops**
   h. Rutgers Honors Living & Learning, 130 Washington Street, Newark, New Jersey 07102: **Floor Stripper w/b 500lb Elec; Fuel Tank 552 Gallon** (MBK)
   i. The HUB Project, 700 Frank E Rogers Blvd S, Harrison, New Jersey: **Light Tower Man Mast 16ft LED Cart 120V; (4) Fuel Tank 552 Gallon, 20KW Generator DSL, 100KW Generator DSL, 55KW Generator DSL.**
   (The above rental equipment is collectively referred to as the "Property")

3. Herc is permitted to remove its Property from the various projects listed above within ~~two~~ four (4) weeks of the date of this Order.