| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* | |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Hearing Date: 9/24/20 at 10:00 a.m.<br><br>Judge: Kaplan |

## ADJOURNMENT REQUEST

1.    I, Mary E. Seymour, a partner with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "Debtor"), hereby request an adjournment of the following matters for the reason set forth below.

    Matter:

        Amaris Jackson-Munoz's Motion for Relief From the Automatic Stay to Continue with State Court Personal Injury Claim Litigation to the Extent of Insurance Proceeds [Docket No. 1376]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
09/23/2020 207260629.1

-2-

Current Hearing Date:   September 24, 2020 at 10:00 a.m. (ET).

New Hearing Date Requested: October 9, 2020 at 10:00 a.m.

Reason for adjournment request:   The parties are working to reach a resolution of this motion without incurring the expense of litigation.

2. Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: September 23, 2020                /s/ Mary E. Seymour
                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 10/8/20 @ 10:00 am      ☐Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

-2-