UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

TESSER & COHEN
946 Main Street
Hackensack, New Jersey 07601
(201) 343-1100
Lee M. Tesser, Esq.
Danielle Cohen, Esq.
*Attorneys for Herc Rentals, Inc.*

In Re:

Hollister Construction Services, LLC

Order Filed on September 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    19-27439-MBK

Chapter:    11

Judge:    Michael Kaplan

Hearing Date: November 14, 2019 at 10am

## AMENDED ORDER (1) LIFTING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND (2) PERMITTING HERC RENTALS, INC. TO REMOVE ITS PROPERTY FROM VARIOUS PROJECTS

The relief set forth on the following page, numbered two (2), is **ORDERED**.

**DATED: September 24, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Granting Motion of Herc Rentals, Inc. for Entry of an Order Lifting the
Automatic Stay Pursuant to 11 U.S.C. § 362

THIS MATTER having been opened to the Court upon the Motion of Herc Rentals, Inc. ("Herc") for an ordering lifting the automatic stay pursuant to 11 U.S.C. § 362 and permitting Herc to remove its property from the various projects ~~within two (2) weeks of~~ *no sooner than four (4) weeks from* the date of this Order; and good and sufficient notice of the motion having been provided and after consideration of the pleadings and a hearing if applicable, and for good cause shown:

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The automatic stay is hereby lifted pursuant to 11 U.S.C. § 362 related to the property listed below:



a. [redacted]
b. [redacted]
c. [redacted]
d. [redacted]
e. [redacted]
f. [redacted]
g. [redacted]
h. [redacted]
i. The HUB Project, 700 Frank E Rogers Blvd S, Harrison, New Jersey: **Light Tower Man Mast 16ft LED Cart 120V; (4) Fuel Tank 552 Gallon, 20KW Generator DSL, 100KW Generator DSL, 55KW Generator DSL.**
(The above rental equipment is collectively referred to as the "Property")

3. Herc is permitted to remove its Property from the various projects listed above ~~[redacted]~~ *no sooner than four (4) weeks from* ~~[redacted]~~ the date of this Order.

(MBK)