| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)

TESSER & COHEN
946 Main Street
Hackensack, New Jersey 07601
(201) 343-1100
Lee M. Tesser, Esq.
Danielle Cohen, Esq.
*Attorneys for Herc Rentals, Inc.*

In Re:

Hollister Construction Services, LLC

Case No.: 19-27439-MBK

Chapter: 11

Judge: Michael Kaplan

**Hearing Date: November 14, 2019 at 10am**

## ORDER (1) LIFTING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND (2) PERMITTING HERC RENTALS, INC. TO REMOVE ITS PROPERTY FROM VARIOUS PROJECTS

The relief set forth on the following page, numbered two (2), is **ORDERED**.

*[Signature]*
MICHAEL B. KAPLAN,
USBJ

9/23/2020

Page 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: Order Granting Motion of Herc Rentals, Inc. for Entry of an Order Lifting the
Automatic Stay Pursuant to 11 U.S.C. § 362

THIS MATTER having been opened to the Court upon the Motion of Herc Rentals, Inc. ("Herc") for an ordering lifting the automatic stay pursuant to 11 U.S.C. § 362 and permitting Herc to remove its property from the various projects within ~~two (2)~~ four (4) weeks of the date of this Order; and good and sufficient notice of the motion having been provided and after consideration of the pleadings and a hearing if applicable, and for good cause shown:

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The automatic stay is hereby lifted pursuant to 11 U.S.C. § 362 related to the property listed below:

   a. 2865 Creston, Bronx, New York: **Telehandler 5500lb 16-20ft Lift Rops**
   b. Fairleigh Dickinson, Teaneck, New Jersey: **(2) Light Tower Elec Mast 23ft LED Cart 120V**
   c. The Vestry, 147 Bloomfield Avenue, Montclair, New Jersey: **Pallet Lift 5500lb W/B Manual**
   d. 174 Kings Highway, Brooklyn, New York: **40 KW Generator DSL, Spider Box Cable 66/4 50ft 50A CS**
   e. Red Hook, New York: **20 KW Generator DSL**
   f. 2880 Jerome Avenue, Bronx, New York: **175KW Generator DSL, (3) Cable 2 50ft Camlock 5 Banded; (10) Male Pigtail 4/0 under 10ft; (12) Cable 4/0 50ft Camlock**
   g. 369 Interpace Parkway, Parsippany, New Jersey: **Telehandler 600lb 34-36ft Lift Rops**
   h. Rutgers Honors Living & Learning, 130 Washington Street, Newark, New Jersey 07102: **Floor Stripper w/b 500lb Elec; Fuel Tank 552 Gallon** ( N/A )
   i. The HUB Project, 700 Frank E Rogers Blvd S, Harrison, New Jersey: **Light Tower Man Mast 16ft LED Cart 120V; (4) Fuel Tank 552 Gallon, 20KW Generator DSL, 100KW Generator DSL, 55KW Generator DSL.**
   (The above rental equipment is collectively referred to as the "Property")

3. Herc is permitted to remove its Property from the various projects listed above within ~~two (2)~~ four (4) weeks of the date of this Order.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Hollister Construction Services, LLC  
      Debtor

Case No. 19-27439-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 23, 2020  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2020.  
db       +Hollister Construction Services, LLC,   339 Jefferson Road,    Parsippany, NJ 07054-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2020 at the address(es) listed below:  
NONE.                                                                     TOTAL: 0