# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
|  | ) |
| Debtor. | ) |
|  | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Arnold A. Jaglal, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On September 16, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Stormtrap LLC, (MMLID 8777406), 1287 Windham Pkwy, Romeoville, IL 60446-1763:

- Notice of Debtor's Motion for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling a Plan Confirmation Hearing and Deadline for Filing Objections to Confirmation of the Plan, and (F) Approving the Related Form of Notice [Docket No. 1197]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

*[Remainder of the page intentionally left blank]*

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Dated: September 23, 2020

*/s/ Arnold A. Jaglal*
Arnold A. Jaglal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 23, 2020, by Arnold A. Jaglal, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ Liz Santodomingo
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022