**MELLINGER KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
By: Joseph R. Zapata, Jr. Esq.
Tel. (973) 267-0220
*Attorney for STMR, INC.*

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES** | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Chapter    11<br><br>Case No.:  19-27439-MBK<br><br>Judge:     Michael B. Kaplan |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Judah B. Loewenstein, Esq. a Member of the law firm of Mellinger Kartzman LLC, will be substituted as attorney of record for Joseph R. Zapata, Jr., Esq., as counsel for STMR, Inc.


Dated:  August 28, 2020            By:    /s/ Joseph R. Zapata, Jr., Esq.
                                          Signature of Former Attorney


Dated:  August 28, 2020            By:    /s/ Judah B. Loewenstein, Esq.
                                          Signature of Substituted Attorney