**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph DiPasquale, Esq. (jdispasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER (A) APPROVING THE DISCLOSURE STATEMENT, (B) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN, (C) APPROVING THE FORM OF BALLOT AND SOLICITATION MATERIALS, (D) ESTABLISHING THE VOTING RECORD DATE, (E) SCHEDULING A PLAN CONFIRMATION HEARING AND DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN, AND (F) APPROVING THE RELATED FORM OF NOTICE**

**PLEASE TAKE NOTICE** that on June 19, 2020, Hollister Construction Services, LLC, the above-captioned debtor and debtor-in- possession (the "Debtor"), filed the *Debtor's Motion for Entry of an Order Approving the Disclosure Statement, (B) Establishing Procedures*

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

*for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling a Plan Confirmation Hearing and Deadline for Filing Objections to Confirmation of the Plan, and (F) Approving the Related Form of Notice* (the "<u>Disclosure Statement Motion</u>")[Docket no. 1197].

**PLEASE TAKE FURTHER NOTICE THAT** A HEARING ON THE DISCLOSURE STATEMENT MOTION, PREVIOUSLY SCHEDULED FOR OCTOBER 9, 2020 AT 10:00 A.M., HAS BEEN ADJOURNED TO **NOVEMBER 12, 2020 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE MICHAEL B. KAPLAN, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY, 402 EAST STATE STREET, COURTROOM #8, TRENTON, NEW JERSEY 08608.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to approval of the Disclosure Statement Motion must be (a) in writing and served on or before **November 5, 2020 at 4:00 p.m. (ET)**[2] (the "<u>Objection Deadline</u>"); (b) filed with the Clerk of the Bankruptcy Court, 402 East State Street, Trenton, New Jersey  08608 on or before the Objection Deadline; and (c) served as to be received on or before the Objection Deadline by the undersigned counsel to the Debtor.

**PLEASE TAKE FURTHER NOTICE** that copies of the Disclosure Statement Motion, the Disclosure Statement, the Plan, notices, and proposed ballots will be publicly available for review by  accessing the Bankruptcy Court's website www.njb.sucourts.gov (a PACER account is required).  Copies of these documents can also be obtained free of charge by contacting Debtor's counsel at the address below or from the website of the Debtor's Claims and Noticing Agent, at https://cases.primeclerk.com/hcs/.

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement, the Plan, notices, proposed ballots and the  proposed order approving the Disclosure Statement may be

---

[2] Extended from October 1, 2020 at 4:00 p.m.

modified at any time prior to or at the Hearing on the Disclosure Statement Motion, and that the Court may enter such order(s) as it deems appropriate at the Hearing.

**PLEASE TAKE FURTHER NOTICE** THAT THE HEARING ON THE DISCLOSURE STATEMENT MOTION MAY BE ADJOURNED FROM TIME TO TIME WITHOUT NOTICE TO ANY CREDITOR OR OTHER PARTY IN INTEREST OTHER THAN BY ANNOUNCEMENT OF THE ADJOURNED DATE IN OPEN COURT ON THE DATE OF THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE DISCLOSURE STATEMENT MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 5, 2020

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ Kenneth A. Rosen, Esq.
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph DiPasquale, Esq.
Jennifer B. Kimble, Esq. (admitted *pro hac vice*)
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com
*Counsel to the Debtor and Debtor-in-Possession*