**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | Chapter 11 |
|---|---|
| **HOLLISTER CONSTRUCTION SERVICES, LLC**,[1] | Case No. 19-27439 (MBK) |
| Debtor. | Re: Docket No. 644 and 903 |

**NOTICE OF REVISION OF CERTAIN OF THE TERMS OF THE AMENDED INDEPENDENT MANAGER AGREEMENT**

The above-captioned debtor and debtor-in-possession, Hollister Construction Services, LLC (the "Debtor"), by and through its counsel, hereby files this Notice of Revision of certain terms and the scope of the services to be provided by Bernard Katz as the Debtor's independent manager under the Amended Independent Manager Agreement (the "Agreement") that was filed with the Court on February 5, 2020 [Docket No. 903]. The Agreement is hereby deemed amended as follows:

1. The scope of services to be provided by independent manager set forth in paragraph 1 of the Agreement is hereby expanded to include work (i) assisting the Debtor in the

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

review and evaluation of a potential accounting malpractice claim, and (ii) review and analysis of administrative and priority claims.

2. The independent manager's compensation as set forth in section 4 of the Agreement is hereby revised to read that the monthly cap for the months of October, November and December 2020 will be $25,000 per month.

3. The independent manager's term as set forth in section 6(a) of the Agreement is hereby revised to read December 31, 2020, instead of March 31, 2020.

4. All other terms of the Agreement shall remain in effect unless expressly modified by this Notice of Revision.

Dated: October 13, 2020

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq. (admitted *pro hac vice*)
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
aadler@lowenstein.com
bbuechler@lowenstein.com
jdipasquale@lowenstein.com
jkimble@lowenstein.com
krosen@lowenstein.com
mseymour@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*