**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq. (sdellafera@msbnj.com)
Joshua H. Raymond, Esq. (jraymond@msbnj.com)
*Attorneys for Official Committee of Unsecured*
*Creditors of Hollister Construction Services, LLC*

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

**MONTHLY FEE STATEMENT OF McMANIMON, SCOTLAND & BAUMANN, LLC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC, FOR THE PERIOD SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

        **McMANIMON, SCOTLAND & BAUMANN, LLC**
        *Attorneys for Official Committee of Unsecured*
        *Creditors of Hollister Construction Services, LLC*

        By:    */s/ Sam Della Fera, Jr.*
                  Sam Della Fera, Jr.

4827-7511-3131v.1



MS&B  McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
Creditors' Committee - Hollister        CLIENT #        00016030-00001
Construction Services, LLC              INVOICE #       175488
                                        INVOICE DATE:   October 12, 2020

                                        BILLING REF:    SDF
```

## INVOICE SUMMARY

For professional services rendered through 09/30/20, in connection with the matter titled:

### Committee Representation

```
TOTAL FEES                              10622.50
TOTAL DISBURSEMENTS ADVANCED              537.60
TOTAL FOR INVOICE                       11160.10
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON • SCOTLAND • BAUMANN      75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Oct 12, 2020        PAGE    2

PROFESSIONAL SERVICES RENDERED

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/01/20 | SDF | Review Debtor's week 49 scorecard to PNC Bank; e-mails with EisnerAmper regarding same. | .30 | 142.50 |
| 09/01/20 | SDF | Review Lifetown's reply to Debtor's motion to invalidate construction liens. | .20 | 95.00 |
| 09/01/20 | SDF | Review Debtor's Rule 2004 subpoena to Sax LLP and related e-mails. | .30 | 142.50 |
| 09/01/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 09/02/20 | SBP | Update chart with motions and applications | .20 | 55.00 |
| 09/02/20 | SDF | Telephone call with EisnerAmper regarding preparation for settlement conference tomorrow and other pending matters. | .60 | 285.00 |
| 09/02/20 | SDF | Review Debtor's notice of proposed settlement of preference action against Shehadi Commercial Flooring. | .20 | 95.00 |
| 09/02/20 | SDF | Review Debtor's notice of agenda of matters scheduled for hearing tomorrow. | .20 | 95.00 |
| 09/02/20 | SDF | Review e-mail from Debtor's counsel regarding proposed form of twenty-fourth interim cash collateral order and related budget. | .30 | 142.50 |

**MS&B** McMANIMON · SCOTLAND · BAUMANN     75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Oct 12, 2020      PAGE   3


    09/02/20 SDF  Review Debtor's notice of proposed              .20      95.00
                  settlement of preference action
                  against Hisko Excavating.

    09/03/20 SBP  Update chart with motions and                   .10      27.50
                  applications

    09/03/20 SDF  Telephone call from J. Holman                   .50     237.50
                  regarding settlement issues.

    09/03/20 SDF  Attend and appear at telephonic                 .70     332.50
                  hearing on cash collateral and other
                  matters.

    09/03/20 SDF  Calls with A. Calascibetta and W.               .60     285.00
                  Peterson regarding settlement
                  conference, cash collateral, and
                  other pending matters.

    09/03/20 SDF  Attend zoom settlement conference               .50     237.50
                  with court and counsel for all
                  parties.

    09/03/20 SDF  Review letter to court from Priority            .10      47.50
                  Electric Solutions regarding Debtor's
                  motion to invalidate lien against
                  Lifetown project.

    09/04/20 SDF  Review filed order partially                    .20      95.00
                  resolving Herc Rentals' motion for
                  stay relief.

    09/04/20 SDF  Review e-mail to court from Debtor's            .20      95.00
                  counsel regarding proposed
                  twenty-fourth interim cash collateral
                  order; review filed order.

