EisnerAmper LLP
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000
*Accountants and Financial Advisors to the Official Committee of*
*Unsecured Creditors of Hollister Construction Services, LLC*


UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the Matter of:

HOLLISTER CONSTRUCTION SERVICES, LLC,         Case No. 19-27439 (MBK)
                                              Chapter 11
                                              (Honorable Michael B. Kaplan)
                       Debtor.


**TWELFTH MONTHLY FEE STATEMENT OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

                                              EisnerAmper LLP

                                              By:  /s/ Anthony R. Calascibetta
                                                     Anthony R. Calascibetta

**Hollister Construction Services, LLC**
**TIME SUMMARY BY PROFESSIONAL**
**September 1, 2020 through September 30, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Anthony R. Calascibetta CPA, CFF, CTP | Partner | 5.0 | $ 585.00 | $ 2,925.00 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 1.8 | $ 555.00 | 999.00 |
| DelMarie Velazquez | Paraprofessional | 0.8 | 135.00 | 108.00 |
| **GRAND TOTAL** | | **7.6** | **$ 530.53** | **$4,032.00** |

* Rates change annually effective August 1st.

| | |
|---|---|
| FEE TOTALS | $4,032.00 |
| LESS: 20% VOLUNTARY DISCOUNT | (806.40) |
| **GRAND TOTAL** | **$3,225.60** |

# ~ Exhibit A ~

**Hollister Construction Services, LLC**
**September 1, 2020 through September 30, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 09/01/2020 | Discussed upcoming settlement conference with W. Pederson, EisnerAmper. | $ 585.00 | 0.2 | $ 117.00 |
| Anthony Calascibetta | 09/02/2020 | Conference call with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss insiders settlement and professional fees carve out and overall professional fees. | 585.00 | 0.6 | 351.00 |
| William Pederson | 09/02/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: budget shortfall, insider settlement, and professional fees. | 555.00 | 0.5 | 277.50 |
| Anthony Calascibetta | 09/03/2020 | Attended zoom settlement conference. | 585.00 | 0.5 | 292.50 |
| Anthony Calascibetta | 09/03/2020 | Discussed settlement conference and insider settlement proposal and Arch claim with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 585.00 | 0.3 | 175.50 |
| William Pederson | 09/03/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: recap of hearing and settlement conference. | 555.00 | 0.3 | 166.50 |
| Anthony Calascibetta | 09/03/2020 | Discussed cash collateral hearing and upcoming settlement conference with S. Della Fera, MSB. | 585.00 | 0.3 | 175.50 |
| William Pederson | 09/18/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: adjournment and case status/open issues. | 555.00 | 0.5 | 277.50 |
| Anthony Calascibetta | 09/18/2020 | Conference call with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss status of insider settlement proposal and status conference. | 585.00 | 0.5 | 292.50 |
| Anthony Calascibetta | 09/18/2020 | Conference call with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss status of insider settlement proposal and status conference. | 585.00 | 0.5 | 292.50 |
| Anthony Calascibetta | 09/22/2020 | Discussed current status of insider settlement discussions, escrow account, professional fees, current budget and updated budget with M. Jacoby, Phoenix. | 585.00 | 0.6 | 351.00 |
| Anthony Calascibetta | 09/22/2020 | Discussed insider settlement and budget with W. Pederson, EisnerAmper. | 585.00 | 0.2 | 117.00 |
| Anthony Calascibetta | 09/29/2020 | Discussed Arch discussions and insider settlement with M. Jacoby, Phoenix. | 585.00 | 0.1 | 58.50 |
| Anthony Calascibetta | 09/30/2020 | Review of current insider and prior insider settlement proposals. | 585.00 | 0.3 | 175.50 |
| | | **Asset Analysis & Recovery Total** | | **5.4** | **3,120.00** |
| William Pederson | 09/22/2020 | Call with A. Calascibetta, EisnerAmper, re: case update and call with M. Jacoby. | 555.00 | 0.2 | 111.00 |
| William Pederson | 09/23/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: case update. | 555.00 | 0.3 | 166.50 |
| Anthony Calascibetta | 09/23/2020 | Discussed status of case with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 585.00 | 0.3 | 175.50 |
| Anthony Calascibetta | 09/28/2020 | Review of 53 week scorecard activities. | 585.00 | 0.1 | 58.50 |
| | | **Business Operations Total** | | **0.9** | **511.50** |
| DelMarie Velazquez | 09/10/2020 | Preparation of August 2020 monthly fee statement. | 135.00 | 0.8 | 108.00 |
| Anthony Calascibetta | 09/17/2020 | Review and preparation of August 2020 fee statement. | 585.00 | 0.3 | 175.50 |

**Hollister Construction Services, LLC**
**September 1, 2020 through September 30, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 09/17/2020 | Preparation of August 2020 monthly fee statement. | 585.00 | 0.2 | 117.00 |
| | | **Fee/Employment Application Total** | | **1.3** | **400.50** |
| | | **Grand Total** | | **7.6** | 4,032.00 |
| | | Less: 20% Voluntary Discount | | | (806.40) |
| | | **Grand Total** | | | $ **3,225.60** |