| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>          Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Hearing Date: <u>11/5/20 at 10:00 a.m.</u><br><br>Judge: <u>Kaplan</u> |

## ADJOURNMENT REQUEST

1.      I, <u>Joseph J. DiPasquale</u>, a partner with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "<u>Debtor</u>"), hereby request an adjournment of the following matters for the reason set forth below.

        Matters:

        a.   Motion to Remand State Court Action to the Superior Court of New Jersey, Or, In The Alternative, Abstaining From Exercising Jurisdiction Over the State Court Action [Docket No. 473 and Adv. Proc. No. 19-2222 Docket No. 5];

        b.   Joint Motion of Debtor and Newark Warehouse Urban Renewal, LLC/Newark Warehouse Redevelopment Company, LLC For Entry Of An Order Approving Settlement And Compromise Pursuant To Fed.R.Bankr.P. 9019 [Docket No. 1263]; and

        Current Hearing Date:   <u>November 5, 2020 at 10:00 a.m. (ET).</u>

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

New Hearing Date Requested: <u>November 19, 2020 at 10:00 a.m.</u>

Reason for adjournment request:    <u>The parties have reached a resolution subject to
approval of the filed settlement motion [Docket
1263] and adjudication of the order to show case
[Adv. Proc. No. 20-01396, Docket No. 5].</u>

2. Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.


Date: <u>November 3, 2020</u>                        <u>*/s/ Joseph J. DiPasquale*</u>
                                                                    Signature

**COURT USE ONLY:**

---

The request for adjournment is:

                                                              11/19/20 at 10am
☐ X  Granted          New hearing date: _____    ☐Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties
who are not electronic filers of the new hearing date.**