**LOWENSTEIN SANDLER LLP**
Arielle B. Adler, Esq. (aadler@lowenstein.com)
Bruce Buechler, Esq. (bbuechler@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
Jennifer B. Kimble, Esq. (jkimble@lowenstein.com)
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | |
| **HOLLISTER CONSTRUCTION SERVICES, LLC**,[1] | Chapter 11 |
| Debtor. | Case No. 19-27439 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 5, 2020 AT 10:00 A.M.**

**UNCONTESTED MATTERS GOING FORWARD**

1. Motion of Marlon Garcia For Relief From Automatic Stay to Continue With State Court Personal Injury Litigation to the Extent of Insurance Proceeds [Docket No. 1448; Filed 10/8/20].

    Related Documents:

    a)    None

    Objection Deadline: October 29, 2020 at 4:00 p.m.

    Responses Received: None to date.

    Status:  Consent order to be submitted.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3
11/04/2020 207542366.1

2. Motion For Entry of an Order Approving Settlement and Compromise By and Among the Debtor, NSA 18th Avenue, LLC as Project Owner, and Certain Subcontractors Pursuant to Fed.R.Bankr.P. 9019 and Granting Related Relief [Docket No. 1450; Filed 10/8/20].

   Related Documents:

   a) Affidavit of Service [Docket No. 1462; Filed 10/20/20]

   Objection Deadline: October 29, 2020 at 4:00 p.m.

   Responses Received: None to date.

   Status: Consent order to be submitted.

**CONTESTED MATTERS**

3. Debtor's Motion For Entry of Interim And Final Orders (A) Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling A Final Hearing, And (D) Granting Related Relief [Docket No. 14; Filed 9/11/19].

   Related Documents[2]:

   a) Twenty-Fourth Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 1383; Entered 9/4/20]

   Responses Received: None to date.

   Status: The Debtor is working on a consensual order to be submitted at or prior to the November 5, 2020 hearing. This matter is going forward.

4. Renewed Motion of the Official Committee of Unsecured Creditors' to Convert Debtor's Chapter 11 Case to Chapter 7 [Docket No. 964; Filed 3/2/20].

   Related Documents:

   a) Debtor's Motion for Entry of One or More Orders Approving Various Settlements and Compromises By and Among the Debtor, Project Owners and Subcontractors Pursuant to Fed.R.Bankr.P. 9019 [Docket No. 396; Filed 10/31/19]

   Objection Deadline: October 31, 2019 at 11:30 a.m.

   Responses Received:

---

[2] Docket entries related to this motion, objections, responses and prior interim orders can be found on the Court's docket and the case website at https://cases.primeclerk.com/hcs/Home-Index.

b) Motion of the Official Committee of Unsecured Creditors' to Convert Debtor's Chapter 11 Case to Chapter 7 [Docket No. 406; Filed 11/4/19]

<u>Status</u>: This matter is going forward.

| | |
|---|---|
| Dated: November 4, 2020 | **LOWENSTEIN SANDLER LLP**<br><br>/s/ *Kenneth A. Rosen*<br>Kenneth A. Rosen, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Mary E. Seymour, Esq.<br>Jennifer B. Kimble, Esq. (*pro hac vice*)<br>Arielle B. Adler, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br>krosen@lowenstein.com<br>bbuechler@lowenstein.com<br>jdipasquale@lowenstein.com<br>mseymour@lowenstein.com<br>jkimble@lowenstein.com<br>aadler@lowenstein.com<br><br>*Counsel to the Debtor and Debtor-in-Possession* |