EisnerAmper LLP
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000
*Accountants and Financial Advisors to the Official Committee of*
*Unsecured Creditors of Hollister Construction Services, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the Matter of:

HOLLISTER CONSTRUCTION SERVICES, LLC,      Case No. 19-27439 (MBK)
                                           Chapter 11
                                           (Honorable Michael B. Kaplan)
                        Debtor.

**THIRTEENTH MONTHLY FEE STATEMENT OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOLLISTER CONSTRUCTION SERVICES, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

By:  /s/ Anthony R. Calascibetta
     Anthony R. Calascibetta

**Hollister Construction Services, LLC**
**TIME SUMMARY BY PROFESSIONAL**
**October 1, 2020 through October 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Anthony R. Calascibetta CPA, CFF, CTP | Partner | 16.9 | $ 585.00 | $ 9,886.50 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 3.2 | $ 555.00 | 1,776.00 |
| DelMarie Velazquez | Paraprofessional | 1.2 | 135.00 | 162.00 |
| **GRAND TOTAL** | | **21.3** | **$ 555.14** | **$11,824.50** |

\* Rates change annually effective August 1st.

| | |
|---|---|
| FEE TOTALS | $11,824.50 |
| LESS: 20% VOLUNTARY DISCOUNT | (2,364.90) |
| **GRAND TOTAL** | **$9,459.60** |

# ~ Exhibit A ~

**Hollister Construction Services, LLC**
**October 1, 2020 through October 31, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Calascibetta, Anthony | 10/01/2020 | Discussed components of proposed global settlement, updated budget, administrative claims and status of remaining projects with M. Jacoby, Phoenix. | $ 585.00 | 0.7 | $ 409.50 |
| Calascibetta, Anthony | 10/01/2020 | Discussed impact on budget and escrow account of project collections and inclusion in proposed global settlement with W. Pederson, EisnerAmper. | 585.00 | 0.2 | 117.00 |
| Calascibetta, Anthony | 10/01/2020 | Discussed global proposal with S. Della Fera, MSB and W. Pederson, EisnerAmper. | 585.00 | 0.5 | 292.50 |
| Calascibetta, Anthony | 10/01/2020 | Discussed additional components of proposed global settlement with S. Della Fera, MSB. | 585.00 | 0.2 | 117.00 |
| Pederson, William | 10/01/2020 | Call with counsel and A.Calascibetta, EisnerAmper, re: case status and settlement proposal. | 555.00 | 0.5 | 277.50 |
| Calascibetta, Anthony | 10/05/2020 | Discussions with S. Della Fera, MSB relating to current settlement proposal from Insiders, professional fee matters and request for updated budget. | 585.00 | 0.5 | 292.50 |
| Calascibetta, Anthony | 10/08/2020 | Discussed project settlements included as a component of Insider settlement proposal. | 585.00 | 0.2 | 117.00 |
| Calascibetta, Anthony | 10/19/2020 | Follow-up call with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss call with Bank counsel and proposed insider setttlement. | 585.00 | 0.5 | 292.50 |
| Calascibetta, Anthony | 10/19/2020 | Review of insider settlement proposal. | 585.00 | 0.1 | 58.50 |
| Calascibetta, Anthony | 10/19/2020 | Conference call with J. Holman, Duane, M. Jacoby, Phoenix, S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss proposed insider settlement matters, project status, escrow account and estate matters. | 585.00 | 1.2 | 702.00 |
| Calascibetta, Anthony | 10/26/2020 | Review and discuss most recent insider settlement proposal with S. Della Fera, MSB. | 585.00 | 1.4 | 819.00 |
| Calascibetta, Anthony | 10/26/2020 | Review of terms of insider proposal relating to the insiders, Arch, PNC Bank and the estate, summarize allocation of funds, review of professional fees analysis and summarize questions in correspondence to Committee counsel. | 585.00 | 1.5 | 877.50 |
| Calascibetta, Anthony | 10/27/2020 | Discussed Insider settlement proposal and professional fees analysis with W. Pederson, EisnerAmper. | 585.00 | 0.5 | 292.50 |
| Calascibetta, Anthony | 10/27/2020 | Review of terms of most recent Insider settlement proposal. | 585.00 | 0.5 | 292.50 |
| Calascibetta, Anthony | 10/27/2020 | Discussed hearing and follow-up discussions with S. Della Fera, MSB. | 585.00 | 0.2 | 117.00 |
| Pederson, William | 10/27/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: Settlement proposal with insiders and other parties. | 555.00 | 0.8 | 444.00 |
| Pederson, William | 10/27/2020 | Call with A.Calascibetta, EisnerAmper, re:revised settlement proposal. | 555.00 | 0.4 | 222.00 |
| Calascibetta, Anthony | 10/29/2020 | Review of professional fees, sources and uses and projected escrow account analyses. | 585.00 | 0.3 | 175.50 |
| Calascibetta, Anthony | 10/29/2020 | Discussed escrow account, professional fees and flow of fund analyses with W. Pederson, EisnerAmper. | 585.00 | 0.3 | 175.50 |
| Calascibetta, Anthony | 10/29/2020 | Conference call with S. Della Fera, MSB and W. Pederson, EisnerAmper to discuss insider proposal, escrow account, professional fees, flow of funds, updated budget and projects. | 585.00 | 0.5 | 292.50 |
| Calascibetta, Anthony | 10/29/2020 | Discussed updated budget, status of projects, flow of funds and escrow account analyses and balances with M. Jacoby, Phoenix and W. Pederson, EisnerAmper. | 585.00 | 0.5 | 292.50 |
| Pederson, William | 10/29/2020 | Call with M. Jacoby, Phoenix and A. Calascibetta, EisnerAmper, re: settlement terms. | 555.00 | 0.5 | 277.50 |
| Pederson, William | 10/29/2020 | Call with counsel and A. Calascibetta, EisnerAmper, re: call with M. Jacoby, Phoenix and settlement proposal. | 555.00 | 0.5 | 277.50 |
| | | **Asset Analysis & Recovery Total** | | **12.5** | **7,231.50** |

