

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and Debtor-in-Possession* | Order Filed on November 9, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>                                          Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

### ORDER GRANTING DEBTOR'S MOTION TO APPROVE OF A SETTLEMENT AGREEMENT BY AND BETWEEN HOLLISTER CONSTRUCTION SERVICES, LLC, NSA 18TH AVENUE, LLC AND CERTAIN SUBCONTRACTORS

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 9, 2020**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3
10/12/2020 206123668.2

Page: 2
Debtor: Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption: *Order Granting Debtor's Motion to Approve of a Settlement Agreement By and Between Hollister Construction Services, LLC, NSA 18th Avenue, LLC, and Certain Subcontractors*

___

**THIS MATTER** having been opened to the Court upon the Motion of the above-captioned debtor-in-possession (the "Debtor") seeking the entry of an order approving of a Settlement Agreement by and between the Debtor, NSA 18th Avenue, LLC, as project owner with respect to that project known as NSA Project, 571 18th Avenue, Newark, New Jersey (the "Project Owner" or "NSA") and certain subcontractors, dated as of June 19, 2020 (the "NSA Settlement Agreement"), pursuant to Fed. R. Bankr. P. 9019 (the "Motion")[2]; and the Court having considered the Motion and any objections filed thereto, and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the Motion is determined to be a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtor, its estate and creditors; and the Court having conducted a hearing on the Motion, at which time the Court heard and considered all oral argument of counsel; and good and sufficient notice of the Motion having been provided to all interested parties, and for good cause shown,

    **IT IS HEREBY ORDERED** as follows:

    1.    The Motion is **GRANTED** as set forth herein.

    2.    The NSA Settlement Agreement is hereby approved.

    3.    Notice of the Motion as provided is hereby deemed good and sufficient notice and no further notice is required.

---

[2] Capitalized terms not defined in this Order shall have the meaning ascribed to them in the Settlement Agreement.

Page:    3
Debtors:    Hollister Construction Services, LLC
Case No.:    19-27439 (MBK)
Caption: *Order Granting Debtor's Motion to Approve of a Settlement Agreement By and Between Hollister Construction Services, LLC, NSA 18th Avenue, LLC, and Certain Subcontractors*

_____

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and the NSA Settlement Agreement.

5. Notwithstanding anything to the contrary in the NSA Settlement Agreement and Exhibit A thereto, the total settlement payment due to Guardian Fence Co., Inc. ("Guardian") for Pre-Petition Work is $930.78. The amount of $538.40 shall be paid by the Debtor to Guardian at the same time that the initial payment to Subcontractors is paid in accordance with the NSA Settlement Agreement and the balance of the amount due to Guardian for Pre-Petition Work shall be paid in accordance with the payment schedule set forth on Exhibit A to the NSA Settlement Agreement.

6. This Order shall be binding on all subcontractors who have failed to submit their signature pages to the NSA Settlement Agreement and/or who have failed to respond or raise an objection to the entry of this Order.

7. This Order shall be effective immediately upon its entry and the stay imposed by Bankruptcy Rule 6004(h) and/or 6006(b) or any other Rule is hereby waived.

8. The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

9. The Court shall retain exclusive jurisdiction to hear and decide any and all disputes or issues related to or arising from the implementation, interpretation or enforcement of this Order.

United States Bankruptcy Court

District of New Jersey

In re:  
Hollister Construction Services, LLC  
    Debtor(s)

Case No. 19-27439-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1  
Date Rcvd: Nov 09, 2020     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:**

**Recip ID     Recipient Name and Address**  
db     + Hollister Construction Services, LLC, 339 Jefferson Road, Parsippany, NJ 07054-3707

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2020     Signature:     /s/Joseph Speetjens