**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | ) Case No. 19–27439 (MBK) |
| Debtor. | ) |

**AFFIDAVIT OF SERVICE**

I, Muhammad Azeem, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

At my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) via email on November 11, 2020, on the Core/2002 Email Service List attached hereto as **Exhibit A**; and (2) by the method and date set forth on the Vendor Notice Parties Service List attached hereto as **Exhibit B**:

- Order Granting Debtor's Motion to Approve of a Settlement Agreement by and between Hollister Construction Services, LLC, NSA 18th Avenue, LLC and Certain Subcontractors [Docket No. 1485]

[*Remainder of page intentionally left blank*]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

Dated: November 17, 2020

/s/Muhammad Azeem
Muhammad Azeem

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 17, 2020, by Muhammad Azeem, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

# **Exhibit A**

# Exhibit A
## Core/2002 Email Service List
### Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Official Committee of Unsecured Creditors | AES Lighting Group | derrick@aes-energy.com<br>jonathan@aes-energy.com |
| Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | Arent Fox LLP | andrew.silfen@arentfox.com<br>mark.bloom@arentfox.com |
| Counsel to SBLP Princeton,LLC, a Delaware Limited Liability Company | Arent Fox LLP | mary.dowd@arentfox.com |
| Counsel to New Jersey Division of Taxation and Department of Labor | Attorney General of the State of New Jersey | Heather.Anderson@law.njoag.gov |
| Counsel to Horizon Blue Cross Blue Shield of New Jersey | Becker LLC | ajunderwood@becker.legal |
| Counsel to 640 Columbia Owner LLC | Blank Rome LLP | Rogove@BlankRome.com |
| Counsel to Bohler Engineering NY, PL | Bohler Engineering NY, PLLC | apatras@bohlereng.com |
| Counsel to Air Group, LLC and Industrial Maintenance Industries | Brach Eichler LLC | csoranno@bracheichler.com<br>arainone@bracheichler.com |
| Bridge Builders Newark LLC | Bridge Builders Newark LLC | karen.marques@bridgebuildersnewark.com |
| Counsel to Encon Mechanical Corp. | Broege Neumann Fischer & Shaver, L.L.C. | pbroege@bnfsbankruptcy.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | schristianson@buchalter.com |
| Counsel to Glass Systems Tech, LLC | Campbell Rocco Law, LLC | ecampbell@campbellroccolaw.com |
| Counsel to Graybar Electric Company, Inc. | Capehart & Scatchard, P.A., A Professional Corporation | wwright@capehart.com |
| Counsel to Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | jbondy@csglaw.com |
| Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | ashahinian@csglaw.com<br>rnies@csglaw.com |
| Counsel to Arch Insurance Surety Bond Company; Arch Insurance Company and Arch Reinsurance Company | Chiesa Shahinian & Giantomasi PC | ashahinian@csglaw.com<br>rnies@csglaw.com |
| Counsel to Leslie Katchen Steel Construction, Inc. | Christopher E. Hartmann, Esq. | hartmann.christopher@yahoo.com |
| Counsel to Pentel Drywall, Inc., Delcon Builders, Inc. | Ciardi Ciardi & Astin | aciardi@ciardilaw.com<br>nnigrelli@ciardilaw.com |
| Counsel to MixOnSite USA, Inc. | Cohen Seglias Pallas Greenhall & Furman, P.C. | aspilberg@cohenseglias.com<br>jvalacer@cohenseglias.com |

In re: Hollister Construction Services, LLC
Case No. 19-27439 (MBK)

