| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>Hearing Date: <u>11/19/20 at 10:00 a.m.</u><br><br>Judge: <u>Kaplan</u> |

## ADJOURNMENT REQUEST

1.  I, <u>Joseph J. DiPasquale</u>, a partner with Lowenstein Sandler LLP, counsel for Hollister Construction Services, LLC (the "<u>Debtor</u>"), hereby request an adjournment of the following matters for the reason set forth below.

      Matter:

           MixOnSite USA, Inc.'s Motion to Modify Stay to Permit Prosecution of Previously-Filed Construction Lien Claim Foreclosure Action (the "<u>MixOnSite Motion</u>") [Docket No. 848]

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
11/17/2020 207629584.1

Current Hearing Date:    November 19, 2020 at 10:00 a.m. (ET).

New Hearing Date Requested: December 10, 2020 at 10:00 a.m.

Reason for adjournment request:    The parties have reached a tentative resolution.

2. Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.


Date: November 17, 2020                             /s/ Joseph J. DiPasquale
                                                                          Signature

**COURT USE ONLY:**

_____

The request for adjournment is:

☒ Granted        New hearing date:  12/10/20 @10:00    ☐Peremptory

☐ Granted over objection(s)    New hearing date: _____ ☐Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

-2-