**Exhibit B**

Notice of Non-Voting Status

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **LOWENSTEIN SANDLER LLP**<br>Arielle B. Adler, Esq.<br>Bruce Buechler, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and Debtor-in-Possession* |
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. |

Case No. 19-27439 (MBK)

Chapter 11

Judge: Hon. Michael B. Kaplan

**NOTICE OF NON-VOTING STATUS**

    **PLEASE TAKE NOTICE THAT** on [_____ __, 2021], the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (A) Scheduling a Combined Hearing on the Adequacy of the Disclosure Statement and Confirmation of the First Amended Plan; (B) Approving the Plan Solicitation and Voting Procedures; And (C) Granting Related Relief* (the "Scheduling Order") that, among other things: (a) scheduled a combined hearing (the "Combined Hearing") on the adequacy of the *Disclosure Statement for Debtor's First Amended Plan of Liquidation* (as may be amended or supplemented from time to time and including all exhibits thereto, the "Disclosure Statement") and confirmation of the *Debtor's First Amended Plan of Liquidation* (as may be amended or supplemented from time to time and including all exhibits thereto, the "Plan"); and (b) authorized Hollister Construction Services LLC

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

(the "Debtor") in the above-captioned chapter 11 case to solicit votes with regard to the acceptance or rejection of the Plan.[2]

**PLEASE TAKE FURTHER NOTICE THAT** the Disclosure Statement, the Scheduling Order, the Plan and the other documents and materials included in the Solicitation Package may be obtained at no charge from Prime Clerk LLC by: (a) accessing the Debtor's case website at https://cases.primeclerk.com/hcs; or (b) contacting Prime Clerk via telephone at (877-487-1963) or by email to hcsballots@primeclerk.com.  The direct link to the Plan and Disclosure Statement is: https://cases.primeclerk.com/hcs/Home-DocketInfo?DocAttribute=4824&DocAttrName=PLANDISCLOSURESTATEMENT.

**PLEASE TAKE FURTHER NOTICE THAT** you are receiving this notice because, under the terms of Articles I of the Plan and the applicable provisions of the Bankruptcy Code, you are not a Holder of Claim(s) or Interest(s) in the Debtor entitled to vote to approve or reject the Plan. Accordingly, this notice and the *Notice of Order (A) Scheduling a Combined Hearing on the Adequacy of the Disclosure Statement and Confirmation of the First Amended Plan; (B) Approving the Plan Solicitation and Voting Procedures; And (C) Granting Related Relief* are being sent to you for informational purposes only.

**PLEASE TAKE FURTHER NOTICE THAT** the Bankruptcy Court shall hold the Combined Hearing to consider the adequacy of the Disclosure Statement and confirmation of the Plan on **April 15, 2021 at 10:00 a.m.  (Eastern Time)**, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, in Courtroom #8 of the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey  08608.  The Combined Hearing may be continued from time to time without further notice other than the announcement by the Debtor in open court of the adjourned date(s) at the Combined Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed with the Bankruptcy Court.  The Debtor may modify the Plan and Disclosure Statement, if necessary, prior to, during, or as a result of the Combined Hearing in accordance with the terms of the Plan and Disclosure Statement without further notice.

**PLEASE TAKE FURTHER NOTICE THAT t**he Court has established **April 8, 2021 at 4:00 p.m. (Eastern Time)** as the deadline for filing and serving objections to the adequacy of the Disclosure Statement or confirmation of the Plan (the "Objection Deadline").  Any objection to adequacy of the Disclosure Statement or confirmation of the Plan must be in writing, must conform to the Bankruptcy Rules, must set forth the name, address, phone number and email of the objector, the nature and amount of Claims or Interests held or asserted by the objector against the Debtor, the basis for the objection and the specific grounds of the objection, and must be filed with the Bankruptcy Court, with a copy to chambers, together with proof of service thereof, and served by no later than the Objection Deadline upon: (i) counsel to the Debtor, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068 (Attn: Kenneth A. Rosen, Esq., Bruce Buechler, Esq., and Jennifer B. Kimble, Esq.), (ii) the Office of the United States Trustee, One Newark Center, Suite 2100, Newark, New Jersey 07102 (Attn: Lauren Bielskie, Esq.); (iii) counsel to the Official Committee of Unsecured Creditors, McManimon, Scotland &

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Scheduling Order, the Disclosure Statement, or the Plan, as applicable.

Bauman, LLC, 75 Livingston Avenue, Roseland, New Jersey, 07068 (Attn: Sam Della Fera, Esq.); (iv) counsel to Pre-Petition Secured Lender, PNC Bank, Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103 (Attn: James J. Holman, Esq.); (v) counsel to Arch Insurance, Chiesa Shahinian & Giantomasi PC, One Boland Drive, West Orange, NJ 07052 (Attn: Armen Shahinian, Esq.); and (vi) such other parties as the Bankruptcy Court may order.

**PLEASE TAKE FURTHER NOTICE THAT** if you have any questions about the status of any of your Claims, you should contact Prime Clerk in accordance with the instructions provided above.

Dated:  March ___, 2021                                Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

_____
Arielle B. Adler, Esq.
Bruce Buechler, Esq.
Jennifer B. Kimble, Esq. (admitted *pro hac vice*)
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
bbuechler@lowenstein.com
mseymour@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com
*Counsel to the Debtor and*
*Debtor-in-Possession*