| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>Joseph J. DiPasquale, Esq.<br>Jennifer B. Kimble, Esq.<br>Arielle B. Adler, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK)<br><br>**Hearing Date and Time: April 15, 2021 at 11:30 a.m. (EST)** |

## NOTICE OF FILING OF PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that on March 10, 2021, Hollister Construction Services, LLC, the debtor and debtor-in-possession (the "**Debtor**"), filed the *Debtor's First Amended Plan of Liquidation* [Docket No. 1703] (as further modified, supplemented, and amended, the "**Plan**")[2];

**PLEASE TAKE FURTHER NOTICE** that in connection with the Plan, the Debtor hereby files the Plan Supplement, which is attached hereto as **Exhibit 1**. Included within the attached Plan Supplement are (i) Schedule B to the Plan which consists of the form of Liquidating Trust Agreement; and (ii) Schedule C to the Plan which consists of the Statement Regarding Project Completion.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan. The rules of interpretation set forth in Article I of the Plan shall apply to this Plan Supplement.

37322/2
04/10/2021 208866319.2

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves the right, subject to the terms and conditions set forth in the Plan, to alter, amend, modify, or supplement any document in the Plan or Plan Supplement at any time prior to the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Disclosure Statement, this Plan Supplement and other documents filed in this chapter 11 case are available free of charge by visiting https://cases.primeclerk.com/hcs/Home-Index or by calling 1-877-487-1963 (toll free) or by e-mail at HCSteam@PrimeClerk.com. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.njb.uscourts.gov. A PACER password is needed to access documents on the Court's website.

Dated: April 10, 2021

**LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Jennifer B. Kimble, Esq. (*pro hac vice*)
Arielle B. Adler, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
mseymour@lowenstein.com
jdipasquale@lowenstein.com
jkimble@lowenstein.com
aadler@lowenstein.com

*Counsel to the Debtor and Debtor-in-Possession*