|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Joseph J. DiPasquale, Esq.<br>Mary E. Seymour, Esq.<br>Jennifer B. Kimble, Esq.<br>Arielle B. Adler, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Debtor and*<br>*Debtor-in-Possession* | |
| In re:<br><br>**HOLLISTER CONSTRUCTION SERVICES, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

### ORDER GRANTING THE DEBTOR'S SECOND OMNIBUS OBJECTION TO CERTAIN (I) DUPLICATE CLAIMS, (II) AMENDED AND SUPERSEDED CLAIMS, (III) UNSUPPORTED CLAIMS, (IV) INVALID ADMINISTRATIVE/PRIORITY CLAIMS, AND (V) SETTLED CLAIMS

The relief set forth on the following pages, numbered two (2) through and including four (4) is hereby **ORDERED**.

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
04/11/2021 208798407.1

Page:     2
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Granting the Debtor's Second Omnibus Objection to Certain (I) Duplicate Claims, (II) Amended and Superseded Claims, (III) Unsupported Claims, (IV) Invalid Administrative/Priority Claims, and (V) Settled Claims

_____

Upon the second omnibus objection (the "Second Omnibus Objection")[2] of the Debtor in the above-captioned Chapter 11 Case seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2, disallowing and expunging, reclassifying, or modifying the claims set forth on Exhibits A through E hereto (collectively, the "Disputed Claims") for the reasons set forth in the Second Omnibus Objection; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Second Omnibus Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Second Omnibus Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Second Omnibus Objection is in the best interests of the Debtor, its estate, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Second Omnibus Objection is GRANTED as set forth herein.

2. The Disputed Claims listed on Exhibit A attached to this Order under the column heading "Duplicate Claims to be Disallowed" are hereby disallowed and expunged.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Second Omnibus Objection.

Page:      3
Debtor:    Hollister Construction Services, LLC
Case No.:  19-27439 (MBK)
Caption:   Order Granting the Debtor's Second Omnibus Objection to Certain (I) Duplicate Claims, (II) Amended and Superseded Claims, (III) Unsupported Claims, (IV) Invalid Administrative/Priority Claims, and (V) Settled Claims

_____

3. The Disputed Claims listed on <u>Exhibit B</u> attached to this Order under the column heading "Amended And Superseded Claims to be Disallowed" are hereby disallowed and expunged.

4. The Disputed Claims listed on <u>Exhibit C</u> attached to this Order under the column heading "Unsupported Claims" are hereby reclassified as general unsecured claims as reflected in the respective "Modified Claim Amount" indicated therein.

5. The Disputed Claims listed on <u>Exhibit D</u> attached to this Order under the column heading "Invalid Priority Claims" are hereby reclassified as general unsecured claims as reflected in the respective "Modified Claim Amount" indicated therein.

6. The Disputed Claims listed on <u>Exhibit E</u> attached to this Order under the column heading "Settled Claims" are hereby (a) disallowed and expunged or (b) modified as reflected in the respective "Modified Claim Amount" indicated therein.

7. For the avoidance of doubt, nothing in the Second Omnibus Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the Debtor, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Second Omnibus Objection, and/or (c) constitute a waiver of the Debtor's rights to dispute any claim on any grounds.

8. The Debtor, its claims and noticing agent (Prime Clerk LLC), and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

Page:     4
Debtor:   Hollister Construction Services, LLC
Case No.: 19-27439 (MBK)
Caption:  Order Granting the Debtor's Second Omnibus Objection to Certain (I) Duplicate Claims, (II) Amended and Superseded Claims, (III) Unsupported Claims, (IV) Invalid Administrative/Priority Claims, and (V) Settled Claims
_____

9. The objection to each claim addressed in the Second Omnibus Objection and as set forth on <u>Exhibits A through E</u> attached hereto constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim that is the subject of the Second Omnibus Objection and this Order. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Second Omnibus Objection and this Order.

10. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Second Omnibus Objection or otherwise waived.

11. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

# EXHIBIT A

**SECOND OMNIBUS CLAIM OBJECTION**
**EXHIBIT A – DUPLICATE CLAIMS**

| NAME | DUPLICATE CLAIM TO BE DISALLOWED | FILED DATE | ASSERTED CLAIM AMOUNT | MODIFIED CLAIM AMOUNT | REMAINING CLAIM NUMBER |
|---|---|---|---|---|---|
| Frank Kumas<br>1254 Point Breeze Avenue<br>Philadelphia, PA 19146 | Claim No. 97 | 10/17/2019 | $237,923.13 | $0 | Claim No. 451 |
| Frank Kumas<br>1254 Point Breeze Avenue<br>Philadelphia, PA 19146 | Claim No. 75 | 10/19/2019 | $86,670.00 | $0 | Claim No. 455 |
| New Jersey Masonry Corp<br>105 Farnham Ave<br>Garfield, NJ 07026 | Claim No. 465 | 12/24/2019 | $141,810.62 | $0 | Claim No. 463 |

# EXHIBIT B

## SECOND OMNIBUS CLAIM OBJECTION
### EXHIBIT B – AMENDED AND SUPERSEDED CLAIMS

| NAME | AMENDED AND SUPERSEDED CLAIMS TO BE DISALLOWED | FILED DATE | ASSERTED CLAIM AMOUNT | MODIFIED CLAIM AMOUNT | REMAINING AMENDING AND SUPERSEDING CLAIMS |
|---|---|---|---|---|---|
| Department of the Treasury - Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Claim No. 172 | 10/25/2019 | $3,427.83 | $0.00 | Amended and Superseded by Claim No. 254 |
| Department of the Treasury - Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101 | Claim No. 254 | 11/18/2019 | $2,427.83 | $0.00 | Amended and Superseded by Claim No. 539 |
| New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | Claim No. 171 | 10/17/2019 | $916.17 | $0.00 | Amended and Superseded by Claim No. 551 |
| State of New Jersey, Division of Taxation PO Box 245 Trenton, NJ 08695 | Claim No. 529 | 2/11/2020 | $3,785,172.79 | $0.00 | Amended and Superseded by Claim No. 549 |

