GREENHALL & FURMAN, P.C.
By: Alexander F. Barth (Bar No.046771990)
1600 Market Street, 32nd Floor
Philadelphia, PA 19103
215.564.1700
Attorneys for J.M. Pereira & Sons, Inc.
abarth@cohenseglias.com

**Order Filed on May 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |
|---|---|
| INRE: ) | Case No. 19-27439 (MBK) |
| ) | |
| HOLLISTER CONSTRUCTION ) | Chapter 11 |
| SERVICES, LLC, ) | |
| ) | Judge Michael B. Kaplan |
| Debtor. ) | |
| ) | Docket No.___ |
| ) | |
| ) | |
| ) | |
| ) | Hearing Date and Time: March 10, 2022 |
| ) | at 10:00 AM |
| J.M. PEREIRA AND SONS, INC., ) | |
| ) | |
| Movant, ) | |
| ) | |
| v.  ) | |
| ) | |
| HOLLISTER CONSTRUCTION ) | |
| SERVICES, LLC; ACCORDIA ) | |
| HARRISON URBAN RENEWAL, LLC; ) | |
| LIQUIDATING TRUSTEE; and ) | |
| ESCROW AGENT, ) | |
| ) | |
| Respondents. | |

<u>ORDER GRANTING MOTION TO COMPEL DEBTOR, PROJECT OWNER, LIQUIDATING TRUSTEE AND ESCROW AGENT TO MAKE PAYMENT TO J.M. PEREIRA & SONS, INC., PURSUANT TO 11 U.S.C. §105</u>

The relief set forth on the following page(s), numbered 2, is hereby ORDERED,

**DATED: May 19, 2022**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

Document    Page 2 of 2

Upon the motion of J.M. Pereira & Sons, Inc. ("Movant")¹ for entry of an Order compelling the Debtor, the Owner, the Liquidation Trustee, and the Escrow Agent to make payment to Movant for Pre-Petition Work in the amount of $22,017.80 and Post-Petition Work in the amount of $172,951.10. Pursuant to 11 U.S.C. §105 (the "Motion"), and supporting memorandum of law; and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUSTED AND DECREED THAT:**

1. The Motion is GRANTED in its entirety; and it is further

2. ORDERED that pursuant to 11 U.S.C. §105, ▆▆▆▆, the Owner, ▆▆▆▆ **is** ▆▆▆▆ compelled to make immediate payment to Movant in the amount of $22,017.80 for Pre-Petition Work, and $172,951.10 for Post-Petition Work, on the HUB Project; and it is further

3. 

further

4. ORDERED that the Court shall retain jurisdiction over any matter arising from, and/or related to, this Order or the relief granted herein.

---

¹ Capitalized terms not otherwise herein shall have their meanings as defined in the Motion.