# Exhibit B

| | |
|---|---|
| **From:** | Mike Ochs <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=9705AB1758614CD581569519DE1672E4-MOCHS@namprd04.prod.outlook.com> |
| **Sent:** | Monday, January 25, 2021 9:37 PM |
| **To:** | Chris Johnson; Kieran Flanagan; Matt Higgins; Joseph Furey; Brendan Murray |
| **Subject:** | Insider Settlement Agreement |
| **Attachments:** | Insider Settlement.docx |

I have attached an initial draft of the settlement agreement between the Insiders.

There are conflicts of interests in me drafting so everyone is advised to have independent counsel review this for your individual interest. I am willing to act as scrivener to draft once I have any comments from your respective attorneys

Please review and advise.

**Michael A. Ochs**
**660 Cheyenne Drive**
**Franklin Lakes, New Jersey 07417**
**Direct: 201-321-7816**
mochs@hollistercs.com

1