UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC,[1] | Case No. 19-27439 (MBK) |
| Liquidating Debtor. | |

## CERTIFICATION OF SERVICE

I, Diane C. Claussen, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler LLP, counsel to the Liquidating Debtor in the above-captioned chapter 11 case.

2. On December 16, 2022, I caused to be served the following motion on the parties listed on **Exhibit A** hereto in the manner set forth therein:

   - *Motion for Entry of an Order (I) Enforcing Confirmation Order and Plan Against Brendan Murray, (II) Enforcing Settlement Agreement By and Between Hollister's Members Against Brendan Murray, (III) Determining That State Court Litigation Violates Plan and Confirmation Order, and (IV) Granting Related Relief;*

3. On December 19, 2022, I caused the foregoing motion to be served on the parties listed on **Exhibit B** hereto in the manner set forth therein.

4. I certify under penalty of perjury that the above-referenced document was sent using the mode of service indicated.

---

[1] The Liquidating Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/3
12/19/2022 212822437.1

-2-

Date:  December 19, 2022   /s/ Diane C. Claussen
                                                            Diane C. Claussen

# **Exhibit A**

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Office of the United States Trustee<br>Attn: Lauren Bilskie<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matt Higgins<br>6 Hillcrest<br>Mendham, NJ 07945 | Affected Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brendan Murray<br>6 Yardley Place<br>Mendham, NJ 07945 | Affected Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kieran Flanagan<br>5 Prospect Place<br>Madison, NJ 07940 | Affected Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joe Furey<br>341 Nassau St<br>Princeton, NJ 08540 | Affected Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chris Johnson<br>15 Ballbrook Dr<br>Mendham, NJ 074945 | Affected Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew T. McInerney, Esq.<br>Wishnic & Jerushalmy, LLC<br>146 Livingston Ave.<br>New Brunswick, NJ 08901 | Counsel for Brendan Murray | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other <u>via e-mail</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

**Exhibit B**

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BAK Advisors<br>Attn: Bernard Katz<br>626 South State Street<br>Newtown, PA 18940 | Liquidating Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mitchell Malzberg, Esq.<br>Law Offices of Mitchell J. Malzberg, Esq.<br>P.O. Box 5122<br>6 E. Main Street, Suite 7<br>Clinton, New Jersey 08809 | Counsel to the Liquidating Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

5