# Footnotes

**Part 3: "Recoveries of the Holders of Claims and Interests under Confirmed Plan"**

- Currently, Hollister Construction Services, LLC is pursing three potential litigations. As a result of the proceedings, there may be limited recoveries for creditors. At this time, the amount of the recoveries, and beneficiaries of the recoveries are uncertain. One of the E & O litigations settled for $2.9 million in July of 2022.

**Professional Fee Payments**

- Professional fee payments disbursed by Debtor's counsel are payments under the Plan.

**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From October  01, 2022
To   October  31, 2022
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA   18940

Primary Account:     4006         0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 4006     MONOGRAM INSURED MMA | 111,848.54 | 451,903.04 |
| RELATIONSHIP TOTAL | | 451,903.04 |

Signature SIGNATURE BANK

```
                                                        Statement Period
                                                        From October   01, 2022
                                                        To   October   31, 2022
                                                        Page     2 of     2

                                                        PRIVATE CLIENT GROUP 161
                                                        565 FIFTH AVENUE
                                                        NEW YORK, NY 10017


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     MONEY MARKET ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                             See Back for Important Information
     NEWTOWN PA   18940

                                                        Primary Account:        4006        0


 MONOGRAM INSURED MMA              4006


 Summary
  Previous Balance as of October    01, 2022                                      111,848.54
        3 Credits                                                                 340,054.50
  Ending Balance as of    October   31, 2022                                      451,903.04


 Deposits and Other Credits
  Oct 04   DEPOSIT                                                                139,853.18
  Oct 18   DEPOSIT                                                                200,120.40
  Oct 31   Interest Paid                                                               80.92

 Daily Balances
  Sep 30          111,848.54                 Oct 18         451,822.12
  Oct 04          251,701.72                 Oct 31         451,903.04


*====================================  Interest Summary  ==========================================*
*  Year-To-Date Interest          1,252.15                                                          *
*  Interest Paid This Period         80.92      Annual Percentage Yield Earned    0.30 %            *
*  Avg. Balance this Period      317,577.60     Days in Period                       31            *
*===================================================================================================*
```

**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                                        Statement Period
                                                        From October   01, 2022
                                                        To   October   31, 2022
                                                        Page      1 of      2

                                                        PRIVATE CLIENT GROUP 161
                                                        565 FIFTH AVENUE
                                                        NEW YORK, NY 10017


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                              See Back for Important Information
    NEWTOWN PA   18940

                                                Primary Account: ▇▇▇▇3999            3
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| ▇▇▇▇3999 | MONOGRAM CHECKING | 181,343.54 | 180,018.54 |
| | RELATIONSHIP TOTAL | | 180,018.54 |

```
                                                        Statement Period
                                                        From October   01, 2022
                                                        To   October   31, 2022
                                                        Page    2 of    2

                                                        PRIVATE CLIENT GROUP 161
                                                        565 FIFTH AVENUE
                                                        NEW YORK, NY 10017


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
     BERNARD A KATZ TRUSTEE
     CHECKING ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                             See Back for Important Information
     NEWTOWN PA   18940

                                                     Primary Account:         3999         3


 MONOGRAM CHECKING                        3999



 Summary
   Previous Balance as of October   01, 2022                                       181,343.54
        4 Debits                                                                     1,325.00
   Ending Balance as of    October   31, 2022                                      180,018.54


 Withdrawals and Other Debits
  Oct 13   AUTOMATED PAYMENT       ck/ref no.    5828275                               605.00
           NJ WEB PMT 02201    NJWEB02201    091000011635895
           TXP*B743135404000*02201*211231*T*60500*****H

 Checks by Serial Number
   Oct 31       1070         240.00       Oct 31       1072         240.00
   Oct 31       1071         240.00

 Daily Balances
   Sep 30         181,343.54                   Oct 31        180,018.54
   Oct 13         180,738.54

 Rates for this statement period - Overdraft
               Oct 01, 2022    16.000000  %
```



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                              Statement Period
                                              From November 01, 2022
                                              To   November 30, 2022
                                              Page    1 of    3

