# Footnotes

**Part 3: "Recoveries of the Holders of Claims and Interests under Confirmed Plan"**

- Currently, Hollister Construction Services, LLC is pursing three potential litigations. As a result of the proceedings, there may be limited recoveries for creditors. At this time, the amount of the recoveries, and beneficiaries of the recoveries are uncertain. One of the E & O litigations settled for $2.9 million in July of 2022.

**Professional Fee Payments**

- Professional fee payments disbursed by Debtor's counsel are payments under the Plan.

# SIGNATURE BANK
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From October 01, 2022
To   October 31, 2022
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA    18940

See Back for Important Information

Primary Account: ▮▮▮▮4006        0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| ▮▮▮▮4006   MONOGRAM INSURED MMA | 111,848.54 | 451,903.04 |
| RELATIONSHIP TOTAL | | 451,903.04 |

**Signature** | **SIGNATURE BANK**

```
                                                    Statement Period
                                                    From October  01, 2022
                                                    To   October  31, 2022
                                                    Page    2 of    2

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     MONEY MARKET ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                         See Back for Important Information
     NEWTOWN PA   18940

                                                    Primary Account: ████4006         0


MONOGRAM INSURED MMA              ████4006



Summary

 Previous Balance as of October   01, 2022                                  111,848.54
        3 Credits                                                           340,054.50
 Ending Balance as of   October   31, 2022                                  451,903.04


Deposits and Other Credits
 Oct 04   DEPOSIT                                                           139,853.18
 Oct 18   DEPOSIT                                                           200,120.40
 Oct 31   Interest Paid                                                          80.92

Daily Balances
 Sep 30           111,848.54                  Oct 18         451,822.12
 Oct 04           251,701.72                  Oct 31         451,903.04


*====================================  Interest Summary  ==========================================*
*  Year-To-Date Interest             1,252.15                                                       *
*  Interest Paid This Period            80.92       Annual Percentage Yield Earned     0.30 %       *
*  Avg. Balance this Period         317,577.60      Days in Period                        31       *
*===================================================================================================*
```

**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                                    Statement Period
                                                    From October  01, 2022
                                                    To   October  31, 2022
                                                    Page     1 of      2

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                          See Back for Important Information
    NEWTOWN PA   18940

                                                    Primary Account:  ▬▬▬3999        3
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ▬▬▬3999   MONOGRAM CHECKING | 181,343.54 | 180,018.54 |
| RELATIONSHIP TOTAL | | 180,018.54 |

Signature SIGNATURE BANK

```
                                                              Statement Period
                                                              From October   01, 2022
                                                              To   October   31, 2022
                                                              Page     2 of      2

                                                              PRIVATE CLIENT GROUP 161
                                                              565 FIFTH AVENUE
                                                              NEW YORK, NY 10017


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
     BERNARD A KATZ TRUSTEE
     CHECKING ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                                   See Back for Important Information
     NEWTOWN PA   18940

                                                     Primary Account:        3999              3


MONOGRAM CHECKING                         3999
```

Summary

```
 Previous Balance as of October   01, 2022                                      181,343.54
       4 Debits                                                                   1,325.00
 Ending Balance as of    October   31, 2022                                     180,018.54
```

Withdrawals and Other Debits

```
 Oct 13   AUTOMATED PAYMENT       ck/ref no.    5828275                             605.00
          NJ WEB PMT 02201    NJWEB02201     091000011635895
          TXP*B743135404000*02201*211231*T*60500*****H
```

Checks by Serial Number

```
 Oct 31        1070          240.00      Oct 31       1072         240.00
 Oct 31        1071          240.00
```

Daily Balances

```
 Sep 30         181,343.54               Oct 31       180,018.54
 Oct 13         180,738.54
```

Rates for this statement period - Overdraft
```
              Oct 01, 2022    16.000000  %
```



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                              Statement Period
                                              From November 01, 2022
                                              To   November 30, 2022
                                              Page    1 of    3

                                              PRIVATE CLIENT GROUP 161
                                              565 FIFTH AVENUE
                                              NEW YORK, NY 10017


HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                        See Back for Important Information
NEWTOWN PA   18940

                                              Primary Account: ████3999          4
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████3999    MONOGRAM CHECKING | 180,018.54 | 60,397.28 |
| RELATIONSHIP TOTAL | | 60,397.28 |

# SIGNATURE BANK

```
                                                    Statement Period
                                                    From November 01, 2022
                                                    To   November 30, 2022
                                                    Page    2 of    3

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
        BERNARD A KATZ TRUSTEE
        CHECKING ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                      See Back for Important Information
        NEWTOWN PA   18940

                                                    Primary Account:       3999      4


MONOGRAM CHECKING                   3999
```

## Summary

| | |
|---|---:|
| Previous Balance as of November 01, 2022 | 180,018.54 |
| 1 Credits | 239,400.00 |
| 6 Debits | 359,021.26 |
| Ending Balance as of November 30, 2022 | 60,397.28 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---:|
| Nov 02 | TRANSFER CR    TRANSFER CR   0<br>TRANSFER FROM:    XXXXXX4006 | 239,400.00 |

## Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---:|
| Nov 02 | OUTGOING WIRE XFER<br>REF#  20221102B6B7261F006915<br>TO:   ARCH INSURANCE COMPANY    ABA: 021000021<br>BANK: JPMCHASE                ACCT#     6773 | 100,060.20 |
| Nov 02 | OUTGOING WIRE XFER<br>REF#  20221102B6B7261F006919<br>TO:   PNC BANK, NATIONAL ASSOCIATION   ABA: 043000096<br>BANK: PNCBANK PITT           ACCT#     16803 | 193,342.27 |

## Checks by Serial Number

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---:|---|---|---:|
| Nov 01 | 1067 | 21,592.70 | Nov 03 | 1073 * | 24,063.00 |
| Nov 04 | 1068 | 13,163.09 | Nov 09 | 1074 | 6,800.00 |

\* Indicates break in check sequence

## Daily Balances

| Date | Balance | Date | Balance |
|---|---:|---|---:|
| Oct 31 | 180,018.54 | Nov 03 | 80,360.37 |
| Nov 01 | 158,425.84 | Nov 04 | 67,197.28 |
| Nov 02 | 104,423.37 | Nov 09 | 60,397.28 |

**SIGNATURE BANK**

```
                                                    Statement Period
                                                    From November 01, 2022
                                                    To   November 30, 2022
                                                    Page     3 of     3

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                          See Back for Important Information
    NEWTOWN PA   18940

                                                    Primary Account: ████3999           4


    Rates for this statement period - Overdraft
              Nov 03, 2022   16.750000 %
              Nov 01, 2022   16.000000 %
```



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                              Statement Period
                                              From November 01, 2022
                                              To   November 30, 2022
                                              Page    1 of    2

                                              PRIVATE CLIENT GROUP 161
                                              565 FIFTH AVENUE
                                              NEW YORK, NY 10017


HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                        See Back for Important Information
NEWTOWN PA   18940

                                              Primary Account:       4006        0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| 4006    MONOGRAM INSURED MMA | 451,903.04 | 212,557.41 |
| RELATIONSHIP TOTAL | | 212,557.41 |

# SIGNATURE BANK

```
                                               Statement Period
                                               From November 01, 2022
                                               To   November 30, 2022
                                               Page    2 of    2

                                               PRIVATE CLIENT GROUP 161
                                               565 FIFTH AVENUE
                                               NEW YORK, NY 10017


   HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
   BERNARD A KATZ TRUSTEE
   MONEY MARKET ACCOUNT
   C/O BAK ADVISORS
   626 SOUTH STATE STREET                      See Back for Important Information
   NEWTOWN PA   18940

                                               Primary Account:        4006        0


MONOGRAM INSURED MMA                4006


Summary

  Previous Balance as of November 01, 2022                                  451,903.04
         1 Credits                                                               54.37
         1 Debits                                                           239,400.00
  Ending Balance as of  November 30, 2022                                   212,557.41


Deposits and Other Credits
  Nov 30   Interest Paid                                                         54.37

Withdrawals and Other Debits
  Nov 02   TRANSFER DR       TRANSFER DR   0                                239,400.00
           TRANSFER TO:      XXXXXX3999

Daily Balances
  Oct 31       451,903.04              Nov 30       212,557.41
  Nov 02       212,503.04

                                Interest Summary
*  Year-To-Date Interest            1,306.52
*  Interest Paid This Period           54.37    Annual Percentage Yield Earned   0.30 %
*  Avg. Balance this Period       220,483.04    Days in Period                     30
```



