Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−27439−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hollister Construction Services, LLC
   339 Jefferson Road
   Parsippany, NJ 07054

Social Security No.:

Employer's Tax I.D. No.:
   74−3135404

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on January 25, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 1978
TEXT ORDER: Beginning on February 2, 2023, Judge Kaplan's regular Thursday motion calendar (addressing Chapter 7 & 11 cases) will utilize ZOOM for remote appearances. Parties remain free to request in−person appearances by contacting Chambers and the Court may direct same if, in the Court's discretion, in−person appearances are appropriate. Otherwise, remote appearances will be conducted via ZOOM ONLY. Please find the Zoom link on Judge Kaplan's page on the Court's website: http://www.njb.uscourts.gov/content/honorable−michael−b−kaplan. To appear via Zoom, parties may click on the Zoom link on the website or use a telephone to dial−in using the dial−in information. Please visit Judge Kaplan's page on the Court's website for further information regarding appearances, including the Court's Zoom appearance guidelines.. (mhh)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 25, 2023
JAN: mhh

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-27439-MBK

Hollister Construction Services, LLC  Chapter 11

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 13 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: orderntc | Total Noticed: 82 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Hollister Construction Services, LLC, 339 Jefferson Road, Parsippany, NJ 07054-3707 |
| aty | + | Arent Fox LLP, 1301 Avenues of the Americas, Floor 42, New York, NY 10019-6040 |
| aty | + | Bernadette Brennan, City of New York, 100 Church Street, Room 5-247, New York, NY 10007-2601 |
| aty | + | Boyd Mechanical, LLC, c/o Rosenberg & Pittinsky, LLP, 232 Madison Avenue, Suite 906, New York, NY 10016-2944 |
| aty | | Brian Bisignani, Post & Schell, 1869 Charter Lane, Ste. 102, POB 10248 Lancaster, PA 17605-0248 |
| aty | + | Brian Craig, 400 Garden City Plaza, Garden City, NY 11530-3322 |
| aty | + | Gary M Kushner, Goetz Fitzpatrick LLP, One Penn Plaza, 3rd Floor, New York, NY 10119-0027 |
| aty | + | Gregg Ilardi, 174 Delawanna Ave., Clifton, NJ 07014-1550 |
| aty | + | Henry J. Jaffe, Pepper Hamilton LLP, 1313 Market St.,, Hercules Plaza, Suite 5100, Wilmington, DE 19801-6101 |
| aty | + | John Ratkowitz, Ginarte,Gallardo Gonzalez & Winograd LLP, 400 Market Street, Newark, NJ 07105-2274 |
| aty | + | Luis Guerrero, 434 W. 33rd Street 13th Floor, New York, NY 10001-2601 |
| aty | + | McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |
| aty | + | Michael A. Cifelli, Hardin, Kundla, MeKeon & Poletto, 673 Morris Avenue, Springfield, NJ 07081-1591 |
| cr | + | 360 Fire Prevention 360 Fire Prevention LLC, 1061 Paulison Avenue, Clifton, NJ 07011-3628 |
| cr | + | 3L & Company, Inc., c/o Okin Hollander LLC, Glenpointe Centre West, 2d Floor, 500 Frank W. Burr Blvd., Teaneck, NJ 07666-6804 |
| cr | + | Advanced Scaffold Services Mid-Atlantic LLC, 650 Route 46 West, Clifton, NJ 07013-1503 |
| cr | + | Advanced Scaffold Services, LLC, 620 Oakwood Avenue, West Hartford, CT 06110-1520 |
| cr | + | Air Group, LLC, c/o Carl J. Soranno, Esq., Brach Eichler LLC, 101 Eisenhower Parkway, Roseland, NJ 07068-1053 |
| cr | + | Allglass Systems, LLC, Allglass Systems, LLC, 34B Noeland Avenue, Penndel, PA 19047-5259 |
| cr | + | Antonio Zarfino, Bel-Con Construction Services, Inc., 26 Wallace Street, Belleville, NJ 07109, UNITED STATES 07109-3526 |
| cr | + | Arch Insurance Company and Arch Reinsurance Compan, c/o Chiesa Shahinian & Giantomasi PC, One Boland Drive, Attn: Robert E. Nies, Esq., West Orange, NJ 07052-3686 |
| intp | + | BAK Advisors, LLC, 626 S. State Street, Newtown, PA 18940-1509 |
| cr | + | Bridge Builders Newark LLC, c/o Karen Marques, 211 Warren Street, Newark, NJ 07103-3568 |
| cr | + | CTC Academy, c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Box 10, Attn: David H. Stein, Esq. Woodbridge, NJ 07095-1155 |
| cr | + | Carson Corporation, 171 Route 94, Lafayette, NJ 07848-4614 |
| cr | + | Cellco Partnership d/b/a Verizon Wireless, c/o McCarter & English, LLP, Attn: James A. Kellar, Esq., Four Gateway Center, 100 Mulberry Street Newark, NJ 07102-4056 |
| intp | + | Christopher Johnson, c/o Rabinowitz, Lubetkin & Tully, LLC, 293 Eisenhower Parkway, Suite 100, Livingston, NJ 07039-1711 |
| cr | + | Columbian Iron Works, Inc., 332 Vreeland Ave, Paterson, NJ 07513-1014 |
| cr | + | Commonwealth of Pennsylvania Dept. of Labor and In, 651 Boas St., Room 925, Harrisburgh, PA 17121-0751 |
| cr | + | Dancker, 291 Evans Way, Somerville, NJ 08876-3766 |
| cr | + | Dehn Bros.Fire Protection, Inc., C/o Durkin & Durkin, LLC, 1120 Bloomfield Ave., West Caldwell, NJ 07006-7138 |
| cr | | Drobach Equipment Rental Co., 2240 US-22, Union, NJ 07083 |
| cr | + | EWA Moonachie 77, LLC, c/o Alan Brody, Greenberg Traurig, 500 Campus Drive, Suite 400, Florham Park, NJ 07932-1025 |
| cr | + | Edison Construction Management, c/o Riker Danzig, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| cr | + | Encon Mechancial Corp, 3433 Sunset Ave, PO Box 2293, Ocean, NJ 07712-2293 |
| cr | + | Essex Mechanical LLC, 1275 Bloomfield Avenue, Bldg. A, Unit 12, Fairfield, NJ 07004-2708 |
| cr | + | FN Dynamic Inc, C/O Thomas D. McKeon, Esquire, 570 Kearny Avenue, P.O. Box 452, Kearny, NJ 07032-0452 |
| cr | + | FN Dynamic, Inc, C/O Thomas D. McKeon, Esq, 570 Kearny Avenue, P.O. Box 452, Kearny, NJ 07032-0452 |
| cr | + | Fabcon Precast, Post & Schell, P.C., 1869 Charter Lane, POB 10248, Lancaster, PA 17605-0248 |
| intp | + | Fairleigh Dickinson University, c/o Walsh Pizzi O'Reilly Falanga LLP, Three Gateway Center, 100 Mulberry Street, 15th Floor Newark, |

