| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile) |

| | |
|---|---|
| In re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,[1]<br><br>Liquidating Debtor. | Chapter 11<br><br>Case No. 19-27439 (MBK) |

## ADJOURNMENT REQUEST

1. I, Mary E. Seymour, a partner with Lowenstein Sandler LLP, hereby requests an adjournment of the following matter for the reason set forth below.

    Matter:

    *Motion for Entry of an Order (I) Enforcing Confirmation Order and Plan Against Brendan Murray, (II) Enforcing Settlement Agreement By and Between Hollister's Members Against Brendan Murray, (III) Determining That State Court Litigation Violates Plan and Confirmation Order, and (IV) Granting Related Relief* [Docket no. 1973].

    Current Hearing Date:    February 16, 2023 at 10:00 a.m.

    New Hearing Date Requested:  April 27, 2023 at 10:00 a.m.

    Reason for adjournment request:   The parties are working on a resolution to the motion.

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below).

---

[1] The Liquidating Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
02/08/2023 213107197.1

-2-

I certify under penalty of perjury that the foregoing is true.

Date: February 8, 2023                    /s/ Mary E. Seymour
                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date: 4/27/23 at 10:00 a.m.    ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**