UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Mitchell Malzberg, Esq.
LAW OFFICES OF MITCHEL J. MALZBERG, LLC
P. O. Box 5122
6 East Main Street, Suite 7
Clinton, New Jersey 08809
(908) 323-2958 - Telephone
(908) 933-0808 – Facsimile
mmalzberg@mjmalzberglaw.com
*Counsel to the Liquidating Trustee*

| | |
|---|---|
| In Re: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC | Case No.:   19-27439/MBK |
| Debtor. | Judge: Honorable Michael B. Kaplan |

**ORDER HOLDING SUPPORT OF EXCAVATION, LLC IN VIOLATION OF THE AUTOMATIC STAY AND DISCHARGING THE CONSTRUCTION LIEN FILED BY SUPPORT OF EXCAVATION, LLC AND OTHER RELIEF**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**.

Debtor:  HOLLISTER CONSTRUCTION SERVICES, LLC
Case No.: 19-27439/MBK
ORDER HOLDING SUPPORT OF EXCAVATION, LLC IN VIOLATION OF THE AUTOMATIC STAY AND DISCHARGING THE CONSTRUCTION LIEN FILED BY SUPPORT OF EXCAVATION, LLC AND OTHER RELIEF

---

Upon consideration of Liquidating Trustee's motion for an Order holding Support of Excavation, LLC in violation of the automatic stay and ordering the discharge of the Construction Lien filed by Support of Excavation, LLC and other relief and good cause appearing therefore, it is hereby

**ORDERED** that Support of Excavation, LLC has violated the automatic stay by filing the Construction Lien post-petition; and it is,

**FURTHER ORDERED** that the Construction Lien filed by Support of Excavation, LLC shall be immediately discharged of record by Support of Excavation, LLC within ten (10) days of the date of this Order as and against the Debtor and the Latitude Projects, and it is

**FURTHER ORDERED** that counsel's fees in the amount of $_____ shall be paid by Support of Excavation for its violation of the automatic stay against the Estate and for the necessity of the Estate having to file the within motion.  Said counsel Fees shall be paid within fifteen (15) days of the date hereof, and it is,

**FURTHER ORDERED** that damages in the amount of $_____ shall be awarded to the Liquidating Trustee as and against Support of Excavation, LLC for violation of the automatic stay. Said payment shall be made within fifteen (15) days of entry of the within Order, and it is,

**FURTHER ORDERED** that if Support of Excavation, LLC fails to discharge the Construction Lien within ten (10) days from entry of this Court's Order, the Liquidating Trustee may submit a certification to the Court without the need for filing a further motion, citing Support of Excavation, LLC contempt of court and seeking an Order holding Support of Excavation, LLC in contempt  as well as

Debtor:  HOLLISTER CONSTRUCTION SERVICES, LLC
Case No.:  19-27439/MBK
ORDER HOLDING SUPPORT OF EXCAVATION, LLC IN VIOLATION OF THE AUTOMATIC STAY AND DISCHARGING THE CONSTRUCTION LIEN FILED BY SUPPORT OF EXCAVATION, LLC AND OTHER RELIEF

---

entry of a separate Order that can be filed with the clerk of Morris County directing the Morris County Clerk that the Construction Lien shall be deemed discharged by the Order of the Court, and it is,

**FURTHER ORDERED** that a copy of this Order shall be served upon all interested parties within seven (7) days of the date hereof.