## LAW OFFICES OF
## MITCHELL J. MALZBERG

A Limited Liability Company  
ATTORNEY AT LAW

Mitchell J. Malzberg *  
*Admitted in NJ and PA

P. O. Box 5122  
Clinton, NJ 08809  
Physical Address:  
6 E. Main Street, Suite 7  
Clinton, NJ 08809

Telephone (908) 323-2958  
Facsimile (908) 933-0808

E-mail: mmalzberg@mjmalzberglaw.com  
Website: www.mjmalzberglaw.com

March 29, 2023

United States Bankruptcy Court  
District of New Jersey  
408 State Street  
Trenton, New Jersey 08608

    RE:    HOLLISTER CONSTRUCTION SERVICES, LLC  
               Chapter 11, Case No. 19-27439/MBK  
               *Withdrawal of Document - Docket No. 1981*

Dear Clerk:

This office filed a motion on March 28th in this matter (Docket No. 1981) unfortunately utilizing the incorrect event description. As such, I would like to withdraw said filing and will re-file the motion under the correct event description.

                                      Very truly yours,

                                      */s/ Mitchell Malzberg*  
                                      MITCHELL MALZBERG, ESQ.

MM/dl