# **EXHIBIT "C"**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70222410000207357608

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:20 pm on March 16, 2023 in PARSIPPANY, NJ 07054.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

Delivered, Left with Individual
PARSIPPANY, NJ 07054
March 16, 2023, 12:20 pm

See All Tracking History

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stephen Galoppo
Support of Excavation, LLC
273 New Road
Parsippany, NJ 07054

9590 9402 7396 2055 6312 92

2. Article Number (Transfer from service label)

7022 2410 0002 0735 7608

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent
                ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Stephen Galoppo

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ [Insured M]ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation†
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70222410000207357516

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:05 am on March 20, 2023 in ENCINO, CA 91316.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

Delivered, Front Desk/Reception/Mail Room

ENCINO, CA 91316
March 20, 2023, 9:05 am

See All Tracking History

Feedback

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   James Farber
   Support of Excavation, LLC
   17412 Ventura Blvd.
   Encino, CA 91436

   9590 6 2055 6313 15

2. Article Number (Transfer from service label)

   7022 2410 0002 0735 7516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____    ☐ Agent   ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery 3/20/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt