

SIGNATURE BANK
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From January 01, 2023
To January 31, 2023


PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA 18940

See Back for Important Information

Primary Account: [redacted]3999 7

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| [redacted]3999 | MONOGRAM CHECKING | 36,083.84 | 19,976.61 |
| | RELATIONSHIP TOTAL | | 19,976.61 |

Signature | SIGNATURE BANK

Statement Period
From January 01, 2023
To January 31, 2023


PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA 18940

See Back for Important Information

Primary Account: [redacted]3999 7

MONOGRAM CHECKING [redacted]3999

Summary

| | |
|---|---|
| Previous Balance as of January 01, 2023 | 36,083.84 |
| 1 Credits | 30,000.00 |
| 7 Debits | 46,107.23 |
| Ending Balance as of January 31, 2023 | 19,976.61 |

Deposits and Other Credits

| | | |
|---|---|---|
| Jan 11 | TELEPHONE XFER CR<br>TELEPHONE TRANSFER FROM: XXXXXX4006 | 30,000.00 |

Checks by Serial Number

| Date | Check | Amount | Date | Check | Amount |
|---|---|---|---|---|---|
| Jan 04 | 1069 | 16,182.38 | Jan 04 | 1080 | 4,495.63 |
| Jan 10 | 1076 * | 13,163.09 | Jan 31 | 1082 * | 1,688.00 |
| Jan 04 | 1077 | 3,241.59 | Jan 26 | 1083 | 240.00 |
| Jan 10 | 1079 * | 7,096.54 | | | |

* Indicates break in check sequence

Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| Dec 31 | 36,083.84 | Jan 11 | 21,904.61 |
| Jan 04 | 12,164.24 | Jan 26 | 21,664.61 |
| Jan 10 | 8,095.39- | Jan 31 | 19,976.61 |

SIGNATURE BANK

Statement Period
From January 01, 2023
To January 31, 2023


PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA 18940

See Back for Important Information

Primary Account: [redacted]3999 7

Rates for this statement period - Overdraft
Jan 01, 2023 17.250000 %



SIGNATURE BANK
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From January 01, 2023
To January 31, 2023


PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA 18940

See Back for Important Information

Primary Account: [redacted]4006 0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1504284006 | MONOGRAM INSURED MMA | 241,096.29 | 211,152.55 |
| | RELATIONSHIP TOTAL | | 211,152.55 |

SIGNATURE BANK

Statement Period
From January 01, 2023
To January 31, 2023
Page 2 of 2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA 18940

See Back for Important Information

Primary Account: [redacted]4006 0

MONOGRAM INSURED MMA [redacted]4006

| | |
|---|---|
| Interest Paid Previous Year | 1,361.86 |

Summary

| | |
|---|---|
| Previous Balance as of January 01, 2023 | 241,096.29 |
| 1 Credits | 56.26 |
| 1 Debits | 30,000.00 |
| Ending Balance as of January 31, 2023 | 211,152.55 |

Deposits and Other Credits

| | | |
|---|---|---|
| Jan 31 | Interest Paid | 56.26 |

Withdrawals and Other Debits

| | | |
|---|---|---|
| Jan 11 | TELEPHONE XFER DR<br>TELEPHONE TRANSFER TO: XXXXXX3999 | 30,000.00 |

Daily Balances

| | | | |
|---|---|---|---|
| Dec 31 | 241,096.29 | Jan 31 | 211,152.55 |
| Jan 11 | 211,096.29 | | |

Interest Summary

| | | | |
|---|---|---|---|
| Year-To-Date Interest | 56.26 | | |
| Interest Paid This Period | 56.26 | Annual Percentage Yield Earned | 0.30 % |
| Avg. Balance this Period | 220,773.70 | Days in Period | 31 |

Signature | SIGNATURE BANK
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From February 01, 2023
To February 28, 2023
Page 1 of 2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA 18940

See Back for Important Information

Primary Account: ████4006 0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████4006 | MONOGRAM INSURED MMA | 211,152.55 | 211,201.15 |
| | RELATIONSHIP TOTAL | | 211,201.15 |

SIGNATURE BANK

Statement Period
From February 01, 2023
To February 28, 2023
Page 2 of 2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA 18940

