**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to Christopher Johnson*

| | |
|---|---|
| *In re*: | Chapter 11 |
| **HOLLISTER CONSTRUCTION SERVICES, LLC,**[1] | Case No. 19-27439 (MBK) |
| Liquidating Debtor. | |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, Christopher Johnson, a former member of Hollister Construction Services, LLC, the above-captioned debtor, by and through his undersigned counsel, hereby notifies the Court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matters:

*Motion for Entry of an Order (I) Enforcing Confirmation Order and Plan Against Brendan Murray, (II) Enforcing Settlement Agreement By and Between Hollister's Members Against Brendan Murray, (III) Determining That State Court Litigation Violates Plan and Confirmation Order, and (IV) Granting Related Relief [Docket no. 1973].*

Dated:  April 24, 2023

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Mary E. Seymour*
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068

---

[1] The Debtor in this chapter 11 case and the last four digits of its taxpayer identification number is: Hollister Construction Services, LLC (5404).

37322/2
04/24/2023 213554067.1

(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
krosen@lowenstein.com
mseymour@lowenstein.com

*Counsel to Christopher Johnson*