Mitchell Malzberg, Esq.
Law Offices of Mitchell J. Malzberg, LLC
P. O. Box 5122
6 E. Main Street, Suite 7
Clinton, New Jersey 08809
(908) 323-2958 – Phone
(908) 933-0808 – Facsimile
mmalzberg@mjmalzberglaw.com
*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of: | Chapter 11 |
| HOLLISTER CONSTRUCTION SERVICES, LLC | Case No. 19-27439/MBK |
| | Hearing: May 18, 2023 @ 10 am |
| Debtor. | Hon. Michael B. Kaplan |

**NOTICE OF MOTION FOR AN ORDER APPROVING SECOND AMENDMENT TO SETTLEMENT AGREEMENT BY AND BETWEEN THE LIQUIDATING TRUSTEE AND ACCORDIA HARRISON URBAN RENEWAL, LLC PURSUANT TO FED. R. BANKR. P. 9019 AND GRANTING RELATED RELIEF**

TO:   All Parties on the Attached Service List

**PLEASE TAKE NOTICE** that on May 18, 2023 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned, Mitchell Malzberg, Esq., counsel to BAK Advisors, LLC, by and through Bernard A. Katz, in his capacity as the Liquidating Trustee, shall move before the Honorable Michael B. Kaplan, United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey, seeking entry of an Order Approving the Second Amendment to the Settlement Agreement by and between the Liquidating Trustee and Accordia Harrison Urban Renewal, LLC pursuant to Fed. R. Bankr. P. 9019 and other relief as this court deems just and equitable.

**PLEASE TAKE FURTHER NOTICE** that movant shall rely upon the annexed application of Bernard A. Katz. A proposed form of Order is also submitted.

**PLEASE TAKE FURTHER NOTICE** that opposition, if any, to the within relief must be filed with the Clerk of Court and served upon the undersigned in accordance with Local Rule 3 of the Local Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that no brief is necessary because the issues presented to the Court do not present any complicated or novel issues of law.

                                    LAW OFFICES OF MITCHELL J. MALZBERG, LLC

                                    */s/ Mitchell Malzberg*
                                    MITCHELL MALZBERG, ESQ.
                                    Counsel to the Liquidating Trustee

Dated: April 27, 2023

Able Rolling Steel Door, Inc.
9 Romanelli Avenue
South Hackensack, NJ 07606

Advance Scaffold Services Mid Atlantic, LLC Attn: L. B. Diener
25 Main Street, Suite 200
Hackensack NJ 07601

Baileys Square Janitorial
11 Marcy Street
Freehold NJ, 07728

Barcia Bros. Fence
514 River Drive
Garfield, NJ 07026

Benco Inc. c/o Michael R. Herz, Esq. Fox Rothschild LLP
49 Market Street
Morristown, NJ 07960

Chutes Enterprises
1011 Westwood Avenue
Staten Island, NY 10314

Dyer Insulationations, Inc.
70 Cobb Street, PO Box 675,
Rockaway, NJ 07866

Edgeboro International Inc.
PO Box 520
Milltown, NJ 08850

Espositio Construction LLC
253 Main Street, Suite 385
Matawan, NJ 07747-3222

FASTSIGNS of Newark
210 Market Street
Newark, NJ 07102

FM Construction Group, LLC
c/o Phillip W. Allogramento, Esq.
Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068

Friends Carpentry & Paint LLC
Attn: Frank Kumas
1254 Point Breeze Avenue
Philadelphia, PA 19146

Hadad Heating & Plumbing Inc. c/o
Carl J. Soranno, Esq.
Brach Eichler, LLC
101 Eisenhower Parkway
Roseland, NJ 07068

Imperial Floors Iron Works and Design
c/o Norgaard O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631

