UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Able Rolling Steel Door, Inc.<br>9 Romanelli Avenue<br>South Hackensack, NJ 07606 | Advance Scaffold Services Mid Atlantic, LLC Attn: L. B. Diener<br>25 Main Street, Suite 200<br>Hackensack NJ 07601 | Baileys Square Janitorial<br>11 Marcy Street<br>Freehold NJ, 07728 |
| Barcia Bros. Fence<br>514 River Drive<br>Garfield, NJ 07026 | Benco Inc. c/o Michael R. Herz, Esq. Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960 | Chutes Enterprises<br>1011 Westwood Avenue<br>Staten Island, NY 10314 |
| Dyer Insulationations, Inc.<br>70 Cobb Street, PO Box 675,<br>Rockaway, NJ 07866 | Edgeboro International Inc.<br>PO Box 520<br>Milltown, NJ 08850 | Espositio Construction LLC<br>253 Main Street, Suite 385<br>Matawan, NJ 07747-3222 |
| FASTSIGNS of Newark<br>210 Market Street<br>Newark, NJ 07102 | FM Construction Group, LLC<br>c/o Phillip W. Allogramento, Esq.<br>Connell Foley LLP<br>56 Livingston Avenue<br>Roseland, NJ 07068 | Friends Carpentry & Paint LLC<br>Attn: Frank Kumas<br>1254 Point Breeze Avenue<br>Philadelphia, PA 19146 |
| Hadad Heating & Plumbing Inc. c/o Carl J. Soranno, Esq.<br>Brach Eichler, LLC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | Imperial Floors Iron Works and Design c/o Norgaard O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ 07631 | James Dean Custom Carpentry<br>115 Darien Road<br>Howell NJ 07731 |
| JM Perreira and Sons, Inc.<br>2330 Big Oak Road<br>Langhorne, PA 19047 | Joffe Lumber & Supply Co, Inc.<br>18 Burns Avenue<br>Vineland, NJ 08360 | Kemsco Construction<br>139 Harper Street<br>Newark, NJ 07114 |
| Kone, Inc. c/o Ilana Volkov, Esq.<br>888-C 8th Avenue #107<br>New York, NY 10019 | Masa Architectural Canopies<br>250 Stelton Road, Suite 1<br>Piscataway, NJ 08854 | Meli Plumbing and Heating<br>PO Box 100<br>Hackensack, NJ 07602 |
| Midway Glass and Metal Installers, Inc.<br>526 Route 17 South<br>Carlstadt, NJ 07072 | Mildec Consulting, LLC<br>6 Hillcrest Avenue<br>Mendham, NJ 07945 | Mito Insulation, Inc.<br>1290 Third Avenue, PO 711<br>New Jensington, PA 15068 |
| Mr. Concrete Corp.<br>396 Whitehead Avenue<br>South River, NJ 08882 | Nomad Framing LLC c/o Greenbaum, Rowe, Smith & Davis LLP<br>Attn: David L. Bruck, Esq.<br>99 Wood Ave. South<br>Iselin, NJ 08830 | Nomad Supply LLC c/o Greenbaum, Rowe, Smith & Davis LLP<br>Attn: David L. Bruck, Esq.<br>99 Wood Ave. South<br>Iselin, NJ 08830 |
| Ocean Steel Corporation<br>Jonathan Westphal<br>400 Chesley Drive<br>Saint John, NB E2k5L6 | Orion Interiors c/o Danielle Cohen Tesser & Cohen<br>946 Main Street<br>Hackensack, NJ 07601 | PC Richards<br>PO Box 9122<br>Farmingdale, NY 11735-9122 |

| | | |
|---|---|---|
| PWD-NJ/NY Inc.<br>d/b/a Pella Windows and Doors<br>345 Walsh Drive<br>Parsippany, New Jersey 07054 | Pentel Drywall, Inc. c/o Nicole M. Nigrelli, Esq., Ciardi Ciardi & Astin<br>One Commerce Sq, 2005 Market St. Suite 3500, Philadelphia, PA 19103 | Pereira Electrical Contracting, Inc.<br>c/o Cohn Lifland<br>250 Pehle Ave., Suite 401<br>Saddle Brook, NJ 07663 |
| PSG Interiors, Corp.<br>Ilana Volkov, Esq.<br>888-C 8th Avenue #107<br>New York, NY 10019 | Reynolds Painting Group NJ LLC<br>Attn: Bart J. Klein, Esq.<br>2066 Milburn Avenue, Suite 101<br>Maplewood, NJ 07040 | Schnell Contracting<br>c/o The Kelly Firm, P.C.<br>1011 Highway 71<br>Spring Lake, NJ 07762 |
| Sea Box<br>1 Sea Box Drive<br>Cinnaminson, NJ 08077 | SP Builders Contractors, Inc.<br>c/o Jenny R. Kasen, Esq.<br>1874 E Marlton Pike Suite 3,<br>Cherry Hill, NJ 08003 | STMR, Inc.<br>c/o Mellinger Sanders & Kartzman,<br>101 Gibraltar Drive, Suite 2F<br>Morris Plains, NJ 07950 |
| Target Fire Protection<br>c/o Melissa A. Pena, Esq.<br>Norris McLaughlin, PA<br>400 Crossing Boulevard, 8th Floor,<br>Bridgewater, NJ 08807 | Taylor Oil Co Inc.<br>77 2nd Street<br>Somerville, NJ 08876 | DCI Signs & Awnings<br>110 Riverside Avenue<br>Newark, NJ 07104 |
| Legends Contracting LLC<br>1 Club House Road<br>Bloomingdale, NJ 07403 | Maverick Building Services<br>c/o Philip W. Allogramento, Esq.<br>Connell Foley LLP<br>56 Livingston Avenue<br>Roseland, New Jersey 07068 | S&S Roofing, Inc.<br>c/o Tesser & Cohen<br>946 Main Street<br>Hackensack, NJ 07601<br>Attn: Danielle Cohen, Esq. |
| DCI Signs & Awnings<br>c/o Brenda Greve, Esq.<br>Conte Clayton & Austin<br>666 Godwin Ave., Suite 320<br>Midland Park, NJ 07432 | James McNally, Esq.<br>Cohen Seglias Pallas Greenhall Furman<br>525 William Penn Place, Ste. 3005<br>Pittsburgh, PA 15219 | Joffe Lumber c/o Jason Manfrey, Esq.<br>Fox Rothschild, LLP<br>2000 Market St., 20th Fl.<br>Philadelphia, PA 19103 |

