```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

Caption in Compliance with D.N.J. LBR 9004-1(b)




In Re:
```

Case No.: _____

Adv. Pro. No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

## ADJOURNMENT REQUEST

1. I, _____,

    ☐   am the attorney for: _____,

    ☐   am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: _____

    Current hearing date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

2. Consent to adjournment:

    ☐  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below):

    Unable to locate Defendant at this time.

I certify under penalty of perjury that the foregoing is true.

Date: _____        _____
                                                                                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted          New hearing date: _____          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2