Debtor: HOLLISTER CONSTRUCTION SERVICES, LLC
Case No.: 19-27439 (MBK)
Adversary Case No. 22-01276
Caption of Order: **WARRANT TO SATISFY JUDGMENT OF J.M. PEREIRA & SONS**

---

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **FOR THE DISTRICT OF NEW JERSEY** <br> Caption in compliance with D.N.J. LBR 9004-1(b) <br><br> **HILL WALLACK LLP** <br> Michael Kahme, Esq. <br> 21 Roszel Road <br> P.O. Box 5226 <br> Princeton, NJ 08543 <br> Phone: 609-924-0808 <br> Fax: 609-452-1888 <br> *Attorneys for Defendant Accordia Harrison Urban Renewal, LLC* | |
| In Re: <br><br> HOLLISTER CONSTRUCTION SERVICES, LLC, <br><br>     Debtor. | Chapter: 11 <br><br> Case No. 19-27439 (MBK) |
| BAK ADVISORS, LLC, LIQUIDATING TRUSTEE OF HOLLISTER CONSTRUCTION LIQUIDATING TRUST, <br><br>     Plaintiff, <br><br> v. <br><br> ACCORDIA HARRISON URBAN RENEWAL, LLC, <br><br>     Defendant. | Adversary No. 22-01276 <br><br> Judge: Michael B. Kaplan, C.U.S.B.J. |

## WARRANT TO SATISFY JUDGMENT
## OF J.M. PEREIRA & SONS

TO THE CLERK OF THE BANKRUPTCY COURT:

   **WHEREAS,** a Judgment was entered in favor of J.M. Pereira and Sons Inc. in Case No. 19-27439 (MBK) on July 27, 2022 in the amount of $194,968.90 against Accordia Harrison Urban Renewal, LLC (the "Pereira Judgment").

   **WHEREAS,** J.M. Pereira and Sons Inc. has received and accepted full consideration for execution of this Warrant of Satisfaction for the Pereira Judgment .

{11479312; 1}

Page 2

Debtor: HOLLISTER CONSTRUCTION SERVICES, LLC
Case No.: 19-27439 (MBK)
Adversary Case No. 22-01276
Caption of Order: **WARRANT TO SATISFY JUDGMENT OF J.M. PEREIRA & SONS**

---

**THEREFORE,** this is your warrant and authority to enter on the record, this satisfaction of judgment as to Accordia Harrison Urban Renewal, LLC

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Cohen Seglias Pallas Greenhall & Furman PC
1600 Market Street, 32nd Floor
Philadelphia, PA  19103
Attorneys for J.M. Pereira and Sons Inc

By:_____
Alexander F. Barth

Dated:  6/14/2023

{11479312; 1}
8467224.1 51827-0035