**Flagstar Bank, N.A.**

```
                                            Statement Period
                                            From April    01, 2023
                                            To   April    30, 2023
                                            Page    1 of    2

                                            PRIVATE CLIENT GROUP 161
                                            565 FIFTH AVENUE
                                            NEW YORK, NY 10017
```

```
HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                      See Back for Important Information
NEWTOWN PA   18940

                                            Primary Account: ▇▇▇▇▇3999         0
```

IMPORTANT NOTICE:  ACCOUNT DOCUMENTATION HAS BEEN UPDATED TO REFLECT
THE TRANSFER OF YOUR ACCOUNT AND SERVICES TO FLAGSTAR BANK, N.A. EFFECTIVE
MARCH 20, 2023. YOUR CONTINUED USE OF THE ACCOUNT AND SERVICES WILL BE YOUR
ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT DOCUMENTATION. THERE HAVE
NOT BEEN ANY OTHER SUBSTANTIVE CHANGES IN THE ACCOUNT DOCUMENTATION OR THE
WAY YOU HAVE EXPERIENCED YOUR ACCOUNT AND SERVICES TO DATE. PLEASE VISIT
HTTPS://WWW.SIGNATURENY.COM/ABOUT-US/AGREEMENTS-DISCLOSURES TO VIEW THE
ENTIRETY OF THIS IMPORTANT NOTICE AND THE FULL TEXT OF YOUR UPDATED ACCOUNT
AGREEMENTS AND DISCLOSURES AND PRODUCT TERMS AND CONDITIONS.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ▇▇▇▇▇3999    MONOGRAM CHECKING | 18,420.36 | 18,420.36 |
| RELATIONSHIP TOTAL | | 18,420.36 |

**Flagstar Bank, N.A.**

```
                                                    Statement Period
                                                    From April     01, 2023
                                                    To   April     30, 2023
                                                    Page     2 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                          See Back for Important Information
    NEWTOWN PA   18940

                                                    Primary Account:  ██████3999          0

MONOGRAM CHECKING              ██████3999



Summary

 Previous Balance as of April     01, 2023                                       18,420.36

 There was no deposit activity during this statement period

 Ending Balance as of    April     30, 2023                                      18,420.36


 Rates for this statement period - Overdraft
              Apr 01, 2023   17.750000 %
```

**Flagstar Bank, N.A.**

Statement Period
From April     01, 2023
To   April     30, 2023
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA   18940

See Back for Important Information

Primary Account: ▇▇▇▇▇4006          0

IMPORTANT NOTICE:  ACCOUNT DOCUMENTATION HAS BEEN UPDATED TO REFLECT
THE TRANSFER OF YOUR ACCOUNT AND SERVICES TO FLAGSTAR BANK, N.A. EFFECTIVE
MARCH 20, 2023. YOUR CONTINUED USE OF THE ACCOUNT AND SERVICES WILL BE YOUR
ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT DOCUMENTATION. THERE HAVE
NOT BEEN ANY OTHER SUBSTANTIVE CHANGES IN THE ACCOUNT DOCUMENTATION OR THE
WAY YOU HAVE EXPERIENCED YOUR ACCOUNT AND SERVICES TO DATE. PLEASE VISIT
HTTPS://WWW.SIGNATURENY.COM/ABOUT-US/AGREEMENTS-DISCLOSURES TO VIEW THE
ENTIRETY OF THIS IMPORTANT NOTICE AND THE FULL TEXT OF YOUR UPDATED ACCOUNT
AGREEMENTS AND DISCLOSURES AND PRODUCT TERMS AND CONDITIONS.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▇▇▇▇▇4006 | MONOGRAM INSURED MMA | 1,631,352.45 | 1,631,754.75 |
| | RELATIONSHIP TOTAL | | 1,631,754.75 |



```
                                                           Statement Period
                                                           From April     01, 2023
                                                           To   April     30, 2023
                                                           Page      2 of      2

                                                           PRIVATE CLIENT GROUP 161
                                                           565 FIFTH AVENUE
                                                           NEW YORK, NY 10017



         HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
         BERNARD A KATZ TRUSTEE
         MONEY MARKET ACCOUNT
         C/O BAK ADVISORS
         626 SOUTH STATE STREET                            See Back for Important Information
         NEWTOWN PA    18940

                                                           Primary Account: ######4006          0


MONOGRAM INSURED MMA          ######4006


Summary

 Previous Balance as of April     01, 2023                                       1,631,352.45
      1 Credits                                                                         402.30
 Ending Balance as of    April    30, 2023                                       1,631,754.75


Deposits and Other Credits
 Apr 28   Interest Paid                                                                 402.30

Daily Balances
 Mar 31        1,631,352.45            Apr 28        1,631,754.75

*======================================   Interest Summary   ==========================================*
*  Year-To-Date Interest              658.46                                                            *
*  Interest Paid This Period          402.30     Annual Percentage Yield Earned     0.30 %              *
*  Avg. Balance this Period     1,631,352.45     Days in Period                       30                *
*=======================================================================================================*
```

