

```
                                                    Statement Period
                                                    From April     01, 2023
                                                    To   April     30, 2023
                                                    Page    1 of      2

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     CHECKING ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                          See Back for Important Information
     NEWTOWN PA   18940

                                              Primary Account: ▓▓▓▓▓3999         0
```

IMPORTANT NOTICE: ACCOUNT DOCUMENTATION HAS BEEN UPDATED TO REFLECT THE TRANSFER OF YOUR ACCOUNT AND SERVICES TO FLAGSTAR BANK, N.A. EFFECTIVE MARCH 20, 2023. YOUR CONTINUED USE OF THE ACCOUNT AND SERVICES WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT DOCUMENTATION. THERE HAVE NOT BEEN ANY OTHER SUBSTANTIVE CHANGES IN THE ACCOUNT DOCUMENTATION OR THE WAY YOU HAVE EXPERIENCED YOUR ACCOUNT AND SERVICES TO DATE. PLEASE VISIT HTTPS://WWW.SIGNATURENY.COM/ABOUT-US/AGREEMENTS-DISCLOSURES TO VIEW THE ENTIRETY OF THIS IMPORTANT NOTICE AND THE FULL TEXT OF YOUR UPDATED ACCOUNT AGREEMENTS AND DISCLOSURES AND PRODUCT TERMS AND CONDITIONS.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ▓▓▓▓▓3999     MONOGRAM CHECKING | 18,420.36 | 18,420.36 |
| RELATIONSHIP TOTAL | | 18,420.36 |



```
                                                      Statement Period
                                                      From April    01, 2023
                                                      To   April    30, 2023
                                                      Page     2 of     2

                                                      PRIVATE CLIENT GROUP 161
                                                      565 FIFTH AVENUE
                                                      NEW YORK, NY 10017


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     CHECKING ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                           See Back for Important Information
     NEWTOWN PA   18940

                                                      Primary Account:      3999           0


 MONOGRAM CHECKING                     3999



 Summary

  Previous Balance as of April    01, 2023                                        18,420.36

  There was no deposit activity during this statement period

  Ending Balance as of    April    30, 2023                                       18,420.36


 Rates for this statement period - Overdraft
              Apr 01, 2023    17.750000  %
```



```
                                                           Statement Period
                                                           From April    01, 2023
                                                           To   April    30, 2023
                                                           Page    1 of     2

                                                           PRIVATE CLIENT GROUP 161
                                                           565 FIFTH AVENUE
                                                           NEW YORK, NY 10017


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
    BERNARD A KATZ TRUSTEE
    MONEY MARKET ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                                 See Back for Important Information
    NEWTOWN PA   18940

                                                Primary Account: ████4006        0
```

IMPORTANT NOTICE: ACCOUNT DOCUMENTATION HAS BEEN UPDATED TO REFLECT THE TRANSFER OF YOUR ACCOUNT AND SERVICES TO FLAGSTAR BANK, N.A. EFFECTIVE MARCH 20, 2023. YOUR CONTINUED USE OF THE ACCOUNT AND SERVICES WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT DOCUMENTATION. THERE HAVE NOT BEEN ANY OTHER SUBSTANTIVE CHANGES IN THE ACCOUNT DOCUMENTATION OR THE WAY YOU HAVE EXPERIENCED YOUR ACCOUNT AND SERVICES TO DATE. PLEASE VISIT HTTPS://WWW.SIGNATURENY.COM/ABOUT-US/AGREEMENTS-DISCLOSURES TO VIEW THE ENTIRETY OF THIS IMPORTANT NOTICE AND THE FULL TEXT OF YOUR UPDATED ACCOUNT AGREEMENTS AND DISCLOSURES AND PRODUCT TERMS AND CONDITIONS.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████4006    MONOGRAM INSURED MMA | 1,631,352.45 | 1,631,754.75 |
| RELATIONSHIP TOTAL | | 1,631,754.75 |



```
                                                    Statement Period
                                                    From April    01, 2023
                                                    To   April    30, 2023
                                                    Page     2 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017



         HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
         BERNARD A KATZ TRUSTEE
         MONEY MARKET ACCOUNT
         C/O BAK ADVISORS
         626 SOUTH STATE STREET                     See Back for Important Information
         NEWTOWN PA   18940

                                                    Primary Account: ████4006         0


MONOGRAM INSURED MMA         ██████4006


Summary

 Previous Balance as of April    01, 2023                                   1,631,352.45
       1 Credits                                                                  402.30
 Ending Balance as of   April    30, 2023                                   1,631,754.75


Deposits and Other Credits
 Apr 28   Interest Paid                                                           402.30

Daily Balances
 Mar 31         1,631,352.45              Apr 28         1,631,754.75

*======================================= Interest Summary =========================================*
*  Year-To-Date Interest           658.46                                                           *
*  Interest Paid This Period       402.30     Annual Percentage Yield Earned    0.30 %              *
*  Avg. Balance this Period  1,631,352.45     Days in Period                      30                *
*===================================================================================================*
```



```
                                                           Statement Period
                                                           From May      01, 2023
                                                           To   May      31, 2023
                                                           Page    1 of    3

                                                           PRIVATE CLIENT GROUP 161
                                                           565 FIFTH AVENUE
                                                           NEW YORK, NY 10017



     HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
     BERNARD A KATZ TRUSTEE
     CHECKING ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                                See Back for Important Information
     NEWTOWN PA   18940

                                                    Primary Account:▓▓▓▓▓▓3999          4

     IMPORTANT MESSAGE ABOUT IDENTITY THEFT! FLAGSTAR BANK, N.A. WILL NEVER
     ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
     E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
     FROM FLAGSTAR BANK, N.A., DO NOT RESPOND TO IT OR CLICK ON ANY LINKS
     INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR
     CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT,
     VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US",
     "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON
     SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.
```

