**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br><br>               Debtor. | Chapter 11<br><br>Case No: 19-27439-MBK<br><br>Hon. Michael B. Kaplan<br><br>Adv. Pro. No: 21-01358-MBK |
| BAK Advisors, LLC as the Liquidating Trustee of Hollister Construction Liquidating Trust,<br><br>               Plaintiff,<br><br>vs.<br><br>SAX LLP,<br><br>               Defendant. | |

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Thomas A. Della Croce, Esq. of Sills Cummis & Gross P.C. hereby appears in this adversary proceeding on behalf of Plaintiff BAK Advisors, LLC as the Liquidating Trustee of Hollister Construction Liquidating Trust.

Dated: September 11 2023

SILLS CUMMIS & GROSS P.C.

By: s/ *Thomas A. Della Croce*
    Andrew H. Sherman
    Thomas A. Della Croce
    Andrew W. Schwartz
    One Riverfront Plaza
    Newark, New Jersey 07102
    Tel. No: (973) 643-7000
    Fax No: (973) 643-6500
    E-Mail: asherman@sillscummis.com
            tdellacroce@sillscummis.com
            aschwartz@sillscummis.com
    *Attorneys for Plaintiff*