

```
                                                    Statement Period
                                                From July      01, 2023
                                                To   July      31, 2023
                                                Page    1 of      3

                                                PRIVATE CLIENT GROUP 161
                                                565 FIFTH AVENUE
                                                NEW YORK, NY 10017


HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                          See Back for Important Information
NEWTOWN PA   18940

                                                Primary Account: ████3999        1
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! FLAGSTAR BANK, N.A. WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM FLAGSTAR BANK, N.A., DO NOT RESPOND TO IT OR CLICK ON ANY LINKS
INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR
CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT,
VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US",
"PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON
SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

**Signature Relationship Summary**                    **Opening Bal.**        **Closing Bal.**

BANK DEPOSIT ACCOUNTS
  ████3999       MONOGRAM CHECKING              13,192.40              384,678.66

                 RELATIONSHIP TOTAL                                    384,678.66

**Flagstar Bank, N.A.**

```
                                                          Statement Period
                                                          From July    01, 2023
                                                          To   July    31, 2023
                                                          Page    2 of     3

                                                          PRIVATE CLIENT GROUP 161
                                                          565 FIFTH AVENUE
                                                          NEW YORK, NY 10017
```

```
HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                        See Back for Important Information
NEWTOWN PA  18940

                                              Primary Account:    ■■■■3999         1
```

MONOGRAM CHECKING                    ■■■■3999

### Summary

```
Previous Balance as of July    01, 2023                                 13,192.40
     1 Credits                                                       1,400,000.00
     5 Debits                                                        1,028,513.74
Ending Balance as of   July    31, 2023                                384,678.66
```

### Deposits and Other Credits

```
Jul 26  TELEPHONE XFER CR                                            1,400,000.00
        TELEPHONE TRANSFER FROM: XXXXXX4006
```

### Withdrawals and Other Debits

```
Jul 26  OUTGOING WIRE XFER                                               8,853.77
        REF#  20230726B6B7261F003028
        TO:   10X CEO COACHING, LLC           ABA:    044000037
        BANK: JPMCHASE OHIO                   ACCT# ■■■■■■■176
Jul 26  OUTGOING WIRE XFER                                              23,119.88
        REF#  20230726B6B7261F003105
        TO:   EISNER ADVISORY GROUP LLC       ABA:    026009593
        BANK: BK AMER NYC                     ACCT# ■■■■■■■8802
Jul 26  OUTGOING WIRE XFER                                              64,362.26
        REF#  20230726B6B7261F003140
        TO:   MCMANIMON, SCOTLAND & BAUMANN, LLC ABA: 221272031
        BANK: CITIZENS BANK, NA               ACCT#■■■■■■■296
Jul 26  OUTGOING WIRE XFER                                             920,000.00
        REF#  20230726B6B7261F003021
        TO:   PNC BANK, NATIONAL ASSOCIATION  ABA:    043000096
        BANK: PNCBANK PITT                    ACCT# ■■■■■■■6803
```

### Checks by Serial Number

```
Jul 31    1094          12,177.83
```

**Flagstar Bank, N.A.**

```
                                                        Statement Period
                                                   From July      01, 2023
                                                   To   July      31, 2023
                                                   Page      3 of      3

                                                   PRIVATE CLIENT GROUP 161
                                                   565 FIFTH AVENUE
                                                   NEW YORK, NY 10017


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                          See Back for Important Information
    NEWTOWN PA  18940

                                                   Primary Account: ▓▓▓▓▓3999         1

Daily Balances
  Jun 30         13,192.40               Jul 31          384,678.66
  Jul 26        396,856.49

Rates for this statement period - Overdraft
              Jul 27, 2023    18.250000 %
              Jul 01, 2023    18.000000 %
```

# Flagstar Bank, N.A.

```
                                                    Statement Period
                                                    From July     01, 2023
                                                    To   July     31, 2023
                                                    Page    1 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA   18940

                                                    Primary Account: ████4006        0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! FLAGSTAR BANK, N.A. WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM FLAGSTAR BANK, N.A., DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| ████4006    MONOGRAM INSURED MMA | 270,728.92 | 253,424.31 |
| RELATIONSHIP TOTAL | | 253,424.31 |

