

```
                                              Statement Period
                                              From October  01, 2023
                                              To   October  31, 2023
                                              Page     1 of     3

                                              PRIVATE CLIENT GROUP 161
                                              1400 BROADWAY, 26TH FLOOR
                                              NEW YORK, NY 10018
```

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                        See Back for Important Information
NEWTOWN PA   18940

                                              Primary Account: ████3999          0

IMPORTANT NOTICE: EFFECTIVE AS OF FEBRUARY 2, 2024, THE BANK HAS UPDATED ITS
ACCOUNT AGREEMENT AND DISCLOSURES ("ACCOUNT AGREEMENT"), PRODUCT TERMS AND
CONDITIONS ("PRODUCT TERMS"), AND SCHEDULE OF FEES AND SERVICE CHARGES
("FEE SCHEDULE"; AND TOGETHER WITH THE ACCOUNT AGREEMENT AND PRODUCT TERMS,
"ACCOUNT DOCUMENTATION") FOR BOTH PERSONAL AND BUSINESS CLIENTS.

THE UPDATED ACCOUNT DOCUMENTATION WILL GOVERN YOUR USE OF YOUR ACCOUNT(S)
AND SERVICE(S), AND WILL REPLACE ALL PRIOR ACCOUNT DOCUMENTATION IN EFFECT
PRIOR TO FEBRUARY 2, 2024. YOUR CONTINUED USE OF YOUR ACCOUNT(S) AND
SERVICE(S) WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT
DOCUMENTATION.

ON OR AFTER JANUARY 2, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/COMMERCIAL/COMMERCIAL-AND-PRIVATE-BANKING/
AGREEMENTS-AND-DISCLOSURES.HTML OR NAVIGATE TO THE FORMS AND DOCUMENTS
SECTION IN THE COMMUNICATION CENTER ON FLAGSTAR COMMERCIAL & PRIVATE
INTERNET BANKING SITE TO VIEW THE FULL TEXT OF THE ACCOUNT AGREEMENT AND
PRODUCT TERMS. ON OR AFTER JANUARY 2, 2024, PLEASE CONTACT YOUR PRIVATE
CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER TO REQUEST THE UPDATED
FEE SCHEDULE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████3999   MONOGRAM CHECKING | 20,979.69 | 74,980.69 |
| RELATIONSHIP TOTAL | | 74,980.69 |



```
                                                            Statement Period
                                                            From October   01, 2023
                                                            To   October   31, 2023
                                                            Page     2 of    3

                                                            PRIVATE CLIENT GROUP 161
                                                            1400 BROADWAY, 26TH FLOOR
                                                            NEW YORK, NY 10018


      HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
      BERNARD A KATZ TRUSTEE
      CHECKING ACCOUNT
      C/O BAK ADVISORS
      626 SOUTH STATE STREET                                See Back for Important Information
      NEWTOWN PA   18940

                                                            Primary Account: ▇▇▇▇3999          0


MONOGRAM CHECKING              ▇▇▇▇▇▇3999




Summary

  Previous Balance as of October    01, 2023                                       20,979.69
        2 Credits                                                                 855,036.43
        5 Debits                                                                  801,035.43
  Ending Balance as of    October   31, 2023                                       74,980.69


Deposits and Other Credits
  Oct 27   TELEPHONE XFER CR                                                       54,000.00
           TELEPHONE TRANSFER FROM: XXXXXX4006
  Oct 30   TELEPHONE XFER CR                                                      801,036.43
           TELEPHONE TRANSFER FROM: XXXXXX4006

Withdrawals and Other Debits
  Oct 30   OUTGOING WIRE XFER                                                       4,798.46
           REF#  20231030B6B7261F003970
           TO:   10X CEO COACHING, LLC          ABA:   044000037
           BANK: JPMCHASE OHIO                  ACCT# ▇▇▇▇▇1176
  Oct 30   OUTGOING WIRE XFER                                                      12,114.12
           REF#  20231030B6B7261F003967
           TO:   EISNER ADVISORY GROUP LLC      ABA:   026013576
           BANK: FLAGSTAR BANK, NA              ACCT# ▇▇▇▇▇8261
  Oct 30   OUTGOING WIRE XFER                                                     216,482.42
           REF#  20231030B6B7261F004056
           TO:   LOWENSTEIN SANDLER LLP ATTORNEY     ABA:   021000089
           BANK: CITIBANK NYC                   ACCT# ▇▇▇▇▇1094
  Oct 30   OUTGOING WIRE XFER                                                     534,023.56
           REF#  20231030B6B7261F004055
           TO:   PNC BANK, NATIONAL ASSOCIATION     ABA:   043000096
           BANK: PNCBANK PITT                   ACCT# ▇▇▇▇▇6803
  Oct 31   OUTGOING WIRE XFER                                                      33,616.87
           REF#  20231031B6B7261F004577
           TO:   MCMANIMON, SCOTLAND AND BAUMANN LL   ABA:   221272031
```



```
                                                              Statement Period
                                                              From October   01, 2023
                                                              To   October   31, 2023
                                                              Page     3 of      3

                                                              PRIVATE CLIENT GROUP 161
                                                              1400 BROADWAY, 26TH FLOOR
                                                              NEW YORK, NY 10018


       HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
       BERNARD A KATZ TRUSTEE
       CHECKING ACCOUNT
       C/O BAK ADVISORS
       626 SOUTH STATE STREET                                 See Back for Important Information
       NEWTOWN PA   18940

                                                    Primary Account:███████3999           0

  Date              Description
         BANK: CITIZENS BANK, NA                   ACCT# ███████8296
         OBI:  FULL BENE NAME: MCMANIMON, SCOTLAND AND BAUMANN LLC AT
         OBI:  TORNEY BUSINESS ACCOUNT
         OBI:

Daily Balances
 Sep 30               20,979.69                Oct 30          108,597.56
 Oct 27               74,979.69                Oct 31           74,980.69

Rates for this statement period - Overdraft
             Oct 01, 2023   18.250000  %
```

