William F. O'Connor, Jr., Esq.
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
woconnor@mdmc-law.com
Attorney for Non-Party Brendan Murray

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br>HOLLISTER CONSTRUCTION SERVICES, LLC,<br>　　　　　　Debtor.<br>_____<br>BAK Advisors, LLC as the Liquidating Trustee of Hollister Construction Liquidating Trust,<br><br>　　　　　　Plaintiff,<br>v.<br><br>SAX, LLP,<br><br>　Defendant/Third Party Plaintiff,<br><br>v.<br><br>CHRISTOPHER JOHNSON, KIERNAN FLANAGAN, BRENDAN MURRAY, JOE FUREY, MATTHEW HIGGINS and SEAN CAMO,<br>　　　　　Third-Party Defendants. | Chapter 11<br><br>Case No.: 19-27439-MBK<br><br>Hon. Michael B. Kaplan<br><br>Adv. Pro. No: 21-01358 (MBK)<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that William F. O'Connor, Jr., Esq. of McElroy, Deutsch, Mulvaney & Carpenter, LLP hereby enters his appearance as counsel for Non-Party, Brendan Murray, in the above captioned matter.

　　　　　　　　　　　　　　　　　　　　　　s/ *William F. O'Connor, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　William F. O'Connor, Jr.

Dated: April 29, 2024

notice of appearance