**Flagstar Bank, N.A.**

```
                                                    Statement Period
                                                    From January   01, 2024
                                                    To   January   31, 2024
                                                    Page    1 of      2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018
```

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA   18940

                                                    Primary Account: ▆▆▆▆▆▆3999          3

IMPORTANT NOTICE: AS PREVIOUSLY COMMUNICATED, EFFECTIVE AS OF
FEBRUARY 2, 2024, THE BANK HAS UPDATED ITS ACCOUNT AGREEMENT AND DISCLOSURES
("ACCOUNT AGREEMENT"), PRODUCT TERMS AND CONDITIONS ("PRODUCT TERMS"), AND
SCHEDULE OF FEES AND SERVICE CHARGES ("FEE SCHEDULE"; AND TOGETHER WITH THE
ACCOUNT AGREEMENT AND PRODUCT TERMS, "ACCOUNT DOCUMENTATION") FOR BOTH
PERSONAL AND BUSINESS CLIENTS.

THE UPDATED ACCOUNT DOCUMENTATION WILL GOVERN YOUR USE OF YOUR ACCOUNT(S)
AND SERVICE(S), AND WILL REPLACE ALL PRIOR ACCOUNT DOCUMENTATION IN EFFECT
PRIOR TO FEBRUARY 2, 2024. YOUR CONTINUED USE OF YOUR ACCOUNT(S) AND
SERVICE(S) WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT
DOCUMENTATION.

ON OR AFTER JANUARY 2, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/COMMERCIAL/COMMERCIAL-AND-PRIVATE-BANKING/
AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE UPDATED ACCOUNT DOCUMENTATION,
OR PLEASE CONTACT YOUR PRIVATE CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER
TO REQUEST A COPY OF THE UPDATED ACCOUNT DOCUMENTATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| ▆▆▆▆▆▆3999   MONOGRAM CHECKING | 26,462.94 | 10,342.68 |
| RELATIONSHIP TOTAL | | 10,342.68 |

**Flagstar Bank, N.A.**

Statement Period
From January 01, 2024
To   January 31, 2024
Page   2 of   2

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET
NEWTOWN PA   18940

See Back for Important Information

Primary Account: ████3999           3

MONOGRAM CHECKING             ████3999

Summary

| | |
|---|---|
| Previous Balance as of January 01, 2024 | 26,462.94 |
| 3 Debits | 16,120.26 |
| Ending Balance as of January 31, 2024 | 10,342.68 |

Checks by Serial Number

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| Jan 05 | 1100 | 5,890.81 | Jan 30 | 1105 * | 3,576.39 |
| Jan 05 | 1101 | 6,653.06 | | | |

* Indicates break in check sequence

Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| Dec 31 | 26,462.94 | Jan 30 | 10,342.68 |
| Jan 05 | 13,919.07 | | |

Rates for this statement period - Overdraft
     Jan 01, 2024   18.250000 %

**Flagstar Bank, N.A.**

```
                                                          Statement Period
                                                          From January   01, 2024
                                                          To   January   31, 2024
                                                          Page      1 of      2

                                                          PRIVATE CLIENT GROUP 161
                                                          1400 BROADWAY, 26TH FLOOR
                                                          NEW YORK, NY 10018


HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                                    See Back for Important Information
NEWTOWN PA    18940

                                                          Primary Account: ████4006       0
```

IMPORTANT NOTICE: AS PREVIOUSLY COMMUNICATED, EFFECTIVE AS OF
FEBRUARY 2, 2024, THE BANK HAS UPDATED ITS ACCOUNT AGREEMENT AND DISCLOSURES
("ACCOUNT AGREEMENT"), PRODUCT TERMS AND CONDITIONS ("PRODUCT TERMS"), AND
SCHEDULE OF FEES AND SERVICE CHARGES ("FEE SCHEDULE"; AND TOGETHER WITH THE
ACCOUNT AGREEMENT AND PRODUCT TERMS, "ACCOUNT DOCUMENTATION") FOR BOTH
PERSONAL AND BUSINESS CLIENTS.

THE UPDATED ACCOUNT DOCUMENTATION WILL GOVERN YOUR USE OF YOUR ACCOUNT(S)
AND SERVICE(S), AND WILL REPLACE ALL PRIOR ACCOUNT DOCUMENTATION IN EFFECT
PRIOR TO FEBRUARY 2, 2024. YOUR CONTINUED USE OF YOUR ACCOUNT(S) AND
SERVICE(S) WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT
DOCUMENTATION.

