UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mitchell Malzberg, Esq.
Law Offices of Mitchell Malzberg, LLC
PO Box 5122
6 E. Main Street, Suite 7
Clinton, New Jersey 08809
(908) 323-2958 - Telephone
(908) 933-0808 - Facsimile
mmalzberg@mjmalzberglaw.com
Counsel to the BAK Advisors, LLC, Liquidating Trustee

In Re:

HOLLISTER CONSTRUCTION LIQUIDATING TRUST

Case No.: 19-27439/CMG
Adv. Pro. No.: _____
Chapter: 11
Hearing Date: July 9, 2024
Judge: CMG

## ADJOURNMENT REQUEST

1. I, __Mitchell Malzberg, Esq.__,

   ☒ am the attorney for: __BAK Advisors, LLC, Liquidating Trustee__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Notice of Intention to Close Case

   Current hearing date and time: July 9, 2024 @ 2:00 pm

   New date requested: October 15, 2024

   Reason for adjournment request: There is pending litigation still ongoing and this case should remain open for an additional 90 days to allow for same.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: July 1, 2024                                             /s/ Mitchell Malzberg
                                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: October 22, 2024 at 2:00        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2