**flagstar**

```
                                                       Statement Period
                                                       From April     01, 2024
                                                       To   April     30, 2024
                                                       Page    1 of      2

                                                       PRIVATE CLIENT GROUP 161
                                                       1400 BROADWAY, 26TH FLOOR
                                                       NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                             See Back for Important Information
    NEWTOWN PA   18940

                                             Primary Account: ▓▓▓▓▓▓3999              2
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▓▓▓▓▓▓3999 | MONOGRAM CHECKING | 10,960.60 | 11,691.72 |
| | RELATIONSHIP TOTAL | | 11,691.72 |

**flagstar**

```
                                                         Statement Period
                                                         From April    01, 2024
                                                         To   April    30, 2024
                                                         Page    2 of    2

                                                         PRIVATE CLIENT GROUP 161
                                                         1400 BROADWAY, 26TH FLOOR
                                                         NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                               See Back for Important Information
    NEWTOWN PA    18940

                                                         Primary Account: ████████3999          2
```

MONOGRAM CHECKING                ████████3999

Summary

| | |
|---|---:|
| Previous Balance as of April    01, 2024 | 10,960.60 |
| 1 Credits | 35,000.00 |
| 2 Debits | 34,268.88 |
| Ending Balance as of    April    30, 2024 | 11,691.72 |

Deposits and Other Credits
 Apr 22    TELEPHONE XFER CR                                                              35,000.00
         TELEPHONE TRANSFER FROM: XXXXXX4006

Checks by Serial Number
 Apr 23       1117           32,099.53       Apr 30       1118           2,169.35

Daily Balances
 Mar 31          10,960.60                   Apr 23          13,861.07
 Apr 22          45,960.60                   Apr 30          11,691.72

Rates for this statement period - Overdraft
              Apr 01, 2024    18.250000  %

**flagstar**

```
                                                    Statement Period
                                                    From April     01, 2024
                                                    To   April     30, 2024
                                                    Page    1 of      2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA   18940

                                                    Primary Account: ████4006          0
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| ████4006 | MONOGRAM INSURED MMA | 410,556.58 | 375,655.24 |
| | RELATIONSHIP TOTAL | | 375,655.24 |

**flagstar**

```
                                                        Statement Period
                                                        From April    01, 2024
                                                        To   April    30, 2024
                                                        Page    2 of     2

                                                        PRIVATE CLIENT GROUP 161
                                                        1400 BROADWAY, 26TH FLOOR
                                                        NEW YORK, NY 10018


       HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
       BERNARD A KATZ TRUSTEE
       MONEY MARKET ACCOUNT
       C/O BAK ADVISORS
       626 SOUTH STATE STREET                           See Back for Important Information
       NEWTOWN PA   18940

                                                 Primary Account: ████████4006           0


MONOGRAM INSURED MMA          ███████4006


Summary
 Previous Balance as of April    01, 2024                                    410,556.58
       1 Credits                                                                  98.66
       1 Debits                                                               35,000.00
 Ending Balance as of    April    30, 2024                                   375,655.24


Deposits and Other Credits
 Apr 30   Interest Paid                                                           98.66

Withdrawals and Other Debits
 Apr 22   TELEPHONE XFER DR                                                   35,000.00
          TELEPHONE TRANSFER TO: XXXXXX3999

Daily Balances
 Mar 31         410,556.58                 Apr 30           375,655.24
 Apr 22         375,556.58

*======================================= Interest Summary  =========================================*
*  Year-To-Date Interest          411.09                                                             *
*  Interest Paid This Period       98.66     Annual Percentage Yield Earned    0.30 %                *
*  Avg. Balance this Period   400,056.58     Days in Period                       30                 *
*====================================================================================================*
```

**flagstar**

```
                                              Statement Period
                                              From  May       01, 2024
                                              To    May       31, 2024
                                              Page     1 of      2

                                              PRIVATE CLIENT GROUP 161
                                              1400 BROADWAY, 26TH FLOOR
                                              NEW YORK, NY 10018


HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                        See Back for Important Information
NEWTOWN PA   18940

                                              Primary Account: ████████3999         2
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████████3999    MONOGRAM CHECKING | 11,691.72 | 11,468.72 |
| RELATIONSHIP TOTAL | | 11,468.72 |

flagstar

```
                                                          Statement Period
                                                          From May       01, 2024
                                                          To   May       31, 2024
                                                          Page     2 of       2

                                                          PRIVATE CLIENT GROUP 161
                                                          1400 BROADWAY, 26TH FLOOR
                                                          NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                                See Back for Important Information
    NEWTOWN PA    18940

                                                          Primary Account: ███████3999             2


MONOGRAM CHECKING              ███████3999




Summary

 Previous Balance as of May     01, 2024                                              11,691.72
       1 Credits                                                                      17,000.00
       2 Debits                                                                       17,223.00
 Ending Balance as of    May    31, 2024                                              11,468.72


Deposits and Other Credits
 May 16   TELEPHONE XFER CR                                                           17,000.00
          TELEPHONE TRANSFER FROM: XXXXXX4006

Checks by Serial Number
 May 01       1119          250.00      May 24       1120            16,973.00

Daily Balances
 Apr 30         11,691.72               May 16            28,441.72
 May 01         11,441.72               May 24            11,468.72

Rates for this statement period - Overdraft
              May 01, 2024    18.250000 %
```

**flagstar**

