**flagstar**

```
                                                    Statement Period
                                                    From July      01, 2024
                                                    To   July      31, 2024
                                                    Page    1 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA   18940

                                                    Primary Account:      3999           1
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 3999 | MONOGRAM CHECKING | 11,229.83 | 44,881.91 |
| | RELATIONSHIP TOTAL | | 44,881.91 |



```
                                                            Statement Period
                                                            From July    01, 2024
                                                            To   July    31, 2024
                                                            Page    2 of    2

                                                            PRIVATE CLIENT GROUP 161
                                                            1400 BROADWAY, 26TH FLOOR
                                                            NEW YORK, NY 10018


         HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
         BERNARD A KATZ TRUSTEE
         CHECKING ACCOUNT
         C/O BAK ADVISORS
         626 SOUTH STATE STREET                             See Back for Important Information
         NEWTOWN PA   18940

                                                      Primary Account:       3999            1


MONOGRAM CHECKING               3999




Summary

 Previous Balance as of July    01, 2024                                           11,229.83
       1 Credits                                                                   34,000.00
       1 Debits                                                                       347.92
 Ending Balance as of    July    31, 2024                                          44,881.91


Deposits and Other Credits
 Jul 31   TELEPHONE XFER CR                                                        34,000.00
          TELEPHONE TRANSFER FROM: XXXXXX4006

Checks by Serial Number
 Jul 24      1129           347.92

Daily Balances
 Jun 30         11,229.83                    Jul 31        44,881.91
 Jul 24         10,881.91

Rates for this statement period - Overdraft
               Jul 01, 2024   18.250000  %
```

**flagstar**

```
                                              Statement Period
                                              From July     01, 2024
                                              To   July     31, 2024
                                              Page    1 of     2

                                              PRIVATE CLIENT GROUP 161
                                              1400 BROADWAY, 26TH FLOOR
                                              NEW YORK, NY 10018
```

```
HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                        See Back for Important Information
NEWTOWN PA   18940

                                              Primary Account:       4006        0
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 4006 | MONOGRAM INSURED MMA | 323,830.01 | 289,912.25 |
| | RELATIONSHIP TOTAL | | 289,912.25 |



```
                                                                    Statement Period
                                                                  From July       01, 2024
                                                                  To   July       31, 2024
                                                                  Page      2 of      2

                                                                  PRIVATE CLIENT GROUP 161
                                                                  1400 BROADWAY, 26TH FLOOR
                                                                  NEW YORK, NY 10018


         HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
         BERNARD A KATZ TRUSTEE
         MONEY MARKET ACCOUNT
         C/O BAK ADVISORS
         626 SOUTH STATE STREET                                   See Back for Important Information
         NEWTOWN PA   18940

                                                        Primary Account:         4006         0


 MONOGRAM INSURED MMA                  4006


 Summary
   Previous Balance as of July     01, 2024                                              323,830.01
         1 Credits                                                                            82.24
         1 Debits                                                                         34,000.00
   Ending Balance as of   July     31, 2024                                              289,912.25


 Deposits and Other Credits
  Jul 31   Interest Paid                                                                      82.24

 Withdrawals and Other Debits
  Jul 31   TELEPHONE XFER DR                                                              34,000.00
           TELEPHONE TRANSFER TO: XXXXXX3999

 Daily Balances
  Jun 30          323,830.01                   Jul 31          289,912.25

 *====================================   Interest Summary   ====================================*
 *  Year-To-Date Interest             668.10                                                    *
 *  Interest Paid This Period          82.24      Annual Percentage Yield Earned    0.30 %      *
 *  Avg. Balance this Period       322,733.23     Days in Period                       31       *
 *==============================================================================================*
```


```
                                                    Statement Period
                                                    From August    01, 2024
                                                    To   August    31, 2024
                                                    Page    1 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                          See Back for Important Information
    NEWTOWN PA   18940

                                        Primary Account:     ████3999           5
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████3999 | MONOGRAM CHECKING | 44,881.91 | 10,490.62 |
| | RELATIONSHIP TOTAL | | 10,490.62 |



```
                                                              Statement Period
                                                              From August    01, 2024
                                                              To   August    31, 2024
                                                              Page    2 of     2

                                                              PRIVATE CLIENT GROUP 161
                                                              1400 BROADWAY, 26TH FLOOR
                                                              NEW YORK, NY 10018


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
     BERNARD A KATZ TRUSTEE
     CHECKING ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                                   See Back for Important Information
     NEWTOWN PA   18940

                                                              Primary Account:         3999            5


MONOGRAM CHECKING                     3999




Summary

 Previous Balance as of August    01, 2024                                                    44,881.91
       5 Debits                                                                               34,391.29
 Ending Balance as of    August    31, 2024                                                   10,490.62


Checks by Serial Number
 Aug 02         1130              17,809.61      Aug 19        1133           3,431.35
 Aug 02         1131               8,158.48      Aug 19        1134           3,731.85
 Aug 09         1132               1,260.00

