| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In Re:<br><br>Hollister Construction Services, LLC, *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No: 19-27439<br><br>Jointly Administered |
| BAK Advisors, LLC as the Liquidating Trustee of Hollister Construction Liquidating Trust<br><br>Plaintiff,<br><br>vs.<br><br>SAX LLP,<br><br>Defendant. | Adv. No.:   21-01358 (CMG)<br><br>Judge:   Christine M. Gravelle |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters an appearance as co-counsel on behalf of Defendant, SAX LLP, in the above-entitled action.

Dated: January 14, 2025                    **GOLDBERG SEGALLA LLP**

*/s/ Joseph Ross*
Michael P. Luongo, Esquire
Joseph Ross, Esquire
1037 Raymond Boulevard, Suite 1010
Newark, NJ 07102
Telephone: (973) 681-7000
Fax: 267.519.6801

*Attorneys for SAX LLP*