

```
                                                    Statement Period
                                                    From October   01, 2024
                                                    To   October   31, 2024
                                                    Page     1 of       2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA   18940

                                                    Primary Account:       3999        0
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 3999    MONOGRAM CHECKING | 10,490.62 | 10,490.62 |
| RELATIONSHIP TOTAL | | 10,490.62 |



```
                                                    Statement Period
                                                    From October   01, 2024
                                                    To   October   31, 2024
                                                    Page     2 of      2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
        BERNARD A KATZ TRUSTEE
        CHECKING ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                      See Back for Important Information
        NEWTOWN PA   18940

                                                    Primary Account:        3999            0


MONOGRAM CHECKING                    3999



Summary

 Previous Balance as of October   01, 2024                                         10,490.62

 There was no deposit activity during this statement period

 Ending Balance as of    October   31, 2024                                        10,490.62


Rates for this statement period - Overdraft
             Oct 01, 2024    17.750000  %
```



```
                                                      Statement Period
                                                      From October   01, 2024
                                                      To   October   31, 2024
                                                      Page    1 of      2

                                                      PRIVATE CLIENT GROUP 161
                                                      1400 BROADWAY, 26TH FLOOR
                                                      NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
    BERNARD A KATZ TRUSTEE
    MONEY MARKET ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                            See Back for Important Information
    NEWTOWN PA   18940

                                            Primary Account:       4006          0
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 4006 | MONOGRAM INSURED MMA | 290,057.64 | 290,131.55 |
| | RELATIONSHIP TOTAL | | 290,131.55 |



```
                                                           Statement Period
                                                           From October   01, 2024
                                                           To   October   31, 2024
                                                           Page    2 of     2

                                                           PRIVATE CLIENT GROUP 161
                                                           1400 BROADWAY, 26TH FLOOR
                                                           NEW YORK, NY 10018


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     MONEY MARKET ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                                See Back for Important Information
     NEWTOWN PA   18940

                                                    Primary Account:        4006           0


 MONOGRAM INSURED MMA              4006


 Summary
  Previous Balance as of October    01, 2024                                       290,057.64
        1 Credits                                                                       73.91
  Ending Balance as of   October   31, 2024                                        290,131.55


 Deposits and Other Credits
  Oct 31   Interest Paid                                                                73.91

 Daily Balances
   Sep 30         290,057.64                   Oct 31         290,131.55

 *=====================================  Interest Summary  ==========================================*
 *   Year-To-Date Interest             887.40                                                         *
 *   Interest Paid This Period          73.91        Annual Percentage Yield Earned   0.30 %          *
 *   Avg. Balance this Period       290,057.64       Days in Period                      31           *
 *====================================================================================================*
```



```
                                                        Statement Period
                                                        From November  01, 2024
                                                        To   November  30, 2024
                                                        Page     1 of     2

                                                        PRIVATE CLIENT GROUP 161
                                                        1400 BROADWAY, 26TH FLOOR
                                                        NEW YORK, NY 10018


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
        BERNARD A KATZ TRUSTEE
        CHECKING ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                          See Back for Important Information
        NEWTOWN PA   18940

                                              Primary Account:        3999            3
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 3999 | MONOGRAM CHECKING | 10,490.62 | 31,983.09 |
| | RELATIONSHIP TOTAL | | 31,983.09 |

Case 19-27439-CMG    Doc 2028-1    Filed 01/16/25    Entered 01/16/25 15:38:38    Desc Bank Statements    Page 6 of 12



```
                                                              Statement Period
                                                              From November  01, 2024
                                                              To   November  30, 2024
                                                              Page    2 of    2

                                                              PRIVATE CLIENT GROUP 161
                                                              1400 BROADWAY, 26TH FLOOR
                                                              NEW YORK, NY 10018



      HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
      BERNARD A KATZ TRUSTEE
      CHECKING ACCOUNT
      C/O BAK ADVISORS
      626 SOUTH STATE STREET                                  See Back for Important Information
      NEWTOWN PA   18940

                                                              Primary Account:     3999            3


MONOGRAM CHECKING                      3999




Summary

 Previous Balance as of November  01, 2024                                                10,490.62
       1 Credits                                                                          37,000.00
       3 Debits                                                                           15,507.53
 Ending Balance as of   November  30, 2024                                                31,983.09


Deposits and Other Credits
 Nov 01   TELEPHONE XFER CR                                                               37,000.00
          TELEPHONE TRANSFER FROM: XXXXXX4006

Checks by Serial Number
 Nov 15        1136              2,880.00    Nov 12       1138                250.00
 Nov 12        1137             12,377.53

Daily Balances
 Oct 31           10,490.62                  Nov 12           34,863.09
 Nov 01           47,490.62                  Nov 15           31,983.09

Rates for this statement period - Overdraft
             Nov 08, 2024    17.500000  %
             Nov 01, 2024    17.750000  %
```



```
                                                            Statement Period
                                                            From November  01, 2024
                                                            To   November  30, 2024
                                                            Page     1 of      2

                                                            PRIVATE CLIENT GROUP 161
                                                            1400 BROADWAY, 26TH FLOOR
                                                            NEW YORK, NY 10018


HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA   18940

                                                    Primary Account:       4006         0
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 4006 | MONOGRAM INSURED MMA | 290,131.55 | 253,193.97 |
| | RELATIONSHIP TOTAL | | 253,193.97 |



```
                                                        Statement Period
                                                        From November 01, 2024
                                                        To   November 30, 2024
                                                        Page    2 of    2

                                                        PRIVATE CLIENT GROUP 161
                                                        1400 BROADWAY, 26TH FLOOR
                                                        NEW YORK, NY 10018


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
        BERNARD A KATZ TRUSTEE
        MONEY MARKET ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                          See Back for Important Information
        NEWTOWN PA   18940

                                                        Primary Account:        4006          0


MONOGRAM INSURED MMA              4006


 Summary
  Previous Balance as of November  01, 2024                                         290,131.55
         1 Credits                                                                       62.42
         1 Debits                                                                    37,000.00
  Ending Balance as of   November  30, 2024                                         253,193.97


 Deposits and Other Credits
  Nov 29   Interest Paid                                                                 62.42

 Withdrawals and Other Debits
  Nov 01   TELEPHONE XFER DR                                                         37,000.00
           TELEPHONE TRANSFER TO: XXXXXX3999

 Daily Balances
  Oct 31       290,131.55                 Nov 29         253,193.97
  Nov 01       253,131.55

*======================================= Interest Summary ==========================================*
*   Year-To-Date Interest          949.82                                                            *
*   Interest Paid This Period       62.42    Annual Percentage Yield Earned        0.30 %            *
*   Avg. Balance this Period    253,131.55   Days in Period                          30              *
*====================================================================================================*
```



```
                                                              Statement Period
                                                              From December  01, 2024
                                                              To   December  31, 2024
                                                              Page      1 of     2

                                                              PRIVATE CLIENT GROUP 161
                                                              1400 BROADWAY, 26TH FLOOR
                                                              NEW YORK, NY 10018
```

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA    18940

                                        Primary Account:         3999           0

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE
"BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT
DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY
DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN
EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.
HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 3999 | MONOGRAM CHECKING | 31,983.09 | 31,983.09 |
| | RELATIONSHIP TOTAL | | 31,983.09 |



```
                                                         Statement Period
                                                         From December  01, 2024
                                                         To   December  31, 2024
                                                         Page      2 of      2

                                                         PRIVATE CLIENT GROUP 161
                                                         1400 BROADWAY, 26TH FLOOR
                                                         NEW YORK, NY 10018



          HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
          BERNARD A KATZ TRUSTEE
          CHECKING ACCOUNT
          C/O BAK ADVISORS
          626 SOUTH STATE STREET                          See Back for Important Information
          NEWTOWN PA   18940

                                                         Primary Account:       3999        0

MONOGRAM CHECKING                      3999



Summary

 Previous Balance as of December  01, 2024                                          31,983.09

 There was no deposit activity during this statement period

 Ending Balance as of    December  31, 2024                                         31,983.09


Rates for this statement period - Overdraft
                Dec 19, 2024    17.250000  %
                Dec 01, 2024    17.500000  %
```



```
                                                         Statement Period
                                                         From December  01, 2024
                                                         To   December  31, 2024
                                                         Page     1 of      2

                                                         PRIVATE CLIENT GROUP 161
                                                         1400 BROADWAY, 26TH FLOOR
                                                         NEW YORK, NY 10018
```

```
HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                          See Back for Important Information
NEWTOWN PA   18940

                                            Primary Account:        4006         0
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 4006 | MONOGRAM INSURED MMA | 253,193.97 | 253,258.49 |
| | RELATIONSHIP TOTAL | | 253,258.49 |

Case 19-27439-CMG    Doc 2028-1    Filed 01/16/25    Entered 01/16/25 15:38:38    Desc
Bank Statements    Page 12 of 12



```
                                                      Statement Period
                                                      From December  01, 2024
                                                      To   December  31, 2024
                                                      Page     2 of      2

                                                      PRIVATE CLIENT GROUP 161
                                                      1400 BROADWAY, 26TH FLOOR
                                                      NEW YORK, NY 10018


         HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
         BERNARD A KATZ TRUSTEE
         MONEY MARKET ACCOUNT
         C/O BAK ADVISORS
         626 SOUTH STATE STREET                       See Back for Important Information
         NEWTOWN PA   18940

                                                      Primary Account:      4006          0


MONOGRAM INSURED MMA             4006


Summary

 Previous Balance as of December  01, 2024                                      253,193.97
      1 Credits                                                                      64.52
 Ending Balance as of   December  31, 2024                                      253,258.49


Deposits and Other Credits
 Dec 31   Interest Paid                                                              64.52

Daily Balances
 Nov 30          253,193.97               Dec 31         253,258.49

*===================================== Interest Summary =========================================*
*  Year-To-Date Interest           1,014.34                                                       *
*  Interest Paid This Period          64.52      Annual Percentage Yield Earned    0.30 %         *
*  Avg. Balance this Period      253,193.97      Days in Period                      31           *
*=================================================================================================*
```