# flagstar

```
                                              Statement Period
                                      From January   01, 2025
                                      To   January   31, 2025
                                      Page     1 of     2

                                      PRIVATE CLIENT GROUP 161
                                      1400 BROADWAY, 26TH FLOOR
                                      NEW YORK, NY 10018


       HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
       BERNARD A KATZ TRUSTEE
       CHECKING ACCOUNT
       C/O BAK ADVISORS
       626 SOUTH STATE STREET                    See Back for Important Information
       NEWTOWN PA  18940

                                      Primary Account: ████3999        2
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES. HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████3999    MONOGRAM CHECKING | 31,983.09 | 42,027.96 |
| RELATIONSHIP TOTAL | | 42,027.96 |



Statement Period
From January   01, 2025
To   January   31, 2025
Page    2 of    2

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                        See Back for Important Information
NEWTOWN PA  18940

Primary Account: ▮▮▮▮3999           2

MONOGRAM CHECKING           ▮▮▮▮3999


Summary

| | | |
|---|---|---:|
| Previous Balance as of January   01, 2025 | | 31,983.09 |
| 1 Credits | | 32,000.00 |
| 2 Debits | | 21,955.13 |
| Ending Balance as of   January   31, 2025 | | 42,027.96 |


Deposits and Other Credits
Jan 22  TELEPHONE XFER CR                                              32,000.00
        TELEPHONE TRANSFER FROM: XXXXXX4006

Checks by Serial Number
Jan 07       1135           21,705.13     Jan 24       1139 *            250.00

               * Indicates break in check sequence

Daily Balances
Dec 31      31,983.09                   Jan 22      42,277.96
Jan 07      10,277.96                   Jan 24      42,027.96

Rates for this statement period - Overdraft
           Jan 01, 2025  17.250000  %

**flagstar**

```
                                          Statement Period
                                          From January  01, 2025
                                          To   January  31, 2025
                                          Page     1 of     2

                                          PRIVATE CLIENT GROUP 161
                                          1400 BROADWAY, 26TH FLOOR
                                          NEW YORK, NY 10018
```

```
HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                        See Back for Important Information
NEWTOWN PA  18940
```

Primary Account: ▆▆▆▆4006          0

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE
"BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT
DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY
DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN
EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.
HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ▆▆▆▆4006    MONOGRAM INSURED MMA | 253,258.49 | 221,320.40 |
| | | |
| RELATIONSHIP TOTAL | | 221,320.40 |

# flagstar

```
                                              Statement Period
                                         From January   01, 2025
                                         To   January  31, 2025
                                         Page    2 of     2

                                         PRIVATE CLIENT GROUP 161
                                         1400 BROADWAY, 26TH FLOOR
                                         NEW YORK, NY 10018


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     MONEY MARKET ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                  See Back for Important Information
     NEWTOWN PA  18940


                                         Primary Account: ████4006        0


MONOGRAM INSURED MMA        ████4006

   Interest Paid Previous Year                                            1,014.34

Summary

   Previous Balance as of January   01, 2025                            253,258.49
         1 Credits                                                           61.91
         1 Debits                                                        32,000.00
   Ending Balance as of   January  31, 2025                             221,320.40


Deposits and Other Credits
   Jan 31  Interest Paid                                                     61.91

Withdrawals and Other Debits
   Jan 22  TELEPHONE XFER DR                                             32,000.00
           TELEPHONE TRANSFER TO: XXXXXX3999

Daily Balances
   Dec 31        253,258.49            Jan 31        221,320.40
   Jan 22        221,258.49
```

```
*==================================== Interest Summary ========================================*
*  Year-To-Date Interest          61.91                                                        *
*  Interest Paid This Period       61.91    Annual Percentage Yield Earned     0.30 %          *
*  Avg. Balance this Period    242,935.90    Days in Period                      31            *
*==============================================================================================*
```

**flagstar**

Statement Period
From February 01, 2025
To   February 28, 2025
Page      1 of      2

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                          See Back for Important Information
NEWTOWN PA  18940

                                    Primary Account: ████3999        3

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE
"BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT
DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY
DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN
EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.
HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████3999 | MONOGRAM CHECKING | 42,027.96 | 10,616.94 |
| | RELATIONSHIP TOTAL | | 10,616.94 |



PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA  18940

Primary Account: ████3999        3

MONOGRAM CHECKING          ████3999

Summary

 Previous Balance as of February  01, 2025                                42,027.96
        3 Debits                                                          31,411.02
 Ending Balance as of    February  28, 2025                               10,616.94

Checks by Serial Number
 Feb 03      1140            21,890.63      Feb 11      1142        7,180.39
 Feb 03      1141             2,340.00

Daily Balances
 Jan 31          42,027.96                     Feb 11       10,616.94
 Feb 03          17,797.33

Rates for this statement period - Overdraft
              Feb 01, 2025   17.250000  %

**flagstar**

