# flagstar

Statement Period
From April     01, 2025
To   April     30, 2025
Page    1 of    2

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                                  See Back for Important Information
NEWTOWN PA   18940

                                  Primary Account: ■■■■3999           0

           IMPORTANT NOTICE AND CHANGE IN TERMS

 THIS NOTICE HIGHLIGHTS IMPORTANT CHANGES TO THE TERMS
 ASSOCIATED WITH YOUR ACCOUNTS AND SERVICES AT FLAGSTAR BANK, N.A.
 THE CHANGES BECOME EFFECTIVE JULY 1, 2025.
 FUNDS AVAILABILITY:
 - ALL REFERENCES TO AVAILABILITY OF THE FIRST 225 DOLLARS WILL BE UPDATED
   TO 275 DOLLARS.
 - REFERENCES TO THE AVAILABILITY OF THE FIRST 25,000 DOLLARS OF A DAY'S
   CHECK DEPOSITS WILL BE UPDATED TO 6,725 DOLLARS.
 CHANGE TO PRIVATE BANK CLIENT CARE SERVICES AND SUPPORT HOURS:
 THE FLAGSTAR PRIVATE BANK BUSINESS BANK ACCOUNT AGREEMENT AND
 DISCLOSURES, THE FLAGSTAR PRIVATE BANK PERSONAL BANK ACCOUNT AGREEMENT
 AND DISCLOSURES, THE FLAGSTAR PRIVATE BANK BUSINESS PRODUCT TERMS AND
 CONDITIONS, AND THE FLAGSTAR PRIVATE BANK PERSONAL PRODUCT TERMS AND
 CONDITIONS ARE BEING UPDATED TO REMOVE ALL REFERENCES TO "24/7" IN THE
 LANGUAGE PERTAINING TO THE PRIVATE BANK'S CLIENT CARE SERVICES AND
 SUPPORT.
 HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/CONNECT/CONNECT-WITH-US.HTML

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| ■■■■3999    MONOGRAM CHECKING | 10,616.94 | 49,616.94 |
| RELATIONSHIP TOTAL | | 49,616.94 |



```
                                                      Statement Period
                                                      From April     01, 2025
                                                      To   April     30, 2025
                                                      Page    2 of    2

                                                      PRIVATE CLIENT GROUP 161
                                                      1400 BROADWAY, 26TH FLOOR
                                                      NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                            See Back for Important Information
    NEWTOWN PA   18940

                                                      Primary Account:        3999            0


MONOGRAM CHECKING                     3999




Summary

 Previous Balance as of April     01, 2025                                        10,616.94
       1 Credits                                                                  39,000.00
 Ending Balance as of   April     30, 2025                                        49,616.94


Deposits and Other Credits
 Apr 22   TELEPHONE XFER CR                                                       39,000.00
          TELEPHONE TRANSFER FROM: XXXXXX4006

Daily Balances
 Mar 31           10,616.94                  Apr 22        49,616.94

Rates for this statement period - Overdraft
            Apr 01, 2025   17.250000  %
```

**flagstar**

```
                                                        Statement Period
                                                        From April    01, 2025
                                                        To   April    30, 2025
                                                        Page    1 of    2

                                                        PRIVATE CLIENT GROUP 161
                                                        1400 BROADWAY, 26TH FLOOR
                                                        NEW YORK, NY 10018
```

```
HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA    18940
```

Primary Account: ████ 4006         0

IMPORTANT NOTICE AND CHANGE IN TERMS

 THIS NOTICE HIGHLIGHTS IMPORTANT CHANGES TO THE TERMS
 ASSOCIATED WITH YOUR ACCOUNTS AND SERVICES AT FLAGSTAR BANK, N.A.
 THE CHANGES BECOME EFFECTIVE JULY 1, 2025.
 FUNDS AVAILABILITY:
 - ALL REFERENCES TO AVAILABILITY OF THE FIRST 225 DOLLARS WILL BE UPDATED
   TO 275 DOLLARS.
 - REFERENCES TO THE AVAILABILITY OF THE FIRST 25,000 DOLLARS OF A DAY'S
   CHECK DEPOSITS WILL BE UPDATED TO 6,725 DOLLARS.
 CHANGE TO PRIVATE BANK CLIENT CARE SERVICES AND SUPPORT HOURS:
 THE FLAGSTAR PRIVATE BANK BUSINESS BANK ACCOUNT AGREEMENT AND
 DISCLOSURES, THE FLAGSTAR PRIVATE BANK PERSONAL BANK ACCOUNT AGREEMENT
 AND DISCLOSURES, THE FLAGSTAR PRIVATE BANK BUSINESS PRODUCT TERMS AND
 CONDITIONS, AND THE FLAGSTAR PRIVATE BANK PERSONAL PRODUCT TERMS AND
 CONDITIONS ARE BEING UPDATED TO REMOVE ALL REFERENCES TO "24/7" IN THE
 LANGUAGE PERTAINING TO THE PRIVATE BANK'S CLIENT CARE SERVICES AND
 SUPPORT.
 HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/CONNECT/CONNECT-WITH-US.HTML

