

```
                                              Statement Period
                                              From July     01, 2025
                                              To   July     31, 2025
                                              Page    1 of     2

                                              PRIVATE CLIENT GROUP 161
                                              1400 BROADWAY, 26TH FLOOR
                                              NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                    See Back for Important Information
    NEWTOWN PA   18940

                                              Primary Account:       3999           2
```

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 3999 | MONOGRAM CHECKING | 8,892.64 | 15,555.95 |
| | RELATIONSHIP TOTAL | | 15,555.95 |

```
                                                              Statement Period
                                                              From July    01, 2025
                                                              To   July    31, 2025
                                                              Page    2 of     2

                                                              PRIVATE CLIENT GROUP 161
                                                              1400 BROADWAY, 26TH FLOOR
                                                              NEW YORK, NY 10018


         HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
         BERNARD A KATZ TRUSTEE
         CHECKING ACCOUNT
         C/O BAK ADVISORS
         626 SOUTH STATE STREET                               See Back for Important Information
         NEWTOWN PA   18940

                                                              Primary Account:      3999           2


MONOGRAM CHECKING                  3999



Summary

 Previous Balance as of July    01, 2025                                                   8,892.64
        1 Credits                                                                         64,000.00
        2 Debits                                                                          57,336.69
 Ending Balance as of   July    31, 2025                                                  15,555.95


Deposits and Other Credits
 Jul 25   TELEPHONE XFER CR                                                               64,000.00
          TELEPHONE TRANSFER FROM: XXXXXX4006

Checks by Serial Number
 Jul 29       1149           57,085.79    Jul 31      1152 *            250.90

              * Indicates break in check sequence

Daily Balances
 Jun 30         8,892.64                  Jul 29         15,806.85
 Jul 25        72,892.64                  Jul 31         15,555.95

Rates for this statement period - Overdraft
             Jul 01, 2025   17.250000  %
```



```
                                                            Statement Period
                                                        From July     01, 2025
                                                        To   July     31, 2025
                                                        Page     1 of     2

                                                        PRIVATE CLIENT GROUP 161
                                                        1400 BROADWAY, 26TH FLOOR
                                                        NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
    BERNARD A KATZ TRUSTEE
    MONEY MARKET ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                              See Back for Important Information
    NEWTOWN PA   18940

                                                        Primary Account: ████4006          0
```

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████4006 | MONOGRAM INSURED MMA | 160,566.10 | 96,603.33 |
| | RELATIONSHIP TOTAL | | 96,603.33 |

flagstar

```
                                                              Statement Period
                                                              From July     01, 2025
                                                              To   July     31, 2025
                                                              Page     2 of     2

                                                              PRIVATE CLIENT GROUP 161
                                                              1400 BROADWAY, 26TH FLOOR
                                                              NEW YORK, NY 10018


         HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
         BERNARD A KATZ TRUSTEE
         MONEY MARKET ACCOUNT
         C/O BAK ADVISORS
         626 SOUTH STATE STREET                               See Back for Important Information
         NEWTOWN PA   18940

                                                     Primary Account:        4006           0


MONOGRAM INSURED MMA              4006


Summary
  Previous Balance as of July     01, 2025                                          160,566.10
         1 Credits                                                                       37.23
         1 Debits                                                                    64,000.00
  Ending Balance as of   July     31, 2025                                           96,603.33


Deposits and Other Credits
  Jul 31   Interest Paid                                                                 37.23

Withdrawals and Other Debits
  Jul 25   TELEPHONE XFER DR                                                         64,000.00
           TELEPHONE TRANSFER TO: XXXXXX3999

Daily Balances
  Jun 30         160,566.10                   Jul 31        96,603.33
  Jul 25          96,566.10

*======================================= Interest Summary =========================================*
*   Year-To-Date Interest          344.84                                                           *
*   Interest Paid This Period       37.23    Annual Percentage Yield Earned    0.30 %               *
*   Avg. Balance this Period    146,114.48   Days in Period                     31                  *
*===================================================================================================*
```



```
                                                    Statement Period
                                                    From August    01, 2025
                                                    To   August    31, 2025
                                                    Page    1 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


      HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
      BERNARD A KATZ TRUSTEE
      CHECKING ACCOUNT
      C/O BAK ADVISORS
      626 SOUTH STATE STREET                        See Back for Important Information
      NEWTOWN PA   18940

                                                    Primary Account: ▓▓▓▓3999           2


Relationship Summary                          Opening Bal.              Closing Bal.

BANK DEPOSIT ACCOUNTS
   ▓▓▓3999       MONOGRAM CHECKING             15,555.95                  8,775.96

                 RELATIONSHIP TOTAL                                       8,775.96
```

```
                                                              Statement Period
                                                              From August   01, 2025
                                                              To   August   31, 2025
                                                              Page    2 of    2

                                                              PRIVATE CLIENT GROUP 161
                                                              1400 BROADWAY, 26TH FLOOR
                                                              NEW YORK, NY 10018


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
     BERNARD A KATZ TRUSTEE
     CHECKING ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                                   See Back for Important Information
     NEWTOWN PA   18940

                                                              Primary Account:       3999         2


MONOGRAM CHECKING               3999



Summary

  Previous Balance as of August    01, 2025                                              15,555.95
       2 Debits                                                                           6,779.99
  Ending Balance as of   August    31, 2025                                               8,775.96


Checks by Serial Number
 Aug 05      1150          5,114.99    Aug 07      1151          1,665.00

Daily Balances
 Jul 31        15,555.95                Aug 07        8,775.96
 Aug 05        10,440.96

Rates for this statement period - Overdraft
            Aug 01, 2025   17.250000  %
```


