COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Mercedes Diego, Esq., 006521999
Park 80 West, Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
201/845.9600, ext. 151
md@njlawfirm.com
Attorneys for Pereira Electrical Contracting, Inc.
File No.: 37,010-62

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
(Trenton Vicinage)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 19-27439 (MBK) |
| HOLLISTER CONSTRUCTION | ) | CHAPTER 11 |
| SERVICES LLC, | ) | JUDGE MICHAEL B. KAPLAN |
| | ) | |
| Debtor. | ) | |
| | ) | HEARING DATE AND TIME: |
| PEREIRA ELECTRICAL | ) | NOVEMBER 20, 2025 AT 10:00AM |
| CONTRACTING, INC., | ) | |
| | ) | |
| Movant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HOLLISTER CONSTRUCTION | ) | |
| SERVICES LLC; ACCORDIA | ) | |
| HARRISON URBAN RENEWAL, LLC; | ) | |
| LIQUIDATING TRUSTEE; AND | ) | |
| ESCROW AGENT, | ) | |
| Respondents. | ) | |

**<u>NOTICE OF MOTION TO COMPEL DEBTOR, PROJECT OWNER, LIQUIDATING TRUSTEE AND ESCROW AGENT TO MAKE PAYMENT TO PEREIRA ELECTRIC CONTRACTING, INC. PURSUANT TO 11 USC §105</u>**

PLEASE TAKE NOTICE that on November 20, 2025 at 10:00a.m., or as soon thereafter as counsel may be heard, the undersigned, COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP, counsel for Pereria Electrical Contracting, Inc., shall move before The Honorable Michael B. Kaplan in the United States Bankruptcy Court, 402 East State Street, Trenton, New

Jersey 08608, for an entry of an Order approving its Motion for an Order pursuant to 11 USC §105 requesting the Court to compel Debtor, Project Owner, Liquidating Trustee and Escrow Agent to make payment to Pereira Electrical Contracting, Inc. (the "Motion").

PLEASE TAKE FURTHER NOTICE that responses to the within Motion, if any, must be made in writing and in the form prescribed by the Federal Rules of Bankruptcy Procedure and D.N.J. 9013, and must be filed with the Clerk of the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608 and served upon COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP, counsel for Pereira Electrical Contracting, Inc., Park 80 West, Plaza One, 250 Pehle Avenue, Suite 401, Saddle Brook, New Jersey 07663 (Attn: Mercedes Diego, Esq.) in accordance with D.N.J. LBR 9013-2.

PLEASE TAKE FURTHER NOTICE that in the event objections are filed, oral argument is hereby requested. The Motion shall be deemed uncontested unless responsive papers are filed, in which case the Court may, in its discretion, grant the relief requested without hearing.

        COHN LIFLAND PEARLMAN
        HERRRMANN & KNOPF LLP

    By:  s/ Mercedes Diego
        Mercedes Diego, Esq.
        Attorneys for Movant
        Pereira Electrical Contracting, Inc.

Dated:  October 29, 2025