COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
Mercedes Diego, Esq., 006521999
Park 80 West, Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
201/845.9600, ext. 151
md@njlawfirm.com
Attorneys for Pereira Electrical Contracting, Inc.
File No.:  37,010-62

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
(Trenton Vicinage)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 19-27439 (MBK) |
| HOLLISTER CONSTRUCTION | ) | CHAPTER 11 |
| SERVICES LLC, | ) | JUDGE MICHAEL B. KAPLAN |
| | ) | |
| Debtor. | ) | |
| | ) | HEARING DATE AND TIME: |
| PEREIRA ELECTRICAL | ) | NOVEMBER 20, 2025 AT 10:00AM |
| CONTRACTING, INC., | ) | |
| | ) | |
| Movant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HOLLISTER CONSTRUCTION | ) | |
| SERVICES LLC; ACCORDIA | ) | |
| HARRISON URBAN RENEWAL, LLC; | ) | |
| LIQUIDATING TRUSTEE; AND | ) | |
| ESCROW AGENT, | ) | |
|        Respondents. | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF PEREIRA ELECTRICAL
CONTRACTING, INC.'S TO COMPEL DEBTOR, PROJECT OWNER, LIQUIDATING
TRUSTEE AND ESCROW AGENT TO MAKE PAYMENT TO PEREIRA ELECTRICAL
CONTRACTING, INC. PURSUANT TO 11 USC §105**

      Pereira Electrical Contracting, Inc., by and through its attorneys, COHN LIFLAND

PEARLMAN HERRMANN & KNOPF LLP, Mercedes Diego, Esq. appearing, files this

Memorandum of Law in support of the Motion requesting that this Court compel Debtor, Project

Owner, Liquidating Trustee and Escrow Agent to make payment to Pereira Electrical Contracting,

Inc. pursuant to 11 USC §105, stating the following:

## JURSDICTION

1.        The Court has jurisdiction over this Motion pursuant to 28 USC §§ 157 and 1334.

This matter is a core proceeding pursuant to 28 USC § 157(b)(2)(A) and (B).

2.        Venue of this proceeding and this Motion is proper pursuant to 28 USC §§ 1408

and 1409.

3.        The statutory predicate for the relief sought herein is § 105(a) of the Bankruptcy

Code.

## BACKGROUND

4.        On September 11, 2019 (the "Petition Date"), Hollister Construction Services, LLC

("Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the

United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), thereby

initiating the above captioned Chapter 11 case (the "Chapter 11 Case").

5.        The Debtor continues to operate and manage its business as a debtor in possession

in accordance with §§ 1107 and 1108 of the Bankruptcy Code.

6.        On September 23, 2019, the Office of the United States Trustee appointed an

official committee of unsecured creditors in this Chapter 11 Case.

7.        Accordia Harrison Urban Renewal, LLC ("Accordia" or "Owner") owns certain

real property located at the premises described as Block 133, Lot 1.03, on the tax map of Harrison,

County of Hudson and State of New Jersey located at 700 Frank E. Rogers Boulevard, Harrison,

New Jersey (the "HUB Property").

8.      The Debtor and Owner are parties to certain contract documents dated as of November 20, 2017, including, without limitation, certain AIA Documents, A201 and A101 and all exhibits, annexed thereto, and all subsequent riders, modifications and change order (collectively, the "Contract") relating to the construction project described as HUB at Harrison (mixed use – commercial retail and residential rental apartments) (the "HUB Project") located on the HUB Property.

9.      In connection with the HUB Project, that certain Subcontract and Purchase Order (the "PECI Subcontract") was entered into by and between the Debtor, as general contractor, and Movant, as subcontractor, for Movant to perform certain construction services and work and to provide certain materials, goods and/or equipment on the HUB Project.

10.      Pursuant to the Debtor's Plan of Liquidation (Docket No.: 1703)("Plan") approved by this Honorable Court's Order dated April 16, 2021 (Docket No.: 1769),  SM Financial Services Corp. was appointed as escrow agent ("Escrow Agent") under and pursuant to that certain Escrow Agreement dated November 9, 2019, to administer the Escrow Account maintained at PNC Bank and ending in No. 8424, established for deposit of proceeds for payment of the Subcontractors on the so-called "Go Forward Projects," including the HUB Project.

11.      Pursuant to the Debtor's Plan and that certain Liquidating Trust Agreement, BAK Advisors, LLC and Bernard Katz were appointed Liquidating Trustee, Pursuant to Schedule C to Debtor's Plan, entitled "Statement Regarding Project Completion": "[w]hile the Liquidating Trustee will have no day to day responsibility for the completion of the {HUB Project}, the Liquidating Trustee will periodically consult with {Debtor's former managers and employees] as to the status of the Go-Forward Project Settlements to ensure that the Projects are completed and the owners make timely payments pursuant to the settlement agreement for each of these Projects."

12.     On December 13, 2019, the Debtor filed a Motion for Entry of One or More Orders Approving Various Settlements and Compromises by and among the Debtor, Project Owners, and Certain Subcontractors pursuant to Fed. R. Bankr. P. 9019 and Granting Related Relief (the "Settlement Motion") (Docket No.: 649).

13.     On February 5, 2020, the Bankruptcy Court entered an Order granting Debtor's Motion to Approve of a Settlement Agreement by and between Hollister Construction Services, LLC, Accordia Harrison Urban Renewal, LLC and Certain Subcontractors (the "Order") (Docket No. 899), therein approving the Settlement Agreement by and between the Debtor, the Ower and Certain Subcontractors (the "Settlement Agreement")(Docket No. 897).

14.     The Owner has consented to the jurisdiction of this Court.  In this regard, and per the express terms of the Settlement Agreement, the Parties (including the Owner), specifically consented to the Bankruptcy Court's jurisdiction to adjudicate any dispute or claim arising from or related to the Settlement Agreement.  In addition:  a) the Owner specifically solicited the assistance of the Debtor and the various Subcontractors, including Movant, in order to have the HUB Project completed; b) the Owner signed the Settlement Agreement which contains the terms and conditions for the resumption and completion of work on the HUB Project, including assurances and timing of payment by the Owner to the Subcontractors; and c) this Honorable Court specifically approved the Settlement Agreement as set forth in the Order.

15.     Movant is owned payment for Pre-Petition Work in the amount of $215,516.17, and for Post Petition Work in the amount of $30,348.95.

16.     Section 6 of the Settlement Agreement pertains to payment of Subcontractors for work performed and goods provided after the Petition Date, and provides as follows:

Post Petition Work and Post-Petition Retainage shall be paid into the Escrow Account pursuant to the Contract in the ordinary course of business without any discount or reduction due

to Debtor's bankruptcy.  Notwithstanding anything to the contrary in the Contract or herein, the Debtor will continue to supervise its Subcontractors on the Project through completion of same and authorizes the Owner to pay the Subcontractors through the Escrow Account the amounts due to them for services and/or goods provided after the Petition Date as necessary to complete the Project in the ordinary course of work and upon submission by the Subcontractors of all normal, customary and contractually required documentation to the Debtor and/or Owner and, if required, to obtain either a temporary or final certificate of occupancy for the Project.  All such payments to the Subcontractors shall be subject to prior approval of the Debtor, which approval shall not be unreasonably withheld or delayed, and execution of a construction lien waiver by each Subcontractor.  Amounts held as Post-Petition Retainage shall be held by Owner and released through the Escrow Account pursuant to the Contract in the ordinary course of business.

