PCOHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Mercedes Diego, Esq., 006521999
Park 80 West, Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
201/845.9600, ext. 151
md@njlawfirm.com
Attorneys for Pereira Electrical Contracting, Inc.
File No.:  37,010-62

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
(Trenton Vicinage)

| | | |
|---|---|---|
| IN RE:<br>HOLLISTER CONSTRUCTION<br>SERVICES LLC,<br><br>　　　Debtor.<br><br>PEREIRA ELECTRICAL<br>CONTRACTING, INC.,<br><br>　　　Movant.<br><br>v.<br><br>HOLLISTER CONSTRUCTION<br>SERVICES LLC; ACCORDIA<br>HARRISON URBAN RENEWAL, LLC;<br>LIQUIDATING TRUSTEE; AND<br>ESCROW AGENT,<br>　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 19-27439 (CMG)<br>CHAPTER 11<br>JUDGE CHRISTINE M. GRAVELLE<br><br>HEARING DATE AND TIME:<br>NOVEMBER 25, 2025 AT 10:00AM |

**CORRECTED**
**NOTICE OF MOTION TO COMPEL DEBTOR, PROJECT OWNER, LIQUIDATING TRUSTEE AND ESCROW AGENT TO MAKE PAYMENT TO PEREIRA ELECTRIC CONTRACTING, INC. PURSUANT TO 11 USC §105**

PLEASE TAKE NOTICE that on November 25, 2025 at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP, counsel for Pereira Electrical Contracting, Inc., shall move before The Honorable

Christine M. Gravelle in the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608, for an entry of an Order approving its Motion for an Order pursuant to 11 USC §105 requesting the Court to compel Debtor, Project Owner, Liquidating Trustee and Escrow Agent to make payment to Pereira Electrical Contracting, Inc. (the "Motion").

PLEASE TAKE FURTHER NOTICE that responses to the within Motion, if any, must be made in writing and in the form prescribed by the Federal Rules of Bankruptcy Procedure and D.N.J. 9013, and must be filed with the Clerk of the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608 and served upon COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP, counsel for Pereira Electrical Contracting, Inc., Park 80 West, Plaza One, 250 Pehle Avenue, Suite 401, Saddle Brook, New Jersey 07663 (Attn: Mercedes Diego, Esq.) in accordance with D.N.J. LBR 9013-2.

PLEASE TAKE FURTHER NOTICE that in the event objections are filed, oral argument is hereby requested. The Motion shall be deemed uncontested unless responsive papers are filed, in which case the Court may, in its discretion, grant the relief requested without hearing.

                                          COHN LIFLAND PEARLMAN
                                            HERRRMANN & KNOPF LLP

                                  By:  s/ Mercedes Diego
                                       Mercedes Diego, Esq.
                                       Attorneys for Movant
                                       Pereira Electrical Contracting, Inc.

Dated:  October 29, 2025