| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>COHN LIFLAND PEARLMAN<br> HERRMANN & KNOPF LLP<br>Mercedes Diego, Esq., 006521999<br>Park 80 West, Plaza One<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, New Jersey 07663<br>201/845.9600, ext. 151<br>md@njlawfirm.com<br>Attorneys for Pereira Electrical Contracting, Inc<br>Our File: 37,010-62 | |
| In Re:<br><br>HOLLISTER CONSTRUCTION<br>SERVICES LLC,<br>          Debtor. | Case No.: 19-27439<br>Chapter: 11<br>Adv. No.: _____<br>Hearing Date: November 25, 2025<br>Judge: Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, Barbara K. Blumberg :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Cohn Lifland Pearlman Herrmann & Knopf LLP, who represents Pereira Electrical Contracting, Inc. in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On October 30, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Corrected Notice of Motion to Compel Debtor, Project Owner, Liquidating Trustee and Escrow Agent to Make Payment to Pereira Electric Contracting, Inc. Pursuant to 11 USC 105; Memorandum of Law in Support, proposed Order and this Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 30, 2025          /s/Barbara K. Blumberg
                                                          Signature

## Service List "A"

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Arielle Adler<br>Bruce D. Buechler<br>Joseph J. DiPasquale<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | *Attorney for Debtor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Lauren Bielski<br>United States Trustee<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235 | *U.S. Trustee* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Joseph H. Lemkin<br>Stark & Stark<br>993 Lenox Drive<br>Building 2<br>Lawrenceville, NJ 08648 | *Attorney for Debtor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Kenneth A. Rosen<br>Mary E. Seymour<br>Lowenstein Sandler<br>One Lowenstein Drive<br>Roseland, NJ 07068 | *Attorney for Debtor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Sam Della Fera<br>Andrea Dobin<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Roseland, NJ 07068 | *Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Joshua H. Raymond<br>Anthony Sodono, III<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Roseland, NJ 07068 | *Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Michael Kahme, Esq.<br>Michael J. Shavel, Esq.<br>Hill Wallack, LLP<br>21 Roszel Road<br>PO Box 5226<br>Princeton, NJ 08543 | *Attorneys for Accordia Harrison Urban Renewal, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Daniel M. Stoltz, Esq.<br>Wasserman, Juriste & Stoltz, P.C.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920 | *147 Bloormfiled Ave. J.V. LI* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Robert E. Nies, Esq.<br>Chiesa, Shahinian & Gianomasi, P.C.<br>One Boland Drive<br>West Orange, NJ 07052 | *Attorneys for Arch Insurance Company and Arch reinsurance Company* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Joseph L. Schwartz, Esq.<br>Tara J. Schellhorn<br>Riker Danzig, Scherer, Hyland, LLP<br>Headquarters Plaza, One Speedwell Ave.<br>Morristown, NJ 07963-1981 | *Attorneys for Newark Warehouse Urban Renewal, LLC; Newark Warehouse Redevelopment Company, LLC; and Edison Construction Management, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| David L. Bruck, Esq.<br>Greenbaum Rowe, Smith & Davis, LLP<br>99 Wood Avenue South<br>Iselin, NJ 08830 | *Attorneys for Nomad Framing, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Jay L. Lubetkin, Esq.<br>Rabinowitz, Lubetkin & Tully, LLC<br>239 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039 | *Attorneys for Christopher Johnson and Kieran Flanagan* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| James J. Holman, Esq.<br>Sommer L. Ross, Esq.<br>Duane Morris LLP<br>222 Delaware Ave, Suite 1600<br>Wilmington, DE 19801 | *Attorneys for PNC Bank* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| David H. Stein, Esq.<br>Meredeth I. Friedman, Esq.<br>Wilentz Goldman Spitzer PA<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ 07095 | *Attorneys for CTC Academy* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| William G. Wright, Esq.