

## S. MITNICK LAW PC

Steven J. Mitnick, Attorney at Law ▪ smitnick@sm-lawpc.com
Marc D. Miceli, Of Counsel ▪ mmiceli@sm-lawpc.com

P.O. Box 530 ▪ 49 Old Turnpike Road ▪ Oldwick, NJ 08858
P: 908.572.7275 ▪ F: 908.572.7271
sm-lawpc.com

October 30, 2025

Chambers of the Honorable Michael B. Kaplan
United States Bankruptcy Court
District of New Jersey
402 East State Street, Courtroom #8
Trenton, NJ 08608

    RE:    HOLLISTER CONSTRUCTION SERVICES, LLC
             Chapter 11, Case No. 19-27439 (MBK)

*Pereira's Electrical Contracting, Inc.'s Motion to Compel Debtor, Project Owner, Liquidating Trustee and Escrow Agent to Make Payment to Pereira Electric Contracting, Inc. (Docket Entry No. 2036)*

Dear Judge Kaplan,

Please be advised that this office represents SM Financial Services Corporation, former escrow agent with regard to the above matter. Please accept this correspondence in lieu of a more formal response.

On September 29, 2023, SM Financial Services Corporation, in the capacity as Escrow Agent, turned over the remaining funds in the Accordia Harrison Urban Renewal, LLC project ("the HUB property") to Jay Lindenberg of Eisner Advisory Services pursuant to Liquidating Trustee's instructions. On February 7, 2024, SM Financial Services concluded all services as Escrow Agent in the above captioned matter on all projects. As such, there are no grounds for relief from SM Financial Services Corporation.

I would request the SM Financial Services Corporation be removed as a respondent from the above Motion to Compel.

Respectfully Submitted,

STEVEN MITNICK, ESQ.

SM/la
Enclosures
Cc: Mercedes Diego, Esq.
    All Interested Parties via NEF