| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>COHN LIFLAND PEARLMAN<br> HERRMANN & KNOPF LLP<br>Mercedes Diego, Esq., 006521999<br>Park 80 West, Plaza One<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, New Jersey 07663<br>201/845.9600, ext. 151<br>md@njlawfirm.com<br>Attorneys for Pereira Electrical Contracting, Inc<br>Our File: 37,010-62 | |
| In Re:<br><br>HOLLISTER CONSTRUCTION<br>SERVICES LLC,<br><br>                    Debtor. | Case No.: 19-27439<br><br>Chapter: 11<br><br>Adv. No.: _____<br><br>Hearing Date: November 25, 2025<br><br>Judge: Christine M. Gravelle |

## SUPPLEMENTAL CERTIFICATION OF SERVICE

1. I, Barbara K. Blumberg :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Cohn Lifland Pearlman Herrmann & Knopf LLP, who represents Pereira Electrical Contracting, Inc. in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On November 4, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Corrected Notice of Motion to Compel Debtor, Project Owner, Liquidating Trustee and Escrow Agent to Make Payment to Pereira Electric Contracting, Inc. Pursuant to 11 USC 105; Memorandum of Law in Support, proposed Order, Certification of Service (all filed on 10/30/25 and this Supplemental Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 4, 2025              /s/Barbara K. Blumberg
                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| M. Jay Lindenberg<br>Eisner Advisory Group LLC<br>111 Wood Avenue South<br>Iselin, NJ 08830 | Escrow Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  via electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |