

Park 80 West–Plaza One    (201) 845-9600 Main
250 Pehle Avenue    (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

Mercedes Diego, Esq.
md@njlawfirm.com

November 21, 2025

<u>VIA ELECTRONIC FILING</u>
Hon. Christine M. Gravelle
402 East State St. Courtroom #3
Trenton, N.J. 08608

    Re:    Hollister Construction Services LLC
    Case No. 19-27439
    Creditor: Pereira Electrical Contracting, Inc.
    Our File: 37,010-62

Dear Judge Gravelle:

This firm represents creditor Pereira Electrical Contracting, Inc. ("Pereira") in connection with the Hollister Construction Services LLC bankruptcy (Case no. 19-27439). Upon review of the Opposition to Pereira's motion to compel payment, which is returnable on November 25, 2025, Pereira submits the attached Amended Order Compelling only Project Owner, Accordia Harrison Urban Renewal LLC to Make Payment to Pereira Electric Contracting, Inc. pursuant to 11 USC §105.

If the attached meets with Your Honor's approval, we respectfully request that same be entered.

Thank you.

    Respectfully submitted,

    s/ Mercedes Diego

MD:bb      Mercedes Diego
Encl.