COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Mercedes Diego, Esq., 006521999
Park 80 West, Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
201/845.9600, ext. 151
md@njlawfirm.com
Attorneys for Pereira Electrical Contracting, Inc.
File No.:  37,010-62

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
(Trenton Vicinage)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 19-27439 (CMG) |
| HOLLISTER CONSTRUCTION | ) | CHAPTER 11 |
| SERVICES LLC, | ) | JUDGE CHRISTINE M. GRAVELLE |
| | ) | |
| Debtor. | ) | |
| | ) | HEARING DATE AND TIME: |
| PEREIRA ELECTRICAL | ) | NOVEMBER 25, 2025 AT 10:00AM |
| CONTRACTING, INC., | ) | |
| | ) | |
| Movant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HOLLISTER CONSTRUCTION | ) | |
| SERVICES LLC; ACCORDIA | ) | |
| HARRISON URBAN RENEWAL, LLC; | ) | |
| LIQUIDATING TRUSTEE; AND | ) | |
| ESCROW AGENT, | ) | |
| Respondents. | ) | |

**AMENDED ORDER COMPELLING ONLY PROJECT OWNER, ACCORDIA
HARRISON URBAN RENEWAL, LLC, TO MAKE PAYMENT TO PEREIRA
ELECTRIC CONTRACTING, INC. PURSUANT TO 11 USC §105**

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED,**

Upon the motion of Pereira Electrical Contracting, Inc. ("Movant") for entry of an Order compelling payment to Movant for Pre-Petition Work in the amount of $215,516.17 and Post-Petition Work in the amount of $30,348.95. Pursuant to 11 U.S.C. §105 (the "Motion"), and supporting memorandum of law; and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED, ADJUSTED AND DECREED THAT:

1.      ORDERED that pursuant to 11 U.S.C. §105, the Owner, Accordia Harrison Renewal, LLC, is compelled to make immediate payment to Movant in the amount of $215,516.17 for Pre-Petition Work, and $30,348.95 for Post-Petition Work, on the HUB Project; and it is further

2.      ORDERED that pursuant to 11 U.S.C. §105, Accordia Harrison Renewal, LLC, shall pay Movant for all attorneys' fees and expenses that it incurred in the filing of the Motion and enforcing the Order and Settlement Agreement; and it is further

3.      ORDERED that the Court shall retain jurisdiction over any matter arising from, and/or related to, this Order or the relief granted herein