COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Mercedes Diego, Esq., 006521999
Park 80 West, Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
201/845.9600, ext. 151
md@njlawfirm.com
Attorneys for Pereira Electrical Contracting, Inc.
File No.:  37,010-62



Order Filed on November 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
(Trenton Vicinage)

IN RE:
HOLLISTER CONSTRUCTION SERVICES LLC,

Debtor.

PEREIRA ELECTRICAL CONTRACTING, INC.,

Movant.

v.

HOLLISTER CONSTRUCTION SERVICES LLC; ACCORDIA HARRISON URBAN RENEWAL, LLC; LIQUIDATING TRUSTEE; AND ESCROW AGENT,

Respondents.

CASE NO.: 19-27439 (CMG)
CHAPTER 11
JUDGE CHRISTINE M. GRAVELLE

HEARING DATE AND TIME:
NOVEMBER 25, 2025 AT 10:00AM

**AMENDED ORDER COMPELLING ONLY PROJECT OWNER, ACCORDIA HARRISON URBAN RENEWAL, LLC, TO MAKE PAYMENT TO PEREIRA ELECTRIC CONTRACTING, INC. PURSUANT TO 11 USC §105**

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED,**

**DATED: November 25, 2025**

*/s/ Christine M. Gravelle*

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the motion of Pereira Electrical Contracting, Inc. ("Movant") for entry of an Order compelling payment to Movant for Pre-Petition Work in the amount of $215,516.17 and Post-Petition Work in the amount of $30,348.95. Pursuant to 11 U.S.C. §105 (the "Motion"), and supporting memorandum of law; and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED, ADJUSTED AND DECREED THAT:

1. ORDERED that pursuant to 11 U.S.C. §105, the Owner, Accordia Harrison Renewal, LLC, is compelled to make immediate payment to Movant in the amount of $215,516.17 for Pre-Petition Work, and $30,348.95 for Post-Petition Work, on the HUB Project; and it is further

2. ORDERED that pursuant to 11 U.S.C. §105, Accordia Harrison Renewal, LLC, shall pay Movant for all attorneys' fees and expenses that it incurred in the filing of the Motion and enforcing the Order and Settlement Agreement; and it is further

3. ORDERED that the Court shall retain jurisdiction over any matter arising from, and/or related to, this Order or the relief granted herein

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 19-27439-CMG

Hollister Construction Services, LLC                            Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                  User: admin                                      Page 1 of 1
Date Rcvd: Nov 25, 2025                          Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

**Recip ID               Recipient Name and Address**
db                    +   Hollister Construction Services, LLC, 339 Jefferson Road, Parsippany, NJ 07054-3707

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2025                                Signature:        /s/Gustava Winters