# Footnotes

**Professional Fee Payments**

- We have adjusted the Paid Cumulative from Part 2: Preconfirmation Professional Fees and Expenses.
The Paid Cumulative column has been adjusted to reflect the total amount of Approved Chapter 11 Fees.
The Liquidating Trustee has confirmed with all the parties in writing that all their outstanding fees has been paid in full.