**flagstar**

```
                                                    Statement Period
                                                    From October   01, 2025
                                                    To   October   31, 2025
                                                    Page     1 of      2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


    HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
    BERNARD A KATZ TRUSTEE
    MONEY MARKET ACCOUNT
    C/O BAK ADVISORS
    626 SOUTH STATE STREET                          See Back for Important Information
    NEWTOWN PA  18940

                                                    Primary Account:       4006          0
```

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---:|---:|
| BANK DEPOSIT ACCOUNTS | | | |
| 4006 | MONOGRAM INSURED MMA | 96,651.78 | 38,671.17 |
| | RELATIONSHIP TOTAL | | 38,671.17 |

**flagstar**

```
                                                    Statement Period
                                                    From October   01, 2025
                                                    To   October   31, 2025
                                                    Page     2 of      2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


         HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
         BERNARD A KATZ TRUSTEE
         MONEY MARKET ACCOUNT
         C/O BAK ADVISORS
         626 SOUTH STATE STREET                     See Back for Important Information
         NEWTOWN PA    18940

                                                    Primary Account:        4006           0


MONOGRAM INSURED MMA              4006


Summary

 Previous Balance as of October    01, 2025                                      96,651.78
       1 Credits                                                                     19.39
       1 Debits                                                                  58,000.00
 Ending Balance as of   October    31, 2025                                      38,671.17


Deposits and Other Credits
 Oct 31   Interest Paid                                                              19.39

Withdrawals and Other Debits
 Oct 21   TELEPHONE XFER DR                                                      58,000.00
          TELEPHONE TRANSFER TO: XXXXXX3999

Daily Balances
 Sep 30         96,651.78               Oct 31         38,671.17
 Oct 21         38,651.78

*===================================   Interest Summary   =========================================*
*  Year-To-Date Interest           412.68                                                          *
*  Interest Paid This Period        19.39     Annual Percentage Yield Earned      0.30 %           *
*  Avg. Balance this Period     76,071.13     Days in Period                        31             *
*==================================================================================================*
```

**flagstar**

```
                                              Statement Period
                                              From October   01, 2025
                                              To   October   31, 2025
                                              Page    1 of      2

                                              PRIVATE CLIENT GROUP 161
                                              1400 BROADWAY, 26TH FLOOR
                                              NEW YORK, NY 10018


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
     BERNARD A KATZ TRUSTEE
     CHECKING ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                    See Back for Important Information
     NEWTOWN PA   18940

                                              Primary Account:         3999           3
```

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 3999    MONOGRAM CHECKING | 8,775.96 | 62,243.58 |
| RELATIONSHIP TOTAL | | 62,243.58 |

```
                                                            Statement Period
                                                            From October   01, 2025
                                                            To   October   31, 2025
                                                            Page     2 of     2

                                                            PRIVATE CLIENT GROUP 161
                                                            1400 BROADWAY, 26TH FLOOR
                                                            NEW YORK, NY 10018


       HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
       BERNARD A KATZ TRUSTEE
       CHECKING ACCOUNT
       C/O BAK ADVISORS
       626 SOUTH STATE STREET                               See Back for Important Information
       NEWTOWN PA   18940

                                                            Primary Account:        3999          3
```

MONOGRAM CHECKING                  3999


Summary

```
 Previous Balance as of October    01, 2025                                        8,775.96
       1 Credits                                                                  58,000.00
       3 Debits                                                                    4,532.38
 Ending Balance as of    October   31, 2025                                       62,243.58
```

Deposits and Other Credits
```
 Oct 21   TELEPHONE XFER CR                                                       58,000.00
          TELEPHONE TRANSFER FROM: XXXXXX4006
```

Checks by Serial Number
```
 Oct 23         1154            3,735.91      Oct 22         1156             256.47
 Oct 24         1155              540.00
```

Daily Balances
```
 Sep 30          8,775.96                     Oct 23         62,783.58
 Oct 21         66,775.96                     Oct 24         62,243.58
 Oct 22         66,519.49
```

Rates for this statement period - Overdraft
```
                Oct 30, 2025   16.750000  %
                Oct 01, 2025   17.000000  %
```

