UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: HOLLISTER CONSTRUCTION SERVICES, LLC

Case No.: 19-27439/CMG
Chapter: 11
Judge: Christine M. Gravelle

## NOTICE OF PROPOSED ABANDONMENT

Bernard A. Katz, Liquidating Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher U.S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on March 31, 2026 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. _____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

All books and records of the Debtor Corporation in the hands of the Liquidating Trustee and his professionals as the Liquidating Trustee is preparing to close out this case and said books and records are no longer of any value to the Debtor Estate

Liens on property: n/a

Amount of equity claimed as exempt: n/a

Objections must be served on, and requests for additional information directed to:

Name: Mitchell Malzberg, Esq., Counsel to the Liquidating Trustee

Address: PO Box 5122, 6 E. Main Street, Suite 7, Clinton, NJ 08809

Telephone No.: (908) 323-2958

*rev.8/1/15*