UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter:              11

Judge: _____

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: _____    Date Plan Confirmed: _____

Check one:      ☐ Initial Distribution

                ☐ Subsequent Distribution

Will future distributions be made under the Plan?        ☐ Yes    ☐ No

Future distributions will be made to (*check all that apply*):

                ☐ Administrative fees and expenses

                ☐ Secured claims (Per Settlement)

                ☐ Priority secured claims

                ☐ General unsecured claims

                ☐ Equity security holders

Anticipated date of next distribution, if known:  December 2025

Percentage dividend to general unsecured creditors:

                Paid in this distribution:                    _____ %

                Paid to date:                                 _____ %

                To be paid after all distributions made under Plan:    _____ %

**Summary of Payments Made in This Distribution:**

$ _____   Administrative fees and expenses

$ _____   Secured claims - Settlement

$ _____   Priority unsecured claims

$ _____   General unsecured claims

$ _____   Equity security holders

$ _____   TOTAL PAYMENTS MADE IN THIS DISTRIBUTION

Questions regarding plan distributions may be directed to:

Name: _____

Company: _____

Address 1: _____

Address 2: _____

City, State, ZIP: _____

Telephone: _____

Facsimile: _____

Email: _____

Relationship to Plan proponent: Financial Advisor to the Liquidating Trustee

I certify under penalty of perjury that the above is true.

Date:   3/5/2026                    _/s/ Bernard A. Katz_
                                    Liquidating Trustee

*rev.8/1/15*

2

**Hollister Construction Services, LLC**
**Initial Distribution**

### Administrative fees and expenses

| | | |
|---|---|---|
| Lowenstein Sandler LLP | $ | 1,477,011.00 |
| 10 X CEO - Consultant | | 29,173.00 |
| Mcmanimon, Scotland & Baumann, LLC | | 208,447.00 |
| Eisner Amper, LLC | | 75,116.00 |
| Total | $ | 1,789,747.00 |