UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: 11

Judge: _____

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: _____    Date Plan Confirmed: _____

Check one:    ☐ Initial Distribution

☐ Subsequent Distribution

Will future distributions be made under the Plan?    ☐ Yes    ☐ No

Future distributions will be made to (*check all that apply*):

☐ Administrative fees and expenses

☐ Secured claims

☐ Priority secured claims

☐ General unsecured claims

☐ Equity security holders

Anticipated date of next distribution, if known: _____

Percentage dividend to general unsecured creditors:

Paid in this distribution:    _____ %

Paid to date:    _____ %

To be paid after all distributions made under Plan:    _____ %

**Summary of Payments Made in This Distribution:**

$ _____ Administrative fees and expenses

$ _____ Secured claims - Settlement

$ _____ (*)____ Priority unsecured claims

$ _____ General unsecured claims

$ _____ Equity security holders

$ _____ TOTAL PAYMENTS MADE IN THIS DISTRIBUTION

*Pursuant to the Court order from the D&O Insurance settlement agreement.

Questions regarding plan distributions may be directed to:

Name: _____

Company: _____

Address 1: _____

Address 2: _____

City, State, ZIP: _____

Telephone: _____

Facsimile: _____

Email: _____

Relationship to Plan proponent: Financial Advisor to the Liquidating Trustee


I certify under penalty of perjury that the above is true.


Date:   3/5/2026                    */s/ Bernard A. Katz*_____
                                    Liquidating Trustee

*rev.8/1/15*

# Hollister Construction Services, LLC
## Subsequent Distribution

**Administrative fees and expenses**

| | |
|---|---:|
| Lowenstein Sandler LLP | $ 1,635,380 |
| Eisner Amper, LLC | 98,880 |
| Mcmanimon, Scotland & Baumann, LLC | 275,035 |
| 10 X CEO - Consultant | 39,815 |
| Total | 2,049,110 |

**Secured Claims**

| | |
|---|---:|
| PNC bank - Settlement | 5,860,491 |
| Arch Insurance Company | 2,109,799 |
| Total | 7,970,290 |

**Priority unsecured claims**

| | |
|---|---:|
| Mildec Consulting LLC | 500,000 |

| | |
|---|---:|
| **Total Payments** | **$ 10,519,400** |