# LAW OFFICES OF
# MITCHELL J. MALZBERG
A Limited Liability Company
ATTORNEY AT LAW

Mitchell J. Malzberg *
*Admitted in NJ and PA

P. O. Box 5122
Clinton, NJ 08809
Physical Address:
6 E. Main Street, Suite 7
Clinton, NJ 08809

Telephone (908) 323-2958
Facsimile (908) 933-0808

E-mail: mmalzberg@mjmalzberglaw.com
Website: www.mjmalzberglaw.com

March 18, 2026

Honorable Christine M. Gravelle, USBJ
United States Bankruptcy Court
District of New Jersey
402 East State Street, Courtroom #3
Trenton, N.J. 08608

RE:    HOLLISTER CONSTRUCTION SERVICES, LLC
Chapter 11, Case No. 19-27439/CMG

Dear Judge Gravelle:

The undersigned serves as counsel to the Liquidating Trustee, BAK Advisors Inc., Bernard A. Katz.  The Notice of Intent to Close Case is scheduled to be heard on March 24, 2026.  The Liquidating Trustee is ready to close this case, and the Court can enter the final decree. A Notice of Abandonment of the books and records was filed with an objection deadline of March 24th.  If no objections are received, the Certificate of No Objection can be issued as to the abandonment.  My office will be filing the first quarter PCR which will be the final PCR and of course, those fees will be paid.

There was a prior objection to the Notice to Close the Case filed on or about October 21, 2021 by counsel to Remy Rodriguez.  The basis for the objection was that counsel was filing a stay relief motion to pursue a Personal Injury action on behalf of Mr. Rodgriguez.  A stay relief motion was filed and my office agreed to a consent order granting stay relief which was entered by Judge Kaplan on November 2, 2021, Docket No. 1882.  The Stay Relief Order allowed only the claimant, Mr. Rodriguez, to recover from the insurance policy of the Debtor.  So that objection was resolved.

In sum, the hearing to close this case and enter a final decree can go forward.  Thank you and, should the Court have any questions, do not hesitate to contact me.

Very truly yours,

/s/ Mitchell Malzberg
MITCHELL MALZBERG, ESQ.

MM/dl
Cc:  Bernard A. Katz