

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                          See Back for Important Information
NEWTOWN PA  18940

Primary Account: ████████4006            0

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| ████████4006     MONOGRAM  INSURED  MMA | 38,690.57 | 38,700.43 |
| RELATIONSHIP TOTAL | | 38,700.43 |



Statement Period
From January   01, 2026
To   January   31, 2026
Page     2 of     2

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
BERNARD A KATZ TRUSTEE
MONEY MARKET ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                                See Back for Important Information
NEWTOWN PA  18940

Primary Account: ▇▇▇▇4006          0

MONOGRAM INSURED MMA          ▇▇▇▇4006

 Interest Paid Previous Year                                              432.08

Summary

 Previous Balance as of January   01, 2026                               38,690.57
      1 Credits                                                               9.86
 Ending Balance as of   January   31, 2026                               38,700.43


Deposits and Other Credits
 Jan 30  Interest Paid                                                        9.86

Daily Balances
 Dec 31          38,690.57                   Jan 30          38,700.43

*==================================== Interest Summary  ====================================*
*  Year-To-Date Interest            9.86                                                    *
*  Interest Paid This Period        9.86     Annual Percentage Yield Earned    0.30 %       *
*  Avg. Balance this Period    38,690.57     Days in Period                    31           *
*==========================================================================================*



```
                                              Statement Period
                                         From January   01, 2026
                                         To   January   31, 2026
                                         Page    1 of     2

                                         PRIVATE CLIENT GROUP 161
                                         1400 BROADWAY, 26TH FLOOR
                                         NEW YORK, NY 10018


          HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
          BERNARD A KATZ TRUSTEE
          CHECKING ACCOUNT
          C/O BAK ADVISORS
          626 SOUTH STATE STREET               See Back for Important Information
          NEWTOWN PA  18940

                                         Primary Account: ███3999         3
```

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ███3999    MONOGRAM CHECKING | 1,443,972.30 | 1,020,609.69 |
| RELATIONSHIP TOTAL | | 1,020,609.69 |

**flagstar**

Statement Period
From January   01, 2026
To   January   31, 2026
Page      2 of      2

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                                    See Back for Important Information
NEWTOWN PA  18940

Primary Account: ▮▮▮▮3999          3

MONOGRAM CHECKING            ▮▮▮▮3999

Summary

| | |
|---|---:|
| Previous Balance as of January   01, 2026 | 1,443,972.30 |
| 4 Debits | 423,362.61 |
| Ending Balance as of   January   31, 2026 | 1,020,609.69 |

Withdrawals and Other Debits
Jan 29  OUTGOING WIRE XFER                                              184,783.88
        REF#  20260129B6B7261F002664
        TO:  HRMONIOUS INC                    ABA:   021214273
        BANK: CROSS RIVER BK                  ACCT# ▮▮▮▮8076

Checks by Serial Number
Jan 06      1153           54,030.54    Jan 29      1159 *        83,929.62
Jan 20      1157 *        100,618.57

                * Indicates break in check sequence

Daily Balances
Dec 31      1,443,972.30                Jan 20      1,289,323.19
Jan 06      1,389,941.76                Jan 29      1,020,609.69

Rates for this statement period - Overdraft
              Jan 01, 2026   16.500000  %



```
                                                    Statement Period
                                                    From February  01, 2026
                                                    To   February  28, 2026
                                                    Page    1 of    2

                                                    PRIVATE CLIENT GROUP 161
                                                    1400 BROADWAY, 26TH FLOOR
                                                    NEW YORK, NY 10018


          HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
          BERNARD A KATZ TRUSTEE
          MONEY MARKET ACCOUNT
          C/O BAK ADVISORS
          626 SOUTH STATE STREET                    See Back for Important Information
          NEWTOWN PA  18940

                                                    Primary Account: ████4006          0

           EFFECTIVE 3/1/2026, THE FEE FOR PROCESSING A LEGAL ACTION WILL BE UPDATED
           FROM 175 DOLLARS TO 100 DOLLARS PER LEGAL DOCUMENT.
```

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████4006   MONOGRAM INSURED MMA | 38,700.43 | 38,709.34 |
| RELATIONSHIP TOTAL | | 38,709.34 |



```
                                                     Statement Period
                                                     From February  01, 2026
                                                     To   February  28, 2026
                                                     Page    2 of    2

                                                     PRIVATE CLIENT GROUP 161
                                                     1400 BROADWAY, 26TH FLOOR
                                                     NEW YORK, NY 10018


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST8-161
        BERNARD A KATZ TRUSTEE
        MONEY MARKET ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                       See Back for Important Information
        NEWTOWN PA  18940

                                                     Primary Account: ████4006            0
```

MONOGRAM INSURED MMA                 ████4006

 Interest Paid Previous Year                                                      432.08

Summary

 Previous Balance as of February  01, 2026                                     38,700.43
        1 Credits                                                                   8.91
 Ending Balance as of   February  28, 2026                                     38,709.34


