COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Mercedes Diego, Esq., 006521999
Park 80 West, Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
201/845.9600, ext. 151
md@njlawfirm.com
Attorneys for Pereira Electrical Contracting, Inc.
File No.:  37,010-62

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
(Trenton Vicinage)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 19-27439 (CMG) |
| HOLLISTER CONSTRUCTION | ) | CHAPTER 11 |
| SERVICES LLC, | ) | JUDGE CHRISTINE M. GRAVELLE |
| | ) | |
| Debtor. | ) | |
| | ) | |
| PEREIRA ELECTRICAL | ) | Hearing Date: March 31, 2026 |
| CONTRACTING, INC., | ) | Hearing Time: 10:00 a.m. |
| | ) | |
| Movant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HOLLISTER CONSTRUCTION | ) | |
| SERVICES LLC; ACCORDIA | ) | |
| HARRISON URBAN RENEWAL, LLC; | ) | |
| LIQUIDATING TRUSTEE; AND | ) | |
| ESCROW AGENT, | ) | |
| Respondents. | ) | |

**PEREIRA ELECTRIC CONTRACTING, INC. JOINDER TO THE LIQUIDATING
TRUSTEE'S OBJECTION TO NOTICE OF INTENTION TO CLOSE CASE
PURSUANT TO D.N.J. LBR 3022-1(a)**

Creditor Pereira Electric Contracting, Inc. ("Creditor") hereby submits this objection to the

Notice of Intention to Close Case Pursuant to D.N.J. LBR 3022-1(a) (the "Notice") [Docket No.

2051. In support of the objection, the Creditor respectfully submits as follows:

This Creditor Objects insofar as an Amended Order was entered by The Honorable Christine M. Gravelle, on November 25, 2025 [Doc. 2043] compelling Accordia Harrison Renewal, LLC ("Accordia") to make payment to Creditor in the amount of $215,516.17 for Pre-Petition Work, and $30,348.95 for Post-Petition Work, along with payment of Creditor's attorney's fees and expenses resulting from Creditor's prior motion to enforce the Order and Settlement Agreement, filed on October 29, 2025 [Doc. 2036].

The Amended Order provides "that the Court shall retain jurisdiction over any matter arising from, and/or related to, this Order or the relief granted herein".  To date, Accordia has made no payment to Creditor.  Creditor asks that the Court keep this matter opened until such payment is made, or, alternatively, to give Creditor an opportunity to seek the appropriate relief in light of Accordia's failure to comply.  The relief sought does not burden the Debtor, and confirms, and will only permit, the recovery of sums derived from Accordia for payment to Creditor.  Such is not expected to have any material impact on funds available for other general unsecured creditors. The application seeks fair and reasonable relief.

Dated:  March 24, 2026

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
*Attorneys for Creditor,*
*Pereira Electrical Contracting, Inc.*

By: /s/Mercedes Diego
 Mercedes Diego, Esq.
 md@njlawfirm.com
 250 Pehle Ave., Suite 401
 Park 80 West – Plaza One
 Saddle Brook, NJ 07663
 (201)845-9600 ext. 151