    09/04/20 SDF  Review Debtor's notice of adjournment           .20      95.00
                  of disclosure statement hearing and
                  related dates and deadlines.
```

MS&B  McMANIMON · SCOTLAND · BAUMANN      75 Livingston Avenue, Roseland NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Oct 12, 2020        PAGE    4


    09/04/20 SDF  Review filed order extending Debtor's        .10        47.50
                  exclusive Plan solicitation period.

    09/04/20 SDF  Review filed certification of no             .10        47.50
                  objection to Debtor's counsel's April
                  2020 fee statement.

    09/05/20 SBP  Update chart with motions and                .10        27.50
                  applications

    09/08/20 LD   Set up 9/10/20 telephonic court              .10        12.50
                  appearance for S. Della Fera.

    09/08/20 LD   Prepare and e-file certifications of         .30        37.50
                  no objection to EisnerAmper's monthly
                  fee statements for June and July 2020.

    09/08/20 SBP  Update chart with motions and                .10        27.50
                  applications

    09/08/20 SDF  E-mails with M. Herz regarding status        .30       142.50
                  of Disclosure Statement hearing,
                  Ironside settlement, and order to
                  show cause.

    09/08/20 SDF  Review filed certifications of no            .20        95.00
                  objection to EisnerAmper's June and
                  July 2020 monthly fee statements.

    09/08/20 SDF  Review courts' determination of              .10        47.50
                  adjournment of Mix-On-Site's stay
                  relief motion.

    09/08/20 SDF  Review court's determination for             .10        47.50
                  adjournment request regarding motion
                  to approve settlement with Newark
                  Warehouse entities.
```

**MS&B** McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE    Oct 12, 2020        PAGE    5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/09/20 | SDF | Review Debtor's week 50 scorecard to PNC Bank; send e-mail to EisnerAmper regarding same. | .30 | 142.50 |
| 09/09/20 | SDF | Review Debtor's notice of adjournment of hearing on order to show cause in Ironside litigation. | .20 | 95.00 |
| 09/09/20 | SDF | Review August monthly staffing and compensation report filed by 10X CEO Coaching. | .20 | 95.00 |
| 09/10/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 09/10/20 | SDF | E-mails with Debtor's counsel regarding hearing today and adjournment. | .20 | 95.00 |
| 09/10/20 | SDF | E-mails and call with M. SIlverschotz regarding subcontractor creditor inquiry. | .60 | 285.00 |
| 09/11/20 | SDF | Telephone calls to B. Katz and J. Holman regarding status of insiders and Bank's negotiations with Arch. | .20 | 95.00 |
| 09/11/20 | LD | Set up 9/17/20 court appearance for S. Della Fera. | .10 | 12.50 |
| 09/14/20 | SDF | Telephone calls from B. Katz regarding status of settlement negotiations among insiders, Bank and Arch. | .30 | 142.50 |
| 09/14/20 | SDF | Review e-mail from Judge Kaplan's chambers regarding zoom information for 9/17/20 settlement conference; review e-mail from Debtor's counsel regarding same. | .20 | 95.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Oct 12, 2020        PAGE    6


   09/14/20 SDF  Telephone call from J. Holman              .30      142.50
                 regarding status of settlement
                 negotiations.

   09/14/20 SDF  Review and revise August prebill for       .20       95.00
                 monthly fee statement.

   09/15/20 LD   Prepare and e-file certificate of no       .20       25.00
                 objection to MSB's July 2020 fee
                 statement.

   09/15/20 SBP  Update chart with motions and              .10       27.50
                 applications

   09/15/20 SDF  Review certification of no objection       .10       47.50
                 to MS&B's July 2020 monthly fee
                 statement.

   09/15/20 SDF  E-mails with Debtor's counsel, Bank's      .30      142.50
                 counsel, and B. Katz regarding
                 settlement negotiations.

   09/16/20 SBP  Update chart with motions and              .10       27.50
                 applications

   09/16/20 SDF  Review filed order granting Debtor's       .20       95.00
                 motion to invalidate certain
                 prepetition construction liens on
                 Lifetown project.

   09/16/20 SDF  Review Debtor's week 51 scorecard to       .30      142.50
                 PNC Bank; send e-mail to EisnerAmper
                 regarding same.

   09/16/20 SDF  Telephone call from M. Seymour             .20       95.00
                 regarding hearing tomorrow.