**Hollister Construction Services, LLC**
**October 1, 2020 through October 31, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Calascibetta, Anthony | 10/08/2020 | Review and summarize monthly going for estimate of fees for services provided and preparation of correspondence to counsel to the creditors committee. | 585.00 | 0.3 | 175.50 |
| Calascibetta, Anthony | 10/08/2020 | Review of week 54 scorecard. | 585.00 | 0.1 | 58.50 |
| Calascibetta, Anthony | 10/14/2020 | Discussed status of matter with S. Della Fera, MSB and W. Pederson, EisnerAmper. (reflected in September fee statement - 9/23/20). | 585.00 | 0.3 | 175.50 |
| Calascibetta, Anthony | 10/14/2020 | Review of application relating to independent director, settlement and counsel correspondence to Committee members. | 585.00 | 0.3 | 175.50 |
| Calascibetta, Anthony | 10/14/2020 | Review of cash collateral budgets. | 585.00 | 0.1 | 58.50 |
| Calascibetta, Anthony | 10/15/2020 | Discussed weekly scorecards with W. Pederson, EisnerAmper. | 585.00 | 0.2 | 117.00 |
| Calascibetta, Anthony | 10/15/2020 | Review of budget and project settlements included in potential insider settlement proposal. | 585.00 | 0.3 | 175.50 |
| Calascibetta, Anthony | 10/16/2020 | Discussed budget, weekly scorecards, status of updated budget and projects included in insider settlement proposal. | 585.00 | 0.3 | 175.50 |
| Calascibetta, Anthony | 10/20/2020 | Conference call with M. Jacoby, Phoenix and W. Pederson, EisnerAmper to discuss Debtor's updated budget, issues with proposed insider settlement and projects status. | 585.00 | 0.5 | 292.50 |
| Calascibetta, Anthony | 10/20/2020 | Discussion with S. Della Fera, MSB and W. Pederson, EisnerAmper relating to discussion with M. Jacoby, Phoenix and updated Debtor's budget, proposed insider settlement and project status. | 585.00 | 0.5 | 292.50 |
| Calascibetta, Anthony | 10/22/2020 | Discussed change in status conference timing with S. Della Fera, MSB. | 585.00 | 0.1 | 58.50 |
| Calascibetta, Anthony | 10/27/2020 | Discussed comparison of budgets with W. Pederson, EisnerAmper. | 585.00 | 0.3 | 175.50 |
| Calascibetta, Anthony | 10/27/2020 | Discussed questions relating to budget comparisons with S. Della Fera, MSB. | 585.00 | 0.1 | 58.50 |
| Calascibetta, Anthony | 10/27/2020 | Review of updated budget and compared to previous budgets. | 585.00 | 0.3 | 175.50 |
| Pederson, William | 10/27/2020 | Call with A.Calascibetta, EisnerAmper, re:settlement proposal and 13wk cash flow analysis. | 555.00 | 0.5 | 277.50 |
| Calascibetta, Anthony | 10/28/2020 | Review of various budgets and comparison. | 585.00 | 0.3 | 175.50 |
| Calascibetta, Anthony | 10/30/2020 | Review of correspondences from Debtor's counsel relating to process going forward. | 585.00 | 0.2 | 117.00 |
| Calascibetta, Anthony | 10/30/2020 | Review of September 2020 Owner Debtors operating reports. | 585.00 | 0.4 | 234.00 |
| Calascibetta, Anthony | 10/30/2020 | Discussed financial information included in operating reports and related disclosures. | 585.00 | 0.6 | 351.00 |
| Calascibetta, Anthony | 10/30/2020 | Review of Debtor's operating August operating reports. | 585.00 | 0.6 | 351.00 |
| | | **Business Operations Total** | | **6.3** | **3,670.50** |
| Calascibetta, Anthony | 10/05/2020 | Attended status conference. | 585.00 | 0.4 | 234.00 |
| Calascibetta, Anthony | 10/27/2020 | Attended status and settlement conference. | 585.00 | 0.5 | 292.50 |
| | | **Court Hearings Total** | | **0.9** | **526.50** |
| Calascibetta, Anthony | 10/08/2020 | Preparation of September monthly fee statement. | 585.00 | 0.1 | 58.50 |
| Velazquez, DelMarie | 10/08/2020 | Preparation of monthly fee statements. | 135.00 | 1.2 | 162.00 |

**Hollister Construction Services, LLC**
**October 1, 2020 through October 31, 2020**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Calascibetta, Anthony | 10/14/2020 | Preparation of September fee statement. | 585.00 | 0.3 | 175.50 |
| | | **Fee/Employment Application Total** | | **1.6** | **396.00** |
| | | Total Hours and Fees | | 21.3 | 11,824.50 |
| | | Less: 20% Voluntary Discount | | | (2,364.90) |
| | | **Grand Total** | | | $ **9,459.60** |