# Exhibit A

## Core/2002 Email Service List
### Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Pereira Electrical Contracting, Inc. | Cohn Lifland Pearlman Herrmann & Knopf LLP | jwh@njlawfirm.com<br>arm@njlawfirm.com<br>ap@njlawfirm.com<br>crc@njlawfirm.com |
| Counsel to Newkirk Realty LLC | Cole Schotz P.C. | msirota@coleschotz.com<br>fyudkin@coleschotz.com<br>jfrumkin@coleschotz.com |
| Counsel to Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania, Department of Labor and Industry | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to FM Construction Group, LLC and Environmental Devices, Inc | Connell Foley LLP | pallogramento@connellfoley.com<br>mtaraschi@connellfoley.com |
| Counsel to Prendimano Electrical Maintenance Col, Inc. t/a PEMCO | DL Thompson, Law, PC | Donna.Thompson@DLThompsonlaw.com |
| Counsel to NSA 18th Avenue, LLC | Drinker Biddle & Reath LLP | frank.velocci@dbr.com |
| Counsel to PNC Bank, National Association | Duane Morris LLP | jjholman@duanemorris.com |
| Counsel to PNC Bank, National Association | Duane Morris LLP | slross@duanemorris.com |
| Counsel to State Line Construction Company, Inc | Florio Perrucci Steinhardt & Cappelli, LLC | btipton@floriolaw.com |
| Counsel to Marc and Amy Lebovitz and Troon Electric of New Jersey, LLC | Fox Rothschild LLP | mherz@foxrothschild.com |
| Counsel to 640 Columbia Owner LLC | Fried Frank Harris Shriver & Jacobson LLP | Gary.Kaplan@FriedFrank.com |
| Counsel to Infinity Painting Co., Inc. | Goetz Fitzpatrick LLP | gkushner@goetzfitz.com |
| Counsel to KSS Architects | Gorski & Knowlton PC | cknowlton@gorskiknowlton.com |
| Counsel to Nomad Framing, LLC | Greenbaum, Rowe, Smith & Davis LLP | dbruck@greenbaumlaw.com |
| Counsel to EWA Moonachie 77, LLC | Greenberg Traurig, LLP | brodya@gtlaw.com |
| Official Committee of Unsecured Creditors | Haddad Plumbing & Heating, Inc. | JHaddad@HaddadPlumbing.com |
| Counsel to CS Utica & Remsen LLC | Herrick Feinstein LLP | ssmith@herrick.com |
| Counsel to Accordia Harrison Urban Renewal, LLC | Hill Wallack LLP | mkahme@hillwallack.com<br>mshavel@hillwallack.com |
| Counsel to Ocean Steel Corporation | Hinckley, Allen & Snyder LLP | jdoran@hinckleyallen.com |
| Official Committee of Unsecured Creditors | Industrial Maintenance Industries | EricS@RTI-IMI.com |

# Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to C Restoration, Inc. | Jameson, Esq. LLC | cjameson@jamesonesq.com |
| Counsel to Jonasz Precast, Inc. | Kaplin Stewart Meloff Reiter & Stein , P.C. | acohn@kaplaw.com |
| Top 20 Creditor | KF Mechanical | KFritze@kfmechanical.com |
| Official Committee of Unsecured Creditors | Kone, Inc. | Kenneth.barrows@kone.com |
| Counsel to New Jersey Building Laborers' Statewide Benefit Funds | Kroll Heineman Carton | SPtasiewicz@krollfirm.com |
| Counsel to L & W Supply Corporation | Larry L Miller | llmlaw@outlook.com |
| Counsel to Orange County Superior Concrete, Bel-Con Construction Services | Law Office of James C. DeZao | jreiser@dezaolaw.com |
| Counsel to Michaels Electrical Supply Corp. | Law Offices of Charles A. Gruen | cgruen@gruenlaw.com |
| Counsel to P. Tamburri Steel LLC and P3 Metals LLC | Law Offices of Karen Murray LLC | kmurray@murraynjlaw.com |
| Counsel to Advanced Scaffold Services LLC and Advanced Scaffold Services Mid-Atlantic LLC | Lawrence B. Diener | LBDiener@optimum.net |
| Counsel to the Debtor | Lowenstein Sandler, LLP | aadler@lowenstein.com<br>bbuechler@lowenstein.com<br>jdipasquale@lowenstein.com<br>jkimble@lowenstein.com<br>krosen@lowenstein.com<br>mseymour@lowenstein.com |
| Counsel to Liberty Mutual Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | ehughes@mdmc-law.com |
| Counsel to Kone Inc. | McGrail & Bensinger LLP | ivolkov@mcgrailbensinger.com<br>pshah@mcgrailbensinger.com |
| Counsel to FN Dynamic, Inc. | McKeon Law | tmckeonlaw@aol.com |
| Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | McManimon, Scotland & Baumann, LLC | adobin@msbnj.com |
| Counsel to Official Committee of Unsecured Creditors of Hollister Construction Services, LLC | McManimon, Scotland & Baumann, LLC | sdellafera@msbnj.com<br>jraymond@msbnj.com<br>asodono@msbnj.com |
| Counsel to STMR, Inc. | Mellinger, Sanders & Kartzman, LLC | jzapata@msklaw.net |