# EXHIBIT C

## SECOND OMNIBUS CLAIM OBJECTION
### EXHIBIT C – UNSUPPORTED CLAIMS

| NAME | UNSUPPORTED CLAIMS | FILED DATE | ASSERTED CLAIM AMOUNT | MODIFIED CLAIM AMOUNT | REASON |
|---|---|---|---|---|---|
| Brach Eichler LLC<br>Attn: Carl J. Soranno, Esq.<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | Claim No. 150 | 10/24/2019 | Priority: $6,783.00<br>Unsecured: $40,359.63<br>Total: $47,359.63 | Priority: $0<br>Unsecured: $47,359.63<br>Total: $47,359.63 | Lack of Documentation – reclassify to General Unsecured |
| Corso, Anthony<br>10C Prospect Street<br>Highlands, NJ 07732 | Claim No. 400 | 11/21/2019 | Priority: $1,078.74<br>Unsecured: $0<br>Total: $1,048.74 | Priority: $0<br>Unsecured: $1,048.74<br>Total: $1,048.74 | Lack of Documentation – reclassify to General Unsecured |
| Friends Carpentry & Paint LLC<br>Kumas, Frank<br>1254 Point Breeze Ave.<br>Philadelphia, PA 19146 | Claim No. 451 | 12/19/2019 | Priority: $237,923.13<br>Unsecured: $0<br>Total: $237,923.13 | Priority: $0<br>Unsecured: $237,923.13<br>Total: $237,923.13 | Lack of Documentation – reclassify to General Unsecured |
| Friends Carpentry & Paint LLC<br>Kumas, Frank<br>1254 Point Breeze Ave.<br>Philadelphia, PA 19146 | Claim No. 455 | 12/19/2019 | Priority: $86,670.00<br>Unsecured: $0<br>Total: $86,670.00 | Priority: $0<br>Unsecured: $86,670.00<br>Total: $86,670.00 | Lack of Documentation – reclassify to General Unsecured |
| Infinity Electrical LLC<br>c/o Mellinger Sanders & Kartzman, LLC<br>101 Gibralter Drive, Suite 2F<br>Morris Plains, NJ 07849 | Claim No. 389 | 11/19/2019 | Priority: $17,473.11<br>Unsecured: $0<br>Total: $17,473.11 | Priority: $0<br>Unsecured: $17,473.11<br>Total: $17,473.11 | Lack of Documentation – reclassify to General Unsecured |
| Let It Grow, Inc.<br>52 Ackerson Street<br>River Edge, MJ 07661 | Claim No. 216 | 11/12/2019 | Priority: $13,512.80<br>Unsecured: $0<br>Total: $13,512.80 | Priority: $0<br>Unsecured: $13,512.80<br>Total: $13,512.80 | Lack of Documentation – reclassify to General Unsecured |
| New Jersey Building Laborers' Statewide Benefit Funds<br>Kroll Heineman Carton, LLC<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ 08830 | Claim No. 388 | 11/19/2019 | Priority: $10,000<br>Unsecured: $0<br>Total: $10,000.00 | Priority: $0<br>Unsecured: $10,000.00<br>Total: $10,000.00 | Lack of Documentation – reclassify to General Unsecured |
| Northeast Carpenters Funds<br>c/o Kroll Heineman Carton LLC<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ 08830 | Claim No. 382 | 11/19/2019 | Priority: $10,000<br>Unsecured: $0<br>Total: $10,000.00 | Priority: $0<br>Unsecured: $10,000.00<br>Total: $10,000.00 | Lack of Documentation – reclassify to General Unsecured |

# EXHIBIT D

## SECOND OMNIBUS CLAIM OBJECTION
## EXHIBIT D – INVALID PRIORITY CLAIMS

| NAME | INVALID PRIORITY CLAIMS | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | MODIFIED CLAIM AMOUNT | REASON |
|---|---|---|---|---|---|
| Brach Eichler, LLC<br>Attn: Carl J. Soranno, Esq.<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | Claim No. 150 | 10/24/2019 | Priority: $6,783.00<br>Unsecured: $40,576.63<br>Total: $47,359.63 | Priority: $0<br>Unsecured: $47,576.63<br>Total: $47,359.63 | Invalid Priority Claim – reclassify to General Unsecured |
| Corso, Anthony<br>10C Prospect Street<br>Highlands, NJ 07732 | Claim No. 400 | 11/21/2019 | Priority: $1,078.74<br>Unsecured: $0<br>Total: $1,048.74 | Priority: $0<br>Unsecured: $1,078.74<br>Total: $1,048.74 | Invalid Priority Claim under 507(a)(4) – reclassify to General Unsecured |
| Friends Carpentry & Paint LLC<br>Kumas, Frank<br>1254 Point Breeze Ave.<br>Philadelphia, PA 19146 | Claim No. 451 | 12/19/2019 | Priority: $237,923.13<br>Unsecured $0<br>Total: $237,923.13 | Priority: $0<br>Unsecured: $237,923.13<br>Total: $237,923.13 | Invalid Priority Claim under 507(a)(4) – reclassify to General Unsecured |
| Friends Carpentry & Paint LLC<br>Kumas, Frank<br>1254 Point Breeze Ave.<br>Philadelphia, PA 19146 | Claim No. 455 | 12/19/2019 | Priority: $86,670.00<br>Unsecured $0<br>Total: $86,670.00 | Priority: $0<br>Unsecured: $86,670.00<br>Total: $86,670.00 | Invalid Priority Claim under 507(a)(4) – reclassify to General Unsecured |
| K.B. Electrical Service Co. Inc.<br>153 Park Avenue<br>Park Ridge, NJ 07656 | Claim No. 433 | 11/12/2019 | Priority: $13,270.00<br>Unsecured: $23,431.82<br>Total: $36,701.00 | Priority: $0<br>Unsecured: $36,701.00<br>Total: $36,701.00 | Invalid Priority Claim under 507(a)(4) – reclassify to General Unsecured |
| Lakeside Carpentry LLC<br>20 Kenwood Road<br>Wayne, NJ 07470 | Claim No. 148 | 10/30/2019 | Priority: $7,450.00<br>Unsecured: $0<br>Total: $7,450.00 | Priority: $0<br>Unsecured: $7,450.00<br>Total: $7,450.00 | Invalid Priority Claim under 507(a)(4) – reclassify to General Unsecured |
| NJ Masonry Corp<br>105 Farnham Ave.<br>Garfield, NJ 07026 | Claim No. 463 | 12/24/2019 | Priority: $141,810.62<br>Total: : $141,810.62 | Priority: $0<br>Unsecured: $141,810.62<br>Total: $141,810.62 | Invalid Priority Claim under 507(a)(4) – reclassify to General Unsecured |