                                              PRIVATE CLIENT GROUP 161
                                              565 FIFTH AVENUE
                                              NEW YORK, NY 10017


HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                        See Back for Important Information
NEWTOWN PA   18940

                                              Primary Account:      3999        4
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 3999   MONOGRAM CHECKING | 180,018.54 | 60,397.28 |
| RELATIONSHIP TOTAL | | 60,397.28 |

# SIGNATURE BANK

```
                                                          Statement Period
                                                          From November 01, 2022
                                                          To   November 30, 2022
                                                          Page    2 of    3

                                                          PRIVATE CLIENT GROUP 161
                                                          565 FIFTH AVENUE
                                                          NEW YORK, NY 10017


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
        BERNARD A KATZ TRUSTEE
        CHECKING ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                            See Back for Important Information
        NEWTOWN PA   18940

                                                          Primary Account:       3999        4


MONOGRAM CHECKING                        3999
```

## Summary

| | |
|---|---:|
| Previous Balance as of November 01, 2022 | 180,018.54 |
| 1 Credits | 239,400.00 |
| 6 Debits | 359,021.26 |
| Ending Balance as of November 30, 2022 | 60,397.28 |

## Deposits and Other Credits

| | | | |
|---|---|---|---:|
| Nov 02 | TRANSFER CR | TRANSFER CR  0 | 239,400.00 |
|        | TRANSFER FROM: | XXXXXX4006 | |

## Withdrawals and Other Debits

```
Nov 02   OUTGOING WIRE XFER                                                   100,060.20
         REF#  20221102B6B7261F006915
         TO:   ARCH INSURANCE COMPANY           ABA:   021000021
         BANK: JPMCHASE                         ACCT#        6773
Nov 02   OUTGOING WIRE XFER                                                   193,342.27
         REF#  20221102B6B7261F006919
         TO:   PNC BANK, NATIONAL ASSOCIATION   ABA:   043000096
         BANK: PNCBANK PITT                     ACCT#        16803
```

## Checks by Serial Number

| | | | | | |
|---|---|---:|---|---|---:|
| Nov 01 | 1067 | 21,592.70 | Nov 03 | 1073 * | 24,063.00 |
| Nov 04 | 1068 | 13,163.09 | Nov 09 | 1074 | 6,800.00 |

* Indicates break in check sequence

## Daily Balances

| | | | | |
|---|---:|---|---|---:|
| Oct 31 | 180,018.54 | | Nov 03 | 80,360.37 |
| Nov 01 | 158,425.84 | | Nov 04 | 67,197.28 |
| Nov 02 | 104,423.37 | | Nov 09 | 60,397.28 |

# SIGNATURE BANK

Statement Period
From November 01, 2022
To   November 30, 2022
Page    3 of    3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA  18940

See Back for Important Information

Primary Account: ████3999                4

Rates for this statement period - Overdraft
    Nov 03, 2022    16.750000 %
    Nov 01, 2022    16.000000 %



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                              Statement Period
                                              From November  01, 2022
                                              To   November  30, 2022
                                              Page    1 of     2

                                              PRIVATE CLIENT GROUP 161
                                              565 FIFTH AVENUE
                                              NEW YORK, NY 10017


HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                        See Back for Important Information
NEWTOWN PA   18940

                                              Primary Account:      4006        0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 4006    MONOGRAM INSURED MMA | 451,903.04 | 212,557.41 |
| RELATIONSHIP TOTAL | | 212,557.41 |

# SIGNATURE BANK

```
                                                    Statement Period
                                                    From November 01, 2022
                                                    To   November 30, 2022
                                                    Page     2 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
    BERNARD A KATZ TRUSTEE
    MONEY MARKET ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                          See Back for Important Information
    NEWTOWN PA   18940

                                                    Primary Account:         4006            0


MONOGRAM INSURED MMA                 4006


Summary

   Previous Balance as of November  01, 2022                                         451,903.04
         1 Credits                                                                        54.37
         1 Debits                                                                    239,400.00
   Ending Balance as of    November  30, 2022                                        212,557.41


Deposits and Other Credits
   Nov 30   Interest Paid                                                                 54.37

Withdrawals and Other Debits
   Nov 02   TRANSFER DR       TRANSFER DR  0                                         239,400.00
            TRANSFER TO:         XXXXXX3999

Daily Balances
   Oct 31        451,903.04                 Nov 30        212,557.41
   Nov 02        212,503.04

*==============================================  Interest Summary  ==============================================*
* Year-To-Date Interest              1,306.52                                                                    *
* Interest Paid This Period             54.37     Annual Percentage Yield Earned         0.30 %                  *
* Avg. Balance this Period         220,483.04     Days in Period                           30                   *
*================================================================================================================*
```