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                            Statement Period
                                            From December 01, 2022
                                            To   December 31, 2022
                                            Page     1 of      2

                                            PRIVATE CLIENT GROUP 161
                                            565 FIFTH AVENUE
                                            NEW YORK, NY 10017


   HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
   BERNARD A KATZ TRUSTEE
   CHECKING ACCOUNT
   C/O BAK ADVISORS
   626 SOUTH STATE STREET              See Back for Important Information
   NEWTOWN PA  18940

                                       Primary Account:  ███3999         3
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| ███3999 | MONOGRAM CHECKING | 60,397.28 | 36,083.84 |
| | RELATIONSHIP TOTAL | | 36,083.84 |

**SIGNATURE BANK**

```
                                                        Statement Period
                                                        From December 01, 2022
                                                        To   December 31, 2022
                                                        Page    2 of     2

                                                        PRIVATE CLIENT GROUP 161
                                                        565 FIFTH AVENUE
                                                        NEW YORK, NY 10017


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                              See Back for Important Information
    NEWTOWN PA  18940

                                                        Primary Account:      3999        3


MONOGRAM CHECKING                       3999
```

### Summary

| | |
|---|---:|
| Previous Balance as of December 01, 2022 | 60,397.28 |
| 3 Debits | 24,313.44 |
| Ending Balance as of December 31, 2022 | 36,083.84 |

### Checks by Serial Number

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---:|---|---|---:|
| Dec 29 | 1075 | 16,106.57 | Dec 27 | 1081 * | 240.00 |
| Dec 29 | 1078 * | 7,966.87 | | | |

\* Indicates break in check sequence

### Daily Balances

| Date | Balance | Date | Balance |
|---|---:|---|---:|
| Nov 30 | 60,397.28 | Dec 29 | 36,083.84 |
| Dec 27 | 60,157.28 | | |

Rates for this statement period - Overdraft
- Dec 15, 2022    17.250000 %
- Dec 01, 2022    16.750000 %



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                            Statement Period
                                            From December  01, 2022
                                            To   December  31, 2022
                                            Page      1 of     2

                                            PRIVATE CLIENT GROUP 161
                                            565 FIFTH AVENUE
                                            NEW YORK, NY 10017
```

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA  18940

See Back for Important Information

Primary Account: ████4006          0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████4006    MONOGRAM INSURED MMA | 212,557.41 | 241,096.29 |
| RELATIONSHIP TOTAL | | 241,096.29 |

# SIGNATURE BANK

```
                                                    Statement Period
                                                    From December 01, 2022
                                                    To   December 31, 2022
                                                    Page    2 of    2

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
        BERNARD A KATZ TRUSTEE
        MONEY MARKET ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                      See Back for Important Information
        NEWTOWN PA   18940

                                                    Primary Account:         4006         0


MONOGRAM INSURED MMA                  4006


Summary

  Previous Balance as of December  01, 2022                                    212,557.41
       2 Credits                                                                28,538.88
  Ending Balance as of   December  31, 2022                                    241,096.29


Deposits and Other Credits
  Dec 23   DEPOSIT                                                              28,483.54
  Dec 30   Interest Paid                                                            55.34

Daily Balances
  Nov 30        212,557.41              Dec 30        241,096.29
  Dec 23        241,040.95

*====================================== Interest Summary =====================================*
*  Year-To-Date Interest          1,361.86                                                     *
*  Interest Paid This Period          55.34   Annual Percentage Yield Earned   0.30 %          *
*  Avg. Balance this Period      217,151.52   Days in Period                     31            *
*==============================================================================================*
```