Case 19-27439-MBK    Doc 1979    Filed 01/27/23    Entered 01/28/23 00:17:52    Desc
Imaged Certificate of Notice    Page 3 of 14

| District/off: 0312-3 | User: admin | Page 2 of 13 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: orderntc | Total Noticed: 82 |

| | | |
|---|---|---|
| | | NJ 07102-4056 |
| intp | + | Grand Maujer Development, LLC, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, NJ 07601-7083 |
| cr | + | Haddad Heating & Plumbing, Inc., 1223 Broad Street, Newark, NJ 07114-1701 |
| cr | + | Horizon Blue Cross Blue Shield of New Jersey, c/o Becker LLC, 354 Eisenhower Parkway, Plaza Two,Suite 1500, Livingston, NJ 07039-1022 |
| cr | + | Jonasz Precast, Inc., 829 Delsea Drive, Westville, NJ 08093-1232 |
| cr | + | K & L Gates, LLP, Daniel M. Eliades, Esq., 1085 Raymond Boulevard, Newaek, NJ 07102-5218 |
| cr | + | Kerbel-Sheriff Partners, c/o K&L Gates LLP, Attn.: Daniel M. Eliades, One Newark Center, 10th Floor Newark, NJ 07102-5237 |
| intp | + | Kieran Flanagan, c/o Rabinowitz, Lubetkin & Tully, LLC, 293 Eisenhower Parkway, Suite 100, Livingston, NJ 07039-1711 |
| cr | + | L&W Supply Corporation, c/o Larry Miller, 11722 Taneytown Pike, Taneytown, MD 21787, UNITED STATES 21787-1165 |
| cr | + | Lally Pipe & Tube, 8770 Railroad Drive, Taylor Mill, KY 41015-9096 |
| cr | + | Leader Electric Co., Inc., c/o Gorski & Knowlton PC, Allen I. Gorski, Esquire, 311 Whitehorse Avenue, Suite A Hamilton, NJ 08610-1430 |
| cr | | Liberty Mutual Insurance Company, 181 Bay Street, Suite 900, Toronto(ON), M5J 2T3, CANADA |
| cr | + | Mayer Weberman, Orange County Superior Concrete, 149 Elm Street, Suite 102, Monroe, NY 10950, UNITED STATES 10950-2896 |
| cr | + | Mercedes-Benz USA, LLC, c/o McCarter & English, LLP, Attn: Clement J. Farley, Esq., Four Gateway Center, 100 Mulberry Street Newark, NJ 07102-4056 |
| cr | + | Michaels Electrical Supply Corp., 456 Merrick Road, Lynbrook, NY 11563-2448 |
| cr | + | Myrage LLC, Feinstein Raiss Kelin Booker & Goldstein, 290 W. Mt. Pleasant Ave., Suite 1340, Livingston, NJ 07039-2763 |
| cr | + | Newark Warehouse Redevelopment Company, c/o Riker Danzig, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| cr | + | Newark Warehouse Urban Renewal, LLC, c/o Riker Danzig, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| intp | + | Newkirk Realty LLC, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, NJ 07601-7083 |
| cr | + | Nickerson Corporation, 515 Union Ave, Union Beach, NJ 07735-3130 |
| cr | + | Nomad Framing, LLC, Att: David L. Bruck, Esq., Greenbaum, Rowe, Smith & Davis LLP, PO Box 5600, Woodbridge, NJ 07095-0988 |
| cr | + | Oracle America, Inc., c/o Doshi Legal Group, P.C., Attn: Amish R. Doshi, 1979 Marcus Avenue, Suite 210E Lake Success, NY 11042-1022 |
| intp | + | P. Tamburri Steel, 1401 Industrial Highway, 1401 Industrial Highway, CINNAMINSON, NJ 08077, UNITED STATES 08077-2589 |
| intp | + | P3 Metals, LLC, 100 Century Parkway, Suite 305, Mt. Laurel, NJ 08054-1182 |
| op | + | Parkland Group Inc, 8110 Devon Court, Chagrin Falls, OH 44023-5008 |
| op | + | Paul Belair, 10x CEO Coaching LLC, POB 5117, Youngstown, OH 44514-0117 |
| cr | + | Pereira Electrical Contracting, Inc., c/o Cohn Lifland Pearlman Herrmann, Park 80 West - Plaza One, 250 Pehle Ave., Suite 401, Saddle Brook, NJ 07663-5832 |
| intp | + | RH 537 Building Owner LLC, 2 Park Ave, 14th Floor, New York, NY 10016-5702 |
| cr | + | Remy Quezada Rodriguez, c/o Sacco & Fillas LLP, 31-19 Newtown Avenue, 7th Floor, Astoria, NY 11102-1392 |
| intp | + | SM Financial Services Corporation, P.O. Box 530, Oldwick, NJ 08858-0530 |
| sp | + | SM LAW PC, PO Box 530, 49 Old Turnpike Road, Oldwick, NJ 08858-7001 |
| none | + | Sax LLP, 389 Interpace Parkway, Parsippany, NJ 07054-1132 |
| cr | + | Schindler Elevator Corporation, Three Gateway Center, 100 Mulberry Street, 15th Floor, Newark, NJ 07102 UNITED STATES 07102-4056 |
| cr | + | Schnell Contracting Systems, LLC, c/o The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| sp | + | Stark & Stark, Stark & Stark, 993 Lenox Drive, Lawrenceville, NJ 08648-2389 |
| cr | + | Sunstone Hotels Morristown, LLC, c/o Riker Danzig, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| cr | + | Troon Electric of New Jersey LLC, 555 North Ave, Fort Lee, NJ 07024-2404 |
| cr | + | Ware Malcomb, Attn: Tobin Slone, CFO, 10 Edelman, Irvine, CA 92618-4312 |
| cr | + | Wilson Quinones, 5602 Broadway, 2nd Floor, Bronx, NY 10463-5537 |