See Back for Important Information

Primary Account: [redacted]4006 0

MONOGRAM INSURED MMA [redacted]4006

| | |
|---|---|
| Interest Paid Previous Year | 1,361.86 |

Summary

| | |
|---|---|
| Previous Balance as of February 01, 2023 | 211,152.55 |
| 1 Credits | 48.60 |
| Ending Balance as of February 28, 2023 | 211,201.15 |

Deposits and Other Credits

| | | |
|---|---|---|
| Feb 28 | Interest Paid | 48.60 |

Daily Balances

| | | | |
|---|---|---|---|
| Jan 31 | 211,152.55 | Feb 28 | 211,201.15 |

Interest Summary

| | | | |
|---|---|---|---|
| Year-To-Date Interest | 104.86 | | |
| Interest Paid This Period | 48.60 | Annual Percentage Yield Earned | 0.30 % |
| Avg. Balance this Period | 211,152.55 | Days in Period | 28 |

SIGNATURE BANK
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From February 01, 2023
To February 28, 2023
Page 1 of 2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA 18940

See Back for Important Information

Primary Account: [redacted]3999 0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| [redacted]3999 | MONOGRAM CHECKING | 19,976.61 | 19,976.61 |
| | RELATIONSHIP TOTAL | | 19,976.61 |

SIGNATURE BANK

Statement Period
From February 01, 2023
To February 28, 2023


PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA 18940

See Back for Important Information

Primary Account: [REDACTED]3999 0

MONOGRAM CHECKING [REDACTED]3999

Summary

| | |
|---|---|
| Previous Balance as of February 01, 2023 | 19,976.61 |
| There was no deposit activity during this statement period | |
| Ending Balance as of February 28, 2023 | 19,976.61 |

Rates for this statement period - Overdraft

| | | |
|---|---|---|
| Feb 02, 2023 | 17.500000 | % |
| Feb 01, 2023 | 17.250000 | % |

Statement Period
From March 01, 2023
To March 31, 2023
Page 1 of 2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA 18940

See Back for Important Information

Primary Account: [redacted]3999 1

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| [redacted]3999 | MONOGRAM CHECKING | 19,976.61 | 18,420.36 |
| | RELATIONSHIP TOTAL | | 18,420.36 |



Statement Period
From March 01, 2023
To March 31, 2023


PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA 18940

See Back for Important Information

Primary Account: [redacted]3999 1

MONOGRAM CHECKING [redacted]3999

Summary

| | | |
|---|---|---|
| Previous Balance as of March | 01, 2023 | 19,976.61 |
| 1 Debits | | 1,556.25 |
| Ending Balance as of March | 31, 2023 | 18,420.36 |

Checks by Serial Number

| Date | Serial | Amount |
|---|---|---|
| Mar 21 | 1085 | 1,556.25 |

Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| Feb 28 | 19,976.61 | Mar 21 | 18,420.36 |

Rates for this statement period - Overdraft

| | |
|---|---|
| Mar 23, 2023 | 17.750000 % |
| Mar 01, 2023 | 17.500000 % |

Flagstar Bank, N.A.

Statement Period
From March 01, 2023
To March 31, 2023
Page 1 of 2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA 18940

See Back for Important Information

Primary Account: [redacted]4006 0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| [redacted]4006 | MONOGRAM INSURED MMA | 211,201.15 | 1,631,352.45 |
| | RELATIONSHIP TOTAL | | 1,631,352.45 |



Statement Period
From March 01, 2023
To March 31, 2023


PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA 18940

See Back for Important Information

Primary Account: [redacted]4006 0

MONOGRAM INSURED MMA [redacted]4006

Interest Paid Previous Year 1,361.86

Summary

| | | |
|---|---|---|
| Previous Balance as of March | 01, 2023 | 211,201.15 |
| 3 Credits | | 1,420,151.30 |
| Ending Balance as of March | 31, 2023 | 1,631,352.45 |

Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| Mar 21 | DEPOSIT | 250,000.00 |
| Mar 23 | DEPOSIT | 1,170,000.00 |
| Mar 31 | Interest Paid | 151.30 |

Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| Feb 28 | 211,201.15 | Mar 23 | 1,631,201.15 |
| Mar 21 | 461,201.15 | Mar 31 | 1,631,352.45 |

Interest Summary

| | | | |
|---|---|---|---|
| Year-To-Date Interest | 256.16 | | |
| Interest Paid This Period | 151.30 | Annual Percentage Yield Earned | 0.30 % |
| Avg. Balance this Period | 593,781.79 | Days in Period | 31 |