James Dean Custom Carpentry
115 Darien Road
Howell NJ 07731

JM Perreira and Sons, Inc.
2330 Big Oak Road
Langhorne, PA 19047

Joffe Lumber & Supply Co, Inc.
18 Burns Avenue
Vineland, NJ 08360

Kemsco Construction
139 Harper Street
Newark, NJ 07114

Kone, Inc. c/o Ilana Volkov, Esq.
888-C 8th Avenue #107
New York, NY 10019

Masa Architectural Canopies
250 Stelton Road, Suite 1
Piscataway, NJ 08854

Meli Plumbing and Heating
PO Box 100
Hackensack, NJ 07602

Midway Glass and Metal Installers, Inc.
526 Route 17 South
Carlstadt, NJ 07072

Mildec Consulting, LLC
6 Hillcrest Avenue
Mendham, NJ 07945

Mito Insulation, Inc.
1290 Third Avenue, PO 711
New Jensington, PA 15068

Mr. Concrete Corp.
396 Whitehead Avenue
South River, NJ 08882

Nomad Framing LLC c/o Greenbaum, Rowe, Smith & Davis LLP
Attn: David L. Bruck, Esq.
99 Wood Ave. South
Iselin, NJ 08830

Nomad Supply LLC c/o Greenbaum, Rowe, Smith & Davis LLP
Attn: David L. Bruck, Esq.
99 Wood Ave. South
Iselin, NJ 08830

Ocean Steel Corporation
Jonathan Westphal
400 Chesley Drive
Saint John, NB E2k5L6

Orion Interiors c/o Danielle Cohen
Tesser & Cohen
946 Main Street
Hackensack, NJ 07601

PC Richards
PO Box 9122
Farmingdale, NY 11735-9122

| | | |
|---|---|---|
| PWD-NJ/NY Inc.<br>d/b/a Pella Windows and Doors<br>345 Walsh Drive<br>Parsippany, New Jersey 07054 | Pentel Drywall, Inc. c/o Nicole M. Nigrelli, Esq., Ciardi Ciardi & Astin<br>One Commerce Sq, 2005 Market St.<br>Suite 3500, Philadelphia, PA 19103 | Pereira Electrical Contracting, Inc.<br>c/o Cohn Lifland<br>250 Pehle Ave., Suite 401<br>Saddle Brook, NJ 07663 |
| PSG Interiors, Corp.<br>Ilana Volkov, Esq.<br>888-C 8th Avenue #107<br>New York, NY 10019 | Reynolds Painting Group NJ LLC<br>Attn: Bart J. Klein, Esq.<br>2066 Milburn Avenue, Suite 101<br>Maplewood, NJ 07040 | Schnell Contracting<br>c/o The Kelly Firm, P.C.<br>1011 Highway 71<br>Spring Lake, NJ 07762 |
| Sea Box<br>1 Sea Box Drive<br>Cinnaminson, NJ 08077 | SP Builders Contractors, Inc.<br>c/o Jenny R. Kasen, Esq.<br>1874 E Marlton Pike Suite 3,<br>Cherry Hill, NJ 08003 | STMR, Inc.<br>c/o Mellinger Sanders & Kartzman,<br>101 Gibraltar Drive, Suite 2F<br>Morris Plains, NJ 07950 |
| Target Fire Protection<br>c/o Melissa A. Pena, Esq.<br>Norris McLaughlin, PA<br>400 Crossing Boulevard, 8th Floor,<br>Bridgewater, NJ 08807 | Taylor Oil Co Inc.<br>77 2nd Street<br>Somerville, NJ 08876 | DCI Signs & Awnings<br>110 Riverside Avenue<br>Newark, NJ 07104 |
| Legends Contracting LLC<br>1 Club House Road<br>Bloomingdale, NJ 07403 | Maverick Building Services<br>c/o Philip W. Allogramento, Esq.<br>Connell Foley LLP<br>56 Livingston Avenue<br>Roseland, New Jersey 07068 | S&S Roofing, Inc.<br>c/o Tesser & Cohen<br>946 Main Street<br>Hackensack, NJ 07601<br>Attn: Danielle Cohen, Esq. |
| DCI Signs & Awnings<br>c/o Brenda Greve, Esq.<br>Conte Clayton & Austin<br>666 Godwin Ave., Suite 320<br>Midland Park, NJ 07432 | James McNally, Esq.<br>Cohen Seglias Pallas Greenhall Furman<br>525 William Penn Place, Ste. 3005<br>Pittsburgh, PA 15219 | Joffe Lumber c/o Jason Manfrey, Esq.<br>Fox Rothschild, LLP<br>2000 Market St., 20th Fl.<br>Philadelphia, PA 19103 |