**File a Motion:**

[19-27439-MBK Hollister Construction Services, LLC](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 3 (Trenton) |
| Assets: y | Judge: MBK | Case Flag: CONFIRMED, CLMAGT Complex |

**U.S. Bankruptcy Court**

**District of New Jersey**

Notice of Electronic Filing

The following transaction was received from Mitchell Malzberg entered on 4/28/2023 at 10:44 AM EDT and filed on 4/28/2023
**Case Name:**     Hollister Construction Services, LLC
**Case Number:**     19-27439-MBK
**Document Number:** 1992

**Docket Text:**
Motion re: for an Order Approving Second Amendment to Settlement Agreement By and Between the Liquidating Trustee and Accordia Harrison Urban Renewal, LLC Pursuant to Fed. R. Bankr. P. and Granting Related Relief Filed by Mitchell Malzberg on behalf of BAK Advisors, LLC. Hearing scheduled for 5/18/2023 at 10:00 AM at MBK - Courtroom 8, Trenton. (Attachments: # (1) Application # (2) Exhibit A # (3) Exhibit B # (4) Proposed Order) (Malzberg, Mitchell)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** NM Amended Settlement.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=4/28/2023] [FileNumber=61229161-0] [4b8a6b4511236a0a0011615b90f0953a7c3abb7792dc22cfb96cac5c16b80e983c3f9b3a5c288b71fc8861ff553d253f291fc829f633dcdab02a0862e33f073f]]
**Document description:** Application
**Original filename:** C:\fakepath\motion to approve 2nd amendment 04272023.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=4/28/2023] [FileNumber=61229161-1] [6a290f2b821846f10107570e7bf6936188dd0380961a60cf24cad283fb4f89b5d8eaf14ae42b36b4fd2adf192c2b96e94fcb31dd76c9a6fc4468192a27d5497c]]
**Document description:** Exhibit A
**Original filename:** C:\fakepath\Exhibit A-Second Amended Agreement.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=4/28/2023] [FileNumber=61229161-2] [4ba42891089cefbd445acd500918d7927e587dbdf19ee9e5f9b3c7f9e5ea56b53b25d0d6282827ad813a64af53250cf15121223e607a39e65e4bc20cffa54548]]
**Document description:** Exhibit B
**Original filename:** C:\fakepath\Exhibit B.Order for Judgment.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=4/28/2023] [FileNumber=61229161-3] [02025326c0e2fb7a1506f39b2032adafff5c3253fe7330851eadcf6a6435d5f3c4b3dc4c7d24bea2ad269de845ccfc9fc1a73c03db267161e9a0ebfe746aea42]]
**Document description:** Proposed Order
**Original filename:** C:\fakepath\Order Approving Second Amendment.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=4/28/2023] [FileNumber=61229161-4] [83664cb01005a7dc18ea3a035d42e53a902ad189528d53216c452baf603548b2c5b5b9b5142f8664cfd190a362325e5c781afe261b37a4f0428c0ecf21f83171]]

**19-27439-MBK Notice will be electronically mailed to:**

Arielle Adler on behalf of Debtor Hollister Construction Services, LLC
aadler@lowenstein.com, elawler@lowenstein.com;jkimble@lowenstein.com;cmaker@lowenstein.com

Arielle Adler on behalf of Plaintiff Hollister Construction Services, LLC
aadler@lowenstein.com, elawler@lowenstein.com;jkimble@lowenstein.com;cmaker@lowenstein.com

Philip William Allogramento on behalf of Creditor Environmental Devices, Inc.
pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento on behalf of Creditor FM Construction Group, LLC
pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento on behalf of Defendant Environmental Devices, Inc.
pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento on behalf of Defendant FM Construction Group, LLC
pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento on behalf of Defendant Maverick Building Services, Inc.
pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Philip William Allogramento on behalf of Defendant Sunny Brook Pressed Concrete
pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Heather Lynn Anderson on behalf of Creditor State Of New Jersey Division Of Taxation
heather.anderson@law.dol.lps.state.nj.us

Mitchell Ayes on behalf of Defendant Fromkin Brothers, Inc.
mayes@callahanfusco.com, eserve@callahanfusco.com

Allen J Barkin on behalf of Creditor Drobach Equipment Rental Co.
abarkin@sbmesq.com, sandyr@sbmesq.com

Alexander F. Barth on behalf of Creditor J.M. Pereira & Sons, Inc.
abarth@cohenseglias.com

Alexander F. Barth on behalf of Defendant J M Pereira And Sons Inc.
abarth@cohenseglias.com

Mario A. Batelli on behalf of Creditor 360 Fire Prevention 360 Fire Prevention LLC
mbatelli@fostermazzielaw.com

Morris S. Bauer on behalf of Creditor Ware Malcomb
MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Dean T Bennett on behalf of Defendant Acies Group LLC
dtb@mmgbblaw.com

Brett Berman on behalf of Creditor Joffe Lumber & Supply Co., Inc.
bberman@foxrothschild.com