**Flagstar Bank, N.A.**

Statement Period
From May 01, 2023
To   May 31, 2023
Page     1 of     3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA  18940

See Back for Important Information

Primary Account: ███████3999          4

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! FLAGSTAR BANK, N.A. WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM FLAGSTAR BANK, N.A., DO NOT RESPOND TO IT OR CLICK ON ANY LINKS
INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR
CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT,
VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US",
"PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON
SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ███████3999    MONOGRAM CHECKING | 18,420.36 | 18,171.89 |
| RELATIONSHIP TOTAL | | 18,171.89 |



```
                                                          Statement Period
                                                          From May    01, 2023
                                                          To   May    31, 2023
                                                          Page    2 of    3

                                                          PRIVATE CLIENT GROUP 161
                                                          565 FIFTH AVENUE
                                                          NEW YORK, NY 10017


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
        BERNARD A KATZ TRUSTEE
        CHECKING ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                            See Back for Important Information
        NEWTOWN PA    18940

                                                  Primary Account: ▮▮▮▮▮3999         4


 MONOGRAM CHECKING                    ▮▮▮▮▮3999




 Summary

   Previous Balance as of May     01, 2023                                       18,420.36
         2 Credits                                                               65,000.00
         5 Debits                                                                65,248.47
   Ending Balance as of    May    31, 2023                                       18,171.89


 Deposits and Other Credits
   May 23   TELEPHONE XFER CR                                                    18,194.97
            TELEPHONE TRANSFER FROM: XXXXXX4006
   May 23   TELEPHONE XFER CR                                                    46,805.03
            TELEPHONE TRANSFER FROM: XXXXXX4006

 Withdrawals and Other Debits
   May 31   OD Finance Charge                                                        23.08

 Checks by Serial Number
   May 04         1087            250.00    May 22      1089        16,569.38
   May 15         1088         11,421.77    May 22      1090        36,984.24

 Daily Balances
   Apr 30          18,420.36               May 22       46,805.03-
   May 04          18,170.36               May 23       18,194.97
   May 15           6,748.59               May 31       18,171.89
```

Flagstar Bank, N.A.

```
                                              Statement Period
                                              From May      01, 2023
                                              To   May      31, 2023
                                              Page      3 of      3

                                              PRIVATE CLIENT GROUP 161
                                              565 FIFTH AVENUE
                                              NEW YORK, NY 10017


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
     BERNARD A KATZ TRUSTEE
     CHECKING ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                   See Back for Important Information
     NEWTOWN PA   18940

                                              Primary Account: ▆▆▆▆▆3999          4


Rates for this statement period - Overdraft
          May 04, 2023   18.000000  %
          May 01, 2023   17.750000  %
```

**Flagstar Bank, N.A.**

Statement Period
From May 01, 2023
To   May 31, 2023
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA  18940

See Back for Important Information

Primary Account: ▇▇▇▇▇4006         0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! FLAGSTAR BANK, N.A. WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM FLAGSTAR BANK, N.A., DO NOT RESPOND TO IT OR CLICK ON ANY LINKS
INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR
CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT,
VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US",
"PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON
SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▇▇▇▇4006 | MONOGRAM INSURED MMA | 1,631,754.75 | 1,567,165.76 |
| | RELATIONSHIP TOTAL | | 1,567,165.76 |