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ▓▓▓▓▓3999    MONOGRAM CHECKING | 18,420.36 | 18,171.89 |
| RELATIONSHIP TOTAL | | 18,171.89 |

Flagstar Bank, N.A.

Statement Period
From May 01, 2023
To May 31, 2023
Page 2 of 3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA 18940

See Back for Important Information

Primary Account: [redacted]3999 4

MONOGRAM CHECKING [redacted]3999

Summary

| | | |
|---|---|---|
| Previous Balance as of May | 01, 2023 | 18,420.36 |
| 2 Credits | | 65,000.00 |
| 5 Debits | | 65,248.47 |
| Ending Balance as of May | 31, 2023 | 18,171.89 |

Deposits and Other Credits

| | | |
|---|---|---|
| May 23 | TELEPHONE XFER CR<br>TELEPHONE TRANSFER FROM: XXXXXX4006 | 18,194.97 |
| May 23 | TELEPHONE XFER CR<br>TELEPHONE TRANSFER FROM: XXXXXX4006 | 46,805.03 |

Withdrawals and Other Debits

| | | |
|---|---|---|
| May 31 | OD Finance Charge | 23.08 |

Checks by Serial Number

| | | | | | |
|---|---|---|---|---|---|
| May 04 | 1087 | 250.00 | May 22 | 1089 | 16,569.38 |
| May 15 | 1088 | 11,421.77 | May 22 | 1090 | 36,984.24 |

Daily Balances

| | | | |
|---|---|---|---|
| Apr 30 | 18,420.36 | May 22 | 46,805.03- |
| May 04 | 18,170.36 | May 23 | 18,194.97 |
| May 15 | 6,748.59 | May 31 | 18,171.89 |



```
                                                      Statement Period
                                                      From May       01, 2023
                                                      To   May       31, 2023
                                                      Page      3 of      3

                                                      PRIVATE CLIENT GROUP 161
                                                      565 FIFTH AVENUE
                                                      NEW YORK, NY 10017


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
     BERNARD A KATZ TRUSTEE
     CHECKING ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                           See Back for Important Information
     NEWTOWN PA   18940

                                                      Primary Account:  ███████3999            4


Rates for this statement period - Overdraft
          May 04, 2023   18.000000  %
          May 01, 2023   17.750000  %
```



```
                                                    Statement Period
                                                    From May       01, 2023
                                                    To   May       31, 2023
                                                    Page    1 of      2

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017
```