# Flagstar Bank, N.A.

```
                                                    Statement Period
                                                    From July      01, 2023
                                                    To   July      31, 2023
                                                    Page    2 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
    BERNARD A KATZ TRUSTEE
    MONEY MARKET ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                          See Back for Important Information
    NEWTOWN PA   18940

                                                    Primary Account:          4006


MONOGRAM INSURED MMA                  4006


Summary

  Previous Balance as of July      01, 2023                                  270,728.92
       2 Credits                                                           1,382,695.39
       1 Debits                                                            1,400,000.00
  Ending Balance as of   July      31, 2023                                  253,424.31


Deposits and Other Credits
  Jul 06   INCOMING WIRE                                                   1,382,400.00
           REF#  20230706B6B7261F00341307061550FT03
           FROM: TRIF & MODUGNO LLC         ABA:         0120
           BANK:
  Jul 31   Interest Paid                                                         295.39

Withdrawals and Other Debits
  Jul 26   TELEPHONE XFER DR                                               1,400,000.00
           TELEPHONE TRANSFER TO: XXXXXX3999

Daily Balances
  Jun 30         270,728.92                  Jul 26         253,128.92
  Jul 06       1,653,128.92                  Jul 31         253,424.31

*=========================================  Interest Summary  =========================================*
*  Year-To-Date Interest          1,428.02                                                              *
*  Interest Paid This Period        295.39   Annual Percentage Yield Earned     0.30 %                  *
*  Avg. Balance this Period    1,159,193.43  Days in Period                       31                    *
*=======================================================================================================*
```



```
                                                           Statement Period
                                                           From August    01, 2023
                                                           To   August    31, 2023
                                                           Page    1 of      3

                                                           PRIVATE CLIENT GROUP 161
                                                           1400 BROADWAY, 26TH FLOOR
                                                           NEW YORK, NY 10018


   HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
   BERNARD A KATZ TRUSTEE
   CHECKING ACCOUNT
   C/O BAK ADVISORS
   626 SOUTH STATE STREET                                  See Back for Important Information
   NEWTOWN PA   18940

                                                           Primary Account:        3999            3

   BEGINNING AUGUST 9TH, SIGNATURE INTERNET BANKING WILL BECOME
   FLAGSTAR COMMERCIAL & PRIVATE INTERNET BANKING. LOG IN AT
   FLAGSTAR.COM/COMMERCIAL-PRIVATE AND YOU WILL BE ABLE TO
   USE THE SAME LOGIN CREDENTIALS THAT YOU HAVE BEEN USING
   FOR SIGNATURE INTERNET BANKING.
```

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 3999    MONOGRAM CHECKING | 384,678.66 | 20,979.69 |
| RELATIONSHIP TOTAL | | 20,979.69 |



```
                                                          Statement Period
                                                           From August    01, 2023
                                                           To   August    31, 2023
                                                           Page     2 of     3

                                                          PRIVATE CLIENT GROUP 161
                                                          1400 BROADWAY, 26TH FLOOR
                                                          NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                                See Back for Important Information
    NEWTOWN PA   18940

                                              Primary Account: ██████3999           3


 MONOGRAM CHECKING                  ██████3999




 Summary

  Previous Balance as of August    01, 2023                                     384,678.66
       1 Credits                                                                 47,000.00
       4 Debits                                                                 410,698.97
  Ending Balance as of   August    31, 2023                                      20,979.69


 Deposits and Other Credits
  Aug 07   TELEPHONE XFER CR                                                     47,000.00
           TELEPHONE TRANSFER FROM: XXXXXX4006

 Withdrawals and Other Debits
  Aug 17   OUTGOING WIRE XFER                                                   363,664.09
           REF#  20230817B6B7261F004033
           TO:   LOWENSTEIN SANDLER LLP            ABA:    021000089
           BANK: CITIBANK NYC                      ACCT# ███████1094

 Checks by Serial Number
   Aug 08      1095        17,082.27    Aug 15      1097        10,393.20
   Aug 11      1096        19,559.41

 Daily Balances
   Jul 31          384,678.66              Aug 11         395,036.98
   Aug 07          431,678.66              Aug 15         384,643.78
   Aug 08          414,596.39              Aug 17          20,979.69
```

**Flagstar Bank, N.A.**

```
                                            Statement Period
                                            From August    01, 2023
                                            To   August    31, 2023
                                            Page     3 of      3

                                            PRIVATE CLIENT GROUP 161
                                            1400 BROADWAY, 26TH FLOOR
                                            NEW YORK, NY 10018


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
        BERNARD A KATZ TRUSTEE
        CHECKING ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                  See Back for Important Information
        NEWTOWN PA   18940

                                            Primary Account: ███████3999         3
```