# Flagstar Bank, N.A.

```
                                                        Statement Period
                                                        From October   01, 2023
                                                        To   October   31, 2023
                                                        Page    1 of    2

                                                        PRIVATE CLIENT GROUP 161
                                                        1400 BROADWAY, 26TH FLOOR
                                                        NEW YORK, NY 10018
```

```
HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                      See Back for Important Information
NEWTOWN PA   18940
```

Primary Account: ████4006      0

IMPORTANT NOTICE: EFFECTIVE AS OF FEBRUARY 2, 2024, THE BANK HAS UPDATED ITS
ACCOUNT AGREEMENT AND DISCLOSURES ("ACCOUNT AGREEMENT"), PRODUCT TERMS AND
CONDITIONS ("PRODUCT TERMS"), AND SCHEDULE OF FEES AND SERVICE CHARGES
("FEE SCHEDULE"; AND TOGETHER WITH THE ACCOUNT AGREEMENT AND PRODUCT TERMS,
"ACCOUNT DOCUMENTATION") FOR BOTH PERSONAL AND BUSINESS CLIENTS.

THE UPDATED ACCOUNT DOCUMENTATION WILL GOVERN YOUR USE OF YOUR ACCOUNT(S)
AND SERVICE(S), AND WILL REPLACE ALL PRIOR ACCOUNT DOCUMENTATION IN EFFECT
PRIOR TO FEBRUARY 2, 2024. YOUR CONTINUED USE OF YOUR ACCOUNT(S) AND
SERVICE(S) WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT
DOCUMENTATION.