ON OR AFTER JANUARY 2, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/COMMERCIAL/COMMERCIAL-AND-PRIVATE-BANKING/
AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE UPDATED ACCOUNT DOCUMENTATION,
OR PLEASE CONTACT YOUR PRIVATE CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER
TO REQUEST A COPY OF THE UPDATED ACCOUNT DOCUMENTATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| ████4006    MONOGRAM INSURED MMA | 348,414.12 | 459,345.69 |
| RELATIONSHIP TOTAL | | 459,345.69 |

**Flagstar Bank, N.A.**

```
                                                          Statement Period
                                                          From January   01, 2024
                                                          To   January   31, 2024
                                                          Page    2 of     2

                                                          PRIVATE CLIENT GROUP 161
                                                          1400 BROADWAY, 26TH FLOOR
                                                          NEW YORK, NY 10018


       HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
       BERNARD A KATZ TRUSTEE
       MONEY MARKET ACCOUNT
       C/O BAK ADVISORS
       626 SOUTH STATE STREET                             See Back for Important Information
       NEWTOWN PA   18940

                                                  Primary Account:  ████4006            0
```

```
MONOGRAM INSURED MMA              ██████4006

 Interest Paid Previous Year                                                      1,969.17

Summary
  Previous Balance as of January   01, 2024                                     348,414.12
       3 Credits                                                                110,931.57
  Ending Balance as of    January   31, 2024                                    459,345.69


Deposits and Other Credits
 Jan 18   INCOMING WIRE                                                          15,761.70
          REF#  20240118B6B7261F00213001181453FT01
          FROM: TRIF & MODUGNO LLC               ABA:      ██████120
          BANK:
          OBI:  PRIVATE CLIENT GROUP 161
          OBI:
          OBI:
 Jan 18   INCOMING WIRE                                                          95,068.33
          REF#  20240118B6B7261F00222701181517FT01
          FROM: TRIF & MODUGNO LLC               ABA:      ██████120
          BANK:
          OBI:  PRIVATE CLIENT GROUP 161
          OBI:
          OBI:
 Jan 31   Interest Paid                                                             101.54

Daily Balances
 Dec 31         348,414.12              Jan 31        459,345.69
 Jan 18         459,244.15

*================================= Interest Summary =========================================*
*  Year-To-Date Interest              101.54                                                 *
*  Interest Paid This Period          101.54    Annual Percentage Yield Earned     0.30 %    *
*  Avg. Balance this Period       398,466.39    Days in Period                        31    *
*============================================================================================*
```

# Flagstar Bank, N.A.

```
                                                        Statement Period
                                                        From February  01, 2024
                                                        To   February  29, 2024
                                                        Page     1 of    3

                                                        PRIVATE CLIENT GROUP 161
                                                        1400 BROADWAY, 26TH FLOOR
                                                        NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                              See Back for Important Information
    NEWTOWN PA   18940

                                                        Primary Account: ▇▇▇▇▇3999           7
```

PROTECT YOURSELF FROM IDENTITY THEFT: FLAGSTAR BANK, N.A. WILL NEVER ASK YOU
TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL OR TEXT.
IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM
FLAGSTAR BANK, N.A., DO NOT PROVIDE PERSONAL INFORMATION OR CLICK ON ANY
LINKS INCLUDED. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR
ACCOUNT OFFICER. WITH IDENTITY THEFT BECOMING MORE AND MORE COMMON,
AWARENESS IS KEY. EQUIP YOURSELF WITH CRUCIAL TIPS TO FORTIFY YOUR SECURITY
AND SAFEGUARD YOUR IDENTITY.
GUARD PERSONAL INFORMATION: DO NOT GIVE YOUR PERSONAL INFORMATION OVER THE
PHONE. BE CAUTIOUS WITH SHARING SENSITIVE DETAILS ONLINE OR OFFLINE.
AVOID SHARING PERSONAL INFORMATION LIKE SOCIAL SECURITY NUMBERS, PASSWORDS,
AND FINANCIAL DATA.
SECURE DIGITAL PRACTICES: DO NOT LET OTHERS REMOTELY ACCESS YOUR COMPUTER.
REGULARLY UPDATE PASSWORDS, AND USE STRONG, UNIQUE COMBINATIONS FOR
DIFFERENT ACCOUNTS. TAKE ADVANTAGE OF MULTI-FACTOR AUTHENTICATION OPTIONS
WHEN AVAILABLE.
MONITOR FINANCIAL ACTIVITY: DO NOT SEND MONEY TO PEOPLE YOU DON'T KNOW.
ROUTINELY REVIEW YOUR BANK STATEMENTS, CREDIT REPORTS, AND OTHER FINANCIAL
RECORDS.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| ▇▇▇▇3999     MONOGRAM CHECKING | 10,342.68 | 10,823.98 |
| RELATIONSHIP TOTAL | | 10,823.98 |