```
                                                    Statement Period
                                                    From May      01, 2024
                                                    To   May      31, 2024
                                                    Page    1 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018
```

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA   18940

                                    Primary Account: ████4006         0

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE
"BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT
DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY
DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN
EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.
HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████4006 | MONOGRAM INSURED MMA | 375,655.24 | 358,748.73 |
| | RELATIONSHIP TOTAL | | 358,748.73 |

**flagstar**

```
                                                    Statement Period
                                                    From May      01, 2024
                                                    To   May      31, 2024
                                                    Page    2 of      2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
        BERNARD A KATZ TRUSTEE
        MONEY MARKET ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                      See Back for Important Information
        NEWTOWN PA    18940

                                                    Primary Account:        4006        0


MONOGRAM INSURED MMA                  4006


Summary

 Previous Balance as of May      01, 2024                                       375,655.24
      1 Credits                                                                      93.49
      1 Debits                                                                   17,000.00
 Ending Balance as of    May     31, 2024                                       358,748.73


Deposits and Other Credits
 May 31   Interest Paid                                                              93.49

Withdrawals and Other Debits
 May 16   TELEPHONE XFER DR                                                      17,000.00
          TELEPHONE TRANSFER TO: XXXXXX3999

Daily Balances
 Apr 30         375,655.24                May 31         358,748.73
 May 16         358,655.24

*======================================= Interest Summary  =========================================*
*   Year-To-Date Interest         504.58                                                              *
*   Interest Paid This Period      93.49      Annual Percentage Yield Earned    0.30 %                *
*   Avg. Balance this Period  366,881.04      Days in Period                        31                *
*=====================================================================================================*
```

**flagstar**

```
                                                    Statement Period
                                                    From June     01, 2024
                                                    To   June     30, 2024
                                                    Page    1 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                          See Back for Important Information
    NEWTOWN PA   18940

                                                    Primary Account:      3999              4
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 3999    MONOGRAM CHECKING | 11,468.72 | 11,229.83 |
| RELATIONSHIP TOTAL | | 11,229.83 |

flagstar

```
                                                    Statement Period
                                                    From June     01, 2024
                                                    To   June     30, 2024
                                                    Page     2 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


   HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
   BERNARD A KATZ TRUSTEE
   CHECKING ACCOUNT
   C/O BAK ADVISORS
   626 SOUTH STATE STREET                           See Back for Important Information
   NEWTOWN PA   18940

                                                    Primary Account:        3999          4


 MONOGRAM CHECKING                   3999




Summary

 Previous Balance as of June      01, 2024                                         11,468.72
       1 Credits                                                                   35,000.00
       4 Debits                                                                    35,238.89
 Ending Balance as of    June     30, 2024                                         11,229.83


Deposits and Other Credits
 Jun 06   TELEPHONE XFER CR                                                        35,000.00
          TELEPHONE TRANSFER FROM: XXXXXX4006

Checks by Serial Number
 Jun 07         1125         22,297.36    Jun 18       1127          1,845.00
 Jun 18         1126          3,150.00    Jun 14       1128          7,946.53

Daily Balances
 May 31         11,468.72                 Jun 14       16,224.83
 Jun 06         46,468.72                 Jun 18       11,229.83
 Jun 07         24,171.36

Rates for this statement period - Overdraft
             Jun 01, 2024    18.250000  %
```

**flagstar**

```
                                                    Statement Period
                                                    From June     01, 2024
                                                    To   June     30, 2024
                                                    Page    1 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018
```

```
HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                       See Back for Important Information
NEWTOWN PA   18940
```

Primary Account: ▮▮▮▮4006        0

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ▮▮▮▮4006    MONOGRAM INSURED MMA | 358,748.73 | 323,830.01 |
| RELATIONSHIP TOTAL | | 323,830.01 |

flagstar

```
                                                              Statement Period
                                                              From June      01, 2024
                                                              To   June      30, 2024
                                                              Page     2 of      2

                                                              PRIVATE CLIENT GROUP 161
                                                              1400 BROADWAY, 26TH FLOOR
                                                              NEW YORK, NY 10018


         HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
         BERNARD A KATZ TRUSTEE
         MONEY MARKET ACCOUNT
         C/O BAK ADVISORS
         626 SOUTH STATE STREET                               See Back for Important Information
         NEWTOWN PA   18940

                                                     Primary Account:       ████4006         0


 MONOGRAM INSURED MMA          ████4006


 Summary

  Previous Balance as of June    01, 2024                                         358,748.73
        1 Credits                                                                      81.28
        1 Debits                                                                   35,000.00
  Ending Balance as of   June    30, 2024                                         323,830.01


 Deposits and Other Credits
  Jun 28   Interest Paid                                                               81.28

 Withdrawals and Other Debits
  Jun 06   TELEPHONE XFER DR                                                       35,000.00
           TELEPHONE TRANSFER TO: XXXXXX3999

 Daily Balances
  May 31        358,748.73              Jun 28         323,830.01
  Jun 06        323,748.73

 *====================================== Interest Summary  ==========================================*
 *  Year-To-Date Interest           585.86                                                           *
 *  Interest Paid This Period        81.28     Annual Percentage Yield Earned     0.30 %             *
 *  Avg. Balance this Period     329,582.06    Days in Period                        30              *
 *===================================================================================================*
```