Daily Balances
 Jul 31              44,881.91                   Aug 09            17,653.82
 Aug 02              18,913.82                   Aug 19            10,490.62

Rates for this statement period - Overdraft
           Aug 01, 2024    18.250000  %
```



|  |  |
|---|---|
|  | Statement Period |
|  | From August   01, 2024 |
|  | To   August   31, 2024 |
|  | Page     1 of     2 |

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA   18940

Primary Account: ████4006         0

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE
"BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT
DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY
DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN
EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.
HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary |  | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS |  |  |  |
| ████4006 | MONOGRAM INSURED MMA | 289,912.25 | 289,986.13 |
|  | RELATIONSHIP TOTAL |  | 289,986.13 |



```
                                                      Statement Period
                                                      From August    01, 2024
                                                      To   August    31, 2024
                                                      Page     2 of     2

                                                      PRIVATE CLIENT GROUP 161
                                                      1400 BROADWAY, 26TH FLOOR
                                                      NEW YORK, NY 10018


      HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
      BERNARD A KATZ TRUSTEE
      MONEY MARKET ACCOUNT
      C/O BAK ADVISORS
      626 SOUTH STATE STREET                          See Back for Important Information
      NEWTOWN PA   18940

                                                      Primary Account:        4006        0


MONOGRAM INSURED MMA              4006


Summary

 Previous Balance as of August    01, 2024                                       289,912.25
       1 Credits                                                                      73.88
 Ending Balance as of   August    31, 2024                                       289,986.13


Deposits and Other Credits
 Aug 30   Interest Paid                                                               73.88

Daily Balances
 Jul 31           289,912.25              Aug 30           289,986.13

*====================================== Interest Summary ==========================================*
*  Year-To-Date Interest              741.98                                                        *
*  Interest Paid This Period           73.88       Annual Percentage Yield Earned    0.30 %         *
*  Avg. Balance this Period       289,912.25       Days in Period                       31          *
*===================================================================================================*
```

**flagstar**

```
                                                    Statement Period
                                                    From September 01, 2024
                                                    To   September 30, 2024
                                                    Page     1 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                          See Back for Important Information
    NEWTOWN PA   18940

                                            Primary Account:         3999              0

    IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE
    "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT
    DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY
    DOCUMENTATION").

    THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN
    EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT
    HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.
    HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.
```

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 3999 | MONOGRAM CHECKING | 10,490.62 | 10,490.62 |
| | RELATIONSHIP TOTAL | | 10,490.62 |



```
                                                      Statement Period
                                                      From September 01, 2024
                                                      To   September 30, 2024
                                                      Page    2 of    2

                                                      PRIVATE CLIENT GROUP 161
                                                      1400 BROADWAY, 26TH FLOOR
                                                      NEW YORK, NY 10018


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     CHECKING ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                           See Back for Important Information
     NEWTOWN PA   18940

                                                      Primary Account:      3999          0

MONOGRAM CHECKING              3999



Summary

 Previous Balance as of September 01, 2024                                        10,490.62

 There was no deposit activity during this statement period

 Ending Balance as of    September 30, 2024                                       10,490.62


Rates for this statement period - Overdraft
             Sep 19, 2024   17.750000  %
             Sep 01, 2024   18.250000  %
```

**flagstar**

```
                                                        Statement Period
                                                        From September 01, 2024
                                                        To   September 30, 2024
                                                        Page     1 of     2

                                                        PRIVATE CLIENT GROUP 161
                                                        1400 BROADWAY, 26TH FLOOR
                                                        NEW YORK, NY 10018
```

```
HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                          See Back for Important Information
NEWTOWN PA   18940
```

Primary Account: ▇▇▇▇4006           0

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▇▇▇▇4006 | MONOGRAM INSURED MMA | 289,986.13 | 290,057.64 |
| | RELATIONSHIP TOTAL | | 290,057.64 |



```
                                                    Statement Period
                                                    From September 01, 2024
                                                    To   September 30, 2024
                                                    Page     2 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018



     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     MONEY MARKET ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                         See Back for Important Information
     NEWTOWN PA   18940

                                                    Primary Account:         4006        0


 MONOGRAM INSURED MMA              4006


 Summary

  Previous Balance as of September 01, 2024                                   289,986.13
        1 Credits                                                                  71.51
  Ending Balance as of    September 30, 2024                                  290,057.64


 Deposits and Other Credits
  Sep 30   Interest Paid                                                           71.51

 Daily Balances
  Aug 31           289,986.13             Sep 30            290,057.64

*===================================   Interest Summary   ==========================================*
*  Year-To-Date Interest              813.49                                                        *
*  Interest Paid This Period           71.51         Annual Percentage Yield Earned     0.30 %      *
*  Avg. Balance this Period       289,986.13         Days in Period                       30       *
*===================================================================================================*
```