```
                                                    Statement Period
                                            From February  01, 2025
                                            To    February  28, 2025
                                            Page      1 of      2

                                            PRIVATE CLIENT GROUP 161
                                            1400 BROADWAY, 26TH FLOOR
                                            NEW YORK, NY 10018
```

```
HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                         See Back for Important Information
NEWTOWN PA  18940
```

Primary Account: ████4006        0

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE
"BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT
DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY
DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN
EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.
HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████4006    MONOGRAM INSURED MMA | 221,320.40 | 221,371.34 |
| RELATIONSHIP TOTAL | | 221,371.34 |



PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                     See Back for Important Information
NEWTOWN PA  18940

Primary Account: ████4006          0

MONOGRAM INSURED MMA          ████4006

Interest Paid Previous Year                                      1,014.34

Summary

Previous Balance as of February  01, 2025              221,320.40
     1 Credits                                              50.94
Ending Balance as of    February  28, 2025            221,371.34

Deposits and Other Credits
Feb 28  Interest Paid                                       50.94

Daily Balances
 Jan 31      221,320.40              Feb 28      221,371.34

*================================== Interest Summary ==================================*
*  Year-To-Date Interest            112.85                                            *
*  Interest Paid This Period         50.94    Annual Percentage Yield Earned   0.30 %  *
*  Avg. Balance this Period      221,320.40    Days in Period                  28      *
*================================================================================*

**flagstar**

```
                                              Statement Period
                                              From March    01, 2025
                                              To   March    31, 2025
                                              Page     1 of     2

                                              PRIVATE CLIENT GROUP 161
                                              1400 BROADWAY, 26TH FLOOR
                                              NEW YORK, NY 10018
```

```
HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                        See Back for Important Information
NEWTOWN PA  18940
```

Primary Account: ███3999        0

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE
"BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT
DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY
DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN
EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.
HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ███3999 | MONOGRAM CHECKING | 10,616.94 | 10,616.94 |
| | RELATIONSHIP TOTAL | | 10,616.94 |



```
                                                    Statement Period
                                            From March    01, 2025
                                            To   March    31, 2025
                                            Page     2 of    2

                                            PRIVATE CLIENT GROUP 161
                                            1400 BROADWAY, 26TH FLOOR
                                            NEW YORK, NY 10018
```

```
            HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
            BERNARD A KATZ TRUSTEE
            CHECKING ACCOUNT
            C/O BAK ADVISORS
            626 SOUTH STATE STREET                    See Back for Important Information
            NEWTOWN PA  18940

                                            Primary Account: ███ 3999       0
```

MONOGRAM CHECKING          ███ 3999


Summary

  Previous Balance as of March    01, 2025                                    10,616.94

  There was no deposit activity during this statement period

  Ending Balance as of   March    31, 2025                                    10,616.94


Rates for this statement period - Overdraft
            Mar 01, 2025   17.250000  %

**flagstar**

```
                                              Statement Period
                                              From March    01, 2025
                                              To   March    31, 2025
                                              Page      1 of      2

                                              PRIVATE CLIENT GROUP 161
                                              1400 BROADWAY, 26TH FLOOR
                                              NEW YORK, NY 10018
```

```
HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                        See Back for Important Information
NEWTOWN PA  18940
```

Primary Account: ██████4006        0

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE
"BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT
DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY
DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN
EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.
HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ██████4006 | MONOGRAM INSURED MMA | 221,371.34 | 221,427.75 |
| | RELATIONSHIP TOTAL | | 221,427.75 |



PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                          See Back for Important Information
NEWTOWN PA  18940

Primary Account: ████4006          0

MONOGRAM INSURED MMA          ████4006

Interest Paid Previous Year                                      1,014.34

Summary

Previous Balance as of March    01, 2025                        221,371.34
        1 Credits                                                   56.41
Ending Balance as of    March    31, 2025                      221,427.75


Deposits and Other Credits
Mar 31  Interest Paid                                              56.41

Daily Balances
Feb 28      221,371.34              Mar 31        221,427.75

*======================= Interest Summary =========================*
*  Year-To-Date Interest          169.26                            *
*  Interest Paid This Period        56.41   Annual Percentage Yield Earned   0.30 %  *
*  Avg. Balance this Period     221,371.34  Days in Period              31   *
*================================================================*