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████4006    MONOGRAM INSURED MMA | 221,427.75 | 182,479.47 |
| RELATIONSHIP TOTAL | | 182,479.47 |



```
                                                              Statement Period
                                                              From April    01, 2025
                                                              To   April    30, 2025
                                                              Page    2 of    2

                                                              PRIVATE CLIENT GROUP 161
                                                              1400 BROADWAY, 26TH FLOOR
                                                              NEW YORK, NY 10018



            HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
            BERNARD A KATZ TRUSTEE
            MONEY MARKET ACCOUNT
            C/O BAK ADVISORS
            626 SOUTH STATE STREET                             See Back for Important Information
            NEWTOWN PA    18940

                                                              Primary Account:        4006           0


MONOGRAM INSURED MMA              4006


Summary

  Previous Balance as of April    01, 2025                                              221,427.75
        1 Credits                                                                            51.72
        1 Debits                                                                         39,000.00
  Ending Balance as of   April    30, 2025                                              182,479.47


Deposits and Other Credits
  Apr 30   Interest Paid                                                                     51.72

Withdrawals and Other Debits
  Apr 22   TELEPHONE XFER DR                                                             39,000.00
           TELEPHONE TRANSFER TO: XXXXXX3999

Daily Balances
  Mar 31        221,427.75                      Apr 30         182,479.47
  Apr 22        182,427.75

*======================================= Interest Summary =========================================*
*   Year-To-Date Interest            220.98                                                         *
*   Interest Paid This Period         51.72       Annual Percentage Yield Earned    0.30 %         *
*   Avg. Balance this Period     209,727.75       Days in Period                       30          *
*===================================================================================================*
```

# flagstar

```
                                                        Statement Period
                                                        From May    01, 2025
                                                        To   May    31, 2025
                                                        Page    1 of    2

                                                        PRIVATE CLIENT GROUP 161
                                                        1400 BROADWAY, 26TH FLOOR
                                                        NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                              See Back for Important Information
    NEWTOWN PA   18940

                                                  Primary Account:      3999          5

                IMPORTANT NOTICE AND CHANGE IN TERMS

    THIS NOTICE HIGHLIGHTS IMPORTANT CHANGES TO THE TERMS
    ASSOCIATED WITH YOUR ACCOUNTS AND SERVICES AT FLAGSTAR BANK, N.A.
    THE CHANGES BECOME EFFECTIVE JULY 1, 2025.
    FUNDS AVAILABILITY:
    - ALL REFERENCES TO AVAILABILITY OF THE FIRST 225 DOLLARS WILL BE UPDATED
      TO 275 DOLLARS.
    - REFERENCES TO THE AVAILABILITY OF THE FIRST 25,000 DOLLARS OF A DAY'S
      CHECK DEPOSITS WILL BE UPDATED TO 6,725 DOLLARS.
    CHANGE TO PRIVATE BANK CLIENT CARE SERVICES AND SUPPORT HOURS:
    THE FLAGSTAR PRIVATE BANK BUSINESS BANK ACCOUNT AGREEMENT AND
    DISCLOSURES, THE FLAGSTAR PRIVATE BANK PERSONAL BANK ACCOUNT AGREEMENT
    AND DISCLOSURES, THE FLAGSTAR PRIVATE BANK BUSINESS PRODUCT TERMS AND
    CONDITIONS, AND THE FLAGSTAR PRIVATE BANK PERSONAL PRODUCT TERMS AND
    CONDITIONS ARE BEING UPDATED TO REMOVE ALL REFERENCES TO "24/7" IN THE
    LANGUAGE PERTAINING TO THE PRIVATE BANK'S CLIENT CARE SERVICES AND
    SUPPORT.
    HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/CONNECT/CONNECT-WITH-US.HTML
```