Case 19-27439-CMG    Doc 2032-1    Filed 10/22/25    Entered 10/22/25 12:31:00    Desc
Redacted Bank Statements    Page 7 of 12

```
                                              Statement Period
                                              From August    01, 2025
                                              To   August    31, 2025
                                              Page     1 of     2

                                              PRIVATE CLIENT GROUP 161
                                              1400 BROADWAY, 26TH FLOOR
                                              NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
    BERNARD A KATZ TRUSTEE
    MONEY MARKET ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                    See Back for Important Information
    NEWTOWN PA   18940

                                              Primary Account:       4006        0


Relationship Summary                          Opening Bal.           Closing Bal.

BANK DEPOSIT ACCOUNTS
     4006       MONOGRAM INSURED MMA          96,603.33              96,627.95

                RELATIONSHIP TOTAL                                   96,627.95
```

flagstar

```
                                                        Statement Period
                                                        From August     01, 2025
                                                        To   August     31, 2025
                                                        Page     2 of      2

                                                        PRIVATE CLIENT GROUP 161
                                                        1400 BROADWAY, 26TH FLOOR
                                                        NEW YORK, NY 10018


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     MONEY MARKET ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                             See Back for Important Information
     NEWTOWN PA   18940

                                                Primary Account:        4006           0

MONOGRAM INSURED MMA            4006


Summary

 Previous Balance as of August    01, 2025                                     96,603.33
      1 Credits                                                                    24.62
 Ending Balance as of   August    31, 2025                                     96,627.95


Deposits and Other Credits
 Aug 29   Interest Paid                                                            24.62

Daily Balances
 Jul 31          96,603.33                 Aug 29          96,627.95

*===================================== Interest Summary =========================================*
*  Year-To-Date Interest          369.46                                                          *
*  Interest Paid This Period       24.62     Annual Percentage Yield Earned     0.30 %            *
*  Avg. Balance this Period    96,603.33     Days in Period                       31              *
*=================================================================================================*
```



```
                                                       Statement Period
                                                       From September 01, 2025
                                                       To   September 30, 2025
                                                       Page     1 of     2

                                                       PRIVATE CLIENT GROUP 161
                                                       1400 BROADWAY, 26TH FLOOR
                                                       NEW YORK, NY 10018



     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     CHECKING ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                            See Back for Important Information
     NEWTOWN PA   18940

                                                       Primary Account:        3999          0


Relationship Summary                          Opening Bal.                  Closing Bal.

BANK DEPOSIT ACCOUNTS
      3999       MONOGRAM CHECKING              8,775.96                      8,775.96

                 RELATIONSHIP TOTAL                                           8,775.96
```

**flagstar**

```
                                                        Statement Period
                                                     From September 01, 2025
                                                     To   September 30, 2025
                                                     Page     2 of      2

                                                     PRIVATE CLIENT GROUP 161
                                                     1400 BROADWAY, 26TH FLOOR
                                                     NEW YORK, NY 10018



    HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
    BERNARD A KATZ TRUSTEE
    CHECKING ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                           See Back for Important Information
    NEWTOWN PA   18940

                                                     Primary Account:       3999           0


MONOGRAM CHECKING                    3999




Summary

 Previous Balance as of September 01, 2025                                           8,775.96

 There was no deposit activity during this statement period

 Ending Balance as of    September 30, 2025                                          8,775.96


Rates for this statement period - Overdraft
              Sep 18, 2025    17.000000  %
              Sep 01, 2025    17.250000  %
```



```
                                                              Statement Period
                                                              From September 01, 2025
                                                              To   September 30, 2025
                                                              Page     1 of      2

                                                              PRIVATE CLIENT GROUP 161
                                                              1400 BROADWAY, 26TH FLOOR
                                                              NEW YORK, NY 10018


   HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
   BERNARD A KATZ TRUSTEE
   MONEY MARKET ACCOUNT
   C/O BAK ADVISORS
   626 SOUTH STATE STREET                                     See Back for Important Information
   NEWTOWN PA   18940

                                                              Primary Account: ▓▓▓▓4006            0


Relationship Summary                          Opening Bal.                   Closing Bal.

BANK DEPOSIT ACCOUNTS
  ▓▓▓▓4006      MONOGRAM INSURED MMA           96,627.95                      96,651.78

                RELATIONSHIP TOTAL                                            96,651.78
```



```
                                                          Statement Period
                                                          From September 01, 2025
                                                          To   September 30, 2025
                                                          Page     2 of      2

                                                          PRIVATE CLIENT GROUP 161
                                                          1400 BROADWAY, 26TH FLOOR
                                                          NEW YORK, NY 10018


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
        BERNARD A KATZ TRUSTEE
        MONEY MARKET ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                            See Back for Important Information
        NEWTOWN PA   18940

                                                  Primary Account:         4006          0


 MONOGRAM INSURED MMA                   4006


 Summary

  Previous Balance as of September 01, 2025                                       96,627.95
        1 Credits                                                                     23.83
  Ending Balance as of    September 30, 2025                                      96,651.78


 Deposits and Other Credits
  Sep 30   Interest Paid                                                              23.83

 Daily Balances
   Aug 31          96,627.95                Sep 30          96,651.78

 *====================================  Interest Summary  ==========================================*
 *  Year-To-Date Interest                393.29                                                      *
 *  Interest Paid This Period             23.83       Annual Percentage Yield Earned     0.30 %      *
 *  Avg. Balance this Period          96,627.95       Days in Period                       30        *
 *===================================================================================================*
```