17.    While Movant providing electrical material and labor invoiced to Debtor and the Owner in the amount of $30,348.95 on March 7, 2024 (and on several times thereafter), Movant has yet to receive payment for its Post-Petition Work (as defined in the Settlement Agreement).  A copy of the email and invoices are marked as **Exhibit "A"** attached hereto and made a part hereof.

18.    Section 7 of the Settlement Agreement relates to payment for Pre-Petition Work, and provides, in pertinent part, as follows:

No later than five (5) business days after completion of Project in accordance with the terms of the Contract as modified herein, the Owner will deposit into the Escrow Account an amount representing the sum of 50% of the remaining 75% amount due for the Pre-Petition Work. Within seven (7) business days of completion of the Project in accordance with the terms of the Contract as modified herein, and the Subcontractors providing all required closeout documentation, including construction lien waivers for wall work, the Escrow Agent shall release the remaining fifty percent (50%) balance of the Additional Payment that is attributable to the Subcontractors, for payment to the Subcontractors in the amounts set forth in Exhibit A hereto, for application to the balance, if any, due to each Subcontractor on account of its prepetition claim for Pre-Petition Work (the "Final Payment").  Said Final Payment will be paid directly to the individual Subcontractors by the Escrow Agent from the Escrow Account in the amounts set forth on Exhibit A.   See Settlement Agreement at § 7.

19.    Movant has yet to receive payment in the amount of $215,516.17 for its Pre-Petition Work (as defined in the Settlement Agreement).

20.     Movant has requested payment for its Post-Petition Work in the amount of $30,348.95 and its Pre-Petition Work in the agreed amount of $215,516.17, pursuant to the terms of the Settlement Agreement.

21.     The Debtor and the Owner have defaulted under the terms of the Order, Settlement Agreement and Subcontract by their failure to pay the Movant in the amount of $30,348.95 for its Post-Petition Work and $215,516.17 for its Pre-Petition Work, due under the Order, Settlement Agreement and Subcontract for the work performed and goods and materials sold, delivered and provided by Movant on the HUB Project.  As of the date of this Motion, neither the Debtor nor the Owner have taken any steps to cure the payment default.  As such, the Debtor and the Owner have defaulted under the Order, Settlement Agreement and Subcontract.

## RELIEF REQUESTED

22.     Section 105(a) of the Bankruptcy Code provides, in pertinent part, as follows: "[t]he Court may issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this title."   11 USC § 105(b).

23.     The labor, as well as the goods and materials that were sold, delivered and provided by Movant on the HUB Project were at the request of the Debtor and Owner.  The labor, goods and materials provided by Movant on the HUD Project benefited the Debtor, its estate and creditors.  The Debtor and Owner have defaulted under the terms of the Order, Settlement Agreement and Subcontract by their failure to pay the Movant in the amount of $30,348.95 for its Post-Petition Work and $215,516.17 for its Pre-Petition Work, due under the Order, Settlement Agreement and Subcontract for the work performed and the goods and materials sold, delivered and provided by Movant on the HUB Project.  Movant is entitled to immediate payment in the amount of $30,348.95 for its Post-Petition Work and $215,516.17 for its Pre-Petition Work.  In

order to enforce the terms of the Order and Settlement Agreement, Movant requests that the Court compel the Debtor, the Owner, the Liquidating Trustee and/or the Escrow Agent to immediately remit payment to Movant in the amount of $30,348.95 for its Post-Petition Work, and in the amount of $215,516.17 for its Pre-Petition Work and to pay Movant for all attorneys' fees and expenses incurred in filing this Motion and enforcing the Order and Settlement Agreement.

## NOTICE

24.     Notice of this Motion has been given to (i) the Liquidating Trustee and its counsel; (ii) the Debtor and its counsel; (iii) the Owner, and its counsel; (iv) the Escrow Agent; (v) the Office of the United States Trustee; (vi) counsel for PNC Bank, N.A.; and (vii) all parties who have requested notice pursuant to Fed. R. Bankr. P. 2002.  Movant submits that such notice is proper and adequate and no further notice is necessary or required.

## CONCLUSION

WHEREFORE, Movant, Pereira Electrical Contracting, Inc., respectfully requests that this Court enter an Order (i) granting the Motion; (ii) compelling the Debtor, the Owner, the Liquidating Trustee, and/or the Escrow Agent to make immediate payment to the Movant in the amount of $30,348.95 for its Post-Petition Work and $215,516.17 for its Pre-Petition Work; (iii) to awarding Movant for all attorney's fees and expenses incurred in filing this Motion and enforcing the Order and Settlement Agreement; and (iv) granting such other and further relief as the Court may deem appropriate.

COHN LIFLAND PEARLMAN
HERRRMANN & KNOPF LLP

By:   s/ Mercedes Diego
Mercedes Diego, Esq.
Attorneys for Movant
Dated: October 29, 2025                                Pereira Electrical Contracting, Inc.

# EXHIBIT "A"

**From:** Pereira Electric <pereiraelectric1@aol.com>
**Sent:** Thursday, March 7, 2024 2:19 PM
**To:** Matt Higgins <matthewghiggins@yahoo.com>; Rob Unice <runice@hollistercs.com>; Rob Unice <unicerob@gmail.com>; David Williams <dwilliams@hollistercs.com>
**Cc:** Rose <rose@pereiraelectric.com>
**Subject:** Hub at Harrison

Good afternoon,

Attached please se our application #41 and change orders # 38 and #41.
Can you please provide payment information for outstanding payments. Thank you.

Sincerely yours,
Kate


Pereira Electrical Contracting, Inc.
205 Liberty Street
Metuchen, NJ 08840
Tele: 732-549-3790
Fax: 732-549-9790

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702

TO: Hollister Construction Services
339 Jefferson Road
Parsippany, NJ 07054

PROJECT:
LOCATION:
The Hub at Harrison

APPLICATION NO: 41
APPLICATION DATE: 3/7/2024
PERIOD TO: 3/31/2024

Distribution to:

☐ OWNER
☐ ARCHITECT
■ CONTRACTOR

FROM CONTRACTOR:
Pereira electrical Contracting, Inc
205 Liberty Street
Metuchen, NJ 08840

ARCHITECT:

CONTRACT NO:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| 1. Original Contract Amount | $ 2,645,000.00 |
| 2. Net change by Change Order | $ 884,374.47 |
| 3. CONTRACT SUM TO DATE (Line 1 +/-2) | $ 3,529,374.47 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ 3,529,374.47 |
| 5. RETAINAGE: | |
| a.    10%  of Completed Work (Column D + E on G703) | $ - |
| b.    of Stored Material (Column F on G703) | $ - |
| Total Retainage (Lines 5a + 5b) | $ - |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 minus Line 5 Total) | $ 3,529,374.47 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ 3,519,374.47 |
| 8. CURRENT PAYMENT DUE | $ 10,000.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 minus Line 6) | $ - |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 1,091,131.31 | $ (206,756.84) |
| Total approved this Month | | |
| TOTALS | $ 1,091,131.31 | $ (206,756.84) |
| NET CHANGES by Change Orders | $ | 884,374.47 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____   Date: 3/7/24