<br>Capehart & Schatchard, P.A.<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel, NJ 08054 | *Attorney for Graybar Electric Company, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Allen J. Barkin, Esq.<br>Schwartz Barkin & Mitchell<br>1110 Springfield Road<br>P.O. Box 1339<br>Union, NJ 07083-1339 | *Attorney for Drobach Equipment Rental Co.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Greg Trif, Esq.<br>Trif Law LLC<br>80 Headquarters Plaza<br>North Tower, Suite 21<br>Morristown, NJ 07960 | *Attorney for Sparwick Contracting, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Christopher M. Santomassimo, Esq.<br>Nicoll Davis & Spinella LLP<br>1 Gatehall Drive, Suite 100<br>Parsippany, New Jersey 07054 | *Attorney for Dancker* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Seth Ptasiewicz, Esq.<br>KROLL HEINEMAN CARTON, LLC<br>Metro Corporate Campus I<br>99 Wood Avenue South, Suite 307<br>Iselin, New Jersey 08830 | *Attorney for New Jersey Building Laborers Statewide Benefit Funds* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Peter J. Broege, Esq.<br>Broege, Neumann, Fischer & Shaver, L.L.C.<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | *Encon Mechanical Corp.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Robert M. Hirsh, Esq.<br>Mark A. Bloom, Esq.<br>ARENT FOX LLP<br>1301 Avenue of the Americas, Floor 42<br>New York, NY 10019 | *Attorney for SBLP Princeton, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Mary Joanne Dowd, Esq.<br>ARENT FOX LLP<br>1717 K Street NW<br>Washington, DC 20006 | *Attorney for SBLP Princeton, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Danielle Cohen, Esq.<br>Lee M. Tesser, Esq.<br>Tesser & Cohen<br>946 Main Street<br>Hackensack, New Jersey 07601 | *Attorney for Samph Contacting, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Danielle Cohen, Esq.<br>Lee M. Tesser, Esq.<br>Tesser & Cohen<br>946 Main Street<br>Hackensack, New Jersey 07601 | *Attorney for Here Rentals, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Danielle Cohen, Esq.<br>Lee M. Tesser, Esq.<br>Tesser & Cohen<br>946 Main Street<br>Hackensack, New Jersey 07601 | *Attorney for Gobal Development Contractors, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Danielle Cohen, Esq.<br>Lee M. Tesser, Esq.<br>TESSER & COHEN<br>946 Main Street<br>Hackensack, New Jersey 07601 | *Attorney for Orion Interiors, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Dl Thompson, Law, Pc<br>Donna L. Thompson, Esq. (DLT-0931)<br>P.O. Box 679<br>Allenwood, NJ 08720 | *Attorney for Prendimano Electrical Maintenance Co. t/a PEMCO* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Benjamin A. Stanziale, Jr., Esq.<br>Stanziale & Stanziale, P.C.<br>29 Northfield Avenue, Suite 201<br>West Orange, New Jersey 07052-5468 | *Attorney for Life Town, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Alan J. Brody, Esq.<br>Greenberg Traurig, LLP<br>500 Campus Drive<br>Florham Park, NJ 07932 | *Attorney for EWA Moonachie 77, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Stephen V. Falanga, Esq.<br>Sydney J. Darling, Esq<br>Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102 | *Attorney for Fairleigh Dickinson University* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Danielle Cohen, Esq.<br>Lee M. Tesser, Esq.<br>Tesser & Cohen<br>946 Main Street<br>Hackensack, New Jersey 07601 | *Attorney for National Fireproofing & Insulation Co., Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Sydney J. Darling, Esq<br>Stephen V. Falanga, Esq.<br>Walsh Pizzi O'rReilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102 | *Attorney for Fairleigh Dickinson University* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Stephen V. Falanga, Esq.<br>Sydney J. Darling, Esq<br>Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102 | *Attorney for Fairleigh Dickinson University* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Greg Trif, Esq.<br>Trif Law LLC<br>89 headquarters Plaza<br>North Tower, Suite 201<br>Morristown, New Jersey 07960 | *Attorney for Jordano Electric, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Steven B. Smith, Esq.<br>Herrick Feinstein LLP<br>Two Park Avenue<br>New York, New York 10016 | *Attorneys for r CS Utica & Remsen LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Albert A. Ciardi III, Esq.