**flagstar**

```
                                                    Statement Period
                                                    From November  01, 2025
                                                    To   November  30, 2025
                                                    Page    1 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA   18940

                                                    Primary Account:     4006        0
```

IN ORDER TO MEET BANK REGULATORY CHANGES FOR ESCHEATMENT RULES FOR THE
VARIOUS STATES WHERE FLAGSTAR BANK OPERATES IN, WE ARE CHANGING THE
QUALIFICATION FOR "CLIENT-INITIATED ACTIVITY" TO EXCLUDE ACH TRANSACTIONS.
PLEASE NOTE THAT BEGINNING FEBRUARY 2, 2026 AN ACH TRANSACTION WILL NO
LONGER CHANGE AN ACCOUNT THAT IS IN AN INACTIVE OR DORMANT STATUS.
ACCOUNTS BECOME DORMANT AFTER 24 CONSECUTIVE MONTHS OF INACTIVITY,
AND BECOME INACTIVE AFTER AN ADDITIONAL 6 MONTHS OF INACTIVITY.
CLIENT-INITIATED ACTIVITY INCLUDES DEPOSITS, WITHDRAWALS, AND ONE-TIME OR
RECURRING TRANSFERS AUTHORIZED BY THE CLIENT, (EXCLUDING ACH TRANSACTIONS),
OR THE BANK RECEIVING WRITTEN NOTICE THAT CLIENT IS AWARE OF THE ACCOUNT.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 4006 | MONOGRAM INSURED MMA | 38,671.17 | 38,680.71 |
| | RELATIONSHIP TOTAL | | 38,680.71 |

```
                                                           Statement Period
                                                           From November  01, 2025
                                                           To   November  30, 2025
                                                           Page     2 of      2

                                                           PRIVATE CLIENT GROUP 161
                                                           1400 BROADWAY, 26TH FLOOR
                                                           NEW YORK, NY 10018


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     MONEY MARKET ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                                See Back for Important Information
     NEWTOWN PA   18940

                                                    Primary Account:        4006           0


MONOGRAM INSURED MMA                  4006


Summary

 Previous Balance as of November  01, 2025                                          38,671.17
       1 Credits                                                                         9.54
 Ending Balance as of   November  30, 2025                                          38,680.71


Deposits and Other Credits
 Nov 28   Interest Paid                                                                  9.54

Daily Balances
 Oct 31           38,671.17              Nov 28           38,680.71

*===================================== Interest Summary ==========================================*
*  Year-To-Date Interest              422.22                                                      *
*  Interest Paid This Period            9.54       Annual Percentage Yield Earned    0.30 %       *
*  Avg. Balance this Period        38,671.17       Days in Period                      30         *
*=================================================================================================*
```

**flagstar**

```
                                                        Statement Period
                                                        From November 01, 2025
                                                        To   November 30, 2025
                                                        Page    1 of    3

                                                        PRIVATE CLIENT GROUP 161
                                                        1400 BROADWAY, 26TH FLOOR
                                                        NEW YORK, NY 10018


HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                                  See Back for Important Information
NEWTOWN PA    18940

                                                Primary Account:  ▇▇▇3999              0
```

IN ORDER TO MEET BANK REGULATORY CHANGES FOR ESCHEATMENT RULES FOR THE
VARIOUS STATES WHERE FLAGSTAR BANK OPERATES IN, WE ARE CHANGING THE
QUALIFICATION FOR "CLIENT-INITIATED ACTIVITY" TO EXCLUDE ACH TRANSACTIONS.
PLEASE NOTE THAT BEGINNING FEBRUARY 2, 2026 AN ACH TRANSACTION WILL NO
LONGER CHANGE AN ACCOUNT THAT IS IN AN INACTIVE OR DORMANT STATUS.
ACCOUNTS BECOME DORMANT AFTER 24 CONSECUTIVE MONTHS OF INACTIVITY,
AND BECOME INACTIVE AFTER AN ADDITIONAL 6 MONTHS OF INACTIVITY.
CLIENT-INITIATED ACTIVITY INCLUDES DEPOSITS, WITHDRAWALS, AND ONE-TIME OR
RECURRING TRANSFERS AUTHORIZED BY THE CLIENT, (EXCLUDING ACH TRANSACTIONS),
OR THE BANK RECEIVING WRITTEN NOTICE THAT CLIENT IS AWARE OF THE ACCOUNT.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▇▇▇3999 | MONOGRAM CHECKING | 62,243.58 | 1,783,561.30 |
| | RELATIONSHIP TOTAL | | 1,783,561.30 |