Deposits and Other Credits
 Feb 27  Interest Paid                                                              8.91

Daily Balances
 Jan 31          38,700.43                    Feb 27          38,709.34

```
*==================================== Interest Summary  ==========================================*
*  Year-To-Date Interest           18.77                                                          *
*  Interest Paid This Period         8.91      Annual Percentage Yield Earned     0.30 %          *
*  Avg. Balance this Period      38,700.43      Days in Period                        28           *
*================================================================================================*
```



Statement Period
From February  01, 2026
To    February  28, 2026
Page      1 of      3

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                                    See Back for Important Information
NEWTOWN PA  18940

Primary Account: ████3999          8

 EFFECTIVE 3/1/2026, THE FEE FOR PROCESSING A LEGAL ACTION WILL BE UPDATED
 FROM 175 DOLLARS TO 100 DOLLARS PER LEGAL DOCUMENT.

Relationship Summary                          Opening Bal.          Closing Bal.

BANK DEPOSIT ACCOUNTS
████3999     MONOGRAM CHECKING          1,020,609.69           307,531.52

            RELATIONSHIP TOTAL                                  307,531.52

# flagstar

Statement Period
From February  01, 2026
To   February  28, 2026
Page    2 of    3

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
BERNARD A KATZ TRUSTEE
CHECKING ACCOUNT
C/O BAK ADVISORS
626 SOUTH STATE STREET                         See Back for Important Information
NEWTOWN PA  18940

Primary Account: ███3999            8

MONOGRAM CHECKING              ███3999

## Summary

| | |
|---|---:|
| Previous Balance as of February  01, 2026 | 1,020,609.69 |
| 2 Credits | 29,000.00 |
| 10 Debits | 742,078.17 |
| Ending Balance as of   February  28, 2026 | 307,531.52 |

## Deposits and Other Credits

Feb 03  INCOMING WIRE                                             9,000.00
        REF#  20260203B6B7261F00188902031427FT01
        FROM: OAK POINT PARTNERS LLC          ABA:   FTBCUS3CX
        BANK: FIFTH THIRD BANK, NATIONAL ASS
        OBI:  Attn: Mitchell Malzberg. Oak PointPartners Remnant Ass
        OBI:  ets Agreement.
        OBI:
Feb 19  INCOMING WIRE                                            20,000.00
        REF#  20260219B6B7261F00095202191141FT01
        FROM: MATSON DRISCOLL & DAMICO LLP    ABA:   043000096
        BANK: PNC BANK, N.A.
        OBI:  Hollister Construction
        OBI:
        OBI:

## Withdrawals and Other Debits

Feb 18  OUTGOING WIRE XFER                                      500,000.00
        REF#  20260218B6B7261F002536
        TO:   ARCH INSURANCE COMPANY          ABA:   021000021
        BANK: JPMCHASE                        ACCT# ████6773
Feb 19  OUTGOING WIRE XFER                                       11,352.72
        REF#  20260219B6B7261F000887
        TO:   EISNER ADVISORY GROUP LLC       ABA:   026009593
        BANK: BK AMER NYC                     ACCT# █████8802

**flagstar**

```
                                              Statement Period
                                          From February  01, 2026
                                          To   February  28, 2026
                                          Page     3 of     3

                                          PRIVATE CLIENT GROUP 161
                                          1400 BROADWAY, 26TH FLOOR
                                          NEW YORK, NY 10018


        HOLLISTER CONSTRUCTION LIQUIDATING TRUST9-161
        BERNARD A KATZ TRUSTEE
        CHECKING ACCOUNT
        C/O BAK ADVISORS
        626 SOUTH STATE STREET                    See Back for Important Information
        NEWTOWN PA  18940


                                          Primary Account: 1504283999        8
```

Checks by Serial Number

| | | | | | | |
|---|---|---|---|---|---|---|
| Feb 06 | 1001 | 39,428.68 | Feb 09 | 1005 | | 49,673.44 |
| Feb 10 | 1002 | 12,106.03 | Feb 17 | 1006 | | 41,513.92 |
| Feb 05 | 1003 | 40,607.28 | Feb 03 | 1158 | * | 20,512.15 |
| Feb 18 | 1004 | 26,048.79 | Feb 24 | 1161 | * | 835.16 |

                        * Indicates break in check sequence

Daily Balances

| | | | | |
|---|---|---|---|---|
| Jan 31 | 1,020,609.69 | | Feb 10 | 867,282.11 |
| Feb 03 | 1,009,097.54 | | Feb 17 | 825,768.19 |
| Feb 05 | 968,490.26 | | Feb 18 | 299,719.40 |
| Feb 06 | 929,061.58 | | Feb 19 | 308,366.68 |
| Feb 09 | 879,388.14 | | Feb 24 | 307,531.52 |

Rates for this statement period - Overdraft
                Feb 01, 2026   16.500000  %