   09/16/20 SDF  Review Debtor's filed notices of           .30      142.50
                 agenda for hearing tomorrow.
```

Document      Page 8 of 13


**MS&B**  McMANIMON · SCOTLAND · BAUMANN            75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Oct 12, 2020        PAGE    7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/16/20 | SDF | Review Prime Clerk's invoice for August 2020 and related e-mail. | .20 | 95.00 |
| 09/16/20 | SDF | Prepare for settlement conference tomorrow. | .30 | 142.50 |
| 09/16/20 | SDF | Review proposed form of twenty-fifth interim cash collateral order from Debtor's counsel; send e-mail to EisnerAmper regarding same. | .30 | 142.50 |
| 09/17/20 | SBP | Update chart with motions and applications | .10 | 27.50 |
| 09/17/20 | SDF | Review e-mail from Judge Kaplan's chambers regarding rescheduled zoom settlement conference; review e-mail from Debtor's counsel regarding same. | .20 | 95.00 |
| 09/17/20 | SDF | Attend and appear at telephonic hearing on cash collateral and other matters. | .70 | 332.50 |
| 09/17/20 | SDF | Review e-mails to court from Debtor's counsel regarding proposed form of twenty-fifth interim cash collateral order. | .20 | 95.00 |
| 09/17/20 | SDF | Review Debtor's counsel's filed certification of no objection to May 2020 monthly fee statement. | .10 | 47.50 |
| 09/17/20 | SDF | Review August monthly fee statement from EisnerAmper for filing. | .20 | 95.00 |
| 09/17/20 | SDF | Telephone call with EisnerAmper regarding case status and settlement negotiations. | .50 | 237.50 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN                75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Oct 12, 2020      PAGE    8


   09/18/20 SDF Review notice of Debtor's proposed              .20      95.00
               settlement of avoidance action
               against State Line Construction Co.

   09/18/20 SBP Update chart with motions and                   .10      27.50
               applications

   09/21/20 SBP Update chart with motions and                   .10      27.50
               applications

   09/21/20 SDF Review filed twenty-fifth interim               .20      95.00
               cash collateral order and e-mail from
               Debtor's counsel regarding same.

   09/21/20 SDF Review and reply to e-mail from M.              .20      95.00
               Silverschotz, counsel for bonded
               subcontractor, regarding bonding
               company claim settlements.

   09/22/20 SDF Review e-mails from counsel for Arch            .20      95.00
               and Debtor regarding status of Rule
               2004 discovery from Sax.

   09/22/20 SDF Return call to L. Diener, counsel for           .20      95.00
               Ironside subcontractor, regarding
               status of global settlement
               negotiations.

   09/22/20 SDF E-mails with counsel for Debtor, PNC            .20      95.00
               Bank, and Arch regarding rescheduled
               settlement conference.

   09/22/20 SDF Review Debtor's week 52 scorecard to            .30     142.50
               PNC Bank; send e-mail to EisnerAmper
               regarding same.

   09/23/20 LD  Prepare and e-file MSB's August 2020            .20      25.00
               monthly fee statement.
```

**MS&B** McMANIMON · SCOTLAND · BAUMANN                75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Oct 12, 2020      PAGE   9


   09/23/20 SBP  Update chart with motions and              .10        27.50
                 applications

   09/23/20 SDF  Review Debtor's filed August 2020          .30       142.50
                 operating report; send e-mail to
                 EisnerAmper regarding same.

   09/23/20 SDF  E-mails with M. Seymour regarding          .20        95.00
                 status of hearing tomorrow on
                 personal injury plaintiff's motion
                 for stay relief.

   09/23/20 SDF  Review filed order lifting automatic       .20        95.00
                 stay and permitting Herc Rentals to
                 remove equipment from certain
                 projects.

   09/23/20 SDF  Review firm's August 2020 monthly fee      .20        95.00
                 statement for filing.

   09/23/20 SDF  E-mails with court and Debtor's            .20        95.00
                 counsel regarding rescheduled zoom
                 settlement conference.

   09/23/20 SDF  Review e-mails from B. Buechler, R.        .50       237.50
                 Nies, and J. Holman regarding motion
                 to approve proposed settlement among
                 Debtor, PNC Bank and Arch regarding
                 NSA, FLACS, and Ironside projects.