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Official Committee of Unsecured Creditors | Newark Warehouse Urban Renewal, LLC and Newark Warehouse Redevelopment Company, LLC | pasquales@edprop.com |
| Counsel to Dancker | Nicoll Davis & Spinella LLP | csantomassimo@ndslaw.com |
| Counsel to Anvil Craft Corp. | Nordlaw | mjstafford@nordlaw.legal |
| Counsel to Imperial Floors, LLC | Norgaard O'Boyle | bhannon@norgaardfirm.com  joboyle@norgaardfirm.com |
| Counsel to Target Fire Protection and Ware Malcomb | Norris McLaughlin, P.A. | mapena@norris-law.com  msbauer@norris-law.com |
| Counsel to DeSesa Engineering Company, Inc. | O'Toole Scrivo, LLC | jzielinski@oslaw.com  rforrest@oslaw.com |
| United States Attorney | Office of the United States Attorney of New Jersey | Eamonn.OHagan@usdoj.gov |
| United States Trustee | Office of the United States Trustee for the District of New Jersey | lauren.bielskie@usdoj.gov |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | jaffeh@pepperlaw.com  listwakk@pepperlaw.com |
| Counsel to 5 Bay Street Phase 1 LLC, 5 Bay Street Phase, 1 Sponsor Member Inc., 5 Bay Street Phase 3 LLC, 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation | Pepper Hamilton LLP | jonaitiss@pepperlaw.com  englishr@pepperlaw.com |
| Counsel to High Concrete Group, LLC, Conewago Enterprises, Inc. and Fabcon Precast | Post & Schell, P.C. | bbisignani@postschell.com |
| Counsel to Christopher Johnson and Kieran Flanagan | Rabinowitz, Lubetkin & Tully, LLC | jlubetkin@rltlawfirm.com |
| Counsel to City Contracting, Inc. | Rea & Associates, LLC | jeffrea@aol.com |
| Columbian Iron Works, Inc. | Reddin Masri, LLC | hmasri@reddinmasrilaw.com |
| Counsel to Newark Warehouse Urban Renewal LLC and Newark Warehouse Redevelopment Company, LLC | Riker Danzig Scherer Hyland & Perretti LLP | tchasin@riker.com |
| Counsel to Newark Warehouse Urban Renewal, LLC; Newark Warehouse Redevelopment Company, LLC; and Edison Construction Management, LLC | Riker, Danzig, Scherer, Hyland & Perretti LLP | jschwartz@riker.com  tschellhorn@riker.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to RH 537 Building Owner LLC | Rivkin Radler LLP | Gregory.Miller@rivkin.com<br>john.robertelli@rivkin.com |
| Counsel to Starlite Electric LLC | Robert Saul Molnar | molnarrs@aol.com |
| Counsel to Boyd Mechanical, LLC | Rosenberg & Pittinsky L.L.P. | larry@rpllplaw.com |
| Official Committee of Unsecured Creditors | Sanray Construction, Inc. | sanrayconstruct@optimum.net |
| Counsel to Rexel, Inc. | Schiller, Pittenger & Galvin, P.C. | jvyzas@schiller.law |
| Counsel to Drobach Equipment Rental Co. | Schwartz Barkin & Mitchell | abarkin@sbmesq.com |
| Counsel to Unique Scaffolding, LLC N.A. | Shain Schaffer PC | mschaffer@shainlaw.com |
| Counsel to Stateline Fabricators, LLC, ArchMills LLC d/b/a ArchMills Doors and Hardware | Skolnick Legal Group, P.C. | martin@skolnicklegalgroup.com |
| Counsel to P. Cipollini, Inc. t/a Cipollini Roofing | SM Law PC | smitnick@sm-lawpc.com<br>mmiceli@sm-lawpc.com |
| Counsel to Life Town Inc. | Stanziale & Stanziale, P.C. | ben@stanzialelaw.com |
| Counsel to High Concrete Group, LLC, Conewago Enterprises, Inc., Fabcon Precast | Stark & Stark | jlemkin@stark-stark.com |
| Counsel to Titan Industrial Services Corp. | Tarter Krinsky & Drogin LLP | rcavaliere@tarterkrinsky.com<br>smarkowitz@tarterkrinsky.com |
| Counsel to Herc Rentals, Inc., Samph Contracting, LLC, MDS Construction, Global Development Contractors, LLC, Orion Interiors, Inc., National Fireproofing & Insulation Co., Inc. | Tesser & Cohen | dcohen@tessercohen.com<br>ltesser@tessercohen.com |
| Counsel to Schnell Contracting Systems, LLC | The Kelly Firm, P.C. | akelly@kbtlaw.com |
| Counsel to Sparwick Contracting, Inc., Jordano Electric, Inc. and KR Masonry | Trif Law LLC | gtrif@triflaw.com |
| Official Committee of Unsecured Creditors | Troon Electric of NY, LLC | pbenvenuto@troonelectric.com |
| Counsel to Fairleigh Dickinson University, Fairleigh Dickinson and Schindler Elevator Corporation University | Walsh Pizzi O'Reilly Falanga LLP | sdarling@walsh.law<br>sfalanga@walsh.law |
| Counsel to Nickerson Corporation | Warshaw Burstein, L.L.P. | gcornehls@wbny.com<br>mrubin@wbny.com |
| Counsel to 147 Bloomfield Ave J.V. LLC | Wasserman, Jurista & Stolz, P.C. | DStolz@wjslaw.com |
| Counsel to Reliance Mechanical, Inc. | Weltman & Moskowitz, LLP | rew@weltmosk.com<br>mkj@weltmosk.com |