| NAME | INVALID PRIORITY CLAIMS | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | MODIFIED CLAIM AMOUNT | REASON |
|---|---|---|---|---|---|
| New Jersey Building Laborers' Statewide Benefit Funds<br>c/o Kroll Heineman Carton LLC<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ 08830 | Claim No. 388 | 11/19/2019 | Priority: $10,000<br>Unsecured: $0<br>Total: $10,000.00 | Priority: $0<br>Unsecured $10,000<br>Total: $10,000 | Invalid Priority Claim under 507(a)(5) – reclassify as General Unsecured |
| Northeast Carpenters Funds<br>c/o Kroll Heineman Carton LLC<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ 08830 | Claim No. 382 | 11/19/2019 | Priority: $10,000<br>Unsecured: $0<br>Total: $10,000.00 | Priority: $0<br>Unsecured: $10,000<br>Total: $10,000.00 | Invalid Priority Claim under 507(a)(5) – reclassify as General Unsecured |
| NorthPoint Staffing, LLC<br>88 East Main Street, Suite 107<br>Mendham, NJ 07945 | Claim No. 37 | 10/7/2019 | Priority: $13,650.00<br>Unsecured: $12,100.00<br>Total: $25,750.00 | Priority: $0<br>Unsecured: $25,750.00<br>Total: $25,750.00 | Invalid Priority Claim under 507(a)(4) – reclassify to General Unsecured |
| TerraSure Services, LLC<br>Attn: Michael Abbruzzese<br>747 3rd Avenue, 2d Floor<br>New York, NY 10017 | Claim No. 340 | 11/20/2019 | Priority: $25,640.00<br>Unsecured: $32,854.00<br>Total: $58,494.00 | Priority: $0<br>Unsecured: $58,494.00<br>Total: $58,494.00 | Invalid Priority Claim – reclassify to General Unsecured |

# EXHIBIT E

**SECOND OMNIBUS CLAIM OBJECTION**
**EXHIBIT E – SETTLED CLAIMS**

| NAME | SETTLED CLAIMS | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | MODIFIED CLAIM AMOUNT | REASON |
|---|---|---|---|---|---|
| Ricoh USA, Inc.<br>Mark E. Felger<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801 | Claim No. 296 | 11/19/2019 | Priority: $0<br>Unsecured: $0<br>Total: $0 | Priority: $0<br>Unsecured: $0<br>Total: $0 | Resolved by Court-approved settlement related to the Ricoh Project. Expunge. |
| RTI Restoration Tech, Inc.<br>Attn: Carl J. Soranno, Esq.<br>Brach Eichler, LLC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | Claim No. 295 | 11/19/2019 | Priority: $6,350.00<br>Unsecured: $1,550.00<br>Total: $7,900.00 | Priority: $0<br>Unsecured: $1,550.00<br>Total: $1,550.00 | Resolved by Court-approved settlement related to the FDU Projects. Expunge in part and modify to General Unsecured only. |