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                          Statement Period
                                          From December 01, 2022
                                          To   December 31, 2022
                                          Page     1 of     2

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017


HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                    See Back for Important Information
NEWTOWN PA  18940

                                          Primary Account: ████3999        3
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| ████3999 | MONOGRAM CHECKING | 60,397.28 | 36,083.84 |
| | RELATIONSHIP TOTAL | | 36,083.84 |

# Signature | SIGNATURE BANK

```
                                              Statement Period
                                              From December 01, 2022
                                              To   December 31, 2022
                                              Page      2 of      2

                                              PRIVATE CLIENT GROUP 161
                                              565 FIFTH AVENUE
                                              NEW YORK, NY 10017


   HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
   BERNARD A KATZ TRUSTEE
   CHECKING ACCOUNT
   C/O BAK ADVISORS
   626 SOUTH STATE STREET                     See Back for Important Information
   NEWTOWN PA  18940

                                              Primary Account:      3999         3


MONOGRAM CHECKING                  3999
```

## Summary

```
Previous Balance as of December  01, 2022                                60,397.28
      3 Debits                                                           24,313.44
Ending Balance as of   December  31, 2022                                36,083.84
```

### Checks by Serial Number

```
Dec 29      1075      16,106.57    Dec 27      1081 *        240.00
Dec 29      1078 *     7,966.87

            * Indicates break in check sequence
```

### Daily Balances

```
Nov 30       60,397.28              Dec 29       36,083.84
Dec 27       60,157.28
```

Rates for this statement period - Overdraft
```
            Dec 15, 2022    17.250000 %
            Dec 01, 2022    16.750000 %
```



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                          Statement Period
                                          From December  01, 2022
                                          To   December  31, 2022
                                          Page     1 of      2

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017


  HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
  BERNARD A KATZ TRUSTEE
  MONEY MARKET ACCOUNT
  C/O BAK ADVISORS
  626 SOUTH STATE STREET                  See Back for Important Information
  NEWTOWN PA  18940

                                          Primary Account:       4006       0


  IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
  ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
  E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
  FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
  THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
  YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
  OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
  & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
  IDENTITY AND PERSONAL INFORMATION.
```

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 4006    MONOGRAM INSURED MMA | 212,557.41 | 241,096.29 |
| RELATIONSHIP TOTAL | | 241,096.29 |

**SIGNATURE BANK**

```
                                                    Statement Period
                                                    From December 01, 2022
                                                    To   December 31, 2022
                                                    Page    2 of    2

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
    BERNARD A KATZ TRUSTEE
    MONEY MARKET ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                          See Back for Important Information
    NEWTOWN PA  18940

                                                    Primary Account:        4006        0


MONOGRAM INSURED MMA              4006


Summary

  Previous Balance as of December 01, 2022                                     212,557.41
      2 Credits                                                                 28,538.88
  Ending Balance as of   December 31, 2022                                     241,096.29


  Deposits and Other Credits
  Dec 23   DEPOSIT                                                              28,483.54
  Dec 30   Interest Paid                                                            55.34

  Daily Balances
   Nov 30        212,557.41              Dec 30         241,096.29
   Dec 23        241,040.95

*=========================================== Interest Summary =========================================*
*  Year-To-Date Interest            1,361.86                                                            *
*  Interest Paid This Period           55.34    Annual Percentage Yield Earned       0.30 %             *
*  Avg. Balance this Period       217,151.52    Days in Period                         31              *
*=======================================================================================================*
```