TOTAL: 78

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| acc | + | Email/Text: delmarie.velazquez@eisneramper.com | Jan 25 2023 20:48:00 | Eisner Amper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 |
| cr | + | Email/Text: BANKRUPTCYNOTICE@CSCINFO.COM | Jan 25 2023 20:47:00 | LEG Acquisition LLC, C/O Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808, UNITED STATES 19808-1645 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 25 2023 20:47:00 | PNC Bank, National Association, c/o Duane Morris LLP, Attn: James J. Holman and Sommer L. Ross, 222 Delaware Avenue, Suite 1600, Wilmington, DE 19801-1659 |
| op | | Email/Text: EBN@primeclerk.com | Jan 25 2023 20:47:00 | Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165 |

| District/off: 0312-3 | User: admin | Page 3 of 13 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: orderntc | Total Noticed: 82 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | City Contracting, Inc., 62 Bog and Valley Lane, Lincoln Park |
| cr | | Robert Travis |
| cr | | SBLP Princeton, LLC, a Delaware limited liability |
| intp | | Waypoint Hackensack Urban Renewal Owner LLC |
| cr | | c/o Marguerite M. Unique Scaffolding Systems, LLC, Unique Scaffolding, LLC, N.A., 150 Morristown Road, Suite 105, Shain Schaffer PC, 150 Morristown Road,, Bernardsville, UNITED STATES |
| cr | ##+ | Rexel, Inc., 14951 Dallas Parkway, Dallas, TX 75254-7892 |
| cr | ##+ | State Line Construction Company, Inc., 234 Pacific Street, Newark, NJ 07114-2830 |
| cr | ##+ | Vector Structural Preservation Corp., 21 Willowdale Ave., Port Washington, NY 11050-3716 |

TOTAL: 5 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023         Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam D Wolper | on behalf of Creditor Marlon Garcia adam@wolplaw.com |
| Adrienne C Rogove | on behalf of Creditor 640 Columbia Owner LLC acrogove@gmail.com |
| Alan J. Brody | on behalf of Creditor EWA Moonachie 77 LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Delcon Builders Inc. aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Pentel Drywall Inc. aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com |
| Alex A Pisarevsky | on behalf of Creditor Pereira Electrical Contracting Inc. ap@njlawfirm.com |
| Alexander F. Barth | on behalf of Creditor J.M. Pereira & Sons Inc. abarth@cohenseglias.com |
| Alexander F. Barth | on behalf of Defendant J M Pereira And Sons Inc. abarth@cohenseglias.com |
| Allen I Gorski | on behalf of Creditor Leader Electric Co. Inc. agorski@gorskiknowlton.com |
| Allen J Barkin | |

|   |   |
|---|---|
|   | on behalf of Creditor Drobach Equipment Rental Co. abarkin@sbmesq.com sandyr@sbmesq.com |
| Allen Joseph Underwood, II | on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Andrea Dobin | on behalf of Creditor Committee Official Committee of Unsecured Creditors adobin@msbnj.com cgallo@msbnj.com |
| Andrew B. Cohn | on behalf of Creditor Jonasz Precast Inc. acohn@kaplaw.com |
| Andrew H. Sherman | on behalf of Plaintiff BAK Advisors LLC as the Liquidating Trustee of Hollister Construction Liquidating Trust asherman@sillscummis.com |
| Andrew H. Sherman | on behalf of Defendant Sax LLP asherman@sillscummis.com |
| Andrew J. Kelly | on behalf of Creditor Schnell Contracting Systems LLC akelly@kbtlaw.com, wsheridan@kbtlaw.com |
| Andrew R. Macklin | on behalf of Creditor Pereira Electrical Contracting Inc. arm@njlawfirm.com |
| Angelo Anthony Stio, III | on behalf of Interested Party 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation angelo.stio@troutman.com |
| Angelo Anthony Stio, III | on behalf of Interested Party 5 Bay Street Phase 1 LLC 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC angelo.stio@troutman.com |
| Anthony Sodono, III | on behalf of Attorney McManimon Scotland & Baumann, LLC asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Committee Official Committee of Unsecured Creditors asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Accountant EisnerAmper LLP asodono@msbnj.com |
| Anthony M. Rainone | on behalf of Creditor Industrial Maintenance Industries arainone@bracheichler.com cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com |
| Anthony M. Rainone | on behalf of Creditor Haddad Heating & Plumbing Inc. arainone@bracheichler.com, cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com |
| Arielle Adler | on behalf of Debtor Hollister Construction Services LLC aadler@lowenstein.com, elawler@lowenstein.com;jkimble@lowenstein.com;cmaker@lowenstein.com |
| Arielle Adler | on behalf of Plaintiff Hollister Construction Services LLC aadler@lowenstein.com, elawler@lowenstein.com;jkimble@lowenstein.com;cmaker@lowenstein.com |
| Bart J. Klein | on behalf of Creditor Midway Glass & Metal Installers Inc. bart@bartjkleinlaw.com |
| Bart J. Klein | on behalf of Unknown Role Type Apple Coring & Sawing LLC bart@bartjkleinlaw.com |
| Bart J. Klein | on behalf of Defendant Direct Cabinet Sales Of Red Bank Inc. bart@bartjkleinlaw.com |
| Bart J. Klein | on behalf of Unknown Role Type Reynolds Painting Group NJ LLC bart@bartjkleinlaw.com |
| Benjamin A. Stanziale, Jr. | on behalf of Creditor Life Town Inc. ben@stanzialelaw.com |
| Brett Berman | on behalf of Creditor Joffe Lumber & Supply Co. Inc. bberman@foxrothschild.com |
| Brian Gregory Hannon | on behalf of Creditor Imperial Floors LLC bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian R Tipton | on behalf of Defendant State Line Construction Co. btipton@floriolaw.com |