Stephen Berowitz on behalf of Creditor Wilson Quinones
general@kwhlawfirm.com

Stephen Bialkowski on behalf of Defendant Skove Brothers Inc.
stephen@ny-njlaw.com

Lauren Bielskie on behalf of U.S. Trustee U.S. Trustee
lauren.bielskie@usdoj.gov

Jonathan S. Bondy on behalf of Creditor Arch Insurance Company and Arch Reinsurance Company
jbondy@csglaw.com

Charles J. Brand on behalf of Defendant Alessandra Miscellaneous Metalworks, Inc.
cbrand@dolanlaw.com

Alan J. Brody on behalf of Creditor EWA Moonachie 77, LLC
brodya@gtlaw.com, NJLitDock@gtlaw.com

Peter Broege on behalf of Creditor Encon Mechancial Corp
pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com

David L. Bruck on behalf of Creditor Nomad Framing, LLC
bankruptcy@greenbaumlaw.com

Bruce D. Buechler on behalf of Debtor Hollister Construction Services, LLC
bbuechler@lowenstein.com

Edmund Campbell on behalf of Creditor Glass Systems Tech, LLC
aweisenberger@campbellroccolaw.com

Joseph Casello on behalf of Defendant Multi Roof Maintenance, LLC
jcasello@cvclaw.net, jcasello627@gmail.com

David S. Catuogno on behalf of Creditor Kerbel-Sheriff Partners
david.catuogno@klgates.com

Rocco A. Cavaliere on behalf of Creditor Titan Industrial Services Corp.
rcavaliere@tarterkrinsky.com

Tod S. Chasin, I on behalf of Creditor Newark Warehouse Redevelopment Company
tchasin@riker.com

Tod S. Chasin, I on behalf of Creditor Newark Warehouse Urban Renewal, LLC
tchasin@riker.com

Jennifer N. Cheong on behalf of Interested Party 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC
jcheong@russogould.com

Albert Anthony Ciardi, III on behalf of Interested Party Delcon Builders, Inc.
aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com

Albert Anthony Ciardi, III on behalf of Interested Party Pentel Drywall, Inc.
aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;jcranston@ciardilaw.com

Joseph Cicala on behalf of Defendant Tore Electric Company
jcicala@gpmlegal.com, jcicala@gpmlegal.com

Charles R Cohen on behalf of Creditor Pereira Electrical Contracting, Inc.
crc@njlawfirm.com

Danielle Cohen on behalf of Creditor Global Development Contractors, LLC
dcohen@tessercohen.com, jgalano@tessercohen.com

Danielle Cohen on behalf of Creditor Herc Rentals, Inc.
dcohen@tessercohen.com, jgalano@tessercohen.com

Danielle Cohen on behalf of Creditor MDS Construction
dcohen@tessercohen.com, jgalano@tessercohen.com

Danielle Cohen on behalf of Creditor National Fireproofing & Insulation Co., Inc.
dcohen@tessercohen.com, jgalano@tessercohen.com

Danielle Cohen on behalf of Creditor Orion Interiors, Inc.
dcohen@tessercohen.com, jgalano@tessercohen.com

Danielle Cohen on behalf of Creditor Samph Contracting, LLC
dcohen@tessercohen.com, jgalano@tessercohen.com

Danielle Cohen on behalf of Defendant Global Development Contractors, L.L.C.
dcohen@tessercohen.com, jgalano@tessercohen.com

Danielle Cohen on behalf of Defendant Herc Rentals, Inc.
dcohen@tessercohen.com, jgalano@tessercohen.com

Danielle Cohen on behalf of Defendant MDS Construction Corp.
dcohen@tessercohen.com, jgalano@tessercohen.com

Andrew B. Cohn on behalf of Creditor Jonasz Precast, Inc.
acohn@kaplaw.com

Kristen Jeanine Coleman on behalf of Defendant Sax LLP
kcoleman@goldbergsegalla.com, cdrayton@goldbergsegalla.com

Kristen Jeanine Coleman on behalf of Unknown Role Type Sax LLP
kcoleman@goldbergsegalla.com, cdrayton@goldbergsegalla.com

Caitlin Conklin on behalf of Creditor Kerbel-Sheriff Partners
caitlin.conklin@klgates.com

Jared Cooper on behalf of Petitioning Creditor Amaris Jackson-Munoz
jcooper@ryinjury.com

Grant Cornehls on behalf of Creditor Nickerson Corporation
gcornehls@wbny.com, lschindler@wbny.com

Christopher P. Coval on behalf of Creditor Allglass Systems, LLC
ccoval@fsdc-law.com

Sydney J. Darling on behalf of Creditor Schindler Elevator Corporation
sdarling@trenkisabel.law

Sydney J. Darling on behalf of Interested Party Fairleigh Dickinson University
sdarling@trenkisabel.law

Sam Della Fera, Jr on behalf of Creditor Committee Official Committee of Unsecured Creditors
sdellafera@csglaw.com

James C. Dezao, III on behalf of Creditor Antonio Zarfino
gerald@dezaolaw.com

James C. Dezao, III on behalf of Creditor Mayer Weberman
gerald@dezaolaw.com

Joseph J. DiPasquale on behalf of 3rd Party Plaintiff Hollister Construction Services, LLC
Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph J. DiPasquale on behalf of Debtor Hollister Construction Services, LLC
Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph J. DiPasquale on behalf of Defendant Hollister Construction Services, LLC
Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com

Lawrence B. Diener on behalf of Creditor Advanced Scaffold Services Mid-Atlantic LLC
LBDiener@optimum.net

Lawrence B. Diener on behalf of Creditor Advanced Scaffold Services, LLC
LBDiener@optimum.net