**Flagstar Bank, N.A.**

```
                                                       Statement Period
                                                       From May     01, 2023
                                                       To   May     31, 2023
                                                       Page    2 of    2

                                                       PRIVATE CLIENT GROUP 161
                                                       565 FIFTH AVENUE
                                                       NEW YORK, NY 10017


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     MONEY MARKET ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                            See Back for Important Information
     NEWTOWN PA   18940

                                                       Primary Account:  ██████4006         0


MONOGRAM INSURED MMA               ██████4006


Summary

 Previous Balance as of May     01, 2023                                      1,631,754.75
       1 Credits                                                                     411.01
       2 Debits                                                                   65,000.00
 Ending Balance as of    May    31, 2023                                      1,567,165.76


Deposits and Other Credits
 May 31   Interest Paid                                                              411.01

Withdrawals and Other Debits
 May 23   TELEPHONE XFER DR                                                       18,194.97
          TELEPHONE TRANSFER TO: XXXXXX3999
 May 23   TELEPHONE XFER DR                                                       46,805.03
          TELEPHONE TRANSFER TO: XXXXXX3999

Daily Balances
 Apr 30       1,631,754.75              May 31        1,567,165.76
 May 23       1,566,754.75

*====================================== Interest Summary =========================================*
*   Year-To-Date Interest          1,069.47                                                        *
*   Interest Paid This Period         411.01      Annual Percentage Yield Earned      0.30 %       *
*   Avg. Balance this Period    1,612,883.78      Days in Period                        31        *
*==================================================================================================*
```



Statement Period
From June    01, 2023
To   June    30, 2023
Page    1 of    3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA   18940

See Back for Important Information

Primary Account: ▇▇▇▇3999            3

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! FLAGSTAR BANK, N.A. WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM FLAGSTAR BANK, N.A., DO NOT RESPOND TO IT OR CLICK ON ANY LINKS
INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR
CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT,
VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US",
"PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON
SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ▇▇▇3999    MONOGRAM CHECKING | 18,171.89 | 13,192.40 |
| RELATIONSHIP TOTAL | | 13,192.40 |

# Flagstar Bank, N.A.

```
                                              Statement Period
                                              From June     01, 2023
                                              To   June     30, 2023
                                              Page    2 of    3

                                              PRIVATE CLIENT GROUP 161
                                              565 FIFTH AVENUE
                                              NEW YORK, NY 10017


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
        BERNARD A KATZ TRUSTEE
        CHECKING ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                        See Back for Important Information
        NEWTOWN PA  18940


                                              Primary Account:      3999           3


MONOGRAM CHECKING                   3999




Summary

    Previous Balance as of June      01, 2023                               18,171.89
       2 Credits                                                         1,452,000.00
      10 Debits                                                          1,456,979.49
    Ending Balance as of   June      30, 2023                               13,192.40


Deposits and Other Credits
Jun 01   TELEPHONE XFER CR                                               1,440,000.00
           TELEPHONE TRANSFER FROM: XXXXXX4006
Jun 20   TELEPHONE XFER CR                                                  12,000.00
           TELEPHONE TRANSFER FROM: XXXXXX4006

Withdrawals and Other Debits
Jun 01   OUTGOING WIRE XFER                                                  6,544.09
           REF#  20230601B6B7261F007254
           TO:   10X CEO COACHING, LLC          ABA:   044000037
           BANK: JPMCHASE OHIO                  ACCT# 730991176
Jun 01   OUTGOING WIRE XFER                                                 16,168.00
           REF#  20230601B6B7261F007163
           TO:   BIG RIVER INSURANCE BROKERAGE,INC. ABA: 021000021
           BANK: JPMCHASE                       ACCT# 723189319
Jun 01   OUTGOING WIRE XFER                                                 17,088.61
           REF#  20230601B6B7261F007223
           TO:   EISNER ADVISORY LLC            ABA:   026009593
           BANK: BK AMER NYC                    ACCT# 483084168802
Jun 01   OUTGOING WIRE XFER                                                 47,572.10
           REF#  20230601B6B7261F007289
           TO:   MCMANIMON, SCOTLAND & BAUMANN, LLC ABA: 221272031
           BANK: CITIZENS BANK, NA              ACCT# 1001408296
           OBI:  FULL BENE NAME: MCMANIMON, SCOTLAND & BAUMANN, LLC ATT
           OBI:  ORNEY BUSINESS ACCOUNT
           OBI:
```