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA   18940

See Back for Important Information

Primary Account: ████4006          0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! FLAGSTAR BANK, N.A. WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM FLAGSTAR BANK, N.A., DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████4006    MONOGRAM INSURED MMA | 1,631,754.75 | 1,567,165.76 |
| RELATIONSHIP TOTAL | | 1,567,165.76 |



```
                                                              Statement Period
                                                              From May      01, 2023
                                                              To   May      31, 2023
                                                              Page    2 of      2

                                                              PRIVATE CLIENT GROUP 161
                                                              565 FIFTH AVENUE
                                                              NEW YORK, NY 10017



       HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
       BERNARD A KATZ TRUSTEE
       MONEY MARKET ACCOUNT
       C/O BAK ADVISORS
       626 SOUTH STATE STREET                                 See Back for Important Information
       NEWTOWN PA   18940

                                                              Primary Account:        4006          0


MONOGRAM INSURED MMA                      4006


Summary
 Previous Balance as of May       01, 2023                                          1,631,754.75
      1 Credits                                                                           411.01
      2 Debits                                                                         65,000.00
 Ending Balance as of    May      31, 2023                                          1,567,165.76


Deposits and Other Credits
 May 31   Interest Paid                                                                   411.01

Withdrawals and Other Debits
 May 23   TELEPHONE XFER DR                                                            18,194.97
          TELEPHONE TRANSFER TO: XXXXXX3999
 May 23   TELEPHONE XFER DR                                                            46,805.03
          TELEPHONE TRANSFER TO: XXXXXX3999

Daily Balances
 Apr 30       1,631,754.75                    May 31       1,567,165.76
 May 23       1,566,754.75

*======================================= Interest Summary ==========================================*
*  Year-To-Date Interest          1,069.47                                                           *
*  Interest Paid This Period        411.01        Annual Percentage Yield Earned       0.30 %        *
*  Avg. Balance this Period     1,612,883.78      Days in Period                         31         *
*====================================================================================================*
```

# Flagstar Bank, N.A.

```
                                                      Statement Period
                                                      From June      01, 2023
                                                      To   June      30, 2023
                                                      Page    1 of      3

                                                      PRIVATE CLIENT GROUP 161
                                                      565 FIFTH AVENUE
                                                      NEW YORK, NY 10017


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                            See Back for Important Information
    NEWTOWN PA   18940

                                        Primary Account: ▓▓▓▓▓3999              3
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! FLAGSTAR BANK, N.A. WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM FLAGSTAR BANK, N.A., DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ▓▓▓3999    MONOGRAM CHECKING | 18,171.89 | 13,192.40 |
| RELATIONSHIP TOTAL | | 13,192.40 |

# Flagstar Bank, N.A.

```
                                                          Statement Period
                                                          From June      01, 2023
                                                          To   June      30, 2023
                                                          Page     2 of     3

                                                          PRIVATE CLIENT GROUP 161
                                                          565 FIFTH AVENUE
                                                          NEW YORK, NY 10017


         HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
         BERNARD A KATZ TRUSTEE
         CHECKING ACCOUNT
         C/O BAK ADVISORS
         626 SOUTH STATE STREET                           See Back for Important Information
         NEWTOWN PA  18940


                                                   Primary Account:       3999           3


MONOGRAM CHECKING                        3999




Summary

  Previous Balance as of June      01, 2023                                      18,171.89
       2 Credits                                                              1,452,000.00
      10 Debits                                                               1,456,979.49
  Ending Balance as of    June     30, 2023                                      13,192.40


Deposits and Other Credits
  Jun 01  TELEPHONE XFER CR                                                   1,440,000.00
          TELEPHONE TRANSFER FROM: XXXXXX4006
  Jun 20  TELEPHONE XFER CR                                                      12,000.00
          TELEPHONE TRANSFER FROM: XXXXXX4006

Withdrawals and Other Debits
  Jun 01  OUTGOING WIRE XFER                                                      6,544.09
          REF#  20230601B6B7261F007254
          TO:   10X CEO COACHING, LLC         ABA:   044000037
          BANK: JPMCHASE OHIO                 ACCT# 730991176
  Jun 01  OUTGOING WIRE XFER                                                     16,168.00
          REF#  20230601B6B7261F007163
          TO:   BIG RIVER INSURANCE BROKERAGE,INC.  ABA: 021000021
          BANK: JPMCHASE                      ACCT# 723189319
  Jun 01  OUTGOING WIRE XFER                                                     17,088.61
          REF#  20230601B6B7261F007223
          TO:   EISNER ADVISORY LLC           ABA:   026009593
          BANK: BK AMER NYC                   ACCT# 483084168802
  Jun 01  OUTGOING WIRE XFER                                                     47,572.10
          REF#  20230601B6B7261F007289
          TO:   MCMANIMON, SCOTLAND & BAUMANN, LLC ABA: 221272031
          BANK: CITIZENS BANK, NA             ACCT# 1001408296
          OBI:  FULL BENE NAME: MCMANIMON, SCOTLAND & BAUMANN, LLC ATT
          OBI:  ORNEY BUSINESS ACCOUNT
          OBI:
```

# Flagstar Bank, N.A.