Rates for this statement period - Overdraft
          Aug 01, 2023    18.250000  %



```
                                                              Statement Period
                                                              From August   01, 2023
                                                              To   August   31, 2023
                                                              Page    1 of     2

                                                              PRIVATE CLIENT GROUP 161
                                                              1400 BROADWAY, 26TH FLOOR
                                                              NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
    BERNARD A KATZ TRUSTEE
    MONEY MARKET ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                                    See Back for Important Information
    NEWTOWN PA    18940

                                                              Primary Account:  ██████4006          0

     BEGINNING AUGUST 9TH, SIGNATURE INTERNET BANKING WILL BECOME
     FLAGSTAR COMMERCIAL & PRIVATE INTERNET BANKING. LOG IN AT
     FLAGSTAR.COM/COMMERCIAL-PRIVATE AND YOU WILL BE ABLE TO
     USE THE SAME LOGIN CREDENTIALS THAT YOU HAVE BEEN USING
     FOR SIGNATURE INTERNET BANKING.
```

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ██████4006    MONOGRAM INSURED MMA | 253,424.31 | 206,479.23 |
| RELATIONSHIP TOTAL | | 206,479.23 |



```
                                                         Statement Period
                                                         From August    01, 2023
                                                         To   August    31, 2023
                                                         Page    2 of    2

                                                         PRIVATE CLIENT GROUP 161
                                                         1400 BROADWAY, 26TH FLOOR
                                                         NEW YORK, NY 10018


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     MONEY MARKET ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                              See Back for Important Information
     NEWTOWN PA   18940

                                                         Primary Account:        4006           0


 MONOGRAM INSURED MMA                  4006


 Summary
  Previous Balance as of August    01, 2023                                           253,424.31
       1 Credits                                                                           54.92
       1 Debits                                                                        47,000.00
  Ending Balance as of    August    31, 2023                                          206,479.23


 Deposits and Other Credits
  Aug 31   Interest Paid                                                                   54.92

 Withdrawals and Other Debits
  Aug 07   TELEPHONE XFER DR                                                           47,000.00
           TELEPHONE TRANSFER TO: XXXXXX3999

 Daily Balances
  Jul 31          253,424.31               Aug 31          206,479.23
  Aug 07          206,424.31

 *===================================  Interest Summary  ==========================================*
 *  Year-To-Date Interest            1,482.94                                                       *
 *  Interest Paid This Period           54.92       Annual Percentage Yield Earned     0.30 %       *
 *  Avg. Balance this Period        215,521.08      Days in Period                       31        *
 *=================================================================================================*
```

**Flagstar Bank, N.A.**

```
                                                      Statement Period
                                                      From September 01, 2023
                                                      To   September 30, 2023
                                                      Page    1 of    2

                                                      PRIVATE CLIENT GROUP 161
                                                      1400 BROADWAY, 26TH FLOOR
                                                      NEW YORK, NY 10018


   HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
   BERNARD A KATZ TRUSTEE
   CHECKING ACCOUNT
   C/O BAK ADVISORS
   626 SOUTH STATE STREET                             See Back for Important Information
   NEWTOWN PA    18940

                                                      Primary Account: ██████3999           0
```

PROTECT YOURSELF FROM IDENTITY THEFT: FLAGSTAR BANK, N.A. WILL NEVER ASK YOU
TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL OR TEXT.
IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM
FLAGSTAR BANK, N.A., DO NOT PROVIDE PERSONAL INFORMATION OR CLICK ON ANY
LINKS INCLUDED. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR
ACCOUNT OFFICER. WITH IDENTITY THEFT BECOMING MORE AND MORE COMMON,
AWARENESS IS KEY. EQUIP YOURSELF WITH CRUCIAL TIPS TO FORTIFY YOUR SECURITY
AND SAFEGUARD YOUR IDENTITY.
GUARD PERSONAL INFORMATION: DO NOT GIVE YOUR PERSONAL INFORMATION OVER THE
PHONE. BE CAUTIOUS WITH SHARING SENSITIVE DETAILS ONLINE OR OFFLINE.
AVOID SHARING PERSONAL INFORMATION LIKE SOCIAL SECURITY NUMBERS, PASSWORDS,
AND FINANCIAL DATA.
SECURE DIGITAL PRACTICES: DO NOT LET OTHERS REMOTELY ACCESS YOUR COMPUTER.
REGULARLY UPDATE PASSWORDS, AND USE STRONG, UNIQUE COMBINATIONS FOR
DIFFERENT ACCOUNTS. TAKE ADVANTAGE OF MULTI-FACTOR AUTHENTICATION OPTIONS
WHEN AVAILABLE.
MONITOR FINANCIAL ACTIVITY: DO NOT SEND MONEY TO PEOPLE YOU DON'T KNOW.
ROUTINELY REVIEW YOUR BANK STATEMENTS, CREDIT REPORTS, AND OTHER FINANCIAL
RECORDS.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| ██████3999    MONOGRAM CHECKING | 20,979.69 | 20,979.69 |
| RELATIONSHIP TOTAL | | 20,979.69 |