ON OR AFTER JANUARY 2, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/COMMERCIAL/COMMERCIAL-AND-PRIVATE-BANKING/
AGREEMENTS-AND-DISCLOSURES.HTML OR NAVIGATE TO THE FORMS AND DOCUMENTS
SECTION IN THE COMMUNICATION CENTER ON FLAGSTAR COMMERCIAL & PRIVATE
INTERNET BANKING SITE TO VIEW THE FULL TEXT OF THE ACCOUNT AGREEMENT AND
PRODUCT TERMS. ON OR AFTER JANUARY 2, 2024, PLEASE CONTACT YOUR PRIVATE
CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER TO REQUEST THE UPDATED
FEE SCHEDULE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████4006    MONOGRAM INSURED MMA | 206,530.15 | 373,552.14 |
| RELATIONSHIP TOTAL | | 373,552.14 |



```
                                                       Statement Period
                                                       From October   01, 2023
                                                       To   October   31, 2023
                                                       Page    2 of     2

                                                       PRIVATE CLIENT GROUP 161
                                                       1400 BROADWAY, 26TH FLOOR
                                                       NEW YORK, NY 10018



     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     MONEY MARKET ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                            See Back for Important Information
     NEWTOWN PA   18940

                                                       Primary Account:     4006        0


MONOGRAM INSURED MMA            4006


Summary
 Previous Balance as of October   01, 2023                                       206,530.15
       2 Credits                                                               1,022,058.42
       2 Debits                                                                  855,036.43
 Ending Balance as of   October   31, 2023                                       373,552.14


Deposits and Other Credits
 Oct 05   DEPOSIT                                                              1,021,802.80
 Oct 31   Interest Paid                                                              255.62

Withdrawals and Other Debits
 Oct 27   TELEPHONE XFER DR                                                       54,000.00
          TELEPHONE TRANSFER TO: XXXXXX3999
 Oct 30   TELEPHONE XFER DR                                                      801,036.43
          TELEPHONE TRANSFER TO: XXXXXX3999

Daily Balances
 Sep 30        206,530.15              Oct 30       373,296.52
 Oct 05      1,228,332.95              Oct 31       373,552.14
 Oct 27      1,174,332.95

*====================================  Interest Summary  ==========================================*
*   Year-To-Date Interest          1,789.48                                                         *
*   Interest Paid This Period        255.62     Annual Percentage Yield Earned      0.30 %          *
*   Avg. Balance this Period    1,003,136.59    Days in Period                         31           *
*===================================================================================================*
```

**Flagstar Bank, N.A.**

```
                                                    Statement Period
                                                    From November 01, 2023
                                                    To   November 30, 2023
                                                    Page    1 of    2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA   18940

                                        Primary Account: ████████3999         2
```

IMPORTANT NOTICE: EFFECTIVE AS OF FEBRUARY 2, 2024, THE BANK HAS UPDATED ITS ACCOUNT AGREEMENT AND DISCLOSURES ("ACCOUNT AGREEMENT"), PRODUCT TERMS AND CONDITIONS ("PRODUCT TERMS"), AND SCHEDULE OF FEES AND SERVICE CHARGES ("FEE SCHEDULE"; AND TOGETHER WITH THE ACCOUNT AGREEMENT AND PRODUCT TERMS, "ACCOUNT DOCUMENTATION") FOR BOTH PERSONAL AND BUSINESS CLIENTS.

THE UPDATED ACCOUNT DOCUMENTATION WILL GOVERN YOUR USE OF YOUR ACCOUNT(S) AND SERVICE(S), AND WILL REPLACE ALL PRIOR ACCOUNT DOCUMENTATION IN EFFECT PRIOR TO FEBRUARY 2, 2024. YOUR CONTINUED USE OF YOUR ACCOUNT(S) AND SERVICE(S) WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT DOCUMENTATION.