**Flagstar Bank, N.A.**

```
                                                              Statement Period
                                                              From February  01, 2024
                                                              To   February  29, 2024
                                                              Page      2 of      3

                                                              PRIVATE CLIENT GROUP 161
                                                              1400 BROADWAY, 26TH FLOOR
                                                              NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                                    See Back for Important Information
    NEWTOWN PA   18940

                                                              Primary Account:       3999            7


MONOGRAM CHECKING                   3999




Summary

 Previous Balance as of February  01, 2024                                                  10,342.68
       1 Credits                                                                            33,000.00
       7 Debits                                                                             32,518.70
 Ending Balance as of    February  29, 2024                                                 10,823.98


Deposits and Other Credits
 Feb 08   TELEPHONE XFER CR                                                                 33,000.00
          TELEPHONE TRANSFER FROM: XXXXXX4006

Checks by Serial Number
 Feb 13         1106            14,088.86      Feb 21         1111            2,610.00
 Feb 27         1108 *           6,696.14      Feb 21         1112              495.00
 Feb 27         1109             3,647.35      Feb 21         1113            1,440.00
 Feb 27         1110             3,541.35

                * Indicates break in check sequence

Daily Balances
 Jan 31        10,342.68                       Feb 21        24,708.82
 Feb 08        43,342.68                       Feb 27        10,823.98
 Feb 13        29,253.82
```

**Flagstar Bank, N.A.**

```
                                                    Statement Period
                                                    From February  01, 2024
                                                    To   February  29, 2024
                                                    Page      3 of       3

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                          See Back for Important Information
    NEWTOWN PA   18940

                                                    Primary Account: ▮▮▮▮▮3999              7


    Rates for this statement period - Overdraft
              Feb 01, 2024   18.250000  %
```

# Flagstar Bank, N.A.

```
                                                        Statement Period
                                                        From February  01, 2024
                                                        To   February  29, 2024
                                                        Page    1 of      2

                                                        PRIVATE CLIENT GROUP 161
                                                        1400 BROADWAY, 26TH FLOOR
                                                        NEW YORK, NY 10018


   HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
   BERNARD A KATZ TRUSTEE
   MONEY MARKET ACCOUNT
   C/O BAK ADVISORS
   626 SOUTH STATE STREET                               See Back for Important Information
   NEWTOWN PA    18940

                                                        Primary Account: ■■■■■■4006           0
```

PROTECT YOURSELF FROM IDENTITY THEFT: FLAGSTAR BANK, N.A. WILL NEVER ASK YOU
TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL OR TEXT.
IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM
FLAGSTAR BANK, N.A., DO NOT PROVIDE PERSONAL INFORMATION OR CLICK ON ANY
LINKS INCLUDED. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR
ACCOUNT OFFICER. WITH IDENTITY THEFT BECOMING MORE AND MORE COMMON,
AWARENESS IS KEY. EQUIP YOURSELF WITH CRUCIAL TIPS TO FORTIFY YOUR SECURITY
AND SAFEGUARD YOUR IDENTITY.
GUARD PERSONAL INFORMATION: DO NOT GIVE YOUR PERSONAL INFORMATION OVER THE
PHONE. BE CAUTIOUS WITH SHARING SENSITIVE DETAILS ONLINE OR OFFLINE.
AVOID SHARING PERSONAL INFORMATION LIKE SOCIAL SECURITY NUMBERS, PASSWORDS,
AND FINANCIAL DATA.
SECURE DIGITAL PRACTICES: DO NOT LET OTHERS REMOTELY ACCESS YOUR COMPUTER.
REGULARLY UPDATE PASSWORDS, AND USE STRONG, UNIQUE COMBINATIONS FOR
DIFFERENT ACCOUNTS. TAKE ADVANTAGE OF MULTI-FACTOR AUTHENTICATION OPTIONS
WHEN AVAILABLE.
MONITOR FINANCIAL ACTIVITY: DO NOT SEND MONEY TO PEOPLE YOU DON'T KNOW.
ROUTINELY REVIEW YOUR BANK STATEMENTS, CREDIT REPORTS, AND OTHER FINANCIAL
RECORDS.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ■■■■4006    MONOGRAM INSURED MMA | 459,345.69 | 426,449.22 |
| RELATIONSHIP TOTAL | | 426,449.22 |