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 3999   MONOGRAM CHECKING | 49,616.94 | 3,904.02 |
| RELATIONSHIP TOTAL | | 3,904.02 |


```
                                                             Statement Period
                                                             From May      01, 2025
                                                             To   May      31, 2025
                                                             Page     2 of      2

                                                             PRIVATE CLIENT GROUP 161
                                                             1400 BROADWAY, 26TH FLOOR
                                                             NEW YORK, NY 10018


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
        BERNARD A KATZ TRUSTEE
        CHECKING ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                               See Back for Important Information
        NEWTOWN PA    18940

                                                             Primary Account:      3999          5


MONOGRAM CHECKING                    3999




Summary

 Previous Balance as of May       01, 2025                                                49,616.94
       5 Debits                                                                           45,712.92
 Ending Balance as of    May      31, 2025                                                 3,904.02


Checks by Serial Number
 May 09        1143              250.00    May 12      1146          9,817.02
 May 02        1144           28,980.90    May 15      1147          5,000.00
 May 09        1145            1,665.00

Daily Balances
 Apr 30           49,616.94                May 12           8,904.02
 May 02           20,636.04                May 15           3,904.02
 May 09           18,721.04

Rates for this statement period - Overdraft
             May 01, 2025   17.250000  %
```

**flagstar**

```
                                              Statement Period
                                              From May      01, 2025
                                              To   May      31, 2025
                                              Page    1 of    2

                                              PRIVATE CLIENT GROUP 161
                                              1400 BROADWAY, 26TH FLOOR
                                              NEW YORK, NY 10018
```

```
HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                           See Back for Important Information
NEWTOWN PA   18940

                                          Primary Account:       4006          0
```

IMPORTANT NOTICE AND CHANGE IN TERMS

THIS NOTICE HIGHLIGHTS IMPORTANT CHANGES TO THE TERMS
ASSOCIATED WITH YOUR ACCOUNTS AND SERVICES AT FLAGSTAR BANK, N.A.
THE CHANGES BECOME EFFECTIVE JULY 1, 2025.
FUNDS AVAILABILITY:
- ALL REFERENCES TO AVAILABILITY OF THE FIRST 225 DOLLARS WILL BE UPDATED
  TO 275 DOLLARS.
- REFERENCES TO THE AVAILABILITY OF THE FIRST 25,000 DOLLARS OF A DAY'S
  CHECK DEPOSITS WILL BE UPDATED TO 6,725 DOLLARS.
CHANGE TO PRIVATE BANK CLIENT CARE SERVICES AND SUPPORT HOURS:
THE FLAGSTAR PRIVATE BANK BUSINESS BANK ACCOUNT AGREEMENT AND
DISCLOSURES, THE FLAGSTAR PRIVATE BANK PERSONAL BANK ACCOUNT AGREEMENT
AND DISCLOSURES, THE FLAGSTAR PRIVATE BANK BUSINESS PRODUCT TERMS AND
CONDITIONS, AND THE FLAGSTAR PRIVATE BANK PERSONAL PRODUCT TERMS AND
CONDITIONS ARE BEING UPDATED TO REMOVE ALL REFERENCES TO "24/7" IN THE
LANGUAGE PERTAINING TO THE PRIVATE BANK'S CLIENT CARE SERVICES AND
SUPPORT.
HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/CONNECT/CONNECT-WITH-US.HTML