State of: New Jersey
County of:

Subscribed and sworn to
me this          day of
Notary Public:
My Commission expires

KATARZYNA OKULEWICZ
NOTARY PUBLIC OF NEW JERSEY
ID # 2369070
My Commission Expires Jan. 11, 2026

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the

AMOUNT CERTIFIED . . . . . . . . . . . . . . . . . . . . . . . . . $
AMOUNT CERTIFIED

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:

By: _____   Date: _____

This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702  APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE. N.W., WASHINGTON, DC 20006-5292

# CONTINUATION SHEET

## AIA DOCUMENT G7

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

~~In tabulations below, amounts are stated to the nearest dollar.~~
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 41
APPLICATION DATE: 3/7/2024
PERIOD TO: 3/31/2024
CONTRACT NO:

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E + F) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Unit rough (material) - 1st floor, Bldg. A | $ 11,100.00 | $ 11,100.00 | | | $ 11,100.00 | 100% | - | |
| 2 | Unit rough (material) - 2nd floor, Bldg A | $ 11,100.00 | $ 11,100.00 | | | $ 11,100.00 | 100% | - | |
| 3 | Unit rough (material) - 3rd floor, Bldg A | $ 11,100.00 | $ 11,100.00 | | | $ 11,100.00 | 100% | - | |
| 4 | Unit rough (material) - 4th floor, Bldg A | $ 11,100.00 | $ 11,100.00 | | | $ 11,100.00 | 100% | - | |
| 5 | Unit rough (material) - 5th floor, Bldg A | $ 11,100.00 | $ 11,100.00 | | | $ 11,100.00 | 100% | - | |
| 6 | Unit rough (labor) - 1st floor, Bldg A | $ 4,750.00 | $ 4,750.00 | | | $ 4,750.00 | 100% | - | |
| 7 | Unit rough (labor) - 2nd floor, Bldg A | $ 4,750.00 | $ 4,750.00 | | | $ 4,750.00 | 100% | - | |
| 8 | Unit rough (labor) - 3rd floor, Bldg A | $ 4,750.00 | $ 4,750.00 | | | $ 4,750.00 | 100% | - | |
| 9 | Unit rough (labor) - 4th floor, Bldg A | $ 4,750.00 | $ 4,750.00 | | | $ 4,750.00 | 100% | - | |
| 10 | Unit rough (labor) - 5th floor, Bldg A | $ 4,750.00 | $ 4,750.00 | | | $ 4,750.00 | 100% | - | |
| 11 | Unit final (material) - 1st floor, Bldg A | $ 4,750.00 | $ 4,750.00 | | | $ 4,750.00 | 100% | - | |
| 12 | Unit final (material) - 2nd floor, Bldg A | $ 4,750.00 | $ 4,750.00 | | | $ 4,750.00 | 100% | - | |
| 13 | Unit final (material) - 3rd floor, Bldg A | $ 4,750.00 | $ 4,750.00 | | | $ 4,750.00 | 100% | - | |
| 14 | Unit final (material) - 4th floor, Bldg A | $ 4,750.00 | $ 4,750.00 | | | $ 4,750.00 | 100% | - | |
| 15 | Unit final (material) - 5th floor, Bldg A | $ 4,750.00 | $ 4,750.00 | | | $ 4,750.00 | 100% | - | |
| 16 | Unit final (labor) - 1st floor, Bldg A | $ 2,050.00 | $ 2,050.00 | | | $ 2,050.00 | 100% | - | |
| 17 | Unit final (labor) - 2nd floor, Bldg A | $ 2,050.00 | $ 2,050.00 | | | $ 2,050.00 | 100% | - | |
| 18 | Unit final (labor) - 3rd floor, Bldg A | $ 2,050.00 | $ 2,050.00 | | | $ 2,050.00 | 100% | - | |
| 19 | Unit final (labor) - 4th floor, Bldg A | $ 2,050.00 | $ 2,050.00 | | | $ 2,050.00 | 100% | - | |
| 20 | Unit final (labor) - 5th floor, Bldg A | $ 2,050.00 | $ 2,050.00 | | | $ 2,050.00 | 100% | - | |
| 21 | Unit fixtures - 1st floor, Bldg A | $ 25,850.00 | $ 25,850.00 | | | $ 25,850.00 | 100% | - | |
| 22 | Unit fixtures - 2nd floor, Bldg A | $ 25,850.00 | $ 25,850.00 | | | $ 25,850.00 | 100% | - | |
| 23 | Unit fixtures - 3rd floor, Bldg A | $ 25,850.00 | $ 25,850.00 | | | $ 25,850.00 | 100% | - | |
| 24 | Unit fixtures - 4th floor, Bldg A | $ 25,850.00 | $ 25,850.00 | | | $ 25,850.00 | 100% | - | |
| 25 | Unit fixtures - 5th floor, Bldg A | $ 25,850.00 | $ 25,850.00 | | | $ 25,850.00 | 100% | - | |
| 26 | Common area rough (material) - 1st fl, Bldg A | $ 2,020.00 | $ 2,020.00 | | | $ 2,020.00 | 100% | - | |
| 27 | Common area rough (material) - 2nd fl, Bldg A | $ 2,020.00 | $ 2,020.00 | | | $ 2,020.00 | 100% | - | |
| 28 | Common area rough (material) - 3rd fl, Bldg A | $ 2,020.00 | $ 2,020.00 | | | $ 2,020.00 | 100% | - | |
| 29 | Common area rough (material) - 4thfl, Bldg A | $ 2,020.00 | $ 2,020.00 | | | $ 2,020.00 | 100% | - | |
| 30 | Common area rough (material) - 5th fl, Bldg A | $ 2,020.00 | $ 2,020.00 | | | $ 2,020.00 | 100% | - | |
| 31 | Common area rough (labor) - 1st fl, Bldg A | $ 900.00 | $ 900.00 | | | $ 900.00 | 100% | - | |