<br>Ciardi Ciardi & Astin<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia, PA 19103 | *Attorneys for Pentel Drywall, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Albert A. Ciardi III, Esq.<br>Ciardi Ciardi & Astin<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia, PA 19103 | *Attorneys for Delcon Builders, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Nicole M. Nigrelli, Esq.<br>Ciardi Ciardi & Astin<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia, PA 19103 | *Attorney for Pentel Drywall, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Nicole M. Nigrelli, Esq.<br>Ciardi Ciardi & Astin<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia, PA 19103 | *Attorneys for Delcon Builders, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Stephanie L. Jonaitis, Esquire<br>Pepper Hamilton LLP<br>Robyn R. English-Mezzino<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543-5276 | *Attorneys for 10 Minerva Place, L.P.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Jeffrey W. Hermann, Esq.<br>Cohn Lifland Pearlman Herrmann &<br>Knopf LLP<br>Park 80 West – Plaza One<br>250 Pehle Ave., Suite 401<br>Saddle Brook, NJ 07663 | *Attorney for Pereira Electrical Contracting, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Andrew R. Macklin, Esq.<br>Cohn Lifland Pearlman Herrmann &<br>Knopf LLP<br>Park 80 West – Plaza One<br>250 Pehle Ave., Suite 401<br>Saddle Brook, NJ 07663 | *Attorney for Pereira Electrical Contracting, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Karen Marques<br>Bridge Builders Newark, LLC<br>211 Warren Street<br>Newark, NJ 07103 | *Bridge Builders Newark, LL* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Bryce W. Newell, Esq. Rosenberg & Estis, P.C. 733 Third Avenue New York, New York 10017 | *Attorney for LEG Acquisition LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Larry L. Miller, Esq.<br>11722 Taneytown Pike<br>Taneytown, MD 21787 | *Attorney for L&W Supply Corporation* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Jennifer V. Doran, Esq.<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Martin P. Skolnick, Esq.<br>Skolnick Legal Group, P.C.<br>103 Eisenhower Parkway, Suite 305<br>Roseland, New Jersey 07068 | *Attorney for Stateline Fabricators, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Martin P. Skolnick, Esq.<br>Skolnick Legal Group, P.C.<br>103 Eisenhower Parkway, Suite 305<br>Roseland, New Jersey 07068 | *Attorney for Archmills LLC d/b/a ArchMills Doors and Hardware* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Charles R. Cohen, Esq.<br>Cohn Lifland Pearlman Herrmann & Knopf LLP<br>Park 80 West – Plaza One<br>250 Pehle Ave., Suite 401<br>Saddle Brook, NJ 07663 | *Attorneys for Pereira Electrical Contracting, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Adrienne C. Rogove, Esq.<br>Blank Rome LLP<br>New Jersey Resident Partner<br>300 Carnegie Center, Suite 220<br>Princeton, NJ 08540 | *Attorneys for 640 Columbia Owner LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Gary L. Kaplan<br>Carl I. Stapen<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004 | *Attorneys for 640 Columbia Owner LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Deb Secrest<br>Commonwealth of Pennsylvania<br>Department of Labor & Industry<br>Collection Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121 | *Department of Labor & Industry* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Marguerite Schaffer<br>Shain Schaffer PC<br>150 Morristown Road, Suite 105<br>Bernardsville, NJ 07924 | *Attorneys for Marguerite M Unique Scaffolding Systems, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Brian Craig, Esq.<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530 | *Attorney for Forest Hill Industries, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| David E. Sklar, Esq.<br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470 | *Attorneys for Atlantic Engineering Laboratories of NY, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Carl J. Soranno, Esq.<br>BRACH EICHLER LLC<br>101 Eisenhower Parkway<br>Roseland, New Jersey 07068-1067. | *Attorneys for Air Group, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Grant Cornehls, Esq.