flagstar

```
                                                    Statement Period
                                                    From November 01, 2025
                                                    To   November 30, 2025
                                                    Page     2 of    3

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


       HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
       BERNARD A KATZ TRUSTEE
       CHECKING ACCOUNT
       C/O BAK ADVISORS
       626 SOUTH STATE STREET                       See Back for Important Information
       NEWTOWN PA   18940

                                                    Primary Account:       3999            0


MONOGRAM CHECKING                    3999
```

Summary

```
 Previous Balance as of November  01, 2025                                      62,243.58
       2 Credits                                                             7,725,000.00
       2 Debits                                                              6,003,682.28
 Ending Balance as of   November  30, 2025                                   1,783,561.30
```

Deposits and Other Credits
```
 Nov 07   DEPOSIT                                                            3,825,000.00
 Nov 13   DEPOSIT                                                            3,900,000.00
```

Withdrawals and Other Debits
```
 Nov 18   OUTGOING WIRE XFER                                                 3,115,671.28
          REF#  20251118B6B7261F001431
          TO:   SILLS CUMMIS & GROSS P.C.         ABA:   021000089
          BANK: CITIBANK NYC                      ACCT#        3644
 Nov 25   OUTGOING WIRE XFER                                                 2,888,011.00
          REF#  20251125B6B7261F002908
          TO:   PNC BANK NATIONAL ASSOCIATION     ABA:   043000096
          BANK: PNCBANK PITT                      ACCT#         6803
```

Daily Balances
```
 Oct 31              62,243.58            Nov 18        4,671,572.30
 Nov 07           3,887,243.58            Nov 25        1,783,561.30
 Nov 13           7,787,243.58
```

flagstar

```
                                             Statement Period
                                             From November  01, 2025
                                             To   November  30, 2025
                                             Page     3 of      3

                                             PRIVATE CLIENT GROUP 161
                                             1400 BROADWAY, 26TH FLOOR
                                             NEW YORK, NY 10018


   HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
   BERNARD A KATZ TRUSTEE
   CHECKING ACCOUNT
   C/O BAK ADVISORS
   626 SOUTH STATE STREET                    See Back for Important Information
   NEWTOWN PA   18940

                                             Primary Account:      3999           0


   Rates for this statement period - Overdraft
            Nov 01, 2025   16.750000  %
```

**flagstar**

```
                                                    Statement Period
                                                    From December 01, 2025
                                                    To   December 31, 2025
                                                    Page    1 of    2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA   18940

                                                    Primary Account:    4006         0
```

IN ORDER TO MEET BANK REGULATORY CHANGES FOR ESCHEATMENT RULES FOR THE
VARIOUS STATES WHERE FLAGSTAR BANK OPERATES IN, WE ARE CHANGING THE
QUALIFICATION FOR "CLIENT-INITIATED ACTIVITY" TO EXCLUDE ACH TRANSACTIONS.
PLEASE NOTE THAT BEGINNING FEBRUARY 2, 2026 AN ACH TRANSACTION WILL NO
LONGER CHANGE AN ACCOUNT THAT IS IN AN INACTIVE OR DORMANT STATUS.
ACCOUNTS BECOME DORMANT AFTER 24 CONSECUTIVE MONTHS OF INACTIVITY,
AND BECOME INACTIVE AFTER AN ADDITIONAL 6 MONTHS OF INACTIVITY.
CLIENT-INITIATED ACTIVITY INCLUDES DEPOSITS, WITHDRAWALS, AND ONE-TIME OR
RECURRING TRANSFERS AUTHORIZED BY THE CLIENT, (EXCLUDING ACH TRANSACTIONS),
OR THE BANK RECEIVING WRITTEN NOTICE THAT CLIENT IS AWARE OF THE ACCOUNT.