   09/23/20 SDF  Telephone call with EisnerAmper            .30       142.50
                 regarding status of settlement
                 negotiations and other pending
                 matters.

   09/24/20 SDF  Review court's determination of            .10        47.50
                 adjournment of motion of personal
                 injury plaintiff for stay relief.
```

**MS&B**  McMANIMON • SCOTLAND • BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Oct 12, 2020        PAGE   10


    09/24/20 SDF  E-mails with counsel for Debtor and          .30      142.50
                  PNC Bank regarding motion to approve
                  settlement with NSA, FLACS, and
                  Ironside.

    09/24/20 SDF  Review filed amended order lifting           .10       47.50
                  automatic stay to permit Herc Rentals
                  to remove property from certain
                  projects.

    09/24/20 SDF  Telephone call to J. Holman regarding        .10       47.50
                  status of Arch settlement
                  negotiations.

    09/24/20 SDF  Review scheduled of pending and              .30      142.50
                  completed matters.

    09/24/20 SBP  Update chart with motions and                .10       27.50
                  applications

    09/25/20 SBP  Update chart with motions and                .10       27.50
                  applications

    09/25/20 SDF  Return call to L. Diener regarding           .20       95.00
                  status of global settlement
                  negotiations.

    09/25/20 SDF  Review clerk's filed certification of        .10       47.50
                  no objection to settlement with
                  Shehadi Commercial Flooring.

    09/25/20 SDF  Review clerk's filed certification of        .10       47.50
                  no objection to settlement with Hisko
                  Excavating.

    09/28/20 SDF  Review ECF notices of rescheduled            .20       95.00
                  October 8 hearings to October 9;
                  e-mails regarding same.
```

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

MS&B  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Oct 12, 2020      PAGE  11


     09/28/20 SDF  Review Debtor's week 53 scorecard to          .30     142.50
                   PNC Bank; e-mails with EisnerAmper
                   regarding same.

     09/29/20 SDF  Review e-mails from court regarding           .20      95.00
                   rescheduling of October 8 hearings to
                   October 9.

     09/29/20 SDF  Send e-mail to counsel for                    .20      95.00
                   negotiating parties regarding status
                   of settlement term sheet.

     09/29/20 SDF  E-mails with J. Holman regarding              .20      95.00
                   status of settlement negotiations.

     09/29/20 SDF  Telephone call from B. Katz regarding         .20      95.00
                   status of settlement negotiations and
                   term sheet.

     09/29/20 SDF  Review and analyze e-mail from D.             .30     142.50
                   Dreifuss regarding settlement
                   proposal from Debtor's principals.

     09/29/20 SDF  Legal research regarding new                  .40     190.00
                   Bankruptcy Court decision on
                   executory nature of surety bonds and
                   treatment as secured and unsecured
                   claims.

     09/29/20 SBP  Update chart with motions and                 .10      27.50
                   applications

     09/30/20 SDF  E-mails and call with EisnerAmper             .60     285.00
                   regarding settlement proposal from
                   Debtor's principals and related
                   matters.
```

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

```
CREDITORS' COMMITTEE - HOLLISTER CONSTRUCTION SE   Oct 12, 2020        PAGE   12


   09/30/20 SDF  Review court's determination of              .20         95.00
                 adjournment requests regarding
                 hearings on Ironside order to show
                 cause and settlement and Mix On Site
                 stay relief.

   09/30/20 SDF  Review proposed form of twenty-sixth         .40        190.00
                 interim cash collateral order and
                 budget; send e-mail to EisnerAmper
                 regarding same.

   09/30/20 SDF  Review filed June 2020 monthly fee           .30        142.50
                 statement of Debtor's counsel; send
                 e-mail to EisnerAmper regarding same.

   TOTAL FEES:                                              23.70      10622.50
```

| DATE | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 09/30/20 | Inside Duplicating | | 87.60 |
| 09/17/20 | Miscellaneous Expenses | Miscellaneous Expenses-Court Solutions | 450.00 |

TOTAL DISBURSEMENTS                                                     537.60

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York