# Exhibit A

## Core/2002 Email Service List
### Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Veteran's Road SPE, LLC | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | mhennessy@westermanllp.com<br>jwesterman@westermanllp.com |
| Counsel to CTC Academy | Wilentz, Goldman & Spitzer, P.A. | dstein@wilentz.com<br>mfriedman@wilentz.com |

# **Exhibit B**

Exhibit B
Vendor Notice Parties Service List
Served as set forth below

| MMLID | Name | Notice Name | Address | City | State | PostalCode | Email | Method/Date of Service |
|---|---|---|---|---|---|---|---|---|
| 12135567 | Acme Drapemaster of America | Attn: Daniel McCarren | P.O. Box 192 | Keasbey | NJ | 08832-0192 | dmccarren@acmedrapemaster.com | First Class Mail on 11/12/20 and Email on 11/11/20 |
| 12135568 | Advanced Scaffold Services LLC | Attn: Tony Marinello | 620 Oakwood Ave Rear | West Hartford | CT | 06110 | tony@advscaffold.com | First Class Mail on 11/12/20 and Email on 11/11/20 |
| 12135572 | Ascape Landscaping & Construction, Corp. | Attn: Stuart Chaitin | 635 Route 303 | Blauvelt | NY | 10913 | stu@ascapelandscape.com | First Class Mail on 11/12/20 and Email on 11/11/20 |
| 12135577 | Cardella Waste | Attn: Adam Schieppe | PO Box 1085 | Brattleboro | VT | 05302 | aschieppe@cardellawaste.com | First Class Mail on 11/12/20 and Email on 11/11/20 |
| 12135580 | Desesa Engineering Co. Inc. | Attn: Mike DiDomenico | 83 Dorsa Avenue | Livingston | NJ | 07039 | mdidomenico@desesahvac.com | First Class Mail on 11/12/20 and Email on 11/11/20 |
| 12135582 | EDA Contractors, Inc. | Attn: Brian Graham | 633 Dunksferry Road | Bensalem | PA | 19020 | bgraham@edacontractor.com | First Class Mail on 11/12/20 and Email on 11/11/20 |
| 12135585 | Everwhite DBA: Glenroy, Inc. | Attn: Travis Faust | W158 N9332 Nor-X-Way Avenue | Menomonee Falls | WI | 53051 | travisf@glenroy.com | First Class Mail on 11/12/20 and Email on 11/11/20 |
| 12135587 | Grandview Waterproofing Inc | Attn: Hank Fernandez | 197-199 Lodi Street | Hackensack | NJ | 07601 | hank@grandviewwaterproofing.com | First Class Mail on 11/12/20 and Email on 11/11/20 |
| 12135591 | Guardian Fence Co., Inc. | Attn: Brian Sudol | 180 Wright Street PO Box 2009 | Newark | NJ | 07114-2627 | brian.s@guardianfence.com | First Class Mail on 11/12/20 and Email on 11/11/20 |
| 12135593 | KJP Enterprises Inc | Attn: Ken Puglisi | 200 Keen Street | Paterson | NJ | 07514 | ken@kjpenterprise.com | First Class Mail on 11/12/20 and Email on 11/11/20 |
| 12135595 | Maverick Building Services, Inc | Attn: Yaenis Hernandez | 22 Chestnut Street | Rutherford | NJ | 07070 | yaenis@1maverick.com | First Class Mail on 11/12/20 and Email on 11/11/20 |
| 12135598 | North Eastern Floors | Attn: Bob Kulp | 447 Commerce Lane Suite A | West Berlin | NJ | 08091 | bobk@nefloors.com | First Class Mail on 11/12/20 and Email on 11/11/20 |
| 12238457 | NSA 18th Avenue, LLC | Attn: Ahkilah Johnson | 826 Broadway, 9th Floor | New York | NY | 10003 | | First Class Mail on 11/12/20 |
| 12135600 | Stateline Fabricators, LLC. | Attn: Steve Koval | 100 South Foul Rift Road | Harmony | NJ | 08865 | statelinesteve@ptd.net | First Class Mail on 11/12/20 and Email on 11/11/20 |
| 12135602 | Total Access | Attn: Clint Cox | 122 Turner Lane | West Chester | PA | 19380 | dccox@totalaccessco.com | First Class Mail on 11/12/20 and Email on 11/11/20 |
| 12135603 | Tru Fit Frame and Door Corp | Attn: Charles Michalek | 1650 Suckle Highway | Pennsuaken | NJ | 08110 | cmichalek@trufit.net | First Class Mail on 11/12/20 and Email on 11/11/20 |