Case 19-27439-MBK    Doc 1979    Filed 01/27/23    Entered 01/28/23 00:17:52    Desc
Imaged Certificate of Notice    Page 6 of 14

| District/off: 0312-3 | User: admin | Page 5 of 13 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: orderntc | Total Noticed: 82 |

Brian R Tipton
    on behalf of Creditor State Line Construction Company Inc. btipton@floriolaw.com

Brian W. Hofmeister
    on behalf of Mediator Brian W. Hofmeister bwh@hofmeisterfirm.com j119@ecfcbis.com

Bruce D. Buechler
    on behalf of Debtor Hollister Construction Services LLC bbuechler@lowenstein.com

Bruce J. Wisotsky
    on behalf of Mediator Bruce Wisotsky bwisotsky@nmmlaw.com mcamacho@nmmlaw.com

Bryce Wallace Newell
    on behalf of Creditor LEG Acquisition LLC bnewell@fmglaw.com

Caitlin Conklin
    on behalf of Creditor Kerbel-Sheriff Partners caitlin.conklin@klgates.com

Carl J. Soranno
    on behalf of Creditor Air Group LLC csoranno@bracheichler.com,
    dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
    on behalf of Creditor Haddad Heating & Plumbing Inc. csoranno@bracheichler.com,
    dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
    on behalf of Defendant Air Group LLC csoranno@bracheichler.com,
    dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
    on behalf of Defendant Industrial Maintenance Inc. csoranno@bracheichler.com,
    dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
    on behalf of Defendant Haddad Heating & Plumbing Inc. csoranno@bracheichler.com
    dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carol L. Knowlton
    on behalf of Creditor KSS Architects cknowlton@gorskiknowlton.com

Charles A. Gruen
    on behalf of Creditor Michaels Electrical Supply Corp. cgruen@gruenlaw.com

Charles J. Brand
    on behalf of Defendant Alessandra Miscellaneous Metalworks Inc. cbrand@dolanlaw.com

Charles R Cohen
    on behalf of Creditor Pereira Electrical Contracting Inc. crc@njlawfirm.com

Christopher E. Hartmann
    on behalf of Defendant Katchen Steel Construction Inc. aavellino@rocketmail.com, hartmann.christopher@yahoo.com

Christopher E. Hartmann
    on behalf of Defendant Leslie Katchen Steel Construction Inc. hartmann.christopher@yahoo.com,
    hartmann.christopher@yahoo.com

Christopher M. Santomassimo
    on behalf of Creditor Dancker csantomassimo@ogcsolutions.com

Christopher P. Coval
    on behalf of Creditor Allglass Systems LLC ccoval@fsdc-law.com

Clement J Farley
    on behalf of Creditor Mercedes-Benz USA LLC cfarley@mccarter.com

Curtiss T. Jameson
    on behalf of Creditor C Restoration Inc. cjameson@jamesonesq.com

Daniel Harris
    on behalf of Plaintiff BAK Advisors LLC as the Liquidating Trustee of Hollister Construction Liquidating Trust
    dharris@sillscummis.com, ddelehanty@sillscummis.com

Daniel Stolz
    on behalf of Creditor 147 Bloomfield Ave J.V. LLC dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Interested Party Latitude East Owner LLC dstolz@genovaburns.com,
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Defendant Latitude West Owner LLC dstolz@genovaburns.com,

| | |
|---|---|
| | dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
| | on behalf of Interested Party Latitude West Owner LLC dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
| | on behalf of Defendant Latitude East Owner LLC dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel M. Eliades | |
| | on behalf of Creditor Kerbel-Sheriff Partners daniel.eliades@klgates.com |
| Danielle Cohen | |
| | on behalf of Creditor Orion Interiors Inc. dcohen@tessercohen.com, jgalano@tessercohen.com |
| Danielle Cohen | |
| | on behalf of Creditor Global Development Contractors LLC dcohen@tessercohen.com, jgalano@tessercohen.com |
| Danielle Cohen | |
| | on behalf of Defendant Herc Rentals Inc. dcohen@tessercohen.com, jgalano@tessercohen.com |
| Danielle Cohen | |
| | on behalf of Creditor National Fireproofing & Insulation Co. Inc. dcohen@tessercohen.com, jgalano@tessercohen.com |
| Danielle Cohen | |
| | on behalf of Creditor Herc Rentals Inc. dcohen@tessercohen.com, jgalano@tessercohen.com |
| Danielle Cohen | |
| | on behalf of Creditor MDS Construction dcohen@tessercohen.com jgalano@tessercohen.com |
| Danielle Cohen | |
| | on behalf of Defendant MDS Construction Corp. dcohen@tessercohen.com jgalano@tessercohen.com |
| Danielle Cohen | |
| | on behalf of Defendant Global Development Contractors L.L.C. dcohen@tessercohen.com, jgalano@tessercohen.com |
| Danielle Cohen | |
| | on behalf of Creditor Samph Contracting LLC dcohen@tessercohen.com, jgalano@tessercohen.com |
| Darren R. Marks | |
| | on behalf of Creditor Accordia Harrison Urban Renewal LLC dmarks@borahgoldstein.com, nagwu@borahgoldstein.com |
| David H. Stein | |
| | on behalf of Creditor CTC Academy dstein@wilentz.com ciarkowski@wilentz.com |
| David L. Bruck | |
| | on behalf of Creditor Nomad Framing LLC bankruptcy@greenbaumlaw.com |
| David L. Stevens | |
| | on behalf of Creditor Atlantic Engineering Laboratories of NY Inc. dstevens@scura.com, ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| David L. Stevens | |
| | on behalf of Creditor All Brands Elevator Industries Inc. dstevens@scura.com, ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| David S. Catuogno | |
| | on behalf of Creditor Kerbel-Sheriff Partners david.catuogno@klgates.com |
| Dean T Bennett | |
| | on behalf of Defendant Acies Group LLC dtb@mmgbblaw.com |
| Donald B. Veix, Jr. | |
| | on behalf of Creditor Bohler Engineering NY PLLC donveixlaw@gmail.com, dveix@hartylawgroup.com |
| Donna L. Thompson | |
| | on behalf of Creditor Prendimano Electrical Maintenance Co. t/a PEMCO donna.thompson@dlthompsonlaw.com dlthompsonlaw@aol.com |
| Douglas Clagett Gray | |
| | on behalf of Creditor Carson Corporation dgray@mdsfirm.com |
| Douglas Clagett Gray | |
| | on behalf of Defendant Carson Corporation dgray@mdsfirm.com |
| Edmund Campbell | |
| | on behalf of Creditor Glass Systems Tech LLC aweisenberger@campbellroccolaw.com |
| Elizabeth K. Holdren | |
| | on behalf of Defendant Accordia Harrison Urban Renewal LLC eholdren@hillwallack.com, |