Lawrence B. Diener on behalf of Defendant Advanced Scaffold Services Mid-Atlantic LLC
LBDiener@optimum.net

Andrea Dobin on behalf of Creditor Committee Official Committee of Unsecured Creditors
ecftrusteead@msbnj.com, NJ55@ecfcbis.com;trusteedobin@remote7solutions.com

Andrea Dobin on behalf of Creditor Committee Official Committee of Unsecured Creditors
adobin@msbnj.com, cgallo@msbnj.com

Murphy Durkin on behalf of Creditor Dehn Bros.Fire Protection, Inc.
maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com

Murphy Durkin on behalf of Defendant Dehn Bros. Fire Protection, Inc.
maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com

Daniel M. Eliades on behalf of Creditor Kerbel-Sheriff Partners
daniel.eliades@klgates.com

Ryan M. Ernst on behalf of Creditor Lally Pipe & Tube
rernst@oeblegal.com, mjoyce@oelegal.com

Stephen V. Falanga on behalf of Creditor Schindler Elevator Corporation
sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;ntravostino@walsh.law

Stephen V. Falanga on behalf of Interested Party Fairleigh Dickinson University
sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;ntravostino@walsh.law

Clement J Farley on behalf of Creditor Mercedes-Benz USA, LLC
cfarley@mccarter.com

Mark E. Felger on behalf of Interested Party Ricoh USA, Inc.
mfelger@cozen.com, sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com

Joseph R. Fischer on behalf of Defendant Nordic Contracting Company, Inc.
jfischer@kiernanstrenk.com

Joseph R. Fischer on behalf of Defendant Nordic Contracting Inc.
jfischer@kiernanstrenk.com

Richard Brant Forrest on behalf of Creditor DeSesa Engineering Company, Inc.
rforrest@oslaw.com

Meredith I. Friedman on behalf of Creditor CTC Academy
mfriedman@wilentz.com, ciarkowski@wilentz.com

Jacob Frumkin on behalf of Interested Party Grand Maujer Development, LLC
jfrumkin@coleschotz.com, fpisano@coleschotz.com

Allen I Gorski on behalf of Creditor Leader Electric Co., Inc.
agorski@gorskiknowlton.com

Douglas Clagett Gray on behalf of Creditor Carson Corporation
dgray@mdsfirm.com

Douglas Clagett Gray on behalf of Defendant Carson Corporation
dgray@mdsfirm.com

Charles A. Gruen on behalf of Creditor Michaels Electrical Supply Corp.
cgruen@gruenlaw.com

Brian Gregory Hannon on behalf of Creditor Imperial Floors, LLC
bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Daniel Harris on behalf of Plaintiff BAK Advisors, LLC as the Liquidating Trustee of Hollister Construction Liquidating Trust
dharris@sillscummis.com, ddelehanty@sillscummis.com

Christopher E. Hartmann on behalf of Defendant Katchen Steel Construction, Inc.
aavellino@rocketmail.com, hartmann.christopher@yahoo.com

Christopher E. Hartmann on behalf of Defendant Leslie Katchen Steel Construction, Inc.
hartmann.christopher@yahoo.com, hartmann.christopher@yahoo.com

Jeffrey W. Herrmann on behalf of Creditor Pereira Electrical Contracting, Inc.
jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com

Michael R. Herz on behalf of Creditor Troon Electric of New Jersey LLC
mherz@foxrothschild.com, cbrown@foxrothschild.com

Michael R. Herz on behalf of Defendant Benco Inc.
mherz@foxrothschild.com, cbrown@foxrothschild.com

Michael R. Herz on behalf of Defendant Iron Works and Design by Alvarez LLC
mherz@foxrothschild.com, cbrown@foxrothschild.com

George R. Hirsch on behalf of Defendant Sax LLP
ghirsch@sillscummis.com, mco@sillscummis.com

George R. Hirsch on behalf of Plaintiff BAK Advisors, LLC as the Liquidating Trustee of Hollister Construction Liquidating Trust
ghirsch@sillscummis.com, mco@sillscummis.com

Brian W. Hofmeister on behalf of Mediator Brian W. Hofmeister
bwh@hofmeisterfirm.com, j119@ecfcbis.com

Elizabeth K. Holdren on behalf of Creditor Accordia Harrison Urban Renewal, LLC
eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Elizabeth K. Holdren on behalf of Defendant Accordia Harrison Urban Renewal, LLC
eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Eric J. Hughes on behalf of Creditor Liberty Mutual Insurance Company
ehughes@tm-firm.com

Curtiss T. Jameson on behalf of Creditor C Restoration, Inc.
cjameson@jamesonesq.com

Ericka Fredricks Johnson on behalf of Interested Party Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.)
ericka.johnson@wbd-us.com, Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;lisa.tancredi@wbd-us.com

Stephanie L. Jonaitis on behalf of Interested Party 10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation
stephanie.jonaitis@troutman.com, balaa@pepperlaw.com

Stephanie L. Jonaitis on behalf of Interested Party 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC
stephanie.jonaitis@troutman.com, balaa@pepperlaw.com

Michael Kahme on behalf of Creditor Accordia Harrison Urban Renewal, LLC
mkahme@hillwallack.com, fmansmann@hillwallack.com

Jason Scott Kaner on behalf of Defendant Sax LLP
jkaner@goldbergsegalla.com

Jenny R. Kasen on behalf of Creditor Essex Mechanical LLC
jkasen@kasenlaw.com, dkasen@kasenlaw.com

Jenny R. Kasen on behalf of Defendant Bailey's Square Janitorial Service, Inc.
jkasen@kasenlaw.com, dkasen@kasenlaw.com