# Flagstar Bank, N.A.

```
                                          Statement Period
                                          From June    01, 2023
                                          To   June    30, 2023
                                          Page    3 of    3

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017
```

```
     HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
     BERNARD A KATZ TRUSTEE
     CHECKING ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                          See Back for Important Information
     NEWTOWN PA   18940

                                          Primary Account: ███3999          3
```

| Date | Description | | | Amount |
|---|---|---|---|---|
| Jun 01 | OUTGOING WIRE XFER | | | 268,795.19 |
| | REF# 20230601B6B7261F007324 | | | |
| | TO: LOWENSTEIN SANDLER LLP | ABA: 021000089 | | |
| | BANK: CITIBANK NYC | ACCT# 4974881094 | | |
| | OBI: FULL BENE NAME: LOWENSTEIN SANDLER LLP ATTORNEY BUSINE | | | |
| | OBI: SS ACCOUNT | | | |
| | OBI: | | | |
| Jun 01 | OUTGOING WIRE XFER | | | 500,000.00 |
| | REF# 20230601B6B7261F007157 | | | |
| | TO: MILDEC CONSULTING LLC | ABA: 026009593 | | |
| | BANK: BK AMER NYC | ACCT# 381056499070 | | |
| Jun 01 | OUTGOING WIRE XFER | | | 580,000.00 |
| | REF# 20230601B6B7261F007453 | | | |
| | TO: PNC BANK, NATIONAL ASSOCIATION | ABA: 043000096 | | |
| | BANK: PNCBANK PITT | ACCT# 130760016803 | | |

**Checks by Serial Number**

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| Jun 22 | 1091 | 8,151.58 | Jun 30 | 1093 | 7,483.57 |
| Jun 26 | 1092 | 5,176.35 | | | |

**Daily Balances**

| Date | Balance | Date | Balance |
|---|---|---|---|
| May 31 | 18,171.89 | Jun 22 | 25,852.32 |
| Jun 01 | 22,003.90 | Jun 26 | 20,675.97 |
| Jun 20 | 34,003.90 | Jun 30 | 13,192.40 |

Rates for this statement period - Overdraft
              Jun 01, 2023    18.000000 %



**Flagstar® Bank, N.A.**

```
                                              Statement Period
                                         From June      01, 2023
                                         To   June      30, 2023
                                         Page     1 of      2

                                         PRIVATE CLIENT GROUP 161
                                         565 FIFTH AVENUE
                                         NEW YORK, NY 10017
```

```
HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                      See Back for Important Information
NEWTOWN PA   18940

                                 Primary Account: ▇▇▇▇4006             0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! FLAGSTAR BANK, N.A. WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM FLAGSTAR BANK, N.A., DO NOT RESPOND TO IT OR CLICK ON ANY LINKS
INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR
CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT,
VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US",
"PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON
SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ▇▇▇▇4006   MONOGRAM INSURED MMA | 1,567,165.76 | 270,728.92 |
| RELATIONSHIP TOTAL | | 270,728.92 |

**Flagstar® Bank, N.A.**

```
                                                      Statement Period
                                                   From June     01, 2023
                                                   To   June     30, 2023
                                                   Page     2 of     2

                                                   PRIVATE CLIENT GROUP 161
                                                   565 FIFTH AVENUE
                                                   NEW YORK, NY 10017


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
        BERNARD A KATZ TRUSTEE
        MONEY MARKET ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                      See Back for Important Information
        NEWTOWN PA   18940

                                                   Primary Account:  ▆▆▆▆4006          0


MONOGRAM INSURED MMA                ▆▆▆▆4006


Summary

    Previous Balance as of June    01, 2023                                1,567,165.76
         3 Credits                                                           155,563.16
         2 Debits                                                          1,452,000.00
    Ending Balance as of   June    30, 2023                                   270,728.92


Deposits and Other Credits
Jun 02  DEPOSIT                                                              153,000.00
Jun 21  DEPOSIT                                                                2,500.00
Jun 30  Interest Paid                                                             63.16

Withdrawals and Other Debits
Jun 01  TELEPHONE XFER DR                                                  1,440,000.00
        TELEPHONE TRANSFER TO: XXXXXX3999
Jun 20  TELEPHONE XFER DR                                                     12,000.00
        TELEPHONE TRANSFER TO: XXXXXX3999

Daily Balances
May 31      1,567,165.76                   Jun 20       268,165.76
Jun 01        127,165.76                   Jun 21       270,665.76
Jun 02        280,165.76                   Jun 30       270,728.92

*=================================== Interest Summary  ==========================================*
*  Year-To-Date Interest        1,132.63                                                          *
*  Interest Paid This Period       63.16      Annual Percentage Yield Earned      0.30 %          *
*  Avg. Balance this Period    256,115.76     Days in Period                        30            *
*================================================================================================*
```