```
                                                    Statement Period
                                                    From June    01, 2023
                                                    To   June    30, 2023
                                                    Page      3 of    3

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
        BERNARD A KATZ TRUSTEE
        CHECKING ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                      See Back for Important Information
        NEWTOWN PA   18940

                                                    Primary Account: ████3999           3

   Date                Description
   Jun 01   OUTGOING WIRE XFER                                                     268,795.19
            REF#  20230601B6B7261F007324
            TO:   LOWENSTEIN SANDLER LLP          ABA:  021000089
            BANK: CITIBANK NYC                    ACCT# 4974881094
            OBI:  FULL BENE NAME: LOWENSTEIN SANDLER LLP ATTORNEY BUSINE
            OBI:  SS ACCOUNT
            OBI:
   Jun 01   OUTGOING WIRE XFER                                                     500,000.00
            REF#  20230601B6B7261F007157
            TO:   MILDEC CONSULTING LLC           ABA:  026009593
            BANK: BK AMER NYC                     ACCT# 381056499070
   Jun 01   OUTGOING WIRE XFER                                                     580,000.00
            REF#  20230601B6B7261F007453
            TO:   PNC BANK, NATIONAL ASSOCIATION  ABA:  043000096
            BANK: PNCBANK PITT                    ACCT# 130760016803

   Checks by Serial Number
   Jun 22        1091         8,151.58    Jun 30      1093         7,483.57
   Jun 26        1092         5,176.35

   Daily Balances
   May 31        18,171.89               Jun 22      25,852.32
   Jun 01        22,003.90               Jun 26      20,675.97
   Jun 20        34,003.90               Jun 30      13,192.40

   Rates for this statement period - Overdraft
                 Jun 01, 2023   18.000000 %
```

# Flagstar® Bank, N.A.

```
                                              Statement Period
                                         From June      01, 2023
                                         To   June      30, 2023
                                         Page    1 of      2

                                         PRIVATE CLIENT GROUP 161
                                         565 FIFTH AVENUE
                                         NEW YORK, NY 10017


HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                   See Back for Important Information
NEWTOWN PA   18940

                                         Primary Account: ████4006        0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! FLAGSTAR BANK, N.A. WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM FLAGSTAR BANK, N.A., DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████4006   MONOGRAM INSURED MMA | 1,567,165.76 | 270,728.92 |
| RELATIONSHIP TOTAL | | 270,728.92 |

# Flagstar® Bank, N.A.

Statement Period
From June   01, 2023
To   June   30, 2023
Page    2 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA   18940

See Back for Important Information

Primary Account: ▇▇▇▇4006       0

MONOGRAM INSURED MMA           ▇▇▇▇4006

## Summary

| | |
|---|---|
| Previous Balance as of June   01, 2023 | 1,567,165.76 |
| 3 Credits | 155,563.16 |
| 2 Debits | 1,452,000.00 |
| Ending Balance as of   June   30, 2023 | 270,728.92 |

## Deposits and Other Credits

| | | |
|---|---|---|
| Jun 02 | DEPOSIT | 153,000.00 |
| Jun 21 | DEPOSIT | 2,500.00 |
| Jun 30 | Interest Paid | 63.16 |

## Withdrawals and Other Debits

| | | |
|---|---|---|
| Jun 01 | TELEPHONE XFER DR | 1,440,000.00 |
| | TELEPHONE TRANSFER TO: XXXXXX3999 | |
| Jun 20 | TELEPHONE XFER DR | 12,000.00 |
| | TELEPHONE TRANSFER TO: XXXXXX3999 | |

## Daily Balances

| | | | | |
|---|---|---|---|---|
| May 31 | 1,567,165.76 | | Jun 20 | 268,165.76 |
| Jun 01 | 127,165.76 | | Jun 21 | 270,665.76 |
| Jun 02 | 280,165.76 | | Jun 30 | 270,728.92 |

### Interest Summary

| | | | |
|---|---|---|---|
| Year-To-Date Interest | 1,132.63 | | |
| Interest Paid This Period | 63.16 | Annual Percentage Yield Earned | 0.30 % |
| Avg. Balance this Period | 256,115.76 | Days in Period | 30 |