**Flagstar Bank, N.A.**

```
                                                    Statement Period
                                                    From September 01, 2023
                                                    To   September 30, 2023
                                                    Page     2 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                          See Back for Important Information
    NEWTOWN PA   18940

                                                    Primary Account: ████3999          0

MONOGRAM CHECKING              ████3999



Summary

 Previous Balance as of September 01, 2023                                      20,979.69

 There was no deposit activity during this statement period

 Ending Balance as of    September 30, 2023                                     20,979.69


 Rates for this statement period - Overdraft
              Sep 01, 2023    18.250000  %
```

**Flagstar Bank, N.A.**

```
                                                      Statement Period
                                                      From September 01, 2023
                                                      To   September 30, 2023
                                                      Page    1 of    2

                                                      PRIVATE CLIENT GROUP 161
                                                      1400 BROADWAY, 26TH FLOOR
                                                      NEW YORK, NY 10018


   HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
   BERNARD A KATZ TRUSTEE
   MONEY MARKET ACCOUNT
   C/O BAK ADVISORS
   626 SOUTH STATE STREET                             See Back for Important Information
   NEWTOWN PA   18940

                                                      Primary Account: ■■■■■4006       0
```

PROTECT YOURSELF FROM IDENTITY THEFT: FLAGSTAR BANK, N.A. WILL NEVER ASK YOU
TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL OR TEXT.
IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM
FLAGSTAR BANK, N.A., DO NOT PROVIDE PERSONAL INFORMATION OR CLICK ON ANY
LINKS INCLUDED. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR
ACCOUNT OFFICER. WITH IDENTITY THEFT BECOMING MORE AND MORE COMMON,
AWARENESS IS KEY. EQUIP YOURSELF WITH CRUCIAL TIPS TO FORTIFY YOUR SECURITY
AND SAFEGUARD YOUR IDENTITY.
GUARD PERSONAL INFORMATION: DO NOT GIVE YOUR PERSONAL INFORMATION OVER THE
PHONE. BE CAUTIOUS WITH SHARING SENSITIVE DETAILS ONLINE OR OFFLINE.
AVOID SHARING PERSONAL INFORMATION LIKE SOCIAL SECURITY NUMBERS, PASSWORDS,
AND FINANCIAL DATA.
SECURE DIGITAL PRACTICES: DO NOT LET OTHERS REMOTELY ACCESS YOUR COMPUTER.
REGULARLY UPDATE PASSWORDS, AND USE STRONG, UNIQUE COMBINATIONS FOR
DIFFERENT ACCOUNTS. TAKE ADVANTAGE OF MULTI-FACTOR AUTHENTICATION OPTIONS
WHEN AVAILABLE.
MONITOR FINANCIAL ACTIVITY: DO NOT SEND MONEY TO PEOPLE YOU DON'T KNOW.
ROUTINELY REVIEW YOUR BANK STATEMENTS, CREDIT REPORTS, AND OTHER FINANCIAL
RECORDS.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| ■■■■■4006   MONOGRAM INSURED MMA | 206,479.23 | 206,530.15 |
| RELATIONSHIP TOTAL | | 206,530.15 |



```
                                                        Statement Period
                                                        From September 01, 2023
                                                        To   September 30, 2023
                                                        Page    2 of     2

                                                        PRIVATE CLIENT GROUP 161
                                                        1400 BROADWAY, 26TH FLOOR
                                                        NEW YORK, NY 10018



      HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
      BERNARD A KATZ TRUSTEE
      MONEY MARKET ACCOUNT
      C/O BAK ADVISORS
      626 SOUTH STATE STREET                            See Back for Important Information
      NEWTOWN PA   18940

                                                Primary Account: ▓▓▓▓4006          0


MONOGRAM INSURED MMA            ▓▓▓▓4006


Summary
 Previous Balance as of September 01, 2023                                  206,479.23
        1 Credits                                                                50.92
 Ending Balance as of    September 30, 2023                                 206,530.15


Deposits and Other Credits
 Sep 29   Interest Paid                                                          50.92

Daily Balances
 Aug 31          206,479.23                  Sep 29         206,530.15

*======================================= Interest Summary ========================================*
*  Year-To-Date Interest          1,533.86                                                         *
*  Interest Paid This Period         50.92       Annual Percentage Yield Earned      0.30 %        *
*  Avg. Balance this Period     206,479.23       Days in Period                        30          *
*==================================================================================================*
```