ON OR AFTER JANUARY 2, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/COMMERCIAL/COMMERCIAL-AND-PRIVATE-BANKING/AGREEMENTS-AND-DISCLOSURES.HTML OR NAVIGATE TO THE FORMS AND DOCUMENTS SECTION IN THE COMMUNICATION CENTER ON FLAGSTAR COMMERCIAL & PRIVATE INTERNET BANKING SITE TO VIEW THE FULL TEXT OF THE ACCOUNT AGREEMENT AND PRODUCT TERMS. ON OR AFTER JANUARY 2, 2024, PLEASE CONTACT YOUR PRIVATE CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER TO REQUEST THE UPDATED FEE SCHEDULE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| ████████3999    MONOGRAM CHECKING | 74,980.69 | 53,586.99 |
| RELATIONSHIP TOTAL | | 53,586.99 |



```
                                                              Statement Period
                                                               From November  01, 2023
                                                               To   November  30, 2023
                                                               Page     2 of     2

                                                              PRIVATE CLIENT GROUP 161
                                                              1400 BROADWAY, 26TH FLOOR
                                                              NEW YORK, NY 10018


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
     BERNARD A KATZ TRUSTEE
     CHECKING ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                                   See Back for Important Information
     NEWTOWN PA   18940

                                                              Primary Account: ●●●●●●3999            2


 MONOGRAM CHECKING               ●●●●●●3999




 Summary

  Previous Balance as of November  01, 2023                                              74,980.69
         1 Credits                                                                       32,000.00
         2 Debits                                                                        53,393.70
  Ending Balance as of   November  30, 2023                                              53,586.99


 Deposits and Other Credits
  Nov 29   TELEPHONE XFER CR                                                             32,000.00
           TELEPHONE TRANSFER FROM: XXXXXX4006

 Checks by Serial Number
  Nov 01      1098             41,880.00      Nov 01       1099            11,513.70

 Daily Balances
  Oct 31          74,980.69                   Nov 29          53,586.99
  Nov 01          21,586.99

 Rates for this statement period - Overdraft
                Nov 01, 2023   18.250000  %
```

# Flagstar Bank, N.A.

```
                                                          Statement Period
                                                          From November 01, 2023
                                                          To   November 30, 2023
                                                          Page    1 of    2

                                                          PRIVATE CLIENT GROUP 161
                                                          1400 BROADWAY, 26TH FLOOR
                                                          NEW YORK, NY 10018
```

```
HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                      See Back for Important Information
NEWTOWN PA   18940
```

Primary Account: ██████4006         0

IMPORTANT NOTICE: EFFECTIVE AS OF FEBRUARY 2, 2024, THE BANK HAS UPDATED ITS ACCOUNT AGREEMENT AND DISCLOSURES ("ACCOUNT AGREEMENT"), PRODUCT TERMS AND CONDITIONS ("PRODUCT TERMS"), AND SCHEDULE OF FEES AND SERVICE CHARGES ("FEE SCHEDULE"; AND TOGETHER WITH THE ACCOUNT AGREEMENT AND PRODUCT TERMS, "ACCOUNT DOCUMENTATION") FOR BOTH PERSONAL AND BUSINESS CLIENTS.

THE UPDATED ACCOUNT DOCUMENTATION WILL GOVERN YOUR USE OF YOUR ACCOUNT(S) AND SERVICE(S), AND WILL REPLACE ALL PRIOR ACCOUNT DOCUMENTATION IN EFFECT PRIOR TO FEBRUARY 2, 2024. YOUR CONTINUED USE OF YOUR ACCOUNT(S) AND SERVICE(S) WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT DOCUMENTATION.