**Flagstar Bank, N.A.**

```
                                                   Statement Period
                                                   From February  01, 2024
                                                   To   February  29, 2024
                                                   Page    2 of    2

                                                   PRIVATE CLIENT GROUP 161
                                                   1400 BROADWAY, 26TH FLOOR
                                                   NEW YORK, NY 10018


       HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
       BERNARD A KATZ TRUSTEE
       MONEY MARKET ACCOUNT
       C/O BAK ADVISORS
       626 SOUTH STATE STREET                      See Back for Important Information
       NEWTOWN PA   18940

                                                   Primary Account: ▇▇▇▇4006           0


MONOGRAM INSURED MMA            ▇▇▇▇4006

 Interest Paid Previous Year                                                    1,969.17

Summary
 Previous Balance as of February  01, 2024                                    459,345.69
       1 Credits                                                                  103.53
       1 Debits                                                                33,000.00
 Ending Balance as of    February  29, 2024                                   426,449.22


Deposits and Other Credits
 Feb 29   Interest Paid                                                           103.53

Withdrawals and Other Debits
 Feb 08   TELEPHONE XFER DR                                                    33,000.00
          TELEPHONE TRANSFER TO: XXXXXX3999

Daily Balances
 Jan 31        459,345.69              Feb 29        426,449.22
 Feb 08        426,345.69

*================================= Interest Summary ==========================================*
*  Year-To-Date Interest          205.07                                                       *
*  Interest Paid This Period      103.53    Annual Percentage Yield Earned    0.30 %           *
*  Avg. Balance this Period    434,311.20   Days in Period                        29           *
*==============================================================================================*
```

**flagstar**

|  |  |
|---|---|
|  | Statement Period |
|  | From March    01, 2024 |
|  | To   March    31, 2024 |
|  | Page     1 of     2 |

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                                   See Back for Important Information
NEWTOWN PA   18940

Primary Account: ███████3999             3

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE
"BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT
DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY
DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN
EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.
HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| **Signature Relationship Summary** | **Opening Bal.** | **Closing Bal.** |
|---|---|---|
| BANK DEPOSIT ACCOUNTS |  |  |
| ███████3999    MONOGRAM CHECKING | 10,823.98 | 10,960.60 |
| RELATIONSHIP TOTAL |  | 10,960.60 |

**flagstar**

```
                                                            Statement Period
                                                            From March   01, 2024
                                                            To   March   31, 2024
                                                            Page     2 of     2

                                                            PRIVATE CLIENT GROUP 161
                                                            1400 BROADWAY, 26TH FLOOR
                                                            NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                                  See Back for Important Information
    NEWTOWN PA   18940

                                                            Primary Account: ████████3999           3


 MONOGRAM CHECKING              ███████3999




 Summary

  Previous Balance as of March     01, 2024                                           10,823.98
       1 Credits                                                                      16,000.00
       3 Debits                                                                       15,863.38
  Ending Balance as of   March     31, 2024                                           10,960.60


 Deposits and Other Credits
  Mar 22   TELEPHONE XFER CR                                                          16,000.00
           TELEPHONE TRANSFER FROM: XXXXXX4006

 Checks by Serial Number
  Mar 12       1114            9,116.13       Mar 22       1116            1,546.90
  Mar 21       1115            5,200.35

 Daily Balances
  Feb 29          10,823.98                    Mar 21          3,492.50-
  Mar 12           1,707.85                    Mar 22         10,960.60

 Rates for this statement period - Overdraft
             Mar 01, 2024    18.250000  %
```

**flagstar**

```
                                                    Statement Period
                                                    From March    01, 2024
                                                    To   March    31, 2024
                                                    Page    1 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA   18940

                                                    Primary Account: ████4006            0
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| ████4006   MONOGRAM INSURED MMA | 426,449.22 | 410,556.58 |
| RELATIONSHIP TOTAL | | 410,556.58 |

```
                                                              Statement Period
                                                              From March     01, 2024
                                                              To   March     31, 2024
                                                              Page     2 of     2

                                                              PRIVATE CLIENT GROUP 161
                                                              1400 BROADWAY, 26TH FLOOR
                                                              NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
    BERNARD A KATZ TRUSTEE
    MONEY MARKET ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                                    See Back for Important Information
    NEWTOWN PA   18940

                                                              Primary Account:  ████████4006           0


MONOGRAM INSURED MMA            ████████4006

 Interest Paid Previous Year                                                                 1,969.17

Summary

 Previous Balance as of March    01, 2024                                                  426,449.22
       1 Credits                                                                               107.36
       1 Debits                                                                             16,000.00
 Ending Balance as of   March    31, 2024                                                  410,556.58


Deposits and Other Credits
 Mar 29   Interest Paid                                                                        107.36

Withdrawals and Other Debits
 Mar 22   TELEPHONE XFER DR                                                                 16,000.00
          TELEPHONE TRANSFER TO: XXXXXX3999

Daily Balances
 Feb 29        426,449.22                       Mar 29         410,556.58
 Mar 22        410,449.22

*====================================  Interest Summary  ==========================================*
*  Year-To-Date Interest            312.43                                                          *
*  Interest Paid This Period        107.36      Annual Percentage Yield Earned       0.30 %         *
*  Avg. Balance this Period      421,287.92     Days in Period                         31          *
*==================================================================================================*
```