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 4006    MONOGRAM INSURED MMA | 182,479.47 | 182,525.97 |
| RELATIONSHIP TOTAL | | 182,525.97 |



```
                                                        Statement Period
                                                        From May      01, 2025
                                                        To   May      31, 2025
                                                        Page    2 of    2

                                                        PRIVATE CLIENT GROUP 161
                                                        1400 BROADWAY, 26TH FLOOR
                                                        NEW YORK, NY 10018


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     MONEY MARKET ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                             See Back for Important Information
     NEWTOWN PA   18940

                                                        Primary Account:       4006          0


MONOGRAM INSURED MMA              4006


Summary

 Previous Balance as of May    01, 2025                                              182,479.47
        1 Credits                                                                         46.50
 Ending Balance as of   May    31, 2025                                              182,525.97


Deposits and Other Credits
 May 30   Interest Paid                                                                   46.50

Daily Balances
 Apr 30          182,479.47              May 30          182,525.97

*====================================  Interest Summary  ==========================================*
*  Year-To-Date Interest            267.48                                                          *
*  Interest Paid This Period         46.50         Annual Percentage Yield Earned    0.30 %         *
*  Avg. Balance this Period     182,479.47         Days in Period                       31         *
*===================================================================================================*
```



```
                                                        Statement Period
                                                        From June     01, 2025
                                                        To   June     30, 2025
                                                        Page    1 of     3

                                                        PRIVATE CLIENT GROUP 161
                                                        1400 BROADWAY, 26TH FLOOR
                                                        NEW YORK, NY 10018


      HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
      BERNARD A KATZ TRUSTEE
      CHECKING ACCOUNT
      C/O BAK ADVISORS
      626 SOUTH STATE STREET                            See Back for Important Information
      NEWTOWN PA   18940

                                                        Primary Account: ▇▇▇▇3999              1


Relationship Summary                        Opening Bal.                  Closing Bal.

BANK DEPOSIT ACCOUNTS
    ▇▇▇3999      MONOGRAM CHECKING          3,904.02                      8,892.64

                 RELATIONSHIP TOTAL                                       8,892.64
```



```
                                                                    Statement Period
                                                                  From June      01, 2025
                                                                  To   June      30, 2025
                                                                  Page      2 of      3

                                                                  PRIVATE CLIENT GROUP 161
                                                                  1400 BROADWAY, 26TH FLOOR
                                                                  NEW YORK, NY 10018



     HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
     BERNARD A KATZ TRUSTEE
     CHECKING ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                                      See Back for Important Information
     NEWTOWN PA   18940

                                                                Primary Account:       3999        1


MONOGRAM CHECKING                      3999




Summary

  Previous Balance as of June      01, 2025                                                3,904.02
        1 Credits                                                                         22,000.00
        3 Debits                                                                          17,011.38
  Ending Balance as of   June      30, 2025                                                8,892.64


Deposits and Other Credits
  Jun 04   TELEPHONE XFER CR                                                              22,000.00
           TELEPHONE TRANSFER FROM: XXXXXX4006

Withdrawals and Other Debits
  Jun 03   OVERDRAFT FEE                                                                      25.00
  Jun 30   OD Finance Charge                                                                  12.38

Checks by Serial Number
  Jun 02        1148             16,974.00

Daily Balances
  May 31           3,904.02              Jun 04          8,905.02
  Jun 02          13,069.98-             Jun 30          8,892.64
  Jun 03          13,094.98-
```


```
                                              Statement Period
                                          From June     01, 2025
                                          To   June     30, 2025
                                          Page      3 of      3

                                          PRIVATE CLIENT GROUP 161
                                          1400 BROADWAY, 26TH FLOOR
                                          NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                See Back for Important Information
    NEWTOWN PA   18940

                                          Primary Account:      3999          1


    Rates for this statement period - Overdraft
             Jun 01, 2025   17.250000  %
```



```
                                                    Statement Period
                                                    From June     01, 2025
                                                    To   June     30, 2025
                                                    Page     1 of      2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
        BERNARD A KATZ TRUSTEE
        MONEY MARKET ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                      See Back for Important Information
        NEWTOWN PA   18940

                                                    Primary Account:      4006         0


Relationship Summary                      Opening Bal.                Closing Bal.

BANK DEPOSIT ACCOUNTS
      4006      MONOGRAM INSURED MMA        182,525.97                  160,566.10

                RELATIONSHIP TOTAL                                      160,566.10
```

flagstar

```
                                                         Statement Period
                                                         From June      01, 2025
                                                         To   June      30, 2025
                                                         Page     2 of      2

                                                         PRIVATE CLIENT GROUP 161
                                                         1400 BROADWAY, 26TH FLOOR
                                                         NEW YORK, NY 10018


           HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
           BERNARD A KATZ TRUSTEE
           MONEY MARKET ACCOUNT
           C/O BAK ADVISORS
           626 SOUTH STATE STREET                        See Back for Important Information
           NEWTOWN PA   18940

                                                         Primary Account:       4006         0


MONOGRAM INSURED MMA            4006


Summary

 Previous Balance as of June      01, 2025                                         182,525.97
       1 Credits                                                                        40.13
       1 Debits                                                                     22,000.00
 Ending Balance as of   June      30, 2025                                         160,566.10


Deposits and Other Credits
 Jun 30   Interest Paid                                                                 40.13

Withdrawals and Other Debits
 Jun 04   TELEPHONE XFER DR                                                         22,000.00
          TELEPHONE TRANSFER TO: XXXXXX3999

Daily Balances
 May 31         182,525.97                    Jun 30          160,566.10
 Jun 04         160,525.97

*====================================  Interest Summary  =========================================*
*  Year-To-Date Interest          307.61                                                           *
*  Interest Paid This Period       40.13      Annual Percentage Yield Earned     0.30 %            *
*  Avg. Balance this Period   162,725.97      Days in Period                       30              *
*==================================================================================================*
```