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

G703-1992

| # | Description | | | | % |
|---|---|---|---|---|---|
| 32 | Common area rough (labor) - 2nd fl, Bldg A | $ 900.00 | $ 900.00 | $ 900.00 | 100% |
| 33 | Common area rough (labor) - 3rd fl, Bldg A | $ 900.00 | $ 900.00 | $ 900.00 | 100% |
| 34 | Common area rough (labor) - 4th fl, Bldg A | $ 900.00 | $ 900.00 | $ 900.00 | 100% |
| 35 | Common area rough (labor) - 5th fl, Bldg A | $ 900.00 | $ 900.00 | $ 900.00 | 100% |
| 36 | Common area final (material) - 1st fl, Bldg A | $ 900.00 | $ 900.00 | $ 900.00 | 100% |
| 37 | Common area final (material) - 2nd fl, Bldg A | $ 900.00 | $ 900.00 | $ 900.00 | 100% |
| 38 | Common area final (material) - 3rd fl, Bldg A | $ 900.00 | $ 900.00 | $ 900.00 | 100% |
| 39 | Common area final (material) - 4th fl, Bldg A | $ 900.00 | $ 900.00 | $ 900.00 | 100% |
| 40 | Common area final (material) - 5th fl, Bldg A | $ 900.00 | $ 900.00 | $ 900.00 | 100% |
| 41 | Common area final (labor) - 1st fl, Bldg A | $ 400.00 | $ 400.00 | $ 400.00 | 100% |
| 42 | Common area final (labor) - 2nd fl, Bldg A | $ 400.00 | $ 400.00 | $ 400.00 | 100% |
| 43 | Common area final (labor) - 3rd fl, Bldg A | $ 400.00 | $ 400.00 | $ 400.00 | 100% |
| 44 | Common area final (labor) - 4th fl, Bldg A | $ 400.00 | $ 400.00 | $ 400.00 | 100% |
| 45 | Common area final (labor) - 5th fl, Bldg A | $ 400.00 | $ 400.00 | $ 400.00 | 100% |
| 46 | Common area fixtures - 1st fl, Bldg A | $ 4,700.00 | $ 4,700.00 | $ 4,700.00 | 100% |
| 47 | Common area fixtures - 2nd fl, Bldg A | $ 4,700.00 | $ 4,700.00 | $ 4,700.00 | 100% |
| 48 | Common area fixtures - 3rd fl, Bldg A | $ 4,700.00 | $ 4,700.00 | $ 4,700.00 | 100% |
| 49 | Common area fixtures - 4th fl, Bldg A | $ 4,700.00 | $ 4,700.00 | $ 4,700.00 | 100% |
| 50 | Common area fixtures - 5th fl, Bldg A | $ 4,700.00 | $ 4,700.00 | $ 4,700.00 | 100% |
| 51 | Garage rough (material) - Bldg A | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | 100% |
| 52 | Garage rough (labor) - Bldg A | $ 13,000.00 | $ 13,000.00 | $ 13,000.00 | 100% |
| 53 | Garage final (material) - Bldg A | $ 13,000.00 | $ 13,000.00 | $ 13,000.00 | 100% |
| 54 | Garage final (labor) - Bldg A | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | 100% |
| 55 | Garage fixtures - Bldg A | $ 70,500.00 | $ 70,500.00 | $ 70,500.00 | 100% |
| 56 | Amenities rough (material) - Bldg A | $ 5,050.00 | $ 5,050.00 | $ 5,050.00 | 100% |
| 57 | Amenities rough (labor) - Bldg A | $ 2,150.00 | $ 2,150.00 | $ 2,150.00 | 100% |
| 58 | Amenities final (material) - Bldg A | $ 2,150.00 | $ 2,150.00 | $ 2,150.00 | 100% |
| 59 | Amenities final (labor) - Bldg A | $ 950.00 | $ 950.00 | $ 950.00 | 100% |
| 60 | Amenities fixtures - Bldg A | $ 11,750.00 | $ 11,750.00 | $ 11,750.00 | 100% |
| 61 | Courtyard rough - Bldg A | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | 100% |
| 62 | Courtyard final - Bldg A | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | 100% |
| 63 | Fire pump wiring - Bldg A | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | 100% |
| 64 | Fire pump energize - Bldg A | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | 100% |
| 65 | Elevator rough - Bldg A | $ 14,000.00 | $ 14,000.00 | $ 14,000.00 | 100% |
| 66 | Elevator final - Bldg A | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | 100% |
| 67 | Shop drawings/sumbittals - Bldg A | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | 100% |
| 68 | Temporary power - Bldg A | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | 100% |
| 69 | Temporary lights - Bldg A | $ 4,950.00 | $ 4,950.00 | $ 4,950.00 | 100% |
| 70 | Service equipment - Bldg A | $ 188,000.00 | $ 188,000.00 | $ 188,000.00 | 100% |
| 71 | Service installation - Bldg A | $ 49,000.00 | $ 49,000.00 | $ 49,000.00 | 100% |
| 72 | Secondary material - Bldg A | $ 41,300.00 | $ 41,300.00 | $ 41,300.00 | 100% |
| 73 | Secondary labor - Bldg A | $ 17,700.00 | $ 17,700.00 | $ 17,700.00 | 100% |
| 74 | Risers - 1st floor, Bldg A | $ 18,000.00 | $ 18,000.00 | $ 18,000.00 | 100% |

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992 THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

| No. | Description | | | | % |
|---|---|---|---|---|---|
| 75 | Risers - 2nd floor, Bldg A | $ | 18,000.00 | $ 18,000.00 | 100% |
| 76 | Risers - 3rd floor, Bldg A | $ | 18,000.00 | $ 18,000.00 | 100% |
| 77 | Risers - 4th floor, Bldg A | $ | 18,000.00 | $ 18,000.00 | 100% |
| 78 | Risers - 5th floor, Bldg A | $ | 18,000.00 | $ 18,000.00 | 100% |
| 79 | Fire alarm rough (material) - ground level, Bldg A | $ | 11,000.00 | $ 11,000.00 | 100% |
| 80 | Fire alarm rough (material) - 1st floor, Bldg A | $ | 11,000.00 | $ 11,000.00 | 100% |
| 81 | Fire alarm rough (material) - 2nd floor, Bldg A | $ | 11,000.00 | $ 11,000.00 | 100% |
| 82 | Fire alarm rough (material) - 3rd floor, Bldg A | $ | 11,000.00 | $ 11,000.00 | 100% |
| 83 | Fire alarm rough (material) - 4th floor, Bldg A | $ | 11,000.00 | $ 11,000.00 | 100% |
| 84 | Fire alarm rough (material) - 5th floor, Bldg A | $ | 11,000.00 | $ 11,000.00 | 100% |
| 85 | Fire alarm rough (labor) - ground level, Bldg A | $ | 5,200.00 | $ 5,200.00 | 100% |
| 86 | Fire alarm rough (labor) - 1st floor, Bldg A | $ | 5,200.00 | $ 5,200.00 | 100% |
| 87 | Fire alarm rough (labor) - 2nd floor, Bldg A | $ | 5,200.00 | $ 5,200.00 | 100% |
| 88 | Fire alarm rough (labor) - 3rd floor, Bldg A | $ | 5,200.00 | $ 5,200.00 | 100% |
| 89 | Fire alarm rough (labor) - 4th floor, Bldg A | $ | 5,200.00 | $ 5,200.00 | 100% |
| 90 | Fire alarm rough (labor) - 5th floor, Bldg A | $ | 5,200.00 | $ 5,200.00 | 100% |
| 91 | Fire alarm final (material) - ground level, Bldg A | $ | 5,200.00 | $ 5,200.00 | 100% |
| 92 | Fire alarm final (material) - 1s floor, Bldg A | $ | 5,200.00 | $ 5,200.00 | 100% |
| 93 | Fire alarm final (material) - 2nd floor, Bldg A | $ | 5,200.00 | $ 5,200.00 | 100% |
| 94 | Fire alarm final (material) - 3rd floor, Bldg A | $ | 5,200.00 | $ 5,200.00 | 100% |
| 95 | Fire alarm final (material) - 4th floor, Bldg A | $ | 5,200.00 | $ 5,200.00 | 100% |
| 96 | Fire alarm final (material) - 5th floor, Bldg A | $ | 5,200.00 | $ 5,200.00 | 100% |
| 97 | Fire alarm final (labor) - ground level, Bldg A | $ | 2,500.00 | $ 2,500.00 | 100% |
| 98 | Fire alarm final (labor) - 1st floor, Bldg A | $ | 2,500.00 | $ 2,500.00 | 100% |
| 99 | Fire alarm final (labor) - 2nd floor, Bldg A | $ | 2,500.00 | $ 2,500.00 | 100% |
| 100 | Fire alarm final (labor) - 3rd floor, Bldg A | $ | 2,500.00 | $ 2,500.00 | 100% |
| 101 | Fire alarm final (labor) - 4th floor, Bldg A | $ | 2,500.00 | $ 2,500.00 | 100% |
| 102 | Fire alarm final (labor) - 5th floor, Bldg A | $ | 2,500.00 | $ 2,500.00 | 100% |
| 103 | Tel/Dat, Audio/Vis and security rough (material) - 1st fl, Bldg A | $ | 7,080.00 | $ 7,080.00 | 100% |
| 104 | Tel/Dat, Audio/Vis and security rough (material) - 2nd fl, Bldg A | $ | 7,080.00 | $ 7,080.00 | 100% |
| 105 | Tel/Dat, Audio/Vis and security rough (material) - 3rd fl, Bldg A | $ | 7,080.00 | $ 7,080.00 | 100% |
| 106 | Tel/Dat, Audio/Vis and security rough (material) - 4th fl, Bldg A | $ | 7,080.00 | $ 7,080.00 | 100% |
| 107 | Tel/Dat, Audio/Vis and security rough (material) - 5th fl, Bldg A | $ | 7,080.00 | $ 7,080.00 | 100% |
| 108 | Tel/Dat, Audio/Vis and security rough (labor) - 1st fl, Bldg A | $ | 3,120.00 | $ 3,120.00 | 100% |
| 109 | Tel/Dat, Audio/Vis and security rough (labor) - 2nd fl, Bldg A | $ | 3,120.00 | $ 3,120.00 | 100% |
| 110 | Tel/Dat, Audio/Vis and security rough (labor) - 3rd fl, Bldg A | $ | 3,120.00 | $ 3,120.00 | 100% |
| 111 | Tel/Dat, Audio/Vis and security rough (labor) - 4th fl, Bldg A | $ | 3,120.00 | $ 3,120.00 | 100% |
| 112 | Tel/Dat, Audio/Vis and security rough (labor) - 5th fl, Bldg A | $ | 3,120.00 | $ 3,120.00 | 100% |
| 113 | Tel/Dat, Audio/Vis and security final (material) - 1st fl, Bldg A | $ | 3,120.00 | $ 3,120.00 | 100% |
| 114 | Tel/Dat, Audio/Vis and security final (material) - 2nd fl, Bldg A | $ | 3,120.00 | $ 3,120.00 | 100% |
| 115 | Tel/Dat, Audio/Vis and security final (material) - 3rd fl, Bldg A | $ | 3,120.00 | $ 3,120.00 | 100% |
| 116 | Tel/Dat, Audio/Vis and security final (material) - 4th fl, Bldg A | $ | 3,120.00 | $ 3,120.00 | 100% |
| 117 | Tel/Dat, Audio/Vis and security final (material) - 5th fl, Bldg A | $ | 3,120.00 | $ 3,120.00 | 100% |