<br>Warshaw Burstein, LLP<br>575 Lexington Avenue, 7th Floor<br>New York, NY 10022 | *Attorneys for Nickerson Corporation* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Michael J. Stafford, Esq.<br>NORDLAW<br>Turnpike Metroplex, Suite 201<br>190 State Highway 18<br>East Brunswick, NJ 08816 | *Attorneys for Anvil Craft Corp.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Lawrence D. Pittinsky, Esq.<br>Rosenberg & Pittinsky, LLP<br>232 Madison Avenue, Suite 906<br>New York, New York 10016 | *Attorneys for Boyd Mechanical, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Sydney J. Darling, Esq<br>Stephen V. Falanga, Esq.<br>Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102 | *Attorneys for Schindler Elevator Corporation* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Stephen V. Falanga, Esq.<br>Sydney J. Darling, Esq<br>Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102 | *Attorneys for Schindler Elevator Corporation* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Anthony M. Rainone, Esq.<br>Brach Eichler LLC<br>101 Eisenhower Parkway<br>Roseland, New Jersey 07068-1067 | *Attorneys for Industrial Maintenance Industries* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Stephanie L. Jonaitis, Esquire<br>Pepper Hamilton LLP<br>Robyn R. English-Mezzino<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543-5276 | *Attorneys for 5 Bay Street Phase I LLC 5 Bay Street Phase I Sponsor Member Inc. and 5 Bay Street Phase 3 LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Mickee M. Hennessy, Esq.<br>Westerman Ball Ederer Miller Zucker & Sharfstein, LLP<br>1201 RXR Plaza<br>Uniondale, New York 11556 | *Counsel to Veteran's Road SPE, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Stuart M. Brown, Esquire 1201 North Market Street Suite 2100<br>Wilmington, Delaware 19801 | *Attorney for Waypoint Hackensack Urban Renewal Owners LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Daniel M. Simon, Esquire (GA Bar No. 690075)<br>One Atlantic Center<br>1201 West Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309-3450 | *Attorney for Waypoint Hackensack Urban Renewal Owners LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Sam Della Fera, Esq.<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Roseland, New Jersey 07068 | *Attorneys for Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Joshua H. Raymond, Esq.<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Roseland, New Jersey 07068 | *Attorneys for Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Anthony Sodono III, Esq.<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Roseland, New Jersey 07068 | *Attorneys for Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Andrea Dobin, Esq.<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Roseland, New Jersey 07068 | *Attorneys for Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Michael R. Herz, Esq.<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960 | *Attorneys for Troon Electric of New Jersey LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Philip W. Allogramento III, Esq.<br>Mitchell W. Taraschi, Esq.<br>Connell Foley LLP<br>56 Livingston Avenue<br>Roseland, NJ 07068 | *Attorneys for FM Construction Group, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Michael D. Sirota, Esq.<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601 | *Attorneys for Newkirk* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Felice R. Yudkin, Esq.<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601 | *Attorneys for Newkirk Realty LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Jason C. Manfrey, Esq.<br>Fox Rothschild LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103 | *Attorneys for Joffe Lumber & Supply Co., Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Ilana Volkov, Esq.<br>MCGRAIL & BENSINGER LLP<br>888-C 8th Avenue #107<br>New York, New York 10019 | *Attorneys for Kone Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Pearl Shah, Esq.<br>MCGRAIL & BENSINGER LLP<br>888-C 8th Avenue #107<br>New York, New York 10019 | *Attorneys for Kone Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Joshua A. Zielinski, Esq.<br>R. Brant Forrest, Esq.