NOTICE REGARDING TREASURY MANAGEMENT SERVICES PRICE CHANGE:
A PRICE CHANGE ON TREASURY MANAGEMENT SERVICES WILL TAKE EFFECT ON
JANUARY 1, 2026. THE IMPACT OF THE CHANGE WILL DEPEND ON YOUR USAGE OF
PRODUCTS AND SERVICES. THIS UPDATED PRICING WILL BE REFLECTED IN YOUR
JANUARY ANALYSIS STATEMENT ISSUED IN MID-FEBRUARY 2026. IF YOU HAVE ANY
QUESTIONS, PLEASE CONTACT YOUR TREASURY MANAGEMENT SALES REPRESENTATIVE.
 THANK YOU FOR CHOOSING FLAGSTAR BANK FOR YOUR TREASURY MANAGEMENT NEEDS.

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| 4006    MONOGRAM INSURED MMA | 38,680.71 | 38,690.57 |
| RELATIONSHIP TOTAL | | 38,690.57 |

flagstar

```
                                                    Statement Period
                                                     From December  01, 2025
                                                     To   December  31, 2025
                                                     Page     2 of      2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018




        HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
        BERNARD A KATZ TRUSTEE
        MONEY MARKET ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                       See Back for Important Information
        NEWTOWN PA   18940

                                                  Primary Account:         4006            0


MONOGRAM INSURED MMA              4006


Summary

 Previous Balance as of December   01, 2025                                         38,680.71
       1 Credits                                                                         9.86
 Ending Balance as of    December  31, 2025                                         38,690.57


Deposits and Other Credits
 Dec 31   Interest Paid                                                                  9.86

Daily Balances
 Nov 30           38,680.71                     Dec 31           38,690.57


*====================================    Interest Summary    =========================================*
*   Year-To-Date Interest               432.08                                                         *
*   Interest Paid This Period             9.86      Annual Percentage Yield Earned     0.30 %          *
*   Avg. Balance this Period         38,680.71      Days in Period                         31          *
*======================================================================================================*
```

**flagstar**

```
                                                    Statement Period
                                                    From December 01, 2025
                                                    To   December 31, 2025
                                                    Page    1 of    3

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018
```

```
HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                              See Back for Important Information
NEWTOWN PA   18940

                                        Primary Account: ███████3999         0
```

IN ORDER TO MEET BANK REGULATORY CHANGES FOR ESCHEATMENT RULES FOR THE
VARIOUS STATES WHERE FLAGSTAR BANK OPERATES IN, WE ARE CHANGING THE
QUALIFICATION FOR "CLIENT-INITIATED ACTIVITY" TO EXCLUDE ACH TRANSACTIONS.
PLEASE NOTE THAT BEGINNING FEBRUARY 2, 2026 AN ACH TRANSACTION WILL NO
LONGER CHANGE AN ACCOUNT THAT IS IN AN INACTIVE OR DORMANT STATUS.
ACCOUNTS BECOME DORMANT AFTER 24 CONSECUTIVE MONTHS OF INACTIVITY,
AND BECOME INACTIVE AFTER AN ADDITIONAL 6 MONTHS OF INACTIVITY.
CLIENT-INITIATED ACTIVITY INCLUDES DEPOSITS, WITHDRAWALS, AND ONE-TIME OR
RECURRING TRANSFERS AUTHORIZED BY THE CLIENT, (EXCLUDING ACH TRANSACTIONS),
OR THE BANK RECEIVING WRITTEN NOTICE THAT CLIENT IS AWARE OF THE ACCOUNT.