| | |
|---|---|
| | jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Elizabeth K. Holdren | |
| | on behalf of Creditor Accordia Harrison Urban Renewal LLC eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Eric J. Hughes | |
| | on behalf of Creditor Liberty Mutual Insurance Company ehughes@tm-firm.com |
| Eric R. Perkins | |
| | on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal |
| Ericka Fredricks Johnson | |
| | on behalf of Interested Party Interlink Transport Technologies Inc. (dba MSC Technology (North America) Inc.) ErJohnson@wcsr.com, Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;lisa.tancredi@wbd-us.com |
| Felice R. Yudkin | |
| | on behalf of Interested Party Newkirk Realty LLC fyudkin@coleschotz.com fpisano@coleschotz.com |
| Frank F. Velocci | |
| | on behalf of Creditor NSA 18th Avenue LLC frank.velocci@faegredrinker.com, brian.morgan@dbr.com |
| George R. Hirsch | |
| | on behalf of Plaintiff BAK Advisors LLC as the Liquidating Trustee of Hollister Construction Liquidating Trust ghirsch@sillscummis.com, mco@sillscummis.com |
| George R. Hirsch | |
| | on behalf of Defendant Sax LLP ghirsch@sillscummis.com mco@sillscummis.com |
| Grant Cornehls | |
| | on behalf of Creditor Nickerson Corporation gcornehls@wbny.com lschindler@wbny.com |
| Greg Trif | |
| | on behalf of Creditor Sparwick Contracting Inc. gtrif@triflaw.com, gtrif@triflaw.com |
| Greg Trif | |
| | on behalf of Defendant K R Masonry L.L.C. gtrif@triflaw.com gtrif@triflaw.com |
| Greg Trif | |
| | on behalf of Creditor KR Masonry LLC gtrif@triflaw.com gtrif@triflaw.com |
| Greg Trif | |
| | on behalf of Creditor Jordano Electric Inc. gtrif@triflaw.com gtrif@triflaw.com |
| Heather Lynn Anderson | |
| | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Hisham I. Masri | |
| | on behalf of Creditor Columbian Iron Works Inc. hmasri@reddinmasrilaw.com, m.duran@hmasrilaw.com |
| Ilana Volkov | |
| | on behalf of Creditor Kone Inc. ivolkov@mcgrailbensinger.com |
| Jacob Frumkin | |
| | on behalf of Interested Party Grand Maujer Development LLC jfrumkin@coleschotz.com, fpisano@coleschotz.com |
| James A. Kellar | |
| | on behalf of Creditor Cellco Partnership d/b/a Verizon Wireless jkellar@mccarter.com |
| James C. Dezao, III | |
| | on behalf of Creditor Antonio Zarfino gerald@dezaolaw.com |
| James C. Dezao, III | |
| | on behalf of Creditor Mayer Weberman gerald@dezaolaw.com |
| Jared Cooper | |
| | on behalf of Petitioning Creditor Amaris Jackson-Munoz jcooper@ryinjury.com |
| Jason C Manfrey | |
| | on behalf of Creditor Joffe Lumber & Supply Co. Inc. jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Jason Scott Kaner | |
| | on behalf of Defendant Sax LLP jkaner@goldbergsegalla.com |
| Jay L. Lubetkin | |
| | on behalf of Interested Party Christopher Johnson jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com |
| Jay L. Lubetkin | |
| | on behalf of Interested Party Kieran Flanagan jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com |
| Jeffrey J. Rea | |

Case 19-27439-MBK    Doc 1979    Filed 01/27/23    Entered 01/28/23 00:17:52    Desc
Imaged Certificate of Notice    Page 9 of 14