Jenny R. Kasen on behalf of Defendant Essex Mechanical LLC
jkasen@kasenlaw.com, dkasen@kasenlaw.com

Jenny R. Kasen on behalf of Defendant H.C.S. Heating & Cooling Inc.
jkasen@kasenlaw.com, dkasen@kasenlaw.com

Jenny R. Kasen on behalf of Defendant SP Builders Contractors Inc.
jkasen@kasenlaw.com, dkasen@kasenlaw.com

James A. Kellar on behalf of Creditor Cellco Partnership d/b/a Verizon Wireless
jkellar@mccarter.com

Andrew J. Kelly on behalf of Creditor Schnell Contracting Systems, LLC
akelly@kbtlaw.com, wsheridan@kbtlaw.com

Bart J. Klein on behalf of Creditor Midway Glass & Metal Installers, Inc.
bart@bartjkleinlaw.com

Bart J. Klein on behalf of Defendant Direct Cabinet Sales Of Red Bank Inc.
bart@bartjkleinlaw.com

Bart J. Klein on behalf of Unknown Role Type Apple Coring & Sawing, LLC
bart@bartjkleinlaw.com

Bart J. Klein on behalf of Unknown Role Type Reynolds Painting Group NJ, LLC
bart@bartjkleinlaw.com

Carol L. Knowlton on behalf of Creditor KSS Architects
cknowlton@gorskiknowlton.com

Stuart Komrower on behalf of Creditor Orion Interiors, Inc.
skomrower@coleschotz.com, fpisano@coleschotz.com

Stuart Komrower on behalf of Defendant Orion Interiors, Inc.
skomrower@coleschotz.com, fpisano@coleschotz.com

John J. Lavin on behalf of Defendant Harmony Heating Corp.
jlavin@lavinassociates.com, stomaine@lavinassociates.com;malkon@lavinassociates.com

Yale A. Leber on behalf of Interested Party RH 537 Building Owner LLC
yale.leber@law.njoag.gov

Joseph H. Lemkin on behalf of Creditor Conewago Enterprises, Inc.
jlemkin@stark-stark.com

Joseph H. Lemkin on behalf of Creditor Fabcon Precast
jlemkin@stark-stark.com

Joseph H. Lemkin on behalf of Creditor High Concrete Group, LLC
jlemkin@stark-stark.com

Joseph H. Lemkin on behalf of Debtor Hollister Construction Services, LLC
jlemkin@stark-stark.com

Joseph H. Lemkin on behalf of Plaintiff Hollister Construction Services, LLC
jlemkin@stark-stark.com

Judah B Loewenstein on behalf of Creditor STMR, Inc.
jloewenstein@msklaw.net, sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Jay L. Lubetkin on behalf of Interested Party Christopher Johnson
jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com

Jay L. Lubetkin on behalf of Interested Party Kieran Flanagan
jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com

Michael Luongo on behalf of Defendant Sax LLP
mluongo@goldbergsegalla.com

Andrew R. Macklin on behalf of Creditor Pereira Electrical Contracting, Inc.
arm@njlawfirm.com

Mitchell Malzberg on behalf of Counter-Defendant BAK Advisors, LLC as Liquidating Trustee
mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com

Mitchell Malzberg on behalf of Creditor Vector Structural Preservation Corp.
mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com

Mitchell Malzberg on behalf of Interested Party BAK Advisors, LLC
mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com

Mitchell Malzberg on behalf of Plaintiff BAK Advisors, LLC as Liquidating Trustee
mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com

Mitchell Malzberg on behalf of Plaintiff BAK Advisors, LLC as the Liquidating Trustee of Hollister Construction Liquidating Trust
mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com

Jason C Manfrey on behalf of Creditor Joffe Lumber & Supply Co., Inc.
jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Darren R. Marks on behalf of Creditor Accordia Harrison Urban Renewal, LLC
dmarks@borahgoldstein.com, nagwu@borahgoldstein.com

Hisham I. Masri on behalf of Creditor Columbian Iron Works, Inc.
hmasri@reddinmasrilaw.com, m.duran@hmasrilaw.com

Thomas D. McKeon on behalf of Creditor FN Dynamic Inc
tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com

Thomas D. McKeon on behalf of Creditor FN Dynamic, Inc
tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com

Stephen B. McNally on behalf of Creditor Green Star Energy Solutions
steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

Marc D. Miceli on behalf of Interested Party R. Cipollini, Inc. t/a Cipollini Roofing
mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marc D. Miceli on behalf of Plaintiff Hollister Construction Services, LLC
mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Larry L. Miller on behalf of Creditor L&W Supply Corporation
llmlaw@outlook.com

Josef W. Mintz on behalf of Creditor 640 Columbia Owner LLC
mintz@blankrome.com, ecf-fe4957a0ba6a@ecf.pacerpro.com

Steven J. Mitnick on behalf of Interested Party SM Financial Services Corporation
smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

Steven J. Mitnick on behalf of Plaintiff Hollister Construction Services, LLC
smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

Steven J. Mitnick on behalf of Plaintiff Hollister Construction Services, LLC
smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

Louis A. Modugno on behalf of Plaintiff Bernard A. Katz
lmodugno@tm-firm.com

Louis A. Modugno on behalf of Plaintiff Bernard A. Katz
lmodugno@tm-firm.com

Robert Saul Molnar on behalf of Creditor Starlite Electric LLC
molnarrs@aol.com

Margreta Morgulas on behalf of Creditor 3L & Company, Inc.
mmorgulas@okinhollander.com

Michael Mourtzanakis on behalf of Interested Party Top Shelf Electric Corp.
mmourtza@travelers.com

Karen M Murray on behalf of Interested Party P. Tamburri Steel
kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com

Karen M Murray on behalf of Interested Party P3 Metals, LLC
kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com