ON OR AFTER JANUARY 2, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/COMMERCIAL/COMMERCIAL-AND-PRIVATE-BANKING/AGREEMENTS-AND-DISCLOSURES.HTML OR NAVIGATE TO THE FORMS AND DOCUMENTS SECTION IN THE COMMUNICATION CENTER ON FLAGSTAR COMMERCIAL & PRIVATE INTERNET BANKING SITE TO VIEW THE FULL TEXT OF THE ACCOUNT AGREEMENT AND PRODUCT TERMS. ON OR AFTER JANUARY 2, 2024, PLEASE CONTACT YOUR PRIVATE CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER TO REQUEST THE UPDATED FEE SCHEDULE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| ██████4006    MONOGRAM INSURED MMA | 373,552.14 | 341,643.73 |
| RELATIONSHIP TOTAL | | 341,643.73 |



```
                                                                Statement Period
                                                                From November  01, 2023
                                                                To   November  30, 2023
                                                                Page    2 of    2

                                                                PRIVATE CLIENT GROUP 161
                                                                1400 BROADWAY, 26TH FLOOR
                                                                NEW YORK, NY 10018


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     MONEY MARKET ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                                     See Back for Important Information
     NEWTOWN PA   18940

                                                                Primary Account: ██████4006          0


MONOGRAM INSURED MMA           ██████4006


Summary
  Previous Balance as of November  01, 2023                                               373,552.14
        1 Credits                                                                              91.59
        1 Debits                                                                           32,000.00
  Ending Balance as of   November  30, 2023                                               341,643.73


Deposits and Other Credits
 Nov 30   Interest Paid                                                                        91.59

Withdrawals and Other Debits
 Nov 29   TELEPHONE XFER DR                                                                32,000.00
          TELEPHONE TRANSFER TO: XXXXXX3999

Daily Balances
 Oct 31         373,552.14                    Nov 30         341,643.73
 Nov 29         341,552.14

*===================================  Interest Summary   ==========================================*
*  Year-To-Date Interest          1,881.07                                                          *
*  Interest Paid This Period         91.59       Annual Percentage Yield Earned     0.30 %          *
*  Avg. Balance this Period     371,418.80       Days in Period                       30           *
*==================================================================================================*
```



```
                                                           Statement Period
                                                           From December 01, 2023
                                                           To   December 31, 2023
                                                           Page    1 of    2

                                                           PRIVATE CLIENT GROUP 161
                                                           1400 BROADWAY, 26TH FLOOR
                                                           NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                                 See Back for Important Information
    NEWTOWN PA   18940

                                                Primary Account:      3999           2
```

PROTECT YOURSELF FROM IDENTITY THEFT: FLAGSTAR BANK, N.A. WILL NEVER ASK YOU
TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL OR TEXT.
IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM
FLAGSTAR BANK, N.A., DO NOT PROVIDE PERSONAL INFORMATION OR CLICK ON ANY
LINKS INCLUDED. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR
ACCOUNT OFFICER. WITH IDENTITY THEFT BECOMING MORE AND MORE COMMON,
AWARENESS IS KEY. EQUIP YOURSELF WITH CRUCIAL TIPS TO FORTIFY YOUR SECURITY
AND SAFEGUARD YOUR IDENTITY.
GUARD PERSONAL INFORMATION: DO NOT GIVE YOUR PERSONAL INFORMATION OVER THE
PHONE. BE CAUTIOUS WITH SHARING SENSITIVE DETAILS ONLINE OR OFFLINE.
AVOID SHARING PERSONAL INFORMATION LIKE SOCIAL SECURITY NUMBERS, PASSWORDS,
AND FINANCIAL DATA.
SECURE DIGITAL PRACTICES: DO NOT LET OTHERS REMOTELY ACCESS YOUR COMPUTER.
REGULARLY UPDATE PASSWORDS, AND USE STRONG, UNIQUE COMBINATIONS FOR
DIFFERENT ACCOUNTS. TAKE ADVANTAGE OF MULTI-FACTOR AUTHENTICATION OPTIONS
WHEN AVAILABLE.
MONITOR FINANCIAL ACTIVITY: DO NOT SEND MONEY TO PEOPLE YOU DON'T KNOW.
ROUTINELY REVIEW YOUR BANK STATEMENTS, CREDIT REPORTS, AND OTHER FINANCIAL
RECORDS.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| 3999     MONOGRAM CHECKING | 53,586.99 | 26,462.94 |
| RELATIONSHIP TOTAL | | 26,462.94 |



Statement Period
From December  01, 2023
To   December  31, 2023
Page     2 of     2

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                                       See Back for Important Information
NEWTOWN PA   18940

Primary Account: ●●●●●●3999                2

MONOGRAM CHECKING              ●●●●●●3999

Summary

 Previous Balance as of December  01, 2023                                          53,586.99
       2 Debits                                                                     27,124.05
 Ending Balance as of   December  31, 2023                                          26,462.94

Checks by Serial Number
 Dec 11         1102              15,351.85      Dec 11         1103           11,772.20