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992 THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

| # | Description | | | | | % |
|---|---|---|---|---|---|---|
| 118 | Tel/Dat, Audio/Vis and security final (labor) - 1st fl, Bldg A | $ 1,320.00 | $ 1,320.00 | | $ 1,320.00 | 100% |
| 119 | Tel/Dat, Audio/Vis and security final (labor) - 2nd fl, Bldg A | $ 1,320.00 | $ 1,320.00 | | $ 1,320.00 | 100% |
| 120 | Tel/Dat, Audio/Vis and security final (labor) - 3rd fl, Bldg A | $ 1,320.00 | $ 1,320.00 | | $ 1,320.00 | 100% |
| 121 | Tel/Dat, Audio/Vis and security final (labor) - 4th fl, Bldg A | $ 1,320.00 | $ 1,320.00 | | $ 1,320.00 | 100% |
| 122 | Tel/Dat, Audio/Vis and security final (labor) - 5th fl, Bldg A | $ 1,320.00 | $ 1,320.00 | | $ 1,320.00 | 100% |
| 123 | Generator material - Bldg A | $ 40,150.00 | $ 40,150.00 | | $ 40,150.00 | 100% |
| 124 | Generator rough - Bldg A | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 | 100% |
| 125 | Generator final - Bldg A | $ 8,850.00 | $ 8,850.00 | | $ 8,850.00 | 100% |
| 126 | As builds, warranties - Bldg A | $ 5,000.00 | | $ 5,000.00 | $ 5,000.00 | 100% |
| 127 | Unit rough (material) - 1st floor, Bldg. D | $ 6,500.00 | $ 6,500.00 | | $ 6,500.00 | 100% |
| 128 | Unit rough (material) - 2nd floor, Bldg D | $ 17,500.00 | $ 17,500.00 | | $ 17,500.00 | 100% |
| 129 | Unit rough (material) - 3rd floor, Bldg D | $ 17,500.00 | $ 17,500.00 | | $ 17,500.00 | 100% |
| 130 | Unit rough (material) - 4th floor, Bldg D | $ 17,500.00 | $ 17,500.00 | | $ 17,500.00 | 100% |
| 131 | Unit rough (material) - 5th floor, Bldg D | $ 17,500.00 | $ 17,500.00 | | $ 17,500.00 | 100% |
| 132 | Unit rough (labor) - 1st floor, Bldg D | $ 3,500.00 | $ 3,500.00 | | $ 3,500.00 | 100% |
| 133 | Unit rough (labor) - 2nd floor, Bldg D | $ 8,000.00 | $ 8,000.00 | | $ 8,000.00 | 100% |
| 134 | Unit rough (labor) - 3rd floor, Bldg D | $ 8,000.00 | $ 8,000.00 | | $ 8,000.00 | 100% |
| 135 | Unit rough (labor) - 4th floor, Bldg D | $ 8,000.00 | $ 8,000.00 | | $ 8,000.00 | 100% |
| 136 | Unit rough (labor) - 5th floor, Bldg D | $ 8,000.00 | $ 8,000.00 | | $ 8,000.00 | 100% |
| 137 | Unit final (material) - 1st floor, Bldg D | $ 3,500.00 | $ 3,500.00 | | $ 3,500.00 | 100% |
| 138 | Unit final (material) - 2nd floor, Bldg D | $ 8,000.00 | $ 8,000.00 | | $ 8,000.00 | 100% |
| 139 | Unit final (material) - 3rd floor, Bldg D | $ 8,000.00 | $ 8,000.00 | | $ 8,000.00 | 100% |
| 140 | Unit final (material) - 4th floor, Bldg D | $ 8,000.00 | $ 8,000.00 | | $ 8,000.00 | 100% |
| 141 | Unit final (material) - 5th floor, Bldg D | $ 8,000.00 | $ 8,000.00 | | $ 8,000.00 | 100% |
| 142 | Unit final (labor) - 1st floor, Bldg D | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 | 100% |
| 143 | Unit final (labor) - 2nd floor, Bldg D | $ 4,500.00 | $ 4,500.00 | | $ 4,500.00 | 100% |
| 144 | Unit final (labor) - 3rd floor, Bldg D | $ 4,500.00 | $ 4,500.00 | | $ 4,500.00 | 100% |
| 145 | Unit final (labor) - 4th floor, Bldg D | $ 4,500.00 | $ 4,500.00 | | $ 4,500.00 | 100% |
| 146 | Unit final (labor) - 5th floor, Bldg D | $ 4,500.00 | $ 4,500.00 | | $ 4,500.00 | 100% |
| 147 | Unit fixtures - 1st floor, Bldg D | $ 14,000.00 | $ 14,000.00 | | $ 14,000.00 | 100% |
| 148 | Unit fixtures - 2nd floor, Bldg D | $ 39,000.00 | $ 39,000.00 | | $ 39,000.00 | 100% |
| 149 | Unit fixtures - 3rd floor, Bldg D | $ 39,000.00 | $ 39,000.00 | | $ 39,000.00 | 100% |
| 150 | Unit fixtures - 4th floor, Bldg D | $ 39,000.00 | $ 39,000.00 | | $ 39,000.00 | 100% |
| 151 | Unit fixtures - 5th floor, Bldg D | $ 39,000.00 | $ 39,000.00 | | $ 39,000.00 | 100% |
| 152 | Common area rough (material) - 1st fl, Bldg D | $ 4,500.00 | $ 4,500.00 | | $ 4,500.00 | 100% |
| 153 | Common area rough (material) - 2nd fl, Bldg D | $ 4,500.00 | $ 4,500.00 | | $ 4,500.00 | 100% |
| 154 | Common area rough (material) - 3rd fl, Bldg D | $ 4,500.00 | $ 4,500.00 | | $ 4,500.00 | 100% |
| 155 | Common area rough (material) - 4thfl, Bldg D | $ 4,500.00 | $ 4,500.00 | | $ 4,500.00 | 100% |
| 156 | Common area rough (material) - 5th fl, Bldg D | $ 4,500.00 | $ 4,500.00 | | $ 4,500.00 | 100% |
| 157 | Common area rough (labor) - 1st fl, Bldg D | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 | 100% |
| 158 | Common area rough (labor) - 2nd fl, Bldg D | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 | 100% |
| 159 | Common area rough (labor) - 3rd fl, Bldg D | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 | 100% |
| 160 | Common area rough (labor) - 4th fl, Bldg D | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 | 100% |