<br>O'TOOLE SCRIVO, LLC<br>14 Village Park Road<br>Cedar Grove, New Jersey 07009 | *Attorneys for DeSesa Engineering Company, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Edmund Campbell, Esq.<br>Campbell Rocco Law, LLC<br>6 Kings Highway East<br>Haddonfield, NJ 08033 | *Attorneys for Glass Systems Tech, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| James C. Dezao III, Esq.<br>Kathy Cehelsky, Esq.<br>Margaret Meade, Esq.<br>Law Office of James C. DeZao, P.A.<br>322 Route 46 West, Suite 120<br>Parsippany, NJ 07054 | *Attorneys for Mayer Weberman* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| James C. Dezao III, Esq.<br>Kathy Cehelsky, Esq.<br>Margaret Meade, Esq.<br>Law Office of James C. DeZao, P.A.<br>322 Route 46 West, Suite 120<br>Parsippany, NJ 07054 | *Attorneys for Antonio Zarfino* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Joseph H. Lemkin, Esq.<br>STARK & STARK<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | *Attorneys for High Concrete Group, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Joseph H. Lemkin, Esq.<br>STARK & STARK<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | *Attorneys for Conewago Enterprises, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Rocco A. Cavaliere, Esq.<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway, 11th Floor<br>New York, NY 10018 | *Attorneys for Titan Industrial Services Corp.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Yale A Leber, Esq.<br>Rivkin Radler LLP<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, NJ 07601-7082 | *Attorneys for RH 537 Building Owner LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Brian Gregory Hannon, Esq.<br>NORGAARD O'BOYLE<br>184 Grand Avenue<br>Englewood, New Jersey 07631 | *Attorneys for Imperial Floors, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| John O'Boyle, Esq.<br>NORGAARD O'BOYLE<br>184 Grand Avenue<br>Englewood, New Jersey 07631 | *Attorneys for Imperial Floors, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Brian R. Tipton, Esq.<br>Florio Perrucci Steinhardt & Cappelli, LLC<br>235 Broubalow Way<br>Phillipsburg, NJ 08865 | *Attorneys for State Line Construction Company, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Lawrence B. Diener, Esq.<br>Court Plaza North<br>25 Main Street, Suite 200<br>Hackensack, NJ 07601 | *Attorneys for Advanced Scaffold Services, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Andrea Dobin<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Roseland, NJ 07068 | *Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Michael R. Herz, Esq.<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960 | *Attorneys for Troon Electric of New Jersey LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Brian Bisignani, Esq.<br>Post & Schell, P.C.;<br>1869 Charter Lane, Suite 102<br>P.O. Box 10248<br>Lancaster,. PA 17605 | *Attorneys for High Concrete Group, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Jeffrey J. Rea, Esq.<br>Rea & Associates, LLC<br>11 Broadway, 2nd Floor<br>Clark, NJ 07066 | *Attorneys for City Contracting, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Brian Bisignani, Esq.<br>Post & Schell, P.C.;<br>1869 Charter Lane, Suite 102<br>P.O. Box 10248<br>Lancaster,. PA 17605 | *Attorneys for Conewago Enterprises, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Greg Trif, Esq.<br>Trif Law LLC<br>80 Headquarters Plaza<br>North Tower, Suite 21<br>Morristown, NJ 07960 | *Attorney for KR Masonry LL* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| David E. Sklar, Esq.<br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470 | *Attorneys for All Brands Elevator Industries, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Richard E. Weltman, Esq.<br>Michele K. Jaspan, Esq.<br>WELTMAN & MOSKOWITZ, LLP<br>18 Columbia Turnpike, Suite 200<br>Florham Park, NJ 07932 | *Attorneys for Reliance Mechanical Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Jacob Frumkin, Esq.<br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601 | *Attorneys for Gran Maujer Development, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Karen M. Murray, Esquire<br>Law Offices of Karen Murray LLC<br>8 East Main Street<br>Moorestown, New Jersey 08057 | *Attorneys for P. Tamburri Steel* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Karen M. Murray, Esquire<br>Law Offices of Karen Murray LLC<br>8 East Main Street<br>Moorestown, New Jersey 08057 | *Attorneys for P3 Metals, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Philip W. Allogramento III, Esq.