NOTICE REGARDING TREASURY MANAGEMENT SERVICES PRICE CHANGE:
A PRICE CHANGE ON TREASURY MANAGEMENT SERVICES WILL TAKE EFFECT ON
JANUARY 1, 2026. THE IMPACT OF THE CHANGE WILL DEPEND ON YOUR USAGE OF
PRODUCTS AND SERVICES. THIS UPDATED PRICING WILL BE REFLECTED IN YOUR
JANUARY ANALYSIS STATEMENT ISSUED IN MID-FEBRUARY 2026. IF YOU HAVE ANY
QUESTIONS, PLEASE CONTACT YOUR TREASURY MANAGEMENT SALES REPRESENTATIVE.
 THANK YOU FOR CHOOSING FLAGSTAR BANK FOR YOUR TREASURY MANAGEMENT NEEDS.

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| ███████3999    MONOGRAM CHECKING | 1,783,561.30 | 1,443,972.30 |
| RELATIONSHIP TOTAL | | 1,443,972.30 |

flagstar

```
                                                              Statement Period
                                                              From December  01, 2025
                                                              To   December  31, 2025
                                                              Page     2 of     3

                                                              PRIVATE CLIENT GROUP 161
                                                              1400 BROADWAY, 26TH FLOOR
                                                              NEW YORK, NY 10018


     HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
     BERNARD A KATZ TRUSTEE
     CHECKING ACCOUNT
     C/O BAK ADVISORS
     626 SOUTH STATE STREET                                   See Back for Important Information
     NEWTOWN PA    18940

                                                              Primary Account:        3999            0


MONOGRAM CHECKING                        3999
```

### Summary

```
 Previous Balance as of December   01, 2025                                        1,783,561.30
       1 Credits                                                                      11,352.72
       5 Debits                                                                      350,941.72
 Ending Balance as of    December   31, 2025                                       1,443,972.30
```

### Deposits and Other Credits

```
 Dec 01    INCOMING WIRE                                                              11,352.72
           REF#  20251201B6B7261F00246812011329FT01
           FROM: HOLLISTER CONSTRUCTION LIQUIDATING   ABA:   026013576
           BANK: FLAGSTAR BANK, NA
```

### Withdrawals and Other Debits

```
 Dec 01    OUTGOING WIRE XFER                                                          7,198.00
           REF#  20251201B6B7261F002839
           TO:   PAUL J BLAIR                         ABA:   021000021
           BANK: JPMCHASE                             ACCT#        6156
 Dec 01    OUTGOING WIRE XFER                                                         11,352.72
           REF#  20251201B6B7261F002843
           TO:   EISNER ADVISORY GROUP LLC            ABA:   026013576
           BANK: FLAGSTAR BANK, NA                    ACCT#        8261
 Dec 01    OUTGOING WIRE XFER                                                         31,505.00
           REF#  20251201B6B7261F002835
           TO:   MCMANIMON, SCOTLAND AND BAUMANN, L   ABA:   036076150
           BANK: CITIZENS BANK, NA                    ACCT#        8296
 Dec 01    OUTGOING WIRE XFER                                                         75,000.00
           REF#  20251201B6B7261F002831
           TO:   LOWENSTEIN SANDLER LLP ATTORNEY BU   ABA:   021000089
           BANK: CITIBANK NYC                         ACCT#        1094
 Dec 01    OUTGOING WIRE XFER                                                        225,886.00
           REF#  20251201B6B7261F002832
           TO:   LOWENSTEIN SANDLER LLP ATTORNEY BU   ABA:   021000089
```

```
                                                      Statement Period
                                                       From December  01, 2025
                                                       To   December  31, 2025
                                                       Page     3 of      3

                                                      PRIVATE CLIENT GROUP 161
                                                      1400 BROADWAY, 26TH FLOOR
                                                      NEW YORK, NY 10018



         HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
         BERNARD A KATZ TRUSTEE
         CHECKING ACCOUNT
         C/O BAK ADVISORS
         626 SOUTH STATE STREET                        See Back for Important Information
         NEWTOWN PA   18940

                                                      Primary Account: 1504283999           0

 Date              Description
         BANK: CITIBANK NYC                  ACCT#          1094

 Daily Balances
  Nov 30        1,783,561.30                 Dec 01       1,443,972.30

 Rates for this statement period - Overdraft
               Dec 11, 2025   16.500000  %
               Dec 01, 2025   16.750000  %
```