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 8 of 13 |
| Date Rcvd: Jan 25, 2023 | Form ID: orderntc | Total Noticed: 82 |

| | |
|---|---|
| | on behalf of Defendant City Contracting Inc. jeffrea@aol.com |
| Jeffrey J. Rea | |
| | on behalf of Creditor Lienor City Contracting Inc. jeffrea@aol.com |
| Jeffrey Paul Valacer | |
| | on behalf of Creditor MixOnSite USA Inc. jeffreyvalacer@gmail.com |
| Jeffrey Paul Valacer | |
| | on behalf of Defendant MixOnSite USA Inc. jeffreyvalacer@gmail.com |
| Jeffrey W. Herrmann | |
| | on behalf of Creditor Pereira Electrical Contracting Inc. jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com |
| Jennifer N. Cheong | |
| | on behalf of Interested Party 5 Bay Street Phase 1 LLC  5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC jennifer.cheong@hbandglaw.com |
| Jenny R. Kasen | |
| | on behalf of Defendant Essex Mechanical LLC jkasen@kasenlaw.com  dkasen@kasenlaw.com |
| Jenny R. Kasen | |
| | on behalf of Creditor Essex Mechanical LLC jkasen@kasenlaw.com  dkasen@kasenlaw.com |
| Jenny R. Kasen | |
| | on behalf of Defendant H.C.S. Heating & Cooling Inc. jkasen@kasenlaw.com  dkasen@kasenlaw.com |
| Jenny R. Kasen | |
| | on behalf of Defendant SP Builders Contractors Inc. jkasen@kasenlaw.com  dkasen@kasenlaw.com |
| Jenny R. Kasen | |
| | on behalf of Defendant Bailey's Square Janitorial Service Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com |
| John O'Boyle | |
| | on behalf of Defendant Empire Excavating LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| John O'Boyle | |
| | on behalf of Creditor Imperial Floors LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| John O'Boyle | |
| | on behalf of Defendant Imperial Floors Limited Liability Company joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| John O'Boyle | |
| | on behalf of Defendant Bender Enterprises Inc. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| John J. Lavin | |
| | on behalf of Defendant Harmony Heating Corp. jlavin@lavinassociates.com stomaine@lavinassociates.com;malkon@lavinassociates.com |
| John Joseph Robertelli | |
| | on behalf of Interested Party RH 537 Building Owner LLC john.robertelli@rivkin.com matthew.spero@rivkin.com;stuart.gordon@rivkin.com |
| Jonathan S. Bondy | |
| | on behalf of Creditor Arch Insurance Company and Arch Reinsurance Company jbondy@csglaw.com |
| Jonathan S. Ziss | |
| | on behalf of Unknown Role Type Sax LLP jziss@goldbergsegalla.com  mgarrity@goldbergsegalla.com |
| Jonathan S. Ziss | |
| | on behalf of Defendant Sax LLP jziss@goldbergsegalla.com  mgarrity@goldbergsegalla.com |
| Josef W. Mintz | |
| | on behalf of Creditor 640 Columbia Owner LLC mintz@blankrome.com  ecf-fe4957a0ba6a@ecf.pacerpro.com |
| Joseph Casello | |
| | on behalf of Defendant Multi Roof Maintenance LLC jcasello@cvclaw.net, jcasello627@gmail.com |
| Joseph Cicala | |
| | on behalf of Defendant Tore Electric Company jcicala@gpmlegal.com  jcicala@gpmlegal.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Fabcon Precast jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor High Concrete Group LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |

| | |
|---|---|
| | on behalf of Plaintiff Hollister Construction Services LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Conewago Enterprises Inc. jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Debtor Hollister Construction Services LLC jlemkin@stark-stark.com |
| Joseph J. DiPasquale | on behalf of Debtor Hollister Construction Services LLC Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of 3rd Party Plaintiff Hollister Construction Services LLC Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Defendant Hollister Construction Services LLC Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph L. Schwartz | on behalf of Plaintiff Newark Warehouse Urban Renewal LLC jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Creditor Newark Warehouse Redevelopment Company jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Creditor Newark Warehouse Urban Renewal LLC jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Creditor Edison Construction Management jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Creditor Sunstone Hotels Morristown LLC jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Plaintiff Newark Warehouse Redevelopment Company LLC jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Counter-Defendant Newark Warehouse Urban Renewal LLC jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Counter-Defendant Newark Warehouse Redevelopment Company LLC jschwartz@riker.com |
| Joseph R. Fischer | on behalf of Defendant Nordic Contracting Company Inc. jfischer@kiernanstrenk.com |
| Joseph R. Fischer | on behalf of Defendant Nordic Contracting Inc. jfischer@kiernanstrenk.com |
| Joshua H. Raymond | on behalf of Creditor Committee Official Committee of Unsecured Creditors jraymond@msbnj.com |
| Judah B Loewenstein | on behalf of Creditor STMR Inc. jloewenstein@msklaw.net, sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| K. Joseph Vyzas | on behalf of Creditor Rexel Inc. joe@carlawyernj.com |
| Karen L Thurston | on behalf of Creditor Myrage LLC kthurston@frkblaw.com |
| Karen M Murray | on behalf of Interested Party P3 Metals LLC kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com |
| Karen M Murray | on behalf of Interested Party P. Tamburri Steel kmurray@murraynjlaw.com kdilks@cvmlawoffices.com |
| Kenneth A. Rosen | on behalf of Other Prof. 10X CEO Coaching krosen@lowenstein.com dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Interested Party Christopher Johnson krosen@lowenstein.com dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of 3rd Party Plaintiff Hollister Construction Services LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Plaintiff Hollister Construction Services LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Debtor Hollister Construction Services LLC krosen@lowenstein.com, dclaussen@lowenstein.com |

Case 19-27439-MBK    Doc 1979    Filed 01/27/23    Entered 01/28/23 00:17:52    Desc
Imaged Certificate of Notice    Page 11 of 14