Bryce Wallace Newell on behalf of Creditor LEG Acquisition LLC
bnewell@fmglaw.com

Robert E. Nies on behalf of Creditor Arch Insurance Company and Arch Reinsurance Company
rnies@csglaw.com

Nicole M. Nigrelli on behalf of Defendant Delcon Builders Inc.
nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Nicole M. Nigrelli on behalf of Interested Party Delcon Builders, Inc.
nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Nicole M. Nigrelli on behalf of Interested Party Pentel Drywall, Inc.
nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

John O'Boyle on behalf of Creditor Imperial Floors, LLC
joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle on behalf of Defendant Bender Enterprises, Inc.
joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle on behalf of Defendant Empire Excavating, LLC
joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle on behalf of Defendant Imperial Floors Limited Liability Company
joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

Elliot D. Ostrove on behalf of Defendant Elevation 1, Inc.
e.ostrove@epsteinostrove.com

Melissa A. Pena on behalf of Creditor Target Fire Protection
mapena@norris-law.com, pfreda@nmmlaw.com

Eric R. Perkins on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey
eperkins@becker.legal, tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Alex A Pisarevsky on behalf of Creditor Pereira Electrical Contracting, Inc.
ap@njlawfirm.com

Laurence D. Pittinsky on behalf of Attorney Boyd Mechanical, LLC
larry@rpllplaw.com

Seth Ptasiewicz on behalf of Creditor New Jersey Building Laborers Statewide Benefit Funds (the "Funds")
sptasiewicz@krollfirm.com

Anthony M. Rainone on behalf of Creditor Haddad Heating & Plumbing, Inc.
arainone@bracheichler.com, cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com

Anthony M. Rainone on behalf of Creditor Industrial Maintenance Industries
arainone@bracheichler.com, cbudris@bracheichler.com;palonso@bracheichler.com;ECF@bracheichler.com

Joshua H. Raymond on behalf of Creditor Committee Official Committee of Unsecured Creditors
jraymond@msbnj.com

Jeffrey J. Rea on behalf of Creditor Lienor City Contracting, Inc.
jeffrea@aol.com

Jeffrey J. Rea on behalf of Defendant City Contracting, Inc.
jeffrea@aol.com

John Joseph Robertelli on behalf of Interested Party RH 537 Building Owner LLC
john.robertelli@rivkin.com, matthew.spero@rivkin.com;stuart.gordon@rivkin.com

Adrienne C Rogove on behalf of Creditor 640 Columbia Owner LLC
acrogove@gmail.com

Kenneth A. Rosen on behalf of 3rd Party Plaintiff Hollister Construction Services, LLC
krosen@lowenstein.com, dclaussen@lowenstein.com

Kenneth A. Rosen on behalf of Attorney Lowenstein Sandler LLP
krosen@lowenstein.com, dclaussen@lowenstein.com

Kenneth A. Rosen on behalf of Debtor Hollister Construction Services, LLC
krosen@lowenstein.com, dclaussen@lowenstein.com

Kenneth A. Rosen on behalf of Defendant Hollister Construction Services, LLC
krosen@lowenstein.com, dclaussen@lowenstein.com

Kenneth A. Rosen on behalf of Interested Party Christopher Johnson
krosen@lowenstein.com, dclaussen@lowenstein.com

Kenneth A. Rosen on behalf of Other Prof. 10X CEO Coaching
krosen@lowenstein.com, dclaussen@lowenstein.com

Kenneth A. Rosen on behalf of Plaintiff Hollister Construction Services, LLC
krosen@lowenstein.com, dclaussen@lowenstein.com

Michele Lane Ross on behalf of Creditor Control Services, LLC
sterry@mrossllc.com, arivera@mrossllc.com

Sommer Leigh Ross on behalf of Creditor PNC Bank, National Association
slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Neil L. Sambursky on behalf of Defendant Berkley Assurance Company
nsambursky@pmtlawfirm.com

Neil L. Sambursky on behalf of Interested Party 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC
nsambursky@pmtlawfirm.com

Christopher M. Santomassimo on behalf of Creditor Dancker
csantomassimo@ogcsolutions.com

Marguerite Schaffer on behalf of Creditor c/o Marguerite M. Unique Scaffolding Systems, LLC
mschaffer@shainlaw.com

Tara J. Schellhorn on behalf of Creditor Newark Warehouse Redevelopment Company
tschellhorn@riker.com

Tara J. Schellhorn on behalf of Creditor Newark Warehouse Urban Renewal, LLC
tschellhorn@riker.com

Morris Schlaf on behalf of Creditor Remy Quezada Rodriguez
mschlaf@saccofillas.com, mschlaf@recap.email

Joseph L. Schwartz on behalf of Counter-Defendant Newark Warehouse Redevelopment Company, LLC
jschwartz@riker.com

Joseph L. Schwartz on behalf of Counter-Defendant Newark Warehouse Urban Renewal, LLC
jschwartz@riker.com

Joseph L. Schwartz on behalf of Creditor Edison Construction Management
jschwartz@riker.com

Joseph L. Schwartz on behalf of Creditor Newark Warehouse Redevelopment Company
jschwartz@riker.com

Joseph L. Schwartz on behalf of Creditor Newark Warehouse Urban Renewal, LLC
jschwartz@riker.com

Joseph L. Schwartz on behalf of Creditor Sunstone Hotels Morristown, LLC
jschwartz@riker.com

Joseph L. Schwartz on behalf of Plaintiff Newark Warehouse Redevelopment Company, LLC
jschwartz@riker.com

Joseph L. Schwartz on behalf of Plaintiff Newark Warehouse Urban Renewal, LLC
jschwartz@riker.com