Daily Balances
 Nov 30          53,586.99                       Dec 11          26,462.94

Rates for this statement period - Overdraft
             Dec 01, 2023   18.250000  %



```
                                                          Statement Period
                                                          From December  01, 2023
                                                          To   December  31, 2023
                                                          Page     1 of      2

                                                          PRIVATE CLIENT GROUP 161
                                                          1400 BROADWAY, 26TH FLOOR
                                                          NEW YORK, NY 10018


   HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
   BERNARD A KATZ TRUSTEE
   MONEY MARKET ACCOUNT
   C/O BAK ADVISORS
   626 SOUTH STATE STREET                                 See Back for Important Information
   NEWTOWN PA   18940

                                                          Primary Account: ●●●●●●4006       0
```

PROTECT YOURSELF FROM IDENTITY THEFT: FLAGSTAR BANK, N.A. WILL NEVER ASK YOU
TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL OR TEXT.
IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM
FLAGSTAR BANK, N.A., DO NOT PROVIDE PERSONAL INFORMATION OR CLICK ON ANY
LINKS INCLUDED. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR
ACCOUNT OFFICER. WITH IDENTITY THEFT BECOMING MORE AND MORE COMMON,
AWARENESS IS KEY. EQUIP YOURSELF WITH CRUCIAL TIPS TO FORTIFY YOUR SECURITY
AND SAFEGUARD YOUR IDENTITY.
GUARD PERSONAL INFORMATION: DO NOT GIVE YOUR PERSONAL INFORMATION OVER THE
PHONE. BE CAUTIOUS WITH SHARING SENSITIVE DETAILS ONLINE OR OFFLINE.
AVOID SHARING PERSONAL INFORMATION LIKE SOCIAL SECURITY NUMBERS, PASSWORDS,
AND FINANCIAL DATA.
SECURE DIGITAL PRACTICES: DO NOT LET OTHERS REMOTELY ACCESS YOUR COMPUTER.
REGULARLY UPDATE PASSWORDS, AND USE STRONG, UNIQUE COMBINATIONS FOR
DIFFERENT ACCOUNTS. TAKE ADVANTAGE OF MULTI-FACTOR AUTHENTICATION OPTIONS
WHEN AVAILABLE.
MONITOR FINANCIAL ACTIVITY: DO NOT SEND MONEY TO PEOPLE YOU DON'T KNOW.
ROUTINELY REVIEW YOUR BANK STATEMENTS, CREDIT REPORTS, AND OTHER FINANCIAL
RECORDS.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| ●●●●●●4006   MONOGRAM INSURED MMA | 341,643.73 | 348,414.12 |
| RELATIONSHIP TOTAL | | 348,414.12 |



```
                                                                    Statement Period
                                                              From December  01, 2023
                                                              To   December  31, 2023
                                                              Page     2 of     2

                                                              PRIVATE CLIENT GROUP 161
                                                              1400 BROADWAY, 26TH FLOOR
                                                              NEW YORK, NY 10018


         HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
         BERNARD A KATZ TRUSTEE
         MONEY MARKET ACCOUNT
         C/O BAK ADVISORS
         626 SOUTH STATE STREET                               See Back for Important Information
         NEWTOWN PA   18940

                                                       Primary Account:        4006          0


MONOGRAM INSURED MMA                    4006


Summary

 Previous Balance as of December  01, 2023                                           341,643.73
       2 Credits                                                                       6,770.39
 Ending Balance as of    December  31, 2023                                          348,414.12


Deposits and Other Credits
 Dec 12    DEPOSIT                                                                     6,682.29
 Dec 29    Interest Paid                                                                  88.10

Daily Balances
 Nov 30           341,643.73                    Dec 29           348,414.12
 Dec 12           348,326.02

*====================================  Interest Summary  =========================================*
*   Year-To-Date Interest            1,969.17                                                      *
*   Interest Paid This Period           88.10     Annual Percentage Yield Earned     0.30 %        *
*   Avg. Balance this Period       345,739.32     Days in Period                       31         *
*==================================================================================================*
```