G703-1992

| | | | | |
|---|---|---|---|---|
| 161 | Common area rough (labor) - 5th fl, Bldg D | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | 100% |
| 162 | Common area final (material) - 1st fl, Bldg D | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | 100% |
| 163 | Common area final (material) - 2nd fl, Bldg D | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | 100% |
| 164 | Common area final (material) - 3rd fl, Bldg D | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | 100% |
| 165 | Common area final (material) - 4th fl, Bldg D | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | 100% |
| 166 | Common area final (material) - 5th fl, Bldg D | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | 100% |
| 167 | Common area final (labor) - 1st fl, Bldg D | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | 100% |
| 168 | Common area final (labor) - 2nd fl, Bldg D | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | 100% |
| 169 | Common area final (labor) - 3rd fl, Bldg D | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | 100% |
| 170 | Common area final (labor) - 4th fl, Bldg D | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | 100% |
| 171 | Common area final (labor) - 5th fl, Bldg D | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | 100% |
| 172 | Common area fixtures - 1st fl, Bldg D | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | 100% |
| 173 | Common area fixtures - 2nd fl, Bldg D | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | 100% |
| 174 | Common area fixtures - 3rd fl, Bldg D | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | 100% |
| 175 | Common area fixtures - 4th fl, Bldg D | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | 100% |
| 176 | Common area fixtures - 5th fl, Bldg D | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | 100% |
| 177 | Garage rough (material) - Bldg D | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 | 100% |
| 178 | Garage rough (labor) - Bldg D | $ 17,500.00 | $ 17,500.00 | $ 17,500.00 | 100% |
| 179 | Garage final (material) - Bldg D | $ 17,500.00 | $ 17,500.00 | $ 17,500.00 | 100% |
| 180 | Garage final (labor) - Bldg D | $ 8,500.00 | $ 8,500.00 | $ 8,500.00 | 100% |
| 181 | Garage fixtures - Bldg D | $ 89,700.00 | $ 89,700.00 | $ 89,700.00 | 100% |
| 182 | Amenities rough (material) - Bldg D | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | 100% |
| 183 | Amenities rough (labor) - Bldg D | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | 100% |
| 184 | Amenities final (material) - Bldg D | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | 100% |
| 185 | Amenities final (labor) - Bldg D | $ 1,050.00 | $ 1,050.00 | $ 1,050.00 | 100% |
| 186 | Amenities fixtures - Bldg D | $ 13,750.00 | $ 13,750.00 | $ 13,750.00 | 100% |
| 187 | Courtyard rough - Bldg D | $ 10,500.00 | $ 10,500.00 | $ 10,500.00 | 100% |
| 188 | Courtyard final - Bldg D | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | 100% |
| 189 | Fire pump wiring - Bldg D | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | 100% |
| 190 | Fire pump energize - Bldg D | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | 100% |
| 191 | Elevator rough - Bldg D | $ 14,000.00 | $ 14,000.00 | $ 14,000.00 | 100% |
| 192 | Elevator final - Bldg D | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | 100% |
| 193 | Shop drawings/submittals - Bldg D | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | 100% |
| 194 | Temporary power - Bldg D | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | 100% |
| 195 | Temporay lights - Bldg D | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | 100% |
| 196 | Service equipment - Bldg D | $ 200,000.00 | $ 200,000.00 | $ 200,000.00 | 100% |
| 197 | Service installation - Bldg D | $ 60,150.00 | $ 60,150.00 | $ 60,150.00 | 100% |
| 198 | Secondary material - Bldg D | $ 56,000.00 | $ 56,000.00 | $ 56,000.00 | 100% |
| 199 | Secondary labor - Bldg D | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | 100% |
| 200 | Risers - 1st floor, Bldg D | $ 23,000.00 | $ 23,000.00 | $ 23,000.00 | 100% |
| 201 | Risers - 2nd floor, Bldg D | $ 23,000.00 | $ 23,000.00 | $ 23,000.00 | 100% |
| 202 | Risers - 3rd floor, Bldg D | $ 23,000.00 | $ 23,000.00 | $ 23,000.00 | 100% |
| 203 | Risers - 4th floor, Bldg D | $ 23,000.00 | $ 23,000.00 | $ 23,000.00 | 100% |