<br>Mitchell W. Taraschi, Esq.<br>Connell Foley LLP<br>56 Livingston Avenue<br>Roseland, NJ 07068 | *Attorneys for FM Construction Group, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Marc D. Miceli, Esq.<br>Steven Mitnick, Esq.<br>SM Law PC<br>P.O. Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858 | *Attorneys for R. Cipollini, Inc. t/a Cipollini Roofing* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>55 Second Street, 17th Floor<br>San Francisco, California 94105-3493 | *Attorneys for Oracle America, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Brian Bisignani, Esq.<br>Post & Schell, P.C.;<br>1869 Charter Lane, Suite 102<br>P.O. Box 10248<br>Lancaster, PA 17605 | *Attorneys for Fabcon Precast.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Gary M. Kushner, Esq.<br>Goetz Fitzpatrick LLP<br>One Penn Plaza, 31st Floor<br>New York, NY 10119 | *Attorneys for Infinity Painting Co., Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Andrew B. Cohn, Esq.<br>Kaplin Stewart Meloff Reiter & Stein, P.C.<br>910 Harvest Drive, PO Box 3037<br>Blue Bell, PA 19422-0765 | *Attorneys for Joansz Precast, inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Darren R. Marks, Esq.<br>BORAH, GOLDSTEIN, ALTSCHULER, NAHINS<br>& GOIDEL, P.C.<br>377 Broadway, 7th Floor<br>New York, NY 10013 | *Attorneys for Accordia Harrison Urban Renewal, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Joseph H. Lemkin, Esq.<br>STARK & STARK<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | *Attorneys for Fabcon Precast* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Melissa A. Pena, Esq.<br>Norris McLaughlin, P.A.<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807 | *Attorneys for Target Fire Protection* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Carol L. Knowlton, Esq.<br>GORSKI & KNOWLTON PC<br>311 Whitehorse Avenue, Suite A<br>Hamilton, New Jersey 08610 | *Attorneys for KSS Architects* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Robert Saul Molnar, Esq.<br>1330 Hamburg Turnpike<br>Wayne, NJ 07470 | *Attorneys for Starlite Electric LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Hisham I. Masri, Esq.<br>Reddin Masri, LLC<br>485 Totowa Road<br>Totowa, NJ 07512 | *Attorney for Columbian Iron Works, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Donald B. Veix, Jr., Esq.<br>Veix Law, PLLC<br>PO Box 54<br>95 West Court Street<br>Doylestown, PA 18901 | *Attorney for Bohler Engineering NY, PLLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Morris S. Bauer, Esq.<br>NORRIS McLAUGHLIN, P.A.<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807 | *Attorneys for Ware Malcomb* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Anna Patras, Esq.<br>Bohler Engineering NY, PLLC<br>35 Technology Drive, Second Floor<br>Warren, NJ 07059 | *Attorneys for Bohler Engineering NY, PLLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Joseph R. Zapata, Jr., Esq.<br>MELLINGER, SANDERS & KARTZMAN, LLC<br>101 Gibraltar Drive, Suite 2F<br>Morris Plains, New Jersey 07950 | *Attorneys for STMR, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Murphy Durkin, Esq.<br>DURKIN & DURKIN, LLC<br>1120 Bloomfield Avenue<br>P.O. Box 1289<br>West Caldwell, New Jersey 07007 | *Attorneys for Dehn Bros. Fire Protection, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Frank F. Velocci, Esq.<br>DRINKER BIDDLE & REATH LLP<br>A Delaware Limited Liability Partnership<br>600 Campus Drive<br>Florham Park, New Jersey 07932-1047 | *Attorneys for NSA 18th Avenue, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Lawrence B. Diener, Esq.<br>Court Plaza North<br>25 Main Street Suite 200<br>Hackensack, New Jersey 07601 | *Attorneys for Advanced Scaffold Services Mid-Atlantic LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Eric J. Hughes, Esq.<br>McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>1300 Mount Kemble Avenue – P.O. Box 2075<br>Morristown, New Jersey 07962 | *Attorneys for Liberty Mutual Insurance Company* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| K. Joseph Vyzas, Esq.