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 10 of 13 |
| Date Rcvd: Jan 25, 2023 | Form ID: orderntc | Total Noticed: 82 |

| | |
|---|---|
| Kenneth A. Rosen | on behalf of Attorney Lowenstein Sandler LLP krosen@lowenstein.com dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Defendant Hollister Construction Services LLC krosen@lowenstein.com, dclaussen@lowenstein.com |
| Kristen Jeanine Coleman | on behalf of Defendant Sax LLP kcoleman@goldbergsegalla.com cdrayton@goldbergsegalla.com |
| Kristen Jeanine Coleman | on behalf of Unknown Role Type Sax LLP kcoleman@goldbergsegalla.com cdrayton@goldbergsegalla.com |
| Larry L. Miller | on behalf of Creditor L&W Supply Corporation llmlaw@outlook.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Laurence D. Pittinsky | on behalf of Attorney Boyd Mechanical LLC larry@rpllplaw.com |
| Lawrence B. Diener | on behalf of Creditor Advanced Scaffold Services LLC LBDiener@optimum.net |
| Lawrence B. Diener | on behalf of Defendant Advanced Scaffold Services Mid-Atlantic LLC LBDiener@optimum.net |
| Lawrence B. Diener | on behalf of Creditor Advanced Scaffold Services Mid-Atlantic LLC LBDiener@optimum.net |
| Leonard S. Spinelli | on behalf of Counter-Claimant Latitude East Owner LLC lspinelli@genovaburns.com |
| Leonard S. Spinelli | on behalf of Counter-Claimant Latitude West Owner LLC lspinelli@genovaburns.com |
| Louis A. Modugno | on behalf of Plaintiff Bernard A. Katz lmodugno@tm-firm.com |
| Marc D. Miceli | on behalf of Plaintiff Hollister Construction Services LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Marc D. Miceli | on behalf of Interested Party R. Cipollini Inc. t/a Cipollini Roofing mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Margreta Morgulas | on behalf of Creditor 3L & Company Inc. mmorgulas@okinhollander.com |
| Marguerite Schaffer | on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems LLC mschaffer@shainlaw.com |
| Mario A. Batelli | on behalf of Creditor 360 Fire Prevention 360 Fire Prevention LLC mbatelli@fostermazzielaw.com |
| Mark E. Felger | on behalf of Interested Party Ricoh USA Inc. mfelger@cozen.com, sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com |
| Martin Skolnick | on behalf of Creditor Stateline Fabricators LLC mskolnick@gmail.com |
| Martin Skolnick | on behalf of Creditor Archmills LLC d/b/a ArchMills Doors and Hardware mskolnick@gmail.com |
| Mary E. Seymour | on behalf of Attorney Lowenstein Sandler LLP mseymour@lowenstein.com jkimble@lowenstein.com |
| Mary E. Seymour | on behalf of Debtor Hollister Construction Services LLC mseymour@lowenstein.com, jkimble@lowenstein.com |
| Matthew B Sicheri | on behalf of Defendant Fromkin Brothers Inc. msicheri@callahanfusco.com |
| Melissa A. Pena | on behalf of Creditor Target Fire Protection mapena@norris-law.com pfreda@nmmlaw.com |
| Meredith I. Friedman | on behalf of Creditor CTC Academy mfriedman@wilentz.com ciarkowski@wilentz.com |
| Michael Kahme | on behalf of Creditor Accordia Harrison Urban Renewal LLC mkahme@hillwallack.com, fmansmann@hillwallack.com |
| Michael Luongo | on behalf of Defendant Sax LLP mluongo@goldbergsegalla.com |

Case 19-27439-MBK    Doc 1979    Filed 01/27/23    Entered 01/28/23 00:17:52    Desc
Imaged Certificate of Notice    Page 12 of 14

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 11 of 13 |
| Date Rcvd: Jan 25, 2023 | Form ID: orderntc | Total Noticed: 82 |

| | |
|---|---|
| Michael Mourtzanakis | on behalf of Interested Party Top Shelf Electric Corp. mmourtza@travelers.com |
| Michael D. Sirota | on behalf of Interested Party Newkirk Realty LLC msirota@coleschotz.com  fpisano@coleschotz.com |
| Michael J. Shavel | on behalf of Creditor Accordia Harrison Urban Renewal  LLC mshavel@hillwallack.com, shavelmr99123@notify.bestcase.com |
| Michael J. Stafford | on behalf of Creditor Anvil Craft Corp. mjstafford@nordlaw.legal  mnord@nordlaw.legal;anord@nordlaw.legal |
| Michael R. Herz | on behalf of Defendant Iron Works and Design by Alvarez LLC mherz@foxrothschild.com  cbrown@foxrothschild.com |
| Michael R. Herz | on behalf of Creditor Troon Electric of New Jersey LLC mherz@foxrothschild.com  cbrown@foxrothschild.com |
| Michael R. Herz | on behalf of Defendant Benco Inc. mherz@foxrothschild.com  cbrown@foxrothschild.com |
| Michele Lane Ross | on behalf of Creditor Control Services  LLC sterry@mrossllc.com, arivera@mrossllc.com |
| Mitchell Ayes | on behalf of Defendant Fromkin Brothers  Inc. mayes@callahanfusco.com, eserve@callahanfusco.com |
| Mitchell Malzberg | on behalf of Interested Party BAK Advisors  LLC mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com |
| Mitchell Malzberg | on behalf of Plaintiff BAK Advisors  LLC as the Liquidating Trustee of Hollister Construction Liquidating Trust mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com |
| Mitchell Malzberg | on behalf of Plaintiff BAK Advisors  LLC as Liquidating Trustee mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com |
| Mitchell Malzberg | on behalf of Counter-Defendant BAK Advisors  LLC as Liquidating Trustee mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com |
| Mitchell Malzberg | on behalf of Creditor Vector Structural Preservation Corp. mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com |
| Morris Schlaf | on behalf of Creditor Remy Quezada Rodriguez mschlaf@saccofillas.com  mschlaf@recap.email |
| Morris S. Bauer | on behalf of Creditor Ware Malcomb MSBauer@duanemorris.com  tjsantorelli@duanemorris.com |
| Murphy Durkin | on behalf of Creditor Dehn Bros.Fire Protection  Inc. maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com |
| Murphy Durkin | on behalf of Defendant Dehn Bros. Fire Protection  Inc. maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com |
| Neil L. Sambursky | on behalf of Interested Party 5 Bay Street Phase 1 LLC  5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC nsambursky@pmtlawfirm.com |
| Neil L. Sambursky | on behalf of Defendant Berkley Assurance Company nsambursky@pmtlawfirm.com |
| Nicholas Verna | on behalf of Interested Party Interlink Transport Technologies  Inc. (dba MSC Technology (North America) Inc.) nick.verna@wbd-us.com, liz.thomas@wbd-us.com |
| Nicole M. Nigrelli | on behalf of Defendant Delcon Builders Inc. nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Nicole M. Nigrelli | on behalf of Interested Party Delcon Builders  Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Nicole M. Nigrelli | on behalf of Interested Party Pentel Drywall  Inc. nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Pearl Shah | on behalf of Creditor Kone Inc. pshah@mcgrailbensinger.com |
| Peter Broege | on behalf of Creditor Encon Mechancial Corp pbroege@bnfsbankruptcy.com  G1580@notify.cincompass.com |