Mary E. Seymour on behalf of Attorney Lowenstein Sandler LLP
mseymour@lowenstein.com, jkimble@lowenstein.com

Mary E. Seymour on behalf of Debtor Hollister Construction Services, LLC
mseymour@lowenstein.com, jkimble@lowenstein.com

Mary E. Seymour on behalf of Interested Party Christopher Johnson
mseymour@lowenstein.com, jkimble@lowenstein.com

Pearl Shah on behalf of Creditor Kone Inc.
pshah@mcgrailbensinger.com

Michael J. Shavel on behalf of Creditor Accordia Harrison Urban Renewal, LLC
mshavel@hillwallack.com, shavelmr99123@notify.bestcase.com

Andrew H. Sherman on behalf of Defendant Sax LLP
asherman@sillscummis.com

Andrew H. Sherman on behalf of Plaintiff BAK Advisors, LLC as the Liquidating Trustee of Hollister Construction Liquidating Trust
asherman@sillscummis.com

Matthew B Sicheri on behalf of Defendant Fromkin Brothers, Inc.
msicheri@callahanfusco.com

Michael D. Sirota on behalf of Interested Party Newkirk Realty LLC
msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Martin Skolnick on behalf of Creditor Archmills LLC d/b/a ArchMills Doors and Hardware
mskolnick@gmail.com

Martin Skolnick on behalf of Creditor Stateline Fabricators, LLC
mskolnick@gmail.com

Steven B Smith on behalf of Interested Party CS Utica & Remsen LLC
ssmith@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Anthony Sodono, III on behalf of Accountant EisnerAmper LLP
asodono@msbnj.com

Anthony Sodono, III on behalf of Attorney McManimon, Scotland & Baumann, LLC
asodono@msbnj.com

Anthony Sodono, III on behalf of Creditor Committee Official Committee of Unsecured Creditors
asodono@msbnj.com

Carl J. Soranno on behalf of Creditor Air Group, LLC
csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno on behalf of Creditor Haddad Heating & Plumbing, Inc.
csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno on behalf of Defendant Air Group, LLC
csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno on behalf of Defendant Haddad Heating & Plumbing Inc.
csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno on behalf of Defendant Industrial Maintenance, Inc.
csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Leonard S. Spinelli on behalf of Counter-Claimant Latitude East Owner, LLC
lspinelli@genovaburns.com

Leonard S. Spinelli on behalf of Counter-Claimant Latitude West Owner, LLC
lspinelli@genovaburns.com

Michael J. Stafford on behalf of Creditor Anvil Craft Corp.
mjstafford@nordlaw.legal, mnord@nordlaw.legal;anord@nordlaw.legal

Benjamin A. Stanziale, Jr. on behalf of Creditor Life Town Inc.
ben@stanzialelaw.com

David H. Stein on behalf of Creditor CTC Academy
dstein@wilentz.com, ciarkowski@wilentz.com

David L. Stevens on behalf of Creditor All Brands Elevator Industries, Inc.
dstevens@scura.com,
ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@s

David L. Stevens on behalf of Creditor Atlantic Engineering Laboratories of NY, Inc.
dstevens@scura.com,
ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@s

Angelo Anthony Stio, III on behalf of Interested Party 10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation
angelo.stio@troutman.com

Angelo Anthony Stio, III on behalf of Interested Party 5 Bay Street Phase 1 LLC, 5 Bay Street Phase 1 Sponsor Member Inc. and 5 Bay Street Phase 3 LLC
angelo.stio@troutman.com

Daniel Stolz on behalf of Creditor 147 Bloomfield Ave J.V. LLC
dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz on behalf of Defendant Latitude East Owner, LLC
dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz on behalf of Defendant Latitude West Owner, LLC
dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz on behalf of Interested Party Latitude East Owner, LLC
dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz on behalf of Interested Party Latitude West Owner, LLC
dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Donna L. Thompson on behalf of Creditor Prendimano Electrical Maintenance Co. t/a PEMCO
donna.thompson@dlthompsonlaw.com, dlthompsonlaw@aol.com

Karen L Thurston on behalf of Creditor Myrage LLC
kthurston@frkblaw.com

Brian R Tipton on behalf of Creditor State Line Construction Company, Inc.
btipton@floriolaw.com

Brian R Tipton on behalf of Defendant State Line Construction Co.
btipton@floriolaw.com

Greg Trif on behalf of Creditor Jordano Electric Inc.
gtrif@triflaw.com, gtrif@triflaw.com

Greg Trif on behalf of Creditor KR Masonry LLC
gtrif@triflaw.com, gtrif@triflaw.com

Greg Trif on behalf of Creditor Sparwick Contracting, Inc.
gtrif@triflaw.com, gtrif@triflaw.com

Greg Trif on behalf of Defendant K R Masonry L.L.C.
gtrif@triflaw.com, gtrif@triflaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Allen Joseph Underwood, II on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey
aunderwood@litedepalma.com, ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Jeffrey Paul Valacer on behalf of Creditor MixOnSite USA, Inc.
jeffreyvalacer@gmail.com

Jeffrey Paul Valacer on behalf of Defendant MixOnSite USA, Inc.
jeffreyvalacer@gmail.com

Donald B. Veix, Jr. on behalf of Creditor Bohler Engineering NY, PLLC
donveixlaw@gmail.com, dveix@hartylawgroup.com

Frank F. Velocci on behalf of Creditor NSA 18th Avenue, LLC
frank.velocci@faegredrinker.com, brian.morgan@dbr.com

Nicholas Verna on behalf of Interested Party Interlink Transport Technologies, Inc. (dba MSC Technology (North America) Inc.)
nick.verna@wbd-us.com, liz.thomas@wbd-us.com