| No. | Description | | | % |
|---|---|---|---|---|
| 204 | Risers - 5th floor, Bldg D | $ 23,000.00 | $ 23,000.00 | 100% |
| 205 | Fire alarm rough (material) - ground level, Bldg D | $ 14,000.00 | $ 14,000.00 | 100% |
| 206 | Fire alarm rough (material) - 1st floor, Bldg D | $ 14,000.00 | $ 14,000.00 | 100% |
| 207 | Fire alarm rough (material) - 2nd floor, Bldg D | $ 14,000.00 | $ 14,000.00 | 100% |
| 208 | Fire alarm rough (material) - 3rd floor, Bldg D | $ 14,000.00 | $ 14,000.00 | 100% |
| 209 | Fire alarm rough (material) - 4th floor, Bldg D | $ 14,000.00 | $ 14,000.00 | 100% |
| 210 | Fire alarm rough (material) - 5th floor, Bldg D | $ 14,000.00 | $ 14,000.00 | 100% |
| 211 | Fire alarm rough (labor) - ground level, Bldg D | $ 6,600.00 | $ 6,600.00 | 100% |
| 212 | Fire alarm rough (labor) - 1st floor, Bldg D | $ 6,600.00 | $ 6,600.00 | 100% |
| 213 | Fire alarm rough (labor) - 2nd floor, Bldg D | $ 6,600.00 | $ 6,600.00 | 100% |
| 214 | Fire alarm rough (labor) - 3rd floor, Bldg D | $ 6,600.00 | $ 6,600.00 | 100% |
| 215 | Fire alarm rough (labor) - 4th floor, Bldg D | $ 6,600.00 | $ 6,600.00 | 100% |
| 216 | Fire alarm rough (labor) - 5th floor, Bldg D | $ 6,600.00 | $ 6,600.00 | 100% |
| 217 | Fire alarm final (material) - ground level, Bldg D | $ 6,600.00 | $ 6,600.00 | 100% |
| 218 | Fire alarm final (material) - 1s floor, Bldg D | $ 6,600.00 | $ 6,600.00 | 100% |
| 219 | Fire alarm final (material) - 2nd floor, Bldg D | $ 6,600.00 | $ 6,600.00 | 100% |
| 220 | Fire alarm final (material) - 3rd floor, Bldg D | $ 6,600.00 | $ 6,600.00 | 100% |
| 221 | Fire alarm final (material) - 4th floor, Bldg D | $ 6,600.00 | $ 6,600.00 | 100% |
| 222 | Fire alarm final (material) - 5th floor, Bldg D | $ 6,600.00 | $ 6,600.00 | 100% |
| 223 | Fire alarm final (labor) - ground level, Bldg D | $ 3,200.00 | $ 3,200.00 | 100% |
| 224 | Fire alarm final (labor) - 1st floor, Bldg D | $ 3,200.00 | $ 3,200.00 | 100% |
| 225 | Fire alarm final (labor) - 2nd floor, Bldg D | $ 3,200.00 | $ 3,200.00 | 100% |
| 226 | Fire alarm final (labor) - 3rd floor, Bldg D | $ 3,200.00 | $ 3,200.00 | 100% |
| 227 | Fire alarm final (labor) - 4th floor, Bldg D | $ 3,200.00 | $ 3,200.00 | 100% |
| 228 | Fire alarm final (labor) - 5th floor, Bldg D | $ 3,200.00 | $ 3,200.00 | 100% |
| 229 | Tel/Dat, Audio/Vis and security rough (material) - 1st fl, Bldg D | $ 3,500.00 | $ 3,500.00 | 100% |
| 230 | Tel/Dat, Audio/Vis and security rough (material) - 2nd fl, Bldg D | $ 10,400.00 | $ 10,400.00 | 100% |
| 231 | Tel/Dat, Audio/Vis and security rough (material) - 3rd fl, Bldg D | $ 10,400.00 | $ 10,400.00 | 100% |
| 232 | Tel/Dat, Audio/Vis and security rough (material) - 4th fl, Bldg D | $ 10,400.00 | $ 10,400.00 | 100% |
| 233 | Tel/Dat, Audio/Vis and security rough (material) - 5th fl, Bldg D | $ 10,400.00 | $ 10,400.00 | 100% |
| 234 | Tel/Dat, Audio/Vis and security rough (labor) - 1st fl, Bldg D | $ 1,550.00 | $ 1,550.00 | 100% |
| 235 | Tel/Dat, Audio/Vis and security rough (labor) - 2nd fl, Bldg D | $ 4,600.00 | $ 4,600.00 | 100% |
| 236 | Tel/Dat, Audio/Vis and security rough (labor) - 3rd fl, Bldg D | $ 4,600.00 | $ 4,600.00 | 100% |
| 237 | Tel/Dat, Audio/Vis and security rough (labor) - 4th fl, Bldg D | $ 4,600.00 | $ 4,600.00 | 100% |
| 238 | Tel/Dat, Audio/Vis and security rough (labor) - 5th fl, Bldg D | $ 4,600.00 | $ 4,600.00 | 100% |
| 239 | Tel/Dat, Audio/Vis and security final (material) - 1st fl, Bldg D | $ 1,550.00 | $ 1,550.00 | 100% |
| 240 | Tel/Dat, Audio/Vis and security final (material) - 2nd fl, Bldg D | $ 4,600.00 | $ 4,600.00 | 100% |
| 241 | Tel/Dat, Audio/Vis and security final (material) - 3rd fl, Bldg D | $ 4,600.00 | $ 4,600.00 | 100% |
| 242 | Tel/Dat, Audio/Vis and security final (material) - 4th fl, Bldg D | $ 4,600.00 | $ 4,600.00 | 100% |
| 243 | Tel/Dat, Audio/Vis and security final (material) - 5th fl, Bldg D | $ 4,600.00 | $ 4,600.00 | 100% |
| 244 | Tel/Dat, Audio/Vis and security final (labor) - 1st fl, Bldg D | $ 650.00 | $ 650.00 | 100% |
| 245 | Tel/Dat, Audio/Vis and security final (labor) - 2nd fl, Bldg D | $ 2,000.00 | $ 2,000.00 | 100% |
| 246 | Tel/Dat, Audio/Vis and security final (labor) - 3rd fl, Bldg D | $ 2,000.00 | $ 2,000.00 | 100% |

| | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 247 | Tel/Dat, Audio/Vis and security final (labor) - 4th fl, Bldg D | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 | 100% | $ - |
| 248 | Tel/Dat, Audio/Vis and security final (labor) - 5th fl, Bldg D | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 | 100% | $ - |
| 249 | Generator material - Bldg D | $ 41,200.00 | $ 41,200.00 | | $ 41,200.00 | 100% | $ - |
| 250 | Generator rough - Bldg D | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 | 100% | $ - |
| 251 | Generator final - Bldg D | $ 14,800.00 | $ 14,800.00 | | $ 14,800.00 | 100% | $ - |
| 252 | As builds, warranties - Bldg D | $ 5,000.00 | | $ 5,000.00 | $ 5,000.00 | 100% | $ - |
| 253 | CCC#1 | $ 796,200.61 | $ 796,200.61 | | $ 796,200.61 | 100% | $ - |
| 254 | CCC#2 | $ 200,876.62 | $ 200,876.62 | | $ 200,876.62 | 100% | $ - |
| 255 | CCC#3 | $ (500.00) | $ (500.00) | | $ (500.00) | 100% | $ - |
| 256 | CCC#4 | $ (166,650.68) | $ (166,650.68) | | $ (166,650.68) | 100% | $ - |
| 257 | CCC#5 | $ 14,072.60 | $ 14,072.60 | | $ 14,072.60 | 100% | $ - |
| 258 | CCC#6 | $ 1,011.99 | $ 1,011.99 | | $ 1,011.99 | 100% | $ - |
| 259 | CCC#7 | $ (778.33) | $ (778.33) | | $ (778.33) | 100% | $ - |
| 260 | CCC#8 | $ 6,749.42 | $ 6,749.42 | | $ 6,749.42 | 100% | $ - |
| 261 | CCC#9 | $ 400.00 | $ 400.00 | | $ 400.00 | 100% | $ - |
| 262 | CCC#10 | $ 595.00 | $ 595.00 | | $ 595.00 | 100% | $ - |
| 263 | CCC#11 | $ 1,122.47 | $ 1,122.47 | | $ 1,122.47 | 100% | $ - |
| 264 | CCC#12 | $ 4,215.02 | $ 4,215.02 | | $ 4,215.02 | 100% | $ - |
| 265 | CCC#13 | $ 270.00 | $ 270.00 | | $ 270.00 | 100% | $ - |
| 266 | CCC#14 | $ 9,167.62 | $ 9,167.62 | | $ 9,167.62 | 100% | $ - |
| 267 | modules for door releases 7873-C/C37 | $ 6,031.31 | $ 6,031.31 | | $ 6,031.31 | 100% | $ - |
| 268 | 7873-C/O40 | $ 5,775.00 | $ 5,775.00 | | $ 5,775.00 | 100% | $ - |
| 269 | 7873-C/O43 | $ 5,815.82 | $ 5,815.82 | | $ 5,815.82 | 100% | $ - |
| | **GRAND TOTALS** | $ 3,529,374.47 | $ 3,519,374.47 | $ 10,000.00 | $ 3,529,374.47 | | $ - |