<br>Schiller, Pittenger & Galvin, P.C.<br>1771 Front Street<br>Scotch Plains, NJ 07076 | *Attorneys for Rexel, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Michele Lane Ross, Esq.<br>M. ROSS & ASSOCIATES, LLC<br>440 Sylvan Avenue, Suite # 220<br>Englewood Cliffs, New Jersey 07632 | *Attorneys for Control Services, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Charles A. Gruen, Esq.<br>Law Offices of Charles A. Gruen<br>381 Broadway, Suite 300<br>Westwood, NJ 07675 | *Attorneys for Michaels Electrical Supply Corp.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Curtiss T. Jameson, Esq.<br>1149 Bloomfield Ave., Suite B2<br>Clifton, NJ 07012 | *Attorneys for C Restoration, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Jeffrey Paul Valacer, Esq.<br>COHEN, SEGLIAS, PALLAS,<br>GREENHALL, & FURMAN, P.C.<br>One Newark Center<br>1085 Raymond Boulevard, 21st Floor<br>Newark, New Jersey 07102 | *Attorneys for MixOnSite USA, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Tod S. Chasin, Esq.<br>Riker Danzig Scherer Hyland & Perretti LLP<br>500 Fifth Avenue, 49th Floor | *Attorneys for Newark Warehouse Redevelopment Company, Newark Warehouse Urban Renewal, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Heather Lynn Anderson, Esq.<br>GURBIR S. GREWAL<br>Attorney General of New Jersey<br>R.J. Hughes Justice Complex<br>25 Market Street, P.O. Box 106<br>Trenton, New Jersey 08625 | *Attorneys for Sate of New Jersey Division of Taxation* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Allen J. Underwood II, Esq.<br>BECKER LLC<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039 | *Attorneys for Horizon Blue Cross Blue Shield of New Jersey* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Thomas D. McKeon, Esq.<br>570 Kearny Avenue<br>P.O. Box 452<br>Kearny, NJ 07032 | *Attorneys for FN Dynamic, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Jonathan S. Bondy, Esq.<br>CHIESA SHAHINIAN &<br>GIANTOMASI PC<br>One Boland Drive<br>West Orange, NJ 07052 | *Attorneys for Arch Insurance Company and Arch Reinsurance Company* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |

| | | |
|---|---|---|
| John Joseph Robertelli, Esq.<br>RIVKIN RADLER LLP<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, NJ 07601-7082 | *Attorneys for RH 537 Building Owner LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |
| Mitchell Malzberg, Esq.<br>Law Offices of Mitchell Malzberg<br>PO Box 5122<br>6 E. Main Street, Suite 7<br>Clinton, NJ 08809 | Attorneys for Liquidating Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF) |
| Kristen J. Coleman, Esq.<br>Law Offices of Goldberg Segalla. LLP<br>1037 Raymond Blvd, Suite 100<br>Newark, NY 07102 | Attorneys for SAX LLP | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF) |
| Ronald S. Herzog, Esq.<br>Law Offices of Goldberg Segalla. LLP<br>1037 Raymond Blvd, Suite 100<br>Newark, NY 07102 | Attorneys for SAX LLP | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF) |
| Ndukwe D. Agwu, Esq.<br>Law Office of Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.<br>377 Broadway, 7th Floor<br>New York, NY 10013 | Attorneys for Accordia Harrison Urban Renewal, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF) |
| Kevin Yu<br>130 E. 40th Street, 5 Fl.<br>New York, NY 10016 | Authorized Representative of Accordia Harrison Urban Renewal, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>Notice of Electronic Filing (NEF) |
| Brendan Murray.<br>399 Jefferson Road<br>Parsippany NJ 07054 | President of Hollister Construction Services, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) |

| | | |
|---|---|---|
| Bernard Katz, Esq.<br>BAK Advisors<br>626 South State Steet<br>Newton PA 18940 | Liquidating Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF) |
| Jane W. Mitnick.<br>PO Box 530<br>Oldwick, NJ 08858 | President of SM Financial Services Corp. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) |
| L. Stephen Pastor, Esquire<br>Hill Wallack LLP<br>777 Township Line Road, Suite 250<br>Yardley, PA  19067 | *Attorney for Accordia Harrison Urban Renewal, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court ☐) |