Case 19-27439-MBK    Doc 1979    Filed 01/27/23    Entered 01/28/23 00:17:52    Desc
Imaged Certificate of Notice    Page 13 of 14

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 12 of 13 |
| Date Rcvd: Jan 25, 2023 | Form ID: orderntc | Total Noticed: 82 |

Philip William Allogramento
    on behalf of Creditor FM Construction Group LLC pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
    on behalf of Defendant Maverick Building Services Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
    on behalf of Defendant Environmental Devices Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
    on behalf of Defendant FM Construction Group LLC pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
    on behalf of Creditor Environmental Devices Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento
    on behalf of Defendant Sunny Brook Pressed Concrete pallogramento@connellfoley.com mcaggiano@connellfoley.com

Richard Brant Forrest
    on behalf of Creditor DeSesa Engineering Company Inc. rforrest@oslaw.com

Richard E. Weltman
    on behalf of Creditor Reliance Mechanical Inc. rew@weltmosk.com,
    mlm@weltmosk.com;mkj@weltmosk.com;mag@weltmosk.com

Robert E. Nies
    on behalf of Creditor Arch Insurance Company and Arch Reinsurance Company rnies@csglaw.com

Robert Saul Molnar
    on behalf of Creditor Starlite Electric LLC molnarrs@aol.com

Rocco A. Cavaliere
    on behalf of Creditor Titan Industrial Services Corp. rcavaliere@tarterkrinsky.com

Ryan M. Ernst
    on behalf of Creditor Lally Pipe & Tube rernst@oeblegal.com mjoyce@oelegal.com

Sam Della Fera, Jr
    on behalf of Creditor Committee Official Committee of Unsecured Creditors sdellafera@csglaw.com

Seth Ptasiewicz
    on behalf of Creditor New Jersey Building Laborers Statewide Benefit Funds (the "Funds") sptasiewicz@krollfirm.com

Sommer Leigh Ross
    on behalf of Creditor PNC Bank National Association slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Stephanie L. Jonaitis
    on behalf of Interested Party 5 Bay Street Phase 1 LLC 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC
    stephanie.jonaitis@troutman.com, balaa@pepperlaw.com

Stephanie L. Jonaitis
    on behalf of Interested Party 10 Minerva Place L.P. and 10 Minerva Place Housing Development Fund Corporation
    stephanie.jonaitis@troutman.com, balaa@pepperlaw.com

Stephen Berowitz
    on behalf of Creditor Wilson Quinones general@kwhlawfirm.com

Stephen Bialkowski
    on behalf of Defendant Skove Brothers Inc. stephen@ny-njlaw.com

Stephen B. McNally
    on behalf of Creditor Green Star Energy Solutions steve@mcnallylawllc.com
    jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

Stephen V. Falanga
    on behalf of Interested Party Fairleigh Dickinson University sfalanga@thewalshfirm.com
    chemrick@thewalshfirm.com;ntravostino@walsh.law

Stephen V. Falanga
    on behalf of Creditor Schindler Elevator Corporation sfalanga@thewalshfirm.com
    chemrick@thewalshfirm.com;ntravostino@walsh.law

Steven B Smith
    on behalf of Interested Party CS Utica & Remsen LLC ssmith@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Steven J. Mitnick
    on behalf of Plaintiff Hollister Construction Services LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

Steven J. Mitnick
    on behalf of Interested Party SM Financial Services Corporation smitnick@sm-lawpc.com lindsay@sm-lawpc.com

Stuart Komrower
    on behalf of Defendant Orion Interiors Inc. skomrower@coleschotz.com, fpisano@coleschotz.com

| District/off: 0312-3 | User: admin | Page 13 of 13 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: orderntc | Total Noticed: 82 |

Stuart Komrower
    on behalf of Creditor Orion Interiors Inc. skomrower@coleschotz.com, fpisano@coleschotz.com

Sydney J. Darling
    on behalf of Interested Party Fairleigh Dickinson University sdarling@trenkisabel.law

Sydney J. Darling
    on behalf of Creditor Schindler Elevator Corporation sdarling@trenkisabel.law

Tara J. Schellhorn
    on behalf of Creditor Newark Warehouse Redevelopment Company tschellhorn@riker.com

Tara J. Schellhorn
    on behalf of Creditor Newark Warehouse Urban Renewal LLC tschellhorn@riker.com

Thomas D. McKeon
    on behalf of Creditor FN Dynamic Inc tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com

Thomas D. McKeon
    on behalf of Creditor FN Dynamic Inc tmckeonlaw@aol.com lesliebrown.paralegal@gmail.com

Tod S. Chasin, I
    on behalf of Creditor Newark Warehouse Urban Renewal LLC tchasin@riker.com

Tod S. Chasin, I
    on behalf of Creditor Newark Warehouse Redevelopment Company tchasin@riker.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William G. Wright
    on behalf of Defendant Graybar Electric Company Inc. wwright@capehart.com, jlafferty@capehart.com

William G. Wright
    on behalf of Creditor Graybar Electric Company Inc. wwright@capehart.com, jlafferty@capehart.com

Yale A. Leber
    on behalf of Interested Party RH 537 Building Owner LLC yale.leber@law.njoag.gov

TOTAL: 254