Ilana Volkov on behalf of Creditor Kone Inc.
ivolkov@mcgrailbensinger.com

K. Joseph Vyzas on behalf of Creditor Rexel, Inc.
joe@carlawyernj.com

Richard E. Weltman on behalf of Creditor Reliance Mechanical, Inc.
rew@frblaw.com, mlm@frblaw.com;mjaspan@frblaw.com;mguseynov@frblaw.com

Bruce J. Wisotsky on behalf of Mediator Bruce Wisotsky
bwisotsky@nmmlaw.com, mcamacho@nmmlaw.com

Adam D Wolper on behalf of Creditor Marlon Garcia
adam@wolplaw.com

William G. Wright on behalf of Creditor Graybar Electric Company, Inc.
wwright@capehart.com, jlafferty@capehart.com

William G. Wright on behalf of Defendant Graybar Electric Company, Inc.
wwright@capehart.com, jlafferty@capehart.com

Felice R. Yudkin on behalf of Interested Party Newkirk Realty LLC
fyudkin@coleschotz.com, fpisano@coleschotz.com

Jonathan S. Ziss on behalf of Defendant Sax LLP
jziss@goldbergsegalla.com, mgarrity@goldbergsegalla.com

Jonathan S. Ziss on behalf of Unknown Role Type Sax LLP
jziss@goldbergsegalla.com, mgarrity@goldbergsegalla.com

**19-27439-MBK Notice will not be electronically mailed to:**

Arent Fox LLP
1301 Avenues of the Americas
Floor 42
New York, NY 10019

Paul Belair
10x CEO Coaching LLC
POB 5117
Youngstown, OH 44514

Brian Bisignani on behalf of Creditor Conewago Enterprises, Inc.
Post & Schell
1869 Charter Lane
Ste. 102
POB 10248
Lancaster, PA 17605-0248

Brian Bisignani on behalf of Creditor Fabcon Precast
Post & Schell
1869 Charter Lane
Ste. 102
POB 10248
Lancaster, PA 17605-0248

Brian Bisignani on behalf of Creditor High Concrete Group, LLC
Post & Schell
1869 Charter Lane
Ste. 102
POB 10248
Lancaster, PA 17605-0248

Bernadette Brennan on behalf of Creditor City of New York, Department of Finance
City of New York
100 Church Street, Room 5-247
New York, NY 10007

Bridge Builders Newark LLC
c/o Karen Marques
211 Warren Street
Newark, NJ 07103

Michael A. Cifelli on behalf of Creditor Meridia Transit Plaza Urban Renewal, Dover, LLC
Hardin, Kundla, MeKeon & Poletto
673 Morris Avenue
Springfield, NJ 07081

City Contracting, Inc.
62 Bog and Valley Lane
Lincoln Park,

Commonwealth of Pennsylvania Dept. of Labor and Industry
651 Boas St.

Room 925
Harrisburgh, PA 17121

Brian Craig on behalf of Creditor Fort Hill Industries, Inc.
400 Garden City Plaza
Garden City, NY 11530

Eisner Amper LLP
111 Wood Avenue South
Iselin, NJ 08830

Luis Guerrero on behalf of Creditor Felix Moran
434 W. 33rd Street 13th Floor
New York, NY 10001

Ronald S. Herzog on behalf of Defendant Sax LLP
1037 Raymond Boulevard, Suite 1010
Newark, NJ 07102-5423

Gregg Ilardi on behalf of Creditor Latz, Inc.
174 Delawanna Ave.
Clifton, NJ 07014

Henry J. Jaffe on behalf of Interested Party 10 Minerva Place, L.P. and 10 Minerva Place Housing Development Fund Corporation
Pepper Hamilton LLP
1313 Market St.,
Hercules Plaza, Suite 5100
Wilmington, DE 19899-1709

K & L Gates, LLP
Daniel M. Eliades, Esq.
1085 Raymond Boulevard
Newaek, NJ 07102

Gary M Kushner on behalf of Creditor Infinity Painting Co., Inc.
Goetz Fitzpatrick LLP
One Penn Plaza
3rd Floor
New York, NY 10019

Oracle America, Inc.
c/o Doshi Legal Group, P.C.
Attn: Amish R. Doshi
1979 Marcus Avenue
Suite 210E
Lake Success, NY 11042

Parkland Group Inc
8110 Devon Court
Chagrin Falls, OH 44023

Prime Clerk LLC
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165

John Ratkowitz on behalf of Creditor Bartolo Chajchalac
Ginarte,Gallardo Gonzalez & Winograd LLP
400 Market Street
Newark, NJ 07105

John Ratkowitz on behalf of Creditor Leonardo Dapia
Ginarte,Gallardo Gonzalez & Winograd LLP
400 Market Street
Newark, NJ 07105

John Ratkowitz on behalf of Creditor Wilmer O. Rodriguez Hernandez
Ginarte,Gallardo Gonzalez & Winograd LLP
400 Market Street
Newark, NJ 07105

Loryn P. Riggiola on behalf of Plaintiff Newark Warehouse Redevelopment Company, LLC
Zetlin & DeChiara LLP
80 Bloomfiled Avenue
Caldwell, NJ 07006

Loryn P. Riggiola on behalf of Plaintiff Newark Warehouse Urban Renewal, LLC
Zetlin & DeChiara LLP
80 Bloomfiled Avenue
Caldwell, NJ 07006

SBLP Princeton, LLC, a Delaware limited liability company
,

SM LAW PC
PO Box 530
49 Old Turnpike Road
Oldwick, NJ 08858

Stark & Stark
Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648

Robert Travis
,

Waypoint Hackensack Urban Renewal Owner LLC
,

􀀀􀀀􀀀􀀀􀀀􀀀􀀀