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

# Pereira Electrical Contracting, Inc.

MAIN OFFICE: 205 Liberty Street, Metuchen, NJ 08840, T (732) 549-3790, pereiraelectric1@aol.com
SOUTH OFFICE: 256 Harding Highway, Newfield, NJ 08344, T (856) 358-2243, pereiraelectric2@aol.com

License & Business Permit #9461

| Bill To |
| --- |
| Hollister Construction Services |
| 339 Jefferson Road |
| Parsippany. NJ 07054 |

# Invoice

| | |
| --- | --- |
| Invoice # | 7873-C/O38 |
| Date | 3/7/24 |
| Terms | Net 30 |

| Project Manager | Brian McNamara |
| --- | --- |

| Description | Amount |
| --- | --- |
| The Hub at Harrison Station<br>700 Frank E. Rodgers Blvd. South<br>Harrison. NJ 07029<br><br>Change Order Request #38<br><br>Provide the labor and material to fire stopped garage. Exposed to elements and had to be redone.<br><br>Total for complete work (for details please see attached breakdown sheet): | 11,113.93 |

| 2% service charge per month on past due amounts plus collection expenses and attorney's fees. | **Total** | $11,113.93 |
| --- | --- | --- |

# PEREIRA ELECTRICAL CONTRACTING, INC.

Main Office: 205 Liberty Street, Metuchen, NJ 08840  Tel. (732) 549-3790, Fax (732) 549-9790
South Jersey Office: 256 Harding Highway, Newfield, NJ 08344 Tel. (856) 358-2243, Fax (856) 358-0355
pereiraelectric1@aol.com, info@pereiraelectric.com

Project: Hub @ Harrison

Date:

Location:

Change Order No.

Project No.:

Drawing/Revisions:

### CHANGE ORDER BREAKDOWN SHEET

Description: Fire stopped gargage.  Exposed to elements and had to be redone.

| ITEM DESCRIPTION | QTY | UNIT | MATERIAL/EQUIPMENT | | LABOR ($375 per hour for 3 Men) | | |
| | | | Rate | Subtotal | Hrs./ea. | Rate | Subtotal |
|---|---|---|---|---|---|---|---|
| Material: | | | | | | | |
| 3m Cp 5 gallon fire caulk | 3 | buckets | $ 345.00 | $ 1,035.00 | 24 | $375.00 | $9,000.00 |
| | | | | $ - | | | $0.00 |
| | | | | $ - | | | $0.00 |
| | | | | | | | |
| | | | | | | | |
| Sales Tax: | | | | $68.57 | | | |
| **Subtotals:** | | | | **$1,103.57** | | | **$9,000.00** |

Subcontractor: Pereira Electrical Contracting, Inc.

Prepared By:

Signature: Brian McNamara

| | |
|---|---|
| Total Labor | $9,000.00 |
| Total Materials | $1,103.57 |
| **Subtotal** | **$10,103.57** |
| Sub/Sub O&P | |
| **Subtotal** | **$10,103.57** |
| Overhead & Profit | $1,010.36 |
| **TOTAL AMOUNT** | **$11,113.93** |
| Valid for 15 days | |

# Pereira Electrical Contracting, Inc.

MAIN OFFICE: 205 Liberty Street, Metuchen, NJ 08840, T (732) 549-3790, pereiraelectric1@aol.com
SOUTH OFFICE: 256 Harding Highway, Newfield, NJ 08344, T (856) 358-2243, pereiraelectric2@aol.com

License & Business Permit #9461

**Bill To**

Hollister Construction Services
339 Jefferson Road
Parsippany, NJ 07054

# Invoice

| | |
|---|---|
| Invoice # | 7873-C/O42 |
| Date | 3/7/24 |
| Terms | Net 30 |

| | Project Manager | Brian McNamara |
|---|---|---|
| **Description** | | **Amount** |
| The Hub at Harrison Station<br>700 Frank E. Rodgers Blvd. South<br>Harrison, NJ 07029<br><br>Change Order Request #42<br><br>Provided the labor and material to relocate light and exit signs in back of house hallway to be placed on the grid.<br><br>Total for complete work (for details please see attached breakdown sheet): | | 1,002.02 |

2% service charge per month on past due amounts plus collection expenses and attorney's fees.

| **Total** | $1,002.02 |
|---|---|

# PEREIRA ELECTRICAL CONTRACTING, INC.

Main Office: 205 Liberty Street, Metuchen, NJ 08840  Tel. (732) 549-3790, Fax (732) 549-9790
South Jersey Office: 256 Harding Highway, Newfield, NJ 08344 Tel. (856) 358-2243, Fax (856) 358-0355
pereiraelectric1@aol.com, info@pereiraelectric.com

Project: ___Hub @ Harrison_____     Date: ___3/17/2023___

Location: _____     Change Order No. _7873-C1042_

Project No.: _____     Drawing/Revisions: _____

### CHANGE ORDER BREAKDOWN SHEET

Description: ___Relocate Light and exit signs in Back of House hallway to be placed in the grid._____

| ITEM DESCRIPTION | QTY | UNIT | MATERIAL/EQUIPMENT | | LABOR ($375 per hour for 3 Men) | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Rate | Subtotal | Hrs./ea. | Rate | Subtotal |
| Material: | | | | | | | |
| bar boxes | 2 | ea. | $ 6.50 | $ 13.00 | 2.25 | $375.00 | $843.75 |
| Layin fixture straps | 1 | misc. | $ 50.00 | $ 50.00 | | | $0.00 |
| | | | | $  .. | | | $0.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Sales Tax: | | | | $4.17 | | | |
| Subtotals: | | | | $67.17 | | | $843.75 |

Subcontractor: ___Pereira Electrical Contracting, Inc._____

Prepared By: _____

Signature: ___Brian McNamara_____

| | |
| --- | --- |
| Total Labor | $843.75 |
| Total Materials | $67.17 |
| **Subtotal** | **$910.92** |
| Sub/Sub O&P | |
| **Subtotal** | **$910.92** |
| Overhead & Profit | $91.09 |
| **TOTAL AMOUNT** | **$1,002.02** |
| Valid for 15 days | |